IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VANDA PHARMACEUTICALS INC., <br><br> Plaintiff, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 18-651 (CFC) <br> ) CONSOLIDATED <br> ) <br> ) <br> ) <br> ) <br> ) |

## JOINT STIPULATION OF [PROPOSED] AMENDED SCHEDULE

WHEREAS, the Court previously entered a Scheduling Order in the above-captioned actions, setting a trial date of March 28, 2022, D.I. 206;

WHEREAS, the parties have agreed to jointly submit a proposed amended schedule for the above-captioned action to allow for additional time for expert discovery in view of the parties' lack of claim construction disputes for U.S. Patent Nos. 10,610,510, 10,610,511, 10,829,465, and 10,611,744, *see* D.I. 230, without impacting any Court deadlines or events;

NOW THEREFORE,

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, subject to the approval of the Court, that the schedule for the above-captioned case be modified as follows:

| Event | Current Date | [Proposed] Amended Date |
|---|---|---|
| Substantial Completion of Document Production on All Remaining Asserted Patents | July 9, 2021 | June 18, 2021 |
| Fact Discovery Cut-Off on All Remaining Asserted Patents | August 20, 2021 | July 30, 2021 |
| Opening Expert Reports on All Remaining Asserted Patents | September 17, 2021 | August 27, 2021 |
| Rebuttal Expert Reports on All Remaining Asserted Patents and Provide Dates for Experts' Availability for Deposition | October 15, 2021 | September 29, 2021 |
| Reply Expert Reports on the '176, '487, '510, '511, and '977 patents and all other patents subsequently asserted in this litigation | November 12, 2021 | October 29, 2021 |
| Close of Expert Discovery on All Patents | December 17, 2021 | No change |
| *Daubert* Motions | January 28, 2022 | No change |

2

| EVENT | CURRENT DATE | [PROPOSED] AMENDED DATE |
|---|---|---|
| File Joint Proposed Pretrial Order | February 16, 2022 | No change |
| Pretrial Conference | March 9, 2022 at 2:00 p.m. | No change |
| Trial (five days) | March 28, 2022 | No change |

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
| */s/ Derek J. Fahnestock* | */s/ Nathan R. Hoeschen* |
| Karen Jacobs (#2881)<br>Derek J. Fahnestock (#4705)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>kjacobs@morrisnichols.com<br>dfahnestock@morrisnichols.com<br><br>*Attorneys for Plaintiff*<br>*Vanda Pharmaceuticals Inc.*<br><br>OF COUNSEL:<br><br>Nicholas Groombridge<br>Eric Alan Stone<br>Josephine Young<br>Daniel J. Klein<br>Jennifer Rea Deneault<br>Michael F. Milea<br>PAUL, WEISS, RIFKIND, WHARTON<br>   & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>(212) 373-3000 | John W. Shaw (#3362)<br>Karen E. Keller (#4489)<br>David M. Fry (#5486)<br>Nathan R. Hoeschen (#6232)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>dfry@shawkeller.com<br>nhoeschen@shawkeller.com<br><br>*Attorneys for Defendant*<br>*Teva Pharmaceuticals USA, Inc.*<br><br>OF COUNSEL:<br><br>J.C. Rozendaal<br>Deirdre M. Wells<br>William H. Milliken<br>Sasha S. Rao<br>STERNE, KESSLER, GOLDSTEIN<br>   & FOX P.L.L.C.<br>1100 New York Avenue, N.W.,<br>Suite 600<br>Washington, DC 20005<br>(202) 772-8747 |

| | |
|---|---|
| COZEN O'CONNOR | PHILLIPS MCLAUGHLIN, & HALL |
| */s/ Thomas Francella* | */s/ David A. Bilson* |
| Thomas Francella (#3835)<br>1201 North Market Street, Suite 1001<br>Wilmington, DE 19801<br>(302) 295-2025<br>tfrancella@cozen.com | John C. Phillips, Jr. (#110)<br>David A. Bilson (#4986)<br>1200 North Broom Street<br>Wilmington, DE 19806<br>(302) 655-4200<br>jcp@pmhdelaw.com<br>dab@pmhdelaw.com |
| *Attorneys for Defendants Apotex Inc. and Apotex Corp.* | *Attorneys for Defendants MSN Pharmaceuticals Inc. and MSN Laboratories Private Limited* |
| OF COUNSEL:<br><br>Barry P. Golob<br>W. Blake Coblentz<br>Aaron S. Lukas<br>COZEN O'CONNOR<br>1200 Nineteenth Street N.W.<br>Washington, DC 20036<br>(202) 912-4800<br><br>Keri L. Schaubert<br>COZEN O'CONNOR<br>3 WTC, 175 Greenwich Street, 55th Fl.<br>New York, NY 10007<br>(212) 509-9400<br><br>June 24, 2021 | OF COUNSEL:<br><br>Kevin E. Warner<br>Bryce A. Cooper<br>Reid F. Smith<br>Elizabeth E. Grden<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL 60601<br>(312) 558-5600 |

**SO ORDERED**, this 28th day of ____June____, 2021.

_____
United States District Judge