# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

VANDA PHARMACEUTICALS INC.,

        Plaintiff,

    v.

TEVA PHARMACEUTICALS USA, INC., et al.,

        Defendants.

C.A. No. 18-651-CFC (Consolidated)

**REDACTED – PUBLIC VERSION**

## JOINT [PROPOSED] PRETRIAL ORDER

This matter comes before the Court at a pretrial conference held pursuant to Rule 16 of the Federal Rules of Civil Procedure.  Trial is scheduled to begin on March 28, 2022.  In advance of the Pretrial Conference on March 9, 2022, counsel for Plaintiff Vanda Pharmaceuticals Inc. ("Plaintiff" or "Vanda") and Defendants Teva Pharmaceuticals USA, Inc., Apotex Inc., and Apotex Corp. (collectively, "Defendants") submit this Joint Proposed Pretrial Order governing trial of this action pursuant to Federal Rule of Civil Procedure 16, District of Delaware Local Rule 16.3, and the Scheduling Order, (D.I. 206, 238).[1]

---

[1]   Unless otherwise indicated, the docket numbers refer to C.A. No. 18-651.

**Original Filing Date: February 16, 2022**
**Redacted Filing Date: February 22, 2022**

# **TABLE OF CONTENTS**

**Page**

I.    NATURE OF THE CASE AND PLEADINGS ................................................1

    A.    Vanda ...........................................................................................2

    B.    Teva ............................................................................................3

    C.    Apotex .........................................................................................8

II.    JURISDICTION AND STANDING .................................................13

III.    STIPULATED FACTS ...................................................................13

IV.    DISPUTED FACTS .......................................................................14

V.    ISSUES OF LAW ...........................................................................14

VI.    EXHIBITS .....................................................................................14

    A.    Trial Exhibits ............................................................................14

        1.    Stipulations Concerning Trial Exhibits .....................17

        2.    Procedure for Trial Exhibit Disclosure .....................18

    B.    Demonstrative Exhibits .............................................................20

VII.    WITNESSES ................................................................................23

VIII.    BRIEF STATEMENT OF INTENDED PROOFS .........................29

IX.    DESIRED AMENDMENTS TO THE PLEADINGS.......................30

X.    CERTIFICATION OF SETTLEMENT DISCUSSIONS ...............30

XI.    MOTIONS *IN LIMINE* ...............................................................30

XII.    MISCELLANEOUS ISSUES.........................................................30

    A.    Damages ....................................................................................30

    B.    Expert Testimony ......................................................................31

i

## TABLE OF CONTENTS
### (Continued)

**Page**

C.    Trial Parameters ........................................................................31

D.    Additional Matters................................................................32

## I.   NATURE OF THE CASE AND PLEADINGS

1.     This is a consolidated civil action for patent infringement, arising under the patent laws of the United States, Title 35, Section 101, *et seq.*, as well as the Hatch-Waxman Act, 21 U.S.C. § 355, against Defendants Teva Pharmaceutical USA, Inc. ("Teva") and Apotex Inc. and Apotex Corp. (collectively, "Apotex"). This action was filed based on each Defendant's filing of an Abbreviated New Drug Application ("ANDA") with the Food and Drug Administration ("FDA") seeking to market a generic version of Hetlioz® (tasimelteon) capsules prior to the expiration of Vanda's (1) U.S. Patent No. RE46,604 ("the RE604 patent"); (2) U.S. Patent No. 9,539,234 ("the '234 patent"); (3) U.S. Patent No. 10,149,829 ("the '829 patent"); (4) U.S. Patent No. 9,730,910 ("the '910 patent"); (5) U.S. Patent No. 10,376,487 ("the '487 patent"). This action was also filed based on Vanda's contentions regarding each Defendant's proposed manufacture or importation of tasimelteon for its ANDA product prior to the expiration of Vanda's U.S. Patent No. 10,829,465 ("the '465 patent"). Collectively, the above-referenced patents are referred to herein as the "Asserted Patents."[2]

---

[2]  To narrow the disputes for trial, and by agreement of the parties, Vanda is no longer asserting in this litigation claims from U.S. Patent Nos. 10,071,977 (the "'977 patent"); 10,610,510 (the "'510 patent"); 10,611,744 (the "'744 patent"); 10,449,176 (the "'176 patent"); 9,855,241 (the "'241 patent"); 9,060,995 (the "'995 patent"); 9,549,913 (the "'913 patent"); and 10,610,511 (the "'511 patent").

2.    Each of the civil actions referenced below has been consolidated under C.A. No. 18-651 (CFC) as the lead action.

**A.    Vanda**

3.    Vanda is a Delaware corporation with its principal place of business at 2200 Pennsylvania Avenue NW, Suite 300E, Washington, District of Columbia 20037.

4.    Vanda is a pharmaceutical company that focuses on the development and commercialization of new medicines to address unmet medical needs, including Hetlioz® (tasimelteon oral capsules) for the treatment of Non-24-Hour Sleep-Wake Disorder ("Non-24").

5.    Vanda is the holder of approved New Drug Application No. 205677 for Hetlioz® capsules, 20 mg, which was approved by FDA on January 31, 2014, for the treatment of Non-24.

6.    Vanda is the owner of all rights, title, and interest in the RE604, '234, '829, '910, and '487 patents.  While Defendants dispute inventorship of the '465 patent, Defendants do not otherwise contest that Vanda is the owner of all rights, title, and interest in the '465 patent.

**B.     Teva**

7.      Teva is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business at 400 Interpace Parkway, Parsippany, New Jersey 07054.

8.      On April 30, 2018, Vanda sued Teva for alleged infringement of claims of the RE604, '995, '234, '913, '910, and '241 patents, (D.I. 1), based on Teva's submission of ANDA No. 211601 to FDA to obtain approval to commercially manufacture, use, offer for sale, sell, distribute in, or import into the United States generic tasimelteon capsules in its 20 mg strength for the treatment of Non-24 ("Teva's ANDA Product").

9.      On June 21, 2018, Teva filed an answer, asserting affirmative defenses for non-infringement and invalidity, and counterclaims seeking a declaratory judgment that claims of the RE604, '995, '234, '913, '910, and '241 patents are invalid or would not be infringed, (D.I. 9).

10.     On July 12, 2018, Vanda filed an answer denying the counterclaims, (D.I. 12).

11.     On December 11, 2018, Vanda filed a first amended complaint against Teva, adding a count of infringement of claims of the '977 patent,  (D.I. 41), based on Teva's submission of ANDA No. 211601 to FDA to obtain approval to commercially manufacture, use, offer for sale, sell, distribute in, or import into the

United States Teva's ANDA Product and Teva's "importing into the United States or offer[ing] to sell, sell[ing], or us[ing] within the United Sates a product which is made by a process patented in the United States" without authority, 35 U.S.C. § 271(g).

12. On December 21, 2018, Teva filed an answer to the amended complaint, asserting affirmative defenses of non-infringement and invalidity, and counterclaims seeking declaratory judgment that claims of the RE604, '995, '234, '913, '910, '241, and '977 patents are invalid, (D.I. 46).

13. On January 4, 2019, Vanda filed an answer denying the counterclaims, (D.I. 51).

14. On March 22, 2019, Vanda filed a complaint against Teva for infringement of the '829 patent, (C.A. No. 19-560, D.I. 1), based on Teva's submission of ANDA No. 211601 to FDA to obtain approval to commercially manufacture, use, offer for sale, sell, distribute in, or import into the United States Teva's ANDA Product.

15. On April 12, 2019, Teva filed an answer, asserting affirmative defenses for non-infringement and invalidity, and a counterclaim seeking declaratory judgment that claims of the '829 patent are invalid, (C.A. No. 19-560, D.I. 7).

16. On May 3, 2019, Vanda filed an answer denying the counterclaim, (C.A. No. 19-560, D.I. 10).

4

17.     The two cases against Teva, (C.A. Nos. 18-651, 19-560), were consolidated on June 12, 2019 with C.A. No. 18-651 as the lead case, (D.I. 75; C.A. No. 19-560, D.I. 20).

18.     On November 26, 2019, Vanda filed a complaint against Teva for infringement of claims of the '487 patent, (C.A. No. 19-2202, D.I. 1), based on Teva's submission of ANDA No. 211601 to FDA to obtain approval to commercially manufacture, use, offer for sale, sell, distribute in, or import into the United States Teva's ANDA Product.

19.     On January 6, 2020, Teva filed an answer, asserting affirmative defenses for non-infringement and invalidity, and a counterclaim seeking declaratory judgment that claims of the '487 patent are invalid, (C.A. No. 19-2202, D.I. 9).

20.     On January 22, 2020, Vanda filed a complaint against Teva for alleged infringement of claims of the '176 patent, (C.A. No. 20-93, D.I. 1), based on Teva's submission of ANDA No. 211601 to FDA to obtain approval to commercially manufacture, use, offer for sale, sell, distribute in, or import into the United States Teva's ANDA Product.

21.     On January 27, 2020, Vanda filed an answer denying the counterclaim on the '487 patent, (C.A. No. 19-2202, D.I. 13).

22.    On February 12, 2020, Teva filed an answer, asserting affirmative defenses for non-infringement and invalidity, and a counterclaim seeking a declaratory judgment that claims of the '176 patent are invalid, (C.A. No. 20-93, D.I. 9).

23.    On March 2, 2020, Vanda filed an answer denying the counterclaim on the '176 patent, (C.A. No. 20-93, D.I. 13).

24.    On May 5, 2020, the three cases against Teva, (C.A. Nos. 20-93, 19-2202, 18-651), were consolidated, with C.A. No. 18-651 as the lead case, (C.A. No. 20-93, D.I. 21 So Ordered; C.A. No. 19-2202, D.I. 25 So Ordered; D.I. 129 So Ordered).

25.    On August 21, 2020, Vanda filed a complaint against Teva for infringement of claims of U.S. Patent No. 10,610,510 ("the '510 patent") and the '511 patent, (C.A. No. 20-1104, D.I. 1), based on Teva's submission of ANDA No. 211601 to FDA to obtain approval to commercially manufacture, use, offer for sale, sell, distribute in, or import into the United States Teva's ANDA Product.

26.    On September 18, 2020, Teva filed an answer, asserting affirmative defenses for non-infringement and invalidity, and a counterclaim seeking declaratory judgment that claims of the '510 and '511 patents are invalid and non-infringed, (C.A. No. 20-1104, D.I. 8).

6

27.     On October 9, 2020, Vanda filed an answer denying Teva's counterclaims, (C.A. No. 20-1104, D.I. 11).

28.     On January 29, 2021, Vanda filed a complaint against Teva for infringement of claims of the '465 patent, (C.A. No. 21-121, D.I. 1), based on Teva's submission of ANDA No. 211601 to FDA to obtain approval to commercially manufacture, use, offer for sale, sell, distribute in, or import into the United States Teva's ANDA Product and Teva's "importing into the United States or offer[ing] to sell, sell[ing], or us[ing] within the United Sates a product which is made by a process patented in the United States" without authority, 35 U.S.C. § 271(g).

29.     On February 3, 2021, the case against Teva on the '510 and '511 patents, (C.A. No. 20-1104), was consolidated with C.A. No. 18-651, (C.A. No. 20-1104, D.I. 23; D.I. 206).

30.     On February 19, 2021, Teva filed an answer, asserting affirmative defenses for non-infringement and invalidity, and a counterclaim seeking declaratory judgment that claims of the '465 patent are invalid, (C.A. No. 21-121, D.I. 8).

31.     On March 12, 2021, Vanda filed a first amended complaint against Teva, adding a count for infringement of claims of U.S. Patent No. 10,611,744 ("the '744 patent"), (C.A. No. 21-121, D.I. 11), based on Teva's submission of ANDA No. 211601 to FDA to obtain approval to commercially manufacture, use,

offer for sale, sell, distribute in, or import into the United States Teva's ANDA Product and Teva's "importing into the United States or offer[ing] to sell, sell[ing], or us[ing] within the United Sates a product which is made by a process patented in the United States" without authority, 35 U.S.C. § 271(g).

32.     On March 12, 2021, Vanda filed an answer denying the counterclaim on the '465 patent, (C.A. No. 21-121, D.I. 13).

33.     On March 26, 2021, Teva filed an answer, asserting affirmative defenses for non-infringement and invalidity, and counterclaims seeking declaratory judgment that claims of the '465 and '744 patents are invalid, (C.A. No. 21-121, D.I. 16).

34.     On April 9, 2021, Vanda filed an answer denying Teva's counterclaims on the '465 and '744 patents, (C.A. No. 21-121, D.I. 17).

35.     On April 26, 2021, the case against Teva on the '465 and '744 patents, (C.A. No. 21-121), was consolidated with C.A. No. 18-651, (C.A. No. 21-121, D.I. 22; D.I. 228).

## C.     Apotex

36.     Apotex Inc. is a Canadian corporation with its principal place of business at 150 Signet Drive, Toronto, Ontario M9L 1T9, Canada.  Apotex Corp. is a corporation organized and existing under the laws of the State of Delaware with

its principal place of business at 2400 North Commerce Parkway, Suite 400, Weston, Florida 33326. Apotex Corp. is a wholly owned subsidiary of Apotex Inc.

37.     On May 7, 2018, Vanda sued Apotex for infringement of claims of the RE604 patent; the '995 patent; the '234 patent; the '913 patent; the '910 patent; and the '241 patent , (C.A. No. 18-689, D.I. 1), based on Apotex's submission of ANDA No. 211607 to FDA to obtain approval to commercially manufacture, use, offer for sale, sell, distribute in, or import into the United States generic tasimelteon capsules in its 20 mg strength for the treatment of Non-24 ("Apotex's ANDA Product").

38.     On July 13, 2018, Apotex filed an answer, asserting affirmative defenses for non-infringement, invalidity, and failure to state a claim for exceptional case, (C.A. No. 18-689, D.I. 15).

39.     On December 11, 2018, Vanda filed a first amended complaint against Apotex, adding a count for infringement of claims of the '977 patent, (C.A. No. 18-689, D.I. 46), based on Apotex's submission of ANDA No. 211607 to FDA to obtain approval to commercially manufacture and sell Apotex's ANDA Product and Apotex's "importing into the United States or offer[ing] to sell, sell[ing], or us[ing] within the United Sates a product which is made by a process patented in the United States" without authority, 35 U.S.C. § 271(g).

40.     On December 26, 2018, Apotex filed an answer to the first amended complaint, asserting affirmative defenses for non-infringement, invalidity, and failure to state a claim for exceptional case, (C.A. No. 18-689, D.I. 53).

41.     On April 12, 2019, Vanda filed an additional complaint against Apotex for infringement of claims of the '829 patent, (C.A. No. 19-685, D.I. 1), based on Apotex's submission of ANDA No. 211607 to FDA to obtain approval to commercially manufacture, use, offer for sale, sell, distribute in, or import into the United States Apotex's ANDA Product.

42.     On May 7, 2019, Apotex filed an answer, asserting affirmative defenses for non-infringement, invalidity, and failure to state a claim for exceptional case, (C.A. No. 19-685, D.I. 9).

43.     The two separate cases against Apotex, (C.A. Nos. 18-689 and 19-685), were consolidated on June 12, 2019 as C.A. No. 18-689 (C.A. No. 19-685, D.I. 21; C.A. No. 18-689, D.I. 79).

44.     On December 30, 2019, Vanda filed an additional complaint against Apotex for infringement of claims of the '487 patent, (C.A. No. 19-2375, D.I. 1), based on Apotex's submission of ANDA No. 211607 to FDA to obtain approval to commercially manufacture, use, offer for sale, sell, distribute in, or import into the United States Apotex's ANDA Product.

45.    On January 21, 2020, Apotex filed an answer, asserting affirmative defenses for non-infringement, invalidity, and failure to state a claim for exceptional case, (C.A. No. 19-2375, D.I. 13).

46.    On January 21, 2020, Vanda filed an additional complaint against Apotex for infringement of the '176 patent, (C.A. No. 20-83, D.I. 1), based on Apotex's submission of ANDA No. 211607 to FDA to obtain approval to commercially manufacture, use, offer for sale, sell, distribute in, or import into the United States Apotex's ANDA Product.

47.    On February 12, 2020, Apotex filed an answer, asserting affirmative defenses for non-infringement, invalidity, and failure to state a claim for exceptional case, (C.A. No. 20-83, D.I. 10).

48.    On May 5, 2020, Vanda's three existing cases against Apotex, (C.A. Nos. 18-689, 19-2375, and 20-83), were consolidated with C.A. No. 18-651, (C.A. No. 18-689, D.I. 132 So Ordered; C.A. No. 19-2375, D.I. 23 So Ordered; C.A. No. 20-83, D.I. 20 So Ordered).

49.    On October 1, 2020, Vanda filed an additional complaint against Apotex for infringement of claims of the '510 and '511 patents, (C.A. No. 20-1333, D.I. 1), based on Apotex's submission of ANDA No. 211607 to FDA to obtain approval to commercially manufacture, use, offer for sale, sell, distribute in, or import into the United States Apotex's ANDA Product.

11

50.    On October 28, 2020, Apotex filed an answer, asserting affirmative defenses for non-infringement, invalidity, and failure to state a claim for exceptional case, (C.A. No. 20-1333, D.I. 10).

51.    On February 3, 2021, the case against Apotex on the '510 and '511 patents, (C.A. No. 20-1333), was consolidated with C.A. No. 18-651, (C.A. No. 20-1333, D.I. 23; D.I. 203).

52.    On February 24, 2021, Vanda filed an additional complaint against Apotex for infringement of claims of the '465 patent, (C.A. No. 21-282, D.I. 1), based on Apotex's submission of ANDA No. 211607 to FDA to obtain approval to commercially manufacture, use, offer for sale, sell, distribute in, or import into the United States Apotex's ANDA Product and Apotex's "importing into the United States or offer[ing] to sell, sell[ing], or us[ing] within the United Sates a product which is made by a process patented in the United States" without authority, 35 U.S.C. § 271(g).

53.    On March 12, 2021, Vanda filed a first amended complaint against Apotex, adding a count of infringement of claims of the '744 patent, (C.A. No. 21-282, D.I. 10), based on Apotex's submission of ANDA No. 211607 to FDA to obtain approval to commercially manufacture, use, offer for sale, sell, distribute in, or import into the United States Apotex's ANDA Product and Apotex's "importing into the United States or offer[ing] to sell, sell[ing], or us[ing] within the United Sates a

product which is made by a process patented in the United States" without authority, 35 U.S.C. § 271(g).

54.     On April 26, 2021, the case against Apotex on the '465 and '744 patents, (C.A. No. 21-282), was consolidated with C.A. No. 18-651, (C.A. No. 21-282, D.I. 21; D.I. 228).

## II.     JURISDICTION AND STANDING

55.     This action arises under the patent laws of the United States, Title 35, United States Code.   This Court has jurisdiction over the subject matter of this litigation action pursuant to 35 U.S.C. §§ 271, *et seq.*, and 28 U.S.C. §§ 1331 and 1338.

56.     For the purposes of this action, no party contests personal jurisdiction in this Court.

57.     For the purposes of this action, no party contests venue in this Court.

58.     For the purposes of this action, Vanda asserts that it has standing as the record owner of the Asserted Patents, and Defendants do not dispute Vanda's standing.   Defendants agree that Vanda need not present proof of this at trial.

## III.    STIPULATED FACTS

59.     The parties stipulate to and admit the facts listed in the Joint Statement of Uncontested Facts attached as **Exhibit 1**.   These stipulated facts require no proof at trial and will become part of the evidentiary record in this case.

## IV.   DISPUTED FACTS

60.   Vanda's Statement of Contested Issues of Fact that remain to be litigated is attached as **Exhibit 2**.

61.   Defendants' Statement of Contested Issues of Fact that remain to be litigated is attached as **Exhibit 3**.

62.   If any statement in a party's statement of contested issues of fact should properly be considered an issue of law, then such statement shall be so considered as an issue of law.

## V.   ISSUES OF LAW

63.   Vanda's Statement of Contested Issues of Law that remain to be litigated is attached as **Exhibit 4**.

64.   Defendants' Statement of Contested Issues of Law that remain to be litigated is attached as **Exhibit 5**.

65.   If any statement in a party's statement of contested issues of law that remain to be litigated should properly be considered an issue of fact, then such statement shall be so considered as an issue of fact.

## VI.   EXHIBITS

### A.   Trial Exhibits

66.   The list of pre-marked trial exhibits that may be offered by Vanda is attached as **Exhibit 10**.  Vanda's trial exhibits will be identified with PTX numbers.

14

67.     The list of pre-marked trial exhibits that may be offered by Defendants is attached as **Exhibit 11**.  Defendants' trial exhibit lists will be identified with DTX numbers.

68.     The joint list of pre-marked trial exhibits that may be offered by any party is attached as **Exhibit 12**.  The parties' joint trial exhibits will be identified by JTX numbers.

69.     Vanda and Defendants each reserve the right to offer exhibits set forth on the others' exhibit list, even if not set forth on their own exhibit list, and each party reserves the right to raise objections to the use of the exhibit by the offering party, including if the exhibit is on the opposing party's exhibit list.  All objections to such exhibits are preserved.  The parties shall not remove a document once it has been added to the party's exhibit list without agreement from the other party, unless it provides the other party the opportunity to add the document to its exhibit list.

70.     This pretrial order contains the parties' good faith efforts to identify the universe of exhibits to be used in any party's case.  By submitting the exhibit lists attached to this pretrial order, each party represents that it presently knows of no additional exhibits it intends to add to its list.  To the extent supplemental exhibits are identified, the parties agree to disclose any supplemental exhibits promptly after identification, and each party reserves the right to object to such supplemental exhibits as untimely, as well as on the other bases (e.g., hearsay, relevance) to which

15

exhibits may generally be objected.  Absent agreement of the parties or good cause shown, no party may add an exhibit to its exhibit list after the Pretrial Conference. Notwithstanding the foregoing, the parties reserve the right to offer additional exhibits for impeachment purposes.

71.     The parties reserve their rights to raise all objections to exhibits as set forth on the trial exhibit lists, subject to the parties' stipulations, and pursuant to the procedures set forth at paragraphs 78–80.

72.     The listing of an exhibit on a party's trial exhibit list does not constitute an admission as to the relevance or admissibility of that trial exhibit.  Each party reserves the right to object to the relevance or admissibility of any evidence offered by another party at the time such evidence is offered and in view of the specific context in which such evidence is offered.  The parties agree that any description of a document on an exhibit list is provided for convenience only and shall not be used as an admission or otherwise as evidence regarding the document.  Nothing herein shall be construed as a stipulation or admission that a document is entitled to any weight in deciding the merits of this case.

73.     On or before the first day of trial, counsel will deliver to the Courtroom Deputy a completed AO Form 187 exhibit list for each party.

### 1.    Stipulations Concerning Trial Exhibits

74.    Absent agreement of the parties or order of the Court, no exhibit will be admitted unless offered into evidence through a witness, including through deposition, who must at least be shown the exhibit.

75.    Any exhibit, once admitted, may be used equally by each party for any proper purpose in accordance with the Federal Rules of Evidence.

76.    Any trial exhibit that was produced in discovery by a party and that on its face appears to have been authored by an employee, officer, or agent of the party that produced such document, will be deemed to be a true and correct copy of a document maintained in that producing party's files as of the date of the party's document collection under Federal Rule of Evidence 901.  No foundation need be laid for the authenticity of such documents at trial.  For clarity, this provision does not obviate the need to otherwise lay the proper foundation for admissibility of a document or of testimony about that document (e.g., relevance or personal knowledge of a fact witness).  This provision also does not obviate the need to establish the date of any document and does not obviate Defendants' burden to establish that any asserted document or reference qualifies as prior art under 35 U.S.C. § 102.  The parties reserve the right to object to the introduction into evidence of the documents and files referenced in this provision (in whole or in part) on all other grounds.

77.     No party shall object on the grounds of authenticity to the introduction into evidence of any document through deposition designation testimony of a fact witness that references that document.  Legible copies of documents may be offered and received into evidence to the same extent as an original.  The parties may substitute pre-marked exhibits identified on Exhibits 10 and 11 with color copies and/or more legible versions provided that the content and text is identical to that which was previously identified in Exhibits 10 and 11 and previously exchanged among the parties in preparing this Joint [Proposed] Pretrial Order.  For particularly voluminous documents (e.g., patent application file histories, New Drug Applications, Abbreviated New Drug Applications, and Drug Master Files), the parties may use excerpts of documents identified on their exhibit lists, provided: (i) such excerpts do not mischaracterize or misrepresent the contents of the document as a whole; (ii) such excerpts are disclosed in accordance with the procedures set forth below, in Section VI.A.2; and (iii) the other party is permitted to add a reasonable number of pages to the intended excerpt necessary to provide adequate context and completeness for the intended excerpt.

### 2.     Procedure for Trial Exhibit Disclosure

78.     Each party shall provide by email to opposing counsel a list of all exhibits (by exhibit number) that party intends to use in direct examination of witnesses by 7:00 p.m. two calendar days before they will be used at trial.  For

example, a listing of all exhibits intended for use during direct examination of witnesses on Monday, March 28, 2022, would be exchanged by email before 7:00 p.m. on Saturday, March 26, 2022. A party seeking to substitute a pre-marked exhibit with a color and/or more legible version of the same, pursuant to paragraph 77, shall provide such substitutions at this time. Notwithstanding the foregoing, each party reserves the right to amend or supplement the list with a reasonable number of exhibits provided such exhibits are promptly identified.

79. The party receiving identification of exhibits intended for use in direct examination of witnesses pursuant to the previous paragraph shall inform the party identifying the exhibits of any objections by 8:30 p.m. on the day after receipt, and the parties shall meet and confer as soon as possible thereafter, but by no later than 9:30 p.m. on the day after receipt to resolve such objections. Any unresolved objections shall be brought to the Court's attention for resolution no later than the start of the trial day on which the exhibit is intended to be used.

80. Prior to the start of direct examination of a particular witness, the party conducting the direct examination will provide the other party with two copies of binders containing all exhibits and demonstrative exhibits that they intend to use with that witness on direct examination and will provide all required copies to the Court. The parties agree that this provision does not require the advanced disclosure of exhibits to be used to impeach or on cross-examination of any witness, provided

such exhibits were identified on a party's exhibit list (i.e., Exhibits 10–12) unless used solely for purposes of impeachment.  However, prior to the start of the cross-examination of any witness, the parties agree to provide the other with two copies of witness binders that contain all of the exhibits expected to be used on cross-examination of that witness and will provide all required copies to the Court.

## B.  Demonstrative Exhibits

81.  The parties may use demonstrative exhibits, which do not need to be identified on their respective lists of trial exhibits.  Vanda's demonstrative exhibits will be identified with PDX numbers.  Defendants' demonstrative exhibits will be identified with DDX numbers.

82.  Each demonstrative exhibit shall identify by exhibit number all trial exhibits that form the basis of the demonstrative exhibit.  Such identified trial exhibits referenced in the demonstrative exhibit and shown to a witness shall be offered into evidence during or at the conclusion of the examination for the witness with whom the demonstratives were used.

83.  Each party will exchange copies of demonstrative trial exhibits expected to be used during the direct examination of a witness by e-mail by 7:00 p.m. on the calendar day before their intended use, with an agreement that any changes to the demonstratives made after such exchange will be only edits to font, layout, format, or to correct typographical errors and not edits of substance, unless made in

response to and for the purpose of resolving an objection. Any objections will be provided no later than 8:30 p.m. on the calendar day before their intended use, and the parties shall meet and confer as soon as possible thereafter but by no later than 9:30 p.m. to resolve such objections. If the parties' meet and confer session causes the party offering the demonstrative exhibit to make edits of substance, that party shall disclose the revised exhibit to the objecting party as soon as possible. Any unresolved objections shall be brought to the Court's attention for resolution no later than the start of the trial day on which the demonstrative exhibit is intended to be used. For example, demonstrative trial exhibits intended for use during the direct examination of a witness at trial on Monday, March 28, 2022, would be exchanged by email before 7:00 p.m. on Sunday, March 27, 2022; any objections would be exchanged by email before 8:30 p.m. on Sunday; the parties would meet and confer about any objections before 9:30 p.m. on Sunday; and any unresolved objections would be brought to the Court's attention for resolution by Monday morning before the start of the trial day.

84.     The party seeking to use a demonstrative will provide a color representation of the demonstrative to the other side in PDF form. For video or animations, the party seeking to use the demonstrative will provide it to the other side in an appropriate electronic format to view the video or animation. For

irregularly sized physical exhibits, the party seeking to use the demonstrative will provide a color representation as a PDF of 8.5 x 11 copies of the exhibits.

85.    The parties need not exchange in advance of their use any demonstrative exhibits that are created during testimony or demonstratives that are used solely on cross-examination with a witness.

86.    **Openings**.  Trial exhibits and demonstrative exhibits to be used with opening statements shall be exchanged via email by 7:00 p.m. on the calendar day before the day opening statements are to be given.  The materials to be exchanged for opening statements will be the same as for all other exchanges for trial and demonstrative exhibits.  For example, trial and demonstrative exhibits intended for use with opening statements would be exchanged by email before 7:00 p.m. on Sunday, March 27, 2022.  Any objections shall be exchanged by 8:30 p.m. on the day of receipt, and the parties shall meet and confer as soon as possible thereafter but by no later than 9:30 p.m. to resolve such objections.  The parties agree that any changes to these materials made after 7:00 p.m. on the evening before opening statements are made will be non-substantive (e.g., edits to font, layout, format, or to correct typographical errors) unless made in response to and for the purpose of resolving an objection.  Any unresolved objections shall be brought to the Court's attention at the start of the trial day before opening statements are made.

87.   **Closings**.   The parties need not exchange demonstratives for use in closing arguments.

## VII.   WITNESSES

88.   Vanda's list of witnesses it may call live at trial and by deposition, together with Defendants' objections, is attached as **Exhibit 6**, and **Exhibit 17** provides additional information on Vanda's experts' specialties and qualifications.

89.   For witnesses that will appear by deposition, Vanda's list of deposition designations, Defendants' objections to such designations, Defendants' counter-designations, and Vanda's objections to such counter-designations is attached as **Exhibit 8**.

90.   Defendants' list of witnesses they may call live at trial and by deposition, together with Vanda's objections, is attached as **Exhibit 7**, and **Exhibit 18** provides additional information on Defendants' experts' specific specialties and qualifications.

91.   For witnesses that will appear by deposition, Defendants' list of deposition designations, Vanda's objections to such designations, Vanda's counter-designations, and Defendants' objections to such counter-designations is attached as **Exhibit 9**.

92.   The listing of a witness on a party's witness list does not require the party to call that witness to testify, and does not imply or establish that the listing

party has the power to compel the live testimony of that witness or make that witness available to the opposing party.

93.    Any witness not listed in Exhibits 6 and 7 will be precluded from testifying at trial absent good cause shown.  The parties reserve the right, however, to call one or more additional witnesses whose testimony is necessary to establish admissibility of any trial exhibit, if the admissibility of the exhibit is challenged by an opposing party.

94.    Exhibits 8 and 9 contain the maximum universe of deposition designations, counter-designations, and objections to admission of deposition testimony; none of the foregoing may be supplemented without approval of both parties or leave of the Court, on good cause shown, although parties may object to deposition designations based on future Court rulings on pending motions *in limine*. Each party reserves the right to object to the relevance or admissibility of any evidence offered by another party at the time such evidence is offered and in view of the specific context in which such evidence is offered.  These designations cover witnesses who will testify via deposition.  The parties are not required to designate deposition testimony that will be used for impeachment or deposition testimony that an expert will rely on during their trial testimony so long as that deposition testimony was cited in that expert's report.  In the event that a party cannot or does not call any designated "will call" live witness to trial, the other party may identify additional

designations to which the other party may object and offer counter designations.  All objections and colloquy of counsel will be eliminated from the deposition designations when the designations are read or played to the Court.

95.    The parties may not introduce deposition designations or counter-designations, or provide new objections to listed designations or counter-designations that are not included in this Proposed Joint Pretrial Order except for good cause shown or by agreement of the parties.

96.    The parties' witness lists represent the parties' good faith understanding and expectation about which witnesses are expected to be called live in person, or by deposition, at trial.  To the extent that a witness's circumstances change, or a witness otherwise becomes unavailable for trial, each party reserves the right to call that witness by deposition to the extent permitted under the Federal Rules of Civil Procedure and the Federal Rules of Evidence and subject to resolution of objections by the other party.

97.    Each party will provide to the other a good-faith list of witnesses it intends to call live at the trial via email by 7:00 p.m. seven calendar days prior to the first day of trial, without prejudice to the right to remove any witness.  Each party will, with its best good faith understanding, identify by e-mail to the opposing party the witnesses it intends to call, the order in which the witnesses will be called, and whether those witnesses will be called live or by deposition, by 7:00 p.m. two

calendar days before such witnesses will be called to testify.  The parties reserve the right to revise, in good faith, their witness identifications, including order, following the close of the other party's case-in-chief or rebuttal case.

98.   The other party will identify any objections to such witnesses via email by 8:30 p.m. the same day, and the parties will meet and confer to resolve any objections by 9:30 p.m. that same evening.  If good faith efforts to resolve any objections fail, the party objecting may bring its objections to the Court's attention prior to the witness being called to the witness stand.

99.   Fact witnesses appearing in person (other than a party's corporate representative) shall be sequestered.  Expert witnesses need not be sequestered.

100.   During adjournments in the trial of no more than five days, including breaks during the trial day and overnight, the offering party may discuss with a witness his or her testimony on direct examination until the witness is passed for cross-examination and cross-examination has commenced, but is prohibited from discussing with the witness his or her testimony once cross-examination has begun. Once cross-examination of the witness is concluded and the witness is passed for re-direct examination, the offering party may discuss with the witness his or her testimony on re-direct examination.

101.   Unless otherwise agreed between the parties, the party offering deposition testimony shall identify the deposition testimony (i.e., transcript page and

line numbers) to be offered from previously exchanged designations by 7:00 p.m. three calendar days prior to the testimony being offered into the record.  The party receiving the designations shall inform the opposing party of any objections and counter-designations by 7:00 p.m. two calendar days prior to the testimony being offered into the record, and by 8:30 p.m. that same day, the introducing party will identify any objections to the other party's counter-designated testimony.  The parties shall meet and confer to resolve any objections to designated testimony by 9:30 p.m. that same day to permit sufficient time to prepare any necessary video/DVD of the testimony.  If good faith efforts to resolve the objections fail, the party offering the testimony by deposition shall, on the morning of the day on which the witness is to be called at trial, submit to the Court, on behalf of all parties, a copy of the entire deposition testimony of the witness at issue, clearly highlighting the designations, counter designations, and pending objections.

102.  If a party decides to play some but less than all of the designated testimony for a witness at trial, the opposing party may use such dropped testimony as counter-designations to the extent the usage of such testimony in such manner is otherwise consistent with Federal Rule of Evidence 106, Federal Rule of Civil Procedure 32, and any other applicable Federal Rule of Evidence or Rule of Civil Procedure.

103.   If applicable, a party's designation of a page and line from a particular transcript shall be automatically deemed to include any errata indicated for that page and line in the attached errata sheets.

104.   To the extent that deposition designations or counter-designations are admitted into evidence, they must be either played by video or read in open court. If a party opts to introduce deposition testimony, any counter-designation of that same witness's testimony must be admitted in the same medium, and the testimony designated by both sides will be played or read consecutively in the sequence in which the testimony was originally given at deposition.  If an exhibit is referenced in a deposition designation, the exhibit is admitted into evidence if it is included on any party's trial exhibit list and is not otherwise objected to, subject to Section VI.

105.   To the extent deposition designations are read or played in open court, each side will be charged the time taken to read or play its designations (or counter-designations).  Specifically, any affirmative designations offered by a party will count against that party's trial presentation time whereas any counter-designations by the other party will count against the party who made the counter-designations. The time charged for designations played by video will be measured by the time on the video.  The time charged for designations read aloud will be measured by the proportion of the number of lines of testimony for its designations to the total number of lines of testimony read.  All irrelevant and redundant material, including colloquy

28

between counsel and objections, will be eliminated when the deposition is played or read at trial.

106.   The above procedures regarding deposition designations do not apply to portions of deposition transcripts and/or video of a witness used for impeachment. Any deposition testimony of a witness may be used at trial for the purpose of impeachment of that witness, regardless of whether a party specifically identified that testimony on its list of deposition designations, if the testimony is otherwise competent for such purpose.

107.   **Objections to expert testimony**.   The parties agree that the Court should rule at trial on any objections to expert testimony as beyond the scope of prior expert disclosures, and that a failure to object to expert testimony as beyond the scope of prior expert disclosures waives the objection as to that testimony.  The time taken to argue and decide such objections will be taken from the time for trial available to either the party making the objection, if the objection is overruled, or the party against whom the objection is made, if the objection is sustained.

## VIII.  BRIEF STATEMENT OF INTENDED PROOFS

108.   In support of its claims and defenses relating to the infringement and validity of the Asserted Patents, and in addition to the facts not in dispute, Vanda expects to offer the proofs attached as **Exhibit 13**.

109.   In support of their claims and defenses relating to the non-infringement and invalidity of the Asserted Patents, and in addition to the facts not in dispute, Defendants expect to offer the proofs attached as **Exhibit 14**.

## IX.   DESIRED AMENDMENTS TO THE PLEADINGS

110.   The parties do not believe any amendments to the pleadings are necessary.

## X.   CERTIFICATION OF SETTLEMENT DISCUSSIONS

111.   The parties have engaged in good-faith efforts to explore resolution of this case by settlement.  To date, no agreement has been reached by the parties.

## XI.   MOTIONS *IN LIMINE*

112.   None filed.

## XII.   MISCELLANEOUS ISSUES

### A.   Damages

113.   Vanda does not seek damages at this time, as there has been no commercial launch of Defendants' ANDA products, except Vanda reserves the right to seek attorneys' fees, costs, and expenses pursuant to 35 U.S.C. § 285.  Vanda reserves the right to seek damages if any Defendant commercially manufactures, uses, sells, offers to sell, or imports into the United States its accused ANDA Products prior to the expiration of the Asserted Patents.  Defendants reserve the right to contest whether Vanda is entitled to attorneys' fees, costs, and expenses or any such damages.  Teva reserves the right to seek attorneys' fees and costs pursuant to

35 U.S.C. § 285.  Apotex reserves the right to seek attorneys' fees and costs pursuant to 35 U.S.C. § 285.

### B.   Expert Testimony

114.   Expert witnesses may not offer previously undisclosed opinions.

### C.   Trial Parameters

115.   This case is currently scheduled for a five-day bench trial beginning at 8:30 a.m. on **March 28, 2022**, with the subsequent trial days at 8:30 a.m.  The trial will be timed, as counsel will be allocated a total number of hours in which to present their respective cases.  The parties request that the total time be split equally between Vanda, on the one hand, and the Defendants collectively, on the other.  The parties would seek to discuss with the Court at the pretrial conference the Court's intended daily schedule, to arrive at an aggregate expected amount of trial time, which they will then divide equally.

116.   This is a non-jury trial.

117.   Subject to the Court's standard timekeeping procedures, time that a party is presenting opening statements, examining or cross-examining witnesses, presenting deposition designations that are read or played into evidence, or otherwise speaking or arguing on behalf of a party will be counted as the time of the party, subject to paragraph 136.  The parties also respectfully request the opportunity to

present closing arguments.  The Court will maintain the official total of trial time used by each side.

118.   The following order of proof will apply to trial:

a.   Opening statements will be delivered in the following order: Vanda, then Defendants;

b.   Vanda will present its case-in-chief on infringement and fact witness testimony (i.e., testimony of witnesses who did not submit expert reports pursuant to Fed. R. Civ. 26) on secondary considerations;

c.   Defendants will present their rebuttal to infringement, their case-in-chief on invalidity, and their fact witness rebuttal to Vanda's fact witness testimony on secondary considerations;

d.   Vanda will present its rebuttal to invalidity, including its expert testimony regarding secondary considerations;

e.   Defendants will present their rebuttal to Vanda's expert witness testimony regarding secondary considerations;

f.   Closings will be delivered in the following order: Vanda, then Defendants, with a reply by Vanda.

**D.   Additional Matters**

119.   **Pretrial Conference.**   Pursuant to D.I. 206, C.A. No. 18-651, the Pretrial Conference will be held on March 9, 2022 at 2:00 p.m.

120.   **COVID Protocols.**

1.   **Vaccinations**.  The parties agree that any individual under their respective control (including, but not limited to, attorneys, paralegals, in-house counsel, witnesses, and vendors) shall be fully vaccinated[3] in order to enter the courtroom.

2.   **Masking**.  Subject to the Court's preferences, the parties agree that all individuals under their respective control (including, but not limited to, attorneys, paralegals, in-house counsel, witnesses and vendors) shall be masked in the courtroom, except that anyone directly addressing the Court shall remove their mask while they address the Court.

3.   **Distancing**.  The parties shall endeavor to maintain social distancing to the extent possible, including, at counsel's election and if permitted by the Court, by examining witnesses from counsel table.  An individual who is moving in the courtroom shall wear a mask while moving.

---

[3]   "Fully vaccinated" shall mean two weeks past the final dose.

Dated: February 16, 2022

MORRIS, NICHOLS, ARSHT & TUNNELL LLP          SHAW KELLER LLP

/s/ Derek J. Fahnestock                       /s/ Karen E. Keller
_____               _____
Karen Jacobs (#2881)                          John W. Shaw (#3362)
Derek J. Fahnestock (#4705)                    Karen E. Keller (#4489)
1201 North Market Street                       Nathan R. Hoeschen (#6232)
P.O. Box 1347                                  I.M. Pei Building
Wilmington, DE 19899                           1105 North Market Street, 12th Floor
(302) 658-9200                                 Wilmington, DE 19801
kjacobs@mnat.com                               (302) 298-0700
dfahnestock@mnat.com                           jshaw@shawkeller.com
                                               kkeller@shawkeller.com
                                               dfry@shawkeller.com
*Attorneys for Plaintiff*                      nhoeschen@shawkeller.com
*Vanda Pharmaceuticals Inc.*

                                               *Attorneys for Defendant*
OF COUNSEL:                                    *Teva Pharmaceuticals USA, Inc.*

Nicholas Groombridge
Eric Alan Stone                                OF COUNSEL:
Josephine Young
Daniel J. Klein                                J.C. Rozendaal
Jennifer Rea Deneault                          Deirdre M. Wells
Michael F. Milea                               William H. Milliken
Jacob M. Berman                                Sasha S. Rao
PAUL, WEISS, RIFKIND, WHARTON                  STERNE, KESSLER, GOLDSTEIN
    & GARRISON LLP                                 & FOX P.L.L.C.
1285 Avenue of the Americas                    1100 New York Avenue, N.W., Suite 600
New York, NY 10019                             Washington, DC 20005
(212) 373-3000                                 (202) 772-8747

COZEN O'CONNOR

*/s/ Thomas Francella*

_____
Thomas Francella (#3835)
1201 North Market Street, Suite 1001
Wilmington, DE  19801
(302) 295-2025
tfrancella@cozen.com

*Attorneys for Defendants Apotex Inc.*
*and Apotex Corp.*


OF COUNSEL:

Barry P. Golob
W. Blake Coblentz
Aaron S. Lukas
COZEN O'CONNOR
1200 Nineteenth Street N.W.
Washington, DC  20036
(202) 912-4800

Keri L. Schaubert
COZEN O'CONNOR
3 WTC, 175 Greenwich Street, 55th Fl.
New York, NY  10007
(212) 509-9400


SO ORDERED  this _____ day of _____, 2022.


                              _____
                              Chief United States District Judge

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

VANDA PHARMACEUTICALS
INC.,

        Plaintiff,

    v.

TEVA PHARMACEUTICALS USA,
INC., et al.,

        Defendants.

C.A. No. 18-651-CFC
(Consolidated)

**<u>Exhibit 1 – Joint Statement of Uncontested Facts</u>**

## <u>TABLE OF CONTENTS</u>

<u>Page</u>

I.  INTRODUCTION ..................................................................................1

II.  BACKGROUND FACTS.....................................................................2

    A.  The Parties .................................................................................2

    B.  Plaintiff's HETLIOZ® Product..................................................3

    C.  Defendants' Tasimelteon Products.............................................4

        1.  Teva's ANDA Product..................................................4

        2.  Apotex's ANDA Product..............................................6

III.  THE ASSERTED PATENTS................................................................9

        1.  The RE604 Patent .........................................................9

        2.  The '234 Patent ...........................................................10

        3.  The '829 Patent ...........................................................11

        4.  The '910 Patent ...........................................................12

        5.  The '487 Patent ...........................................................13

        6.  The '465 Patent ...........................................................13

IV.  CLAIM CONSTRUCTION ................................................................14

V.  FACTS PERTAINING TO INFRINGEMENT .................................16

VI.  FACTS PERTAINING TO INVALIDITY .......................................19

# I.   INTRODUCTION

In accordance with Local Rule 16.3(c)(3) of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, Plaintiff Vanda Pharmaceuticals, Inc. ("Vanda") and Defendants (i) Teva Pharmaceuticals USA, Inc. ("Teva"); and (ii) Apotex Inc. and Apotex Corp. (collectively, "Apotex" with Teva, "Defendants") submit the following joint statement of the facts that are admitted and require no proof, with respect to the following asserted patents:

(i)     U.S. Patent No. RE46,604 ("the RE604 patent");

(ii)    U.S. Patent No. 9,539,234 ("the '234 patent");

(iii)   U.S. Patent No. 10,149,829 ("the '829 patent");

(iv)    U.S. Patent No. 9,730,910 ("the '910 patent");

(v)     U.S. Patent No. 10,376,487 ("the '487 patent"); and

(vi)    (xi) U.S. Patent No. 10,829,465 ("the '465 patent") (collectively, the "Asserted Patents").

1

The asserted claims of the Asserted Patents ("Asserted Claims") are[1]:

| U.S. Patent No. | Asserted Claims |
|---|---|
| RE46,604 (the RE604 patent) | 3 |
| 9,539,234 (the '234 patent) | 4 |
| 10,149,829 (the '829 patent) | 14 |
| 9,730,910 (the '910 patent) | 4 |
| 10,376,487 (the '487 patent) | 5 |
| 10,829,465 (the '465 patent) | 10 |

## II.   BACKGROUND FACTS

### A.   The Parties

1.   Vanda is a Delaware corporation with its principal place of business at 2200 Pennsylvania Avenue NW, Suite 300E, Washington, District of Columbia 20037.

2.   Vanda is the owner of record of all rights, title, and interest in each of the Asserted Patents.

3.   Teva is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business at 400 Interpace Parkway,

---

[1]   To narrow the disputes for trial, and by agreement of the parties, Vanda is no longer asserting in this litigation claims from U.S. Patent Nos. 10,071,977 (the "'977 patent"); 10,610,510 (the "'510 patent"); 10,611,744 (the "'744 patent"); 10,449,176 (the "'176 patent"); 9,855,241 (the "'241 patent"); 9,060,995 (the "'995 patent"); 9,549,913 (the "'913 patent"); and 10,610,511 (the "'511 patent").

Parsippany, New Jersey 07054.  For purposes of this matter only, Teva does not contest personal jurisdiction, subject matter jurisdiction, or venue in this Court.

4.      Apotex Inc. is a Canadian corporation with its principal place of business at 150 Signet Drive, Toronto, Ontario M9L 1T9, Canada.  Apotex Corp. is a corporation organized and existing under the laws of the State of Delaware with its principal place of business at 2400 North Commerce Parkway, Suite 400, Weston, Florida 33326.  For purposes of this matter only, Apotex Inc. and Apotex Corp. do not contest personal jurisdiction, subject matter jurisdiction, or venue in this Court.

### B.      Plaintiff's HETLIOZ® Product

6.      Vanda is the holder of approved New Drug Application No. 205677 for HETLIOZ® (tasimelteon) 20 mg capsules.

7.      HETLIOZ® (tasimelteon) 20 mg capsules received Food and Drug Administration ("FDA") approval on January 31, 2014 for the treatment of Non-24 Hour Sleep-Wake Disorder ("Non-24").

8.      Vanda markets 20 mg tasimelteon capsules in the United States under the trade name HETLIOZ®.

9.      All the Asserted Patents are listed in FDA's Approved Drug Products with Therapeutic Equivalence Evaluations ("Orange Book") for HETLIOZ® (tasimelteon) 20 mg capsules.

3

### C.    Defendants' Tasimelteon Products

#### 1.    Teva's ANDA Product

12.    Teva filed ANDA No. 211601 ("Teva's ANDA") under § 505(j) of the Federal Food, Drug, and Cosmetic Act (the "FFDCA") to obtain approval to engage in the commercial use, manufacture, and sale of generic 20 mg tasimelteon capsules ("Teva's ANDA Product") for the treatment of Non-24.

13.    ███████████████████████████████████████.

14.    Teva's ANDA contains a certification pursuant to 21 U.S.C. § 355(j)(2)(a)(vii)(IV) (a "Paragraph IV Certification") alleging that each of the Asserted Claims is invalid and/or unenforceable and/or will not be infringed by Teva's ANDA Product.

15.    Vanda received written notice of Teva's ANDA and Paragraph IV Certification on March 23, 2018, along with an enclosed statement of Teva's asserted factual and legal bases for stating that the claims of the RE604, '995, '234, '913, '910, and '241 patents, including claim 3 of the RE604 patent, claim 4 of the '234 patent, and claim 4 of the '910 patent, are invalid and/or will not be infringed by Teva's ANDA Product.  Vanda sued Teva for infringing claims of the RE604, '995, '234, '913, '910, and '241 patents on April 30, 2018, within the 45-day period following receipt of the written notice under 21 U.S.C. §355(j)(5)(B)(iii).

16.    Vanda received written notice of Teva's ANDA and Paragraph IV Certification as to the '829 patent on February 7, 2019, along with an enclosed statement of Teva's asserted factual and legal bases for stating that the claims of the '829 patent, including claim 14, are invalid and/or will not be infringed by Teva's ANDA Product.  Vanda sued Teva for infringing claims of the '829 patent on March 22, 2019, within the 45-day period following receipt of the written notice under 21 U.S.C. §355(j)(5)(B)(iii).

17.    Vanda received written notice of Teva's ANDA and Paragraph IV Certification as to the '487 patent on October 16, 2019, along with an enclosed statement of Teva's asserted factual and legal bases for stating that  the claims of the '487 patent, including claim 5, are invalid and/or will not be infringed by Teva's ANDA Product.  Vanda sued Teva for infringing claims of the '487 patent on November 26, 2019, within the 45-day period following receipt of the written notice under 21 U.S.C. §355(j)(5)(B)(iii).

18.    Vanda received written notice of Teva's ANDA and Paragraph IV Certification as to the '176 patent on December 20, 2019, along with an enclosed statement of Teva's asserted factual and legal bases for stating that the claims of the '176 patent are invalid and/or will not be infringed by Teva's ANDA Product. Vanda sued Teva for infringing claims of the '176 patent on January 22, 2020, within

the 45-day period following receipt of the written notice under 21 U.S.C. §355(j)(5)(B)(iii).

19.   Vanda received written notice of Teva's ANDA and Paragraph IV Certification as to the '511 patent on July 10, 2020, along with an enclosed statement of Teva's asserted factual and legal bases for stating that the claims of the '511 patent are invalid and/or will not be infringed by Teva's ANDA Product. Vanda sued Teva for infringing claims of the '511 patent on August 21, 2020, within the 45-day period following receipt of the written notice under 21 U.S.C. §355(j)(5)(B)(iii).

20.   Vanda received written notice of Teva's ANDA and Paragraph IV Certification as to the '465 patent on December 18, 2020, along with an enclosed statement of Teva's asserted factual and legal bases for stating that the claims of the '465 patent, including claim 10, are invalid and/or will not be infringed by Teva's ANDA Product. Vanda sued Teva for infringing claims of the '465 patent on January 29, 2021, within the 45-day period following receipt of the written notice under 21 U.S.C. §355(j)(5)(B)(iii).

## 2.   Apotex's ANDA Product

21.   Apotex filed ANDA No. 211607 ("Apotex's ANDA") under § 505(j) of the Federal Food, Drug, and Cosmetic Act, to obtain approval to engage in the

commercial use, manufacture, and sale of generic 20 mg tasimelteon capsules ("Apotex's ANDA Product") for the treatment of Non-24.

22. ████████████████████████████████████████

████████████

23.     Apotex's ANDA contains a certification pursuant to 21 U.S.C. § 355(j)(2)(a)(vii)(IV) ("a Paragraph IV Certification") alleging that each of the Asserted Claims, is invalid and/or, except for claim 5 of the '487 patent and claim 10 of the '465 patent, will not be infringed by Apotex's ANDA Product.

24.     Vanda received written notice of Apotex's ANDA and Paragraph IV Certification on April 3, 2018, along with an enclosed statement of Apotex's asserted factual and legal bases for stating that the claims of the RE604, '995, '234, '913, '910, and '241 patents, including claim 3 of the RE604 patent, claim 4 of the '234 patent, and claim 4 of the '910 patent, are invalid and/or will not be infringed by Apotex's ANDA Product.  Vanda sued Apotex for infringing claims of the RE604, '995, '234, '913, '910, and '241 patents on May 7, 2018, within the 45-day period following receipt of the written notice under 21 U.S.C. §355(j)(5)(B)(iii).

25.     Vanda received written notice of Apotex's ANDA and Paragraph IV Certification as to the '829 patent on February 28, 2019, along with an enclosed statement of Apotex's asserted factual and legal bases for stating that the claims of the '829 patent, including claim 14, are invalid and/or will not be infringed by

Apotex's ANDA Product.  Vanda sued Apotex for infringing claims of the '829 patent on April 12, 2019, within the 45-day period following receipt of the written notice under 21 U.S.C. §355(j)(5)(B)(iii).

26.     Vanda received written notice of Apotex's ANDA and Paragraph IV Certification as to the '487 patent on November 22, 2019, along with an enclosed statement of Apotex's asserted factual and legal bases for stating that the claims of the '487 patent, including claim 5, are invalid and/or that certain unasserted claims of the '487 patent will not be infringed by Apotex's ANDA Product.  The Paragraph IV Certification did not provide any factual or legal bases for stating that claim 5 of the '487 patent will not be infringed by Apotex's ANDA Product.  Vanda sued Apotex for infringing claims of the '487 patent on December 30, 2019, within the 45-day period following receipt of the written notice under 21 U.S.C. § 355(j)(5)(B)(iii).

27.     Vanda received written notice of Apotex's ANDA and Paragraph IV Certification as to the '176 patent on December 10, 2019, along with an enclosed statement of Apotex's asserted factual and legal bases for stating that the claims of the '176 patent are invalid and/or will not be infringed by Apotex's ANDA Product. Vanda sued Apotex for infringing claims of the '176 patent on January 21, 2020, within the 45-day period following receipt of the written notice under 21 U.S.C. §355(j)(5)(B)(iii).

28.     Vanda sued Apotex for infringing claims of the '511 patent on October 1, 2020, alleging that Apotex's ANDA Product infringed one or more claims of the '511 patent.

29.     Vanda received written notice of Apotex's ANDA and Paragraph IV Certification as to the '465 patent on January 14, 2021, along with an enclosed statement of Apotex's asserted factual and legal bases for stating that the claims of the '465 patent, including claim 10, are invalid and/or that certain unasserted claims of the '465 patent will not be infringed by Apotex's ANDA Product.  The Paragraph IV Certification did not provide any factual or legal bases for stating that claim 10 of the '465 patent will not be infringed by Apotex's ANDA Product.  Vanda sued Apotex for infringing claims of the '465 patent on February 24, 2021, within the 45-day period following receipt of the written notice under 21 U.S.C. § 355(j)(5)(B)(iii).

## III.   THE ASSERTED PATENTS

### 1.     The RE604 Patent

39.     The RE604 patent is entitled "Treatment of Circadian Rhythm Disorders."  The RE604 patent is a reissue of U.S. Patent No. 8,785,492 ("the '492 patent"), which was filed as U.S. Patent Application No. 15/051,978 ("the '978 application") with the U.S. Patent and Trademark Office ("USPTO") on February 24, 2016.  The RE604 patent issued on November 14, 2017.

40.    The priority date of claim 3 of the RE604 patent is January 26, 2012, the filing date of U.S. Provisional Patent Application No. 61/590,974.

41.    The inventors of the RE604 patent are Marlene Michelle Dressman, John Joseph Feeney, Louis William Licamele, and Mihael H. Polymeropoulos.

42.    Vanda is the record owner and sole assignee of all rights, title, and interests in the RE604 patent.   Defendants do not contest Vanda's ownership, assignment, rights, or interests in the RE604 patent or Vanda's standing to assert the RE604 patent.

43.    The expiration of the RE604 patent is January 25, 2033, which is stated in the Orange Book.

### 2.    The '234 Patent

64.    The '234 patent is entitled "Treatment of Circadian Rhythm Disorders." The '234 patent was filed as U.S. Patent Application No. 14/688,301 ("the '301 application"), which was filed with the USPTO on April 16, 2015.  The '234 patent issued on January 10, 2017.

65.    The '301 application is a division of the '799 application, now the '995 patent.  The priority date of the '234 patent is October 15, 2012, which is the filing date of U.S. Provisional Patent Application No. 61/714,149.

66.    The inventors of the '234 patent are Marlene Michelle Dressman, John Joseph Feeney, Louis William Licamele, and Mihael H. Polymeropoulos.

67.    Vanda is the record owner and sole assignee of all rights, title, and interests in the '234 patent.   Defendants do not contest Vanda's ownership, assignment, rights, or interests in the '234 patent or Vanda's standing to assert the '234 patent.

68.    The expiration date of the '234 patent is January 25, 2033, which is stated in the Orange Book.

### 3.    The '829 Patent

69.    The '829 patent is entitled "Treatment of Circadian Rhythm Disorders." The '829 patent was filed as U.S. Patent Application No. 15/382,526 ("the '526 application"), which was filed with the USPTO on December 16, 2016.  The '829 patent issued on December 11, 2018.

70.    The '526 application is a continuation of the '301 application, now the '234 patent, which is a division of the '799 application, now the '995 patent.  Like the '234 patent, the priority date of the '829 patent is October 15, 2012, the filing date of U.S. Provisional Patent Application No. 61/714,149.

71.    The inventors of the '829 patent are Marlene Michelle Dressman, John Joseph Feeney, Louis William Licamele, and Mihael H. Polymeropoulos.

72.    Vanda is the record owner and sole assignee of all rights, title, and interests in the '829 patent.   Defendants do not contest Vanda's ownership,

11

assignment, rights, or interests in the '829 patent or Vanda's standing to assert the '829 patent.

73.     The expiration date of the '829 patent is January 25, 2033, which is stated in the Orange Book.

### 4.     The '910 Patent

74.     The '910 patent is entitled "Treatment of Circadian Rhythm Disorders." The '910 patent was filed as U.S. Patent Application No. 14/510,321 ("the '321 application") was filed with the USPTO on October 9, 2014.  The '910 patent issued on August 15, 2017.

75.     The priority date of the '910 patent is November 12, 2013, the filing date of U.S. Provisional Patent Application No. 61/903,354.

76.     The inventors of the '910 patent are Marlene Michelle Dressman, John Joseph Feeney, Louis William Licamele, and Mihael H. Polymeropoulos.

77.     Vanda is the record owner and sole assignee of all rights, title, and interests in the '910 patent.   Defendants do not contest Vanda's ownership, assignment, rights, or interests in the '910 patent or Vanda's standing to assert the '910 patent.

78.     The expiration date of the '910 patent is May 17, 2034, which is stated in the Orange Book.

### 5.    The '487 Patent

79.    The '487 patent is entitled "Method of Treatment."   The '487 patent was filed as U.S. Patent Application No. 14/511,669 ("the '669 application"), which was filed with the USPTO on October 10, 2014.  The '487 patent issued on August 13, 2019.

80.    The priority date of the '487 patent is November 12, 2013, the filing date of U.S. Provisional Patent Application No. 61/903,354, filed November 12, 2013.

81.    The inventors of the '487 patent are Marlene Michelle Dressman, Mihael H. Polymeropoulos, and Paolo Baroldi.

82.    Vanda is the record owner and sole assignee of all rights, title, and interests in the '487 patent.   Defendants do not contest Vanda's ownership, assignment, rights, or interests in the '487 patent or Vanda's standing to assert the '487 patent.

83.    The expiration date of the '487 patent is July 27, 2035, which is stated in the Orange Book.

### 6.    The '465 Patent

89.    The '465 patent is entitled "Highly Purified Pharmaceutical Grade Tasimelteon."  The '465 patent was filed as U.S. Patent Application No. 16/800,721

("the '721 application"), which was filed with the USPTO on February 25, 2020.
The '465 patent issued on November 10, 2020.

90.     The priority date of the '465 patent is February 12, 2014, which is the
filing date of U.S. Provisional Patent Application No. 61/938,932.

91.     The inventors listed on the face of the '465 patent are Deepak Phadke,
Natalie M. Platt, and Ravi K. Pandrapragada.

92.     Vanda is the record owner of the '465 patent.  Defendants do not contest
Vanda's standing to assert the '465 patent.

93.     The expiration date of the '465 patent is February 12, 2035, which is
stated in the Orange Book.

## IV.     CLAIM CONSTRUCTION

94.     On October 29, 2019, the Court issued a claim construction order (D.I.
105), including constructions stipulated to by the parties and constructions adopted
by the Court.  On October 28, 2020, the Court issued a claim construction order (D.I.
183), including a construction stipulated to by the parties and constructions adopted
by the Court.  On May 3, 2021, the Court issued a claim construction order (D.I.
230), including constructions stipulated to by the parties and constructions adopted
by the Court.  The ordered constructions appear in the table below:

| Claim Term | Court's Construction |
|---|---|
| Claim preambles<br><br>RE604 patent, claim 1 (from which asserted claim 3 depends); '234 patent, claim 1 (from which asserted claim 4 depends); '910 patent, claim 1 (from which asserted claim 4 depends); '829 patent, claim 13 (from which asserted claim 14 depends); '487 patent, claim 1 (from which asserted claim 5 depends) | The preambles are limiting. |
| "a daily sleep period of approximately 7 to 9 hours"<br><br>RE604 patent, claim 1 (from which asserted claim 3 depends) | Plain and ordinary meaning. |
| "entraining a patient suffering from Non-24 to a 24 hour sleep-wake cycle in which the patient awakens at or near a target wake time following a daily sleep period of approximately 7 to 9 hours, and maintaining said 24 hour sleep-wake cycle"<br><br>RE604 patent, claim 1 (from which asserted claim 3 depends) | "synchronizing a patient suffering from Non-24 to a 24-hour sleep-wake cycle in which the patient awakens at or near a target wake time following a daily sleep period of approximately 7 to 9 hours, and maintaining said 24 hour sleep-wake cycle during the course of treatment" |

| Claim Term | Court's Construction |
|---|---|
| "treating the patient by orally administering to the patient"<br><br>RE604 patent, claim 1 (from which asserted claim 3 depends) | No construction necessary. |
| "treating the patient with tasimelteon"<br><br>'234 patent, claim 1 (from which asserted claim 4 depends); '910 patent, claim 1 (from which asserted claim 4 depends) | No construction necessary. |
| "treating the patient with 20 mg of tasimelteon"<br><br>'829 patent, claim 13 (from which asserted claim 14 depends) | No construction necessary. |
| "without food"<br><br>'487 patent, claim 1 (from which asserted claim 5 depends) | "the patient has not consumed food within 30 minutes prior to administration of tasimelteon and does not consume food with the administration of tasimelteon." |

## V.   FACTS PERTAINING TO INFRINGEMENT

95.     Teva was aware of the RE604, '234, and '910 patents as of or before March 23, 2018.  Teva was aware of the '829 patent as of or before February 7, 2019. Teva was aware of the '487 patent as of or before October 16, 2019.  Teva was aware of the '465 patent as of or before December 18, 2020.

96.     Apotex was aware of the RE604, '234, and '910 patents as of or before April 3, 2018.  Apotex was aware of the '829 patent as of or before February 28, 2019.  Apotex was aware of the '487 patent as of or before November 22, 2019. Apotex was aware of the '465 patent as of or before January 14, 2021.

97.     As required by 21 C.F.R. § 314.94(a)(8)(iv), the language in Defendants' proposed labeling for each of their respective proposed ANDA products is essentially the same in all relevant aspects as Vanda's FDA-approved HETLIOZ® drug labeling.  Differences in the language based on the fact that Defendants' ANDA product and Vanda's HETLIOZ® are produced and distributed by different manufacturers are not relevant to any claim or defense in this case. ███████

████████████████████████████████████

███████████████████████ ██████████████████████

████████████████████████████████████

███████ but this language is not relevant to any claim or defense in this case.

98.     If claim 5 of the '487 patent is not found invalid, Defendants will, by the use, sale, offer for sale, and importation into the United States of their ANDA

Products, induce infringement of claim 5 of the '487 patent pursuant to 35 U.S.C. § 271(e)(2)(A) and (b).[1]

99.   Each of Defendants' ANDA Products contain 20 mg of tasimelteon.

100.   Each of Defendants' Labels states "[t]he recommended dosage of tasimelteon capsules in adults is 20 mg one hour before bedtime, at the same time every night."

101.   Each of Defendants' Labels states that their respective ANDA Products "are indicated for the treatment of Non-24 in adults."

102.   Fluvoxamine is a CYP1A2 inhibitor.

103.   Rifampicin is a CYP3A4 inducer.

104.   Each of Defendants' Labels states "[a]void use of tasimelteon in combination with fluvoxamine or other strong CYP1A2 inhibitors because of a potentially large increase in tasimelteon exposure and greater risk of adverse reactions."

105.   Each of Defendants' Labels states "[a]void use of tasimelteon in combination with rifampin or other CYP3A4 inducers because of a potentially large decrease in tasimelteon exposure with reduced efficacy."

---

[1]   For the avoidance of doubt, Defendants expressly reserve their right to challenge the validity of claims 1 and 5 of the '487 patent and claims 1 and 5 of the' 511 patent at trial.

106.   Tasimelteon is the only drug substance or active pharmaceutical ingredient in Vanda's HETLIOZ® drug product and in each of Defendants' ANDA Products.

107.   After each of Defendants' tasimelteon drug substance is manufactured, it is not materially changed by any subsequent process(es), is not a trivial or nonessential component of Defendants' ANDA Products and does not become a trivial or nonessential component of another product.

108.   After each of Defendants' ANDA Products is manufactured, it is not materially changed by any subsequent process(es) and does not become a trivial or nonessential component of another product.

109.   Each of Defendants' tasimelteon drug substance and Defendants' ANDA Products is not a staple article or commodity of commerce.

## VI.   FACTS PERTAINING TO INVALIDITY

110.   Chinese Patent Appl. No. CN 102675268 A ("CN '268"), titled "Method for Preparing ((1R,2R-2-(2,3-Dihydrobenzofuran-4-yl)cyclopropyl) methanamine," was publicly available at least as of September 19, 2012. Vanda does not dispute that this document was publicly available at least one year before the priority date of claim 10 of the '465 patent.

111.   ICH Harmonized Tripartite Guideline, titled "Impurities in New Drug Substances Q3A(R2)" ("ICH Q3A Guideline"), was publicly available at least as of

October 25, 2006. Vanda does not dispute that this document was publicly available at least one year before the priority date of the Asserted Claims.

112.   The publication titled "Factors Influencing the Application of Literature Methods Toward the Preparation of a Chiral *trans*-Cyclopropane Carboxylic Acid Intermediate During Development of a Melatonin Agonist," authored by Ambarish K. Singh, et al. ("Singh 2004"), became publicly available in or around 2004.  Vanda does not dispute that this document was publicly available at least one year before the priority date of the Asserted Claims.

113.   U.S. Patent No. 5,856,529 ("'529 patent"), titled "Benzofuran and Dihydrobenzofuran Melatonergic Agents," issued, and became publicly available, as of January 5, 1999.  Vanda does not dispute that this document was publicly available at least one year before the priority date of the Asserted Claims.

114.   The publication titled "Tasimelteon for insomnia," authored by Dr. Alan Lankford ("Lankford"), became publicly available on or around May 9, 2011.  Vanda does not dispute that this document was publicly available before the priority date of the Asserted Claims.

115.   The publication titled "The Effects of Low-Dose 0.5-mg Melatonin on the Free-Running Circadian Rhythms of Blind Subjects," authored by Lisa M. Hack, et al. ("Hack"), became publicly available in or around October 2003.  Vanda does

not dispute that this document was publicly available at least one year before the priority date of the Asserted Claims.

116. WO Patent No. 2007/137244 A1, titled "Melatonin Agonist Treatment" ("'244 Publication"), became publicly available on or around November 29, 2007. Vanda does not dispute that this document was publicly available at least one year before the priority date of the Asserted Claims.

117. The publication titled "New approaches in the management of insomnia: weighing the advantages of prolonged-release melatonin and synthetic melatoninergic agonists," authored by Rudiger Hardeland ("Hardeland I"), became publicly in or around 2009. Vanda does not dispute that this document was publicly available at least one year before the priority date of the Asserted Claims.

118. The publication titled "Tasimelteon, a melatonin agonist for the treatment of insomnia and circadian rhythm sleep disorders," authored by Rudiger Hardeland ("Hardeland II"), became publicly available on or around July 1, 2009. Vanda does not dispute that this document was publicly available at least one year before the priority date of the Asserted Claims.

119. The publication titled "Melatonin agonist tasimelteon (VEC-162) for transient insomnia after sleep-time shift: two randomized controlled multicenter trials," authored by Shantha M.W. Rajaratnam, et al. ("Rajaratnam"), became publicly available on or around February 7, 2009. Vanda does not dispute that this

document was publicly available at least one year before the priority date of the Asserted Claims.

120.   The publication titled "Cytochrome P450 and Drug Interactions," authored by D.K. Badyal and A.P. Dadhich ("Badyal"), was publicly available in or around October 2001.  Vanda does not dispute that this document was publicly available at least one year before the priority date of the Asserted Claims.

121.   The publication titled "The Effect of Cytochrome P450 Metabolism on Drug Response, Interactions, and Adverse Effects," authored by T. Lynch et al. ("Lynch"), became publicly available in or around August 2007.  Vanda does not dispute that this document was publicly available at least one year before the priority date of the Asserted Claims.

122.   The publication titled "Pharmacotherapy of Insomnia with Ramelteon: Safety, Efficacy and Clinical Applications," authored by Seithikurippu R. Pandi-Perumal, et al. ("Pandi-Perumal"), became publicly available on or around April 12, 2011. Vanda does not dispute that this document was publicly available before the priority date of the Asserted Claims.

123.   The publication titled "Metabolism of Ramelteon in Human Liver Microsomes and Correlation with the Effect of Fluvoxamine on Ramelteon Pharmacokinetics," authored by R. Scott Obach and Tim F. Ryder ("Obach"), became publicly available in or around 2010.  Vanda does not dispute that this

document was publicly available at least one year before the priority date of the Asserted Claims.

124.   The term VEC-162 is a term that has been used to refer to tasimelteon.

125.   The terms "BMS-214,778" and BMS-214778-01 have been used to refer to tasimelteon.

126.   Fluvoxamine was a known strong CYP1A2 inhibitor prior to the filing date of the Asserted Patents.

127.   Rifampicin was a known CYP3A4 inducer prior to the filing date of the Asserted Patents.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| VANDA PHARMACEUTICALS INC., | |
| Plaintiff, | |
| v. | C.A. No. 18-651-CFC (Consolidated) |
| TEVA PHARMACEUTICALS USA, INC., et al., | |
| Defendants. | |

## **Exhibit 2 – Plaintiff's Statement of Contested Issues of Fact**

# **TABLE OF CONTENTS**

**Page**

I.     PERSON OF ORDINARY SKILL IN THE ART ..........................................2

II.    PLAINTIFF'S CLAIMS.............................................................................3

    A.     Induced Infringement of the Method-of-Treatment Patent
          Claims......................................................................................................3

    B.     Contributory Infringement of the Method-of-Treatment Patents .........4

    C.     Infringement of the Asserted Product-by-Process Patent Claim ..........6

    D.     Additional Claims...................................................................................7

    E.     Relief ......................................................................................................7

III.   DEFENDANTS' CLAIMS.........................................................................7

    A.     Invalidity, Generally..............................................................................7

    B.     Anticipation ...........................................................................................8

    C.     Obviousness..........................................................................................12

    D.     Secondary Considerations for the Asserted Method-of-
          Treatment Patent Claims .....................................................................20

    E.     Secondary Considerations for the Asserted Product-by-Process
          Patent Claim .........................................................................................22

    F.     Written Description ...............................................................................22

    G.     Enablement............................................................................................23

    H.     Improper Inventorship...........................................................................23

Plaintiff submits the following statement of contested issues of fact to be litigated at trial. This statement is based on Plaintiff's claims, Plaintiff's current understanding of Defendants' defenses and counterclaims, and the proceedings in this action to date. Plaintiff reserves the right to modify or amend this statement to the extent necessary to fairly respond to any new issues that Defendants may raise, if Defendants are permitted to raise new issues. Plaintiff further reserves the right to modify or amend this statement based upon the resolution of any outstanding motion or other future ruling by the Court. The following statements are not exhaustive and Plaintiff reserves the right to prove any matters identified in its pleadings, infringement contentions, written discovery responses, and/or expert reports. Plaintiff also intends to offer evidence as to the issues of fact and issues of law identified in this proposed joint pretrial order. Plaintiff further intends to offer evidence to rebut evidence offered by Defendants.

To the extent Plaintiff's Statement of Contested Issues of Law (Exhibit 4) contains issues of fact, those issues are incorporated by reference. To the extent this Statement of Contested Issues of Fact contains issues of law, those issues are incorporated by reference into Plaintiff's Statement of Contested Issues of Law. Plaintiff's statement includes for purposes of completeness certain legal issues raised by the parties' contentions without waiver of any argument regarding whether a particular issue is one of fact or law.

1

## I.     PERSON OF ORDINARY SKILL IN THE ART

1.     Whether a person of ordinary skill in the art relevant to claim 3 of the RE604 patent is a person or persons or team of people with experience treating individuals with circadian rhythm disorders, including a person or persons or team of people qualified to prescribe medication, or a person or persons or team of people with experience researching circadian rhythm disorders.

2.     Whether a person of ordinary skill in the art relevant to claim 4 of the '234 patent; claim 14 of the '829 patent; claim 4 of the '910 patent; claims 1 and 5 of the '487 patent; and claims 1 and 5 of the '511 patent is a person or persons or team of people having (1) a bachelor's degree and at least some laboratory experience in medicine, pharmacy, pharmacology, or a related field such as biochemistry, with experience with drug metabolism and/or drug-drug interactions, or at least some experience with preclinical and/or clinical drug development; and (2) experience treating individuals with circadian rhythm disorders, including a person or persons or team of people qualified to prescribe medication, or experience researching circadian rhythm disorders.

3.     Whether a person of ordinary skill in the art relevant to claim 10 of the '465 patent is a person, persons, or team of people having a bachelor's degree in chemistry, organic chemistry, medicinal chemistry, chemical engineering, pharmaceutics, or a related discipline.

## II.   PLAINTIFF'S CLAIMS

### A.   Induced Infringement of the Method-of-Treatment Patent Claims

4.     Whether each Defendant is liable for induced infringement under 35 U.S.C. § 271(e)(2)(A) because they each submitted an ANDA to FDA for approval of a generic drug product (collectively, the "Proposed ANDA Products") the use of which is covered by claim 3 of the **RE604** patent; claim 5 of the **'487** patent; claim 4 of the **'910** patent; claim 4 of the **'234** patent; and claim 14 of the **'829** patent (collectively, the "Asserted Method-of-Treatment Patent Claims").

5.     Whether each Defendant has the specific intent to induce infringement of the Asserted Method-of-Treatment Patent Claims.

6.     Whether each Defendant's label for its Proposed ANDA Product (also known as "prescribing information" or "package insert") encourages, recommends, promotes, suggests, instructs, teaches, and/or requires prescribers to practice any of the Asserted Method-of-Treatment Patent Claims.

7.     Whether each Defendant's label for its Proposed ANDA Product demonstrates a specific intent to induce infringement of each of the Asserted Method-of-Treatment Patent Claims by encouraging, recommending, promoting, suggesting, instructing, teaching, and/or requiring prescribers to practice each of the Asserted Method-of-Treatment Patent Claims.

3

8.    Whether prescribers administering tasimelteon according to each Defendant's label for its Proposed ANDA Product will inevitably lead to some prescribers practicing the method set forth in the Asserted Method-of-Treatment Patent Claims.

9.    Whether the manufacture, use, offer for sale, sale, and/or importation of each Defendant's Proposed ANDA Product—when used according to the instructions provided in each Defendant's accompanying label before expiration of the Asserted Method-of-Treatment Patent Claims—will directly infringe any of the Asserted Method-of-Treatment Patent Claims under 35 U.S.C. § 271(a).

10.    Whether the Defendants were aware of or relied upon the drafting history of the FDA-approved label for Hetlioz® in preparing their Proposed ANDA Products and their proposed labels for their Proposed ANDA Products.

**B.    Contributory Infringement of the Method-of-Treatment Patents**

11.    Whether each Defendant is liable for contributory infringement under 35 U.S.C. § 271(e)(2)(A) because it submitted an ANDA to FDA for approval of its Proposed ANDA Product, the use of which is covered by the Asserted Method-of-Treatment Patent Claims.

12.    Whether each Defendant's Proposed ANDA Product, comprising the tasimelteon drug product and that Defendant's proposed label to accompany the sale,

4

marketing, and distribution of its tasimelteon drug product, constitutes material for use in practicing the Asserted Method-of-Treatment Patent Claims.

13.    Whether each Defendant's Proposed ANDA Product and each Defendant's  proposed label accompanying that Defendant's Proposed ANDA Product, together or individually, constitute a material part of the Asserted Method-of-Treatment Patent Claim inventions.

14.    Whether each Defendant's Proposed ANDA Product and each Defendant's proposed label accompanying its Proposed ANDA Product, together or individually, have no substantial noninfringing use.

15.    Whether each Defendant knows, and has known since at least the time of its ANDA filing, that its Proposed ANDA Product and its proposed label accompanying its Proposed ANDA Product, together or individually, are especially made or adapted for use in the infringement of the Asserted Method-of-Treatment Patent Claims.

16.    Whether each Defendant's Proposed ANDA Product and each Defendant's proposed label accompanying its Proposed ANDA Product, together or individually, qualify as a staple article or commodity of commerce suitable for substantial noninfringing uses.

17.    Whether the manufacture, use, offer for sale, sale, and/or importation of any of Defendants' Proposed ANDA Products—when used according to the

instructions provided in each Defendant's accompanying label before expiration of the Asserted Method-of-Treatment Patent Claims—will directly infringe the Asserted Method-of-Treatment Patent Claims under 35 U.S.C. § 271(a).

**C.    Infringement of the Asserted Product-by-Process Patent Claim**

18.    Whether each Defendant is liable for direct infringement under 35 U.S.C. § 271(e)(2)(A) by submitting an ANDA to FDA for approval of its Proposed ANDA Product, the active pharmaceutical ingredient ("API") of which is covered by claim 10 of the '465 patent (the "Asserted Product-by-Process Patent Claim" and, together with the Asserted Method-of-Treatment Patent Claims, the "Asserted Claims").

19.    Whether each Defendant will make, use, sell, offer for sale, or import into the United States generic tasimelteon covered by the Asserted Product-by-Process Patent Claim upon final approval of its Proposed ANDA Product.

20.    Whether each Defendant will import into the United States, or offer to sell, sell, or use generic tasimelteon within the United States that will be covered by the Asserted Product-by-Process Patent Claim upon final approval of its Proposed ANDA Product.

21.    Whether each Defendant's generic tasimelteon is manufactured under the direction and control of that Defendant and as part of a joint enterprise with that Defendant.

### D.    Additional Claims

22.    Whether this is an "exceptional" case pursuant to 35 U.S.C. § 285.

### E.    Relief

23.    Whether Plaintiff is entitled to an order that the effective date of any approval of each Defendant's Proposed ANDA Product be a date that is not earlier than the date of the expiration of the patent(s) that have been infringed.

24.    Whether Plaintiff is entitled to injunctive relief against each Defendant to prevent the commercial manufacture, use, offer to sell, or sale within the United States or importation into the United States of that Defendant's Proposed ANDA Product prior to date of the expiration of the patent(s) that have been infringed.

## III.    DEFENDANTS' CLAIMS[1]

### A.    Invalidity, Generally

25.    Whether Defendants have satisfied their burden of proving that the Asserted Claims, and claim 1 of the '487 patent, and claims 1 and 5 of the '511 patent are invalid by clear and convincing evidence.

26.    Whether Defendants have overcome the added burden of proving that the Asserted Claims, claim 1 of the '487 patent, and claims 1 and 5 of the '511 patent

---

[1]    Plaintiff is not aware of any factual disputes related to Defendants' invalidity challenges to claims no longer asserted in this litigation and thus have not addressed them here.  Plaintiff reserves the right to amend its Statement of Contested Issues of Fact to address such invalidity challenges if Defendants seek to maintain them at trial.

are anticipated or obvious based on alleged prior art references that were before the U.S. Patent and Trademark Office.

27.     Whether Defendants have proven by clear and convincing evidence that each of the Alleged Prior Art[2] qualifies as prior art under 35 U.S.C. § 102.

28.     Whether Defendants have proven by clear and convincing evidence that each of the Alleged Prior Art was accessible by members of the relevant public as of the priority date for the Asserted Claims, claims 1 of the '487 patent, and claims 1 and 5 of the '511 patent.

**B.     Anticipation**

29.     Whether Defendants have proven by clear and convincing evidence that the Asserted Claims, claim 1 of the '487 patent, and claims 1 and 5 of the '511 patent are anticipated.

30.     Whether Defendants have proven by clear and convincing evidence that each of the Alleged Prior Art disclose, expressly or inherently, each and every element of the Asserted Claims, claim 1 of the '487 patent, and claims 1 and 5 of the '511 patent.

---

[2]   "Alleged Prior Art" refers to the prior art references identified in Defendants' Statement of Contested Issues of Fact (Exhibit 3), ¶¶ 32-34, 47-48, 51, 55-56, 61-62, 67-68, 73-74, 77-80, 86-87, 90-93, which are CN '268, ICH Q3A Guideline, Singh, the '529 patent, Clinical Trials, Lankford, Hack, '244 publication, Hardeland, Rajaratnam, Badyal, Lynch, Pandi-Perumal, Obach.

31.    Whether Defendants have proven by clear and convincing evidence each and every allegedly inherent element of each of the Alleged Prior Art is necessarily and inevitably present in the respective Alleged Prior Art.

32.    Whether the each of the Alleged Prior Art asserted by Defendants for anticipation contains an enabling disclosure.

33.    Whether a person of ordinary skill in the art would be able to practice the claimed subject matter of the Asserted Claims, claim 1 of the '487 patent, and claims 1 and 5 of the '511 patent by performing what is allegedly disclosed in the each of the Alleged Prior Art without undue experimentation.

34.    Whether Defendants have proven by clear and convincing evidence that the subject matter of claim 10 of the '465 patent was the subject of a commercial offer for sale and was ready for patenting at the time of the alleged offer for sale.

35.    Whether Defendants have proven by clear and convincing evidence that the entire claimed invention of claim 10 was on sale.

36.    Whether Defendants have proven by clear and convincing evidence that ███████████████████████████████████████████████████ ███████████████████████████████████████████ establish the occurrence of a sale of the entire invention claimed by claim 10 of the '465 patent.

37.    Whether any alleged sale or offer for sale of the subject matter of claim 10 of the '465 patent was confidential.

38.    Whether any alleged sale of ██████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████

39.    Whether any alleged sale or offer for sale, of the subject matter of the Asserted Claims was for the purpose of experimentation or qualified as an experimental use.

40.    Whether any alleged sale or offer for sale of the subject matter of the Asserted Claims occurred as a means of furthering research.

41.    Whether Defendants' asserted Clinical Trials reflects the experimental use of the subject matter of the Asserted Claims.

42.    Whether Clinical Trials discloses experimentation designed to determine if it would be possible to treat Non-24-Hour Sleep-Wake Disorder with tasimelteon under certain conditions, and does not discloses the actual treatment of Non-24-Hour Sleep-Wake Disorder with tasimelteon under certain conditions.

43.    Whether Clinical Trials describes a non-Phase I clinical investigation that was subject to Section 505 of the FD&C Act.

44.     Whether Vanda was required by law to submit its initial clinical trial study design and subsequent updates, including Clinical Trials, for public posting on clinicaltrials.gov.

45.     Whether Defendants have proven by clear and convincing evidence that each of the Alleged Prior Art qualifies as prior art.

46.     Whether Defendants have proven by clear and convincing evidence that each of the Alleged Prior Art was accessible by members of the relevant public as of the priority date for the applicable Asserted Claims, claim 1 of the '487 patent, and claims 1 and 5 of the '511 patent.

47.     Whether Defendants have proven by clear and convincing evidence that Clinical Trials qualifies as prior art.

48.     Whether Defendants have proven by clear and convincing evidence that Clinical Trials was accessible by members of the relevant public as of the priority date for the applicable Asserted Claims, claim 1 of the '487 patent, and claims 1 and 5 of the '511 patent.

49.     Whether Defendants have proven by clear and convincing evidence that Clinical Trials anticipates claim 3 of the RE604 patent.

50.     Whether Defendants have proven by clear and convincing evidence that Clinical Trials anticipates claims 1 and 5 of the '487 patent.

51.     Whether Defendants have proven by clear and convincing evidence that Lankford anticipates claims 1 and 5 of the '487 patent.

52.     Whether Defendants have proven by clear and convincing evidence that the '244 Publication anticipates claim 1 of the '487 patent.

53.     Whether Defendants have proven by clear and convincing evidence that Hardeland anticipates claim 1 of the '487 patent.

54.     Whether Defendants have proven by clear and convincing evidence that Clinical Trials anticipates claims 1 and 5 of the '511 patent.

55.     Whether Defendants have proven by clear and convincing evidence that Lankford anticipates claims 1 and 5 of the '511 patent.

56.     Whether Defendants have proven by clear and convincing evidence that the '244 Publication anticipates claims 1 and 5 of the '511 patent.

57.     Whether Defendants have proven by clear and convincing evidence that Hardeland anticipates claims 1 and 5 of the '511 patent.

### C.     Obviousness

58.     Whether Defendants have proven by clear and convincing evidence that the Asserted Claims, claim 1 of the '487 patent, and claims 1 and 5 of the '511 patent are obvious.

59.     Whether Defendants have met their burden of proof as to each of the *Graham* factors.

60.    Whether Defendants have established the scope and content of the prior art by clear and convincing evidence.

61.    Whether Defendants have established by clear and convincing evidence that any differences between the prior art and the Asserted Claims, claim 1 of the '487 patent, and claims 1 and 5 of the '511 patent were trivial, insignificant, or otherwise sufficiently minor so as to permit a person of no more than ordinary skill in the relevant art to make the claimed inventions.

62.    Whether Defendants have proven by clear and convincing evidence that the Alleged Prior Art are analogous art for the Asserted Claims, claim 1 of the '487 patent, and claims 1 and 5 of the '511 patent.

63.    Whether Defendants have proven by clear and convincing evidence that each of the Alleged Prior Art qualifies as prior art.

64.    Whether Defendants have proven by clear and convincing evidence that each of the Alleged Prior Art was accessible by members of the relevant public as of the priority date for the Asserted Claims, claim 1 of the '487 patent, and claims 1 and 5 of the '511 patent.

65.    Whether Defendants have proven by clear and convincing evidence that Clinical Trials qualifies as prior art.

66.    Whether Defendants have proven by clear and convincing evidence that Clinical Trials was accessible by members of the relevant public as of the priority

date of the applicable Asserted Claims, claim 1 of the '487 patent, and claims 1 and 5 of the '511 patent.

67.     Whether Defendants have proven by clear and convincing evidence that the teachings of CN '268 in view of ICH Q3A Guideline disclose or render obvious all of the limitations of claim 10 of the '465 patent, and that a person of ordinary skill in the art as of the priority date of claim 10 of the '465 patent would have been motivated to combine the teachings of CN '268 in view of ICH Q3A Guideline and, separately, that a person of ordinary skill in the art would have had a reasonable expectation of successfully achieving claim 10 of the '465 patent in doing so.

68.     Whether Defendants have proven by clear and convincing evidence that the teachings of Singh in view of ICH Q3A Guideline disclose or render obvious all of the limitations of claim 10 of the '465 patent, and that a person of ordinary skill in the art as of the priority date of claim 10 of the '465 patent would have been motivated to combine the teachings of Singh in view of ICH Q3A Guideline and, separately, that a person of ordinary skill in the art would have had a reasonable expectation of successfully achieving claim 10 of the '465 patent in doing so.

69.     Whether Defendants have proven by clear and convincing evidence that the teachings of '529 patent in view of ICH Q3A Guideline disclose or render obvious all of the limitations of claim 10 of the '465 patent, and that a person of ordinary skill in the art as of the priority date of claim 10 of the '465 patent would

have been motivated to combine the teachings of the '529 patent in view of ICH Q3A Guideline and, separately, that a person of ordinary skill in the art would have had a reasonable expectation of successfully achieving claim 10 of the '465 patent in doing so.

70.    Whether Defendants have proven by clear and convincing evidence that the teachings of Clinical Trials, Lankford, Hack, and '244 publication disclose or render obvious all of the limitations of claim 3 of the RE604 patent, and that a person of ordinary skill in the art as of the priority date of claim 3 of the RE604 patent would have been motivated to combine the teachings of Clinical Trials, Lankford, Hack, and '244 publication and, separately, that a person of ordinary skill in the art would have had a reasonable expectation of successfully achieving claim 3  of the RE604 patent in doing so.

71.    Whether Defendants have proven by clear and convincing evidence that the teachings of '244 publication, Hardeland, Hack, and Rajaratnam disclose or render obvious all of the limitations of claim 3  of the RE604 patent, and that a person of ordinary skill in the art as of the priority date of claim 3  of the RE604 patent would have been motivated to combine the teachings of '244 publication, Hardeland, Hack, and Rajaratnam and, separately, that a person of ordinary skill in the art would have had a reasonable expectation of successfully achieving claim 3  of the RE604 patent in doing so.

72.     Whether Defendants have proven by clear and convincing evidence that the teachings of Clinical Trials, Lankford, Hack, '244 publication, Hardeland, Badyal, and Lynch disclose or render obvious all of the limitations of claim 4 of the '234 patent, and that a person of ordinary skill in the art as of the priority date of claim 4 of the '234 patent would have been motivated to combine the teachings of Clinical Trials, Lankford, Hack, '244 publication, Hardeland, Badyal, and Lynch and, separately, that a person of ordinary skill in the art would have had a reasonable expectation of successfully achieving claim 4 of the '234 patent in doing so.

73.     Whether Defendants have proven by clear and convincing evidence that the teachings of '244 publication, Hardeland, Hack, Rajaratnam, Badyal, and Lynch disclose or render obvious all of the limitations of claim 4 of the '234 patent, and that a person of ordinary skill in the art as of the priority date of claim 4 of the '234 patent would have been motivated to combine the teachings of '244 publication, Hardeland, Hack, Rajaratnam, Badyal, and Lynch and, separately, that a person of ordinary skill in the art would have had a reasonable expectation of successfully achieving claim 4 of the '234 patent in doing so.

74.     Whether Defendants have proven by clear and convincing evidence that the teachings of Clinical Trials, Lankford, Hack, '244 publication, Hardeland, Pandi-Perumal, and Obach disclose or render obvious all of the limitations of

16

claim 4 of the '910 patent, and that a person of ordinary skill in the art as of the priority date of claim 4 of the '910 patent would have been motivated to combine the teachings of Clinical Trials, Lankford, Hack, '244 publication, Hardeland, Pandi-Perumal, and Obach and, separately, that a person of ordinary skill in the art would have had a reasonable expectation of successfully achieving claim 4 of the '910 patent in doing so.

75.    Whether Defendants have proven by clear and convincing evidence that the teachings of '244 publication, Hardeland, Hack, Rajaratnam, Pandi-Perumal, and Obach disclose or render obvious all of the limitations of claim 4 of the '910 patent, and that a person of ordinary skill in the art as of the priority date of claim 4 of the '910 patent would have been motivated to combine the teachings of '244 publication, Hardeland, Hack, Rajaratnam, Pandi-Perumal, and Obach and, separately, that a person of ordinary skill in the art would have had a reasonable expectation of successfully achieving claim 4 of the '910 patent in doing so.

76.    Whether Defendants have proven by clear and convincing evidence that the teachings of Clinical Trials, Lankford, Hack, '244 publication, Hardeland, Badyal, and Lynch disclose or render obvious all of the limitations of claim 14 of the '829 patent, and that a person of ordinary skill in the art as of the priority date of claim 14 of the '829 patent would have been motivated to combine the teachings of Clinical Trials, Lankford, Hack, '244 publication, Hardeland, Badyal, and Lynch

and, separately, that a person of ordinary skill in the art would have had a reasonable expectation of successfully achieving claim 14 of the '829 patent in doing so.

77.     Whether Defendants have proven by clear and convincing evidence that the teachings of '244 publication, Hardeland, Hack, Rajaratnam, Badyal, and Lynch disclose or render obvious all of the limitations of claim 14 of the '829 patent, and that a person of ordinary skill in the art as of the priority date of claim 14 of the '829 patent would have been motivated to combine the teachings of '244 publication, Hardeland, Hack, Rajaratnam, Badyal, and Lynch and, separately, that a person of ordinary skill in the art would have had a reasonable expectation of successfully achieving claim 14 of the '829 patent in doing so.

78.     Whether Defendants have proven by clear and convincing evidence that the teachings of Clinical Trials, Lankford, Hack, and '244 publication disclose or render obvious all of the limitations of claims 1 and 5 of the '487 patent, and that a person of ordinary skill in the art as of the priority date of claims 1 and 5 of the '487 patent would have been motivated to combine the teachings of Clinical Trials, Lankford, Hack, and '244 publication and, separately, that a person of ordinary skill in the art would have had a reasonable expectation of successfully achieving claims 1 and 5 of the '487 patent in doing so.

79.     Whether Defendants have proven by clear and convincing evidence that the teachings of '244 publication, Hardeland, Hack, and Rajaratnam disclose or

render obvious all of the limitations of claims 1 and 5 of the '487 patent, and that a person of ordinary skill in the art as of the priority date of claims 1 and 5 of the '487 patent would have been motivated to combine the teachings of '244 publication, Hardeland, Hack, and Rajaratnam and, separately, that a person of ordinary skill in the art would have had a reasonable expectation of successfully achieving claims 1 and 5 of the '487 patent in doing so.

80.    Whether Defendants have proven by clear and convincing evidence that he teachings of Clinical Trials, Lankford, Hack, and '244 publication disclose or render obvious all of the limitations of claims 1 and 5 of the '511 patent, and that a person of ordinary skill in the art as of the priority date of claims 1 and 5 of the '511 patent would have been motivated to combine the teachings of Clinical Trials, Lankford, Hack, and '244 publication and, separately, that a person of ordinary skill in the art would have had a reasonable expectation of successfully achieving claims 1 and 5 of the '511 patent in doing so.

81.    Whether Defendants have proven by clear and convincing evidence that the teachings of '244 publication, Hardeland, Hack, and Rajaratnam disclose or render obvious all of the limitations of claims 1 and 5 of the '511 patent, and that a person of ordinary skill in the art as of the priority date of claims 1 and 5 of the '511 patent would have been motivated to combine the teachings of '244 publication, Hardeland, Hack, and Rajaratnam and, separately, that a person of ordinary skill in

the art would have had a reasonable expectation of successfully achieving claims 1 and 5 of the '511 patent in doing so.

82.     Whether Defendants' obviousness challenges are informed by hindsight.

83.     Whether the prior art taught away from the Asserted Claims, claims 1 of the '487 patent, and claims 1 and 5 of the '511 patent.

### D.     Secondary Considerations for the Asserted Method-of-Treatment Patent Claims

84.     Whether Hetlioz® is a commercial success.

85.     Whether Hetlioz® is ███████████████████ in excess of the average return that a pharmaceutical company can expect to attain through an alternative investment, and that ███████ are causally related to the embodiment of the claimed inventions rather than to companion factors, such as advertising or attractive packaging.

86.     Whether the embodiments of the Asserted Method-of-Treatment Patent Claims, claim 1 of the '487 patent, and claims 1 and 5 of the '511 patent fulfilled a previously long-felt, unmet need.

87.     Whether the embodiments of the Asserted Method-of-Treatment Patent Claims, claim 1 of the '487 patent, and claims 1 and 5 of the '511 patent have received industry praise.

88.     Whether others in the industry had tried and failed to develop the inventions described by the Asserted Method-of-Treatment Patent Claims, claim 1 of the '487 patent, and claims 1 and 5 of the '511 patent.

89.     Whether others in the industry were skeptical of the inventions described in the Asserted Method-of-Treatment Patent Claims, claim 1 of the '487 patent, and claims 1 and 5 of the '511 patent.

90.     Whether the Asserted Method-of-Treatment Patent Claims, claim 1 of the '487 patent, and claims 1 and 5 of the '511 patent achieved unexpected results.

91.     Whether the technical direction followed by those of ordinary skill in the art at the time of the priority dates of the Asserted Method-of-Treatment Patent Claims, claim 1 of the '487 patent, and claims 1 and 5 of the '511 patent taught away from the Asserted Method-of-Treatment Patent Claims, claim 1 of the '487 patent, and claims 1 and 5 of the '511 patent.

92.     Whether each of the Asserted Method-of-Treatment Patent Claims, claim 1 of the '487 patent, and claims 1 and 5 of the '511 patent is embodied by the Hetlioz® product, such that there is a nexus between Plaintiff's asserted objective indicia of nonobviousness and the Asserted Method-of-Treatment Patent Claims, claim 1 of the '487 patent, and claims 1 and 5 of the '511 patent.

93.     Whether Hetlioz® embodies the claimed features of the Asserted Method-of-Treatment Patent Claims, claim 1 of the '487 patent, and claims 1 and 5

of the '511 patent, and is coextensive with these claimed features, such that a nexus should be presumed and the burden of presenting evidence to rebut this presumed nexus has shifted to Defendants.

94.    Whether Defendants have proven by clear and convincing evidence that a blocking patent existed that would reduce the probative value of commercial success, failure of others, or long-felt but unmet need.

**E.    Secondary Considerations for the Asserted Product-by-Process Patent Claim**

95.    Whether the embodiments of the Asserted Product-by-Process Patent Claim fulfilled a previously long-felt, unmet need.

96.    Whether the Asserted Product-by-Process Patent Claim achieved unexpected results.

97.    Whether others in the industry failed to recognize the impurity issues and identify the claimed impurities or develop the inventions described by the Asserted Product-by-Process Patent Claim.

98.    Whether the Asserted Product-by-Process Patent Claim is embodied by the Hetlioz® product, such that there is a nexus between Plaintiff's asserted objective indicia of nonobviousness and the Asserted Product-by-Process Patent Claim.

**F.    Written Description**

99.    Whether Defendants have proven by clear and convincing evidence that claim 1 of the '511 patent lacks written description support.

100.   Whether Defendants have proven by clear and convincing evidence that claim 1 of the '487 patent lacks written description support.

### G.   Enablement

101.   Whether Defendants have proven by clear and convincing evidence that claim 1 of the '511 patent is not enabled.

102.   Whether Defendants have proven by clear and convincing evidence that claim 1 of the '487 patent is not enabled.

### H.   Improper Inventorship

103.   Whether Defendants have proven by clear and convincing evidence that the product and process limitations of claim 10 of the '465 patent were conceived of by someone other than the named inventors.

104.   Whether Defendants have proven by clear and convincing evidence that someone other than the named inventors conceived of each and every element of claim 10 of the '465 patent, including the claimed product and the claimed process steps.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

VANDA PHARMACEUTICALS INC.,

      Plaintiff,

      v.

TEVA PHARMACEUTICALS USA,
INC., et al.,

      Defendants.

C.A. No. 18-651-CFC
(Consolidated)

## EXHIBIT 3 – DEFENDANTS' STATEMENT
## OF CONTESTED ISSUES OF FACT

Defendants Apotex Inc. and Apotex Corp. (collectively, "Apotex") and Teva Pharmaceuticals, USA, Inc. identify the following issues of fact that remain to be litigated, which is based on Defendants' claims and Defendants' current understanding of Plaintiff's claims and the proceedings in this action to date. If Plaintiff seeks to introduce different arguments, Defendants reserve the right to supplement this statement. To the extent Defendants' Statement of Issues of Law contains issues of fact, those issues are incorporated herein by reference. Likewise, should the Court determine that any issue identified below is more appropriately considered an issue of law, Defendants incorporate such issues by reference into their Statement of Issues of Law.

By including a fact herein, Defendants do not assume the burden of proof or production with regard to that fact. Nor do Defendants concede that any genuine factual dispute exists as to any of the issues listed below. Defendants reserve the right to revise this statement in light of the Court's rulings, in response to Plaintiff's positions, or as otherwise may be appropriate. The following statements are not exhaustive, and Defendants reserve the right to prove any matters identified in their pleadings, contentions, interrogatory responses, and/or expert reports. Defendants also intend to offer evidence as to the issues of fact and issues of law identified in this pretrial order. Defendants further intend to offer evidence to rebut evidence offered by Plaintiff and to argue that Plaintiff is precluded from offering

evidence in support of theories and claims not adequately disclosed in accordance with the scheduling order. Defendants incorporate by reference their expert reports in support of any proof to be presented by expert testimony.

The following issues of fact remain to be litigated.

## I.   NON-INFRINGEMENT OF THE '465 PATENT

1.     Whether Plaintiff has proven by a preponderance of the evidence that Teva's submission to the FDA of ANDA No. 211601 ("Teva's ANDA") was an act of infringement of claim 10 of U.S. Patent No. 10,829,465.

2.     Whether Plaintiff has proven by a preponderance of the evidence that the manufacture, use, offer for sale, sale, marketing, distribution and/or importation of the proposed drug product described in Teva's ANDA ("Teva's ANDA Product") will infringe claim 10 of the '465 patent.

3.     Whether Plaintiff has proven by a preponderance of the evidence that Teva will induce infringement of claim 10 of the '465 patent by others, such as ███████████████████████, under 35 U.S.C. § 271(b).

4.     Whether Plaintiff has proven by a preponderance of the evidence that Teva will contribute to the direct infringement of claim 10 of the '465 patent by ██████, under 35 U.S.C. § 271(c).

5.     Whether Plaintiff has proven by a preponderance of the evidence that it has suffered or would suffer irreparable harm, not compensable by remedies available at law, from the approval of Teva's ANDA Product.

6.     Whether Plaintiff has proven by a preponderance of the evidence that it is entitled to any injunctive relief.

7.     To the extent Teva commercializes its product, whether Plaintiff has proven by a preponderance of the evidence that it is entitled to damages under 35 U.S.C. § 284.

8.     Whether Plaintiff has proven by a preponderance of the evidence that Apotex's submission to the FDA of ANDA No. 211607 ("Apotex's ANDA") was an act of infringement of claim 10 of the '465 patent.

9.     Whether Plaintiff has proven by a preponderance of the evidence that the manufacture, use, offer for sale, marketing, distribution and/or importation of the proposed drug product described in Apotex's ANDA ("Apotex's ANDA Product") will infringe claim 10 of the '465 patent.

10.     Whether Plaintiff has proven by a preponderance of the evidence that the manufacture, use, offer for sale, marketing, distribution and/or importation of Apotex's ANDA Product will induce infringement of claim 10 of the '465 patent by others, under 35 U.S.C. § 271(b).

11.     Whether Plaintiff has proven by a preponderance of the evidence that the manufacture, use, offer for sale, marketing, distribution and/or importation of Apotex's ANDA Product will contribute to the direct infringement of claim 10 of the '465 patent under 35 U.S.C. § 271(c).

12.     Whether Plaintiff has proven by a preponderance of the evidence that it has suffered or would suffer irreparable harm, not compensable by remedies available at law, from the approval of Apotex's ANDA Product.

13.     Whether Plaintiff has proven by a preponderance of the evidence that it is entitled to any injunctive relief.

14.     To the extent Apotex commercializes its product, whether Plaintiff has proven by a preponderance of the evidence that it is entitled to damages under 35 U.S.C. § 284.

## II.     <u>NON-INFRINGEMENT OF THE METHOD-OF-TREATMENT PATENTS</u>

15.     Whether Plaintiff has proven by a preponderance of the evidence that Teva's submission to the FDA of Teva's ANDA was an act of infringement of claim 3 of U.S. Patent No. RE46,604; claim 4 of U.S. Patent No. 9,539,234; claim 14 of U.S. Patent No. 10,149,829; and claim 4 of U.S. Patent No. 9,730,910.

16.     Whether Plaintiff has proven by a preponderance of the evidence that the submission of Apotex's ANDA to the FDA was an act of infringement of claim 3 of U.S. Patent No. RE46,604; claim 4 of U.S. Patent No. 9,539,234; claim 14 of U.S. Patent No. 10,149,829; and claim 4 of U.S. Patent No. 9,730,910.

17.     Whether Plaintiff has proven by a preponderance of the evidence that the manufacture, use, offer for sale, sale, marketing, distribution and/or importation of Teva's ANDA Product will infringe claim 3 of U.S. Patent No. RE46,604; claim

4 of U.S. Patent No. 9,539,234; claim 14 of U.S. Patent No. 10,149,829; and claim 4 of U.S. Patent No. 9,730,910.

18.    Whether Plaintiff has proven by a preponderance of the evidence that the manufacture, use, offer for sale, marketing, distribution and/or importation of Apotex's ANDA Product will infringe claim 3 of U.S. Patent No. RE46,604; claim 4 of U.S. Patent No. 9,539,234; claim 14 of U.S. Patent No. 10,149,829; and claim 4 of U.S. Patent No. 9,730,910.

19.    Whether Plaintiff has proven by a preponderance of the evidence that Teva will induce infringement of claim 3 of U.S. Patent No. RE46,604; claim 4 of U.S. Patent No. 9,539,234; claim 14 of U.S. Patent No. 10,149,829; and claim 4 of U.S. Patent No. 9,730,910 by patients and healthcare providers, under 35 U.S.C. § 271(b).

20.    Whether Plaintiff has proven by a preponderance of the evidence that Apotex will induce infringement of claim 3 of U.S. Patent No. RE46,604; claim 4 of U.S. Patent No. 9,539,234; claim 14 of U.S. Patent No. 10,149,829; and claim 4 of U.S. Patent No. 9,730,910 by patients and healthcare providers, under 35 U.S.C. § 271(b).

21.    Whether Plaintiff has proven by a preponderance of the evidence that Teva will contribute to the direct infringement of claim 3 of U.S. Patent No. RE46,604; claim 4 of U.S. Patent No. 9,539,234; claim 14 of U.S. Patent No. 10,149,829; and claim 4 of U.S. Patent No. 9,730,910 by patients and healthcare providers, under 35 U.S.C. § 271(c).

22.    Whether Plaintiff has proven by a preponderance of the evidence that Apotex will contribute to the direct infringement of claim 3 of U.S. Patent No. RE46,604; claim 4 of U.S. Patent No. 9,539,234; claim 14 of U.S. Patent No. 10,149,829; and claim 4 of U.S. Patent No. 9,730,910 by patients and healthcare providers, under 35 U.S.C. § 271(c).

23.    Whether Plaintiff has proven by a preponderance of the evidence that it has suffered or would suffer irreparable harm, not compensable by remedies available at law, from the approval of Teva's ANDA Product.

24.    Whether Plaintiff has proven by a preponderance of the evidence that it has suffered or would suffer irreparable harm, not compensable by remedies available at law, from the approval of Apotex's ANDA Product.

25.     Whether Plaintiff has proven by a preponderance of the evidence that it is entitled to any injunctive relief.

26.     To the extent Teva commercializes its product, whether Plaintiff has proven by a preponderance of the evidence that it is entitled to damages under 35 U.S.C. § 284.

27.     To the extent Apotex commercializes its product, whether Plaintiff has proven by a preponderance of the evidence that it is entitled to damages under 35 U.S.C. § 284.

28.     Whether Plaintiff has proven by a preponderance of the evidence that this case is exceptional and it is entitled to attorney's fees pursuant to 35 U.S.C. § 285.

## III.   <u>INVALIDITY OF THE '465 PATENT</u>

29.     The qualifications and knowledge of a person of ordinary skill in the art pertinent to claim 10 of U.S. Patent No. 10,829,465 as of the priority date.

30.     The scope and content of the prior art and differences (if any) between the claimed inventions of the '465 patent and the prior art.

31.     Whether claim 10 of the '465 patent is invalid under 35 U.S.C. § 103 as obvious.

32.     Whether claim 10 of the '465 patent is invalid under 35 U.S.C. § 103 as obvious over CN '268 in view of ICH Q3A Guideline.

33.     Whether claim 10 of the '465 patent is invalid under 35 U.S.C. § 103 as obvious over Singh in view of ICH Q3A Guideline.

34.     Whether claim 10 of the '465 patent is invalid under 35 U.S.C. § 103 as obvious over the '529 patent in view of ICH Q3A Guideline.

35.     Whether Plaintiff has shown that secondary considerations of nonobviousness support a non-obviousness finding and have a nexus to claim 10 of the '465 patent.

36.     Whether claim 10 of the '465 patent is invalid under 35 U.S.C. § 102 as anticipated.

37.     Whether claim 10 of the '465 patent is invalid pursuant to 35 U.S.C. § 102 for the offer for sale, sale, and use of tasimelteon ███████████████ ██████████████.

38.     Whether Plaintiff has shown that the offer for sale, sale, and use of tasimelteon ██████████████████████████ was for experimental use.

39.     Whether claim 10 of the '465 patent is invalid pursuant to 35 U.S.C. § 102 for the offer for sale, sale, and use of tasimelteon ██████████ ██████████████.

40.     Whether Plaintiff has shown that the offer for sale, sale, and use of tasimelteon ███████████████████████ was for experimental use.

41.     Whether claim 10 of the '465 patent is invalid pursuant to 35 U.S.C. § 102 for the offer for sale, sale, and use of tasimelteon under ██████████ ██.

42.     Whether Plaintiff has shown that the offer for sale, sale, and use of tasimelteon under ████████████ was for experimental use.

43.     Whether claim 10 of the '465 patent is invalid under 35 U.S.C. § 101 and/or § 115 for improper inventorship.

## IV.     <u>INVALIDITY OF THE '604 PATENT</u>

44.     The qualifications and knowledge of a person of ordinary skill in the art pertinent to claim 3 of U.S. Patent No. RE46,604 as of the priority date.

45.     The scope and content of the prior art and differences (if any) between the claimed inventions of the '604 patent and the prior art.

46.     Whether claim 3 of the '604 patent is invalid under 35 U.S.C. § 103 as obvious.

47.     Whether claim 3 of the '604 patent is invalid under 35 U.S.C. § 103 as obvious over Clinical Trials, Lankford, Hack, and '244 publication.

48.     Whether claim 3 of the '604 patent is invalid under 35 U.S.C. § 103 as obvious over '244 publication, Hardeland, Hack, and Rajaratnam.

49.     Whether Plaintiff has shown that secondary considerations of nonobviousness support a non-obviousness finding and have a nexus to claim 3 of the '604 patent.

50.     Whether claim 3 of the '604 patent is invalid under 35 U.S.C. § 102 as anticipated.

51.     Whether claim 3 of the '604 patent is invalid under 35 U.S.C. § 102 as anticipated by Clinical Trials.

## V.     INVALIDITY OF THE '234 PATENT

52.     The qualifications and knowledge of a person of ordinary skill in the art pertinent to claim 4 of U.S. Patent No. 9,539,234 as of the priority date.

53.     The scope and content of the prior art and differences (if any) between the claimed inventions of the '234 patent and the prior art.

54.     Whether claim 4 of the '234 patent is invalid under 35 U.S.C. § 103 as obvious.

55.     Whether claim 4 of the '234 patent is invalid under 35 U.S.C. § 103 as obvious over Clinical Trials, Lankford, Hack, '244 publication, Hardeland, Badyal, and Lynch.

56.     Whether claim 4 of the '234 patent is invalid under 35 U.S.C. § 103 as obvious over '244 publication, Hardeland, Hack, Rajaratnam, Badyal, and Lynch.

57.     Whether Plaintiff has shown that secondary considerations of nonobviousness support a non-obviousness finding and have a nexus to claim 4 of the '234 patent.

## VI.    INVALIDITY OF THE '910 PATENT

58.     The qualifications and knowledge of a person of ordinary skill in the art pertinent to claim 4 of U.S. Patent No. 9,730,910 as of the priority date.

59.     The scope and content of the prior art and differences (if any) between the claimed inventions of the '910 patent and the prior art.

60.     Whether claim 4 of the '910 patent is invalid under 35 U.S.C. § 103 as obvious.

61.     Whether claim 4 of the '910 patent is invalid under 35 U.S.C. § 103 as obvious over Clinical Trials, Lankford, Hack, and '244 publication, Hardeland, Pandi-Perumal, and Obach.

62.     Whether claim 4 of the '910 patent is invalid under 35 U.S.C. § 103 as obvious over '244 publication, Hardeland, Hack, Rajaratnam, Pandi-Perumal, and Obach.

63.     Whether Plaintiff has shown that secondary considerations of nonobviousness support a non-obviousness finding and have a nexus to claim 4 of the '910 patent.

## VII.   INVALIDITY OF THE '829 PATENT

64.     The qualifications and knowledge of a person of ordinary skill in the art pertinent to claim 14 of U.S. Patent No. 10,149,829 as of the priority date.

65.     The scope and content of the prior art and differences (if any) between the claimed inventions of the '829 patent and the prior art.

66.     Whether claim 14 of the '829 patent is invalid under 35 U.S.C. § 103 as obvious.

67.     Whether claim 14 of the '829 patent is invalid under 35 U.S.C. § 103 as obvious over Clinical Trials, Lankford, Hack, '244 publication, Hardeland, Badyal, and Lynch.

68.     Whether claim 14 of the '829 patent is invalid under 35 U.S.C. § 103 as obvious over '244 publication, Hardeland, Hack, Rajaratnam, Badyal, and Lynch.

69.     Whether Plaintiff has shown that secondary considerations of nonobviousness support a non-obviousness finding and have a nexus to claim 14 of the '829 patent.

## VIII.   INVALIDITY OF THE '487 PATENT

70.     The qualifications and knowledge of a person of ordinary skill in the art pertinent to claims 1 and 5 of U.S. Patent No. 10,376,487 as of the priority date.

71.     The scope and content of the prior art and differences (if any) between the claimed inventions of the '487 patent and the prior art.

72.     Whether claims 1 and 5 of the '487 patent are invalid under 35 U.S.C. § 103 as obvious.

73.     Whether claims 1 and 5 of the '487 patent are invalid under 35 U.S.C. § 103 as obvious over Clinical Trials, Lankford, Hack, and '244 publication.

74.     Whether claims 1 and 5 of the '487 patent are invalid under 35 U.S.C. § 103 as obvious over '244 publication, Hardeland, Hack, and Rajaratnam.

75.     Whether Plaintiff has shown that secondary considerations of nonobviousness support a non-obviousness finding and have a nexus to claims 1 and 5 of the '487 patent.

76.     Whether claims 1 and 5 of the '487 patent are invalid under 35 U.S.C. § 102 as anticipated.

77.     Whether claims 1 and 5 of the '487 patent are invalid under 35 U.S.C. § 102 as anticipated by Clinical Trials.

78.     Whether claims 1 and 5 of the '487 patent are invalid under 35 U.S.C. § 102 as anticipated by Lankford.

79.     Whether claim 1 of the '487 patent is invalid under 35 U.S.C. § 102 as anticipated by '244 Publication.

80.     Whether claim 1 of the '487 patent is invalid under 35 U.S.C. § 102 as anticipated by Hardeland.

81.     Whether claim 1 of the '487 patent is invalid under 35 U.S.C. § 112 for lack of written description support.

82.     Whether claim 1 of the '487 patent is invalid under 35 U.S.C. § 112 as not enabled.

## IX.     INVALIDITY OF THE '511 PATENT

83.     The qualifications and knowledge of a person of ordinary skill in the art pertinent to claims 1 and 5 of U.S. Patent No. 10,610,511 as of the priority date.

84.     The scope and content of the prior art and differences (if any) between the claimed inventions of the '511 patent and the prior art.

85.     Whether claims 1 and 5 of the '511 patent are invalid under 35 U.S.C. § 103 as obvious.

86.     Whether claims 1 and 5 of the '511 patent are invalid under 35 U.S.C. § 103 as obvious over Clinical Trials, Lankford, Hack, and '244 publication.

87.     Whether claims 1 and 5 of the '511 patent are invalid under 35 U.S.C. § 103 as obvious over '244 publication, Hardeland, Hack, and Rajaratnam.

88.     Whether Plaintiff has shown that secondary considerations of nonobviousness support a non-obviousness finding and have a nexus to claims 1 and 5 of the' 511 patent.

89.     Whether claims 1 and 5 of the '511 patent are invalid under 35 U.S.C. § 102 as anticipated.

90.     Whether claims 1 and 5 of the '511 patent are invalid under 35 U.S.C. § 102 as anticipated by Clinical Trials.

91.     Whether claims 1 and 5 of the '511 patent are invalid under 35 U.S.C. § 102 as anticipated by Lankford.

92.     Whether claims 1 and 5 of the '511 patent are invalid under 35 U.S.C. § 102 as anticipated by '244 Publication.

93.     Whether claims 1 and 5 of the '511 patent are invalid under 35 U.S.C. § 102 as anticipated by Hardeland.

94.     Whether claim 1 of the '511 patent is invalid under 35 U.S.C. § 112 for lack of written description support.

95.     Whether claim 1 of the '511 patent is invalid under 35 U.S.C. § 112 as not enabled.

## X.     <u>EXCEPTIONAL CASE</u>

96.     Whether this is an exceptional case and Defendants are entitled to an award of attorneys' fees and costs under 35 U.S.C. § 285, and if so, what amount.

97.     Whether Defendants are entitled to other just and proper relief and, if so, the appropriate award.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

VANDA PHARMACEUTICALS INC.,

    Plaintiff,

    v.

TEVA PHARMACEUTICALS USA,
INC., et al.,

    Defendants.

C.A. No. 18-651-CFC
(Consolidated)

**<u>Exhibit 4 – Plaintiff's Statement of Contested Issues of Law</u>**

## <u>TABLE OF CONTENTS</u>

<u>Page</u>

Table of Authorities ................................................................................ iii

I.   LEGAL STANDARDS RELATED TO ISSUES ON WHICH
     PLAINTIFF BEARS THE BURDEN OF PROOF ........................................1

     A.   Infringement, Generally ...............................................................1

     B.   Infringement under 35 U.S.C. § 271(e)(2)..................................1

     C.   Induced Infringement ...................................................................2

     D.   Contributory Infringement ..........................................................7

     E.   Infringement of the Product-by-Process Claim under 35 U.S.C.
          § 271(e)(2) Based on 35 U.S.C. § 271(a)..................................10

     F.   Infringement of the Product-by-Process Claim under 35 U.S.C.
          § 271(e)(2) Based on 35 U.S.C. § 271(g) .................................11

II.  ISSUES ON WHICH PLAINTIFF BEARS THE BURDEN OF
     PROOF......................................................................................................13

     A.   Infringement of the Method-of-Treatment Patent Claims .........13

     B.   Infringement of the '465 Patent .................................................14

III. RELIEF ....................................................................................................15

     A.   Relief under 35 U.S.C. § 271(e)(4) ...........................................15

     B.   Exceptional Case .......................................................................16

IV.  LEGAL STANDARDS RELATED TO ISSUES ON WHICH
     DEFENDANTS BEAR THE BURDEN OF PROOF ...................................16

     A.   Invalidity, Generally..................................................................16

     B.   Person of Ordinary Skill.............................................................20

     C.   Anticipation ...............................................................................20

# TABLE OF CONTENTS
## (Continued)

**Page**

    1.    Anticipatory Reference Must Be Enabling ............................22

    2.    Inherent Disclosure .....................................................24

    3.    On-Sale Bar ...............................................................24

D.    Obviousness .....................................................................31

    1.    Motivation to Combine with Reasonable Expectation of Success ...................................................................33

        (a)    Motivation to combine....................................35

        (b)    Reasonable Expectation of Success...............38

    2.    Hindsight. ..................................................................41

E.    Objective Indicia of Nonobviousness ...................................42

F.    Written Description ............................................................48

G.    Enablement .......................................................................51

H.    Improper Inventorship ........................................................53

# TABLE OF AUTHORITIES

**Page(s)**

**Cases**

*Abbott Lab'ys* v. *Sandoz, Inc.*,
  544 F.3d 1341 (Fed. Cir. 2008) ...........................................................................39

*Abbott Lab'ys* v. *Sandoz, Inc.*,
  566 F.3d 1282 (Fed. Cir. 2009) ...........................................................................10

*Abbott Lab'ys* v. *Torpharm, Inc.*,
  300 F.3d 1367 (Fed. Cir. 2002) (rehearing denied)........................................1, 2

*Acceleration Bay, LLC* v. *Activision Blizzard Inc.*,
  908 F.3d 765 (Fed. Cir. 2018) .............................................................................19

*Acorda Therapeutics, Inc.* v. *Roxane Lab'ys, Inc.*,
  903 F.3d 1310 (Fed. Cir. 2018) ...............................................................46, 47, 48

*Acromed Corp.* v. *Sofamor Danek Grp., Inc.*,
  253 F.3d 1371 (Fed. Cir. 2001) ...........................................................................53

*Adams Respiratory Therapeutics, Inc.* v. *Perrigo Co.*,
  616 F.3d 1283 (Fed. Cir. 2010) .............................................................................2

*Alcon Rsch. Ltd.* v. *Barr Lab'ys, Inc.*,
  745 F.3d 1180 (Fed. Cir. 2014) .......................................................49, 50, 51, 53

*Alcon, Inc.* v. *Teva Pharms. USA, Inc.*,
  664 F. Supp. 2d 443 (D. Del. 2009)......................................................................20

*Allergan, Inc.* v. *Apotex Inc.*,
  754 F.3d 952 (Fed. Cir. 2014) .............................................................................24

*Allergan, Inc.* v. *Sandoz Inc.*,
  726 F.3d 1286 (Fed. Cir. 2013) ...........................................................................31

*Allergan, Inc.* v. *Sandoz Inc.*,
  796 F.3d 1293 (Fed. Cir. 2015) .....................................................................44, 45

*Al-Site Corp.* v. *VSI Int'l Inc.*,
  174 F.3d 1370 (Fed. Cir. 1999) ...........................................................................18

# TABLE OF AUHORITIES
## (Continued)

**Page(s)**

*Amgen Inc.* v. *Hoechst Marion Roussel, Inc.*,
    314 F.3d 1313 (Fed. Cir. 2003) ..........................................................23

*Apple Inc.* v. *Samsung Elecs. Co., Ltd.*,
    839 F.3d 1034 (Fed. Cir. 2016) (en banc) .....................................42, 43

*Arctic Cat Inc.* v. *Bombardier Recreational Prods. Inc.*,
    876 F.3d 1350 (Fed. Cir. 2017) ..........................................................45

*In re Armodafinil Patent Litig. Inc.*,
    939 F. Supp. 2d 456 (D. Del. 2013).....................................................24

*Ashland Oil, Inc.* v. *Delta Resins & Refractories, Inc.*,
    776 F.2d 281 (Fed. Cir. 1985) ............................................................32

*AstraZeneca LP* v. *Apotex, Inc.*,
    633 F.3d 1042 (Fed. Cir. 2010) ...............................................3, 4, 5, 6

*Barry* v. *Medtronic, Inc.*,
    914 F.3d 1310 (Fed. Cir. 2019) ...........................................27, 28, 29

*Bates* v. *Coe*,
    98 U.S. 31 (1878)..............................................................................17

*In re Bendamustine Consol. Cases*,
    No. 13-2046, 2016 WL 3381219 (D. Del. June 10, 2016) .................29

*Bettcher Indus., Inc.* v. *Bunzl USA, Inc.*,
    661 F.3d 629 (Fed. Cir. 2011) ............................................................24

*In re Bigio*,
    381 F.3d 1320 (Fed. Cir. 2004) ..........................................................33

*Bone Care Int'l, LLC* v. *Pentech Pharms., Inc.*,
    862 F. Supp. 2d 790 (N.D. Ill. 2012)..................................................50

*Boston Sci. Corp.* v. *Cordis Corp.*,
    No. C 02-01474 JW, 2008 WL 11387141 (N.D. Cal. Jan. 25, 2008) ...............30

## TABLE OF AUHORITIES
### (Continued)

**Page(s)**

*Bristol-Myers Squibb Co.* v. *Royce Lab'ys, Inc.*,
  69 F.3d 1130 (Fed. Cir. 1995) .................................................................3, 4, 8, 9

*Burroughs Wellcome Co.* v. *Barr Lab'ys, Inc.*,
  40 F.3d 1223 (Fed. Cir. 1994) .........................................................................54

*Cardiac Pacemakers, Inc.* v. *St. Jude Med., Inc.*,
  381 F.3d 1371 (Fed. Cir. 2004) .......................................................................37

*Catalina Lighting, Inc.* v. *Lamps Plus, Inc.*,
  295 F.3d 1277 (Fed. Cir. 2002) ..................................................................43, 44

*Caterpillar Inc.* v. *Sturman Indus., Inc.*,
  387 F.3d 1358 (Fed. Cir. 2004) .......................................................................53

*In re Caveney*,
  761 F.2d 671 (Fed. Cir. 1985) ..........................................................................27

*Cephalon, Inc.* v. *Watson Pharms., Inc.*,
  707 F.3d 1330 (Fed. Cir. 2013) .......................................................................52

*City of Elizabeth* v. *Am. Nicholson Pavement Co.*,
  97 U.S. 126 (1877)................................................................................21, 22, 28

*Commil USA, LLC* v. *Cisco Sys., Inc.*,
  575 U.S. 632 (2015).........................................................................................17

*Cont'l Can Co. USA, Inc.* v. *Monsanto Co.*,
  948 F.2d 1264 (Fed. Cir. 1991) ..................................................................16, 17

*Crocs, Inc.* v. *Int'l Trade Comm'n*,
  598 F.3d 1294 (Fed. Cir. 2010) .......................................................................33

*Cross Med. Prod., Inc.* v. *Medtronic Sofamor Danek, Inc.*,
  424 F.3d 1293 (Fed. Cir. 2005) .........................................................................8

*In re Cyclobenzaprine Hydrochloride Extended-Release Capsule Pat.
  Litig.*,
  676 F.3d 1063 (Fed. Cir. 2012) ..................................................................43, 46

## TABLE OF AUHORITIES
### (Continued)

**Page(s)**

*Daiichi Sankyo Co.* v. *Apotex, Inc.*,
  501 F.3d 1254 (Fed. Cir. 2007) .......................................................... 20

*Dana Corp.* v. *Am. Axle & Mfg., Inc.*,
  279 F.3d 1372 (Fed. Cir. 2002) ..................................................... 27, 28

*Demaco, Corp.* v. *F. Von Langsdorff Licensing Ltd.*,
  851 F.3d 1387 (Fed. Cir. 1988) .......................................................... 43

*In re Depomed Patent Litig.*,
  No. 13-4507 (CCC-MF), 2016 WL 7163647 (D.N.J. Sept. 30,
  2016) ...................................................................................................... 9

*DePuy Spine, Inc.* v. *Medtronic Sofamor Danek, Inc.*,
  567 F.3d 1314 (Fed. Cir. 2009) .......................................................... 45

*Dey, L.P.* v. *Teva Parenteral Meds., Inc.*,
  6 F. Supp. 3d 651 (N.D. W. Va. 2014) ............................................... 27

*In re Donohue*,
  766 F.2d 531 (Fed. Cir. 1985) ............................................................ 23

*Egbert* v. *Lippmann*,
  104 U.S. 333 (1881) ............................................................................ 28

*Eli Lilly & Co.* v. *Actavis Elizabeth LLC*,
  435 F. App'x 917 (Fed. Cir. 2011) ....................................................... 9

*Eli Lilly & Co.* v. *Aradigm Corp.*,
  376 F.3d 1352 (Fed. Cir. 2004) .......................................................... 55

*Eli Lilly & Co.* v. *Teva Parenteral Meds., Inc.*,
  845 F.3d 1357 (Fed. Cir. 2017) .................................................. 3, 4, 5, 6

*Eli Lilly & Co.* v. *Teva Pharms. Int'l GmbH*,
  8 F.4th 1331 (Fed. Cir. 2021) ...................................................... passim

*Eli Lilly & Co.* v. *Zenith Goldline Pharms., Inc.*,
  471 F.3d 1369 (Fed. Cir. 2006) .......................................................... 21

## TABLE OF AUHORITIES
### (Continued)

**Page(s)**

*Env't Designs, Ltd.* v. *Union Oil Co.*,
713 F.2d 693 (Fed.Cir.1983) ............................................................20

*Emergency Fuel, LLC* v. *Penzoil-Quaker State Co.*,
71 F. App'x 826 (Fed. Cir. 2003) .......................................................25

*Erfindergemeinschaft UroPep GbR* v. *Eli Lilly & Co.*,
276 F. Supp. 3d 629 (E.D. Tex. 2017), *aff'd*, 739 Fed. App'x 643
(Fed. Cir. 2018) (*per curiam*) ...........................................................50

*Fiers* v. *Revel*,
984 F.2d 1164 (Fed. Cir. 1993) ...............................................54, 55

*Forest Lab'ys Holdings Ltd.* v. *Mylan Inc.*,
206 F. Supp. 3d 957 (D. Del. 2016) .....................................................5

*Fujitsu Ltd.* v. *Netgear Inc.*,
620 F.3d 1321 (Fed. Cir. 2010) ...........................................................7

*Galderma Lab'ys, L.P.* v. *Teva Pharms. USA, Inc.*,
799 F. App'x 838 (Fed. Cir. 2020) .....................................................24

*Gemmy Indus. Corp.* v. *Chrisha Creations Ltd.*,
452 F.3d 1353 (Fed. Cir. 2006) .........................................................25

*Gemstar-TV Guide Int'l, Inc.* v. *Int'l Trade Comm'n*,
383 F.3d 1352 (Fed. Cir. 2004) .........................................................53

*Gemtron Corp.* v. *Saint-Gobain Corp.*,
572 F.3d 1371 (Fed. Cir. 2009) .........................................................10

*Glaxo Grp. Ltd.* v. *Apotex, Inc.*,
376 F.3d 1339 (Fed. Cir. 2004) .........................................................18

*Glaxo, Inc.* v. *Novopharm, Ltd.*,
110 F.3d 1562 (Fed. Cir. 1997) ...........................................................1

*GlaxoSmithKline LLC* v. *Teva Pharms. USA, Inc.*,
7 F.4th 1320 (Fed. Cir. 2021) .........................................................4, 5

## TABLE OF AUHORITIES
### (Continued)

<b>Page(s)</b>

*Golden Blount, Inc.* v. *Robert H. Peterson Co.*,
  438 F.3d 1354 (Fed. Cir. 2006) ............................................................9

*Graham* v. *John Deere Co. of Kansas City*,
  383 U.S. 1 (1966)........................................................................31, 42

*Grp. One, Ltd.* v. *Hallmark Cards, Inc.*,
  254 F.3d 1041 (Fed. Cir. 2001) ....................................................25, 26

*In re Gurley*,
  27 F.3d 551 (Fed. Cir. 1994) ...........................................................45

*In re Hall*,
  781 F.2d 897 (Fed. Cir. 1986) ..........................................................20

*In re Hedges*,
  783 F.2d 1038 (Fed. Cir. 1986) ........................................................32

*Helsinn Healthcare S.A.* v. *Teva Pharms. USA, Inc.*,
  139 S. Ct. 628..........................................................................25, 28

*Honeywell Int'l Inc.* v. *Mexichem Amanco Holding S.A.*,
  865 F.3d 1348 (Fed. Cir. 2017) .......................................32, 38, 45, 46

*Honeywell Int'l, Inc.* v. *Universal Avionics Sys. Corp.*,
  343 F. Supp. 2d 272 (D. Del. 2004)...................................................29

*Hybritech Inc.* v. *Monoclonal Antibodies, Inc.*,
  802 F.2d 1367 (Fed. Cir. 1986) ..............................16, 17, 36, 37, 54

*i4i Ltd. P'ship* v. *Microsoft Corp.*,
  598 F.3d 831 (Fed. Cir. 2010), *aff'd*, 564 U.S. 91, 131 S. Ct. 2238
  (2011).........................................................................................7

*Immunex Corp.* v. *Sandoz Inc.*,
  964 F.3d 1049 (Fed. Cir. 2020), *cert. denied*, 141 S. Ct. 2623
  (2021).......................................................................................43

**TABLE OF AUHORITIES**
**(Continued)**

Page(s)

*Innogenetics, N.V.* v. *Abbott Lab'ys*,
   512 F.3d 1363 (Fed. Cir. 2008) ..........................................................37

*Institut Pasteur & Universite Pierre Et Marie Curie* v. *Focarino*,
   738 F.3d 1337 (Fed. Cir. 2013) ..........................................................39

*InTouch Techs., Inc.* v. *VGO Commc'ns, Inc.*,
   751 F.3d 1327 (Fed. Cir. 2014) ..........................................................36

*Invitrogen Corp.* v. *Clontech Lab'ys, Inc.*,
   429 F.3d 1052 (Fed. Cir. 2005) ..........................................................49

*Kinetic Concepts, Inc.* v. *Smith & Nephew, Inc.*,
   688 F.3d 1342 (Fed. Cir. 2012) ...................................................31, 32

*Kinik Co.* v. *Int'l Trade Comm'n*,
   362 F.3d 1359 (Fed. Cir. 2004) ..........................................................12

*KSR Int'l Co.* v. *Teleflex Inc.*,
   550 U.S. 398 (2007)........................................................35, 36, 41

*Kyowa Hakka Bio, Co.* v. *Ajinomoto Co.*,
   No. CV 17-313, 2018 WL 834583 (D. Del. Feb. 12, 2018)..............................12

*Leo Pharm. Prods., Ltd.* v. *Rea*,
   726 F.3d 1346 (Fed. Cir. 2013) ..........................................................37

*Limelight Networks, Inc.* v. *Akamai Techs., Inc.*,
   134 S. Ct. 2111, 189 L. Ed. 2d 52 (2014)..........................................3

*Lindemann Maschinenfabrik GMBH* v. *Am. Hoist and Derrick Co.*,
   730 F.2d 1452 (Fed. Cir. 1984) ...................................................18, 19

*Liquid Dynamics Corp.* v. *Vaughan Co. Inc.*,
   449 F.3d 1209 (Fed. Cir. 2006) ..........................................................1

*Lisle Corp.* v. *A.J. Mfg. Co.*,
   398 F.3d 1306 (Fed. Cir. 2005) ...................................................28, 29

# <u>TABLE OF AUHORITIES</u>
## (Continued)

**<u>Page(s)</u>**

*In re Lister*,
    583 F.3d 1307 (Fed. Cir. 2009) ........................................................19

*Lough* v. *Brunswick Corp.*,
    86 F.3d 1113 (Fed. Cir. 1996) ..........................................................29

*Lundbeck* v. *Lupin Ltd.*,
    No. CV 18-88-LPS, 2021 WL 4944963 (D. Del. Sept. 30, 2021) .......7

*Manning* v. *Paradis*,
    296 F.3d 1098 (Fed. Cir. 2002) ........................................................28

*Martek BioSciences Corp.* v. *Nutrinova, Inc.*,
    579 F.3d 1363 (Fed. Cir. 2009) ..........................................................1

*McAirlaids, Inc.* v. *Kimberly-Clark Corp.*,
    No. 7:13cv193, 2013 WL 6882699 (W.D. Va. Dec. 31, 2013).........10

*McGinley* v. *Franklin Sports, Inc.*,
    262 F.3d 1339 (Fed. Cir. 2001) ........................................................42

*Meds. Co.* v. *Hospira, Inc.*,
    827 F.3d 1363 (Fed. Cir. 2016) (en banc) .............................25, 26, 27

*Merck Sharp & Dohme Corp.* v. *Hospira, Inc.*,
    874 F.3d 724 (Fed. Cir. 2017) ....................................................46, 47

*Metro-Goldwyn-Mayer Studios Inc.* v. *Grokster, Ltd.*,
    545 U.S. 913 (2005).........................................................................4, 6

*Microsoft Corp.* v. *i4i Ltd. P'ship*,
    564 U.S. 91 (2011)..........................................................................7, 18

*Millennium Pharms., Inc.* v. *Sandoz Inc.*,
    862 F.3d 1356 (Fed. Cir. 2017) ..................................................45, 46

*In re Morsa*,
    713 F.3d 104 (Fed. Cir. 2013) ..........................................................51

## TABLE OF AUHORITIES
### (Continued)

**Page(s)**

*Netscape Commc'ns Corp.* v. *Konrad,*
    295 F.3d 1315 (Fed. Cir. 2002) ..........................................................27

*Novartis Pharm. Corp.* v. *Watson Lab'ys, Inc.,*
    611 F. App'x 988 (Fed. Cir. 2015) ....................................................37

*Octane Fitness, LLC* v. *ICON Health & Fitness, Inc.,*
    572 U.S. 545 (2014)............................................................................16

*Ortho-McNeil Pharm., Inc.* v. *Mylan Lab'ys., Inc.,*
    520 F.3d 1358 (Fed. Cir. 2008) ....................................................43, 44

*OSI Pharms., LLC* v. *Apotex Inc.,*
    939 F.3d 1375 (Fed. Cir. 2019) ..........................................................38

*Paeco, Inc.* v. *Applied Moldings, Inc.,*
    562 F.2d 870 (3d Cir. 1977) ..............................................................21

*Pfaff* v. *Wells Elecs., Inc.,*
    525 U.S. 55 (1998)..............................................................25, 28, 29

*Polaris Indus., Inc.* v. *Arctic Cat, Inc.,*
    882 F.3d 1056 (Fed. Cir. 2018) ............................................32, 36, 42

*Power Integrations, Inc.* v. *Fairchild Semiconductor Int'l, Inc.,*
    711 F.3d 1348 (Fed. Cir. 2013) ..........................................................42

*PowerOasis, Inc.* v. *T-Mobile USA, Inc.,*
    522 F.3d 1299, 1304 (Fed. Cir. 2008) ...............................................18

*PPG Indus., Inc.* v. *Guardian Indus. Corp.,*
    75 F.3d 1558 (Fed. Cir. 1996) ............................................................52

*Price* v. *Symsek,*
    988 F.2d 1187 (Fed. Cir. 1993) .....................................................17, 18

*Pro-Mold & Tool Co., Inc.* v. *Great Lakes Plastics, Inc.,*
    75 F.3d 1568 (Fed. Cir. 1996) ....................................................43, 44

## TABLE OF AUHORITIES
### (Continued)

Page(s)

*Procter & Gamble Co.* v. *Teva Pharms. USA, Inc.*,
566 F.3d 989 (Fed. Cir. 2009) ................................................................33, 34

*Rapoport* v. *Dement*,
254 F.3d 1053 (Fed. Cir. 2001) .....................................................................24

*Raytheon Techs. Corp.* v. *Gen. Elec. Co.*,
993 F.3d 1374 (Fed. Cir. 2021) .....................................................................33

*RCA* v. *Radio Eng'g Lab'ys*,
293 U.S. 1 (1934) ..........................................................................................18

*Sanofi* v. *Glenmark Pharms. Inc., USA*,
204 F. Supp. 3d 665 (D. Del. 2016), *aff'd sub nom. Sanofi* v.
*Watson Lab'ys Inc.*, 875 F.3d 636 (Fed. Cir. 2017) .............................................5

*Sanofi* v. *Watson Lab'ys Inc.*,
875 F.3d 636 (Fed. Cir. 2017) ..........................................................5, 6, 39, 40

*Sanofi-Synthelabo* v. *Apotex, Inc.*,
550 F.3d 1075 (Fed. Cir. 2008) .............................................................passim

*Scaltech Inc.* v. *Retec/Tetra, L.L.C.*,
178 F.3d 1378 (Fed. Cir. 1999) ................................................................27, 28

*Sciele Pharma Inc.* v. *Lupin Ltd.*,
684 F.3d 1253 (Fed. Cir. 2012) .....................................................................16

*Sewall* v. *Walters*,
21 F.3d 411 (Fed. Cir. 1994) .........................................................................54

*Shire LLC* v. *Amneal Pharms., LLC*,
802 F.3d 1301 (Fed. Cir. 2015) .....................................................................18

*In re Skvorecz*,
580 F.3d 1262 (Fed. Cir. 2009) .....................................................................49

*In re Soni*,
54 F.3d 746 (Fed. Cir. 1995) .........................................................................45

## TABLE OF AUHORITIES
### (Continued)

**Page(s)**

*Spansion, Inc.* v. *Int'l Trade Comm'n,*
   629 F.3d 1331 (Fed. Cir. 2010) ....................................................54, 55

*Star Sci., Inc.* v. *R.J. Reynolds Tobacco Co.,*
   655 F.3d 1364 (Fed. Cir. 2011) ..........................................................41

*Symbol Techs.* v. *Opticon, Inc.,*
   935 F.2d 1569 (Fed. Cir. 1991) ..........................................................46

*Syngenta Crop Protection, LLC v. Willowood, LLC,*
   944 F.3d 1344 (Fed. Cir. 2019) ....................................................11, 12

*Takeda Pharm. Co. Ltd.* v. *Torrent Pharms. Ltd.,*
   844 F. App'x 339 (Fed. Cir. 2021) .....................................................35

*Takeda Pharm. Co. Ltd.* v. *Zydus Pharms. USA, Inc.,*
   743 F.3d 1359 (Fed. Cir. 2014) ..........................................................52

*Takeda Pharms. U.S.A., Inc.* v. *W.-Ward Pharm. Corp.,*
   785 F.3d 625 (Fed. Cir. 2015) ..............................................................5

*Tec Air, Inc.* v. *Denso Mfg. Michigan Inc.,*
   192 F.3d 1353 (Fed. Cir. 1999) ..........................................................38

*Teleflex, Inc.* v. *Ficosa North America Corp.,*
   299 F.3d 1313 (Fed. Cir. 2002) ..........................................................36

*Teva Pharms. USA, Inc.* v. *Corcept Therapeutics, Inc.,*
   18 F.4th 1377 (Fed. Cir. 2021) ...........................................................39

*TQ Delta, LLC* v. *CISCO Sys., Inc.,*
   942 F.3d 1352 (Fed. Cir. 2019) ..........................................................35

*Trading Techs. Int'l, Inc.* v. *eSpeed, Inc.,*
   595 F.3d 1340 (Fed. Cir. 2010) ..........................................................27

*Transocean Offshore Deepwater Drilling, Inc.* v. *Maersk Contractors USA, Inc.,*
   617 F.3d 1296 (Fed. Cir. 2010) ....................................................43, 44

## TABLE OF AUHORITIES
### (Continued)

**Page(s)**

*Unigene Lab'ys, Inc.* v. *Apotex, Inc.*,
  655 F.3d 1352 (Fed. Cir. 2011) ..........................................................33

*In re Vaeck*,
  947 F.2d 488 (Fed. Cir. 1991) ............................................................38

*Vanda Pharms. Inc.* v. *W.-Ward Pharms. Int'l Ltd.*,
  887 F.3d 1117 (Fed. Cir. 2018) ....................................................passim

*In re Van Os*,
  844 F.3d 1359 (Fed. Cir. 2017) ..........................................................35

*Vita-Mix Corp.* v. *Basic Holding, Inc.*,
  581 F.3d 1317 (Fed. Cir. 2009) ............................................................9

*In re Wands*,
  858 F.2d 731 (Fed. Cir. 1988) ......................................................23, 51

*Warner-Jenkinson Co.* v. *Hilton Davis Chem. Co.*,
  520 U.S. 17 (1997)......................................................................10, 54

*Warner-Lambert Co.* v. *Apotex Corp.*,
  316 F.3d 1348 (Fed. Cir. 2003) ....................................................passim

*Wasica Fin. GmbH* v. *Cont'l Auto. Sys., Inc.*,
  853 F.3d 1272 (Fed. Cir. 2017) ..........................................................35

*Water Techs. Corp.* v. *Calco, Ltd.*,
  850 F.2d 660 (Fed. Cir. 1988) ..............................................................4

*WBIP, LLC* v. *Kohler Co.*,
  829 F.3d 1317 (Fed. Cir. 2016) ....................................................43, 45

*Yamanouchi Pharm. Co., Ltd.* v. *Danbury Pharmacal, Inc.*,
  231 F.3d 1339 (Fed. Cir. 2000) ....................................................36, 37

**Statutes**

35 U.S.C. § 102(a)(1)................................................................24

## TABLE OF AUHORITIES
### (Continued)

**Page(s)**

35 U.S.C. § 102(b) .................................................................................24, 25

35 U.S.C. § 103 .........................................................................................31, 32

35 U.S.C. § 112(a) .......................................................................49, 50, 51, 53

35 U.S.C. § 271(b) .........................................................................................2, 3

35 U.S.C. § 271(c) .........................................................................................7, 8

35 U.S.C. § 271(e) ..........................................................................................15

35 U.S.C. § 271(g) ..........................................................................................11

35 U.S.C. § 282 ...............................................................................................16

35 U.S.C. § 285 ...............................................................................................16

**Other Authorities**

37 C.F.R. § 1.57(d)(1).................................................................................50, 53

42 CFR § 11.10(a)............................................................................................22

42 CFR § 11.42 ................................................................................................22

H.R. Rep. No. 60, 100th Cong., 1st. Sess. 13–14 (1987)........................................13

## I.   LEGAL STANDARDS RELATED TO ISSUES ON WHICH PLAINTIFF BEARS THE BURDEN OF PROOF

### A.   Infringement, Generally

1.    Vanda has the burden of proving infringement by a preponderance of the evidence.  *Warner-Lambert Co.* v. *Apotex Corp.*, 316 F.3d 1348, 1366 (Fed. Cir. 2003).

2.    "A patentee may prove infringement by any method of analysis that is probative of the fact of infringement, and circumstantial evidence may be sufficient." *Martek BioSciences Corp.* v. *Nutrinova, Inc.*, 579 F.3d 1363, 1372 (Fed. Cir. 2009) (internal citations and quotations omitted); *see Liquid Dynamics Corp.* v. *Vaughan Co. Inc.*, 449 F.3d 1209, 1219 (Fed. Cir. 2006).

### B.   Infringement under 35 U.S.C. § 271(e)(2)

3.    In a Hatch-Waxman case, the infringement inquiry under 35 U.S.C. § 271(e)(2) is a hypothetical analysis because it is conducted prior to any actual marketing, sale, or use of the Defendants' abbreviated new drug application ("ANDA") products.  *Abbott Lab'ys* v. *Torpharm, Inc.*, 300 F.3d 1367, 1373 (Fed. Cir. 2002) (rehearing denied); *Warner-Lambert*, 316 F.3d at 1365 (the infringement inquiries "are hypothetical because the allegedly infringing product has not yet been marketed."); *Glaxo, Inc.* v. *Novopharm, Ltd.*, 110 F.3d 1562 at 1570 (Fed. Cir. 1997) ("The relevant inquiry is whether the patentee has proven by a preponderance of the evidence that the alleged infringer will likely market an infringing product.").

1

4.      Thus, to prove infringement under 35 U.S.C. § 271(e)(2), the patentee needs to show only that it is more likely than not that the proposed ANDA product would, if commercially marketed, satisfy the claim limitations of at least one of the claims of the patents-in-suit. *Adams Respiratory Therapeutics, Inc.* v. *Perrigo Co.*, 616 F.3d 1283, 1287 (Fed. Cir. 2010); *Abbott Lab'ys*, 300 F.3d at 1373.  Thus, in a Hatch-Waxman suit, "the substantive determination [of] whether actual infringement or inducement will take place is determined by traditional patent infringement analysis, just the same as it is in other infringement suits, including those in a non-ANDA context, the only difference being that the inquiries now are hypothetical because the allegedly infringing product has not yet been marketed." *Warner-Lambert*, 316 F.3d at 1365.  A claim for infringement under Section 271(e)(2) thus encompasses the forms of infringement under other subsections of Section 271.

5.      In determining whether a proposed ANDA product would more likely than not infringe at least one claim of at least one of the patents-in-suit, a court must consider all relevant evidence, including the ANDA filing itself.  *Abbott Lab'ys*, 300 F.3d at 1373.

## C.      Induced Infringement

6.      Section 271(b) of Title 35 of the United States Code provides that "[w]hoever actively induces infringement of a patent shall be liable as an infringer."

7.    With regard to patents claiming new methods of treatment, a generic drug ANDA applicant may be liable for inducing infringement, including under 35 U.S.C. § 271(e)(2), even though the generic drug ANDA applicant does not directly infringe a method patent.  35 U.S.C. § 271(b).[1]

8.    Direct infringement is a necessary predicate for a finding of induced infringement in ordinary patent infringement cases.  *Limelight Networks, Inc.* v. *Akamai Techs., Inc.*, 134 S. Ct. 2111, 2117, 189 L. Ed. 2d 52 (2014).  However, in Hatch-Waxman cases, direct infringement is established "by showing that if the proposed ANDA product were marketed, it would infringe."  *Vanda Pharms. Inc.* v. *W.-Ward Pharms. Int'l Ltd.*, 887 F.3d 1117, 1130 (Fed. Cir. 2018).  Further, in the Hatch-Waxman context, proof of direct infringement does not require proof of past instances of direct infringement by a physician or prescriber.  *See Vanda*, 887 F.3d at 1130 ("[P]atentees in Hatch-Waxman litigations asserting method patents do not have to prove that prior use of the NDA-approved drug satisfies the limitations of the asserted claims."); *see also id.* at 1129 ("As we have explained, 'section 271(e)(2)(A) makes it possible for a patent owner to have the court determine

---

[1]   Defendants will induce infringement of the following claims:  claim 3 of U.S. Patent No. RE46,604 (the RE604 patent); claim 4 of U.S. Patent No. 9,539,234 (the '234 patent); claim 14 of U.S. Patent No. 10,149,829 (the '829 patent); claim 4 of U.S. Patent No. 9,730,910 (the '910 patent); claim 5 of U.S. Patent No. 10,376,487 (the '487 patent).

whether, if a particular drug *were* put on the market, it *would* infringe the relevant patent.'" (quoting *Bristol-Myers Squibb Co.* v. *Royce Lab'ys, Inc.*, 69 F.3d 1130, 1135 (Fed. Cir. 1995))); *Eli Lilly & Co.* v. *Teva Parenteral Meds., Inc.*, 845 F.3d 1357, 1368 (Fed. Cir. 2017) (explaining "we have not required evidence regarding the general prevalence of the induced activity"); *AstraZeneca LP* v. *Apotex, Inc.*, 633 F.3d 1042, 1057 (Fed. Cir. 2010) (affirming district court's grant of a preliminary injunction based on claims of induced infringement where the district court found that "the proposed label would cause some users to infringe the asserted method claims"); *see also Warner-Lambert*, 316 F.3d at 1364 ("The infringement case is therefore limited to an analysis of whether what the generic drug maker is requesting authorization for in the ANDA would be an act of infringement if performed.").

9.     Circumstantial evidence can support a finding of specific intent to induce infringement.  *GlaxoSmithKline LLC* v. *Teva Pharms. USA, Inc.*, 7 F.4th 1320, 1327 (Fed. Cir. 2021); *AstraZeneca*, 633 F.3d at 1060 (citing *Water Techs. Corp.* v. *Calco, Ltd.*, 850 F.2d 660, 668 (Fed. Cir. 1988)).

10.     "Inducement can be found where there is 'evidence of active steps taken to encourage direct infringement,' which can in turn be found in 'advertising an infringing use or instructing how to engage in an infringing use.'" *Vanda*, 887 F.3d at 1129 (citation omitted) (quoting *Metro-Goldwyn-Mayer Studios Inc.* v. *Grokster, Ltd.*, 545 U.S. 913, 936 (2005)).

4

11.    Thus, where a generic drug maker's proposed drug label (also known as a "package insert" or "prescribing information") encourages, recommends, promotes, suggests, instructs, teaches, or requires acts that themselves constitute direct infringement of an asserted patent, the generic drug maker shall be deemed to possess the requisite specific intent to induce infringement and be liable for induced infringement under 35 U.S.C. § 271(b).  *Vanda*, 887 F.3d at 1129; *Takeda Pharms. U.S.A., Inc.* v. *W.-Ward Pharm. Corp.*, 785 F.3d 625, 631 (Fed. Cir. 2015); *AstraZeneca*, 633 F.3d at 1060; *Eli Lilly*, 845 F.3d at 1368.  Other evidence, such as advertisements, marketing materials, or other acts, efforts, or materials may also support a generic drug company's specific intent to induce infringement.  *See GlaxoSmithKline*, 7 F.4th at 1337–38.

12.    "Even where a proposed label does not explicitly track the language of a claimed method, a package insert containing directives that will 'inevitably lead some consumers to practice the claimed method' provides sufficient evidence for a finding of specific intent."  *Sanofi* v. *Glenmark Pharms. Inc., USA*, 204 F. Supp. 3d 665, 673–74 (D. Del. 2016), *aff'd sub nom. Sanofi* v. *Watson Lab'ys Inc.*, 875 F.3d 636 (Fed. Cir. 2017) (quoting *AstraZeneca*, 633 F.3d at 1060); *see also Forest Lab'ys Holdings Ltd.* v. *Mylan Inc.*, 206 F. Supp. 3d 957, 975 (D. Del. 2016).

13.    Likewise, a generic drug maker may possess the requisite specific intent, and be liable for induced infringement, even if the generic drug maker's label

5

also permits noninfringing uses of the generic drug product. *See Vanda*, 887 F.3d at 1133 ("[E]ven if the proposed ANDA product has 'substantial noninfringing uses,' [the generic ANDA applicant] may still be held liable for induced infringement."); *Sanofi* v. *Watson Lab'ys Inc.*, 875 F.3d 636, 646 (Fed. Cir. 2017) ("Section 271(b), on inducement, does not contain the 'substantial noninfringing use' restriction of section 271(c), on contributory infringement. . . . [A] person can be liable for inducing an infringing use of a product even if the product has substantial noninfringing uses . . . ." (citing *Grokster*, 545 U.S. at 934–37). Thus, so long as the generic drug maker's proposed drug label encourages, recommends, promotes, suggests, instructs, teaches, or requires that the claimed method of the asserted patents be performed for some patients, the proposed drug label evidences the generic drug maker's active steps and specific intent to induce infringement. *AstraZeneca*, 633 F.3d at 1049, 1060; *Vanda*, 887 F.3d at 1129; *Eli Lilly*, 845 F.3d at 1368.

14.     It is similarly irrelevant to the induced infringement inquiry in a Hatch-Waxman case whether users of the accused ANDA product will allegedly ignore or disregard the language of the drug label. *See AstraZeneca*, 633 F.3d at 1060 ("In the context of specific intent, it is irrelevant that some users may ignore the warnings in the proposed label. The pertinent question is whether the proposed label instructs users to perform the patented method.").

### D.     Contributory Infringement

15.     Section 271(c) of Title 35 of the United States Code provides that "[w]hoever offers to sell or sells within the United States or imports into the United States a component of a patented machine, manufacture, combination or composition, or a material or apparatus for use in practicing a patented process, constituting a material part of the invention, knowing the same to be especially made or especially adapted for use in an infringement of such patent, and not a staple article or commodity of commerce suitable for substantial noninfringing use, shall be liable as a contributory infringer."

16.     A party is liable for contributory infringement if that party (1) sells, or offers to sell, a material or apparatus for use in practicing a patented process; (2) that material or apparatus is a material part of the invention and must not be a staple article or commodity of commerce that has no substantial noninfringing uses; and (3) the material or apparatus is known by the accused infringer to be especially made or especially adapted for use in an infringement of such patent.  *i4i Ltd. P'ship* v. *Microsoft Corp.*, 598 F.3d 831, 850–51 (Fed. Cir. 2010), *aff'd*, 564 U.S. 91, 131 S. Ct. 2238 (2011); *see also Fujitsu Ltd.* v. *Netgear Inc.*, 620 F.3d 1321, 1326 (Fed. Cir. 2010); *Lundbeck* v. *Lupin Ltd.*, No. CV 18-88-LPS, 2021 WL 4944963, at *107 (D. Del. Sept. 30, 2021).

17.    With regard to patents claiming new methods of treatment, a generic drug ANDA applicant may be liable for contributing to infringement, including under 35 U.S.C. § 271(e)(2), even though the generic drug ANDA applicant does not directly infringe a method patent.  35 U.S.C. § 271(c).[2]

18.    Direct infringement is a necessary predicate for a finding of contributory infringement in ordinary patent infringement cases.  *See, e.g.*, *Cross Med. Prod., Inc.* v. *Medtronic Sofamor Danek, Inc*., 424 F.3d 1293, 1312 (indicating that a showing of contributory infringement requires "proving an act of direct infringement") (Fed. Cir. 2005).  However, in Hatch-Waxman cases, direct infringement is established "by showing that if the proposed ANDA product were marketed, it would infringe."  *Vanda*, 887 F.3d at 1130.  Further, in the Hatch-Waxman context, proof of direct infringement does not require proof of past instances of direct infringement by a physician or prescriber.  *Id.* ("[P]atentees in Hatch-Waxman litigations asserting method patents do not have to prove that prior use of the NDA-approved drug satisfies the limitations of the asserted claims."); *see also id.* at 1129 ("As we have explained, 'section 271(e)(2)(A) makes it possible for a patent owner to have the court determine whether, if a particular drug *were* put on

---

[2]    Defendants will contribute to the infringement of the following claims:  claim 3 of the RE604 patent; claim 4 of the '234 patent; claim 14 of the '829 patent; claim 4 of the '910 patent; claim 5 of the '487 patent.

the market, it *would* infringe the relevant patent.'" (quoting *Bristol-Myers Squibb Co.*, 69 F.3d at 1135)); *Warner-Lambert*, 316 F.3d at 1364 ("The infringement case is therefore limited to an analysis of whether what the generic drug maker is requesting authorization for in the ANDA would be an act of infringement if performed.").

19.   "[N]on-infringing uses are substantial when they are not unusual, far-fetched, illusory, impractical, occasional, aberrant, or experimental." *Vita-Mix Corp.* v. *Basic Holding, Inc.*, 581 F.3d 1317, 1327 (Fed. Cir. 2009).  The burden of showing the absence of a substantial noninfringing use is on the party asserting patent infringement.  *See Golden Blount, Inc.* v. *Robert H. Peterson Co.*, 438 F.3d 1354, 1363 (Fed. Cir. 2006).  However, "[o]nce a patentee has made out a *prima facie* showing that a product is not 'suitable for substantial non-infringing use,' the burden then shifts to the accused infringer to demonstrate otherwise." *In re Depomed Patent Litig.*, No. 13-4507 (CCC-MF), 2016 WL 7163647, at *25 (D.N.J. Sept. 30, 2016) (quoting *Golden Blount*, 438 F.3d at 1363).

20.   The off-label use of a drug is not a substantial noninfringing use sufficient to defeat a finding of contributory infringement for "a product that is authorized to be sold solely for the infringing use." *Eli Lilly & Co.* v. *Actavis Elizabeth LLC*, 435 F. App'x 917, 927 (Fed. Cir. 2011).

E.   **Infringement of the Product-by-Process Claim under 35 U.S.C. § 271(e)(2) Based on 35 U.S.C. § 271(a)**

21.   Claim 10 of U.S. Patent No. 10,829,465 (the '465 patent) claims products made by a specified process, commonly known as a "product-by-process claim."   A generic drug ANDA applicant may be liable for infringement of a product-by-process claim, including under 35 U.S.C. § 271(e)(2), based on 35 U.S.C. § 271(a).   Defendants have or will directly infringe claim 10 of the '465 patent under 35 U.S.C. § 271(e)(2) based on 35 U.S.C. § 271(a).

22.   "Each element contained in a patent claim is deemed material to defining the scope of the patented invention."   *Warner-Jenkinson Co.* v. *Hilton Davis Chem. Co.*, 520 U.S. 17, 29 (1997).   "[P]rocess terms in product-by-process claims serve as limitations in determining infringement."   *Abbott Lab'ys* v. *Sandoz, Inc.*, 566 F.3d 1282, 1293 (Fed. Cir. 2009) (citation omitted).

23.   A product accused of infringing a product-by-process claim that was made by a process outside the United States will not defeat a claim of infringement under 35 U.S.C. § 271(a).   *See McAirlaids, Inc.* v. *Kimberly-Clark Corp.*, No. 7:13cv193, 2013 WL 6882699, at *2 (W.D. Va. Dec. 31, 2013) ("Nothing in the clear language of § 271(a) requires the process steps of a product-by-process claim to occur in the United States as an element of infringement.   Nor has any case so held."); *see also Gemtron Corp.* v. *Saint-Gobain Corp.*, 572 F.3d 1371, 1380 (Fed. Cir. 2009).

10

### F.     Infringement of the Product-by-Process Claim under 35 U.S.C. § 271(e)(2) Based on 35 U.S.C. § 271(g)

24.     With regard to patents claiming new products-by process, a generic drug ANDA applicant may also be liable for infringement, including under 35 U.S.C. § 271(e)(2), based on 35 U.S.C. § 271(g).   Defendants have or will directly infringe claim 10 of the '465 patent under 35 U.S.C. § 271(e)(2) based on 35 U.S.C. § 271(g).  Claim 10 of the '465 patent is a product-by-process claim.

25.     Under 35 U.S.C. § 271(g), "[w]hoever without authority imports into the United States or offers to sell, sells, or uses within the United States a product which is made by a process patented in the United States shall be liable as an infringer, if the importation, offer to sell, sale, or use of the product occurs during the term of such process patent."  Further, "[a] product which is made by a patented process will, for purposes of this title, not be considered to be so made after—(1) it is materially changed by subsequent processes; or (2) it becomes a trivial and nonessential component of another product." *Id.*

26.     Congress enacted Section 271(g) to deter entities from using a process patented in the United States abroad and then importing into the United States a product made by the process.  "[T]he focus [of liability under Section 271(g)] is only on acts with respect to products resulting from the patented process." *Syngenta Crop Protection, LLC* v. *Willowood, LLC*, 944 F.3d 1344, 1359–60 (Fed. Cir. 2019).

27.     Liability under Section 271(g) does not turn on whether Defendants themselves manufacture the accused product or whether the accused product is made by a single entity or multiple entities.  *See Syngenta*, 944 F.3d at 1359 ("We conclude that the district court erred by imposing a single-entity requirement under § 271(g)"); *id.* at 1360 ("[W]hether th[e] [claimed] process is practiced by a single entity is immaterial to the infringement analysis under that section.").  Rather, "the acts that give rise to liability under § 271(g) are the importation, offer for sale, sale, or use within this country of a product that was made by a process patented in the United States."  *Id.* at 1359.

28.     Whether the accused product is materially changed by subsequent processes or becomes a trivial and nonessential component of another product under 35 U.S.C. § 271(g)(1)-(2) are defenses to a Section 271(g) infringement claim and are therefore the accused infringer's burden to prove.  *Kinik Co.* v. *Int'l Trade Comm'n*, 362 F.3d 1359, 1361–62 (Fed. Cir. 2004) (referring to 271(g)(1) and 271(g)(2) as defenses); *Kyowa Hakka Bio, Co.* v. *Ajinomoto Co.*, No. CV 17-313, 2018 WL 834583, at *9 (D. Del. Feb. 12, 2018) ("The limits on liability set forth in § 271(g)(1) and (2) have been characterized by the Federal Circuit as 'defenses' or 'exceptions' not as elements of a § 271(g) claim that must be affirmatively pled." (citing *Kinik*, 362 F.3d at 1362)).

12

29.     Nevertheless, in the case of an active pharmaceutical ingredient ("API") product made by a product-by-process claim, such product is not "materially changed by subsequent processes" simply because the subsequent processes change the "shape, size, or form" of the API or combine the API with excipients to make a drug product (e.g., a capsule).  H.R. REP. No. 60, 100th Cong., 1st. Sess. 13–14 (1987) ("Processing steps which only change shape, size or form are also not material.  For example, if chemical X were a polyester resin, the use, sale, or importation of the resin could constitute an act of infringement regardless of whether the resin was formed into yarn or fabricated into some other physical object.  Similarly, if chemical X was the active ingredient of a pharmaceutical product, or one of its active ingredients, liability for infringement is not avoided by putting chemical X in a tablet or some other dosage form.").

30.     Likewise, for a drug product with a single API, the API made by a patented process is not a "trivial or nonessential component" of the drug product for which a generic drug maker has sought FDA approval to market, sell, and/or distribute pursuant to an ANDA.

## II.     ISSUES ON WHICH PLAINTIFF BEARS THE BURDEN OF PROOF

### A.     Infringement of the Method-of-Treatment Patent Claims

31.     Defendants have infringed, pursuant to 35 U.S.C. § 271(e)(2)(A), and, pursuant to 35 U.S.C. § 271(b), will induce infringement of, claim 3 of the RE604

patent; claim 4 of the '234 patent; claim 14 of the '829 patent; claim 4 of the '910 patent; and claim 5 of the '487 patent by seeking FDA approval to make, use, sell, offer for sale, distribute, market, and/or otherwise commercialize a generic tasimelteon (20 mg capsules) product that contains a drug label (also known as a "package insert" or "prescribing information") that instructs, teaches, encourages, recommends, requires, suggests, and/or promotes the use and/or administration of their generic tasimelteon products in a manner that practices these claims.

32.     Defendants have infringed, pursuant to 35 U.S.C. § 271(e)(2)(A), and, pursuant to 35 U.S.C. § 271(c), will contribute to infringement of claim 3 of the RE604 patent; claim 4 of the '234 patent; claim 14 of the '829 patent; claim 4 of the '910 patent; and claim 5 of the '487 patent by seeking FDA approval to make, use, sell, offer for sale, distribute, market, and/or otherwise commercialize a generic tasimelteon (20 mg capsules) product that contains a drug label (also known as a "package insert" or "prescribing information"), which Defendants know are especially made for a use that infringes these patents and constitute, separately and together, a material part of the claimed inventions, and are not a staple commodity or article suitable for a substantial noninfringing use.

**B.     Infringement of the '465 Patent**

33.     Defendants have infringed, pursuant to 35 U.S.C. § 271(e)(2)(A), and, upon FDA approval of their ANDA products will infringe, pursuant to 35 U.S.C.

§ 271(a), claim 10 of the '465 patent, by making, using, selling, and/or offering for sale within the United States, and/or importing into the United States their generic tasimelteon drug products, which are made in a manner that practices these claims.

34.   Defendants have infringed, pursuant to 35 U.S.C. § 271(e)(2)(A), and, upon FDA approval of their ANDA products will infringe, pursuant to 35 U.S.C. § 271(g), claim 10 of the '465 patent, by importing into the United States, offering to sell, selling, or using within the United States, their generic tasimelteon products which are made by a process that practices these claims.

## III.   RELIEF

### A.   Relief under 35 U.S.C. § 271(e)(4)

35.   Under 35 U.S.C. § 271(e)(2)(A), it is an act of infringement to submit an ANDA "for a drug claimed in a patent or the use of which is claimed in a patent." 35 U.S.C. § 271(e)(2)(A).   Sections 271(e)(4)(A) and (B) specify that the remedy for such infringement is that "(A) the court shall order the effective date of any approval of the drug or veterinary biological product involved in the infringement to be a date which is not earlier than the date of the expiration of the patent which has been infringed," 35 U.S.C. § 271(e)(4)(A), and "(B) injunctive relief may be granted against an infringer to prevent the commercial manufacture, use, offer to sell, or sale within the United States or importation into the United States of an approved drug, veterinary biological product, or biological product," 35 U.S.C. § 271(e)(4)(B).

### B.     Exceptional Case

36.     "The court in exceptional cases may award reasonable attorney fees to the prevailing party."  35 U.S.C. § 285.

37.     "[A]n 'exceptional' case is simply one that stands out from others with respect to the substantive strength of a party's litigating position ... or the unreasonable manner in which the case was litigated."  *Octane Fitness, LLC* v. *ICON Health & Fitness, Inc.*, 572 U.S. 545, 554 (2014).  There is "no precise rule or formula" for awarding attorneys' fees under § 285.  *Id.*  District courts should "consider[] the totality of the circumstances."  *Id.*  A district court's "discretion should be exercised 'in light of the considerations'" underlying the grant of that discretion.  *Id.*

## IV.    LEGAL STANDARDS RELATED TO ISSUES ON WHICH DEFENDANTS BEAR THE BURDEN OF PROOF

### A.     Invalidity, Generally

38.     By statute, patents are "presumed valid."  35 U.S.C. § 282(a).  A party challenging the validity of a patent therefore bears a "high burden" of proof by clear and convincing evidence.  *Sciele Pharma Inc.* v. *Lupin Ltd.*, 684 F.3d 1253, 1260 (Fed. Cir. 2012).

39.     This presumption of validity applies to each patent claim individually and with respect to all challenges to the validity of a patent on any grounds.  *See Cont'l Can Co. USA, Inc.* v. *Monsanto Co.*, 948 F.2d 1264, 1266–67 (Fed. Cir. 1991)

("Each claim carries an independent presumption of validity, 35 U.S.C. § 282, and stands or falls independent of the other claims."); *Hybritech Inc.* v. *Monoclonal Antibodies, Inc.*, 802 F.2d 1367, 1375 (Fed. Cir. 1986) ("[T]he presumption of validity goes to validity of the patent in relation to the patent statute *as a whole*; not just to nonobviousness under section 103.").

40.     Because a patent is presumed valid, the patent holder bears no burden or obligation to prove that the asserted patent claims are valid—the burden of persuasion always lies with the patent challenger. *See Commil USA, LLC* v. *Cisco Sys., Inc.*, 575 U.S. 632, 643 (2015) ("Under the Patent Act, and the case law before its passage, a patent is presumed valid.  That presumption takes away any need for a plaintiff to prove his patent is valid to bring a claim." (citations omitted)); *Bates* v. *Coe*, 98 U.S. 31, 40 (1878) ("Power to grant patents is conferred upon the commissioner; and when that power has been duly exercised, it is of itself, when introduced in evidence in cases like the present, prima facie evidence that the patentee is the original and first inventor of that which is therein described as his invention. Proof may be introduced by the respondent to overcome that presumption; but in the absence of such proof, the prima facie presumption is sufficient to enable the party instituting the suit to recover for the alleged violation of his rights.").

41.     Under the clear and convincing evidence standard, a party alleging invalidity must create "in the mind of the trier of fact an abiding conviction that the

truth of a factual contention is highly probable." *Price* v. *Symsek*, 988 F.2d 1187, 1191 (Fed. Cir. 1993) (quotations omitted).

42.     A party alleging that a patent claim is obvious or anticipated based on references that were before the U.S. Patent and Trademark Office ("PTO") when the patent application was under review has "the added burden of overcoming the deference that is due to a qualified government agency presumed to have properly done its job, which includes one or more examiners who are assumed to have some expertise in interpreting the references and to be familiar from their work with the level of skill in the art and whose duty it is to issue only valid patents." *Shire LLC* v. *Amneal Pharms., LLC*, 802 F.3d 1301, 1307 (Fed. Cir. 2015) (quoting *PowerOasis, Inc.* v. *T-Mobile USA, Inc.*, 522 F.3d 1299, 1304 (Fed. Cir. 2008); *see also Glaxo Grp. Ltd.* v. *Apotex, Inc.*, 376 F.3d 1339, 1348 (Fed. Cir. 2004) (proving obviousness "'especially difficult' when, as is the present case, the infringer attempts to rely on prior art that was before the patent examiner during prosecution") (quoting *Al-Site Corp.* v. *VSI Int'l Inc.*, 174 F.3d 1370, 1377 (Fed. Cir. 1999); *Microsoft Corp.* v. *i4i Ltd. P'ship*, 564 U.S. 91, 109 (2011) ("[B]ecause the heightened standard of proof applied where the evidence before the court was 'different' from that considered by the PTO, it applied even more clearly where the evidence was identical." (quoting *RCA* v. *Radio Eng'g Lab'ys*, 293 U.S. 1, 8 (1934)).  Relatedly, the burden is on the patent challenger to prove that the asserted prior art was not considered by the PTO.

*See Lindemann Maschinenfabrik GMBH* v. *Am. Hoist and Derrick Co.*, 730 F.2d 1452, 1460 (Fed. Cir. 1984) ("To the extent that the examiner's consideration of uncited art is material, the burden is on the challenger to show that 'that prior art had *not* been considered.'") (emphasis in original).

43.    An asserted reference does not qualify as a prior art printed publication under pre-AIA 35 U.S.C. § 102(a), (b) and AIA 35 U.S.C. § 102(a)(1) until the date it reaches the public.    "Public accessibility requires more than technical accessibility." *Acceleration Bay, LLC* v. *Activision Blizzard Inc.*, 908 F.3d 765, 773 (Fed. Cir. 2018).  "In order to qualify as a printed publication within the meaning of § 102, a reference must have been sufficiently accessible to the public interested in the art.  Because there are many ways in which a reference may be disseminated to the interested public, 'public accessibility' has been called the touchstone in determining whether a reference constitutes a 'printed publication' bar under 35 U.S.C. § 102(b).  Whether a reference is publicly accessible is determined on a case-by-case basis based on the facts and circumstances surrounding the reference's disclosure to members of the public.  A reference is considered publicly accessible if it was disseminated or otherwise made available to the extent that persons interested and ordinarily skilled in the subject matter or art exercising reasonable diligence, can locate it." *In re Lister*, 583 F.3d 1307, 1311 (Fed. Cir. 2009) (internal quotations and citations omitted).

44.     The patent challenger bears the burden of proving by clear and convincing evidence that "prior to the critical date the reference was sufficiently accessible, at least to the public interested in the art, so that such a one by examining the reference could make the claimed invention without further research or experimentation." *In re Hall*, 781 F.2d 897, 899 (Fed. Cir. 1986).

## B.     Person of Ordinary Skill

45.     "Factors that may be considered in determining level of ordinary skill in the art include: (1) the educational level of the inventor; (2) type of problems encountered in the art; (3) prior art solutions to those problems; (4) rapidity with which innovations are made; (5) sophistication of the technology; and (6) educational level of active workers in the field." *Daiichi Sankyo Co.* v. *Apotex, Inc.*, 501 F.3d 1254, 1256 (Fed. Cir. 2007).  However, "[t]hese factors are not exhaustive but are merely a guide to determining the level of ordinary skill in the art." *Id.*; *see also Alcon, Inc.* v. *Teva Pharms. USA, Inc.*, 664 F. Supp. 2d 443, 454 (D. Del. 2009) ("Courts use these factors as a guide, and the weight or significance the court ascribes to these or similar factors will depend on the case." (citing *Env't Designs, Ltd.* v. *Union Oil Co.*, 713 F.2d 693, 696 (Fed.Cir.1983))).

## C.     Anticipation

46.     "Claimed subject matter is 'anticipated' when it is not new; that is, when it was previously known.  Invalidation on this ground requires that every

element and limitation of the claim was previously described in a single prior art reference, either expressly or inherently, so as to place a person of ordinary skill in possession of the invention." *Sanofi-Synthelabo* v. *Apotex, Inc.*, 550 F.3d 1075, 1082 (Fed. Cir. 2008).

47.    A claimed invention is not anticipated, however, by the experimental work of the inventors or those under the direction and control of the inventors, such as clinical trials performed by or on behalf of the inventors. *Eli Lilly & Co.* v. *Zenith Goldline Pharms., Inc.*, 471 F.3d 1369, 1381 (Fed. Cir. 2006) (finding the "experimental character" of clinical trials "negated any statutory bar."); *see also City of Elizabeth* v. *Am. Nicholson Pavement Co.*, 97 U.S. 126, 137 (1877) ("[I]t is the interest of the public, as well as himself, that the invention should be perfect and properly tested, before a patent is granted for it."); *Paeco, Inc.* v. *Applied Moldings, Inc.*, 562 F.2d 870, 872 (3d Cir. 1977) ("Once the party asserting invalidity has convincingly proven the prior use or sale, however, the burden shifts to the patentee to prove that any prior use, sale, or printed publication was for experimental, not commercial, purposes.").  This doctrine of experimental use not qualifying as an invalidating public use or on-sale bar under 35 U.S.C. § 102(b) traces its origins to the U.S. Supreme Court's decision in *City of Elizabeth*.  There, the Court held that the construction of a prototype pavement material on a strip of public road was not a "public use" precluding patentability because "the nature of a street pavement is

21

such that it cannot be experimented upon satisfactorily except on a highway, which is always public" and "it is the interest of the public, as well as himself, that the invention should be perfect and properly tested, before a patent is granted for it." *City of Elizabeth*, 97 U.S. at 134, 137.

48.    Likewise, the law compels the public disclosure of certain experiments; namely, clinical trials that are designed to determine whether the use of a potentially therapeutic drug used to treat a particular disease under specific parameters is patentable.  Those clinical trials must be posted to the publicly available website clinicaltrials.gov when they are (1) controlled clinical investigations, other than Phase I clinical investigations, are subject to either Section 505 of the Food, Drug, and Cosmetic Act, or Section 351 of the Public Health Service Act, and the studied product is approved, licensed, or cleared by FDA (or the primary completion date of the trial is on or after January 18, 2017).  42 CFR §§ 11.10(a), 11.42.  Therefore, such experimental work, which would not be anticipatory if asserted as an invalidating public use or on-sale bar, cannot be deemed anticipatory if its disclosure by the patent inventors is compelled by law.

### 1.    Anticipatory Reference Must Be Enabling

49.    An asserted reference is anticipatory  only when it is enabling; "that is, the description must be such that a person of ordinary skill in the field of the invention can practice the subject matter based on the reference, without undue

experimentation." *Sanofi-Synthelabo*¸ 550 F.3d at 1082.  As with the assessment of enablement of an asserted patent under 35 U.S.C. § 112, the factors set forth in *Wands* are relevant to determining whether an allegedly anticipatory reference is enabled without undue experimentation.  *See In re Wands*, 858 F.2d 731, 737 (Fed. Cir. 1988); *Sanofi-Synthelabo*, 550 F.3d at 1085.  The *Wands* factors include "(1) the quantity of experimentation necessary, (2) the amount of direction or guidance presented, (3) the presence or absence of working examples, (4) the nature of the invention, (5) the state of the prior art, (6) the relative skill of those in the art, (7) the predictability or unpredictability of the art, and (8) the breadth of the claims." *Wands*, 858 F.2d at 737.

50.    Thus, in order to anticipate, the asserted reference "must sufficiently describe the claimed invention to have placed the public in possession of it."  *In re Donohue*, 766 F.2d 531, 533 (Fed. Cir. 1985); *see also id.* ("[E]ven if the claimed invention is disclosed in a printed publication, that disclosure will not suffice as prior art if it was not enabling.").

51.    For prior art other than issued patents, the law is unsettled as to whether the patent challenger bears the burden of proving that it is enabling or whether the patentee bears the burden of proving the opposite.  *See Amgen Inc.* v. *Hoechst Marion Roussel, Inc.*, 314 F.3d 1313, 1355 n.22 (Fed. Cir. 2003).

23

## 2.    Inherent Disclosure

52.    In order for a claim element to be inherently disclosed by an asserted prior art reference, it must be necessarily and inevitably present in that disclosure. *Allergan, Inc.* v. *Apotex Inc.*, 754 F.3d 952, 961 (Fed. Cir. 2014) (affirming judgment that claims were not inherently anticipated where the prior art only showed that the limitation might occur, not that it inevitably occurred); *See also in re Armodafinil Patent Litig. Inc.*, 939 F. Supp. 2d 456, 469–70 (D. Del. 2013). Inherency "may not be established by probabilities or possibilities." *Bettcher Indus., Inc.* v. *Bunzl USA, Inc.*, 661 F.3d 629, 639 (Fed. Cir. 2011); *see also Galderma Lab'ys, L.P.* v. *Teva Pharms. USA, Inc.*, 799 F. App'x 838, 845 (Fed. Cir. 2020) (reversing district court ruling that efficacy limitation is inherent in asserted reference, stating that the proper inquiry was whether the efficacy limitation "necessarily result from practicing" the asserted reference); *Rapoport* v. *Dement*, 254 F.3d 1053, 1062–63 (Fed. Cir. 2001) (finding "speculative" an inherent anticipation argument based on the "assumption[] that a treatment regimen of three doses a day would necessarily include an administration 'at the time of sleep'").

## 3.    On-Sale Bar

53.    Under the American Invents Act ("AIA"), "a person shall be entitled to a patent unless the claimed invention was . . . on sale . . . before the effective filing date of the claimed invention."   35 U.S.C.A. § 102(a)(1).   The patent statute,

however, permits a one-year grace period after the invention on sale before the entitlement to a patent is barred. 35 U.S.C.A. § 102(b). "The statute guards against undue delay in commencing the patenting process, while providing a year wherein an inventor may assess the commercial potential of the invention without losing the opportunity of patenting it in the United States." *Gemmy Indus. Corp.* v. *Chrisha Creations Ltd.*, 452 F.3d 1353, 1358 (Fed. Cir. 2006).

54.     A product is "on sale" if it satisfies the two-part test set forth in *Pfaff* v. *Wells Elecs., Inc.*, 525 U.S. 55 (1998); namely, whether the claimed invention was (1) the subject of a commercial offer for sale; and (2) ready for patenting at the time of that offer for sale. *See Meds. Co.* v. *Hospira, Inc.*, 827 F.3d 1363, 1368 (Fed. Cir. 2016) (en banc) (citing *Pfaff*, 525 U.S. at 67–68); *see also Helsinn Healthcare S.A.* v. *Teva Pharms. USA, Inc.*, 139 S. Ct. 628, 630 ("[T]he reenactment of the phrase 'on sale' in the AIA did not alter this meaning.").

55.     The patent challenger bears the burden of proof by clear and convincing evidence as to whether a product was "on sale" under *Pfaff*'s two-part test. *Gemmy*, 452 F.3d at 1358; *Emergency Fuel, LLC* v. *Penzoil-Quaker State Co.*, 71 F. App'x 826, 834 (Fed. Cir. 2003).

56.     Whether the on-sale bar applies is a question of law, under Federal Circuit law, based on underlying factual findings about whether the two *Pfaff* factors are satisfied. *Meds. Co.*, 827 F.3d at 1371, 1373 (quoting *Grp. One, Ltd.* v. *Hallmark*

*Cards, Inc.*, 254 F.3d 1041, 1047 (Fed. Cir. 2001)). The law applied to the question of whether the invention is the subject of a commercial offer for sale is analyzed under the law of contracts as generally understood. *Id.* at 1371. The Federal Circuit has stated that the on-sale bar inquiry focuses on those activities that would be understood to be commercial sales and offers for sale "in the commercial community." *Id.* at 1373.

57. To determine whether a product was the subject of a commercial sale, as a general matter, the Federal Circuit will look to the Uniform Commercial Code ("UCC") to define whether a communication or series of communications rises to the level of a commercial offer for sale. *Meds. Co.*, 827 F.3d at 1375 (citing *Grp. One, Ltd.,* 254 F.3d at 1047). The UCC describes a "sale" as "the passing of title from the seller to the buyer for a price." *Id.* (quoting UCC § 2-106(1)). The UCC's definition of "sale" carries significant weight in the inquiry; however, it is not dispositive. *Id.*

58. To determine whether the communication constituted an offer for sale, the Federal Circuit also looks at the confidential nature of the transaction. *Meds. Co.*, 827 F.3d at 1376. Finding that a transaction and the communications relating thereto were confidential weighs in favor of the court holding that the transaction did not place the invention on sale, but confidentiality is not dispositive. *Id.* ("[T]he

confidential nature of the transactions is a factor which weighs against the conclusion that the transactions were commercial in nature.").

59.    The "mere sale of manufacturing services" does not qualify as a sale for purposes of the on-sale bar, *id.* at 1373, and a contract development and/or manufacturing organization acting as a pair of "laboratory hands" on behalf of the patentee does not trigger the on-sale bar.  *Id.* at 1375; *see also Trading Techs. Int'l, Inc.* v. *eSpeed, Inc.*, 595 F.3d 1340, 1361 (Fed. Cir. 2010) (recognizing that inventors can request assistance from a third party in developing embodiments of the invention without triggering the on-sale bar).

60.    Likewise, the absence of transfer of title is indicative of there being no applicable sale.  *See Meds. Co.*, at 1376 ("[T]he absence of title transfer [is] significant because, in most instances, that fact indicates an absence of commercial marketing of the product by the inventor.").

61.    The sale or offer to sell must be for the claimed invention and the invention must be ready for patenting at the time of the transaction.  *Barry* v. *Medtronic, Inc.*, 914 F.3d 1310, 1331 (Fed. Cir. 2019); *In re Caveney*, 761 F.2d 671, 675 (Fed. Cir. 1985); *see also Netscape Commc'ns Corp.* v. *Konrad*, 295 F.3d 1315, 1323 (Fed. Cir. 2002).  The on-sale bar requires that there be a sale "of the entire claimed invention."  *Dey, L.P.* v. *Teva Parenteral Meds., Inc.*, 6 F. Supp. 3d 651, 671 (N.D. W. Va. 2014); *Dana Corp.* v. *Am. Axle & Mfg., Inc.*, 279 F.3d 1372, 1375

(Fed. Cir. 2002) ("When the asserted basis of invalidity is a public use or on-sale bar, the court should determine 'whether the subject of the barring activity met each of the limitations of the claim, and thus was an embodiment of the claimed invention.'" (quoting *Scaltech Inc.* v. *Retec/Tetra, L.L.C.*, 178 F.3d 1378, 1383 (Fed. Cir. 1999))). One way to demonstrate readiness for patenting is by showing a reduction to practice, i.e., that the inventor constructed an embodiment or performed a process that met all the claim limitations and determined that the invention would work for its intended purpose. *Pfaff*, 525 U.S. at 67–68; *Barry*, 914 F.3d at 1328. Defining the intended purpose is a question of law based on the claims and specification of a patent. *See Manning* v. *Paradis*, 296 F.3d 1098, 1102–04 (Fed. Cir. 2002).

62.     Courts have long recognized an experimental use exception to the on-sale bar, which allows patentees to engage in transactions with third parties if such transactions were for purposes of testing their invention. *See, e.g.*, *City of Elizabeth*, 97 U.S. at 135; *Barry*, 914 F.3d at 1328; *see also Helsinn*, 139 S. Ct. at 630 (holding that the on-sale bar under the AIA is the same as the on-sale bar pre-AIA). For example, a transaction, "if made in good faith solely to test the qualities of the invention, and for the purpose of experiment, is not a public use [or sale] within the meaning of the statute." *Egbert* v. *Lippmann*, 104 U.S. 333, 336 (1881); *see also Lisle Corp.* v. *A.J. Mfg. Co.*, 398 F.3d 1306, 1313 (Fed. Cir. 2005). A patentee only

needs to "simply produce sufficient rebuttal evidence to prevent the party challenging the patent's validity from meeting its burden of proving by clear and convincing evidence" that the invention was on sale. *Id.* at 1316. "Adequate proof of experimental use negates the statutory bar." *Honeywell Int'l, Inc.* v. *Universal Avionics Sys. Corp.*, 343 F. Supp. 2d 272, 293 (D. Del. 2004).

63.     "To determine whether a use is 'experimental,' a question of law, the totality of the circumstances must be considered . . . ." *Lough* v. *Brunswick Corp.*, 86 F.3d 1113, 1120 (Fed. Cir. 1996). A use may be experimental if its purpose is to test the claimed features of the invention or to determine whether an invention will work for its intended purpose. *Pfaff*, 525 U.S. at 64; *Barry*, 914 F.3d at 1328. When a product is only used for "experimental, development purposes[,]" such as "to conduct . . . laboratory research," the on-sale bar does not apply because the "commercial" sale element of the bar is not met. *In re Bendamustine Consol. Cases*, No. 13-2046, 2016 WL 3381219, at *13 (D. Del. June 10, 2016).

64.     Thus, where a transaction has occurred, courts will consider whether the transaction occurred as a means of furthering research or out of an effort to commercialize the process. *See id.* In *Bendamustine*, the patented formulation was provided to a separate entity in multiple batches to conduct phase II clinical trials and laboratory research. *Id.* Because the product was only used for "experimental, development purposes[,]" the court held that the on-sale bar did not apply—the

"commercial" sale element of the bar was not met.  *Id.*  As another example, in *Boston Sci. Corp.* v. *Cordis Corp.*, the fact-finder determined that there was no on-sale bar even when the patentee of a system of radiopaque markers provided UCLA with an order of 62 units, charging UCLA $300 per marker and $280 per catheter. No. C 02-01474 JW, 2008 WL 11387141, at *4 (N.D. Cal. Jan. 25, 2008).  In so determining, the court explained that (1) the nominal fee was used to recoup research and development costs associated with the invention; (2) the specific order was just "one element of a research and development collaboration between" the patentee and UCLA; and (3) the units were used in clinical trials at UCLA.  *Id.* at *5.  As such, the court concluded that the order "was a sale primarily for experimentation, and not for commercial purposes."  *Id.*

65.    Similarly, because the use of a drug formulation in clinical trials is important for determining the utility of the formulation, the manufacture or use of such formulation is unlikely to constitute an invalidating sale or public use.  For example, in *In re Omeprazole Patent Litig.*, the court explained that "[w]hen a pharmaceutical company tests a formulation in clinical trials, it does not know whether the trials will be successful or enable it to file an application for FDA approval.  Clinical trial testing is uncertain and many drugs and formulations fail, even after successful prior trials.  Even after an FDA application is filed, there is no assurance that approval will be granted.  Impax's proposed theory, if accepted,

30

would unduly force the hand of inventors of new pharmaceutical formulations to file for patents prior to sufficiently testing the safety and efficacy of the formulation. There is simply nothing in the patent law or its underlying policy which requires or supports this." 490 F. Supp. 2d 381, 509 (S.D.N.Y. 2007). The court in *In re Omeprazole* accordingly held that the clinical trials, without other evidence that the involved parties attempted to commercially exploit the trials, did not constitute a public use or implicate the on-sale bar. *Id.*

### D. Obviousness

66.     "The determination of obviousness under 35 U.S.C. § 103 is a legal conclusion based on underlying facts." *Allergan, Inc.* v. *Sandoz Inc.*, 726 F.3d 1286, 1290 (Fed. Cir. 2013). A patent claim is invalid for obviousness if "the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains." 35 U.S.C. § 103.

67.     As set forth in *Graham*, obviousness is a question of law based on the following factual findings: (1) the scope and content of the prior art; (2) the differences between the claims and the prior art; (3) the level of ordinary skill in the art; and (4) objective indicia of nonobviousness. 383 U.S. at 17–18. *See Kinetic Concepts, Inc.* v. *Smith & Nephew, Inc.*, 688 F.3d 1342, 1360 (Fed. Cir. 2012).

68.    "At all times, the burden is on the defendant to establish by clear and convincing evidence that the patent is obvious." *Id.* at 1360.

69.    The patentability of an invention "shall not be negated by the manner in which the invention was made."   35 U.S.C. § 103; *Honeywell Int'l Inc.* v. *Mexichem Amanco Holding S.A.*, 865 F.3d 1348, 1356 (Fed. Cir. 2017) (explaining that this provision "was enacted to ensure that routine experimentation does not necessarily preclude patentability").

70.    As part of the court's obviousness analysis, it must assess an asserted reference "for all it taught, disclosures that diverged and taught away from the invention at hand as well as disclosures that pointed towards and taught the invention at hand." *Ashland Oil, Inc.* v. *Delta Resins & Refractories, Inc.*, 776 F.2d 281, 296 (Fed. Cir. 1985).  "Even if a reference is not found to teach away, its statements regarding preferences are relevant to a finding regarding whether a skilled artisan would be motivated to combine that reference with another reference." *Polaris Indus., Inc.* v. *Arctic Cat, Inc.*, 882 F.3d 1056, 1069 (Fed. Cir. 2018); *see also In re Hedges*, 783 F.2d 1038, 1041 (Fed. Cir. 1986) ("It is impermissible within the framework of section 103 to pick and choose from any one reference only so much of it as will support a given position, to the exclusion of other parts necessary to the full appreciation of what such reference fairly suggests to one of ordinary skill in the art.")

71.    An invention is not obvious over a proposed modification or combination of the prior art that is taught away from, i.e., when a person of ordinary skill, upon examining the reference, would be discouraged from following the path set out in the reference, or would be led in a direction divergent from the path that was taken by the applicant.  *Unigene Lab'ys, Inc.* v. *Apotex, Inc.*, 655 F.3d 1352, 1361 (Fed. Cir. 2011); *see also Crocs, Inc.* v. *Int'l Trade Comm'n*, 598 F.3d 1294, 1308–09 (Fed. Cir. 2010).

72.    The asserted prior art must also enable the claimed invention in order to support an obviousness challenge.  *Raytheon Techs. Corp.* v. *Gen. Elec. Co.*, 993 F.3d 1374, 1380 (Fed. Cir. 2021) ("To render a claim obvious, the prior art, taken as a whole, must enable a skilled artisan to make and use the claimed invention.").

73.    In addition, the references asserted to prove obviousness only qualify as relevant prior art if they are analogous to the claimed invention.  *In re Bigio*, 381 F.3d 1320, 1325 (Fed. Cir. 2004).  A reference is deemed analogous for purposes if it is either (1) from the "same field of endeavor" as that of the inventors of the challenged patent or (2) "reasonably pertinent to the particular problem with which the inventor [of the challenged patent] is involved."  *Id.* at 1325.

### 1.    Motivation to Combine with Reasonable Expectation of Success

74.    As part of the patent challenger's burden, they must prove by clear and convincing evidence that a POSA would have been motivated to combine the

teachings of the asserted prior art references to achieve the claimed invention and also that such a POSA would have had a reasonable expectation of successfully achieving the claimed invention by that combination. *Procter & Gamble Co.* v. *Teva Pharms. USA, Inc.*, 566 F.3d 989, 994 (Fed. Cir. 2009) ("A party seeking to invalidate a patent based on obviousness must demonstrate by clear and convincing evidence that a skilled artisan would have been motivated to combine the teachings of the prior art references to achieve the claimed invention, and that the skilled artisan would have had a reasonable expectation of success in doing so." (citation omitted)).

75.     Motivation to combine and reasonable expectation of success are related, but separate, elements of the patent challenger's burden on obviousness. *Eli Lilly & Co.* v. *Teva Pharms. Int'l GmbH*, 8 F.4th 1331, 1344 (Fed. Cir. 2021) ("A finding by the Board that a patent challenger has demonstrated a motivation to combine references does not necessarily imply that the challenger has also met its burden of showing a reasonable expectation of success in achieving a claimed method of treatment.").

76.     Thus, in *Eli Lilly*, the Federal Circuit held that, in seeking to prove obviousness for the asserted method treatment claims, "which are written in a 'method for treating' format and comprise a single step of administering an effective amount of a compound, . . . [the patent challenger] must not only prove that a skilled

artisan would be motivated to combine Olesen, Tan, and Queen, but also that the skilled artisan would have reasonably expected success in administering a humanized anti-CGRP antagonist antibody for treating at least one vasomotor symptom." *Id.* at 1344.

77.     Further, "merely asserting that a given modification would have been obvious to a skilled artisan does not make it so." *Takeda Pharm. Co. Ltd.* v. *Torrent Pharms. Ltd.*, 844 F. App'x 339, 343 (Fed. Cir. 2021); *TQ Delta, LLC* v. *CISCO Sys., Inc.*, 942 F.3d 1352, 1359 (Fed. Cir. 2019) ("'[A] conclusory assertion with no explanation is inadequate to support a finding that there would have been a motivation to combine' because '[t]his type of finding, without more, tracks the ex post reasoning *KSR* warned of and fails to identify any actual reason why a skilled artisan would have combined the elements in the manner claimed.'" (quoting *In re Van Os*, 844 F.3d 1359, 1361–62 (Fed. Cir. 2017))); *Wasica Fin. GmbH* v. *Cont'l Auto. Sys., Inc.*, 853 F.3d 1272, 1286 (Fed. Cir. 2017) ("As we have stated, obviousness determinations cannot be sustained by merely conclusory statements; instead, there must be some articulated reasoning with some rational underpinning to support the legal conclusion of obviousness." (citation omitted))

### (a)     Motivation to Combine

78.     The patent challenger must establish by clear and convincing evidence that there existed in the prior art a need or problem that is addressed by the patent

and would have motivated a person of ordinary skill in the art to combine the teachings of the asserted prior art in a manner that reflects the challenged patent claims. *See KSR Int'l Co.* v. *Teleflex Inc.*, 550 U.S. 398, 420 (2007). "The showing of a motivation to combine must be clear and particular, and it must be supported by actual evidence." *Teleflex, Inc.* v. *Ficosa North America Corp.*, 299 F.3d 1313, 1334 (Fed. Cir. 2002).

79.   This means that the patent challenger must prove that a POSA would have been *motivated* to combine teachings of the prior art references in a manner that would produce the claimed invention, *not* what a POSA would be *able* to do based on the teachings of the prior art. The latter approach succumbs to hindsight. *See Polaris*, 882 F.3d at 1068 ("[T]he Board focused on what a skilled artisan would have been *able* to do, rather than what a skilled artisan would have been *motivated* to do at the time of the invention."); *InTouch Techs., Inc.* v. *VGO Commc'ns, Inc.*, 751 F.3d 1327, 1352 (Fed. Cir. 2014) (concluding that a party's expert "succumbed to hindsight bias in her obviousness analysis" where such analysis "primarily consisted of conclusory references to her belief that one of ordinary skill in the art could combine these references, not that they would have been motivated to do so").

80.   When a patent challenger contends that a patent is obvious in light of a combination or modification of prior art references, the challenger must point to clear and convincing evidence that shows that there existed a reason to make the

36

change. *Takeda Chem. Indus., Ltd.* v. *Alphapharm Pty.*, *Ltd.*, 492 F.3d 1350, 1356–57 (Fed. Cir. 2007); *Yamanouchi Pharm. Co., Ltd.* v. *Danbury Pharmacal, Inc.*, 231 F.3d 1339, 1344–45 (Fed. Cir. 2000) (affirming that Defendants "did not show sufficient motivation for one of ordinary skill in the art at the time of invention to take any one of the following steps, let alone the entire complex combination"); *Hybritech*, 802 F.2d at 1383 ("Focusing on the obviousness of substitutions and differences instead of on the invention as a whole . . . was a legally improper way to simplify the difficult determination of obviousness.").

81.     "[K]nowledge of a problem and motivation to solve it are entirely different from motivation to combine particular references to reach the particular claimed method." *Innogenetics, N.V.* v. *Abbott Lab'ys*, 512 F.3d 1363, 1373 (Fed. Cir. 2008); *see also Cardiac Pacemakers, Inc.* v. *St. Jude Med., Inc.*, 381 F.3d 1371, 1377 (Fed. Cir. 2004) ("Recognition of a need does not render obvious the achievement that meets that need. . . . Recognition of an unsolved problem does not render the solution obvious."); *Leo Pharm. Prods., Ltd.* v. *Rea*, 726 F.3d 1346, 1353–54 (Fed. Cir. 2013) (finding that because the prior art does not disclose the problem discovered, there was no motivation to combine prior art elements to solve that problem); *Novartis Pharm. Corp.* v. *Watson Lab'ys, Inc.*, 611 F. App'x 988, 995 (Fed. Cir. 2015) ("Even an obvious solution, however, does not render an invention obvious if the problem solved was previously unknown."); *id.* at 996 ("Although the

addition of an antioxidant would have been an obvious solution for a formulation with known oxidation problems, here Watson failed to prove that a rivastigmine formulation was known to be susceptible to oxidative degradation.").

82.     Where a prior art reference teaches away from its combination with another source, the reference cannot be combined as part of the alleged obviousness theory.  *Tec Air, Inc.* v. *Denso Mfg. Michigan Inc.*, 192 F.3d 1353, 1360 (Fed. Cir. 1999).

### (b)     Reasonable Expectation of Success

83.     The POSA's alleged reasonable expectation of successfully achieving the claimed invention "must be founded in the prior art," not in the challenged patent's disclosure.  *In re Vaeck*, 947 F.2d 488, 493 (Fed. Cir. 1991).

84.     In an unpredictable field like drug development, a lack of relevant data in the prior art can weigh heavily in favor of nonobviousness.  *OSI Pharms., LLC* v. *Apotex Inc.*, 939 F.3d 1375, 1385 (Fed. Cir. 2019) ("These references provide no more than hope—and hope that a potentially promising drug will treat a particular cancer is not enough to create a reasonable expectation of success in a highly unpredictable art such as this."); *Honeywell* 865 F.3d at 1356 ("Unpredictability of results equates more with nonobviousness rather than obviousness, whereas that which is predictable is more likely to be obvious.").  And where the prior art literature discloses some unpredictability, it is the patent challenger's burden to show

that "a skilled artisan nevertheless would have had a reasonable expectation of success." *Eli Lilly*, 8 F.4th at 1349.   Moreover, in the context of drug development, the prior art must provide a reasonable expectation of success in achieving the invention at the specific dosage claimed.   *Teva Pharms. USA, Inc.* v. *Corcept Therapeutics, Inc.*, 18 F.4th 1377, 1381 (Fed. Cir. 2021).

85.   Mere knowledge of a goal, based on the prior art, does not equate to a reasonable expectation of successfully achieving that goal. *Abbott Lab'ys* v. *Sandoz, Inc.*, 544 F.3d 1341, 1352 (Fed. Cir. 2008).   And "the expectation-of-success analysis must match the highly desired goal, not switch to a different goal that may be a less challenging but also less worthwhile pursuit." *Institut Pasteur & Universite Pierre Et Marie Curie* v. *Focarino*, 738 F.3d 1337, 1346 (Fed. Cir. 2013).

86.   In *Sanofi* v. *Watson Lab'ys Inc.*, the Federal Circuit affirmed the district court's ruling that the patent challengers had failed to prove a reasonable expectation of success where the asserted references described the patentee's completed and ongoing clinical trials, which the district court held provided merely hypotheses that would not support a reasonable expectation that the claimed drug would achieve the claimed treatment outcome.   875 F.3d 636 (Fed. Cir. 2017).   There, the "key publications" described clinical trials conducted by the patentee using the claimed drug.   *Id.* at 640, 648.   While these studies "showed some positive results" as to one treatment outcome measure, they "were not designed to investigate" the *claimed*

outcome measure of reduced hospitalizations "let alone to do so for the patient population covered by the patent claims at issue." *Id.* at 648. Prior art publications describing these studies noted that reduced hospitalizations was a "potential" benefit of the drug but "no more." *Id.* at 648. Another prior art reference described the design of the clinical trial the results of which ultimately supported the challenged claim's reduced-hospitalization outcome measure, and stated that reduced hospitalizations could be "expected" from the treatment protocol described in the clinical trial. *Id.* The district court credited the patentee's expert's testimony that these statements in the prior art publications describing the clinical trials "would be understood as nothing more than a statement of the hypothesis being tested" and "that a person of ordinary skill in the art would not 'draw an expectation' about [the claimed drug] from the post-hoc analysis," and the Federal Circuit affirmed. *Id.*

87.    Similarly, in *Eli Lilly*, 8 F.4th at 1331, the Federal Circuit held that the asserted method-of-treatment claims were limited by the preambles' statements of "intended purpose"—treating or reducing the incidence of vasomotor symptoms— "and thus those limitations are undoubtedly relevant to the reasonable expectation of success." *Id.* at 1345. "Lilly was required to show that a skilled artisan would have had a 'reasonable expectation' of success in treating vasomotor symptoms, even if such success was not guaranteed in all cases." *Id.* The Federal Circuit went on to affirm the PTAB's analysis that the asserted references' lack any actual data

showing the claimed drug was efficacious for treating vasomotor symptoms, which supported the PTAB's ruling that the references would not have provided a POSA with a reasonable expectation of successfully treating vasomotor symptoms. *Id.* at 1346.

88.     Likewise, in *Novartis Pharms. Corp.* v. *W.-Ward Pharms. Int'l Ltd.*, the Federal Circuit affirmed a ruling from this District that the patent challenger had failed to prove that a POSA would have a reasonable expectation of success where there were no publicly available clinical trial data on the use of the claimed drug to treat the specific form of cancer specified in the claims, despite the fact that there were publicly available clinical trial data showing that another compound from the same class as the claimed drug was effective in treating the same form of cancer. 923 F.3d 1051, 1060 - 62 (Fed. Cir. 2019).

## 2.     Hindsight

89.     The requirement that the patent challenger prove a motivation to combine the teachings of the asserted references with a reasonable expectation of successfully achieving the claimed invention girds against impermissible hindsight. *Cf. KSR*, 550 U.S. at 421; *Star Sci., Inc.* v. *R.J. Reynolds Tobacco Co.*, 655 F.3d 1364, 1375 (Fed. Cir. 2011) ("Importantly, the great challenge of the obviousness judgment is proceeding without any hint of hindsight."); *Sanofi-Synthelabo.*, 550 F.3d at 1088.

41

90.     The Federal Circuit "ha[s] observed that 'the prejudice of hindsight bias' often overlooks that the 'genius of invention is often a combination of known elements which in hindsight seems preordained.'"   *Polaris*, 882 F.3d at 1068 (quoting *Power Integrations, Inc.* v. *Fairchild Semiconductor Int'l, Inc.*, 711 F.3d 1348, 1368 (Fed. Cir. 2013)).

91.     When simplistic prior art references are asserted for proving obviousness, "the opportunity to judge by hindsight is particularly tempting." *Polaris*, 882 F.3d at 1068 ("We have also recognized that, '[w]hen the art in question is relatively simple, as is the case here, the opportunity to judge by hindsight is particularly tempting.'" (quoting *McGinley* v. *Franklin Sports, Inc.*, 262 F.3d 1339, 1351 (Fed. Cir. 2001))).

## E.     Objective Indicia of Nonobviousness

92.     Objective indicia of nonobviousness, also referred to as "secondary considerations," must be considered by the court where evidence of such indicia is presented.   *See Apple Inc.* v. *Samsung Elecs. Co., Ltd.*, 839 F.3d 1034, 1048 (Fed. Cir. 2016) (en banc) ("A determination of whether a patent claim is invalid as obvious under § 103 requires consideration of all four factors articulated in *Graham* v. *John Deere Co. of Kansas City*, and it is error to reach a conclusion of obviousness until all those factors are considered.   383 U.S. 1 (1966).   Objective indicia of nonobviousness must be considered in every case where present.   This

requirement is in recognition of the fact that each of the *Graham* factors helps inform the ultimate obviousness determination." (citation omitted)).   To have probative value, there must be a nexus between the claimed invention and the proffered evidence of objective indicia of nonobviousness.  "[T]here is a presumption of nexus for objective considerations when the patentee shows that the asserted objective evidence is tied to a specific product and that product is the invention disclosed and claimed in the patent."  *Immunex Corp.* v. *Sandoz Inc.*, 964 F.3d 1049, 1067 (Fed. Cir. 2020) (citation omitted), *cert. denied*, 141 S. Ct. 2623 (2021).   To rebut the presumption of nexus, the patent challenger must present "evidence that shows the proffered objective evidence was 'due to extraneous factors other than the patented invention.'"   *WBIP, LLC* v. *Kohler Co.*, 829 F.3d 1317, 1329 (Fed. Cir. 2016) (quoting *Demaco*, *Corp.* v. *F. Von Langsdorff Licensing Ltd.*, 851 F.3d 1387, 1393 (Fed. Cir. 1988)).

93.    Similarly, evidence of objective indicia of nonobviousness must be considered together with the proffered evidence of alleged obviousness and before a determination as to obviousness is reached.  *In re Cyclobenzaprine Hydrochloride Extended-Release Capsule Pat. Litig.*, 676 F.3d 1063, 1076 (Fed. Cir. 2012).

94.    "It is the secondary considerations that are often the most probative and determinative of the ultimate conclusion of obviousness or nonobviousness."  *Pro-Mold & Tool Co., Inc.* v. *Great Lakes Plastics, Inc.*, 75 F.3d 1568, 1573 (Fed. Cir.

1996); *see also Ortho-McNeil Pharm., Inc.* v. *Mylan Labs., Inc.*, 520 F.3d 1358, 1365 (Fed. Cir. 2008) (objective evidence of nonobviousness "may often be the most probative and cogent evidence" available.  (quoting *Catalina Lighting, Inc.* v. *Lamps Plus, Inc.*, 295 F.3d 1277, 1288 (Fed. Cir. 2002)); *Transocean Offshore Deepwater Drilling, Inc.* v. *Maersk Contractors USA, Inc.*, 617 F.3d 1296, 1305 (Fed. Cir. 2010).

95.    Although the patent owner bears the burden of production for objective indicia of nonobviousness, the burden of persuasion remains at all times with the patent challenger.  *Allergan, Inc.* v. *Sandoz Inc.*, 796 F.3d 1293, 1305 (Fed. Cir. 2015).

96.    Objective indicia of nonobviousness may include:  (a) commercial success of the invention, causally related to the invention itself rather than to companion factors, such as advertising or attractive packaging; (b) the technical direction followed by those skilled in the art taught away from the claimed

invention;[3] (c) a long-felt but unsatisfied or unmet need for the invention;[4] (d) the

invention achieves results that were or are unexpected to those skilled in the art;[5]

---

[3]   *In re Gurley*, 27 F.3d 551, 553 (Fed. Cir. 1994) ("A reference may be said to teach away when a person of ordinary skill, upon [examining] the reference, would be discouraged from following the path set out in the reference, or would be led in a direction divergent from the path that was taken by the applicant.  The degree of teaching away will of course depend on the particular facts; in general, a reference will teach away if it suggests that the line of development flowing from the reference's disclosure is unlikely to be productive of the result sought by the applicant."); *see also Arctic Cat Inc. v. Bombardier Recreational Prods. Inc.*, 876 F.3d 1350, 1360 (Fed. Cir. 2017); *DePuy Spine, Inc. v. Medtronic Sofamor Danek, Inc.*, 567 F.3d 1314, 1326 (Fed. Cir. 2009) ("An inference of nonobviousness is especially strong where the prior art's teachings undermine the very reason being proffered as to why a person of ordinary skill would have combined the known elements."); *Allergan, Inc. v. Sandoz Inc.*, 796 F.3d 1293, 1305 (Fed. Cir. 2015) (affirming ruling that prior art taught away from claimed invention where "known side effects would have discouraged a person of ordinary skill from using" the disclosure of the asserted prior art reference).

[4]   *WBIP*, 829 F.3d at 1332 (Fed. Cir. 2016) ("Evidence of a long felt but unresolved need tends to show non-obviousness because it is reasonable to infer that the need would have not persisted had the solution been obvious.").

[5]   *In re Soni*, 54 F.3d 746, 750 (Fed. Cir. 1995) ("One way for a patent applicant to rebut a *prima facie* case of obviousness is to make a showing of 'unexpected results,' i.e., to show that the claimed invention exhibits some superior property or advantage that a person of ordinary skill in the relevant art would have found surprising or unexpected.   The basic principle behind this rule is straightforward—that which would have been surprising to a person of ordinary skill in a particular art would not have been obvious."); *Millennium Pharms., Inc. v. Sandoz Inc.*, 862 F.3d 1356, 1368 (Fed. Cir. 2017) ("Unexpected results are useful to show the improved properties provided by the claimed compositions are much greater than would have been predicted."   (citation omitted)); *Honeywell Int'l Inc. v. Mexichem Amanco Holding S.A. DE C.V.*, 865 F.3d 1348, 1356 (Fed. Cir. 2017) ("Even when presenting evidence of unexpected results to 'rebut' an Examiner's prima facie case for obviousness, a patent owner need not demonstrate that one of ordinary skill would have expected failure—rather, the patent owner need only establish that the results would have been unexpected to

(e) copying of the invention; (f) failure of others of ordinary skill in the art to make the invention;[6] (g) skepticism on the part of those skilled in the art that the patentee's approach worked; and (h) praise for the invention.

97.     Patent challengers bear the burden of demonstrating by clear and convincing evidence that a "blocking" patent existed that would reduce the probative value of evidence of commercial success, failure of others, and long-felt but unmet need. *Acorda Therapeutics, Inc.* v. *Roxane Lab'ys, Inc.*, 903 F.3d 1310, 1339 (Fed. Cir. 2018). "A patent has been called a 'blocking patent' where practice of a later invention would infringe the earlier patent." *Id*. at 1337. Whether an alleged blocking patent diminishes the weight of evidence of commercial success, failure of others, and long-felt but unmet need is "a fact-specific inquiry," and "the mere existence or sheer number of blocking patents does not, without more, 'necessarily detract from evidence of commercial success[,]'" failure of others, and long-felt but

---

one of ordinary skill at the time of invention, or much greater than would have been predicted." (citations and internal quotation marks omitted)).

[6]     *In re Cyclobenzaprine*, 676 F.3d at 1082 (Fed. Cir. 2012) ("The purpose of evidence of failure of others is to show 'indirectly the presence of a significant defect in the prior art, while serving as a simulated laboratory test of the obviousness of the solution to a skilled artisan.'" (quoting *Symbol Techs. v. Opticon, Inc.*, 935 F.2d 1569, 1578–79 (Fed. Cir. 1991))); *Millennium Pharms.*, 862 F.3d at 1369 ("Although '[e]vidence is particularly probative of obviousness when it demonstrates both that a demand existed for the patented invention, and that others tried but failed to satisfy that demand,' a patent owner may establish a long-felt need without presenting evidence of failure of others." (quoting *In re Cyclobenzaprine*, 676 F.3d at 1082)).

unmet need.  *Id*. at 1338 (quoting *Merck Sharp & Dohme Corp.* v. *Hospira, Inc.*, 874 F.3d 724, 731 (Fed. Cir. 2017)).   Rather, the court must evaluate the "significance of the deterrence" provided by the allegedly blocking patent based on the evidence in the record.  *Id*. at 1339.

98.   In *Acorda*, the Federal Circuit specifically analyzed the following factors in determining the significance of the deterrence of the allegedly blocking patent: whether the original patent holder "sought to license the [] patent to any [other] entity"; whether the licensee sought to sublicense the patent; development activities outside the United States involving the subject matter of the claimed inventions; and the availability of the safe harbor under 35 U.S.C. § 271(e)(1) for activities undertaken "solely for uses reasonably related to the development and submission of information" to FDA.  903 F.3d at 1339–41.

99.   The Federal Circuit also noted that the following additional factors may be relevant to the significance of the deterrence: the possibility of challenging the blocking patent; "the costliness of the project; the risk of research failure; the nature of improvements that might arise from the project, and whether such improvements will be entirely covered by the blocking patent; the size of the market opportunities anticipated for such improvements; the costs of arriving at the improvements and getting them to market; the risk of losing the invention race to a blocking-patent owner or licensee; the risk that the blocking-patent owner (making its own economic

47

calculations, perhaps in light of its own other products or research activities) will altogether refuse to grant a license to the improvement or will demand so large a share of profits that the whole project is not worthwhile for the potential innovator—all evaluated in light of other investment opportunities." *Id*. at 1338.

100.   At least one district court has also recognized that the expiration date(s) of the allegedly blocking patent(s) may be relevant in determining whether blocking patent(s) discouraged innovation.  In *Janssen Pharms., Inc.* v. *Teva Pharms. USA, Inc.*, the court credited testimony from both parties' experts that "the drug development process can take many years, even up to a decade or longer" in finding that allegedly blocking patents that each expired less than 10  years before the claimed priority date of the challenged patent "created little, if any, disincentives to innovate."  No. CV 18-734, 2021 WL 5323737, at *29 (D.N.J. Nov. 16, 2021).

101.   Ultimately, "a court may . . . be left, for its evaluation, with the solid premise of diminished incentives, plus some evidence (possibly weak or ambiguous) about the significance of the deterrence, together with a background sense of the general realities in the area at issue that can affect the weight to be given to the evidence in the specific case." *Acorda*, 903 F.3d at 1339.

### F.   Written Description

102.   Section 112 states that "[t]he specification shall contain a written description of the invention, and of the manner and process of making and using it,

in such full, clear, concise, and exact terms as to enable any person skilled in the art to which it pertains, or with which it is most nearly connected, to make and use the same . . . ." 35 U.S.C. § 112(a).

103.   "Invalidating a claim [for lack of written description] requires a showing by clear and convincing evidence that the written description requirement has not been satisfied." *Invitrogen Corp.* v. *Clontech Lab'ys, Inc.*, 429 F.3d 1052, 1072 (Fed. Cir. 2005).

104.   Whether the written description requirement is met is a question of fact. *Alcon Rsch. Ltd.* v. *Barr Lab'ys, Inc.*, 745 F.3d 1180, 1190 (Fed. Cir. 2014).

105.   "The form and presentation of the description can vary with the nature of the invention; compliance with the written description requirement is a fact-dependent inquiry." *In re Skvorecz*, 580 F.3d 1262, 1269 (Fed. Cir. 2009).

106.   "The standard for satisfying the written description requirement is whether the disclosure 'allows one skilled in the art to visualize or recognize the identity of the subject matter purportedly described.'  There is no requirement that the disclosure contain 'either examples or an actual reduction to practice'; rather, the critical inquiry is whether the patentee has provided a description that 'in a definite way identifies the claimed invention' in sufficient detail that a person of ordinary skill would understand that the inventor was in possession of it at the time of filing.

That assessment 'requires an objective inquiry into the four corners of the specification.'" *Alcon*, 745 F.3d at 1190–91 (citations omitted).

107.   Actual clinical data regarding efficacy of the claimed method is not required to adequately describe a patented method of treatment and comply with the written description requirement of § 112. *See Erfindergemeinschaft UroPep GbR* v. *Eli Lilly & Co.*, 276 F. Supp. 3d 629, 657 (E.D. Tex. 2017) (specification need not describe use of claimed treatment in human clinical trial to satisfy the written description requirement), *aff'd*, 739 Fed. App'x 643 (Fed. Cir. 2018) (*per curiam*); *Bone Care Int'l, LLC* v. *Pentech Pharms., Inc.*, 862 F. Supp. 2d 790, 809–10 (N.D. Ill. 2012) ("[T]he test under § 112 is not how much data [the specification] provides to substantiate the invention . . . , but rather what a [person of ordinary skill in the art] would understand the [specification] to reasonably convey.").

108.   The written description of a patent may incorporate by reference a U.S. patent or U.S. patent application publication that contains material that is "necessary" to "[p]rovide a written description of the claimed invention, and of the manner and process of making and using it, in such full, clear, concise, and exact terms as to enable any person skilled in the art to which it pertains, or with which it is most nearly connected, to make and use the same, and set forth the best mode contemplated by the inventor of carrying out the invention as required by 35 U.S.C. 112(a)." 37 C.F.R. § 1.57(d)(1).

## G.    Enablement

109.   Section 112 states that "[t]he specification shall contain a written description of the invention, and of the manner and process of making and using it, in such full, clear, concise, and exact terms as to enable any person skilled in the art to which it pertains, or with which it is most nearly connected, to make and use the same . . . ." 35 U.S.C. § 112(a).

110.   "To prove that a claim is invalid for lack of enablement, a challenger must show by clear and convincing evidence that a person of ordinary skill in the art would not be able to practice the claimed invention without 'undue experimentation.'" *Alcon*, 745 F.3d at 1188.

111.   "Enablement is a question of law based on underlying factual findings." *In re Morsa*, 713 F.3d 104, 109 (Fed. Cir. 2013).

112.   "Factors to be considered in determining whether a disclosure would require undue experimentation . . . include (1) the quantity of experimentation necessary, (2) the amount of direction or guidance presented, (3) the presence or absence of working examples, (4) the nature of the invention, (5) the state of the prior art, (6) the relative skill of those in the art, (7) the predictability or unpredictability of the art, and (8) the breadth of the claims." *In re Wands*, 858 F.2d at 737.

113.   "The question of undue experimentation is a matter of degree, and what is required is that the amount of experimentation not be 'unduly extensive.' For example, the fact that a clinician's involvement may be necessary to determine effective amounts of the single compound effervescent agent and its corresponding soluble acid source does not itself constitute undue experimentation." *Cephalon, Inc.* v. *Watson Pharms., Inc.*, 707 F.3d 1330, 1338 (Fed. Cir. 2013).

114.   "[A] considerable amount of experimentation is permissible, if it is merely routine, or if the specification in question provides a reasonable amount of guidance." *Id.* at 1339.

115.   "Where the specification provides 'guidance in selecting the operating parameters that would yield the claimed result,' it is fair to conclude that the experimentation required to make a particular embodiment is not 'undue.'" *PPG Indus., Inc.* v. *Guardian Indus. Corp.*, 75 F.3d 1558, 1565 (Fed. Cir. 1996).

116.   "It is well established that the 'enablement requirement is met if the description enables *any* mode of making and using the invention.'" *Takeda Pharm. Co. Ltd.* v. *Zydus Pharms. USA, Inc.*, 743 F.3d 1359, 1369 (Fed. Cir. 2014) (emphasis in original).

117.   "[A] patentee is not required to provide actual working examples . . . '[t]he burden is on one challenging validity to show by clear and convincing

evidence that the prophetic examples together with other parts of the specification are not enabling.'" *Alcon*, 745 F.3d at 1189–90.

118.   The written description of a patent may incorporate by reference a U.S. patent or U.S. patent application publication that contains material that is "necessary" to "[p]rovide a written description of the claimed invention, and of the manner and process of making and using it, in such full, clear, concise, and exact terms as to enable any person skilled in the art to which it pertains, or with which it is most nearly connected, to make and use the same, and set forth the best mode contemplated by the inventor of carrying out the invention as required by 35 U.S.C. 112(a)." 37 C.F.R. § 1.57(d)(1).

## H.    Improper Inventorship

119.   "Because a patent is presumed valid under 35 U.S.C. § 282, there follows a presumption that the named inventors on a patent are the true and only inventors." *Gemstar-TV Guide Int'l, Inc.* v. *Int'l Trade Comm'n*, 383 F.3d 1352, 1381 (Fed. Cir. 2004).  "In order to rebut this presumption, a party challenging patent validity for omission of an inventor must present clear and convincing evidence that the omitted individual actually invented the claimed invention." *Acromed Corp.* v. *Sofamor Danek Grp., Inc.*, 253 F.3d 1371, 1379 (Fed. Cir. 2001).

120.   Inventorship is a question of law.  *Caterpillar Inc.* v. *Sturman Indus., Inc.*, 387 F.3d 1358, 1376 (Fed. Cir. 2004).

121.  "Determining 'inventorship' is nothing more than determining who conceived the subject matter at issue, whether that subject matter is recited in a claim in an application or in a count of an interference." *Sewall* v. *Walters*, 21 F.3d 411, 415 (Fed. Cir. 1994); *see Burroughs Wellcome Co.* v. *Barr Lab'ys, Inc.*, 40 F.3d 1223, 1227–28 (Fed. Cir. 1994) ("Conception is the touchstone of inventorship.").

122.  Conception is the "formation in the mind of the inventor, of a definite and permanent idea of the complete and operative invention, as it is hereafter to be applied in practice." *Sewall* 21 F.3d at 415 ("Conception exists when a definite and permanent idea of an operative invention, including every feature of the subject matter sought to be patented, is known."); *see also Hybritech*, 802 F.2d at 1376; *Spansion, Inc.* v. *Int'l Trade Comm'n*, 629 F.3d 1331, 1356 (Fed. Cir. 2010).  For product-by-process claims, "[e]ach element contained in a patent claim is deemed material to defining the scope of the patented invention." *Warner-Jenkinson,* 520 U.S. at 29.   Accordingly, conception of a product-by-process claim requires conception of the process recited in the claim. *Fiers* v. *Revel*, 984 F.2d 1164, 1169 (Fed. Cir. 1993).

123.  "Conception is complete when one of ordinary skill in the art could construct the apparatus [or product] without unduly extensive research or experimentation." *Sewall*, 21 F.3d at 415.  "An idea is sufficiently definite for conception 'when the inventor has a specific, settled idea, a particular solution to the

problem at hand, not just a general goal or research plan he hopes to pursue.'"
*Spansion*, 629 F.3d at 1356; s*ee Fiers*, 984 F.2d at 1169.

124.   "Contributions to realizing an invention may not amount to a contribution to conception if they merely explain what was 'then state of the art,' [or] if they are too far removed from the real-world realization of an invention . . . ." *Eli Lilly & Co.* v. *Aradigm Corp.*, 376 F.3d 1352, 1359 (Fed. Cir. 2004).

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

VANDA PHARMACEUTICALS INC.,

    Plaintiff,

    v.

TEVA PHARMACEUTICALS USA, INC., et al.,

    Defendants.

C.A. No. 18-651-CFC
(Consolidated)

## EXHIBIT 5 – DEFENDANTS' STATEMENT OF CONTESTED ISSUES OF LAW

Defendants identify the following issues of law that remain to be litigated, with citations to authorities relied upon. This statement is based on the arguments Defendants expect to make as well as their understanding of the arguments that Plaintiff is likely to make. If Plaintiff seeks to introduce different legal arguments, Defendants reserve the right to supplement this statement. If an issue identified herein is more properly considered an issue of fact, it should be so considered. If an issue of fact is more properly considered an issue of law, that issue is incorporated into this statement. The authorities cited herein are not exhaustive; Defendants may rely on authority not cited in this statement. Further, the following list of issues of law to be litigated is not intended to encompass legal arguments Defendants may make in support of or in opposition to a motion for judgment as a matter of law.

The following issues of law remain to be litigated.

## I.    Infringement

1.    Plaintiff claims that Defendants' development, marketing, and sale of their generic Hetlioz® products (1) will directly infringe the asserted product-by-process patent claim under 35 U.S.C. § 271(a); (2) will induce infringement of the various asserted method-of-treatment claims under 35 U.S.C. § 271(b); and (3) will

contribute to the infringement of the various asserted method-of-treatment claims under 35 U.S.C. § 271(c).[1]

### A.    Direct Infringement Under § 217(a)

2.      Under 35 U.S.C. § 217(a), "whoever without authority makes, uses, offers to sell, or sells any patented invention, within the United States or imports into the United States any patented invention during the term of the patent therefore, infringes the patent." Infringement under Section 271(a) is typically referred to as "direct infringement." Direct infringement may be either literal or under the doctrine of equivalents.

3.      The determination of whether an accused product or method directly infringes a patent claim has two steps: (1) construction of the claim to determine its meaning and scope and (2) comparison of the properly construed claim to the product at issue. *See Seiyaku Co., Ltd. v. Int'l Trade Comm'n*, 109 F.3d 726, 731 (Fed. Cir. 1997) (citing *Markman v. Westview Instruments, Inc.*, 52 F.3d 967, 976 (Fed. Cir. 1995) (en banc), *aff'd*, 517 U.S. 370 (1996)).

---

[1] While Plaintiff also asserts (as a fourth theory) direct infringement of the asserted product-by-process patent claim under 35 U.S.C. § 271(g), *see* Plf.'s Statement of Contested Issues of Law at 11, this provision of the Patent Act pertains to infringement of *process* patents, not *product-by-process* patents. *See* 35 U.S.C. § 271(g) ("Whoever without authority imports into the United States or offers to sell, sells, or uses within the United States a product which is made by a *process patented* in the United States shall be liable as an infringer, if the importation, offer to sell, sale, or use . . . occurs during the term of such *process patent*.") (emphases added).

4.     The first step of the infringement analysis is determining the meaning and scope of the claims, *see Active Video Networks, Inc. v. Verizon Commc'ns, Inc.*, 694 F.3d 1312, 1319 (Fed. Cir. 2012), which this Court did in its three claim-construction orders in this case (D.I. 105; D.I. 183; D.I. 230). The second step is to compare the claims as construed to the accused product to determine whether the claims read onto the accused product. *Id.* The first step is a question of law, while the second step is a question of fact. *Id.* "To prove infringement, a plaintiff must prove the presence of each and every claim element or its equivalent in the accused method or device." *Star Sci., Inc. v. R.J. Reynolds Tobacco Co.*, 655 F.3d 1364, 1378 (Fed. Cir. 2011). If "even one claim limitation is missing or not met, there is no literal infringement." *MicroStrategy Inc. v. Bus. Objects, S.A.*, 429 F.3d 1344, 1352 (Fed. Cir. 2005).

## B.    Indirect Infringement

5.     There is no induced or contributory infringement without direct infringement. *Limelight Networks, Inc. v. Akamai Techs., Inc.*, 572 U.S. 915, 921 (2014). When the asserted claim is a method claim, direct infringement requires that a single party perform all the acts or steps alleged to constitute infringement. *Id.* at 922. In Hatch-Waxman cases, when the plaintiff asserts that the defendant will induce or contribute to the infringement of a method-of-treatment claim by marketing and selling a generic drug, the plaintiff bears the burden of proving that

these activities will cause physicians to practice the steps required by the asserted method-of-treatment claim. *See generally Takeda Pharms. U.S.A., Inc. v. West-Ward Pharm. Corp.*, 785 F.3d 625 (Fed. Cir. 2015).

### 1.    Induced Infringement Under § 271(b)

6.     "The mere existence of direct infringement by physicians, while necessary to find liability for induced infringement, is not sufficient for inducement" under § 271(b). *Id.* at 631. The plaintiff must also prove "specific intent and action to induce [direct] infringement" on the part of the defendant. *Id.* (quoting *Warner-Lambert Co. v. Apotex Corp*, 316 F.3d 1348, 1364 (Fed. Cir. 2003)). This requires "evidence of active steps taken [by the defendant] to encourage direct infringement." *HZNP Medicines LLC v. Actavis Labs. UT, Inc.*, 940 F.3d 680, 701 (Fed. Cir. 2019). The defendant's "mere knowledge about a product's characteristics or that it may be put to infringing uses is not enough." *Id.*

7.     In Hatch-Waxman cases, when a plaintiff relies on the language of the proposed generic drug label to show specific intent to induce direct infringement of a method-of-treatment claim, "the pertinent question is whether the proposed label *instructs* users [e.g., physicians] to perform the patented method." *Grunenthal GMBH v. Alkem Labs. Ltd.*, 919 F.3d 1333, 1339 (Fed. Cir. 2019) (emphasis added); *Takeda*, 785 F.3d at 631 ("The label must encourage, recommend, or promote [direct] infringement.").

8.     The language in a generic label does not "instruct" physicians to perform a patented method of treatment unless it "specifically directs" that the "particular action, or series of actions be taken." *Otsuka Pharm. Co., Ltd. v. Torren Pharms. Ltd, Inc.*, 99 F. Supp. 461, 493 (D.N.J. 2015). For this reason, an "inducement theory necessarily fails" if the accused language of the label merely "provides information" to physicians regarding a patented treatment method, "but stops short of prescribing a specific 'course of action.'" *Id.*; *see, e.g.*, *HZNP*, 940 F.3d at 702 (Fed. Cir. 2019) (finding the warnings in a generic label, which "operate[d] in an 'if/then' manner," did not instruct the patented treatment method).

9.     For these reasons, the plaintiff cannot prove that a generic label instructs the patented treatment method by combining "vague label language . . . with speculation about how physicians may act." *Takeda*, 785 F.3d at 632; *see also Otsuka*, 99 F. Supp. 3d at 493 ("[I]f a patentee must engage in a 'scholarly scavenger hunt' through the label to identify statements that may inferentially but not inevitably tie to a physician's thoughts or acts, the inducement theory necessarily fails.") (quoting *United Therapeutics Corp. v. Sandoz, Inc.*, No. 12-CV-01617, 2014 WL 4259153, at *19 (D.N.J. Aug. 29, 2014)).

## 2.    Contributory Infringement Under § 271(c)

10.    To prove contributory infringement of a method-of-treatment claim in a Hatch-Waxman case, "the plaintiff must show that: (1) there is direct infringement; (2) the accused infringer will import, sell or offer to sell its ANDA Products in the United States; (3) the accused infringer is aware of the patent and knows that its product is especially made for use that infringes the patent; and (4) the product is a material part of the invention and not a staple commodity or article suitable for a substantial noninfringing use." *Lundbeck v. Lupin Ltd.*, No. CV 18-88-LPS, 2021 WL 4944963, at *107 (D. Del. Sept. 30, 2021) (citing *Fujitsu Ltd. v. Netgear Inc.*, 620 F.3d 1321, 1326 (Fed. Cir. 2010)).

11.    "To establish liability for contributory infringement, a patent owner must show . . . that there are no substantial noninfringing uses for the accused product." *Grunenthal*, 919 F.3d at 1340. In Hatch-Waxman cases, courts look to the generic label for substantial noninfringing uses. *Id.* A noninfringing use is substantial "when it is not unusual, far-fetched, illusory, impractical, occasional, aberrant, or experimental." *Id.* (citations omitted). The question "focuses on whether the accused product[] can be used for purposes *other than* infringement," *In re Bill of Lading Transmission & Processing Sys. Pat. Litig.*, 681 F.3d 1323, 1338 (Fed. Cir. 2012) (emphasis in original), and it "takes into account not only the

use's frequency, but also the use's practicality, the invention's intended purpose, and the intended market," *Lundbeck*, 2021 WL 4944963, at *107.

## II.  Invalidity

12.   Defendants contend that various asserted patent claims are invalid (i) as anticipated by the prior art; (ii) as anticipated by prior offer for sale, sale, or use; (iii) as obvious over the prior art; (iv) for lack of written description; (v) for lack of enablement; (vi) as indefinite; and/or (vii) for improper inventorship.

13.   All patents are presumed valid. *Novo Nordisk A/S v. Caraco Pharm. Labs., Ltd.*, 719 F.3d 1346, 1352 (Fed. Cir. 2013). Defendants bear the burden of proving their invalidity defenses by clear and convincing evidence. *Microsoft Corp. v. i4i Ltd. P'ship*, 564 U.S. 91, 131 S. Ct. 2238, 2242 (2011); *State Contracting & Eng'g Corp. v. Condotte Am., Inc.*, 346 F.3d 1057, 1067 (Fed. Cir. 2003). The clear-and-convincing evidence standard requires that the party bearing the burden "place in the ultimate factfinder an abiding conviction that the truth of its factual contentions are 'highly probable.'" *Colorado v. New Mexico*, 467 U.S. 310, 316 (1984). However, "a court is not bound by the PTO's actions [in granting the patent] and must make its own independent determination of patent validity." *Medrad, Inc. v. MRI Devices Corp.*, 401 F.3d 1313, 1322 (Fed. Cir. 2005). And the presumption of validity does not equate to a rule that "doubts as to patentability

should be resolved in favor of a patent applicant." *In re Anderson*, 743 F.2d 1578, 1580 (Fed. Cir. 1984).

14.    "[T]here is a public interest favoring the judicial testing of patent validity . . . . For when a patent is invalid, the public parts with the monopoly grant for no return, the public has been imposed upon and the patent clause subverted." *United States v. Glaxo Grp. Ltd.*, 410 U.S. 52, 69 (1973); *see also Prima Tek II, L.L.C. v. Polypap, S.A.R.L.*, 412 F.3d 1284, 1289 (Fed. Cir. 2005). Invalidity of the asserted claims provides a complete defense to a charge of patent infringement. *See Medtronic, Inc. v. Cardiac Pacemakers, Inc.*, 721 F.2d 1563, 1583 (Fed. Cir. 1983) ("[A]n invalid claim cannot give rise to liability for infringement.").

15.    "The presentation at trial of additional evidence that was not before the PTO does not change the presumption of validity or the standard of proof, although the burden may be more or less easily carried because of the additional evidence." *Applied Materials, Inc. v. Advanced Semiconductor Materials Am., Inc.*, 98 F.3d 1563, 1569 (Fed. Cir. 1996).

## C.    Person of Ordinary Skill in the Art

16.    "Factors that may be considered in determining level of ordinary skill in the art include: (1) the educational level of the inventor; (2) type of problems encountered in the art; (3) prior art solutions to those problems; (4) rapidity with which innovations are made; (5) sophistication of the technology; and (6)

educational level of active workers in the field." *Daiichi Sankyo Co. v. Apotex, Inc.*, 501 F.3d 1254, 1256 (Fed. Cir. 2007).

### D.   Anticipation By the Prior Art

17.    Defendants bear the burden of proving by clear and convincing evidence that any of the asserted claims are anticipated by the prior art. 35 U.S.C. § 102; 35 U.S.C. § 282. Anticipation is a question of fact. *See Busch v. Jones*, 184 U.S. 598, 604 (1902).

18.    "[I]nvalidity by anticipation requires that the four corners of a single, prior art document describe every element of the claimed invention, either expressly or inherently, such that a person of ordinary skill in the art could practice the invention without undue experimentation." *Advanced Display Sys., Inc. v. Kent State Univ.*, 212 F.d 1272, 1282 (Fed. Cir. 2000). However, "the reference need not satisfy an ipsissimis verbis test." *In re Gleave*, 560 F.3d 1331, 1334 (Fed. Cir. 2009). Moreover, "[a]s long as the reference discloses all of the claim limitations and enables the subject matter that falls within the scope of the claims at issue, the reference anticipates—no actual creation or reduction to practice is required." *Id.* (citations and quotations omitted).

19.    "[A] prior art reference may anticipate without disclosing a feature of the claimed invention if that missing characteristic is necessarily present, or inherent, in the single anticipating reference." *Schering Corp. v. Geneva Pharm.*,

339 F.3d 1373, 1377 (Fed. Cir. 2003); *In re Cruciferous Sprout Litig.*, 301 F.3d 1343, 1352 (Fed. Cir. 2002). "'In general, a limitation or the entire invention is inherent and in the public domain if it is the 'natural result flowing from' the explicit disclosure of the prior art.'" *Perricone v. Medicis Pharm. Corp.*, 432 F.3d 1368, 1377 (Fed. Cir. 2005) (quoting *Schering*, 339 F.3d at 1379). "Inherency is not necessarily coterminous with the knowledge of those of ordinary skill in the art. Artisans of ordinary skill may not recognize the inherent characteristics or functioning of the prior art." *Atlas Powder Co. v. Ireco, Inc.*, 190 F.3d 1342, 1347 (Fed. Cir. 1999).

20.    "A century-old axiom of patent law holds that a product 'which would literally infringe if later in time anticipates if earlier.'" *Upsher-Smith Labs., Inc. v. Pamlab, L.L.C.*, 412 F.3d 1319, 1322 (Fed. Cir. 2005); *see also Schering*, 339 F.3d at 1380.

21.    A prior-art reference must be enabling in order to be anticipatory, but it is not "necessary that an invention disclosed in a publication shall have actually been made in order to satisfy the enablement requirement." *In re Donohue*, 766 F.2d 531, 533 (Fed. Cir. 1985). A reference need not enable the invention as broadly as claimed to qualify as anticipatory; it need only enable one embodiment that falls within the scope of the claimed invention. *Schering*, 339 F.3d at 1381. Post-priority date evidence may be relied upon to show that a prior-art reference

was enabling. *See id.* at 1380. The question whether the disclosure of a prior-art reference is enabling is a question of law. *Impax Labs., Inc. v. Aventis Pharm., Inc.*, 545 F.3d 1312, 1315 (Fed. Cir. 2008).

22.     Secondary considerations of non-obviousness are irrelevant to anticipation. *In re Wiggins*, 488 F.2d 538, 543 (C.C.P.A. 1973); *see also Celeritas Techs., Ltd. v. Rockwell Int'l Corp.*, 150 F.3d 1354, 1361 (Fed. Cir. 1998) (noting that teaching away has no impact on an anticipation analysis).

### E.     Anticipation By Prior Offer for Sale, Sale, or Use

23.     Defendants bear the burden of demonstrating by clear and convincing evidence that any of the asserted patent claims are invalid as anticipated by prior offer for sale, sale, or use. *See* 35 U.S.C. § 102; 35 U.S.C. § 282.

24.     "Application of the on-sale bar under section 102(b) is a question of law based upon underlying issues of fact." *Robotic Vision Sys., Inc. v. View Eng'g, Inc.*, 112 F.3d 1163, 1167 (Fed. Cir. 1997).

25.     The Patent Act prohibits the patenting of any claimed invention that was "in public use, on sale, or otherwise available to the public before the effective filing date of the invention. 35 U.S.C. § 102(a)(1); *see Helsinn Healthcare S.A. v. Teva Pharm. U.S.A., Inc.*, 139 S. Ct. 628, 630 (2019). "[T]he on-sale bar applies when two conditions are satisfied": (i) the invention "must be the subject of a commercial offer for sale" and (ii) "the invention must be ready for patenting."

- 11 -

*Pfaff v. Wells Elecs., Inc.*, 525 U.S. 55, 65 (1998). "[T]he reenactment of the phrase 'on sale' in the AIA did not alter this meaning." *Helsinn*, 139 S. Ct. at 630; *see also FMC Techs., Inc. v. OneSubsea IP UK Ltd.*, 2019 WL 4647274, at *3 (S.D. Tex. 2019) (noting that "prior Federal Circuit rulings addressing the 'on sale' bar continue to apply after enactment of the AIA"). "Accordingly, a commercial sale to a third party who is required to keep the invention confidential may place the invention 'on sale' under the AIA." *Helsinn*, 139 S. Ct. at 630. Under the AIA, the invalidating sale can have been made anywhere in the world. *See* 35 U.S.C. § 102(a)(1).

26.     All elements of the claim must be met in the product or process offered for sale. *Scaltech Inc. v. Retec/Tetra, L.L.C.*, 178 F.3d 1378, 1383 (Fed. Cir. 1999). However, the offer need not specifically identify all of the elements, nor must the parties to the transaction recognize or appreciate that all elements are present. *Id.*; *see also Scaltech, Inc. v. Retec/Tetra, LLC*, 269 F.3d 1321, 1329 (Fed. Cir. 2001) ("the invention that is the subject matter of the offer for sale must satisfy each claim limitation of the patent, though it may do so inherently").

27.     "[T]he question of whether an invention is the subject of a commercial offer for sale is a matter of Federal Circuit law, to be analyzed under the law of contracts as generally understood." *Grp. One, Ltd. v. Hallmark Cards, Inc.*, 254 F.3d 1041, 1047 (Fed. Cir. 2001). "As a general proposition, [the Federal

Circuit] will look to the Uniform Commercial Code ('UCC') to define whether . . . a communication or series of communications rises to the level of a commercial offer for sale." *Id.*; *accord Medicines Co. v. Hospira, Inc.*, 827 F.3d 1363, 1365 (Fed. Cir. 2016) (en banc); *see generally Merck & Cie v. Watson Labs., Inc.*, 822 F.3d 1347, 1351–54 (Fed. Cir. 2016).

28.    There is no "blanket 'supplier exception' to what would otherwise constitute a commercial sale." *Medicines Co.*, 827 F.3d at 1380. "The focus must be on the commercial character of the transaction, not solely on the identity of the participants." *Id.*

29.    There is likewise no "joint development" exception to the on-sale bar. *Brassler, U.S.A. I, L.P. v. Stryker Sales Corp.*, 182 F.3d 888, 890 (Fed. Cir. 1999).

30.    "[E]vidence that the public use or sale of the patented [invention] was primarily experimental may negate an assertion of invalidity." *Monon Corp. v. Stoughton Trailers, Inc.*, 239 F.3d 1253, 1258 (Fed. Cir. 2001). If a patentee argues that an alleged prior offer for sale, sale, or use was incidental to an experimental use, the patentee must come forward with "full, unequivocal, and convincing" proof of the experimental nature of the use. *Smith & Griggs Mfg. Co. v. Sprague*, 123 U.S. 249, 264 (1887). The ultimate burden of persuasion remains on the patent challenger. *TP Labs., Inc. v. Prof'l Positioners, Inc.*, 724 F.2d 965, 971–72 (Fed. Cir. 1984).

31.    The following factors may be considered in determining whether a given sale is commercial or experimental: "(1) the necessity for public testing, (2) the amount of control over the experiment retained by the inventor, (3) the nature of the invention, (4) the length of the test period, (5) whether payment was made, (6) whether there was a secrecy obligation, (7) whether records of the experiment were kept, (8) who conducted the experiment, (9) the degree of commercial exploitation during testing, (10) whether the invention reasonably requires evaluation under actual conditions of use, (11) whether testing was systematically performed, (12) whether the inventor continually monitored the invention during testing, and (13) the nature of contacts made with potential customers." *Allen Eng'g Corp. v. Bartell Indus., Inc.*, 299 F.3d 1336, 1353 (Fed. Cir. 2002) (quoting *EZ Dock v. Schafer Sys., Inc.*, 276 F.3d 1347, 1357 (Fed. Cir. 2002) (Linn, J., concurring)). The ultimate inquiry must consider the totality of the circumstances. *See Lough v. Brunswick Corp.*, 86 F.3d 1113, 1120 (Fed. Cir. 1996). "[E]xperimentation conducted to determine whether the invention would suit a particular customer's purposes does not fall within the experimental use exception." *Atlanta Attachment Co. v. Leggett & Platt, Inc.*, 516 F.3d 1361, 1365–66 (Fed. Cir. 2008).

### F.   Obviousness

32.    Defendants bear the burden of demonstrating by clear and convincing evidence that any of the asserted patent claims are invalid as obvious. 35 U.S.C. § 103; 35 U.S.C. § 282.

33.    Patent claims are invalid as obvious "if the differences between the claimed invention and the prior art are such that the claimed invention as a whole would have been obvious before the effective filing date of the claimed invention to a person having ordinary skill in the art to which the claimed invention pertains." 35 U.S.C. § 103; *see KSR Int'l Co. v. Teleflex Inc.*, 550 U.S. 398, 405, 421 (2007). Obviousness is a question of law that involves several underlying factual inquiries, including the scope and content of the prior art, differences between the prior art and the claims at issue, the level of ordinary skill in the art, and the presence or absence of any secondary considerations of non-obviousness. *Graham v. John Deere Co.*, 383 U.S. 1, 17–18 (1966).

34.    "The combination of familiar elements according to known methods is likely to be obvious when it does no more than yield predictable results." *KSR*, 550 U.S. at 416. A critical issue is whether the "improvement is more than the predictable use of prior art elements according to their established functions." *Id.* at 417. "Common sense teaches . . . that familiar items may have obvious uses beyond their primary purposes, and in many cases a person of ordinary skill will be

able to fit the teachings of multiple patents together like pieces of a puzzle." *Id.* at 420; *see also Leapfrog Enters. v. Fisher-Price, Inc.*, 485 F.3d 1157, 1161–62 (Fed. Cir. 2007).

35.     Moreover, "[t]hough it is never necessary to so hold, a disclosure that anticipates under § 102 also renders the claim invalid under § 103, for anticipation is the epitome of obviousness. The reverse is not true, for the need to determine obviousness presumes anticipation is lacking." *Connell v. Sears, Roebuck & Co.*, 722 F.2d 1542, 1548 (Fed. Cir. 1983).

36.     A single prior-art reference can render a claim obvious if a skilled artisan would have been motivated to modify the reference to achieve the claimed invention. *See Koninklijke Philips N.V. v. Google LLC*, 948 F.3d 1330, 1338–39, (Fed. Cir. 2020).

37.     A patent claim may be found invalid as obvious if the combination of elements would have been "obvious to try." *KSR*, 550 U.S. at 421. "When there is a design need or market pressure to solve a problem and there are a finite number of identified, predictable solutions, a person of ordinary skill has good reason to pursue the known options within his or her technical grasp." *Id*. Further, "[i]f this leads to the anticipated success, it is likely the product not of innovation but of ordinary skill and common sense." *Id*.

38.     In determining whether a claimed invention is obvious, the factfinder inquires whether a person of ordinary skill in the art would have been motivated to combine the prior art in the manner claimed and would have had a reasonable expectation of success in doing so. *See Intelligent Bio-Sys., Inc. v. Illumina Cambridge Ltd.*, 821 F.3d 1359, 1366 (Fed. Cir. 2016). The Federal Circuit's "case law does not require that a particular combination must be the preferred, or the most desirable, combination described in the prior art in order to provide motivation for the current invention." *In re Fulton*, 391 F.3d 1195, 1200 (Fed. Cir. 2004). Moreover, "[c]onclusive proof of efficacy is not necessary to show obviousness. All that is required is a reasonable expectation of success." *Hoffmann-La Roche Inc. v. Apotex Inc.*, 748 F.3d 1326, 1331 (Fed. Cir. 2014); *see also Valeant Pharm. Int'l, Inc. v. Mylan Pharm. Inc.*, 955 F.3d 25, 34 (Fed. Cir. 2020).

39.     The prior art should be considered for all that it teaches and is not limited to particular embodiments it describes. *See EWP Corp. v. Reliance Universal Inc.*, 755 F.2d 898, 907 (Fed. Cir. 1985).

40.     The patent holder "may rebut a *prima facie* showing of obviousness with objective indicia of nonobviousness." *Ormco Corp. v. Align Tech., Inc.*, 463 F.3d 1299, 1311 (Fed. Cir. 2006). "Objective evidence of nonobviousness can include copying, long felt but unsolved need, failure of others, commercial success,

- 17 -

unexpected results created by the claimed invention, unexpected properties of the claimed invention, licenses showing industry respect for the invention, and skepticism of skilled artisans before the invention." *Power Integrations, Inc. v. Fairchild Semiconductor Int'l, Inc.*, 711 F.3d 1348, 1368 (Fed. Cir. 2013).

41.    If a patentee asserts long-felt need and failure of others as objective indicia of non-obviousness, the patentee must present evidence of "widespread efforts of skilled artisans" to solve the problem that were unsuccessful. *NuVasive, Inc. v. Hirshfeld*, 2021 WL 3661208, at \*6 (Fed. Cir. Aug. 18, 2021).

42.    Objective evidence of non-obviousness requires proof of a "nexus" with the claims and must be commensurate in scope with the claims. *See Wyers v. Master Lock*, 616 F.3d 1231, 1246 (Fed. Cir. 2010); *Asyst Techs. Inc. v. Emtrak Inc.*, 544 F.3d 1310, 1316 (Fed. Cir. 2008). The patentee has the burden of production to show the required nexus between the objective indicia and the claimed invention. *Prometheus Labs., Inc. v. Roxane Labs., Inc.*, 805 F.3d 1092, 1101–02 (Fed. Cir. 2015). For commercial success, the proponent must offer proof "[that] sales were a direct result of the unique characteristics of the claimed invention." *In re Huang*, 100 F.3d 135, 140 (Fed. Cir. 1996).

43.    The existence of so-called "blocking patents" can negate a finding of nexus between evidence of objective indicia and the claimed invention. *See Acorda Therapeutics, Inc. v. Roxane Labs., Inc.*, 903 F.3d 1310, 1337–42 (Fed. Cir. 2018).

A "blocking patent" is an earlier patent that would be infringed by practice of the patent in question. *Id.* at 1338. "The existence of such a blocking patent may deter non-owners and non-licensees from investing the resources needed to make, develop, and market such a later, 'blocked' invention, because of the risk of infringement liability and associated monetary or injunctive remedies." *Id.* "If the later invention is eventually patented by an owner or licensee of the blocking patent, that potential deterrent effect is relevant to understanding why others had not made, developed, or marketed that 'blocked' invention and, hence, to evaluating objective indicia of the obviousness of the later patent." *Id.*

44.  "[A]s a theoretical matter, a blocking patent may or may not deter innovation in the blocked space by commercially motivated potential innovators other than the owners or licensees of the blocking patent. *Id.* Relevant factors include the possibility of licensing or successfully challenging the blocking patent; "the costliness of the project; the risk of research failure; the nature of improvements that might arise from the project, and whether such improvements will be entirely covered by the blocking patent; the size of the market opportunities anticipated for such improvements; the costs of arriving at the improvements and getting them to market; the risk of losing the invention race to a blocking-patent owner or licensee; the risk that the blocking-patent owner (making its own economic calculations, perhaps in light of its own other products or research

- 19 -

activities) will altogether refuse to grant a license to the improvement or will demand so large a share of profits that the whole project is not worthwhile for the potential innovator—all evaluated in light of other investment opportunities." *Id.*

45.    Where "the inventions represented no more than 'the predictable use of prior art elements according to their established functions' . . . the secondary considerations are inadequate to establish nonobviousness as a matter of law." *Wyers*, 616 F.3d at 1246 (quoting *KSR*, 550 U.S. at 417). "[S]econdary considerations of non-obviousness . . . simply cannot overcome a strong prima facie case of obviousness." *Id.*; *see also Leapfrog*, 485 F.3d at 1162 ("[G]iven the strength of the prima facie obviousness showing, the evidence on secondary considerations was inadequate to overcome a final conclusion [of obviousness].").

### G.    Invalidity of Product-By-Process Claims

46.    "[E]ven though product-by-process claims are limited by and defined by the process, determination of patentability is based on the product itself." *In re Thorpe*, 777 F.2d 695, 698 (Fed. Cir. 1985). Accordingly, "[t]he patentability of a product does not depend on its method of production." *Id.* "If the product in the product-by-process claim is the same as or obvious from a product of the prior art, the claim is unpatentable even though the prior product was made by a different process." *Id.*; *see also Amgen Inc. v. F. Hoffman-La Roche Ltd.*, 580 F.3d 1340, 1370 n 14 (Fed. Cir. 2009) ("Because validity is determined based on the

requirements of patentability, a patent is invalid if a product made by the process recited in a product-by-process claim is anticipated by or obvious from prior art products, even if those prior art products are made by different processes.").

### H.    Written Description

47.    Defendants bear the burden of demonstrating by clear and convincing evidence that any of the asserted patent claims are invalid for lack of written description. 35 U.S.C. § 112; 35 U.S.C. § 282.

48.    A patent must "contain a written description of the invention, and the manner and process of making and using it" that enables a skilled artisan to practice the invention. 35 U.S.C. § 112. Section 112 contains an "enablement" requirement (the specification must enable a skilled artisan to make and use the invention) and a "written description" requirement (the specification must describe the invention in sufficient detail to demonstrate that the inventor had possession of the invention). *Ariad Pharm., Inc. v. Eli Lilly & Co.*, 598 F.3d 1336, 1344, 1351 (Fed. Cir. 2010) (en banc). These requirements must be met as of the filing date; a patentee cannot reap the benefit of later developments. *MagSil Corp. v. Hitachi Global Storage Techs., Inc.*, 687 F.3d 1377, 1380 (Fed. Cir. 2012). And the patent must describe and enable the "full scope" of the claims. *Id.*; *see LizardTech, Inc. v. Earth Res. Mapping, Inc.*, 424 F.3d 1336, 1344 (Fed. Cir. 2005).

49.     Compliance with the written-description requirement is a question of fact. *See Ariad*, 598 F.3d at 1351.

50.     A patent claim is invalid if the patent does not contain an adequate written description of the claimed invention. 35 U.S.C. § 112. The written description must reasonably convey "to those skilled in the art that the inventor had possession of the claimed subject matter as of the filing date." *Ariad*, 598 F.3d at 1351. In determining whether a specification contains an adequate written description, "one must make an 'objective inquiry into the four corners of the specification from the perspective of a person of ordinary skill in the art.'" *Bos. Sci. Corp. v. Johnson & Johnson*, 647 F.3d 1353, 1366 (Fed. Cir. 2011) (citing *Ariad*, 598 F.3d at 1351). A patent may not claim an invention that is broader than the disclosure of the specification. *See Festo Corp. v. Shoketsu Kinzoku Kogyo Kabushiki Co.*, 535 U.S. 722, 736 (2002). "It is the disclosures of the applications that count." *Lockwood v. Am. Airlines, Inc.*, 107 F.3d 1565, 1571 (Fed. Cir. 1997).

51.     "Entitlement to a filing date does not extend to subject matter which is not disclosed, but would be obvious over what is expressly disclosed. It extends only to that which is disclosed." *Id.* Moreover, the patentee's arguments concerning the level of specificity required to support the claims under § 112 must be consistent with the patentee's other arguments for patentability. *See, e.g., Nuvo*

*Pharm. (Ireland) Designated Activity Co. v. Dr. Reddy's Labs. Inc.*, 923 F.3d 1368, 1384 (Fed. Cir. 2019).

52.     "[I]t is unnecessary to spell out every detail of the invention in the specification; only enough must be included to convince a person of skill in the art that the inventor possessed the invention." *LizardTech*, 424 F.3d at 1345.

53.     The analysis for written description "compares the claims with the invention disclosed in the specification, and if the claimed invention does not appear in the specification . . . [the claim] fails regardless of whether one of skill in the art could make or use the claimed invention." *Ariad*, 598 F.3d at 1348. ("[M]erely drawing a fence around the outer limits of a purported genus is not an adequate substitute for describing a variety of materials constituting the genus and showing that one has invented a genus and not just a species.").

## I.     Enablement

54.     Defendants bear the burden of demonstrating by clear and convincing evidence that any of the asserted patent claims are invalid for lack of enablement. 35 U.S.C. § 112; 35 U.S.C. § 282.

55.     A specification must 'enable' a person of skill in the art to make and use the claimed invention. 35 U.S.C. § 112; *see Transocean Offshore Deepwater Drilling Inc. v. Maersk Drilling USA, Inc.*, 699 F.3d 1340, 1355 (Fed. Cir. 2012).

Enablement is a legal question based on underlying factual determinations. *Transocean*, 699 F.3d at 1355.

56.     The failure of the PTO to issue an enablement rejection during prosecution does not heighten a patent challenger's burden to prove invalidity for lack of enablement. *See AK Steel Corp. v. Sollac & Ugine*, 344 F.3d 1234, 1245 (Fed. Cir. 2003).

57.     Enablement is determined as of the effective filing date of the patent's application and is assessed from the perspective of a skilled artisan. *See ALZA Corp. v. Andrx Pharm., LLC*, 603 F.3d 935, 940 (Fed. Cir. 2010); *Falko-Gunter Falkner v. Inglis*, 448 F.3d 1357, 1365 (Fed. Cir. 2006). Post-filing date evidence cannot be used to fill in gaps in the state of the art. *See In re Glass*, 492 F.2d 1228, 1232 (C.C.P.A. 1974).

58.     "The scope of the claims must be less than or equal to the scope of the enablement. The scope of enablement, in turn, is that which is disclosed in the specification plus the scope of what would be known to one of ordinary skill in the art without undue experimentation." *Nat'l Recovery Techs., Inc. v. Magnetic Separation Sys., Inc.*, 166 F.3d 1190, 1195–96 (Fed. Cir. 1999).

59.     "A claim is sufficiently enabled even if a considerable amount of experimentation is necessary, so long as the experimentation is merely routine, or if the specification in question provides a reasonable amount of guidance with

respect to the direction in which the experimentation should proceed." *Vasudevan Software, Inc. v. MicroStrategy, Inc.*, 782 F.3d 671, 684 (Fed. Cir. 2015) (citation omitted); *see also Cephalon, Inc. v. Watson Pharms., Inc.*, 707 F.3d 1330, 1339 (Fed. Cir. 2013); *PPG Indus., Inc. v. Guardian Indus. Corp.*, 75 F.3d 1558, 1565 (Fed. Cir. 1996).

60.     Courts may consider the following factors, sometimes termed the "*Wands* factors," in determining whether the amount of experimentation that would be required to practice the invention is "undue": "(1) the quantity of experimentation necessary, (2) the amount of direction or guidance presented, (3) the presence or absence of working examples, (4) the nature of the invention, (5) the state of the prior art, (6) the relative skill of those in the art, (7) the predictability or unpredictability of the art, and (8) the breadth of the claims." *In re Wands*, 858 F.2d 731, 737 (Fed. Cir. 1988). These factors "are illustrative, not mandatory. What is relevant depends on the facts." *Amgen, Inc. v. Chugai Pharm. Co., Ltd.*, 927 F.2d 1200, 1213 (Fed. Cir. 1991).

61.     "[A] patent disclosure need not enable information within the knowledge of an ordinarily skilled artisan." *Chiron Corp. v. Genentech, Inc.*, 363 F.3d 1247, 1254 (Fed. Cir. 2004). "Nascent technology, however, must be enabled with a specific and useful teaching. The law requires an enabling disclosure for nascent technology because a person of ordinary skill in the art has little or no

knowledge independent from the patentee's instruction. Thus, the public's end of the bargain struck by the patent system is a full enabling disclosure of the claimed technology." *Id.*

### J. Improper Inventorship

62. Defendants bear the burden of demonstrating by clear and convincing evidence that any of the asserted patent claims are invalid for improper inventorship. 35 U.S.C. § 101; 35 U.S.C. § 115; 35 U.S.C. § 282; *see Caterpillar Inc. v. Sturman Indus., Inc.*, 387 F.3d 1358, 1377 (Fed. Cir. 2004). "[I]nventorship is a legal conclusion premised on underlying factual findings," and it is addressed on a claim-by-claim basis. *Egenera, Inc. v. Cisco Sys., Inc.*, 972 F.3d 1367, 1376 (Fed. Cir. 2020).

63. A patent is invalid for improper inventorship if the patent does not name the true and correct inventors of the claimed subject matter. *See* 35 U.S.C. § 101; *Trovan, Ltd. v. Sokymat SA, Irori*, 299 F.3d 1292, 1301, 63 U.S.P.Q.2d 1865 (Fed. Cir. 2002); *Belcher Pharm., LLC v. Hospira, Inc.*, 2019 WL 2503159, at *1 (D. Del. June 5, 2019); *Bd. of Trs. of Univ. of Ill. v. Micron Tech., Inc.*, 2017 WL 1164483, at *2 n.1 (C.D. Ill. Mar. 28, 2017); *see also Pannu v. Iolab Corp.*, 155 F.3d 1344, 1349 (Fed. Cir. 1998) ("[I]f nonjoinder of an actual inventor is proved by clear and convincing evidence, a patent is rendered invalid.").

64.    The touchstone of inventorship is "conception," which is defined as the "formation in the mind of the inventor, of a definite and permanent idea of the complete and operative invention, as it is hereafter to be applied in practice." *Invitrogen Corp. v. Clontech Labs., Inc.*, 429 F.3d 1052, 1063 (Fed. Cir. 2005). "An idea is sufficiently definite and permanent for conception if it provides one skilled in the art with enough guidance to understand the invention, that is, when the inventor has a specific, settled idea, a particular solution to the problem at hand, not just a general goal or research plan he hopes to pursue." *Id.* "The inventor must be able to describe his invention with particularity." *Id.* "This requires both (1) the idea of the invention's structure and (2) possession of an operative method of making it." *Id.*

65.    One who "(1) contribute[s] in some significant manner to the conception or reduction to practice of the invention, (2) make[s] a contribution to the claimed invention that is not insignificant in quality, when that contribution is measured against the dimension of the full invention, and (3) do[es] more than merely explain to the real inventors well-known concepts and/or the current state of the art" qualifies as a joint inventor. *Pannu*, 155 F.3d at 1351. It is not necessary that each inventor "make the same type or amount of contribution to the invention" to qualify as a joint inventor. *Ethicon, Inc. v. U.S. Surgical Corp.*, 135 F.3d 1456, 1460 (Fed. Cir. 1998).

66.    An accused infringer who raises the defense of improper inventorship need not prove who are the true inventors of the patent; it need only prove that the named inventorship is incorrect. *See Cellular Commc'ns Equip. LLC v. HTC Corp.*, 2018 WL 4261195, at *2–3 (E.D. Tex. July 5, 2018).

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

VANDA PHARMACEUTICALS INC.,

        Plaintiff,

    v.

TEVA PHARMACEUTICALS USA, INC., et al.,

        Defendants.

C.A. No. 18-651-CFC
(Consolidated)

**<u>Exhibit 6 – Plaintiff's Witness List</u>**

# <u>TABLE OF CONTENTS</u>

<u>Page</u>

I.      FACT WITNESSES ........................................................................................1

II.     EXPERT WITNESSES ..................................................................................2

        A.      Brief Statement of Experts' Qualifications and Expected
                Testimony ...........................................................................................3

                1.      Dr. Stephen C. Bergmeier ......................................................3

                        (a)     Background/Qualifications ...........................................3

                        (b)     Expected Testimony .....................................................4

                2.      Dr. Daniel Combs ...................................................................4

                        (a)     Background/Qualifications ...........................................4

                        (b)     Expected Testimony .....................................................5

                3.      Dr. Charles A. Czeisler ..........................................................5

                        (a)     Background/Qualifications ...........................................5

                        (b)     Expected Testimony .....................................................7

                4.      Dr. Henry G. Grabowski .........................................................7

                        (a)     Background/Qualifications ...........................................7

                        (b)     Expected Testimony .....................................................8

                5.      Dr. Steven W. Lockley..............................................................8

                        (a)     Background/Qualifications ...........................................8

                        (b)     Expected Testimony .....................................................9

                6.      Dr. Andrew Parkinson .............................................................9

                        (a)     Background/Qualifications ...........................................9

# **TABLE OF CONTENTS**
## **(Continued)**

**Page**

    (b)    Expected Testimony ......................................................11

III.    DEFENDANTS' OBJECTIONS TO PLAINTIFF'S WITNESS LIST........11

## I.   FACT WITNESSES

Vanda identifies the following fact witnesses whom it may call live or by deposition at trial.  This list is not a commitment that Vanda will call any particular witness at trial or a representation that any of the witnesses listed are available or will appear for trial.  If any third-party witness is unavailable, Vanda reserves the right to use his or her deposition testimony.  If any of Vanda's or Defendants' fact witnesses are unavailable, Vanda reserves the right to use his or her deposition testimony.  Vanda also reserves the right to call any witnesses listed or called by Defendants and to revise this list in light of further rulings by the Court or any other changed circumstances.  In addition, Vanda reserves the right to call any witness, whether listed below or not, to establish authenticity and/or admissibility of any trial exhibit whose authenticity or admissibility is challenged by Defendants, as rebuttal, or for impeachment.

1.   Dr. Mihael H. Polymeropoulos

2.   Dr. Ravi K. Pandrapragada

3.   Dr. Deepak S. Phadke

4.   Dr. Atul Kaushik (Teva)

5.   Mr. David DeCicco (Teva)

6.   Dr. Vatsal V. Shah (Teva)

7.   Dr. Martin K. Ehlert (Apotex)

8.   Mr. Bisht Bhupesh Singh (Apotex)

## II.   EXPERT WITNESSES

Vanda lists below the names of the experts it may call as live witnesses at trial.  This list is not a commitment that Vanda will call any particular witness at trial or a representation that any of the witnesses listed are available or will appear for trial.   The listed experts' specific expertise and qualifications are set forth in Exhibit 17 (Plaintiff's Experts' CVs) and Exhibit 18 (Defendants' Experts' CVs). Vanda may present these qualifications during trial.   If any of Vanda's or Defendants' expert witnesses are unavailable, Vanda reserves the right to use his or her deposition testimony.

1.   Dr. Stephen C. Bergmeier

2.   Dr. Daniel Combs

3.   Dr. Charles A. Czeisler

4.   Dr. Henry G. Grabowski

5.   Dr. Steven W. Lockley

6.   Dr. Andrew Parkinson

7.   Dr. Jonathan Emens (Defendants)

8.   Dr. David J. Greenblatt (Defendants)

9.   Dr. Robert B. Perni (Defendants)

10.   Dr. John W. Winkelman (Defendants)

11.     Dr. DeForest McDuff (Defendants)

12.     Ms. Deborah Jaskot (Defendants)

## A.     Brief Statement of Experts' Qualifications and Expected Testimony

### 1.     Dr. Stephen C. Bergmeier

#### (a)     Background/Qualifications

Dr. Bergmeier received his Ph.D. in medicinal chemistry from the University of Michigan in 1990 and his B.S. in chemistry from Iowa State University in 1978. He is currently a professor and department chair in the Department of Chemistry and Biochemistry at Ohio University.  Dr. Bergmeier has received funding from the National Institutes of Health for his academic research.  He is a manuscript reviewer for numerous refereed journals, including, among others, Organic Letters, the Journal of Organic Chemistry, and the Journal of the American Chemical Society. Dr. Bergmeier also serves as a grant reviewer for multiple organizations, including the National Institutes of Health, the National Science Foundation, and the Research Corporation.   He has presented his academic work both nationally and internationally, at conferences focusing on organic and synthetic chemistry. Dr. Bergmeier's research has also been published in numerous peer-reviewed articles.

**(b)     Expected Testimony**

If called at trial, Dr. Bergmeier will testify about the subject matter discussed in his expert reports and at his deposition. He will testify that the Defendants' tasimelteon products infringe the asserted claim of the '465 patent.  Dr. Bergmeier will testify about the state of the art and the knowledge and level of experience of a person of ordinary skill in the relevant field at the time of the invention of the subject matter of the '465 patent.  He will also testify as to the validity of the asserted claim of the '465 patent, including that the claim is not invalid under the on-sale bar, is not invalid as obvious, and is not invalid for improper inventorship. Dr. Bergmeier will testify as to objective indicia of non-obviousness regarding the asserted claim of the '465 patent.  He may also offer a critique of Defendants' experts.

**2.     Dr. Daniel Combs**

**(a)     Background/Qualifications**

Dr. Combs received his M.D. in 2011 from the University of Arizona College of Medicine and has been board certified by the American Board of Pediatrics in sleep medicine since 2015.  He is currently a physician specializing in sleep medicine at Banner University Medical Group in Tucson, Arizona and an Assistant Professor of Pediatrics and Medicine at the University of Arizona College of Medicine.  Dr. Combs is also a member of the American Academy of Sleep Medicine, is currently receiving funding for sleep-medicine-related research from the National Institutes of Health, and has previously received research funding from

the American Academy of Sleep Medicine Foundation.  He is a recognized lecturer on a national and international level, having been invited to do multiple presentations on sleep medicine, and has published numerous articles in refereed journals relating to sleep medicine, including articles in *Sleep* and the *Journal of Clinical Sleep Medicine*.

#### (b)     Expected Testimony

If called at trial, Dr. Combs will testify about the subject matter discussed in his expert reports and at his deposition.  Dr. Combs will testify that the proposed labels for Defendants' generic versions of tasimelteon encourage, recommend, suggest, instruct, promote, and/or require prescribers to practice the methods set forth in the asserted method-of-treatment patent claims.  Dr. Combs will also offer testimony in support of objective indicia of nonobviousness.  Dr. Combs may also testify about the level of skill of an ordinary artisan as of the priority date of the asserted method-of-treatment patent claims.  He may also offer a critique of Defendants' experts' opinions.

### 3.     Dr. Charles A. Czeisler

#### (a)     Background/Qualifications

Dr. Czeisler is the Frank Baldino, Jr., Ph.D. Professor of Sleep Medicine, Professor of Medicine and Director of the Division of Sleep Medicine at Harvard Medical School; the Chief of the Division of Sleep and Circadian Disorders in the

Departments of Medicine and Neurology and Director of the Sleep Matters Initiative at Brigham Health in Boston, Massachusetts; the Director of the Harvard Work Hours Health and Safety Group; an Affiliate Faculty Member in the Program in Neuroscience at Harvard Medical School; a Senior Faculty in the Harvard College Program in General Education, Faculty of Arts and Sciences, Harvard University; and an Associate Faculty Member in the Molecular and Cellular Biology Department, Faculty of Arts and Sciences at Harvard University.   Dr. Czeisler received his bachelor's degree from Harvard College in biochemistry and molecular biology *magna cum laude* in 1974, his Ph.D. in neuro and biobehavioral sciences in 1978 from Stanford University in 1978, and his M.D. from Stanford University School of Medicine in 1981.   Dr. Czeisler has been studying circadian rhythms for over 35 years. His research has resulted in more than 277 reports published in peer-reviewed journals, including in *Sleep*, *Journal of Clinical Sleep Medicine*, *Journal of the American Medical Association (JAMA)*, *The Lancet*, *New England Journal of Medicine*, *Science*, and *Nature*.   He has also performed research for NASA on the work-rest schedules and sleep-wake patterns of astronauts on the Space Shuttle and the International Space Station, and has been a Team Leader on the Human Performance, Sleep and Chronobiology Team of NASA's National Space Biomedical Research Institute.

**(b)     Expected Testimon**y

If called at trial, Dr. Czeisler will testify about the subject matter addressed in his expert reports and at his deposition.  Dr. Czeisler will testify about the state of the art and the knowledge and level of skill and experience of an ordinary artisan in the applicable field as of the priority date of the asserted method-of-treatment patent claims.  Dr. Czeisler will testify that the patents are not obvious or anticipated, and do not lack sufficient written description or enablement.  Dr. Czeisler will also testify about the objective indicia of nonobviousness of these asserted method-of-treatment patent claims.  He may also offer a critique of Defendants' experts' opinions.

### 4.     Dr. Henry G. Grabowski

**(a)     Background/Qualifications**

Dr. Grabowski received his Ph.D. in economics from Princeton University in 1967.  He is currently a professor emeritus of economics and Director of the Program in Pharmaceuticals and Health Economics at Duke University.  He has published numerous articles and books on the pharmaceutical industry.  His academic work has been recognized through visiting scholar appointments at institutions, including the International Institute of Management in Berlin, Germany; the Office of Health Economics in London, England; and the Health Care Financing Administration in Washington, D.C.   Under  a  series  of  National  Science  Foundation  grants,

Dr. Grabowski has examined the economics of pharmaceutical research and development and the effects of various government policy actions on drug innovation. His insights into the field of health economics are highly regarded, with Congress requesting his testimony on a variety of issues, including effective patent life and generic competition in pharmaceuticals. In addition, Dr. Grabowski's work has been used by the Congressional Budget Office to analyze the effects of the Hatch-Waxman Act on research and development returns.

### (b)     Expected Testimony

If called at trial, Dr. Grabowski will testify about the subject matter discussed in his expert reports and at his deposition. Dr. Grabowski will testify about the objective indicia of nonobviousness of the asserted method-of-treatment patent claims, including that Hetlioz® is a commercially successful drug. Dr. Grabowski may also offer a critique of Defendants' experts.

### 5.     Dr. Steven W. Lockley

### (a)     Background/Qualifications

Dr. Lockley received his B.Sc. in Biology from the University of Manchester in 1992 and his Ph.D. in Biological Sciences from the University of Surrey in 1997. He is a neuroscientist in the Division of Sleep and Circadian Rhythms at Brigham and Women's Hospital, an Associate Professor of Medicine in the Division of Sleep Medicine at Harvard Medical School, and an Adjunct Professor and Vice-

8

Chancellor's Fellow in the Surrey Sleep Research Centre in the Faculty of Health and Medical Sciences at the University of Surrey.  Dr. Lockley has been studying circadian rhythms for over 25 years.  He has published over 150 original research reports, including in the *New England Journal of Medicine*, *Lancet*, and *JAMA*.

### (b)     Expected Testimony

If called at trial, Dr. Lockley will testify about the subject matter discussed in his expert reports and at his deposition.  Dr. Lockley will testify about the history of research on circadian rhythm sleep disorders—specifically Non-24 Sleep-Wake Disorder—and studies investigating methods for treating Non-24.  Dr. Lockley will offer testimony in support of the validity of the asserted method-of-treatment patent claims, including that the patent claims are not obvious, and may offer testimony about the level of skill of an ordinary artisan as of the priority date of the asserted method-of-treatment patent claims.   Dr. Lockley may also offer a critique of Defendants' experts.

### 6.     Dr. Andrew Parkinson

### (a)     Background/Qualifications

Dr. Parkinson received his B.S. *magna cum laude* in Medical Biochemistry from University of Surrey, his Ph.D. in Biological Chemistry from University of Guelph, and post-doctoral training from the Roche Institute of Molecular Biology. He has over 40 years of experience in studying drug metabolism and drug

interactions and has published over 140 scientific articles in peer-reviewed journals, including articles in *Archives of Biochemistry and Biophysics*, *Biochemical Pharmacology*, and *Drug Metabolism and Disposition* and 44 book chapters or review articles. He is a distinguished lecturer on a national and international level, having given about 350 invited presentations at scientific conferences, academic institutions, and pharmaceutical companies. He is also a member of the American Society for Pharmacology and Experimental Therapeutics, the International Society for the Study of Xenobiotics, and the Society of Toxicology.

Dr. Parkinson is currently the CEO of XPD Consulting, a company that specializes in counseling clients on drug absorption, distribution, metabolism, excretion, transport, toxicity, and drug-drug interactions, including the design and interpretation of *in vitro* drug-drug interaction studies. As Chief Scientific Officer of his former company, XenoTech (1994–2011), and as CEO of his current company, XPD Consulting (2012–present), he has written or contributed significantly to the preparation of several thousand scientific reports and expert opinions regarding drug absorption, distribution, metabolism, excretion, and drug-drug interactions for pharmaceutical clients. He is also an Adjunct Professor in the Pharmacology, Toxicology & Therapeutics department at Kansas University Medical Center and has previously served as an Assistant Professor, Associate

Professor, and a Professor in the Department of Pharmacology, Toxicology & Therapeutics at the University of Kansas Medical Center.

### (b)   Expected Testimony

If called at trial, Dr. Parkinson will testify about the subject matter discussed in his expert reports and at his deposition.  Dr. Parkinson will testify about the state of the art and the knowledge and level of experience of a person of ordinary skill in the relevant field at the time of the invention of the asserted method-of-treatment patent claims.  Dr. Parkinson will testify that the patent claims are not obvious and do not claim patent-ineligible subject matter.   Dr. Parkinson may also offer testimony in support of objective indicia of nonobviousness.  He may also offer a critique of Defendants' experts.

## III.   DEFENDANTS' OBJECTIONS TO PLAINTIFF'S WITNESS LIST

Defendants object to Plaintiff calling at trial any witness they have listed by deposition designation to the extent that the witness testifies live at trial. Defendants object to Plaintiff calling any witness in Plaintiff's control by deposition designation to the extent the witness is not unavailable within the meaning of Federal Rule of Civil Procedure 32(a)(4). Defendants incorporate by reference any objection to proposed deposition testimony of any witness listed as set forth in Defendants' objections to Plaintiff's deposition designations. Defendants object to (1) the testimony of any witness for which that witness lacks personal knowledge, (2)

testimony beyond the description set forth in Plaintiff's initial disclosures, (3) testimony beyond the scope of Plaintiff's interrogatory responses, or (4) testimony not otherwise properly disclosed under the Federal Rules of Civil Procedure.

Defendants further object to Plaintiff's witnesses' testimony to the extent the testimony is in the form of inadmissible lay opinion, including but not limited to opinion testimony of lay witnesses and any testimony that is based on scientific, technical, or other specialized knowledge that should properly be the subject of expert testimony. Fed. R. Evid. 701.

Defendants further object to Plaintiff calling any of Defendants' witnesses live at trial.

Other objections to the testimony of Plaintiff's witnesses, if any, are reserved for trial.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

VANDA PHARMACEUTICALS   )
INC.,   )
   )
      Plaintiff,   )
   )   C.A. No. 18-651-CFC
      v.   )   **CONSOLIDATED**
   )
TEVAPHARMACEUTICALS USA,   )
INC., etal.,   )
   )
      Defendants.   )

## Exhibit 7 – DEFENDANTS' WITNESS LIST

Defendants Teva Pharmaceuticals USA, Inc., Apotex Inc., and Apotex Corp., Inc. ("Defendants"), pursuant to the Scheduling and Consolidation Order (D.I. 206 ¶ 26), submit this list of witnesses that Defendants will or may call to testify live or by deposition at  trial.

Defendants reserve the right to modify or amend this list to the extent necessary to reflect any future rulings by the Court, and to supplement or amend this list to fairly respond to any new issue that Plaintiff may raise. Defendants also reserve the right to call additional witnesses live or by deposition designations (or to offer additional deposition designations from witnesses identified herein) in rebuttal to issues raised in Plaintiff's case-in-chief or rebuttal presentations.

- 1 -

Defendants further reserve the right to call additional witnesses live or by deposition designation to respond to issues raised after the preparation and submission of this list, including any changes by Plaintiff to its arguments, witness lists, or other positions.

Defendants further reserve the right to call any witness live or by deposition designation for purposes of impeachment. Defendants further reserve the right to call additional witnesses live or by deposition designation (or to offer additional deposition designations from witnesses identified herein) to the extent necessary to provide foundational testimony if Plaintiff contests the authenticity or admissibility of any materials to be offered as evidence at trial.

If any witness Defendants intend to call to testify live is unavailable, Defendants reserve the right to offer deposition testimony from such witness. If any of Plaintiff's expert witnesses are not called live at trial, Defendants reserve the right to offer deposition testimony of such witness(es). Defendants further reserve the right to substitute witnesses for the listed witnesses should any listed witness become unavailable for trial. Defendants further reserve the right to call any witness listed by Plaintiff on its witness list or who otherwise appears for Plaintiff at trial. Defendants further reserve the right to use any deposition designations identified by Plaintiff as either affirmative designations or as counter- designations.

| | WITNESS | WILL CALL LIVE[1] | MAY CALL LIVE | MAY CALL BY DEPOSITION |
|---|---|---|---|---|
| 1. | Dr. Jonathan Emens | X | | |
| 2. | Dr. Robert Perni | X | | |
| 3. | Dr. David Greenblatt | X | | |
| 4. | Dr. John Winkelman | X | | |
| 5. | Deborah Jaskot | X | | |
| 6. | Dr. DeForest McDuff | X | | |
| 7. | Marlene Dressman | | | X |
| 8. | Natalie Farris | | | X |
| 9. | John Feeney | | | X |
| 10. | Louis Licamele | | | X |
| 11. | Ravi Pandrapragada | | | X |
| 12. | Deepak Phadke | | | X |
| 13. | Mihael Polymeropoulos | | | X |
| 14. | Stephen Swinton | | | X |
| 15. | Any witness included on Plaintiff's witness list[2] | | X | X |

Defendants identify the following subject matter expertise for each expert witness they intend to call at trial:

**Dr. Jonathan Emens:** Dr. Emens is an Associate Professor in the Department of Psychiatry and an Assistant Professor in the Department of Medicine at Oregon Health & Science University. Dr. Emens is also Deputy Chief

---

[1] To the extent that a witness is not available to offer live testimony, Defendants may present deposition testimony for each such witness, irrespective of whether the witness is designated as may call by deposition.

[2] Defendants have designated Plaintiff's witnesses as "may call live" and "may call by deposition" in the event that Plaintiff does not call witnesses live at trial or attempts to limit the scope of cross-examination to subject matter elicited during direct examination.

of Mental Health and Clinical Neurosciences at the Veterans' Affairs Portland Health Care System and an Affiliate Faculty Member at the Oregon Institute of Occupational Health Sciences. Dr. Emens is a board-certified Sleep Physician and Psychiatrist and has a Doctor of Medicine degree from the University of Massachusetts Medical School. Dr. Emens has over 25 years of experience researching sleep medicine and circadian physiology. Prior to and during medical school, he worked at Harvard Medical School and Brigham and Women's Hospital—one of the premier laboratories for the study of circadian physiology. After medical school, Dr. Emens completed his psychiatry residency with Drs. Robert Sack and Alfred Lewy at Oregon Health & Science University, who demonstrated that Non-24-Sleep-Wake Rhythm Disorder can be treated with oral melatonin. Dr. Emens previously served as the Director of the Sleep Medicine Program at the VA Portland Care system and as the Program Director of the Oregon Health & Science University Sleep Medicine Fellowship. He is an expert in the diagnosis and treatment of sleep disorders, including in the fields of circadian physiology, Circadian Rhythm Sleep Disorders and Non-24-Hour Sleep- Wake Rhythm Disorder.

Dr. Emens will offer testimony regarding the asserted method-of-treatment patents, the state of the prior art, claim construction, the knowledge of a person of skill in the art at the time of the alleged invention of the asserted method-of-

- 4 -

treatment patents, the differences between the prior art and the asserted claims, and the invalidity of the asserted method-of-treatment patents, as well as a critique of Dr. Czeisler's and Dr. Lockley's opinions.

**Dr. Robert Perni:** Dr. Perni is a Principal of JMD Pharma Creativity, LLC, which provides medicinal chemistry and drug discovery consulting services for biopharmaceutical companies. Dr. Perni is an organic and medicinal chemist with over 33 years of experience in medicinal chemistry and drug development and 30 years of management experience in the pharmaceutical industry. Since 1986, Dr. Perni has held numerous senior positions overseeing the research, development, and commercial manufacturing of drug products in the pharmaceutical industry, such as the Discovery Project Head of the hepatitis C program at Vertex Pharmaceuticals, which led to the discovery and development of Incivek$^{TM}$(a protease inhibitor indicated for treating hepatitis C). Over the course of his career, Dr. Perni has overseen process development research for numerous drug candidates, where he held direct oversight responsibility for $_c$GMP manufacturing campaigns in support of Phase I and Phase II clinical trials and gained experience writing the Drug Substance CMC section of INDs. His three decades of experience managing drug research and development projects required him to frequently interface and collaborate with team members who had educational and professional experience in relevant disciplines that fell outside of Dr. Perni's immediate

expertise. Dr. Perni has a Ph.D. in Organic Chemistry from Dartmouth College and a Bachelor of Science degree in Chemistry from Northeastern University. He is an expert in the field of medicinal chemistry, including synthetic and analytical techniques for drug development as applied in the pharmaceutical industry, with knowledge of relevant regulatory considerations concerning the approval and manufacture of pharmaceutical products.

Dr. Perni will offer testimony regarding the '465 patent and its file history (including the file histories of patents in its family chain), its specification and teachings, claim construction, the scope and content of the prior art, the differences between the prior art and the asserted claim of the '465 patent, the knowledge of a person of skill in the art at the time of the alleged invention of the '465 patent, the invalidity of the '465 patent, the lack of nexus and alleged secondary considerations, and non-infringement of the '465 patent, as well as a critique of Dr. Bergmeier's opinions.

**Dr. David Greenblatt:** Dr. Greenblatt holds the Louis Lasagna, M.D., Endowed Professorship in the Department of Immunology at Tufts University School of Medicine, where he is also a Professor of Psychiatry, Medicine, and Anesthesia. Dr. Greenblatt also holds an appointment as Special and Scientific Staff (Research) at Tufts Medical Center. Since 1991, Dr. Greenblatt has been Board Certified in Clinical Pharmacology by the American Board of Clinical

Pharmacology. From 1994 to 2010, he served as Chair of the Department of Pharmacology and Experimental Therapeutics at Tufts University School of Medicine. He has over 40 years of experience in molecular and clinical pharmacology. Dr. Greenblatt has also served on the editorial boards of numerous medical and scientific journals, including the Journal of Clinical Psychopharmacology, Clinical Pharmacology in Drug Development, and the Journal of Clinical Pharmacology, and he is the author of more than 1,000 publications, including more than 780 peer-reviewed original research articles, many of which pertain to drug-drug interactions and drug metabolism. Dr. Greenblatt has a Doctor of Medicine degree from the University of Massachusetts Medical School and a Bachelor of Arts degree from Amherst College. He is an expert in the field of molecular and clinical pharmacology, including drug-drug interactions and the role of cytochrome P450 enzymes in drug metabolism.

Dr. Greenblatt will offer testimony regarding the asserted method-of-treatment patents and their file histories, the state of the prior art, claim construction, the knowledge of a person of skill in the art at the time of the alleged invention of the asserted method-of-treatment patents, and the invalidity of the asserted method-of-treatment patents, as well as a critique of Dr. Parkinson's opinions.

**Dr. John Winkelman:** Dr. Winkelman is the Founder and Chief of the Sleep Disorders Clinical Research Program in the Massachusetts General Hospital's Department of Psychiatry. Dr. Winkelman is also a Professor of Psychiatry at Harvard Medical School, where he lectures on sleep disorders in psychiatry residency and sleep fellowship programs. Dr. Winkelman has been a physician for more than 30 years and he is board certified in Sleep Disorders Medicine and Psychiatry. He has performed both clinical work and research in these specialties for the past 25 years. Dr. Winkelman earned his Doctor of Medicine degree from Harvard Medical School and a Ph.D. in Psychobiology from Harvard University, and he completed his residency at Massachusetts General Hospital, where he served as the Chief Resident of the Clinical Psychopharmacology Unit. Dr. Winkelman also previously served as a clinical fellow at Massachusetts General Hospital in Neurology (Sleep Medicine), and he has worked in an editorial capacity for various journals oriented towards sleep disorders, such as Frontiers in Neuroscience: Sleep and Circadian Rhythms. Dr. Winkelman is an expert in the diagnosis and treatment of sleep disorders, including in the fields of circadian physiology, Circadian Rhythm Sleep Disorders and Non-24-Hour Sleep-Wake Rhythm Disorder.

Dr. Winkelman will offer testimony on the asserted method-of-treatment patents, the knowledge of a person of skill in the art at the time of the alleged

invention of the asserted patents, claim construction, Vanda's and Defendants' respective drug labels, non-infringement of the asserted method-of-treatment patents, as well as a critique of Dr. Combs's opinions.

**Deborah Jaskot:** Ms. Jaskot is a regulatory affairs consultant for clients in the pharmaceutical development sector. Ms. Jaskot previously led the U.S. Regulatory Affairs team at Teva Pharmaceuticals USA, Inc., where she worked for more than 20 years supervising the generic-drug-submission process and post-approval process, securing FDA approval for several hundred drugs and dosage forms, and assisting Teva's Legal Affairs department in designing labeling text to exclude patented uses. Ms. Jaskot has a Master's of Science in Biochemistry and a Bachelor of Science in Biochemistry from the University of Scranton. Ms. Jaskot is an expert in the FDA regulatory process, including the FDA approval process for pharmaceuticals and post-approval maintenance for FDA-approved pharmaceuticals.

Ms. Jaskot will offer testimony on the FDA drug approval process and post-approval maintenance, the FDA approval process of Vanda's Hetlioz® product, Vanda's and Defendants' respective drug labels, and non-infringement of the asserted method-of-treatment patents, as well as a critique of Dr. Combs's opinions.

**Dr. DeForest McDuff:** Dr. McDuff is a Partner at Insight Economics and provides consulting services in areas including economic damages and intellectual property. Dr. McDuff also serves as an Adjunct Teaching Professor in the Department of Economics at the University of North Carolina at Chapel Hill. Dr. McDuff has a Ph.D. in Economics from Princeton University, a Master's Degree in Economics from Princeton University, a Bachelor's Degree in Economics and a Bachelor's Degree in Mathematics from the University of Maryland, College Park. He has provided expert analysis in over 50 cases involving pharmaceuticals and related products on issues that included competition, economic damages, and commercial success. Dr. McDuff is an expert in the field of economic analysis and valuation, including the assessment of the commercial success of pharmaceutical products.

Dr. McDuff will offer testimony on the alleged commercial success of Vanda's Hetlioz® product, alleged secondary considerations regarding obviousness, and the blocking nature of the '529 patent, as well as a critique of Dr. Grabowski's opinions.

## <u>VANDA'S OBJECTIONS TO DEFENDANTS' WITNESS LIST</u>

1.      Vanda objects to Defendants' proposed use of deposition testimony for any fact witness who testifies live at trial.

2.      Vanda objects to Defendants' proposed use of deposition testimony by Stephen Swinton.  Mr. Swinton's deposition testimony pertained only to patents and claims that are no longer being asserted in this case, including U.S. Patent No. 10,071,977 (the "'977 patent") and claim 11 of the '465 patent, and therefore such testimony is irrelevant.

3.      Vanda objects to Defendants' proposed use of deposition testimony by Deepak Phadke or Ravi Pandrapragada on the subject matter no longer asserted in this case, including the '977 patent and claim 11 of the '465 patent, and therefore such testimony is irrelevant.

4.      Vanda objects to Dr. Perni providing testimony or opinion related to patents and claims no longer asserted in this case, including the '977 patent and claim 11 of the '465 patent, and therefore such testimony is irrelevant.

5.      Vanda objects to any testimony or opinion of Ms. Jaskot related to how doctors prescribing tasimelteon would understand Vanda's and Defendants' labels, as Ms. Jaskot is not qualified to offer such testimony or opinions.  Vanda further objects to any testimony or opinion of Ms. Jaskot as to Defendants' state of mind regarding induced infringement of the asserted method-of-treatment claims.

- 10 -

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

VANDA PHARMACEUTICALS INC.,

      Plaintiff,

      v.

TEVA PHARMACEUTICALS USA,
INC., et al.,

      Defendants.

C.A. No. 18-651-CFC
(Consolidated)

<u>**Exhibit 8 – Plaintiff's Deposition Designations**</u>

## **<u>TABLE OF CONTENTS</u>**

<u>**Page**</u>

DAVID DeCICCO (TEVA) November 12, 2019 Deposition ...................................1

DAVID DeCICCO (TEVA) December 10, 2020 Deposition ...............................7

DAVID DeCICCO (TEVA) August 17, 2021 Deposition .......................................8

ATUL KAUSHIK (TEVA) November 5, 2019 Deposition ...................................10

VATSAL SHAH (TEVA) December 3, 2019 Deposition .......................................59

MARTIN K. EHLERT (APOTEX) December 10, 2019 Deposition.....................84

MARTIN K. EHLERT (APOTEX) December 10, 2020 Deposition.....................91

BHUPESH SINGH (APOTEX) January 8, 2020 Deposition ...............................96

BHUPESH SINGH (APOTEX) November 19, 2020 Deposition.........................105

BHUPESH SINGH (APOTEX) July 29, 2021 Deposition ...................................108

**DAVID DeCICCO (TEVA)**
**November 12, 2019 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| 7:15–17 | I | | | |
| 8:21–9:1 | | | | |
| 9:3–18 | | | | |
| 9:21–13:8 | I | 13:9–11 | Colloquy | |
| 13:12 | I | 13:9–11 | Colloquy | |
| 15:11–17:5 | MIS, R, 403 | | | |
| 17:8–12 | | | | |
| 17:14–18:13 | | | | |
| 18:15–20:7 | I, S, F | 20:8–12 | NR, 602 | |
| 20:12–23:23 | I | 20:8–12 | NR, 602 | |
| 26:16–21 | | | | |
| 27:12–28:7 | | | | |
| 28:18–24 | | 28:9–17 | NR, 602 | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion, improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/ testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of 30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

### DAVID DeCICCO (TEVA; CONTINUED)
#### November 12, 2019 Deposition

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| 29:11–19 | | | | |
| 29:21–30:11 | I | | | |
| 30:18–31:6 | R, F, 403 | 31:16–23, 36:16–18, 36:25–37:1 | I | 33:6–9 |
| 31:13–14 | R, F, 403 | 31:16–23, 36:16–18, 36:25–37:1 | I | 33:6–9 |
| 32:9–19 | | | | |
| 35:10–24 | | | | |
| 37:2–8 | | | | |
| 37:10–38:16 | | | | |
| 38:22–39:3 | R, 403 | 39:4–6, 40:10–16 | | |
| 39:7–8 | R, 403 | 39:4–6, 40:10–16 | | |
| 39:15–16 | R, 403 | 39:4–6, 40:10–16 | | |
| 44:9–12 | | | | |
| 44:14–45:13 | | | | |
| 46:11–23 | | | | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion, improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/ testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of 30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

**DAVID DeCICCO (TEVA; CONTINUED)**
November 12, 2019 Deposition

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| 48:2–16 | | | | |
| 48:20–24 | | | | |
| 50:11–19 | F, E | 49:25–50:6, 50:8–9, 61:8–10, 61:13–22, 61:25–62:4, 62:7–12, 63:3–4, 63:7–8 | I, NR | 49:14–19, 49:21–22, 49:24 |
| 50:22–24 | F, E | 49:25–50:6, 50:8–9, 61:8–10, 61:13–22, 61:25–62:4, 62:7–12, 63:3–4, 63:7–8 | I, NR | 49:14–19, 49:21–22, 49:24 |
| 51:1–11 | I, F, E | 49:25–50:6; 50:8–9, 51:14–15 | I | 49:14–19, 49:21–22, 49:24 |
| 51:17–22 | S, F, E | 51:23–52:1 | | |
| 53:17–54:7 | S, F, E | 49:25–50:6, 50:8–9, 61:8–10, 61:13–22, 61:25–62:4, 62:7–12, 63:3–4, 63:7–8 | I, NR | 49:14–19, 49:21–22, 49:24 |
| 54:10–12 | S, F, E | 49:25–50:6, 50:8–9, | I, NR | 49:14–19, 49:21–22, |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion, improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/ testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of 30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

**DAVID DeCICCO (TEVA; CONTINUED)**
November 12, 2019 Deposition

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| | | 61:8–10, 61:13–22, 61:25–62:4, 62:7–12, 63:3–4, 63:7–8 | | 49:24 |
| 54:14–15 | S, F, E | 49:25–50:6, 50:8–9, 61:8–10, 61:13–22, 61:25–62:4, 62:7–12, 63:3–4, 63:7–8 | I, NR | 49:14–19, 49:21–22, 49:24 |
| 54:17–18 | S, F, V, E | 49:25–50:6, 50:8–9, 61:8–10, 61:13–22, 61:25–62:4, 62:7–12, 63:3–4, 63:7–8 | I, NR | 49:14–19, 49:21–22, 49:24 |
| 54:20–55:7 | S, F, E | 49:25–50:6, 50:8–9, 61:8–10, 61:13–22, 61:25–62:4, 62:7–12, 63:3–4, 63:7–8 | I, NR | 49:14–19, 49:21–22, 49:24 |
| 55:10–11 | S, F, V, E | 49:25–50:6, 50:8–9, 61:8–10, 61:13–22, 61:25–62:4, 62:7–12, 63:3–4, 63:7–8 | I, NR | 49:14–19, 49:21–22, 49:24 |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion, improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/ testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of 30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

**DAVID DeCICCO (TEVA; CONTINUED)**
**November 12, 2019 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| 56:13–19 | | | | |
| 57:13–16 | S, F, V, R, 403, E | 49:25–50:6, 50:8–9, 61:8–10, 61:13–22, 61:25–62:4, 62:7–12, 63:3–4, 63:7–8 | I, NR | 49:14–19, 49:21–22, 49:24 |
| 57:19 | S, F, V, R, 403, E | 49:25–50:6, 50:8–9, 61:8–10, 61:13–22, 61:25–62:4, 62:7–12, 63:3–4, 63:7–8 | I, NR | 49:14–19, 49:21–22, 49:24 |
| 59:5–13 | I, S | | | |
| 63:21–64:3 | S, F, V, E | | | |
| 64:6–8 | S, F, V, E | | | |
| 65:5–8 | | | | |
| 65:10–25 | | | | |
| 66:12–67:22 | S, V | | | |
| 67:24–25 | F | | | |
| 68:2–4 | F | | | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion, improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/ testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of 30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

## DAVID DeCICCO (TEVA; CONTINUED)
### November 12, 2019 Deposition

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| 68:7–9 | F | | | |
| 69:17–70:1 | | | | |
| 70:5–71:25 | S, F | 72:2–9 | I | 72:10–73:3 |
| 73:4–8 | I, R, 403 | 72:2–9 | I | 72:10–73:3 |
| 73:16–74:10 | S, F | | | |
| 74:22–75:21 | | | | |
| 76:8–12 | MIS, S, F, V | | | |
| 76:14–15 | S, F | | | |
| 102:8–11 | | | | |
| 102:13–18 | | | | |
| 103:7–23 | | | | |
| 104:7–24 | | | | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion, improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/ testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of 30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

**DAVID DeCICCO (TEVA)**
**December 10, 2020 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| 6:1–6 | | | | |
| 7:21–9:9 | | | | |
| 9:15–25 | F, R, 403 | 10:1, 10:4 | I | 10:10–11, 10:16 |
| 10:5–9 | | | | |
| 16:4–10 | | | | |
| 18:1–10 | | | | |
| 24:20–25:2 | | | | |
| 25:14–20 | I, F | 25:21 | | |
| 28:6–10 | F | | | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time

602: Lack of foundation

701: Opinion testimony by lay witness

Colloquy: Attorney colloquy or objection

NR: Not related

I: Incomplete

Defendants' Objection Key

403: Prejudicial

V: Vague and ambiguous

AF: Assuming facts not in evidence

E or 701 or 702/703: Calls for expert opinion, improper testimony of a lay witness

F or 602: Lacks foundation

H or 802: Hearsay

HYP: Improper hypothetical

I: Incomplete

MIS: Mischaracterizes evidence/ testimony or is misleading

OBJ: Includes attorney objections

R or 402 or NR: Relevance

S: Calls for speculation

C: Compound

Scope: Outside the scope of 30(b)(6) designation

NQP or MA: No question posed

NA: No answer

A&A: Asked and answered

NS: Nonsensical

**DAVID DeCICCO (TEVA)**
**August 17, 2021 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| 5:20–22 | | | | |
| 6:2–25 | | | | |
| 7:2–3 | | | | |
| 7:24–25 | | | | |
| 8:2–3 | | | | |
| 8:8–12 | | | | |
| 8:14–22 | | | | |
| 11:13–23 | | | | |
| 12:3–7 | C, F | | | |
| 12:9–21 | I, S | 12:24–25 | | |
| 13:4–7 | I, V, S | 13:9 | | |
| 13:10–13 | | | | |
| 13:24–25 | V, S | | | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion, improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/ testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of 30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

## DAVID DeCICCO (TEVA; CONTINUED)
### August 17, 2021 Deposition

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| 14:2–3 | V, S | | | |
| 14:10–14 | V, S | | | |
| 14:16–18 | F | | | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time

602: Lack of foundation

701: Opinion testimony by lay witness

Colloquy: Attorney colloquy or objection

NR: Not related

I: Incomplete

Defendants' Objection Key

403: Prejudicial

V: Vague and ambiguous

AF: Assuming facts not in evidence

E or 701 or 702/703: Calls for expert opinion, improper testimony of a lay witness

F or 602: Lacks foundation

H or 802: Hearsay

HYP: Improper hypothetical

I: Incomplete

MIS: Mischaracterizes evidence/ testimony or is misleading

OBJ: Includes attorney objections

R or 402 or NR: Relevance

S: Calls for speculation

C: Compound

Scope: Outside the scope of 30(b)(6) designation

NQP or MA: No question posed

NA: No answer

A&A: Asked and answered

NS: Nonsensical

**ATUL KAUSHIK (TEVA)**
**November 5, 2019 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| 5:9–11 | | | | |
| 7:10–16 | | | | |
| 9:8–25 | | | | |
| 10:9–16 | MIS | | | |
| 10:21–25 | | | | |
| 31:18–25 | 402; NR | | | |
| 32:2–25 | 402; NR; I | | | |
| 33:2–25 | 402; NR; I | | | |
| 34:2–24 | 402; NR; 403; I; OBJ | 34:25–35:10 | 403, I, NR | |
| 35:11–15 | 402 | | | |
| 35:21–25 | 402; NR; I | 34:25–35:10 | 403, I, NR | |
| 36:2 | 402; NR; I | | | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion, improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/ testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of 30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

### ATUL KAUSHIK (TEVA; CONTINUED)
#### November 5, 2019 Deposition

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| 36:22–25 | 402; NR; 802; 602; I | | | |
| 37:2 | 402; NR; 802; 602; I | | | |
| 37:4–13 | 402; NR; 802; 602; I | | | |
| 39:3–20 | 402; NR; 602 | | | |
| 40:8–15 | I | 40:16 | | |
| 40:23–25 | I; 602; 403 | | | |
| 41:2 | I; 602; 403 | | | |
| 41:5–10 | I | | | |
| 41:22–23 | I; 403 | | | |
| 42:9–15 | I; 602; S | | | |
| 42:18–22 | I; 602 | | | |
| 43:19–25 | I | | | |
| 44:2–25 | I; 602; NR | | | |
| 45:2–6 | I; 602; NR | | | |
| 46:23–25 | I; 701; 702/703 | | | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion,
    improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/
    testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of
    30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

## ATUL KAUSHIK (TEVA; CONTINUED)
### November 5, 2019 Deposition

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| 47:2–25 | I; 701; 702/703 | | | |
| 48:2–3 | I; 701; 702/703 | | | |
| 51:2–15 | 403; 602; S | | | |
| 51:18–22 | I; 403; V | | | |
| 51:24–25 | I | | | |
| 52:2–25 | I; 403; 602 | | | |
| 53:2–14 | I; 602; 701; S | | | |
| 53:25 | I; 602; 701; S | | | |
| 54:2–3 | I; 602; 701; S | | | |
| 54:6–25 | I; 602; 701 | | | |
| 55:2–4 | I; 602; S | | | |
| 55:7–25 | 602 | | | |
| 56:2–9 | 701; 702/703; Scope; E | | | |
| 56:13–15 | 701; 702/703; Scope; E | | | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion, improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/ testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of 30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

## ATUL KAUSHIK (TEVA; CONTINUED)
### November 5, 2019 Deposition

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| 56:18–19 | 701; 702/703; Scope; E | 56:20–21<br>56:24–57:4 | 403, I | |
| 62:4–25 | I; 701 | | | |
| 63:2–25 | I; 701 | | | |
| 64:2–9 | | 64:10–15 | 403, I | 64:16–25, 65:2–3 |
| 65:4–25 | I; 602 | 64:10–15 | 403, I | 64:16–25, 65:2–3 |
| 66:2–25 | I; 602 | 64:10–15 | 403, I | 64:16–25, 65:2–3 |
| 67:2–3 | I; 602 | | | |
| 67:6–25 | I | | | |
| 68:2–25 | I; 403; V | 69:12–18 | 403, I | 69:19–25, 70:2–7 |
| 69:2–11 | I | 69:12–18 | 403, I | 69:19–25, 70:2–7 |
| 70:8–21 | 701; 702/703; V | 69:12–18<br>70:22–24<br>71:2–5<br>79:9–10<br>79:12 | 403, I, NR | 69:19–25, 70:2–7,<br>71:6–9, 71:15, 71:24–25, 72:2–8<br>79:5–8 |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion,
   improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/
   testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of
   30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

**ATUL KAUSHIK (TEVA; CONTINUED)**
November 5, 2019 Deposition

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| 71:18–23 | 602; 403 | 69:12–18 70:22–24 71:2–5 79:9–10 79:12 | 403, I, NR | 69:19–25, 70:2–7, 71:6–9, 71:15, 71:24–25, 72:2–8, 79:5–8 |
| 72:13–15 | 403; 602; V; S | 69:12–18 70:22–24 71:2–5 79:9–10 79:12 | 403, I, NR | 69:19–25, 70:2–7, 71:6–9, 71:15, 71:24–25, 72:2–8, 79:5–8 |
| 72:18–25 | I; 403; 602; V; S | 69:12–18 70:22–24 71:2–5 79:9–10 79:12 | 403, I, NR | 69:19–25, 70:2–7, 71:6–9, 71:15, 71:24–25, 72:2–8, 79:5–8 |
| 73:4–18 | I; 403; 602 | 69:12–18 70:22–24 | 403, I, NR | 69:19–25, 70:2–7, 71:6–9, 71:15, 71:24– |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion, improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/ testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of 30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

**ATUL KAUSHIK (TEVA; CONTINUED)**
**November 5, 2019 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| | | 71:2–5 79:9–10 79:12 | | 25, 72:2–8, 79:5–8 |
| 74:5–7 | I | 79:9–10 79:12 | 403, I, NR | 79:5–8 |
| 74:10–12 | | | | |
| 74:15–18 | | | | |
| 74:21–22 | | 74:23–75:3 | 403, I | 75:4–6 |
| 75:7–24 | I | | | |
| 76:2–5 | | | | |
| 76:9–15 | 602 | 76:16–21 | 403, I | |
| 76:22–25 | I; 602 | 76:16–21 | 403, I | |
| 77:2–11 | I; 602 | 76:16–21 | 403, I | |
| 77:19–25 | I; 602; 403; Scope | | | |
| 78:2–4 | I; 602; 403; Scope | | | |
| 78:7–13 | 602 | | | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion, improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/ testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of 30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

**ATUL KAUSHIK (TEVA; CONTINUED)**
November 5, 2019 Deposition

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| 78:16–25 | 602 | | | |
| 78:2–4 | 602; I | | | |
| 82:4–7 | | 82:8–83:15 | 403, I | 83:16–25, 84:2–15, 84:20–25, 85:3–17 |
| 85:18–21 | 602; 403 | 82:8–83:15 | 403, I, NR | 83:16–25, 84:2–15, 84:20–25, 85:3–17 |
| 85:23–25 | I; 602; 403; NR | 82:8–83:15 | 403, I, NR | 83:16–25, 84:2–15, 84:20–25, 85:3–17 |
| 86:2–6 | I; 602; 403; NR | 82:8–83:15 | 403, I, NR | 83:16–25, 84:2–15, 84:20–25, 85:3–17 |
| 86:17–25 | 602 | | | |
| 87:2–3 | I; 602; OBJ | 87:4–14 | 403, I | 88:2–25 |
| 87:15–17 | NQP; MA; NA; I; 602; F; S | 87:18–25 89:2–24 98:16–99:6 101:11–24 103:6–9 | Colloquy, 403, I, NR | 88:2–25, 89:25, 90:2–5, 99:7–11, 99:19–25, 100:2–3, 100:18:25, 101:2–10, 101:25, 102:2–25, 103:2–5, 103:10–25, 104:2–14, |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion,
   improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/
   testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of
   30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

**ATUL KAUSHIK (TEVA; CONTINUED)**
November 5, 2019 Deposition

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| | | 104:15–22<br>137:17–21<br>138:15–18<br>139:16–140:7 | | 104:23–25, 105:2–8, 136:2–19, 136:22–25, 137:2–16, 137:23–25, 138:2–14, 138:21–23, 139:5–15 |
| 105:9–23 | 602; 402; NR | | | |
| 106:4–20 | 602; 402; NR | | | |
| 107:3–25 | I; 402; NR | 109:4–13<br>119:24–120:2<br>120:5–10<br>153:11–13<br>153:15–20<br>153:23–154:18 | 403, I, NR | 108:25, 109:14–20, 152:23–25, 153:2–10 |
| 108:2–11 | I; 402; 403; NR | 109:4–13<br>119:24–120:2<br>120:5–10<br>153:11–13<br>153:15–20 | 403, I, NR | 152:23–25, 153:2–10 |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion,
    improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/
    testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of
    30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

**ATUL KAUSHIK (TEVA; CONTINUED)**
**November 5, 2019 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| | | 153:23–154:18 | | |
| 108:13–24 | I; 802; 402; 403; NR | 109:4–13<br>119:24–120:2<br>120:5–10<br>153:11–13<br>153:15–20<br>153:23–154:18 | 403, I, NR | 152:23–25, 153:2–10 |
| 110:15–25 | 402; NR | 109:4–13<br>109:21–110:14<br>119:24–120:2<br>120:5–10<br>153:11–13<br>153:15–20<br>153:23–154:18 | 403, I, NR | 152:23–25, 153:2–10 |
| 111:17–25 | 402; NR | 109:21–110:14<br>119:24–120:2<br>120:5–10 | 403, I, NR | 152:23–25, 153:2–10 |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion,
   improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/
   testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of
   30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

**ATUL KAUSHIK (TEVA; CONTINUED)**
November 5, 2019 Deposition

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| | | 153:11–13<br>153:15–20<br>153:23–154:18 | | |
| 112:2–8 | | | | |
| 112:15–19 | | | | |
| 113:5–23 | | 109:4–13<br>109:21–110:14<br>119:24–120:2<br>120:5–10<br>153:11–13<br>153:15–20<br>153:23–154:18 | 403, I, NR | 152:23–25, 153:2–10 |
| 114:8–25 | | 109:4–13<br>109:21–110:14<br>119:24–120:2<br>120:5–10<br>153:11–13 | 403, I, NR | 152:23–25, 153:2–10 |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion,
    improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/
    testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of
    30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

**ATUL KAUSHIK (TEVA; CONTINUED)**
**November 5, 2019 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| | | 153:15–20<br>153:23–154:18 | | |
| 115:2–11 | 802 | 109:4–13<br>109:21–110:14<br>119:24–120:2<br>120:5–10<br>153:11–13<br>153:15–20<br>153:23–154:18 | 403, I, NR | 152:23–25, 153:2–10 |
| 115:14–25 | 802 | 109:4–13<br>109:21–110:14<br>119:24–120:2<br>120:5–10<br>153:11–13<br>153:15–20<br>153:23–154:18 | 403, I, NR | 152:23–25, 153:2–10 |
| 116:2–25 | 802; NQP; 602; F; S | 109:4–13 | Colloquy, 403, I, NR | 152:23–25, 153:2–10 |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion,
improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/
testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of
30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

**ATUL KAUSHIK (TEVA; CONTINUED)**
**November 5, 2019 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| | | 109:21–110:14<br>119:24–120:2<br>120:5–10<br>117:3–5<br>117:8–9<br>119:24–120:2<br>120:5–10<br>153:11–13<br>153:15–20<br>153:23–154:18 | | |
| 117:2 | I; NQP; 602; F; S | 117:3–5<br>117:8–9 | Colloquy, 403, I | |
| 117:10–19 | | 109:4–13<br>109:21–110:14<br>117:20–25<br>153:11–13<br>153:15–20 | 403, I, NR | 152:23–25, 153:2–10 |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion,
   improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/
   testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of
   30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

**ATUL KAUSHIK (TEVA; CONTINUED)**
**November 5, 2019 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| | | 153:23–154:18<br>119:24–120:2<br>120:5–10 | | |
| 118:2–5 | 403 | | | |
| 118:7–25 | 403 | 109:4–13<br>109:21–110:14<br>119:24–120:2<br>120:5–10<br>153:11–13<br>153:15–20<br>153:23–154:18 | 403, I, NR | 152:23–25, 153:2–10 |
| 119:2–23 | NR; 402 | 109:4–13<br>109:21–110:14<br>119:24–120:2<br>120:5–10<br>153:11–13<br>153:15–20 | 403, I, NR | 152:23–25, 153:2–10 |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time

602: Lack of foundation

701: Opinion testimony by lay witness

Colloquy: Attorney colloquy or objection

NR: Not related

I: Incomplete

Defendants' Objection Key

403: Prejudicial

V: Vague and ambiguous

AF: Assuming facts not in evidence

E or 701 or 702/703: Calls for expert opinion, improper testimony of a lay witness

F or 602: Lacks foundation

H or 802: Hearsay

HYP: Improper hypothetical

I: Incomplete

MIS: Mischaracterizes evidence/ testimony or is misleading

OBJ: Includes attorney objections

R or 402 or NR: Relevance

S: Calls for speculation

C: Compound

Scope: Outside the scope of 30(b)(6) designation

NQP or MA: No question posed

NA: No answer

A&A: Asked and answered

NS: Nonsensical

**ATUL KAUSHIK (TEVA; CONTINUED)**
**November 5, 2019 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| | | 153:23–154:18 | | |
| 120:14–16 | NQP; NA; 602; F; S | 120:17–121:4<br>122:17–123:5<br>153:11–13<br>153:15–20<br>153:23–154:18 | 403, I, NR | 152:23–25, 153:2–10 |
| 121:5–20 | 403; 602; F; S | 120:17–121:4<br>121:21–22<br>122:17–123:5<br>153:11–13<br>153:15–20<br>153:23–154:18 | 403, I, NR | 152:23–25, 153:2–10 |
| 121:23–25 | 403; 602; F; S | 120:17–121:4<br>121:21–22<br>122:17–123:5<br>153:11–13<br>153:15–20 | 403, I, NR | 152:23–25, 153:2–10 |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion,
   improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/
   testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of
   30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

**ATUL KAUSHIK (TEVA; CONTINUED)**
**November 5, 2019 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| | | 153:23–154:18 | | |
| 122:2–4 | 403; 602; F; S | 120:17–121:4<br>121:21–22<br>122:17–123:5<br>153:11–13<br>153:15–20<br>153:23–154:18 | 403, I, NR | 152:23–25, 153:2–10 |
| 123:10–25 | NA; 602; F; S | 120:17–121:4<br>121:21–22<br>122:17–123:5<br>153:11–13<br>153:15–20<br>153:23–154:18 | 403, I, NR | 152:23–25, 153:2–10 |
| 124:2–25 | I; 602; F; S | 120:17–121:4<br>121:21–22<br>122:17–123:5<br>153:11–13 | 403, I, NR | 152:23–25, 153:2–10 |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion,
  improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/
  testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of
  30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

**ATUL KAUSHIK (TEVA; CONTINUED)**
**November 5, 2019 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| | | 153:15–20<br>153:23–154:18 | | |
| 125:2–19 | 702/703; 701; 602; S; F; E | 120:17–121:4<br>121:21–22<br>122:17–123:5<br>153:11–13<br>153:15–20<br>153:23–154:18 | 403, I, NR | 152:23–25, 153:2–10 |
| 126:2–14 | I; 702/703; 701; 602; S; F; E | 120:17–121:4<br>121:21–22<br>122:17–123:5<br>126:15–23<br>153:11–13<br>153:15–20<br>153:23–154:18 | 403, I, NR | 126:24–25, 127:4–5,<br>152:23–25, 153:2–10 |
| 127:6–25 | I; 802 | 109:4–13<br>109:21–110:14 | 403, I, NR | 152:23–25, 153:2–10 |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion,
    improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/
    testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of
    30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

**ATUL KAUSHIK (TEVA; CONTINUED)**
**November 5, 2019 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| | | 119:24–120:2<br>120:5–10<br>153:11–13<br>153:15–20<br>153:23–154:18 | | |
| 128:2–20 | 602; 702/703; 403 | 109:4–13<br>109:21–110:14<br>119:24–120:2<br>120:5–10<br>153:11–13<br>153:15–20<br>153:23–154:18 | 403, I, NR | 152:23–25, 153:2–10 |
| 128:23–25 | I; 602; 702/703; 403 | | | |
| 129:2–14 | I; NA; 602 | 109:4–13<br>109:21–110:14<br>119:24–120:2<br>120:5–10 | 403, I, NR | 152:23–25, 153:2–10 |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion, improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/ testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of 30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

**ATUL KAUSHIK (TEVA; CONTINUED)**
**November 5, 2019 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| | | 153:11–13<br>153:15–20<br>153:23–154:18 | | |
| 129:17–25 | I; NA; 602 | 109:4–13<br>109:21–110:14<br>119:24–120:2<br>120:5–10<br>153:11–13<br>153:15–20<br>153:23–154:18 | 403, I, NR | 152:23–25, 153:2–10 |
| 130:2–25 | I; 402 | 109:4–13<br>109:21–110:14<br>119:24–120:2<br>120:5–10<br>153:11–13<br>153:15–20<br>153:23–154:18 | 403, I, NR | 152:23–25, 153:2–10 |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion,
   improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/
   testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of
   30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

**ATUL KAUSHIK (TEVA; CONTINUED)**
**November 5, 2019 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| 131:2–10 | I; 402; 602 | 109:4–13<br>109:21–110:14<br>119:24–120:2<br>120:5–10<br>153:11–13<br>153:15–20<br>153:23–154:18 | 403, I, NR | 152:23–25, 153:2–10 |
| 131:13–25 | I; 402; 602 | 109:4–13<br>109:21–110:14<br>119:24–120:2<br>120:5–10<br>153:11–13<br>153:15–20<br>153:23–154:18 | 403, I, NR | 152:23–25, 153:2–10 |
| 132:2–11 | I; 402; 403 | 109:4–13<br>109:21–110:14<br>119:24–120:2 | 403, I, NR | 152:23–25, 153:2–10 |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion,
   improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/
   testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of
   30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

## ATUL KAUSHIK (TEVA; CONTINUED)
### November 5, 2019 Deposition

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| | | 120:5–10<br>153:11–13<br>153:15–20<br>153:23–154:18 | | |
| 132:14–15 | I; 402; 403 | 109:4–13<br>109:21–110:14<br>119:24–120:2<br>120:5–10<br>132:16–20<br>132:25–133:18<br>153:11–13<br>153:15–20<br>153:23–154:18 | 403, I, NR | 145:8–10, 145:12–20, 145:22–25, 146:2–10, 146:13–17, 146:20–21, 152:23–25, 153:2–10 |
| 140:14–16 | 403; 602 | 141:16–142:15<br>153:11–13<br>153:15–20<br>153:23–154:18 | 403, I, NR | 140:25, 141:2–15, 145:8–10, 145:12–20, 145:22–25, 146:2–10, 146:13–17, 146:20–21, 152:23–25, |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion, improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/ testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of 30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

## ATUL KAUSHIK (TEVA; CONTINUED)
### November 5, 2019 Deposition

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| | | 263:14–21 | | 153:2–10 |
| 140:18–24 | 403; 602 | 141:16–142:15<br>153:11–13<br>153:15–20<br>153:23–154:18<br>263:14–21 | 403, I, NR | 140:25, 141:2–15, 145:8–10, 145:12–20, 145:22–25, 146:2–10, 146:13–17, 146:20–21, 152:23–25, 153:2–10 |
| 146:22–25 | I; 402 | 153:11–13<br>153:15–20<br>153:23–154:18 | 403, I, NR | 152:23–25, 153:2–10 |
| 147:2–25 | I; 402 | 153:11–13<br>153:15–20<br>153:23–154:18 | 403, I, NR | 152:23–25, 153:2–10 |
| 148:2–25 | I; 402 | 153:11–13<br>153:15–20<br>153:23–154:18 | 403, I, NR | 152:23–25, 153:2–10 |
| 149:2–20 | I; 402; 403 | 153:11–13 | 403, I, NR | 152:23–25, 153:2–10 |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion,
   improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/
   testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of
   30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

**ATUL KAUSHIK (TEVA; CONTINUED)**
November 5, 2019 Deposition

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| | | 153:15–20 153:23–154:18 | | |
| 149:25 | I | 153:11–13 153:15–20 153:23–154:18 | 403, I, NR | 152:23–25, 153:2–10 |
| 150:2–12 | NQP; 602; F; S | 153:11–13 153:15–20 153:23–154:18 | 403, I, NR | 152:23–25, 153:2–10 |
| 154:19–25 | | 153:11–13 153:15–20 153:23–154:18 | 403, I, NR | 152:23–25, 153:2–10 |
| 155:2–11 | I | 153:11–13 153:15–20 153:23–154:18 155:15–19 157:8–11 157:15–19 | 403, I, NR | 152:23–25, 153:2–10, 155:20–25 |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion, improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/ testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of 30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

**ATUL KAUSHIK (TEVA; CONTINUED)**
**November 5, 2019 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| 156:2–25 | I | 157:8–11<br>157:15–19 | 403, I | |
| 157:2–7 | I; NQP; 602; F; S | 157:8–11<br>157:15–19 | 403, I | |
| 159:10–25 | I; 602; F; S | 157:8–11<br>157:15–19 | 403, I, NR | |
| 160:2–24 | I; 602; F; S | 157:8–11<br>157:15–19 | 403, I, NR | |
| 162:2–25 | 602; F; S | 157:8–11<br>157:15–19 | 403, I, NR | |
| 163:2–25 | 602; F; S | 157:8–11<br>157:15–19<br>164:7–8<br>164:10–24<br>165:4–13<br>169:22–24<br>170:2–6 | 403, I, NR | 169:5–13, 169:15–21,<br>170:20–25, 171:6–9 |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion,
   improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/
   testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of
   30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

**ATUL KAUSHIK (TEVA; CONTINUED)**
**November 5, 2019 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| | | 170:9–11 171:2–5 | | |
| 164:2–6 | I | 164:7–8 164:10–24 165:4–13 169:22–24 170:2–6 170:9–11 171:2–5 | 403, I, NR | 169:5–13, 169:15–21, 170:20–25, 171:6–9 |
| 165:15–19 | I; NQP | 164:7–8 164:10–24 165:4–13 169:22–24 170:2–6 170:9–11 171:2–5 | 403, I, NR | 169:5–13, 169:15–21, 170:20–25, 171:6–9 |
| 165:22–25 | | 164:7–8 | 403, I, NR | 169:5–13, 169:15–21, |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion, improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/ testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of 30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

**ATUL KAUSHIK (TEVA; CONTINUED)**
**November 5, 2019 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| | | 164:10–24<br>165:4–13<br>169:22–24<br>170:2–6<br>170:9–11<br>171:2–5 | | 170:20–25, 171:6–9 |
| 166:2–11 | | 164:7–8<br>164:10–24<br>165:4–13<br>169:22–24<br>170:2–6<br>170:9–11<br>171:2–5 | 403, I, NR | 169:5–13, 169:15–21, 170:20–25, 171:6–9 |
| 166:20–21 | E; S; 701; 702/703 | 164:7–8<br>164:10–24<br>165:4–13<br>169:22–24 | 403, I, NR | 169:5–13, 169:15–21, 170:20–25, 171:6–9 |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time

602: Lack of foundation

701: Opinion testimony by lay witness

Colloquy: Attorney colloquy or objection

NR: Not related

I: Incomplete

Defendants' Objection Key

403: Prejudicial

V: Vague and ambiguous

AF: Assuming facts not in evidence

E or 701 or 702/703: Calls for expert opinion, improper testimony of a lay witness

F or 602: Lacks foundation

H or 802: Hearsay

HYP: Improper hypothetical

I: Incomplete

MIS: Mischaracterizes evidence/ testimony or is misleading

OBJ: Includes attorney objections

R or 402 or NR: Relevance

S: Calls for speculation

C: Compound

Scope: Outside the scope of 30(b)(6) designation

NQP or MA: No question posed

NA: No answer

A&A: Asked and answered

NS: Nonsensical

**ATUL KAUSHIK (TEVA; CONTINUED)**
**November 5, 2019 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| | | 170:2–6<br>170:9–11<br>171:2–5 | | |
| 166:23–25 | I; E; S; 701; 702/703 | 164:7–8<br>164:10–24<br>165:4–13<br>169:22–24<br>170:2–6<br>170:9–11<br>171:2–5 | 403, I, NR | 169:5–13, 169:15–21, 170:20–25, 171:6–9 |
| 167:2–25 | I; E; S; 701; 702/703 | 164:7–8<br>164:10–24<br>165:4–13<br>169:22–24<br>170:2–6<br>170:9–11<br>171:2–5 | 403, I, NR | 169:5–13, 169:15–21, 170:20–25, 171:6–9 |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time

602: Lack of foundation

701: Opinion testimony by lay witness

Colloquy: Attorney colloquy or objection

NR: Not related

I: Incomplete

Defendants' Objection Key

403: Prejudicial

V: Vague and ambiguous

AF: Assuming facts not in evidence

E or 701 or 702/703: Calls for expert opinion, improper testimony of a lay witness

F or 602: Lacks foundation

H or 802: Hearsay

HYP: Improper hypothetical

I: Incomplete

MIS: Mischaracterizes evidence/ testimony or is misleading

OBJ: Includes attorney objections

R or 402 or NR: Relevance

S: Calls for speculation

C: Compound

Scope: Outside the scope of 30(b)(6) designation

NQP or MA: No question posed

NA: No answer

A&A: Asked and answered

NS: Nonsensical

**ATUL KAUSHIK (TEVA; CONTINUED)**
**November 5, 2019 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| 168:2–25 | I; E; S; 701; 702/703 | 164:7–8<br>164:10–24<br>165:4–13<br>169:22–24<br>170:2–6<br>170:9–11<br>171:2–5 | 403, I, NR | 169:5–13, 169:15–21, 170:20–25, 171:6–9 |
| 169:2–4 | I; E; S; 701; 702/703 | 164:7–8<br>164:10–24<br>165:4–13<br>169:22–24<br>170:2–6<br>170:9–11<br>171:2–5 | 403, I, NR | 169:5–13, 169:15–21, 170:20–25, 171:6–9 |
| 170:12–14 | NQP; F; 602; S | 171:24–172:3 | 403, I | 172:24–25, 173:2–7 |
| 171:10–23 | 602; F; S | 171:24–172:3 | 403, I | 172:24–25, 173:2–7 |
| 172:4–5 | 602; F; S | 171:24–172:3 | 403, I | 172:24–25, 173:2–7 |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion, improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/ testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of 30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

**ATUL KAUSHIK (TEVA; CONTINUED)**
**November 5, 2019 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| 172:10–12 | 602; F; S | 171:24–172:3 172:13–14 172:17–19 | 403, I | 172:24–25, 173:2–7 |
| 175:10–16 | 403 | 175:17 | Colloquy, 403, I | |
| 175:18–23 | | | | |
| 176:6–15 | 403; 602 | | | |
| 176:17–25 | I | | | |
| 177:2–25 | I | | | |
| 178:2–18 | I | 178:20–22 | 403, I | |
| 178:23–25 | I | 178:20–22 | 403, I | |
| 179:3–23 | I | | | |
| 180:2–3 | 403; V; 602 | 180:17–19 180:22–23 | 403, I | |
| 180:5–11 | 403 | 180:17–19 180:22–23 | 403, I | |
| 180:24–25 | I | 180:17–19 | 403, I | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion, improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/ testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of 30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

**ATUL KAUSHIK (TEVA; CONTINUED)**
**November 5, 2019 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| | | 180:22–23 | | |
| 181:2–7 | I; 602; 701; E; 702/703 | 180:17–19 180:22–23 | 403, I, NR | |
| 181:14–17 | 602; 701; E; 702/703 | | | |
| 181:20–23 | 602; 701; E; 702/703 | | | |
| 182:2–21 | I; 602; 701; E; 702/703 | 182:22–23 | 403, I | |
| 182:24–25 | I; 602 | | | |
| 183:4–25 | 602; 701; F; 702/703; E | | | |
| 184:2–25 | I | | | |
| 185:2 | I; V; S | | | |
| 185:4–25 | 602 | | | |
| 186:9–11 | 602 | | | |
| 186:13–18 | 602 | | | |
| 187:7–25 | | | | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion, improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/ testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of 30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

**ATUL KAUSHIK (TEVA; CONTINUED)**
**November 5, 2019 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| 188:2–25 | | | | |
| 189:2–24 | 701; 702/703 | | | |
| 190:2–25 | 701; 702/703; NR; 402 | | | |
| 191:2–25 | 402; NR | | | |
| 192:2–4 | OBJ | | | |
| 192:6–13 | | | | |
| 192:16–24 | 701; 702/703 | | | |
| 193:2–9 | 701; 702/703 | | | |
| 193:12–25 | 701; 702/703 | | | |
| 194:2–21 | 701; 702/703; NQP; 602; F; S | 194:22–25 | 403, I | |
| 195:5–25 | I; 602; F; S | 194:22–25 199:16–25 | 403, I, NR | |
| 196:2–25 | I; 602; 701; 702/703; 602; F; S | 194:22–25 199:16–25 | 403, I, NR | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion,
   improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/
   testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of
   30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

**ATUL KAUSHIK (TEVA; CONTINUED)**
**November 5, 2019 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| 197:2–11 | I; 403; 701; 702/703; 602; F; S | 194:22–25 199:16–25 | 403, I, NR | |
| 197:15–25 | I; 403; 701; 702/703; 602; F; S | 194:22–25 199:16–25 | 403, I, NR | |
| 198:2–6 | I; 602; F; S | 194:22–25 199:16–25 | 403, I, NR | |
| 198:13–22 | 403; 701; 702/703; 602; F; S | 194:22–25 199:16–25 | 403, I, NR | |
| 198:24–25 | I; 403; 701; 702/703; 602; F; S | 194:22–25 199:16–25 | 403, I, NR | |
| 199:2–15 | I; 402; 602; F; S | 194:22–25 199:16–25 | 403, I, NR | |
| 200:5–10 | 402; 701; 702/703; I; 602; F; S | 194:22–25 199:16–25 200:2–4 200:11–12 | Colloquy, 403, I, NR | |
| 200:13–25 | I; 402; 701; 702/703; | 194:22–25 | Colloquy, 403, I, NR | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion, improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/ testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of 30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

**ATUL KAUSHIK (TEVA; CONTINUED)**
**November 5, 2019 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| | 602; F; S | 199:16–25<br>200:2–4<br>200:11–12 | | |
| 201:2–24 | I; 402; 701; 702/703; 602; F; S | 194:22–25<br>199:16–25 | 403, I, NR | |
| 202:6–14 | 602; F; S | 194:22–25<br>199:16–25 | 403, I, NR | |
| 202:18–24 | 602; F; S | 194:22–25<br>199:16–25 | 403, I, NR | |
| 203:2–25 | I; 602; F; S | 194:22–25<br>199:16–25 | 403, I, NR | |
| 204:2–25 | 602; F; S | 194:22–25<br>199:16–25 | 403, I, NR | |
| 205:2–25 | I; 602; F; S | 194:22–25<br>199:16–25 | 403, I, NR | |
| 206:2–25 | 702/703; 602; F; S | 194:22–25<br>199:16–25 | 403, I, NR | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion,
    improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/
    testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of
    30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

## ATUL KAUSHIK (TEVA; CONTINUED)
### November 5, 2019 Deposition

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| 207:2–25 | 702/703; 602; F; S | 194:22–25 199:16–25 | 403, I, NR | |
| 208:2–24 | 702/703; 602; F; S | 194:22–25 199:16–25 | 403, I, NR | |
| 209:21–25 | I, NQP, 602; F; S | | | |
| 210:2–25 | I | | | |
| 211:2–23 | | 211:24–212:6 | 403, I | |
| 212:7–18 | V | 211:24–212:6 | 403, I | |
| 212:21–25 | | | | |
| 213:2–8 | | 213:9–12 | 403, I | |
| 213:13–25 | | | | |
| 214:2–10 | | 214:11–20 | 403, I | |
| 217:10–19 | 602 | 109:4–13 119:24–120:2 120:5–10 153:11–13 | 403, I, NR | 108:25, 109:14–20, 152:23–25, 153:2–10 |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion, improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/ testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of 30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

**ATUL KAUSHIK (TEVA; CONTINUED)**
**November 5, 2019 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| | | 153:15–20<br>153:23–154:18<br>214:11–217:9 | | |
| 217:22–25 | | 109:4–13<br>119:24–120:2<br>120:5–10<br>153:11–13<br>153:15–20<br>153:23–154:18 | 403, I, NR | 108:25, 109:14–20, 152:23–25, 153:2–10 |
| 218:2–25 | | 109:4–13<br>119:24–120:2<br>120:5–10<br>153:11–13<br>153:15–20<br>153:23–154:18 | 403, I, NR | 108:25, 109:14–20, 152:23–25, 153:2–10 |
| 219:2–6 | 602; S | | | |
| 219:9–11 | 602; S | | | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion,
    improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/
    testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of
    30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

**ATUL KAUSHIK (TEVA; CONTINUED)**
**November 5, 2019 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| 219:14–17 | 403; 602; S; A&A | | | |
| 219:20–25 | I; 403; 602; S; A&A | | | |
| 220:4–18 | | 220:19–221:3 | 403, I | 221:4–12 |
| 221:13–25 | I | | | |
| 222:2–3 | I | | | |
| 222:8–11 | 702/703 | | | |
| 222:14–16 | 701; 702/703 | | | |
| 223:8–20 | | 109:4–13<br>119:24–120:2<br>120:5–10<br>153:11–13<br>153:15–20<br>153:23–154:18 | 403, I, NR | 108:25, 109:14–20, 152:23–25, 153:2–10 |
| 223:23–25 | I | 109:4–13<br>119:24–120:2<br>120:5–10 | 403, I, NR | 108:25, 109:14–20, 152:23–25, 153:2–10 |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion,
    improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/
    testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of
    30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

## ATUL KAUSHIK (TEVA; CONTINUED)
### November 5, 2019 Deposition

| Vanda Designations | Defendants' Objections | Defendants' Counter– Designations | Vanda Objections | Vanda Counter– Designations |
|---|---|---|---|---|
| | | 153:11–13<br>153:15–20<br>153:23–154:18 | | |
| 224:2–8 | I | 109:4–13<br>119:24–120:2<br>120:5–10<br>153:11–13<br>153:15–20<br>153:23–154:18 | 403, I, NR | 108:25, 109:14–20, 152:23–25, 153:2–10 |
| 224:19–25 | I | 109:4–13<br>119:24–120:2<br>120:5–10<br>153:11–13<br>153:15–20<br>153:23–154:18 | 403, I, NR | 108:25, 109:14–20, 152:23–25, 153:2–10 |
| 225:2–12 | I; 602; 403 | 109:4–13<br>119:24–120:2 | 403, I, NR | 108:25, 109:14–20, 152:23–25, 153:2–10 |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time

602: Lack of foundation

701: Opinion testimony by lay witness

Colloquy: Attorney colloquy or objection

NR: Not related

I: Incomplete

Defendants' Objection Key

403: Prejudicial

V: Vague and ambiguous

AF: Assuming facts not in evidence

E or 701 or 702/703: Calls for expert opinion, improper testimony of a lay witness

F or 602: Lacks foundation

H or 802: Hearsay

HYP: Improper hypothetical

I: Incomplete

MIS: Mischaracterizes evidence/ testimony or is misleading

OBJ: Includes attorney objections

R or 402 or NR: Relevance

S: Calls for speculation

C: Compound

Scope: Outside the scope of 30(b)(6) designation

NQP or MA: No question posed

NA: No answer

A&A: Asked and answered

NS: Nonsensical

## ATUL KAUSHIK (TEVA; CONTINUED)
### November 5, 2019 Deposition

| Vanda Designations | Defendants' Objections | Defendants' Counter– Designations | Vanda Objections | Vanda Counter– Designations |
|---|---|---|---|---|
| | | 120:5–10<br>153:11–13<br>153:15–20<br>153:23–154:18 | | |
| 225:15–25 | I; 602 | 109:4–13<br>119:24–120:2<br>120:5–10<br>153:11–13<br>153:15–20<br>153:23–154:18<br>226:16–24 | 403, I, NR | 108:25, 109:14–20, 152:23–25, 153:2–10 |
| 226:2–15 | I; 602; S | 226:16–24 | 403, I | |
| 226:25 | I | 226:16–24 | 403, I | |
| 227:2–25 | | 226:16–24 | 403, I | |
| 228:2–25 | I; 701 | 153:11–13<br>153:15–20<br>153:23–154:18 | 403, I, NR | 152:23–25, 153:2–10, 155:20–25 |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion,
   improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/
   testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of
   30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

## ATUL KAUSHIK (TEVA; CONTINUED)
### November 5, 2019 Deposition

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| | | 226:16–24<br>231:18–21<br>231:24–232:14<br>235:15–236:13 | | |
| 229:2–10 | I | 226:16–24<br>229:11–12<br>229:14–15<br>229:19–20<br>231:18–21<br>231:24–232:14<br>235:15–236:13 | 403, I, NR | |
| 229:25 | I | | | |
| 230:2–25 | I; 702/703 | 153:11–13<br>153:15–20<br>153:23–154:18<br>226:16–24<br>229:11–12 | 403, I, NR | 152:23–25, 153:2–10, 155:20–25 |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion,
   improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/
   testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of
   30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

**ATUL KAUSHIK (TEVA; CONTINUED)**
November 5, 2019 Deposition

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| | | 229:14–15<br>229:19–20<br>231:18–21<br>231:24–232:14<br>235:15–236:13 | | |
| 231:2–12 | I; 702/703 | 153:11–13<br>153:15–20<br>153:23–154:18<br>226:16–24<br>229:11–12<br>229:14–15<br>229:19–20<br>231:18–21<br>231:24–232:14<br>235:15–236:13 | 403, I, NR | 152:23–25, 153:2–10,<br>155:20–25 |
| 232:15–25 | I | 226:16–24<br>229:11–12 | 403, I, NR | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion,
improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/
testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of
30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

## ATUL KAUSHIK (TEVA; CONTINUED)
### November 5, 2019 Deposition

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| | | 229:14–15<br>229:19–20<br>231:18–21<br>231:24–232:14<br>235:15–236:13 | | |
| 233:2–13 | I; 702/703 | 226:16–24<br>229:11–12<br>229:14–15<br>229:19–20<br>231:18–21<br>231:24–232:14<br>235:15–236:13 | 403, I, NR | |
| 233:22–25 | I; 702/703; E | 235:15–236:13 | 403, I | |
| 234:2 | I; 702/703; E | | | |
| 234:5–8 | I; 702/703; E | 234:9<br>235:15–236:13 | 403, I, NR | |
| 234:23–25 | 701; 702/703; E | 235:15–236:13 | 403, I | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion,
   improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/
   testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of
   30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

**ATUL KAUSHIK (TEVA; CONTINUED)**
**November 5, 2019 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| 235:4–14 | 701; NQP; 702/703; E; 602; F; S | 235:15–236:13 | 403, I | |
| 236:25 | I | | | |
| 237:2–25 | I; E | 153:11–13<br>153:15–20<br>153:23–154:18<br>226:16–24<br>229:11–12<br>229:14–15<br>229:19–20<br>231:18–21<br>231:24–232:14<br>235:15–236:13<br>238:3–5<br>238:8–13 | 403, I, NR | 152:23–25, 153:2–10, 155:20–25, 238:14–20 |
| 238:21–25 | I; 702/703; E | 153:11–13<br>153:15–20 | 403, I, NR | 152:23–25, 153:2–10, 155:20–25, 238:14– |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion, improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/ testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of 30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

**ATUL KAUSHIK (TEVA; CONTINUED)**
November 5, 2019 Deposition

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| | | 153:23–154:18<br>226:16–24<br>229:11–12<br>229:14–15<br>229:19–20<br>231:18–21<br>231:24–232:14<br>235:15–236:13<br>238:3–5<br>238:8–13 | | 20 |
| 239:2–25 | I; 702/703; E | 153:11–13<br>153:15–20<br>153:23–154:18<br>226:16–24<br>229:11–12<br>229:14–15<br>229:19–20 | 403, I, NR | 152:23–25, 153:2–10, 155:20–25, 238:14–20, 241:5–6, 241:9–13 |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion,
    improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/
    testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of
    30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

## ATUL KAUSHIK (TEVA; CONTINUED)
### November 5, 2019 Deposition

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| | | 231:18–21<br>231:24–232:14<br>235:15–236:13<br>238:3–5<br>238:8–13<br>241:14–16<br>242:9–10<br>242:13<br>243:13–16<br>243:19–21 | | |
| 240:2–25 | I; 701; 702/703; E | 109:4–13<br>119:24–120:2<br>120:5–10<br>153:11–13<br>153:15–20<br>153:23–154:18<br>241:14–16 | 403, I, NR | 108:25, 109:14–20, 152:23–25, 153:2–10, 241:5–6, 241:9–13 |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion,
  improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/
  testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of
  30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

**ATUL KAUSHIK (TEVA; CONTINUED)**
**November 5, 2019 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| | | 242:9–10<br>242:13<br>243:13–16<br>243:19–21 | | |
| 241:2–4 | 701; 702/703; E | 241:14–16<br>242:9–10<br>242:13<br>243:13–16<br>243:19–21 | 403, I, NR | 241:5–6, 241:9–13 |
| 241:18–20 | 602; S | 241:14–16<br>242:9–10<br>242:13<br>243:13–16<br>243:19–21 | 403, I, NR | 241:5–6, 241:9–13 |
| 241:23–25 | | 241:14–16<br>242:9–10<br>242:13 | 403, I, NR | 241:5–6, 241:9–13 |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion,
   improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/
   testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of
   30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

**ATUL KAUSHIK (TEVA; CONTINUED)**
November 5, 2019 Deposition

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| | | 243:13–16 243:19–21 | | |
| 242:2–4 | 602; S | 109:4–13 119:24–120:2 120:5–10 153:11–13 153:15–20 153:23–154:18 241:14–16 242:9–10 242:13 243:13–16 243:19–21 | 403, I, NR | 108:25, 109:14–20, 152:23–25, 153:2–10, 241:5–6, 241:9–13 |
| 242:7–8 | 602; S | 109:4–13 119:24–120:2 120:5–10 153:11–13 | 403, I, NR | 108:25, 109:14–20, 152:23–25, 153:2–10, 241:5–6, 241:9–13 |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time

602: Lack of foundation

701: Opinion testimony by lay witness

Colloquy: Attorney colloquy or objection

NR: Not related

I: Incomplete

Defendants' Objection Key

403: Prejudicial

V: Vague and ambiguous

AF: Assuming facts not in evidence

E or 701 or 702/703: Calls for expert opinion, improper testimony of a lay witness

F or 602: Lacks foundation

H or 802: Hearsay

HYP: Improper hypothetical

I: Incomplete

MIS: Mischaracterizes evidence/ testimony or is misleading

OBJ: Includes attorney objections

R or 402 or NR: Relevance

S: Calls for speculation

C: Compound

Scope: Outside the scope of 30(b)(6) designation

NQP or MA: No question posed

NA: No answer

A&A: Asked and answered

NS: Nonsensical

**ATUL KAUSHIK (TEVA; CONTINUED)**
**November 5, 2019 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| | | 153:15–20<br>153:23–154:18<br>241:14–16<br>242:9–10<br>242:13<br>243:13–16<br>243:19–21 | | |
| 243:23–25 | NQP; 602; F; S | 244:6–11 | 403, I | |
| 244:12–25 | I; 602; F; S | 244:6–11 | 403, I | |
| 245:2–24 | 602; F; S | 244:6–11<br>245:25–246:12 | 403, I | |
| 246:13–15 | NQP, 602, F; S | 246:16–18 | 403, I | |
| 246:19–25 | I; 602; F; S | 246:16–18<br>249:12–250:2 | 403, I<br>403, I | 250:10–22, 250:25,<br>251:2–3 |
| 247:2 | I; 602; F; S | 246:16–18<br>249:12–250:2 | 403, I, NR | 250:10–22, 250:25,<br>251:2–3 |
| 247:9–25 | I; 702/703; 701; 602; | 246:16–18 | 403, I, NR | 248:22–24, 250:10– |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion, improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/ testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of 30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

**ATUL KAUSHIK (TEVA; CONTINUED)**
**November 5, 2019 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
|  | F; S | 248:11–21 249:12–250:2 |  | 22, 250:25, 251:2–3 |
| 248:2–6 | I; 702/703; 701; 602; F; S | 246:16–18 248:7–21 249:12–250:2 | 403, I, NR | 248:22–24, 250:10–22, 250:25, 251:2–3 |
| 251:5–7 | NQP; 602; F; S | 251:8–10 | 403, I |  |
| 251:11–25 | 402; NR; 602; F; S; 701; 702/703; E | 251:8–10 | 403, I |  |
| 252:2–6 | 402; NR; 602; F; S; 701; 702/703; E |  |  |  |
| 252:8–25 | I; 602 | 253:7–13 | 403, I |  |
| 253:2–4 | I; NQP; 602; F; S | 253:7–13 | 403, I |  |
| 253:14–25 | 602; F; S | 253:7–13 | 403, I |  |
| 254:2–25 | 602; 701; I; F; S | 253:7–13 | 403, I, NR |  |
| 255:2–4 | I; 701; 602; F; S | 253:7–13 | 403, I, NR |  |
| 256:11–14 | 602; F; S; NQP |  |  |  |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion, improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/ testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of 30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

## ATUL KAUSHIK (TEVA; CONTINUED)
### November 5, 2019 Deposition

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| 257:5–25 | 602; F; S | 258:18–260:6 | | |
| 258:2–17 | 802 | 258:18–260:6 | | |
| 260:8–10 | 602; F; S; NQP | 260:11–13 | | |
| 261:2–4 | 602; F; S; NQP | 261:5–9 | | |
| 261:10–25 | I; 602; F; S | 261:5–9 | | |
| 262:2–25 | I; 802; 701; 602; F; S | 261:5–9 | | |
| 263:2–13 | 402; 602; F; S | 109:4–13<br>119:24–120:2<br>120:5–10<br>153:11–13<br>153:15–20<br>153:23–154:18<br>261:5–9<br>263:14–21 | 403, I, NR | 108:25, 109:14–20, 152:23–25, 153:2–10 |
| 264:2–10 | 402; 602; F; S | 261:5–9 | 403, I, NR | |
| 264:14–25 | 402; 602; F; S | 261:5–9 | 403, I, NR | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time

602: Lack of foundation

701: Opinion testimony by lay witness

Colloquy: Attorney colloquy or objection

NR: Not related

I: Incomplete

Defendants' Objection Key

403: Prejudicial

V: Vague and ambiguous

AF: Assuming facts not in evidence

E or 701 or 702/703: Calls for expert opinion,
   improper testimony of a lay witness

F or 602: Lacks foundation

H or 802: Hearsay

HYP: Improper hypothetical

I: Incomplete

MIS: Mischaracterizes evidence/
   testimony or is misleading

OBJ: Includes attorney objections

R or 402 or NR: Relevance

S: Calls for speculation

C: Compound

Scope: Outside the scope of
   30(b)(6) designation

NQP or MA: No question posed

NA: No answer

A&A: Asked and answered

NS: Nonsensical

**ATUL KAUSHIK (TEVA; CONTINUED)**
**November 5, 2019 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| 265:2–10 | 402; 602; F; S | 261:5–9; 265:11–13 | 403, I, NR | |
| 265:15–25 | I | | | |
| 266:2–25 | 402; 403; I | 267:2–19 | 403, I | |
| 268:4–5 | I; 602; F; S | | | |
| 268:12–23 | 403; 602; F; S; V | | | |
| 268:25 | 403; 602; F; S; V | | | |
| 269:2–4 | 403; 602; F; S; V | | | |
| 269:17–19 | 602; F; S; V; NQP | 269:20–24 | 403, I | |
| 269:25 | I; 602; F; S; V | 269:20–24 | 403, I | |
| 270:2–14 | I; 602; F; S; V | 269:20–24 | 403, I | |
| 270:17–25 | I; 602; F; S; V | | | |
| 271:2–9 | I; 602; F; S; V | | | |
| 273:23–25 | I; 602; F; S; V | 269:20–24 | 403, I, NR | |
| 274:2–25 | 402; 403; 602; F; S; V | 269:20–24 | 403, I, NR | |
| 275:2–16 | I; 402; 602; F; S; V | 269:20–24 | 403, I, NR | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion,
   improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/
   testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of
   30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

**VATSAL SHAH (TEVA)**
**December 3, 2019 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| 6:2–11 | | 124:25–125:3 | 403, I, NR | |
| 9:16–25 | I | 10:4–6 10:9–11 124:25–125:14 | 403, I, NR | |
| 10:2–3 | I | 10:4–6 10:9–11 124:25–125:14 | 403, I, NR | |
| 10:12–25 | I | 10:4–6 10:9–11 124:25–125:14 | 403, I, NR | |
| 11:2–13 | I | 10:4–6 10:9–11 124:25–125:14 | 403, I, NR | |
| 13:12–21 | | 14:9–15 | 403, I, NR | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion, improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/ testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of 30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

**VATSAL SHAH (TEVA; CONTINUED)**
**December 3, 2019 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| | | 124:25–125:3 | | |
| 14:21–25 | I | 124:25–125:3 | 403, I, NR | |
| 15:2–9 | I | 124:25–125:3 | 403, I, NR | |
| 16:23–25 | I, V, R, 403 | 10:4–6<br>10:9–11<br>124:25–125:3 | 403, I, NR 403, I | |
| 17:2–25 | I, V, R, 403, MIS, HYP, S | 10:4–6<br>10:9–11<br>124:25–125:3 | 403, I, NR | |
| 18:2–25 | I, V | 124:25–125:3 | 403, I, NR | |
| 19:2–3 | I | | | |
| 19:7–11 | | 124:25–125:3 | 403, I, NR | |
| 19:22–25 | MIS, S, R, 403, I | 10:4–6<br>10:9–11<br>20:21–24<br>124:25–125:3 | 403, I, NR | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion,
    improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/
    testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of
    30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

## VATSAL SHAH (TEVA; CONTINUED)
### December 3, 2019 Deposition

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| 20:2–14 | I, R, 403, S, 701, 702/703, F | 10:4–6<br>10:9–11<br>20:21–24<br>124:25–125:3 | 403, I, NR | |
| 21:8–25 | MIS, R, 403, I | 10:4–6<br>10:9–11<br>124:25–125:3 | 403, I, NR | |
| 22:2–25 | AF, V, I, R, 403 | 10:4–6<br>10:9–11<br>124:25–125:3 | 403, I, NR | |
| 23:2–13 | I | 10:4–6<br>10:9–11<br>124:25–125:3 | 403, I, NR | |
| 24:13–25 | I | 10:4–6<br>10:9–11<br>23:14–23<br>124:25–125:3 | 403, I, NR | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion,
    improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/
    testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of
    30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

**VATSAL SHAH (TEVA; CONTINUED)**
**December 3, 2019 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| 25:2–25 | I | 10:4–6<br>10:9–11<br>23:14–23<br>124:25–125:3 | 403, I, NR | |
| 26:2–24 | MIS, I | 10:4–6<br>10:9–11<br>23:14–23<br>124:25–125:3 | 403, I, NR | |
| 30:10–23 | | | | |
| 43:9–25 | I | 10:4–6<br>10:9–11<br>124:25–125:3 | 403, I, NR | |
| 44:2–5 | I | 10:4–6<br>10:9–11<br>124:25–125:3 | 403, I, NR | |
| 44:13–25 | I | 10:4–6 | 403, I, NR | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time

602: Lack of foundation

701: Opinion testimony by lay witness

Colloquy: Attorney colloquy or objection

NR: Not related

I: Incomplete

Defendants' Objection Key

403: Prejudicial

V: Vague and ambiguous

AF: Assuming facts not in evidence

E or 701 or 702/703: Calls for expert opinion, improper testimony of a lay witness

F or 602: Lacks foundation

H or 802: Hearsay

HYP: Improper hypothetical

I: Incomplete

MIS: Mischaracterizes evidence/ testimony or is misleading

OBJ: Includes attorney objections

R or 402 or NR: Relevance

S: Calls for speculation

C: Compound

Scope: Outside the scope of 30(b)(6) designation

NQP or MA: No question posed

NA: No answer

A&A: Asked and answered

NS: Nonsensical

**VATSAL SHAH (TEVA; CONTINUED)**
**December 3, 2019 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| | | 10:9–11<br>23:14–23<br>124:25–125:3 | | |
| 45:2–25 | I, V, NQP | 10:4–6<br>10:9–11<br>23:14–23<br>124:25–125:3 | 403, I, NR | |
| 46:2–25 | I, V | 10:4–6<br>10:9–11<br>23:14–23<br>124:25–125:3 | 403, I, NR | |
| 47:2–25 | I, F | 10:4–6<br>10:9–11<br>23:14–23<br>124:25–125:3 | 403, I, NR | |
| 48:2–3 | I | 10:4–6<br>10:9–11 | 403, I, NR | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time

602: Lack of foundation

701: Opinion testimony by lay witness

Colloquy: Attorney colloquy or objection

NR: Not related

I: Incomplete

Defendants' Objection Key

403: Prejudicial

V: Vague and ambiguous

AF: Assuming facts not in evidence

E or 701 or 702/703: Calls for expert opinion,
   improper testimony of a lay witness

F or 602: Lacks foundation

H or 802: Hearsay

HYP: Improper hypothetical

I: Incomplete

MIS: Mischaracterizes evidence/
   testimony or is misleading

OBJ: Includes attorney objections

R or 402 or NR: Relevance

S: Calls for speculation

C: Compound

Scope: Outside the scope of
   30(b)(6) designation

NQP or MA: No question posed

NA: No answer

A&A: Asked and answered

NS: Nonsensical

## VATSAL SHAH (TEVA; CONTINUED)
### December 3, 2019 Deposition

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| | | 23:14–23<br>48:4–11<br>124:25–125:3 | | |
| 48:15–25 | I | 10:4–6<br>10:9–11<br>23:14–23<br>124:25–125:3 | 403, I, NR | |
| 49:2–25 | F, S, I | 10:4–6<br>10:9–11<br>23:14–23<br>124:25–125:3 | 403, I, NR | |
| 50:11–25 | F, I | 10:4–6<br>10:9–11<br>23:14–23<br>124:25–125:3 | 403, I, NR | |
| 51:2–25 | MIS, I | 10:4–6<br>10:9–11 | 403, I, NR | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion,
   improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/
   testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of
   30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

**VATSAL SHAH (TEVA; CONTINUED)**
**December 3, 2019 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| | | 23:14–23<br>52:22–53:13<br>124:25–125:3 | | |
| 52:2–21 | I, A&A, F, S, V | 10:4–6<br>10:9–11<br>23:14–23<br>52:22–53:13<br>124:25–125:3 | 403, I, NR | |
| 53:17–25 | I | 10:4–6<br>10:9–11<br>23:14–23<br>52:22–53:13<br>54:12–14<br>124:25–125:3 | 403, I, NR | |
| 54:2–11 | I | 10:4–6<br>10:9–11<br>23:14–23 | 403, I, NR | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion,
    improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/
    testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of
    30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

**VATSAL SHAH (TEVA; CONTINUED)**
**December 3, 2019 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| | | 52:22–53:13<br>54:12–14<br>124:25–125:3 | | |
| 54:15–25 | I | 10:4–6<br>10:9–11<br>23:14–23<br>124:25–125:3 | 403, I, NR | |
| 55:2–25 | I, R, 403, F | 10:4–6<br>10:9–11<br>23:14–23<br>124:25–125:3 | 403, I, NR | |
| 56:2–13 | I | 10:4–6<br>10:9–11<br>23:14–23<br>56:14–28<br>124:25–125:3 | 403, I, NR | |
| 57:24–25 | I | | | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion,
   improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/
   testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of
   30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

**VATSAL SHAH (TEVA; CONTINUED)**
**December 3, 2019 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| 58:2–12 | V, F, I | 10:4–6<br>10:9–11<br>23:14–23<br>124:25–125:3 | 403, I, NR | |
| 58:23–25 | I | 10:4–6<br>10:9–11<br>23:14–23<br>124:25–125:3 | 403, I, NR | |
| 59:2–25 | I | 10:4–6<br>10:9–11<br>23:14–23<br>124:25–125:3 | 403, I, NR | |
| 60:2–25 | I | 10:4–6<br>10:9–11<br>23:14–23<br>124:25–125:3 | 403, I, NR | |
| 61:2–24 | V, F, I | 10:4–6 | 403, I, NR | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion,
    improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/
    testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of
    30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

## VATSAL SHAH (TEVA; CONTINUED)
### December 3, 2019 Deposition

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| | | 10:9–11<br>23:14–23<br>124:25–125:3 | | |
| 62:7–21 | V, F, HYP, S | 10:4–6<br>10:9–11<br>23:14–23<br>62:22–63:8<br>63:11–16<br>124:25–125:3 | 403, I, NR | |
| 63:17–25 | | 10:4–6<br>10:9–11<br>23:14–23<br>62:22–63:8<br>63:11–16<br>124:25–125:3 | 403, I, NR | |
| 64:2–25 | MIS, HYP, S | 10:4–6<br>10:9–11 | 403, I, NR | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion,
    improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/
    testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of
    30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

## VATSAL SHAH (TEVA; CONTINUED)
### December 3, 2019 Deposition

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| | | 23:14–23<br>124:25–125:3 | | |
| 65:2–25 | V, S, HYP, F, H | 10:4–6<br>10:9–11<br>23:14–23<br>124:25–125:3 | 403, I, NR | |
| 66:2–24 | NS, V, R, 403, MIS, F, S, I | 10:4–6<br>10:9–11<br>23:14–23<br>62:22–63:8<br>63:11–16<br>124:25–125:3 | 403, I, NR | |
| 67:3–25 | I | 10:4–6<br>10:9–11<br>23:14–23<br>62:22–63:8<br>63:11–16 | 403, I, NR | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion, improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/ testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of 30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

**VATSAL SHAH (TEVA; CONTINUED)**
**December 3, 2019 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| | | 124:25–125:3 | | |
| 68:2–25 | NS, V, MIS, F | 10:4–6<br>10:9–11<br>23:14–23<br>62:22–63:8<br>63:11–16<br>124:25–125:3 | 403, I, NR | |
| 69:2–25 | V, F, I | 10:4–6<br>10:9–11<br>23:14–23<br>62:22–63:8<br>63:11–16<br>124:25–125:3 | 403, I, NR | |
| 70:2–25 | I | 10:4–6<br>10:9–11<br>23:14–23<br>62:22–63:8 | 403, I, NR | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion,
   improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/
   testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of
   30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

**VATSAL SHAH (TEVA; CONTINUED)**
**December 3, 2019 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| | | 63:11–16<br>124:25–125:3 | | |
| 71:2–9 | | 10:4–6<br>10:9–11<br>23:14–23<br>124:25–125:3 | 403, I, NR | |
| 71:13–25 | | 10:4–6<br>10:9–11<br>23:14–23<br>124:25–125:3 | 403, I, NR | |
| 72:2–17 | | 10:4–6<br>10:9–11<br>23:14–23<br>124:25–125:3 | 403, I, NR | |
| 73:14–25 | I | 10:4–6<br>10:9–11<br>23:14–23 | 403, I, NR | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion,
 improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/
 testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of
 30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

**VATSAL SHAH (TEVA; CONTINUED)**
**December 3, 2019 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| | | 124:25–125:3 | | |
| 74:2–9 | I | 10:4–6 10:9–11 23:14–23 124:25–125:3 | 403, I, NR | |
| 74:16–25 | F, I | 10:4–6 10:9–11 23:14–23 124:25–125:3 | 403, I, NR | |
| 75:2–6 | F, I | 10:4–6 10:9–11 23:14–23 124:25–125:3 | 403, I, NR | |
| 75:12–25 | F | 10:4–6 10:9–11 23:14–23 124:25–125:3 | 403, I, NR | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time

602: Lack of foundation

701: Opinion testimony by lay witness

Colloquy: Attorney colloquy or objection

NR: Not related

I: Incomplete

Defendants' Objection Key

403: Prejudicial

V: Vague and ambiguous

AF: Assuming facts not in evidence

E or 701 or 702/703: Calls for expert opinion, improper testimony of a lay witness

F or 602: Lacks foundation

H or 802: Hearsay

HYP: Improper hypothetical

I: Incomplete

MIS: Mischaracterizes evidence/ testimony or is misleading

OBJ: Includes attorney objections

R or 402 or NR: Relevance

S: Calls for speculation

C: Compound

Scope: Outside the scope of 30(b)(6) designation

NQP or MA: No question posed

NA: No answer

A&A: Asked and answered

NS: Nonsensical

## VATSAL SHAH (TEVA; CONTINUED)
### December 3, 2019 Deposition

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| 76:2–25 | MIS, I | 10:4–6<br>10:9–11<br>23:14–23<br>124:25–125:3 | 403, I, NR | |
| 77:2–25 | I | 10:4–6<br>10:9–11<br>23:14–23<br>124:25–125:3 | 403, I, NR | |
| 78:2–25 | R, 403, I, F | 10:4–6<br>10:9–11<br>23:14–23<br>124:25–125:3 | 403, I, NR | |
| 79:2–25 | F, I | 10:4–6<br>10:9–11<br>23:14–23<br>124:25–125:3 | 403, I, NR | |
| 80:2–25 | F, I | 10:4–6 | 403, I, NR | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion, improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/ testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of 30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

**VATSAL SHAH (TEVA; CONTINUED)**
**December 3, 2019 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| | | 10:9–11<br>23:14–23<br>124:25–125:3 | | |
| 81:2–22 | V, S, HYP, F, E, 702/703, I | 10:4–6<br>10:9–11<br>23:14–23<br>124:25–125:3 | 403, I, NR | |
| 81:25 | I | 10:4–6<br>10:9–11<br>23:14–23<br>124:25–125:3 | 403, I, NR | |
| 82:2–25 | MIS, V, I | 10:4–6<br>10:9–11<br>23:14–23<br>124:25–125:3 | 403, I, NR | |
| 83:2–25 | F, I | 10:4–6<br>10:9–11 | 403, I, NR | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion, improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/ testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of 30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

**VATSAL SHAH (TEVA; CONTINUED)**
**December 3, 2019 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| | | 23:14–23<br>124:25–125:3 | | |
| 84:2–25 | I | 10:4–6<br>10:9–11<br>23:14–23<br>124:25–125:3 | 403, I, NR | |
| 85:2–25 | I | 10:4–6<br>10:9–11<br>23:14–23<br>124:25–125:3 | 403, I, NR | |
| 86:2–22 | F, E, I | 10:4–6<br>10:9–11<br>23:14–23<br>124:25–125:3 | 403, I, NR | |
| 87:2–25 | R, 403, I, E, MIS, F | 10:4–6<br>10:9–11<br>23:14–23 | 403, I, NR | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion,
   improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/
   testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of
   30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

## VATSAL SHAH (TEVA; CONTINUED)
### December 3, 2019 Deposition

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| | | 124:25–125:3 | | |
| 88:2–3 | MIS, I, NQP | 10:4–6<br>10:9–11<br>23:14–23<br>124:25–125:3 | 403, I, NR | |
| 88:6–25 | V, F, S, E, I | 10:4–6<br>10:9–11<br>23:14–23<br>124:25–125:3 | 403, I, NR | |
| 89:2–8 | V, F, S, E, I | 10:4–6<br>10:9–11<br>23:14–23<br>124:25–125:3 | 403, I, NR | |
| 89:25 | I | | | |
| 90:2–25 | I | 23:14–23<br>124:25–125:3 | 403, I, NR | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion,
  improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/
  testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of
  30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

**VATSAL SHAH (TEVA; CONTINUED)**
**December 3, 2019 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| 91:2–25 | I | 23:14–23<br>124:25–125:3 | 403, I, NR | |
| 92:2–25 | MIS, I | 124:25–125:3 | 403, I, NR | |
| 93:2–25 | S, F, R, 403, V, I | | | |
| 94:2–25 | MIS, I | | | |
| 95:2–25 | F, V, I | | | |
| 96:2–25 | I | | | |
| 97:2–25 | F, I | | | |
| 98:2–25 | R, 403, I | | | |
| 99:2–25 | V, I | | | |
| 100:2–25 | MIS, I | | | |
| 101:2–25 | I | | | |
| 102:2–15 | F, I | | | |
| 102:24–25 | | | | |
| 103:2–25 | I | | | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion,
    improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay
S: Calls for speculation

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/
    testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance

C: Compound
Scope: Outside the scope of
    30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

**VATSAL SHAH (TEVA; CONTINUED)**
**December 3, 2019 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| 104:2–25 | V, I | | | |
| 105:2–25 | V, I | | | |
| 106:2–7 | I | | | |
| 106:17–25 | F, I | | | |
| 107:2–11 | S, I, F | | | |
| 107:14–19 | S, I | | | |
| 108:3–8 | F, I | | | |
| 108:13–25 | I | | | |
| 109:7–25 | I, MIS | | | |
| 110:5–11 | MIS, F, I | | | |
| 110:14–19 | MIS, F, I | | | |
| 110:22–25 | I | | | |
| 111:2–19 | I | 111:20–22 | 403, I | |
| 111:23–25 | I | | | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion, improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/ testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of 30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

**VATSAL SHAH (TEVA; CONTINUED)**
**December 3, 2019 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| 112:2–3 | S, I, F | | | |
| 112:6–19 | I | 112:20 | | |
| 112:25 | I | | | |
| 113:2–9 | I | 113:10–21 | 403, I | |
| 113:22–25 | I | | | |
| 114:2–21 | S, I | | | |
| 114:24–25 | I | | | |
| 115:2–6 | | | | |
| 115:13–25 | AF, I | | | |
| 116:2–3 | AF, I | | | |
| 116:6–8 | AF, S, I | | | |
| 116:10 | AF, S, I | | | |
| 116:17–19 | S, HYP, V, F, I | | | |
| 116:22–25 | I | | | |
| 117:2–25 | S, I | | | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion,
    improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/
    testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of
    30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

**VATSAL SHAH (TEVA; CONTINUED)**
**December 3, 2019 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter– Designations | Vanda Objections | Vanda Counter– Designations |
|---|---|---|---|---|
| 118:2–25 | I | | | |
| 119:2–8 | F, I | | | |
| 125:20–25 | A&A, I | 124:25–125:3 | 403, I | |
| 126:2–25 | I | 124:25–125:3 | 403, I | |
| 127:2–25 | R, 403 | 129:22–24 130:3–6 | 403, I, NR | |
| 128:2–25 | R, 403 | 129:22–24 130:3–6 | 403, I, NR | |
| 129:2–4 | | 129:5–8 129:22–24 130:3–6 | 403, I, NR | |
| 129:9–21 | | 129:5–8 129:22–24 130:3–6 | 403, I, NR | |
| 130:7–25 | V, F, S, I, HYP | 129:22–24 130:3–6 | 403, I | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion, improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/ testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of 30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

**VATSAL SHAH (TEVA; CONTINUED)**
**December 3, 2019 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| 131:2–25 | V, S, F, HYP, I | | | |
| 132:2–17 | V, S, F, HYP, I | | | |
| 133:16–21 | | 133:22–25<br>134:2–5<br>134:8–10 | 403, I, NR | |
| 134:11–23 | | 133:22–25<br>134:2–5<br>134:8–10 | 403, I, NR | |
| 135:6–13 | MIS, H, I | 133:22–25<br>134:2–5<br>134:8–10 | 403, I, NR | |
| 135:17–25 | A&A, I | 133:22–25<br>134:2–5<br>134:8–10 | 403, I, NR | |
| 136:2 | A&A, I | 133:22–25 | 403, I, NR | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time

602: Lack of foundation

701: Opinion testimony by lay witness

Colloquy: Attorney colloquy or objection

NR: Not related

I: Incomplete

Defendants' Objection Key

403: Prejudicial

V: Vague and ambiguous

AF: Assuming facts not in evidence

E or 701 or 702/703: Calls for expert opinion, improper testimony of a lay witness

F or 602: Lacks foundation

H or 802: Hearsay

HYP: Improper hypothetical

I: Incomplete

MIS: Mischaracterizes evidence/ testimony or is misleading

OBJ: Includes attorney objections

R or 402 or NR: Relevance

S: Calls for speculation

C: Compound

Scope: Outside the scope of 30(b)(6) designation

NQP or MA: No question posed

NA: No answer

A&A: Asked and answered

NS: Nonsensical

## VATSAL SHAH (TEVA; CONTINUED)
### December 3, 2019 Deposition

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| | | 134:2–5<br>134:8–10 | | |
| 136:5–14 | I | 133:22–25<br>134:2–5<br>134:8–10 | 403, I, NR | |
| 137:10–20 | H | 133:22–25<br>134:2–5<br>134:8–10 | 403, I, NR | |
| 138:7–25 | I | 133:22–25<br>134:2–5<br>134:8–10 | 403, I, NR | |
| 139:2–21 | MIS, H, I | | | |
| 139:24–25 | I | | | |
| 140:2–12 | MIS, I | | | |
| 140:15–22 | A&A, I | | | |
| 140:25 | I | | | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion, improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/ testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of 30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

**VATSAL SHAH (TEVA; CONTINUED)**
**December 3, 2019 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| 141:2–4 | I, E | | | |
| 141:6–20 | OBJ, AF, F, I, R | | | |
| 141:23–25 | F, I, R | | | |
| 142:2–14 | A&A, I, R | | | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion, improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/ testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of 30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

**MARTIN K. EHLERT (APOTEX)**
**December 10, 2019 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| 5:21–10:2 | | 23:14–18 | | |
| 10:6–19 | | | | |
| 12:18–15:12 | | | | |
| 16:14–19:10 | | | | |
| 19:17–20:10 | | | | |
| 30:20–21 | | | | |
| 31:2–5 | | | | |
| 31:11–18 | | | | |
| 31:21–32:5 | | 32:8–12 | | |
| 32:15–19 | | | | |
| 39:22–41:16 | | | | |
| 42:6–12 | | | | |
| 42:17–43:14 | | | | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion, improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/ testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of 30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

**MARTIN K. EHLERT (APOTEX; CONTINUED)**
**December 10, 2019 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| 43:16–47:9 | | | | |
| 47:14–48:6 | | | | |
| 48:8–51:1 | | | | |
| 51:6–53:8 | | | | |
| 53:15–55:13 | | | | |
| 56:3–7 | | | | |
| 56:14–60:15 | | | | |
| 60:21–68:1 | | | | |
| 68:3–79:7 | | | | |
| 79:16–84:4 | | | | |
| 84:6–22 | | | | |
| 85:3–11 | | | | |
| 86:20–87:15 | | | | |
| 95:8–98:8 | | | | |
| 106:7–10 | | | | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time

602: Lack of foundation

701: Opinion testimony by lay witness

Colloquy: Attorney colloquy or objection

NR: Not related

I: Incomplete

Defendants' Objection Key

403: Prejudicial

V: Vague and ambiguous

AF: Assuming facts not in evidence

E or 701 or 702/703: Calls for expert opinion, improper testimony of a lay witness

F or 602: Lacks foundation

H or 802: Hearsay

HYP: Improper hypothetical

I: Incomplete

MIS: Mischaracterizes evidence/ testimony or is misleading

OBJ: Includes attorney objections

R or 402 or NR: Relevance

S: Calls for speculation

C: Compound

Scope: Outside the scope of 30(b)(6) designation

NQP or MA: No question posed

NA: No answer

A&A: Asked and answered

NS: Nonsensical

### MARTIN K. EHLERT (APOTEX; CONTINUED)
### December 10, 2019 Deposition

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| 106:14–107:1 | | | | |
| 111:5–9 | 402 | 111:10 | Colloquy | |
| 111:11–15 | 402 | 111:16 | Colloquy | |
| 111:17–21 | 402 | 111:22 | Colloquy | |
| 112:1–20 | 402 | 111:21–22 | Colloquy, I | |
| 113:1–7 | | | | |
| 113:11–114:6 | | | | |
| 114:9 | | | | |
| 114:20–21 | | | | |
| 115:1–2 | | | | |
| 115:4 | | | | |
| 115:13–14 | | | | |
| 115:16–116:16 | | | | |
| 116:18 | | | | |
| 116:20–119:17 | | | | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time

602: Lack of foundation

701: Opinion testimony by lay witness

Colloquy: Attorney colloquy or objection

NR: Not related

I: Incomplete

Defendants' Objection Key

403: Prejudicial

V: Vague and ambiguous

AF: Assuming facts not in evidence

E or 701 or 702/703: Calls for expert opinion, improper testimony of a lay witness

F or 602: Lacks foundation

H or 802: Hearsay

HYP: Improper hypothetical

I: Incomplete

MIS: Mischaracterizes evidence/ testimony or is misleading

OBJ: Includes attorney objections

R or 402 or NR: Relevance

S: Calls for speculation

C: Compound

Scope: Outside the scope of 30(b)(6) designation

NQP or MA: No question posed

NA: No answer

A&A: Asked and answered

NS: Nonsensical

**MARTIN K. EHLERT (APOTEX; CONTINUED)**
**December 10, 2019 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| 119:21–122:10 | | | | |
| 122:11–124:6 | | | | |
| 124:20–125:11 | | | | |
| 125:18–126:9 | | 126:10–18 | 403, I | |
| 126:19–127:18 | | | | |
| 128:2–14 | | | | |
| 128:20–130:8 | | | | |
| 135:2–136:20 | | | | |
| 137:1–139:8 | | | | |
| 139:16–19 | | | | |
| 140:6–7 | | | | |
| 140:9–143:9 | | | | |
| 143:20–145:22 | | | | |
| 146:11–149:20 | | | | |
| 149:22–150:5 | | 150:6–152:16 | 403, 701 | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion, improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/ testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of 30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

## MARTIN K. EHLERT (APOTEX; CONTINUED)
### December 10, 2019 Deposition

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| 152:17–155:17 | | | | |
| 155:20–157:6 | | | | |
| 157:9–12 | | | | |
| 157:15–158:20 | | | | |
| 159:1–161:9 | | | | |
| 161:12–163:13 | | | | |
| 164:1–6 | | | | |
| 164:10–166:22 | | | | |
| 167:20–169:7 | | | | |
| 169:20–170:1 | | | | |
| 170:5–10 | | | | |
| 170:13–18 | | | | |
| 170:21–178:12 | | | | |
| 179:1–6 | | | | |
| 179:8–18 | | | | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion,
 improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/
 testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of
 30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

**MARTIN K. EHLERT (APOTEX; CONTINUED)**
**December 10, 2019 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| 179:20–186:17 | | | | |
| 187:10–189:11 | | | | |
| 189:13–190:11 | | | | |
| 191:8–195:21 | | | | |
| 196:7–198:8 | | | | |
| 198:18–200:21 | | | | |
| 202:11–204:21 | | | | |
| 205:1–207:2 | | | | |
| 207:5–19 | | | | |
| 207:22–208:4 | | | | |
| 208:6–209:6 | | | | |
| 209:9–21 | | | | |
| 210:2–222:20 | | | | |
| 223:1–13 | | | | |
| 223:15–225:9 | | | | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion, improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/ testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of 30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

**MARTIN K. EHLERT (APOTEX; CONTINUED)**
**December 10, 2019 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| 225:12–226:11 | | | | |
| 227:2–228:10 | | | | |
| 228:12–15 | | | | |
| 228:19–229:7 | | | | |
| 229:13–230:13 | | | | |
| 230:18–231:14 | | | | |
| 231:19–232:5 | | 232:6–16 | Colloquy, 403 | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time

602: Lack of foundation

701: Opinion testimony by lay witness

Colloquy: Attorney colloquy or objection

NR: Not related

I: Incomplete

Defendants' Objection Key

403: Prejudicial

V: Vague and ambiguous

AF: Assuming facts not in evidence

E or 701 or 702/703: Calls for expert opinion, improper testimony of a lay witness

F or 602: Lacks foundation

H or 802: Hearsay

HYP: Improper hypothetical

I: Incomplete

MIS: Mischaracterizes evidence/ testimony or is misleading

OBJ: Includes attorney objections

R or 402 or NR: Relevance

S: Calls for speculation

C: Compound

Scope: Outside the scope of 30(b)(6) designation

NQP or MA: No question posed

NA: No answer

A&A: Asked and answered

NS: Nonsensical

**MARTIN K. EHLERT (APOTEX)**
**December 10, 2020 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| 6:2–25 | | | | |
| 7:2–5 | | | | |
| 7:13–25 | | | | |
| 8:2 | | | | |
| 8:6–10 | | | | |
| 11:8–11 | | | | |
| 12:11–17 | | | | |
| 14:3–6 | 402 | | | |
| 14:11–21 | 402 | | | |
| 14:22–25 | 402 | | | |
| 15:2–13 | | | | |
| 15:16–25 | 402 | | | |
| 16:2–12 | 402 | | | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion, improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/ testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of 30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

**MARTIN K. EHLERT (APOTEX; CONTINUED)**
**December 10, 2020 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| 16:16–25 | 402 | | | |
| 17:2–6 | 402 | | | |
| 17:10–17 | 402 | | | |
| 17:10–17 | 402 | | | |
| 17:20–24 | 402 | | | |
| 18:3–8 | 402 | | | |
| 18:11–21 | 402 | | | |
| 18:24–25 | | | | |
| 19:2–13 | 402 | | | |
| 19:16–25 | 402 | | | |
| 20:4–8 | 402 | | | |
| 20:10–13 | | | | |
| 21:5–25 | | | | |
| 22:2–3 | | | | |
| 23:16–25 | | | | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion,
   improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/
   testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of
   30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

**MARTIN K. EHLERT (APOTEX; CONTINUED)**
**December 10, 2020 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| 24:2–3 | | | | |
| 24:6–25 | | | | |
| 25:2–25 | | | | |
| 26:2–20 | | | | |
| 28:2–14 | | | | |
| 28:20–22 | | | | |
| 29:14–25 | | | | |
| 30:2–25 | | | | |
| 31:2–10 | | | | |
| 31:14–25 | | | | |
| 32:2–25 | | | | |
| 33:2–12 | | | | |
| 33:14–25 | | | | |
| 34:2–6 | | | | |
| 34:16–25 | | | | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion, improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/ testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of 30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

**MARTIN K. EHLERT (APOTEX; CONTINUED)**
**December 10, 2020 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| 35:2–10 | | | | |
| 35:12–25 | | | | |
| 36:3–25 | | | | |
| 37:2–25 | | | | |
| 38:2–25 | | | | |
| 39:2–11 | | | | |
| 39:13–25 | | | | |
| 40:2–17 | | | | |
| 40:20–22 | | | | |
| 40:24–25 | | | | |
| 41:2–14 | | | | |
| 43:6–13 | | | | |
| 43:17–20 | | | | |
| 44:6–13 | | | | |
| 44:15–25 | | | | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time

602: Lack of foundation

701: Opinion testimony by lay witness

Colloquy: Attorney colloquy or objection

NR: Not related

I: Incomplete

Defendants' Objection Key

403: Prejudicial

V: Vague and ambiguous

AF: Assuming facts not in evidence

E or 701 or 702/703: Calls for expert opinion,
   improper testimony of a lay witness

F or 602: Lacks foundation

H or 802: Hearsay

HYP: Improper hypothetical

I: Incomplete

MIS: Mischaracterizes evidence/
   testimony or is misleading

OBJ: Includes attorney objections

R or 402 or NR: Relevance

S: Calls for speculation

C: Compound

Scope: Outside the scope of
   30(b)(6) designation

NQP or MA: No question posed

NA: No answer

A&A: Asked and answered

NS: Nonsensical

## MARTIN K. EHLERT (APOTEX; CONTINUED)
### December 10, 2020 Deposition

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| 45:3–15 | | | | |
| 46:12–18 | | | | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time

602: Lack of foundation

701: Opinion testimony by lay witness

Colloquy: Attorney colloquy or objection

NR: Not related

I: Incomplete

Defendants' Objection Key

403: Prejudicial

V: Vague and ambiguous

AF: Assuming facts not in evidence

E or 701 or 702/703: Calls for expert opinion, improper testimony of a lay witness

F or 602: Lacks foundation

H or 802: Hearsay

HYP: Improper hypothetical

I: Incomplete

MIS: Mischaracterizes evidence/ testimony or is misleading

OBJ: Includes attorney objections

R or 402 or NR: Relevance

S: Calls for speculation

C: Compound

Scope: Outside the scope of 30(b)(6) designation

NQP or MA: No question posed

NA: No answer

A&A: Asked and answered

NS: Nonsensical

**BHUPESH SINGH (APOTEX)**
**January 8, 2020 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| 7:10–8:6 | | | | |
| 8:10–16 | | | | |
| 8:18–10:4 | | | | |
| 12:10–14:22 | | | | |
| 15:3–4 | | | | |
| 15:6–18:22 | | | | |
| 21:10–22:18 | | | | |
| 23:1–17 | | | | |
| 24:3–5 | | | | |
| 24:8–11 | | | | |
| 24:13–18 | | | | |
| 25:15–16 | | | | |
| 25:19 | | | | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion, improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/ testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of 30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

**BHUPESH SINGH (APOTEX; CONTINUED)**
**January 8, 2020 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| 25:22–26:1 | | | | |
| 26:5–8 | | | | |
| 26:21–27:10 | | | | |
| 28:6–19 | | | | |
| 29:5–9 | | | | |
| 29:14–15 | | | | |
| 29:17–20 | | | | |
| 29:22–30:1 | | | | |
| 30:3–7 | | | | |
| 31:1–10 | | | | |
| 31:18–32:3 | | | | |
| 32:5–8 | | | | |
| 32:10–14 | | | | |
| 32:16–19 | | | | |
| 32:21 | | | | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion,
    improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/
    testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of
    30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

**BHUPESH SINGH (APOTEX; CONTINUED)**
**January 8, 2020 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| 33:1–3 | | | | |
| 33:12–18 | | | | |
| 33:20–21 | | | | |
| 34:1–2 | | | | |
| 34:4–6 | | | | |
| 34:12 | | | | |
| 34:18–22 | | | | |
| 35:13–37:20 | | | | |
| 38:6–39:6 | | | | |
| 39:8–10 | | | | |
| 39:12–22 | | | | |
| 40:17–18 | | | | |
| 40:21 | | | | |
| 41:2 | | | | |
| 41:6–8 | | | | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion, improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/ testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of 30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

**BHUPESH SINGH (APOTEX; CONTINUED)**
**January 8, 2020 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| 45:13–14 | | | | |
| 45:21–46:1 | | | | |
| 46:15–16 | | | | |
| 46:18–20 | | | | |
| 55:19–22 | | | | |
| 56:8–12 | | | | |
| 56:14–19 | | | | |
| 57:1–4 | | | | |
| 57:21–22 | | | | |
| 58:2–8 | | | | |
| 58:10–21 | | | | |
| 59:1–2 | | | | |
| 59:4–11 | | | | |
| 59:13–20 | | 59:22–61:7 | NR | |
| 61:20–62:1 | | 61:8–18 | | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time

602: Lack of foundation

701: Opinion testimony by lay witness

Colloquy: Attorney colloquy or objection

NR: Not related

I: Incomplete

Defendants' Objection Key

403: Prejudicial

V: Vague and ambiguous

AF: Assuming facts not in evidence

E or 701 or 702/703: Calls for expert opinion, improper testimony of a lay witness

F or 602: Lacks foundation

H or 802: Hearsay

HYP: Improper hypothetical

I: Incomplete

MIS: Mischaracterizes evidence/ testimony or is misleading

OBJ: Includes attorney objections

R or 402 or NR: Relevance

S: Calls for speculation

C: Compound

Scope: Outside the scope of 30(b)(6) designation

NQP or MA: No question posed

NA: No answer

A&A: Asked and answered

NS: Nonsensical

### BHUPESH SINGH (APOTEX; CONTINUED)
#### January 8, 2020 Deposition

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| 63:5–15 | | | | |
| 64:10–12 | | | | |
| 64:14–17 | | | | |
| 68:16–22 | | | | |
| 69:10–12 | 403, 701 | 69:1–8 | | |
| 69:15–18 | | 69:1–8 | | |
| 69:20–70:3 | | | | |
| 70:5–7 | | | | |
| 72:10–20 | | | | |
| 73:15–75:7 | | | | |
| 75:9–14 | | | | |
| 76:6–77:20 | | | | |
| 79:9–19 | | | | |
| 80:12–81:15 | | | | |
| 81:17–82:1 | | | | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion, improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/ testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of 30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

**BHUPESH SINGH (APOTEX; CONTINUED)**
**January 8, 2020 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| 82:3–5 | | | | |
| 83:7–10 | | | | |
| 83:13–84:2 | | | | |
| 84:4–10 | | | | |
| 84:14–19 | | | | |
| 85:2–20 | | | | |
| 87:8–9 | | | | |
| 87:11–15 | | | | |
| 87:17–88:12 | | | | |
| 88:22–89:10 | | | | |
| 90:18–19 | | | | |
| 90:21 | | | | |
| 91:1–2 | | | | |
| 91:4–5 | | | | |
| 91:7–9 | | | | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time

602: Lack of foundation

701: Opinion testimony by lay witness

Colloquy: Attorney colloquy or objection

NR: Not related

I: Incomplete

Defendants' Objection Key

403: Prejudicial

V: Vague and ambiguous

AF: Assuming facts not in evidence

E or 701 or 702/703: Calls for expert opinion, improper testimony of a lay witness

F or 602: Lacks foundation

H or 802: Hearsay

HYP: Improper hypothetical

I: Incomplete

MIS: Mischaracterizes evidence/ testimony or is misleading

OBJ: Includes attorney objections

R or 402 or NR: Relevance

S: Calls for speculation

C: Compound

Scope: Outside the scope of 30(b)(6) designation

NQP or MA: No question posed

NA: No answer

A&A: Asked and answered

NS: Nonsensical

**BHUPESH SINGH (APOTEX; CONTINUED)**
**January 8, 2020 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| 91:11–13 | | | | |
| 91:15–17 | | | | |
| 91:19–92:2 | | | | |
| 94:1–17 | | | | |
| 97:17–98:9 | | | | |
| 98:12–13 | | | | |
| 98:15–18 | | | | |
| 98:20–21 | | | | |
| 99:1–5 | | | | |
| 99:14–17 | | | | |
| 106:20–21 | | | | |
| 107:2 | | | | |
| 107:5 | | | | |
| 107:8 | | | | |
| 107:11 | | | | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion, improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/ testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of 30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

**BHUPESH SINGH (APOTEX; CONTINUED)**
**January 8, 2020 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| 107:15–108:7 | | | | |
| 108:15–19 | | | | |
| 110:10–14 | 403 | | | |
| 110:17–22 | | 104:17–105:18; 106:13–19 | NR, Colloquy | |
| 111:2–7 | | | | |
| 111:10–17 | | | | |
| 111:19–114:20 | | | | |
| 116:3–117:6 | | | | |
| 117:11–13 | | 60:15–61:1 | NR | |
| 118:2–4 | | | | |
| 118:7–8 | | | | |
| 119:1–123:7 | | | | |
| 123:10–124:4 | | | | |
| 124:7–125:10 | | | | |
| 125:12–13 | | | | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion, improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/ testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of 30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

**BHUPESH SINGH (APOTEX; CONTINUED)**
**January 8, 2020 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter– Designations | Vanda Objections | Vanda Counter– Designations |
|---|---|---|---|---|
| 125:15–126:20 | | | | |
| 128:13–132:6 | | | | |
| 132:10–17 | | | | |
| 133:20–135:1 | | | | |
| 137:5–6 | | | | |
| 137:10–19 | | | | |
| 140:11–142:7 | | | | |
| 145:21–146:10 | | | | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion, improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/ testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of 30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

**BHUPESH SINGH (APOTEX)**
**November 19, 2020 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| 5:17–21 | | | | |
| 7:5–13 | | | | |
| 7:18–22 | | | | |
| 7:25 | | | | |
| 8:2–25 | | | | |
| 9:2–8 | | | | |
| 9:13–14 | | | | |
| 11:6–9 | | | | |
| 11:13–21 | | | | |
| 15:20–25 | | | | |
| 16:2–4 | | | | |
| 17:7–15 | | | | |
| 17:22–25 | | | | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion,
    improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/
    testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of
    30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

**BHUPESH SINGH (APOTEX; CONTINUED)**
**November 19, 2020 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| 18:2–6 | | | | |
| 18:15–21 | | | | |
| 18:24–25 | | | | |
| 19:2–20 | | | | |
| 21:5–25 | | | | |
| 22:2–6 | | | | |
| 23:16–25 | | | | |
| 24:2–3 | | | | |
| 24:22–25 | | | | |
| 25:2–8 | | | | |
| 25:15 | | | | |
| 27:24–25 | | | | |
| 28:2 | | | | |
| 28:5–10 | | | | |
| 29:15–17 | | | | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion, improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/ testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of 30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

**BHUPESH SINGH (APOTEX; CONTINUED)**
**November 19, 2020 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| 29:20–25 | | | | |
| 30:2–5 | | | | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time

602: Lack of foundation

701: Opinion testimony by lay witness

Colloquy: Attorney colloquy or objection

NR: Not related

I: Incomplete

Defendants' Objection Key

403: Prejudicial

V: Vague and ambiguous

AF: Assuming facts not in evidence

E or 701 or 702/703: Calls for expert opinion, improper testimony of a lay witness

F or 602: Lacks foundation

H or 802: Hearsay

HYP: Improper hypothetical

I: Incomplete

MIS: Mischaracterizes evidence/ testimony or is misleading

OBJ: Includes attorney objections

R or 402 or NR: Relevance

S: Calls for speculation

C: Compound

Scope: Outside the scope of 30(b)(6) designation

NQP or MA: No question posed

NA: No answer

A&A: Asked and answered

NS: Nonsensical

**BHUPESH SINGH (APOTEX)**
**July 29, 2021 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| 5:9–11 | | | | |
| 5:15–25 | | | | |
| 6:2–5 | | | | |
| 6:19–22 | | | | |
| 7:10–25 | | | | |
| 10:17–21 | | | | |
| 11:13–25 | | | | |
| 12:2–6 | | | | |
| 12:13–25 | | | | |
| 13:2–19 | | | | |
| 13:23–25 | | | | |
| 14:2–13 | | | | |
| 15:2–5 | | | | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion,
   improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/
   testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of
   30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

**KONDAL REDDY BAIRY (MSN; CONTINUED)**
**July 30, 2021 Deposition**

| Vanda Designations | Defendants' Objections | Defendants' Counter–Designations | Vanda Objections | Vanda Counter–Designations |
|---|---|---|---|---|
| 15:10–24 | | | | |
| 16:3–5 | | | | |
| 21:21–24 | | | | |
| 23:9–25 | | | | |
| 24:2–13 | | | | |
| 30:17–20 | | | | |
| 31:11–19 | | | | |
| 32:2–7 | | | | |
| 33:14–17 | | | | |
| 34:3–16 | | | | |

Plaintiff's Objection Key

403: Prejudicial, confusing, and/or waste of time
602: Lack of foundation
701: Opinion testimony by lay witness
Colloquy: Attorney colloquy or objection
NR: Not related
I: Incomplete

Defendants' Objection Key

403: Prejudicial
V: Vague and ambiguous
AF: Assuming facts not in evidence
E or 701 or 702/703: Calls for expert opinion,
   improper testimony of a lay witness
F or 602: Lacks foundation
H or 802: Hearsay

HYP: Improper hypothetical
I: Incomplete
MIS: Mischaracterizes evidence/
   testimony or is misleading
OBJ: Includes attorney objections
R or 402 or NR: Relevance
S: Calls for speculation

C: Compound
Scope: Outside the scope of
   30(b)(6) designation
NQP or MA: No question posed
NA: No answer
A&A: Asked and answered
NS: Nonsensical

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

VANDA PHARMACEUTICALS INC.,

      Plaintiff,

      v.

TEVA PHARMACEUTICALS USA, INC.,

      Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

C.A. No. 18-651-CFC
**CONSOLIDATED**

## EXHIBIT 9 - DEFENDANTS' DEPOSITION DESIGNATIONS

Defendants provide the following case-in-chief deposition designations, which are based on the parties' pleadings, documentary and testimonial evidence, and on Defendants' current understanding of Plaintiff's claims and defenses and the Court's rulings to date. Defendants designate this testimony pursuant to Federal Rule of Civil Procedure 26(a)(3).

Defendants reserve the right to revise, amend, supplement, or modify their case-in-chief deposition designations based upon any pretrial rulings by the Court or to address any additional issues, arguments, evidence or other developments in the case, including edits to the draft pretrial order, any meet and confers or other negotiations between the parties, pending and anticipated motions, and similar developments. Defendants further reserve the right to supplement these designations

to rebut or otherwise address deposition designations, exhibits, or other facts identified by Plaintiff. All irrelevant and redundant material, including objections and colloquy of counsel will be eliminated from the deposition designations below when the designations are read to or played to the Court. Defendants further reserve the right to designate any portion of the deposition transcripts of Plaintiff's 30(b)(6) representatives, officers, or employees should they fail to be in attendance at trial in this matter.  Defendants further reserve the right to later provide designations from any deposition for use in their rebuttal case and to use any portion of any deposition transcript, whether listed below or not, for purposes of impeachment.

**Deponent: Marlene Dressman, PhD. (December 9, 2019)**

| Defendant's Designation | Plaintiff's Objections[1] | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| 12:12-12:14 | | | |
| 14:12-14:14 | | | |
| 17:2-17:10 | I | 17:11–19:16, 22:9–20, 23:7–15, 28:3–16, 28:21–29:7 | R, 403, IC |
| 21:8-21:13 | I | 17:11–19:16, 22:9–20, 23:7–15, 28:3–16, 28:21–29:7 | R, 403, IC |

---

[1] Vanda notes that some of Defendants' designations may to pertain to patents, claims, and/or claim elements that will no longer be applicable to the final set of patent claims Vanda asserts at trial.  Vanda therefore reserves the right to object to Defendants' attempt to use such deposition designations on the additional ground of lack of relevance.

| Defendant's Designation | Plaintiff's Objections[1] | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| 24:5-25:3 | I | 17:11–19:16, 22:9–20, 23:7–15, 28:3–16, 28:21–29:7 | R, 403, IC |
| 28:17-28:20 | I | 17:11–19:16, 22:9–20, 23:7–15, 28:3–16, 28:21–29:7 | R, 403, IC |
| 33:8-33:20 | I | 33:21–34:14 | |
| 35:20-36:8 | I | 33:21–34:14 | |
| 36:20-36:22 | I | 33:21–34:14 | |
| 37:8-37:10 | | | |
| 37:16-39:19 | I | 296:14–297:4, 298:13–16, 298:18–299:5 | F, R, 403, V[2] |
| 40:1-41:5 | I | 41:6–42:13, 296:14–297:4, 298:13–16, 298:18–299:5 | F, R, 403, V |
| 44:14-47:4 | I | 47:5–15, 296:14–297:4, 298:13–16, 298:18–299:5 | F, R, 403, V |
| 48:1-49:12 | I | 47:5–15, 296:14–297:4, 298:13–16, 298:18–299:5 | F, R, 403, V |
| 52:9-52:17 | I | 296:14–297:4, 298:13–16, 298:18–299:5 | F, R, 403, V |
| 53:5-53:19 | I | 296:14–297:4, 298:13–16, 298:18–299:50 | F, R, 403, V |

[2] To the extent Vanda ultimately offers and the Court ultimately admits any testimony from 296:12–299:12, Defendants counter-counter-designate the testimony at 299:15–300:1.

| Defendant's Designation | Plaintiff's Objections[1] | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| 55:6-55:19 | I | 55:21–56:12, 296:14–297:4, 298:13–16, 298:18–299:5 | F, R, 403, V |
| 59:6-60:2 | I | 56:13–58:22, 296:14–297:4, 298:13–16, 298:18–299:5 | F, R, 403, V |
| 60:5-61:17 | I | 60:3–4, 296:14–297:4, 298:13–16, 298:18–299:5 | F, R, 403, V |
| 62:16-64:5 | I | 296:14–297:4, 298:13–16, 298:18–299:5 | F, R, 403, V |
| 65:7-65:21 | I | 64:21–65:3, 296:14–297:4, 298:13–16, 298:18–299:5 | F, R, 403, V |
| 66:4-69:6 | I | 296:14–297:4, 298:13–16, 298:18–299:5 | F, R, 403, V |
| 70:1-70:2 | I | 296:14–297:4, 298:13–16, 298:18–299:5 | F, R, 403, V, IC |
| 70:7-70:14 | I | 70:15–71:2, 71:8–16, 296:14–297:4, 298:13–16, 298:18–299:5 | F, R, 403, V, IC |
| 78:16-78:17 | | | |
| 78:20-79:8 | | | |
| 81:2-82:16 | I | 79:17–80:14, 82:17–19, 298:13–16, 298:18–299:5 | F, R, 403, V |
| 82:20-83:10 | I | 83:11–10, 298:13–16, 298:18–299:5 | F, R, 403, V |

| Defendant's Designation | Plaintiff's Objections[1] | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| 84:11-85:12 | I | 83:11–10, 298:13–16, 298:18–299:5 | F, R, 403, V |
| 85:15-85:16 | | | |
| 85:22-86:4 | | | |
| 86:12-86:16 | | | |
| 88:1-88:4 | I, 403 | 86:17–87:22, 89:16–91:13, 296:14–297:4, 298:13–16, 298:18–299:5 | F, R, 403, V |
| 88:7-89:10 | I, 602, 701 | 86:17–87:22, 89:16–91:13, 296:14–297:4, 298:13–16, 298:18–299:5 | F, R, 403, V |
| 89:13-89:15 | I, 602, 701 | 86:17–87:22, 89:16–91:13, 296:14–297:4, 298:13–16, 298:18–299:5 | F, R, 403, V |
| 92:2-93:5 | I, 701 | 91:17–92:1, 93:6–1, 297:20–298:12 | F, R, 403, V |
| 94:2-95:4 | I, 602, 701 | 93:6–1, 297:20–298:12 | F, R, 403, V |
| 95:8-95:13 | I, 602, 701 | 94:15–22, 297:20–298:12 | F, R, 403, V |
| 95:17-95:21 | I, 602, 701 | 94:15–22, 297:20–298:12 | F, R, 403, V |
| 96:1-96:17 | I, 602, 701 | 94:15–22, 297:20–298:12 | F, R, 403, V |
| 96:19-96:20 | I, 602, 701 | 94:15–22, 297:20–298:12 | F, R, 403, V |
| 97:1-97:2 | | | |
| 97:6-97:20 | | | |
| 98:21-99:15 | I, 602 | 99:16–100:10 | |
| 112:20-112:21 | | | |

| Defendant's Designation | Plaintiff's Objections[1] | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| 113:1-113:12 | | | |
| 113:16-115:6 | I | 296:14–297:4, 298:13–16, 298:18–299:5 | F, R, 403, V, IC |
| 117:16-117:18 | I, 602 | 117:19–118:4 | |
| 124:9-124:13 | I, 602 | 117:19–118:4 | |
| 124:21-125:11 | | | |
| 126:11-126:12 | | | |
| 126:15-127:3 | | | |
| 131:18-131:19 | | | |
| 131:22-132:6 | | | |
| 135:19-135:22 | I, 602, 701 | 134:5–6, 134:8–9, 136:16–20, 137:17–21. 138:1–12, 138:14–139:7, 139:10–19, 140:4–16, 140:20–141:9, 141:12–142:8 | R, 403, IC |
| 136:2-136:15 | I, 602, 701 | 134:5–6, 134:8–9, 136:16–20, 137:17–21. 138:1–12, 138:14–139:7, 139:10–19, 140:4–16, 140:20–141:9, 141:12–142:8 | R, 403, IC |
| 144:4-144:15 | | | |
| 150:8-150:13 | I, 602 | 149:4–8, 149:10–150:7 | R, 403 |
| 150:15 | I, 602 | 149:4–8, 149:10–150:7 | R, 403 |
| 153:18-153:19 | I | 156:7–12 | |
| 154:1-154:4 | I | 156:7–12 | |
| 154:7-154:15 | I | 156:7–12 | |
| 155:7-156:3 | I | 156:7–12 | |
| 157:22-158:8 | | | |
| 160:1-160:4 | I, 602 | 159:18–22 | R, F, I |

| Defendant's Designation | Plaintiff's Objections[1] | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| 160:6-161:1 | I, 602 | 159:18–22 | R, F, I |
| 162:12-162:20 | I | 163:2–11 | |
| 164:18-165:13 | I | 163:2–11 | |
| 165:15-165:21 | I | 163:2–11 | |
| 172:13-172:14 | | | |
| 172:16-172:17 | | | |
| 172:22-173:13 | | | |
| 176:11-176:19 | I | 177:3–178:8, 179:3–180:3 | |
| 178:17-178:20 | I | 177:3–178:8, 179:3–180:3 | |
| 179:1-179:2 | I | 177:3–178:8, 179:3–180:3 | |
| 181:7-181:10 | I, 602, 701 | 297:20–298:12 | R, 403, IC |
| 181:12-181:17 | I, 602, 701 | 297:20–298:12 | R, 403, IC |
| 181:19 | I, 602, 701 | 297:20–298:12 | R, 403, IC |
| 187:8-187:16 | I | 185:8–16, 185:18–22, 186:2–187:7 | R, 403, IC |
| 207:13-207:14 | | | |
| 207:20-207:21 | | | |
| 208:4-208:8 | | | |
| 209:13-210:6 | I, 602 | 210:7–20, 297:20–298:12 | R, 403, IC |
| 214:9-214:21 | I, 602 | 185:8–16, 185:18–22, 186:2–187:7, 210:7–20, 297:20–298:12 | R, 403, IC |
| 219:22-220:4 | | | |
| 220:9-222:16 | I | 296:14–297:10, 298:13–16, 298:18–299:5 | V, F, R, 403, IC |
| 223:16-224:1 | I | 222:17–223:15, 224:2–21, 296:14–297:10, 298:13–16, 298:18–299:5 | V, F, R, 403, IC |

| Defendant's Designation | Plaintiff's Objections[1] | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| 225:17-226:17 | I | 224:2–21, 296:14–297:10, 298:13–16, 298:18–299:5 | V, F, R, 403, IC |
| 228:18-229:5 | I, 403, 701 | 230:6–232:10, 296:14–297:10, 298:13–16, 298:18–299:5 | V, F, R, 403, IC[3] |
| 229:7-229:19 | I, 403, 701 | 230:6–232:10, 296:14–297:10, 298:13–16, 298:18–299:5 | V, F, R, 403, IC |
| 229:21-230:1 | I, 403, 701 | 230:6–232:10, 296:14–297:10, 298:13–16, 298:18–299:5 | V, F, R, 403, IC |
| 230:3 | I, 403, 701 | 230:6–232:10, 296:14–297:10, 298:13–16, 298:18–299:5 | V, F, R, 403, IC |
| 232:13-232:22 | I, 403, 701 | 230:6–232:10, 296:14–297:10, 298:13–16, 298:18–299:5 | V, F, R, 403, IC |
| 233:11-233:12 | I | 296:14–297:10, 298:13–16, 298:18–299:5 | V, F, R, 403, IC |
| 234:6-234:14 | I | 296:14–297:10, 298:13–16, 298:18–299:5 | V, F, R, 403, IC |
| 235:2-235:6 | I | 235:17–236:9, 296:14–297:10, | V, F, R, 403, IC |

[3] To the extent Vanda ultimately offers and the Court ultimately admits the testimony at 230:6–232:10, Defendants counter-counter-designate the testimony at 232:11–12.

| Defendant's Designation | Plaintiff's Objections[1] | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 298:13–16, 298:18–299:5, | |
| 235:8-235:16 | I | 235:17–236:9, 296:14–297:10, 298:13–16, 298:18–299:5, | V, F, R, 403, IC |
| 242:21-242:22 | | | |
| 243:5-243:6 | | | |
| 243:8-244:4 | | | |
| 244:8-244:9 | I, 602 | 244:11–14 | R, 403 |
| 244:15-244:21 | I, 602 | 244:11–14 | R, 403 |
| 245:4-245:21 | | | |
| 246:1-246:11 | I, 602, 701 | 246:22–247:2, 247:4–14, 247:16–18, 248:10–19, 250:4–5, 250:7–8, 252:2–4, 252:6–9, 252:11–12, 287:16–17, 287:19–22, 296:14–297:10, 298:13–16, 298:18–299:5 | V, F, R, 403, IC |
| 246:13-246:17 | I, 602, 701 | 246:22–247:2, 247:4–14, 247:16–18, 248:10–19, 250:4–5, 250:7–8, 252:2–4, 252:6–9, 252:11–12, 287:16–17, 287:19–22, 296:14–297:10, 298:13–16, 298:18–299:5 | V, F, R, 403, IC |
| 246:19-246:21 | I, 602, 701 | 246:22–247:2, 247:4–14, 247:16– | V, F, R, 403, IC |

| Defendant's Designation | Plaintiff's Objections[1] | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 18, 248:10–19, 250:4–5, 250:7–8, 252:2–4, 252:6–9, 252:11–12, 287:16–17, 287:19–22, 296:14–297:10, 298:13–16, 298:18–299:5 | |
| 247:19-247:21 | I, 602, 701 | 246:22–247:2, 247:4–14, 247:16–18, 248:10–19, 250:4–5, 250:7–8, 252:2–4, 252:6–9, 252:11–12, 287:16–17, 287:19–22, 296:14–297:10, 298:13–16, 298:18–299:5 | V, F, R, 403, IC |
| 248:1-248:4 | I, 602, 701 | 246:22–247:2, 247:4–14, 247:16–18, 248:10–19, 250:4–5, 250:7–8, 252:2–4, 252:6–9, 252:11–12, 287:16–17, 287:19–22, 296:14–297:10, 298:13–16, 298:18–299:5 | V, F, R, 403, IC |
| 248:6 | I, 602, 701 | 246:22–247:2, 247:4–14, 247:16–18, 248:10–19, 250:4–5, 250:7–8, 252:2–4, 252:6–9, 252:11–12, | V, F, R, 403, IC |

| Defendant's Designation | Plaintiff's Objections[1] | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 287:16–17, 287:19–22, 296:14–297:10, 298:13–16, 298:18–299:5 | |
| 249:18-249:21 | I, 602, 701 | 246:22–247:2, 247:4–14, 247:16–18, 248:10–19, 250:4–5, 250:7–8, 252:2–4, 252:6–9, 252:11–12, 287:16–17, 287:19–22, 296:14–297:10, 298:13–16, 298:18–299:5 | V, F, R, 403, IC |
| 250:1-250:3 | I, 602, 701 | 246:22–247:2, 247:4–14, 247:16–18, 248:10–19, 250:4–5, 250:7–8, 252:2–4, 252:6–9, 252:11–12, 287:16–17, 287:19–22, 296:14–297:10, 298:13–16, 298:18–299:5 | V, F, R, 403, IC |
| 250:9-250:11 | I, 602, 701 | 246:22–247:2, 247:4–14, 247:16–18, 248:10–19, 250:4–5, 250:7–8, 252:2–4, 252:6–9, 252:11–12, 287:16–17, 287:19–22, 296:14–297:10, | V, F, R, 403, IC |

| Defendant's Designation | Plaintiff's Objections[1] | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 298:13–16, 298:18–299:5 | |
| 252:18-253:3 | I, 701 | 298:13–16, 296:14–297:10, 298:18–299:5 | V, F, R, 403, IC |
| 258:10-258:13 | I, 701 | 257:4–12, 257:14–258:1, 258:3–9 | |
| 260:12-261:4 | I | 297:12–298:12, 299:6–10 | R, 403 |
| 261:17-261:18 | I, 701 | 262:7, 262:9–263:3, 263:5–264:1, 297:12–298:12, 299:6–10 | R, 403 |
| 261:20-262:6 | I, 701 | 262:7, 262:9–263:3, 263:5–264:1, 297:12–298:12, 299:6–10 | R, 403 |
| 266:5-266:6 | I | 268:13–16, 268:18–269:18, 297:12–298:12, 299:6–10 | R, 403, IC |
| 266:8-266:15 | I | 268:13–16, 268:18–269:18, 297:12–298:12, 299:6–10 | R, 403, IC |
| 270:21-271:6 | I | 297:12–298:12, 299:6–10 | R, 403, IC |
| 271:17-271:20 | I | 297:12–298:12, 299:6–10 | R, 403, IC |
| 271:22-272:12 | I | 297:12–298:12, 299:6–10 | R, 403, IC |
| 272:20-272:22 | I, 602, 701 | 297:12–298:12, 299:6–10 | R, 403 |
| 273:2-273:4 | I, 602, 701 | 297:12–298:12, 299:6–10 | R, 403 |

| Defendant's Designation | Plaintiff's Objections[1] | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| 273:6-273:7 | I, 602, 701 | 297:12–298:12, 299:6–10 | R, 403 |
| 273:9 | I, 602, 701 | 297:12–298:12, 299:6–10 | R, 403 |
| 274:12-274:14 | I, 602, 701 | 297:12–298:12, 299:6–10 | R, 403 |
| 275:1-275:3 | I, 602, 701 | 297:12–298:12, 299:6–10 | R, 403 |
| 275:5-275:6 | I, 602, 701 | 275:7, 297:12–298:12, 299:6–10 | R, 403, I |
| 276:9-276:10 | I, 602, 701 | 297:12–298:12, 299:6–10 | R, 403, IC |
| 276:12-276:17 | I, 602, 701 | 297:12–298:12, 299:6–10 | R, 403, IC |
| 276:19-276:20 | I, 602, 701 | 297:12–298:12, 299:6–10 | R, 403, IC |
| 278:15-278:21 | I, 701 | 297:20–298:12 | R, 403 |
| 279:1-279:4 | I, 701 | 297:20–298:12 | R, 403 |
| 279:6-279:10 | I, 701 | 297:20–298:12 | R, 403 |
| 279:14-280:2 | | | |
| 283:10-283:11 | | | |
| 283:14-284:2 | | | |
| 286:12-286:13 | | | |
| 286:20-287:7 | | | |
| 290:19-290:20 | | | |
| 290:22-291:10 | | | |
| 292:3-292:8 | I, 602, 701 | 297:12–298:12, 299:6–10 | R, 403 |
| 292:10-292:13 | I, 602, 701 | 297:12–298:12, 299:6–10 | R, 403 |
| 292:15-292:17 | I, 602, 701 | 297:12–298:12, 299:6–10 | R, 403 |
| 292:19-292:22 | I, 602, 701 | 297:12–298:12, 299:6–10 | R, 403 |
| 293:2 | I, 602, 701 | 297:12–298:12, 299:6–10 | R, 403 |

**Deponent: Natalie M. Farris (December 3, 2019)**

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| 11:2-11:8 | | | |
| 16:11-16:20 | | | |
| 18:15-19:4 | Colloquy | 19:16-21:5 | R; Improper counter-designation |
| 21:6-22:12 | I, 602, 701 | 24:20-25:14, 25:19-26:16, 27:10-29:14 | |
| 29:15-31:18 | I, 602, 701 | 31:19-32:1 | R; Improper counter-designation |
| 32:2-33:21 | Colloquy, I, 602, 701 | 33:22-35:20 | R |
| 35:21-36:10 | I, 602, 701 | 36:11-37:8 | R |
| 37:22-38:4 | 402 | 38:8-39:4 | R; Improper counter-designation |
| 39:5-41:4 | I, 602, 701 | | |
| 41:16-42:2 | I | 42:3-10 | |
| 42:11-44:13 | I, 602, 701 | 44:14-22 | |
| 45:1-46:12 | I, 602, 701 | 46:13-48:7 | |
| 48:8-49:8 | I, 602, 701 | 49:9-15, 49:19-50:2 | |
| 50:3-50:13 | I, 602, 701 | 50:14-51:16 | |
| 51:17-52:21 | I, 602, 701 | | |
| 53:14-54:1 | I, 602, 701 | 54:2-19 | R; Improper counter-designation |
| 54:20-55:4 | I, 602, 701 | 55:5-56:3 | |
| 56:4-56:15 | I | | |
| 56:17-57:9 | I | | |
| 61:22-62:12 | | | |

14

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| 62:22-63:5 | I, 602, 701 | 63:6-13 | |
| 64:8-64:21 | I, 602, 701 | 63:18-20, 64:1-7 | |
| 66:5-66:20 | I, 602, 701 | | |
| 67:2-67:9 | I, 602, 701 | 67:10-18,   67:21-68:19, 68:20-72:4 | |
| 72:8-72:11 | I, 602, 701 | | |
| 72:15-73:21 | I, 602, 701 | | |
| 75:13-77:3 | 602, 701 | | |
| 77:7-77:20 | 602, 701 | | |
| 78:10-78:14 | 602, 701 | | |
| 78:18-79:13 | 602, 701 | | |
| 79:17-80:15 | 602, 701 | | |
| 80:19-81:15 | 602, 701 | | |
| 81:19-83:3 | 602, 701 | | |
| 83:22-84:20 | 602, 701 | | |
| 85:1 | I | | |
| 85:5-85:7 | I | | |
| 85:11-85:18 | I | 85:19-86:5 | |
| 86:9-96:12 | 602, 701 | | |
| 97:10-98:9 | 602, 701 | | |
| 98:15-99:20 | 602, 701 | | |
| 100:2-102:12 | 602, 701 | | |
| 102:14 | 602, 701 | | |
| 102:16-105:11 | 602, 701 | | |
| 105:15-106:18 | 602, 701 | | |
| 107:10-108:4 | I, 602, 701 | 108:5-109:1 | R |
| 109:2-109:14 | 602, 701 | | |
| 109:16-109:19 | 602, 701 | | |
| 109:21-111:6 | 602, 701 | | |
| 111:19-111:22 | 602, 701 | | |
| 112:3-114:20 | I, 602, 701 | 114:21-115:8, 116:8-19 | |

**Deponent: John Joseph Feeney, III, M.D. (December 6, 2019)**

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| 9:2-9:4 | I | 11:15–12:3, 12:9–16:16, 20:9–16 | R, 403, IC |
| 11:1-11:3 | 402, 403 | | |
| 16:17-16:18 | | | |
| 17:1-18:9 | | | |
| 29:17 | | | |
| 29:19-29:20 | | | |
| 33:1-33:2 | | | |
| 33:7-33:16 | I, 602 | 43:21–44:2, 44:17–45:7 | R, 403, IC |
| 34:3-34:7 | I | 31:15–32:4, 43:21–44:2, 44:17–45:7 | R, 403, IC |
| 36:10-36:19 | I, 602 | 34:12–35:12, 43:21–44:2, 44:17–45:7 | R, 403, IC, OBJ |
| 37:4-37:5 | I, 602 | 43:21–44:2, 44:17–45:7 | R, 403, IC |
| 37:7-37:10 | I, 602 | 43:21–44:2, 44:17–45:7 | R, 403, IC |
| 37:12-37:13 | I, 602 | 43:21–44:2, 44:17–45:7 | R, 403, IC |
| 38:21-38:22 | I, 602 | 43:21–44:2, 44:17–45:7 | R, 403, IC |
| 39:2-39:8 | I, 602 | 43:21–44:2, 44:17–45:7 | R, 403, IC |
| 41:12-41:18 | I, 602, 701 | 43:21–44:2, 44:17–45:7 | R, 403, IC |
| 41:20-42:4 | I, 602 | 43:21–44:2, 44:17–45:7 | R, 403, IC |
| 42:7 | I, 602 | 43:21–44:2, 44:17–45:7 | R, 403, IC |
| 46:10-46:22 | I, 403,602 | 43:21–44:2, 44:17–45:7 | R, 403, IC |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| 47:3 | I, 403, 602 | 43:21–44:2, 44:17–45:7 | R, 403, IC |
| 49:14-49:19 | I, 602, 701 | 43:21–44:2, 44:17–45:7, 48:21–49:13 | R, 403, IC, OBJ |
| 49:21-50:5 | I, 602, 701 | 43:21–44:2, 44:17–45:7, 48:21–49:13 | R, 403, IC, OBJ |
| 50:7-50:14 | I, 602, 701 | 43:21–44:2, 44:17–45:7, 48:21–49:13 | R, 403, IC, OBJ |
| 50:19 | I, 602, 701 | 43:21–44:2, 44:17–45:7, 48:21–49:13 | R, 403, IC, OBJ |
| 52:1-52:3 | I, 403, 602 | 43:21–44:2, 44:17–45:7 | R, 403, IC |
| 52:8-52:18 | I, 403, 602 | 43:21–44:2, 44:17–45:7, 51:18–22 | R, 403, IC |
| 56:1-56:5 | I, 403, 602 | 43:21–44:2, 44:17–45:7 | R, 403, IC |
| 56:8-56:19 | I, 403, 602, 701 | 43:21–44:2, 44:17–45:7, 54:16–20, 55:11–19 | R, 403, IC |
| 56:22-57:4 | I, 602, 701 | 43:21–44:2, 44:17–45:7, 54:16–20, 55:11–19 | R, 403, IC |
| 57:8-57:20 | I, 602, 701 | 43:21–44:2, 44:17–45:7, 54:16–20, 55:11–19 | R, 403, IC |
| 57:22 | I, 602, 701 | 43:21–44:2, 44:17–45:7, 54:16–20, | R, 403, IC |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
|  |  | 55:11–19 |  |
| 58:19-59:1 | 602, 701 |  |  |
| 59:5 | 602, 701 |  |  |
| 59:20-59:21 |  |  |  |
| 60:5-60:13 |  |  |  |
| 65:3-65:5 |  |  |  |
| 65:11-65:16 |  |  |  |
| 66:18-66:22 | 602, 701 |  |  |
| 67:6-68:17 | I, 602, 701 | 68:19–69:12 |  |
| 69:20-69:22 | I, 602, 701 | 69:13–19 |  |
| 70:2-71:4 | I, 602, 701 | 69:13–19 |  |
| 72:1-72:2 |  |  |  |
| 72:8-72:22 |  |  |  |
| 74:7-74:12 | I, 602, 701 | 73:11–18, 74:14–17, 74:20–21 | R, 403 |
| 76:7-77:1 | I, NS, NQP, NA |  | Typo corrected in original designation |
| 77:4 | I, 602, 701 | 80:3–5, 80:7–10 | R, 403 |
| 77:7-77:10 | I, 602, 701 | 80:3–5, 80:7–10 | R, 403 |
| 77:13-77:14 | I, 602, 701 | 80:3–5, 80:7–10 | R, 403 |
| 78:5-78:8 | I, 602, 701 | 80:3–5, 80:7–10 | R, 403 |
| 78:10-78:15 | I, 602, 701 | 80:3–5, 80:7–10 | R, 403 |
| 82:8-82:9 | I | 83:2–13, 85:3–7 | R, 403, IC |
| 82:16-82:17 | I | 83:2–13, 85:3–7 | R, 403, IC |
| 84:5-84:8 | I | 83:2–13, 85:3–7 | R, 403, IC |
| 84:15-85:2 | I | 83:2–13, 85:3–7 | R, 403, IC |
| 85:17-85:21 | I, 403, 602, 701 | 83:2–13, 85:3–7 | R, 403 |
| 86:9-86:13 | I, 602, 701 | 83:2–13, 85:3–7 | R, 403 |
| 87:7-87:11 | I, 602, 701 | 83:2–13, 85:3–7, 87:15–88:2 | R, 403 |
| 87:14 | I, 602, 701 | 83:2–13, 85:3–7, 87:15–88:2 | R, 403 |
| 89:7-90:6 | I, 402 | 90:7–11 |  |
| 90:22-91:1 | I, 602 | 91:6–14 |  |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| 92:15-92:20 | I, 602, 701 | 91:6–14, 92:2–9, 92:12–14 | |
| 93:1-93:3 | I, 602, 701 | 91:6–14, 92:2–9, 92:12–14 | |
| 93:12-93:17 | I, 602 | 93:9–11 | |
| 94:20-94:21 | I, 602 | 95:5–7 | |
| 95:8-95:22 | I, 602 | 95:5–7 | |
| 97:11-97:15 | I, 602, 701 | 95:5–7, 96:6–11, 96:14–97:10 | |
| 97:17-98:12 | I, 602, 701 | 95:5–7, 96:6–11, 96:14–97:10 | |
| 99:10-99:12 | I, 602, 701 | 100:9–11, 100:13–101:3 | |
| 99:15-99:21 | I, 602, 701 | 100:9–11, 100:13–101:3 | |
| 104:18-104:21 | I, 403, 602, 701 | 101:4–8, 013:8–16, 103:18–104, 10, 104:14–17 | NS, I |
| 105:2-105:5 | I, 403, 602, 701 | 101:4–8, 013:8–16, 103:18–104, 10, 104:14–17 | NS, I |
| 109:16-109:19 | I, 602,701 | 106:6–10, 106:13–107:7, 107:10–108:9, 108:12–109:15 | R, 403 |
| 109:22-110:4 | I, 602,701 | 106:6–10, 106:13–107:7, 107:10–108:9, 108:12–109:15 | R, 403 |
| 110:11-110:13 | 602,701 | | |
| 110:15-111:3 | 602,701 | | |
| 111:6-111:13 | 602,701 | | |
| 113:4-113:8 | I, 602,701 | 113:9–114:2 | |
| 114:3-114:4 | I, 602,701 | 113:9–114:2 | |
| 114:6 | I, 602,701 | 113:9–114:2 | |
| 114:22-115:12 | I, 602, 701 | 114:7–14 | |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| 122:4-122:6 | I, 403, 602, 701 | 93:9–11, 116:3–14, 116:17–117:17, 118:15–120:12, 120:14–122:3 | R, 403 |
| 122:10-122:12 | I, 403, 602, 701 | 93:9–11, 116:3–14, 116:17–117:17, 118:15–120:12, 120:14–122:3 | R, 403 |
| 125:11-125:12 | 602 | | |
| 125:17-126:21 | 602 | | |
| 127:2-128:2 | 403, 602, 701 | | |
| 128:5-129:11 | 403, 602, 701 | | |
| 129:13-130:15 | 602, 701 | | |
| 132:22-133:1 | I, 602 | 133:19–134:9, 134:19–135:5, 135:8–16, 135:20–21 | I |
| 133:6-133:18 | I, 602 | 133:19–134:9, 134:19–135:5, 135:8–16, 135:20–21 | I |
| 134:10-134:17 | I, 602, 701 | 133:19–134:9, 134:19–135:5, 135:8–16, 135:20–21 | I |
| 136:2 | 602 | | |
| 136:4-136:15 | 602, 402, 403 | | |
| 137:7-137:9 | 602, 402, 403 | | |
| 137:15 | 602, 402, 403 | | |
| 138:3-138:4 | I, 602 | 138:18–17 | NS, I |
| 138:9-138:14 | I, 602 | 138:18–17 | NS, I |
| 138:18-138:19 | I, 602 | 139:2–5 | |
| 139:6-139:14 | 602 | | |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| 139:17-140:5 | I, 403, 602 | 140:10–12, 140:15–17 | |
| 140:8-140:9 | I, 403, 602 | 140:10–12, 140:15–17 | |
| 146:17-146:18 | I, 602 | 146:4–16 | R, 403 |
| 147:1-147:5 | I, 602 | 146:4–16 | R, 403 |
| 147:7-147:9 | I, 602 | 146:4–16 | R, 403 |
| 147:11-147:19 | I, 602 | 146:4–16 | R, 403 |
| 148:1-148:3 | | | |
| 148:7-148:9 | | | |
| 148:13-148:15 | | | |
| 148:19-148:21 | | | |
| 149:3-149:5 | | | |
| 149:10-149:16 | | | |
| 151:11-151:18 | 701 | | |
| 152:2-152:5 | | | |
| 160:8-160:11 | I, 602, 701 | 157:6–16, 177:6–178:12, 178:13–179:2, 192:3–180:11 | R, 403, NS, I |
| 160:16-160:19 | I, 602, 701 | 157:6–16, 177:6–178:12, 178:13–179:2, 192:3–180:11 | R, 403, NS, I |
| 161:16-161:18 | I, 602, 701 | 157:6–16, 177:6–178:12, 178:13–179:2, 192:3–180:11 | R, 403, NS, I |
| 161:21-161:22 | I, 602, 701 | 157:6–16, 177:6–178:12, 178:13–179:2, 192:3–180:11 | R, 403, NS, I |
| 162:2-162:3 | I, 602, 701 | 157:6–16, 177:6–178:12, 178:13–179:2, 192:3–180:11 | R, 403, NS, I |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| 163:5-163:6 | I, 602, 701 | 162:16–163:4, 177:6–178:12, 178:13–179:2, 192:3–180:11 | R, 403, NS, I |
| 163:10-163:11 | I, 602, 701 | 162:16–163:4, 177:6–178:12, 178:13–179:2, 192:3–180:11 | R, 403, NS, I |
| 164:1-164:5 | I | 177:6–178:12, 178:13–179:2, 192:3–180:11 | R, 403, NS, I |
| 164:14-164:16 | I, 602, 701 | 164:10–13, 177:6–178:12, 178:13–179:2, 192:3–180:11 | R, 403, NS, I |
| 181:16-181:18 | I, 402, 403 | 182:6–8 | |
| 181:21 | I, 402, 403 | 182:6–8 | |
| 182:1-182:5 | I, 402, 403 | 182:6–8 | |
| 183:10-183:11 | I, 402, 403 | 182:6–8 | |
| 183:16-183:21 | I, 402, 403 | 182:6–8 | |
| 185:19-185:22 | I, 402, 403, 602 | 182:6–8 | |
| 186:2-186:4 | I, 402, 403, 602 | 182:6–8 | |

**Deponent: Louis Licamele, Ph.D. (December 13, 2019)**

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| 12:4-12:7 | I | 12:11–13, 19:2–21:13, 22:4–24:15, 24:17–15, 25:5–26:8, 27:3–28:18, 28:20–21 | R, IC |
| 18:15-19:1 | I | 19:2–21:13, 22:4–24:15, 24:17–15, | R, IC |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 25:5–26:8, 27:3–28:18, 28:20–21 | |
| 30:2-30:3 | | | |
| 30:8-30:17 | | | |
| 39:6-39:14 | I | 38:18–39:1, 39:3–4 | IC |
| 54:10-54:19 | I | 53:6–54:2, 54:4–8 | IC |
| 68:6-68:20 | I, 701 | 66:13–15, 66:20–67:5, 67:7, 67:9–11, 68:21 | S, F, E, R, IC |
| 81:4-82:19 | | | |
| 87:14-87:22 | I | 88:10–89:12 | IC |
| 96:18-97:1 | | | |
| 100:9-100:10 | | | |
| 101:9-101:13 | I, 602 | 101:14–18, 101:20–22 | V, S |
| 102:22-104:12 | I, 602 | 101:14–18, 101:20–22 | V, IC |
| 112:16-113:4 | I, 602 | 111:6–16, 111:18–21 | |
| 115:13-116:2 | I, 602 | 111:6–16, 111:18–21, 117:2–4, 117:6–8 | V, NQP, IC |
| 116:5-116:21 | I, 602 | 111:6–16, 111:18–21, 117:2–4, 117:6–8 | V, NQP, IC |
| 119:2-121:14 | I, 602 | 123:3–16 | R, IC |
| 123:17-125:22 | I | 123:3–16 | R, IC |
| 135:17-135:18 | | | |
| 136:1-136:3 | | | |
| 136:10-137:22 | I, 602 | 138:20–139:10, 143:6–7, 143:9–10, 143:12–18, 171:13–172:9, 172:11–15 | IC, I, S, AF |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| 140:6-140:18 | I, 602 | 139:19–140:5, 143:6–7, 143:9–10, 143:12–18, 171:13–172:9, 172:11–15 | IC, I, S, AF |
| 141:6-142:15 | I, 602 | 138:20–139:10, 139:19–140:5, 142:16, 143:6–7, 143:9–10, 143:12–18, 171:13–172:9, 172:11–15 | IC, I, S, AF |
| 150:15-151:7 | I, 602 | 138:20–139:10, 139:19–140:5, 142:16, 143:6–7, 143:9–10, 143:12–18, 171:13–172:9, 172:11–15 | IC, I, S, AF |
| 158:7-160:16 | I, Colloquy | 157:5–13 | R, I, NQP, IC |
| 161:6-162:4 | I | 163:11–164:10, 164:12–15 | IC, I, S |
| 175:17-179:3 | I, 602, 701, Colloquy | 179:4–12, 179:14–20 | IC, I |
| 181:8-181:17 | | | |
| 220:16-221:3 | | | |
| 221:9-221:16 | | | |
| 221:21-222:5 | | | |
| 222:10-222:16 | | | |
| 222:21-223:5 | | | |
| 223:10-223:14 | | | |
| 223:18-223:20 | | | |
| 226:4-226:5 | | | |
| 228:6-228:8 | I, 602 | 138:20–139:10, 139:19–140:5, 142:16, 143:6–7, 143:9–10, 143:12– | IC, I, S, AF |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 18, 171:13–172:9, 172:11–15 | |
| 228:17-230:19 | I, 602 | 138:20–139:10, 139:19–140:5, 142:16, 143:6–7, 143:9–10, 143:12–18, 171:13–172:9, 172:11–15 | IC, I, S, AF |
| 231:12-231:22 | I, 602, Colloquy | 138:20–139:10, 139:19–140:5, 142:16, 143:6–7, 143:9–10, 143:12–18, 171:13–172:9, 172:11–15 | IC, I, S, AF |
| 232:2-233:14 | I, 602, Colloquy | 138:20–139:10, 139:19–140:5, 142:16, 143:6–7, 143:9–10, 143:12–18, 171:13–172:9, 172:11–15 | IC, I, S, AF |
| 233:21-234:3 | | | |
| 234-7-235:4 | 602 | | |
| 236:10-237:9 | 602 | | |
| 239:5-240:3 | I, 602, Colloquy | 107:5–109:19, 126:21–128:11, 237:6–9, 255:14–257:14 | R, IC, I, S, AF |
| 241:20-243:2 | I, 602 | 107:5–109:19, 126:21–128:11, 237:6–9, 255:14–257:14 | R, IC, I, S, AF |
| 243:11-245:14 | I, 602 | 107:5–109:19, 126:21–128:11, 237:6–9, 255:14–257:14 | R, IC, I, S, AF |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| 248:15-248:16 | I | 252:9–254:18, 245:20–257:14 | R, OBJ, NQP, I, IC |
| 248:21-250:4 | I | 252:9–254:18, 245:20–257:14 | R, OBJ, NQP, I, IC |
| 251:7-252:8 | I | 252:9–254:18, 245:20–257:14 | R, OBJ, NQP, I, IC |

## Deponent: Ravi Pandrapragada, Ph.D. (December 11, 2019)

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| 10:15-10:17 | | | |
| 11:18-11:21 | I | | |
| 12:11-12:20 | I, 602, 701 | 12:21-13:1 | I, V, 701 |
| 13:2-13:14 | I, 602, 701 | 13:15-22 | R, 701 |
| 14:1-15:9 | I, 602, 701 | 15:10-16:3 | 701, IC |
| 18:7-19:11 | I, 602, 701 | 19:12-18, 19:20-20:3 | I, 701, IC |
| 20:4-22:2 | I, 602, 701 | | |
| 22:10-23:9 | 602, 701 | | |
| 24:2-25:5 | NQP, I | 25:20-26:19 | R |
| 27:7-27:8 | I, 402 | 27:3-6, 27:9-11, 27:14-16, 28:1-7 | R, IC |
| 27:12-27:13 | I, 402 | | |
| 27:17-27:22 | I, 402 | | |
| 28:8-28:13 | I, 602, 701 | 28:14-29:6 | R, IC |
| 29:7-30:16 | I, 602, 701 | 31:5-32:6, 32:8-33:8, 33:18-34:9 | R, H, IC |
| 34:10-35:19 | I, 602, 701 | 35:20-36:8 | 701, R, IC |
| 36:9-37:6 | I, 602, 701 | 37:7-11 | I, V, 701, R |
| 37:16-37:19 | I, 602, 701 | 37:20-38:3 | I, V, 701, R |
| 38:4-38:22 | I, 602, 701 | 39:2-22 | I, 701, R, IC |
| 40:1-40:11 | I, 602, 701 | 40:12-22 | 701, R, IC |
| 41:1-41:3 | I, 602, 701 | 41:4-9 | R, IC |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| 41:10-41:12 | I, 602, 701 | 41:13-19 | R, IC, AF, F, S |
| 42:8-43:15 | I, 602, 701 | 43:16-44:7 | R, IC, AF, S |
| 44:12-44:18 | I, 602, 701 | 44:19-45:11 | R, V, IC, S, AF |
| 45:12-45:20 | I, 602, 701 | 45:21-46:6, 46:8-47:5 | 701, V, R, IC |
| 47:6-48:21 | I, 602, 701 | 48:22-49:21 | V, R, IC, AF, S |
| 49:22-51:12 | I, 602, 701 | | |
| 51:15-51:18 | I, 602, 701 | 51:20-52:4 | V, S, H |
| 52:8-52:13 | I, 602, 701 | 52:14-53:14, 53:16-20 | I, R, NQP, IC |
| 54:10-54:15 | I, 602, 701 | 54:16-55:15, 55:17-21, 56:1-13, 56:15-22 | V, R, 701, IC, AF, S |
| 57:1-57:4 | I, 602, 701 | 57:5-13 | V, R, 701, IC, AF, S |
| 57:14-57:18 | I, 602, 701 | | |
| 57:20-58:7 | I, 602, 701 | | |
| 58:9-59:4 | I, 602, 701 | 59:11, 59:14-17 | I, V, 701, IC, NQP |
| 60:2-60:20 | I, 602, 701 | | |
| 61:1-61:9 | I, 602, 701 | | |
| 61:11-62:1 | I, 602, 701 | | |
| 62:4-62:5 | I, 602, 701 | | |
| 62:11-63:13 | I, 602, 701 | 63:14-19 | I, R, 701 |
| 63:20-64:16 | I, 602, 701 | 64:17-65:8 | I, R, 701, H, IC, AF, S |
| 65:12-66:21 | I, 602, 701 | | |
| 67:1-67:7 | I, 602, 701 | | |
| 67:10-68:7 | I, 602, 701 | 68:8-70:13 | I (needs at least 70:14-71:8), R, 701, H |
| 70:20-71:20 | I, 602, 701 | | |
| 72:7-73:3 | I, 602, 701 | 73:4-74:10 | I, R, 701, H |
| 74:11-75:7 | I, 602, 701 | 75:8-20 | R, 701, H |
| 75:21-76:10 | I, 602, 701 | 76:11-78:7 | R, 701 |
| 78:8-78:17 | I, 602, 701 | | |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| 79:10—79:16 | I, 602, 701 | 79:17-80:10, 81:6-15, 81:17-84:3, 84:5-20 | I, R, 701, IC |
| 86:10-86:18 | I, 602, 701 | 87:2-88:16 | R, 701, IC, I |
| 88:17-89:6 | I, 602, 701 | | |
| 93:14-95:2 | I, 602, 701 | | |
| 95:6-96:9 | I, 602, 701 | 95:10-96:7 | I, IC |
| 96:16-96:20 | I, 602, 701 | | |
| 96:22-98:7 | I, 602, 701 | | |
| 98:9 | I, 602, 701 | | |
| 98:11-100:11 | I, 602, 701 | 100:12-16 | I, R, IC |
| 101:4-101:6 | | | |
| 101:9-102:3 | I, 602, 701 | | |
| 102-11-102:13 | I, 602, 701 | | |
| 102:15-102:17 | I, 602, 701 | 102:18-103:2 | I, R, V, S, IC |
| 103:4-103:10 | I, 602, 701 | 103:13-17 | I, R, IC |
| 103:18-104:10 | I, 602, 701 | 104:11-105:4, 108:14-109:10 | I (needs at least 109:15-19), V, 403, 701, IC, AF, S |
| 109:11-109:17 | I, 602, 701 | 109:18-110:3 | I, R, 701 |
| 110:4-110:17 | I, 602, 701 | 110:18-111:2 | I, R |
| 111:3-111:7 | I, 602, 701 | | |
| 111:16-112:15 | I, 602, 701 | 112:16-113:20 | R, H, 403, 701, IC, NQP, withdrawn question |
| 113:21-114:16 | I, 602, 701 | 114:17-115:4, 115:7-17, 115:20-116:22, 117:7-118:9, 119:2-120:3, 120:10-121:14 | I, R, H, 403, 701, IC |
| 121:19-122:5 | I, 602, 701 | 122:6, 122:12-123:1 | I, R, NA, NQP, 701 |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| 123:2-124:15 | I, 602, 701 | 124:16-22, 125:4-127:17, 127:20-128:4, 129:5-11, 130:15-131:12, 131:15-132:18 | I, R, NQP, 701, IC |
| 132:19-133:4 | I, 602, 701 | 133:5-15, 133:18-135:1, 135:4-18, 135:21-136:16, 137:1-138:2 | I, 701, R, 403, IC |
| 138:3-138:17 | I, 602, 701 | | |
| 139:4-140:3 | I, 602, 701 | 140:4-8, 141:5-18 | I, R, 701, 403 |
| 142:3-142:12 | I, 602, 701 | 142:13-143:4 | I, R, 701, H, 403 |
| 143:5-144:3 | I, 602, 701 | 144:4-10 | I, R, 701, 403 |

**Deponent: Deepak Phadke, Ph.D. (November 15, 2019)**

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| 18:1-18:3 | | 18:7-18:9 | |
| 21:13-22:6 | | | |
| 35:6-35:8 | I | 31:19-33:1, 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 35:10-35:11 | I | 31:19-33:1, 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 35:13-36:6 | I | 31:19-33:1, 342:8-343:4, 343:7-8, 343:10-344:11, | |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 344:14-346:10, 346:12-348:5 | |
| 36:8-36:12 | I | 31:19-33:1, 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 36:14-36:18 | I | 31:19-33:1, 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 36:20 | I | 31:19-33:1, 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 36:22-37:5 | I | 31:19-33:1, 37:10-11, 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 37:7-37:8 | I | 37:4-5, 37:10-37:11 | |
| 39:2-39:11 | I | 31:22-33:1, 38:12-39:1, 39:12-18, 40:3-18, 41:1-42:1, 50:14-18, 1:7-52:4 | |
| 43:2-44:15 | I | 226:6-9, 226:22-227:14, 227:17-18, 266:21, 267:1-6, 267:8-9, 295:12-14, 295:17-22 | |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| 45:11-45:14 | I | 226:6-9, 226:22-227:14, 227:17-18, 266:21, 267:1-6, 267:8-9, 295:12-14, 295:17-22 | |
| 45:16-46:1 | I | 226:6-9, 226:22-227:14, 227:17-18, 266:21, 267:1-6, 267:8-9, 295:12-14, 295:17-22 | |
| 46:3-46:5 | I | 226:6-9, 226:22-227:14, 227:17-18, 266:21, 267:1-6, 267:8-9, 295:12-14, 295:17-22 | |
| 46:7 | I | 226:6-9, 226:22-227:14, 227:17-18, 266:21, 267:1-6, 267:8-9, 295:12-14, 295:17-22 | |
| 46:9-46:10 | I | 46:12-46:13, 226:6-9, 226:22-227:14, 227:17-18, 266:21, 267:1-6, 267:8-9, 295:12-14, 295:17-22 | |
| 46:12-13 | | | 46:12-13 was unintentionally omitted from Def's dep des. |
| 46:15-46:21 | I | 226:6-9, 226:22-227:14, 227:17-18, 266:21, 267:1-6, 267:8-9, 295:12-14, 295:17-22 | |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| 47:1 | I | 226:6-9, 226:22-227:14, 227:17-18, 266:21, 267:1-6, 267:8-9, 295:12-14, 295:17-22 | |
| 47:13-47:18 | I | 31:22-33:1, 38:12-39:1, 39:12-18, 40:3-18, 41:1-42:1, 50:14-18, 51:7-52:4 | |
| 47:21 | I | 31:22-33:1, 38:12-39:1, 39:12-18, 40:3-18, 41:1-42:1, 50:14-18, 51:7-52:4 | |
| 48:2-48:5 | I | 31:22-33:1, 38:12-39:1, 39:12-18, 40:3-18, 41:1-42:1, 50:14-18, 51:7-52:4 | |
| 48:7 | I | 31:22-33:1, 38:12-39:1, 39:12-18, 40:3-18, 41:1-42:1, 50:14-18, 51:7-52:4 | |
| 53:15-54:2 | I | 31:19-33:1, 54:3-4, 54:6-7, 5:2-12, 5:17-56:5, 129:11-12, 129:15-130:3, 130:18-20, 130:22-131:5, 131:13-15, 131:17-19, 149:19-20, 150:2-9, 226:6-9, 226:22-227:14, 227:17-18 | |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| 54:9-54:15 | I | 31:19-33:1, 54:3-4, 54:6-7, 5:2-12, 5:17-56:5, 129:11-12, 129:15-130:3, 130:18-20, 130:22-131:5, 131:13-15, 131:17-19, 149:19-20, 150:2-9, 226:6-9, 226:22-227:14, 227:17-18 | |
| 54:17-54:19 | I | 31:19-33:1, 54:3-4, 54:6-7, 5:2-12, 5:17-56:5, 129:11-12, 129:15-130:3, 130:18-20, 130:22-131:5, 131:13-15, 131:17-19, 149:19-20, 150:2-9, 226:6-9, 226:22-227:14, 227:17-18 | |
| 54:21-55:1 | I | 31:19-33:1, 54:3-4, 54:6-7, 5:2-12, 5:17-56:5, 129:11-12, 129:15-130:3, 130:18-20, 130:22-131:5, 131:13-15, 131:17-19, 149:19-20, 150:2-9, 226:6-9, 226:22-227:14, 227:17-18 | |
| 57:15-58:5 | | | |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| 65:4-65:6 | I | | |
| 65:8-65:18 | I | | |
| 66:9-66:10 | I | 68:8-17, 68:22-69:2, 69:4-16, 70:14-15, 70:17-19, 71:4-9, 71:11-19, 72:20-73:4, 73:7, 73:14-17, 73:19-74:6, 74:8-12, 87:2-11, 87:13-14, 87:19-88:11, 197:9, 197:11-15 | |
| 66:15-66:22 | I | 68:8-17, 68:22-69:2, 69:4-16, 70:14-15, 70:17-19, 71:4-9, 71:11-19, 72:20-73:4, 73:7, 73:14-17, 73:19-74:6, 74:8-12, 87:2-11, 87:13-14, 87:19-88:11, 197:9, 197:11-15 | |
| 67:5-67:16 | I | 68:8-17, 68:22-69:2, 69:4-16, 70:14-15, 70:17-19, 71:4-9, 71:11-19, 72:20-73:4, 73:7, 73:14-17, 73:19-74:6, 74:8-12, 87:2-11, 87:13-14, 87:19-88:11, 197:9, 197:11-15 | |
| 68:2-68:4 | I | 68:8-17, 68:22-69:2, 69:4-16, | |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 70:14-15, 70:17-19, 71:4-9, 71:11-19, 72:20-73:4, 73:7, 73:14-17, 73:19-74:6, 74:8-12, 87:2-11, 87:13-14, 87:19-88:11, 197:9, 197:11-15 | |
| 68:6 | I | 68:8-17, 68:22-69:2, 69:4-16, 70:14-15, 70:17-19, 71:4-9, 71:11-19, 72:20-73:4, 73:7, 73:14-17, 73:19-74:6, 74:8-12, 87:2-11, 87:13-14, 87:19-88:11, 197:9, 197:11-15 | |
| 72:10-72:19 | I | 68:8-17, 68:22-69:2, 69:4-16, 70:14-15, 70:17-19, 71:4-9, 71:11-19, 72:20-73:4, 73:7, 73:14-17, 73:19-74:6, 74:8-12, 87:2-11, 87:13-14, 87:19-88:11, 197:9, 197:11-15 | |
| 74:14-75:5 | I | 68:8-17, 68:22-69:2, 69:4-16, 70:14-15, 70:17-19, 71:4-9, 71:11-19, 72:20-73:4, 73:7, 73:14-17, | |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 73:19-74:6, 74:8-12, 87:2-11, 87:13-14, 87:19-88:11, 197:9, 197:11-15 | |
| 75:7 | I | 68:8-17, 68:22-69:2, 69:4-16, 70:14-15, 70:17-19, 71:4-9, 71:11-19, 72:20-73:4, 73:7, 73:14-17, 73:19-74:6, 74:8-12, 87:2-11, 87:13-14, 87:19-88:11, 197:9, 197:11-15 | |
| 75:9-76:2 | I | 68:8-17, 68:22-69:2, 69:4-16, 70:14-15, 70:17-19, 71:4-9, 71:11-19, 72:20-73:4, 73:7, 73:14-17, 73:19-74:6, 74:8-12, 87:2-11, 87:13-14, 87:19-88:11, 197:9, 197:11-15 | |
| 76:5-76:7 | I | 68:8-17, 68:22-69:2, 69:4-16, 70:14-15, 70:17-19, 71:4-9, 71:11-19, 72:20-73:4, 73:7, 73:14-17, 73:19-74:6, 74:8-12, 87:2-11, 87:13-14, 87:19- | |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 88:11, 197:9, 197:11-15 | |
| 76:12-76:14 | I | 68:8-17, 68:22-69:2, 69:4-16, 70:14-15, 70:17-19, 71:4-9, 71:11-19, 72:20-73:4, 73:7, 73:14-17, 73:19-74:6, 74:8-12, 87:2-11, 87:13-14, 87:19-88:11, 197:9, 197:11-15 | |
| 76:17-76:19 | I | 68:8-17, 68:22-69:2, 69:4-16, 70:14-15, 70:17-19, 71:4-9, 71:11-19, 72:20-73:4, 73:7, 73:14-17, 73:19-74:6, 74:8-12, 87:2-11, 87:13-14, 87:19-88:11, 197:9, 197:11-15 | |
| 76:21 | I | 68:8-17, 68:22-69:2, 69:4-16, 70:14-15, 70:17-19, 71:4-9, 71:11-19, 72:20-73:4, 73:7, 73:14-17, 73:19-74:6, 74:8-12, 87:2-11, 87:13-14, 87:19-88:11, 197:9, 197:11-15 | |
| 77:2-77:19 | I | 68:8-17, 68:22-69:2, 69:4-16, | |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 70:14-15, 70:17-19, 71:4-9, 71:11-19, 72:20-73:4, 73:7, 73:14-17, 73:19-74:6, 74:8-12, 87:2-11, 87:13-14, 87:19-88:11, 197:9, 197:11-15 | |
| 77:21 | I | 68:8-17, 68:22-69:2, 69:4-16, 70:14-15, 70:17-19, 71:4-9, 71:11-19, 72:20-73:4, 73:7, 73:14-17, 73:19-74:6, 74:8-12, 87:2-11, 87:13-14, 87:19-88:11, 197:9, 197:11-15 | |
| 78:1-78:3 | I | 68:8-17, 68:22-69:2, 69:4-16, 70:14-15, 70:17-19, 71:4-9, 71:11-19, 72:20-73:4, 73:7, 73:14-17, 73:19-74:6, 74:8-12, 87:2-11, 87:13-14, 87:19-88:11, 197:9, 197:11-15 | |
| 78:5-78:13 | I | 68:8-17, 68:22-69:2, 69:4-16, 70:14-15, 70:17-19, 71:4-9, 71:11-19, 72:20-73:4, 73:7, 73:14-17, | |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 73:19-74:6, 74:8-12, 87:2-11, 87:13-14, 87:19-88:11, 197:9, 197:11-15 | |
| 78:15-78:19 | I | 68:8-17, 68:22-69:2, 69:4-16, 70:14-15, 70:17-19, 71:4-9, 71:11-19, 72:20-73:4, 73:7, 73:14-17, 73:19-74:6, 74:8-12, 87:2-11, 87:13-14, 87:19-88:11, 197:9, 197:11-15 | |
| 78:21-79:3 | I | 68:8-17, 68:22-69:2, 69:4-16, 70:14-15, 70:17-19, 71:4-9, 71:11-19, 72:20-73:4, 73:7, 73:14-17, 73:19-74:6, 74:8-12, 87:2-11, 87:13-14, 87:19-88:11, 197:9, 197:11-15 | |
| 79:5-79:10 | I | 68:8-17, 68:22-69:2, 69:4-16, 70:14-15, 70:17-19, 71:4-9, 71:11-19, 72:20-73:4, 73:7, 73:14-17, 73:19-74:6, 74:8-12, 87:2-11, 87:13-14, 87:19- | |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 88:11, 197:9, 197:11-15 | |
| 79:13-79:20 | I | 68:8-17, 68:22-69:2, 69:4-16, 70:14-15, 70:17-19, 71:4-9, 71:11-19, 72:20-73:4, 73:7, 73:14-17, 73:19-74:6, 74:8-12, 87:2-11, 87:13-14, 87:19-88:11, 197:9, 197:11-15 | |
| 80:1-3 | I | 68:8-17, 68:22-69:2, 69:4-16, 70:14-15, 70:17-19, 71:4-9, 71:11-19, 72:20-73:4, 73:7, 73:14-17, 73:19-74:6, 74:8-12, 87:2-11, 87:13-14, 87:19-88:11, 197:9, 197:11-15 | |
| 81:2-81:10 | I | 82:8-9, 82:12-20, 83:7-16, 84:21-85:5, 85:7-9 | |
| 81:13-81:14 | I | 82:8-9, 82:12-20, 83:7-16, 84:21-85:5, 85:7-9 | |
| 81:20-82:2 | I | 82:8-9, 82:12-20, 83:7-16, 84:21-85:5, 85:7-9 | |
| 82:5-82:6 | I | 82:8-82:9, 82:12-82:20, 83:7-83:16, 84:21-85:5, 85:7- | |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
|  |  | 9, 87:2-87:11, 87:13-87:14, 87:19-88:11, 197:9, 197:11-15 |  |
| 89:8-89:10 | I | 68:8-17, 68:22-69:2, 69:4-16, 70:14-15, 70:17-19, 71:4-9, 71:11-19, 72:20-73:4, 73:7, 73:14-17, 73:19-74:6, 74:8-12, 87:2-11, 87:13-14, 87:19-88:11, 197:9, 197:11-15 |  |
| 89:12-89:13 | I | 68:8-17, 68:22-69:2, 69:4-16, 70:14-15, 70:17-19, 71:4-9, 71:11-19, 72:20-73:4, 73:7, 73:14-17, 73:19-74:6, 74:8-12, 87:2-11, 87:13-14, 87:19-88:11, 197:9, 197:11-15 |  |
| 89:15-89:17 | I | 68:8-17, 68:22-69:2, 69:4-16, 70:14-15, 70:17-19, 71:4-9, 71:11-19, 72:20-73:4, 73:7, 73:14-17, 73:19-74:6, 74:8-12, 87:2-11, 87:13-14, 87:19-88:11, 197:9, 197:11-15 |  |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| 89:20-90:9 | I | 68:8-17, 68:22-69:2, 69:4-16, 70:14-15, 70:17-19, 71:4-9, 71:11-19, 72:20-73:4, 73:7, 73:14-17, 73:19-74:6, 74:8-12, 87:2-11, 87:13-14, 87:19-88:11, 197:9, 197:11-15 | |
| 90:11-90:14 | I | 68:8-17, 68:22-69:2, 69:4-16, 70:14-15, 70:17-19, 71:4-9, 71:11-19, 72:20-73:4, 73:7, 73:14-17, 73:19-74:6, 74:8-12, 87:2-11, 87:13-14, 87:19-88:11, 197:9, 197:11-15 | |
| 90:17-90:20 | I | 68:8-17, 68:22-69:2, 69:4-16, 70:14-15, 70:17-19, 71:4-9, 71:11-19, 72:20-73:4, 73:7, 73:14-17, 73:19-74:6, 74:8-12, 87:2-11, 87:13-14, 87:19-88:11, 197:9, 197:11-15 | |
| 91:1 | I | 68:8-17, 68:22-69:2, 69:4-16, 70:14-15, 70:17-19, 71:4-9, 71:11- | |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 19, 72:20-73:4, 73:7, 73:14-17, 73:19-74:6, 74:8-12, 87:2-11, 87:13-14, 87:19-88:11, 197:9, 197:11-15 | |
| 91:5-91:6 | I | 68:8-17, 68:22-69:2, 69:4-16, 70:14-15, 70:17-19, 71:4-9, 71:11-19, 72:20-73:4, 73:7, 73:14-17, 73:19-74:6, 74:8-12, 87:2-11, 87:13-14, 87:19-88:11, 197:9, 197:11-15 | |
| 91:8-91:11 | I | 68:8-17, 68:22-69:2, 69:4-16, 70:14-15, 70:17-19, 71:4-9, 71:11-19, 72:20-73:4, 73:7, 73:14-17, 73:19-74:6, 74:8-12, 87:2-11, 87:13-14, 87:19-88:11, 197:9, 197:11-15 | |
| 91:16-92:14 | I | 37:10-11, 52:10-12, 2:14-15, 57:2-9, 57:11-13, 61:3-4, 61:6-13, 61:15, 73:14-17, 73:19-74:6, 74:8-12, 97:12-98:19, 98:22-99:3, | I (Testimony @ 193:-10 does not include Question @ 193:15-19. Please confirm this should be included in P's counters). Defs |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 100:22-101:1, 101:3-13, 102:5-7, 102:10-17, 114:13-20, 115:1-8, 115:10, 129:11-12, 129:15-130:3, 131:13-15, 131:17-19:132:1-14, 147:21-148:1, 148:3-7, 173:13-15, 173:17, ==193:-10==, 195:8-11, 195:14-18, 197:9, 197:11-15, 197:20-198:14, 198:18-19, ==199:-6,== 199:8-11, 200:10, 200:12-18, 201:5-8, 201:11-20, 201:22-202:7, 203:6-7, 203:9-10, 224:10-12, 224:15, 224:19-225:2, ==225:-12==, 22:14, 226:6-9, 226:22-227:14, 227:17-18, 235:8-10, 235:13-18, 289:11-12, 289:14, 189:20-290:3, 295:12-14, 295:17-22, 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | reserve the right to include objections to other incomplete designations (highlighted in yellow) once they are corrected. This objection is incorporated by reference in all other locations where the same incomplete designations are made. |
| 92:16-93:10 | I | 37:10-11, 52:10-12, 2:14-15, 57:2- | I (Testimony @ 193:-10 does not |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 9, 57:11-13, 61:3-4, 61:6-13, 61:15, 73:14-17, 73:19-74:6, 74:8-12, 97:12-98:19, 98:22-99:3, 100:22-101:1, 101:3-13, 102:5-7, 102:10-17, 114:13-20, 115:1-8, 115:10, 129:11-12, 129:15-130:3, 131:13-15, 131:17-19:132:1-14, 147:21-148:1, 148:3-7, 173:13-15, 173:17, 193:-10, 195:8-11, 195:14-18, 197:9, 197:11-15, 197:20-198:14, 198:18-19, 199:-6, 199:8-11, 200:10, 200:12-18, 202:5-8, 201:11-20, 201:22-202:7, 203:6-7, 203:9-10, 224:10-12, 224:15, 224:19-225:2, 225:-12, 22:14, 226:6-9, 226:22-227:14, 227:17-18, 235:8-10, 235:13-18, 289:11-12, 289:14, 189:20-290:3, 295:12-14, 295:17-22, 342:8- | include Question @ 193:15-19. Please confirm this should be included in P's counters). |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 93:14-94:6 | I | 37:10-11, 52:10-12, 2:14-15, 57:2-9, 57:11-13, 61:3-4, 61:6-13, 61:15, 73:14-17, 73:19-74:6, 74:8-12, 97:12-98:19, 98:22-99:3, 100:22-101:1, 101:3-13, 102:5-7, 102:10-17, 114:13-20, 115:1-8, 115:10, 129:11-12, 129:15-130:3, 131:13-15, 131:17-19:132:1-14, 147:21-148:1, 148:3-7, 173:13-15, 173:17, 193:-10, 195:8-11, 195:14-18, 197:9, 197:11-15, 197:20-198:14, 198:18-19, 199:-6, 199:8-11, 200:10, 200:12-18, 202:5-8, 201:11-20, 201:22-202:7, 203:6-7, 203:9-10, 224:10-12, 224:15, 224:19-225:2, 225:-12, 22:14, 226:6-9, 226:22- | I (does not include answer @ 132:1-14); I (Testimony @ 193:-10 does not include Question @ 193:15-19. Please confirm this should be included in P's counters); I (Testimony @ 199:-6 is also an incomplete citation). See also typo @202:5-8. Please correct throughout. |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 227:14, 227:17-18, 235:8-10, 235:13-18, 289:11-12, 289:14, 189:20-290:3, 295:12-14, 295:17-22, 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 94:8-94:17 | I | 37:10-11, 52:10-12, 2:14-15, 57:2-9, 57:11-13, 61:3-4, 61:6-13, 61:15, 73:14-17, 73:19-74:6, 74:8-12, 97:12-98:19, 98:22-99:3, 100:22-101:1, 101:3-13, 102:5-7, 102:10-17, 114:13-20, 115:1-8, 115:10, 129:11-12, 129:15-130:3, 131:13-15, 131:17-19:132:1-14, 147:21-148:1, 148:3-7, 173:13-15, 173:17, 193:-10, 195:8-11, 195:14-18, 197:9, 197:11-15, 197:20-198:14, 198:18-19, 199:-6, 199:8-11, 200:10, 200:12-18, 202:5-8, 201:11-20, | I (Testimony @ 193:-10 does not include Question @ 193:15-19. Please confirm this should be included in P's counters). |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 201:22-202:7, 203:6-7, 203:9-10, 224:10-12, 224:15, 224:19-225:2, 225:-12, 22:14, 226:6-9, 226:22-227:14, 227:17-18, 235:8-10, 235:13-18, 289:11-12, 289:14, 189:20-290:3, 295:12-14, 295:17-22, 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 94:20-94:22 | I | | |
| 95:2-95:3 | I | | |
| 95:6-95:12 | I | | |
| 95:14-95:22 | I | | |
| 96:9-96:15 | I | | |
| 96:17-96:20 | I | | |
| 96:22 | I | | |
| 109:18-110:2 | I | 37:10-11, 52:10-12, 2:14-15, 57:2-9, 57:11-13, 61:3-4, 61:6-13, 61:15, 73:14-17, 73:19-74:6, 74:8-12, 97:12-98:19, 98:22-99:3, 100:22-101:1, 101:3-13, 102:5-7, 102:10-17, 114:13-20, 115:1-8, 115:10, 129:11- | I (Testimony @ 193:-10 does not include Question @ 193:15-19. Please confirm this should be included in P's counters). |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 12, 129:15-130:3, 131:13-15, 131:17-19:132:1-14, 147:21-148:1, 148:3-7, 173:13-15, 173:17, 193:-10, 195:8-11, 195:14-18, 197:9, 197:11-15, 197:20-198:14, 198:18-19, 199:-6, 199:8-11, 200:10, 200:12-18, 202:5-8, 201:11-20, 201:22-202:7, 203:6-7, 203:9-10, 224:10-12, 224:15, 224:19-225:2, 225:-12, 22:14, 226:6-9, 226:22-227:14, 227:17-18, 235:8-10, 235:13-18, 289:11-12, 289:14, 189:20-290:3, 295:12-14, 295:17-22, 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 110:12-110:16 | I | 111:4-111:6 | |
| 110:18-110:19 | I | 111:4-111:6 | |
| 111:11-111:16 | I | 37:10-11, 52:10-12, 2:14-15, 57:2-9, 57:11-13, 61:3-4, 61:6-13, 61:15, 73:14-17, 73:19- | I (Testimony @ 193:-10 does not include Question @ 193:15-19. Please confirm |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 74:6, 74:8-12, 97:12-98:19, 98:22-99:3, 100:22-101:1, 101:3-13, 102:5-7, 102:10-17, 114:13-20, 115:1-8, 115:10, 129:11-12, 129:15-130:3, 131:13-15, 131:17-19:132:1-14, 147:21-148:1, 148:3-7, 173:13-15, 173:17, 193:-10, 195:8-11, 195:14-18, 197:9, 197:11-15, 197:20-198:14, 198:18-19, 199:-6, 199:8-11, 200:10, 200:12-18, 202:5-8, 201:11-20, 201:22-202:7, 203:6-7, 203:9-10, 224:10-12, 224:15, 224:19-225:2, 225:-12, 22:14, 226:6-9, 226:22-227:14, 227:17-18, 235:8-10, 235:13-18, 289:11-12, 289:14, 189:20-290:3, 295:12-14, 295:17-22, 342:8-343:4, 343:7-8, 343:10-344:11, | this should be included in P's counters). |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 344:14-346:10, 346:12-348:5 | |
| 111:19-112:8 | I | 37:10-11, 52:10-12, 2:14-15, 57:2-9, 57:11-13, 61:3-4, 61:6-13, 61:15, 73:14-17, 73:19-74:6, 74:8-12, 97:12-98:19, 98:22-99:3, 100:22-101:1, 101:3-13, 102:5-7, 102:10-17, 114:13-20, 115:1-8, 115:10, 129:11-12, 129:15-130:3, 131:13-15, 131:17-19:132:1-14, 147:21-148:1, 148:3-7, 173:13-15, 173:17, 193:-10, 195:8-11, 195:14-18, 197:9, 197:11-15, 197:20-198:14, 198:18-19, 199:-6, 199:8-11, 200:10, 200:12-18, 202:5-8, 201:11-20, 201:22-202:7, 203:6-7, 203:9-10, 224:10-12, 224:15, 224:19-225:2, 225:-12, 22:14, 226:6-9, 226:22-227:14, 227:17-18, 235:8-10, 235:13- | I (Testimony @ 193:-10 does not include Question @ 193:15-19. Please confirm this should be included in P's counters). |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 18, 289:11-12, 289:14, 189:20-290:3, 295:12-14, 295:17-22, 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 112:11-112:16 | I | 37:10-11, 52:10-12, 2:14-15, 57:2-9, 57:11-13, 61:3-4, 61:6-13, 61:15, 73:14-17, 73:19-74:6, 74:8-12, 97:12-98:19, 98:22-99:3, 100:22-101:1, 101:3-13, 102:5-7, 102:10-17, 114:13-20, 115:1-8, 115:10, 129:11-12, 129:15-130:3, 131:13-15, 131:17-19:132:1-14, 147:21-148:1, 148:3-7, 173:13-15, 173:17, 193:-10, 195:8-11, 195:14-18, 197:9, 197:11-15, 197:20-198:14, 198:18-19, 199:-6, 199:8-11, 200:10, 200:12-18, 202:5-8, 201:11-20, 201:22-202:7, 203:6-7, 203:9-10, | I (Testimony @ 193:-10 does not include Question @ 193:15-19. Please confirm this should be included in P's counters). |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 224:10-12, 224:15, 224:19-225:2, 225:-12, 22:14, 226:6-9, 226:22-227:14, 227:17-18, 235:8-10, 235:13-18, 289:11-12, 289:14, 189:20-290:3, 295:12-14, 295:17-22, 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 112:18 | I | | |
| 112:21-112:22 | I | | |
| 113:2-113:11 | I | | |
| 113:13 | I | | |
| 113:15-114:3 | I | | |
| 114:5-114:12 | I | | |
| 115:12-115:13 | I | | |
| 115:16-115:22 | I | | |
| 116:2-116:11 | I | 116:17-116:20, 116:22 | |
| 116:13-116:15 | I | 116:17-116:20, 116:22 | |
| 118:7-118:9 | I | | |
| 118:11-118:13 | I | | |
| 125:20-126:8 | I | 134:3-5 | |
| 127:13-127:14 | I | 126:13-18, 129:11-12, 129:15-130:3, 130:18-20, 130:22-131:5, 131:8-11, 131:13-15, 131:17-19, | Please correct the typo 195-14 throughout. |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 132:1-14, 134:3-5, 195:8-11, 195:14-18 | |
| 127:17 | I | 126:13-18, 129:11-12, 129:15-130:3, 130:18-20, 130:22-131:5, 131:8-11, 131:13-15, 131:17-19, 132:1-14, 134:3-5, 195:8-11, 195:14-18 | |
| 127:19-127:22 | I | 126:13-18, 129:11-12, 129:15-130:3, 130:18-20, 130:22-131:5, 131:8-11, 131:13-15, 131:17-19, 132:1-14, 134:3-5, 195:8-11, 195:14-18 | |
| 128:2-128:5 | I | 126:13-18, 129:11-12, 129:15-130:3, 130:18-20, 130:22-131:5, 131:8-11, 131:13-15, 131:17-19, 132:1-14, 134:3-5, 195:8-11, 195:14-18 | |
| 128:11-128:18 | I | 126:13-18, 129:11-12, 129:15-130:3, 130:18-20, | |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 130:22-131:5, 131:8-11, 131:13-15, 131:17-19, 132:1-14, 134:3-5, 195:8-11, 195-14-18 | |
| 128:20-129:2 | I | 126:13-18, 129:11-12, 129:15-130:3, 130:18-20, 130:22-131:5, 131:8-11, 131:13-15, 131:17-19, 132:1-14, 134:3-5, 195:8-11, 195-14-18 | |
| 134:14-134:22 | I | | |
| 135:2-135:3 | I | | |
| 135:5-135:21 | I | | |
| 136:22-137:14 | I | | |
| 137:16-138:4 | I | 68:8-17, 68:22-69:2, 69:4-16, 70:14-15, 70:17-19, 71:4-9, 71:11-19, 72:20-73:4, 73:7, 73:14-17, 73:19-74:6, 74:8-12, 87:2-11, 87:13-14, 87:19-88:11, 197:9, 197:11-15 | |
| 138:7-138:17 | I | 68:8-17, 68:22-69:2, 69:4-16, 70:14-15, 70:17-19, 71:4-9, 71:11-19, 72:20-73:4, | |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 73:7, 73:14-17, 73:19-74:6, 74:8-12, 87:2-11, 87:13-14, 87:19-88:11, 197:9, 197:11-15 | |
| 138:21 | I | | |
| 139:2-139:6 | I | | |
| 139:8-139:12 | I | | |
| 139:15-139:21 | I | | |
| 140:1-140:5 | I | 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 140:8-140:9 | I | 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 140:17-140:21 | I, 402, 403, 602 | 140:22-141:4, 143:11-12, 143:15-144:11, 144:14-144:15 | |
| 145:1-145:7 | I, 402, 403, 602 | 140:22-141:4, 143:11-12, 143:15-144:11, 144:14-144:15 | |
| 145:20-146:15 | I, 402, 403, 602 | 140:22-141:4, 143:11-12, 143:15-144:11, 144:14-144:15, 342:8-343:4, 343:7-8, 343:10-344:11, 344:14- | |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 346:10, 346:12-348:5 | |
| 147:1-147:3 | I | 147:21-148:1, 148:3-7, 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 147:14-147:15 | I | 147:21-148:1, 148:3-7, 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 147:17-147:19 | I | 147:21-148:1, 148:3-7, 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 148:21-149:4 | I | 152:4-7 | |
| 149:16-149:18 | I | 31:22-33:1, 38:12-39:1, 39:12-18, 40:3-18, 41:1-42:1, 50:14-18, 51:7-52:4, 149:19-20, 150:2-9, 152:4-7 | |
| 150:10-150:15 | I | 31:22-33:1, 38:12-39:1, 39:12-18, 40:3-18, 41:1-42:1, 50:14-18, 51:7-52:4, 149:19-20, 150:2-150:9, 152:4-7 | |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| 150:17-151:2 | I | 31:22-33:1, 38:12-39:1, 39:12-18, 40:3-18, 41:1-42:1, 50:14-18, 51:7-52:4, 149:19-20, 150:2-9, 152:4-7, 68:8-17, 68:22-69:2, 69:4-16, 70:14-15, 70:17-19, 71:4-9, 71:11-19, 72:20-73:4, 73:7, 73:14-17, 73:19-74:6, 74:8-12, 87:2-11, 87:13-14, 87:19-88:11, 197:9, 197:11-15 | |
| 151:4-152:3 | I | 31:22-33:1, 38:12-39:1, 39:12-18, 40:3-18, 41:1-42:1, 50:14-18, 51:7-52:4, 149:19-20, 150:2-9, 152:4-7, 68:8-17, 68:22-69:2, 69:4-16, 70:14-15, 70:17-19, 71:4-9, 71:11-19, 72:20-73:4, 73:7, 73:14-17, 73:19-74:6, 74:8-12, 87:2-11, 87:13-14, 87:19-88:11, 197:9, 197:11-15 | |
| 152:14-153:3 | I | 31:22-33:1, 38:12-39:1, 39:12-18, 40:3-18, 41:1- | |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 42:1, 50:14-18, 51:7-52:4, 149:19-20, 150:2-9, 152:4-7, 68:8-17, 68:22-69:2, 69:4-16, 70:14-15, 70:17-19, 71:4-9, 71:11-19, 72:20-73:4, 73:7, 73:14-17, 73:19-74:6, 74:8-12, 87:2-11, 87:13-14, 87:19-88:11, 197:9, 197:11-15 | |
| 153:6-154:5 | I | 31:22-33:1, 38:12-39:1, 39:12-18, 40:3-18, 41:1-42:1, 50:14-18, 51:7-52:4, 149:19-20, 150:2-9, 152:4-7, 68:8-17, 68:22-69:2, 69:4-16, 70:14-15, 70:17-19, 71:4-9, 71:11-19, 72:20-73:4, 73:7, 73:14-17, 73:19-74:6, 74:8-12, 87:2-11, 87:13-14, 87:19-88:11, 197:9, 197:11-15 | |
| 154:8-154:11 | I | 31:22-33:1, 38:12-39:1, 39:12-18, 40:3-18, 41:1-42:1, 50:14-18, 51:7-52:4, 149:19-20, 150:2-9, | |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 152:4-7, 68:8-17, 68:22-69:2, 69:4-16, 70:14-15, 70:17-19, 71:4-9, 71:11-19, 72:20-73:4, 73:7, 73:14-17, 73:19-74:6, 74:8-12, 87:2-11, 87:13-14, 87:19-88:11, 197:9, 197:11-15 | |
| 154:14-154:21 | I | 31:22-33:1, 38:12-39:1, 39:12-18, 40:3-18, 41:1-42:1, 50:14-18, 51:7-52:4, 149:19-20, 150:2-9, 152:4-7, 68:8-17, 68:22-69:2, 69:4-16, 70:14-15, 70:17-19, 71:4-9, 71:11-19, 72:20-73:4, 73:7, 73:14-17, 73:19-74:6, 74:8-12, 87:2-11, 87:13-14, 87:19-88:11, 197:9, 197:11-15 | |
| 155:2-155:17 | I | 31:22-33:1, 38:12-39:1, 39:12-18, 40:3-18, 41:1-42:1, 50:14-18, 51:7-52:4, 149:19-20, 150:2-9, 152:4-7, 68:8-17, 68:22-69:2, 69:4-16, 70:14-15, | |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 70:17-19, 71:4-9, 71:11-19, 72:20-73:4, 73:7, 73:14-17, 73:19-74:6, 74:8-12, 87:2-11, 87:13-14, 87:19-88:11, 197:9, 197:11-15 | |
| 155:20-156:10 | I | 31:22-33:1, 38:12-39:1, 39:12-18, 40:3-18, 41:1-42:1, 50:14-18, 51:7-52:4, 149:19-20, 150:2-9, 152:4-7, 68:8-17, 68:22-69:2, 69:4-16, 70:14-15, 70:17-19, 71:4-9, 71:11-19, 72:20-73:4, 73:7, 73:14-17, 73:19-74:6, 74:8-12, 87:2-11, 87:13-14, 87:19-88:11, 197:9, 197:11-15 | |
| 156:14-156:17 | I | 31:22-33:1, 38:12-39:1, 39:12-18, 40:3-18, 41:1-42:1, 50:14-18, 51:7-52:4, 149:19-20, 150:2-9, 152:4-7, 68:8-17, 68:22-69:2, 69:4-16, 70:14-15, 70:17-19, 71:4-9, 71:11-19, 72:20-73:4, 73:7, 73:14- | |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 17, 73:19-74:6, 74:8-12, 87:2-11, 87:13-14, 87:19-88:11, 197:9, 197:11-15 | |
| 157:8-157:17 | I | 31:22-33:1, 38:12-39:1, 39:12-18, 40:3-18, 41:1-42:1, 50:14-18, 51:7-52:4, 149:19-20, 150:2-9, 152:4-7, 68:8-17, 68:22-69:2, 69:4-16, 70:14-15, 70:17-19, 71:4-9, 71:11-19, 72:20-73:4, 73:7, 73:14-17, 73:19-74:6, 74:8-12, 87:2-11, 87:13-14, 87:19-88:11, 197:9, 197:11-15 | |
| 157:19-157:22 | I | 31:22-33:1, 38:12-39:1, 39:12-18, 40:3-18, 41:1-42:1, 50:14-18, 51:7-52:4, 149:19-20, 150:2-9, 152:4-7, 68:8-17, 68:22-69:2, 69:4-16, 70:14-15, 70:17-19, 71:4-9, 71:11-19, 72:20-73:4, 73:7, 73:14-17, 73:19-74:6, 74:8-12, 87:2-11, 87:13-14, 87:19- | |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 88:11, 197:9, 197:11-15 | |
| 158:8-158:9 | I | 31:22-33:1, 38:12-39:1, 39:12-18, 40:3-18, 41:1-42:1, 50:14-18, 51:7-52:4, 149:19-20, 150:2-9, 152:4-7, 68:8-17, 68:22-69:2, 69:4-16, 70:14-15, 70:17-19, 71:4-9, 71:11-19, 72:20-73:4, 73:7, 73:14-17, 73:19-74:6, 74:8-12, 87:2-11, 87:13-14, 87:19-88:11, 197:9, 197:11-15 | |
| 158:11-159:1 | I | 31:22-33:1, 38:12-39:1, 39:12-18, 40:3-18, 41:1-42:1, 50:14-18, 51:7-52:4, 149:19-20, 150:2-9, 68:8-17, 68:22-69:2, 69:4-16, 70:14-15, 70:17-19, 71:4-9, 71:11-19, 72:20-73:4, 73:7, 73:14-17, 73:19-74:6, 74:8-12, 87:2-11, 87:13-14, 87:19-88:11, 197:9, 197:11-15 | |
| 159:3-159:12 | I | 31:22-33:1, 38:12-39:1, 39:12-18, | |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 40:3-18, 41:1-42:1, 50:14-18, 51:7-52:4, 149:19-20, 150:2-9, 68:8-17, 68:22-69:2, 69:4-16, 70:14-15, 70:17-19, 71:4-9, 71:11-19, 72:20-73:4, 73:7, 73:14-17, 73:19-74:6, 74:8-12, 87:2-11, 87:13-14, 87:19-88:11, 197:9, 197:11-15 | |
| 159:14-159:18 | I | 31:22-33:1, 38:12-39:1, 39:12-18, 40:3-18, 41:1-42:1, 50:14-18, 51:7-52:4, 149:19-20, 150:2-9, 68:8-17, 68:22-69:2, 69:4-16, 70:14-15, 70:17-19, 71:4-9, 71:11-19, 72:20-73:4, 73:7, 73:14-17, 73:19-74:6, 74:8-12, 87:2-11, 87:13-14, 87:19-88:11, 197:9, 197:11-15 | |
| 160:19-161:7 | I | 161:8-161:11 | |
| 161:12-162:5 | I | | |
| 162:13-163:1 | I | 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| 163:7-164:22 | I | | |
| 165:3 | I | | |
| 165:12-165:17 | I | | |
| 165:21-166:11 | I | | |
| 166:13 | I | | |
| 173:22-174:12 | I | 174:13-174:15 | |
| 174:16 | I | | |
| 174:18-174:20 | I | | |
| 175:7-175:19 | I | 175:20-175:22 | |
| 176:1-176:7 | I | | |
| 176:9-176:12 | I | | |
| 176:14 | I | | |
| 176:21-177:10 | I | 177:11-177:13 | |
| 177:14-177:15 | I | | |
| 177:17-177:19 | I | | |
| 178:5-178:7 | I | | |
| 178:9 | I | | |
| 184:17-186:12 | I | 68:8-17, 68:22-69:2, 69:4-16, 70:14-15, 70:17-19, 71:4-9, 71:11-19, 72:20-73:4, 73:7, 73:14-17, 73:19-74:6, 74:8-12, 87:2-11, 87:13-14, 87:19-88:11, 197:9, 197:11-15 | |
| 186:14 | I | 68:8-17, 68:22-69:2, 69:4-16, 70:14-15, 70:17-19, 71:4-9, 71:11-19, 72:20-73:4, 73:7, 73:14-17, 73:19-74:6, 74:8-12, 87:2-11, | |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 87:13-14, 87:19-88:11, 197:9, 197:11-15 | |
| 186:16-187:14 | I | | |
| 187:16-188:15 | I | | |
| 188:17-189:12 | I | 193, 5-10, 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 190:2-190:8 | I | | |
| 190:10-190:22 | I | | |
| 191:3 | I | | |
| 191:10-191:13 | I | | |
| 191:16-191:22 | I | | |
| 192:3-192:8 | I | | |
| 192:10-193:4 | I | | |
| 193:14-194:10 | I | 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 194:12-194:16 | I | | |
| 194:18-195:7 | I | 126:13-18, 129:11-12, 129:15-130:3, 130:18-20, 130:22-131:5, 131:8-11, 131:13-15, 131:17-19, 132:1-14, 134:3-5, 195:8-11, 195-14-18 | |
| 195:20-195:22 | I | 126:13-18, 129:11-12, 129:15-130:3, | |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 130:18-20, 130:22-131:5, 131:8-11, 131:13-15, 131:17-19, 132:1-14, 134:3-5, 195:8-11, 195-14-18 | |
| 196:2-196:5 | I | 68:8-17, 68:22-69:2, 69:4-16, 70:14-15, 70:17-19, 71:4-9, 71:11-19, 72:20-73:4, 73:7, 73:14-17, 73:19-74:6, 74:8-12, 87:2-11, 87:13-14, 87:19-88:11, 197:9, 197:11-15, 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 196:7-196:11 | I | | |
| 196:13-196:15 | I | 68:8-17, 68:22-69:2, 69:4-16, 70:14-15, 70:17-19, 71:4-9, 71:11-19, 72:20-73:4, 73:7, 73:14-17, 73:19-74:6, 74:8-12, 87:2-11, 87:13-14, 87:19-88:11, 197:9, 197:11-15, 342:8-343:4, 343:7-8, 343:10-344:11, | |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 344:14-346:10, 346:12-348:5 | |
| 196:17-196:22 | I | 68:8-17, 68:22-69:2, 69:4-16, 70:14-15, 70:17-19, 71:4-9, 71:11-19, 72:20-73:4, 73:7, 73:14-17, 73:19-74:6, 74:8-12, 87:2-11, 87:13-14, 87:19-88:11, 197:9, 197:11-15, 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 197:3-197:4 | I | 68:8-17, 68:22-69:2, 69:4-16, 70:14-15, 70:17-19, 71:4-9, 71:11-19, 72:20-73:4, 73:7, 73:14-17, 73:19-74:6, 74:8-12, 87:2-11, 87:13-14, 87:19-88:11, 197:9, 197:11-15, 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 208:16-209:5 | I | | |
| 210:10-210:14 | I | | |
| 213:16-214:8 | I | 212:18-213:12, 37:10-11, 52:10-12, 2:14-15, 57:2- | I (Testimony @ 193:-10 does not include Question |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 9, 57:11-13, 61:3-4, 61:6-13, 61:15, 73:14-17, 73:19-74:6, 74:8-12, 97:12-98:19, 98:22-99:3, 100:22-101:1, 101:3-13, 102:5-7, 102:10-17, 114:13-20, 115:1-8, 115:10, 129:11-12, 129:15-130:3, 131:13-15, 131:17-19:132:1-14, 147:21-148:1, 148:3-7, 173:13-15, 173:17, 193:-10, 195:8-11, 195:14-18, 197:9, 197:11-15, 197:20-198:14, 198:18-19, 199:-6, 199:8-11, 200:10, 200:12-18, 202:5-8, 201:11-20, 201:22-202:7, 203:6-7, 203:9-10, 224:10-12, 224:15, 224:19-225:2, 225:-12, 22:14, 226:6-9, 226:22-227:14, 227:17-18, 235:8-10, 235:13-18, 289:11-12, 289:14, 189:20-290:3, 295:12-14, 295:17-22, 342:8- | @ 193:15-19. Please confirm this should be included in P's counters). |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 214:13-217:13 | I | 37:10-11, 52:10-12, 2:14-15, 57:2-9, 57:11-13, 61:3-4, 61:6-13, 61:15, 73:14-17, 73:19-74:6, 74:8-12, 97:12-98:19, 98:22-99:3, 100:22-101:1, 101:3-13, 102:5-7, 102:10-17, 114:13-20, 115:1-8, 115:10, 129:11-12, 129:15-130:3, 131:13-15, 131:17-19:132:1-14, 147:21-148:1, 148:3-7, 173:13-15, 173:17, 193:-10, 195:8-11, 195:14-18, 197:9, 197:11-15, 197:20-198:14, 198:18-19, 199:-6, 199:8-11, 200:10, 200:12-18, 202:5-8, 201:11-20, 201:22-202:7, 203:6-7, 203:9-10, 224:10-12, 224:15, 224:19-225:2, 225:-12, 22:14, 226:6-9, 226:22- | I (Testimony @ 193:-10 does not include Question @ 193:15-19. Please confirm this should be included in P's counters). |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 227:14, 227:17-18, 235:8-10, 235:13-18, 289:11-12, 289:14, 189:20-290:3, 295:12-14, 295:17-22, 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 217:16-217:21 | I | | |
| 218:3 | I | | |
| 218:5-218:6 | I | | |
| 218:8-218:9 | I | | |
| 218:12-218:14 | I | | |
| 218:17-219:6 | I | | |
| 225:17-225:21 | I | 226:6-9, 226:22-227:14, 227:17-18, 296:12-14, 295:17-22, 266:21, 267:1-6, 267:8-9 | |
| 226:2-226:4 | I | 226:6-9, 226:22-227:14, 227:17-18, 296:12-14, 295:17-22, 266:21, 267:1-6, 267:8-9 | |
| 226:10-226:12 | I | | |
| 226:14-226:18 | I | | |
| 226:20 | I | 226:22-227:2, 227:5-227:14, 227:17-227:18 | |
| 228:4-228:14 | I | 37:10-11, 52:10-12, 2:14-15, 57:2-9, 57:11-13, 61:3-4, 61:6-13, 61:15, 73:14-17, 73:19- | I (Testimony @ 193:-10 does not include Question @ 193:15-19. Please confirm |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 74:6, 74:8-12, 97:12-98:19, 98:22-99:3, 100:22-101:1, 101:3-13, 102:5-7, 102:10-17, 114:13-20, 115:1-8, 115:10, 129:11-12, 129:15-130:3, 131:13-15, 131:17-19:132:1-14, 147:21-148:1, 148:3-7, 173:13-15, 173:17, 193:-10, 195:8-11, 195:14-18, 197:9, 197:11-15, 197:20-198:14, 198:18-19, 199:-6, 199:8-11, 200:10, 200:12-18, 202:5-8, 201:11-20, 201:22-202:7, 203:6-7, 203:9-10, 224:10-12, 224:15, 224:19-225:2, 225:-12, 22:14, 226:6-9, 226:22-227:14, 227:17-18, 235:8-10, 235:13-18, 289:11-12, 289:14, 189:20-290:3, 295:12-14, 295:17-22, 342:8-343:4, 343:7-8, 343:10-344:11, | this should be included in P's counters). |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 344:14-346:10, 346:12-348:5 | |
| 228:22-229:10 | I | 37:10-11, 52:10-12, 2:14-15, 57:2-9, 57:11-13, 61:3-4, 61:6-13, 61:15, 73:14-17, 73:19-74:6, 74:8-12, 97:12-98:19, 98:22-99:3, 100:22-101:1, 101:3-13, 102:5-7, 102:10-17, 114:13-20, 115:1-8, 115:10, 129:11-12, 129:15-130:3, 131:13-15, 131:17-19:132:1-14, 147:21-148:1, 148:3-7, 173:13-15, 173:17, 193:-10, 195:8-11, 195:14-18, 197:9, 197:11-15, 197:20-198:14, 198:18-19, 199:-6, 199:8-11, 200:10, 200:12-18, 202:5-8, 201:11-20, 201:22-202:7, 203:6-7, 203:9-10, 224:10-12, 224:15, 224:19-225:2, 225:-12, 22:14, 226:6-9, 226:22-227:14, 227:17-18, 235:8-10, 235:13- | I (Testimony @ 193:-10 does not include Question @ 193:15-19. Please confirm this should be included in P's counters). |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 18, 289:11-12, 289:14, 189:20-290:3, 295:12-14, 295:17-22, 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 229:12-229:17 | I | 229:19-20, 230:1-3 | |
| 230:5-230:6 | I | | |
| 230:8-231:13 | I | 37:10-11, 52:10-12, 2:14-15, 57:2-9, 57:11-13, 61:3-4, 61:6-13, 61:15, 73:14-17, 73:19-74:6, 74:8-12, 97:12-98:19, 98:22-99:3, 100:22-101:1, 101:3-13, 102:5-7, 102:10-17, 114:13-20, 115:1-8, 115:10, 129:11-12, 129:15-130:3, 131:13-15, 131:17-19:132:1-14, 147:21-148:1, 148:3-7, 173:13-15, 173:17, 193:-10, 195:8-11, 195:14-18, 197:9, 197:11-15, 197:20-198:14, 198:18-19, 199:-6, 199:8-11, 200:10, 200:12-18, 202:5- | I (Testimony @ 193:-10 does not include Question @ 193:15-19. Please confirm this should be included in P's counters). |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 8, 201:11-20, 201:22-202:7, 203:6-7, 203:9-10, 224:10-12, 224:15, 224:19-225:2, 225:-12, 22:14, 226:6-9, 226:22-227:14, 227:17-18, 235:8-10, 235:13-18, 289:11-12, 289:14, 189:20-290:3, 295:12-14, 295:17-22, 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 231:15-231:20 | I | 37:10-11, 52:10-12, 2:14-15, 57:2-9, 57:11-13, 61:3-4, 61:6-13, 61:15, 73:14-17, 73:19-74:6, 74:8-12, 97:12-98:19, 98:22-99:3, 100:22-101:1, 101:3-13, 102:5-7, 102:10-17, 114:13-20, 115:1-8, 115:10, 129:11-12, 129:15-130:3, 131:13-15, 131:17-19:132:1-14, 147:21-148:1, 148:3-7, 173:13-15, 173:17, 193:-10, 195:8-11, | I (Testimony @ 193:-10 does not include Question @ 193:15-19. Please confirm this should be included in P's counters). |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 195:14-18, 197:9, 197:11-15, 197:20-198:14, 198:18-19, 199:-6, 199:8-11, 200:10, 200:12-18, 202:5-8, 201:11-20, 201:22-202:7, 203:6-7, 203:9-10, 224:10-12, 224:15, 224:19-225:2, 225:-12, 22:14, 226:6-9, 226:22-227:14, 227:17-18, 235:8-10, 235:13-18, 289:11-12, 289:14, 189:20-290:3, 295:12-14, 295:17-22, 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 232:1-232:5 | I | | |
| 232:8-232:9 | I | | |
| 232:19-233:13 | I | 37:10-11, 52:10-12, 2:14-15, 57:2-9, 57:11-13, 61:3-4, 61:6-13, 61:15, 73:14-17, 73:19-74:6, 74:8-12, 97:12-98:19, 98:22-99:3, 100:22-101:1, 101:3-13, 102:5-7, 102:10-17, 114:13-20, 115:1- | I (Testimony @ 193:-10 does not include Question @ 193:15-19. Please confirm this should be included in P's counters). |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 8, 115:10, 129:11-12, 129:15-130:3, 131:13-15, 131:17-19:132:1-14, 147:21-148:1, 148:3-7, 173:13-15, 173:17, 193:-10, 195:8-11, 195:14-18, 197:9, 197:11-15, 197:20-198:14, 198:18-19, 199:-6, 199:8-11, 200:10, 200:12-18, 202:5-8, 201:11-20, 201:22-202:7, 203:6-7, 203:9-10, 224:10-12, 224:15, 224:19-225:2, 225:-12, 22:14, 226:6-9, 226:22-227:14, 227:17-18, 235:8-10, 235:13-18, 289:11-12, 289:14, 189:20-290:3, 295:12-14, 295:17-22, 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 234:1-234:3 | | | |
| 234:11-235:1 | I | 37:10-11, 52:10-12, 2:14-15, 57:2-9, 57:11-13, 61:3-4, 61:6-13, 61:15, 73:14-17, 73:19- | I (Testimony @ 193:-10 does not include Question @ 193:15-19. Please confirm |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 74:6, 74:8-12, 97:12-98:19, 98:22-99:3, 100:22-101:1, 101:3-13, 102:5-7, 102:10-17, 114:13-20, 115:1-8, 115:10, 129:11-12, 129:15-130:3, 131:13-15, 131:17-19:132:1-14, 147:21-148:1, 148:3-7, 173:13-15, 173:17, 193:-10, 195:8-11, 195:14-18, 197:9, 197:11-15, 197:20-198:14, 198:18-19, 199:-6, 199:8-11, 200:10, 200:12-18, 202:5-8, 201:11-20, 201:22-202:7, 203:6-7, 203:9-10, 224:10-12, 224:15, 224:19-225:2, 225:-12, 22:14, 226:6-9, 226:22-227:14, 227:17-18, 235:8-10, 235:13-18, 289:11-12, 289:14, 189:20-290:3, 295:12-14, 295:17-22, 342:8-343:4, 343:7-8, 343:10-344:11, | this should be included in P's counters). |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 344:14-346:10, 346:12-348:5 | |
| 235:5-235:6 | I | 37:10-11, 52:10-12, 2:14-15, 57:2-9, 57:11-13, 61:3-4, 61:6-13, 61:15, 73:14-17, 73:19-74:6, 74:8-12, 97:12-98:19, 98:22-99:3, 100:22-101:1, 101:3-13, 102:5-7, 102:10-17, 114:13-20, 115:1-8, 115:10, 129:11-12, 129:15-130:3, 131:13-15, 131:17-19:132:1-14, 147:21-148:1, 148:3-7, 173:13-15, 173:17, 193:-10, 195:8-11, 195:14-18, 197:9, 197:11-15, 197:20-198:14, 198:18-19, 199:-6, 199:8-11, 200:10, 200:12-18, 202:5-8, 201:11-20, 201:22-202:7, 203:6-7, 203:9-10, 224:10-12, 224:15, 224:19-225:2, 225:-12, 22:14, 226:6-9, 226:22-227:14, 227:17-18, 235:8-10, 235:13- | |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 18, 289:11-12, 289:14, 189:20-290:3, 295:12-14, 295:17-22, 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 238:2-239:19 | I | 37:10-11, 52:10-12, 2:14-15, 57:2-9, 57:11-13, 61:3-4, 61:6-13, 61:15, 73:14-17, 73:19-74:6, 74:8-12, 97:12-98:19, 98:22-99:3, 100:22-101:1, 101:3-13, 102:5-7, 102:10-17, 114:13-20, 115:1-8, 115:10, 129:11-12, 129:15-130:3, 131:13-15, 131:17-19:132:1-14, 147:21-148:1, 148:3-7, 173:13-15, 173:17, 193:-10, 195:8-11, 195:14-18, 197:9, 197:11-15, 197:20-198:14, 198:18-19, 199:-6, 199:8-11, 200:10, 200:12-18, 202:5-8, 201:11-20, 201:22-202:7, 203:6-7, 203:9-10, | I (Testimony @ 193:-10 does not include Question @ 193:15-19. Please confirm this should be included in P's counters). |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 224:10-12, 224:15, 224:19-225:2, 225:-12, 22:14, 226:6-9, 226:22-227:14, 227:17-18, 235:8-10, 235:13-18, 289:11-12, 289:14, 189:20-290:3, 295:12-14, 295:17-22, 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 240:2-240:4 | I | 37:10-11, 52:10-12, 2:14-15, 57:2-9, 57:11-13, 61:3-4, 61:6-13, 61:15, 73:14-17, 73:19-74:6, 74:8-12, 97:12-98:19, 98:22-99:3, 100:22-101:1, 101:3-13, 102:5-7, 102:10-17, 114:13-20, 115:1-8, 115:10, 129:11-12, 129:15-130:3, 131:13-15, 131:17-19:132:1-14, 147:21-148:1, 148:3-7, 173:13-15, 173:17, 193:-10, 195:8-11, 195:14-18, 197:9, 197:11-15, 197:20-198:14, | I (Testimony @ 193:-10 does not include Question @ 193:15-19. Please confirm this should be included in P's counters). |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 198:18-19, 199:-6, 199:8-11, 200:10, 200:12-18, 202:5-8, 201:11-20, 201:22-202:7, 203:6-7, 203:9-10, 224:10-12, 224:15, 224:19-225:2, 225:-12, 22:14, 226:6-9, 226:22-227:14, 227:17-18, 235:8-10, 235:13-18, 289:11-12, 289:14, 189:20-290:3, 295:12-14, 295:17-22, 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 240:7-240:9 | I | 37:10-11, 52:10-12, 2:14-15, 57:2-9, 57:11-13, 61:3-4, 61:6-13, 61:15, 73:14-17, 73:19-74:6, 74:8-12, 97:12-98:19, 98:22-99:3, 100:22-101:1, 101:3-13, 102:5-7, 102:10-17, 114:13-20, 115:1-8, 115:10, 129:11-12, 129:15-130:3, 131:13-15, 131:17-19:132:1-14, 147:21-148:1, | I (Testimony @ 193:-10 does not include Question @ 193:15-19. Please confirm this should be included in P's counters). |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 148:3-7, 173:13-15, 173:17, 193:-10, 195:8-11, 195:14-18, 197:9, 197:11-15, 197:20-198:14, 198:18-19, 199:-6, 199:8-11, 200:10, 200:12-18, 202:5-8, 201:11-20, 201:22-202:7, 203:6-7, 203:9-10, 224:10-12, 224:15, 224:19-225:2, 225:-12, 22:14, 226:6-9, 226:22-227:14, 227:17-18, 235:8-10, 235:13-18, 289:11-12, 289:14, 189:20-290:3, 295:12-14, 295:17-22, 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 241:8-242:11 | I | 240:17-21, 241:1-3, 241:6-7, 226:6-9, 226:22-227:14, 227:17-18, 266:21, 267:1-6, 267:8-9, 295:12-14, 295:17-22 | |
| 242:13-242:22 | I | 226:6-9, 226:22-227:14, 227:17-18, 266:21, 267:1-6, | |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 267:8-9, 295:12-14, 295:17-22 | |
| 243:4-243:10 | I | 226:6-9, 226:22-227:14, 227:17-18, 266:21, 267:1-6, 267:8-9, 295:12-14, 295:17-22, 37:10-11, 52:10-12, 2:14-15, 57:2-9, 57:11-13, 61:3-4, 61:6-13, 61:15, 73:14-17, 73:19-74:6, 74:8-12, 97:12-98:19, 98:22-99:3, 100:22-101:1, 101:3-13, 102:5-7, 102:10-17, 114:13-20, 115:1-8, 115:10, 129:11-12, 129:15-130:3, 131:13-15, 131:17-19:132:1-14, 147:21-148:1, 148:3-7, 173:13-15, 173:17, 193:-10, 195:8-11, 195:14-18, 197:9, 197:11-15, 197:20-198:14, 198:18-19, 199:-6, 199:8-11, 200:10, 200:12-18, 202:5-8, 201:11-20, 201:22-202:7, 203:6-7, 203:9-10, 224:10-12, 224:15, | I (Testimony @ 193:-10 does not include Question @ 193:15-19. Please confirm this should be included in P's counters). |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 224:19-225:2, 225:-12, 22:14, 226:6-9, 226:22-227:14, 227:17-18, 235:8-10, 235:13-18, 289:11-12, 289:14, 189:20-290:3, 295:12-14, 295:17-22, 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 243:12 | I | 226:6-9, 226:22-227:14, 227:17-18, 266:21, 267:1-6, 267:8-9, 295:12-14, 295:17-22, 37:10-11, 52:10-12, 2:14-15, 57:2-9, 57:11-13, 61:3-4, 61:6-13, 61:15, 73:14-17, 73:19-74:6, 74:8-12, 97:12-98:19, 98:22-99:3, 100:22-101:1, 101:3-13, 102:5-7, 102:10-17, 114:13-20, 115:1-8, 115:10, 129:11-12, 129:15-130:3, 131:13-15, 131:17-19:132:1-14, 147:21-148:1, 148:3-7, 173:13-15, 173:17, 193:- | I (Testimony @ 193:-10 does not include Question @ 193:15-19. Please confirm this should be included in P's counters). |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 10, 195:8-11, 195:14-18, 197:9, 197:11-15, 197:20-198:14, 198:18-19, 199:-6, 199:8-11, 200:10, 200:12-18, 202:5-8, 201:11-20, 201:22-202:7, 203:6-7, 203:9-10, 224:10-12, 224:15, 224:19-225:2, 225:-12, 22:14, 226:6-9, 226:22-227:14, 227:17-18, 235:8-10, 235:13-18, 289:11-12, 289:14, 189:20-290:3, 295:12-14, 295:17-22, 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 252:6-252:8 | I | 226:6-9, 226:22-227:14, 227:17-18, 266:21, 267:1-6, 267:8-9, 295:12-14, 295:17-22, 37:10-11, 52:10-12, 2:14-15, 57:2-9, 57:11-13, 61:3-4, 61:6-13, 61:15, 73:14-17, 73:19-74:6, 74:8-12, 97:12-98:19, 98:22-99:3, | I (Testimony @ 193:-10 does not include Question @ 193:15-19. Please confirm this should be included in P's counters). |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 100:22-101:1, 101:3-13, 102:5-7, 102:10-17, 114:13-20, 115:1-8, 115:10, 129:11-12, 129:15-130:3, 131:13-15, 131:17-19:132:1-14, 147:21-148:1, 148:3-7, 173:13-15, 173:17, 193:-10, 195:8-11, 195:14-18, 197:9, 197:11-15, 197:20-198:14, 198:18-19, 199:-6, 199:8-11, 200:10, 200:12-18, 202:5-8, 201:11-20, 201:22-202:7, 203:6-7, 203:9-10, 224:10-12, 224:15, 224:19-225:2, 225:-12, 22:14, 226:6-9, 226:22-227:14, 227:17-18, 235:8-10, 235:13-18, 289:11-12, 289:14, 189:20-290:3, 295:12-14, 295:17-22, 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 252:12-252:16 | I | 226:6-9, 226:22-227:14, 227:17-18, | |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 266:21, 267:1-6, 267:8-9, 295:12-14, 295:17-22, 37:10-11, 52:10-12, 2:14-15, 57:2-9, 57:11-13, 61:3-4, 61:6-13, 61:15, 73:14-17, 73:19-74:6, 74:8-12, 97:12-98:19, 98:22-99:3, 100:22-101:1, 101:3-13, 102:5-7, 102:10-17, 114:13-20, 115:1-8, 115:10, 129:11-12, 129:15-130:3, 131:13-15, 131:17-19:132:1-14, 147:21-148:1, 148:3-7, 173:13-15, 173:17, 193:-10, 195:8-11, 195:14-18, 197:9, 197:11-15, 197:20-198:14, 198:18-19, 199:-6, 199:8-11, 200:10, 200:12-18, 202:5-8, 201:11-20, 201:22-202:7, 203:6-7, 203:9-10, 224:10-12, 224:15, 224:19-225:2, 225:-12, 22:14, 226:6-9, 226:22-227:14, 227:17-18, | |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 235:8-10, 235:13-18, 289:11-12, 289:14, 189:20-290:3, 295:12-14, 295:17-22, 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 253:13-253:15 | I | 226:6-9, 226:22-227:14, 227:17-18, 266:21, 267:1-6, 267:8-9, 295:12-14, 295:17-22, 37:10-11, 52:10-12, 2:14-15, 57:2-9, 57:11-13, 61:3-4, 61:6-13, 61:15, 73:14-17, 73:19-74:6, 74:8-12, 97:12-98:19, 98:22-99:3, 100:22-101:1, 101:3-13, 102:5-7, 102:10-17, 114:13-20, 115:1-8, 115:10, 129:11-12, 129:15-130:3, 131:13-15, 131:17-19:132:1-14, 147:21-148:1, 148:3-7, 173:13-15, 173:17, 193:-10, 195:8-11, 195:14-18, 197:9, 197:11-15, 197:20-198:14, | I (Testimony @ 193:-10 does not include Question @ 193:15-19. Please confirm this should be included in P's counters). |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 198:18-19, 199:-6, 199:8-11, 200:10, 200:12-18, 202:5-8, 201:11-20, 201:22-202:7, 203:6-7, 203:9-10, 224:10-12, 224:15, 224:19-225:2, 225:-12, 22:14, 226:6-9, 226:22-227:14, 227:17-18, 235:8-10, 235:13-18, 289:11-12, 289:14, 189:20-290:3, 295:12-14, 295:17-22, 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 254:13-254:20 | I | 226:6-9, 226:22-227:14, 227:17-18, 266:21, 267:1-6, 267:8-9, 295:12-14, 295:17-22, 37:10-11, 52:10-12, 2:14-15, 57:2-9, 57:11-13, 61:3-4, 61:6-13, 61:15, 73:14-17, 73:19-74:6, 74:8-12, 97:12-98:19, 98:22-99:3, 100:22-101:1, 101:3-13, 102:5-7, 102:10-17, 114:13-20, 115:1- | I (Testimony @ 193:-10 does not include Question @ 193:15-19. Please confirm this should be included in P's counters). |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 8, 115:10, 129:11-12, 129:15-130:3, 131:13-15, 131:17-19:132:1-14, 147:21-148:1, 148:3-7, 173:13-15, 173:17, 193:-10, 195:8-11, 195:14-18, 197:9, 197:11-15, 197:20-198:14, 198:18-19, 199:-6, 199:8-11, 200:10, 200:12-18, 202:5-8, 201:11-20, 201:22-202:7, 203:6-7, 203:9-10, 224:10-12, 224:15, 224:19-225:2, 225:-12, 22:14, 226:6-9, 226:22-227:14, 227:17-18, 235:8-10, 235:13-18, 289:11-12, 289:14, 189:20-290:3, 295:12-14, 295:17-22, 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 255:1-255:12 | I | 226:6-9, 226:22-227:14, 227:17-18, 266:21, 267:1-6, 267:8-9, 295:12-14, 295:17-22, 37:10-11, 52:10- | I (Testimony @ 193:-10 does not include Question @ 193:15-19. Please confirm this should be |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 12, 2:14-15, 57:2-9, 57:11-13, 61:3-4, 61:6-13, 61:15, 73:14-17, 73:19-74:6, 74:8-12, 97:12-98:19, 98:22-99:3, 100:22-101:1, 101:3-13, 102:5-7, 102:10-17, 114:13-20, 115:1-8, 115:10, 129:11-12, 129:15-130:3, 131:13-15, 131:17-19:132:1-14, 147:21-148:1, 148:3-7, 173:13-15, 173:17, 193:-10, 195:8-11, 195:14-18, 197:9, 197:11-15, 197:20-198:14, 198:18-19, 199:-6, 199:8-11, 200:10, 200:12-18, 202:5-8, 201:11-20, 201:22-202:7, 203:6-7, 203:9-10, 224:10-12, 224:15, 224:19-225:2, 225:-12, 22:14, 226:6-9, 226:22-227:14, 227:17-18, 235:8-10, 235:13-18, 289:11-12, 289:14, 189:20-290:3, 295:12-14, | included in P's counters). |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 295:17-22, 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 255:14-255:19 | I | 226:6-9, 226:22-227:14, 227:17-18, 266:21, 267:1-6, 267:8-9, 295:12-14, 295:17-22, 37:10-11, 52:10-12, 2:14-15, 57:2-9, 57:11-13, 61:3-4, 61:6-13, 61:15, 73:14-17, 73:19-74:6, 74:8-12, 97:12-98:19, 98:22-99:3, 100:22-101:1, 101:3-13, 102:5-7, 102:10-17, 114:13-20, 115:1-8, 115:10, 129:11-12, 129:15-130:3, 131:13-15, 131:17-19:132:1-14, 147:21-148:1, 148:3-7, 173:13-15, 173:17, 193:-10, 195:8-11, 195:14-18, 197:9, 197:11-15, 197:20-198:14, 198:18-19, 199:-6, 199:8-11, 200:10, 200:12-18, 202:5-8, 201:11-20, | I (Testimony @ 193:-10 does not include Question @ 193:15-19. Please confirm this should be included in P's counters). |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 201:22-202:7, 203:6-7, 203:9-10, 224:10-12, 224:15, 224:19-225:2, 225:-12, 22:14, 226:6-9, 226:22-227:14, 227:17-18, 235:8-10, 235:13-18, 289:11-12, 289:14, 189:20-290:3, 295:12-14, 295:17-22, 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 255:21 | I | 226:6-9, 226:22-227:14, 227:17-18, 266:21, 267:1-6, 267:8-9, 295:12-14, 295:17-22, 37:10-11, 52:10-12, 2:14-15, 57:2-9, 57:11-13, 61:3-4, 61:6-13, 61:15, 73:14-17, 73:19-74:6, 74:8-12, 97:12-98:19, 98:22-99:3, 100:22-101:1, 101:3-13, 102:5-7, 102:10-17, 114:13-20, 115:1-8, 115:10, 129:11-12, 129:15-130:3, 131:13-15, 131:17-19:132:1- | I (Testimony @ 193:-10 does not include Question @ 193:15-19. Please confirm this should be included in P's counters). |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 14, 147:21-148:1, 148:3-7, 173:13-15, 173:17, 193:-10, 195:8-11, 195:14-18, 197:9, 197:11-15, 197:20-198:14, 198:18-19, 199:-6, 199:8-11, 200:10, 200:12-18, 202:5-8, 201:11-20, 201:22-202:7, 203:6-7, 203:9-10, 224:10-12, 224:15, 224:19-225:2, 225:-12, 22:14, 226:6-9, 226:22-227:14, 227:17-18, 235:8-10, 235:13-18, 289:11-12, 289:14, 189:20-290:3, 295:12-14, 295:17-22, 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 259:22-261:9 | I | 31:22-33:1, 38:12-39:1, 39:12-18, 40:3-18, 41:1-42:1, 5-:14-18, 51:7-2:4 | |
| 261:12-261:15 | I | 226:6-9, 226:22-227:14, 227:17-18, 266:21, 267:1-6, 267:8-9, 295:12-14, 295:17-22 | |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| 261:17-262:4 | I | 226:6-9, 226:22-227:14, 227:17-18, 266:21, 267:1-6, 267:8-9, 295:12-14, 295:17-22 | |
| 262:6 | I | 226:6-9, 226:22-227:14, 227:17-18, 266:21, 267:1-6, 267:8-9, 295:12-14, 295:17-22 | |
| 262:19-263:2 | I | 226:6-9, 226:22-227:14, 227:17-18, 266:21, 267:1-6, 267:8-9, 295:12-14, 295:17-22 | |
| 263:6-264:2 | I | 226:6-9, 226:22-227:14, 227:17-18, 266:21, 267:1-6, 267:8-9, 295:12-14, 295:17-22 | |
| 264:6-264:7 | I | 226:6-9, 226:22-227:14, 227:17-18, 266:21, 267:1-6, 267:8-9, 295:12-14, 295:17-22 | |
| 264:9-264:13 | I | 226:6-9, 226:22-227:14, 227:17-18, 266:21, 267:1-6, 267:8-9, 295:12-14, 295:17-22 | |
| 264:16-264:18 | I | 226:6-9, 226:22-227:14, 227:17-18, 266:21, 267:1-6, 267:8-9, 295:12-14, 295:17-22 | |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| 266:8-266:15 | I | 226:6-9, 226:22-227:14, 227:17-18, 266:21, 267:1-6, 267:8-9, 295:12-14, 295:17-22 | |
| 266:19 | I | 226:6-9, 226:22-227:14, 227:17-18, 266:21, 267:1-6, 267:8-9, 295:12-14, 295:17-22 | |
| 267:21-268:2 | I | 226:6-9, 226:22-227:14, 227:17-18, 266:21, 267:1-6, 267:8-9, 295:12-14, 295:17-22 | |
| 268:4-268:13 | I | 226:6-9, 226:22-227:14, 227:17-18, 266:21, 267:1-6, 267:8-9, 295:12-14, 295:17-22 | |
| 268:18-269:4 | I | 226:6-9, 226:22-227:14, 227:17-18, 266:21, 267:1-6, 267:8-9, 295:12-14, 295:17-22 | |
| 269:6-269:10 | I | 226:6-9, 226:22-227:14, 227:17-18, 266:21, 267:1-6, 267:8-9, 295:12-14, 295:17-22 | |
| 269:14-270:1 | I | | |
| 270:6-270:12 | I | | |
| 270:14-270:19 | I | | |
| 270:21 | I | | |
| 271:7-271:8 | I | | |
| 271:10-271:17 | I | | |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| 271:19-272:3 | I | 226:6-9, 226:22-227:14, 227:17-18, 266:21, 267:1-6, 267:8-9, 295:12-14, 295:17-22 | |
| 272:6-272:7 | I | 226:6-9, 226:22-227:14, 227:17-18, 266:21, 267:1-6, 267:8-9, 295:12-14, 295:17-22 | |
| 272:20-272:21 | I | 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 273:1-273:3 | I | 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 273:8-273:9 | I | 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 273:11-274:8 | I | 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 274:10-274:21 | I | | |
| 276:3-276:14 | | | |
| 276:20-277:15 | I | 68:8-17, 68:22-69:2, 69:4-16, 70:14-15, 70:17-19, 71:4-9, 71:11- | |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 19, 72:20-73:4, 73:7, 73:14-17, 73:19-74:6, 74:8-12, 87:2-11, 87:13-14, 87:19-88:11, 197:9, 197:11-15 | |
| 277:17-278:3 | I | 68:8-17, 68:22-69:2, 69:4-16, 70:14-15, 70:17-19, 71:4-9, 71:11-19, 72:20-73:4, 73:7, 73:14-17, 73:19-74:6, 74:8-12, 87:2-11, 87:13-14, 87:19-88:11, 197:9, 197:11-15 | |
| 278:5-278:14 | I | 68:8-17, 68:22-69:2, 69:4-16, 70:14-15, 70:17-19, 71:4-9, 71:11-19, 72:20-73:4, 73:7, 73:14-17, 73:19-74:6, 74:8-12, 87:2-11, 87:13-14, 87:19-88:11, 197:9, 197:11-15 | |
| 278:16-279:11 | I | 68:8-17, 68:22-69:2, 69:4-16, 70:14-15, 70:17-19, 71:4-9, 71:11-19, 72:20-73:4, 73:7, 73:14-17, 73:19-74:6, 74:8-12, 87:2-11, | |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 87:13-14, 87:19-88:11, 197:9, 197:11-15 | |
| 279:13-279:19 | I | 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 279:21-280:4 | I | 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 280:6-280:9 | I | 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 280:11-280:14 | I | 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 280:16-281:8 | I | 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 281:16-281:17 | I | 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 281:19-282:7 | I | 342:8-343:4, 343:7-8, 343:10-344:11, 344:14- | |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 346:10, 346:12-348:5 | |
| 282:11-282:12 | I | 226:6-9, 226:22-227:14, 227:17-18, 266:21, 267:1-6, 267:8-9, 295:12-14, 295:17-22 | |
| 282:15 | I | 226:6-9, 226:22-227:14, 227:17-18, 266:21, 267:1-6, 267:8-9, 295:12-14, 295:17-22 | |
| 282:17-282:18 | I | | |
| 282:21-283:2 | I | | |
| 283:5-283:18 | I | 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 283:21-284:15 | I | 37:10-11, 52:10-12, 2:14-15, 57:2-9, 57:11-13, 61:3-4, 61:6-13, 61:15, 73:14-17, 73:19-74:6, 74:8-12, 97:12-98:19, 98:22-99:3, 100:22-101:1, 101:3-13, 102:5-7, 102:10-17, 114:13-20, 115:1-8, 115:10, 129:11-12, 129:15-130:3, 131:13-15, 131:17-19:132:1-14, 147:21-148:1, | I (Testimony @ 193:-10 does not include Question @ 193:15-19. Please confirm this should be included in P's counters). |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 148:3-7, 173:13-15, 173:17, 193:-10, 195:8-11, 195:14-18, 197:9, 197:11-15, 197:20-198:14, 198:18-19, 199:-6, 199:8-11, 200:10, 200:12-18, 202:5-8, 201:11-20, 201:22-202:7, 203:6-7, 203:9-10, 224:10-12, 224:15, 224:19-225:2, 225:-12, 22:14, 226:6-9, 226:22-227:14, 227:17-18, 235:8-10, 235:13-18, 289:11-12, 289:14, 189:20-290:3, 295:12-14, 295:17-22, 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 284:18-285:12 | I | 37:10-11, 52:10-12, 2:14-15, 57:2-9, 57:11-13, 61:3-4, 61:6-13, 61:15, 73:14-17, 73:19-74:6, 74:8-12, 97:12-98:19, 98:22-99:3, 100:22-101:1, 101:3-13, 102:5-7, 102:10-17, | I (Testimony @ 193:-10 does not include Question @ 193:15-19. Please confirm this should be included in P's counters). |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
|  |  | 114:13-20, 115:1-8, 115:10, 129:11-12, 129:15-130:3, 131:13-15, 131:17-19:132:1-14, 147:21-148:1, 148:3-7, 173:13-15, 173:17, 193:-10, 195:8-11, 195:14-18, 197:9, 197:11-15, 197:20-198:14, 198:18-19, 199:-6, 199:8-11, 200:10, 200:12-18, 202:5-8, 201:11-20, 201:22-202:7, 203:6-7, 203:9-10, 224:10-12, 224:15, 224:19-225:2, 225:-12, 22:14, 226:6-9, 226:22-227:14, 227:17-18, 235:8-10, 235:13-18, 289:11-12, 289:14, 189:20-290:3, 295:12-14, 295:17-22, 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 |  |
| 285:16-286:2 | I | 37:10-11, 52:10-12, 2:14-15, 57:2-9, 57:11-13, 61:3-4, 61:6-13, 61:15, 73:14-17, 73:19- | I (Testimony @ 193:-10 does not include Question @ 193:15-19. Please confirm |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 74:6, 74:8-12, 97:12-98:19, 98:22-99:3, 100:22-101:1, 101:3-13, 102:5-7, 102:10-17, 114:13-20, 115:1-8, 115:10, 129:11-12, 129:15-130:3, 131:13-15, 131:17-19:132:1-14, 147:21-148:1, 148:3-7, 173:13-15, 173:17, 193:-10, 195:8-11, 195:14-18, 197:9, 197:11-15, 197:20-198:14, 198:18-19, 199:-6, 199:8-11, 200:10, 200:12-18, 202:5-8, 201:11-20, 201:22-202:7, 203:6-7, 203:9-10, 224:10-12, 224:15, 224:19-225:2, 225:-12, 22:14, 226:6-9, 226:22-227:14, 227:17-18, 235:8-10, 235:13-18, 289:11-12, 289:14, 189:20-290:3, 295:12-14, 295:17-22, 342:8-343:4, 343:7-8, 343:10-344:11, | this should be included in P's counters). |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 344:14-346:10, 346:12-348:5 | |
| 286:5-286:13 | I | 37:10-11, 52:10-12, 2:14-15, 57:2-9, 57:11-13, 61:3-4, 61:6-13, 61:15, 73:14-17, 73:19-74:6, 74:8-12, 97:12-98:19, 98:22-99:3, 100:22-101:1, 101:3-13, 102:5-7, 102:10-17, 114:13-20, 115:1-8, 115:10, 129:11-12, 129:15-130:3, 131:13-15, 131:17-19:132:1-14, 147:21-148:1, 148:3-7, 173:13-15, 173:17, 193:-10, 195:8-11, 195:14-18, 197:9, 197:11-15, 197:20-198:14, 198:18-19, 199:-6, 199:8-11, 200:10, 200:12-18, 202:5-8, 201:11-20, 201:22-202:7, 203:6-7, 203:9-10, 224:10-12, 224:15, 224:19-225:2, 225:-12, 22:14, 226:6-9, 226:22-227:14, 227:17-18, 235:8-10, 235:13- | I (Testimony @ 193:-10 does not include Question @ 193:15-19. Please confirm this should be included in P's counters). |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 18, 289:11-12, 289:14, 189:20-290:3, 295:12-14, 295:17-22, 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 289:2-289:5 | I | 37:10-11, 52:10-12, 2:14-15, 57:2-9, 57:11-13, 61:3-4, 61:6-13, 61:15, 73:14-17, 73:19-74:6, 74:8-12, 97:12-98:19, 98:22-99:3, 100:22-101:1, 101:3-13, 102:5-7, 102:10-17, 114:13-20, 115:1-8, 115:10, 129:11-12, 129:15-130:3, 131:13-15, 131:17-19:132:1-14, 147:21-148:1, 148:3-7, 173:13-15, 173:17, 193:-10, 195:8-11, 195:14-18, 197:9, 197:11-15, 197:20-198:14, 198:18-19, 199:-6, 199:8-11, 200:10, 200:12-18, 202:5-8, 201:11-20, 201:22-202:7, 203:6-7, 203:9-10, | I (Testimony @ 193:-10 does not include Question @ 193:15-19. Please confirm this should be included in P's counters). |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 224:10-12, 224:15, 224:19-225:2, 225:-12, 22:14, 226:6-9, 226:22-227:14, 227:17-18, 235:8-10, 235:13-18, 289:11-12, 289:14, 189:20-290:3, 295:12-14, 295:17-22, 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 289:7-289:9 | I | 37:10-11, 52:10-12, 2:14-15, 57:2-9, 57:11-13, 61:3-4, 61:6-13, 61:15, 73:14-17, 73:19-74:6, 74:8-12, 97:12-98:19, 98:22-99:3, 100:22-101:1, 101:3-13, 102:5-7, 102:10-17, 114:13-20, 115:1-8, 115:10, 129:11-12, 129:15-130:3, 131:13-15, 131:17-19:132:1-14, 147:21-148:1, 148:3-7, 173:13-15, 173:17, 193:-10, 195:8-11, 195:14-18, 197:9, 197:11-15, 197:20-198:14, | I (Testimony @ 193:-10 does not include Question @ 193:15-19. Please confirm this should be included in P's counters). |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 198:18-19, 199:-6, 199:8-11, 200:10, 200:12-18, 202:5-8, 201:11-20, 201:22-202:7, 203:6-7, 203:9-10, 224:10-12, 224:15, 224:19-225:2, 225:-12, 22:14, 226:6-9, 226:22-227:14, 227:17-18, 235:8-10, 235:13-18, 289:11-12, 289:14, 189:20-290:3, 295:12-14, 295:17-22, 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 290:5-290:7 | I | 37:10-11, 52:10-12, 2:14-15, 57:2-9, 57:11-13, 61:3-4, 61:6-13, 61:15, 73:14-17, 73:19-74:6, 74:8-12, 97:12-98:19, 98:22-99:3, 100:22-101:1, 101:3-13, 102:5-7, 102:10-17, 114:13-20, 115:1-8, 115:10, 129:11-12, 129:15-130:3, 131:13-15, 131:17-19:132:1-14, 147:21-148:1, | I (Testimony @ 193:-10 does not include Question @ 193:15-19. Please confirm this should be included in P's counters). |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
|  |  | 148:3-7, 173:13-15, 173:17, 193:-10, 195:8-11, 195:14-18, 197:9, 197:11-15, 197:20-198:14, 198:18-19, 199:-6, 199:8-11, 200:10, 200:12-18, 202:5-8, 201:11-20, 201:22-202:7, 203:6-7, 203:9-10, 224:10-12, 224:15, 224:19-225:2, 225:-12, 22:14, 226:6-9, 226:22-227:14, 227:17-18, 235:8-10, 235:13-18, 289:11-12, 289:14, 189:20-290:3, 295:12-14, 295:17-22, 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 |  |
| 290:9-290:12 | I | 37:10-11, 52:10-12, 2:14-15, 57:2-9, 57:11-13, 61:3-4, 61:6-13, 61:15, 73:14-17, 73:19-74:6, 74:8-12, 97:12-98:19, 98:22-99:3, 100:22-101:1, 101:3-13, 102:5-7, 102:10-17, | I (Testimony @ 193:-10 does not include Question @ 193:15-19. Please confirm this should be included in P's counters). |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 114:13-20, 115:1-8, 115:10, 129:11-12, 129:15-130:3, 131:13-15, 131:17-19:132:1-14, 147:21-148:1, 148:3-7, 173:13-15, 173:17, 193:-10, 195:8-11, 195:14-18, 197:9, 197:11-15, 197:20-198:14, 198:18-19, 199:-6, 199:8-11, 200:10, 200:12-18, 202:5-8, 201:11-20, 201:22-202:7, 203:6-7, 203:9-10, 224:10-12, 224:15, 224:19-225:2, 225:-12, 22:14, 226:6-9, 226:22-227:14, 227:17-18, 235:8-10, 235:13-18, 289:11-12, 289:14, 189:20-290:3, 295:12-14, 295:17-22, 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 290:14-290:18 | I | 37:10-11, 52:10-12, 2:14-15, 57:2-9, 57:11-13, 61:3-4, 61:6-13, 61:15, 73:14-17, 73:19- | I (Testimony @ 193:-10 does not include Question @ 193:15-19. Please confirm |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 74:6, 74:8-12, 97:12-98:19, 98:22-99:3, 100:22-101:1, 101:3-13, 102:5-7, 102:10-17, 114:13-20, 115:1-8, 115:10, 129:11-12, 129:15-130:3, 131:13-15, 131:17-19:132:1-14, 147:21-148:1, 148:3-7, 173:13-15, 173:17, 193:-10, 195:8-11, 195:14-18, 197:9, 197:11-15, 197:20-198:14, 198:18-19, 199:-6, 199:8-11, 200:10, 200:12-18, 202:5-8, 201:11-20, 201:22-202:7, 203:6-7, 203:9-10, 224:10-12, 224:15, 224:19-225:2, 225:-12, 22:14, 226:6-9, 226:22-227:14, 227:17-18, 235:8-10, 235:13-18, 289:11-12, 289:14, 189:20-290:3, 295:12-14, 295:17-22, 342:8-343:4, 343:7-8, 343:10-344:11, | this should be included in P's counters). |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 344:14-346:10, 346:12-348:5 | |
| 290:20-291:8 | I | 37:10-11, 52:10-12, 2:14-15, 57:2-9, 57:11-13, 61:3-4, 61:6-13, 61:15, 73:14-17, 73:19-74:6, 74:8-12, 97:12-98:19, 98:22-99:3, 100:22-101:1, 101:3-13, 102:5-7, 102:10-17, 114:13-20, 115:1-8, 115:10, 129:11-12, 129:15-130:3, 131:13-15, 131:17-19:132:1-14, 147:21-148:1, 148:3-7, 173:13-15, 173:17, 193:-10, 195:8-11, 195:14-18, 197:9, 197:11-15, 197:20-198:14, 198:18-19, 199:-6, 199:8-11, 200:10, 200:12-18, 202:5-8, 201:11-20, 201:22-202:7, 203:6-7, 203:9-10, 224:10-12, 224:15, 224:19-225:2, 225:-12, 22:14, 226:6-9, 226:22-227:14, 227:17-18, 235:8-10, 235:13- | I (Testimony @ 193:-10 does not include Question @ 193:15-19. Please confirm this should be included in P's counters). |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 18, 289:11-12, 289:14, 189:20-290:3, 295:12-14, 295:17-22, 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 291:13-291:15 | I | 37:10-11, 52:10-12, 2:14-15, 57:2-9, 57:11-13, 61:3-4, 61:6-13, 61:15, 73:14-17, 73:19-74:6, 74:8-12, 97:12-98:19, 98:22-99:3, 100:22-101:1, 101:3-13, 102:5-7, 102:10-17, 114:13-20, 115:1-8, 115:10, 129:11-12, 129:15-130:3, 131:13-15, 131:17-19:132:1-14, 147:21-148:1, 148:3-7, 173:13-15, 173:17, 193:-10, 195:8-11, 195:14-18, 197:9, 197:11-15, 197:20-198:14, 198:18-19, 199:-6, 199:8-11, 200:10, 200:12-18, 202:5-8, 201:11-20, 201:22-202:7, 203:6-7, 203:9-10, | I (Testimony @ 193:-10 does not include Question @ 193:15-19. Please confirm this should be included in P's counters). |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 224:10-12, 224:15, 224:19-225:2, 225:-12, 22:14, 226:6-9, 226:22-227:14, 227:17-18, 235:8-10, 235:13-18, 289:11-12, 289:14, 189:20-290:3, 295:12-14, 295:17-22, 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 291:17-292:2 | I | 37:10-11, 52:10-12, 2:14-15, 57:2-9, 57:11-13, 61:3-4, 61:6-13, 61:15, 73:14-17, 73:19-74:6, 74:8-12, 97:12-98:19, 98:22-99:3, 100:22-101:1, 101:3-13, 102:5-7, 102:10-17, 114:13-20, 115:1-8, 115:10, 129:11-12, 129:15-130:3, 131:13-15, 131:17-19:132:1-14, 147:21-148:1, 148:3-7, 173:13-15, 173:17, 193:-10, 195:8-11, 195:14-18, 197:9, 197:11-15, 197:20-198:14, | I (Testimony @ 193:-10 does not include Question @ 193:15-19. Please confirm this should be included in P's counters). |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 198:18-19, 199:-6, 199:8-11, 200:10, 200:12-18, 202:5-8, 201:11-20, 201:22-202:7, 203:6-7, 203:9-10, 224:10-12, 224:15, 224:19-225:2, 225:-12, 22:14, 226:6-9, 226:22-227:14, 227:17-18, 235:8-10, 235:13-18, 289:11-12, 289:14, 189:20-290:3, 295:12-14, 295:17-22, 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 292:4-292:8 | I | 37:10-11, 52:10-12, 2:14-15, 57:2-9, 57:11-13, 61:3-4, 61:6-13, 61:15, 73:14-17, 73:19-74:6, 74:8-12, 97:12-98:19, 98:22-99:3, 100:22-101:1, 101:3-13, 102:5-7, 102:10-17, 114:13-20, 115:1-8, 115:10, 129:11-12, 129:15-130:3, 131:13-15, 131:17-19:132:1-14, 147:21-148:1, | I (Testimony @ 193:-10 does not include Question @ 193:15-19. Please confirm this should be included in P's counters). |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 148:3-7, 173:13-15, 173:17, 193:-10, 195:8-11, 195:14-18, 197:9, 197:11-15, 197:20-198:14, 198:18-19, 199:-6, 199:8-11, 200:10, 200:12-18, 202:5-8, 201:11-20, 201:22-202:7, 203:6-7, 203:9-10, 224:10-12, 224:15, 224:19-225:2, 225:-12, 22:14, 226:6-9, 226:22-227:14, 227:17-18, 235:8-10, 235:13-18, 289:11-12, 289:14, 189:20-290:3, 295:12-14, 295:17-22, 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 292:10-292:11 | I | | |
| 293:9-293:12 | I | 37:10-11, 52:10-12, 2:14-15, 57:2-9, 57:11-13, 61:3-4, 61:6-13, 61:15, 73:14-17, 73:19-74:6, 74:8-12, 97:12-98:19, 98:22-99:3, 100:22-101:1, 101:3-13, 102:5-7, | I (Testimony @ 193:-10 does not include Question @ 193:15-19. Please confirm this should be included in P's counters). |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 102:10-17, 114:13-20, 115:1-8, 115:10, 129:11-12, 129:15-130:3, 131:13-15, 131:17-19:132:1-14, 147:21-148:1, 148:3-7, 173:13-15, 173:17, 193:-10, 195:8-11, 195:14-18, 197:9, 197:11-15, 197:20-198:14, 198:18-19, 199:-6, 199:8-11, 200:10, 200:12-18, 202:5-8, 201:11-20, 201:22-202:7, 203:6-7, 203:9-10, 224:10-12, 224:15, 224:19-225:2, 225:-12, 22:14, 226:6-9, 226:22-227:14, 227:17-18, 235:8-10, 235:13-18, 289:11-12, 289:14, 189:20-290:3, 295:12-14, 295:17-22, 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 293:14-293:17 | I | 37:10-11, 52:10-12, 2:14-15, 57:2-9, 57:11-13, 61:3-4, 61:6-13, 61:15, | I (Testimony @ 193:-10 does not include Question @ 193:15-19. |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 73:14-17, 73:19-74:6, 74:8-12, 97:12-98:19, 98:22-99:3, 100:22-101:1, 101:3-13, 102:5-7, 102:10-17, 114:13-20, 115:1-8, 115:10, 129:11-12, 129:15-130:3, 131:13-15, 131:17-19:132:1-14, 147:21-148:1, 148:3-7, 173:13-15, 173:17, 193:-10, 195:8-11, 195:14-18, 197:9, 197:11-15, 197:20-198:14, 198:18-19, 199:-6, 199:8-11, 200:10, 200:12-18, 202:5-8, 201:11-20, 201:22-202:7, 203:6-7, 203:9-10, 224:10-12, 224:15, 224:19-225:2, 225:-12, 22:14, 226:6-9, 226:22-227:14, 227:17-18, 235:8-10, 235:13-18, 289:11-12, 289:14, 189:20-290:3, 295:12-14, 295:17-22, 342:8-343:4, 343:7-8, 343:10-344:11, | Please confirm this should be included in P's counters). |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 344:14-346:10, 346:12-348:5 | |
| 293:21-294:4 | I | | |
| 294:8-294:14 | I | | |
| 294:16 | I | | |
| 295:3-295:6 | I | 37:10-11, 52:10-12, 2:14-15, 57:2-9, 57:11-13, 61:3-4, 61:6-13, 61:15, 73:14-17, 73:19-74:6, 74:8-12, 97:12-98:19, 98:22-99:3, 100:22-101:1, 101:3-13, 102:5-7, 102:10-17, 114:13-20, 115:1-8, 115:10, 129:11-12, 129:15-130:3, 131:13-15, 131:17-19:132:1-14, 147:21-148:1, 148:3-7, 173:13-15, 173:17, 193:-10, 195:8-11, 195:14-18, 197:9, 197:11-15, 197:20-198:14, 198:18-19, 199:-6, 199:8-11, 200:10, 200:12-18, 202:5-8, 201:11-20, 201:22-202:7, 203:6-7, 203:9-10, 224:10-12, 224:15, 224:19-225:2, 225:-12, 22:14, | I (Testimony @ 193:-10 does not include Question @ 193:15-19. Please confirm this should be included in P's counters). |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 226:6-9, 226:22-227:14, 227:17-18, 235:8-10, 235:13-18, 289:11-12, 289:14, 189:20-290:3, 295:12-14, 295:17-22, 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 295:9-295:10 | I | 37:10-11, 52:10-12, 2:14-15, 57:2-9, 57:11-13, 61:3-4, 61:6-13, 61:15, 73:14-17, 73:19-74:6, 74:8-12, 97:12-98:19, 98:22-99:3, 100:22-101:1, 101:3-13, 102:5-7, 102:10-17, 114:13-20, 115:1-8, 115:10, 129:11-12, 129:15-130:3, 131:13-15, 131:17-19:132:1-14, 147:21-148:1, 148:3-7, 173:13-15, 173:17, 193:-10, 195:8-11, 195:14-18, 197:9, 197:11-15, 197:20-198:14, 198:18-19, 199:-6, 199:8-11, 200:10, 200:12-18, 202:5- | I (Testimony @ 193:-10 does not include Question @ 193:15-19. Please confirm this should be included in P's counters). |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 8, 201:11-20, 201:22-202:7, 203:6-7, 203:9-10, 224:10-12, 224:15, 224:19-225:2, 225:-12, 22:14, 226:6-9, 226:22-227:14, 227:17-18, 235:8-10, 235:13-18, 289:11-12, 289:14, 189:20-290:3, 295:12-14, 295:17-22, 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 296:2-296:4 | I | 37:10-11, 52:10-12, 2:14-15, 57:2-9, 57:11-13, 61:3-4, 61:6-13, 61:15, 73:14-17, 73:19-74:6, 74:8-12, 97:12-98:19, 98:22-99:3, 100:22-101:1, 101:3-13, 102:5-7, 102:10-17, 114:13-20, 115:1-8, 115:10, 129:11-12, 129:15-130:3, 131:13-15, 131:17-19:132:1-14, 147:21-148:1, 148:3-7, 173:13-15, 173:17, 193:-10, 195:8-11, | I (Testimony @ 193:-10 does not include Question @ 193:15-19. Please confirm this should be included in P's counters). |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 195:14-18, 197:9, 197:11-15, 197:20-198:14, 198:18-19, 199:-6, 199:8-11, 200:10, 200:12-18, 202:5-8, 201:11-20, 201:22-202:7, 203:6-7, 203:9-10, 224:10-12, 224:15, 224:19-225:2, 225:-12, 22:14, 226:6-9, 226:22-227:14, 227:17-18, 235:8-10, 235:13-18, 289:11-12, 289:14, 189:20-290:3, 295:12-14, 295:17-22, 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 296:7-296:18 | I | 37:10-11, 52:10-12, 2:14-15, 57:2-9, 57:11-13, 61:3-4, 61:6-13, 61:15, 73:14-17, 73:19-74:6, 74:8-12, 97:12-98:19, 98:22-99:3, 100:22-101:1, 101:3-13, 102:5-7, 102:10-17, 114:13-20, 115:1-8, 115:10, 129:11-12, 129:15-130:3, | I (Testimony @ 193:-10 does not include Question @ 193:15-19. Please confirm this should be included in P's counters). |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 131:13-15, 131:17-19:132:1-14, 147:21-148:1, 148:3-7, 173:13-15, 173:17, 193:-10, 195:8-11, 195:14-18, 197:9, 197:11-15, 197:20-198:14, 198:18-19, 199:-6, 199:8-11, 200:10, 200:12-18, 202:5-8, 201:11-20, 201:22-202:7, 203:6-7, 203:9-10, 224:10-12, 224:15, 224:19-225:2, 225:-12, 22:14, 226:6-9, 226:22-227:14, 227:17-18, 235:8-10, 235:13-18, 289:11-12, 289:14, 189:20-290:3, 295:12-14, 295:17-22, 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 296:20-297:8 | I | 37:10-11, 52:10-12, 2:14-15, 57:2-9, 57:11-13, 61:3-4, 61:6-13, 61:15, 73:14-17, 73:19-74:6, 74:8-12, 97:12-98:19, 98:22-99:3, | I (Testimony @ 193:-10 does not include Question @ 193:15-19. Please confirm this should be included in P's counters). |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 100:22-101:1, 101:3-13, 102:5-7, 102:10-17, 114:13-20, 115:1-8, 115:10, 129:11-12, 129:15-130:3, 131:13-15, 131:17-19:132:1-14, 147:21-148:1, 148:3-7, 173:13-15, 173:17, 193:-10, 195:8-11, 195:14-18, 197:9, 197:11-15, 197:20-198:14, 198:18-19, 199:-6, 199:8-11, 200:10, 200:12-18, 202:5-8, 201:11-20, 201:22-202:7, 203:6-7, 203:9-10, 224:10-12, 224:15, 224:19-225:2, 225:-12, 22:14, 226:6-9, 226:22-227:14, 227:17-18, 235:8-10, 235:13-18, 289:11-12, 289:14, 189:20-290:3, 295:12-14, 295:17-22, 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 297:12-297:18 | I | 37:10-11, 52:10-12, 2:14-15, 57:2- | I (Testimony @ 193:-10 does not |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 9, 57:11-13, 61:3-4, 61:6-13, 61:15, 73:14-17, 73:19-74:6, 74:8-12, 97:12-98:19, 98:22-99:3, 100:22-101:1, 101:3-13, 102:5-7, 102:10-17, 114:13-20, 115:1-8, 115:10, 129:11-12, 129:15-130:3, 131:13-15, 131:17-19:132:1-14, 147:21-148:1, 148:3-7, 173:13-15, 173:17, 193:-10, 195:8-11, 195:14-18, 197:9, 197:11-15, 197:20-198:14, 198:18-19, 199:-6, 199:8-11, 200:10, 200:12-18, 202:5-8, 201:11-20, 201:22-202:7, 203:6-7, 203:9-10, 224:10-12, 224:15, 224:19-225:2, 225:-12, 22:14, 226:6-9, 226:22-227:14, 227:17-18, 235:8-10, 235:13-18, 289:11-12, 289:14, 189:20-290:3, 295:12-14, 295:17-22, 342:8- | include Question @ 193:15-19. Please confirm this should be included in P's counters). |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 298:6-298:15 | | | |
| 298:20-299:11 | I | 299:16-300:9 | |
| 348:18-348:19 | I | 37:10-11, 52:10-12, 2:14-15, 57:2-9, 57:11-13, 61:3-4, 61:6-13, 61:15, 73:14-17, 73:19-74:6, 74:8-12, 97:12-98:19, 98:22-99:3, 100:22-101:1, 101:3-13, 102:5-7, 102:10-17, 114:13-20, 115:1-8, 115:10, 129:11-12, 129:15-130:3, 131:13-15, 131:17-19:132:1-14, 147:21-148:1, 148:3-7, 173:13-15, 173:17, 193:-10, 195:8-11, 195:14-18, 197:9, 197:11-15, 197:20-198:14, 198:18-19, 199:-6, 199:8-11, 200:10, 200:12-18, 202:5-8, 201:11-20, 201:22-202:7, 203:6-7, 203:9-10, 224:10-12, 224:15, 224:19-225:2, | I (Testimony @ 193:-10 does not include Question @ 193:15-19. Please confirm this should be included in P's counters). |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 225:-12, 22:14, 226:6-9, 226:22-227:14, 227:17-18, 235:8-10, 235:13-18, 289:11-12, 289:14, 189:20-290:3, 295:12-14, 295:17-22, 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 349:1-349:20 | I | 37:10-11, 52:10-12, 2:14-15, 57:2-9, 57:11-13, 61:3-4, 61:6-13, 61:15, 73:14-17, 73:19-74:6, 74:8-12, 97:12-98:19, 98:22-99:3, 100:22-101:1, 101:3-13, 102:5-7, 102:10-17, 114:13-20, 115:1-8, 115:10, 129:11-12, 129:15-130:3, 131:13-15, 131:17-19:132:1-14, 147:21-148:1, 148:3-7, 173:13-15, 173:17, 193:-10, 195:8-11, 195:14-18, 197:9, 197:11-15, 197:20-198:14, 198:18-19, 199:-6, 199:8-11, 200:10, | I (Testimony @ 193:-10 does not include Question @ 193:15-19. Please confirm this should be included in P's counters). |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 200:12-18, 202:5-8, 201:11-20, 201:22-202:7, 203:6-7, 203:9-10, 224:10-12, 224:15, 224:19-225:2, 225:-12, 22:14, 226:6-9, 226:22-227:14, 227:17-18, 235:8-10, 235:13-18, 289:11-12, 289:14, 189:20-290:3, 295:12-14, 295:17-22, 342:8-343:4, 343:7-8, 343:10-344:11, 344:14-346:10, 346:12-348:5 | |
| 350:1-350:6 | I | 68:8-17, 68:22-69:2, 69:4-16, 70:14-15, 70:17-19, 71:4-9, 71:11-19, 72:20-73:4, 73:7, 73:14-17, 73:19-74:6, 74:8-12, 87:2-11, 87:13-14, 87:19-88:11, 197:9, 197:11-15 | |

**Deponent: Mihael Polymeropoulos, M.D. (November 18, 2020)**

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| 16:15-16:18 | I | 17:22–18:2 | |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| 20:5-20:18 | I, 701 | 18:23–19:16, 21:8–10, 21:12–14 | |
| 25:20-25:22 | 701 | | |
| 27:18-28:7 | I, 701 | 28:21–29:5 | |
| 32:13-33:5 | I | 45:23–46:1, 46:3–9 | |
| 33:16-35:1 | | | |
| 35:4-35:10 | | | |
| 35:12-35:19 | | | |
| 36:15-19 | I | 36:20–21, 36:23–37:3 | |
| 37:5-37:12 | | | |
| 37:17-39:8 | 602, 701 | | |
| 39:10-39:24 | I | 39:25–40:2 | |
| 40:3-40:25 | I | 39:25–40:2 | |
| 41:16-41:24 | | | |
| 42:1-42:16 | | | |
| 42:24-44:1 | | | |
| 44:3-44:5 | | | |
| 47:1-47:14 | | | |
| 49:19-49:20 | | | |
| 50:1-50:7 | | | |
| 51:12-51:17 | | | |
| 62:5-62:6 | I, 602, 701 | 61:16–18, 61:20–62:3 | |
| 62:12-63:5 | I, 701 | 63:7–10 | |
| 65:3-65:5 | | | |
| 65:11-65:19 | | | |
| 69:22-71:1 | I | 77:24–78:5, 78:7–10, 78:12–16, 78:18–80:13 | |
| 72:13-72:23 | I | 77:24–78:5, 78:7–10, 78:12–16, 78:18–80:13 | |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| 72:25-73:15 | I | 77:24–78:5, 78:7–10, 78:12–16, 78:18–80:13 | |
| 80:15-81:17 | I | 76:9–15, 77:24–78:5, 78:7–10, 78:12–16, 78:18–80:13 | |

**Deponent: Mihael Polymeropoulos, M.D. (December 20, 2019)**

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| 25:6-25:7 | I, 602 | 25:16–26:2 | |
| 25:11-25:15 | I, 602 | 25:16–26:2 | |
| 31:21-32:8 | I, 602 | 25:16–26:2, 27:9–15 | |
| 32:14-32:20 | I, 602 | 25:16–26:2, 27:9–15, 32:21 | |
| 33:10-33:19 | I, 602 | 25:16–26:2, 27:9–15 | |
| 40:15-42:13 | I | 38:9–39:8 | |
| 42:17-42:18 | I | 43:13–16, 44:7–13 | |
| 43:9-43:12 | I | 43:13–16, 44:7–13 | |
| 45:19-46:5 | | | |
| 47:1-49:2 | I | 43:13–16, 44:7–13, 59:9–60:11, 60:20–61:15 | |
| 50:22-52:3 | I | 52:5–10, 58:21–59:7, 59:9–60:11, 60:20–61:15 | |
| 52:11-53:1 | I | 52:5–10 | |
| 54:1-54:18 | I | 53:2–17, 53:19–21, 54:20–22, 55:3–13, 55:15– | |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 56:10, 59:9–60:11, 60:20–61:15 | |
| 72:3-74:18 | | 43:13–16, 44:7–13 | |
| 76:3-76:10 | 602 | | |
| 77:18-77:22 | I | 78:5–13 | |
| 78:21-79:3 | | | |
| 79:8-79:17 | | | |
| 84:14-84:22 | I, 602 | 80:16–18, 80:20–81:2, 81:19–82:8, 84:5–13, 87:1–2, 87:4–7 | |
| 86:7-86:21 | I, 602 | 80:16–18, 80:20–81:2, 81:19–82:8, 84:5–13, 87:1–2, 87:4–7 | |
| 91:11-91:15 | I | 91:16–92:13 | |
| 101:18-102:15 | 701 | | |
| 104:16-104:19 | I | 104:20–105:12 | |
| 105:13-105:19 | I | 104:20–105:12 | |
| 107:10-107:14 | I | | |
| 108:4-109:20 | Colloquy | | |
| 110:15-111:12 | | | |
| 111:16-113:15 | 113:16–18, 113:21–114:2 | | |
| 114:4-114:21 | I | 115:8–116:3 | |
| 116:4-117:12 | I, Colloquy | 115:8–116:3, 140:4–5, 140:8–9, 140:11–18, 141:17–142:11, 142:13–17 | |
| 117:14-117:22 | I | 115:8–116:3, 140:4–5, 140:8–9, 140:11–18, 141:17–142:11, 142:13–17 | |
| 118:12-121:5 | Colloquy | | |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| 121:22-122:19 | 701 | | |
| 125:5-126:9 | 701, Colloquy | | |
| 127:6-128:3 | I, 701, Colloquy | 126:11–127:5 | |
| 128:19-129:1 | I, 701 | 126:11–127:5 | |
| 129:5-129:14 | 701, Colloquy | | |
| 131:3-131:12 | I | 131:15–132:1, 132:6–9 | |
| 133:3-133:12 | 602 | | |
| 136:1-137:22 | I | 139:9–20 | |
| 138:2-138:9 | I | 139:9–20 | |
| 138:11-138:21 | I, Colloquy | 139:9–20 | |
| 139:1-139:8 | I | 139:9–20 | |
| 141:4-141:15 | I, Colloquy | 140:4–5, 140:8–9, 140:11–18, 141:17–142:11, 142:13–17 | |
| 142:21-142:22 | I | 143:1–3 | |
| 174:17-177:10 | I, 701, Colloquy | 177:12–15, 177:17–178:7 | |
| 179:1-179:21 | I, 701, Colloquy | 177:12–15, 177:17–178:7, 178: 19–22 | |
| 180:1-181:5 | I, 701 | 177:12–15, 177:17–178:7, 178: 19–22 | |
| 181:19-182:10 | I, 701, Colloquy | 177:12–15, 177:17–178:7, 178: 19–22 | |
| 182:12-186:1 | I, 701, Colloquy | 177:12–15, 177:17–178:7, 178: 19–22, 187:2–20 | |
| 186:11-186:18 | I, 701, Colloquy | 177:12–15, 177:17–178:7, 178: 19–22, 187:2–20 | |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| 203:18-204:3 | I, 701 | 202:14–203:4, 203:7–8, 203:10–13, 203:15–16 | |
| 217:20-218:16 | I | 115:8–116:3 | NR |
| 220:20-221:3 | | | |
| 221:6 | | | |
| 221:15-222:11 | I | 187:2–20, 222:12–223:15, 223:17–21 | |
| 229:1-229:18 | 701 | | |
| 229:20-230:7 | 701 | | |
| 230:15-231:8 | I, 602, 701 | 187:2–20 | |
| 231:10-231:11 | | | |
| 231:15-232:20 | I, Colloquy | 115:8–116:3 | |
| 236:2-236:6 | I, 701 | 235:8–236:1 | |
| 237:11-238:14 | I, 701 | 235:8–236:1 | |
| 240:6-241:5 | I, 701 | 241:6–242:2 | |
| 242:3-242:12 | I, 701 | 241:6–242:2 | |
| 248:6-248:19 | 701 | | |
| 249:4-249:9 | 701 | | |
| 250:3-250:10 | 701 | | |
| 252:15-254:7 | | | |
| 255:2-256:1 | I, Colloquy | 245:12–255:1 | |
| 259:14-260:21 | 602 | | |
| 266:10-266:11 | I | 266:19–267:7 | |
| 266:13-266:18 | | | |
| 267:11-268:20 | I | 269:3–270:9 | |
| 271:17-272:1 | I | 272:2–15 | |
| 272:16-272:19 | 403 | | |
| 272:22-273:6 | I | 273:8–20 | |
| 277:10-278:12 | | | |
| 279:8-279:19 | I, 602 | 279:20–280:12 | |
| 281:1-281:9 | I | | |
| 282:1-282:9 | I | 280:13–22, 281:10–11 | NR |
| 283:12-284:9 | | | |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| 284:16-285:2 | I | 284:10–15, 285:3–6, 285:8–21 | |
| 285:7 | I | 284:10–15, 285:3–6, 285:8–21 | |
| 286:3 | | | |
| 286:8-286:17 | 602 | | |
| 287:8-288:9 | I | 286:18–287:7, 288:10–20 | |
| 288:21-289:10 | I | 288:10–20, 289:11–290:7, 290:9–17 | |
| 293:7-293:14 | I | 293:2–6 | |
| 294:6—294:11 | I | 294:4–5 | |
| 294:15-294:22 | I | 295:1–8 | |
| 296:2-296:22 | 602 | | |
| 299:20-301:2 | 602 | | |
| 301:6-301:22 | | | |
| 303:11-303:21 | 602, 701 | | |
| 304:2-304:5 | | | |
| 304:22-305:22 | I | 306:1 | |
| 308:3-309:6 | 602, 701, Colloquy | | |
| 310:1-310:5 | | | |
| 311:9-311:14 | | | |
| 314:14-314:17 | | | |
| 314:22-315:1 | | | |
| 315:3-315:20 | | | |
| 317:10-318:20 | I | 318:21–319:7 | |
| 319:8-323:2 | I | 318:21–319:7, 235:8–236:1, 323:3–13, 329:6–330:7, 330:9–10, 330:12–19, 331:2–5, 331:7–9, 331:11–13 | |

134

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| 324:4-325:1 | I | 323:19–324:3, 325:3–11 | |
| 325:3-325:11 | I | | |
| 325:13-326:15 | I | 115:8–116:3, 131:15–132:1, 132:6–9, 139:9–20, 324:21–325:1, 325:3–11 | |
| 331:21-333:10 | 402 | | |

## Deponent: Stephen Swinton (December 10, 2019)

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| 13:25-14:1 | | 14:5-14:7, 16:11-19:23, 24:2-24:12, 24:21-25:4 | R, I, IC |
| 31:22-31:25 | I, NQP | 32:1-32:4, 32:17-24 | I |
| 32:17-33:7 | I, Colloquy | 31:23-32:4, 33:12-34:1, 34:17-24, 35:1-4 | I |
| 33:12-34:1 | I | 31:23-32:4, 32:17-33:2, 33:6-7, 34:17-24, 35:1-4 | I |
| 34:17-35:4 | I, Colloquy | 31:23-32:4, 32:17-33:2, 33:6-7, 33:12-34:1 | I |
| 35:13-35:25 | I, Colloquy | 31:23-32:4, 32:17-33:2, 33:6-7, 33:12-34:1, 34:17-24, 35:1-4 | I |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| 38:15-39:4 | I | 31:23-32:4, 32:17-24, 39:5-39:23, 44:1-22 | I, IC, Colloquy |
| 39:18-39:23 | I | 31:23-32:4, 32:17-24, 38:15-39:17, 44:1-22 | I, IC, Colloquy |
| 43:3-43:23 | I, Colloquy | 31:23-32:4, 32:17-24 | I, IC |
| 44:24-45:12 | I | 45:13-46:1, 168:20-169:25 | I, IC |
| 79:5-79:11 | I | 44:24-46:1 | I, IC |
| 82:3-82:24 | I | 44:24-46:1, 79:5-11, 83:1-83:6 | I, IC |
| 83:1-83:6 | I | 44:24-46:1, 79:5-11, 82:3-24 | I, IC |
| 85:14-85:22 | I | 44:24-46:1, 79:5-11, 82:3-83:6, 86:21-87:14, 87:20-90:25 | I, IC, V, S, AF |
| 88:18-88:22 | I | 44:24-46:1, 79:5-11, 82:3-83:6, 85:14-22, 86:21-87:14, 87:20-88:17, 88:23-90:25 | I, IC, V, S, AF |
| 90:5-90:16 | I | 44:24-46:1, 79:5-11, 82:3-83:6, 85:14-22, 86:21-87:14, 87:20-90:4, 90:17-25 | I, IC, V, S, AF |
| 94:7-94:14 | I | 44:24-46:1, 85:14-22, 86:21-87:14, 87:20-90:25, 94:15-19, 95:1-21 | I, IC, V, S, AF |
| 94:16-96:17 | I | 44:24-46:1, 85:14-22, 86:21-87:14, | I, IC, V, S, AF |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 87:20-90:25, 94:7-14, 94:18-19, 95:1-21 | |
| 97:13-101:19 | I, Colloquy | 44:24-46:1, 94:7-19, 95:1-21, 97:10-12, 101:21-101:22, 101:24-102:3, 103:10-25, 106:7-107:10 | I, IC, V, S, AF |
| 103:10-104:24 | I, Colloquy | 44:24-46:1, 97:10-17, 106:7-107:10, 108:14-23, 156:7-24, 157:25-158:21, 159:1-4, 202:13-203:24, 204:20-205:23 | I, IC, V, S, AF |
| 105:2-105:24 | I, Colloquy | 44:24-46:1, 97:10-17, 103:10-25, 106:7-107:10, 108:14-23, 156:7-24, 157:25-158:21, 159:1-4, 202:13-203:24, 204:20-205:23 | I, IC, V, S, AF |
| 107:11-108:23 | I | 44:24-46:1, 97:10-17, 103:10-25, 106:7-107:10, 156:7-24, 157:25-158:21, 159:1-4, 202:13-203:24, 204:20-205:23 | I, IC, V, S, AF |
| 109:5-109:24 | I | 44:24-46:1, 109:25-110:3, 110:8-111:15 | I, IC, V, S, AF |
| 113:8-113:14 | I | 44:24-46:1, 103:10-25, 106:7- | I, IC, V, S, AF |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 107:10, 114:10-23, 122:9-123:10, 124:9-24, 126:19-24, 127:1-15, 130:5-10, 130:13-131:2, 131:4-18, 206:25-208:11, 209:15-210:3 | |
| 115:12-116:15 | I, Colloquy | 44:24-46:1, 103:10-25, 106:7-107:10, 113:8-14, 114:10-23, 115:11, 122:9-123:10, 124:9-24, 126:19-24, 127:1-15, 130:5-10, 130:13-131:2, 131:4-18, 206:25-208:11, 209:15-210:3 | I, IC, V, S, AF |
| 117:16-120:22 | I, Colloquy | 44:24-46:1, 103:10-25, 106:7-107:10, 113:8-14, 114:10-23, 122:9-123:10, 124:9-24, 126:19-24, 127:1-15, 130:5-10, 130:13-131:2, 131:4-18, 206:25-208:11, 209:15-210:3 | I, IC, V, S, AF |
| 122:9-122:11 | I, NQP | 44:24-46:1, 103:10-25, 122:15-123:10, 124:9-24, 126:19-24, 127:1-15, 130:5-10, 130:13-131:2, 131:4-18, | I, IC, V, S, AF |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 206:25-208:11, 209:15-210:3 | |
| 122:15-123:6 | I | 44:24-46:1, 103:10-25, 122:9-11, 124:9-24, 126:19-24, 127:1-15, 130:5-10, 130:13-131:2, 131:4-18, 206:25-208:11, 209:15-210:3 | I, IC, V, S, AF |
| 123:11-125:3 | I | 44:24-46:1, 103:10-25, 122:9-123:10, 125:8-13, 125:25-126:5, 126:19-24, 127:1-15, 130:5-10, 130:13-131:2, 131:4-18, 206:25-208:11, 209:15-210:3 | I, IC, V, S, AF |
| 126:19-127:3 | I, Colloquy | 44:24-46:1, 103:10-25, 122:9-123:10, 124:9-24, 127:5-15, 130:5-10, 130:13-131:2, 131:4-18, 206:25-208:11, 209:15-210:3 | I, IC, V, S, AF |
| 127:5-128:7 | I | 44:24-46:1, 103:10-25, 122:9-123:10, 124:9-24, 126:19-24, 127:1-3, 130:5-10, 130:13-131:2, 131:4-18, 206:25- | I, IC, V, S, AF |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 208:11, 209:15-210:3 | |
| 128:17-130:25 | I, Colloquy | 44:24-46:1, 103:10-25, 122:9-123:10, 124:9-24, 126:19-24, 127:1-15, 128:10-12, 128:14-15, 130:5-10, 130:13-131:2, 131:4-18, 206:25-208:11, 209:15-210:3 | I, IC, V, S, AF |
| 131:11-131:25 | I, Colloquy | 44:24-46:1, 103:10-25, 122:9-123:10, 124:9-24, 126:19-24, 127:1-15, 130:5-10, 130:13-131:2, 131:4-10; 206:25-208:11, 209:15-210:3 | I, IC, V, S, AF |
| 132:2-133:14 | I, Colloquy | 44:24-46:1, 85:14-22, 88:18-90:25, 103:10-25, 122:9-123:10, 124:9-24, 126:19-24, 127:1-15, 130:5-10, 130:13-131:2, 131:4-18, 206:25-208:11, 209:15-210:3 | I, IC, V, S, AF |
| 156:7-156:9 | I | 44:24-46:1, 97:10-17, 103:10-25, 106:7-107:10, 108:14-23, 156:13-24, 157:25-158:21, | I, IC, V, S, AF |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 159:1-4, 202:13-203:24, 204:20-205:23 | |
| 156:13-156:24 | | 44:24-46:1, 97:10-17, 103:10-25, 106:7-107:10, 108:14-23, 156:7-9, 157:25-158:21, 159:1-4, 202:13-203:24, 204:20-205:23 | I, IC, V, S, AF |
| 157:25-159:9 | I, Colloquy, NA (unanswered question calls for privileged information) | 44:24-46:1, 97:10-17, 103:10-25, 106:7-107:10, 108:14-23, 156:7-24, 157:25-158:21, 159:1-4, 160-24-161:1, 161:5, 202:13-203:24, 204:20-205:23 | I, IC, V, S, AF |
| 168:20-169:25 | | 44:24-46:1 | |
| 174:8-174:23 | I, Colloquy | 109:5-110:3, 110:8-111:15, 171:18-172:5, 202:13-204:12, 204:15-205:23, 209:1-6 | I, IC, V, S, AF |
| 176:2-176:9 | I, Colloquy | 109:5-110:3, 110:8-111:15, 171:18-172:5, 202:13-204:12, 204:15-205:23, 209:1-6 | I, IC, V, S, AF |
| 199:6-200:9 | I, Colloquy | 109:5-110:3, 110:8-111:15, 171:18-172:5, 198, | I, IC, V, S, AF |

| Defendant's Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendant's Objections |
|---|---|---|---|
| | | 14-20, 198:23-199:5, 202:13-204:12, 204:15-205:23, 209:1-6 | |
| 202:13-204:18 | I, Colloquy | 44:24-46:1, 97:10-17, 103:10-25, 106:7-107:10, 108:14-23, 156:7-24, 157:25-158:21, 159:1-4, 160-24-161:1, 161:5, 204:20-205:23 | I, IC, V, S, AF |
| 204:20-206:2 | I | 44:24-46:1, 97:10-17, 103:10-25, 106:7-107:10, 108:14-23, 156:7-24, 157:25-158:21, 159:1-4, 160-24-161:1, 161:5, 202:13-203:24 | I, IC, V, S, AF |
| 209:15-210:15 | I | 44:24-46:1, 85:14-22, 88:18-90:25, 103:10-25, 122:9-123:10, 124:9-24, 126:19-24, 127:1-15, 130:5-10, 130:13-131:2, 131:4-18, 206:25-208:11 | I, IC, V, S, AF |

| Abbreviation | Basis for Objection | Rule |
|---|---|---|
| 403 | Prejudicial | FRE 403 |
| V | Vague and ambiguous | |
| AF | Assuming facts not in evidence | |
| E or 701 or 702/703 | Calls for expert opinion, improper testimony of a lay witness | FRE 701-702 |
| F or 602 | Lacks foundation | FRE 602, 901 |
| H or 802 | Hearsay | FRE 801-802 |
| HYP | Improper hypothetical | FRE 501-502 |
| I | Incomplete | FRE 106 |
| MIS | Mischaracterizes evidence/testimony or is misleading | FRE 611 |
| OBJ | Includes Attorney Objections | |
| R or 402 or NR | Relevance | FRE 402 |
| S | Calls for speculation | FRE 401-403, 602, 701 |
| C | Compound | |
| Scope | Outside the scope of 30(b)(6) designation | |
| NQP or MA | No question posed | |
| NA | No answer | |
| A&A | Asked and answered | |
| NS | Nonsensical | |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

VANDA PHARMACEUTICALS INC.,

       Plaintiff,

    v.

TEVA PHARMACEUTICALS USA, INC., et al.,

       Defendants.

C.A. No. 18-651-CFC
(Consolidated)

## **Exhibit 10 – Plaintiff's Trial Exhibit List**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

(C.A. No. 18-00651-CFC)

Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| Plaintiff's Trial Exhibit List |
|---|

| Exhibit Number | Date | Description | Beginning Bates Number | Ending Bates Number | Defendants' Objections | Admitted |
|---|---|---|---|---|---|---|
| 1 | 4/13/2017 | Declaration of Mihael Polymeropoulous under 37 C.F.R. § 1.132 | VNDHTLZ 00000806 | VNDHTLZ 00000832 | | |
| 2 | 10/31/2015 | Lockley et al. *Tasimelteon for Non-24-hour Sleep-Wake Disorder in Totally Blind People (SET and RESET): Two Multicentre, Randomised, Double-masked, Placebo-controlled Phase 3 Trial, Lancet 2015; 386: 1754-64* | VNDHTLZ 01643645 | VNDHTLZ 01643655 | | |
| 3 | 8/5/2015 | Supplement to: Lockley SW, Dressman MA, Licamele L, et al. Tasimelteon for non-24-hour sleep-wake disorder in totally blind people (SET and RESET): two multicentre, randomised, double-masked, placebo-controlled phase 3 trials. | VNDHTLZ 01643629 | VNDHTLZ 01643629 | | |
| 4 | 11/14/2013 | Food & Drug Administration, Peripheral and Central Nervous System Drugs Advisory Committee Meeting Transcript | VNDHTLZ 00568949 | VNDHTLZ 00569243 | | |
| 5 | 2/22/2017 | Emens and Eastman, *Diagnosis and Treatment of Non-24-h Sleep–Wake Disorder in the Blind*, Drugs at 9 (2017) | VNDHTLZ 03083556 | VNDHTLZ 03083569 | | |
| 6 | 1997 | Kaminsky And Zhang, Human P450 Metabolism Of Warfarin, 73 Pharmacology & Therapeutics 67 | VNDHTLZ 03091801 | VNDHTLZ 03091808 | | |
| 7 | 4/7/2020 | U.S. Patent No. 10,611,744 | VNDHTLZ 03101216 | VNDHTLZ 03101225 | | |
| 8 | 2/25/2020 | File History to U.S. Patent No. 10,071,977 | VNDHTLZ 03101226 | VNDHTLZ 03101226 | | |
| 9 | 9/6/2018 | File History to U.S. Patent No. 10,611,744 | VNDHTLZ 03100649 | VNDHTLZ 03101215 | | |
| 10 | 4/30/2012 | Provisional Application 61/640,067 | VNDHTLZ 00007465 | VNDHTLZ 00007492 | | |
| 11 | 6/14/2012 | Provisional Application 61/650,455 | VNDHTLZ 00007493 | VNDHTLZ 00007570 | | |
| 12 | 7/20/2012 | Provisional Application 61/650,458 | VNDHTLZ 00007571 | VNDHTLZ 00007658 | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(C.A. No. 18-00651-CFC)
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| | | | | | | | |
|---|---|---|---|---|---|---|---|

| | | **Plaintiff's Trial Exhibit List** | | | | | |
|---|---|---|---|---|---|---|---|
| **Exhibit Number** | **Date** | **Description** | **Beginning Bates Number** | **Ending Bates Number** | **Defendants' Objections** | **Admitted** |
| 13 | 10/15/2012 | Provisional Application 61/714,149 | VNDHTLZ 00007659 | VNDHTLZ 00007767 | | |
| 14 | 12/18/2012 | Provisional Application 61/738,985 | VNDHTLZ 00007768 | VNDHTLZ 00007930 | | |
| 15 | 12/18/2012 | Provisional Application 61/738,987 | VNDHTLZ 00007931 | VNDHTLZ 00008061 | | |
| 16 | | Provisional Application 61/755,896 | VNDHTLZ 00008062 | VNDHTLZ 00008198 | | |
| 17 | 11/12/2013 | Provisional Application 61/903,354 | VNDHTLZ 00008199 | VNDHTLZ 00008433 | | |
| 18 | 1/14/2014 | Provisional Application 61/927,465 | VNDHTLZ 03090120 | VNDHTLZ 03090201 | | |
| 19 | 2/12/2014 | Provisional Application 61/938,922 | VNDHTLZ 02679500 | VNDHTLZ 02679535 | | |
| 20 | 12/4/2014 | Provisional Application 62/087,394 | VNDHTLZ 02679536 | VNDHTLZ 02679577 | | |
| 21 | 3/20/2013 | PCT Application No. U.S. 2013/023315 | VNDHTLZ 00008434 | VNDHTLZ 00009480 | | |
| 22 | 1/11/2014 | PCT Application No. U.S. 2013/076311 | VNDHTLZ 00009481 | VNDHTLZ 00010606 | | |
| 23 | 3/11/2021 | Apotex Presentation, *3 Way Labeling Comparison Prescribing Information* | APO-TASI-0131622 | APO-TASI-0131653 | | |
| 24 | 1/2018 | Tasimelteon capsules 20mg, Label | TEVA_TAS-000000101 | TEVA_TAS-000000110 | | |
| 25 | 7/2018 | Tasimelteon Capsules 20Mg, Label | TEVA_TAS-000018756 | TEVA_TAS-000018764 | | |
| 26 | 10/1/2019 | Tasimelteon Capsules 20 MG Label | TEVA_TAS-000089209 | TEVA_TAS-000089217 | | |
| 27 | 10/2019 | Tasimelteon Capsules, 20 mg, Label | TEVA_TAS-000089218 | TEVA_TAS-000089228 | | |
| 28 | 1/31/2018 | Apotex, 2 Way Labeling Comparison | APO-TASI-0000430 | APO-TASI-0000445 | | |
| 29 | 7/12/2018 | ███████████████████ | APO-TASI-0006327 | APO-TASI-0006330 | | |
| 30 | 4/20/2016 | ███████████████████ | APO-TASI-0073322 | APO-TASI-0073330 | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(C.A. No. 18-00651-CFC)
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

|  |
|---|
| **Plaintiff's Trial Exhibit List** |

| Exhibit Number | Date | Description | Beginning Bates Number | Ending Bates Number | Defendants' Objections | Admitted |
|---|---|---|---|---|---|---|
| 31 | 7/13/2016 | | APO-TASI-0075657 | APO-TASI-0075659 | | |
| 32 | 3/8/2017 | | APO-TASI-0078920 | APO-TASI-0078922 | | |
| 33 | 4/27/2017 | | APO-TASI-0100203 | APO-TASI-0100209 | | |
| 34 | 2/11/2016 | | APO-TASI-0112269 | APO-TASI-0112285 | | |
| 35 | 3/30/2017 | | APO-TASI-0127321 | APO-TASI-0127332 | | |
| 36 | 2/10/2017 | | APO-TASI-0127354 | APO-TASI-0127367 | | |
| 37 | 10/2017 | | APO-TASI-0129275 | APO-TASI-0129285 | | |
| 38 | 11/16/2018 | | APO-TASI-0129319 | APO-TASI-0129325 | | |
| 39 | 6/1/2019 | | APO-TASI-0129491 | APO-TASI-0129504 | | |
| 40 | 1/31/2018 | | APO-TASI-0130082 | APO-TASI-0130084 | | |
| 41 | 8/23/2019 | | APO-TASI-0130085 | APO-TASI-0130086 | | |
| 42 | 10/2019 | Tasimelteon Capsules 20Mg, Label | APO-TASI-0131342 | APO-TASI-0131351 | | |
| 43 | 10/2019 | Tasimelteon Capsules, 20 mg Minor Amendment - Labeling | APO-TASI-0131380 | APO-TASI-0131380 | | |
| 44 | 10/18/2019 | | APO-TASI-0131381 | APO-TASI-0131381 | | |
| 45 | 12/9/2019 | | APO-TASI-0131418 | APO-TASI-0131419 | | |
| 46 | 12/2002 | FDA Guidance For Industry On Food-Effect Bioavailability And Fed Bioequivalence Studies | TASI-DEF-0002528 | TASI-DEF-0002539 | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(C.A. No. 18-00651-CFC)
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | **Plaintiff's Trial Exhibit List** | | | |
| | | | | | | |
| **Exhibit Number** | **Date** | **Description** | **Beginning Bates Number** | **Ending Bates Number** | **Defendants' Objections** | **Admitted** |
| 47 | 1/11/2018 | Letter from J. Liu to FDA DMF Staff re: Tasimelteon | TEVA_TAS-000000011 | TEVA_TAS-000000011 | | |
| 48 | 1/26/2018 | 1.12.12 Comparison Between Generic Drug and Reference Listed Drug | TEVA_TAS-000000029 | TEVA_TAS-000000030 | | |
| 49 | 1/31/2018 | Application to Market a New or Abbreviated New Drug or Biologic for Human Use | TEVA_TAS-000000048 | TEVA_TAS-000000054 | | |
| 50 | 1/31/2018 | Letter from D. DeCicco to FDA re: Pre -Assigned ANDA # 211601 / Sequence # 0001 Tasimelteon Capsules, 20 mg | TEVA_TAS-000000058 | TEVA_TAS-000000061 | | |
| 51 | 1/26/2018 | Package Outsert Side by Side Comparison | TEVA_TAS-000000075 | TEVA_TAS-000000088 | | |
| 52 | 11/3/2017 | U.S. Agent Appointment Letter | TEVA_TAS-000000113 | TEVA_TAS-000000113 | | |
| 53 | 1/31/2018 | Tasimelteon, Drug Substance | TEVA_TAS-000000132 | TEVA_TAS-000000198 | | |
| 54 | | 2.3.S.1 General Information [Tasimelteon, ███████████] | TEVA_TAS-000000199 | TEVA_TAS-000000267 | | |
| 55 | 1/31/2018 | Tasimelteon Capsules 20 Mg, Drug Product | TEVA_TAS-000000269 | TEVA_TAS-000000371 | | |
| 56 | 1/31/2018 | 2.7 Clinical Summary | TEVA_TAS-000000498 | TEVA_TAS-000000519 | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(C.A. No. 18-00651-CFC)
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| | | Plaintiff's Trial Exhibit List | | | | |
|---|---|---|---|---|---|---|
| Exhibit Number | Date | Description | Beginning Bates Number | Ending Bates Number | Defendants' Objections | Admitted |
| 57 | 1/25/2018 | Product Development Report Of Tasimelteon Capsules 20 Mg | TEVA_TAS-000000655 | TEVA_TAS-000000755 | | |
| 58 | 1/12/2018 | Reprocessing Statement Tasimelteon Capsules 20Mg | TEVA_TAS-000000833 | TEVA_TAS-000000833 | | |
| 59 | 1/6/2015 | Anhydrous Lactos Us Nf Standard Test Procedure | TEVA_TAS-000000995 | TEVA_TAS-000001007 | | |
| 60 | 1/30/2018 | Certificate of Analysis, Tasimelteon Capsules 20mg | TEVA_TAS-000001561 | TEVA_TAS-000001589 | | |
| 61 | | Residual Solvents Evaluation [Tasimelteon Capsules, 20mg] | TEVA_TAS-000001656 | TEVA_TAS-000001657 | | |
| 62 | 1/30/2018 | Photostability Study On Tasimelteon Capsules 20 Mg | TEVA_TAS-000001847 | TEVA_TAS-000001889 | | |
| 63 | 1/31/2018 | 3.2.S.2. Manufacture [Tasimelteon, ▮▮▮▮▮▮▮▮▮▮▮] | TEVA_TAS-000002332 | TEVA_TAS-000002333 | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(C.A. No. 18-00651-CFC)
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| | | Plaintiff's Trial Exhibit List | | | | |
|---|---|---|---|---|---|---|
| Exhibit Number | Date | Description | Beginning Bates Number | Ending Bates Number | Defendants' Objections | Admitted |
| 64 | 11/3/2017 | Tasimelteon - cGMP Statement | TEVA_TAS-000002334 | TEVA_TAS-000002334 | | |
| 65 | 1/26/2018 | Manufacturing Process Development [Tasimelteon, | TEVA_TAS-000002338 | TEVA_TAS-000002338 | | |
| 66 | | 3.2.S.3 Characterization, Impurities | TEVA_TAS-000002340 | TEVA_TAS-000002342 | | |
| 67 | 1/15/2018 | Certificate of Analysis, Tasimelteon | TEVA_TAS-000003048 | TEVA_TAS-000003048 | | |
| 68 | 6/7/2017 | Certificate of Analysis, Tasimelteon | TEVA_TAS-000003050 | TEVA_TAS-000003075 | | |
| 69 | | 3.2.S.4 Control of Drug Substance | TEVA_TAS-000003103 | TEVA_TAS-000003109 | | |
| 70 | 12/29/2017 | Final Clinical Study Report - Study #BE-1740-16 - Tasimelteon Capsule, 20 mg | TEVA_TAS-000005392 | TEVA_TAS-000005456 | | |
| 71 | 1/22/2018 | Clinical Study Report: Study # BE-1740-16 Tasimelteon Capsule, 20mg, Protocol and Protocol Amendments | TEVA_TAS-000007871 | TEVA_TAS-000007976 | | |
| 72 | 3/9/2018 | Letter from A. Inniss (FDA) to D. DeCicco (Teva) re: ANDA Tasimelteon Capsules, 20 mg Information Request | TEVA_TAS-000018641 | TEVA_TAS-000018643 | | |
| 73 | 3/9/2018 | Response to FDA Request for Information- Quality | TEVA_TAS-000018645 | TEVA_TAS-000018645 | | |
| 74 | 3/12/2018 | Letter from D. DeCicco to FDA re: ANDA # 211601 / Sequence # 0002 Tasimelteon Capsules, 20 mg Information Request Quality | TEVA_TAS-000018653 | TEVA_TAS-000018653 | | |
| 75 | 3/28/2018 | Letter from D. DeCicco to U.S. Food & Drug Administration re Patent Amendment: Receipt of Notice and 45- Day Clock | TEVA_TAS-000018678 | TEVA_TAS-000018679 | | |
| 76 | 5/8/2018 | Letter from D. DeCicco to U.S. Food & Drug Administration re Patent Amendment: Legal Update | TEVA_TAS-000018724 | TEVA_TAS-000018725 | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(C.A. No. 18-00651-CFC)
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| | | Plaintiff's Trial Exhibit List | | | | |
|---|---|---|---|---|---|---|
| Exhibit Number | Date | Description | Beginning Bates Number | Ending Bates Number | Defendants' Objections | Admitted |
| 77 | 4/29/2013 | Vanda Clinical Study Report "Tasimelteon VP-VEC-162-3203 A Randomized Withdrawal Study to Demonstrate the Maintenance of Effect of 20 mg Tasimelteon in the Treatment of N24HSWD" | VNDHTLZ 00254220 | VNDHTLZ 00254313 | | |
| 78 | 7/16/2018 | Letter from A. Inniss (FDA) to D. DeCicco (Teva) re: ANDA Tasimelteon Capsules, 20 mg | TEVA_TAS-000018728 | TEVA_TAS-000018733 | | |
| 79 | 7/24/2018 | Letter from D. DeCicco to FDA re: ANDA # 211601 / Sequence # 0005 Tasimelteon Capsules, 20 mg | TEVA_TAS-000018734 | TEVA_TAS-000018735 | | |
| 80 | 7/18/2018 | Letter from C. Gentles (FDA) to D. DeCicco (TEVA) re: ANDA Discipline Review Letter | TEVA_TAS-000018736 | TEVA_TAS-000018737 | | |
| 81 | 7/12/2018 | Letter from U.S. Food & Drug Administration to D. DeCicco re Discipline Review Letter | TEVA_TAS-000018750 | TEVA_TAS-000018753 | | |
| 82 | 7/12/2018 | Discipline Review Letter/ Labeling | TEVA_TAS-000018775 | TEVA_TAS-000018776 | | |
| 83 | 7/25/2018 | Email from C. Lemley to L. Moulder re ANDA #211601 - Tasimelteon Capsules, 20mg - Response to Labeling Discipline Review Letter | TEVA_TAS-000018790 | TEVA_TAS-000018791 | | |
| 84 | 7/12/2018 | Letter from USFDA to D. DeCicco re New Drug Application Discipline Review Letter | TEVA_TAS-000018796 | TEVA_TAS-000018799 | | |
| 85 | 10/24/2018 | Letter from D. DeCicco to U.S. Food & Drug Administration re Patent Amendment: Certification to U.S. Patent 10,071,977 | TEVA_TAS-000018826 | TEVA_TAS-000018826 | | |
| 86 | 11/9/2018 | Letter from D. McKan (FDA) to D. DeCicco (Teva) re: ANDA Tasimelteon Capsules, 20 mg | TEVA_TAS-000018830 | TEVA_TAS-000018836 | | |
| 87 | 10/30/2018 | Letter from D. DeCicco to U.S. Food & Drug Administration re Patent Amendment: Receipt of Notice | TEVA_TAS-000018850 | TEVA_TAS-000018850 | | |
| 88 | 2/4/2019 | Patent Certification [Tasimelteon Capsules, 20 MG] | TEVA_TAS-000018875 | TEVA_TAS-000018876 | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(C.A. No. 18-00651-CFC)
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| Plaintiff's Trial Exhibit List | | | | | | |
|---|---|---|---|---|---|---|
| **Exhibit Number** | **Date** | **Description** | **Beginning Bates Number** | **Ending Bates Number** | **Defendants' Objections** | **Admitted** |
| 89 | 2/6/2019 | Letter from U.S. Food & Drug Administration to D. DeCicco re Patent Amendment: Certification to U.S. Patent 10149829 | TEVA_TAS-000018877 | TEVA_TAS-000018877 | | |
| 90 | 2/13/2019 | Letter from D. DeCicco to U.S. Food & Drug Administration re Patent Amendment: Receipt of Notice | TEVA_TAS-000018891 | TEVA_TAS-000018891 | | |
| 91 | 1/14/2018 | Description Of Manufacturing Process And Process Controls | TEVA_TAS-000018923 | TEVA_TAS-000018925 | | |
| 92 | 11/5/2017 | ██████████████████. - Tasimelteon - 3.2.S.3.2 Impurities | TEVA_TAS-000018926 | TEVA_TAS-000019052 | | |
| 93 | 11/2/2017 | ██████████████████. - Tasimelteon - 3.2.5.4 Control of drug substance | TEVA_TAS-000019086 | TEVA_TAS-000019087 | | |
| 94 | 8/1/2019 | ██████████████████. - 3.2.S.2.2 Description of manufacturing process and process controls | TEVA_TAS-000020010 | TEVA_TAS-000020013 | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(C.A. No. 18-00651-CFC)
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| Plaintiff's Trial Exhibit List | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| Exhibit Number | Date | Description | Beginning Bates Number | Ending Bates Number | Defendants' Objections | Admitted |
| 95 | 7/31/2019 | Tasimelteon - 3.2.S.3.2 Impurities | TEVA_TAS-000020014 | TEVA_TAS-000020049 | | |
| 96 | 7/6/2019 | Tasimelteon - 3.2.S.4 Control of drug substance | TEVA_TAS-000020050 | TEVA_TAS-000020051 | | |
| 97 | 7/31/2019 | Tasimelteon - 3.2.S.4.2 Analytical procedures | TEVA_TAS-000020052 | TEVA_TAS-000020065 | | |
| 98 | 12/22/2016 | 3.2.S.4.3.2 Analytical Method Validation for Determination of Related Substances for Tasimelteon by HPLC | TEVA_TAS-000020066 | TEVA_TAS-000020147 | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(C.A. No. 18-00651-CFC)
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | **Plaintiff's Trial Exhibit List** | | | |
| **Exhibit Number** | **Date** | **Description** | **Beginning Bates Number** | **Ending Bates Number** | **Defendants' Objections** | **Admitted** |
| 99 | 6/24/2019 | Tasimelteon - 3.2.S.4.3.7 Analytical method supplemental validation for determination | TEVA_TAS-000020148 | TEVA_TAS-000020209 | | |
| 100 | 7/31/2019 | Tasimelteon - 3.2.S.4.4 Batch analysis | TEVA_TAS-000020210 | TEVA_TAS-000020215 | | |
| 101 | 1/23/2014 | Center for Drug Evaluation and Research - Application Number: 2056770rig1s000 Summary Review | TEVA_TAS-000020227 | TEVA_TAS-000020237 | | |
| 102 | 10/2010 | Cowen Pharmaceutical Research Team, *Therapeutic Categories Outlook* | TEVA_TAS-000020343 | TEVA_TAS-000021782 | | |
| 103 | 1/31/2018 | Letter from D. DeCicco to the Center for Drug Evaluation and Research re Pre-Assigned ANDA #211601 / Sequence #0001 Tasimelteon Capsules, 20 mg | TEVA_TAS-000031942 | TEVA_TAS-000031945 | | |
| 104 | 1/31/2018 | Tasimelteon Capsules, 20.g Assessment | TEVA_TAS-000031946 | TEVA_TAS-000031948 | | |
| 105 | 3/10/2017 | Email from H. Godwialla to J. Gaonkar re Test License and Manufacturing Capsules 20mg | TEVA_TAS-000032272 | TEVA_TAS-000032289 | | |
| 106 | 3/10/2017 | Tasimelteon Capsules, License Requirements | TEVA_TAS-000032274 | TEVA_TAS-000032277 | | |
| 107 | 12/2014 | Hetlioz, (tasimelteon) capsules 20mg, Label | TEVA_TAS-000032278 | TEVA_TAS-000032289 | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(C.A. No. 18-00651-CFC)
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| | | | | | | |
|---|---|---|---|---|---|---|
| | | **Plaintiff's Trial Exhibit List** | | | | |
| | | | | | | |
| **Exhibit Number** | **Date** | **Description** | **Beginning Bates Number** | **Ending Bates Number** | **Defendants' Objections** | **Admitted** |
| 108 | 2/8/2017 | Tasimelteon Capsules, License Requirements | TEVA_TAS-000033064 | TEVA_TAS-000033068 | | |
| 109 | 10/6/2017 | Email from J. Sivasubramanian to H. Godiwalla re Tasimelteon Capsules 20mg - Trade Dess with attachments | TEVA_TAS-000033887 | TEVA_TAS-000033897 | | |
| 110 | 9/6/2017 | Email from R. Kadam to R. Thatte re Tasimelteon Capsules 20mg - Trade Dess with attachment | TEVA_TAS-000034502 | TEVA_TAS-000034512 | | |
| 111 | 7/13/2017 | Email from K. Wazare to C. Shah re Lead Formulation Check list for Tasimelteon Capsules 20 mg | TEVA_TAS-000034978 | TEVA_TAS-000034980 | | |
| 112 | 6/28/2017 | Email from A. Rout to K. Shaha re Tasimelteon Capsules 20 mg for IIG Clearance | TEVA_TAS-000034981 | TEVA_TAS-000034981 | | |
| 113 | 6/28/2017 | Certification of Ink per Capsule and Elemental Iron Content in Hard Gelatin Capsule Shells | TEVA_TAS-000034984 | TEVA_TAS-000034984 | | |
| 114 | 6/28/2017 | Certification of Ink per Capsule and Elemental Iron Content in Hard Gelatin Capsule Shells | TEVA_TAS-000034985 | TEVA_TAS-000034985 | | |
| 115 | 3/15/2018 | Letter from U.S. Food & Drug Administration to D. DeCicco re Paragraph IV Acknowledgement ANDA Receipt | TEVA_TAS-000036373 | TEVA_TAS-000036380 | | |
| 116 | 1/29/2018 | Email from J. Pawar to P. Shetty re ANDA 2018 Tasimelteon Capsules 20 mg Open Items | TEVA_TAS-000036561 | TEVA_TAS-000036564 | | |
| 117 | 12/1/2016 | ███████████ - TSM-IMI-001 - Certificate | TEVA_TAS-000036608 | TEVA_TAS-000036620 | | |
| 118 | 1/24/2018 | Email from M. Cui to K. Jinturkar re Draft Tasimelteon capsules 20mg PDR with attachment | TEVA_TAS-000036695 | TEVA_TAS-000036697 | | |
| 119 | 1/23/2018 | Email from A. Kaushik to A. Raikar re Tasimelteon Capsules - CMC Contact | TEVA_TAS-000037128 | TEVA_TAS-000037135 | | |
| 120 | 1/25/2018 | Email from A. Rout to R. Phale re: Tasimeltion DMF | TEVA_TAS-000040273 | TEVA_TAS-000040284 | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(C.A. No. 18-00651-CFC)
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| | | Plaintiff's Trial Exhibit List | | | | |
|---|---|---|---|---|---|---|
| Exhibit Number | Date | Description | Beginning Bates Number | Ending Bates Number | Defendants' Objections | Admitted |
| 121 | 1/15/2018 | Email from R. Chhatani to A. Antarkar re: Tasimelteon with attachments | TEVA_TAS-000042115 | TEVA_TAS-000042123 | | |
| 122 | 1/25/2018 | Email from L. Jambhale to S. Harhale re DP Stability Testing- Tasimelteon | TEVA_TAS-000052300 | TEVA_TAS-000052301 | | |
| 123 | 1/23/2018 | Email from B. Salunkhe to R. Chhatani re: Tasimeltion DMF | TEVA_TAS-000053534 | TEVA_TAS-000053541 | | |
| 124 | 10/10/2016 | Email from R. Ashutosh to C. Priti re Tasimelteon Capsules 20mg Import License with attachments | TEVA_TAS-000053986 | TEVA_TAS-000053990 | | |
| 125 | 12/2014 | Hetlioz (tasimelteon) capsules, 20 mg, Label | TEVA_TAS-000053993 | TEVA_TAS-000054004 | | |
| 126 | 9/4/2017 | Email from A. Rout to R. Thatte re: Tasimelteon Capsules 20 mg - Trade Dess with attachment | TEVA_TAS-000056494 | TEVA_TAS-000056502 | | |
| 127 | 8/4/2017 | Email from M. Barot to J. Derstine re Team Intro and Overview of India/Goa ANDA Submissions | TEVA_TAS-000057195 | TEVA_TAS-000057200 | | |
| 128 | 3/14/2018 | Email from S. Parihar to J. Delgaudio re Discussion and status updates of pending deficiency comments (DL's) from health agencies and their responses - Status as on 14 March 2018 | TEVA_TAS-000057256 | TEVA_TAS-000057266 | | |
| 129 | 3/2/2018 | Letter from U.S. Food &Drug to D. DeCicco re Information Request | TEVA_TAS-000057267 | TEVA_TAS-000057268 | | |
| 130 | 3/8/2018 | Letter from U.S. Food & Drug Administration to J. Derstine re Information Request | TEVA_TAS-000057269 | TEVA_TAS-000057271 | | |
| 131 | 3/9/2018 | Letter from U.S. Food & Drug Administration to D. DeCicco re Information Request | TEVA_TAS-000057282 | TEVA_TAS-000057284 | | |
| 132 | 11/2/2011 | Bioequivalence Amendment | TEVA_TAS-000057303 | TEVA_TAS-000057309 | | |
| 133 | 3/12/2018 | Email from S. Parihar to D. DeCicco re Information Request: ANDA 211601 with attachment | TEVA_TAS-000057365 | TEVA_TAS-000057369 | | |
| 134 | 3/9/2018 | ██████ Tasimelteon | TEVA_TAS-000057374 | TEVA_TAS-000057380 | | |
| 135 | 3/9/2018 | ██████ - Tasimelteon | TEVA_TAS-000057394 | TEVA_TAS-000057399 | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(C.A. No. 18-00651-CFC)
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| | | Plaintiff's Trial Exhibit List | | | | |
|---|---|---|---|---|---|---|
| **Exhibit Number** | **Date** | **Description** | **Beginning Bates Number** | **Ending Bates Number** | **Defendants' Objections** | **Admitted** |
| 136 | 3/9/2018 | Email from S. Tomsky to D. DeCicco re: Information Request: ANDA 211601 | TEVA_TAS-000057400 | TASI-DEF-0020362 | | |
| 137 | 1/29/2018 | Certificate of Analysis, Tasimelteon | TEVA_TAS-000057477 | TEVA_TAS-000057502 | | |
| 138 | 1/30/2018 | Email from J. Delgaudio to D. DeCicco re: GDUFA ANDA Fee Approval Needed - 211601 Tasimelteon Capsules, 20 mg | TEVA_TAS-000057540 | TEVA_TAS-000057541 | | |
| 139 | 3/10/2017 | Email from H. Godiwalla to B. Shah re K-7 NPD with attachment | TEVA_TAS-000058520 | TEVA_TAS-000058536 | | |
| 140 | 1/29/2018 | Email from H. Shiravadekar to H. Godiwalla re NPD Slides with attachment | TEVA_TAS-000059230 | TEVA_TAS-000059304 | | |
| 141 | 1/17/2018 | Email from A. Mehta to R. Phale re: Tasimelteon Quality Agreement Details | TEVA_TAS-000060798 | TEVA_TAS-000060799 | | |
| 142 | 1/8/2018 | Email from H. Godiwalla to A. Antarkar re K-7 NPD Meeting - Pre - Read with attachment | TEVA_TAS-000062782 | TEVA_TAS-000062859 | | |
| 143 | 10/13/2017 | Email from H. Godiwalla to A. Antarkar re K-7 NPD Meeting - 11 Oct 2017 with attachment | TEVA_TAS-000063468 | TEVA_TAS-000063557 | | |
| 144 | 1/17/2018 | Email from B. Salunkhe to R. Helwade et al. re Tasimelteon DMF | TEVA_TAS-000066570 | TEVA_TAS-000066575 | | |
| 145 | 1/17/2018 | Certificate Of Analysis | TEVA_TAS-000066577 | TEVA_TAS-000066582 | | |
| 146 | 11/27/2017 | Email from M. Avhad to R. Patil re: ANDA_Tasimelteon Capsules 20mg- Documents Request | TEVA_TAS-000068042 | TEVA_TAS-000068044 | | |
| 147 | 12/18/2017 | Email from R. Patil to M. Avhad re ANDA_Tasimelteon 20mg- Documents Request | TEVA_TAS-000069555 | TEVA_TAS-000069557 | | |
| 148 | 12/19/2016 | TDP of Tasimelteon | TEVA_TAS-000082137 | TEVA_TAS-000082172 | | |
| 149 | 11/5/2017 | Zhejian; Ausun Pharmaceutical Co., Ltd. - Tasimelteon - 3.2.S.4.2 Analytical procedures | TEVA_TAS-000082213 | TEVA_TAS-000082224 | | |
| 150 | 6/10/2018 | List of Changes of Open Part of USDMF Between Amendment Version 1.2 and Amendment Version 1.1 | TEVA_TAS-000082238 | TEVA_TAS-000082248 | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(C.A. No. 18-00651-CFC)
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| Exhibit Number | Date | Description | Beginning Bates Number | Ending Bates Number | Defendants' Objections | Admitted |
|---|---|---|---|---|---|---|
| | | **Plaintiff's Trial Exhibit List** | | | | |
| 151 | 1/16/2018 | Email from A. Kaushik to A. Rout re: ▇▇▇▇ | TEVA_TAS-000082345 | TEVA_TAS-000082346 | | |
| 152 | 7/6/2017 | Watson Pharma Private Limited. - Tasimelteon - Certificate of Analysis | TEVA_TAS-000082485 | TEVA_TAS-000082486 | | |
| 153 | 7/13/2018 | Letter From A. Inniss To W. Ou Re Drug Master File #032077 For Tasimelteon | TEVA_TAS-000082563 | TEVA_TAS-000082569 | | |
| 154 | 3/2019 | Tasimelteon Capsules -20 mg, Complete Response Letter | TEVA_TAS-000088686 | TEVA_TAS-000088690 | | |
| 155 | 10/14/20019 | Patent Certification [Tasimelteon Capsules, 20 MG] | TEVA_TAS-000088754 | TEVA_TAS-000088755 | | |
| 156 | 10/31/2019 | Letter from D. DeCicco to FDA re: Extension Request Pertaining to November 9, 2018 Complete Response Letter | TEVA_TAS-000088787 | TEVA_TAS-000088787 | | |
| 157 | 11/9/2018 | Letter from D. Mckan to D. DeCicco re Abbreviated New Drug Application (ANDA) | TEVA_TAS-000088788 | TEVA_TAS-000088794 | | |
| 158 | 11/25/2019 | Tasimelteon Product Information - Tasimelteon (Hetlioz) OralCapsules20mg (with Redactions) | TEVA_TAS-000088795 | TEVA_TAS-000089014 | | |
| 159 | 2/2/2015 | Strategy - US_012767 (Tasmimelteon - Oral Capsules Hetlioz | TEVA_TAS-000089015 | TEVA_TAS-000089029 | | |
| 160 | 1/2/2020 | Patent Certification [Tasimelteon Capsules, 20 MG] | TEVA_TAS-000089091 | TEVA_TAS-000089092 | | |
| 161 | 7/11/2019 | Tasimelteon Analytical Method Validation Report | TEVA_TAS-000089694 | TEVA_TAS-000089949 | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(C.A. No. 18-00651-CFC)
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| | | Plaintiff's Trial Exhibit List | | | | |
|---|---|---|---|---|---|---|
| Exhibit Number | Date | Description | Beginning Bates Number | Ending Bates Number | Defendants' Objections | Admitted |
| 162 | 9/28/2020 | Letter from D. DeCicco to FDA re: ANDA# 211601/Sequence #0019 Tasimelteon Capsules, 20 mg | TEVA_TAS-000090177 | TEVA_TAS-000090177 | | |
| 163 | 12/2020 | Package Outsert Side by Side Comparison | TEVA_TAS-000090341 | TEVA_TAS-000090369 | | |
| 164 | | S.2.1 Manufacturer | TEVA-TAS-000000132 | TEVA-TAS-000000137 | | |
| 165 | 7/25/2012 | Licamele, Pleiomorphic Expression Of Non-24 Hour Disorder In The Totally Blind, Division Of Sleep Medicine, Department of Medicine, Brigham and Women's Hospital and Division of Sleep Medicine, Harvard Medical School, Boston, Ma | VNDHTLZ 00019810 | VNDHTLZ 00019810 | | |
| 166 | 6/13/2013 | Tasimelteon Treatment Entrains The Circadian Clock And Demonstrates A Clinically Meaningful Benefit In Totally Blind Individiauls With Non-24 Hour Circadian Rhythms | VNDHTLZ 00021131 | VNDHTLZ 00021131 | | |
| 167 | 4/18/2016 | HETLIOZ Solutions™ | VNDHTLZ 00026133 | VNDHTLZ 00026149 | | |
| 168 | 5/3/2012 | Letter from R. Katz to M. Dressman re Meeting Denied | VNDHTLZ 00027710 | VNDHTLZ 00027712 | | |
| 169 | 6/1/2015 | Summary of the risk management plan (RMP) for Hetlioz (tasimelteon) | VNDHTLZ 00028933 | VNDHTLZ 00028939 | | |
| 170 | 8/2016 | HETLIOZ US Marketing | VNDHTLZ 00031311 | VNDHTLZ 00031369 | | |
| 171 | 6/10/2012 | VEC-162 EOP2 Briefing Book | VNDHTLZ 00043085 | VNDHTLZ 00043140 | | |
| 172 | 10/7/2008 | ███████████████████ | VNDHTLZ 01191737 | VNDHTLZ 01191737 | | |
| 173 | 3/27/2017 | ███████████████████ | VNDHTLZ 00343584 | VNDHTLZ 00343591 | | |
| 174 | 11/29/2017 | Intake to Dispense | VNDHTLZ 00345680 | VNDHTLZ 00345703 | | |
| 175 | 6/30/2018 | ███████████████████ | VNDHTLZ 00346199 | VNDHTLZ 00346201 | | |
| 176 | 6/30/2018 | ███████████████████ | VNDHTLZ 00346202 | VNDHTLZ 00346204 | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(C.A. No. 18-00651-CFC)
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| | | | | | Defendants' | |
|---|---|---|---|---|---|---|
| | | **Plaintiff's Trial Exhibit List** | | | | |
| **Exhibit Number** | **Date** | **Description** | **Beginning Bates Number** | **Ending Bates Number** | **Objections** | **Admitted** |
| 177 | 10/8/2015 | Prescription & Service Request Form | VNDHTLZ 00346229 | VNDHTLZ 00346231 | | |
| 178 | 6/30/2018 | ███████████████████ | VNDHTLZ 00346232 | VNDHTLZ 00346235 | | |
| 179 | 1/22/2014 | Vanda Pharmaceuticals, Presentation | VNDHTLZ 00376774 | VNDHTLZ 00376809 | | |
| 180 | 2013 | ███████████████████ | VNDHTLZ 00379949 | VNDHTLZ 00380014 | | |
| 181 | 4/8/2014 | It's Time to Treat Non-24, | VNDHTLZ 00380563 | VNDHTLZ 00380571 | | |
| 182 | 5/16/2013 | Vanda Pharmaceuticals Inc. - NDA 205677 - 2.7.3 Summary of Clinical Efficacy | VNDHTLZ 00393771 | VNDHTLZ 00393874 | | |
| 183 | 5/13/2013 | ███████████████████ | VNDHTLZ 00412860 | VNDHTLZ 00413048 | | |
| 184 | 10/4/2012 | Clinical Study Report - Tasimelteon VP-VEC-162-1110 - An Open-Label, Single-Sequence Study to Assess the Effect of Multiple Doses of Tasimelteon on the Cytochrome P450 3A4 and 2C8 Enzymes Using Miazolam and Rosiglitazone as Substrates in Healthy Subjects | VNDHTLZ 00413794 | VNDHTLZ 00414066 | | |
| 185 | 4/4/2013 | Clinical Trials, Tasimelteon VP-VEC-1112 An Open-Label, Single-Sequence Study in Two Cohorts of Healthy Subjects to Evaluate the Single-Dose Pharmacokinetics of Tasimelteon Alone and in Combination with a CYP3A4 Inducer, Rifampin | VNDHTLZ 00416825 | VNDHTLZ 00417134 | | |
| 186 | 3/18/2013 | Clinical Study Report Amendment 2- VP-VEC-162-1101 - A Phase I, Open Label, Single-Center Study of the Absorption, Metabolism and Excretion of VEC-162 in Healthy Male | VNDHTLZ 00447639 | VNDHTLZ 00447795 | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(C.A. No. 18-00651-CFC)
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| Plaintiff's Trial Exhibit List | | | | | | |
|---|---|---|---|---|---|---|
| **Exhibit Number** | **Date** | **Description** | **Beginning Bates Number** | **Ending Bates Number** | **Defendants' Objections** | **Admitted** |
| 187 | 12/13/2012 | Clinical Study Report - Tasimelteon VP-VEC-162-1111 - An Open-Label Single Sequence Study In Healthy Subjects To Evaluate The Single-Dose Pharmacokinetics of Tasimelteon Alone and In Combination With A CYP1A2 Inhibitor, Fluvoxamine | VNDHTLZ 00480469 | VNDHTLZ 00480648 | | |
| 188 | 8/19/2013 | ███████████████ | VNDHTLZ 00501479 | VNDHTLZ 00501593 | | |
| 189 | 4/29/2013 | Clinical Study Report - Tasimelteon VP-VEC-162-3203- A Randomized Withdrawal Study to Demonstrate the Maintenance of Effect of 20 MG Tasimelteon in the Treatment of N24HSWD | VNDHTLZ 00525337 | VNDHTLZ 00525871 | | |
| 190 | 11/21/2013 | Abbreviated Clincial Study Report - Tasimelteon - VP-VEC-162-2301 -  Open-Label Extension Phase | VNDHTLZ 00534050 | VNDHTLZ 00535237 | | |
| 191 | 2015 | Torres et al. *Absolute Bioavailability Of Tasimelteon*, American Journal Of Therapeutics 0, 1-6 (2015) | VNDHTLZ 00552043 | VNDHTLZ 00552048 | | |
| 192 | 12/12/2014 | HETLIOZ® (tasimelteon) capsules 20 mg, Label | VNDHTLZ 00564640 | VNDHTLZ 00564651 | | |
| 193 | 12/2014 | Hetlioz (Tasimelteon) Capsules 20 Mg, Label | VNDHTLZ 00564832 | VNDHTLZ 00564843 | | |
| 194 | 6/18/2019 | Center For Drug Evaluation And Research Application Number 205677Orig1S000, Other Review(S) | VNDHTLZ 00569889 | VNDHTLZ 00569992 | | |
| 195 | 5/24/2012 | Ninth Amendment to Amended and Restated License, Development and Commercialization Agreement between Vanda Pharmaceuticals Inc. and Bristol-Myers Squibb Company | VNDHTLZ 00937558 | VNDHTLZ 00937559 | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(C.A. No. 18-00651-CFC)
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| Exhibit Number | Date | Description | Beginning Bates Number | Ending Bates Number | Defendants' Objections | Admitted |
|---|---|---|---|---|---|---|
| | | **Plaintiff's Trial Exhibit List** | | | | |
| 196 | 4/25/2013 | Tenth Amendment to Amended and Restated License, Development and Commercialization Agreement between Vanda Pharmaceuticals Inc. and Bristol-Myers Squibb Company | VNDHTLZ 00942365 | VNDHTLZ 00942366 | | |
| 197 | 1/11/2017 | | VNDHTLZ 00952508 | VNDHTLZ 00952511 | | |
| 198 | 1/12/2017 | | VNDHTLZ 00952513 | VNDHTLZ 00952518 | | |
| 199 | 12/2020 | Vanda Presentation re Inventiveness of Method of Treatment Using Tasimelteon | VNDHTLZ 00959782 | VNDHTLZ 00959786 | | |
| 200 | 3/4/2010 | Seventh Amendment to Amended and Restated License, Development and Commercialization Agreement between Vanda Pharmaceuticals Inc. and Bristol-Myers Squibb Company | VNDHTLZ 00977508 | VNDHTLZ 00977509 | | |
| 201 | 4/15/2010 | Amendment to Amended and Restated License, Development and Commercialization Agreement between Vanda Pharmaceuticals Inc. and Bristol-Myers Squibb Company | VNDHTLZ 00977510 | VNDHTLZ 00977513 | | |
| 202 | 8/15/2004 | Fax C. Clark to C. Spector-Dicks re Enclosing copy of Amendment to Amended and Restated License, Development and Commercialization Agreement between Vanda Pharmaceuticals Inc. and Bristol-Myers Squibb Company | VNDHTLZ 00982189 | VNDHTLZ 00982242 | | |
| 203 | 4/1/2014 | Interim Clinical Study Report - Tasimelteon VP-VEC-162-3202 - Open-Label Safety of a 1-Year 20-MG Dose Regimen of Tasimelteon for the Treatment of Non-24-Hour Sleep-Wake Disorder (N24HSWD) in Blind Individuals with no Light Perception | VNDHTLZ 00997831 | VNDHTLZ 00998495 | | |
| 204 | 6/16/2011 | | VNDHTLZ 01001544 | VNDHTLZ 01001545 | | |
| 205 | 7/26/2011 | | VNDHTLZ 01001917 | VNDHTLZ 01001933 | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(C.A. No. 18-00651-CFC)
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| Exhibit Number | Date | Description | Beginning Bates Number | Ending Bates Number | Defendants' Objections | Admitted |
|---|---|---|---|---|---|---|
| | | **Plaintiff's Trial Exhibit List** | | | | |
| 206 | 8/3/2011 | | VNDHTLZ 01001934 | VNDHTLZ 01001939 | | |
| 207 | 8/15/2011 | | VNDHTLZ 01002117 | VNDHTLZ 01002132 | | |
| 208 | 8/15/2011 | | VNDHTLZ 01002133 | VNDHTLZ 01002151 | | |
| 209 | 8/16/2011 | | VNDHTLZ 01002152 | VNDHTLZ 01002197 | | |
| 210 | 8/18/2011 | | VNDHTLZ 01002218 | VNDHTLZ 01002236 | | |
| 211 | 8/22/2011 | | VNDHTLZ 01002237 | VNDHTLZ 01002258 | | |
| 212 | 9/16/2011 | | VNDHTLZ 01002572 | VNDHTLZ 01002606 | | |
| 213 | 11/28/2011 | | VNDHTLZ 01004923 | VNDHTLZ 01004925 | | |
| 214 | 2/4/2013 | | VNDHTLZ 01013476 | VNDHTLZ 01013476 | | |
| 215 | 10/18/2013 | | VNDHTLZ 01016243 | VNDHTLZ 01016249 | | |
| 216 | 12/5/2014 | | VNDHTLZ 01018456 | VNDHTLZ 01018458 | | |
| 217 | 3/30/2016 | | VNDHTLZ 01022574 | VNDHTLZ 01022838 | | |
| 218 | 8/6/2012 | | VNDHTLZ 01069852 | VNDHTLZ 01069854 | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(C.A. No. 18-00651-CFC)
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| | | Plaintiff's Trial Exhibit List | | | | |
|---|---|---|---|---|---|---|
| Exhibit Number | Date | Description | Beginning Bates Number | Ending Bates Number | Defendants' Objections | Admitted |
| 219 | 11/16/2012 | ███████ | VNDHTLZ 01072595 | VNDHTLZ 01072596 | | |
| 220 | 12/17/2012 | ███████ | VNDHTLZ 01072953 | VNDHTLZ 01072956 | | |
| 221 | 2/1/2013 | ███████ | VNDHTLZ 01074262 | VNDHTLZ 01074319 | | |
| 222 | 2/2/2013 | ███████ | VNDHTLZ 01074327 | VNDHTLZ 01074328 | | |
| 223 | 2/6/2013 | ███████ | VNDHTLZ 01074495 | VNDHTLZ 01074542 | | |
| 224 | 2/6/2013 | ███████ | VNDHTLZ 01074543 | VNDHTLZ 01074590 | | |
| 225 | 3/14/2013 | ███████ | VNDHTLZ 01076890 | VNDHTLZ 01076899 | | |
| 226 | 3/20/2013 | ███████ | VNDHTLZ 01077431 | VNDHTLZ 01077441 | | |
| 227 | 7/29/2008 | ███████ | VNDHTLZ 01096014 | VNDHTLZ 01096039 | | |
| 228 | 4/6/2012 | ███████ | VNDHTLZ 01103603 | VNDHTLZ 01103618 | | |
| 229 | 1/23/2013 | ███████ | VNDHTLZ 01104268 | VNDHTLZ 01104284 | | |
| 230 | 1/24/2013 | ███████ | VNDHTLZ 01104347 | VNDHTLZ 01104355 | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(C.A. No. 18-00651-CFC)
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| | | **Plaintiff's Trial Exhibit List** | | | | |
|---|---|---|---|---|---|---|
| **Exhibit Number** | **Date** | **Description** | **Beginning Bates Number** | **Ending Bates Number** | **Defendants' Objections** | **Admitted** |
| 231 | 10/31/2011 | ███████████ | VNDHTLZ 01185898 | VNDHTLZ 01185917 | | |
| 232 | 8/16/2011 | ███████████ | VNDHTLZ 01187862 | VNDHTLZ 01187907 | | |
| 233 | 11/14/2013 | Vanda Pharmaceuticals Inc. - Tasimelteon Advisory Committee Meeting Briefing Materials | VNDHTLZ 01194358 | VNDHTLZ 01194474 | | |
| 234 | 2/10/2014 | Anatomy of the Circadian Timing System | VNDHTLZ 01194679 | VNDHTLZ 01194680 | | |
| 235 | 2/3/2014 | Align 24 Non-24 Training Program Manual | VNDHTLZ 01194681 | VNDHTLZ 01194706 | | |
| 236 | 1/2014 | Hetlioz (Tasimelteon) Capsules 20 Mg, Label | VNDHTLZ 01195398 | VNDHTLZ 01195408 | | |
| 237 | 6/25/1999 | Czeisler, C. et al. *Stability, Precision And Near-24-Hour Period Of The Human Circadian Pacemaker*, Science 1999; 284: 2177-2181. Pmid: 10381883 | VNDHTLZ 01205189 | VNDHTLZ 01205194 | | |
| 238 | 10/18/2013 | Peripheral and Central Nervous System (PCNS) Drugs Advisory Committee - Tasimelteon (melatonin agonist) | VNDHTLZ 01207876 | VNDHTLZ 01208078 | | |
| 239 | 10/6/2016 | Assuming at Buy: Fanapt and the Pipeline Getting in Rhythm with Hetlioz, Jefferies | VNDHTLZ 01211076 | VNDHTLZ 01211118 | | |
| 240 | 5/2/2017 | 1Q Earnings and Update; A Decent Quarter, PiperJaffray | VNDHTLZ 01212024 | VNDHTLZ 01212031 | | |
| 241 | 5/26/2017 | Email from J. Kelly to C. Davis, et al. re: H.C.Wainwright / VNDA: The Little Engine That Could; Initiate With Buy and $18 Target | VNDHTLZ 01212127 | VNDHTLZ 01212129 | | |
| 242 | 8/3/2017 | 2Q17 Update: Strong Quarter of Growth and Important Pipeline Catalysts Fast Approaching, JMP Securities with attachment | VNDHTLZ 01212182 | VNDHTLZ 01212191 | | |
| 243 | 4/30/2014 | Survey, Hetlioz | VNDHTLZ 01212283 | VNDHTLZ 01212287 | | |
| 244 | 8/2/2017 | Vanda Pharmaceuticals Inc. Form 10-Q | VNDHTLZ 01235136 | VNDHTLZ 01235180 | | |
| 245 | 10/17/2017 | Vanda Pharmaceuticals Inc. Form 8-K | VNDHTLZ 01246806 | VNDHTLZ 01246808 | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(C.A. No. 18-00651-CFC)
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| Exhibit Number | Date | Description | Beginning Bates Number | Ending Bates Number | Defendants' Objections | Admitted |
|---|---|---|---|---|---|---|
| | | **Plaintiff's Trial Exhibit List** | | | | |
| 246 | 5/19/2004 | Abreviated Clinical Study Report - Melatonin Agonist - Effects of Single Doses of BMS-214778 on Daytime Sleep After Working a Night Shift in Healthy Subjects | VNDHTLZ 01320572 | VNDHTLZ 01320585 | | |
| 247 | 12/2014 | ▆▆▆▆▆▆▆▆▆ | VNDHTLZ 01667139 | VNDHTLZ 01667253 | | |
| 248 | 12/4/2013 | Center for Drug Evaluation and Research - Application Number: 205677Orig1s000 - Clinical Pharmacology and Biopharmaceutics Review(s) | VNDHTLZ 01671581 | VNDHTLZ 01671750 | | |
| 249 | 3/13/2015 | Vanda Pharmaceuticals Inc. Form 10-K | VNDHTLZ 01837328 | VNDHTLZ 01837557 | | |
| 250 | 6/3/2014 | Vanda Pharmaceuticals Inc. Form 8-K | VNDHTLZ 01891346 | VNDHTLZ 01891351 | | |
| 251 | 6/4/2014 | Vanda Pharmaceuticals Inc. Form 8-K | VNDHTLZ 01891446 | VNDHTLZ 01891477 | | |
| 252 | 8/7/2014 | Vanda Pharmaceuticals Inc. Form 8-K | VNDHTLZ 01891963 | VNDHTLZ 01891972 | | |
| 253 | 10/27/2014 | Vanda Pharmaceuticals Inc. Form 8-K | VNDHTLZ 01892194 | VNDHTLZ 01892202 | | |
| 254 | 10/28/2014 | Vanda Pharmaceuticals Inc. Form 8-K | VNDHTLZ 01892364 | VNDHTLZ 01892368 | | |
| 255 | 1/10/2014 | Vanda Pharmaceuticals Inc. 2014 Corporate Presentation | VNDHTLZ 01894110 | VNDHTLZ 01894140 | | |
| 256 | 6/10/2014 | New Hetlioz Patent Could be Transformative, PiperJaffray | VNDHTLZ 01895129 | VNDHTLZ 01895131 | | |
| 257 | 10/7/1997 | Bristol-Myers Squibb Pharmaceutical Research Institute Scientific Report | VNDHTLZ 01904832 | VNDHTLZ 01904845 | | |
| 258 | 3/13/2014 | Raising Estimates and Price Target on Confirmed Hetlioz Pricing, JMP Securities | VNDHTLZ 01905619 | VNDHTLZ 01905624 | | |
| 259 | 3/13/2014 | Hetlioz Price Now Listed, VNDA Remains a Top Pick, PiperJaffray | VNDHTLZ 01905625 | VNDHTLZ 01905627 | | |
| 260 | 6/30/2009 | Sixth Amendment to Amended and Restated License, Development and Commercialization Agreement between Vanda Pharmaceuticals Inc. and Bristol-Myers Squibb Company | VNDHTLZ 01912296 | VNDHTLZ 01912297 | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(C.A. No. 18-00651-CFC)
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| Exhibit Number | Date | Description | Beginning Bates Number | Ending Bates Number | Defendants' Objections | Admitted |
|---|---|---|---|---|---|---|
| | | **Plaintiff's Trial Exhibit List** | | | | |
| 261 | 10/23/2003 | ███████████ | VNDHTLZ 01912328 | VNDHTLZ 01912381 | | |
| 262 | 2012 | Paulis, *Cardiovascular Effects Of Melatonin Receptor Agonists*, Informa, Uk. Ltd Issn 1354-3784 | VNDHTLZ 01920336 | VNDHTLZ 01920353 | | |
| 263 | 11/14/2013 | Transcript of Speaker ID FDA - FDDVDS.com | VNDHTLZ 01937275 | VNDHTLZ 01937353 | | |
| 264 | 8/5/2015 | Email from M. Dressman to S. Morris re Lancet Publication | VNDHTLZ 01955485 | VNDHTLZ 019554997 | | |
| 265 | 2005 | Circadian Rhythm Sleep Disorders, American Academy of Sleep Medicine | VNDHTLZ 01976176 | VNDHTLZ 01976180 | | |
| 266 | 12/8/2009 | Zee et al. *Effects Of Ramelteon On Insomnia Symptoms Induced By Rapid Eastward Travel*, Sleep Medicine 11: (2010) 525-533 | VNDHTLZ 01986899 | VNDHTLZ 01986907 | | |
| 267 | 8/28/2013 | Email from M. Dressman to J. Hamilton re: Abstracts/Posters | VNDHTLZ 02021365 | VNDHTLZ 02021365 | | |
| 268 | 8/11/2004 | Email from ███████ to C. Clark re Clinical Study Reports for | VNDHTLZ 02059430 | VNDHTLZ 02059430 | | |
| 269 | 4/9/2013 | ███████████ | VNDHTLZ 02077792 | VNDHTLZ 02077795 | | |
| 270 | 5/26/2015 | Press Release - PRNewswire - Vanda Receives Innovation Award from the National Organization for Rare Disorders for Development of HETLIOZ® | VNDHTLZ 02152095 | VNDHTLZ 02152097 | | |
| 271 | 11/4/2015 | Guidance Reiterated with Continued Hetlioz Growth, JMP Securitie | VNDHTLZ 02159464 | VNDHTLZ 02159470 | | |
| 272 | 11/3/2015 | Vanda Pharmaceuticals Inc. Form 8-K | VNDHTLZ 02162181 | VNDHTLZ 02162193 | | |
| 273 | 11/4/2015 | Vanda Pharmaceuticals Inc. From 10-Q for Quarter Ended September 30, 2015 | VNDHTLZ 02162294 | VNDHTLZ 02162393 | | |
| 274 | 9/15/2017 | 2017 Sept. Forecast | VNDHTLZ 02163887 | VNDHTLZ 02163913 | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(C.A. No. 18-00651-CFC)
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| | | Plaintiff's Trial Exhibit List | | | | |
|---|---|---|---|---|---|---|
| Exhibit Number | Date | Description | Beginning Bates Number | Ending Bates Number | Defendants' Objections | Admitted |
| 275 | 5/22/2018 | Hetlioz Sales Growth Leads Upside Opportunities; Buy, $26 TP, Citi Research | VNDHTLZ 02169358 | VNDHTLZ 02169401 | | |
| 276 | 5/3/2018 | 1Q18 Results a Win as Vanda Continues to Fire on all Cylinders, JMP Securities | VNDHTLZ 02169641 | VNDHTLZ 02169647 | | |
| 277 | 2006 | Wyatt et al., Sleep-Facilitating Effect Of Exogenous Melatonin In Healthy Young Men And Women Is Circadian-Phase Dependent, 29 Sleep 609, 615-16 (2006) | VNDHTLZ 02172465 | VNDHTLZ 02172474 | | |
| 278 | 12/14/2007 | Third Amendment to Amended and Restated License, Development and Commercialization Agreement between Vanda Pharmaceuticals Inc. and Bristol-Myers Squibb Company | VNDHTLZ 02198007 | VNDHTLZ 02198008 | | |
| 279 | 5/2/2008 | Fourth Amendment to Amended and Restated License, Development and Commercialization Agreement between Vanda Pharmaceuticals Inc. and Bristol-Myers Squibb Company | VNDHTLZ 02198009 | VNDHTLZ 02198010 | | |
| 280 | 9/19/2008 | Fifth Amendment to Amended and Restated License, Development and Commercialization Agreement between Vanda Pharmaceuticals Inc. and Bristol-Myers Squibb Company | VNDHTLZ 02198011 | VNDHTLZ 02198012 | | |
| 281 | 9/5/2016 | Email from A. Williams to G. Reverberi et al. re Melatonin Literature Review Findings | VNDHTLZ 02213489 | VNDHTLZ 02213489 | | |
| 282 | 1/29/1990 | Folkard et al. *Melatonin Stabilises Sleep Onset Time in a Blind Man without Entrainment of Cortisol or Temperature Rhythms*, Neuroscience Letters, 113 (1990) | VNDHTLZ 02213518 | VNDHTLZ 02213523 | | |
| 283 | 1991 | Sack et al. *Melatonin Administration to Blind People: Phase Advances and Entrainment*, 6 J. Biol. Rhythms 249, 252-56 (1991) | VNDHTLZ 02213550 | VNDHTLZ 02213583 | | |
| 284 | 5/3/2018 | Email from L. Hamilton to G. Reverberi re Hetlioz Modules with attachments | VNDHTLZ 02223145 | VNDHTLZ 02223145 | | |
| 285 | 9/25/2015 | Email from L. Wenograd to M. Shapiro re Hetlioz Consumer Deck with attachments | VNDHTLZ 02301807 | VNDHTLZ 02301807 | | |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

(C.A. No. 18-00651-CFC)

Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| | | Plaintiff's Trial Exhibit List | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| Exhibit Number | Date | Description | Beginning Bates Number | Ending Bates Number | Defendants' Objections | Admitted |
| 286 | 2013 | Emens et al. *Non-24-Hour Disorder In Blind Individuals Revisited: Variability And The Influence Of Environmental Time Cues*, 36 Sleep 1091 (2013) | VNDHTLZ 02301828 | VNDHTLZ 02301837 | | |
| 287 | 7/30/2004 | VEC-162 Clinical Trial Summaries | VNDHTLZ 02363515 | VNDHTLZ 02363530 | | |
| 288 | 4/13/2017 | M. Polymeropoulous Declaration under 37 CFR 1.132 | VNDHTLZ 02460579 | VNDHTLZ 02460590 | | |
| 289 | 3/1/2007 | Second Amendment to Amended and Restated License, Development and Commercialization Agreement between Vanda Pharmaceuticals Inc. and Bristol-Myers Squibb Company | VNDHTLZ 02472736 | VNDHTLZ 02472737 | | |
| 290 | 11/26/2003 | New Research Plan | VNDHTLZ 02474271 | VNDHTLZ 02474286 | | |
| 291 | 2008 | Arendt, J., And Shantha Rajaratnam, *Melatonin and Its Agonists: An Updat*, The British Journal of Psychiatry. 2008 Oct; 193(4):267-9 | VNDHTLZ 02481943 | VNDHTLZ 02481946 | | |
| 292 | 10/21/2015 | Commercial Stage CNS Company; Initiate with BUY and $20 TP, Brean Capital | VNDHTLZ 02491369 | VNDHTLZ 02491387 | | |
| 293 | 7/29/2015 | Vanda Pharmaceuticals Inc. Form 10-Q for Quarter Ended June 30, 2015 | VNDHTLZ 02493912 | VNDHTLZ 02493953 | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(C.A. No. 18-00651-CFC)
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| Exhibit Number | Date | Description | Beginning Bates Number | Ending Bates Number | Defendants' Objections | Admitted |
|---|---|---|---|---|---|---|
| 294 | 5/5/2016 | Vanda Pharmaceuticals Inc. Form 10-Q for Quarter Ended March 31, 2016 | VNDHTLZ 02494691 | VNDHTLZ 02494727 | | |
| 295 | 5/3/2017 | Vanda Pharmaceuticals Inc. Form 10-Q for Quarter Ended March 31, 2017 | VNDHTLZ 02495349 | VNDHTLZ 02495387 | | |
| 296 | 2/15/2018 | Vanda Pharmaceuticals Inc. Form 10-K for Fiscal Year Ended December 31, 2017 | VNDHTLZ 02495489 | VNDHTLZ 02495591 | | |
| 297 | 2008 | Richardson et al, *Circadian Phase-Shifting Effects of Repeated Ramelteon Administration in Healthy Adults*, Journal of Clinical Sleep Medicine, Vol. 4 No. 5, 2008 | VNDHTLZ 02584772 | VNDHTLZ 02584777 | | |
| 298 | 1998 | Lewy et al. *The Human Phase Response Curve (Prc) To Melatonin Is About 12 Hours Out Of Phase With The Prc To Light*, 15 Chronobiology International 71 (1998) | VNDHTLZ 02587702 | VNDHTLZ 02587714 | | |
| 299 | 8/26/2013 | Email From J. Wang To N. Platt Re F199 Coa & Spec Change History | VNDHTLZ 02637385 | VNDHTLZ 02637577 | | |
| 300 | | Presentation, RESET STUDY, VP-VEC-162-3203 | VNDHTLZ 02683574 | VNDHTLZ 02683589 | | |
| 301 | 11/4/2016 | Vanda Pharmaceuticals Inc. Form 10-Q for Quarter Ended September 30, 2016 (Redacted) | VNDHTLZ 02687616 | VNDHTLZ 02687656 | | |
| 302 | 2/17/2017 | Vanda Pharmaceuticals Inc. From 10-K for Fiscal Year Ended December 31, 2016 | VNDHTLZ 02687847 | VNDHTLZ 02687990 | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(C.A. No. 18-00651-CFC)
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| | | Plaintiff's Trial Exhibit List | | | | |
|---|---|---|---|---|---|---|
| Exhibit Number | Date | Description | Beginning Bates Number | Ending Bates Number | Defendants' Objections | Admitted |
| 303 | 1/5/1995 | Czeisler et al. *Suppression Of Melatonin Secretion In Some Blind Patient By Exposure To Bright Light* , NEJM (1995). | VNDHTLZ 02688213 | VNDHTLZ2688218 | | |
| 304 | 2/12/2016 | Vanda Pharmaceuticals Inc. From 10-K for Fiscal Year Ended December 31, 2015 | VNDHTLZ 02691308 | VNDHTLZ 02691442 | | |
| 305 | 5/7/2014 | Vanda Pharmaceuticals Inc. Form 10-Q | VNDHTLZ 02781372 | VNDHTLZ 02781478 | | |
| 306 | 8/8/2014 | Vanda Pharmaceuticals Inc. From 10-Q for Quarter Ended June 30, 2014 | VNDHTLZ 02781479 | VNDHTLZ 02781535 | | |
| 307 | 10/27/2014 | Vanda Pharmaceuticals Inc. From 10-Q for Quarter Ended September 30, 2014 | VNDHTLZ 02781536 | VNDHTLZ 02781597 | | |
| 308 | 2/2/2010 | Antidepressant And Anxiolytic Activity Of Tasimelteon (Vec-162) In Rodent Models | VNDHTLZ 02802951 | VNDHTLZ 02802963 | | |
| 309 | 7/30/2015 | Reports 2Q: Posts Strong Fanapt Sales and Steady Growth of Hetlioz, Jefferies | VNDHTLZ 02833440 | VNDHTLZ 02833445 | | |
| 310 | 7/30/2015 | Vanda Reports Better than Expected 2Q15 Fanapt Sales, JMP Securities | VNDHTLZ 02833446 | VNDHTLZ 02833451 | | |
| 311 | 6/29/2017 | Sales force Update | VNDHTLZ 02835733 | VNDHTLZ 02835733 | | |
| 312 | 1/8/2018 | In-Line 2018 Guide with Hetlioz Growth Expected & Fanapt Still a Show-Me Story, Jefferies | VNDHTLZ 02836020 | VNDHTLZ 02836025 | | |
| 313 | 1/7/2018 | Solid 4Q17 Performance and 2018 Guidance Doesn't Disappoint, JMP Securities | VNDHTLZ 02836032 | VNDHTLZ 02836037 | | |
| 314 | 4/25/2013 | ███████████████████ | VNDHTLZ 02838084 | VNDHTLZ 02838086 | | |
| 315 | 5/9/2013 | Vanda Cuts Expenses in 1Q as it Prepares for New Drug Application Submission for Tasimelteon, Morningstar | VNDHTLZ 02838097 | VNDHTLZ 02838101 | | |
| 316 | 8/2/2018 | Q2: Hetlioz Does Not Disappoint; Fanapt Steady; Two Ph. II Read-Outs Late 2018, Jefferies | VNDHTLZ 02840265 | VNDHTLZ 02840274 | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(C.A. No. 18-00651-CFC)
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| | | Plaintiff's Trial Exhibit List | | | | |
|---|---|---|---|---|---|---|
| Exhibit Number | Date | Description | Beginning Bates Number | Ending Bates Number | Defendants' Objections | Admitted |
| 317 | 11/2/2017 | Vanda Pharmaceuticals Inc. Form 10-Q | VNDHTLZ 02852864 | VNDHTLZ 02852908 | | |
| 318 | 6/2004 | Licensing Opportunity June 2004 | VNDHTLZ 02853883 | VNDHTLZ 02853896 | | |
| 319 | 5/5/2016 | A Modest Beat; Reiterate BUY and $20 TP, Brean Capital | VNDHTLZ 02865843 | VNDHTLZ 02865846 | | |
| 320 | 4/4/2018 | Spreadsheet - Tasimelteon N24HSWD US Market Assumptions | VNDHTLZ 02909091 | VNDHTLZ 02909091 | | |
| 321 | 12/14/2017 | Sample Appeal Letter | VNDHTLZ 02927384 | VNDHTLZ 02927388 | | |
| 322 | 11/1/2013 | Vanda's 4Q Results a Bit Soft; Hetlioz Launch in 2Q is Key Focus, Morningstar | VNDHTLZ 02928939 | VNDHTLZ 02928957 | | |
| 323 | 10/21/2015 | Commercial Stage CNS Company; Initiate with BUY and $20 TP, Brean Capital, October 21, 2015 | VNDHTLZ 02929034 | VNDHTLZ 02929052 | | |
| 324 | 11/4/2015 | Vanda Reports Ongoing Hetlioz Launch Progress; Maintaining Fair Value Estimate, Morningstar | VNDHTLZ 02929060 | VNDHTLZ 02929067 | | |
| 325 | 2/20/2015 | Vanda's Hetlioz Launch Slower than Expected; Maintaining Fair Value Estimate, Morningstar | VNDHTLZ 02929076 | VNDHTLZ 02929082 | | |
| 326 | 10/6/2016 | Assuming at Buy: Fanapt and the Pipeline Getting in Rhythm with Hetlioz, Jefferies | VNDHTLZ 02929099 | VNDHTLZ 02929141 | | |
| 327 | 3/5/2018 | JET8-Real Efficacy Measures Cut Through Our Sleep-Deprived Cloudiness, PiperJaffray | VNDHTLZ 02929384 | VNDHTLZ 02929389 | | |
| 328 | 6/13/2012 | Vanda Pharma: Trading Below Cash with Upcoming Catalysts Expected 2H12, Seeking Alpha | VNDHTLZ 02929833 | VNDHTLZ 02929835 | | |
| 329 | 8/2/2011 | Email From Yc To N. Platt Re Discussion On The Sample Concentration In The Assay And Rs Method | VNDHTLZ 02954202 | VNDHTLZ 02954221 | | |
| 330 | 6/20/2012 | ██████████████████ | VNDHTLZ 02954587 | VNDHTLZ 02954596 | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(C.A. No. 18-00651-CFC)
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| | | | | | | |
|---|---|---|---|---|---|---|
| | | **Plaintiff's Trial Exhibit List** | | | | |
| | | | | | | |
| **Exhibit Number** | **Date** | **Description** | **Beginning Bates Number** | **Ending Bates Number** | **Defendants' Objections** | **Admitted** |
| 331 | 4/25/2011 | | VNDHTLZ 02961350 | VNDHTLZ 02961351 | | |
| 332 | 11/9/2010 | | VNDHTLZ 02962650 | VNDHTLZ 02962655 | | |
| 333 | 1/30/2013 | | VNDHTLZ 02970297 | VNDHTLZ 02970303 | | |
| 334 | 5/3/2007 | Email from C. Hill to A. Bahiman re All Kinds of Documents | VNDHTLZ 02972945 | VNDHTLZ 02973008 | | |
| 335 | 5/19/2015 | Spreadsheet - Fanapt - Global | VNDHTLZ 02995660 | VNDHTLZ 02995660 | | |
| 336 | 8/8/2013 | Tasimelteon Independent Market Opportunity Validation, Final Results Discussion, | VNDHTLZ 02997405 | VNDHTLZ 02997449 | | |
| 337 | 8/1/2018 | Q2 Update: Sometimes Simple is Good; Raising Target to $26, Seaport Global | VNDHTLZ 02997998 | VNDHTLZ 02998003 | | |
| 338 | 8/2/2018 | 2Q18 Results Demonstrate Good Execution for Hetlioz, Fanapt and the Pipeline, JMP Securities | VNDHTLZ 02998005 | VNDHTLZ 02998011 | | |
| 339 | 8/2/2018 | Keep Your Eyes on VNDA: Multiple Near-Term Catalysts, Oppenheimer | VNDHTLZ 02998013 | VNDHTLZ 02998020 | | |
| 340 | 1999 | Spitzer et al. *Jet Lag: Clinical Features, Validation Of A New Syndrome-Specific Scale, And Lack Of Response To Melatonin In A Randomized, Double-Blind Trial*, Am. J. Psych. (1999) | VNDHTLZ 03009660 | VNDHTLZ 03009664 | | |
| 341 | 5/8/2014 | 1Q: High Spend, but for a Worthy-Cause, Weakness Overdone, PiperJaffray | VNDHTLZ 03017963 | VNDHTLZ 03017971 | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(C.A. No. 18-00651-CFC)
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| | | Plaintiff's Trial Exhibit List | | | | |
|---|---|---|---|---|---|---|
| Exhibit Number | Date | Description | Beginning Bates Number | Ending Bates Number | Defendants' Objections | Admitted |
| 342 | 4/4/2011 | Crewe et al. *Are There Differences In The Catalytic Activity Per Unit Enzyme Of Recombinantly Expressed And Human Liver Microsomal Cytochrome P450 2C9?* A Systematic Investigation Into Inter-System Extrapolation Factors, 32 Biopharmaceutics & Drug Disposition 303 | VNDHTLZ 03056346 | VNDHTLZ 03056361 | | |
| 343 | 10/2003 | Hack, L., et al. The Effects Of Low-Dose 0.5-Mg Melatonin On The Free-Running Circadian Rhythms Of Blind Subjects, Journal Of Biological Rhythms, Vol. 18 No. 5, October 2003 | VNDHTLZ 03063922 | VNDHTLZ 03063931 | | |
| 344 | 5/6/2015 | Vanda Pharmaceuticals Inc. Form 10-Q | VNDHTLZ 03079908 | VNDHTLZ 03079948 | | |
| 345 | 8/4/2015 | Vanda Pharmaceuticals Inc. Form 10-Q | VNDHTLZ 03079949 | VNDHTLZ 03080020 | | |
| 346 | 5/4/2016 | Vanda Pharmaceuticals Inc. Form 10-Q | VNDHTLZ 03080021 | VNDHTLZ 03080055 | | |
| 347 | 11/3/2013 | Vanda Pharmaceuticals Inc. Form 10-Q | VNDHTLZ 03080056 | VNDHTLZ 03080095 | | |
| 348 | 2/15/2018 | Vanda Pharmaceuticals Inc. Form 10-K | VNDHTLZ 03080096 | VNDHTLZ 03080204 | | |
| 349 | 5/3/2017 | Vanda Pharmaceuticals Inc. Form 10-Q | VNDHTLZ 03080205 | VNDHTLZ 03080243 | | |
| 350 | 5/2/2018 | Vanda Pharmaceuticals Inc. Form 10-Q | VNDHTLZ 03080355 | VNDHTLZ 03080423 | | |
| 351 | 8/1/2018 | Vanda Pharmaceuticals Inc. Form 10-Q | VNDHTLZ 03080424 | VNDHTLZ 03080463 | | |
| 352 | 10/31/2018 | Vanda Pharmaceuticals Inc. Form 10-Q | VNDHTLZ 03080464 | VNDHTLZ 03080513 | | |
| 353 | 5/1/2019 | Vanda Pharmaceuticals Inc. Form 10-Q | VNDHTLZ 03080514 | VNDHTLZ 03080559 | | |
| 354 | 7/31/2019 | Vanda Pharmaceuticals Inc. Form 10-Q | VNDHTLZ 03080560 | VNDHTLZ 03080607 | | |
| 355 | 10/31/2019 | Vanda Pharmaceuticals Inc. Form 10-Q | VNDHTLZ 03080608 | VNDHTLZ 03080675 | | |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

(C.A. No. 18-00651-CFC)

Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| | | Plaintiff's Trial Exhibit List | | | | |
|---|---|---|---|---|---|---|
| **Exhibit Number** | **Date** | **Description** | **Beginning Bates Number** | **Ending Bates Number** | **Defendants' Objections** | **Admitted** |
| 356 | | Spreadsheet - ████████ | VNDHTLZ 03081570 | VNDHTLZ 03081570 | | |
| 357 | 1965 | Snyder, S., et al, *Control of the CircadianRhythm in Serotonin Content of the Rat Pineal Gland*, Physiology, Vol. 53 1965 | VNDHTLZ 03082524 | VNDHTLZ 03082528 | | |
| 358 | 1977 | Miles, et al. *Blind Man Living In Normal Society Has Circadian Rhythms Of 24.9 Hours*, Science 421 (1977) | VNDHTLZ 03082536 | VNDHTLZ 03082539 | | |
| 359 | 1978 | Lynch, H., et al., *Entrainment of Rhythmic Melatonin Secreation in Man to a 12-Hour Phase Shift in the Light/Dark Cycle*, Life Sciences, Vol. 23 1978 | VNDHTLZ 03082540 | VNDHTLZ 03082546 | | |
| 360 | 9/1/1999 | Spitzer, Robert, et al., *Jet Lag: Clinical Features, Validation of a New Syndrome-Specific Scale, and Lack of Response to Melatonin in a Randomized, Double-Blind Trial*, Am J Psychiatry 1999 | VNDHTLZ 03082597 | VNDHTLZ 03082601 | | |
| 361 | 2/2002 | Sharkey And Eastman, *Melatonin Phase Shifts Human Circadian Rhythms In A Placebo-Controlled Simulated Night-Work Study*, 282 American Journal Of Physiology-Regulatory, Integrative And Comparative Physiology. R454 (2002) | VNDHTLZ 03082644 | VNDHTLZ 03082665 | | |
| 362 | 2003 | Lewy et al. *Zeitgeber Hierarchy In Humans: Resetting The Circadian Phase Positions Of Blind People Using Melatonin*, 20 Chronobiology International 837 (2003) | VNDHTLZ 03082681 | VNDHTLZ 03082698 | | |
| 363 | 2/2004 | Hack, *Thesis On Melatonin And Free-Running Circadian Rhythms In The Blind Proquest* (2004) | VNDHTLZ 03082707 | VNDHTLZ 03082877 | | |
| 364 | | American Academy of Sleep Medicine, International Classification of Sleep Disorders (ICSD) II (2005) | VNDHTLZ 03082878 | VNDHTLZ 03083101 | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(C.A. No. 18-00651-CFC)
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| | | Plaintiff's Trial Exhibit List | | | | |
|---|---|---|---|---|---|---|
| Exhibit Number | Date | Description | Beginning Bates Number | Ending Bates Number | Defendants' Objections | Admitted |
| 365 | 2/2005 | Hirai et al. *Ramelteon (Tak-375) Accelerates Reentrainment Of Circadian Rhythm After A Phase Advance Of The Light-Dark Cycle In Rats*, 20 Journal Of Biological Rhythms 27 (2005) | VNDHTLZ 03083102 | VNDHTLZ 03083112 | | |
| 366 | 5/14/2007 | Gronfier et al. *Entrainment Of The Human Circadian Pacemaker To Longer-Than-24-H Days*, 104 Pnas 9081 (2007) | VNDHTLZ 03083133 | VNDHTLZ 03083139 | | |
| 367 | 3/23/2006 | Pandi-Perumal et al. *Dim Light Melatonin Onset (Dlmo): A Tool For The Analysis Of Circadian Phase I Human Sleep And Chronobiological Disorders*, 31 Progress In Neuro-Psychopharmacology & Biological Psychiatry 1 (2007) | VNDHTLZ 03083140 | VNDHTLZ 03083150 | | |
| 368 | 8/26/2008 | Burgess, H., *Individual Differences in the Amount and Timing of Salivary Melatonin Secretion*, PLoS ONE 3(8): 2008 | VNDHTLZ 03083151 | VNDHTLZ 03083159 | | |
| 369 | 2008 | Knight, *Systematic Reviews Of Animal Experiments Demonstrate Poor Contributions Toward Human Healthcare*, 3 Reviews On Recent Clinical Trials 89 (2008) | VNDHTLZ 03083170 | VNDHTLZ 030831777 | | |
| 370 | 4/2009 | Emens et al. *Phase Angle Of Entrainment In Morning-And-Evening Types Under Naturalistic Conditions*, 313 Neuroscience Letters 158 (2001) | VNDHTLZ 03083203 | VNDHTLZ 03083218 | | |
| 371 | 12/2010 | Dodson And Zee, *Therapeutics For Circadian Rhythm Sleep Disorders*, Sleep Medicine Clinics 701 (2010) | VNDHTLZ 03083241 | VNDHTLZ 03083260 | | |
| 372 | 3/2010 | Van Der Worp et al. *Can Animal Models Of Disease Reliably Inform Human Studies?* 7 Plos Medicine E1000245 (2010) | VNDHTLZ 03083301 | VNDHTLZ 03083308 | | |
| 373 | 2/2011 | Arrowsmith, *Phase III And Submission Failures: 2007-2010*, 10 Nature Reviews Drug Discovery 1 | VNDHTLZ 03083309 | VNDHTLZ 03083309 | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(C.A. No. 18-00651-CFC)
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| | | Plaintiff's Trial Exhibit List | | | | |
|---|---|---|---|---|---|---|
| **Exhibit Number** | **Date** | **Description** | **Beginning Bates Number** | **Ending Bates Number** | **Defendants' Objections** | **Admitted** |
| 374 | 2011 | Duffy, J., et al., *Sex difference in the near-24-hour intrinsic period of the human circadian timing system* , PNAS 2011 | VNDHTLZ 03083310 | VNDHTLZ 03083316 | | |
| 375 | 3/12/2011 | Jones et al. *Animal Models Of Schizophrenia* , British Journal Of Pharmacology (2011) | VNDHTLZ 03083317 | VNDHTLZ 03083349 | | |
| 376 | 3/2014 | Adams, *Melatonin Agonists In The Management Of Sleep Disorders: A Focus On Ramelteon And Tasimelteon* , Mental Health Clinician (2014) | VNDHTLZ 03083379 | VNDHTLZ 03083384 | | |
| 377 | 8/27/2014 | Denayer et al. *Animal Models In Translational Medicine: Validation And Prediction* , New Horizons In Translation Medicine (2014) | VNDHTLZ 03083385 | VNDHTLZ 03083391 | | |
| 378 | 2014 | Johnsa And Neville, Tasimelteon: A Melatonin Receptor Agonist For Non-24-Hour Sleep-Wake Disorder, 48 Annals Of Pharmacotherapy 1636 (2014) | VNDHTLZ 03083392 | VNDHTLZ 03083397 | | |
| 379 | 7/7/1905 | Auger, R., et al., *Clinical Practice Guideline for the Treatment of Intrinsic Circadian Rhythm Sleep-Wake Disorders: Advanced SleepWake Phase Disorder (ASWPD), Delayed Sleep-Wake Phase Disorder (DSWPD), Non-24-Hour Sleep-Wake Rhythm Disorder (N24SWD), and Irregular Sleep-Wake Rhythm Disorder (ISWRD). An Update for 2015* , Journal of Clinical Sleep Medicine, Vol. 11, No. 10, 2015 | VNDHTLZ 03083398 | VNDHTLZ 03083435 | | |
| 380 | 2015 | Neubauer, D., et al., *Tasimelteon* , Springer International Publishing 2015 | VNDHTLZ 03083490 | VNDHTLZ 03083499 | | |
| 381 | 2015 | Roth, T., et al., *Prolonged release melatonin for improving sleep in totally blind subjects: a pilot placebo-controlled multicenter trial* , Nature and Science of Sleep 2015 | VNDHTLZ 03083500 | VNDHTLZ 03083510 | | |
| 382 | 12/2016 | Harrison, Phase II And Phase III Failures: 2013-2015, 15 Nature Reviews Drug Discovery 817 | VNDHTLZ 03083539 | VNDHTLZ 03083540 | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(C.A. No. 18-00651-CFC)
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| | | | | | | |
|---|---|---|---|---|---|---|
| **Plaintiff's Trial Exhibit List** | | | | | | |
| | | | | | | |
| **Exhibit Number** | **Date** | **Description** | **Beginning Bates Number** | **Ending Bates Number** | **Defendants' Objections** | **Admitted** |
| 383 | 5/2016 | Williams et al. Comparative Review Of Approved Melatonin Agonists For The Treatment Of Circadian Rhythm Sleep-Wake Disorders, 36 Pharmacotherapy 1028 (2016) | VNDHTLZ 03083542 | VNDHTLZ 03083555 | | |
| 384 | 6/12/2017 | Phillips, A., et al., *Irregular sleep/wake patterns are associated with poorer academic performance and delayed circadian and sleep/wake timing*, Scientific Reports 2017 | VNDHTLZ 03083570 | VNDHTLZ 03083582 | | |
| 385 | 2018 | Burgess And Emens, Drugs Used In Circadian Sleep-Wake Rhythm Disturbances, 13 Sleep Medicine Clinics, 231 (2018) | VNDHTLZ 03083613 | VNDHTLZ 03083623 | | |
| 386 | 7/15/2018 | Watanabe et al. A Case Of Non-24-Hour Sleep-Wake Rhythm Disorder Treated With A Low Dose Of Ramelteon And Behavioral Education, 14 Journal Of Clinical Sleep Medicine 1265 (2018) | VNDHTLZ 03083659 | VNDHTLZ 03083661 | | |
| 387 | 1/2020 | Fda Guidance For Industry, In Vitro Drug Interaction Studies — Cytochrome P450 Enzyme- And Transporter Mediated Drug Interactions | VNDHTLZ 03083785 | VNDHTLZ 03083830 | | |
| 388 | 7/1/2013 | Mcdonnell And Dang, *Basic Review Of The Cytochrome P450 System*, 4 Journal Of The Advanced Practitioner In Oncology 263 | VNDHTLZ 03083831 | VNDHTLZ 03083839 | | |
| 389 | 1/2002 | Offord, *The Importance Of A Wide Therapeutic Window: Fexofenadine Is Safe And Effective Over A Broad Range Of Plasma Concentrations*, 109 Journal Of Allergy And Clinical Immunology S106 | VNDHTLZ 03083840 | VNDHTLZ 0308340 | | |
| 390 | 1/1/2017 | Sager et al. *In Vitro To In Vivo Extrapolation Of The Complex Drug-Drug Interaction Of Bupropion And Its Metabolites With Cyp2D6; Simultaneous Reversible Inhibition And Cyp2D6 Downregulation*, 123 Biochemical Pharmacology 85 | VNDHTLZ 03083841 | VNDHTLZ 03083866 | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(C.A. No. 18-00651-CFC)
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| | | Plaintiff's Trial Exhibit List | | | | |
|---|---|---|---|---|---|---|
| Exhibit Number | Date | Description | Beginning Bates Number | Ending Bates Number | Defendants' Objections | Admitted |
| 391 | 3/28/2016 | Almond et al. *Prediction Of Drug-Drug Interactions Arising From Cyp3A Induction Using A Physiologically Based Dynamic Model*, 44 Drug Metabolism And Disposition 821 | VNDHTLZ 03083871 | VNDHTLZ 03083914 | | |
| 392 | 2009 | Benet, *The Drug Transporter-Metabolism Alliance: Uncovering And Defining The Interplay*, 6 Molecular Pharmaceutics 1631 | VNDHTLZ 03083915 | VNDHTLZ 03083915 | | |
| 393 | 1986 | Blyden et al. *Ketaconazole Does Not Impair Antipyrine Clearance In Humans,* 24 International Journal Of Clinical Pharmacology, Therapy And Toxicology 225 | VNDHTLZ 03083938 | VNDHTLZ 03083939 | | |
| 394 | 6/1996 | Engel et al. *Antipyrine As A Probe For Human Oxidative Drug Metabolism: Identification Of The Cytochrome P450 Enzymes Catalyzing 4-Hydroxyantipyrine, 3-Hydroxymethylantipyrine, And Norantipyrine Formation*, 59 Clinical Pharmacology & Therapeutics 613 | VNDHTLZ 03083962 | VNDHTLZ 03083972 | | |
| 395 | 10/15/2007 | Foti And Wahlstrom, *Cyp2C19 Inhibition: The Impact Of Substrate Probe Selection On In Vitro Inhibition Profiles*, 16 Pharmacokinetics And Drug Metabolism 523 | VNDHTLZ 03083973 | VNDHTLZ 03083978 | | |
| 396 | 3/4/2010 | Foti et al. *Selection Of Alternative Cyp3A4 Probe Substrates For Clinical Drug Interaction Studies Using In Vitro Data And In Vivo Simulation*, 16 Drug Metabolism & Disposition 961 | VNDHTLZ 03083979 | VNDHTLZ 03083985 | | |
| 397 | 2004 | Ghosal et al. *Identification Of Human Udp-Glucuronosyltransferase Enzyme(S) Responsible For The Glucuronidation Of 3-Hydroxydesloratadine*, 25 Biopharmaceutics & Drug Disposition 243 | VNDHTLZ 03083986 | VNDHTLZ 03083995 | | |
| 398 | 8/6/2009 | Ghosal et al. *Metabolism Of Loratadine And Further Characterization Of Its In Vitro Metabolites*, 3 Drug Metabolism 162 | VNDHTLZ 03083996 | VNDHTLZ 03084004 | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(C.A. No. 18-00651-CFC)
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| Exhibit Number | Date | Description | Beginning Bates Number | Ending Bates Number | Defendants' Objections | Admitted |
|---|---|---|---|---|---|---|
| | | **Plaintiff's Trial Exhibit List** | | | | |
| 399 | 8/18/2010 | Kirby And Unadkat, Impact Of Ignoring Extraction Ratio When Predicting Drug-Drug Interactions, Fraction Metabolized, And Intestinal First-Pass Contribution, 38 Drug Metabolism & Disposition 1926 | VNDHTLZ 03084023 | VNDHTLZ 03084035 | | |
| 400 | 3/22/2006 | Klotz, Clinical Impact Of Cyp2C19 Polymorphism On The Action Of Proton Pump Inhibitors: A Review Of A Special Problem, 44 International Journal Of Clinical Pharmacology And Therapeutics 297 (2006) | VNDHTLZ 03084036 | VNDHTLZ 03084041 | | |
| 401 | 9/8/2006 | Kumar et al. Cyp2C9 Inhibition: Impact Of Probe Selection And Pharmacogenetics On In Vitro Profiles, 2006 Drug Metabolism And Disposition 1906 | VNDHTLZ 03084042 | VNDHTLZ 03084051 | | |
| 402 | 2019 | Parkinson et al. System-Dependent Outcomes During The Evaluation Of Drug Candidates As Inhibitors Of Cytochrome P450 (Cyp) And Uridine Diphosphate Glucuronosyltransferase (Ugt) Enzymes: Human Hepatocytes Versus Liver Microsomes Versus Recombinant Enzymes, 25 Drug Metabolism And Pharmacokinetics 16 | VNDHTLZ 03084059 | VNDHTLZ 03084070 | | |
| 403 | 2008 | Parkinson et al. Biotransformation Of Xenobiotics, In Toxicology, The Basic Science Of Poisons (C.D. Klassen 2008 Ed.) | VNDHTLZ 03084071 | VNDHTLZ 03084278 | | |
| 404 | 1999 | Rodrigues, Integrated Cytochrome P450 Reaction Phenotyping: Attempting To Bridge The Gap Between Cdna-Expressed Cytochrome P450 And Native Liver Microsomes, 57 Biochemical Pharmacology 465 | VNDHTLZ 03084291 | VNDHTLZ 03084306 | | |
| 405 | 7/26/2000 | Shu et al. 5-Hydroxylation Of Omeprazole By Human Liver Microsomal Fractions From Chinese Populations Related To Cyp2C19 Gene Dose And Individual Ethnicity, 295 The Journal Of Pharmacology And Experimental Therapeutics 844 | VNDHTLZ 03084307 | VNDHTLZ 03084314 | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(C.A. No. 18-00651-CFC)
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| Exhibit Number | Date | Description | Beginning Bates Number | Ending Bates Number | Defendants' Objections | Admitted |
|---|---|---|---|---|---|---|
| | | | Plaintiff's Trial Exhibit List | | | |
| 406 | 6/19/2000 | Venkatakrishnan et al. Comparison Between Cytochrome P450 (Cyp) Content And Relative Activity Approaches To Scaling From Cdna-Expressed Cyps To Human Liver Microsomes: Ratios Of Accessory Proteins As Sources Of Discrepancies Between The Approaches, 28 Drug Metabolism And Disposition 1493 | VNDHTLZ 03084315 | VNDHTLZ 03084326 | | |
| 407 | 9/21/2006 | Wang, Cyp4F Enzymes Are The Major Enzymes In Human Liver Microsomes That Catalyze The O-Demethylation Of The Antiparasitic Prodrug Db289, 34 Drug Metabolism And Disposition | VNDHTLZ 03084327 | VNDHTLZ 03084336 | | |
| 408 | 1989 | Wilkinson et al. Genetic Polymorphism Of S-Mephenytoin Hydroxylation, 43 Pharmacology And Therapeutics 53 | VNDHTLZ 03084337 | VNDHTLZ 03084360 | | |
| 409 | 12/15/2006 | Yang et al. Letter To The Editor Misuse Of The Well-Stirred Model Of Hepatic Drug Clearance, 35 Drug Metabolism And Disposition 501 | VNDHTLZ 03084361 | VNDHTLZ 03084362 | | |
| 410 | 2002 | Azoulay, P.,  Do Pharmaceutical Sales Respond to Scientific Evidence? Journal of Economics & Marketing Strategy, 11(4), pp. 551–594 | VNDHTLZ 03084363 | VNDHTLZ 03084406 | | |
| 411 | 2002 | Berndt, E.,  Pharmaceuticals in U.S. Health Care: Determinants of Quantity and Price, Journal of Economic Perspectives, 16(4), pp. 45–6 | VNDHTLZ 03084407 | VNDHTLZ 03084428 | | |
| 412 | 3/2001 | Berndt, E.,  The U.S. Pharmaceutical Industry: Why Major Growth in Times of Cost Containment? | VNDHTLZ 03084429 | VNDHTLZ 03084443 | | |
| 413 | 2002 | Berndt, E. et al.,  An Analysis of the Diffusion of New Antidepressants: Variety, Quality, and Marketing Efforts, Journal Mental Health Policy and Economics, 5(1), pp. 3–19 | VNDHTLZ 03084444 | VNDHTLZ 03084460 | | |
| 414 | 2017 | Brealey, R. et al., Principles of Corporate Finance, Twelfth Edition, New York NY: The McGraw-Hill Companies, 2017 | VNDHTLZ 03084461 | VNDHTLZ 03084468 | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(C.A. No. 18-00651-CFC)
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| | | Plaintiff's Trial Exhibit List | | | | |
|---|---|---|---|---|---|---|
| Exhibit Number | Date | Description | Beginning Bates Number | Ending Bates Number | Defendants' Objections | Admitted |
| 415 | 1/2002 | Cook, J. and H. Bockbrader,  An Industrial Implementation of the Biopharmaceutics Classification System, Dissolution Technologies, 9, pp. 6–8 | VNDHTLZ 03084469 | VNDHTLZ 03084470 | | |
| 416 | 9/3/2003 | Coscelli, A. and M. Shum,  An Empirical Model of Learning and Patient Spillovers in New Drug Entry, Journal of Econometrics, 122(2), pp. 213–246 | VNDHTLZ 03084471 | VNDHTLZ 03084504 | | |
| 417 | 9/2001 | Cutler, D. and M. McClellan,  Is Technological Change in Medicine Worth It? Health Affairs, 20(5), pp. 11–29 | VNDHTLZ 03084505 | VNDHTLZ 03084523 | | |
| 418 | 1/24/2005 | Danzon, P., S. Nicholson, and N. Pereira,  Productivity in Pharmaceutical–Biotechnology R&D: The Role of Experience and Alliances, Journal of Health Economics, 24(2), pp. 317–339 | VNDHTLZ 03084524 | VNDHTLZ 03084546 | | |
| 419 | 11/2010 | Friedman, Y.,  Location of Pharmaceutical Innovation: 2000–2009, Nature Reviews: Drug Discovery, 9, pp. 835–836 | VNDHTLZ 03084588 | VNDHTLZ 03084589 | | |
| 420 | 2017 | Friedman, Y.,  Where Are Drugs Invented, and Why Does It Matter? ACS Medicinal Chemistry Letters, 8(6), pp. 589–591, | VNDHTLZ 03084590 | VNDHTLZ 03084592 | | |
| 421 | 7/1993 | Grabowski, H. and J. Vernon, (1994) Returns to R&D on new drug introductions in the 1980s, Journal of Health Economics, 13(4) | VNDHTLZ 03084593 | VNDHTLZ 03084616 | | |
| 422 | 3/2006 | Grabowski, H. and Y. Wang,  The Quantity and Quality of Worldwide New Drug Introductions, 1982–2003, Health Affairs, 25(2), pp. 452–460 | VNDHTLZ 03084617 | VNDHTLZ 03084625 | | |
| 423 | 2/28/2006 | Hartmann, M. and A. Hassan,Application of Real Options Analysis for the Pharmaceutical R&D Project Valuation – Empirical Results from a Survey, Research Policy, 35, pp. 343–354 | VNDHTLZ 03084655 | VNDHTLZ 03084666 | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(C.A. No. 18-00651-CFC)
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| | | | | | | |
|---|---|---|---|---|---|---|
| **Plaintiff's Trial Exhibit List** | | | | | | |
| | | | | | | |
| **Exhibit Number** | **Date** | **Description** | **Beginning Bates Number** | **Ending Bates Number** | **Defendants' Objections** | **Admitted** |
| 424 | 11/2013 | Hu, Y. et al. Is the United States Still Dominant in the Global Pharmaceutical Innovation Network? PLoS ONE, 8(11), pp. 1–6 | VNDHTLZ 03084667 | VNDHTLZ 03084672 | | |
| 425 | 2004 | Iizuka, T., What Explains the Use of Direct-to-Consumer Advertising of Prescription Drugs? Journal of Industrial Economics, 52(3), pp. 349–379 | VNDHTLZ 03084673 | VNDHTLZ 03084703 | | |
| 426 | 3/17/2020 | Leffler, K., Persuasion or Information? The Economics of Prescription Drug Advertising, Journal of Law and Economics, 24(1), pp. 45–74 | VNDHTLZ 03084704 | VNDHTLZ 03084734 | | |
| 427 | 9/2001 | Lichtenberg, F., *Are the Benefits of Newer Drugs Worth Their Cost?* Evidence from the 1996 MEPS, Health Affairs, 20(5), pp. 241–251 | VNDHTLZ 03084735 | VNDHTLZ 03084745 | | |
| 428 | 5/2007 | Lichtenberg, F., *The Impact of New Drugs on US Longevity and Medical Expenditure,* 1990–2003: Evidence from Longitudinal, Disease-Level Data, The American Economic Review, 97(2), pp. 438–43 | VNDHTLZ 03084746 | VNDHTLZ 03084752 | | |
| 429 | 4/2012 | Nicholson, S., *Financing Research and Development* , The Oxford Handbook of the Economics of the Biopharmaceutical Industry, 2012, P. Danzon and S. Nicholson (Eds.), New York, NY: Oxford University Press, pp. 47–74 | VNDHTLZ 03084753 | VNDHTLZ 03084783 | | |
| 430 | 2014 | Petrova E., *Innovation in the Pharmaceutical Industry: The Process of Drug Discovery and Development,* Innovation and Marketing in the Pharmaceutical Industry, International Series in Quantitative Marketing, 2014, M. Ding, J. Eliashberg, and S. Stremersch (Eds.), New York, NY: Springer, pp. 54–56 | VNDHTLZ 03084784 | VNDHTLZ 03084847 | | |
| 431 | 7/24/2002 | Simonet, D., *Licensing Agreements in the Pharmaceutical Industry* , International Journal of Medical Marketing, 2(4), pp. 329–341 | VNDHTLZ 03084848 | VNDHTLZ 03084860 | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(C.A. No. 18-00651-CFC)
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

**Plaintiff's Trial Exhibit List**

| Exhibit Number | Date | Description | Beginning Bates Number | Ending Bates Number | Defendants' Objections | Admitted |
|---|---|---|---|---|---|---|
| 432 | 2/10/2011 | Stevens, A. et al., (2011) *The Role of Public-Sector Research in the Discovery of Drugs and Vaccines* , The New England Journal of Medicine, 364(6), pp. 535–541 | VNDHTLZ 03084861 | VNDHTLZ 03084867 | | |
| 433 | 11/2007 | Venkataraman, S. and S. Stremersch, (2007) *The Debate on Influencing Doctors' Decisions: Are Drug Characteristics the Missing Link?* Management Science, 53(11), pp. 1688–1701, | VNDHTLZ 03084868 | VNDHTLZ 03084881 | | |
| 434 | 7/2018 | FDA, Indications and Usage Section of Labeling for Human Prescription Drug and Biological Products — Content and Format: Guidance for Industry, | VNDHTLZ 03084882 | VNDHTLZ 03084901 | | |
| 435 | 1/31/2014 | FDA, Hetlioz Approval Letter | VNDHTLZ 03084902 | VNDHTLZ 03084909 | | |
| 436 | 1/2014 | FDA, Hetlioz Label | VNDHTLZ 03084910 | VNDHTLZ 03084920 | | |
| 437 | 1/31/2014 | FDA, Hetlioz NDA Acceptance Letter | VNDHTLZ 03084921 | VNDHTLZ 03084925 | | |
| 438 | 12/31/2019 | FDA, Orange Book: Approved Drug Products with Therapeutic Equivalence Evaluations, 40th edition | VNDHTLZ 03084926 | VNDHTLZ 03086551 | | |
| 439 | 5/2017 | FDA, Wellbutrin Label | VNDHTLZ 03086552 | VNDHTLZ 03086589 | | |
| 440 | 4/22/2019 | 2019 Annual Report of the Board of Trustees of the Federal Old-Age and Survivors Insurance and Federal Disability Insurance Trust Funds, Social Security Administration | VNDHTLZ 03086590 | VNDHTLZ 03086859 | | |
| 441 | 6/2009 | Emerging Health Care Issues: Follow-on Biologic Drug Competition, Federal Trade Commission | VNDHTLZ 03086860 | VNDHTLZ 03086979 | | |
| 442 | | Pharmaceutical: Getting Back its Luster, A.T. Kearney | VNDHTLZ 03087014 | VNDHTLZ 03087023 | | |
| 443 | | The Biopharmaceutical Industry: Fueling the Economy and Global Competitiveness, PhRMA | VNDHTLZ 03087024 | VNDHTLZ 03087025 | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(C.A. No. 18-00651-CFC)
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| Exhibit Number | Date | Description | Beginning Bates Number | Ending Bates Number | Defendants' Objections | Admitted |
|---|---|---|---|---|---|---|
| | | **Plaintiff's Trial Exhibit List** | | | | |
| 444 | | Abbreviated New Drug Application (ANDA): Generics, FDA | VNDHTLZ 03087039 | VNDHTLZ 03087042 | | |
| 445 | | About Non-24, Hetlioz, available at https://hetlioz.com/aboutnon | VNDHTLZ 03087043 | VNDHTLZ 03087046 | | |
| 446 | 10/23/2013 | Cephalon Sues Eagle Over Plans for Liquid Treanda, Law360 | VNDHTLZ 03087047 | VNDHTLZ 03087048 | | |
| 447 | 10/16/2014 | Efficacy and Safety of Tasimelteon Compared with Placebo in Totally Blind Subjects with Non-24-Hour Sleep-Wake Disorder, Vanda Pharmaceuticals, Identification No. NCT01163032 | VNDHTLZ 03087049 | VNDHTLZ 03087057 | | |
| 448 | | Getting Medicare if You Have a Disability, Medicare, | VNDHTLZ 03087058 | VNDHTLZ 03087059 | | |
| 449 | 8/11/2015 | Hetlioz Pill May Ease Sleep Disorder for Some Blind People, Reuter | VNDHTLZ 03087060 | VNDHTLZ 03087068 | | |
| 450 | 1/2020 | If You're Blind or Have Low Vision — How We Can Help, Social Security Administration | VNDHTLZ 03087069 | VNDHTLZ 03087084 | | |
| 451 | | Orange Book: Approved Drug Products with Therapeutic Equivalence Evaluations, FDA | VNDHTLZ 03087085 | VNDHTLZ 03087085 | | |
| 452 | | Reviewing the Disability Employment Research on People who are Blind or Visually Impaired: Key Takeaways, American Foundation for the Blind | VNDHTLZ 03087086 | VNDHTLZ 03087095 | | |
| 453 | | Step 4: FDA Drug Review, FDA | VNDHTLZ 03087096 | VNDHTLZ 03087097 | | |
| 454 | | Taking HETLIOZ® (tasimelteon), Hetlioz | VNDHTLZ 03087098 | VNDHTLZ 03087100 | | |
| 455 | 12/8/2015 | Teva Pharmaceuticals and Eagle Pharmaceuticals Announce FDA Approval of Bendeka™ (Bendamustine Hydrochloride) Injection, Eagle Pharmaceuticals | VNDHTLZ 03087101 | VNDHTLZ 03087106 | | |
| 456 | | The FDA's Drug Review Process: Ensuring Drugs Are Safe and Effective, FDA, http://www fda.gov/drugs/resourcesforyou/consumers/ucm143534 htm | VNDHTLZ 03087107 | VNDHTLZ 03087110 | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(C.A. No. 18-00651-CFC)
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | **Plaintiff's Trial Exhibit List** | | | |
| | | | | | | |
| **Exhibit Number** | **Date** | **Description** | **Beginning Bates Number** | **Ending Bates Number** | **Defendants' Objections** | **Admitted** |
| 457 | 12/11/2018 | Vanda Preps Hetlioz for a New Market, Evaluate Group | VNDHTLZ 03087111 | VNDHTLZ 03087112 | | |
| 458 | 2/28/2020 | Biovail Corporation 2005 Annual Report | VNDHTLZ 03087113 | VNDHTLZ 03087207 | | |
| 459 | 2/27/2009 | Biovail Corporation Form 20-F | VNDHTLZ 03087208 | VNDHTLZ 03087566 | | |
| 460 | 12/22/2014 | Eagle Pharmaceuticals, Inc. Form 10-K | VNDHTLZ 03087567 | VNDHTLZ 03087676 | | |
| 461 | 2/28/2019 | Eagle Pharmaceuticals, Inc. Form 10-K | VNDHTLZ 03087677 | VNDHTLZ 03087894 | | |
| 462 | 3/26/1998 | Sepracor Inc. Form 10-K | VNDHTLZ 03087895 | VNDHTLZ 03088160 | | |
| 463 | 3/27/2001 | Sepracor Inc. Form 10-K | VNDHTLZ 03088161 | VNDHTLZ 03088180 | | |
| 464 | 3/29/2002 | Sepracor Inc. Form 10-K | VNDHTLZ 03088181 | VNDHTLZ 03088248 | | |
| 465 | 3/12/2004 | Sepracor Inc. Form 10-K | VNDHTLZ 03088249 | VNDHTLZ 03088274 | | |
| 466 | 3/12/2004 | Sepracor Inc. Form 10-K | VNDHTLZ 03088275 | VNDHTLZ 03088326 | | |
| 467 | 3/16/2006 | Sepracor Inc. Form 10-K | VNDHTLZ 03088327 | VNDHTLZ 03088377 | | |
| 468 | 3/16/2006 | Sepracor Inc. Form 10-K | VNDHTLZ 03088378 | VNDHTLZ 03088443 | | |
| 469 | 3/16/2007 | Vanda Pharmaceuticals Inc. Form 10-K | VNDHTLZ 03088444 | VNDHTLZ 03088531 | | |
| 470 | 3/13/2008 | Vanda Pharmaceuticals Inc. Form 10-K | VNDHTLZ 03088532 | VNDHTLZ 03088615 | | |
| 471 | 3/13/2009 | Vanda Pharmaceuticals Inc. Form 10-K | VNDHTLZ 03088616 | VNDHTLZ 03088704 | | |
| 472 | 3/15/2010 | Vanda Pharmaceuticals Inc. Form 10-K | VNDHTLZ 03088705 | VNDHTLZ 03088929 | | |
| 473 | 3/10/2011 | Vanda Pharmaceuticals Inc. Form 10-K | VNDHTLZ 03088930 | VNDHTLZ 03088941 | | |
| 474 | 3/9/2012 | Vanda Pharmaceuticals Inc. Form 10-K | VNDHTLZ 03089042 | VNDHTLZ 03089157 | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(C.A. No. 18-00651-CFC)
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| | | Plaintiff's Trial Exhibit List | | | | |
|---|---|---|---|---|---|---|
| **Exhibit Number** | **Date** | **Description** | **Beginning Bates Number** | **Ending Bates Number** | **Defendants' Objections** | **Admitted** |
| 475 | 2/26/2013 | Vanda Pharmaceuticals Inc. Form 10-K | VNDHTLZ 03089158 | VNDHTLZ 03089254 | | |
| 476 | 2/25/2014 | Vanda Pharmaceuticals Inc. Form 10-K | VNDHTLZ 03089255 | VNDHTLZ 03089357 | | |
| 477 | 2/26/2020 | Vanda Pharmaceuticals Inc. Form 10-K | VNDHTLZ 03089358 | VNDHTLZ 03089527 | | |
| 478 | | IQVIA Channel Dynamics | VNDHTLZ 03089528 | VNDHTLZ 03089528 | | |
| 479 | | Consumer Price Index for All Urban Consumers: All Items in U.S. City Average, Monthly, Not Seasonally Adjusted, U.S. Bureau of Labor Statistics | VNDHTLZ 03089529 | VNDHTLZ 03089529 | | |
| 480 | 3/10/2020 | Decision Resources Group | VNDHTLZ 03089530 | VNDHTLZ 03089571 | | |
| 481 | | Search Orphan Drug Designations and Approvals, FDA | VNDHTLZ 03089572 | VNDHTLZ 03089572 | | |
| 482 | 2006 | Thummel et al. *Design And Optimization Of Dosage Regimens: Pharmacokinetic Data, In The Pharmacological Basis Of Therapeutics* (Goodman & Gilman 11Th Ed., 2006) | VNDHTLZ 03089742 | VNDHTLZ 03089843 | | |
| 483 | 1994 | Tucker, Clinical Implications Of Genetic Polymorphism In Drug Metabolism, 46 J. Pharm. Pharmacology 417 | VNDHTLZ 03089844 | VNDHTLZ 03089851 | | |
| 484 | 1996 | Klerman et al. Simulations Of Light Effects On The Human Circadian Pacemaker: Implications For Assessment Of Intrinsic Period, 270 American Journal Of Physiology R271 (1996) | VNDHTLZ 03089857 | VNDHTLZ 03089868 | | |
| 485 | 10/1/1997 | Middleton, B., et al., *Complex Effects of Melatonin on Human Circadian Rhythms in Constant Dim Light*, Journal of Biological Rhythms Volume 12, No. 5, 1997 | VNDHTLZ 03089884 | VNDHTLZ 03089896 | | |
| 486 | 12/1/1997 | Czeisler, C., *Commentary: Evidence for Melatonin as a Circadian Phase-Shifting Agent*, JOURNAL OF BIOLOGICAL RHYTHMS, Vol. 12 No. 6, 1997 | VNDHTLZ 03089897 | VNDHTLZ 03089902 | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(C.A. No. 18-00651-CFC)
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| Exhibit Number | Date | Description | Beginning Bates Number | Ending Bates Number | Defendants' Objections | Admitted |
|---|---|---|---|---|---|---|
| | | **Plaintiff's Trial Exhibit List** | | | | |
| 487 | 1991 | Aldhous, M.E., *Assessment of melatonin rhythms and the sleep-wake cycle in blind subjects*, John Libbey & Co Ltd 1991 | VNDHTLZ 03089903 | VNDHTLZ 03089905 | | |
| 488 | 1992 | Lewy et al., *Melatonin Shifts Human Circadian Rhythms According To A Phaseresponse Curve*, 9 Chronobiology International 380 | VNDHTLZ 03089927 | VNDHTLZ 03089939 | | |
| 489 | 4/23/2013 | Terron et al. Melatonin Reduces Bodyweight Gain And Increases Nocturnal Activity In Male Wistar Rats, 118 Physiology And Behavior 12 (2012) | VNDHTLZ 03089945 | VNDHTLZ 03089950 | | |
| 490 | 4/2/1988 | Arendt, J., *Synchronisation of a Disturbed Sleep-Wake Cycle in a Blind Man by Melatonin Treatement*, The Lancet, 1999 | VNDHTLZ 03089981 | VNDHTLZ 03089982 | | |
| 491 | 1978 | Kokkoris et al. Long-Term Ambulatory Temperature Monitoring In A Subject With Hypernchthermal Sleep Wake Cycle Disturbance, Sleep (1978) | VNDHTLZ 03089983 | VNDHTLZ 03089996 | | |
| 492 | 1980 | Czeisler et al. Human Sleep: Its Duration And Organization Depend On Circadian Phase, 210 Science 1264-67 (1980) | VNDHTLZ 03089997 | VNDHTLZ 03090001 | | |
| 493 | 1993 | Klein et al. Circadian Sleep Regulation In The Absence Of Light Perception: Chronic Non-24-Hour Circadian Rhythm Disorder In A Blind Man With A Regular 24-Hour Sleep Wake Cycle, 16 Sleep 333 (1993) | VNDHTLZ 03090002 | VNDHTLZ 03090013 | | |
| 494 | 2011 | Kathryn Reid & Phyllis Zee, The Handbook Of Clinical Neurology: Sleep Disorders, 966-67 (2012) | VNDHTLZ 03090034 | VNDHTLZ 03090048 | | |
| 495 | 2013 | Czeisler, Casting Light On Sleep Deficiency, 497 Nature (2013). | VNDHTLZ 03090049 | VNDHTLZ 03090049 | | |
| 496 | 1981 | Czeisler et al. Chronotherapy: Resetting The Circadian Clocks Of Patients With Delayed Sleep Phase Insomnia, Sleep 1981; 4:1-21. | VNDHTLZ 03090050 | VNDHTLZ 03090070 | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(C.A. No. 18-00651-CFC)
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| | | Plaintiff's Trial Exhibit List | | | | |
|---|---|---|---|---|---|---|
| **Exhibit Number** | **Date** | **Description** | **Beginning Bates Number** | **Ending Bates Number** | **Defendants' Objections** | **Admitted** |
| 497 | 1995 | Dijk et al. Light Treatment For Sleep Disorders: Consensus Report. Basic Properties Of Circadian Physiology And Sleep Regulation, 10 J Biol. Rhythms 113-25 (1995) | VNDHTLZ 03090071 | VNDHTLZ 03090083 | | |
| 498 | 1994 | Dijk And Czeisler, Paradoxical Timing Of The Circadian Rhythm Of Sleep Propensity Serves To Consolidate Sleep And Wakefulness In Humans, 166 Neurosci Letters 63-8 (1994) | VNDHTLZ 03090084 | VNDHTLZ 03090089 | | |
| 499 | 1987 | Sack et al., *Free-Running Melatonin Rhythms In Blind People: Phase Shifts With Melatonin And Triazolam Administration*, In Temporal Disorder In Human Oscillatory Systems (1987) | VNDHTLZ 03090090 | VNDHTLZ 03090095 | | |
| 500 | 2018 | Hull et al. Suppression Of Melatonin Secretion In Totally Visually Blind People By Ocular Exposure To White Light: Clinical Characteristics, 125 Ophthalmology (2018) | VNDHTLZ 03090096 | VNDHTLZ 03090107 | | |
| 501 | 2013 | Paolo Girardi et al. Sleep Medicine: Clinical Practice (2013) | VNDHTLZ 03090108 | VNDHTLZ 03090119 | | |
| 502 | 2014 | Mcgonigle, Animal Models Of Human Disease: Challenges In Enabling Translation, Biochemical Pharmacology (2014) | VNDHTLZ 03091791 | VNDHTLZ 03091800 | | |
| 503 | 1995 | McKinnon et al. *Characterization of CYP3A Gene Subfamily Expression in Human Gastrointestinal Tissues* | VNDHTLZ 03091809 | VNDHTLZ 03091817 | | |
| 504 | 2010 | Nestler, Animal Models Of Neuropsychiatric Disorders, Nature Neuroscience (2010) | VNDHTLZ 03091818 | VNDHTLZ 03091835 | | |
| 505 | 3/28/2008 | Jazz Pharmaceuticals, Form 10-K 2007 | VNDHTLZ 03091836 | VNDHTLZ 03092167 | | |
| 506 | 3/2010 | Harvard Medical School *Treating Social Anxiety Disorder*, Harvard Health Publishing | VNDHTLZ 03092168 | VNDHTLZ 030921717 | | |
| 507 | 8/3/2020 | Brigham Clinical Research News, Investigating Treatments For Non-24 Disorder, Brigham Clinical & Research News | VNDHTLZ 03092172 | VNDHTLZ 03092173 | | |
| 508 | 3/2019 | Cimzia (Certolizumab) Injection, Label | VNDHTLZ 03092174 | VNDHTLZ 03092217 | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(C.A. No. 18-00651-CFC)
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| | | Plaintiff's Trial Exhibit List | | | | |
|---|---|---|---|---|---|---|
| Exhibit Number | Date | Description | Beginning Bates Number | Ending Bates Number | Defendants' Objections | Admitted |
| 509 | | Advil Tablets, 200 Mg, Label | VNDHTLZ 03092218 | VNDHTLZ 03092220 | | |
| 510 | 2/1976 | Czeisler, et al. Episodic 24-Hour Cortisol Secretory Patterns In Patients Awaiting Elective Cardiac Surgery, 42(2) Journal Of Clinical Endocrinology & Metabolism 273 | VNDHTLZ 03095145 | VNDHTLZ 03095155 | | |
| 511 | 1983 | Weitzman, et al. Cortisol Secretion Is Inhibited During Sleep In Normal Man, 56(2) Journal Of Clinical Endocrinology & Metabolism 352 (1983) | VNDHTLZ 03095156 | VNDHTLZ 03095162 | | |
| 512 | 7/2007 | Zeitzer, et al. Plasma Melatonin Rhythms In Young And Older Humans During Sleep, Sleep Deprivation, And Wake, 30(11) Sleep 1437 (2007) | VNDHTLZ 03095163 | VNDHTLZ 03095169 | | |
| 513 | 3/2013 | Scheer, et al. The Internal Circadian Clock Increases Hunger And Appetite In The Evening Independent Of Food Intake And Other Behaviors, 21(3) Obesity (Silver Spring) 421 (2013) | VNDHTLZ 03095170 | VNDHTLZ 03095177 | | |
| 514 | 2/2/2018 | Rahman et al., Functional Decoupling Of Melatonin Suppression And Circadian Phase Resetting In Humans, 596.11 J Pysiol 2147 (2018) | VNDHTLZ 03095178 | VNDHTLZ 03095188 | | |
| 515 | 2019 | Rahman, et al. Characterizing The Temporal Dynamics Of Melatonin And Cortisol Changes In Response To Nocturnal Light Exposure, 9 Scientific Reports 19720 (2019) | VNDHTLZ 03095189 | VNDHTLZ 03095200 | | |
| 516 | 10/22/2013 | Nda No. 205,677, Administrative And Correspondence Documents | VNDHTLZ 03095201 | VNDHTLZ 03095349 | | |
| 517 | 12/1998 | FDA, Provigil Label | VNDHTLZ 03095350 | VNDHTLZ 03095377 | | |
| 518 | 8/1999 | FDA, Sonata Label | VNDHTLZ 03095378 | VNDHTLZ 03095403 | | |
| 519 | 8/13/1999 | FDA, Sonata Approval Letter | VNDHTLZ 03095404 | VNDHTLZ 03095407 | | |
| 520 | 1/2004 | FDA, Provigil Label | VNDHTLZ 03095408 | VNDHTLZ 03095442 | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(C.A. No. 18-00651-CFC)
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| Exhibit Number | Date | Description | Beginning Bates Number | Ending Bates Number | Defendants' Objections | Admitted |
|---|---|---|---|---|---|---|
| | | **Plaintiff's Trial Exhibit List** | | | | |
| 521 | 7/22/2005 | FDA, Rozerem Approval Letter | VNDHTLZ 03095443 | VNDHTLZ 03095446 | | |
| 522 | 6/2007 | FDA, Nuvigil Label | VNDHTLZ 03095447 | VNDHTLZ 03095486 | | |
| 523 | 5/2014 | FDA, Lunesta Label | VNDHTLZ 03095487 | VNDHTLZ 03095512 | | |
| 524 | 1/2015 | FDA, Provigil Label | VNDHTLZ 03095513 | VNDHTLZ 03095532 | | |
| 525 | 5/16/2016 | Evaluating the Effects of Tasimelteon vs Placebo on Sleep Disturbances in SMS, Vanda Pharmaceuticals Inc., Identification No. NCT02231008 | VNDHTLZ 03095533 | VNDHTLZ 03095538 | | |
| 526 | 6/26/2018 | A Proof of Concept Study to Evaluate the Effects of Tasimelteon and Placebo in Travelers with Jet Lag Disorder, Vanda Pharmaceuticals Inc., Identification No. NCT03291041 | VNDHTLZ 03095539 | VNDHTLZ 03095543 | | |
| 527 | 12/2016 | FDA, Ambien Label | VNDHTLZ 03095544 | VNDHTLZ 03095567 | | |
| 528 | 2/2017 | FDA, Nuvigil Label | VNDHTLZ 03095568 | VNDHTLZ 03095592 | | |
| 529 | 12/2018 | FDA, Rozerem Label | VNDHTLZ 03095593 | VNDHTLZ 03095610 | | |
| 530 | 4/22/20 | 2020 Annual Report of the Board of Trustees of the Federal Old-age and Survivors Insurance and Federal Disability Insurance Trust Funds, Social Security Administration | VNDHTLZ 03095611 | VNDHTLZ 03095886 | | |
| 531 | 12/1/2020 | FDA, Hetlioz Supplemental Approval Letter | VNDHTLZ 03095887 | VNDHTLZ 03095890 | | |
| 532 | 12/1/2020 | FDA Approves HETLIOZ® (tasimelteon) for the Treatment of Nighttime Sleep Disturbances in Smith-Magenis Syndrome, Vanda Pharmaceuticals Inc. | VNDHTLZ 03095891 | VNDHTLZ 03095892 | | |
| 533 | 7/14/1995 | FDA, Ambien Approval Letter | VNDHTLZ 03095893 | VNDHTLZ 03095912 | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(C.A. No. 18-00651-CFC)
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| Plaintiff's Trial Exhibit List | | | | | | |
|---|---|---|---|---|---|---|
| **Exhibit Number** | **Date** | **Description** | **Beginning Bates Number** | **Ending Bates Number** | **Defendants' Objections** | **Admitted** |
| 534 | 1/17/2021 | What Do I Need to Know about Specialty Drugs? Blue Cross Blue Shield Blue Care Network of Michigan | VNDHTLZ 03095913 | VNDHTLZ 03095914 | | |
| 535 | 1/17/2021 | Clinical Pharmacy and Specialty Drugs Prior Authorization Programs, United Healthcare | VNDHTLZ 03095915 | VNDHTLZ 03095917 | | |
| 536 | 1/25/2021 | Our Story, CoverMyMeds | VNDHTLZ 03095918 | VNDHTLZ 03095921 | | |
| 537 | | Consumer Price Index for All Urban Consumers: All Items in U.S. City Average, Monthly, Not Seasonally Adjusted, U.S. Bureau of Labor Statistics | VNDHTLZ 03095922 | VNDHTLZ 03095922 | | |
| 538 | 2020 | Employer Health Benefits 2020 Annual Survey, Kaiser Family Foundation, | VNDHTLZ 03095923 | VNDHTLZ 03096136 | | |
| 539 | 2005 | Grabowski, H., *Increasing R&D Incentives for Neglected Diseases: Lessons from the Orphan Drug Act,* International Public Goods and Transfer of Technology Under a Globalized Intellectual Property Regime, 2005, K. Maskus and J. Reichman (Eds.), Cambridge, UK: Cambridge University Press, pp. 457–480 | VNDHTLZ 03096137 | VNDHTLZ 03096163 | | |
| 540 | 9/2012 | Harrington, S. E., *Cost of Capital for Pharmaceutical, Biotechnology, and Medical Device Firms* , The Oxford Handbook of the Economics of the Biopharmaceutical Industry, 2012, P. M. Danzon and S. Nicholson (Eds.), New York, NY: Oxford University Press, pp. 75–99 | VNDHTLZ 03096164 | VNDHTLZ 03096205 | | |
| 541 | 2020 | Prescribing HELTIOZ® (tasimelteon): An Instructional Guide, Vanda Pharmaceuticals Inc. | VNDHTLZ 03096206 | VNDHTLZ 03096208 | | |
| 542 | 12/15/2004 | FDA, Lunesta Approval Letter | VNDHTLZ 03096209 | VNDHTLZ 03096228 | | |
| 543 | | Medicare Provider Utilization and Payment Data: Part D Prescriber | VNDHTLZ 03096229 | VNDHTLZ 03096229 | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(C.A. No. 18-00651-CFC)
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| | | Plaintiff's Trial Exhibit List | | | | |
|---|---|---|---|---|---|---|
| **Exhibit Number** | **Date** | **Description** | **Beginning Bates Number** | **Ending Bates Number** | **Defendants' Objections** | **Admitted** |
| 544 | 7/25/2003 | MGI Pharma and Helsinn Healthcare SA Announce FDA Approval of Aloxi™, MGI Pharma and Helsinn Healthcare Press Release | VNDHTLZ 03096230 | VNDHTLZ 03096233 | | |
| 545 | 6/15/2007 | FDA, Nuvigil Approval Letter | VNDHTLZ 03096234 | VNDHTLZ 03096240 | | |
| 546 | 2/2/2019 | Nuvigil vs. Provigil: How Are They Similar and Different? Healthline | VNDHTLZ 03096241 | VNDHTLZ 03096255 | | |
| 547 | 7/3/2014 | O'Connell, K. and A. Pariser, (2014) Clinical Trial Safety Population Size: Analysis of Drug Approvals for Rare and Common Indications by FDA Center for Drug Evaluation and Research, Expert Opinion on Orphan Drugs, 2(9), pp. 869–875 | VNDHTLZ 03096256 | VNDHTLZ 03096263 | | |
| 548 | 1/7/2021 | Orphan Products: Hope for People with Rare Diseases, FDA | VNDHTLZ 03096264 | VNDHTLZ 03096267 | | |
| 549 | | Prior Authorization, Avella Specialty Pharmacy | VNDHTLZ 03096277 | VNDHTLZ 03096278 | | |
| 550 | 12/24/1998 | FDA, Provigil Approval Letter | VNDHTLZ 03096281 | VNDHTLZ 03096286 | | |
| 551 | | Rare Diseases at FDA, FDA | VNDHTLZ 03096287 | VNDHTLZ 03096291 | | |
| 552 | 2/24/2020 | Ahmed, S. *Rethinking the Prior Authorization Process*, Pharmacy Times | VNDHTLZ 03096292 | VNDHTLZ 03096301 | | |
| 553 | 2010 | Trusheim, M., et al., (2010) Characterizing Markets for Biopharmaceutical Innovations: Do Biologics Differ from Small Molecules? Forum for Health Economics & Policy, 13(1), pp. 1–43 | VNDHTLZ 03096302 | VNDHTLZ 03096347 | | |
| 554 | 5/22/2020 | Updated Contract Year (CY) 2021 Final Part D Bidding Instructions, HHS | VNDHTLZ 03096348 | VNDHTLZ 03096349 | | |
| 555 | 3/3/2020 | Wouters, O., et al., (2020) *Estimated Research and Development Investment to Bring a New Medicine to Market*, 2009-2018, Journal of the American Medical Association, 323(9), pp. 844–853 | VNDHTLZ 03096353 | VNDHTLZ 03096362 | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(C.A. No. 18-00651-CFC)
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| | | Plaintiff's Trial Exhibit List | | | | |
|---|---|---|---|---|---|---|
| **Exhibit Number** | **Date** | **Description** | **Beginning Bates Number** | **Ending Bates Number** | **Defendants' Objections** | **Admitted** |
| 556 | 10/1/2020 | UnitedHealthcare, Complete Drug List (Formulary) 2021: AARP Medicare Advantage Choice (PPO), AARP Medicare Advantage Choice (Regional PPO | VNDHTLZ 03096363 | VNDHTLZ 03096495 | | |
| 557 | 10/1/2020 | UnitedHealthcare, Complete Drug List (Formulary) 2021: AARP MedicareRx Preferred (PDP) | VNDHTLZ 03096496 | VNDHTLZ 03096627 | | |
| 558 | 10/1/2020 | UnitedHealthcare, Complete Drug List (Formulary) 2021, AARP MedicareRx Saver Plus (PDP), | VNDHTLZ 03096628 | VNDHTLZ 03096744 | | |
| 559 | 10/1/2020 | UnitedHealthcare, Complete Drug List (Formulary) 2021, AARP MedicareRx Walgreens (PDP) | VNDHTLZ 03096745 | VNDHTLZ 03096862 | | |
| 560 | 10/1/2020 | UnitedHealthcare, Complete Drug List (Formulary) 3032: AARP Medicare Advantage (HMO), AARP Medicare Advantage (HMO-POS), AARP Medicare Advantage Focus (HMO-POS) | VNDHTLZ 03096863 | VNDHTLZ 03096995 | | |
| 561 | 2021 | Aetna, Drug Search: 2021 Advanced Control Plan – Aetna, Formulary Navigator | VNDHTLZ 03096996 | VNDHTLZ 03096997 | | |
| 562 | 1/1/2021 | Aetna, 2021 Comprehensive Formulary: Aetna Medicare (List of Covered Drugs) B2, | VNDHTLZ 03096998 | VNDHTLZ 03097113 | | |
| 563 | 2019 | Aetna, Special Drug Coverage Reviews: Specialty Drugs Requiring Prior Authorization, 2019 Aetna Standard Plan, | VNDHTLZ 03097114 | VNDHTLZ 03097119 | | |
| 564 | 1/2021 | Anthem BlueCross California National, Drug Search: National Drug List 3-Tier, Formulary Navigator | VNDHTLZ 03097120 | VNDHTLZ 03097122 | | |
| 565 | | Find Medicines, Prime Therapeutics | VNDHTLZ 03097123 | VNDHTLZ 03097123 | | |
| 566 | 1/2021 | Anthem BlueCross BlueShield of Texas, Balanced Drug List, | VNDHTLZ 03097124 | VNDHTLZ 03097309 | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(C.A. No. 18-00651-CFC)
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| | | Plaintiff's Trial Exhibit List | | | | |
|---|---|---|---|---|---|---|
| Exhibit Number | Date | Description | Beginning Bates Number | Ending Bates Number | Defendants' Objections | Admitted |
| 567 | 1/1/2021 | 2021 Cigna Drug Lists | VNDHTLZ 03097310 | VNDHTLZ 03097310 | | |
| 568 | | Carefirst, Specialty Guideline Management: Hetlioz (Tasimelteon), CVS Caremark | VNDHTLZ 03097313 | VNDHTLZ 03097313 | | |
| 569 | 8/14/2020 | Elixir Insurance, Elixir RxPlus (PDP): 2021 Formulary (List of Covered Drugs) | VNDHTLZ 03097314 | VNDHTLZ 03097422 | | |
| 570 | | Express Scripts Medicare (PDP) – Value, Search Results for Hetlioz CAP 20MG, Express Scripts | VNDHTLZ 03097423 | VNDHTLZ 03097423 | | |
| 571 | 2021 | SERS, Express Scripts Prescription Drug Coverage Guide | VNDHTLZ 03097424 | VNDHTLZ 03097437 | | |
| 572 | 1/1/2021 | FEP, FEP 5 Tier Managed Rx Drug Formulary (807) Basic Option | VNDHTLZ 03097438 | VNDHTLZ 03097532 | | |
| 573 | 1/1/2021 | FEP, FEP 5 Tier Rx Drug Formulary (607) Standard Option | VNDHTLZ 03097533 | VNDHTLZ 03097628 | | |
| 574 | 2021 | Fingertip Formulary | VNDHTLZ 03097629 | VNDHTLZ 03097629 | | |
| 575 | 12/14/2020 | Humana, Prescription Drug Guide, Humana Formulary, List of Covered Drugs: Humana Basic Rx Plan (PDP) | VNDHTLZ 03097633 | VNDHTLZ 03097744 | | |
| 576 | 12/14/2020 | Humana, Prescription Drug Guide, Humana Formulary, List of Covered Drugs: HumanaChoice (PPO), Humana Care Extra (PPO), Humana Together (PPO SNP), HumanaChoice Florida (PPO), 2021 | VNDHTLZ 03097745 | VNDHTLZ 03097880 | | |
| 577 | 12/14/2020 | Humana, Prescription Drug Guide, Humana Formulary, List of Covered Drugs: Humana Community (HMO), Humana Gold Plus (HMO), Humana Cleveland Clinic Preferred (HMO), Humana LCMC Advantage (HMO), Humana-Oschsner Network (HMO), 2021 | VNDHTLZ 03097881 | VNDHTLZ 03098016 | | |
| 578 | 12/14/2020 | Humana, Prescription Drug Guide, Humana Formulary, List of Covered Drugs: Humana Gold Plus (HMO)," 2021 | VNDHTLZ 03098017 | VNDHTLZ 03098152 | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(C.A. No. 18-00651-CFC)
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| | | Plaintiff's Trial Exhibit List | | | | |
|---|---|---|---|---|---|---|
| Exhibit Number | Date | Description | Beginning Bates Number | Ending Bates Number | Defendants' Objections | Admitted |
| 579 | 12/14/2020 | Humana, Prescription Drug Guide, Humana Formulary, List of Covered Drugs: Humana Premier Rx Plan (PDP), 2021 | VNDHTLZ 03098153 | VNDHTLZ 03098272 | | |
| 580 | 12/14/2020 | Humana Walmart, Prescription Drug Guide, Humana Formulary, List of Covered Drugs: Humana Walmart Value Rx Plan (PDP) | VNDHTLZ 03098273 | VNDHTLZ 03098388 | | |
| 581 | 12/1/2020 | Kaiser Permanente, Kaiser Permanente: 2020 Northern California Commercial HMO Formulary | VNDHTLZ 03098389 | VNDHTLZ 03098552 | | |
| 582 | 9/2020 | Kaiser Permanente, 2021 Comprehensive Formulary: Kaiser Permanente Senior Advantage (HMO) | VNDHTLZ 03098553 | VNDHTLZ 03098687 | | |
| 583 | 12/1/2020 | Kaiser Permanente, Kaiser Permanente: 2020 Southern California Commercial HMO Formulary | VNDHTLZ 03098688 | VNDHTLZ 03098839 | | |
| 584 | 1/2021 | RxSense, RxSense Performance Formulary | VNDHTLZ 03098840 | VNDHTLZ 03099067 | | |
| 585 | 12/1/2020 | Aetna, SilverScript Choice (PDP), 2021 Formulary (List of Covered Drugs) | VNDHTLZ 03099068 | VNDHTLZ 03099145 | | |
| 586 | | TRICARE Formulary Search, Express Scripts | Tricare | VNDHTLZ 03099146 | VNDHTLZ 03099146 | | |
| 587 | 10/1//2020 | UnitedHealthcare, Complete Drug List (Formulary) 2021: UnitedHealthcare Dual Complete LP (HMO D-SNP) | VNDHTLZ 03099147 | VNDHTLZ 03099282 | | |
| 588 | 2020 | UnitedHealthcare, Clinical Pharmacy Programs, Program Number 2020 P 2033-10, Program: Prior Authorization/Medical Necessity, Medication: Hetlioz (tasimelteon), 2020 | VNDHTLZ 03099283 | VNDHTLZ 03099285 | | |
| 589 | 3/2015 | VA Pharmacy Benefits Management Services, Tasimelteon (Hetloiz); Criteria for Use | VNDHTLZ 03099286 | VNDHTLZ 03099286 | | |
| 590 | | Prescription Drug List, OptumRx | VNDHTLZ 03099287 | VNDHTLZ 03099290 | | |
| 591 | 1/2021 | Search Results for Hetlioz Oral Capsule 20 mg, Wellcar | VNDHTLZ 03099291 | VNDHTLZ 03099292 | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(C.A. No. 18-00651-CFC)
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| | | Plaintiff's Trial Exhibit List | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| Exhibit Number | Date | Description | Beginning Bates Number | Ending Bates Number | Defendants' Objections | Admitted |
| 592 | 9/26/2001 | Jd Gardner et al. Measurement Of Meal-Stimulated Gastric Acid Secretion By In Vitro Gastric Autotitration., 92 J Appl Physio. 427-434 | VNDHTLZ 03099305 | VNDHTLZ 03099312 | | |
| 593 | 12/1/1987 | La Houghton et al. Effect Of Food Consistency On Gastric Emptying In Man, 28 Gut 1584-1588 | VNDHTLZ 03099313 | VNDHTLZ 03099317 | | |
| 594 | 1979 | Hs Kroop et al. Effect Of Water And Fat On Gastric Emptying Of Solid Meals. 77 Gastroenterology 997-1000 | VNDHTLZ 03099318 | VNDHTLZ 03099321 | | |
| 595 | 8/2019 | FDA, Sonata Label | VNDHTLZ 03099353 | VNDHTLZ 03099376 | | |
| 596 | 3/25/2016 | Observational Study to Investigate the Melatonin and Cortisol Circadian Rhythms of Individuals with Smith-Magenis Syndrome (SMS), Vanda Pharmaceuticals Inc., Identification No. NCT02180451 | VNDHTLZ 03099378 | VNDHTLZ 03099383 | | |
| 597 | 3/4/2008 | Basu, P., et al., (2008) Analysis of Manufacturing Costs in Pharmaceutical Companies, Journal of Pharmaceutical Innovation, 3, pp. 30–40 | VNDHTLZ 03099384 | VNDHTLZ 03099394 | | |
| 598 | 5/7/2020 | Vanda Pharmaceuticals Inc. Form 10-Q | VNDHTLZ 03099395 | VNDHTLZ 03099450 | | |
| 599 | 8/6/2020 | Vanda Pharmaceuticals Inc. Form 10-Q | VNDHTLZ 03099451 | VNDHTLZ 03099509 | | |
| 600 | 10/29/2020 | Vanda Pharmaceuticals Inc. Form 10-Q | VNDHTLZ 03099510 | VNDHTLZ 03099568 | | |
| 601 | 9/14/2015 | Handwerk, *Americans are Eating Later, and that may Contribute to Weight Troubles,* Smithsonian Magazine | VNDHTLZ 03103114 | VNDHTLZ 03103116 | | |
| 602 | | Consumer Price Index for All Urban Consumers: All Items in U.S. City Average, Monthly, Not Seasonally Adjusted, U.S. Bureau of Labor Statistics | VNDHTLZ 03103117 | VNDHTLZ 03103117 | | |
| 603 | 2012 | Massive Health, the Eatery, Nighttime Snacking in the U.S. | VNDHTLZ 03103126 | VNDHTLZ 03103135 | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(C.A. No. 18-00651-CFC)
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| | | | | | | |
|---|---|---|---|---|---|---|
| **Plaintiff's Trial Exhibit List** | | | | | | |
| | | | | | | |
| **Exhibit Number** | **Date** | **Description** | **Beginning Bates Number** | **Ending Bates Number** | **Defendants' Objections** | **Admitted** |
| 604 | 5/6/2021 | Vanda Pharmaceuticals Inc., Form 10-Q | VNDHTLZ 03103136 | VNDHTLZ 03103171 | | |
| 605 | 7/1955 | Stunkard et al. The Night-Eating Syndrome—A Pattern Of Food Intake Among Certain Obese Patients, 19 Am J Med. 78-87 (1955) | VNDHTLZ 03103210 | VNDHTLZ 03103218 | | |
| 606 | 8/24/2015 | Van Allen, Why Eating Late At Night May Be Particularly Bad For You And Your Diet, Washington Post | VNDHTLZ 03103219 | VNDHTLZ 03103223 | | |
| 607 | 2/11/2021 | Vanda Pharmaceuticals Inc., Form 10-K | VNDHTLZ 03103224 | VNDHTLZ 031033440 | | |
| 608 | 2011 | National Sleep Foundation, 2011 Sleep In America Poll (2011) | VNDHTLZ 03103356 | VNDHTLZ 03103431 | | |
| 609 | 3/27/2001 | National Sleep Foundation, 2001 Sleep In America Poll (2001) | VNDHTLZ 03103432 | VNDHTLZ 03103452 | | |
| 610 | 4/18/2018 | "Notice of Denial of Medicare Prescription Drug Coverage," Cigna HealthSpring | VNDHTLZ 00344934 | VNDHTLZ 00344941 | | |
| 611 | 4/25/2016 | "Notice of Denial of Medicare Prescription Drug Coverage," Florida Blue | VNDHTLZ 00951877 | VNDHTLZ 00951888 | | |
| 612 | 6/10/2012 | "A National Registry of Totally Blind Individuals with Sleep-Wake Complaints" | VNDHTLZ 02021372 | VNDHTLZ 02021372 | | |
| 613 | 5/6/1999 | "BMS-214778 Investigator Brochure," BMS, Part A | VNDHTLZ 02057587 | VNDHTLZ 02057636 | | |
| 614 | 5/6/1999 | "BMS-214778 Investigator Brochure," BMS, Part B | VNDHTLZ 02057637 | VNDHTLZ 02057676 | | |
| 615 | | BMS-214778 CN116-002 Final Study Report | VNDHTLZ 02468838 | VNDHTLZ 02468995 | | |
| 616 | | "BMS-214778 CN116-003 Abbreviated Final Study Report," BMS | VNDHTLZ 02470842 | VNDHTLZ 02470845 | | |
| 617 | | Consumer Marketing Overview | VNDHTLZ 02480958 | VNDHTLZ 02481014 | | |
| 618 | 11/26/2013 | "Transitioning Coverage, Maintaining Overweight Rating," PiperJaffray | VNDHTLZ 02491438 | VNDHTLZ 02491466 | | |
| 619 | 7/28/2016 | Vanda Pharmaceuticals Inc. Form 10-Q | VNDHTLZ 02494766 | VNDHTLZ 02494806 | | |
| 620 | | What Is A Specialty Drug? Pharmaceutical Care Management Association | VNDHTLZ 03096350 | VNDHTLZ 03096352 | | |
| 621 | 2/3/2014 | Herman, A.O. "Sleep Disorder in the Blind," NEJM Journal Watch | VNDHTLZ 03103125 | VNDHTLZ 03103125 | | |
| 622 | 7/29/2021 | Vanda Pharmaceuticals Inc. Form 10-Q | VNDHTLZ 03103172 | VNDHTLZ 03103209 | | |
| 623 | 10/2019 | Hetlioz Label (October 2019) | | | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(C.A. No. 18-00651-CFC)
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| | | Plaintiff's Trial Exhibit List | | | | |
|---|---|---|---|---|---|---|
| Exhibit Number | Date | Description | Beginning Bates Number | Ending Bates Number | Defendants' Objections | Admitted |
| 624 | 9/3/2021 | Defendants' Disclosure of Obviousness Combinations | | | | |
| 625 | | Robert Perni, Linkedin Profile | | | | |
| 626 | 10/30/2019 | Apotex Inc. and Apotex Corp.'s Objections and Responses to Vanda's Notice of Deposition of Apotex Inc. and Apotex Corp. | | | | |
| 627 | 2/27/2019 | Certificate of Analysis VEC-162 | | | | |
| 628 | 10/21/2020 | Notice of Deposition of Apotex Inc. and Apotex Corp. | | | | |
| 629 | 7/16/2021 | Apotex Inc. and Apotex Corp.'s Objections and Responses to Vanda's Notice of Deposition of Apotex Inc. and Apotex Corp. | | | | |
| 630 | 10/31/2019 | Defendants MSN Pharmaceuticals Inc. and MSN Laboratories Private Limited's Objections and Responses to Plaintiff's Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) | | | | |
| 631 | 3/30/2018 | Letter from B. Cooper to Vanda Pharmaceuticals, Inc. re: Notice of ANDA No. 211654 - Tasimelteon Capsules, 20 mg | | | | |
| 632 | 5/13/2019 | Letter from B. Cooper to Vanda Pharmaceuticals, Inc. re: Notice of ANDA No. 211654 - Tasimelteon Capsules, 20 mg | | | | |
| 633 | 11/8/2019 | Orange Book: Approved Drug Products with Therapeutic Equivalence Evaluations - Patent and Exclusivity for: N205677 - TASIMELTEON (HETLIOZ) CAPSULE 20MG | | | | |
| 634 | 6/20/2019 | MSN's Responses to Vanda's First Set of Joint Interrogatories to Defendants (Nos. 1-8) | | | | |
| 635 | 11/12/2020 | MSN's Responses and Objections to Vanda's Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) | | | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(C.A. No. 18-00651-CFC)
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| | | Plaintiff's Trial Exhibit List | | | | |
|---|---|---|---|---|---|---|
| Exhibit Number | Date | Description | Beginning Bates Number | Ending Bates Number | Defendants' Objections | Admitted |
| 636 | 1/8/2020 | Letter from K. Warner to Vanda Pharmaceuticals, Inc. re: Notice of ANDA No. 211654 Tasimelteon Capsules, 20 mg | | | | |
| 637 | 2/10/2020 | Letter from K. Warner to Vanda Pharmaceuticals, Inc. re: Notice of ANDA No. 211654 Tasimelteon Capsules, 20 mg | | | | |
| 638 | 7/29/2019 | MSN's First Amended Responses and Objections to Vanda's Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) | | | | |
| 639 | 3/23/2021 | Letter from B. Cooper to Vanda Pharmaceuticals, Inc. re: Notice of ANDA No. 211654 Tasimelteon Capsules, 20 mg | | | | |
| 640 | | FDA, Guidance, Compliance & Regulatory Information (Biologics) | | | | |
| 641 | 2021 | Associate, Cambridge English Dictionary (2021) | | | | |
| 642 | 2021 | Associated, Merriam Webster (2021) | | | | |
| 643 | 5/1/2010 | Armstrong, Pharma's Orphans, Website | | | | |
| 644 | 3/16/2020 | 21 CFR § 316.20 | | | | |
| 645 | 2017 | Mchill, et al. Later Circadian Timing Of Food Intake Is Associated With Increased Body Fat, 106 Am J Clin Nutr 1213 (2017) | | | | |
| 646 | 9/14/2021 | Nightfood, Inc., Nighttime Snacking In The U.S. (2020) | | | | |
| 647 | 2006 | Winkelman, *Sleep-Related Eating Disorder and Night Eating Syndrom: Sleep Disorders, Eating Disorders, or Both?* SLEEP 2006;29(7):949-95 | | | | |
| 648 | 3/1/2019 | Gobbi and Comai, *Differential Function of Melatonin MT1 and MT2 Receptors in REM and NREM Sleep*, Front. Endocrinol. | | | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(C.A. No. 18-00651-CFC)
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| | | Plaintiff's Trial Exhibit List | | | | |
|---|---|---|---|---|---|---|
| **Exhibit Number** | **Date** | **Description** | **Beginning Bates Number** | **Ending Bates Number** | **Defendants' Objections** | **Admitted** |
| 649 | 11/2016 | Flulaval Influenza Vaccine, Label | | | | |
| 650 | 8/2019 | Ambien tablets, Label | | | | |
| 651 | 8/2019 | Lunesta tablets, Label | | | | |
| 652 | 9/2020 | Boostrix injectable suspension, Label | | | | |
| 653 | 2014 | American Academy of Sleep Medicine, *Insomnia,* International Classification of Sleep Disorders, 3rd Edition, 2014 | | | | |
| 654 | 2014 | American Academy of Sleep Medicine, *Non-24-Hour Sleep-Wake Rhythm Disorder* , International Classification of Sleep Disorders, 3rd Edition, 2014 | | | | |
| 655 | 2014 | American Academy of Sleep Medicine, *Restless Legs Syndrome* , International Classification of Sleep Disorders, 3rd Edition, 2014 | | | | |
| 656 | 6/2021 | Aduhelm Label | | | | |
| 657 | | FDA, Table of Surrogate Endpoints That Were the Basis of Drug Approval or Licensure | | | | |
| 658 | 4/2003 | Ekins et al. In Vitro And Pharmacophore Insights Into Cyp3A Enzymes, 24 Trends In Pharmacological Sciences 161 | | | | |
| 659 | 2015 | Kazmi et al. *A Long-Standing Mystery Solved: The Formation Of 3-Hydroxydesloratadine Is Catalyzed By Cyp2C8 But Prior Glucuronidation Of Desloratadine By Udp-Glucuronosyltransferase 2B10 Is An Obligatory Requirement* , 43 Drug Metabolism & Disposition 523 | | | | |
| 660 | 1984 | Turnbull et al. Therapeutic Serum Concentration Of Phenytoin: The Influence Of Seizure Type, 47 Journal Of Neurology, Neurosurgery, And Psychiatry 231 | | | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(C.A. No. 18-00651-CFC)
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| | | **Plaintiff's Trial Exhibit List** | | | | |
|---|---|---|---|---|---|---|
| **Exhibit Number** | **Date** | **Description** | **Beginning Bates Number** | **Ending Bates Number** | **Defendants' Objections** | **Admitted** |
| 661 | 6/2010 | Hv Chavda et al. Biopharmaceutics Classification System, 1 Sys. Rev. Pharm. | | | | |
| 662 | 1989 | Mg Velchik, et al. The Effect Of Meal Energy Content On Gastric Emptying, 30 J. Nucl. Med. 1106-10 | | | | |
| 663 | 7/3/2019 | Vanda's Objections and Responses to Defendants' First Set of Joint Interrogatories to Vanda (Nos. 1-10) | | | | |
| 664 | 11/27/2019 | Vanda's Objections and Responses to Defendants' Second Set of Joint Interrogatories to Plaintiff (Nos. 11-15) | | | | |
| 665 | 11/27/2019 | Vanda's Responses and Objections to MSN's First Set of Interrogatories to Plaintiff (Nos. 1-4) | | | | |
| 666 | 11/27/2019 | Vanda's Responses and Objections to Teva's First Set of Interrogatories to Plaintiff (Nos. 1-8) | | | | |
| 667 | 12/17/2019 | Vanda's Supplemental Objections and Responses to Defendants' First Set of Joint Interrogatories to Vanda (NOS. 1-4, 6-8, and 10) | | | | |
| 668 | 12/20/2019 | Vanda's Second Supplemental Objections and Responses to Defendants' First Set of Joint Interrogatories to Vanda (No. 3) | | | | |
| 669 | 12/24/2019 | Vanda's Amended Objections and Responses to Teva's First Set of Interrogatories to Plaintiff (Nos. 2 and 5-7) | | | | |
| 670 | 1/15/2020 | Vanda's Supplemental Objections and Responses to Teva's First Set of Interrogatories to Plaintiff (No. 8) | | | | |
| 671 | 10/26/2020 | Vanda's Objections and Responses to Defendants' First Set of Interrogatories (Nos. 1-4) Regarding U.S. Patent Nos. 10,376,487 and 10,449,176 | | | | |
| 672 | 11/16/2020 | Vanda's First Supplemental Objections and Responses to Defendants' First Set of Interrogatories to Vanda (Nos. 2 & 4) Regarding U.S. Patent Nos. 10,376,487 and 10,449,176 | | | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(C.A. No. 18-00651-CFC)
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| Exhibit Number | Date | Description | Beginning Bates Number | Ending Bates Number | Defendants' Objections | Admitted |
|---|---|---|---|---|---|---|
| | | **Plaintiff's Trial Exhibit List** | | | | |
| 673 | 11/20/2020 | Vanda's Objections and Responses to Defendants' Second of Interrogatories to Vanda (No. 5) Regarding U.S. Patent Nos. 10,376,487 and 10,449,176 | | | | |
| 674 | 6/11/2021 | Vanda's Objections and Responses to Defendants' First Set of Interrogatories to Vanda (Nos. 1-5) Regarding U.S. Patent Nos. 10,610,510; 10,610,511; 10,829,465; and 10,611,744 | | | | |
| 675 | | Emens and Lewy, *Sleep and Circadian Rhythms in* | | | | |
| 676 | 7/19/2010 | Clinical Trials, Efficacy of Ramelteon on Speeding up Sleep in Subjects with Delayed Sleep Phase Syndrome | | | | |
| 677 | 2000 | Zeitzer et al. Sensitivity of the Human Circadian Pacemaker to Nocturnal Light: Melatonin Phase Resestting and Suppression | | | | |
| 678 | 2005 | Circadian Rhythm Sleep Disorder, Free-running Type (nonentrained type), ICSD II I-VIII | | | | |
| 679 | 12/6/2002 | Klerman et al. *Photic Resetting of the Human Circadian Pacemaker in the Absence of Conscious Vision*, JOURNAL OF BIOLOGICAL RHYTHMS, Vol. 17 No. 6, December 2002 | | | | |
| 680 | 1999 | *Hour Period of the Human Circadian Pacemaker*, | | | | |
| 681 | 3/1994 | Dollins et al. Effect Of Inducing Nocturnal Serum Melatonin Concentrations In Daytime On Sleep, Mood, Body Temperature, And Performance, 91 Proceedings Of The National Academy Of Sciences Of The U.S.A 1824 (1990) | | | | |
| 682 | 2/3/2014 | Herman, Fda Approves First Drug To Treat Circadian Rhythm Sleep Disorder In The Blind, Nejm Journal Watch | | | | |
| 683 | 2/2014 | Greenblatt, *In Vitro Prediction of Clinical Drug Interactions With CYP3A Substrates: We Are Not There Yet* | | | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(C.A. No. 18-00651-CFC)
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| | | | | | | |
|---|---|---|---|---|---|---|
| **Plaintiff's Trial Exhibit List** | | | | | | |
| | | | | | | |
| **Exhibit Number** | **Date** | **Description** | **Beginning Bates Number** | **Ending Bates Number** | **Defendants' Objections** | **Admitted** |
| 684 | 1/2006 | Obach et al., *The Utility of in Vitro Cytochrome P450 Inhibition Data in the Prediction of Drug-Drug Interactions* | | | | |
| 685 | 2010 | Von Moltke and Greenblatt, *Clinical Drug Interactions Due to Metabolic Inhibition: Prediction, Assessment, and Interpretation* | | | | |
| 686 | 12/1994 | Von Moltke et al., *In Vitro Prediction of the Terfenadine-Ketoconazole Pharmacokinetic Interaction* | | | | |
| 687 | 1/1984 | Hamann et al., *Clinical Pharmacokinetics of Verapamil* | | | | |
| 688 | 12/2020 | Hetlioz Label (December 2020) | | | | |
| 689 | 2021 | 2021 Annual Report of the Board of Trustees of the Federal Old-age and Survivors Insurance and Federal Disability Insurance Trust Funds, Social Security Administration | | | | |
| 690 | 9/14/2017 | Health Policy Brief: Formularies, Health Affairs | | | | |
| 691 | 10/2014 | Orphan Drug Report 2014, EvaluatePharma | | | | |
| 692 | | Developing Products for Rare Diseases & Conditions | | | | |
| 693 | 2015 | Berndt, E., et al., (2015) Decline in Economic Returns from New Drugs Raises Questions About Sustaining Innovations Health Affairs, 34(2), pp. 245–252 | | | | |
| 694 | 2019 | Quality of Life, Helsinn Group Sustainability Report – 2018, Helsinn, 2019 | | | | |
| 695 | | Rare Disease Database, National Organization for Rare Disorders | | | | |
| 696 | | Search for Patents, United States Patent and Trademark Office | | | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(C.A. No. 18-00651-CFC)
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| | | Plaintiff's Trial Exhibit List | | | | |
|---|---|---|---|---|---|---|
| Exhibit Number | Date | Description | Beginning Bates Number | Ending Bates Number | Defendants' Objections | Admitted |
| 697 | 2010 | DiMasi, J. A., et al . (2010) Trends in Risks Associated with New Drug Development: Success Rates for Investigational Drugs, Clinical Pharmacology & Therapeutics, 87(3), pp. 272–277 | | | | |
| 698 | 2004 | Hay, M., et al. (2014), Clinical Development Success Rates for Investigational Drugs, Nature Biotechnology, 32(1) | | | | |
| 699 | | Drugs@FDA: FDA-Approved Drugs, FDA | | | | |
| 700 | 7/22/2021 | Chemours Co. FC v. Daikin Indus., 4 F.4th 1370 (Fed. Cir. 2021) | | | | |
| 701 | 10/29/2019 | Teva's Objections and Responses to Vanda's Notice of Deposition of Teva Pharmaceuticals, USA, Inc. | | | | |
| 702 | | CV of Atul Kaushik | | | | |
| 703 | 10/2018 | MHRA Public Assessment Report Decentralised Procedure - Teva UK Limited - PAR Melatonin Teva XL 2 mg PR tablets Celton XL 2 mg PR tablets | | | | |
| 704 | 11/1/2019 | Email from D. Wells to D. Klein, et al. re: Teva's Deposition Responses | | | | |
| 705 | 3/22/2018 | Letter from F. Majiduddin to Vanda Pharmaceuticals Inc. re: Notice of ANDA No. 211601 Tasinielteon, Capsules 20 mg, With Paragraph IV Certifications | | | | |
| 706 | 10/24/2018 | Letter from F. Majiduddin to Vanda Pharmaceuticals Inc. re: Notice of ANDA No. 211601 Tasimelteon, Capsules 20 mg, With Paragraph IV Certifications Concerning U.S. Patent No. 10,071,977 | | | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(C.A. No. 18-00651-CFC)
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| | | Plaintiff's Trial Exhibit List | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| Exhibit Number | Date | Description | Beginning Bates Number | Ending Bates Number | Defendants' Objections | Admitted |
| 707 | 2/6/2019 | Letter from F. Majiduddin to Vanda Pharmaceuticals Inc. re: Notice of ANDA No. 211601 Tasimelteon, Capsules 20 mg, With Paragraph IV Certifications Concerning U.S. Patent No. 10,149,829 | | | | |
| 708 | | CV of Vatsal Shah | | | | |
| 709 | 11/27/2019 | Teva's Responses to Vanda's Second Set of Joint Interrogatories to Defendants (Nos. 9-10) | | | | |
| 710 | 11/27/2019 | Teva's Responses to Vanda's First Set of Joint Interrogatories to Teva (Nos.1 &2) | | | | |
| 711 | 11/11/2020 | Teva's Objections and Responses to Vanda's Notice of Deposition of Teva Pharmaceuticals, USA, Inc. | | | | |
| 712 | | Notice of Videotaped Deposition of Bairy | | | | |
| 713 | 3/22/2018 | Teva Pharmaceuticals USA, Inc. 's Detailed Statement Of The Factual And Legal Bases That U.S. Reissue Patent No. RE46,604 And U.S. Patent Nos. 9,060,995, 9,539,234, 9,549,913, 9,730,910 And 9,855,241 Are Invalid, Unenforceable or Not Infringed | | | | |
| 714 | 3/22/2018 | Letter from F. Majiduddin to Hoffman Warnick, LLC re Notice of ANDA No. 211601 Tasimelteon, Capsules 20mg, With Paragraph IV Certifications Concerning US Reissue Patent No. RE46,6044 and US Patent Nos. 9,060,996, 9,539,234, 9,549,913, 9,730,910 and 9,855,241 | | | | |
| 715 | 10/15/2019 | Notice of Videotaped Deposition of DeCicco | | | | |
| 716 | | Australian Government Department of Health, BLOOMS THE CHEMIST MELATONIN MR melatonin 2 mg modified release tablet blister pack | | | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(C.A. No. 18-00651-CFC)
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| | | | | | | |
|---|---|---|---|---|---|---|
| **Plaintiff's Trial Exhibit List** | | | | | | |
| | | | | | | |
| **Exhibit Number** | **Date** | **Description** | **Beginning Bates Number** | **Ending Bates Number** | **Defendants' Objections** | **Admitted** |
| 717 | 4/3/2017 | Australian Government Department of Health, TERRY WHITE CHEMISTS MELATONIN MR melatonin 2 mg modified release tablet blister pack | | | | |
| 718 | 4/3/2017 | Australian Government Department of Health, CHEMMART MELATONIN MR melatonin 2 mg modified release tablet blister pack | | | | |
| 719 | 4/3/2017 | Australian Government Department of Health, MELATONIN MR APOTEX melatonin 2 mg modified release tablet blister pack | | | | |
| 720 | 4/3/2017 | Australian Government Department of Health, APO-MELATONIN MR melatonin 2 mg modified release tablet blister pack | | | | |
| 721 | | Notice of Videotaped Deposition of Ehlert | | | | |
| 722 | 11/25/2018 | Letter from Apotex to Vanda re Tasimelteon 20 mg: Notification of Certification of Noninfringement, Invalidity and/or Unenforceability of U.S. Patent No. 10,071,977 pursuant to § 505(i)(2)(B)(iv) of the Federal Food, Drug, and Cosmetic Act | | | | |
| 723 | 4/2/2018 | Letter from Apotex to Vanda re Tasimelteon, 20 mg: Notification of Certification of Noninfringement, Invalidity and/or Unenforceability of U.S. Patent Nos. 9,060,995, 9,539,234, 9,549,913, 9,730,910, 9,855,241, and RE46,604 pursuant to§ 505(j)(2)(B)(iv) of the Federal Food, Drug, and Cosmetic Act | | | | |
| 724 | | Notice of Videotaped Deposition of Kaushik | | | | |
| 725 | 11/26/2019 | Notice of the Videotaped Deposition of Vatsal Shah | | | | |
| 726 | 10/15/2019 | Notice of Videotaped Deposition of Singh | | | | |
| 727 | 2016 | McDuff et al. *Thinking Economically About Commercial Success,* Landslide Vol. 9 No. 4 | | | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(C.A. No. 18-00651-CFC)
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| | Plaintiff's Trial Exhibit List | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| Exhibit Number | Date | Description | Beginning Bates Number | Ending Bates Number | Defendants' Objections | Admitted |
| 728 | 7/29/2021 | Teva's Objections and Responses to Vanda's Notice of Deposition of Teva Pharmaceuticals, USA, Inc. | | | | |
| 729 | 7/9/2014 | PTO '995 Patent Assignment Sheet; Reel 033273: Frames 0671-0676 | | | | |
| 730 | 10/16/2014 | PTO '910 Patent Assignment Sheet; Reel 033965: Frames 0395-0398 | | | | |
| 731 | 10/27/2014 | PTO '913 Patent Assignment Sheet; Reel 034037: Frames 0080-0083 | | | | |
| 732 | 6/17/2015 | PTO '234 Patent Assignment Sheet; Reel 035851: Frames 0806-0809 | | | | |
| 733 | 8/11/2016 | PTO '977 Patent Assignment Sheet; Reel 039405: Frames 0498-0503 | | | | |
| 734 | 1/6/2017 | PTO '241 Patent Assignment Sheet; Reel 040870: Frames 0702-0704 | | | | |
| 735 | 1/6/2017 | PTO '829 Patent Assignment Sheet; Reel 040874: Frames 0167-0177 | | | | |
| 736 | 9/8/2017 | PTO RE604 Patent Assignment Sheet; Reel 043531: Frames 0328-0329; Reel 037676: Frames 0086-0092 | | | | |
| 737 | 9/8/2017 | PTO RE604 Patent Assignment Sheet; Reel 043541: Frames 0342-0343; Reel 030932: Frames 0083-0087 | | | | |
| 738 | 9/13/2019 | PTO '511 Patent Assignment Sheet; Reel 050371: Frames 0058-0061 | | | | |
| 739 | 7/28/2020 | PTO '465 Patent Assignment Sheet; Reel 053328: Frames 0711-0723 | | | | |
| 740 | 7/29/2020 | PTO '977 Patent Assignment Sheet: Reel 053339: Frames 0291-0299 | | | | |
| 741 | 10/15/2019 | 30(b)(6) Notice of Deposition of Apotex Inc. and Apotex Corp. | | | | |
| 742 | 10/21/2020 | 30(b)(6) Notice of Deposition of Apotex Inc. and Apotex Corp. | | | | |
| 743 | 10/21/2020 | 30(b)(6) Notice of Deposition of Apotex Inc. and Apotex Corp., Wave 2 | | | | |
| 744 | 6/30/2021 | 30(b)(6) Notice of Deposition of Apotex Inc. and Apotex Corp. | | | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(C.A. No. 18-00651-CFC)
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| Exhibit Number | Date | Description | Beginning Bates Number | Ending Bates Number | Defendants' Objections | Admitted |
|---|---|---|---|---|---|---|
| | | **Plaintiff's Trial Exhibit List** | | | | |
| | | | | | | |
| 745 | 10/15/2019 | 30(b)(6) Notice of Deposition of MSN Pharmaceuticals and MSN Laboratories Private Limited | | | | |
| 746 | 10/21/2020 | 30(b)(6) Notice of Deposition of MSN Pharmaceuticals and MSN Laboratories Private Limited, Wave 2 | | | | |
| 747 | 6/30/2021 | 30(b)(6) Notice of Deposition of MSN Pharmaceuticals and MSN Laboratories Private Limited | | | | |
| 748 | 10/15/2019 | 30(b)(6) Notice of Deposition of Teva Pharmaceuticals USA, Inc. | | | | |
| 749 | 10/21/2020 | 30(b)(6) Notice of Deposition of Teva Pharmaceuticals USA, Inc. | | | | |
| 750 | 6/30/2021 | 30(b)(6) Notice of Deposition of Teva Pharmaceuticals USA, Inc. | | | | |
| 751 | 10/15/2019 | Notice of Videotaped Deposition of Shah | | | | |
| 752 | 11/16/2019 | Notice of Videotaped Deposition of Shah | | | | |
| 753 | 3/30/2018 | Letter from B. Cooper to Vanda Pharmaceuticals, Inc. re: Notice of ANDA No. 211654 - Tasimelteon Capsules, 20 mg, PIV Letter | | | | |
| 754 | 5/13/2019 | Letter from B. Cooper to Vanda Pharmaceuticals, Inc. re: Notice of ANDA No. 211654 - Tasimelteon Capsules, 20 mg, PIV Letter | | | | |
| 755 | 1/8/2020 | Letter from K. Warner to Vanda Pharmaceuticals, Inc. re: Notice of ANDA No. 211654 Tasimelteon Capsules, 20 mg, PIV Letter | | | | |
| 756 | 2/10/2020 | Letter from K. Warner to Vanda Pharmaceuticals, Inc. re: Notice of ANDA No. 211654 Tasimelteon Capsules, 20 mg, PIV Letter | | | | |
| 757 | 3/23/2021 | Letter from B. Cooper to Vanda Pharmaceuticals, Inc. re: Notice of ANDA No. 211654 Tasimelteon Capsules, 20 mg | | | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(C.A. No. 18-00651-CFC)
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| Exhibit Number | Date | Description | Beginning Bates Number | Ending Bates Number | Defendants' Objections | Admitted |
|---|---|---|---|---|---|---|
| | | | | | | |
| 758 | 3/22/2018 | Letter from F. Majiduddin to Vanda Pharmaceuticals Inc. re: Notice of ANDA No. 211601 Tasinielteon, Capsules 20 mg, With Paragraph IV Certifications | | | | |
| 759 | 10/24/2019 | Letter from F. Majiduddin to Vanda Pharmaceuticals Inc. re: Notice of ANDA No. 211601 Tasimelteon, Capsules 20 mg, With Paragraph IV Certifications Concerning U.S. Patent No. 10,071,977 | | | | |
| 760 | 2/6/2019 | Letter from F. Majiduddin to Vanda Pharmaceuticals Inc. re: Notice of ANDA No. 211601 Tasimelteon, Capsules 20 mg, With Paragraph IV Certifications Concerning U.S. Patent No. 10,149,829 | | | | |
| 761 | 1/31/2020 | Expert Report of Stephen C. Bergmeier, PH.D Regarding Infringement by Apotex of U.S. Patent No. 10,071,977, With Exhibits and/or Attachments | | | | |
| 762 | 1/31/2020 | Expert Report of Stephen C. Bergmeier, PH.D Regarding Infringement by MSN of U.S. Patent No. 10,071,977, With Exhibits and/or Attachments | | | | |
| 763 | 1/31/2020 | Expert Report of Stephen C. Bergmeier, PH.D Regarding Infringement by Teva of U.S. Patent No. 10,071,977, With Exhibits and/or Attachments | | | | |
| 764 | 7/27/2020 | Addendum to Expert Report of Stephen C. Bergmeier, PH.D. Regarding Infringement by Apotex of U.S. Patent No. 10,071,977 | | | | |
| 765 | 7/27/2020 | Addendum to Expert Report of Stephen C. Bergmeier, PH.D. Regarding Infringement by Teva of U.S. Patent No. 10,071,977 | | | | |
| 766 | 7/27/2020 | Addendum to Expert Report of Stephen C. Bergmeier, PH.D. Regarding Infringement by MSN of U.S. Patent No. 10,071,977 | | | | |
| 767 | 12/21/2020 | Supplemental Expert Report of Stephen C. Bergmeier, PH. D. Regarding Infringement by MSN of U.S. Patent No. 10,071,977, With Exhibits and/or Attachments | | | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(C.A. No. 18-00651-CFC)
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| | | **Plaintiff's Trial Exhibit List** | | | | |
|---|---|---|---|---|---|---|
| **Exhibit Number** | **Date** | **Description** | **Beginning Bates Number** | **Ending Bates Number** | **Defendants' Objections** | **Admitted** |
| 768 | 12/21/2020 | Supplemental Expert Report of Stephen C. Bergmeier, PH. D. Regarding Infringement by Teva of U.S. Patent No. 10,071,977, With Exhibits and/or Attachments | | | | |
| 769 | 1/8/2021 | Supplemental Expert Report of Stephen C. Bergmeier, PH. D. Regarding Infringement by Apotex of U.S. Patent No. 10,071,977, With Exhibits and/or Attachments | | | | |
| 770 | 1/31/2020 | Opening Expert Report of Daniel Combs Regarding Infringement, With Exhibits and/or Attachments | | | | |
| 771 | 12/21/2020 | Opening Expert Report of Daniel Combs Regarding Infringement of U.S. Patent Nos. 10,376,487 and 10,449,176, With Exhibits and/or Attachments | | | | |
| 772 | 8/27/2021 | Expert Report of Stephen C. Bergmeier, PH. D Regarding Infringement by Apotex of U.S. Patent Nos. 10,829,465 and 10,611,744, With Exhibits and/or Attachments | | | | |
| 773 | 8/27/2021 | Expert Report of Stephen C. Bergmeier, PH. D Regarding Infringement by MSN of U.S. Patent Nos. 10,829,465 and 10,611,744, With Exhibits and/or Attachments | | | | |
| 774 | 8/27/2021 | Expert Report of Stephen C. Bergmeier, PH. D Regarding Infringement by Teva of U.S. Patent Nos. 10,829,465 and 10,611,744, With Exhibits and/or Attachments | | | | |
| 775 | 8/27/2021 | Expert Report of Daniel Combs, M.D. Regarding Infringement of U.S. Patent No. 10,610,511, With Exhibits and/or Attachments | | | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(C.A. No. 18-00651-CFC)
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| | | Plaintiff's Trial Exhibit List | | | | |
|---|---|---|---|---|---|---|
| Exhibit Number | Date | Description | Beginning Bates Number | Ending Bates Number | Defendants' Objections | Admitted |
| 776 | 3/30/2020 | Expert Report of Stephen C. Bergmeier, PH.D Regarding the Validity of U.S. Patent No. 10,071,977, With Exhibits and/or Attachments | | | | |
| 777 | 2/16/2021 | Supplemental Expert Report of Stephen C. Bergmeier, PH.D Regarding the Validity of U.S. Patent No. 10,071,977, With Exhibits and/or Attachments | | | | |
| 778 | 3/30/2020 | Expert Rebuttal Report of Charles A. Czeisler, With Exhibits and/or Attachments | | | | |
| 779 | 5/12/2020 | Corrected Materials Considered for Report of Charles A. Czeisler | | | | |
| 780 | 3/30/2020 | Expert Rebuttal Report of Dr. Steven W. Lockley, With Exhibits and/or Attachments | | | | |
| 781 | 5/12/2020 | Corrected Materials Considered for Report of Steven W. Lockley | | | | |
| 782 | 3/30/2020 | Expert Rebuttal Report of Andrew Parkinson, With Exhibits and/or Attachments | | | | |
| 783 | 5/12/2020 | Corrected Expert Rebuttal Report of Andrew Parkinson, With Exhibits and/or Attachments | | | | |
| 784 | 5/12/2020 | Corrected Materials Considered for Report of Andrew Parkinson | | | | |
| 785 | 3/30/2020 | Expert Report of Henry G. Grabowski, With Exhibits and/or Attachments and/or Appendices | | | | |
| 786 | 2/16/2021 | Expert Rebuttal Report of Charles A. Czeisler, With Exhibits and/or Attachments | | | | |
| 787 | 2/16/2021 | Expert Rebuttal Report of Andrew Parkinson Regarding the Validity of U.S. Patent No. 10,376,487, With Exhibits and/or Attachments | | | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(C.A. No. 18-00651-CFC)
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| Exhibit Number | Date | Description | Beginning Bates Number | Ending Bates Number | Defendants' Objections | Admitted |
|---|---|---|---|---|---|---|
| | | **Plaintiff's Trial Exhibit List** | | | | |
| 788 | 2/16/2021 | Expert Report of Henry G. Grabowski, With Exhibits and/or Attachments and/or Appendices | | | | |
| 789 | 2/16/2021 | Expert Report of Dr. Steven W. Lockley, With Exhibits and/or Attachments | | | | |
| 790 | 9/29/2021 | Supplemental Rebuttal Report of Charles A. Czeisler, With Exhibits and/or Attachments | | | | |
| 791 | 9/29/2021 | Supplemental Expert Report of Henry G. Grabowski, PH.D., With Exhibits and/or Attachments and/or Appendices | | | | |
| 792 | 9/29/2021 | Supplemental Expert Report of Dr. Steven W. Lockley, With Exhibits and/or Attachments | | | | |
| 793 | 9/29/2021 | Supplemental Expert Report of Stephen C. Bergmeier, PH.D Regarding the Validity of U.S. Patent No. 10,829,465, With Exhibits and/or Attachments | | | | |
| 794 | 8/14/2020 | Reply Report of Daniel Combs, With Exhibits and/or Attachments | | | | |
| 795 | 11/1/2021 | Reply Report of Stephen C. Bergmeier, PH.D. Regarding Infringement of U.S. Patent Nos. 10,071,977 and 10,829,465 by Apotex, With Exhibits | | | | |
| 796 | 11/1/2021 | Reply Report of Stephen C. Bergmeier, PH.D. Regarding Infringement of U.S. Patent Nos. 10,071,977 and 10,829,465 by Teva, With Exhibits and/or Attachments | | | | |
| 797 | 11/1/2021 | Reply Report of Stephen C. Bergmeier, PH.D. Regarding Infringement of U.S. Patent Nos. 10,071,977 and 10,829,465 by MSN, With Exhibits and/or Attachments | | | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(C.A. No. 18-00651-CFC)
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| Plaintiff's Trial Exhibit List |
|---|

| Exhibit Number | Date | Description | Beginning Bates Number | Ending Bates Number | Defendants' Objections | Admitted |
|---|---|---|---|---|---|---|
| 798 | 2/23/2011 | Protocol Registration Receipt NCT01163032: Efficacy and Safety of Tasimelteon Compared with Placebo in Totally Blind Subjects with Non-24-Hour Sleep-Wake Disorder | VNDHTLZ 00224327 | VNDHTLZ 00224333 | | |
| 799 | 6/16/2011 | History of Changes for Study: NCT01163032: Efficacy and Safety of Tasimelteon Compared with Placebo in Totally Blind Subjects with Non-24-Hour Sleep-Wake Disorder | | | | |
| 800 | 8/30/2011 | History of Changes for Study: NCT01163032: Efficacy and Safety of Tasimelteon Compared with Placebo in Totally Blind Subjects with Non-24-Hour Sleep-Wake Disorder | | | | |
| 801 | 7/29/2011 | History of Changes for Study: NCT01163032: Efficacy and Safety of Tasimelteon Compared with Placebo in Totally Blind Subjects with Non-24-Hour Sleep-Wake Disorder | | | | |
| 802 | 6/8/2011 | History of Changes for Study: NCT01163032: Efficacy and Safety of Tasimelteon Compared with Placebo in Totally Blind Subjects with Non-24-Hour Sleep-Wake Disorder | | | | |
| 803 | 11/7/2012 | Study NCT01163032: Efficacy and Safety of Tasimelteon Compared with Placebo in Totally Blind Subjects with Non-24-Hour Sleep-Wake Disorder (version 23) | VNDHTLZ 03083672 | VNDHTLZ 03083680 | | |
| 804 | 6/28/2012 | Study NCT01163032: Efficacy and Safety of Tasimelteon Compared with Placebo in Totally Blind Subjects with Non-24-Hour Sleep-Wake Disorder (version 21) | VNDHTLZ 03083662 | VNDHTLZ 03083671 | | |
| 805 | 11/7/2012 | History of Changes for Study: NCT01163032: Efficacy and Safety of Tasimelteon Compared with Placebo in Totally Blind Subjects with Non-24-Hour Sleep-Wake Disorder | | | | |
| 806 | 2/23/2011 | History of Changes for Study: NCT01163032: Efficacy and Safety of Tasimelteon Compared with Placebo in Totally Blind Subjects with Non-24-Hour Sleep-Wake Disorder | | | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(C.A. No. 18-00651-CFC)
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| Exhibit Number | Date | Description | Beginning Bates Number | Ending Bates Number | Defendants' Objections | Admitted |
|---|---|---|---|---|---|---|
| | | **Plaintiff's Trial Exhibit List** | | | | |
| 807 | 6/28/2012 | History of Changes for Study: NCT01163032: Efficacy and Safety of Tasimelteon Compared with Placebo in Totally Blind Subjects with Non-24-Hour Sleep-Wake Disorder | | | | |
| 808 | 4/9/2014 | ██████████████████ | VNDHTLZ 01067721 | VNDHTLZ 01067751 | | |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

VANDA PHARMACEUTICALS
INC.,

        Plaintiff,

     v.

TEVA PHARMACEUTICALS USA,
INC., et al.,

        Defendants.

C.A. No. 18-651-CFC
(Consolidated)

**<u>Exhibit 11 – Defendants' Trial Exhibit List</u>**

**Vanda Pharmaceuticals Inc. v. Teva Pharmaceuticals USA, Inc. et al.**

**18cv651-CFC (D. Del.)**

Defendants' Trial Exhibit List

| Ex. No. | Description | Doc Date | Beginning Bates | Ending Bates | Objections | Admitted |
|---|---|---|---|---|---|---|
| DTX-1 | U.S. Patent No. 10,071,977 | 9/11/2018 | VNDHTLZ 00010610 | VNDHTLZ 00010620 | | |
| DTX-2 | U.S. Patent No. 10,610,510 | 4/7/2020 | VNDHTLZ 03100485 | VNDHTLZ 03100519 | | |
| DTX-3 | U.S. Patent No. 10,611,744 | 4/7/2020 | VNDHTLZ 03101216 | VNDHTLZ 03101225 | | |
| DTX-4 | U.S. Patent No. 10,829,465 | 11/10/2020 | VNDHTLZ 03101428<br>VNDHTLZ 03102467 | VNDHTLZ 03101437<br>VNDHTLZ 03102476 | | |
| DTX-5 | U.S. Patent No. 8,785,492 | 7/22/2014 | VNDHTLZ 00000236 | VNDHTLZ 00000269 | | |
| DTX-6 | File history of U.S. Patent No. 10,610,510 | | VNDHTLZ 03099569 | VNDHTLZ 03100484 | | |
| DTX-7 | File history of U.S. Patent No. 10,611,744 | | VNDHTLZ 03100649 | VNDHTLZ 03101215 | | |
| DTX-8 | File history of U.S. Patent No. 10,829,465 | | VNDHTLZ 03101226 | VNDHTLZ 03101427 | | |
| DTX-9 | Badyal and A.P. Dadhich, "Cytochrome P450 and Drug Interactions," Indian Journal of Pharmacology, 33:248-259 (2001) ("Badyal") | 2001 | TASI-DEF-0000207 | TASI-DEF-0000218 | | |
| DTX-10 | K.E. Culm-Merdek et al., "Fluvoxamine impairs single-dose caffeine clearance without altering caffeine pharmacodynamics," British Journal of Clinical Pharmacology, 60(5):486-493 (2005) | 2005 | TASI-DEF-0001525 | TASI-DEF-0001532 | | |
| DTX-11 | G. Facciolá et al., "Cytochrome P 450 isoforms involved in melatonin metabolism in human liver microsomes," Pharmacokinetics and Disposition, 56:881-888 (2001) ("Facciolá") | 2001 | TASI-DEF-0001533 | TASI-DEF-0001540 | | |
| DTX-12 | D. Farkas et al., Mechanisms and consequences of drug-drug interactions. In: Gad SC, ed. Preclinical Development Handbook: ADME and Biopharmaceutical Properties. Philadelphia: Wiley-Interscience; 879-917 (2008) | 2008 | TASI-DEF-0001541 | TASI-DEF-0001579 | | |
| DTX-13 | M.T. Granfors et al., "Fluvoxamine drastically increases concentrations and effects of tizanidine: a potentially hazardous interaction. *Clin Pharmacol Ther*. 75(4):331-341 (2004) | 2004 | TASI-DEF-0001580 | TASI-DEF-0001590 | | |
| DTX-14 | D.J. Greenblatt et al., "Age and Gender Effects on the Pharmacokinetics and Pharmacodymaics of Ramelteon, a Hypnotic Agent Activating via Melatonin receptors MT 1 and MT 2," The Journal of Clinical Pharmacology, 47(4):485-496 (2007) ("Greenblatt") | 2007 | TASI-DEF-0001591 | TASI-DEF-0001603 | | |
| DTX-15 | D.J. Greenblatt et al., The CYP3 family. In: Ioannides C, ed. Cytochrome P450: Role in the Metabolism and Toxicology of Drugs and Other Xenobiotics. Cambridge (UK): Royal Society of Chemistry; 354-383 (2008) | 2008 | TASI-DEF-0001604 | TASI-DEF-0001633 | | |

Vanda Pharmaceuticals Inc. v. Teva Pharmaceuticals USA, Inc. et al.

18cv651-CFC (D. Del.)

Defendants' Trial Exhibit List

| Ex. No. | Description | Doc Date | Beginning Bates | Ending Bates | Objections | Admitted |
|---------|-------------|----------|-----------------|--------------|-----------|----------|
| DTX-16 | R. Hardeland, "Tasimelteon, a melatonin agonist for the treatment of insomnia and circadian rhythm sleep disorders," Current Opinion in Investigational Drugs, 10(7):691-701 (2009) ("Hardeland") | 2009 | TASI-DEF-0000138 | TASI-DEF-0000148 | | |
| DTX-17 | R. Hardeland, "Investigational melatonin receptor agonist," Expert Opinion on Investigational Drugs, 19(6):747-764 (2010) ("Hardeland 2010") | 2010 | TASI-DEF-0001677 | TASI-DEF-0001695 | | |
| DTX-18 | U. Jeppesen et al., "A fluvoxamine-caffeine interaction study" Pharmacogenetics, 6:213-222 (1996) | 1996 | TASI-DEF-0001696 | TASI-DEF-0001705 | | |
| DTX-19 | A. Karim et al., "Disposition kinetics and tolerance of escalating single doses of ramelteon, a high-affinity MT1 and MT2 melatonin receptor agonist indicated for treatment of insomnia," J Clin Pharmacol, 46(2):140-148 (2006) | 2006 | TASI-DEF-0001706 | TASI-DEF-0001715 | | |
| DTX-20 | D.A. Lankford, "Tasimelteon for insomnia," Expert Opinion on Investigational Drugs, 20(7): 987-993 (2011) ("Lankford") | 2011 | TASI-DEF-0000154 | TASI-DEF-0000161 | | |
| DTX-21 | Albert P. Li, In Vitro Evaluation of Metabolic Drug-Drug Interactions: Concepts and Practice, in Drug-Drug Interactions in Pharmaceutical Development (Albert P. Li ed., 2007) ("Li") | | TASI-DEF-0001716 | TASI-DEF-0001754 | | |
| DTX-22 | X. Ma et al., "Metabolism of Melatonin by Human Cytochromes P450," Drug Metabolism and Disposition, 33(4):489-494 (2005) ("Ma") | 2005 | TASI-DEF-0001755 | TASI-DEF-0001760 | | |
| DTX-23 | L.G. Miller et al, "Kinetics, brain uptake, and receptor binding characteristics of flurazepam and its metabolites" Psychopharmacology (Berl) 94(3):386-391 (1988) | 1988 | TASI-DEF-0001761 | TASI-DEF-0001766 | | |
| DTX-24 | C.C. Ogu and J.L. Maxa, "Drug Interactions due to cytochrome P450," BUMC Proceedings, 13:421-423 (2000) ("Ogu") | 2000 | TASI-DEF-0000110 | TASI-DEF-0000112 | | |
| DTX-25 | S.M.W. Rajaratnam et al., "Melatonin agonist tasimelteon (VEC-162) for transient insomnia after sleep-time shift: two randomized controlled multicenter trials," Lancet, 373:482-91 (2009) ("Rajaratnam") | 2009 | TASI-DEF-0000162 VNDHTLZ 02026452 | TASI-DEF-0000171 VNDHTLZ 02026461 | | |
| DTX-26 | D. Simpson and M. P. Curran, "Ramelteon A Review of Its Use in Insomnia," Drugs, 68(1):1901-1919 (2008) ("Simpson") | 2008 | TASI-DEF-0001792 | TASI-DEF-0001810 | | |
| DTX-27 | R. Torres et al., "Pharmacokinetics of the Dual Melatonin Receptor Agonist Tasimelteon in Subjects with Hepatic and Renal Impairment," Journal of Clinical Pharmacology, 55(5):525-533 (2015) ("Torres") | 2015 | TASI-DEF-0001825 | TASI-DEF-0001833 | | |

Vanda Pharmaceuticals Inc. v. Teva Pharmaceuticals USA, Inc. et al.

18cv651-CFC (D. Del.)

Defendants' Trial Exhibit List

| Ex. No. | Description | Doc Date | Beginning Bates | Ending Bates | Objections | Admitted |
|---------|-------------|----------|-----------------|--------------|-----------|----------|
| DTX-28 | L.L. von Moltke and D.J. Greenblatt, Clinical drug interactions due to metabolic inhibition: Prediction, assessment, and interpretation. In: Lu C, Li AP, eds. Enzyme Inhibition in Drug Discovery and Development. Hoboken NJ: John Wiley & Sons; 533-547 (2010) | 2010 | TASI-DEF-0001834 | TASI-DEF-0001848 | | |
| DTX-29 | J.B. Zawilska et al., "Physiology and pharmacology of melatonin in relation to biological rhythms," Pharmacological Reports, 61:381-410 (2009) ("Zawilska") | 2009 | TASI-DEF-0000054 | TASI-DEF-0000081 | | |
| DTX-30 | https://www.accessdata.fda.gov/drugsatfda_docs/nda/2014/205677Orig1s000ClinPharmR.pdf ("FDA data") | | | | | |
| DTX-31 | Vanda Meeting Request with FDA re Type B, End of Phase-2 Meeting | 10/8/2010 | VNDHTLZ 00014544 | VNDHTLZ 00014549 | | |
| DTX-32 | Email from Paolo Baroldi to Mihael H. Polymeropoulos attaching Briefing Documents for FDA Advisory Committee Meeting re Tasimelteon NDA 205,677 | 9/15/2013 | VNDHTLZ 00963062 | VNDHTLZ 00963139 | | |
| DTX-33 | J. Arendt and S. M. W. Rajaratnam, "Melatonin and Its Agonists: An Update," The British Journal of Psychiatry, 193:267-269 (2008) | 2008 | TASI-DEF-0001359 | TASI-DEF-0001361 | | |
| DTX-34 | M. Choy and R.L. Salbu, Jet Lag: "Current and Potential Therapies," Pharmacy and Therapeutics, 36(4):221-231 (2011) | 2011 | TASI-DEF-0000243 | TASI-DEF-0000247 | | |
| DTX-35 | H. R. Colten and B. M. Altevogt, "Sleep Disorders and Sleep Deprivation: An Unmet Public Health Problem," Washington, DC: Institute of Medicine (2006) | 2006 | TASI-DEF-0001849 | TASI-DEF-0001852 | | |
| DTX-36 | R. Hardeland, "New Approaches in the Management of Insomnia: Weighing the Advantages of Prolonged-Release Melatonin and Synthetic Melatoninergic Agonists," Neuropshyciatric Disease and Treatment, 5:341-354 (2009) | 2009 | TASI-DEF-0000124 VNDHTLZ 02468054 | TASI-DEF-0000137 | | |
| DTX-37 | Morgenthaler et al., "Practice Parameters for the Clinical Evaluation and Treatment of Circadian Rhythm Sleep Disorders," Sleep, 30(11):1445-1459 (2007) | 2007 | TASI-DEF-0001510 VNDHTLZ 02215998 | TASI-DEF-0001524 | | |
| DTX-38 | Salva et al., "Circadian Rhythms, Melatonin and Depression," Current Pharmaceutical Design, 17:1459-1470 (2011) | 2011 | TASI-DEF-0001408 | TASI-DEF-0001419 | | |
| DTX-39 | D.J. Skene and J. Arendt, "Circadian Rhythm Sleep Disorders in the Blind and their Treatment with Melatonin," Sleep Medicine, 8:651-655 (2007) | 2007 | TASI-DEF-0000149 | TASI-DEF-0000153 | | |

Vanda Pharmaceuticals Inc. v. Teva Pharmaceuticals USA, Inc. et al.

18cv651-CFC (D. Del.)

Defendants' Trial Exhibit List

| Ex. No. | Description | Doc Date | Beginning Bates | Ending Bates | Objections | Admitted |
|---|---|---|---|---|---|---|
| DTX-40 | Nava Zisapel, "Circadian Rhythm Sleep Disorders: Pathophysiology and Potential Approaches to Management," CNS Drugs, 15(4):311-328 (2001) | 2001 | TASI-DEF-0001454 | TASI-DEF-0001471 | | |
| DTX-41 | WO 2007/137244 | 11/29/2007 | VNDHTLZ 02585388<br>TASI-DEF-0001362 | VNDHTLZ 02585416<br>TASI-DEF-0001388 | | |
| DTX-42 | ClinicalTrials.gov Identifier: NCT01163032, Efficacy and Safety of Tasimelteon Compared with Placebo in Totally Blind Subjects With Non-24-Hour Sleep-Wake Disorder, July 15, 2010 | 7/15/2010 | TASI-DEF-0000679<br>TASI-DEF-0001472 | TASI-DEF-0000686<br>TASI-DEF-0001509 | | |
| DTX-43 | Vanda 2010 10-K | | TASI-DEF-0001949 | TASI-DEF-0002173 | | |
| DTX-44 | U.S. Provisional Appl. 62/087,394 | | VNDHTLZ 00010785 | VNDHTLZ 00010816 | | |
| DTX-45 | U.S. Provisional Appl. 61/938,932 | | VNDHTLZ 00010837 | VNDHTLZ 00010864 | | |
| DTX-46 | U.S. Patent Pub. No. 2010/0298584 | | TASI-DEF-0001942 | TASI-DEF-0001948 | | |
| DTX-47 | BMS Scientific Report, May 1, 2000 | 5/1/2000 | VNDHTLZ 00014257 | VNDHTLZ 00014291 | | |
| DTX-48 | IND 54,776, Vol. 11 | | VNDHTLZ 00041937 | VNDHTLZ 00042300 | | |
| DTX-49 | BMS, Photostability of BMS-214778 Drug Substance | | VNDHTLZ 00044521 | VNDHTLZ 00044527 | | |
| DTX-50 | Bari et al., "Impurity Profile: Significance in Active Pharmaceutical Ingredient," Eurasian J. of Analytical Chem., 2(1):32-53 (2007 | 2007 | TASI-DEF-0000786 | TASI-DEF-0000807 | | |
| DTX-51 | Prasad et al., "Development of Jacobsen Asymmetric Epoxidation and Sharpless Asymmetric Dihydroxylation Methods for the Large-Scale Preparation of a Chiral Dihydrobenzofuran Epoxide," Organic Process Research & Development, 7:821-827 (2003) | 2003 | TASI-DEF-0000907 | TASI-DEF-0000913 | | |
| DTX-52 | A.K. Singh et al., "Factors Influencing the Application of Literature Methods Toward the Preparation of a Chiral trans-Cyclopropane Carboxylic Acid Intermediate During Development of a Melatonin Agonist," in Asymmetric Catalysis on Industrial Scale: Challenges, Approaches and Solutions 335–348 (H.U. Blaser and E. Schmidt eds., 2004) ("Singh") | 2004 | TASI-DEF-0001811 | TASI-DEF-0001824 | | |
| DTX-53 | FDA Guidance for Industry, "Manufacturing, Processing, or Holding Active Pharmaceutical Ingredients" (March 1998 | Mar. 1998 | TASI-DEF-0000837 | TASI-DEF-0000893 | | |
| DTX-54 | ICH Q3A Guideline | | TASI-DEF-0001201 | TASI-DEF-0001217 | | |
| DTX-55 | ICH Q3A(R2) Guideline | 10/25/2006 | TASI-DEF-0001333 | TASI-DEF-0001347 | | |
| DTX-56 | ICH Q6A Guideline | | TASI-DEF-0001064 | TASI-DEF-0001109 | | |

Vanda Pharmaceuticals Inc. v. Teva Pharmaceuticals USA, Inc. et al.

18cv651-CFC (D. Del.)

Defendants' Trial Exhibit List

| Ex. No. | Description | Doc Date | Beginning Bates | Ending Bates | Objections | Admitted |
|---------|-------------|----------|-----------------|--------------|------------|----------|
| DTX-57 | Ralph L. Shriner et al., "The Systematic Identification of Organic Compounds: A Laboratory Manual," 114-15 (John Wiley & Sons, Inc., 5th ed. 1964) | 1964 | TASI-DEF-0001937 | TASI-DEF-0001941 | | |
| DTX-58 | Piia Hara et al., "Sol-gels and cross-linked aggregates of lipase PS from Burkholderia cepacia and their application in dry organic solvents," Journal of Molecular Catalysis B: Enzymatic, 50.2-4:80-86 (2008) | 2008 | TASI-DEF-0001907 | TASI-DEF-0001913 | | |
| DTX-59 | Federal Register 65(251): 83041-63 (Dec. 29, 2000) | 12/29/2000 | TASI-DEF-0001884 | TASI-DEF-0001906 | | |
| DTX-60 | Vanda Pharmaceutical Press Release, Nov. 14, 2013 | 11/14/2013 | VNDHTLZ 00257192 | VNDHTLZ 00257194 | | |
| DTX-61 | Vanda Pharmaceutical Press Release, May 31, 2013 | 5/31/2013 | VNDHTLZ 00937032 | VNDHTLZ 00937033 | | |
| DTX-62 | Garde, Damian (2013, November 15) FDA Advisory Committee Recommends Approval of Hetlioz™ for the Treatment of Non-24-Hour-Disorder (Non-24) in the Totally Blind. Retrieved from https://www.fiercebiotech.com /biotech/ fda-advisory-committee-re ommends-approval-of-hetlioz%E2%84%A2-for-treatment-of-non-24-hour | | TASI-DEF-0001879 | TASI-DEF-0001883 | | |
| DTX-63 | May 8, 2012 Vanda Website, retrieved from https://web.archive.org/w b/2012050810453 pharma. com/devtasimelteon.html | | TASI-DEF-0001048 | | | |
| DTX-64 | "Efficacy and Safety of Tasimelteon Compared With Placebo in Totally Blind Subjects With Non 24-Hour Sleep-Wake Disorder," NTC01163032 (July 15, 2010) | 7/15/2010 | TASI-DEF-0000082 TASI-DEF-0000181 | TASI-DEF-0000090 TASI-DEF-0000191 | | |
| DTX-65 | March 28, 2013 Vanda website, retrieved from https://web.archive.org/web/20130328210129/http:// www.vandapharma.com/ | | TASI-DEF-0001006 | | | |
| DTX-66 | IND 54,766, Vol. 3 | | VNDHTLZ 00042301 | VNDHTLZ 00042430 | | |
| DTX-67 | BMS Analytical Method Summary Report, June 30, 1997 | 6/30/1997 | VNDHTLZ 00077433 | VNDHTLZ 00077441 | | |
| DTX-68 | BMS Analytical Method Summary Report, Sept. 30, 1997 | 9/30/1997 | VNDHTLZ 00077452 | VNDHTLZ 00077457 | | |
| DTX-69 | BMS LC/MS Profiling of Metabolites in Human Intestine S-9 Incubated with BMS-214778 | | VNDHTLZ 00078491 | VNDHTLZ 00078492 | | |
| DTX-70 | QPS Amended Bioanalytical Sample Analysis Report | | VNDHTLZ 00102049 | VNDHTLZ 00102647 | | |

Vanda Pharmaceuticals Inc. v. Teva Pharmaceuticals USA, Inc. et al.

18cv651-CFC (D. Del.)

Defendants' Trial Exhibit List

| Ex. No. | Description | Doc Date | Beginning Bates | Ending Bates | Objections | Admitted |
|---|---|---|---|---|---|---|
| DTX-71 | License, Development and Commercialization Agreement by and between BMS and Vanda | | VNDHTLZ 00977439 | VNDHTLZ 00977495 | | |
| DTX-72 | Email from Natalie Platt | 5/6/2013 | VNDHTLZ 01024459 | VNDHTLZ 01024460 | | |
| DTX-73 | Vanda NDA 205677, § 3.2.S.3.2 | | VNDHTLZ 01101238 | VNDHTLZ 01101260 | | |
| DTX-74 | BMS Certificate of Analysis | | VNDHTLZ 00023734 | | | |
| DTX-75 | BMS Certificate of Analysis | | VNDHTLZ 00042663 | | | |
| DTX-76 | BMS Certificate of Analysis | | VNDHTLZ 00023745 | VNDHTLZ 00023757 | | |
| DTX-77 | BMS Certificate of Analysis | | VNDHTLZ 00079886 | VNDHTLZ 00079888 | | |
| DTX-78 | PWG, "Melatonin Agonist," Neuroscience | | VNDHTLZ 01717277 | VNDHTLZ 01717439 | | |
| DTX-79 | NDA 205677, § 2.3.S.2.2 | | VNDHTLZ 00255689 | VNDHTLZ 00255739 | | |
| DTX-80 | NDA 205677, § 2.3.S.3 | | VNDHTLZ 01100696 | VNDHTLZ 01100724 | | |
| DTX-81 | NDA 205677, § 3.2.S.2.2 | | VNDHTLZ 00255872 | VNDHTLZ 00255926 | | |
| DTX-82 | NDA 205677, § 3.2.S.2.6 | | VNDHTLZ 01125156 | VNDHTLZ 01125186 | | |
| DTX-83 | NDA 205677, § 3.2.S.3.2 | | VNDHTLZ 01101238 | VNDHTLZ 01101260 | | |
| DTX-84 | Email from Deepak Phadke | 10/12/2011 | VNDHTLZ 01002953 | | | |
| DTX-85 | NDA 205677, § 3.2.S.4.4 | | VNDHTLZ 01022660 | VNDHTLZ 01022690 | | |
| DTX-86 | NDA 205677, § 3.2.S.2.6 (draft) | | VNDHTLZ 01024384 | VNDHTLZ 01024413 | | |
| DTX-87 | NDA 205677, § 3.2.P.2.2 | | VNDHTLZ 00394126 | VNDHTLZ 00394150 | | |
| DTX-88 | NDA 205677, § 3.2.P.8.3 | | VNDHTLZ 00810070 | VNDHTLZ 00810114 | | |
| DTX-89 | NDA 205677, Correspondence | | VNDHTLZ 00569302 | VNDHTLZ 00569450 | | |
| DTX-90 | Vanda Pre-NDA CMC Meeting Briefing Book | | VNDHTLZ 00043983 | VNDHTLZ 00044092 | | |
| DTX-91 | Email from Maurice Baillargeon | 11/27/2013 | VNDHTLZ 01036406 | | | |
| DTX-92 | Vanda Open Purchase Order List | | VNDHTLZ 02920622 | VNDHTLZ 02920785 | | |
| DTX-93 | ████████████████████ | | VNDHTLZ 03080705 | VNDHTLZ 03080713 | | |
| DTX-94 | ██████████████, email attachment | | VNDHTLZ 01036407 | | | |
| DTX-95 | ██████████████████████████ | | VNDHTLZ 03080676 | VNDHTLZ 03080687 | | |
| DTX-96 | █████████████████ | | VNDHTLZ 01016830 | VNDHTLZ 01016855 | | |
| DTX-97 | Quality Agreement for ███████████ between Vanda and | | VNDHTLZ 03080689 | VNDHTLZ 03080704 | | |
| DTX-98 | ████████████████████ | | VNDHTLZ 01036408 | VNDHTLZ 01036418 | | |
| DTX-99 | █████████████████ | 12/5/2013 | VNDHTLZ 01036636 | VNDHTLZ 01036637 | | |
| DTX-100 | ██████████████ | | VNDHTLZ 01036638 | VNDHTLZ 01036640 | | |
| DTX-101 | ████████████ | 12/6/2013 | VNDHTLZ 01036646 | VNDHTLZ 01036649 | | |

Vanda Pharmaceuticals Inc. v. Teva Pharmaceuticals USA, Inc. et al.

18cv651-CFC (D. Del.)

Defendants' Trial Exhibit List

| Ex. No. | Description | Doc Date | Beginning Bates | Ending Bates | Objections | Admitted |
|---------|-------------|----------|-----------------|--------------|------------|----------|
| DTX-102 | ███████████████████████████ | | VNDHTLZ 01036650 | VNDHTLZ 01036652 | | |
| DTX-103 | ████████████████████ | | VNDHTLZ 01037028 | VNDHTLZ 01037029 | | |
| DTX-104 | ███████████████████ | | VNDHTLZ 01037030 | VNDHTLZ 01037031 | | |
| DTX-105 | ███████████████████ | | VNDHTLZ 01037036 | VNDHTLZ 01037037 | | |
| DTX-106 | ███████████████████ | | VNDHTLZ 02637170 | VNDHTLZ 02637171 | | |
| DTX-107 | ███████████████████ | | VNDHTLZ 02637455 | VNDHTLZ 02637467 | | |
| DTX-108 | IND 54,776, Information Amendement SN 0156 | | VNDHTLZ 01101929 | VNDHTLZ 01101960 | | |
| DTX-109 | IND 54, 776 - Serial No. 164 | 5/1/2012 | VNDHTLZ 01202715 | VNDHTLZ 01202882 | | |
| DTX-110 | Email from Natalie Platt | 1/6/2012 | VNDHTLZ 01103377 | VNDHTLZ 01103378 | | |
| DTX-111 | Project Completion Schedule spreadsheet | | VNDHTLZ 01103379 | | | |
| DTX-112 | ██████████████████ | | VNDHTLZ 01106715 | VNDHTLZ 01106722 | | |
| DTX-113 | ████████████████ | | VNDHTLZ 02677712 | VNDHTLZ 02677784 | | |
| DTX-114 | Batch Record F199F-11001 | | VNDHTLZ 02969930 | VNDHTLZ 02969962 | | |
| DTX-115 | Batch Record F199F-12001 | | VNDHTLZ 02970030 | VNDHTLZ 02970083 | | |
| DTX-116 | Batch Record F199F-13001, Translation | | VNDHTLZ 01179777 TASI-DEF-TRANSLATION-0000001 | VNDHTLZ 01179902 TASI-DEF-TRANSLATION-0000127 | | |
| DTX-117 | Batch Record F199-13001 | | VNDHTLZ 03081571 | VNDHTLZ 03081665 | | |
| DTX-118 | Batch Record F199-13003 and Translation | | VNDHTLZ 01180911 TASI-DEF-TRANSLATION-0000213 | VNDHTLZ 01180998 TASI-DEF-TRANSLATION-0000301 | | |
| DTX-119 | Batch Record F199F-13003 and Translation | | VNDHTLZ 01181077 TASI-DEF-TRANSLATION-0000381 | VNDHTLZ 01181112 TASI-DEF-TRANSLATION-0000417 | | |
| DTX-120 | Batch Record F199F-13003 and Translation | | VNDHTLZ 01182876 TASI-DEF-TRANSLATION-0000450 | VNDHTLZ 01182941 TASI-DEF-TRANSLATION-0000516 | | |
| DTX-121 | Batch Record F199-13004 and Translation | | VNDHTLZ 02956122 TASI-DEF-TRANSLATION-0000302 | VNDHTLZ 02956199 TASI-DEF-TRANSLATION-0000380 | | |
| DTX-122 | Batch Record F199F-13004 and Translation | | VNDHTLZ01182942 TASI-DEF-TRANSLATION-0000517 | VNDHTLZ01183005 TASI-DEF-TRANSLATION-0000581 | | |

Vanda Pharmaceuticals Inc. v. Teva Pharmaceuticals USA, Inc. et al.

18cv651-CFC (D. Del.)

Defendants' Trial Exhibit List

| Ex. No. | Description | Doc Date | Beginning Bates | Ending Bates | Objections | Admitted |
|---|---|---|---|---|---|---|
| DTX-123 | Batch Record F199F-13004 and Translation | | VNDHTLZ01181113 TASI-DEF-TRANSLATION-0000418 | VNDHTLZ01181143 TASI-DEF-TRANSLATION-0000449 | | |
| DTX-124 | Batch Record F199-13002 and Translation | | VNDHTLZ02974275 TASI-DEF-TRANSLATION-0000128 | VNDHTLZ02974358 TASI-DEF-TRANSLATION-0000212 | | |
| DTX-125 | Email from Natalie Platt | 12/5/2014 | VNDHTLZ01018456 | VNDHTLZ01018458 | | |
| DTX-126 | Vanda Tasimelteon (VEC-162) Program Update, 2007 | | VNDHTLZ02904925 | VNDHTLZ02904954 | | |
| DTX-127 | ███████████████████ | | VNDHTLZ03081547 | VNDHTLZ03081561 | | |
| DTX-128 | Cipro® Label | | TASI-DEF-0002248 | TASI-DEF-0002300 | | |
| DTX-129 | Rifadin® Label | | TASI-DEF-0002470 | TASI-DEF-0002487 | | |
| DTX-130 | Verelan® Label | | TASI-DEF-0002519 | TASI-DEF-0002527 | | |
| DTX-131 | Calan® Label | | TASI-DEF-0002233 | TASI-DEF-0002247 | | |
| DTX-132 | Luvox® Label | | TASI-DEF-0002327 | TASI-DEF-0002358 | | |
| DTX-133 | Rozerem® Label | | TASI-DEF-0002488 | TASI-DEF-0002503 | | |
| DTX-134 | Ambien® Label | | TASI-DEF-0002211 | TASI-DEF-0002232 | | |
| DTX-135 | Lunesta® Label | | TASI-DEF-0002301 | TASI-DEF-0002326 | | |
| DTX-136 | Sonata® Label | | TASI-DEF-0002504 | TASI-DEF-0002518 | | |
| DTX-137 | 2018 Vanda Pharmaceuticals Inc. Form 10-K | | TASI-DEF-0002359 | TASI-DEF-0002469 | | |
| DTX-138 | VP-VEC-162-2101 (SET) 2010 Study Protocol | | VNDHTLZ 01915922 | VNDHTLZ 01915927 | | |
| DTX-139 | Draft Hetlioz Label | | VNDHTLZ 00392390 | VNDHTLZ 00392405 | | |
| DTX-140 | Email from Mihael H. Polymeropoulos to FDA re Vanda's response on FDA meeting denial and subpart H proposal IND 54,776 | 5/3/2012 | VNDHTLZ 02985513 | VNDHTLZ 02985514 | | |
| DTX-141 | https://www.fda.gov/consumers/consumer-updates/it-really-fda-approved | | | | | |
| DTX-142 | https://www.fda.gov/downloads/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/UCM387652.pdf | | | | | |
| DTX-143 | https://www.fda.gov/patients/learn-about-drug-and-device-approvals/drug-development-process | | | | | |
| DTX-144 | https://www.fda.gov/patients/drug-development-process/step-1-discovery-and-development | | | | | |
| DTX-145 | https://www.fda.gov/patients/drug-development-process/step-2-preclinical-research | | | | | |

Vanda Pharmaceuticals Inc. v. Teva Pharmaceuticals USA, Inc. et al.

18cv651-CFC (D. Del.)

Defendants' Trial Exhibit List

| Ex. No. | Description | Doc Date | Beginning Bates | Ending Bates | Objections | Admitted |
|---------|-------------|----------|-----------------|--------------|-----------|----------|
| DTX-146 | https://www.fda.gov/patients/drug-development-process/step-3-clinical-research | | | | | |
| DTX-147 | https://www.fda.gov/patients/drug-development-process/step-4-fda-drug-review | | | | | |
| DTX-148 | https://www.fda.gov/media/72297/download | | | | | |
| DTX-149 | https://www.fda.gov/media/97618/download | | | | | |
| DTX-150 | ██████████████████████ | | APO-TASI-0008790 | APO-TASI-0009152 | | |
| DTX-151 | Daniel P. Cardinali and Diego A. Golombek, "Let there be sleep—on time," 373 LANCET 9662:439-41 (2009) | 2009 | TASI-DEF-0014800 | TASI-DEF-0014802 | | |
| DTX-152 | Emens et al., "Relative Coordination to Unknown "Weak Zeitgebers" in Free-Running Blind Individuals," 20 J. OF BIOLOGICAL RHYTHMS, 2:159-67 (2005) | 2005 | TASI-DEF-0020193 | TASI-DEF-0020201 | | |
| DTX-153 | Emens et al., "The Rest/Activity Cycle and the Melatonin Rhythm in Blind Free-runners Have Similar Periods," 25 J. OF BIOLOGICAL RHYTHMS 5:381-84 (2010) | 2010 | TASI-DEF-0020202 | TASI-DEF-0020205 | | |
| DTX-154 | Lewy et al., "Pretreatment circadian period in free-running bling people may predict the phase angle of entrainment to melatonin," 313 NEUROSCIENCE LETTERS 3:158-60 (2001) | 2001 | VNDHTLZ 03082622 | VNDHTLZ 03082624 | | |
| DTX-155 | Lewy et al., "Eventual entrainment of the human circadian pacemaker by melatonin is independent of the circadian phase of treatment initiation: Clinical implications," 19 J. OF BIOLOGICAL RHYTHMS 1:68-75 (2004) | 2004 | VNDHTLZ 02587680 | VNDHTLZ 02587687 | | |
| DTX-156 | Lewy et al., "Melatonin entrains free-running blind people according to a physiological dose-response curve," 22 CHRONOBIOLOGY INT'L 6:1093–1106 (2005) | 2005 | VNDHTLZ 03083113 | VNDHTLZ 03083126 | | |
| DTX-157 | Roth et al., "Prolonged release melatonin for improving sleep in totally blind subjects: A pilot placebo-controlled multicenter trial," NATURE AND SCI. OF SLEEP 7:13-23 (2015) | 2015 | TASI-DEF-0015132 | TASI-DEF-0015142 | | |
| DTX-158 | Vanda November 2010 10-Q | | TASI-DEF-0020082 | TASI-DEF-0020122 | | |
| DTX-159 | NATIONAL SLEEP FOUNDATION, "Non 24 Sleep Wake Disorder Treatment and Care," https://www.sleepfoundation.org/non-24-sleep-wake-disorder/treatment-care (last visited August 4, 2020) | | TASI-DEF-0020182 | TASI-DEF-0020187 | | |
| DTX-160 | CIRCADIAN SLEEP DISORDERS NETWORK, "Non-24-Hour Sleep Wake Disorder Questions & Answers," https://www.circadiansleepdisorders.org/docs/N24-QandA.php (last visitedAugust 4, 2020) | | TASI-DEF-0020178 | TASI-DEF-0020181 | | |

Vanda Pharmaceuticals Inc. v. Teva Pharmaceuticals USA, Inc. et al.

18cv651-CFC (D. Del.)

Defendants' Trial Exhibit List

| Ex. No. | Description | Doc Date | Beginning Bates | Ending Bates | Objections | Admitted |
|---------|-------------|----------|-----------------|--------------|-----------|----------|
| DTX-161 | SLEEP MEDICINE, "Non-24-Hour Sleep-Wake Rhythm – Diagnosis & Treatment," http://sleepeducation.org/sleep-disorders-by-category/circadian-rhythm-disorders/non-24-hour-sleep-wake-rhythm/diagnosis-treatment (last visited August 4, 2020) | | TASI-DEF-0020188 | TASI-DEF-0020189 | | |
| DTX-162 | J.T. Backman et al., "Rifampicin is only a weak inducer of CYP1A2-mediated presystemic and systemic metabolism: studies with tizanidine and caffeine," Eur J Clin Pharmacol, 62(6):451-461 (2006) ("Backman") | 2006 | TASI-DEF-0003083 | TASI-DEF-0003093 | | |
| DTX-163 | S.M. Borcherding et al., "Two- and four-day rifampin chemoprophylaxis regimens induce oxidative metabolism," Antimicrob Agents Chemother, 36(7):1553-1558 (1992) ("Borcherding") | 1992 | TASI-DEF-0003353 | TASI-DEF-0003358 | | |
| DTX-164 | L.A. Kroon, "Drug interactions with smoking," Am J Health Syst Pharm, 64(18):1917-1921 (2007) ("Kroon") | 2007 | TASI-DEF-0014795 | TASI-DEF-0014799 | | |
| DTX-165 | H.R. Ochs et al., "Lack of influence of cigarette smoking on triazolam pharmacokinetics," Br J Clin Pharmacol, 23:759-763 (1987) ("Ochs") | 1987 | TASI-DEF-0015143 | TASI-DEF-0015147 | | |
| DTX-166 | E.E. Ohnhaus et al., "Enzyme-inducing drug combinations and their effects on liver microsomal enzyme activity in man," Eur J Clin Pharmacol, 24(2):247-250 (1983) ("Ohnhaus") | 1983 | TASI-DEF-0015156 | TASI-DEF-0015159 | | |
| DTX-167 | J.E. Sharer and S.A. Wrighton, "Identification of the human hepatic cytochromes P450 involved in the in vitro oxidation of antipyrine," Drug Metab Dispos., 24(4):487-494 (1996) ("Sharer") | 1996 | TASI-DEF-0017966 | TASI-DEF-0017973 | | |
| DTX-168 | M.W. Teunissen et al., "Influence of rifampicin treatment on antipyrine clearance and metabolite formation in patients with tuberculosis," Br J Clin Pharmacol, 18(5):701-706 (1984) ("Teunissen") | 1984 | TASI-DEF-0017977 | TASI-DEF-0017982 | | |
| DTX-169 | K. Villikka et al., "Triazolam is ineffective in patients taking rifampin," Clinical Pharmacology and Therapeutics, 61:8-14 (1997) ("Villikka") | 1997 | TASI-DEF-0020158 | ASI-DEF-0020164 | | |
| DTX-170 | American Psychiatric Association, "What Is Depression?," https://www.psychiatry.org/patients-families/depression/what-is-depression (accessed 3/24/2020) | 3/24/2020 | TASI-DEF-0003042 | TASI-DEF-0003044 | | |

Vanda Pharmaceuticals Inc. v. Teva Pharmaceuticals USA, Inc. et al.

18cv651-CFC (D. Del.)

Defendants' Trial Exhibit List

| Ex. No. | Description | Doc Date | Beginning Bates | Ending Bates | Objections | Admitted |
|---------|-------------|----------|-----------------|--------------|-----------|----------|
| DTX-171 | BCBS of Massachusetts, "Pharmacy Medical Policy: Hetlioz (tasimelteon)," https://www.bluecrossma.com/common/en_US/medical_policies/697%20HETLIOZ%20tasimelteon%20prn.pdf (accessed 7/9/2020) | 7/9/2020 | TASI-DEF-0003146 | TASI-DEF-0003148 | | |
| DTX-172 | Case No. 19-1108 (E.D.N.Y.), D.I. 1 Complaint filed February 25, 2019 | 2/25/2019 | TASI-DEF-0002996 | TASI-DEF-0003037 | | |
| DTX-173 | Case No. 19-1701-CFC (D. Del.), D.I. 1 Complaint filed September 11, 2019 | 9/11/2019 | TASI-DEF-0002879 | TASI-DEF-0002995 | | |
| DTX-174 | ClinicalTrials.gov, "Trial record for VP-VEC-162-1105," https://clinicaltrials.gov/ct2/show/NCT01271387?term=VP-VEC-162-1105&draw=2&rank=1 | 2/17/2014 | TASI-DEF-0003682 | TASI-DEF-0003688 | | |
| DTX-175 | ClinicalTrials.gov, "Trial record for VP-VEC-162-1106," https://clinicaltrials.gov/ct2/show/NCT01526746?term=VP-VEC-162-1106&draw=1&rank=1 | 2/17/2014 | TASI-DEF-0003689 | TASI-DEF-0003697 | | |
| DTX-176 | ClinicalTrials.gov, "Trial record for VP-VEC-162-1107," https://clinicaltrials.gov/ct2/show/NCT01477619?term=VP-VEC-162-1107&draw=2&rank=1 | 2/17/2014 | TASI-DEF-0003698 | TASI-DEF-0003705 | | |
| DTX-177 | ClinicalTrials.gov, "Trial record for VP-VEC-162-1108," https://clinicaltrials.gov/ct2/show/NCT01578057?term=VP-VEC-162-1108&draw=2&rank=1 | 2/17/2014 | TASI-DEF-0003706 | TASI-DEF-0003714 | | |
| DTX-178 | ClinicalTrials.gov, "Trial record for VP-VEC-162-1110," https://clinicaltrials.gov/ct2/show/NCT01402076?term=VP-VEC-162-1110&draw=2&rank=1 | 2/17/2014 | TASI-DEF-0003715 | TASI-DEF-0003722 | | |
| DTX-179 | ClinicalTrials.gov, "Trial record for VP-VEC-162-1111," https://clinicaltrials.gov/ct2/show/NCT01540500?term=VP-VEC-162-1111&draw=2&rank=1 | 2/17/2014 | TASI-DEF-0003723 | TASI-DEF-0003729 | | |
| DTX-180 | ClinicalTrials.gov, "Trial record for VP-VEC-162-1112," https://clinicaltrials.gov/ct2/show/NCT01637636?term=VP-VEC-162-1112&draw=2&rank=1 | 2/17/2014 | TASI-DEF-0003730 | TASI-DEF-0003736 | | |
| DTX-181 | ClinicalTrials.gov, "Trial record for VP-VEC-162-2101," https://clinicaltrials.gov/ct2/show/NCT00490945?term=VP-VEC-162-2101&draw=2&rank=1 | 8/26/2014 | TASI-DEF-0003737 | TASI-DEF-0003742 | | |
| DTX-182 | ClinicalTrials.gov, "Trial record for VP-VEC-162-3101," https://clinicaltrials.gov/ct2/show/NCT00291187?term=VP-VEC-162-3101&draw=2&rank=1 | 10/15/2014 | TASI-DEF-0003743 | TASI-DEF-0003749 | | |

Vanda Pharmaceuticals Inc. v. Teva Pharmaceuticals USA, Inc. et al.

18cv651-CFC (D. Del.)

Defendants' Trial Exhibit List

| Ex. No. | Description | Doc Date | Beginning Bates | Ending Bates | Objections | Admitted |
|---------|-------------|----------|-----------------|--------------|------------|----------|
| DTX-183 | ClinicalTrials.gov, "Trial record for VP-VEC-162-3104," https://clinicaltrials.gov/ct2/show/NCT00548340?term=VP-VEC-162-3104&draw=2&rank=1 | 10/15/2014 | TASI-DEF-0003750 | TASI-DEF-0003757 | | |
| DTX-184 | ClinicalTrials.gov, "Trial record for VP-VEC-162-3201," https://clinicaltrials.gov/ct2/show/NCT01163032?term=VP-VEC-162-3201&draw=2&rank=1 | 10/16/2014 | TASI-DEF-0003758 | TASI-DEF-0003767 | | |
| DTX-185 | ClinicalTrials.gov, "Trial record for VP-VEC-162-3202," https://clinicaltrials.gov/ct2/show/NCT01218789?term=VP-VEC-162-3202&draw=1&rank=1 | 11/17/2017 | TASI-DEF-0003768 | TASI-DEF-0003775 | | |
| DTX-186 | ClinicalTrials.gov, "Trial record for VP-VEC-162-3203," https://clinicaltrials.gov/ct2/show/NCT01430754?term=VP-VEC-162-3203&draw=2&rank=1 | 10/10/2014 | TASI-DEF-0003776 | TASI-DEF-0003784 | | |
| DTX-187 | ClinicalTrials.gov, "Trial record for VP-VEC-162-3204," https://clinicaltrials.gov/ct2/show/NCT01429116?term=VP-VEC-162-3204&draw=2&rank=1 | 4/21/2015 | TASI-DEF-0003785 | TASI-DEF-0003792 | | |
| DTX-188 | Cowen and Company, Therapeutic Categories Outlook, 9/28/2015 | 9/28/2015 | TASI-DEF-0002850 | TASI-DEF-0002860 | | |
| DTX-189 | DiMasi, Feldman, Seckler, and Wilson (2010), "Trends in Risks Associated with New Drug Development: Success Rates for Investigational Drugs," Clinical Pharmacology & Therapeutics 87(3):272-277 | 2010 | TASI-DEF-0003878 | TASI-DEF-0003883 | | |
| DTX-190 | DiMasi, Joseph et al. (1991), "Cost of Innovation in the Pharmaceutical Industry," Journal of Health Economics 10:107-142 | 1991 | TASI-DEF-0003793 | TASI-DEF-0003828 | | |
| DTX-191 | DiMasi, Joseph, Ronald Hansen, and Henry Grabowski (2003), "The Price of Innovation: New Estimates of Drug Development Costs," Journal of Health Economics 22:151-185 | 2003 | TASI-DEF-0003829 | TASI-DEF-0003863 | | |
| DTX-192 | FDA Orange Book Website, Patent and Exclusivity for: N205677, https://www.accessdata.fda.gov/scripts/cder/ob/patent_info.cfm?Product_No=001&Appl_No=205677&Appl_type=N (accessed 8/7/2020) | 8/7/2020 | TASI-DEF-0014204 | TASI-DEF-0014205 | | |
| DTX-193 | FDA Orange Book, 2014 | 2014 | TASI-DEF-0003966 | TASI-DEF-0005196 | | |
| DTX-194 | FDA Orange Book, 2015 | 2015 | TASI-DEF-0005197 | TASI-DEF-0006476 | | |
| DTX-195 | FDA Orange Book, 2016 | 2016 | TASI-DEF-0006477 | TASI-DEF-0007796 | | |

Vanda Pharmaceuticals Inc. v. Teva Pharmaceuticals USA, Inc. et al.

18cv651-CFC (D. Del.)

Defendants' Trial Exhibit List

| Ex. No. | Description | Doc Date | Beginning Bates | Ending Bates | Objections | Admitted |
|---|---|---|---|---|---|---|
| DTX-196 | FDA Orange Book, 2017 | 2017 | TASI-DEF-0007797 | TASI-DEF-0009196 | | |
| DTX-197 | FDA Orange Book, 2018 | 2018 | TASI-DEF-0009197 | TASI-DEF-0010695 | | |
| DTX-198 | FDA Orange Book, 2019 | 2019 | TASI-DEF-0010696 | TASI-DEF-0012256 | | |
| DTX-199 | FDA Orange Book, 2020 | 2020 | TASI-DEF-0012257 | TASI-DEF-0013882 | | |
| DTX-200 | FDA presentation, "Office of Orphan Products Development: Financial Incentives for CDER Medical Products (accessed 8/12/2020) | 8/12/2020 | TASI-DEF-0014206 | TASI-DEF-0014260 | | |
| DTX-201 | FDA website, "ANDA 211607," https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=211607 (accessed 6/10/2020) | 6/10/2020 | TASI-DEF-0003920 | TASI-DEF-0003920 | | |
| DTX-202 | FDA website, "ANDA 211654," https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=211654 (accessed 6/10/2020) | 6/10/2020 | TASI-DEF-0003921 | TASI-DEF-0003921 | | |
| DTX-203 | FDA website, "Designating an Orphan Product: Drugs and Biological Products," https://www.fda.gov/industry/developing-products-rare-diseases-conditions/designatingorphan-product-drugs-and-biological-products (accessed 3/25/2020) | 3/25/2020 | TASI-DEF-0014032 | TASI-DEF-0014033 | | |
| DTX-204 | FDA website, "Drugs@FDA Glossary of Terms," 11/14/2017, https://www.fda.gov/drugs/drugapprovals-and-databases/drugsfda-glossaryterms#:~:text=Supplement%20Type&text=To%20change%20a%20label%2C%20market,that%20was%20approved%20by%20FDA | 11/14/2017 | TASI-DEF-0014261 | TASI-DEF-0014264 | | |
| DTX-205 | FDA website, "Economic Assistance and Incentives for Drug Development," 2/4/2020, https://www.fda.gov/drugs/cder-small-business-industry-assistance-sbia/economic-assistanceand-incentives-drugdevelopment#:~:text=The%20Orphan%20Drug%20Designation%20Program,for%20approved%20orphan%20drug%20products | 2/4/2020 | TASI-DEF-0014265 | TASI-DEF-0014266 | | |

Vanda Pharmaceuticals Inc. v. Teva Pharmaceuticals USA, Inc. et al.

18cv651-CFC (D. Del.)

Defendants' Trial Exhibit List

| Ex. No. | Description | Doc Date | Beginning Bates | Ending Bates | Objections | Admitted |
|---|---|---|---|---|---|---|
| DTX-206 | FDA website, "How Can I Better Understand Patents and Exclusivity," 2/1/2016, https://www.fda.gov/industry/fda-basics-industry/how-can-i-better-understand-patents-andexclusivity | 2/1/2016 | TASI-DEF-0014267 | TASI-DEF-0014267 | | |
| DTX-207 | FDA website, "Search Orphan Drug Designations and Approvals for Hetlioz," https://www.accessdata.fda.gov/scripts/opdlisting/oopd/detailedIndex.cfm?cfgridkey=297409 (accessed 3/24/2020) | 3/24/2020 | TASI-DEF-0014190 | TASI-DEF-0014191 | | |
| DTX-208 | FDA website, Search for: "tasimelteon," https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=BasicSearch.process (accessed 6/10/2020) | 6/10/2020 | TASI-DEF-0003922 | TASI-DEF-0003923 | | |
| DTX-209 | FDA, Administrative and Correspondence for NDA 205677, at Reference ID 2899282, 1.1.1 | 2/2/2011 | TASI-DEF-0013883 | TASI-DEF-0014031 | | |
| DTX-210 | FDA, Medical Review for Application Number 205677, https://www.accessdata.fda.gov/drugsatfda_docs/nda/2014/205677Orig1s000MedR.pdf | 2014 | TASI-DEF-0014034 | TASI-DEF-0014184 | | |
| DTX-211 | FDA, NDA Approval, 1/31/2014, https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2014/205677Orig1s000ltr.pdf | 1/31/2014 | TASI-DEF-0014185 | TASI-DEF-0014189 | | |
| DTX-212 | FDA, Tentative Approval Letter for ANDA 211607, 2/3/2020 | 2/3/2020 | TASI-DEF-0014192 | TASI-DEF-0014197 | | |
| DTX-213 | FDA, Tentative Approval Letter for ANDA 211654, 5/28/2020 | 5/28/2020 | TASI-DEF-0014198 | TASI-DEF-0014203 | | |
| DTX-214 | Formulary Watch, "Drugs in Perspective: Tasimelteon (Hetlioz): Page 3 of 3," 8/6/2014, https://www.formularywatch.com/feature-articles/drugs-perspective-tasimelteonhetlioz/page/0/2 | 8/6/2014 | TASI-DEF-0014275 | TASI-DEF-0014277 | | |
| DTX-215 | FRED, "Japan / U.S. Foreign Exchange Rate" (accessed 7/16/2020) | 7/16/2020 | TASI-DEF-0020190 | TASI-DEF-0020190 | | |
| DTX-216 | FRED, "U.S. / Euro Foreign Exchange Rate" (accessed 6/18/2020) | 6/18/2020 | TASI-DEF-0020191 | TASI-DEF-0020191 | | |
| DTX-217 | GoodRx, "Hetlioz," https://www.goodrx.com/hetlioz/medicare-coverage (accessed 6/8/2020) | 6/8/2020 | TASI-DEF-0014278 | TASI-DEF-0014280 | | |
| DTX-218 | Grabowski, Henry G. (1985), "Issues of Drug Development," Science 228(4702):981 | 1985 | TASI-DEF-0014281 | TASI-DEF-0014281 | | |

Vanda Pharmaceuticals Inc. v. Teva Pharmaceuticals USA, Inc. et al.

18cv651-CFC (D. Del.)

Defendants' Trial Exhibit List

| Ex. No. | Description | Doc Date | Beginning Bates | Ending Bates | Objections | Admitted |
|---|---|---|---|---|---|---|
| DTX-219 | Hetlioz, FDA Label, 10/7/2019 | 10/7/2019 | TASI-DEF-0014332 | TASI-DEF-0014342 | | |
| DTX-220 | Jefferies, "Vanda Pharmaceuticals," 11/15/2013 | 11/15/2013 | TASI-DEF-0002821 | TASI-DEF-0002827 | | |
| DTX-221 | JMP Securities, "Vanda Pharmaceuticals Inc. (VNDA)," 11/15/2013 | 11/15/2013 | TASI-DEF-0002828 | TASI-DEF-0002833 | | |
| DTX-222 | JMP Securities, "Vanda Pharmaceuticals Inc.," 1/17/2013 | 1/17/2013 | TASI-DEF-0002802 | TASI-DEF-0002818 | | |
| DTX-223 | Kaiser Permanente, "Criteria for Drug Coverage: Tasimelteon (Hetlioz)," https://healthy.kaiserpermanente.org/static/health/pdfs/formulary/nw/Hetlioz.pdf (accessed 7/9/2020) | 7/9/2020 | TASI-DEF-0014389 | TASI-DEF-0014389 | | |
| DTX-224 | Medical News Today, "Insomnia: Everything you need to know," https://www.medicalnewstoday.com/articles/9155 (accessed 3/24/2020) | 3/24/2020 | TASI-DEF-0014830 | TASI-DEF-0014844 | | |
| DTX-225 | Medical News Today, "What are the best sleeping pills?," 1/23/2020, https://www.medicalnewstoday.com/articles/323775#:~:text=The%20most%20common%20hypnotic%20sleeping,eszopiclone | 1/23/2020 | TASI-DEF-0014845 | TASI-DEF-0014858 | | |
| DTX-226 | Morningstar, "Vanda Pharmaceuticals Inc VNDA," 2/20/2015 | 2/20/2015 | TASI-DEF-0002843 | TASI-DEF-0002847 | | |
| DTX-227 | PiperJaffray, "Vanda Pharmaceuticals (VNDA)," 11/26/2013 | 11/26/2013 | TASI-DEF-0002834 | TASI-DEF-0002840 | | |
| DTX-228 | Scotchmer, Suzanne (1991), "Standing on the Shoulders of Giants: Cumulative Research and the Patent Law," Journal of Economic Perspectives 5(1):29-41 | 1991 | TASI-DEF-0017716 | TASI-DEF-0017730 | | |
| DTX-229 | Sepracor Inc., Form 10-K, 2005 | | TASI-DEF-0017731 | TASI-DEF-0017781 | | |
| DTX-230 | Sepracor Inc., Form 10-K, 2008 | | TASI-DEF-0017782 | TASI-DEF-0017939 | | |
| DTX-231 | Sepracor, Annual Report, 1999 | 2000 | TASI-DEF-0017940 | TASI-DEF-0017965 | | |
| DTX-232 | St. Louis Federal Reserve, Consumer Price Index, https://fred.stlouisfed.org/series/CPIAUCSL (accessed 6/15/2020) | 6/15/2020 | TASI-DEF-0020192 | TASI-DEF-0020192 | | |
| DTX-233 | Stanford Health Care, "Delayed Sleep Phase Syndrome," https://stanfordhealthcare.org/medical-conditions/sleep/delayed-sleep-phase-syndrome.html (accessed 3/24/2020) | 3/24/2020 | TASI-DEF-0017974 | TASI-DEF-0017976 | | |

Vanda Pharmaceuticals Inc. v. Teva Pharmaceuticals USA, Inc. et al.

18cv651-CFC (D. Del.)

Defendants' Trial Exhibit List

| Ex. No. | Description | Doc Date | Beginning Bates | Ending Bates | Objections | Admitted |
|---------|-------------|----------|-----------------|--------------|-----------|----------|
| DTX-234 | The New York Times, "COMPANY NEWS; Marion Merrell Plans Deal With Sepracor," 6/3/1993, https://www.nytimes.com/1993/06/03/business/company-news-marion-merrell-plans-dealwith-sepracor.html | 6/3/1993 | TASI-DEF-0018177 | TASI-DEF-0018179 | | |
| DTX-235 | The Washington Post, "Test of Insomnia Drug Bolsters Vanda's Plan," 11/16/2006 | 11/16/2006 | TASI-DEF-0018180 | TASI-DEF-0018182 | | |
| DTX-236 | Thomson Reuters, Q2 2008 Vanda Pharmaceuticals, Inc. Earnings Conference Call, 8/5/2008 | 8/5/2008 | TASI-DEF-0020123 | TASI-DEF-0020129 | | |
| DTX-237 | Thomson Reuters, Q3 2012 Vanda Pharmaceuticals, Inc. Earnings Conference Call, 11/7/2012 | 11/7/2012 | TASI-DEF-0020130 | TASI-DEF-0020139 | | |
| DTX-238 | Thomson Reuters, Q3 2016 Vanda Pharmaceuticals Inc Earnings Call, 11/2/2016 | 11/2/2016 | TASI-DEF-0020140 | TASI-DEF-0020147 | | |
| DTX-239 | Thomson Reuters, Q4 2012 Vanda Pharmaceuticals, Inc. Earnings Conference Call, 2/12/2013 | 2/12/2013 | TASI-DEF-0020148 | TASI-DEF-0020157 | | |
| DTX-240 | U.S. Bureau of Labor Statistics, Historical Consumer Price Index for all Urban Consumers (CPI-U): U.S. city average, all items, by month - continued, https://www.bls.gov/cpi/tables/supplemental-files/historical-cpi-u-202004.pdf, accessed 6/8/2020 | 6/8/2020 | TASI-DEF-0014343 | TASI-DEF-0014346 | | |
| DTX-241 | UBS, "UBS Large Cap Pharmaceuticals Monthly Handbook," 10/17/2016 | 10/17/2016 | TASI-DEF-0002861 | TASI-DEF-0002869 | | |
| DTX-242 | UBS, "UBS Large Cap Pharmaceuticals Monthly Handbook," 7/23/2012 | 7/23/2012 | TASI-DEF-0002797 | TASI-DEF-0002801 | | |
| DTX-243 | United States Patent and Trademark Office, "General Information Concerning Patents," 10/2015, https://www.uspto.gov/patents-getting-started/general-information-concerningpatents (accessed 6/10/2020) | 6/10/2020 | TASI-DEF-0018184 | TASI-DEF-0018221 | | |
| DTX-244 | University of Arizona, "Top 200 Pharmaceutical Products by Retail Sales in 2019," https://njardarson.lab.arizona.edu/sites/njardarson.lab.arizona.edu/files/Top%20200%20Drugs%20By%20Retail%20Sales%20in%202019_0.pdf | | TASI-DEF-0018183 | TASI-DEF-0018183 | | |
| DTX-245 | Vanda Pharmaceuticals Inc., Form 10-K, 2006 | | TASI-DEF-0018225 | TASI-DEF-0018329 | | |
| DTX-246 | Vanda Pharmaceuticals Inc., Form 10-K, 2007 | | TASI-DEF-0018330 | TASI-DEF-0018444 | | |

Vanda Pharmaceuticals Inc. v. Teva Pharmaceuticals USA, Inc. et al.

18cv651-CFC (D. Del.)

Defendants' Trial Exhibit List

| Ex. No. | Description | Doc Date | Beginning Bates | Ending Bates | Objections | Admitted |
|---|---|---|---|---|---|---|
| DTX-247 | Vanda Pharmaceuticals Inc., Form 10-K, 2008 | | TASI-DEF-0018445 | TASI-DEF-0018597 | | |
| DTX-248 | Vanda Pharmaceuticals Inc., Form 10-K, 2009 | | TASI-DEF-0018598 | TASI-DEF-0018822 | | |
| DTX-249 | Vanda Pharmaceuticals Inc., Form 10-K, 2010 | | TASI-DEF-0018823 | TASI-DEF-0018933 | | |
| DTX-250 | Vanda Pharmaceuticals Inc., Form 10-K, 2011 | | TASI-DEF-0001218 | TASI-DEF-0001332 | | |
| DTX-251 | Vanda Pharmaceuticals Inc., Form 10-K, 2012 | | TASI-DEF-0019049 | TASI-DEF-0019144 | | |
| DTX-252 | Vanda Pharmaceuticals Inc., Form 10-K, 2013 | | TASI-DEF-0019145 | TASI-DEF-0019246 | | |
| DTX-253 | Vanda Pharmaceuticals Inc., Form 10-K, 2014 | | TASI-DEF-0019247 | TASI-DEF-0019475 | | |
| DTX-254 | Vanda Pharmaceuticals Inc., Form 10-K, 2015 | | TASI-DEF-0019476 | TASI-DEF-0019608 | | |
| DTX-255 | Vanda Pharmaceuticals Inc., Form 10-K, 2016 | | TASI-DEF-0019609 | TASI-DEF-0019751 | | |
| DTX-256 | Vanda Pharmaceuticals Inc., Form 10-K, 2017 | | TASI-DEF-0019752 | TASI-DEF-0019860 | | |
| DTX-257 | Vanda Pharmaceuticals Inc., Form 10-K, 2019 | | TASI-DEF-0019972 | TASI-DEF-0020081 | | |
| DTX-258 | Voet, Martin (2016), The Generic Challenge: Understanding Patents, FDA and Pharmaceutical Life-Cycle Management (Fifth Edition) Boca Raton, FL, Brown Walker Press | 2016 | TASI-DEF-0020165 | TASI-DEF-0020177 | | |
| DTX-259 | Vanda spreadsheet re Tasimelteon U.S. Forecast May 2012 | | VNDHTLZ 00022875 | | | |
| DTX-260 | Vanda PowerPoint re Tasimelteon | | VNDHTLZ 00221597 | VNDHTLZ 00221668 | | |
| DTX-261 | Vanda PowerPoint re "Managed Care and Trade" | | VNDHTLZ 00222078 | VNDHTLZ 00222092 | | |
| DTX-262 | Pricing Q&A | | VNDHTLZ 00260524 | VNDHTLZ 00260525 | | |
| DTX-263 | Vanda PowerPoint re "Marketing Overview" | 6/10/2014 | VNDHTLZ 00381445 | VNDHTLZ 00381504 | | |
| DTX-264 | Vanda PowerPoint re "National Sales Meeting - 09.30.2014 - 10.02.2014" | | VNDHTLZ 00385375 | VNDHTLZ 00385484 | | |
| DTX-265 | Vanda PowerPoint re "Board Meeting - March 18-19, 2014" | | VNDHTLZ 00391583 | VNDHTLZ 00391641 | | |
| DTX-266 | "2.3.S Drug Substance [Tasimelteon,          .]" from Vanda NDA 205677 | | VNDHTLZ 01100696 | VNDHTLZ 01100724 | | |
| DTX-267 | "3.2.S.3 Characterization [Tasimelteon,         .]" from Vanda NDA 205677 | | VNDHTLZ 01101238 | VNDHTLZ 01101260 | | |
| DTX-268 | VEC-162 Circadian Rhythm Sleep Disorders Clinical Development Plan | 4/2/2004 | VNDHTLZ 01233456 | VNDHTLZ 01233508 | | |
| DTX-269 | Vanda PowerPoint re Pipeline | Jul-04 | VNDHTLZ 01234200 | VNDHTLZ 01234247 | | |
| DTX-270 | Vanda PowerPoint re Tasimelteon | 12/14/2009 | VNDHTLZ 01235181 | VNDHTLZ 01235200 | | |
| DTX-271 | Datamonitor Healthcare Therapy Area Series re "Product Profiles: Insomnia" | Dec-11 | VNDHTLZ 01235908 | VNDHTLZ 01236039 | | |
| DTX-272 | Jefferies report re "VNDA - Initiating Coverage" | 3/9/2015 | VNDHTLZ 01245051 | VNDHTLZ 01245084 | | |
| DTX-273 | Edited Transcript re "VNDA - Q3 2016 Vanda Pharmaceuticals Inc. Earnings Call" | 11/2/2016 | VNDHTLZ 01246676 | VNDHTLZ 01246684 | | |

Vanda Pharmaceuticals Inc. v. Teva Pharmaceuticals USA, Inc. et al.

18cv651-CFC (D. Del.)

Defendants' Trial Exhibit List

| Ex. No. | Description | Doc Date | Beginning Bates | Ending Bates | Objections | Admitted |
|---------|-------------|----------|-----------------|--------------|------------|----------|
| DTX-274 | Vanda PowerPoint re "Licensing Opportunity - VEC-162 Melatonin Receptor Agonist" | 7/12/2004 | VNDHTLZ 01325748 | VNDHTLZ 01325776 | | |
| DTX-275 | Email from Michael Steier re "Hetlioz FDA Approval Coverage, 2/3 - 1pm", attaching "(The Pink Sheet) New Year, New Drugs_Novel Agents with 2014 Action Goals" | 2/3/2014 | VNDHTLZ 01890470 | VNDHTLZ 01890491 | | |
| DTX-276 | Empire Asset Management Company Investment Thesis | 6/10/2014 | VNDHTLZ 01891481 | VNDHTLZ 01891498 | | |
| DTX-277 | Vanda 2014 Corporate Presentation | | VNDHTLZ 01892954 | VNDHTLZ 01892980 | | |
| DTX-278 | Vanda Clinical Development: VEC-162 "Melatonin Agonist for the Treatment of Circadian Rhythm Sleep Disorders (CRSD)" | | VNDHTLZ 02058020 | VNDHTLZ 02058029 | | |
| DTX-279 | Cantor Fitzgerald report re Initiating Coverage | 8/22/2018 | VNDHTLZ 02169827 | VNDHTLZ 02169997 | | |
| DTX-280 | Vanda PowerPoint re Tasimelteon | | VNDHTLZ 02455393 | VNDHTLZ 02455411 | | |
| DTX-281 | Vanda spreadsheet re "Tasi MDD - Vanda P&L" | | VNDHTLZ 02475030 | | | |
| DTX-282 | Vanda PowerPoint re "Starting the Cycle of Success" | 7/25/2012 | VNDHTLZ 02478058 | VNDHTLZ 02478163 | | |
| DTX-283 | Vanda PowerPoint re "Board Meeting - March 15, 2012" | | VNDHTLZ 02484554 | VNDHTLZ 02484631 | | |
| DTX-284 | Vanda PowerPoint re "Medical Affairs Valuation" | | VNDHTLZ 02550198 | VNDHTLZ 02550257 | | |
| DTX-285 | Hay et al., "Clinical development success rates for investigational drugs," Nature Biotechnology, Vol. 32, 1:40-51 | Jan. 2014 | VNDHTLZ 02584853 | VNDHTLZ 02584865 | | |
| DTX-286 | Vanda Investor Relations Press Release "Vanda Pharmaceuticals Reports Third Quarter 2010 Results" | 11/3/2010 | VNDHTLZ 02586909 | VNDHTLZ 02586914 | | |
| DTX-287 | Vanda spreadsheet re "Vanda - Revenue" | | VNDHTLZ 02687749 | | | |
| DTX-288 | Korn Ferry International Draft "Confidential Position Specification" | Apr-10 | VNDHTLZ 02794350 | VNDHTLZ 02794356 | | |
| DTX-289 | Vanda PowerPoint re "Analyst and Investor Day American Psychiatric Association Annual Meeting" | 5/6/2008 | VNDHTLZ 02855082 | VNDHTLZ 02855149 | | |
| DTX-290 | Vanda PowerPoint re "VEC-162" | 6/20/2006 | VNDHTLZ 02906401 | VNDHTLZ 02906458 | | |
| DTX-291 | Vanda PowerPoint re "Board Meeting - September 30, 2015 & October 1, 2015" | | VNDHTLZ 02992333 | VNDHTLZ 02992461 | | |
| DTX-292 | Vanda document re "Head of Marketing, Hetlioz" Position Specification | | VNDHTLZ 02992507 | VNDHTLZ 02992510 | | |
| DTX-293 | Vanda PowerPoint re "Board Meeting - March 18, 2010" | | VNDHTLZ 03039478 | VNDHTLZ 03039517 | | |
| DTX-294 | Circadin® (melatonin) EU Assessment Report ("Circadin® Assessment Report") | | TASI-DEF-0002594 | TASI-DEF-0002645 | | |
| DTX-295 | FDA Guidance for Industry, "Food-Effect Bioavailability and Fed Bioequivalence Studies," December 2002 ("FDA Guidance") | | TASI-DEF-0002528 | TASI-DEF-0002539 | | |

Vanda Pharmaceuticals Inc. v. Teva Pharmaceuticals USA, Inc. et al.

18cv651-CFC (D. Del.)

Defendants' Trial Exhibit List

| Ex. No. | Description | Doc Date | Beginning Bates | Ending Bates | Objections | Admitted |
|---------|-------------|----------|-----------------|--------------|-----------|----------|
| DTX-296 | Neubauer, D.N., "A review of ramelteon in the treatment of sleep disorders," Neuropsychiatric Disease and Treatment 4(1):69-79 (2008) ("Neubauer") | | TASI-DEF-0020206 | TASI-DEF-0020216 | | |
| DTX-297 | Rozerem® (ramelteon) Clinical Pharmacology and Biopharmaceutical Review ("Rozerem® Biopharmaceutical Review") | | TASI-DEF-0002646 | TASI-DEF-0002761 | | |
| DTX-298 | Teva Proposed Label | | TEVA_TAS-000090492 | TEVA_TAS-000090502 | | |
| DTX-299 | Vanda 2011 10-K | | | | | |
| DTX-300 | R.F. Borne et al., "Conformational Analogues of Antihypertensive Agents Related to Guanethidine," 20 J. Med. Chem. 6, 771–76 (1977) ("Borne") | 1977 | TASI-DEF-0020217 | TASI-DEF-0020222 | | |
| DTX-301 | Chinese Patent Appl. No. CN 102675268, Translation ("CN '268") | | TASI-DEF-0020212 TASI-DEF-0020209 | TASI-DEF-0020227 TASI-DEF-0020224 | | |
| DTX-302 | L.F. Fieser and M. Fieser, "Reagents for Organic Synthesis," Vol. 1, 581, John Wiley & Sons (1967) | 1967 | TASI-DEF-0020339 | TASI-DEF-0020362 | | |
| DTX-303 | A. Rathi, "Sodium Bis(methoxyethoxy)aluminium Hydride," 7 Synlett 1140–1141, 1140 (2010) ("Rathi") | 2010 | TASI-DEF-0020337 | TASI-DEF-0020338 | | |
| DTX-304 | T.W.G. Solomons, "Organic Chemistry," 816, John Wiley & Sons (1976) | 1976 | TASI-DEF-0020363 TASI-DEF-0022267 | TASI-DEF-0020367 TASI-DEF-0022307 | | |
| DTX-305 | Email from Natalie Platt | 5/16/2014 | VNDHTLZ 02627614 | | | |
| DTX-306 | ███████████████████ | | VNDHTLZ 02627615 | VNDHTLZ 02627638 | | |
| DTX-307 | ███████████████████ " | 11/27/2006 | VNDHTLZ 01096024 | VNDHTLZ 01096034 | | |
| DTX-308 | ███████████████ | 3/25/2010 | VNDHTLZ 01053646 | VNDHTLZ 01053648 | | |
| DTX-309 | ███████████████ | 3/25/2010 | VNDHTLZ 01053641 | VNDHTLZ 01053645 | | |
| DTX-310 | ████████████ " | 3/25/2010 | VNDHTLZ 01053640 | | | |
| DTX-311 | ████████████ | 11/7/2013 | VNDHTLZ 01036193 | VNDHTLZ 01036195 | | |
| DTX-312 | █████████████████ | 11/7/2013 | VNDHTLZ 01036192 | | | |
| DTX-313 | ███████████ | 1/3/2012 | VNDHTLZ 01006588 | | | |
| DTX-314 | ███████████ | 1/3/2012 | VNDHTLZ 01006589 | | | |
| DTX-315 | ███████████ | 1/3/2012 | VNDHTLZ 01006590 | | | |
| DTX-316 | U.S. Patent No. 5,449,683 | | | | | |
| DTX-317 | McDuff, DeForest, Mickey Ferri, and Noah Brennan (2021), "Patents and Antitrust in the Pharmaceuticals Industry," California Antitrust and Unfair Competition Law 31(2), Forthcoming | 2021 | | | | |

Vanda Pharmaceuticals Inc. v. Teva Pharmaceuticals USA, Inc. et al.

18cv651-CFC (D. Del.)

Defendants' Trial Exhibit List

| Ex. No. | Description | Doc Date | Beginning Bates | Ending Bates | Objections | Admitted |
|---------|-------------|----------|-----------------|--------------|-----------|----------|
| DTX-318 | McDuff, DeForest, Noah Brennan, and Mickey Ferri (2020), "Thinking Economically about Blocking Patents," Landslide, March/April 2020 | 2020 | TASI-DEF-0022112 | TASI-DEF-0022115 | | |
| DTX-319 | McDuff, DeForest, Ryan Andrews, and Matthew Brundage (2017), "Thinking Economically About Commercial Success," Landslide, March/April 2017 | 2017 | TASI-DEF-0022108 | TASI-DEF-0022111 | | |
| DTX-320 | Vanda Pharmaceuticals Inc., Form 10-K, 2020 | | TASI-DEF-0022142 | TASI-DEF-0022258 | | |
| DTX-321 | Eastman, "Entraining the free-running circadian clocks of blind people," Lancet, Vol. 386, 1713-1714 (October 31, 2015) | | | | | |
| DTX-322 | Advisory Committee Meeting Briefing Materials | 11/14/2013 | VNDHTLZ 01207629 | VNDHTLZ 01207745 | | |
| DTX-323 | "Responses to Day 120 List of Questions - Clinical" | | DRESSMAN 00000117 | DRESSMAN 00000165 | | |
| DTX-324 | Email from Gabrielle Thibodeau to Marlene Dressman et al. re "Updated Scientific Communication Platform Workshop slides" | 11/19/2012 | VNDHTLZ 00225372 | | | |
| DTX-325 | Vanda PowerPoint re "Scientific Communication Platform Workshop: Core Concepts" | | VNDHTLZ 00225373 | VNDHTLZ 00225395 | | |
| DTX-326 | Email from Marlene Dressman to Van Cauter re "Tasimelteon FDA mock Advisory Committee Meeting" | 8/28/2013 | VNDHTLZ 02021394 | VNDHTLZ 02021396 | | |
| DTX-327 | Email from Curt Wolfgang to Rosa Torres et al. re "Q and A for therapeutic rationale, clinical considerations, and clinpharm" | 8/19/2013 | VNDHTLZ 00016119 | | | |
| DTX-328 | "Therapeutic Rationale Transcript - Mihael Polymeropulos" | | VNDHTLZ 00016120 | VNDHTLZ 00016122 | | |
| DTX-329 | "Top 10 questions for Clincal Considerations" | | VNDHTLZ 00016123 | VNDHTLZ 00016127 | | |
| DTX-330 | "Transcript for Clinical Considerations" | | VNDHTLZ 00016128 | VNDHTLZ 00016130 | | |
| DTX-331 | Email from Marlene Dressman to Steven Lockley et al. re "Sleep 2012 Posters For Review" | 6/7/2012 | VNDHTLZ 00019621 | VNDHTLZ 00019624 | | |
| DTX-332 | Hetlioz® Label | Jan-14 | VNDHTLZ 00558265 | VNDHTLZ 00558275 | | |
| DTX-333 | Email from Cathleen Michaloski to Marlene Dressman re "Hetlioz 205677 announcement from the Clinical Pharmacology Division" | 2/5/2014 | VNDHTLZ 01671307 | | | |
| DTX-334 | "FDA Approval of Hetlioz (Tasimelteon) for the Treatment of Non-24 hour Disorder in Totally Blind Patients" | | VNDHTLZ 01671308 | VNDHTLZ 01671309 | | |
| DTX-335 | Email from Marlene Dressman to Louis Licamele re "Hetlioz 205677 announcement from the Clinical Pharmacology Division" | 2/5/2014 | VNDHTLZ 00231570 | VNDHTLZ 00231571 | | |
| DTX-336 | Email from Gabrielle Thibodeau to Marlene Dressman re "Promotional Messaging Guidebook" | 5/19/2015 | VNDHTLZ 00237264 | | | |

Vanda Pharmaceuticals Inc. v. Teva Pharmaceuticals USA, Inc. et al.

18cv651-CFC (D. Del.)

Defendants' Trial Exhibit List

| Ex. No. | Description | Doc Date | Beginning Bates | Ending Bates | Objections | Admitted |
|---|---|---|---|---|---|---|
| DTX-337 | Vanda PowerPoint re "Promotional Messaging Guidebook" | 8/18/2014 | VNDHTLZ 00237265 | VNDHTLZ 00237277 | | |
| DTX-338 | CV of Natalie M. Farris | | FARRIS 00000001 | FARRIS 00000004 | | |
| DTX-339 | | 8/22/2011 | VNDHTLZ 01002290 | VNDHTLZ 01002291 | | |
| DTX-340 | Vanda F199 VEC-162 Table for discussion | | | | | |
| DTX-341 | | | VNDHTLZ 01002293 | | | |
| DTX-342 | | 1/19/2012 | VNDHTLZ 01006583 | VNDHTLZ 01006585 | | |
| DTX-343 | | | | | | |
| DTX-344 | | 5/4/2012 | VNDHTLZ 02969929 | | | |
| DTX-345 | Batch Record | | VNDHTLZ 02970153 | VNDHTLZ 02970188 | | |
| DTX-346 | Email from Ravi Pandrapragada to Natalie Platt re "32s22-Manufacturing process 0005-Final" | 11/20/2014 | VNDHTLZ 02641138 | | | |
| DTX-347 | "3.2.S.2 Manufacture [Tasimelteon, from Vanda NDA 205677 | | VNDHTLZ 02641195 | VNDHTLZ 02641250 | | |
| DTX-348 | Consulting Agreement between Feeney Consulting LLC and Vanda | 7/12/2018 | FEENEY 00000005 | FEENEY 00000007 | | |
| DTX-349 | Vanda Clinical Study Report "Tasimelteon VP-VEC-162-3203 A Randomized Withdrawal Study to Demonstrate the Maintenance of Effect of 20 mg Tasimelteon in the Treatment of N24HSWD" | 4/29/2013 | VNDHTLZ 00254220 | VNDHTLZ 00254313 | | |
| DTX-350 | Email from Zehra Tajuddin to Rosa Torres et al. re "1111 Protocol" | 1/25/2012 | VNDHTLZ 01337265 | | | |
| DTX-351 | Vanda Draft Clinical Study Report "Tasimelteon VP-VEC-162-1111 An Open-Label, Single-Sequence Study in Healthy Subjects to Evaluate the Single-Dose Pharmacokinetics of Tasimelteon Alone and in Combination with a CYP1A2 Inhibitor, Fluvoxamine" | | VNDHTLZ 01337266 | VNDHTLZ 01337325 | | |
| DTX-352 | Email from Rosa Torres to Christin Scott et al. re "summaries" | 11/12/2009 | VNDHTLZ 00239962 | | | |
| DTX-353 | Summaries for latest studies done using melatonin in subjects with non-24 sleep-wake syndrome | | VNDHTLZ 00239963 | VNDHTLZ 00239964 | | |
| DTX-354 | "Vanda Pharmaceuticals 2013 Objectives" | | VNDHTLZ 00028231 | VNDHTLZ 00028232 | | |
| DTX-355 | Email from Louis Licamele to Billy T. Lee re "Clinicaltrials.gov" | 8/26/2010 | VNDHTLZ 00945785 | | | |

Vanda Pharmaceuticals Inc. v. Teva Pharmaceuticals USA, Inc. et al.

18cv651-CFC (D. Del.)

Defendants' Trial Exhibit List

| Ex. No. | Description | Doc Date | Beginning Bates | Ending Bates | Objections | Admitted |
|---|---|---|---|---|---|---|
| DTX-356 | "Efficacy and Safety of Tasimelteon Compared With Placebo in Totally Blind Subjects With Non 24-Hour Sleep-Wake Disorder," from ClinicalTrials.gov Protocol Registration System | 8/26/20210 | VNDHTLZ 00945786 | VNDHTLZ 00945789 | | |
| DTX-357 | Email from Louis Licamele to Shanthakumar Rajaratnam re "Non-24 Questionnaire" | 9/13/2012 | VNDHTLZ 00946529 | VNDHTLZ 00946530 | | |
| DTX-358 | Email from Louis Licamele to Erica Schreffler re administrative change to Vanda Pharmaceuticals protocol VP-VEC-162-3201 | 12/7/2012 | VNDHTLZ 00947240 | | | |
| DTX-359 | Email from Louis Licamele to Jennifer Hamilton re "03-Clinical_Endpoint-CT-v02" | 1/15/2014 | VNDHTLZ 00944860 | | | |
| DTX-360 | Vanda PowerPoint re "Clinical Trial Endpoints" by Louis Licamele | | VNDHTLZ 00944861 | VNDHTLZ 00944896 | | |
| DTX-361 | Email from Louis Licamele to Mihael H. Polymeropoulos re ███ ███████: Alaska SLEEP Symposium Slides" | 9/15/2016 | VNDHTLZ 02183828 | VNDHTLZ 02183830 | | |
| DTX-362 | Vanda PowerPoint re "Hetlioz (tasimelteon), A Novel Treatment for Non-24-Hour Sleep-Wake Disorder: Review of Clinical Evidence" by Louis Licamele | 9/16/2016 | VNDHTLZ 02183831 | VNDHTLZ 02183877 | | |
| DTX-363 | CV of Ravi K. Pandrapragada | | VNDHTLZ 03081562 | VNDHTLZ 03081565 | | |
| DTX-364 | CV of Deepak S. Phadke, Ph.D. | | VNDHTLZ 03079208 | VNDHTLZ 03079216 | | |
| DTX-365 | ██████████████ | 9/1/2005 | VNDHTLZ 01067790 | VNDHTLZ 01067792 | | |
| DTX-366 | █████████████████████ | 9/27/2005 | VNDHTLZ 01048341 | | | |
| DTX-367 | Draft report re "Synthesis of VEC-162" | | VNDHTLZ 01048342 | VNDHTLZ 01048350 | | |
| DTX-368 | Email from Manish Anand to Manou Ardakani et al. re "FDA input regarding designation of starting materials" | 11/13/2007 | VNDHTLZ 01053047 | | | |
| DTX-369 | FDA preliminary responses in preparation for Oct. 11, 2007 meeting re "End of Phase 2 (EOP2) Chemistry, Manufacturing and Controls (CMC) Meeting" | 9/24/2007 | VNDHTLZ 01053048 | VNDHTLZ 01053053 | | |
| DTX-370 | Summary re "Manufacturing Team Meeting - December 9, 2010 | | VNDHTLZ 02675501 | VNDHTLZ 02675502 | | |
| DTX-371 | Email from Kristen Boyce to Natalie Platt re "Tasimelteon Drug Substance Summary" | 5/17/2011 | VNDHTLZ 01103242 | | | |
| DTX-372 | Report re "VEC-162 Drug Substance Manufacturing Process Development" | 1/24/2008 | VNDHTLZ 01103243 | VNDHTLZ 01103253 | | |

Vanda Pharmaceuticals Inc. v. Teva Pharmaceuticals USA, Inc. et al.

18cv651-CFC (D. Del.)

Defendants' Trial Exhibit List

| Ex. No. | Description | Doc Date | Beginning Bates | Ending Bates | Objections | Admitted |
|---------|-------------|----------|-----------------|--------------|-----------|----------|
| DTX-373 | ████████████████████████ | 1/12/2005 | VNDHTLZ 02681047 | VNDHTLZ 02681050 | | |
| DTX-374 | Singh et al., "Factors Influencing the Application of Literature Methods Towardd the Preparation of a Chiral trans-Cyclopropane Carboxylic Acid Intermediate During Development of a Melatonin Agonist" | | VNDHTLZ 02681051 | VNDHTLZ 02681079 | | |
| DTX-375 | Email from John Wetzel to Natalie Platt re "New impurity in the Drug Substance" | 3/19/2013 | VNDHTLZ 01105601 | VNDHTLZ 01105602 | | |
| DTX-376 | "3.2.S.4 Control of Drug Substance [Tasimelteon, ████████ .]" from Vanda NDA 205677 | | VNDHTLZ 00489570 | VNDHTLZ 00489572 | | |
| DTX-377 | "3.2.S.4 Control of Drug Substance [Tasimelteon, ████████ .]" from Vanda NDA 205677 | | VNDHTLZ 00808239 | VNDHTLZ 00808260 | | |
| DTX-378 | "3.2.S.7 Stability [Tasimelteon, ████████████████ from Vanda NDA 205677 | | VNDHTLZ 00446860 | VNDHTLZ 00446976 | | |
| DTX-379 | "2.3.S Drug Substance [Tasimelteon, ████████████ .]" from Vanda NDA 205677 | | VNDHTLZ 00255740 | VNDHTLZ 00255821 | | |
| DTX-380 | "3.2.S.7 Stability [Tasimelteon, ████████████ .]" from Vanda NDA 205677 | | VNDHTLZ 00808275 | VNDHTLZ 00808376 | | |
| DTX-381 | Vanda Report re "Investigational Medicinal Product: VEC-162/Tasimelteon IND 54776 - Development Safety Update Report #2 - Period covered: 3 March 2011 - 2 March 2012" | 5/1/2012 | VNDHTLZ 01770778 | VNDHTLZ 01770942 | | |
| DTX-382 | ████████████████████ | | VNDHTLZ 02963143 | VNDHTLZ 02963144 | | |
| DTX-383 | Vanda letter and attachments to FDA re "Briefing Book for Type B Meeting for CMC Pre-NDA Meeting" | 9/13/2012 | VNDHTLZ 00044279 | VNDHTLZ 00044369 | | |
| DTX-384 | Vanda's Supplemental Objections and Responses to Defendants' First Set of Joint Interrogatories to Vanda (Nos. 1-4, 6-8, and 10) | 12/17/2019 | | | | |
| DTX-385 | ████████████████ " | 8/3/2012 | VNDHTLZ 00963592 | VNDHTLZ 00963595 | | |
| DTX-386 | Hetlioz® Label | Dec-20 | | | | |
| DTX-387 | Vanda Report re "Tasimelteon VP-VEC-162-1107 - An Open-Label, Single Dose, Parallel Group Study to Assess the Effects of Smoking Status, Age and Body Size on the Pharmacokinetics, Safety, and Tolerability of Tasimelteon in Healthy Volunteers" | 1/23/2013 | VNDHTLZ 00411884 | VNDHTLZ 00412236 | | |
| DTX-388 | Email from Louis Licamele to Mihael H. Polymeropoulos et al. re ████████████████ | 10/18/2013 | VNDHTLZ 00016792 | VNDHTLZ 00016793 | | |

Vanda Pharmaceuticals Inc. v. Teva Pharmaceuticals USA, Inc. et al.

18cv651-CFC (D. Del.)

Defendants' Trial Exhibit List

| Ex. No. | Description | Doc Date | Beginning Bates | Ending Bates | Objections | Admitted |
|---------|-------------|----------|-----------------|--------------|------------|----------|
| DTX-389 | Email from Derek Xiao to Louis Licamele et al. re ▮▮▮▮ | 10/24/2013 | VNDHTLZ 00940815 | | | |
| DTX-390 | Vanda draft "Response to October 17, 2013, Clinical Team Request" | | VNDHTLZ 00940816 | VNDHTLZ 00940819 | | |
| DTX-391 | Vanda's Objections and Responses to Defendants' First Set of Joint Interrogatories to Vanda (Nos. 1-10) | 7/2/2019 | | | | |
| DTX-392 | WO 2015/123389 | 8/20/2015 | VNDHTLZ 00010869 | VNDHTLZ 00010903 | | |
| DTX-393 | Letter from Appleyard Lees IP LLP to European Patent Office re Vanda Pharmaceutical Inc.'s European Patent Application | 1/15/2018 | SWINTON 00000002 | SWINTON 00000013 | | |
| DTX-394 | "Sleep Disorder (Sedative-Hypnotic) Drug Information" from www.fda.gov | | | | | |
| DTX-395 | Email from Steven Lockley to Marlene Dressman et al. re criticisms from New England Journal of Medicine | 6/6/2014 | VNDHTLZ 01906975 | VNDHTLZ 01906979 | | |
| DTX-396 | Supplement to Lockley et al., Tasimelteon for non-24-hour sleep-wake disorder in totally blind people (SET and RESET): two multicentre, randomised, double-masked, placebo-controlled phase 3 trials, www.thelancet.com (2015) | | VNDHTLZ 01643629 | VNDHTLZ 01643644 | | |
| DTX-397 | CV of Jonathan Emens, M.D. | 8/27/2021 | | | | |
| DTX-398 | CV of David J. Greenblatt, M.D. | 12/21/2020 | | | | |
| DTX-399 | CV of Deborah A. Jaskot | 3/30/2020 | | | | |
| DTX-400 | CV of DeForest McDuff, Ph.D. | 11/1/2021 | | | | |
| DTX-401 | CV of Robert B. Perni, Ph.D. | 8/27/2021 | | | | |
| DTX-402 | CV of John Weyl Winkelman | 2/16/2021 | | | | |
| DTX-403 | Barr, David K. (2007), "Patentability of Active Pharmaceutical Ingredients," from PLI's Course Handbook Developments in Pharmaceutical and Biotech Patent Law #17180, adapted from Chapter 7 of PLI's Pharmaceutical and Biotech Patent Law, http://www.pli.edu/emktg/toolbox/patpharm_ing36.doc | 2007 | TASI-DEF-0003094 | TASI-DEF-0003145 | | |
| DTX-404 | e-CFR, Electronic Code of Federal Regulations, §316.20 | 8/4/2020 | TASI-DEF-0003661 | TASI-DEF-0003670 | | |
| DTX-405 | Grabowski, Henry, et al. (2012), "Does Generic Entry Always Increase Welfare?," Food and Drug Law Journal 67(3):373-391 | 2012 | TASI-DEF-0014312 | TASI-DEF-0014331 | | |
| DTX-406 | Mayo Clinic, "Jet lag disorder," https://www.mayoclinic.org/diseases-conditions/jetlag/ symptoms-causes/syc-20374027 (accessed 3/24/2020) | 3/24/2020 | TASI-DEF-0014822 | TASI-DEF-0014829 | | |

Vanda Pharmaceuticals Inc. v. Teva Pharmaceuticals USA, Inc. et al.

18cv651-CFC (D. Del.)

Defendants' Trial Exhibit List

| Ex. No. | Description | Doc Date | Beginning Bates | Ending Bates | Objections | Admitted |
|---|---|---|---|---|---|---|
| DTX-407 | Murray, Fiona et al. (2016), "Of Mice and Academics: Examining the Effect of Openness on Innovation," American Economic Journal: Economic Policy 8(1):212-252 | 2016 | TASI-DEF-0014859 | TASI-DEF-0014900 | | |
| DTX-408 | National Organization for Rare Disorders, "Smith Magenis Syndrome," https://rarediseases.org/rare-diseases/smith-magenis-syndrome/ (accessed 3/24/2020) | 3/24/2020 | TASI-DEF-0015070 | TASI-DEF-0015074 | | |
| DTX-409 | Robbins, Richard L. (1963), "Subtests of 'Nonobviousness': A Nontechnical Approach to Patent Validity," University of Pennsylvania Law Review Vol.112:1169-1184 | 1963 | TASI-DEF-0022118 | TASI-DEF-0022133 | | |
| DTX-410 | Declaration regarding publication of Clinical Trials | | | | | |
| DTX-411 | Chinese Patent Appl. No. CN 103087019, Translation | | TASI-DEF-0000991 TASI-DEF_TRANSLATION0000582 | TASI-DEF-0001005 TASI-DEF_TRANSLATION0000588 | | |
| DTX-412 | Attachment B-1 to the Expert Report of DeForest McDuff, Ph.D. - Hetlioz FDA Orange Book Patents | 8/14/2020 | | | | |
| DTX-413 | Attachment B-2 to the Expert Report of DeForest McDuff, Ph.D. - Hetlioz Sought Indications | 8/14/2020 | | | | |
| DTX-414 | Attachment D-1 to the Expert Report of DeForest McDuff, Ph.D. - Hetlioz NPV: All R&D (based on Grabowski Ex. 5) | 8/14/2020 | | | | |
| DTX-415 | Attachment D-5 to the Expert Report of DeForest McDuff, Ph.D. - Hetlioz NPV: Risk-Adjusted (Probability of Phase Transitions) | 8/14/2020 | | | | |
| DTX-416 | Attachment B-1 (Updated) to the Supplemental Expert Report of DeForest McDuff, Ph.D. - Hetlioz FDA Orange Book Patents | 11/1/2021 | | | | |
| DTX-417 | Attachment D-1 (Updated) to the Supplemental Expert Report of DeForest McDuff, Ph.D. - Hetlioz NPV: All R&D (based on Third Grabowski Report, Ex. D) | 11/1/2021 | | | | |
| DTX-418 | Attachment D-5 (Updated) to the Supplemental Expert Report of DeForest McDuff, Ph.D. - Hetlioz NPV: Risk-Adjusted (Probability of Phase Transitions) | 11/1/2021 | | | | |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VANDA PHARMACEUTICALS INC., | |
| Plaintiff, | |
| v. | C.A. No. 18-651-CFC (Consolidated) |
| TEVA PHARMACEUTICALS USA, INC., et al., | |
| Defendants. | |

**Exhibit 12 – Joint Trial Exhibit List**

FOR THE DISTRICT OF DELAWARE

C.A. No. 18-00651-CFC

Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| | | **Joint Trial Exhibit List** | | | |
|---|---|---|---|---|---|
| **Exhibit Number** | **Date** | **Description** | **Beginning Bates Number** | **Ending Bates Number** | **Admitted** |
| 1 | 4/17/2018 | U.S. Patent No. RE46,604 | VNDHTLZ 00000001 | VNDHTLZ 00000042 | |
| 2 | 8/13/2019 | U.S. Patent No. 10,376,487 | VNDHTLZ 03092221 | VNDHTLZ 03092224 | |
| 3 | 10/22/2019 | U.S. Patent No. 10,449,176 | VNDHTLZ 03093930 | VNDHTLZ 03093965 | |
| 4 | 4/7/2020 | U.S. Patent No. 10,610,511 | VNDHTLZ 03102604 | VNDHTLZ 03102608 | |
| 5 | 12/11/2018 | U.S. Patent No. 10,149,829 | VNDHTLZ 02592595 | VNDHTLZ 02592629 | |
| 6 | 8/15/2017 | U.S. Patent No. 9,730,910 | VNDHTLZ 00000159 | VNDHTLZ 00000199 | |

FOR THE DISTRICT OF DELAWARE
C.A. No. 18-00651-CFC
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| Exhibit Number | Date | Description | Beginning Bates Number | Ending Bates Number | Admitted |
|---|---|---|---|---|---|
| 7 | 6/23/2015 | U.S. Patent No. 9,060,995 | VNDHTLZ 00000043 | VNDHTLZ 00000076 | |
| 8 | 1/10/2017 | U.S. Patent No. 9,539,234 | VNDHTLZ 00000077 | VNDHTLZ 00000117 | |
| 9 | 1/24/2017 | U.S. Patent No. 9,549,913 | VNDHTLZ 00000118 | VNDHTLZ 00000158 | |
| 10 | 1/2/2018 | U.S. Patent No. 9,855,241 | VNDHTLZ 00000200 | VNDHTLZ 00000235 | |
| 11 | 9/10//2018 | U.S. Patent No. 5,856,529 | TASI-DEF-0000808 | TASI-DEF-0000832 | |
| 12 | 2/24/2016 | File History of U.S. Patent No. RE46604 | VNDHTLZ 00000270 | VNDHTLZ 00001053 | |
| 13 | 6/11/2014 | File History of U.S. Patent No. 9,060,995 | VNDHTLZ 00001054 | VNDHTLZ 00002103 | |
| 14 | 4/16/2015 | File History of U.S. Patent No. 9,539,234 | VNDHTLZ 00002104 | VNDHTLZ 00002760 | |
| 15 | 7/24/2014 | File History of U.S. Patent No. 9,549,913 | VNDHTLZ 00002761 | VNDHTLZ 00004916 | |
| 16 | 10/9/2014 | File History of U.S. Patent No. 9,730,910 | VNDHTLZ 00004917 | VNDHTLZ 00006384 | |
| 17 | 12/14/2016 | File History of U.S. Patent No. 9,855,241 | VNDHTLZ 00006385 | VNDHTLZ 00006763 | |
| 18 | 2/25/2020 | File History of U.S. Patent No. 10,071,977 | VNDHTLZ 00010621 | VNDHTLZ 00011040 | |
| 19 | 12/16/2016 | File History of U.S. Patent No. 10,149,829 | VNDHTLZ 00011225 | VNDHTLZ 00011659 | |
| 20 | 10/10/2014 | File History of U.S. Patent No. 10,376,487 | VNDHTLZ 03090202 | VNDHTLZ 03091167 | |
| 21 | 11/26/2017 | File History of U.S. Patent No. 10,449,176 | VNDHTLZ 03091168 | VNDHTLZ 03091750 | |
| 22 | 7/19/2019 | File History of U.S. Patent No. 10,610,511 | VNDHTLZ 03100520 | VNDHTLZ 03100643 | |
| 23 | | File History of U.S. Patent No. 8,785,492 | VNDHTLZ 00006764 | VNDHTLZ 00007436 | |

FOR THE DISTRICT OF DELAWARE
C.A. No. 18-00651-CFC
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| Exhibit Number | Date | Description | Beginning Bates Number | Ending Bates Number | Admitted |
|---|---|---|---|---|---|
| 24 | 1/26/2012 | Provisional Application 61/590,974 | VNDHTLZ 00007437 | VNDHTLZ 00007464 | |
| 25 | 10/2019 | HETLIOZ (tasimelteon) capsules 20 mg, Label | VNDHTLZ 03081676 | VNDHTLZ 03081686 | |
| 26 | 12/2020 | Hetlioz (Tasimelteon) Capsules 20 Mg, Label | VNDHTLZ 03095123 | VNDHTLZ 03095144 | |
| 27 | 7/24/2018 | Tasimelteon Capsules 20 MG Label | TEVA_TAS-000018765 | TEVA_TAS-000018774 | |
| 28 | 12/1/2020 | Tasimelteon Capsules 20 MG Label | TEVA_TAS-000090482 | TEVA_TAS-000090491 | |

FOR THE DISTRICT OF DELAWARE
C.A. No. 18-00651-CFC
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| Exhibit Number | Date | Description | Beginning Bates Number | Ending Bates Number | Admitted |
|---|---|---|---|---|---|
| 29 | 10/1/2019 | Tasimelteon Capsule 20MG Label | APO-TASI-0131331 | APO-TASI-0131341 | |
| 30 | 4/1/2019 | Tasimelteon Capsule 20MG Label | APO-TASI-0129448 | APO-TASI-0129458 | |
| 31 | 2/1/2021 | Tasimelteon Capsule 20MG Label | APO-TASI-0131610 | APO-TASI-0131621 | |
| 32 | 10/1/2019 | 3 Way Labeling Comparison Prescribing Information | APO-TASI-0131352 | APO-TASI-0131368 | |
| 33 | 7/22/2005 | Rozerem® Label (Including Revisions Thereto) | TASI-DEF-0001767 | TASI-DEF-0001790 | |
| 34 | 1/2018 | Manufacture, Tasimelteon Capsules | APO-TASI-0001466 | APO-TASI-0001470 | |
| 35 | 1/2018 | Manufacture, Tasimelteon Capsules | APO-TASI-0001497 | APO-TASI-0001498 | |
| 36 | 1/2018 | Manufacture, Tasimelteon, Apotex Pharmachem Inc. | APO-TASI-0002429 | APO-TASI-0002429 | |
| 37 | 1/30/2018 | Patent Certification Statement: Paragraph IV Certification - Abbreviated New Drug Application for Tasimelteon Capsules, 20 mg | APO-TASI-0000402 | APO-TASI-0000403 | |

FOR THE DISTRICT OF DELAWARE
C.A. No. 18-00651-CFC
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| Exhibit Number | Date | Description | Beginning Bates Number | Ending Bates Number | Admitted |
|---|---|---|---|---|---|
| 38 | 11/15/2018 | Patent Certification Statement: Paragraph IV Certification - Abbreviated New Drug Application for Tasimelteon Capsules, 20 mg | APO-TASI-0129294 | APO-TASI-0129294 | |
| 39 | 2/27/2019 | Patent Certification Statement: Paragraph IV Certification - Abbreviated New Drug Application for Tasimelteon Capsules, 20 mg | APO-TASI-0129397 | APO-TASI-0129397 | |
| 40 | 11/21/2019 | Patent Certification Statement: Paragraph IV Certification - Abbreviated New Drug Application for Tasimelteon Capsules, 20 mg | APO-TASI-0131388 | APO-TASI-0131388 | |
| 41 | 12/6/2019 | Patent Certification Statement: Paragraph IV Certification - Abbreviated New Drug Application for Tasimelteon Capsules, 20 mg | APO-TASI-0131422 | APO-TASI-0131422 | |
| 42 | 5/16/2017 | Apotex Drug Master File on Tasimelteon | APO-TASI-0006719 | APO-TASI-0008492 | |
| 43 | | Summary Of Product Characteristics, Circadin | TASI-DEF-0002568 | TASI-DEF-0002593 | |
| 44 | 4/10/2017 | Specification and Certificate of Analysis | APO-TASI-0111964 | APO-TASI-0111967 | |
| 45 | 1/31/2018 | Tasimelteon Capsules - Control of Drug Product | APO-TASI-0000952 | APO-TASI-0000955 | |
| 46 | 8/8/2018 | Specification and Certificate of Analysis - Tasimelteon Capsules 20MG | APO-TASI-0129596 | APO-TASI-0129598 | |

FOR THE DISTRICT OF DELAWARE

C.A. No. 18-00651-CFC

Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| Exhibit Number | Date | Description | Beginning Bates Number | Ending Bates Number | Admitted |
|---|---|---|---|---|---|
| 47 | 1/31/2018 | Tasimelteon, Justification of Specification | APO-TASI-0001777 | APO-TASI-0001784 | |
| 48 | 1/31/2018 | 3.2.S .2.2 Description of Manufacturing Process and Process Controls | APO-TASI-0002432 | APO-TASI-0002434 | |
| 49 | 1/31/2018 | Apotex Report: Validation of Test Method TASI-IMP-20-SG Issue #1 for Degradation Products of Tasimelteon Capsules 20 mg | APO-TASI-0000969 | APO-TASI-0001144 | |
| 50 | 11/2017 | Pharmaceutical Development Report Tasimelteon Capsules 20 mg | APO-TASI-0001538 | APO-TASI-0001626 | |
| 51 | 1/31/2018 | Report: Validation of Test Method Tasi-Ds-22-Sg Issue #1 for Related Compounds of Tasimelteon Drug Substance | APO-TASI-0002141 | APO-TASI-0002307 | |
| 52 | 10/20/2017 | Clinical Study Report - TASI-IMCP-05SB01-2FA | APO-TASI-0003218 | APO-TASI-0003301 | |
| 53 | 11/7/2012 | Clinical Trials: Study NCT01163032 | VNDHTLZ 00027626 | VNDHTLZ 00027630 | |
| 54 | 6/3/2009 | Clinical Study Report for VP-VEC-162-1104, Vanda Pharmaceuticals Inc. | VNDHTLZ 00104112 | VNDHTLZ 00104115 | |
| 55 | 5/18/2009 | Report for Vanda Protocol No. VP-VEC-162-1101 ▇▇▇▇▇▇▇▇▇▇▇. | VNDHTLZ 00107334 | VNDHTLZ 00107639 | |
| 56 | 12/17/2007 | Clinical Study Report for VP-VEC-162-1102, Vanda Pharmaceuticals Inc. | VNDHTLZ 00403884 | VNDHTLZ 00404033 | |

FOR THE DISTRICT OF DELAWARE
C.A. No. 18-00651-CFC
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| Exhibit Number | Date | Description | Beginning Bates Number | Ending Bates Number | Admitted |
|---|---|---|---|---|---|
| 57 | 4/24/2013 | Clinical Study Report Addendum- VP-VEC-162-1103 - A Double-Blind Randomized Cross-Over Trial to Define the ECG Effects of VEC-162 Using a Clinical and a Supratherapeutic Dose Compared to Placebo and Moxifloxacin (A Positive Control) in Healthy Men and Women: A Thorough ECG Trial | VNDHTLZ 00422161 | VNDHTLZ 00422811 | |
| 58 | 4/29/2013 | Clinical Study Report - Tasimelteon VP-VEC-162-3201- A Multicenter, Randomized, Double-Mask, Placebo-Controlled, Parallel Study to Investigate the Efficacy and Safety of 20 MG Tasimelteon Versus Placebo in Totally Blind Subjects with N24HSWD Follwed by and Ole Phase | VNDHTLZ 00425137 | VNDHTLZ 00426247 | |
| 59 | 4/29/2013 | Vanda Clinical Study Report "Tasimelteon VP-VEC-162-3203 A Randomized Withdrawal Study to Demonstrate the Maintenance of Effect of 20 mg Tasimelteon in the Treatment of N24HSWD" | VNDHTLZ 00254220 | VNDHTLZ 00254313 | |
| 60 | 10/2/2000 | Report for Protocol No. CN116-003 | VNDHTLZ 01295579 | VNDHTLZ 01295582 | |
| 61 | 2/16/1999 | Report for Protocol No. CN116-001 | VNDHTLZ 01319894 | VNDHTLZ 01320002 | |
| 62 | 12/14/1999 | Report for Protocol No. CN116-004 | VNDHTLZ 01320586 | VNDHTLZ 01320709 | |
| 63 | 11/19/2009 | Letter From J. Feeney To Dr. Cote Re: Vec-162/Tasimelteon Non-24 Hour Sleep-Wake Disorder In Blind Individuals Without Light Perception Request For Orphan Drug Designation | VNDHTLZ 01199450 | VNDHTLZ 01199481 | |
| 64 | 1/6/2011 | Letter from R. Katz to G. Birznieks re: Investigational New Drug Application (IND) | VNDHTLZ 00393053 | VNDHTLZ 00393062 | |
| 65 | 11/28/2012 | Letter from R. Katz to M. Dressman re Advice/Information Request | VNDHTLZ 00013093 | VNDHTLZ 00013095 | |

FOR THE DISTRICT OF DELAWARE
C.A. No. 18-00651-CFC
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| Exhibit Number | Date | Description | Beginning Bates Number | Ending Bates Number | Admitted |
|---|---|---|---|---|---|
| 66 | 10/13/2011 | Letter from M. Dressman to R. Katz re IND 54, 776 — Serial No. 138 VEC462/tasimelteon General Correspondence: Briefing Book for Type A Meeting for VP-VEC- / 62-3203 | VNDHTLZ 02683478 | VNDHTLZ 02683539 | |
| 67 | 6/8/2012 | Letter from R. Katz to M. Dressman re Advice/Information Request | VNDHTLZ 01924705 | VNDHTLZ 01924707 | |
| 68 | 8/16/2013 | Letter From A. Crerar To P. Teitell Re Pre Approval Inspection For Tasimelteon (Vec-162) | VNDHTLZ 01160824 | VNDHTLZ 01160839 | |
| 69 | 8/10/2017 | Letter from L. Brownell to FDA re: Amendment, eCTD, Type II Drug Master File No. 031843 | APO-TASI-0008790 | APO-TASI-0009152 | |
| 70 | 4/2/2018 | Letter from K. Krishnan to Vanda Pharmaceuticals, Inc. re: Apotex proprietary information regarding its proposed Tasimelteon Product | | | |
| 71 | 2/27/2019 | Letter from K. Krishnan to Vanda Pharmaceuticals, Inc. re Tasimelteon, 20mg: Notification of Certification of Noninfringement, Invalidity and/or Unenforcability of US Patent No. 10,149,829 pursuant to 505(j)(2)(b)(iv) of the Federal Food, Drug, and Cosmetic Act | | | |
| 72 | 11/15/2018 | Letter from K. Krishnan to Vanda Pharmaceuticals, Inc. re: Apotex's proprietary information concerning its proposed Tasimelteon oral capsule product. | | | |
| 73 | 4/5/2014 | ▇▇▇▇▇▇▇▇▇▇ | APO-TASI-0010895 | APO-TASI-0010927 | |
| 74 | 3/1/2018 | ▇▇▇▇▇▇▇▇▇▇ | APO-TASI-0025291 | APO-TASI-0025305 | |

FOR THE DISTRICT OF DELAWARE
C.A. No. 18-00651-CFC
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| Exhibit Number | Date | Description | Beginning Bates Number | Ending Bates Number | Admitted |
|---|---|---|---|---|---|
| 75 | 2/11/2016 | | APO-TASI-0027425 | APO-TASI-0027441 | |
| 76 | 2/5/2018 | | APO-TASI-0028597 | APO-TASI-0028676 | |
| 77 | 6/13/2017 | | APO-TASI-0101398 | APO-TASI-0101415 | |
| 78 | 4/6/2015 | | APO-TASI-0120463 | APO-TASI-0120548 | |
| 79 | 4/7/2006 | Email from M. Anand to C. Douglas re VEC-162 Proposal | VNDHTLZ 01164602 | VNDHTLZ 01164611 | |
| 80 | 10/23/2015 | | APO-TASI-0116235 | APO-TASI-0116256 | |
| 81 | 9/14/2016 | | APO-TASI-0130137 | APO-TASI-0130729 | |
| 82 | 1/23/2014 | Center For Drug Evaluation And Research, Application Number 205677Orig1S000, Summary Review | VNDHTLZ 00031466 | VNDHTLZ 00031476 | |
| 83 | 1/23/2014 | Center for Drug Evaluation and Research, Application Number 205677Orig1S000, Summary Review | VNDHTLZ 00999355 | VNDHTLZ 00999365 | |
| 84 | 1/31/2014 | Center for Drug Evaluation and Research, Application Number 205677Orig1S000, Office Director Memo | VNDHTLZ 00819675 | VNDHTLZ 00819684 | |
| 85 | 7/30/2013 | Medical Review Application Number 205677Origis000 | VNDHTLZ 01671784 | VNDHTLZ 01671934 | |
| 86 | 7/17/2017 | | APO-TASI-0098694 | APO-TASI-0098819 | |

FOR THE DISTRICT OF DELAWARE
C.A. No. 18-00651-CFC
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| Exhibit Number | Date | Description | Beginning Bates Number | Ending Bates Number | Admitted |
|---|---|---|---|---|---|
| 87 | 1/2000 | Hartter I, S., et al. *Increased Bioavailability Of Oral Melatonin After Fluvoxamine Coadministration*, Clinical Pharmacology & Therapeutics, Vo. 67 No. 1, January 2000 | TASI-DEF-0000011 | TASI-DEF-0000016 | |
| 88 | 4/2001 | Hartter, Differential Effects Of Fluvoxamine And Other Antidepressants On The Biotransformation Of Melatonin, Journal Of Clinical Psychopharmacology, Vol. 21 No. 2 | TASI-DEF-0000091 | TASI-DEF-0000098 | |
| 89 | 11/21/2002 | Vacharajani, Preclinical Pharmacokinetics And Metabolism Of Bms-214,778, A Novel Melatonin Receptor Agonist, Journal Of Pharmaceutical Sciences, Vol. 92, No. 4, April 2003 | TASI-DEF-0000017 | TASI-DEF-0000029 | |
| 90 | 5/17/2010 | Obach, *Metabolism Of Ramelteon In Human Liver Microsomes And Correlation With The Effect Of Fluvoxamine On Ramelteon Pharmacokinetics*, The American Society For Pharmacology And Experimental Therapeutics Vol. 38 No. 8 | TASI-DEF-0000099 | TASI-DEF-0000109 | |
| 91 | 2011 | Pandi-Perumal, *Pharmacotherapy Of Insomnia With Ramelteon: Safety, Efficacy And Clinical Applications*, Journal Of Central Nervous System Disease 2011:3 51-65 | TASI-DEF-0000192 | TASI-DEF-0000206 | |
| 92 | 2010 | Ferguson, S., et al. *Melatonin agonists and insomnia*, Expert Rev. Neurother, 2010 | TASI-DEF-0000219 | TASI-DEF-0000232 | |
| 93 | 8/1/2007 | Lynch and Price, *The Effect of Cytochrome P450 Metabolism on Drug Response, Interactions, and Adverse Effects*, AAFP Volume 76 Number 3 | TASI-DEF-0000673 | TASI-DEF-0000678 | |

FOR THE DISTRICT OF DELAWARE

C.A. No. 18-00651-CFC

Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| Exhibit Number | Date | Description | Beginning Bates Number | Ending Bates Number | Admitted |
|---|---|---|---|---|---|
| 94 | 1/2010 | Greenblatt and Moltke, *Clinical Studies of Drug-Drug Interactions: Design and Interpretation*, In Enzyme and Transporter Based Drug-Drug Interactions: Progress and Future Challenges, Springer | TASI-DEF-0001634 | TASI-DEF-0001658 | |
| 95 | 2011 | Greenblatt, *Introduction to Drug-Drug Interactions,* Infectious Disease, Springer | TASI-DEF-0001659 | TASI-DEF-0001669 | |
| 96 | 2017 | Greenblatt, *Mechanisms and Consequences of Drug-Drug Interactions*, Clinical Pharamcology in Drug Development 2017,6(2) | TASI-DEF-0001670 | TASI-DEF-0001676 | |
| 97 | 8/13/2014 | HETLIOZ Solutions™ & Case Management – FIELD USE | VNDHTLZ 00381962 | VNDHTLZ 00381968 | |
| 98 | 9/30/2013 | Tasimelteon Commercial Launch Plan, Vanda Pharmaceuticals Inc. | VNDHTLZ 00961821 | VNDHTLZ 00961925 | |
| 99 | 2/26/2004 | License, Development and Commercialization Agreement by and between BMS and Vanda | VNDHTLZ 00977439 | VNDHTLZ 00977495 | |
| 100 | 8/15/2004 | Amended and Restated License Development and Commercialization Agreement by and between Bristol-Myers Squibb Company and Vanda Pharmaceuticals | VNDHTLZ 00977276 | VNDHTLZ 00977328 | |
| 101 | 2/26/2004 | License, Development and Commercialization Agreement between Vanda Pharmaceuticals Inc. and Bristol-Myers Squibb Company | VNDHTLZ 00977382 | VNDHTLZ 00977438 | |
| 102 | 4/1997 | Preclinical Lead Profile, Sleep/Melatonin Program BMS-214778, CNS Drug Discovery | VNDHTLZ 01191756 | VNDHTLZ 01191791 | |
| 103 | 5/21/2012 | Torres and Schreffler, *Tasimelteon Amendment No. 9/U.S.to VP-VEC-162-3201 A Multicenter, Randomized, Double-Mask, Placebo-Controlled, Parallel Study to Investigate the Efficacy and Safety of 20 MG Tasimelteon Versus Placebo in Totally Blind Subjects with N24HSWD Followed by an Ole Phase* | VNDHTLZ 01203613 | VNDHTLZ 01203711 | |

FOR THE DISTRICT OF DELAWARE
C.A. No. 18-00651-CFC
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| Exhibit Number | Date | Description | Beginning Bates Number | Ending Bates Number | Admitted |
|---|---|---|---|---|---|
| 104 | 11/14/2013 | Vanda Tasimelteon Advisory Committee Meeting Briefing Materials | VNDHTLZ 01207629 | VNDHTLZ 01207745 | |
| 105 | 6/23/2017 | Conceptual economic model for HETLIOZ® (Tasimelteon) with HTA feasibility assessment using this conceptual model, Tolley Health Economics | VNDHTLZ 01210112 | VNDHTLZ 01210173 | |
| 106 | 5/5/2015 | HETLIOZ® Brand Update | VNDHTLZ 01234846 | VNDHTLZ 01234978 | |
| 107 | 4/17/2008 | Tasimelteon Business Plan – Commercial Evaluation Drafts, Vanda Pharmaceuticals Inc. | VNDHTLZ 01352648 | VNDHTLZ 01352780 | |
| 108 | 10/18/2013 | Peripheral and Central Nervous System (PCNS) Drugs Advisory Committee - Tasimelteon (melatonin agonist) | VNDHTLZ 01670659 | VNDHTLZ 01670861 | |
| 109 | 2/13/2004 | Assessment of BMS-214778 for in-licensing | VNDHTLZ 01724630 | VNDHTLZ 01724644 | |
| 110 | 10/10/2003 | Vanda Pharmaceuticals Presentation, BMS-214778, Presented to NDA Partners | VNDHTLZ 01756838 | VNDHTLZ 01756879 | |
| 111 | 12/9/2003 | Polymeropulos Presentation on BMS-214778 Melatonin Agonist for the Treatment of Circadian Rhythm Disorders | VNDHTLZ 01757522 | VNDHTLZ 01757561 | |
| 112 | 6/25/2014 | Educational Grant Request Proposal – Non-24 Hour Sleep-Wake Disorder: Assessing the Evolving Approaches to Diagnosis and Treatment, Vanda Pharmaceuticals Inc. | VNDHTLZ 01891980 | VNDHTLZ 01892006 | |
| 113 | 8/18/2014 | Promotional Messaging Guidebook, Hetlioz, Presentation | VNDHTLZ 01946510 | VNDHTLZ 01946522 | |

FOR THE DISTRICT OF DELAWARE
C.A. No. 18-00651-CFC
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| Exhibit Number | Date | Description | Beginning Bates Number | Ending Bates Number | Admitted |
|---|---|---|---|---|---|
| 114 | 12/14/1999 | Clinical Study Report - BMS-274778 - A Placebo-Controlled, Double-Blind Study of Three Fixed Doses of BMS-214778 in the Treatment of Elderly Patients with Insomnia | VNDHTLZ 02059698 | VNDHTLZ 02059821 | |
| 115 | 4/9/2013 | IND #54,776 Submission No. 004 – Chemistry, Manufacturing and Controls | VNDHTLZ 02077830 | VNDHTLZ 02077906 | |
| 116 | 7/10/2001 | Lewy et al., *Capturing the circadian rhythms of free-running blind people with 0.5 mg melatonin* , Brain Research 918 (2001) | VNDHTLZ 02213579 | VNDHTLZ 02213583 | |
| 117 | 2/18/2014 | Align24 Non-24 Training Program Non-24 Market Dynamics, Vanda Pharmaceuticals Inc. | VNDHTLZ 02223242 | VNDHTLZ 02223283 | |
| 118 | 2/27/2004 | ███████████████ | VNDHTLZ 02456066 | VNDHTLZ 02456082 | |
| 119 | 3/11/2014 | Hetlioz Visual Aid Testing, Vanda Pharmaceuticals Inc. | VNDHTLZ 02479718 | VNDHTLZ 02479760 | |
| 120 | 4/4/2016 | Hetlioz® And Non-24 Circadian Sleep-Wake Disorder Onboarding Training Guide, Vanda Pharmaceuticals Inc | VNDHTLZ 02554034 | VNDHTLZ 02554045 | |
| 121 | 2002 | Lewy et al. Low, But Not High, Doses Of Melatonin Entrained A Free-Running Blind Person With A Long Circadian Period, Chronobiology International, 19(3), 649-658 (2002) | VNDHTLZ 02587615 | VNDHTLZ 02587626 | |

FOR THE DISTRICT OF DELAWARE
C.A. No. 18-00651-CFC
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| Exhibit Number | Date | Description | Beginning Bates Number | Ending Bates Number | Admitted |
|---|---|---|---|---|---|
| 122 | 6/19/2003 | ▉ | VNDHTLZ 02779170 | VNDHTLZ 02779188 | |
| 123 | 3/21/2004 | Vanda Pharmaceuticals Inc. Financing Presentation March 2004 | VNDHTLZ 02816641 | VNDHTLZ 02816693 | |
| 124 | 5/18/2010 | Zee et al. *Effects Of Ramelteon On Insomnia Symptoms Induced By Rapid Eastward Travel*, Sleep Medicine 11: (2010) 525-533 | VNDHTLZ 03009651 | VNDHTLZ 03009659 | |
| 125 | 7/2010 | Burgess et al. *Human Phase Response Curves to Three Days of Daily Melatonin: .5mg Versus 3.0 m*, (J Clin Endocrinol Metab 95: 3325-3331, 2010 | VNDHTLZ 03064037 | VNDHTLZ 03064043 | |
| 126 | 2/19/2019 | Vanda Pharmaceuticals Inc. Form 10-K | VNDHTLZ 03080244 | VNDHTLZ 03080354 | |
| 127 | 2008 | Burgess, H., et al., *A three pulse phase response curve to three milligrams of melatonin in humans*, J Physiol 586.2 (2008) | VNDHTLZ 03083160 | VNDHTLZ 03083169 | |
| 128 | 2/2012 | FDA, Guidance for the Industry - Drug Interaction Studies —Study Design, Data Analysis, Implications for Dosing, and Labeling Recommendation | VNDHTLZ 03083706 | VNDHTLZ 03083784 | |
| 129 | 2006 | Ogilvie et al. *Accelerated Communication Glucuronidation Converts Gemfibrozil to a Potent, Metabolism-Dependent Inhibitor of CYP2C8: Implications for Drug-Drug Interactions,* Drug Metabolism and Disposition | VNDHTLZ 03084052 | VNDHTLZ 03084058 | |
| 130 | 1996 | Pearce, *Identification Of The Human P450 Enzymes Involved In Lansoprazole Metabolism*, 277 Pharmacology And Experimental Therapeutics 805 | VNDHTLZ 03084279 | VNDHTLZ 03084290 | |

FOR THE DISTRICT OF DELAWARE

C.A. No. 18-00651-CFC

Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| Exhibit Number | Date | Description | Beginning Bates Number | Ending Bates Number | Admitted |
|---|---|---|---|---|---|
| 131 | 4/2012 | DiMasi, J. and H. Grabowski, R&D Costs and Returns to New Drug Development: A Review of the Evidence, The Oxford Handbook of the Economics of the Biopharmaceutical Industry, 2012, P. Danzon and S. Nicholson (Eds.), New York, NY: Oxford University Press, pp. 24–28 | VNDHTLZ 03084547 | VNDHTLZ 03084573 | |
| 132 | 2016 | DiMasi, J. et al., *Innovation in the Pharmaceutical Industry: New Estimates of R&D Costs,* Journal of Health Economics, 47, pp. 20–33, | VNDHTLZ 03084574 | VNDHTLZ 03084587 | |
| 133 | 2002 | Grabowski, H. et al.,  Returns on Research and Development for 1990s New Drug Introductions, Pharmacoeconomics, 20(3), pp. 11–29 | VNDHTLZ 03084626 | VNDHTLZ 03084644 | |
| 134 | 6/2008 | Grabowski, H.,  Follow-on Biologics: Data Exclusivity and the Balance Between Innovation and Competition, Nature Reviews: Drug Discovery, 7(6), pp. 479–488 | VNDHTLZ 03084645 | VNDHTLZ 03084654 | |
| 135 | 10/2018 | Orphan Drugs in the United States Growth Trends in Rare Disease Treatments, IQVIA Institute for Human Data Science, October 2018, | VNDHTLZ 03086980 | VNDHTLZ 03087013 | |
| 136 | 12/2006 | Neuvonen et al. Drug Interactions With Lipid-Lowering Drugs: Mechanisms And Clinical Relevance, 80 Clinical Pharmacology And Therapeutics 565 | VNDHTLZ 03089573 | VNDHTLZ 03089589 | |
| 137 | 4/11/1995 | Deacon And Arendt, Melatonin-Induced Temperature Suppression And Its Acute Phase-Shifting Effects Correlate In A Dose-Dependent Manner In Humans, 688 Brain Research 77 (1995) | VNDHTLZ 03089875 | VNDHTLZ 03089883 | |

FOR THE DISTRICT OF DELAWARE
C.A. No. 18-00651-CFC
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| Exhibit Number | Date | Description | Beginning Bates Number | Ending Bates Number | Admitted |
|---|---|---|---|---|---|
| 138 | 10/12/2000 | Arendt, Melatonin, Circadian Rhythms, And Sleep, 343 New England J. Med. 1114, 1115 (2000) | VNDHTLZ 03089940 | VNDHTLZ 03089944 | |
| 139 | 2006 | Yaron Dagan et al. Advanced, Delayed, Irregular, And Free-Running Sleep–Wake Disorders, In Sleep: A Comprehensive Handbook, 385 (Lee-Chiong, T., Ed. 2006). | VNDHTLZ 03090014 | VNDHTLZ 03090020 | |
| 140 | 2011 | Kathryn Reid & Phyllis Zee, Circadian Disorders Of The Sleep–Wake Cycle, In Principles And Practice Of Sleep Medicine 477 (5Th Ed. 2011) | VNDHTLZ 03090021 | VNDHTLZ 03090033 | |
| 141 | | Management Association | VNDHTLZ 03096350 | VNDHTLZ 03096352 | |
| 142 | 1/31/2018 | Quality Overall Summary | APO-TASI-0000067 | APO-TASI-0000176 | |
| 143 | 12/1/2015 | Emens et al. *Effect of Light and Melatonin and Other Melatonin Receptor Agonists on Human Circadian Physiology*, Sleep Med Clin. 2015 December; 10(4): 435-453 | VNDHTLZ 03083463 | VNDHTLZ 03083489 | |
| 144 | 10/2003 | Hack et al. The Effects Of Low-Dose 0.5-Mg Melatonin On The Free-Running Circadian Rhythms Of Blind Subjects, Journal Of Biological Rhythms, Vol. 18 No. 5, October 2003 | TASI-DEF-0000233 | TASI-DEF-0000242 | |
| 145 | 2000 | Lockley et al. Melatonin Administration Can Entrain The Free-Running Circadian System Of Blind Subjects, 164 Journal Of Endocrinology R1 (2000) | TASI-DEF-0001923 | TASI-DEF-0001928 | |

FOR THE DISTRICT OF DELAWARE
C.A. No. 18-00651-CFC
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| Exhibit Number | Date | Description | Beginning Bates Number | Ending Bates Number | Admitted |
|---|---|---|---|---|---|
| 146 | 10/12/2000 | Sack et al. Entrainment Of Free-Running Circadian Rhythms By Melatonin In Blind People, 343 The New England Journal Of Medicine 1070 (2000) | TASI-DEF-0001929 | TASI-DEF-0001936 | |
| 147 | 2015 | Auger et al. *Clinical Practice Guideline For The Treatment Of Intrinsic Circadian Rhythm Sleep-Wake Disorder: Advanced Sleep-Wake Phase Disorder (Aswpd), Delayed Sleep-Wake Phase Disorder (Dswpd), Non-24-Hour Sleep-Wake Rhythm Disorder (N24Swd), And Irregular Sleep-Wake Rhythm Disorder (ISWRD) An Update For 2015*, 11 Journal Of Clinical Sleep Medicine 1199-236 | VNDHTLZ 01243168 | VNDHTLZ 01243205 | |
| 148 | 2015 | Ogilvie et al. *Clinical Assessment Of Drug-Drug Interactions Of Tasimelteon, A Novel Dual Melatonin Receptor Agonist*, 55 The Journal of Clinical Pharmacology 1004 | VNDHTLZ 02118929 | VNDHTLZ 02118936 | |
| 149 | 1/31/2018 | Apotex 3.2.S.4.1 Specification - Tasimelteon - DMF #031843 (duplicate, marked in a different exhibit) | APO-TASI-0002423 | APO-TASI-0002423 | |
| 150 | 2/3/2020 | Letter to Apotex Corp. from S. Kurtz (FDA) re: ANDA Tentative Approval | APO-TASI-0131487 | APO-TASI-0131492 | |
| 151 | 7/3/2019 | Spreadsheet VNDA Long Range Plan - Cash P&L | VNDHTLZ 01190200 | VNDHTLZ 01190200 | |
| 152 | 7/1/2019 | Spreadsheet Vanda Pharmaceuticals Inc. - Hetlioz US Product P&L | VNDHTLZ 01190201 | VNDHTLZ 01190201 | |
| 153 | 12/11/2016 | Spreadsheet VNDA P&L - Consolidated GAAP | VNDHTLZ 01211630 | VNDHTLZ 01211630 | |
| 154 | 6/7/1999 | Report for Protocol No. CN116-002 | VNDHTLZ 01301956 | VNDHTLZ 01302256 | |

FOR THE DISTRICT OF DELAWARE
C.A. No. 18-00651-CFC
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| Exhibit Number | Date | Description | Beginning Bates Number | Ending Bates Number | Admitted |
|---|---|---|---|---|---|
| 155 | | Spreadsheet - Non R&D Data | VNDHTLZ 03081566 | VNDHTLZ 03081566 | |
| 156 | | Spreadsheet - Vanda Pretax Cashflow | VNDHTLZ 03081567 | VNDHTLZ 03081567 | |
| 157 | | Spreadsheet - Vanda P&L - Consolidated GAAP | VNDHTLZ 03081568 | VNDHTLZ 03081568 | |
| 158 | | Spreadsheet - Hetlioz-Non-24-US | VNDHTLZ 03081569 | VNDHTLZ 03081569 | |
| 159 | | Spreadsheet, Hetlioz Wave 2 | VNDHTLZ 03099377 | VNDHTLZ 03099377 | |
| 160 | | Spreadsheet, Hetlioz Wave 3 | VNDHTLZ 03102837 | VNDHTLZ 03102837 | |
| 161 | 2/28/2012 | Takeda Pharm. Co., A Randomized, Double-Blind, Placebo-Controlled, Parallel, Proof Of Concept Study To Evaluate The Effectiveness Of Ramelteon To Advance The Timing Of Sleep In Individuals With Delayed Sleep Phase Syndrome (Dsps), Nct00593736 | | | |
| 162 | 3/31/2020 | Surrogate Endpoint Resources for Drug and Biologic Development - FDA | | | |
| 163 | 2019 | Tubbs et al. Refractory Insomnia In An Adolescent With Total Blindness, 92 Yale Journal Of Biology And Medicine 201 (2019) | | | |
| 164 | 3/4/2017 | Australian Government Department of Health - Public Summary re: APO -MELATONIN MR melatonin 2 mg modified release tablet blister pack | | | |

FOR THE DISTRICT OF DELAWARE
C.A. No. 18-00651-CFC
Vanda Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc., et al.

| Exhibit Number | Date | Description | Beginning Bates Number | Ending Bates Number | Admitted |
|---|---|---|---|---|---|
| 165 | 3/4/2017 | Australian Government Department of Health - Public Summary re: MELATONIN MR APOTEX melatonin 2 mg modified release tablet blister pack | | | |
| 166 | 3/4/2017 | Australian Government Department of Health - Public Summary re: CHEMMART MELATONIN MR melatonin 2 mg modified release tablet blister pack | | | |
| 167 | 3/4/2017 | Australian Government Department of Health - Public Summary re: TERRY WHITE CHEMISTS MELATONIN MR melatonln 2 mg modified release tablet blister pack | | | |
| 168 | 3/4/2017 | Australian Government Department of Health - Public Summary re: BLOOMS THE CHEMIST MELATONIN MR melatonin 2 mg modified release tablet blister pack | | | |
| 169 | 10/2011 | FDA, Guidance for Industry: Warnings and Precautions, Contraindications, and Boxed Warning Sections of Labeling for Human Prescription Drug and Biological Products — Content and Format | | | |
| 170 | 1998 | Moltke et al. *In Vitro Approaches to Predicting Drug Interactions in Vivo*, Biochemical Pharmacology, Vol. 55, pp. 113-132 | | | |
| 171 | 8/16/2010 | Greenblatt et al. *Sources of Variability in Ketoconazole Inhibition of Human Cytochrome P450 3A in Vitro,* Xenobiotica, 40:10, 713-720 | | | |
| 172 | 7/7/1905 | Roth et al., "Prolonged Release Melatonin for Improving Sleep in Totally Blind Subjects: A pilot Placebo-Controlled Multicenter Trial," NATURE AND SCI. OF SLEEP 7:13-23 (2015) | TASI-DEF-0015132 | TASI-DEF-0015142 | |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

VANDA PHARMACEUTICALS INC.,

        Plaintiff,

    v.

TEVA PHARMACEUTICALS USA, INC., et al.,

        Defendants.

C.A. No. 18-651-CFC
(Consolidated)

**Exhibit 13 – Brief Statement of Intended
<u>Proofs in Support of Plaintiff's Claims</u>**

# **TABLE OF CONTENTS**

**Page**

I.      INTRODUCTION ..............................................................................1

II.     INFRINGEMENT OF THE ASSERTED PATENTS ....................................2

        A.      The Method-of-Treatment Claims ........................................2

III.    THE ASSERTED PATENTS ARE NOT INVALID....................................3

IV.     RELIEF ........................................................................................5

i

## I.     INTRODUCTION

1.      A brief statement of what Plaintiff Vanda Pharmaceuticals, Inc. ("Vanda") intends to prove in support of its claims at trial is set forth below.  This statement is not exhaustive, and Vanda reserves the right to prove any matters identified in the pleadings, in interrogatory and other discovery responses, in its expert reports, and in the accompanying statements of the facts and legal issues to be litigated at trial.

2.      Vanda may also provide additional proof(s) to rebut any alleged proof(s) offered by Defendants (i) Teva Pharmaceuticals USA, Inc. ("Teva") and (ii) Apotex Inc. and Apotex Corp. ("Apotex") (collectively, "Defendants") before and during trial, in response to rulings by the Court, or for other good cause.[1]

3.      At trial, Vanda will assert U.S. Patents RE46,604 (the "RE604 patent"); 9,539,234 (the "'234 patent"); 10,149,829 (the "'829 patent"); 9,730,910 (the "'910 patent"); 10,376,487 (the "'487 patent") (collectively, the "Asserted Method-of-Treatment Patents"); and 10,829,465 (the "'465 patent") (collectively, with the Asserted Method-of-Treatment Patents," the "the Asserted Patents").

---

[1]  Plaintiff reserves the right to revise its statement of intended proofs based on Defendants' revisions to the pretrial submissions, including the statement of uncontested facts or Defendants' statements of contested issues of law or fact.

## II.   INFRINGEMENT OF THE ASSERTED PATENTS

### A.   The Method-of-Treatment Claims

4.   Vanda will prove that Teva's submission of its Abbreviated New Drug Application No. 211601 to FDA, which includes its proposed tasimelteon drug substance and drug product and proposed labeling ("Teva's ANDA Product"), constitutes infringement of the Asserted Patents pursuant to 35 U.S.C. § 271(e)(2).

5.   Vanda will prove that Apotex's submission of its Abbreviated New Drug Application No. 211607 to FDA, which includes its proposed tasimelteon drug substance and drug product and proposed labeling ("Apotex's ANDA Product"), constitute infringement of the Asserted Patents pursuant to 35 U.S.C. § 271(e)(2).

6.   Vanda will prove by the preponderance of the evidence that Defendants will actively induce infringement of claim 3 of the RE604 patent; claim 4 of the '234 patent; claim 14 of the '829 patent; claim 4 of the '910 patent; and claim 5 of the '487 patent (collectively, the "Method-of-Treatment Claims") pursuant to 35 U.S.C. § 271(b) upon the sale and/or marketing of their ANDA Products.

7.   Vanda will prove by the preponderance of the evidence that Defendants will contribute to the infringement of the Method-of-Treatment Claims pursuant to 35 U.S.C. § 271(c) upon the sale and/or marketing of their ANDA Products.

8.      Vanda will prove by a preponderance of the evidence that Defendants'
ANDA Products will directly infringe claim 10 of the '465 patent pursuant to
35 U.S.C. § 271(a).

9.      Vanda will prove by a preponderance of the evidence that Defendants'
ANDA Products will infringe claim 10 of the '465 patent pursuant to 35 U.S.C.
§ 271(g).

## III.    THE ASSERTED PATENTS ARE NOT INVALID

10.      Vanda will show that a person of ordinary skill in the art relevant to
claim 3 of the RE604 patent is a person or persons or team of people with experience
treating individuals with circadian rhythm disorders, including a person or persons
or team of people qualified to prescribe medication, or a person or persons or team
of people with experience researching circadian rhythm disorders.

11.      Vanda will show that a person of ordinary skill in the art relevant to
claim 4 of the '234 patent; claim 14 of the '829 patent; claim 4 of the '910 patent;
and claim 5 of the '487 patent is a person or persons or team of people having (1) a
bachelor's degree and at least some laboratory experience in medicine, pharmacy,
pharmacology, or a related field such as biochemistry, with experience with drug
metabolism and/or drug-drug interactions, or at least some experience with
preclinical and/or clinical drug development; and (2) experience treating individuals
with circadian rhythm disorders, including a person or persons or team of people

3

qualified to prescribe medication, or experience researching circadian rhythm disorders.

12.    Vanda will show that a person of ordinary skill in the art relevant to claim 10 of the '465 patent is a person, persons, or team of people having a bachelor's degree in chemistry, organic chemistry, medicinal chemistry, chemical engineering, pharmaceutics, or a related discipline.

13.    Vanda has no burden of proof regarding Defendants' invalidity defenses, but will offer rebuttal evidence showing that Defendants will not be able to prove, by clear and convincing evidence, that any of the claims of the Asserted Patents are anticipated (including anticipated by prior use, sale, or offer for sale), obvious, lack written description, lack enablement, or lack proper inventorship.

14.    Vanda will also satisfy its burden of production on objective indicia of nonobviousness for the claims of the Asserted Patents.

15.    Vanda will further rebut Defendants' evidence concerning on sale bar, including by demonstrating that any alleged prior sale or offer for sale of products embodying the claims of the Asserted Patents was for the purpose of experimentation, qualified as an experimental use, and occurred as a means of furthering research.

16.     Vanda will further rebut Defendants' evidence by demonstrating that Defendants' asserted Clinical Trials reference reflects the experimental use of the subject matter of the Method-of-Treatment Claims.

## IV.   RELIEF

17.     Vanda will show that this is an "exceptional case" under 35 U.S.C. § 285.

18.     Vanda will show that it is entitled to an order that the effective date of any approval of Defendants' ANDA Products shall be a date not earlier than the expiration of the last-expiring patent held infringed and not invalid pursuant to 35 U.S.C. § 271(e)(4)(A).

19.     Vanda will show that it is entitled to injunctive relief against each Defendant to prevent the commercial manufacture, use, offer to sell, or sale within the united States of importation into the United States of Defendants' respective ANDA Products prior to the expiration date of the last-expiring patent held infringed and not invalid pursuant to 35 U.S.C. § 271(e)(4)(B).

20.     Vanda will show that it is entitled to a declaratory judgment that the commercial manufacture, use, offer for sale, sale and/or importation of Defendants' ANDA Products will infringe each asserted claim of the asserted patents, and that Defendants will induce infringement of each asserted claim of the Asserted Patents.

21.     Vanda will show that it is entitled to costs and/or attorneys' fees.

22.     Vanda will show that it is entitled to any other relief the Court may deem just and proper.

23.     To the extent necessary, Vanda will rebut any allegation by Defendants that they, or any of them, are entitled to costs and/or attorneys' fees.

24.     Vanda reserves the right to offer evidence in support of a claim of injunctive relief and will show that it is entitled to injunctive relief should Defendants contest such an injunction.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

VANDA PHARMACEUTICALS        )
INC.,                        )
                             )
          Plaintiff,         )
                             )     C.A. No. 18-651-CFC
     v.                      )     **CONSOLIDATED**
                             )
TEVA PHARMACEUTICALS USA,    )
INC.,                        )
                             )
          Defendant.         )

## EXHIBIT 14: DEFENDANTS' BRIEF
## STATEMENT OF INTENDED PROOFS

Pursuant to Local Rule 16.3(c)(9), Defendants Apotex Inc. and Apotex

Corp. (collectively, "Apotex") and Teva Pharmaceuticals USA, Inc. ("Teva")

(collectively, "Defendants") submit the following brief statement of the primary

matters Defendants intend to prove at trial. This statement is not exhaustive, and

Defendants reserve the right to prove any matter identified in their pleadings,

discovery responses, expert reports, and the accompanying statements of issues of

facts and issues of law that remain to be litigated at trial. Defendants may also

provide additional proof to rebut any proof offered by Plaintiff Vanda

Pharmaceuticals Inc. before and during trial, in response to rulings by the Court, or

for other good cause. Defendants reserve the right to modify or amend this

Statement to the extent necessary to reflect any future rulings by the Court, and to supplement or amend this Statement to fairly respond to any new issues that Plaintiff may raise. Defendants incorporate by reference their expert reports in support of any proof to be presented by expert testimony.

## I.   OVERVIEW OF NON-INFRINGEMENT

Plaintiff bears the burden of proving infringement by a preponderance of the evidence. Defendants will show that the products that are the subject of Teva's ANDA No. 211601 and Apotex's ANDA No. 211607 do not infringe:

- Claim 10 of U.S. Patent No. 10,829,465 ("the '465 patent");

- Claim 3 of U.S. Patent No. RE46,604 ("the '604 patent");

- Claim 4 of U.S. Patent No. 9,539,234 ("the '234 patent");

- Claim 14 of U.S. Patent No. 10,149,829 ("the '829 patent"); and

- Claim 4 of U.S. Patent No. 9,730,910 ("the '910 patent") (collectively, "Asserted Patents").

Plaintiff bears the burden of proving direct infringement by a preponderance of the evidence. Plaintiff cannot show by a preponderance of the evidence that Defendants' submissions to the U.S. Food & Drug Administration ("FDA") of ANDA Nos. 211601 and 211607 were acts of infringement of the claims of the Asserted Patents. Plaintiff also cannot show by a preponderance of the evidence that the manufacture, use, offer for sale, marketing, distribution and/or importation

2

of the proposed drug product described in ANDA Nos. 211601 and 211607 will infringe the claims of the Asserted Patents.

Plaintiff bears the burden of proving induced infringement, under 35 U.S.C. § 271(b), by a preponderance of the evidence. Plaintiff cannot show by a preponderance of the evidence that ███████████████████████. or ████████████████. will directly infringe the '465 patent or that patients and healthcare providers will directly infringe the remaining Asserted Patents.

Plaintiff bears the burden of proving contributory infringement, under 35 U.S.C. § 271(c), by a preponderance of the evidence. Plaintiff cannot show by a preponderance of the evidence that ███████████████████████. or ████████████████. will directly infringe the '465 patent or that patients and healthcare providers will directly infringe the remaining Asserted Patents.

The evidence of non-infringement of the '465 patent will consist primarily of Defendants' own documents and testimony by Defendants' expert, Dr. Robert Perni.

The evidence will show, *inter alia*, that:

1.  ███████████████████████████████████████████
███████████████████████████████████
████████████████████████████;

2. 

;

3.

;

4.

;

5.

.

The evidence of non-infringement of the remaining Asserted Patents will consist primarily of Defendants' own documents and testimony by Defendants' experts, Drs. Deborah Jaskot and John Winkelman.

The evidence will show, *inter alia*, that:

1. Defendants' labels do not instruct physicians to administer tasimelteon to entrain a patient's sleep-wake cycle, cortisol circadian rhythm, or melatonin circadian rhythm;

2. ████████████████████████████████████████

██████████████████████

3.    Plaintiff admits that using tasimelteon to entrain patients is not included in the Hetlioz® label (or Defendants' labels);

4.    Plaintiff's correspondence with FDA will show that Plaintiff proposed using entrainment as a primary endpoint for its clinical testing of tasimelteon and sought to include entrainment in the Hetlioz® label, but FDA rejected Plaintiff's proposals.

5.    Plaintiff's correspondence with FDA confirms that tasimelteon is indicated only for the treatment of clinical symptoms of Non-24, not entrainment; and

6. ███████████████████████████████████████

████████████████████████████████████████

█████████████████████████████████████

████████████████████████████.

## II.  **OVERVIEW OF INVALIDITY**

### A. Person of Ordinary Skill

Defendants intend to prove that a person of ordinary skill in the art as of the priority date for the '465 patent has the following background:

1.     An advanced degree, such as a Ph.D. in organic chemistry, medicinal chemistry, chemical engineering, pharmaceutics, or a related discipline, along with several years of experience working in the field;

2.     Alternatively, an undergraduate or Master's degree with an emphasis of study in a similar discipline and have considerable experience working in the field;

3.     In general, the person (or team) of ordinary skill in the art could have had a lower level of formal education if such a person (or team) had a higher degree of experience in the field;

4.     Knowledge or awareness of relevant regulatory considerations concerning the approval of pharmaceutical products for human use and regulatory considerations concerning the commercial manufacture of pharmaceutical products, such as cGMP standards, ICH guidelines, FDA Guidelines, and the like;

5.     A person of ordinary skill could have worked as part of a multi-disciplinary team and could have had access to and drawn upon the knowledge of individuals with comparable levels of education and experience in relevant disciplines that lie outside his or her primary training; and

6.     The person (or team) of ordinary skill would easily have understood the disclosure and import of the prior-art references, and would have had the capacity to draw inferences from the prior art and from others in the field.

Defendants intend to prove that a person of ordinary skill in the art as of the priority dates of the remaining Asserted Patents would have been:

1.     A medical doctor with at least 2-3 years of post-residency experience and/or training in the diagnosis and treatment of patients with sleep disorders and/or circadian rhythm disorders, and in particular education, training and/or clinical experience in the treatment of Non-24;

2.     Familiar with and may have consulted with other persons of ordinary skill with experience developing or characterizing drugs, running clinical trials, and researching the clinical pharmacology of drugs; and

3.     For some claims, experienced and/or knowledgeable in the area of drug metabolism, pharmacokinetics, and pharmacology; and

4.     Could have worked as part of a multi-disciplinary team and could have had access to and drawn upon the knowledge of individuals with comparable levels of education and experience in relevant disciplines that lie outside his or her primary training.

## B. Invalidity Based on the On-Sale Bar Under 35 U.S.C. § 102(b)

Defendants intend to prove that Plaintiff, ███████████████

███████████████████████████████████

███████ offered for sale and sold batches of tasimelteon claimed by the '465

patent before its priority date. The evidence will consist primarily of Plaintiff's own documents and testimony by Defendants' expert, Dr. Robert Perni.

The evidence will show, *inter alia*, that:

1.    Before the priority date of the '465 patent, Plaintiff was offered for sale and sold tasimelteon batches— ███████████████████████

████████████████████████████████████████████████

██████████████████████████ .

2.    At least some of the tasimelteon b██████████████████████

███████████████████ were intended for use in clinical trials or commercial sale.

3.    The listed Impurities 1–3 and 5–7 of the specification for ███████████

█████████████████ correspond to what the '465 patent terms Impurities 1–3 and 5–7.

4.    Tasimelteon batch███████████████████████████

████████████ were tested and demonstrated to contain, *inter alia*, NMT 0.15% (w/w) of Impurities 1–3 and 5–7 and NMT 0.10% of any unidentified impurity (which includes Impurity 4).

5.    Tasimelteon batch████████████████████████████

████████████ were made according to what Vanda's New Drug Application No. 205677 references as Process 8.

6.    Process 8 includes the reduction and propionylation steps of the '465 patent to synthesize tasimelteon.

7.    Before the priority date of the '465 patent, Plaintiff purchased tasimelteon batches pursuant to ███████████████████████.

8.    The listed Impurities 1–3 and 5–7 of the specification for ██████ ███████████ correspond to what the '465 patent terms Impurities 1–3 and 5–7.

9.    ███████████████ required that tasimelteon be manufactured with no more than 0.15% (w/w) of Impurities 1–3 and 5–7 and no more than 0.10% a/a of any single unidentified impurity (including Impurity 4).

10.   The manufacturing process associated with ██████████████████ included the reduction and propionylation steps of the '465 patent to synthesize tasimelteon.

11.   To the extent that Plaintiff offers evidence that these offers for sale and sales of tasimelteon constitute experimental use, Defendants intend to offer proof that the requirements for experimental use are not met.

## C. Obviousness Under 35 U.S.C. § 103

### 1.    '465 Patent

Defendants expect to rely on, among others, the following prior art combinations to establish that the asserted claims of the '465 patent are obvious:

1.      CN 102675268 A ("CN '268") in view of the ICH Harmonized Tripartite Guideline, titled "Impurities in New Drug Substances Q3A(R2)" ("ICH Q3A Guideline");

2.      "Factors Influencing the Application of Literature Methods Toward the Preparation of a Chiral trans-Cyclopropane Carboxylic Acid Intermediate During Development of a Melatonin Agonist," authored by Ambarish K. Singh, et al. ("Singh") in view of the ICH Q3A Guideline; and

3.      U.S. Patent No. 5,856,529 ("'529 patent") in view of the ICH Q3A Guideline.

The evidence will consist primarily of the cited prior art references and testimony of Defendant's expert, Dr. Robert Perni.

The evidence will show, *inter alia*, that:

1.      For each of these combinations, a person of ordinary skill would have been motivated to combine the individual references;

2.      For each of these combinations, a person of ordinary skill would have had a reasonable expectation of success in combining their teachings;

3.      A person of ordinary skill would have found it obvious to perform the claimed reduction step to synthesize tasimelteon;

4.      A person of ordinary skill would have found it obvious to perform the claimed propionylation step to synthesize tasimelteon;

10

5.     A person of ordinary skill would have found it obvious to synthesize tasimelteon with NMT 0.15 wt% of each of Impurities 5 and 6;

6.     A person of ordinary skill would have found it obvious to synthesize tasimelteon with NMT 0.15 wt% of each of Impurities 1, 2, and 3;

7.     A person of ordinary skill would have found it obvious to synthesize tasimelteon with NMT 0.15 wt% of each of Impurities 4 and 7;

8.     It would have been obvious to a person of ordinary skill that the synthesis of tasimelteon can result in the formation of impurities, such as Impurities 1–7;

9.     A person of ordinary skill would have analyzed any pharmaceutical product for impurities, regardless of whether those impurities were specifically known or whether their structure had been determined;

10.     A person of ordinary skill would have found it obvious to look to regulatory guidance, such as the ICH Q3A Guideline, to set thresholds for impurities for a pharmaceutical product;

11.     The ability to detect Impurities 1–7 was within the general background of a person of ordinary skill;

12.     Methods, such as High Performance Liquid Chromatography (HPLC), commonly used to detect and characterize impurities in a drug substance were sensitive enough to detect Impurities 1–7;

11

13.     To perform an HPLC analysis, it was not necessary to know the identity of an impurity ahead of time;

14.     A person of ordinary skill would have understood that the analytical tests available to test for impurities would detect impurities that are unknown as well as known;

15.     The claims of the '465 patent do not require characterization of the structure (i.e. "identification") of Impurities 1–7; and

16.     At least Impurity 4 was known from disclosures in the prior art.

### 2.     Method of Treatment Patents

Defendants expect to rely on, among others, the following prior art references to establish that the claims of the Asserted Patents (other than the '465 patent) as well as claims 1 and 5 of U.S. Patent No. 10,376,487 ("the '487 patent") and claims 1 and 5 of U.S. Patent No. 10,610,511 ("the '511 patent") (collectively, the "Asserted Method of Treatment Patents") are obvious:

1.     Clinical trial protocol titled "Efficacy and Safety of Tasimelteon Compared With Placebo in Totally Blind Subjects With Non-24-Hour Sleep-Wake Disorder" ("Clinical Trials");

2.     "Tasimelteon for insomnia," authored by Dr. Alan Lankford ("Lankford");

3.      "The Effects of Low-Dose 0.5-mg Melatonin on the Free-Running Circadian Rhythms of Blind Subjects," authored by Lisa M. Hack, et al. ("Hack");

4.      WO Patent No. 2007/137244 A1, titled "Melatonin Agonist Treatment" ("'244 Publication");

5.      "New approaches in the management of insomnia: weighing the advantages of prolonged-release melatonin and synthetic melatoninergic agonists," authored by Rudiger Hardeland ("Hardeland I");

6.      "Melatonin agonist tasimelteon (VEC-162) for transient insomnia after sleep-time shift: two randomized controlled multicenter trials," authored by Shantha M W Rajaratnam, et al. ("Rajaratnam");

7.      "Cytochrome P450 and Drug Interactions," authored by D.K. Badyal and A.P. Dadhich ("Badyal");

8.      "The Effect of Cytochrome P450 Metabolism on Drug Response, Interactions, and Adverse Effects," authored by T. Lynch et al. ("Lynch")

9.      "Pharmacotherapy of Insomnia with Ramelteon: Safety, Efficacy and Clinical Applications," authored by Seithikurippu R. Pandi-Perumal, et al. ("Pandi-Perumal"); and

10.      "Metabolism of Ramelteon in Human Liver Microsomes and Correlation with the Effect of Fluvoxamine on Ramelteon Pharmacokinetics," authored by R. Scott Obach and Tim F. Ryder ("Obach").

Defendants intend to prove how the following combinations of these references establish that the claims of the Asserted Method of Treatment Patents are obvious:

1.    Clinical Trials, Lankford, Hack, and/or '244 Publication;

2.    '244 publication, Hardeland, Hack, and/or Rajaratnam;

3.    Clinical Trials, Lankford, Hack, '244 publication, Hardeland, Badyal, and/or Lynch;

4.    '244 publication, Hardeland, Hack, Rajaratnam, Badyal, and/or Lynch;

5.    Clinical Trials, Lankford, Hack, and '244 publication, Hardeland, Pandi-Perumal, and/or Obach; and

6.    '244 publication, Hardeland, Hack, Rajaratnam, Pandi-Perumal, and/or Obach.

The evidence will consist primarily of the testimony of Defendants' experts, Drs. Jonathan Emens and David Greenblatt.

The evidence will show, *inter alia*, that:

1.    For each of these combinations, a person of ordinary skill would have a motivation to combine the individual references;

2.    For each of these combinations, a person of ordinary skill would have had a reasonable expectation of success in combining their teachings;

14

3.      A person of ordinary skill would have found it obvious, and would have been motivated to entrain a totally blind patient suffering from Non-24 to a 24 hour sleep-wake cycle in which the patient awakens at or near a target wake time following a daily sleep period of approximately 7 to 9 hours, and maintaining said 24 hour sleep-wake cycle by treating the patient by orally administering to the patient 20 mg of tasimelteon once daily 0.5 to 1.5 hours before a target bedtime;

4.      A person of ordinary skill would have found it obvious, and would have been motivated to treat a light perception impaired patient for Non-24-Hour Sleep-Wake Disorder by treating the patient with tasimelteon 0.5 to 1.5 hours before the target sleep time;

5.      A person of ordinary skill would have found it obvious, and would have been motivated to treat a light perception impaired patient for Non-24-Hour Sleep-Wake Disorder by orally administering to the patient 20 mg of tasimelteon once daily before a target bedtime;

6.      A person of ordinary skill would have found it obvious, and would have been motivated to treat a patient for Non-24-Hour Sleep-Wake Disorder by treating the patient with 20 mg of tasimelteon once daily;

7.      A person of ordinary skill would have found it obvious, and would have been motivated to determine if a patient was being treated with a CYP1A2

inhibitor, including fluvoxamine, ciprofloxacin, and verapamil, prior to treating the patient with tasimelteon;

8.     A person of ordinary skill would have found it obvious, and would have been motivated to reduce the dosage of, or discontinue administration of, a CYP1A2 inhibitor and/or a CY3A4 inducer prior to administering tasimelteon to a patient;

9.     A person of ordinary skill would have found it obvious and would have been motivated to reduce the dose of, or discontinue the administration of, fluvoxamine, ciprofloxacin, verapamil (CYP1A2 inhibitors) prior to treating a patient with tasimelteon;

10.     A person of ordinary skill would have found it obvious and would have been motivated to discontinue the administration of rifampicin (a CY3A4 inducer) prior to treating a patient with tasimelteon;

11.     A person of ordinary skill would have reasonably expected that by discontinuing treatment with a strong CYP1A2 inhibitor prior to treating a patient with tasimelteon, one could successfully avoid the use tasimelteon in combination with the strong CYP1A2 inhibitor;

12.     A person of ordinary skill would have reasonably expected that by reducing the dose of a strong CYP1A2 inhibitor prior to treating a patient with tasimelteon, one could successfully reduce the exposure to tasimelteon;

16

13.     A person of ordinary skill would have reasonably expected that by avoiding the use of rifampicin (a CYP3A4 inducer) in combination with tasimelteon, one could successfully avoid reduced exposure to tasimelteon resulting from induction of CYP3A4 by rifampicin;

14.     A person of ordinary skill would have found it obvious, and would have been motivated to administer a daily dose of 20 mg tasimelteon without food to a patient suffering from a CRSD or sleep disorder, and more specifically, to a patient suffering from Non-24; and

15.     A person of ordinary skill would have found it obvious, and would have been motivated to instruct a patient suffering from a CRSD or sleep disorder, and more specifically, to instruct a patient suffering from Non-24, to administer an effective dose of tasimelteon without food.

### 3.     Secondary Considerations

To the extent that Plaintiff offers evidence of any secondary considerations of non-obviousness for the '465 patent or any of the Asserted Method of Treatment Patents, Defendants intend to offer proof that no such considerations support a finding of non-obviousness.

The evidence will consist primarily of the testimony of Defendants' experts, Drs. DeForest McDuff, Jonathan Emens, and Robert Perni.

The evidence will show, *inter alia*, that:

1.      Plaintiff's secondary considerations position relies on flawed analysis of Hetlioz®'s product performance, which shows weak commercial performance and is not indicative of a commercially successful product;

2.      Plaintiff's secondary considerations position relies on a flawed and incomplete analysis of nexus;

3.      a blocking patent reduces the relevance of alleged indicia of nonobviousness (if any);

4.      Vanda's development timeline does not provide reliable economic evidence that the Asserted Method of Treatment Patents and the '465 patent are not obvious;

5.      there is no evidence of long-felt need, failure of others, praise, skepticism, unexpected results, or copying by others;

6.      One cannot conclude that tasimelteon has fulfilled a treatment need that was left unmet by melatonin, which has been identified as an effective treatment for Non-24;

7.      There is no evidence that tasimelteon provide a significant improvement in safety or effectiveness over melatonin;

8.      One cannot conclude that tasimelteon has fulfilled a treatment need, particularly because very few patients actually take tasimelteon to treat Non-24;

9.     Hetlioz® has not satisfied any real world need (assuming one exists) for treatment of "another CRSD" (circadian rhythm sleep disorder);

10.     The relevance of alleged "failure of others" is diminished by the fact that only Vanda had a license to use tasimelteon;

11.     Studies by BMS are not evidence of failure of others as ████████ ████████████████████████████████████████████████████;

12.     If failure to obtain FDA approval for tasimelteon for the treatment of something *other* than Non-24 is failure, then the inventors themselves also failed;

13.     Ramelteon is not considered a failure of others, particularly as there are no clinical studies of it use for the treatment of Non-24;

14.     Circadin® (prolonged release melatonin) tablets is not considered a failure of others, particularly because it is a prolonged release melatonin product, which is different from the immediate release formulations and any debate about the correct timing and dosage of Circadin® is simply about the optimal regimen for melatonin treatment;

15.     Given the state of the prior art, there is nothing unexpected about tasimelteon's effects in Non-24 patients when administered according to the asserted claims; and

16.     The SET and RESET trials do not support a finding of unexpected results as they only compared tasimelteon to placebo, not to melatonin.

19

In addition to rebutting any such alleged secondary considerations, Defendants reserve their right to present additional proof in rebuttal to Plaintiff's response.

### D. Anticipation Under 35 U.S.C. § 102

Defendants intend to prove at trial that:

1. Clinical Trials anticipates:

    a. claim 3 of the '604 patent;

    b. claims 1 and 5 of the '487 patent; and

    c. claims 1 and 5 of the '511 patent.

2. Lankford anticipates:

    a. claims 1 and 5 of the '487 patent; and

    b. claims 1 and 5 of the '511 patent.

3. '244 publication anticipates:

    a. claims 1 and 5 of the '487 patent; and

    b. claims 1 and 5 of the '511 patent.

4. Hardeland anticipates:

    a. claims 1 and 5 of the '487 patent; and

    b. claims 1 and 5 of the '511 patent.

The evidence will consist primarily of the cited prior art and testimony by Defendants expert, Dr. Jonathan Emens.

20

## E. Inventorship

Defendants intend to prove that the named inventors on the '465 patent did not invent one or more limitations claimed in the '465 patent. The evidence will consist primarily of Plaintiff's own documents, the testimony of the named inventors, and testimony by Defendants' expert, Dr. Robert Perni.

The evidence will show, *inter alia*, that:

1.      Tasimelteon was first discovered and manufactured by Bristol Myers Squibb Co. (BMS);

2.      Prior to Vanda's involvement with tasimelteon, BMS had conceived of the process for synthesizing tasimelteon the appears in the claims of the '465 patent;

3.      Prior to Vanda's involvement with tasimelteon, BMS had conceived of the tasimelteon product that appears in the claims of the '465 patent;

4.      Prior to Vanda's involvement with tasimelteon, BMS had manufactured a batch of tasimelteon using the process that appears in the claims of the '465 patent and meeting the impurity thresholds of the patent;

5.      BMS  on which Vanda based the claims of the '465 patent;

6.    BMS had found and knew of at least Impurities 4, 5, and 7 that appear in the claims of the '465 patent;

7.    BMS's IND submission shows at least the reduction and propionylation reactions that appear in the claims of the '465 patent;

8.    The named inventors on the '465 patent did not invent or discover each of Impurities 1–7;

9.    The named inventors on the '465 patent chose 0.15% as the specification for Impurities 1–7 because of disclosures in the ICH Guidelines;

10.    Tentative identification of an impurity constitutes conception of the structure but lacks only definitive proof of structure, which can be accomplished through routine experimentation;

11.    Vanda relied on ███████████████████████ to propose and confirm structures for the impurities that are listed in the manufacturing specification;

12.    ██████ conducted the identification work for impurities proposed by Vanda;

13.    One or more of the named inventors were aware that Impurity 4 was known in the prior art as of the priority date of the '465 patent;

14.    One of the named inventors (Natalie Farris) was not involved in any kind of identification work as related to the impurities of the '465 patent; and

22

15.     Vanda's alleged investment in developing the process used to manufacture its drug substance does not indicate that Vanda conceived of the alleged inventions in the '465 patent.

## F. Written Description and Enablement

Defendants will show that claims 1 and 5 of the '487 patent and claims 1 and 5 of the '511 are invalid under 35 U.S.C. § 112 for lack of written description or as not enabled. The evidence will consist primarily of testimony by Defendants' expert, Dr. Jonathan Emens.

The evidence will show, *inter alia*, that:

1.     Several claims of the Asserted Method of Treatment Patents are not limited to administering tasimelteon to Non-24 patients but instead include administration to a broader group of patients with other CRSDs or sleep disorders;

2.     Certain claims provide no details about or restrictions on the dosing regimen to be used;

3.     Certain claims cover the use of amounts other than 20 mg, at times other than before a target bedtime, by means other than oral administration, and at frequencies other than once daily;

4.     To the extent that Vanda suggests that certain claims are inventive in whole or in part because the addition of the "without food" limitation creates a

method of treatment that is more efficacious in Non-24 patients than giving the drug with food, the specifications do not describe such a method;

5.     The patent specifications do not enable or disclose such administration.

## III.     **OVERVIEW OF REMEDIES/DAMAGES**

If the '465 patent or any of the Asserted Method of Treatment Patents are found to be valid and infringed, Plaintiff cannot show that it would be entitled to an injunction because, among other things, Plaintiff has an adequate remedy at law.

If the '465 patent or any of the Asserted Method of Treatment Patents are found to be valid and infringed, Plaintiff cannot show that it would be entitled to pre-judgment and post-judgment interest and costs.

## IV.     **OVERVIEW OF ATTORNEYS FEES**

If the '465 patent or any of the Asserted Method of Treatment Patents are found to be valid and infringed, Plaintiff cannot show that it would be entitled to attorneys' fees because this is not an exceptional case.

Defendants are entitled to attorneys' fees because this is an exceptional case on Vanda's part.

18020966.2

24

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

VANDA PHARMACEUTICALS
INC.,

      Plaintiff,

    v.

TEVA PHARMACEUTICALS USA,
INC., et al.,

      Defendants.

C.A. No. 18-651-CFC
(Consolidated)

## Exhibit 15 – Plaintiff's Statement of Additional Matters

1.   The parties agree that Plaintiff's expert Dr. Henry G. Grabowski may testify remotely at trial.

2.   On February 16, 2022—less than two and one-half hours before the filing of this Joint Proposed Pretrial Order—Defendants disclosed to Vanda for the first time that they intend to include on their exhibit list "a declaration relating to the public availability of the clinical trial protocol summary" that Defendants contend is prior art to the asserted method-of-treatment claims in this case.  Vanda objects to any such declaration as untimely and highly prejudicial.  The deadline for the close of fact discovery was July 30, 2021, and the deadline for the close of expert discovery was December 17, 2021.  Yet Defendants did not disclose until today (when the [Proposed] Joint Pretrial Order is due to the Court) their intention to obtain such a declaration, and they still have not disclosed the contents of such declaration, the identity of the would-be declarant, or any expert opinions relating to facts that will be attested to in the declaration.  Instead, Defendants merely state that they are "reserving a spot on our exhibit list to a supply a declaration on that issue" at some later, unspecified time.  Vanda has thus not had the opportunity to assess the accuracy of any facts that will be disclosed in the declaration and has not had an opportunity to depose Defendants' would-be declarant as to any statements in the declaration.  Additionally, to the extent Defendants intend to introduce expert testimony as to the facts that will be contained in the declaration,

1

Defendants have not disclosed such expert opinions, Vanda's experts have not had a chance to respond to such expert opinions, and Vanda has not had the opportunity to depose Defendants' expert(s) about such opinions.  Defendants attempt to justify the untimely disclosure of this declaration—on an issue on which Defendants bear the burden of proof—by claiming that they were not aware that this issue was in dispute, despite Vanda having raised it numerous times throughout fact and expert discovery.  *See, e.g.,* June 11, 2021, Vanda's Objs. and Resps. to Defs. First Set of Interrogs. to Vanda (Nos. 1-5) Regarding U.S. Patent Nos. 10,610,510; 10,610,511; 10,829,465; and 10,611,744 at 27-28 ("Furthermore, Defendants have not established the 'public' nature of the alleged Clinical Trials reference or that the information disclosed in Defendants' alleged reference was actually contained in whatever was originally posted to clinicaltrials.gov"); July 3, 2019, Vanda's Objs. and Resps. to Defs. First Set of Joint Interrogs. to Vanda (Nos. 1-10) at 10, 16 ("Furthermore, Defendants have not established the 'public' nature of the alleged Clinical Trials reference."); Dec. 15, 2021, Dep. Tr. of Czeisler Dep. 175:13-179:24.  Vanda's expert, Dr. Charles Czeisler, also made clear in his September 29, 2021 rebuttal expert report that he does not accept the publication date alleged by Defendants.  September 29, 2021 Supplemental Expert Report of Charles A. Czeisler Ph.D., M.D., F.R.C.P., F.A.P.S. ¶ 83.  Accordingly,

Defendants should not be permitted to introduce or rely upon on their proposed

declaration.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VANDA PHARMACEUTICALS INC., | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | )   C.A. No. 18-651-CFC |
| v. | )   **CONSOLIDATED** |
| | ) |
| TEVA PHARMACEUTICALS USA, INC., | ) |
| | ) |
| | ) |
| Defendant. | ) |

## EXHIBIT 16: DEFENDANTS' STATEMENT OF ADDITIONAL MATTERS

Defendants Apotex Inc. and Apotex Corp. (collectively, "Apotex") and Teva Pharmaceuticals USA, Inc. ("Teva") (collectively, "Defendants") submit the following statement of additional matters they would like to discuss at the pretrial conference. Defendants reserve the right to modify or amend this statement to the extent necessary to address any developments or issues that may arise or become apparent after its submission.

1.  Due to an unexpected scheduling issue, one of Defendants' experts, Dr. David Greenblatt, will not be available to testify until Thursday, March 31. Defendants thus respectfully request that Dr. Greenblatt's testimony be permitted to take place on Thursday, March 31 or Friday, April 1.

1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| VANDA PHARMACEUTICALS INC., | |
| Plaintiff, | |
| v. | C.A. No. 18-651-CFC (Consolidated) |
| TEVA PHARMACEUTICALS USA, INC., et al., | |
| Defendants. | |

**Exhibit 17 – Plaintiff's Experts' Curriculum Vitae**

# **TABLE OF CONTENTS**

**Tab**

Stephen C. Bergmeier, Ph.D. Curriculum Vitae.............................................. A

Daniel Combs, M.D. Curriculum Vitae .........................................................B

Charles A. Czeisler, Ph.D., M.D. Curriculum Vitae  ....................................C

Henry G. Grabowski, Ph.D. Curriculum Vitae ............................................. D

Stephen W. Lockley, M.D. Curriculum Vitae  ...............................................E

Andrew Parkinson, Ph.D. Curriculum Vitae .................................................F

# Tab A

**STEPHEN C. BERGMEIER**

Curriculum Vitae

July 2021

Department of Chemistry & Biochemistry

205 Chemistry Building

Ohio University

Athens, Ohio 45701

Office: (740)-597-9649

Mobile: (740)-517-8462

email: bergmeis@ohio.edu

## EXPERIENCE

**Professor**, September 2009 – Current
Department Chair, January 2014 – Current
- Represent department to the College of Arts & Sciences through regular meetings with the dean
- Manage a budget of >$4M
- Seven direct reports + Graduate and Undergraduate Chairs
- Coordinate annual faculty review
- Support department wide research grants
- Advocate for and support new faculty searches
- Provide oversight of new building construction

Graduate Chair, October 2008 – December 2013.
- Administer a budget of >$800,000 for the support of graduate students and graduate student recruitment.
- Set graduate student policies
- Approve graduate student contracts, process admissions, and monitor graduate student progress.
- Develop new degree programs (4+1, BS to MS degree)

**Associate Professor** (Awarded tenure in 2003)
Department of Chemistry and Biochemistry
Ohio University, Athens, Ohio
July 2000 – Current
NanoBioTechnology Initiative Executive Committee
Co-Chair: July 2005– Summer 2007

One of three co-chairs of a multi-department, multi-college research initiative. In the summer of 2007 this group was split into it's three constituent groups (BMIT, BNNT, and DRI)
- Set priorities,
- Managed ~$6,000,000 in funds to over 30 investigators.
- provided regular updates to the VP for research.

BioMolecular Innovation and Technology (BMIT) project.
Chair: Summer 2007 – August 2010. Directed a multi-department, multi-college research initiative.
- Set priorities
- Manage funds to over 15 investigators,
- Provided regular updates to VP for research.

**Visiting Professor**
Fakultät für Chemie und Mineralogie
Institut für Organische Chemie
Universität Leipzig, Leipzig, Germany
June – July, 2004, June 2007 – January 2008

**CoFounder & Member of the Board of Directors**
Promiliad Biopharma (Startup biotech company focused on the discovery of new antibacterial agents)
September 2002 – current
- Co-PI on NIH Phase I STTR, 1 Phase 1 SBIR, and Phase II STTR grants
- Successfully sought venture funding
- Developed collaborative relationships with other companies and universities.

**Assistant Professor**
Division of Medicinal Chemistry, College of Pharmacy,
The Ohio State University, Columbus, Ohio
September 1993 – June 2000.

**Postdoctoral Fellow**
University of California, Berkeley
January 1991 – August 1993
American Cancer Society Fellow
Working with Dr. Henry Rapoport.

**Associate Scientist, Medicinal Chemistry**
Warner-Lambert/Parke-Davis Pharmaceutical Research, Ann Arbor, Michigan
September 1982 – September 1987.

## RESEARCH

### *Active Research Support*

National Institutes of Health
Novel Glycogen Synthase Kinase-3 (GSK-3) Inhibitors as Therapeutic Agents
$300,000 – direct costs, September 2016 – August 2023, Co-I

National Institutes of Health
R15 AREA: Optimizing allosteric modulation of noncoding regulatory RNA function
$300,000 – direct costs, April 2019 – March 2022, Co-I

National Science Foundation
Controlling protein - protein interactions: computations and experiments
$298,013 – direct costs, July 2020 – June 2023, Co-I

National Science Foundation
MRI: Acquisition of a matrix-assisted laser desorption/ionization time-of-flight mass
spectrometer to enhance research and education
$371,350 – direct costs, September 2020 – August 2023, PI

### *Past Research Support*

National Science Foundation
MRI: Acquisition of a high resolution Orbitrap Q-Exactive Plus LC-MS/MS system for
enhancing research and education
$496,348 – direct costs, July 2014 – June 2015, PI

Advanced Drug Development in Oncology
Ohio Department of Higher Education
$13,500 – direct costs, May 2016 – April 2017, PI

National Institutes of Health
*Treating a Novel Regulatory RNA with Novel Antibiotics*
$1,556,006 – direct costs, January 2007 – January 2014, Co-PI

US – Egypt Joint Board on Scientific and Technological Cooperation
*Novel diterpene derivatives as anticancer agents*
$113,636 direct costs, July 2011 – September 2014

National Institutes of Health, Phase II STTR (Interthyr Inc.)
*TLR Signal Inhibition: A Novel Therapeutic Paradigm*
$166,728 – direct costs (Bergmeier), September 2009 – November 2011, Co-I

National Institutes of Health
*Design and synthesis of novel antiviral agents*
$28,148 direct costs, January 2011 – December 2012

National Science Foundation
Partnerships for Innovation Project
*Synthesis of Natural Product Inspired Combinatorial Libraries*, PI
~$40,000 – direct costs, September 2008 – August 2009

Ohio University Research Priority Initiative

*NanoBioTech Initiative*
~$6,000,000 – direct costs, March 2005 – April 2010, Co-PI

The Hershey Corporation
*Chiral Separation of Catechin and Epicatechin*
$13,770 – direct costs, January 2009 – December 2009

Diagnostic Hybrids
*Synthesis of Nicotine Haptens*
$6,755 – direct costs, January 2006 – June 2006

National Institutes of Health - NIDA
*Analogs of Methyllycaconitine as Nicotinic Agents*
$946,800 - direct costs, January 2002 - July 2007, PI

National Institutes of Health, Phase I STTR
*Fermentation Initiated Antibiotic Synthesis*
$55,480 – direct costs, September 2005 – July 2007, PI

National Science Foundation
Partnerships for Innovation Project,
*Synthesis of Natural Product Inspired Combinatorial Libraries*, PI
$33,850 – direct costs, July 2005 – June 2006

Southeastern Ohio Science and Technology Commercialization Initiative (SOSCI)
*Oxazolidinones as RNA binding antibacterials*
$113,784 – direct costs, July 2004 – December 2006, Co-PI

National Science Foundation
*Studies in Aziridine-Allylsilane Cyclizations*
$222,000 – direct costs, March 1999 - January 2004, PI

Ohio University Research Council
*Stereochemical Studies of Methyllycaconitine Analogues*
$8,000 – purchase of a spectropolarimeter, January 2002, PI

National Institutes of Health - NIDA
*Analogs of Methyllycaconitine as Nicotinic Agents*
$99,956 – direct costs, August 1999 - July 2001, PI

American Chemical Society - Petroleum Research Fund
*Solid Phase Synthesis Utilizing Acylnitrenes.  Applications to the Synthesis of Hydroxyamino Acids*
$20,000, September 1997 – August 1999, PI

American Cancer Society, IRG Starter Grant
*Combinatorial Synthesis of Bestatin Analogs*
$10,000, August 1997 – July 1998, PI

American Association of Colleges of Pharmacy
*Synthesis of Analogs of Anticancer Pseudodistamin Alkaloids*
$10,000, December 1996 – November 1997, PI

American Cancer Society, Ohio Division.
*Synthesis and Evaluation of poly(5-Aminopentanoic Acid Nucleobases) as Anticancer Agents.*
$19,998, August 1996 – July 1997, PI

## TEACHING

Ohio University teaches classes on the semester system – two 15-week quarters during the regular academic year.  I regularly teach one class per semester in the area of organic chemistry.  Typically this entails at least one large undergraduate class as part of the organic chemistry sequence and at least one graduate class as part of the graduate organic chemistry sequence. Listed below are the courses that I have taught.

Ohio University – Chemistry 5600, Advanced Organic Chemistry, 6-10 graduate students, fall semester.  The first semester of a three semester advanced organic chemistry sequence. The focus is on mechanisms, conformational analysis and physical organic chemistry.

Ohio University – Chemistry 701, Advanced Organic Chemistry. 6-10 graduate students, spring semestser, second semester of a three semester advanced organic chemistry sequence. Study of modern synthetic methods and their application to the synthesis of complex molecules. Focus on oxidations, reductions and enolate chemistry.

Ohio University – Chemistry 7100, Special Topics in Organic Chemistry, Drug Action and Drug Design. 3-6 graduate students, fall semester. An introduction to the study of medicinal chemistry focusing on drug design, drug-macromolecule interactions and drug metabolism.

Ohio University – Chemistry 7050, Organometallic Chemistry. 6-10 graduate students, fall semester. This course covers the use of organometallic reagents in organic synthesis. This is a topical class with significant information from the current literature discussed.

Chemistry 7100, Special Topics in Organic Chemistry, Heterocyclic Chemistry. This course provides an overview of heterocyclic chemistry, including general methods for the synthesis and transformations of common heterocyclic ring systems.

Universität Leipzig, Institute of Organische Chemie, Leipzig, Germany.  Medicinal Chemistry of Antimicrobial Agents. 12 PhD and diploma students. As part of the Ohio University – Universität Leipzig exchange program this course was taught in 2004. A thorough study of modern antimicrobial agents from a chemical and biochemical perspective.

Ohio University – Chemistry 3070, Organic Chemistry. ~140 students, spring/fall quarters, final quarter of a two semester organic chemistry sequence.

At Ohio State University I taught the following courses in the professional pharmacy program and in the graduate medicinal chemistry program.

Ohio State University - Pharmacy 441, Medicinal Chemistry II. 150-120 undergraduate professional pharmacy students, Winter quarter.  The chemical and biological principles of drugs affecting the peripheral and central nervous system.

Ohio State University - Pharmacy 835, Advanced Medicinal Chemistry - Synthesis and Properties of Heterocycles. 12-18 graduate students, Autumn quarter. Methods for the synthesis of heterocycles, their properties and medicinal chemical significance.

Ohio State University - Pharmacy 839, Problem Solving in Natural Products Chemistry. 6-10 graduate students, Autumn, Winter and Spring quarters.

Ohio State University - Pharmacy 735, Drug Discovery and Design. 10-15 graduate students, spring quarter.  An introduction to the study of medicinal chemistry focusing on drug design, drug-macromolecule interactions and drug metabolism.

Ohio State University - Nominated for the Miriam Balshone Teaching Award in 1998, 1997 and 1996.


### Professional Service

*Grant reviews*
Ad hoc panel reviewer for the National Institutes of Health: 2002-2020 – 1-6 study sections per year.
Grant Review Panel for the US – Egypt Joint Board on Scientific and Technological Cooperation
Grant Review Panel for the Romanian Executive Agency for Higher Education, Research, Development and Innovation Funding.
Ad hoc grant review for Armenian-U.S. Bilateral Grants Program
Ad hoc grant reviews for the American Chemical Society – Petroleum Research Fund (1 – 2 per year)
Ad hoc grant reviews for the Research Corporation
Ad hoc grant reviews for National Science Foundation (1 – 2 per year)

*Manuscript reviews for the following journals:* (12-15 per year)
Organic Letters, Journal of Organic Chemistry, Journal of the American Chemical Society, Tetrahedron Letters, Tetrahedron, Bioorganic & Medicinal Chemistry Letters, Accounts of Chemical Research, Organic Preparations and Procedures, Chemical Reviews, Chemical Communications, Synthesis, SynLett


### Departmental/University Service

*Department of Chemistry & Biochemistry committees*

Graduate Recruitment Committee
        Member – August 2006 – October 2008, August 2000 – August 2002
- Responsible for evaluation and recommendation of new graduate students for admission into the chemistry graduate program.

        Chair – August 2002 – August 2006
- Directed recruitment and admission of new graduate students.
- Redesigned and updated the chemistry graduate program booklet.
- Obtained funding for recruitment trips to China for the recruitment of graduate students.

WWW and Computer Committee
        Chair – August 2002 – August 2009
- Directed a redesign and reorganization of the chemistry department website.
- Direct IT personnel on maintenance and upgrades to the website.

Instrument Committee
        Chair – August 2004 – 2006
- Advocated and secured funding from university administration to upgrade existing routine NMR spectrometer.

- ▪ Wrote two NSF instrumentation grants (2003 and 2004).

Space Committee
    Chair – August 2007 – August 2009
- Advise the department chair on space allocation.

Organic Search Committee
    Chair July 2005 – May 2006
- Successfully directed departmental efforts to hire a new organic chemistry faculty member.

*Ohio University committees*

Graduate Council
    Chair: September 2015 – May 2018
    Member: September 2012 – August 2015
- The Council initiates, reviews, and recommends university-wide policy and new directions for graduate education.

Translational Biomedicine PhD Program Steering Committee
    Member: July 2014 - current

Bioengineering Steering Committee
    Member: July 2009 – current
- Formulate plans and submit funding proposals to the Russ College of Engineering.

Konneker Medal Selection Committee
    Member: December 2013, 2014

Technology Transfer Office Associate Director Search Committee
    Member: June 2013 – June 2016
- Evaluate and interview applicants for the Director of the Technology Transfer Office.

Translational Biomedicine PhD Program Development Committee
    Chair – October 2011 – September 2012
- Directing a multi-college committee in the preparation of a new PhD degree program in translation biomedicine

Robert and Rene Glidden Visiting Professorship Committee
    Chair:      2008
    Member: 2006 - 2008
- Led committee of eight to evaluate and recommend applicants for the Robert and Rene Glidden Visiting Professorship.

College of Arts & Sciences, Faculty Development Committee
    Chair: September 2009 – 2010
    Member: September 2006 – 2009
- Evaluate and recommend applicants for Faculty Fellowship Leaves and Faculty Development Awards.

Engineering Faculty Search Committee

Member: September 2006 – April 2007
- Evaluate and interview applicants for the new Biomedical Engineering position.

College of Arts & Sciences Promotion and Tenure Committee
Member: 2005, 2006, 2007, 2010, 2011, 2012, 2013
- Evaluate promotion and tenure dossiers for the College of Arts and Sciences.

Technology Transfer Office Director Search Committee
Member: September 2009 – January 2010
- Evaluate and interview applicants for the Director of the Technology Transfer Office.

## EDUCATION

**Ph.D. in Medicinal Chemistry**

University of Michigan, Ann Arbor, Michigan
September 1984 - December 1990
Research Advisor:  Dr. William H. Pearson
Dissertation:  *The Total Synthesis of (-)-Slaframine and the Synthesis of Triazole Analogues of the Dehydropyrrolizidine Alkaloids*.

**M.S. in Organic Chemistry**

University of Nebraska, Lincoln, Nebraska
September 1978 - August 1981
Research Advisor:  Dr. Raymond L. Funk
Thesis:  *The Total Synthesis of Grandisol and Related Studies*.

**B.S. in Chemistry**

Iowa State University, Ames, Iowa
September 1974 - May 1978

## PUBLICATIONS & PATENTS

1.   4-(1,2,5,6-Tetrahydro-1-Alkyl-3-Pyridinyl)-2-Thiazolamines and 4-(Hexahydro-1-Alkyl-3-Pyridinyl)-2-Thiazolamines Having Anti-Psychotic Activity.  J. C. Jaen, L. D. Wise, H. Tecle, S. C. Bergmeier  **U.S. Patent 4,650,805**  Mar. 17, 1987.

2.   *O*-Substituted Tetrahydropyridine Oxime Cholinergic Agents.  S. C. Bergmeier, D. A. Downs, W. H. Moos, D. W. Moreland, H. Tecle  **U.S. Patent 4,710,508**  Dec. 1, 1987.

3.   4-(1,2,5,6-Tetrahydro-1-Alkyl-3-Pyridinyl)-2-Thiazolamines and 4-(Hexahydro-1-Alkyl-3-Pyridinyl)-2-Thiazolamines.  J. C. Jaen, L. D. Wise, H. Tecle, S. C Bergmeier  **U.S. Patent 4,739,067**  Apr. 19, 1988.

4.  *O*-Substituted Tetrahydropyridine Oxime Cholinergic Agents.  S. C. Bergmeier, D. A. Downs, W. H. Moos, D. W. Moreland, H. Tecle  **U.S. Patent 4,786,648**  Nov. 22, 1988.

5.  4-(*N*-Substituted Amino)-2-Butynyl-1-Carbamates and Thiocarbamates and Derivatives Thereof as Centrally Acting Muscarinic Agents.  S. C. Bergmeier, J. A. Kester, W. A. Moos, H. Tecle, A. J. Thomas  **U.S. Patent 4,996,201**  Feb. 2, 1991.

6.  Alkyl Substituted 3-PPP Derivatives. Synthesis and Biological Investigation.  H. Tecle, S. C. Bergmeier, L. D. Wise, L. Hershenson, L. Coughenour, T. G. Heffner,  *J. Heterocyclic Chem*. **1989**, *26*, 1125-1128.

7.  4-(1,2,5,6-Tetrahydro-1-alkyl-3-pyridinyl)-2-thiazolamines:  A Novel Class of Compounds with Central Dopamine Agonist Properties.  J. C. Jaen, L. D. Wise, B. Caprathe, H. Tecle, S. C. Bergmeier, C. C. Humblet, T. G. Heffner, L. T. Meltzer, T. A. Pugsley,  *J. Med. Chem.* **1990**, *33*, 311-317.

8.  The Synthesis of Triazole Analogues of Antitumor Dehydropyrrolidine Alkaloids.  W. H. Pearson, S. C. Bergmeier, & J. A. Chytra,  *Synthesis* **1990**, 156-159.

9.  Synthesis of Pyrrolizidines and Indolizidines by the Intramolecular Cycloaddition of Azides with Electron-Rich 1,3-Dienes.  W. H. Pearson, S. C. Bergmeier, S. Degan, K. -C. Lin, Y. -F. Poon, J. M. Schkeryantz, & J. P. Williams,  *J. Org. Chem.* **1990**, *55*, 5719-5738.

10.  Synthesis of Indolizidines by the 1,3-Dipolar Cycloaddition of Azides with Methylene-Cyclopropanes Followed by Cyclopropylimine Rearrangement.  P. C. Heidt, S. C. Bergmeier, & W. H. Pearson,  *Tetrahedron Lett.* **1990**, *31*, 5441-5444.

11.  A Synthesis of (-)-Slaframine and (-)-1,8a-Diepislaframine.  W. H. Pearson & S. C. Bergmeier,  *J. Org. Chem.* **1991**, *56*, 1976-1978.

12.  Synthesis of (-)-Slaframine and Related Indolizidines.  W. H. Pearson, S. C. Bergmeier, & J. P. Williams,  *J. Org. Chem.* **1992**, *57*, 3977-3987.

13.  Cholinergic agents.  Effect of Methyl Substitution on Muscarinic Acetylcholine Receptor Binding in a Series of Arecoline Derivatives.  W. H. Moos, S. C. Bergmeier, L. L. Coughenour, R. E. Davis, F. M. Hershenson, J. A. Kester, J. S. McKee, J. G. Marriot, R. D. Schwarz, H. Tecle, A. J. Thomas,  *J. Pharm. Sci.* **1992**, *81*, 1015-1019.

14.  Chirospecific Synthesis of (1*S*,3*R*)-1-Amino-3-hydroxymethylcyclopentane, A Precursor for Carbocyclic Nucleoside Synthesis. Dieckmann Cyclization with an $\alpha$-Amino Acid.  S. C. Bergmeier, A. A. Cobas, H. Rapoport,  *J. Org. Chem.* **1993**, *58*, 2369-2376.

15.  Chirospecific Synthesis of (1*S*,3*R*)-1-Amino-3-hydroxymethylcyclopentane, A Precursor for Carbocyclic Nucleoside Synthesis. Intramolecular Aziridine Cyclizations.  S. C. Bergmeier, W. K. Lee, & H. Rapoport,  *J. Org. Chem.* **1993**, *58*, 5019-5022.

16.  Selective  Removal of an *N*-BOC Protecting Group in the Presence of a *tert*-Butyl Ester and Other Acid-Sensitive Groups.  F. A. Gibson, S. C. Bergmeier, & H. Rapoport,  *J. Org. Chem.* **1994**, *59*, 3216-3218.

17.  Synthesis of (1*R*,3*R*,5*S*)-1-Amino-3-hydroxymethyl-bicyclo[3.1.0]hexane as a Precursor for the Synthesis of Carbocyclic Nucleosides.  H. S. Chang, S. C. Bergmeier, J. A. Frick, A. Bathe, & H. Rapoport,  *J. Org. Chem.* **1994**, *59*, 5336-5342.

18.  Synthesis of $\gamma$-Amino Olefins. An Intramolecular Aziridine - Allylsilane Reaction .  S. C. Bergmeier & P. P. Seth,  *Tetrahedron Lett.* **1995**, *36*, 3793-3796.

19.   A Directed Amidohalogenation Reaction. An Unusual Reaction of Azidoformates.  S. C. Bergmeier & D. M. Stanchina,  *Tetrahedron Lett.*  **1995**, *36*, 4533-4536.

20.   Aziridines and Azirines: Monocyclic.  W. H. Pearson, B. W. Liam, & S. C. Bergmeier In *Comprehensive Heterocyclic Chemistry II*; Padwa, A. Ed.; Pergamon, Oxford: Volume 1, 1996.

21.   Formation of Scalemic Aziridines via the Nucleophilic Opening of Aziridines.  S. C. Bergmeier & P. P. Seth,  *J. Org. Chem.* **1997**, *62*, 2671-2674.

22.   Synthesis of Vicinal Aminoalcohols via a Tandem Acylnitrene Aziridination - Aziridine Ring Opening.  S. C. Bergmeier & D. M. Stanchina,  *J. Org. Chem.* **1997**, *62*, 4449-4456.

23.   Synthesis of Oligo(5-Aminopentanoic acid)-Nucleobases (APN): Potential Antisense Agents.  S. C. Bergmeier & S. L. Fundy,  *Bioorg Med. Chem. Lett.* **1997**, *7*, 3135-3138.

24.   Synthesis And Antiviral Activity Of Novel Aza-Acyclonucleosides.  S. C. Bergmeier, S. L. Fundy & J. Drach,  *Nucleosides & Nucleotides* **1999**, *18*, 227-238.

25.   An Acylnitrene Route to Vicinal Amino Alcohols. Application to the Synthesis of (-)-Bestatin and Analogues.  S. C. Bergmeier & D. M. Stanchina,  *J. Org. Chem*. **1999**, *64*, 2852-2859.

26.   An Aziridine-Allylsilane Mediated Total Synthesis of (-)-Yohimbane.  S. C. Bergmeier & P. P. Seth,  *J. Org. Chem.* **1999**, *64*, 3237-3243.

27.   Synthesis of Bicyclic Proline Analogs Using a Formal [3+2] Intramolecular Aziridine-Allylsilane Cycloaddition Reaction.  S. C. Bergmeier, S. L. Fundy & P. P. Seth, *Tetrahedron* **1999**, *55*, 8025-8038.

28.   Deprotection of *N*-Tosyl Aziridines with Sodium Naphthalenide.  S. C. Bergmeier & P. P. Seth,  *Tetrahedron Lett.* **1999**, *40*, 6181-6184.

29.   Ring E Analogs of Methyllycaconitine as Nicotinic Antagonists.  S. C. Bergmeier, D. J. Lapinsky, R. B. Free & D. B. McKay,  *Bioorg. Med. Chem. Lett.* **1999**, *9*, 2263-2266.

30.   The Synthesis of Vicinal Amino Alcohols.  S. C. Bergmeier,  *Tetrahedron*  **2000**, *56*, 2561-2576. (Invited review)

31.   Crystal Structure of a Conformation-Selective Casein Kinase-1 Inhibitor. N. Mashhoon, A. J. DeMaggio, V. Tereshko, S. Bergmeier, M. Egli, M. F. Hoekstra, & J. Kuret,  *J. Biol Chem*. **2000**, *275,* 20052-20060.

32.   A Convenient One-Pot Method for the Conversion of Triphenylmethyl Ethers to Esters. S. C. Bergmeier & K. M. Arason,  *Tetrahedron Lett*. **2000**, *41*, 5799-5802.

33.   Synthesis of Monosubstituted Succinic Acids from *tert*-Butylsuccinate.  S. C. Bergmeier & K. A. Ismail,  *Synthesis* **2000**, 1369-1371.

34.   A Suzuki Cross-Coupling Route to Substituted Aziridines. D. J. Lapinsky & S. C. Bergmeier, *Tetrahedron Lett*. **2001**, *42*, 8583-8586.

35.   Convenient Methods for the Hydrolysis of Oxazolidinones to Vicinal Aminoalcohols. S. J. Katz & S. C. Bergmeier, *Tetrahedron Lett*. **2002**, *43*, 557-559.

36.   Structure-Activity Studies with Ring E Analogues of Methyllycaconitine on Bovine Adrenal $\alpha 3 \beta 4^*$ Nicotinic Receptors. D. L. Bryant, R. B. Free, S. M. Thomasy, D. J. Lapinsky, K. A. Ismail, S. B. McKay, S. C. Bergmeier & D. B. McKay. *Neurosci. Res*. **2002**, *42*, 57-63.

37.   Synthesis and Hybridization Studies of a 5-Aminopentanoic Acid Nucleobase (APN) Dimer. S. F. Donaldson, S. C. Bergmeier, J. V. Hines & M. S. Gerdeman, *Nucleosides and Nucleotides & Nucleic Acids* **2002**, *21*, 111-123.

38.   Synthesis of Succinic Acids and Acid Derivative. A Review. K. M. Arason, & S. C. Bergmeier, *Org. Prep. Proc. Int.* **2002**, *34*, 337-366. (Invited review).

39.   A Method for the Parallel Synthesis of Multiply Substituted Oxazolidinones. S. J. Katz, & S. C. Bergmeier, *J. Comb. Chem.* **2002**, *4*, 162-166.

40.   The Effects of Methyllycaconitine (MLA) and Related Analogues on Bovine Adrenal α3β4* Nicotinic Acetylcholine Receptors. D. L. Bryant, R. B. Free, S. M. Thomasy, D. J. Lapinsky, K. A. Ismail, K. M. Arason, S. C. Bergmeier & D. B. McKay. *Ann. N. Y. Acad. Sci.* **2002**, *971*, 139-141.

41.   Structure-Activity Studies with Ring E Analogues of Methyllycaconitine. Synthesis and Evaluation of Enantiopure Isomers of a Selective Antagonist at the α3 Nicotinic Receptor. K. A. Ismail & S. C. Bergmeier, *Eur. J. Med. Chem.* **2002**, *37*, 469-474.

42.   Aziridine-Allylsilane Cyclizations. Formation of Azabicyclo [n.2.1] Ring Systems. D. J. Lapinsky & S. C. Bergmeier, *Tetrahedron* **2002**, *58*, 7109-7117. (Invited article for a Symposia in print, Application of strained heterocycles as reactive intermediates in organic synthesis).

43.   Intramolecular Cyclization Reactions of Aziridines with π-Nucleophiles.  S. C. Bergmeier, S. J. Katz, J. Huang, H. McPherson, P. Donohugh & D. D. Reed,  *Tetrahedron Lett.* **2004**, *45*, 5011-5014

44.   Structure Activity Studies of Ring E Analogues of Methyllycaconitine. II. Synthesis of Antagonists to the α3β4* Nicotinic Acetylcholine Receptors Through Modifications to the Ester.  S. C. Bergmeier, K. A. Ismail, K. M. Arason, S. McKay, D. L. Bryant & D. B. McKay, *Bioorg. Med. Chem. Lett.* **2004**, *14*, 3739-3742.

45.   Structure Activity Studies Of Quinuclidinone Analogs As Anti-Proliferative Agents In Lung Cancer Cell Lines. A. Malki, A. Pulipaka, S. C. Evans, S. C. Bergmeier, *Bioorg. Med. Chem. Lett.* **2006**, *16*, 1156-1159.

46.   Resolution of Methyl Nonactate by *Rhodococcus erythropolis* under Aerobic and Anaerobic Conditions.  J. Nikodinovic, J. M. Dinges, S. C. Bergmeier, M. C. McMills, D. L. Wright, & N. D. Priestley, *Org. Lett.* **2006**, *8*, 443-445.

47.   Structure Activity Studies of Oxazolidinone Analogs as RNA-Binding Agents. J. Means, S. J. Katz, R. Anupam, A. Nayek, J. V. Hines, & S. C. Bergmeier, *Bioorg. Med. Chem. Lett.* **2006**, *16*, 3600-3604.

48.   Compositions that Bind Anti-terminator RNA and Assay for Screening Such Compositions.  J. V. Hines & S. C. Bergmeier, **U.S. Patent #7,005,441**, February 28, 2006.

49.   Three-Membered Ring Systems, Chapter 3.2, S. C. Bergmeier & D. D. Reed in *Progress in Heterocyclic Chemistry*, G. W. Gribble & T. L. Gilchrist, Eds. Elsevier, Vol 18, 2006, pp 81-105.

50.   A Facile Synthesis of a Polyhydroxylated 2-Azabicyclo[3.2.1]octane. D. D. Reed & S. C. Bergmeier, *J. Org. Chem.* **2007**, *72*, 1024-1026.

51.    Three-Membered Ring Systems, Chapter 3.1, S. C. Bergmeier & D. D. Reed in *Progress in Heterocyclic Chemistry*, G.W. Gribble & T.L. Gilchrist, Eds. Elsevier, Vol 19, 2007, pp 70-91.

52.    Analogs Of Methyllycaconitine As Novel Noncompetitive Inhibitors of Nicotinic Receptors: Pharmacological Characterization, Computation Modeling, And Pharmacophore Development.  D. B. McKay, C. Chang, T. Gonzalez, S. B. McKay, R. El-Hajj, D. L. Bryant, P. W. Swaan, K. M. Arason, A. B. Pulipaka, C. M. Orac, & S. C. Bergmeier, *Mol. Pharmacol.* **2007**, *71*, 1288-1297.

53.    Aziridines and Azirines: Fused-ring Derivatives.  M. C. McMills & S. C. Bergmeier In *Comprehensive Heterocyclic Chemistry III*; Padwa, A. Ed.; Pergamon, Oxford: Volume 1, **2008**, pp 105-172.

54.    A Synthesis of 6-Azabicyclo[3.2.1]octanes. The Role of N-Substitution. A. B. Pulipaka & S. C. Bergmeier, *J. Org. Chem.* **2008**, *73*, 1462-1467.

55.    Suzuki Coupling Route To 5-Substituted Ring E Analogs Of Methyllycaconitine. J. Huang, C. M. Orac, S. McKay, D. L. Bryant, D. B. McKay, & S. C. Bergmeier, *Bioorg Med. Chem.* **2008**, *16*, 3816-3824.

56.    Synthesis of hexahydro-1H-benzo[c]chromen-1-amines via the intramolecular ring opening reactions of aziridines by π-nucleophiles. A. B. Pulipaka & S. C. Bergmeier, *Synthesis* **2008**, 1320-1329.

57.    A Knoevenagel Condensation Route for the Synthesis of a Highly Substituted cis-Decahydroquinoline. J. Huang & S. C. Bergmeier, *Tetrahedron* **2008**, *64*, 6434-6439.

58.    4,5-Disubstituted Oxazolidinones: High Affinity Molecular Effectors of RNA Function. R. Anupam, S. C. Bergmeier, N. J. Green, F. J. Grundy, T. M. Henkin, J. A. Means, A. Nayek & J. V. Hines, *Bioorg. Med. Chem. Lett.* **2008**, *18*, 3541-3544.

59.    Benzyl azide, S. C. Bergmeier in *Electronic Encylopedia of Reagents for Organic Synthesis,* L. A. Paquette, Ed. Wiley.

60.    Three-Membered Ring Systems, Chapter 3, S. C. Bergmeier & D. J. Lapinsky in *Progress in Heterocyclic Chemistry*, G. W. Gribble & T. L. Gilchrist, Eds. Elsevier, Oxford, Vol 20, **2008**, pp 47-73.

61.    Ring expansion of substituted norbornadienes for the synthesis of mono- and disubstituted 2-azabicyclo[3.2.1]octadienes. N. Emelda & S. C. Bergmeier, *Tetrahedron Lett.* **2008**, *49*, 5363-5365.

62.    Natural products in parallel synthesis. Triazole libraries of nonactic acid. A. Nayek, S. Luesse, G. Wells, S. C. Bergmeier, N. D. Priestley, M. C. McMills, & D. L. Wright, *Bioorg. Med. Chem. Lett.* **2008**, 3946-3949.

63.    Effect of novel negative allosteric modulators of neuoronal nicotinic receptors on cells expresing native and recombinant nicotinic receptors: Implications for drug discovery. T. F. González-Cestari, B. J. Henderson, R. E. Pavlovicz, S. B. McKay, R. A. El-Hajj, A. B. Pulipaka, C. M. Orac, D. D. Reed, R. T. Boyd, M. X. Zhu, C. Li, S. C. Bergmeier, & D. B. McKay, *J. Pharmacol. Exp. Ther.* **2009**, *328*, 504-515.

64.    Substitution effects in intramolecular aziridine-allylsilane cyclizations. D. J. Lapinsky, A. B. Pulipaka & S. C. Bergmeier, *Tetrahedron*, **2009**, *65*, 741-747.

65.   A formal [3+2] cycloaddition for the synthesis of bicyclo[3.2.1]octanes. C. M. Orac & S. C. Bergmeier, *Tetrahedron Lett.* **2009**, *50*, 1261-1263.

66.   Three-Membered Ring Systems, Chapter 3, S. C. Bergmeier & D. J. Lapinsky in *Progress in Heterocyclic Chemistry*, G.W. Gribble & J.A. Joule, Eds. Elsevier, Oxford, Vol 21, **2009**, pp 69-93.

67.   Inhibitors of basal glucose transport as potential anticancer agents. W. Zhang, Y. Liu, X. Chen & S. C. Bergmeier, *Bioorg. Med. Chem. Lett.* **2010**, *20*, 2191-2194.

68.   Natural Product Derivatives with Bactericidal Activity Against Gram-positive Pathogens Including Methicillin-resistant *Staphylococcus aureus* and Vancomycin-resistant *Enterococcus faecalis*. N. D. Priestley, J. B. Phillips, A. E. Smith, B. R. Kusche, B. A. Bessette, P. W. Swain, S. C. Bergmeier, M. C. McMills, & D. L. Wright, *Bioorg. Med. Chem. Lett.* **2010**, *20*, 5936-5938.

69.   A library of 1,4-disubstituted 1,2,3-triazole analogs of RNA-binding oxazolidinones. G. Acquaah-Harrison, S. Zhou, J. V. Hines & S. C. Bergmeier, *J. Comb. Chem.* **2010**, *12*, 491-496.

70.   Inter- and Intramolecular reactions of epoxides and aziridines with π-nucleophiles (Invited Review), S. H. Krake & S. C. Bergmeier, *Tetrahedron* **2010**, *66*, 7337-7360.

71.   Negative Allosteric Modulators that Target Human α4β2 Neuronal Nicotinic Receptors. B. J. Henderson, R. E. Pavlovicz, J. D. Allen, T. F. Gonzalez-Cestari, C. M. Orac, A. B. Bonnell, M. X. Zhu, R. T. Boyd, C. Li, S. C. Bergmeier, & D. B. McKay, *J. Pharmacol. Exp. Ther.* **2010**, *334*, 761-774.

72.   Three-Membered Ring Systems, Chapter 3, S.C. Bergmeier & D. J. Lapinsky in *Progress in Heterocyclic Chemistry*, G.W. Gribble & J.A. Joule, Eds. Elsevier, Oxford, Vol 22, **2010**, pp 59-83.

73.   Small compound inhibitors of basal glucose transport inhibit cell proliferation and induce apoptosis in cancer cells via glucose-deprivation-like mechanisms. Y. Liu, W. Zhang, Y. Cao, Y. Liu, S. C. Bergmeier & X. Chen, *Cancer Lett.* **2010**, *298*, 176-185.

74.   Natural feedstocks for diversity-oriented synthesis: Macrolide-like scaffolds from nonactate. D. Wright, Y. G. Sumskaya, S. C. Bergmeier, M. C. McMills & N. D. Priestley, *ARKIVOC*, **2010**, 144-166.

75.   Structure activity studies of RNA-binding oxazolidinone derivatives. I. Maciagiewicz, S. Zhou, S.C. Bergmeier & J.V. Hines, *Bioorg. Med. Chem. Lett.* **2011**, *21*, 4524-4527.

76.   Synthesis and stereospecificity of 4,5-disubstituted oxazolidinone ligands binding to T-box riboswitch RNA. C.M. Orac, S. Zhou, J.A. Means, D. Boehm, S.C. Bergmeier & J.V. Hines, *J. Med. Chem.* **2011**, *54*, 6786-6795

77.   Synthesis of a functionalized oxabicyclo[2.2.1]-heptene-based chemical library. S.B. Luesse, G. Wells, J. Miller, S.C. Bergmeier, M.C. McMills, N.D. Priestley & D.L. Wright, *Comb. Chem. High Throughput Screening,* **2012**, *15*, 81-89.

78.   Anisotropy studies of tRNA-T box antiterminator RNA complex in the presence of 1,4-disubstituted 1,2,3-triazoles. S. Zhou, G. Acquaah-Harrison, S. C. Bergmeier & J. V. Hines, *Bioorg. Med. Chem. Lett.* **2011**, *21*, 7059-7063.

79.   Three-Membered Ring Systems, Chapter 3, S.C. Bergmeier & D. J. Lapinsky in *Progress in Heterocyclic Chemistry*, G.W. Gribble & J.A. Joule, Eds. Elsevier, Oxford, Vol 23, **2011**, 75-100.

80.   Impact of fermentation, drying, roasting and Dutch processing on flavan-3-ol stereochemistry in cacao beans and cocoa ingredients. W. Jeffrey Hurst, Susann H. Krake, Stephen C. Bergmeier, Mark J. Payne, Kenneth B. Miller, and David A. Stuart, *Chem. Central J.* **2011**, *5*, 53. doi:10.1186/1752-153X-5-53.

81.   Synthesis of methyl nonactate derivatives. S. C. Bergmeier & N. D. Priestley, **US Patent 8,153,817,** April 10, 2012.

82.   An improved synthesis of functionalized *cis*-dicahydroquinolines using a Baylis-Hillman-type adduct. J. Huang, J. Petersen, S.C. Bergmeier, *Heterocycles*, **2012**, *84*, 1289-1299.

83.   3D-QSAR and 3D-QSSR models of negative allosteric modulators facilitate the design of a novel selective antagonist of human α4β2 neuronal nicotinic acetylcholine receptors. B. Henderson, S. C. Bergmeier, D. B. McKay, *Bioorg. Med. Chem. Lett.* **2012**, *22*, 1797-1813.

84.   Defining the Putative Inhibitory Site for a Selective Negative Allosteric Modulator of Human α4β2 Neuronal Nicotinic Receptors. B.J. Henderson, T.F. Gonzalez-Cestari, B. Yi, R.E. Pavlovicz, T.R. Boyd, C. Li, S.C. Bergmeier, D.B. McKay, *ACS Chemical Neurosci.* **2012**, *3*, 682-692.

85.   Characterization of a 1,4-disubstituted 1,2,3-triazole binding to T box antiterminator RNA, S. Zhou, G. Acquaah-Harrison, J. Means, S. C. Bergmeier and J. V. Hines, *Bioorg. Med. Chem.* **2012**, *20*, 1298-1302.

86.   A synthesis of 1,4-disubstituted imidazolidin-2-ones from fused-ring aziridines. I. M. Maciagiewicz, F. Fang, D. A. Roberts, S. Zhou, J. V. Hines, and S. C. Bergmeier, *Synthesis*, **2012**, *44*, 551-560.

87.   Fused ring aziridines as a facile entry into triazole fused tricyclic and bicyclic heterocycles. F. Fang, M. Vogel, J. V. Hines, S. C. Bergmeier, *Org. Biomol. Chem.* **2012**, *10*, 3080-3091.

88.   Studies on the ring opening reactions of 3-oxa-1-azabicyclo[3.1.0]hexan-2-ones. Synthesis of aminomethyl oxazolidinones and aziridinyl ureas. S. C. Bergmeier, G. M. Wells, T. Dudding, L. Belding, J. A. Frick, A. Nayek, J. Huang, S. J. Katz, *Tetrahedron*, **2012**, *68*, 3980-3987.

89.   A small-molecule inhibitor of glucose transporter 1 downregulates glycoloysis, induces cell-cycle arrest, and inhibits cancer cell growth in vitro and in vivo. Y. Liu, Y. Cao, W. Zhang, S. Bergmeier, Y. Qian, H. Akbar, R. Colvin, J. Ding, L. Tong, S. Wu, J. Hines and X. Chen, *Mol. Cancer Ther.* **2012**, *11*, 1672-1682.

90.   Ligand-induced changes in T box antiterminator RNA stability. S. Zhou, G. Acquaah-Harrison, K.D. Jack, S.C. Bergmeier, J.V. Hines, *Chem. Biol. Drug Design* **2012**, *79*, 202-208.

91.   Three-Membered Ring Systems, Chapter 2, S.C. Bergmeier & D. J. Lapinsky in *Progress in Heterocyclic Chemistry*, G.W. Gribble & J.A. Joule, Eds. Elsevier, Oxford, Vol 25, **2013**, pp 47-70.

92.   Synthesis and cytotoxic activity of MOM-ether analogs of isosteviol. A. Malki, R. Laha, S.C. Bergmeier, *Bioorg. Med. Chem. Lett.* **2014**, *24*, 1184-1187.

93.  Simple modifications to methimazole that enhance its inhibitory effect on tumor necrosis factor –a-induced vascular cell adhesion molecule-1 expression by human endothelial cells. A. Alapati, S.P. Deosarkar, O.L. Lanier, C. Qi, G.E. Carlson, M.M. Burdick, F.L. Schwartz, K.D. McCall, S.C. Bergmeier, D.J. Goetz, *Eur. J. Pharmacol.* **2015**, *751*, 59-66.

94.  Compositions and Methods for Glucose Transport Inhibition. X. Chen, S. Bergmeier, **US Patent: 9,181,162**, November, 2015.

95.  Factors that influence T box riboswitch efficacy and tRNA affinity. C. Zeng, S. Zhou, S.C. Bergmeier, J.V. Hines, *Bioorg. Med. Chem.* **2015**, *23*, 5702.

96.  A synthesis of hexahydro *H*-oxazolo[3,4-*a*]pyrazin-3-ones from fused aziridines. F. Fang, I. Maciagiewicz, S.C. Bergmeier, *Heterocycles* **2016**, *93*, 422-439.

97.  Development of a method for the synthesis of 4-aryl functionalized 2-azabicyclo[3.2.1]octanes. Ian Armstrong, S. C. Bergmeier, *Synthesis*, **2017**, 2733-2742

98.  Phenylmethimazole and a thiazole derivative of phenylmethimazole inhibit IL-6 expression by triple negative breast cancer cells. N.S. Mahboubeh, J.D. O'Brien, Z.J. Champa, S.P. Deosarkar, O.L. Lanier, C. Qi, M.M. Burdick, F.L. Schwarz, S.C. Bergmeier, K.D. McCall, D.J. Goetz. *Eur. J. Pharmacol.* **2017**, *803*, 130-137.

99.  Routes to N-glycinamide oxazolidinone derivatives: The reaction of 4-trityloxymethyl-3-oxa-1-azabicyclo[3.1.0]hexan-2-one with active halides. Z. Zheng & S.C. Bergmeier, *Arkivoc*, **2019**, DOI**:** https://doi.org/10.24820/ark.5550190.p010.812

100.  Identification of a Novel Selective and Potent Inhibitor of Glycogen Synthase Kinase-3. N.S. Mahboubeh, P.M. Bhatt Pooja, D. Ghazanfari, M.C. Courreges, C. Cuckler, C.M. Orac, M.C. McMills, F.L. Schwartz, S.P. Deosarkar, S.C. Bergmeier, K.D. McCall, D.J. Goetz, *Am. J. Physiol.: Cell Physiol.* **2019**, 1522-1563

101.  Isosteres of ester derived glucose uptake inhibitors.  D.A. Roberts, L. Wang, W. Zhang, Y. Liu, P. Shriwas, Y. Qian, X. Chen, S.C. Bergmeier, *Bioorg. Med. Chem. Lett.* **2020**, *30*, 127406

102.  RNA drug discovery: Conformational restriction enhances specific modulation of the T-box riboswitch function. I. Armstrong, A.H. Aldhumani, J.L. Schopis, F. Fang, E. Parsons, C. Zeng, M.I. Hossain, S.C. Bergmeier, J.V. Hines, *Bioorg. Med. Chem.* **2020**, *28*, 115696

103.  Modulation of LPS-induced inflammatory cytokine production by a novel glycogen synthase kinase-3 inhibitor. M.S. Noori, M.C. Courreges, S.C. Bergmeier, K.D. McCall, D.J. Goetz, *Eur. J. Pharmacol.* **2020**, *883*, 17334

104.  A novel GSK-3 inhibitor binds to GSK-3β via a reversible, time and Cys-199-dependent mechanism.  Ghazanfari, D.; Noori, M.S.; Bergmeier, S.C.; Hines, J.V.; McCall, K.D.; Goetz, D.J.  *Bioorg. Med. Chem.* **2021**, *40*, 116179

105.  A small-molecule pan-class I glucose transporter inhibitor reduces cancer cell proliferation in vitro and tumor growth in vivo by targeting glucose-based metabolism. P. Shriwas, D. Roberts, Y. Li, L. Wang, Y. Qian, S. Bergmeier, J. Hines, S. Adhicary, C. Nielsen, X. Chen. *Cancer & Metabolism*, **2021**, *9*, 14, 1-14

## PRESENTATIONS

**34th National Organic Symposium**,  June 11-15, 1995.  Poster #91; *Intramolecular Aziridine-Allylsilane Reactions*.

**34th National Organic Symposium**,  June 11-15, 1995.  Poster #90; *Amidohalogenation Reactions of Azidoformates*.

**Ohio State University**,  Columbus, Ohio, Department of Chemistry,  May 1, 1997.  Organic Division, Invited seminar; *Aziridines in Drug Design and Synthesis*.

**35th National Organic Symposium**, San Antonio, Texas,  June 22-26, 1997.  Poster #T163; *Acylnitrene Mediated Synthesis of (-)-Bestatin*.

**Gordon Research Conference on Heterocyclic Compounds**,  Newport, Rhode Island,  June 29-July 4 1997.  Poster; *Synthesis and Reactions of Bicyclic Aziridines*.

**Tularik, Inc.**, South San Francisco, California, Sept. 19, 1997.  Invited seminar;  *Acylnitrenes for the Synthesis of Amino Alcohols*.

**Corvas**, San Diego, California, Nov. 18, 1997.  Invited seminar;  *Acylnitrenes for the Synthesis of Vicinal Amino Alcohols*.

**MitoKor Inc.**, San Diego, California, Jan. 9, 1998.  Invited seminar;  *Acylnitrenes for the Synthesis of Vicinal Amino Alcohols*.

**Combichem Inc.**, San Diego, California, March 27, 1998.  Invited seminar;  *Aziridines in Organic Synthesis*.

**Midwest Regional AAPS meeting**, Chicago, Illinois., May 18, 1998.  Invited seminar; *Acylnitrenes for the Synthesis of Amino Alcohols*.

**Gordon Research Conference on Heterocyclic Compounds**,  Newport, Rhode Island, June 28-July 3, 1998.  Invited seminar; *Aziridine-Allylsilane Cyclizations. Problems, Solutions and Applications*.

**Ohio University**, Athens, Ohio, Department of Chemistry.  Oct. 23, 1998.  Invited seminar; *Aziridine-Allylsilane Cyclizations. Problems, Solutions and Applications*.

**University of Iowa**, Iowa City, Iowa, Department of Chemistry.  Feb. 5, 1999.  Invited seminar: *Aziridine-Allylsilane Cyclizations. Problems, Solutions and Applications*.

**36th National Organic Symposium**,  Madison, Wisconsin, June 13-17, 1999.  Poster #87; *Synthesis of Bicyclic Proline Analogs Using a Formal [3+2] Intramolecular Aziridine-Allylsilane Cycloaddition Reaction*.

**36th National Organic Symposium**,  Madison, Wisconsin, June 13-17, 1999.  Poster #148; *Ring E Analogs of Methyllycaconitine as Nicotinic Antagonists*.

**Gordon Research Conference on Heterocyclic Compounds**,  Newport, Rhode Island,  June 27-July 1 1999.  Poster; *Ring E Analogs of Methyllycaconitine as Nicotinic Antagonists*.

**Eastern Michigan University**, Ypsilanti, Michigan, Department of Chemistry, Oct. 18, 1999.  Invited seminar: *Aziridines, Allylsilanes and Nicotinic Antagonists*.

**Society for Neuroscience Annual Meeting**, Miami Beach, Florida, Oct. 23 – Oct. 28, 1999. Poster #497.3:  *Ring E Analogs of Methyllycaconitine as Nicotinic Antagonists.*

**Ohio State University**, Columbus, Ohio, Department of Pharmacology, Feb 1, 2000.  Invited seminar: *Aziridines, Allylsilanes and Nicotinic Antagonists.*

**University of Montana**, Missoula, Montana, Department of Chemistry, Feb. 7, 2000.  Invited seminar: *Aziridines, Allylsilanes and Nicotinic Antagonists.*

**219th American Chemical Society National Meeting**, San Francisco, California, March 26 - 30, 2000. Paper #319; *Ring E Analogs of Methyllycaconitine as Nicotinic Antagonists.*

**Michigan Technological University**, Houghton, Michigan, Department of Chemistry, April 7, 2000.  Invited seminar: *Aziridines, Allylsilanes and Nicotinic Antagonists.*

**Upper Ohio Valley Section, American Chemical Society**, October 19, 2000.  Invited seminar: *Aziridines, Allylsilanes and Nicotinic Antagonists.*

**University of Florida**, Gainesville, Florida, Department of Chemistry, November 16, 2000. Invited seminar:  *Aziridines, Allylsilanes and Nicotinic Antagonists.*

**University of Memphis**, Memphis, Tennessee, Department of Chemistry, February 23, 2001. Invited seminar: *Aziridines, Allylsilanes and Nicotinic Antagonists*

**Miami University**, Oxford, Ohio, Department of Chemistry, April 12, 2001.  Invited seminar: *Aziridine – Allylsilane Cyclizations, Applications and Future Directions.*

**37th National Organic Symposium**,  Bozeman, Montana, June 10-14, 2001.  Poster #40; *Structure – Activity Studies with Ring E Analogues of Methyllycaconitine.*

**37th National Organic Symposium**,  Bozeman, Montana, June 10-14, 2001.  Poster #115; *Synthesis of Azabicyclo[x.2.1]-Systems Using a Intramolecular Aziridine-Allylsilane Cyclization Reaction.*

**Gordon Research Conference on Heterocyclic Compounds**,  Newport, Rhode Island,  July 8-July 13 2001.  Poster; *Synthesis of Aza-bicyclo[n.2.1]-Ring Systems.*

**Gordon Research Conference on Combinatorial Chemistry**,  Tilton, New Hampshire,  July 15-July 20 2001.  Poster; *Parallel Synthesis of Multiply Substituted 2-Oxazolidinones.*

**Michigan State University**, East Lansing, Michigan, Department of Chemistry, March 14, 2002. Invited seminar: *Aziridines in Diversity-Oriented Synthesis.*

**Wayne State University**, Detroit, Michigan, Department of Chemistry, April 9, 2002. Invited seminar: *Aziridines in Diversity-Oriented Synthesis.*

**University of Michigan**, Ann Arbor, Michigan, Department of Chemistry, April 10, 2002. Invited seminar: *Aziridines in Diversity-Oriented Synthesis.*

**Gordon Research Conference on Heterocyclic Compounds**,  Newport, Rhode Island,  July 7-July 12 2002.  Poster; *Intramolecular Friedel-Crafts Reactions of Aziridines.*

**University of Nebraska**, Lincoln, Nebraska, Department of Chemistry, October1, 2002. Invited seminar: *Aziridines in Organic Synthesis.*

**University of Kansas**, Lawrence, Kansas, Department of Medicinal Chemistry, October 3, 2002. Invited seminar: *Aziridines in Organic Synthesis.*

**University of Toledo**, Toledo, Ohio, Department of Medicinal Chemistry, October 17, 2002. Invited seminar: *Aziridines, Combinatorial Chemistry and Nicotinic Antagonists.*

**University at Albany**, Albany, New York, Department of Chemistry, September 23, 2003. Invited seminar : *Aziridines, Allylsilanes and Nicotinic Antagonists*.

**University of Louisville**, Louisville, Kentucky, Department of Chemistry, January 13, 2004. Invited seminar: *Aziridines, Allylsilanes and Nicotinic Antagonists*.

**University at Brockport**, Brockport, New York, Department of Chemistry,  February 20, 2004. Invited seminar: *Aziridines, Allylsilanes and Nicotinic Antagonists*.

**Canisius College**, Buffalo, New York, Department of Chemistry,  February 20, 2004. Invited seminar: *Aziridines, Allylsilanes and Nicotinic Antagonists*.

**St. Vincent's College**,  Pennsylvania, Department of Chemistry, March 12, 2004. Invited seminar:  *Aziridines, Allylsilanes and Nicotinic Antagonists*.

**Ohio Valley Organic Chemistry Symposium**, Dayton, Ohio, May 14-15, 2004.  Invited seminar: *Aziridines in Diversity – Oriented Synthesis*.

**Universität Leipzig**, Fakultät für Chemie und Mineralogie, Institut für Organische Chemie, Universität Leipzig, Leipzig, Germany, July 6, 2004. Invited seminar:  *Aziridines in Diversity – Oriented Synthesis.*

**Gordon Research Conference on Natural Products**, Tilton, New Hampshire, July 25 –30, 2004. Poster: *Chemistry and Medicinal Chemistry of the Norditerpenoid Alkaloid Methyllycaconitine.*

**228th American Chemical Society National Meeting**, Philadelphia, Pennsylvania, August 22 – 26, 2004. Poster #85: *Structure Activity Studies of Ring E Analogues of Methyllycaconitine. Synthesis of Antagonists to the $\alpha3\beta4$* Nicotinic Acetylcholine Receptors*

**228th American Chemical Society National Meeting**, Philadelphia, Pennsylvania, August 22 – 26, 2004. Poster #84: *Structure Activity Studies of Multiple Ring Analogues of Methyllycaconitine. Synthesis of Antagonists to the Nicotinic Acetylcholine Receptors.*

**20th International Congress of Heterocyclic Chemistry**, Palermo, Italy, July 31 – August 5, 2005.  Invited presentation: *Synthesis and Biological Activity of Ring E/F and Ring E/B Analogues of Methyllycaconitine.*

**Brock University**, St. Catherines, Ontario, Canada, October 7, 2005.  Invited seminar: *Alkaloid Analogs as Nicotinic Antagonists.*

**Gordon Research Conference on Bioorganic Chemistry**, Oxford, England, July 30 – August 5, 2006.  Poster: *Ring Opening Reaction of 3-Oxa-1-azabicyclo[3.1.0]-hexan-2-ones; A Facile Synthesis of Aminomethyl Oxazolidinones.*

**232nd American Chemical Society National Meeting**, San Francisco, California, September 10 – September 14, 2006.  Poster 538:  *Synthesis and Evaluation of Ring EB Analogs of Methyllycaconitine*.

**232nd American Chemical Society National Meeting**, San Francisco, California, September 10 – September 14, 2006.  Poster 541:  *Methyl Nonactate as a Starting Scaffold for the Parallel Synthesis of Compound Libraries.*

**38th Central Regional ACS meeting,** Covington KY, May 19 – May 23 2007. *Microwave accelerated reactions in parallel synthesis.* Invited presentation – Symposium on Microwaves in Synthesis.

**40th National Organic Symposium,** June 3 - 7, 2007, Duke University**,** *Intramolecular Cyclization Reactions of Aziridines with π-Nucleophiles,* Poster #C78.

**40th National Organic Symposium,** June 3 - 7, 2007, Duke University, *The Lewis acid promoted [3+2] cycloaddition reaction of cyclohexenylsilanes with electron-deficient double bonds*. Poster #C65.

**Universität Leipzig**, Institute für Organische Chemie, December 3, 2007. Invited seminar: *Aziridine-based approaches to alkaloids and alkaloid analogs.*

**University of Connecticut**, Department of Pharmaceutical Sciences, June 5, 2008. Invited seminar: *The search for novel antimicrobial agents. A serendipitous marriage of organic chemistry and structural biology.*

**31st National Medicinal Chemistry Symposium**, June 15 – 19, 2008, University of Pittsburgh, Poster #116: *A library of 1,4-disubstituted 1,2,3-triazoles analogs of the oxazolidinone antibacterial/RNA-binding agents.*

**13th Latest Trends in Organic Synthesis**, August 13 – 16, 2008, Brock University, St. Catherines, Ontario. Poster: *Intramolecular reactions of aziridines with π-nucleophiles.*

**Gordon Research Conference on Combinatorial Chemistry**, September 1 – 5, 2008, Magdalen College, Oxford University, Oxford, England. Poster: *Natural product-based parallel synthesis.*

**EMBL Conference on Chemical Biology**, October 8 – 11, 2008, European Molecular Biology Laboratories, Heidelberg, Germany. Poster: *Stereoselectivity in the binding of small molecules to T-box RNA.*

**22nd International Congress on Heterocyclic Chemistry**, August 1 – 7, 2009, St. John's Newfoundland, Canada, Invited Presentation: *3-oxa-1-azabicyclo[3.1.0]-hexan-2-one as a convenient starting scaffold for the synthesis of imidazolinones, substituted piperazines and piperazino[1,2-e]triazoles.*

**Duquesne University**, Department of Chemistry & Biochemistry, February 1, 2010, Invited presentation: *The development of new reactions involving aziridines.*

**239th American Chemical Society National Meeting**, March 21-25, 2010, San Francisco CA. Presentation: *3-oxa-1-azabicyclo[3.1.0]-hexan-2-one as a convenient starting scaffold for the synthesis of imidazolidinones and substituted piperazines*

**239th American Chemical Society National Meeting**, March 21-25, 2010, San Francisco CA. Poster: *Inhibitors of basal glucose transport as anticancer agents*, MEDI 363.

**239th American Chemical Society National Meeting**, March 21-25, 2010, San Francisco CA. Poster: *Fluorescence anisotropy screening for inhibitors of tRNA-T Box antiterminator RNA riboswitch interaction*, MEDI 423.

**14th Symposium on the Latest Trends in Organic Synthesis**, August 11 – 14, 2010, Brock University, St. Catherines, Ontario, Canada, Invited Presentation: *Reactions of aziridines as a route to chemical diversity.*

**Science Café – Ohio University,** January 26, 2011, Invited Presentation: *Chemistry, the class you love to hate and drug discovery.*

**Old Dominion University**, Department of Chemistry, Invited presentation, Feb 23, 2011, *Reactions of aziridines as a route to chemical diversity*.

**Gordon Research Conference on Heterocyclic Chemistry**, Salve Regina University, Newport, RI, June 26 – June 30, 2011, Poster: *Fused-ring aziridines for the synthesis of aziridinyl ureas.*

**Wichita State University**, Department of Chemistry, Invited presentation, Sept 21, 2011, *Reactions of aziridines as a route to chemical diversity*.

**243rd American Chemical Society National Meeting**, March 25-29, 2012, San Diego, CA. Poster: *Synthesis and utility of novel peptidomimetics containing hydroxyethyl isostere and imodazolidinone*, MEDI 112.

**Ohio University Chapter of Sigma Xi,** New methods for small molecule synthesis. Applications to the discovery of new therapeutics. April 4, 2013 (invited presentation)

**245th National Meeting of the American Chemical Society**, New Orleans, LA, April 7 – 11, 2013, Founding and evolution of a startup pharmaceutical company (final paper number: 23) Invited Presentation to the True Stories of Success Session, S. C. Bergmeier, M. C. McMills, N. D. Priestley, D. L. Wright

**245th National Meeting of the American Chemical Society**, New Orleans, LA, April 7 – 11, 2013, Novel isosteviol derivatives as potential anticancer agents, Poster # MEDI-80, R. Laha, A. Malki, & S. C. Bergmeier

**245th National Meeting of the American Chemical Society**, New Orleans, LA, April 7 – 11, 2013, Synthesis of N-acyl aziridine containing peptidomimetics, Presentation # MEDI-274, G. M. Wells & S. C. Bergmeier

**34th National Medicinal Chemistry Symposium**, Charleston, SC, May 18 – 21, 2014, RNA Drug Discovery: Extension and Conformational Restriction Enhance Modulation of T Box Riboswitch Function, Chunxi Zeng, Ian Armstrong, Jia Liu, Fang Fang, Jennifer V. Hines, Stephen C. Bergmeier

**34th National Medicinal Chemistry Symposium**, Charleston, SC, May 18 – 21, 2014, Small Molecule Inhibitors of Glucose Uptake as Anticancer Agents, Dennis A. Roberts, Weihe Zhang, Yi Liu, Yanrong Qian, Xiaozhuo Chen, Stephen C. Bergmeier

**35th National Medicinal Chemistrsy Symposium**, Chicago, IL, June 26-29, 2016. Inhibitors of glucose transport as anticancer agents. Emma Kessler, Johannes Diesel, Yanrong Qian, Pratik Shriwas, Maximillian Munzer, Jennifer V. Hines, Xiaozhuo Chen, Stephen C. Bergmeier

**John Carroll University**, Department of Chemistry, Cleveland, OH, October 12, 2016. Inhibitors of Glucose Uptake - A New Cancer Therapy. Weihe Zhang, Dennis Roberts, Emma Kessler, Johannes Diesel, Yanrong Qian, Pratik Shriwas, Maximillian Munzer, Liyi Wang, Jennifer V. Hines, Xiaozhuo Chen, Stephen C. Bergmeier

**Hong Kong Baptist University**, Department of Chemistry, Hong Kong, China, December 5, 2016. Inhibitors of Glucose Uptake - A New Cancer Therapy. Weihe Zhang, Dennis Roberts, Emma Kessler, Johannes Diesel, Yanrong Qian, Pratik Shriwas, Maximillian Munzer, Liyi Wang, Jennifer V. Hines, Xiaozhuo Chen, Stephen C. Bergmeier

**Shandong Normal University**, Department of Chemistry, Jinan, China, December 8, 2016. Inhibitors of Glucose Uptake - A New Cancer Therapy. Weihe Zhang, Dennis Roberts, Emma Kessler, Johannes Diesel, Yanrong Qian, Pratik Shriwas, Maximillian Munzer, Liyi Wang, Jennifer V. Hines, Xiaozhuo Chen, Stephen C. Bergmeier

**36ʰ National Medicinal Chemistry Symposium,** Nashville, TN, April 28 – May 2, 2018. Fused-ring aziridines as a route to imidazolidinone based peptidomimetics. Susann H. Krake, Stephen C. Bergmeier

**National Organic Symposium**, Bloomington, Indiana, June 2019, Synthesis of Ether-linked Glucose Uptake Inhibitors, Liyi Wang, Emma J. Kessler, Pratik Shriwas, Jennifer V. Hines, Xiao Chen, Stephen C. Bergmeier

**National Organic Symposium**, Bloomington, Indiana, June 2019, The design and synthesis of RNA targeting small molecules, Eric Parsons, Benjamin J. Haines, Ian S. Armstrong, Jia L. Schopis, Jennifer V. Hines, Stephen C. Bergmeier

# Tab B

# CURRICULUM VITAE

Daniel Combs, MD
Assistant Professor, Tenure Eligible
Phone: 520-626-7780
Email: combs89@arizona.edu

## CHRONOLOGY OF EDUCATION

| | |
|---|---|
| 08/2003-05/2007 | BS in Molecular and Cellular Biology with Honors, *Magna Cum Laude*<br>BS in Health Sciences in Physiology, *Magna Cum Laude*<br>University of Arizona, Tucson, Arizona |
| 08/2007-05/2011 | Doctor of Medicine, Research Distinction Track<br>University of Arizona, Tucson, Arizona |
| 07/2011-06/2014 | Pediatric Residency<br>University of Arizona, Tucson, Arizona |
| 08/2012-05/2013 | Fellow, Leadership Education in Neurodevelopmental Disabilities (AZLEND), University of Arizona, Tucson, AZ |
| 07/2014-06/2015 | Sleep Medicine Fellowship<br>University of Arizona, Tucson, Arizona |

## CHRONOLOGY OF EMPLOYMENT

| | |
|---|---|
| 07/2015 – 11/2020 | Assistant Professor of Pediatrics, Clinical Scholar Track<br>University of Arizona, Tucson, Arizona |
| 07/2015- | Director, Pediatric Sleep Medicine Program, Banner University Medical Center-Tucson |
| 10/2015 - | Assistant Professor of Medicine (J)<br>University of Arizona, Tucson, Arizona |
| 01/2016 -11/2020 | Banner University Medical Group – Tucson<br>Assistant Professor, University of Arizona,<br>Tucson, AZ |
| 07/2019- | Associate Program Director, Sleep Medicine Fellowship (Pediatrics) |

| 11/2020- | Assistant Professor of Pediatrics, Tenure Eligible<br>University of Arizona, Tucson, AZ |
| --- | --- |
| 10/2021- | Assistant Director of Scholarly Projects, Community-based Research<br>University of Arizona College of Medicine |

**Board Certification and Licenses**

| 03/2014 - | Arizona medical license, #48789 |
| --- | --- |
| 10/2014 - | American Board of Pediatrics, Certified in General Pediatrics,<br># 109506 |
| 10/2015 - | American Board of Pediatrics, Board Certified in Sleep Medicine,<br>#258 |

## HONORS AND AWARDS

| 8/2006-5/2008 | Solon E. Summerfield Scholar |
| --- | --- |
| 8/2009 | Kenneth Gerber Memorial Scholarship |
| 8/2010 | A C Simon Memorial Scholarship |
| 5/2011 | Excellence in Research Award- University of Arizona College of<br>Medicine |
| 4/2015 | American Academy of Sleep Medicine Young Investigator Research<br>Forum Travel Award |
| 6/2015 | Sleep Research Society Implementation Science Young Investigator<br>Travel Award |
| 10/2015 | Anne Elizabeth Suratt Young Investigator Award |
| 7/2016-6/2022 | NIH/NHLBI Pediatric Research Loan Repayment Program Awardee<br>(renewed 2018, 2020) |

## SERVICE/OUTREACH

**National/International Outreach**

| | |
|---|---|
| 7/2011-6/2015 | Member, American Academy of Pediatrics |
| 7/2014 - | Member, American Academy of Sleep Medicine |
| 7/2014 - | Member, Sleep Research Network |
| 10/2014-10/2015 | Member, Sleep Research Society |
| 4/2015-4/2015 | Participant, American Academy of Sleep Medicine Young Investigator Forum |
| 8/2015-6/2016 | Program faculty mentor, Arizona's Science, Engineering and Mathematics Scholars (ASEMS) |
| 12/2015 | Annual conference abstract reviewer: Sleep and Development category, 2016 Associated Professional Sleep Societies |
| 12/2016 | Annual conference abstract reviewer: Sleep Disordered Breathing category, 2017 Associated Professional Sleep Societies |
| 12/2017 - | Member, American Heart Association |
| 01/2017 -12/2020 | Member, American Sleep Medicine Foundation Career Development Award Grant Review Committee |
| 12/2017 | Annual conference abstract reviewer: Pediatrics category, 2018 Associated Professional Sleep Societies |
| 4/2018 | Ad Hoc Reviewer, University of Arizona International Research & Academic Program Development Grant Review |
| 8/2018 | Member, American Academy of Sleep Medicine Foundation Strategic Research Award Grant Review Committee |
| 11/2018 | Social media facilitator, American Heart Association Scientific Sessions 2018: Abnormal Growth in Congenital Heart Disease: Not too little, Not too much |
| 12/2018 | Annual conference abstract reviewer: Pediatrics category, 2019 Associated Professional Sleep Societies |
| 12/2019 | Annual conference abstract reviewer: Pediatrics category, 2020 Associated Professional Sleep Societies |
| 7/2020 | Member, NIH grant review committee (ZRG1 BBBP-C (55) R) |

| 12/2020 | Annual conference abstract reviewer: Sleep-Related Breathing Disorders category, 2021 Associated Professional Sleep Societies |
| --- | --- |
| 1/2021- | Member, American Academy of Sleep Medicine Foundation Investigator-Initiated Research Grant Review Committee |
| 11/2021 | Mail Reviewer, NIH Infectious, Reproductive, Asthma and Pulmonary Conditions (IRAP) Study Section |
| 12/2021 | Annual conference abstract reviewer, 2022 Associated Professional Sleep Societies |
| 3/2022 | Member NIH grant review committee ( |

Ad Hoc Reviewer:
SLEEP
Journal of Clinical Sleep Medicine
Sleep Medicine
Journal of Sleep Research
Nature and Science of Sleep
European Respiratory Journal
Annals of the American Thoracic Society
Paediatric Respiratory Reviews
Respiratory Medicine
International Journal of Chronic Obstructive Pulmonary Disease
Journal of Intellectual and Developmental Disabilities
Research in Developmental Disabilities
PEDIATRICS
Journal of Applied Physiology
Health and Quality of Life Outcomes
BMJ Open
Childhood Obesity
Journal of Clinical Medicine
Cancer
Future Cardiology
International Journal of Environmental Research and Public Health
BMC Pediatrics

**Departmental Committees**

| 7/2011-6/2014 | Member, Pediatric Continuous Program Improvement Committee, University of Arizona Medical Center |
| --- | --- |
| 07/2015- | Member, Sleep Medicine Fellowship Core Competencies Committee |

| 07/2015- | Member, Sleep Medicine Fellowship Program Evaluation Committee |
| 9/2016-3/2017 | Member, 5-Year Administrative Review Committee for Dr. Fayez Ghishan (University of Arizona Department of Pediatrics Chair review) |

**College Committees**

| 7/2016-7/2021 | Member, University of Arizona College of Medicine Continuing Medical Education Committee |
| 7/2020- | Member, University of Arizona College of Medicine Graduate Medical Education Committee |
| 7/2021-7/2022 | Vice-Chair, University of Arizona College of Medicine Continuing Medical Education Committee |

**University Committees**

| 10/2021- | Member, Institutional Review Board |

## PUBLICATIONS/CREATIVE ACTIVITY

### Chapters in scholarly books and monographs

1. **Combs D,** Cranmer LD; Melanoma and Skin Cancer; In: *Neuropsychological Impact of Cancer and Oncology*; Springer Publishing Company; New York; 2012

### Refereed Journal Articles

1. **Combs D**, Shetty S, Parthasarathy S; Advances in PAP treatment modalities for hypoventilation syndromes; *Sleep Medicine Clinics*; Sept 2014; 9(3):315-325**;** PMID 25346650

2. **Combs D**, Rice SA and Kopp LM; Incidence of delirium in children with cancer; *Pediatric Blood & Cancer*; Nov 2014; 61(11):2094-5; PMID 24938869

3. Buterbaugh J, Wynstra C, Provencio N, **Combs D**, Gilbert M, Parthasarathy S; Cerebrovascular Reactivity in Young Subjects with Sleep Apnea; *Sleep*; Feb 2015; 1;38(2):241-50; PMID 25409111

4. Parthasarathy S, Shetty S, **Combs D**; Mend the Mind and Mind the "MCC"; *Sleep;* Jul 1, 2015; 38(7):1001-3; PMID: 26085292

5. **Combs D**, Goodwin JL, Quan SF, Morgan WJ, Parthasarathy S; Longitudinal Differences in Sleep Duration in Hispanic and Caucasian Children; *Sleep Medicine*; Jun 29, 2015; 18:61-66; PMID: 26299467

6. **Combs D**, Goodwin JL, Quan SF, Morgan WJ, Parthasarathy S; Modified Stop-Bang Tool For Stratifying Obstructive Sleep Apnea Risk in Adolescent Children; *PLoS One*;.Nov 18, 2015; 10(11):e0142242; PMID 26581088

7. **Combs D**, Shetty S, Parthasarathy S; Big-data or Slim-data: Predictive Analytics Will Rule the World; *Journal of Clinical Sleep Medicine;* 2016; 12(2):159-160; PMID 26943716

8. Yamauchi M, **Combs D**, Parthasarathy S; Adaptive Servo-Ventilation for Central Sleep Apnea in Heart Failure; *New England Journal of Medicine;* Feb 17, 2016; 374: 687-691; PMID 26886532

9. **Combs D**, Goodwin JL, Quan SF, Morgan WJ, Shetty S, Parthasarathy S; Insomnia, Health-Related Quality of Life and Health Outcomes in Children: A Seven Year Longitudinal Cohort; *Scientific Reports*; Jun 13, 2016; 6:27921; PMID 27295263

10. Grandner MA, Alfonso-Miller P, Fernandez-Mendoza J, Shetty S, Shenoy S, **Combs D**; Sleep: Important Considerations for the Prevention of Cardiovascular Disease; *Current Opinion in Cardiology*; Sep 2016; 31(5):551-6; PMID 27467177 [Review]

11. Parthasarathy S, Buysse D, Carskadon M, Jean-Louis G, Owens J, Bramoweth A, **Combs D**, Hart C, Hasler B, Honaker S, Hertenstein E, Kuna S, Kushida C, Levenson J, Murray C, Pack A, Pillai V, Pruiksma K, Seixas A, Strollo P, Thosar S, Twery M, Williams N, Stoney K; Implementation of Sleep and Circadian Science: Recommendations from the Sleep Research Society and National Institutes of Health Workshop; *Sleep*; Oct 10, 2016; 39(12):2061-2075; PMID 27748248

12. Shetty S, Fernandes A, Patel S, **Combs D**, Grandner MA, Parthasarathy S; Unanticipated Nocturnal Oxygen Requirement during Positive Pressure Therapy for Sleep Apnea and Medical Comorbidities; *Journal of Clinical Sleep Medicine*; Jan 15, 2017; 13(1):73-79; PMID 27655454

13. **Combs D**, Parthasarathy S;  Machines Learning to Detect Obstructive Sleep Apnea in Children: Are We There Yet?; *American Journal of Respiratory and Critical Care Medicine*; ePub; Aug 29, 2017; PMID 28849948

14. Chin CN, **Combs D**; Glycemic improvement with improved control of sleep-disordered breathing in Prader-Willi syndrome; *Sleep and Vigilance*; Oct 12, 2017; 1:85-88

15. Quan SF, **Combs D**, Parthasarathy S; Impact of Sleep Duration and Weekend Oversleep on Body Weight and Blood Pressure in Adolescents; *Southwest Journal of Pulmonary Critical Care*; 2018; 16(1):31-41; PMID 29375933

16. Bailey O, Parthasarathy S, **Combs D**; Too Little, but Still Great?; *Journal of Clinical Sleep Medicine*; Jun 15, 2018; 14(6):907–908; PMID 29852920

17. Parthasarathy S, **Combs D**, Patel SN, Poongkunran C, Quan SF; Provider Types and Outcomes in Obstructive Sleep Apnea Case Finding and Treatment; *Annals of Intern Medicine*; Aug 7, 2018; 169(3):201-202; PMID 30083707

18. **Combs D**, Skrepnek G, Seckeler M, Barber B, Morgan WJ, Parthasarathy S; Sleep-disordered breathing is associated with increased mortality among hospitalized infants with congenital heart disease; *Journal of Clinical Sleep Medicine*; Aug 30, 2018; PMID: 30176962

19. **Combs D**, Goodwin JL, Quan SF, Morgan WJ, Hsu CH, Edgin JO, Parthasarathy S; Mother knows best? Comparing child and parent report of sleep parameters with polysomnography; *Journal of Clinical Sleep Medicine*; Jan 15, 2019;15(1):111-117; PMID: 30621839

20. Knitter J, Bailey OF, Poongkunran C, Martinez AF, Martinez L, Kobayashi U, **Combs D**, Lane R, Zareba W, Parthasarathy S; Comparison of Physiological Performance of Four Adaptive Servo Ventilation Devices In Patients With Complex Sleep Apnea; *American Journal of Respiratory and Critical Care Medicine*; Apr 1, 2019; 199(7):925-928; PMID 30605350

21. Bailey O, **Combs D**, Sans-Fuentes M, Havens C, Poongkunran C, Patel S, Berryhill S, Provencio N, Quan SF, Parthasarathy S; Delayed sleep time in African Americans and depression in a community-based population; *Journal of Clinical Sleep Medicine*; Jun 15, 2019; 15(6):857-864; PMID: 31138383

22. Tubbs AS, **Combs D**, Grandner MA, Parthasarathy S; Obstructive Sleep Apnea in Jacobsen Syndrome; *Sleep and Vigilance*; April 2019; https://doi.org/10.1007/s41782-019-00060-w

23. Tubbs AS, Grandner MA, **Combs D**; Refractory insomnia in an adolescent with total blindness; *Yale Journal of Biology and Medicine*; Jun 27, 2019; 92(2):201-204; PMID: 31249480

24. Berryhill, S Morton CJ, Dean A, Berryhill A, Provencio-Dean N, Patel, SI, Estep, L, **Combs D**, Gerald LB, Krishnan JA, Parthasarathy S. Effect of Wearables on Sleep in Healthy Individuals: A Randomized Cross-Over Trial and Validation Study. *Journal of Clinical Sleep Medicine*. May 15 2020; 16(5):775-783; PMID 32043961

25. Pandey A, Mereddy S, **Combs D**, Shetty S, Patel S, Mashaqi S, Seixas A, Littlewood K, Jean-Louis G. Parthasarathy S. Socioeconomic Inequities in Adherence to Positive Airway Pressure Therapy in Population Level Analysis. *Journal of Clinical Medicine*. February 6, 2020; 9(2):442; PMID 32041146

26. **Combs D**, Edgin JO, Klewer S, Barber BJ, Morgan WJ, Hsu CH, Abraham I, Parthasarathy S. Obstructive sleep apnea and neurocognitive impairment in children with congenital heart disease. *CHEST*. 2020 Sep;158(3):1208-1217; PMID 32222588

27. **Combs D**, Parthasarathy S. Nocturnal oxygen for high altitude travel in patients with COPD. *JAMA Network Open*. Jun 22 2020; 3(6):e208022; PMID 32568396

28. Patel S, **Combs D**, Parthasarathy S. Sleep Apnea 20/20: A 20-year Cohort that continues to inform the next 20 years. *Journal of Clinical Sleep Medicine*. Dec 17, 2020; 16(S1):27-28; PMID 33054968

29. Mashaqi S, Mansour H, Alameddin H, **Combs D**, Patel S, Estep L, Parthasarathy S. The Cross-Talk Between Obstructive Sleep Apnea and Cardiovascular Remodeling; Matrix Metalloproteinase-9 as a Messenger – A Literature Review. *Journal of Clinical Sleep Medicine*. Mar 1, 2021;17(3):567-591; PMID 33108267

30. **Combs D**, Hsu CH, Bailey O, Patel S, Mashaqi S, Estep L, Provencio-Dean, N, Lopez S, Parthasarathy S. Differences in sleep timing and related effects between African Americans and non-Hispanic Whites. *Journal of Clinical Sleep Medicine.* May 1, 2021; 17(5):897-908. PMID 33382030

31. Mashaqi S, Patel SI, **Combs D**, Estep L, Helmick S, Machamer J, Parthasarathy S. The Hypoglossal Nerve Stimulation as a Novel Therapy for Treating Obstructive Sleep Apnea – A literature Review. *Int J Environ Res Public Health*. 2021 Feb 9;18(4):1642; PMID 33572156

32. Knobbe K, Partha M, Seckeler MD, Klewer S, Hsu CH, Edgin J, Morgan WJ, Provencio-Dean N, Lopez S, Parthasarathy S, **Combs D**. Sleep problems are associated with neurodevelopmental problems and decreased health-related quality of life in children with Fontan circulation. *J Am Heart Assoc*. 2021 October 20; 10:e021749; PMID 34668394

**Electronic Publications**

1. **Combs D**, Parthasarathy S; Pediatric Populations at High Risk for Sleep Apnea; Sleep Education.org. http://sleepeducation.org/docs/default-document-library/nhsap-peds-high-risk-for-sleep-apnea.pdf


# CONFERENCES/SCHOLARLY PRESENTATIONS

**Colloquia**

Use of the receptor tyrosine kinase inhibitor MP470 in synovial sarcoma. Summer Institute on Medical Ignorance final oral report. Tucson, AZ. July 2007.

Neurocognitive Function in Melanoma Patients Treated with Interferon alpha-2b. Summer Institute on Medical Ignorance final oral report. Tucson, AZ. July 2008.

MP470, a Novel Agent for the Treatment of Synovial Sarcoma. Research Distinction Track Final Presentation. Tucson, AZ. April 2009.

**Symposia/Conferences**

*Invited*
Sleep Research Society Implementation Science Workshop, Seattle, WA. June 2015.

Update on Management of Sleep Disordered Breathing in Children. Pediatrics in the Desert. Tucson, AZ November 2015.

Sleep-disordered breathing in congenital heart disease. Invited lecture at the National University of Taiwan. Taipei, Taiwan, June 2017.

Update on Obstructive Sleep Apnea Treatment Options for Children. ENT in the Desert. Tucson, AZ February 2018.

Effects of Marijuana on Sleep. Invited lecture at Scientific Aspects of Medical Marijuana Conference, Phoenix, AZ March 2018.

Sleep Apnea in Children with Down Syndrome. Invited lecture at NIH INCLUDE Project workshop on Clinical Trials in Down syndrome for Co-occurring Conditions across the Lifespan, Bethesda MD May 2020.

Medications for Obstructive Sleep Apnea in Children with Down Syndrome. Invited lecture at NIH INCLUDE Project workshop on Clinical Trials in Down syndrome for Co-occurring Conditions across the Lifespan, Bethesda MD May 2020.

Invited participant, working group on respiratory and airway conditions for NIH INCLUDE Project workshop on Down Syndrome Research: The Intersection of Basic Science and Clinical Cohort Development, Bethesda MD November 2020.

Medications for Obstructive Sleep Apnea in Children with Down Syndrome. Invited Lecture at the New England Down Syndrome Symposium, Massachusetts Institute of Technology, Cambridge MA November 2020.

*Submitted*

Clarifying the role of the fusion protein SYT-SSX in synovial sarcoma.   Poster presentation for 17th annual Undergraduate Biology Research conference. Tucson, AZ. January 2006.

The synovial sarcoma associated fusion protein SYT-SSX1 antagonizes the retinoblastoma protein inhibiting oncogene E7. Poster presentation for 18th annual Undergraduate Biology Research conference.  Tucson, AZ. January 2007.

Testing a Therapeutic Pharmaceutical for Synovial Sarcoma.  Poster presentation for 19th annual Undergraduate Biology Research conference.  Tucson, AZ. January 2008.

The Novel Multi-Targeted Receptor Tyrosine Kinase Inhibitor MP470 Inhibits Synovial Sarcoma Proliferation In Vitro.  Western Student Medical Research Forum.  Carmel, CA. February 2008.

Activity of the multi-targeted, receptor tyrosine kinase inhibitor MP470 against synovial sarcoma cells.   Poster presentation for the 99th annual meeting of the American Association for Cancer Research.  San Diego, CA. April 2008

Effects of high dose interferon on memory in melanoma patients.  Poster presentation for 6th annual International Melanoma Conference.  Boston, MA. November 2009.

Screening tools for interferon-related cognitive decline in melanoma patients.  Poster Presentation for 2010 American Society of Clinical Oncology Annual Meeting.  Chicago, IL. June 2010.

Use of Rapid PDSA Cycles to Improve Pediatric Resident Handoffs.  Poster presentation at Society of Hospital Medicine Annual Meeting.  San Diego, CA. April 2012.

Incidence of delirium in children with cancer. Poster presentation at American Society for Pediatric Hematology Oncology 27th annual meeting.  Chicago, IL. May 2014.

Prevalence of Sleep-Disordered Breathing in Children with Congenital Heart Disease. Poster presentation at 2015 International meeting of the American Thoracic Society. Denver, CO. May 2015

Development of a Modified STOP-Bang Tool for Adolescent Children.   Poster presentation at Associated Professional Sleep Societies 2015 annual meeting. Seattle, WA. June 2015.

Sleep-Disordered Breathing is Associated with Impaired IQ in Children with Congenital Heart Disease. 14th International Symposium on Sleep and Breathing. Porto de Galinhas, Pernambuco, Brazil, October 2015.

Sleep-disordered breathing is associated with increased mortality among hospitalized infants with congenital heart disease. 2016 meeting of the Associated Professional Sleep Societies. Denver, CO. June 2016.

Impact of insomnia in children in a longitudinal seven year cohort. 2016 meeting of the Associated Professional Sleep Societies. Denver, CO. June 2016.

Sleep-disordered breathing is associated with neurocognitive impairment in children with congenital heart disease. SLEEP 2018 annual meeting, Baltimore, MD June 2018.

## Peer-Reviewed Abstracts

**Combs D**, Cranmer LD, Trevor K. The novel multi-targeted receptor tyrosine kinase inhibitor MP470 inhibits synovial sarcoma proliferation in vitro. *Journal of Investigative Medicine*, Vol. 56 (1), 224-225, 2008.

Trevor K, **Combs D**, Mahadevan D, Bearss D, Cranmer L. Activity of the multi-targeted, receptor tyrosine kinase inhibitor MP470 against synovial sarcoma cells [abstract]. In: *Proceedings of the 99th Annual Meeting of the American Association for Cancer Research*; April 2008 ; San Diego, CA. Philadelphia (PA): AACR; 2008. [Abstract.] nr 4891.

**Combs D**, Baker A, Fu J, Herring A, Jeter J, Cranmer L. Feasibility study of neurocognitive assessment of melanoma patients treated with adjuvant interferon. *Journal of Clinical Oncology* 27, 2009 (suppl; abstr e20567).

**Combs D**, Baker A, Herring A, Trevor K, Jeter J, Cranmer L. Effects of high dose interferon on memory in melanoma patients. *Pigment Cell and Melanoma Research* 22(6):866, December 2009.

**Combs D**, Baker A, Jordan S, Morgan S, Pestana L, Herring A, Jeter J, Hersh E, Cranmer LD. Screening tools for interferon-related cognitive decline in melanoma patients. *Journal of Clinical Oncology* 28:7s, May 2010 (suppl; abstr 8539).

Kleifgen B, **Combs D**, Walker G, Franke H, Cramton R. Use of rapid PDSA cycles to improve pediatric resident handoffs. *Journal of Hospital Medicine* 7(S2), March 2012.

**Combs D**, Edgin J, Barber B, Morgan WJ, Parthasarathy S. Sleep-Disordered Breathing is Associated with Impaired IQ in Children with Congenital Heart Disease. 14th International Symposium on Sleep and Breathing. Porto de Galinhas, Pernambuco, Brazil, October 2015.

Oren E, **Combs D**, Fisher J, Goodwin JL, Billheimer D, Gerald JK, Clemens C, Brown M, Gerald LB. Impact of supervised asthma medication use on sleep outcomes of

elementary school children.   2016 International Meeting of the American Thoracic Society. San Francisco, CA.  May 2016.

Daulat R, DeArmond R, **Combs D**, Shetty S, Parthasarathy S.  Circadian Rhythms in Survivors of Critical Illness is Related to Acuity of Illness.  2016 International Meeting of the American Thoracic Society.  San Francisco, CA. May 2016.

**Combs D**, Skrepnek G, Seckeler M, Barber B, Parthasarathy S.  Sleep-disordered breathing is associated with increased mortality among hospitalized infants with congenital heart disease.  2016 meeting of the Associated Professional Sleep Societies. Denver, CO. June 2016.

Mereddy S, Pandey A, **Combs D**, Shetty S, Jean-Luis G, Parthasarathy S. Altitudinal Central Apneas and Adherence to Positive Airway Pressure Therapy. 2017 International Meeting of the American Thoracic Society. Washington, D.C. May 2017.

Pandey A, Mereddy S, **Combs D**, Shetty S, Jean-Luis G, Parthasarathy S. Health Disparities in Adherence to Positive Airway Pressure Therapy in Population Level Analysis. 2017 International Meeting of the American Thoracic Society. Washington, D.C. May 2017.

**Combs D**, Goodwin JL, Quan SF, Morgan WJ, Edgin JO, Parthasarathy S. Mother knows best? Comparing child and parent report of sleep parameters with polysomnography. 2017 meeting of the Associated Professional Sleep Societies. Boston, MA June 2017.

**Combs D**, Edgin JO, Barber B, Morgan WJ, Hsu CH, Abraham I, Parthasarathy S. Sleep-disordered breathing is associated with memory impairment in children with congenital heart disease. 15th International Symposium on Sleep and Breathing. Madison, WI, July 2017.

Wagner A, Mathews C, Chen M, Lenker C, **Combs D**, Phan H, Lord L, Konop G, Caffey F, Sonney J, Maddox MH, Troxler RB. Developing Web-based Education Modules on Pediatric Sleep Disorders for Primary Care Providers: An Interdisciplinary Approach. 9th Pediatric Sleep Medicine Conference. Amelia Island, FL. November 2017.

Troxler RB, Chen ML, **Combs D**, Lenker CV, Matthews C, Wagner A. Pediatric Sleep Health is Public Health: An Interdisciplinary Approach to Development of Web-Based Education Modules for Primary Care Providers. 2018 Association of Maternal & Child Health Programs Annual Conference, Arlington, VA. February 2018.

**Combs D**, Abraham I, Hsu CH, Morgan W, Bailey O, Parthasarathy S. Parent treatment preferences for mild obstructive sleep apnea in children.  2018 International Meeting of the American Thoracic Society. San Diego, CA, May 2018.

Bailey O, Sans-Fuentes M, Havens C, **Combs D**, Poongkunran C, Patel S, Berryhill S, Provencio N, Quan SF, Parthasarathy S. Delayed sleep time in African Americans and depression in a community-based population. 2018 meeting of the Associated Professional Sleep Societies. Baltimore, MD June 2018.

**Combs D**, Edgin JO, Barber B, Morgan WJ, Hsu CH, Abraham I, Parthasarathy S. Sleep-disordered breathing is associated with neurocognitive impairment in children with congenital heart disease.  2018 meeting of the Associated Professional Sleep Societies. Baltimore, MD June 2018.

Knitter J, Patel S, Bailey O, Poongkunran C, Flores-Martinez A, Martinez L, Kobayashi U, **Combs D**, Parthasarathy S. Comparison of Performance of Four Adaptive Servo Ventilation Devices in Patients with Complex Sleep Apnea. 2018 meeting of the Associated Professional Sleep Societies. Baltimore, MD June 2018.

 **Combs D**, Edgin JO, Barber B, Klewer S, Morgan WJ, Hsu CH, Abraham I, Parthasarathy S. Obstructive Sleep Apnea is a Novel Risk Factor for Neurocognitive Impairment in Children with Congenital Heart Disease. 2018 American Heart Association Scientific Sessions. Chicago, IL November 2018.

Berryhill S, Patel SI, Provencio N, **Combs D**, Havens CM, Parthasarathy S. Cloud-Based Evaluation Of Wearable-Derived Sleep Data In Insomnia Trials. 2019 meeting of the Associated Professional Sleep Societies. San Antonio, TX June 2019.

Provencio N, Morton CJ, Wendel C, Berryhill S, Partha MT, Kulkarni H, **Combs D**, Patel SI, Desai, B, Quan SF, Parthasarathy S. EMR and Clinic Based Approaches for Recruiting Peer Support for Sleep Apnea. 2019 meeting of the Associated Professional Sleep Societies. San Antonio, TX June 2019.

Patel SI, Wendel C, Berryhill S, Provencio N, DeArmond R, Quan SF, **Combs D**, Skrepnek GH, Parthasarathy S.  Health Benefits to Peers Participating in a Mentoring program for Treatment Adherence in Patients with Sleep Apnea. 2019 meeting of the Associated Professional Sleep Societies. San Antonio, TX June 2019.

**Combs D**, Abraham I, Hsu CH, Morgan WJ, Patel S, Parthasarathy S. Comparison of parent and child treatment preferences for obstructive sleep apnea. 2019 meeting of the Associated Professional Sleep Societies. San Antonio, TX June 2019.

De Armond R, Morton C, Patel SI, **Combs D**, Parthasarathy S. Sex as a Biological Variable on the Inflammatory Effects of Intermittent Hypoxia. 2019 meeting of the Associated Professional Sleep Societies. San Antonio, TX June 2019.

Patel SI, Vasquez M, Guerra S, **Combs D**, Parthasarathy S. Treatment of Sleep Disordered Breathing With Positive Airway Pressure Therapy Reduces The Number of Hospitalizations In A Large Cohort Of Patients With Heart Failure. 2019 American Heart Association Scientific Sessions. Philadelphia, PA November 2019.

Huang F, Patel SI, **Combs D**, Parthasarathy S. Mortality and hospitalization in patients with heart failure and sleep apnea: A retrospective study of positive airway pressure therapy in medicare beneficiaries. 2020 meeting of the Associated Professional Sleep Societies. Virtual meeting due to COVID-19 August 2020.

**Combs D**, Patel SI, Mashaqi S, Provencio-Dean N, Lopez S, Parthasarathy S. Objective differences in sleep timing between African Americans and Non-Hispanic Whites. 2020 meeting of the Associated Professional Sleep Societies. Virtual meeting due to COVID-19 August 2020.

Patel SI, Zareb W, Couderc JP, Xia X, LaFleur B, Torabzadeh E, Woosely R, Patel I, **Combs D**, Mashaqi S, Parthasarathy S. Repolarization Variability Predicts Cardiovascular Death In Obstructive Sleep Apnea. 2020 meeting of the Associated Professional Sleep Societies. Virtual meeting due to COVID-19 August 2020.

Parthasarathy S, Kukafka DS, Antonescu C, Patel SI, **Combs D**, Quan SF, Lee-Iannotti JK. Test Characteristics of a machine learned Electronic Medical Record Extractable tool for OSA Case Identification in a Community-based Population. 2020 meeting of the Associated Professional Sleep Societies. Virtual meeting due to COVID-19 August 2020.

Berryhill, S Morton CJ, Dean A, Berryhill A, Provencio-Dean N, Patel, SI, Estep, L, **Combs D,** Gerald LB, Krishnan JA, Parthasarathy S. Effect of Wearables on Sleep in Healthy Individuals: A Randomized Cross-Over Trial and Validation Study. 2020 meeting of the Associated Professional Sleep Societies. Virtual meeting due to COVID-19 August 2020.

Patel S, **Combs D**, Provencio-Dean N, Mashaqi S, Bhattacharjee R, Quan SF, Morton CJ, Wendel C, Parthasarathy S. Peer-intervention Can Reduce Health Disparities In Patients With Obstructive Sleep Apnea. 2020 meeting of the Associated Professional Sleep Societies. Virtual meeting due to COVID-19 August 2020.

Jain SV, Kondapalli K, Moskowitz A, **Combs D**, Parthasarathy S. Sleep Education Improves Screening for Sleep Disorders among Physicians and Residents in Primary Care and Neurology Specialties. 2020 meeting of the Associated Professional Sleep Societies. Virtual meeting due to COVID-19 August 2020.

**Combs D**, Fernandez V, Barber B, Morgan WJ, Hsu C, Andrews JG, Parthasarathy S, Klewer S, Seckeler M. Obstructive Sleep Apnea Is Associated with Cardiac Dysfunction In Children With Congenital Heart Disease. 2020 American Heart Association Scientific Sessions. Virtual meeting due to COVID-19 November 2020.

Patel SI, Zareba W, LaFleur B, Couderc JP, Xia X, Woosley RL, **Combs D**, Patel I, Mashaqi S, Parthasarathy S. The Relationship between Sleep Disordered Breathing, Markers of Ventricular Repolarization and Cardiovascular Mortality. 2021 meeting of the Associated Professional Sleep Societies. Virtual meeting due to COVID-19 June 2021.

Patel SI, Zareba W, LaFleur B, Couderc JP, Xia X, Woosley RL, **Combs D**, Patel I, Mashaqi S, Parthasarathy S. The association of QTc and QT Variability with Severity of Sleep Disordered Breathing. 2021 meeting of the Associated Professional Sleep Societies. Virtual meeting due to COVID-19 June 2021.

Robertson K, Seckeler M, Klewer S, Hsu CH, Edgin J, Provencio-Dean N, Lopez S, Parthasarthy S, **Combs D**. Sleep problems are associated with behavioral problems and decreased quality of life in children with Fontan circulation. 2021 meeting of the Associated Professional Sleep Societies. Virtual meeting due to COVID-19 June 2021.

**Combs D**, Partha M, Hsu CH, Edgin J, Seckeler M, Klewer S, Parthasarathy S, Cooper DS. Trouble sleeping predicts future decreased quality of life in young children with Fontan circulation.  2022 meeting of the Associated Professional Sleep Societies. Charlotte, NC. June 2022. Submitted.

## AWARDED GRANTS AND CONTRACTS

**IHS-1306-02505**                    2/27/2014 -1/13/2018
                                      $2,117,118

"Peer-Driven Intervention as an Alternate Model of Care Delivery and Coordination for Sleep Apnea"
The primary purpose of this grant proposal is to integrate peer-driven intervention with an interactive voice response system that will improve patient-centered outcomes in patients with sleep apnea.
PI: Parthasarathy
Role: Co-investigator

**American Academy of Sleep Medicine Foundation**    6/1/2016-5/31/2019
**Jr Faculty Award**                                $74,389

"Neurocognitive Impairment in Children with Congenital Heart Disease and Sleep-Disordered Breathing"
This grant examined the role of sleep apnea as a treatable cause of neurocognitive impairment in children with congenital heart disease.
Role: PI

**University of Arizona**              10/1/2016-9/30/2017
**Faculty Seed Grant**                 $9,930

"Neurocognition and endothelial function in children with congenital heart disease and sleep-disordered breathing"
This grant examined the role of sleep apnea in endothelial and neurocognitive dysfunction in children with congenital heart disease.
Role: PI

**American Academy of Sleep Medicine Foundation**  1/1/2017-12/31/2017
**Focused Projects Award**  $19,999

 "Improving screening for sleep disorders in children with epilepsy among pediatric providers"
This grant evaluated the use of a brief training intervention to improve recognition of sleep disorders in children with epilepsy by pediatricians.
PI: Jain
Role: Co-investigator

**University of Arizona Health Sciences**  2/1/2019-1/31/2021
**Career Development Award**  $80,400

"Obstructive sleep apnea, neurocognition and quality of life in children with congenital heart disease"
This grant provided 75% protected time for career development and research on the effects of OSA on cognition and quality of life in children with CHD. Salary support was ended upon receipt of my American Heart Association award.
Role: PI

**American Heart Association**  4/1/19-03/31/22
**Career Development Award**  $231,000
(19CDA34740005)

"Examining the role of obstructive sleep apnea in cognitive and quality of life impairment in children with CHD"
This grant evaluates the impact of obstructive sleep apnea on cognition, quality of life and endothelial function in children with congenital heart disease.
Role: PI

**R61HL151254**  9/15/2019-08/31/2022
**NIH-NHLBI**  $465,336
"Medications for Obstructive Sleep Apnea to Improve Cognition in Children with Down Syndrome (MOSAIC DS)"
This grant evaluates a novel therapy (atomoxetine and oxybutynin) for the treatment of obstructive sleep apnea in children with Down syndrome.
Role: PI

**LuMind IDSC Foundation**  6/1/2020-5/30/2021
$15,000

"Neurocognitive and Language Evaluation in the ato-oxy treatment for OSA in children with Down Syndrome"

This grant is to obtain preliminary data on the short-term neurocognitive and language development effects of atomoxetine and oxybutynin in children with Down syndrome and obstructive sleep apnea.
Role: PI

# Tab C

**Curriculum Vitae**

| | |
|---|---|
| **Date Prepared:** | September 24, 2021 |
| **Name:** | Charles A. Czeisler, Ph.D., M.D., F.R.C.P., F.A.P.S. |
| **Office Address:** | Division of Sleep and Circadian Disorders |
| | Brigham and Women's Hospital |
| | 221 Longwood Avenue, Suite 438 |
| | Boston, MA 02115 |
| **Work Phone:** | 617-732-4013 |
| **Work Email:** | charles_czeisler@hms.harvard.edu |
| **Work FAX:** | 617-732-4015 |
| **Place of Birth:** | Chicago, Illinois |

## Education

| | | | |
|---|---|---|---|
| 1974 | A.B. (*magna cum laude*) | Biochemistry and Molecular Biology | Harvard College, Cambridge, MA |
| 1978 | Ph.D. | Neuro- and Biobehavioral Sciences (William C. Dement M.D., Ph.D.) | Stanford University, Stanford, CA |
| 1981 | M.D. | Medical Doctor | Stanford University School of Medicine, Stanford, CA |

## Postdoctoral Training

| | | | |
|---|---|---|---|
| 1981-1983 | Senior Fellow | Health Policy (David A. Hamburg, M.D.) | Center for Health Policy and Management, John F. Kennedy School of Government, Harvard University, Cambridge, MA |

## Faculty Academic Appointments

| | | | |
|---|---|---|---|
| 1978 | Adjunct Instructor | Biological Sciences | Graduate School of Arts and Sciences, Fordham University, Bronx, NY |
| 1979 | Lecturer | Undergraduate Studies | Stanford University |
| 1979-1980 | Research Associate | Physiology | Harvard Medical School, Boston, MA |
| 1982-1983 | Research Associate | Medicine | Harvard Medical School |
| 1983-1987 | Assistant Professor | Medicine | Harvard Medical School |
| 1987-1998 | Associate Professor | Medicine | Harvard Medical School |
| 1994- | Affiliate Faculty | Program in Neuroscience | Harvard Medical School |
| 1998- | Professor of Medicine | Medicine | Harvard Medical School |

| 2004- | Frank Baldino, Jr., Ph.D. Professor of Sleep Medicine | Medicine | Harvard Medical School |
|---|---|---|---|
| 2014- | Associate of Molecular and Cellular Biology | Molecular and Cellular Biology | Faculty of Arts and Sciences, Harvard University, Cambridge, MA |
| 2019- | Senior Faculty | Harvard College Program in General Education | Faculty of Arts and Sciences, Harvard University |

## Appointments at Hospitals/Affiliated Institutions

| 1976-1978 | Research Associate | Neurology | Montefiore Hospital, Albert Einstein College of Medicine, Bronx, NY |
|---|---|---|---|
| 1982-1992 | Associate Physician | Medicine, Endocrine Division | Brigham and Women's Hospital, Boston, MA |
| 1992-1998 | Physician | Medicine, Endocrine Division | Brigham and Women's Hospital, Boston, MA |
| 1998- | Senior Physician | Medicine, Division of Sleep Medicine | Brigham and Women's Hospital, Boston, MA |
| 1999-2014 | Affiliate Faculty | Health, Science and Technology Program | Harvard Medical School/ Massachusetts Institute of Technology, Cambridge, MA |

## Other Professional Positions

| 1981-1993 | Founder and Director | Center for Design of Industrial Schedules, Boston, MA |
|---|---|---|
| 1991-1994 | Consultant | Light Sciences, Inc., Braintree, MA |
| 1993-1994 | Consultant | ShiftWork Systems, Inc., Cambridge, MA |
| 1996- | Member, Board of Trustees | Institute for Experimental Psychiatry Research Foundation, Milton, MA |
| 2000-2011 | Consultant | Cephalon, Inc., West Chester, PA (after 2005, Frazer, PA) |
| 2001-2005 | Consultant | Lifetrac, Inc., Biddeford, ME |
| 2002-2003, 2006 | Consultant | Pfizer, Inc., New York, NY |
| 2003-2006 | Member Circadian Rhythm Sleep Disorders Advisory Board, and Consultant | Takeda Pharmaceuticals North America, Inc., Lincolnshire, IL |
| 2003-2011 | Consultant | Respironics, Inc., Murrysville, PA |
| 2004 | Consultant | Unilever, Inc., London, UK |
| 2004 | Consultant and Member, Sleep-Wake Medicine Executive Advisory Board | Cephalon, Inc., Frazer, PA |
| 2004-2007 | Consultant and Member, Medical and Scientific Advisory Board | Hypnion, Inc., Lexington, MA |
| 2004-2005, | Consultant/Expert Witness | Columbia River Bar Pilots, Astoria OR |

| | | |
|---|---|---|
| 2010 | | |
| 2004-2013 | Consultant | Sleep Multimedia, Inc. |
| 2004- | Consultant | Vanda Pharmaceuticals, Inc., Washington DC |
| 2005 | Consultant | Warburg-Pincus |
| 2005 | Consultant | Morgan Stanley |
| 2005 | Consultant | Avera Pharmaceuticals, Inc., San Diego, CA |
| 2005-2008 | Consultant | Actelion Pharmaceuticals Ltd, Allschwil, Switzerland |
| 2005-2010 | Consultant | Norfolk Southern |
| 2005- | Chair, Scientific Advisory Board | Vanda Pharmaceuticals, Inc., Washington DC |
| 2007 | Consultant | Fedex Kinko's/Ketchum Inc. |
| 2007-2009 | Consultant | Sepracor, Inc., Marlborough, MA |
| 2007-2010 | Consultant | Somnus Therapeutics, Inc., Bedminster, NJ |
| 2007-2010 | Consultant | Eli Lilly and Co., Indianapolis, IN |
| 2008-2009 | Consultant | Garda Síochána Inspectorate (Dublin, Ireland) |
| 2008-2009 | Consultant | Sanofi-Aventis, Inc. |
| 2008-2010 | Consultant | Johnson & Johnson |
| 2008-2011 | Consultant | Portland Trailblazers |
| 2008-2011 | Consultant | Koninklijke Philips Electronics, N.V. |
| 2008-2013 | Consultant and Member, Scientific Advisory Board | Zeo, Inc. (formerly Axon Labs, Inc.) Newton, MA |
| 2009 | Consultant/Expert Witness | Delta Airlines/Comair |
| 2009-2010 | Consultant/Expert Witness | Global Ground Support |
| 2009- | Consultant | Boston Celtics |
| 2010-2011 | Consultant | Minnesota Timberwolves |
| 2010- | Consultant/Expert Witness | Bombardier Inc. |
| 2011 | Consultant/Expert Witness | Celadon Trucking Services, Inc. |
| 2011-2012 | Consultant | Novartis/Gerson Lehman Group |
| 2012 | Consultant | Boston Bruins |
| 2013 | Consultant | Synchrony Healthcare Communications/Teva Pharmaceutical Industries Ltd. |
| 2013 | Consultant | Citgo and Valero |
| 2013-2014 | Consultant/Expert Witness | Michael Jackson's mother and children |
| 2013- | Consultant | Boston Red Sox |
| 2013- | Consultant | United Parcel Service |
| 2013- | Consultant/Expert Witness | Purdue Pharma L.P. |

## Major Administrative Leadership Positions

### Local

| | | |
|---|---|---|
| 1976-1981 | Project Director, Laboratory of Human Chronophysiology, | Department of Neurology, Montefiore Hospital |
| 1983-1989 | Director, Neuroendocrinology Laboratory | Brigham and Women's Hospital |
| 1990-2001 | Director, Laboratory for Circadian and Sleep Disorders Medicine | Endocrine Division, Department of Medicine, Brigham and Women's Hospital |
| 1994-2001 | Chief, Circadian, Neuroendocrine and Sleep Disorders Section | Endocrine Division, Department of Medicine, Brigham and Women's Hospital |
| 1999-2004 | Co-Director, Division of Sleep Medicine | Harvard Medical School |
| 2001-2014 | Chief, Division of Sleep Medicine | Department of Medicine, Brigham and Women's Hospital |

3

| | | |
|---|---|---|
| 2004-<br>2014- | Director, Division of Sleep Medicine<br>Chief, Division of Sleep and Circadian<br>Disorders | Harvard Medical School<br>Departments of Medicine and Neurology,<br>Brigham and Women's Hospital |

**National and International**

| | | |
|---|---|---|
| 1997-2008 | Team Leader, Human Performance Factors,<br>Sleep and Chronobiology Team | National Space Biomedical Research<br>Institute (NSBRI), Houston, Texas |

**Committee Service**

**Local**

| | | |
|---|---|---|
| 1981-1988 | Working Group on Health Promotion &<br>Disease Prevention | Division of Health Policy, Harvard<br>University<br>Role: Executive Officer |
| 1983- | Adams House Senior Common Room | Harvard College<br>Role: Associate |
| 1986-1989 | Study Group on AIDS and Public Policy | Division of Health Policy Research and<br>Education, Harvard University |
| | 1986-1989 | Role: Chairman |
| 1989-1996 | Graduate Medical Education Committee | Brigham and Women's Hospital<br>Member |
| 1993-1996 | Long-range Planning Committee | Endocrine Division, Brigham and Women's<br>Hospital |
| | 1993-1994 | Role: Member |
| | 1995-1996 | Role: Chairman |
| 1994 | Computer Committee | Endocrine Division, Brigham and Women's<br>Hospital<br>Role: Member |
| 1994-1996 | Ad-hoc Faculty Search Committee | Endocrine Division, Department of<br>Medicine, Harvard Medical School<br>Role: Chairman |
| 1996- | Sleep Grand Rounds Organizing Committee | Division of Sleep Medicine, Brigham and<br>Women's Hospital<br>Role: Member |
| 1997- | Clinical Investigation Committee | Research Council, Brigham and Women''<br>Hospital<br>Role: Member |
| 1998- | Faculty Executive Committee | Division of Sleep Medicine, Harvard<br>Medical School<br>Role: Co-Chair |
| 1998- | Education and Training Committee, Sleep,<br>Circadian and Respiratory Neurobiology<br>Training Program | Brigham and Women's Hospital<br>Role: Chairman |
| 1999-2000,<br>2002 | Ad Hoc Committee of Evaluators for<br>Professorial Appointment | Harvard Medical School<br>Role: Member |
| 2000- | Advisory Committee | John A. Hartford Foundation Center for<br>Excellence in Geriatric Medicine, Division |

|  |  | on Aging, Harvard Medical School<br>Role: Member |
|---|---|---|
| 2001- | Harvard Work Hours, Sleep and Safety Study Group | Division of Sleep Medicine, Harvard Medical School<br>Role: Organizer |
| 2001- | Executive Committee | Department of Medicine, Brigham and Women's Hospital<br>Role: Member |
| 2001- | Center for Clinical Investigation | Brigham and Women's Hospital<br>Role: Member |
| 2002- | Clinical Research Liaison Committee | Brigham and Women's Hospital<br>Role: Member |
| 2002- | General Clinical Research Center Steering Committee | Brigham and Women's Hospital<br>Role: Member |
| 2002-2003 | Task Force on Graduate Medical Education | Partners HealthCare System<br>Role: Member |
| 2004 | Dry Space Subcommittee, Executive Committee on Space (ECOS) | Brigham and Women's Hospital<br>Role: Member |
| 2006- | Ad Hoc Search Committee for the Peter C. Farrell Professor of Sleep Medicine | Harvard Medical School<br>Role: Chair |
| 2007- | Ad Hoc Search Committee for the Gerald E. McGinnis Professor of Sleep Medicine | Harvard Medical School<br>Role: Chair |
| 2007- | Ad Hoc Search Committee for a Professor of Medicine to serve as Director of the Sleep and Health Education Programs | Harvard Medical School<br>Role: Chair |
| 2007- | Division of Sleep Medicine Fellows Selection Committee | Brigham and Women's Hospital<br>Role: Co-Chair |

**Regional**

| 1985-1986 | Symposium on Health Promotion in the Workplace | Kellogg Foundation, Boston, MA<br>Role: Co-chairman |
|---|---|---|
| 2008 | Discovery Panel | NASA Future Forums, Museum of Science, Boston, MA<br>Role: Panelist |
| 2008 | Fatigue Management II: Technological and Pharmacological Approaches, Future Directions in Fatigue and Safety Research | Liberty Mutual, Hopkinton, MA<br>Role: Working Group Member |
| 2008 | Massachusetts Special Commission on Drowsy Driving | Boston, MA<br>Role: Special Consultant |
| 2008-2009 | Expert Panel on Obstetrics, Staffing and Communication Task Group | Betsy Lehman Center for Patient Safety, Boston, MA<br>Role: Consultant |

**National and International**

| 1981-1982 | Research Agenda for Health and Behavior | National Academy of Sciences (NAS) Institute of Medicine (IOM), Washington, DC<br>Role: Task Force Member |
|---|---|---|
| 1982-1983 | Clinical Psychobiology Branch | National Institute of Mental Health (NIMH), Bethesda, MD |

| | | |
|---|---|---|
| 1983 | Ad Hoc Advisory Group | Role: Consultant<br>Institute of Chronobiology, New York Hospital, Cornell Medical School, White Plains, NY |
| 1982-1984 | The United States Olympic Committee | Role: Member<br>Sports Medicine Division, Colorado Springs, CO |
| 1984 | Ad Hoc Subcommittee on Evaluation of Endocrine Studies in Space, Committee on Space Biology and Medicine | Role: Consultant<br>National Research Council, National Academy of Sciences, Washington, DC |
| 1989-1990 | Research Briefing Panel on Basic Sleep Research<br>1989-1990 | Role: Member<br>Division of Health Science Policy, Institute of Medicine, NAS, Washington, DC |
| 1989 | Scientific Review Branch | Role: Member<br>National Institute of Neurological and Communicative Disorders and Stroke, NIH, Bethesda, MD |
| 1989 | Board of Scientific Counselors | Role: Advisory Consultant<br>ADAMHA, National Institute of Mental Health (NIMH), Bethesda, MD |
| 1989 | General Clinical Research Center Site Visit Advisory Review Panel | Role: Ad hoc consultant<br>Division of Research Resources, National Institutes of Health, Bethesda, MD |
| 1989-1990 | Planning Committee, Consensus Development Conference on Sleep Disorders in Older People | Role: Member<br>National Institute on Aging and the Office of Medical Applications of Research, NIH, Bethesda, MD |
| 1989-1991 | Panel on Workload Transition, Committee on Behavioral and Social Sciences and Education | Role: Member<br>National Research Council, National Academy of Sciences, Washington DC |
| 1989-1991 | Advisory Panel, New Developments in Neuroscience, "Biological Rhythms: Implications for the Worker" | Role: Member<br>Office of Technology Assessment, United States Congress, Washington DC |
| 1990-1991 | Advisory Panel, Preflight Circadian Shifting of Shuttle Flight Crews, Space and Life Sciences Directorate | Role: Member<br>National Aeronautics and Space Administration (NASA), Johnson Space Center (JSC), Houston, TX |
| 1990 | Biological Rhythms Task Force | Role: Member<br>Mental Health Research Network, John D. and Catherine T. MacArthur Foundation, Chicago, IL |
| 1990 | Merit Award Advisory Review Panel | Role: Member<br>National Institute on Aging (NIA), National Institutes of Health (NIH), Bethesda MD |
| 1991 | Future Approaches to the Basic Neurobiology of Sleep | Role: Member<br>National Commission on Sleep Disorders Research, Bethesda MD |
| 1991- | External Advisory Committee | Role: Workshop Panelist<br>University of Virginia National Science and Technology Center, National Science |

| | | |
|---|---|---|
| | | Foundation |
| | | Role: Member |
| 1991 | Committee for External Review of Sleep Research Center and Clinic | Department of Psychiatry, Stanford University, Stanford, CA |
| | | Role: Chairman |
| 1992 | Neurolab Space Shuttle Research Planning Conference | Division of Basic Brain and Behavioral Sciences, National Institute of Mental Health/Life Sciences Division, NASA, Houston TX |
| | | Role: Consultant |
| 1992 | Program Project Site Visit Review Panel | Scientific Review Office, National Institute on Aging, NIH, Bethesda MD |
| | | Role: Chairman |
| 1994 | Operations Center | Nuclear Regulatory Commission (NRC), Washington, DC |
| | | Role: Consultant |
| 1994- | Advisory Committee | Night Operations and Human Chronobiology, Life and Environmental Sciences Division, Air Force Office of Scientific Research (AFOSR) |
| | | Role:Member |
| 1994 | Focus Group | Neural Basis of Psychopathology, Neuroscience and Behavioral Science Division, NIMH |
| | | Role: Member |
| 1994 | Work Hours, Sleepiness and Accidents Consensus Conference | National Institute for Psychosocial Factors and Health, Department of Clinical Neuroscience, Karolinska Institute, Stockholm |
| | | Role: Panel Member |
| 1994- | External Advisory Committee | General Clinical Research Center, University of Virginia, Charlottesville, VA |
| | | Role: Member |
| 1995 | External Advisory Panel on "The Future of Sleep Research at NIMH" | NIMH |
| | | Role: Member |
| 1996 | Workshop on Melatonin and Sleep | Neurobiology of Aging Branch, NIA |
| | | Role: Panel Member |
| 1996-1997 | Advisory Group Spaceflight and Aging | Biology of Aging Program, NIA |
| | | Role: Member |
| 1996 | Integrative, Regulatory and Behavioral Neurosciences Working Group | Neuroscience Integration Project, Division of Research Grants, NIH |
| | | Role: Member |
| 1997 | Systems Physiology Workshop, Committee on Space Biology and Medicine | National Research Council, NAS |
| | | Role: Panelist |
| 1998- | Human Factors Research Team, Workshop to Develop Critical Path Roadmap | Johnson Space Center Human Space and Life Sciences Program Office and National Space Biomedical Research Institute, Houston, TX |
| | | Role: Chair |
| 2000- | Scientific Advisory Board | Alertness Management Initiative, Air |

| | | Transport Association, Washington, DC |
|---|---|---|
| | | Role: Member |
| 2001 | Scientific Advisory Panel, Mars Exploration Rover Surface Operations Human Factors Workshop | NASA Jet Propulsion Laboratory |
| | | Role: Member |
| 2000-2002 | Ad hoc reviewer | Center for Scientific Review and National Center for Research Resources, NIH |
| | | Role: Ad hoc reviewer |
| 2003 | External Advisory (Red Team II) Panel | International Space Station and Shuttle Utilization Reinvention (SSUR) Team, NASA |
| | | Role: Member |
| 2003 | Workshop on Effects of Sleep Disorders and Sleep Restriction on Adherence to Prevention and Treatment Regimens | National Center on Sleep Disorders Research, National Heart, Lung and Blood Institute (NHLBI), NIH |
| | | Role: Participant and Invited Speaker |
| 2004 | Workshop on Shift Work Sleep Disorder | National Sleep Foundation Workshop on Shift Work Sleep Disorder, Washington, DC |
| | | Role: Invited Speaker and Session Chair |
| 2005 | Human System Integration Workshop | Behavioral Health and Performance Directorate, NASA, Houston, TX |
| | | Role: Participant |
| 2005 | Committee on Sleep Medicine and Research | Institute of Medicine, National Academy of Sciences |
| | | Role: Expert Consultant |
| 2007 | Medical Panel on Sleep Apnea and Commercial Truck Driving | Federal Motor Carrier Safety Administration (FMCSA), US Department of Transportation (DOT) |
| | | Role: Panelist |
| 2007 | Committee on Optimizing Graduate Medical Trainee (Resident) Hours and Work Schedules to Improve Patient Safety | Institute of Medicine, National Academy of Sciences |
| | | Role: Expert Consultant |
| 2008 | Fatigued Driving Committee | National Highway Traffic Safety Administration's (NHTSA) Office of Behavioral Safety Research, Bethesda, MD |
| | | Role: Panelist |
| 2008- | Steering Committee | Academic Alliance for Sleep Research |
| | | Role: Member |
| 2008-2011 | Sleep Disorders Research Advisory Board | NHLBI, NIH |
| | | Role: Member (2008-2011), Chair (2010-2011) |
| 2008 | Consortium on Sleep Research | National Clinical and Translational Science Awards (NIH-CTSA) |
| | | Role: HMS Representative |
| 2008- | External Advisory Committee | Wisconsin Sleep Center, University of Wisconsin, Madison, WI |
| | | Role: Member |
| 2009 | External Advisory Committee | Case Western Reserve University, Cleveland, OH |

| | | Role: Member |
|---|---|---|
| 2009 | Sleep Research Network | Role: Member (2009-), Chair Elect (2013), Chair 2013-2014 |
| 2012- | Medical Advisory Board | Circadian Sleep Disorders Network Role: Member |
| 2014 | External Review Committee | Stanford Center for Sleep Sciences and Medicine, Stanford CA |
| 2014-2015 | Panel Study on Truck Safety, Hours of Service, and Fatigue | National Academy of Sciences (NAS), Washington, DC Role: Task Force Member |
| 2014 | Selection Committee for Editor-in-Chief | Sleep Health journal, National Sleep Foundation Role: Member |
| 2014 | Drowsy Driving Forum | National Transportation Safety Board, Washington DC Role: Panelist |
| 2015- | Scientific Advisory Board | Institute of Digital Media and Child Development, Stony Brook NY Role: Member |
| 2015- | Sleep Disorders Council | National Sleep Foundation, Arlington VA Role: Lead, Circadian Rhythm Disorders |
| 2016- | Global Council on Brain Health | AARP in Collaboration with Age UK Role: Issue Matter Expert on Sleep |
| 2016- | Scientific Advisory Committee for the Stanford Sleep Study | Klarman Family Foundation, Boston MA Role: Member |
| 2017- | Panel on Human Factors Science | National Academies of Sciences, Engineering, and Medicine, Washington DC Role: Panel Member |

**Professional Societies**

| | | |
|---|---|---|
| 1975- | American Association for the Advancement of Science | |
| | 1981 | Symposium Co-Chairman |
| | 1986,1989 | Symposium Speaker |
| 1975- | International Society for Chronobiology | |
| 1976- | Sleep Research Society | |
| | 1980, 1981, 1985 | Satellite Symposium Chairman and Co-Chairman |
| | 1980 | Chairman, Biological Rhythm Nomenclature Committee |
| | 1982-5, 1988, 1990-5, 1997-8 | Session Chairman |
| | 1995-1999 | Section Head, Circadian Rhythms Section |
| | 1996-1999 | Member, Board of Directors |
| | 1996-1999 | Member, Nominating Committee |
| | 2003-2004 | Chair, Research Committee |
| | 2004-2005 | President-Elect |
| | 2004-2007 | Chair, Presidential Task Force on Sleep and Public Policy |
| | 2004-2007 | Member, Executive Committee and Board |

9

| | | of Directors |
|---|---|---|
| | 2004-2007 | Member, Board of Directors |
| | 2005-2006 | President |
| | 2006-2007 | President, Sleep Research Society Foundation |
| 1979- | Society for Neuroscience | |
| | 1986, 1999, 2007 | Symposium speaker |
| 1979- | American Physiological Society | |
| | 1995 | Workshop participant |
| 1982-1988 | Clinical Sleep Society | |
| | 1987-1988 | Fellow |
| 1985- | American Sleep Disorders Association | |
| | 1985-1989 | Member, Nosology Committee |
| | 1986-1990 | Chairman, Subcommittee on Classification of Sleep Scheduling Disorders |
| | 1988- | Fellow |
| | 1989-1993 | Member, Committee for Government Affairs and Public Policy |
| 1985- | Association of Professional Sleep Societies | |
| | 1986 | Course Developer |
| | 1986-1987 | Member, Committee on Catastrophes, Sleep and Public Policy |
| | 1987-8, 1993, 1995, 2000 | Invited Symposium Speaker |
| | 1988-1990 | Chairman, Ad Hoc Government Advisory Steering Committee on Safety, Performance and Sleep |
| | 1990, 1996 | Symposium Chairman |
| | 1992-3, 1998, 2002-3 | Course Speaker |
| | 1994 | Workshop Organizer |
| | 1997 | Annual Meeting Keynote Speaker |
| | 1997-1999 | Member, Annual Meeting Program Committee |
| | 2004-2007 | Member, Board of Directors |
| 1986- | Academy of Behavioral Medicine Research | Fellow |
| 1988-1990 | American Federation for Clinical Research | |
| 1988- | Society for Research on Biological Rhythms | |
| | 1988, 1992, 1994, 1998 | Invited Symposium Speaker |
| | 1993-1994 | Member, Nominating Committee |
| | 1996 | Session Chairman |
| | 2002 | Keynote Speaker Annual Meeting |
| 1989-1990 | Northeastern Sleep Society | Chairman and Host Annual Meeting |
| 1990-1995 | National Sleep Foundation | Member, Board of Trustees |
| 1990- | American Society for Clinical Investigation | Fellow |
| 1995 | American Physiological Society | Rapporteur, Study Group on Clocks and Human Biology |
| 1997- | Association of American Physicians | |
| 1998-1999, 2004-2007 | World Federation of Sleep Research Societies | |
| | 1998-1999 | Member, Scientific Congress Committee, |

|      |      | Third International Congress |
|      | 2004-2007 | Member, Board of Directors |
| 1998-1999 | Association for Patient-Oriented Research | Member, Board of Trustees |
| 2002 | American Society for Photobiology | Symposium Co-Chair |
| 2007- | Royal College of Physicians, London, U.K. | Honorary Fellow (F.R.C.P.) |
| 2008- | American Clinical and Climatological Association | Elected as member |
| 2014-2015 | National Sleep Foundation | Chair, Board of Directors |
|      |      | Chair, SAC Subcommittee: Circadian Rhythm Disorders |
|      |      | Member, Education Committee |
| 2018- | National Sleep Foundation | Chair, Sleep Timing and Variability Consensus Panel (STVCP) |

## Editorial Activities

**Ad hoc Reviewer**

*Sleep*
*Proceedings of the National Academy of Sciences*
*Nature and Science of Sleep*
*Nature*

## Other Editorial Roles

| 1979-1980 | Guest Editor | Sleep |
| 1991-1997 | Member, Editorial Board | Sleep |
| 1995-1999 | Member, Editorial Advisory Board | Journal of Biological Rhythms |
| 1997 | Guest Editor | Journal of Biological Rhythms |
| 1997-2000 | Member, Editorial Board | Sleep Research Online |
| 1997-2000 | Member, Editorial Board | American Journal of Medicine |
| 2002- | Member, Editorial Board | Sleep |
| 2009 | Member, Editorial Board | Nature and Science of Sleep |
| 2011 | Member, Editorial Board | Sleep and Biological Rhythms |
| 2012 | Member, Advisory Board | Sleep and Biological Rhythms |
| 2013- | Member, Editorial Advisory Board | Journal of Biological Rhythms |
| 2014- | Member, Editorial Board | Sleep Health |

## Honors and Prizes

| 1970 | Winner (National Top 40) | Westinghouse Science Talent Search |
| 1970-1971 | Honorary Freshman Scholarship | Harvard College |
| 1972-1974 | Harvard College Scholarship | Harvard College |
| 1974-1975 | Research Fellowship | Stanford Medical Scientist Training Program |
| 1975-1981 | Pre-doctoral Fellowship | NIH Medical Scientist Training Program (USPHS) |
| 1981-1983 | Josiah Macy Fellowship | |
| 1982 | Harvard Medical Society Lecture | |

11

| | | |
|---|---|---|
| 1983-1984 | Christopher Walker Fellowship | |
| 1987-1989 | Sandoz Scholar in Medicine | |
| 1988 | Elliot David Weitzman Lecture | Cornell Medical College, Westchester, NY |
| 1989 | Distinguished Lecture | Massachusetts Institute of Technology Lincoln Lab |
| 1990 | Election as Fellow | American Society for Clinical Investigation |
| 1991 | Robert R.J. Hilker, M.D. Lectureship Award in Occupational Medicine | |
| 1992 | Keynote Lecture | International Brain Research Organization/Swiss chapter, Zurich |
| 1992 | Visiting Professor | Sinai Hospital of Baltimore/Johns Hopkins University School of Medicine, Baltimore, Maryland |
| 1996 | Plenary Lecture | Japanese Society for Sleep Research, Sapporo, Japan |
| 1997 | Keynote Speaker | Association of Professional Sleep Societies Annual Meeting, San Francisco, CA |
| 1997 | Election as Member | Association of American Physicians |
| 1999 | Phi Beta Kappa | Harvard College |
| 2000 | Keynote Speaker | Northeast Sleep Society |
| 2001 | "Aschoff's Rule" International Award in Circadian Biology | |
| 2002 | E.H. Ahrens, Jr., Lecture Award | Association for Patient Oriented Research, Baltimore |
| 2002 | Keynote Speaker | Society for Research on Biological Rhythms, Amelia Island, FL |
| 2002 | William C. Dement Academic Achievement Award | American Academy of Sleep Medicine |
| 2003 | Keynote Speaker | Annual Patient Safety Research Conference, Agency for Healthcare Research and Quality, Washington, DC |
| 2003 | Plenary Speaker | World Congress of Chronobiology, Sapporo, Japan |
| 2003 | Distinguished Lecturer | Spaulding Rehabilitation Hospital, Boston, MA |
| 2004 | Plenary Speaker | Second International Forum on Sleep Disorders, Sanofi Aventis, Paris |

12

| | | | |
|---|---|---|---|
| 2005 | Keynote Speaker | Annual Meeting, Committee of Interns & Residents, Washington, DC | |
| 2005 | Gordon Wilson Lecturer | American Clinical and Climatological Association, Santa Barbara, CA | |
| 2005 | Plenary Address | X International Congress, Brazilian Sleep Research Society, Curitiba | |
| 2005 | Keynote Speaker | New Zealand Resident Doctors Association Professional Conference on Safer Working Hours in Medicine, Auckland, New Zealand | |
| 2005 | Visiting Professor of Anesthesia and Pfizer Lecturer in Sleep | University of Michigan Health Systems, Ann Arbor, MI | |
| 2006 | Distinguished Leaders in Medicine Lecturer | Faculty of Medicine, Dalhousie University, Halifax, Nova Scotia | |
| 2006 | Beckwith Family Lecturer and Beckwith Family Visiting Professor of Medicine | Brown University, Providence, Rhode Island | |
| 2006 | Healthy Sleep Community Award | National Sleep Foundation, Washington, DC | Harvard Work Hours, Health and Safety Group |
| 2006 | Director's Award for Scientific Leadership in Occupational Safety and Health (1 in nation) | National Institute for Occupational Safety and Health, Washington, DC | |
| 2007 | 10th Annual J.Gerald Reves Duke Heart Center Lecture | Duke Medical Center, NC | |
| 2007 | Dorcas Cummings Memorial Lecture | 72nd Symposium: Clocks and Rhythms, Cold Spring Harbor Laboratory, NY | |
| 2007 | Lecturer | NIH Director's Wednesday Afternoon Lecture Series, Bethesda MD | |
| 2007 | Inducted to Honorary Fellowship (F.R.C.P.) | Royal College of Physicians, London, U.K. | |
| 2007 | Plenary Address | 5th Congress of the World Federation of Sleep Research and Sleep Medicine Societies, Worldsleep07, Cairns, Australia | |
| 2007 | Election as Corresponding Member | International Academy of Astronautics | |
| 2008 | Elected as Member | American Clinical and Climatological Association | |
| 2008 | Lifetime Achievement | National Sleep Foundation | |

| | | |
|---|---|---|
| | Award | |
| 2008 | Lord Adrian Gold Medal | Royal Society of Medicine, London, U.K. |
| 2008 | Distinguished Scientist Award | Sleep Research Society |
| 2010 | Keynote Speaker | Medical Scientist Training Program, Duke University Medical School |
| 2010 | Mark O. Hatfield Public Policy Award | American Academy of Sleep Medicine |
| 2010 | Harriet Hardy Award | New England College of Occupational and Environmental Medicine (NECOEM) |
| 2010 | 23rd Annual Catherine N. Stratton Aging Successfully Lecture | Massachusetts Institute of Technology |
| 2010 | Election as Member | Institute of Medicine of the National Academies |
| 2010 | Election as Full Member | International Academy of Astronautics |
| 2011 | Keynote Speaker | North East Sleep Society Annual Meeting |
| 2011 | Mary A. Carskadon Outstanding Educator Award | Sleep Research Society |
| 2011 | Keynote Speaker | World Association of Sleep Medicine |
| 2012 | Keynote Speaker | Harvard School of Public Health Symposium "Sleep and Shift Work: Optimizing Productivity and Health Management in the 24/7 Global Economy" |
| 2014 | Honorary Member Keynote Lecture | American Academy of Dental Sleep Medicine |
| 2014 | Golden Mind-Body Medicine Lecture | University of Buffalo |
| 2014 | JSC Director's Innovation Award | NASA, Johnson Space Center |
| 2015 | Elected Inaugural Fellow | American Physiological Society |
| 2016 | Keynote Speaker | Maryland Sleep Society Seventh Annual Scientific Meeting |
| 2017 | Michael S. Aldrich Commemorative Lectureship | University of Michigan |
| 2018 | Leonore Annenberg Lecturer | Annenberg Center for Health Sciences at Eisenhower Medical Center |
| 2018 | Keynote Lecture | Zurich Sleep Medicine Symposium 2018 / International |

| | | |
|---|---|---|
| | | Symposium of the CRPP Sleep & Health |
| 2018 | Pittendrigh-Aschoff Keynote Lecture | Society for Research on Biological Rhythms (SRBR) |
| 2018 | Green Cross for Safety Innovation Award for Brigham Health Sleep Matters Initiative | National Safety Council |
| 2019 | Peter C. Farrell Prize in Sleep Medicine | Harvard Medical School Division of Sleep Medicine |
| 2019 | J.E. Wallace Sterling Lifetime Achievement Award in Medicine | Stanford University School of Medicine Alumni Association |
| 2019 | Bernese Sleep Award | University of Bern, Bern, Switzerland |

## Report of Funded and Unfunded Projects

## Funding Information

## Past

| | |
|---|---|
| 1977-1979 | Psychoneuroendocrine rhythms, aging and sleep disorders<br>NIH R01 (National Institute on Aging)<br>Project Director |
| 1977-1979 | Psychoneuroendocrine rhythms and sleep disorders<br>NIH P01 (National Institute of Mental Health)<br>Project Director |
| 1979-1981 | Psychoneuroendocrine rhythms, aging and sleep disorders<br>NIH R01 (National Institute on Aging)<br>Co-I: Project Director |
| 1979-1981 | Psychoneuroendocrine rhythms and sleep disorders<br>NIH P01 (National Institute of Mental Health)<br>Co-I: Project Director |
| 1981-1983 | Development of method to assess endogenous circadian phase/amplitude<br>Peter Bent Brigham Hospital BRSG Grant<br>PI |
| 1983-1985 | Disrupted sleep in the elderly: circadian etiology<br>NIH R01 (National Institute on Aging)<br>PI |
| 1983-1984 | Continuous vigilance simulator with real-time neuroendocrine correlation<br>Air Force Office of Scientific Research; Department of Defense University Research Instrumentation Award<br>PI |
| 1983-1984 | A chronobiotic study of quazepam<br>Schering Plough Pharmaceutical Corporation<br>PI |
| 1983-1984 | Circadian rhythms and athletic performance<br>United States Olympic Committee<br>Subcontract PI |
| 1984-1986 | The workplace: an opportunity for health promotion |

15

W.K. Kellogg Foundation
Executive Officer

1985-1990   Disrupted sleep in the elderly: circadian etiology
NIH R01 (National Institute on Aging) competitive renewal for grant years 3-7
PI

1985-1986   Development of a method to assess the period and amplitude of the endogenous circadian oscillator
Brigham and Women's Hospital BRSG Grant
PI

1985-1988   Reproductive function in women: circadian interaction
NIH R01 (NICHHD)
PI

1986-1987   Brigham and Women's Hospital BRSG Grant
PI

1987-1988   Occupational reproductive hazards - rotating shiftwork
March of Dimes Birth Defect Foundation
Co-I

1988-1989   Phase response curve to light in human subjects
Brigham and Women's Hospital BRSG Grant
PI

1989-1990   Development program for resetting the human circadian pacemaker
National Aeronautics & Space Administration
PI

1989-1994   Treatment of circadian sleep disorders with bright light
NIH R01 (National Institute of Mental Health)
PI

1990-1991   Comparative effects of pravastatin and lovastatin on nighttime sleep and daytime performance
Bristol Myers-Squibb Company
Investigator

1990-1997   Disrupted sleep in the elderly: Response to phototherapy
NIH R01 (National Institute on Aging) competitive renewal for grant years 8-12
PI

1991-1993   Pre-launch adaptation of extended duration orbiter crew members to 12-hr shift operations: Clinical trial with and without bright light exposure
National Aeronautics & Space Administration
PI

1991-1998   Sleep, aging and circadian rhythm disorders
NIH P01 (National Institute on Aging)
PI

1994-1995   Feasibility of evaluating effects of exogenous melatonin, delivered by transdermal therapeutic systems in chronic insomnia in the elderly
Alza Corporation
PI

1994   Pre-Definition: Clinical trial of melatonin as hypnotic for Neurolab crew
National Aeronautics & Space Administration
PI

1994   Antarctic research collaborative on sleep, concentration and fatigue
National Aeronautics & Space Administration
PI

16

| | |
|---|---|
| 1994-1995 | Definition Phase: "Clinical trial of melatonin as hypnotic for Neurolab crew"<br>National Aeronautics & Space Administration<br>PI |
| 1994-1997 | Pre-launch adaptation of orbiter crew members to earlier shifts following exposure to a single bright light episode<br>National Aeronautics & Space Administration<br>PI |
| 1994-1997 | Effect of exercise on endogenous circadian period, sleep and performance<br>Air Force Office of Scientific Research<br>PI |
| 1994-2001 | Bright light treatment of shift rotation insomnia<br>NIH R01 (National Heart, Lung & Blood Institute)<br>PI |
| 1995-1999 | Clinical trial of melatonin as hypnotic for Neurolab crew (ground-based study program in support of Neurolab mission)<br>NIH U01 (National Institute on Aging)<br>PI |
| 1995-2000 | Clinical trial of the effect of caffeine on the circadian and homeostatic interaction underlying deterioration of neurobehavioral functioning with sleep deprivation<br>Air Force Office of Scientific Research; Partnership in Research Excellence & Transition<br>Subcontract PI |
| 1995-2000 | Flight-Based Protocol Aboard Neurolab Space Shuttle: Clinical trial of melatonin as hypnotic for Neurolab crew<br>National Aeronautics & Space Administration<br>PI |
| 1995-2001 | Treatment of circadian sleep disorders with bright light<br>NIH R01 (National Institute of Mental Health) competitive renewal for grant years 6-10<br>PI |
| 1996 | Double-blind, placebo-controlled study to determine the effect of MK-0677 on sleep in elderly patients with sleep disturbances<br>Merck Research Laboratories<br>PI |
| 1996-1997 | A double-blind, placebo-controlled study to determine the effect of L-754,030 on light-induced melatonin suppression in healthy young men<br>Merck Research Laboratories<br>PI |
| 1997-1999 | Clinical trial of the effect of exercise on resetting of the endogenous circadian pacemaker<br>Air Force Office of Scientific Research<br>PI |
| 1997-2000 | Human Performance Factors, Sleep and Chronobiology Team<br>National Space Biomedical Research Institute<br>Team Leader |
| 1997-2000 | Circadian entrainment, sleep-wake regulation and neurobehavioral performance during extended duration space flight<br>National Space Biomedical Research Institute<br>PI |
| 1997-2001 | Evaluation of intermittent bright light exposure as a spaceflight countermeasure<br>National Aeronautics & Space Administration<br>PI |
| 1998-2003 | Training in sleep, circadian and respiratory neurobiology |

|  | NIH T32 (National Heart, Lung & Blood Institute) PI |
|---|---|
| 1998-2005 | Disrupted sleep in the elderly: Response to phototherapy NIH R01 (National Institute on Aging) competitive renewal for grant years 13-17 PI until 2001; Investigator thereafter |
| 1999-2000 | Polysomnographic Study Merck Research Laboratories PI |
| 1999-2000 | Multi-site investigation of provigil (modafinil) treatment for performance impairing sleepiness associated with night shift work Cephalon Laboratories PI |
| 1999-2000 | Astronaut activity in space flight National Aeronautics & Space Administration PI |
| 1999-2002 | Circadian adaptation to night work in older people NIH R01 (National Heart, Lung & Blood Institute - National Occupational Research Initiative) PI |
| 1999-2006 | Sleep, aging and circadian rhythm disorders NIH P01 (National Institute on Aging) competitive renewal for grant years 6-10 PI |
| 2000 | Clinical trial of the effect of exercise on resetting of the endogenous circadian pacemaker Air Force Office of Scientific Research PI |
| 2000-2004 | Circadian entrainment, sleep-wake regulation and performance during space flight National Space Biomedical Research Institute competitive renewal for grant years 4-6 PI |
| 2000-2004 | Human Performance Factors, Sleep and Chronobiology Team National Space Biomedical Research Institute competitive renewal for grant years 4-6 Team Leader |
| 2000-2005 | Clinical trial of the effect of modafinil on the circadian and homeostatic interaction underlying the deterioration of neurobehavioral functioning during jet lag and sleep deprivation Air Force Office of Scientific Research Partnership in Research Excellence & Transition competitive renewal for grant years 6-10 Subcontract PI |
| 2001-2002 | A Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Study to Evaluate the Safety and Impact on Quality of Life of 12 Weeks of PROVIGIL® (Modafinil) Therapy at Dosages of 200 and 300 mg Once Daily as Treatment for Adults With Excessive Sleepiness Associated With Shift Work Sleep Disorder, Followed by a 12-Month Open-Label Extension Period Cephalon, Inc. PI |
| 2001-2003 | A Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Study to Evaluate the Efficacy and Safety of 12 Weeks of PROVIGIL® (Modafinil) Therapy at a Dose of 200 mg as Treatment for Adults With Excessive Sleepiness Associated With Chronic Shift Work Sleep Disorder, Followed by a 12-Month Open-Label Extension Period Cephalon, Inc. PI |

18

| | |
|---|---|
| 2001-2004 | Effects of extended work hours on ICU patient safety<br>DHHS R01 (Agency for Healthcare Research and Quality)<br>PI |
| 2001-2005 | After-effects of entrainment on human circadian period<br>NIH R01 (National Institute of Neurological Disorders and Stroke)<br>PI |
| 2001-2006 | Treatment of circadian sleep disorders with bright light<br>NIH R01 (National Institute of Mental Health) competitive renewal for grant years 11-15<br>PI |
| 2001-2006 | Effects of Extended Work Hours on Intern Health & Safety<br>CDC R01 (National Institute of Occupational Safety and Health)<br>PI |
| 2001-2007 | Circadian adaptation to non-24-hour sleep-wake schedules<br>NIH R01 (National Institute of Neurological Disorders and Stroke)<br>PI |
| 2001-2008 | Bright light treatment of shift rotation insomnia<br>NIH R01 (National Heart, Lung & Blood Institute) competitive renewal for grant years 6-9<br>PI |
| 2002-2003 | Pfizer, Inc.<br>PI |
| 2004-2005 | A Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Study to Evaluate the Efficacy and Safety of 12 Weeks of R-Modafinil Therapy at a Dose of 200 mg as Treatment for Adults With Excessive Sleepiness Associated With Chronic Shift Work Sleep Disorder, Followed by a 12-Month Open-Label Extension Period<br>Cephalon, Inc.<br>PI |
| 2004-2008 | Human Performance Factors, Sleep and Chronobiology Team<br>National Space Biomedical Research Institute competitive renewal for grant years 7-10<br>Team Leader |
| 2004-2008 | Circadian entrainment, sleep-wake regulation and performance during space flight<br>National Space Biomedical Research Institute competitive renewal for grant years 7-10<br>PI |
| 2004-2008 | Sleep Disorders Management, Health and Safety in Police<br>CDC R01 (National Institute of Occupational Safety and Health)<br>PI |
| 2004-2009 | Adaptation of Circadian Responses to Light Treatment<br>NIH R01 (National Heart, Lung & Blood Institute)<br>PI |
| 2005-2006 | Optimizing the assessment of circadian and sleep/wake regulatory determinants of human performance through state of the art analysis of electroencephalogram, ocular activity and motor activity<br>AFOSR (DURIP)<br>PI |
| 2005-2007 | Implementing reduced work hours for all ICU staff to improve patient safety<br>NIH (Agency for Healthcare Research and Quality)<br>Investigator |
| 2005-2008 | Melatonin supplementation in hypertensive patients with beta blockers<br>NIH (National Center for Complementary and Alternative Medicine)<br>Co-I |
| 2005-2009 | Testing the Effectiveness of a Comprehensive Fatigue Management for the Boston Police |

Department of Justice (National Institute of Justice)
PI

2006-2008   Interaction of chronic sleep restriction and circadian misalignment on sleep and neuron-cognitive performance: developing a new model of sleep homeostasis
AFOSR
PI

2007-2008   Translating the science of alertness and performance from laboratory to field: Using state-of-the-art monitoring, imaging, and performance enhancement technologies to improve the alertness and safety of the military and civilian workforce
AFOSR (DURIP)
PI

2008   Procedural Complications Associated with Attending Physician Extended-Duration Work Shifts
RxFoundation
Investigator

2003-2008   Training in sleep, circadian and respiratory neurobiology
NIH T32 (National Heart, Lung & Blood Institute) 1 T32 HL07901
Competitive renewal for grant years 6-10
PI ($2,536,335)
THE NHLBI's National Center for Sleep Disorders Research identified the need to train investigators as its highest priority. The Harvard Medical School Division of Sleep Medicine Program for Training in Sleep, Circadian and Respiratory Neurobiology, based at the Brigham and Women's Hospital, is designed to address this need. This program provides structured, comprehensive research training to prepare outstanding individuals for academic positions in the broad field of sleep science and sleep medicine.

2004-2009   Mechanism Underlying the Effects of Blue Light in Humans
NIH (National Center for Complementary and Alternative Medicine) R01 AT002129 (PI: Lockley)
Investigator (PI until 2005)
The goal of this proposal is to investigate the effects of different colors of light on human physiology, and in particular, test the claims that specific colors of light preferentially stimulate neurobiological, physiological and endocrinological systems. Using classical photobiological techniques, we will construct action spectra for the effects of different colors of light on a range of non-image forming responses in humans.

2005-2009   Disrupted sleep in the elderly: Response to phototherapy
NIH R01 (National Institute on Aging) R01 AG06072
competitive renewal for grant years 18-22
Investigator
The goals of this grant are to test an evening light treatment regimen designed to achieve an optimum phase relationship between sleep and the output of the circadian timing system in older people in order to improve objective and subjective sleep quality.

2008-2009   Effects of Acute Sleep Deprivation on Visual attention and Gaze Control
National Space Biomedical Research Institute HPF00003
PI ($79,233)
The fundamental objective of this study is to identify the determinants (behavioral, visuomotor, microsleep-induced) of performance lapses (during the psychomotor vigilance task, PVT) under acute sleep deprivation, and to quantify whether those determinants change with circadian phase and/or homeostatic sleep pressure.

2005-2010   Photic and nonphotic input to the human circadian system
NIH (National Institute of Neurological Disorders and Stroke) R01 NS040982 (PI:

Lockley)
Competitive renewal for grant years 5-8
Investigator
We are testing the hypotheses that: Study 1) exposure to monochromatic light of 460 nm for 6.5 h in the early biological night will cause a 3 h delay in circadian phase and a 85% suppression in pineal melatonin production whereas exposure to the same photon density of 555 nm will have no effect on circadian phase or melatonin suppression (compared to 1.7 h delay and 37% suppression in sighted subjects); Study 2) Exposure to a non-photic schedule advanced by 0.4 h relative to baseline intrinsic period will cause a phase advance of period of 0.4 h.

2007-2010   Evaluation of the potential for translation to practice of a sleep disorders management program for police
CDC (National Institute of Occupational Safety and Health) R01OH009403
PI ($150,847)
We propose (1) to evaluate the potential for translation of the Operation Healthy Sleep program though the RE-AIM (Reach, Effectiveness, Adoption, Implementation, and Maintenance) framework to health behavior interventions; (2) to evaluate the cost, feasibility and sustainability of the Operation Health Sleep program through cost-benefit analysis; and (3) to evaluate the external validity of the Operation Healthy Sleep program by comparing health, safety and productivity outcomes obtained from the primary police sample (Massachusetts State Police) with those obtained from a parallel program in the Philadelphia Police Department and a nationwide sample of more than 4000 police officers participating in a web-based survey.

2009-2010   Operational evaluation of a photic countermeasure to improve alertness, performance, and mood during nightshift work on a 105-day simulated human exploration mission
National Space Biomedical Research Institute HFP00002
PI ($221,235)
The purpose of this study is to validate the efficacy and operational feasibility of a photic countermeasure to facilitate adaptation to the 24.65-h Martian sol, thereby improving sleep and performance. We propose to address the following hypotheses: (1) afternoon and evening exposure to moderately bright light will establish a normal entrained circadian phase in subjects living on a 24.65-hour day; (2) afternoon and evening exposure to moderately bright light will result in improved sleep, enhanced alertness and mood; (3) afternoon and evening exposure to moderately bright light will maintain the neurobehavioral performance of crewmembers living on the Martian sol.

2009-2010   Operational evaluation of a photic countermeasure to improve alertness, performance, and mood during nightshift work on a 105-day simulated human exploration mission
National Space Biomedical Research Institute HFP00002
PI ($221,235)
The purpose of this study is to validate the efficacy and operational feasibility of a photic countermeasure to facilitate adaptation to the 24.65-h Martian sol, thereby improving sleep and performance. We propose to address the following hypotheses: (1) afternoon and evening exposure to moderately bright light will establish a normal entrained circadian phase in subjects living on a 24.65-hour day; (2) afternoon and evening exposure to moderately bright light will result in improved sleep, enhanced alertness and mood; (3) afternoon and evening exposure to moderately bright light will maintain the neurobehavioral performance of crewmembers living on the Martian sol.

2006-2011   Treatment of circadian sleep disorders with bright light
NIH (National Institute of Mental Health) R01 MH045130
Competitive renewal for grant years 16-20

21

PI ($1,139,040)

In this study we would systematically assess the circadian phase-shifting, melatonin suppressing, and alertness-enhancing response to a monochromatic light stimulus, using a wavelength (460 nm) that has been shown to maximally stimulate the circadian system.

2008-2011   A Comprehensive Firefighter Fatigue Management Program 'Operation Healthy Sleep' Department of Homeland Security FEMA EMW-2007-FP-02197

PI ($793,651)

We propose to use a station-level, randomized experimental design to test the hypotheses that implementation of a Comprehensive Firefighter Fatigue Management Program will: (1) improve the mean total sleep, alertness and cognitive performance of firefighters; (2) improve firefighter safety, as determined by decreased rates of motor vehicle crashes and on-the-job injuries; (3) improve firefighters' performance, as determined by decreased response time; (4) improve firefighters' health, as determined by diagnosis and treatment of sleep disorders, improved general health indices and decreased number of 'sick' days; (5) improve firefighters' and families' job satisfaction and ability to cope with extended work hours.

2009-2012   Effects of the circadian clock and light on the production of estrogens NIH R21ES017112 (PI: Lockley)

Investigator

In the current proposal, we would like to take advantage of remaining urine and plasma samples collected under previous federal funds (NIH/NASA). We have a unique opportunity to study the relationships between light, circadian rhythms, shiftwork and melatonin and estrogen endocrinology from $1M-worth of prior research conducted under strictly controlled laboratory conditions. These data will allow us to test the specific hypotheses that; i) there are significant 24-hour diurnal and circadian rhythms in plasma estradiol and urinary estrone-3-glucuronide production; and ii) that these rhythms are inversely related to plasma melatonin and urinary 6-sulfatoxymelatonin, respectively; iii) plasma estradiol will be acutely elevated following suppression of plasma melatonin; and iv) that the circadian rhythm of estradiol will phase-shift in parallel with the melatonin rhythm during a simulated shift-work protocol.

2004-2011   Adaptation of circadian responses to light treatment (supplement) NIH R01 HL077453-05

PI ($787,401)

The primary aim is to study a fundamental property of the circadian pacemaker, which is the ability of photic history to change the efficacy of light stimuli in modulating circadian regulation. The study may reveal a new method to potentiate light therapy in the treatment of circadian rhythm disturbances.

2008-2012   Evaluation of Photic Countermeasures for Circadian Entrainment of Neurobehavioral Performance and Sleep-Wake Regulation Before and During Spaceflight National Space Biomedical Research Institute HFP01601

PI ($1,428,571)

This project will test the efficacy of exposure to blue-enriched light at a standard intensity for pre-launch and in-flight phase shifting.

2009-2012   Interactions of genetics, behavioral sleep loss, circadian rhythms & performance NIH (National Institute on Aging) SupplementP01 AG09975-S2

PI ($499,804)

We propose to study 6 healthy individuals with the PER34/4 genotype and 6 with the PER35/5 genotype. The protocol will include a 23-day inpatient stay with 2 weeks of chronic sleep restriction in a forced desynchrony procedure, which will enable us to investigate both the circadian and wake-dependent contributions to alertness and

22

performance, followed by one 40-hr sleep deprivation, which will enable us to investigate the response to an episode of acute sleep deprivation following chronic sleep restriction. We will record sleep and waking EEG, and test for multiple aspects of cognitive functioning, alertness and mood.

2009-2012   National firefighter sleep disorders management program: translation to practice
Department of Homeland Security FEMA TBAEMW-2008-FP-02566
PI ($787,721)
Work hours, fatigue, performance, health and safety in firefighters; screening for sleep disorders and referral for treatment.

2010-2012   A comprehensive review of the work hours, health and safety of Federal Air Marshals
FAMS
PI ($354,330; NCE)
The goal of this program is to reduce the adverse consequences of fatigue on the Air Marshals' health, safety and performance. The overall goal will be to develop work-hour policies and guidelines, and education and training program and an efficient sleep disorders screening program that can be implemented to improve the health, safety and performance of Federal Air Marshals and thereby improve public safety nationally.

2006-2013   Sleep, aging and circadian rhythm disorders
NIH P01 (National Institute on Aging) P01 AG09975
Competitive renewal for grant years 11-15
PI ($1,056,303; NCE)
This proposal seeks to address that gap in our knowledge by using a well-established laboratory model to study what differences may exist between the sleep efficiency of older and younger subjects under conditions of chronic sleep restriction (ratio 19 hours scheduled wake: 5 hours scheduled sleep), carried out on a forced-desynchrony protocol, and by assessing the recuperative capabilities under conditions of sleep extension following this restriction. A 'metabolic aging' experiment has been included with the goal of understanding the endocrine and cardiovascular consequences of sleep restriction in both young and older subjects.

2009-2013   Validation of assessment tests and countermeasures for detecting and mitigating changes in cognitive function during robotics operations
National Space Biomedical Research Institute NBPF02001 (PI: Lockley)
Investigator
We will test the effectiveness of blue-enriched light and/or caffeine as fatigue countermeasures during robotic and cognitive performance. Subjects will be exposed to short-wavelength enriched white light and/or continuous low-dose caffeine administration on the robotics performance days in a randomized, placebo-controlled within-subjects design

2008-2013   Training in sleep, circadian and respiratory neurobiology
NIH T32 (National Heart, Lung & Blood Institute) 1 T32 HL07901
Competitive renewal for grant years 11-15
PI
The NHLBI's National Center for Sleep Disorders Research identified the need to train investigators as its highest priority. The Harvard Medical School Division of Sleep Medicine Program for Training in Sleep, Circadian and Respiratory Neurobiology, based at the Brigham and Women's Hospital, is designed to address this need. This program provides structured, comprehensive research training to prepare outstanding individuals for academic positions in the broad field of sleep science and sleep medicine.

2007-2014   Desensitization of Circadian Responses to Light
NIH (National Institute of Neurological Disorders and Stroke) R01 NS054277

23

PI ($1,000,000; NCE)

The proposed experimental and modeling efforts are to quantify the influences of acute sleep deprivation (short-term homeostatic), chronic sleep restriction (long-term homeostatic), circadian rhythmicity, and their interactions on neurocognitive performance and to develop a new model of sleep homeostasis that can predict the effects of chronic sleep restriction.

2009-2014   Efficacy of melatonin treatment in a phase advance model of insomnia

NIH 1R01HL093279

PI ($1,250,000)

We propose to test the chronobiotic and sleep promoting effects of melatonin in a phase advance model of insomnia: (1.) Test the hypothesis that melatonin administered prior to scheduled sleep will advance circadian phase, with the plasma cortisol rhythm used as the primary phase marker, in a dose-dependent manner when sleep is scheduled to occur 5 hours before habitual sleep time; (2.) Test the hypothesis that melatonin administered prior to scheduled sleep will increase sleep efficiency when sleep is scheduled to occur 5 hours before habitual sleep time.

2013-2014   Development of an Algorithm for Identifying Individuals who are Highly Vulnerable vs Highly Resistant to the Effects of Sleep Loss on Performance

DARPA

PI

This project seeks to develop measures to predict individual variability in response to acute and chronic sleep loss. We will analyze existing data from baseline rested performance tests in an attempt to derive measures that can predict subsequent response to acute sleep loss or chronic sleep restriction.

2013-2014   Sleep duration required to restore performance during chronic sleep restriction

NIH/NHLBI R01 HL114088 (PI: Klerman)

Investigator

To quantify to what extent the initial level and time course of dissipation of sleep inertia, the level of performance for hours 2-6 after awakening, and the rate of decline in performance with increased wake duration after 6 hours awake depend on the length of the prior sleep episode in addition to sleep:wake ratio and circadian phase.

2011-2014   Clinical trial of an intervention to reduce fatigue and improve safety and health in firefighters

FEMA EMW-2010-FP-00521

PI

We propose to conduct a station-level, randomized clinical trial of policies designed to maximize sleep opportunities during current 24-hour shifts to improve alertness, performance, health and safety in firefighters.

2010-2014   Evaluation of a photic countermeasure for mission controllers

NASA NNX10AF47G

Co-PI ($481,181)

We propose to implement a Comprehensive Fatigue Management Program for the flight mission controllers program. The goals of this program are to reduce the adverse consequences of fatigue on the mission controllers' alertness, performance, health, and safety. The overall goals of our team include developing an online education training program and an efficient sleep disorders screening, evaluating the acceptability, feasibility and efficacy of a shorter wavelength photic countermeasure during operational night shifts to improve the alertness, performance, health and safety of mission controllers.

2009-2015   Effects of attending surgeon and obstetrician fatigue on operating room safety

NIH/NHLBI R01 HL095472

24

PI ($1,000,000)

In this proposal we will conduct a prospective observational study in the operating rooms of two hospitals – a community hospital without resident-physicians, and an academic center where residents work as assistant surgeons – to evaluate the effects of sleep deprivation on the performance of attending surgeons and obstetrician / gynecologists.

2009-2015    Mechanisms underlying adverse health consequences of shift work

NIH R01HL094806 (PI: Scheer)

Investigator

We aim to determine the progressive physiological changes across a work week of realistic simulated shift work focusing on those metabolic, endocrine, inflammatory, and cardiovascular variables that are biomarkers of susceptibility to the development of diabetes, obesity, and cardiovascular disease. We will use a 14 day/night laboratory protocol involving a within-subject, randomized, cross-over design including a simulated night shift and day shift schedule using a formal battery of scheduled behaviors and light exposures in healthy day workers and shift workers.

2012-2015    Screening for Obstructive Sleep Apnea in National Football League Players

NFL Charities G.A.M.S. ID 839

PI ($100,000)

This project will establish an NFL-wide system of identifying those at high risk of OSA and further evaluating those at high risk. The project will also establish a critical database that could guide team physicians on the diagnosis and management of OSA among NFL players. This will lead to improved cognitive and psychomotor performance in the short-term and reduced cardiometabolic risk in the long-term. The project also has the potential to raise awareness of the negative cardiovascular-related risks associated with OSA, a disease that is highly prevalent in our society at large. The increased awareness and involvement of NFL players in the project may motivate the general public to seek screening, evaluation and treatment, if necessary, which has the potential to substantially reduce morbidity and mortality due to CVD.

2012-2015    The ISS Dynamic Lighting Schedule: An In-Flight Lighting Countermeasure to Facilitate Circadian Adaptation, Improve Sleep and Enhance Alertness and Performance on the International Space Station

NSBRI HFP02801(PI: Lockley)

To study how new lighting would be used operationally to provide a countermeasure to shiftwork in a high-fidelity simulation of the ISS lighting environment and sleep patterns. Co-Investigator

2001-2017    Flight-Based Protocol Aboard Space Shuttle: "Sleep-Wake Actigraphy and Light Exposure During Spaceflight

NASA NCC9-119

PI ($1,340,327)

This project is designed to investigate sleep and circadian rhythm organization and the prevalence of space flight-induced insomnia, during short and long-duration space flight. This experiment will use state-of-the-art ambulatory technology to monitor sleep-wake activity patterns and light exposure in all crewmembers aboard Space Shuttle and International Space Station missions.

2010-2016    Sensitization of human circadian responses to light

NIH/NHLBI R01 HL94654

PI

The studies will examine the effect on the human circadian system of four different durations of dim-light sensitization prior to a standardized light treatment.

2012-2016    Ultra-short light pulses as efficient countermeasures for circadian misalignment and

25

objective performance and subjective alertness decrements
NSBRI HFP02802 (PI: Klerman)
Investigator
The goal of this project is to explore sex differences in response to circadian and length of time awake factors on sleep and performance.

2012-2016   Sleep Duration Required to Restore Performance During Chronic Sleep Restriction
NIH/NHLBI R01 HL114088 (PI: Klerman)
Investigator
The goal of this project is to explore sex differences in response to circadian and length of time awake factors on sleep and performance.

2016-2017   Ambulance Crashes in the United States: 2000 – 2015.
Falck Foundation (PI: Czeisler)
The goal of this grant is to determine the incidence of ambulance crashes in the Unites States over the past 15 years. Report temporal trends in both fatal and non-fatal crashes and use multiple sources of data to describe characteristics of these crashes. We will also estimate the proportion of crashes where fatigue may have been a contributing factor.

2016-2017   Environmental Factors Associated with Sleep Deficiency during Spaceflight
NSBRI HFP04502 (PI: Barger)
Investigator
The major goals of this project are to test the hypotheses that (1) hypoxia will be associated with sleep deficiency; (2) increased noise will be associated with sleep deficiency; and (3) hypercapnia will be associated with sleep deficiency.

2016-2017   The Impact of Objectively Measured Sleep Deficiency and Circadian Misalignment on Performance during Spaceflight
NSBRI HFP04504 (PI: Barger)
Investigator
The major goal of this project is to test the hypothesis that sleep deficiency and circadian misalignment will be associated with performance decrements during spaceflight.

2013-2018   Impact of Eliminating Extended Duration Work Shifts on Resident Health and Safety
CDC/NIOSH R01 OH0103001 (PI: Barger)
Investigator
We propose to conduct a large-scale nationwide survey of interns, similar to that which we conducted from 2002 – 2007. We will collect work hours and sleep data as well as health and safety outcomes on monthly web-based surveys.

2013-2018   Training in sleep, circadian and respiratory neurobiology
NIH T32 (National Heart, Lung & Blood Institute) 1 T32 HL07901
Competitive renewal for grant years 16-21
PI
The NHLBI's National Center for Sleep Disorders Research identified the need to train investigators as its highest priority. The Harvard Medical School Division of Sleep Medicine Program for Training in Sleep, Circadian and Respiratory Neurobiology, based at the Brigham and Women's Hospital, is designed to address this need. This program provides structured, comprehensive research training to prepare outstanding individuals for academic positions in the broad field of sleep science and sleep medicine.

2013-2019   Treatment of Circadian Disruption from Shiftwork in Older Adults
NIH/NIA R01 AG044416 (PI: Duffy)
Investigator
Our proposed study will test in older workers a sleep timing and enhanced lighting

26

regimen that has been successful in allowing young workers to maintain optimal performance at night. Information from this study will be an important step in developing shift work treatments for the nearly 3 million older Americans who work night or rotating shift schedules.

2013-2018    Multi-Scale Modeling of Sleep Behaviors in Social Networks
NIH/NIGMS R01 GM105018
Co-PI (Co-PI: Klerman)
The purpose of this grant is to explore sleep behaviors and social networks in a college population. Using multi-modal data from different cohorts of undergraduates, we will develop the first statistical and multi-scale mathematical models of sleep dynamics within social networks based on sleep and circadian physiology.

2015-2019    Clinical Trial Evaluating the Impact of Sleep and Sleep Deprivation on the Cerebral Glymphatic System
ONR/N00014-15-1-2408
PI
The goals of this project are to test the hypothesis that the volume of Virchow-Robin spaces (VRs) is larger during sleep than during wakefulness; to test the hypothesis that the alteration of nonREM and REM states during sleep is associated with changes in the volume of VRs; to test the hypothesis that the volume of VRs is greater during deep nonREM sleep (N3) than during lighter nonREM sleep (N2) and to test the hypothesis that the volume of VRs is altered by prolonged wakefulness (sleep deprivation).

2012-2020    Multicenter trial of work-hour limits for PGY 2 & 3 resident work hours on patient safety CCC
NIH/NHLBI U01 HL111478
Co-PI ($8,249,567)
We propose to carry out a randomized study in six intensive care units nationwide that will test whether a scientifically-founded intervention schedule that: 1) limits second and third year resident physicians to 16 consecutive hours of work; 2) promotes sleep; and 3) minimizes chronic sleep restriction, will result in: a decrease in preventable injuries to patients, a decrease in the risk that resident physicians will suffer motor vehicle crashes, increased resident sleep, and increased resident vigilance.

2018-2020    CTA: Open-label Clinical Trial to evaluate the Efficacy of Sodium Oxybate (Xyrem) in the Treatment of two Under-recognized Clinical Conditions: Post-traumatic Narcolepsy and Post-traumatic Hypersomnia.
Jazz Pharmaceuticals, Inc.
PI

**Current**

2018-2023    Training in sleep, circadian and respiratory neurobiology
NIH T32 (National Heart, Lung & Blood Institute) 1 T32 HL07901
Competitive renewal for grant years 21-25
PI
The NHLBI's National Center for Sleep Disorders Research identified the need to train investigators as its highest priority. The Harvard Medical School Division of Sleep Medicine Program for Training in Sleep, Circadian and Respiratory Neurobiology, based

27

at the Brigham and Women's Hospital, is designed to address this need. This program provides structured, comprehensive research training to prepare outstanding individuals for academic positions in the broad field of sleep science and sleep medicine.

| | |
|---|---|
| 2013-2021 | Sleep, Aging, and Circadian Rhythm Disorders<br>NIH/NIA P01 AG009975<br>Role: PI/PD (Principal Investigator/Program Director)<br>The central theme of this project is to differentiate the consequences of circadian disruption (while minimizing sleep loss) and sleep deficiency (while minimizing circadian disruption) on glucose regulation. |
| 2014-2020 | Development of Countermeasures Against Adverse Metabolic Effects of Shift Work<br>NIH/NHLBI R01 HL118601(PI: Scheer)<br>Role: Investigator<br>The goal of this application is to test whether manipulating the timing of food intake prevents the adverse metabolic effects of circadian misalignment, and whether desynchrony between the central circadian pacemaker and the behavioral cycle leads to internal desynchrony in humans. |
| 2014-2019 | Development and Testing of Biomarkers to Determine Individual Astronauts' Vulnerabilities to Behavioral Health Disruptions<br>NNX14AK53G (PI: Lockley)<br>Role: Investigator<br>This study will evaluate biomarkers that will test the sensitivity of various sleep and circadian challenges to differentiate individuals |
| 2015-2020 | Lighting Protocols for Exploration - HERA Campaign<br>NASA/NNX15AM28G (PI: Lockley)<br>Role: Investigator<br>The major goals of this project are to evaluate the efficacy of a combined countermeasure of light and exercise on alertness and performance. |
| 2014-2021 | Testing solid state lighting countermeasures to improve circadian adaptation, sleep, and performance during high fidelity analog and flight studies for the International Space Station<br>Thomas Jefferson University/NNX15AC14G (PI: Lockley)<br>Role: Investigator<br>The major goals of this project are to complete final ground-testing required before replacement of the current fluorescent General Luminaire Assemblies (GLA) with solid state (LED) lighting on the International Space Station, and to conduct the first flight studies to examine the operational impact of the new LED lighting to facilitate rapid circadian rhythm resetting, and improve alertness and sleep during missions. |
| 2016-2021 | Circadian Lipidomics in Constant Routine, Forced Desynchrony, and Non-lab Setting<br>NIH/NHLBI 5R01HL132556 (PI: Kristal)<br>Role: Investigator<br>The major goals of this project are to identify, optimize, validate, and to cross-validate a set of nested plasma lipidomics-based biomarker profiles that report circadian phase and alignment using well-characterized samples drawn from three constant routine protocols |

and four forced desynchrony protocols.

2016-202    The Role of Circadian Periodicity in Human Cardiovascular Disease and Diabetes
NIH/NHLBI 5R01HL103607-05A1 (PI: Forman)
Role: Investigator
The major goals of this project are to examine the effects of melatonin supplementation on
insulin sensitivity using a hypersulinemic euglycemic clamp and β-islet cell function
measured using a hyperglycemic clamp. We will also evaluate the effects of
supplementation on HbA1c as a secondary analysis
Role: Co-I

2019-2023    Impact of Lifting Work Hour Restrictions on First-Year Resident Safety, Health and Well-
Being. R01OH011773 (Barger, Laura) 09/1/19-08/31/23 Centers for Disease Control
(CDC) The study could have important public policy implications related to the health and
safety of the more than 116,000 medical and surgical residents, who are the principal
providers of medical care in academic medical centers throughout the United States. (PI:
Barger LK)
Role: CoI

2019-2021    Clinical Trial—FAA Sleep Deprivation Study for Aviation Research: Comparison across
multiple types of sleep deprivation. Contract 6973GH-19-D-00066 from Solicitation
6973GH-19-R-00147 ($5,654,163.32) Federal Aviation Administration Aeronautical
Center. The goals of this contract are: (i) To assess gene expression changes associated
with reduced and mistimed sleep.; (ii) To explore the relationship between gene expression
and neurobehavioral changes from reduced and mistimed sleep; (iii) To enhance general
understanding of changes during reduced and mistimed sleep; and (iv)To analyze the
concordance of sleep and circadian rhythm-related genetic variants with this study's
results. (M-PIs: Klerman EB and Czeisler CA)I
Role: M-PI

2017-2021    CTA: Effect of Dupilumab on Sleep Apnea Severity in Patients with Chronic
Rhinosinusitis. (PI: Wellman, D. Andrew) Regeneron Pharmaceuticals, Inc.
Role: CoI

2019-2023    CTA: Sleep Training Plan to Improve Individual Sleep, Health and Safety. The major
goals of this project are to use personalized sleep app (Dayzz) to develop sleep training
plans, improve participants' sleep and reduce overall healthcare costs. Dayzz Live Well
Ltd. PI: Barger LK.
Role: Co-I

Role: PI (Principal Investigator)

**Report of Local Teaching and Training**

**Teaching of Students in Courses**

**Albert Einstein College of Medicine, Bronx, NY**

| | | | |
|---|---|---|---|
| 1976-1977 | Biological Rhythms in Man | Department of Neuroscience | |
| | ~15 medical students | Co-organizer and lecturer ; ~55 hours | |
| 1978 | Neuroscience Course | | |

29

|  | ~150 medical students | Guest lecturer ; ~3 hours |

**Fordham University, Graduate School of Arts and Sciences, Bronx, NY**

| 1978 | Biology 69302: Introduction to Circadian Oscillations in Biologic Systems | |
| | ~30 graduate/undergraduate students | Course Developer/instructor; ~75 hours |

**Stanford University, Stanford, CA**

| 1979 | Stanford Medical School: Fiscal and Ideological Crisis. Stanford Workshop on Political and Social Issues | |
| | ~75 undergraduate & medical students | Co-developer/instructor ~70 hours |
| 1979 | Psychiatry 235: Clinical and Experimental Polysomnography | |
| | 30 undergraduates | Guest Lecturer; ~3 hours |

**Harvard College, Cambridge, MA**

| 1982-1996 | Molecular & Cellular Biology 286: Biological Oscillations & Circadian Clocks | |
| | 1982-1990; alternate yrs Faculty | ~40 hours/year |
| |    15-20 undergraduates per year | |
| | 1992-1996; alternate yrs Co-Organizer/ Faculty | ~85 hr/year |
| | ~30 students/year | |
| 1983-1984, 1989 | Adams House 116: Biological Clocks in Man | |
| | Undergraduate House Seminar Course Developer and Teacher | ~60 hours/year |
| | 15-20 undergraduates per year | |
| 1986-1987 | Adams House 118: AIDS and Public Policy | |
| | Undergraduate House Seminar Course Developer and Teacher | ~60 hours |
| | ~18 undergraduates | |
| 1988 | North House 120: AIDS: Emerging Ethical and Policy Dilemmas | |
| | Undergraduate House Seminar Course Developer and Teacher | ~50 hours |
| | ~25 undergraduates | |
| 1988 | AIDS Education and Outreach Student Counselor Training Program | |
| | Group advisor and training session speaker | |
| 1988 | "Circadian rhythms and entrainment: endocrine aspects" | North House Seminar Guest lecturer |
| 1996-2020 | Molecular & Cellular Biology 186: Circadian Biology:  From Cellular Oscillators to Sleep Regulation | |
| | Co-Organizer/Faculty (1996-2010); Director (2011-) | ~70 hours/year |
| | 50-110 undergraduates per year | |
| 2003 | Harvard Alumni Association, Alumni College | |

|  |  |  |
|---|---|---|
|  | Lecturer | ~5 hours |
|  | 200-300 alumni |  |
| 2016-2019 | Freshman Seminar FRSEM 22D Time for Sleep |  |
|  | Director/Faculty | ~90 hours per year |
|  | 15 undergraduates per year |  |
|  |  |  |
| 2018-2020 | Molecular & Cellular Biology 186 (MCB186): Sleep and Circadian Clocks: From Biology to Public Health |  |
|  | Director (2018-) | ~70 hours/year |
|  | 50-115 undergraduates per year |  |
|  |  |  |
| 2019-2021 | General Education 1038 (GenEd 1038): Sleep |  |
|  | Course Director | ~120 hours/year |
|  | 225 undergraduates per year |  |

**Harvard Medical School, Boston, MA**

|  |  |  |
|---|---|---|
| 1976 | Weekly Research Seminar Series | Department of Physiology |
|  | 10-15 graduate students | Lecturer; ~5 hours |
| 1982 | Harvard Medical Society |  |
|  | 150 medical students | Lecturer on human circadian physiology; ~5 hours |
| 1979-1991, 1995 | Physiology 225: Physiological Timing Systems |  |
|  | 15-20 medical students, graduate students and undergraduates per year | ~35 hours/year (as instructor 1979-1991) ~75 hour/year (as co-organizer 1995) |
| 1995-1998 | Neurobiology 337:  Neurobiology of the Human Circadian Pacemaker |  |
|  | Faculty doctoral thesis advisor, Program in Neuroscience, 1 doctoral student | 60-80 hours/year |
| 1996-2002 | Continuing Education 61212:  Diagnosis and Treatment of Sleep Disorders |  |
|  | 60-70 postgraduate students/year | ~45 hours/year (as Co-director) ~12 hours/year as organizing committee member and faculty ~6 hours/year as faculty member |
| 2000-2003 | Scholars in Clinical Science: Tools of Physiologic Investigation |  |
|  | ~20 graduate students | 8 hours |

**Harvard University Extension School, Cambridge, MA**

|  |  |  |
|---|---|---|
| 2008 | The Physiology of Sleep (BIOS E-210) |  |
|  | Invited Guest Lecture, ~20 students | ~5hours |

**Harvard School of Public Health, Boston, MA**

|  |  |  |
|---|---|---|
| 1986 | Occupational Health Weekly Symposium |  |
|  | ~30 graduate students, postdoctoral fellows, faculty | Guest lecturer; 2 hours |

**Formal Teaching of Residents, Clinical Fellows and Research Fellows (post-docs)**

**Stanford Medical School, Stanford CA**

| | | |
|---|---|---|
| 1977, 1979 | Research Center and Sleep Disorders Clinic Seminar Series | |
| | ~10 graduate students and postdoctoral fellows | Lecturer; ~5 hours/year |

**Laboratory and Other Research Supervisory and Training Responsibilities**

**Brigham and Women's Hospital, Boston, MA**

| | | |
|---|---|---|
| 1982-1988 | College Work-Study training program in laboratory research techniques. Developer/supervisor | 30 student-trainees/term, 3 week-long sessions/year |
| 1995-2000 | Special Emphasis Research Career Award Program, National Institute on Aging. Faculty sponsor. | 2 junior faculty trainees |

**Harvard Medical School, Boston, MA**

| | | |
|---|---|---|
| 1983-1987 | Research preceptor, Pre-doctoral Fellow. Medical Scientist Training Program | |
| 2001- | Research Preceptor, HMS Student in HST Program. Division of Health Science and Technology (HMS/MIT) | 1 medical student/year, 50-100 hours/year |
| 1986,1987, 1990 | Faculty mentor, Brigham-Beth Israel Medical Group Program. Summer Research Fellowship Program. | 1 medical student/summer; 25-40 hours/summer |
| 1986-1991 | Faculty advisor. Medical student research traineeship | 1 medical student/year; 40-60 hours/year |
| 1993-1994 | Oral Examination and Ph.D. Dissertation Examining Committees | |
| 1994-1997 | Mentor, Faculty Training Grants, for Charles Weitz, M.D., Assistant Professor of Neurobiology and Emery N. Brown, M.D., Ph.D., Assistant Professor of Anesthesiology, Harvard Medical School | |
| 1994-1995, 2001 | Faculty advisor. Research Rotation, Program in Neuroscience | 1 doctoral student/year; 10-20 hours/year |
| 1995-1998 2000-2004 | Committee Member and/or Advisor. Program in Neuroscience | |
| 2001-2005 | Research Preceptor, two HST students | 40-50 hours/year |
| 2002-2005 | Research Preceptor, HMS student | 20-30 hours/year |
| 2002- | Mentor, Faculty Training Grant (NIH K08), for an Instructor of Pediatrics, Harvard Medical School | |
| 2003-2004 | Mentor, GCRC Medical Student Clinical Research Training Award, for two HMS students | |

**Harvard University Graduate School of Arts and Sciences, Cambridge, MA**

| | |
|---|---|
| 1983-1986, | Oral Examination and Ph.D. Dissertation |

| 1994-1997 | Examining Committees, Division of Applied Sciences; Co-advisor and Committee Member | |

## Harvard College, Cambridge, MA

| 1981-1985, 1987-1988, 1992, 1994 | Biology 90r:  Supervised Research. Faculty preceptor first semester, then undergraduate thesis advisor | 1-2 undergraduates per year; ~50 hours/year |
| 1984 | Biology 91r:  Supervised Reading. Faculty preceptor, directed reading | 1 undergraduate; ~15 hours/year |
| 1984 | Economics 910r:  Supervised Reading and Research. Faculty advisor, directed reading | 1 undergraduate; ~15 hours/year |
| 1984-1987 | Psychology and Social Relations 990:  Senior Tutorial. Faculty preceptor first semester, then undergraduate thesis advisor | 1 undergraduate; ~50 hours/year |
| 1994 | Nathaniel Kleitman Undergraduate Summer Fellowship Program in Human Chronobiology. Faculty advisor | 5 summer undergraduate students; ~10 hours |
| 2002-2003 | Biology 90r:  Supervised Research. Undergraduate thesis advisor | |

## Formally Supervised Trainees

## Brigham and Women's Hospital, Boston, MA

| 1983-1986, 1988-1992 | Gary S. Richardson, M.D. Research supervisor; Clinical Fellow Research Residency Program and Faculty sponsor for junior faculty research trainee, Physician Scientist Award Program, National Institute on Aging, NIH. |
| 1985-1987 | Joel Steinberg, M.D. Post-doctoral fellow advisor |
| 1986-1988 | Suzanne Rogacz, M.D. Endocrine Training Program Research supervisor, Post-doctoral fellow advisor, Faculty sponsor for junior faculty clinical research trainee. Clinical Associate Physician Award Program, General Clinical Research Program, National Center for Research Resources, National Institutes of Health. |
| 1994-1996 | Emery N. Brown, M.D., Ph.D./Professor of Health Sciences and Technology and Professor of Computational Neuroscience, Massachusetts Institute of Technology Professor of Anaesthesia, Harvard Medical School Massachusetts General Hospital Endocrine Training Program Research supervisor and Post-doctoral fellow advisor |
| DATE | Janis Anderson, Ph.D./Assistant Professor of Psychology, Department of Psychiatry, Harvard Medical School/Brigham and Women's Hospital Post-doctoral fellow advisor |
| 1988-1990 | Marie Dumont, Ph.D. Post-doctoral fellow advisor |

## Faculty Advisor, Pre-doctoral Fellow, Training Program in Sleep, Circadian and Respiratory Neurobiology, National Heart Lung and Blood Institute

| 1991 - 1995 | Elizabeth B. Klerman, M.D., Ph.D./Associate Professor of Medicine, Division of Sleep Medicine, Harvard Medical School; Associate Physician, Division of Sleep Medicine, Department of Medicine Brigham and Women's Hospital Endocrine Training Program Research supervisor and Post-doctoral fellow advisor |
| 1997 - 2000 | Kenneth P. Wright Jr., Ph.D./Assistant Professor, Department of Integrative Physiology Director, Sleep and Chronobiology Laboratory, Centers for Neuroscience and the |

Integrative Study of Work, University of Colorado at Boulder
Endocrine Training Program Research supervisor and Post-doctoral fellow advisor

| | |
|---|---|
| 1994 - 1999 | Jamie M. Zeitzer, Ph.D./ Assistant Professor, Psychiatry and Behavioral Sciences, Stanford University and VA Palo Alto Health Care System, Palo Alto, CA |
| 1997 - 2004 | Angela Ritz-De Cecco, Ph.D./Pharmacist, Switzerland |
| 2002 - 2005 | Kurt A. Smith, M.D./ Resident and Clinical Instructor, Emergency Medicine, University of Cincinnati School of Medicine |
| 2003 - 2006 | Martin W. Schoen, M.D./ Intern, Department of Internal Medicine, Naval Medical Center, San Diego |

**Faculty Advisor, Post-doctoral Fellow, Training Program in Sleep, Circadian and Respiratory Neurobiology, National Heart Lung and Blood Institute**

| | |
|---|---|
| 1986 - 1989 | Steven H. Strogatz, Ph.D./ Director of Center for Applied Mathematics; Professor of Theoretical and Applied Mechanics, Cornell University |
| 1991 - 1994 | Ghada El-Hajj-Fuleihan, M.D./ Professor of Medicine and Director of the Calcium Metabolism and Osteoporosis Program, American University of Beirut Medical Center |
| 1992 - 1997 | Diane B. Boivin, M.D., Ph.D./ Associate Professor, Psychiatry Medicine, McGill University, Sleep Disorders Physician, Psychiatry, Douglas Hospital; Director, Centre for Study and Treatment of Circadian Rhythms |
| 1993 - 1995 | David Neri, Ph.D./ Deputy Director, Cognitive, Neural, and Biomolecular Science & Technology Division, Office of Naval Research |
| 1995 - 1998 | James K. Wyatt, Ph.D., D ABSM/Assistant Professor, Behavioral Sciences, Rush Medical College; Director, Sleep Disorders Center, Rush University Medical Center; Fellow, American Academy of Sleep Medicine |
| 1996 - 1998 | Sat Bir Khalsa, Ph.D./ Assistant Professor of Medicine, Division of Sleep Medicine, Harvard Medical School; Associate Neuroscientist, Division of Sleep Medicine, Department of Medicine, Brigham and Women's Hospital |
| 1996 - 2000 | Todd Horowitz, Ph.D./Instructor In Ophthalmology, Harvard Medical School; Research Associate, Brigham and Women's Hospital |
| 1998 - 2000 | Jeanne Duffy, M.B.A., Ph.D./ Associate Professor of Medicine, Division of Sleep Medicine, Harvard Medical School; Neuroscientist, Division of Sleep Medicine, Department of Medicine, Brigham and Women's Hospital |
| 1999 - 2003 | Claude Gronfier, Ph.D./ Research Assoc., Inserm, France |
| 2000 - 2003 | Steven Lockley, Ph.D./ Associate Professor of Medicine, Division of Sleep Medicine, Harvard Medical School; Neuroscientist, Division of Sleep Medicine, Department of Medicine, Brigham and Women's Hospital |
| 2000 - 2002 | Laura K. Barger, Ph.D./ Instructor in Medicine, Division of Sleep Medicine, Harvard Medical School; Associate Physiologist, Division of Sleep Medicine, Department of Medicine, Brigham and Women's Hospital |
| 2006 - 2007 | Christopher Carello, Ph.D./Medical Liaison, Eli Lilly and Company |
| 2004 - 2006 | Julie Marie Gottselig, Ph.D./ Law student, New England School of Law |
| 2011- | Michael Lee, Ph.D./ Research Fellow in Medicine, Brigham and Women's Hospital, Harvard Medical School |
| 2014- | Nina Vujovic, Ph.D./ Research Fellow in Medicine, Brigham and Women's Hospital, Harvard Medical School |

**Faculty Co-Advisor, Pre- and Post-doctoral Fellows, Training Program in Sleep, Circadian and Respiratory Neurobiology, National Heart Lung and Blood Institute**

| | |
|---|---|
| 1999 - 2001 | Scott P. Grady, M.D., Ph.D./ Clinical Endocrinologist, Portland Diabetes and Endocrinology Center |
| 2002 - 2004 | John Cronin, M.D./ Skaggs Scholar, The Scripps Research Institute; Associate Director, |

|  | Scripps Clinic Sleep Center |
|---|---|
| 2004 | Shana E. McCormick, M.D./ Pediatric Resident, Massachusetts General Hospital |
| 2002 - 2004 | Nayantara Santhi, Ph.D./Research Fellow, Surrey Sleep Research Centre, Guildford U.K. |
| 2003 - 2004 | Anne-Marie Chang, Ph.D./Assistant Professor of Medicine, Pennsylvania State University |
| 2003 - 2005 | Frank A.J.L. Scheer, Ph.D./ Associate Director, Medical Chronobiology Program, Brigham and Women's Hospital; Assistant Professor of Medicine, Harvard Medical School; Associate Neuroscientist, Brigham and Women's Hospital |
| 2005 - 2007 | Joshua J. Gooley, Ph.D./ Lecturer in Medicine (academic, part-time), Harvard Medical School; Assistant Professor, Duke-NUS Graduate Medical School Singapore |
| 2006 - 2008 | Daniel Cohen, M.D./Associate Staff Neurologist, Beth Israel Deaconess Medical Center |
| 2002 - 2010 | Joseph T. Hull, Ph.D./ Research Fellow in Medicine, Division of Sleep Medicine, Brigham and Women's Hospital, Harvard Medical School |
| 2004 - 2010 | Erin E. Flynn-Evans/Research Psychologist, NASA |
| 2004 - 2011 | Melissa A. St. Hilaire, M.S., Ph.D./Research Fellow in Medicine, Division of Sleep Medicine, Department of Medicine, Brigham and Women's Hospital |
| 2006 - 2011 | Sean W. Cain, Ph.D./ Lecturer in Medicine (academic, part-time), Harvard Medical School; Senior Lecturer, Monash University, Australia. |
| 2007 - 2011 | Melodee Mograss, Ph.D./ Banting Scholar, The Research Institute of the McGill University Health Centre, Montreal, Quebec |
| 2006 - 2013 | Melanie Rüger, Ph.D./ Instructor in Medicine, Brigham and Women's Hospital, Harvard Medical School |

## Formal Teaching of Peers (e.g., CME and other continuing education courses)

### Academy at Harvard Medical School, Boston, MA

| 2002 | Medical Education Symposium:  How the Brain Learns: Implications for Medical Education from the Neurosciences and Cognitive Theory | Lecture |
|---|---|---|

### Brigham and Women's Hospital, Boston, MA

| 1986 | "Sleep Disorders" Endocrine Division Postgraduate Medical Series | ~40 CME students; ~3 hours |
|---|---|---|
| 1987 | "Circadian rhythmicity and its disorders" Weekends in Internal Medicine | ~60 CME students; ~3 hours |
| Unknown | Patient Safety Imperative CME Course Division of General Medicine | |

### Harvard T.H. Chan School of Public Health, Boston, MA

| 1990-1991 | Work Schedules & Circadian Rhythms: Strategies for Improving Health, Safety, and Performance in Shift Work Operations | Faculty course director |
|---|---|---|
| 2007-2009, 2011-2015 | Ergonomics and Human Factors: Strategic Solutions for Workplace Safety and Health | Invited faculty member |
| 2007 | Epidemiology of the Occupational & Environmental Health Standards (EH 236) | Invited faculty member |
| 2012 | Sleep and Shift Work: Optimizing Productivity and Health Management in the 24/7 Global Economy Symposium | Invited faculty member and keynote speaker |

### Harvard Medical School, Boston, MA

| 2012 | Physician Work Hours, Health and Patient Safety | Course Director and faculty member |
|---|---|---|

| 2013 | The New Science of Resiliency and its Clinical Applications | Faculty member |
| 2014 | "Circadian Regulation of Sleep" for 'Sleep! A CME Course for Physicians' | Faculty member |
| 2015 | "Consciousness" for 'Sleep! A CME Course for Physicians' | Faculty member |
| 2016 | 'Sleep! A CME Course for Physicians' | Faculty member |
| 2017 | Circadian Control of Sleep for 'Sleep! A CME Course for Physicians' | Faculty member |

## Local Invited Presentations

**Stanford Medical School, Stanford CA**

| 1978 | Stanford Medical and Scientific Highlights |
| | Faculty Senate |

**Harvard Medical School, Boston MA**

| 1983 | Harvard Medical School Faculty Meeting |
| 1990 | Shiftwork, circadian rhythms and sleep deprivation |
| | Harvard Medical School Committee on Hospital Safety |
| 2000 | Medical Ethics Forum: Medical Error: Patients in Peril? |
| | Division of Medical Ethics and Division of Sleep Medicine |
| 2001 | Conference on Resident Work Hours |
| 2001 | Sleep and Public Policy, New York Regional Council |
| 2002 | Combined Orthopedic Grand Rounds, Resident Work Hours, Safety and Health |
| 2002 | Keynote Speaker, 1st Annual Sleep and Health Benefit Dinner |
| | Division of Sleep Medicine |
| 2010 | Organizing Committee and Speaker "Finding a research path for the identification of biomarkers of sleepiness" |
| | Division of Sleep Medicine |
| 2012 | Invited Speaker |
| | HMS Leadership Summit |

**Harvard College, Cambridge, MA**

| 1988 | Invited discussant, "The Ethics of AIDS Testing" |
| | Adams House, Harvard College |
| 2013 | Invited Speaker "Sleep, circadian rhythms, health and safety" |
| | Harvard Wellness Project, Harvard College |

**Harvard T.H. Chan School of Public Health, Boston, MA**

| 2012 | Invited discussant, "FIGHTING THE CLOCK: How America's Sleep Deficit is Damaging Longterm Health" |
| | The Forum webcast, Harvard School of Public Health |
| 2016 | Invited Panel Member, "ASLEEP AT THE WHEEL: Drowsy Driving and Public Health" Presented in Collaboration with The Huffington Post |
| | The Forum webcast, Harvard School of Public Health |

**Harvard University, Cambridge, MA**

| 2018 | Invited Faculty "Mind/Brain Puzzle on Sleep" |
| | Harvard University Mind Brain Behavior Interfaculty Initiative (MBB) |

**Beth Israel Hospital, Boston, MA**

| | |
|---|---|
| 1983 | Neurology Grand Rounds |
| 1986, 1988 1989, 1991 | Medical Grand Rounds |
| 1990 | "Human circadian rhythmicity and its potential relevance to anesthesia research and clinical care" |
| | Anesthesia and Critical Care Grand Rounds |
| 1997, 2000 | Psychiatry Grand Rounds |

**Beth Israel Deaconess Medical Center, Boston MA**

| | |
|---|---|
| 2002 | Endocrine Grand Rounds |
| 2002 | Assessment of the Impact of Intern Work Hours on Patient Safety and Intern Health and Performance |
| | Chiefs' Council |
| 2006 | OB/GYN Grand Rounds |

**Brigham and Women's Hospital, Boston, MA**

| | |
|---|---|
| 1983, 1996, 2001 | Endocrine Grand Rounds |
| 1986, 1988, 1991, 1993, 2001, 2002, 2004, 2008 | Medical Grand Rounds Department of Medicine |
| 1989 | "Sleep Loss, Circadian Rhythms and the Hospital Intern" |
| | Graduate Medical Education Committee Program |
| 1994 | "Circadian rhythms, sleep deprivation and emergency medicine" |
| | Emergency Medicine Rounds |
| 1995 | "Advances in Circadian and Sleep Medicine, Disorders and Physiology" |
| | Medical Staff Grand Rounds |
| 2002 | Noon House Staff Conference |
| | Department of Medicine |
| 2002 | Work Hours, Sleep and Safety of Medical House Staff, Faculty Meeting and Executive Committee |
| | Department of Medicine |
| 2002 | Sleep and the Healthcare Provider: Impact on Performance, Quality & Safety, Quality Rounds |
| 2004 | Patient Safety Imperative, Division of General Medicine |
| 2007 | Obstetrics and Gynecology Grand Rounds |
| 2009 | "Sleep, Light and the Human Circadian Pacemaker" |
| | Sleep Grand Rounds |
| 2010 | "Minding your brain: staying sharp" |
| | Men's Health Program, Palm Beach, FL |
| 2013 | Guest Faculty Speaker |
| | Women's Health Luncheon, Boston MA |
| 2013 | Guest Speaker |
| | Tye Health Coverage Fellowship, Boston MA |
| 2015 | "A Sleep Epidemic" |
| | BWH Inspires Event, Palm Beach FL |
| 2015 | "Sleep Deficiency and Public Health" |
| | Discover Brigham, Sleep Medicine Session, Brigham Research Institute, Boston MA |
| 2017 | "Sleep Hygiene for Physician Shift Workers" |
| | Invited Speaker, Emergency Medicine Resilience Day, Boston MA |

37

2018  Sleep Epidemic: Why are we sleeping less and What can we do about it?
    Invited Faculty CME, BWH, Boston MA
2018  Speaker and Chair "Sleep Matters Initiative"
    Discover Brigham, Sleep Medicine Session, Brigham Research Institute, Boston MA

**Children's Hospital, Boston, MA**
1998  Neurosurgery Grand Rounds
2010  Invited Speaker "Introduction to Circadian Biology"
    Updates in Pediatric Sleep Disorders Conference

**Massachusetts Eye and Ear Infirmary, Boston, MA**
1992  "Synchronization of the human circadian pacemaker by light: relevance to the treatment of 'blind' patients"
    Research Symposium: "Advanced Concepts in Vision Science"

**Massachusetts General Hospital, Boston, MA**
1987   Chronobiology Research Group Seminar
    Department of Pediatrics
1988, 2007 Endocrine Grand Rounds
1992   Neuroscience Lecture
2007   Anesthesia and Critical Care Grand Rounds
2013   Endocrine Grand Rounds

**Partners HealthCare System**
2001  Partners Chiefs' Council
2002  Assessment of the Impact of Intern Work Hours on Patient Safety and Intern Health and Performance
    Partners Education Committee
2002  Work Hours, Health and Safety in Resident Physicians
    BWH-MGH Joint Chiefs Council
2003  Physiologic Determinants of Alertness and Performance: Implications for Physician Work Hours, Safety and Learning
    Partners Faculty Development Conferences (at MGH and at BWH)
2015  Invited Speaker
    1: Thought Leaders Lunch "Technology, Light and Sleep - Implications for Health and Medicine"
    2: "Sleep and Consciousness: Clinical Need versus Safety"
    World Medical Innovation Forum, Boston MA

**Spaulding Rehabilitation Hospital, Boston, MA**
2003  Spaulding Distinguished Lecture

**Veterans Administration Hospital, Jamaica Plain, MA**
1986  Grand Rounds

**Veterans Administration Hospital, Brockton, MA**
1995  "Resetting the human circadian pacemaker with light"
    Medical Grand Rounds

**Veterans Administration Hospital, West Roxbury, MA**
2004  Seminar Series

**<u>Report of Regional, National and International Invited Teaching and Presentations</u>**

## Invited Presentations and Courses

**Regional**

| | |
|---|---|
| 1978 | Biological Clockwatchers Club |
| | Boston, MA |
| Between | Invited Speaker. |
| 1985-1987 | Massachusetts Mental Health Center, Boston, MA |
| 1986 | Physiology course on circadian rhythmicity. Lecturer; ~25 medical students; ~3 hours |
| | Boston University Medical School, Boston, MA |
| 1987 | Clinical Research Training Seminar, "Human circadian rhythmicity and its disorders" |
| | Massachusetts Mental Health Center, Boston, MA |
| 1988 | Nursing and Human Resources Departments Seminar "Circadian rhythms, sleep deprivation and the scheduling of nurses" |
| | New England Medical Center, Boston MA |
| 1988 | Invited Speaker. |
| | Northeastern Sleep Society, Boston MA |
| 1989 | Lincoln Laboratory Distinguished Lecture Series. Invited Speaker. |
| | Massachusetts Institute of Technology, Cambridge MA |
| 1990 | Department of Biology Colloquium |
| | Northeastern University, Boston MA |
| 1992-1993 | Biomedical Engineering Undergraduate Program. Faculty research advisor. 1 undergraduate; ~10 hours/year |
| | Boston University, Boston, MA |
| 1992-1999 | Graduate Program in Biology: Physiology and Neurobiology. Faculty research sponsor; 1 doctoral student; ~20 hours/year |
| | Northeastern University, Boston, MA |
| 1994-1995 | Biomedical Engineering Graduate Degree Program. Faculty research sponsor. 1 graduate student; ~10 hours/year |
| | Boston University, Boston, MA |
| Between | Invited Speaker. |
| 1994-1996 | Massachusetts Institute of Technology, Cambridge MA |
| 1995-1998 | Graduate Program in Cardiopulmonary Sciences. Faculty research sponsor; 1 graduate student; ~20 hours/year |
| | Northeastern University, Boston, MA |
| 1996-1997 | Biology 99d:  Senior Research and Senior Honors in Biology. Faculty research sponsor; 1 undergraduate; ~10 hours/year |
| | Brandeis University, Waltham, MA |
| 1997 | Medical Grand Rounds. |
| | Boston University Medical Center, Boston MA |
| Between | Endocrine Grand Rounds |
| 1997-2001 | Risk Management Foundation, Boston, MA |
| Between | Invited Speaker. |
| 1997-2001 | New England College of Occupational and Environmental Medicine, Groveland MA |
| Between | Invited Speaker. |
| 1997-2001 | Boston Society of Neurology and Psychiatry, Boston MA |
| Between | Invited Speaker. Resident Physician Section |
| 2002-2008 | Massachusetts Medical Society, Waltham MA |
| Between | Medical Grand Rounds |
| 2002-2008 | New England Medical Center, Boston MA |
| Between | Advanced Neurobiology BI374. Guest Lecturer. |

| | |
|---|---|
| 2002-2008 | Colby College, Waterville, Maine |
| 2003-2006 | "Circadian Biology: From Clock Genes and Cellular Rhythms to Sleep Regulation". Guest Lecturer. |
| | NSF-Chautauqua Short Courses for College Teachers |
| 2006 | Psychiatry Grand Rounds. |
| | Dartmouth Medical School, Lebanon, NH |
| 2006 | Beckwith Family Lecture. Medical Grand Rounds. |
| | Brown University, Providence, RI |
| 2007 | Drowsy Driving Panel |
| | National Conference of State Legislatures, Boston, MA |
| 2008 | "Bringing Circadian Rhythm Science into the Sleep Clinic". Invited Speaker - Future of Clinical Sleep Medicine Conference. |
| | Sleep Health*Centers,* Boston |
| 2009 | Drowsy Driving Legislation. Invited Speaker |
| | North East Sleep Society Conference, Boston MA |
| 2009 | Speaker in three symposia: |
| | 1. Addressing OSA in commercial drivers |
| | 2. Legislative initiative to reduce drowsy driving crashes |
| | 3. Inter-individual differences in the impact of sleep loss on neurobehavioral performance: Regulatory implications for the transportation industry |
| | Fatigue Management in Transportation Operations 2009 International Conference, Boston MA |
| 2010 | Organizing Committee and Speaker |
| | Sleep, Supervision and Safety Conference, Boston, MA |
| 2011 | Organizer and Speaker "Exploratory Seminar on Drowsy Driving" |
| | Radcliffe Institute for Advanced Study, Harvard University, Cambridge MA |
| 2011 | Invited Speaker "Sleep to Thrive" |
| | TEDx Cambridge 'Thrive', Cambridge MA |
| 2012 | Invited Panelist "Sleep Chat" |
| | NIH Twitter Event, Boston MA |
| 2012 | Invited Speaker "Near-24-hour intrinsic period of the human circadian pacemaker: challenge for adaptation to the Martian sol" |
| | Massachusetts Institute of Technology, Cambridge MA |
| 2012 | Invited Speaker, Discussion Panel "Measuring Sleepiness in Drivers: The Challenges and Controversies" |
| | Association of Professional Sleep Societies Annual Meeting, Boston MA |
| 2012 | Invited Speaker, Discussion Panel "Body Mass Index is an Effective Measure for Occupational Screening of Employees at High Risk for Moderate to Severe Obstructive Sleep Apnea: Implications for DOT Commercial Driver Medical Examinations" |
| | Association of Professional Sleep Societies Annual Meeting, Boston MA |
| 2012 | Chair Oral Presentation Session "Circadian Rhythms: Fiat Lux!" |
| | Association of Professional Sleep Societies Annual Meeting, Boston MA |
| 2014 | Invited Speaker "Sleep, performance and health in a 24/7 culture". |
| | MIT Media Lab, Massachusetts Institute of Technology, Cambridge MA |
| 2015 | Panelist "School Community Meeting on School Start Time" |
| | Latin Academy School (BLA), Boston MA |
| 2015 | Invited Speaker "The Science of Sleep and Health" |
| | 2015 World Congress on Angiogenesis, Angiogenesis Foundation, Boston MA |
| 2015 | Invited Speaker "Light, Sleep Disorders and the Working Environment" |
| | Light in Sight Lecture Series, New England College of Optometry, Boston MA |

| | |
|---|---|
| 2015 | Invited Speaker "Sleep, circadian rhythms, health and performance" |
| | Invited Speaker, Mind+Hand+Heart Wellness Initiative, Computer Science and Artificial Intelligence Lab (CSAIL) at MIT, Cambridge MA |
| 2016 | "Circadian Disorders" |
| | Grand Rounds, Newton-Wellesley Hospital, Newton MA |
| 2016 | Invited Speaker – Panel "Drowsy Driving the Problem with the Accepted Practice" |
| | 2016 Northeast Transportation Safety Conference, Worcester MA |

**National**

| | |
|---|---|
| 1978 | Association for the Psychophysiological Study of Sleep. Invited Speaker |
| 1978 | NY Intradepartmental course on sleep. Guest lecturer; ~20 students; ~3 hours |
| | Columbia University Psychiatric Institute, New York, NY |
| 1980 | Sleep Research Society. Satellite symposium chair on the Timing of REM Sleep |
| 1978 | Department of Biology course. Guest Lecturer. |
| | University of New York, Stony Brook |
| 1981 | American Association for the Advancement of Science.  Symposium co-chair |
| 1982 | Gordon Research Conference on Theoretical Biology and Biomathematics. Guest Lecturer. |
| 1985 | Sleep Research Society. Satellite symposium co-chair |
| 1985 | Postgraduate CME course, |
| | Montefiore Hospital, Bronx NY |
| Between | Satellite symposium co-chair. |
| 1985-1987 | Sleep Research Society |
| 1986 | American Association for the Advancement of Science. Invited Speaker. |
| 1986 | Society for Neuroscience. Invited Speaker. |
| 1986 | Academy of Behavioral Medicine Research. Invited Speaker. |
| 1986 | Grand Rounds, Carrier Foundation. Invited Speaker. |
| 1986 | "Impact of irregular work schedules on circadian training systems: Implications for scheduling emergency room specialists". Invited Lecturer. |
| | American College of Emergency Physicians, Washington DC. |
| 1986 | Postgraduate CME course, Sleep Research Society (faculty/course developer); |
| 1987 | Association of Professional Sleep Societies. Invited Speaker. |
| 1987 | Invited Speaker. |
| | Rockefeller University, New York, NY. |
| 1987 | Invited Speaker. |
| | NASA-Ames Research Center, Moffett Field, CA |
| 1987 | Invited Speaker. |
| | Sandoz Pharmaceutical, Broomfield CO |
| 1987 | "Creating work schedules based on biological needs" Edison Electric Institute and Electrical Council of New England. Invited Speaker. |
| 1987 | Psychiatry Grand Rounds. Invited Speaker. |
| | Cornell University Medical School, New York, NY |
| 1987 | Joint Endocrinology and Metabolism Rounds. |
| | New York Hospital and Memorial Hospital. Invited Speaker New York, NY |
| 1987 | Palo Alto Clinical Monitoring Center. Invited Speaker. |
| | Palo Alto, CA |
| 1987 | Sleep Disorders Medicine Postgraduate CME course. Guest Lecturer. |
| | Medlantic Institute, Washington DC |
| 1988 | "Late luteal phase dysphoric disorder". Invited Speaker. |
| | National Institute of Mental Health Conference |
| 1988 | Elliot D. Weitzman Memorial Lecture. |

|  | Cornell University Medical School, New York NY |
| 1988 | New York Sleep Circle. Invited Speaker. |
| 1988 | Invited Speaker. |
|  | NASA-Goddard Space Flight Center, Greenbelt MD. |
| 1988 | Society of Surgical Chairman. Invited Speaker. |
| 1988 | "Interaction between Sleep and the Circadian System", Society for Research on Biological Rhythms |
| 1988 | Invited Symposium Speaker Association of Professional Sleep Societies, symposium chair |
| 1988 | Medical Grand Rounds. |
|  | Duke University Medical Center, Durham NC |
| 1988 | Clinical Chronobiology Conference. Invited Speaker. |
| 1988 | Faculty Guest lecturer. |
|  | University of California Medical School, Davis, CA |
| Between 1988-1990 | Invited Speaker. NASA Headquarters, Houston TX |
| Between 1988-1990 | Invited Symposium Speaker Society for Neuroscience |
| Between 1988-1990 | Symposium Speaker Academy of Behavioral Medicine Research |
| 1989 | Invited Speaker. |
|  | NASA-Ames Research Center, Moffett Field, CA |
| 1989 | Basic Sleep Research Panel. Invited Speaker. |
|  | Institute of Medicine, National Academy of Sciences, New York, NY |
| 1989 | National Consensus Conference on Therapeutic Treatment of Sleep Disorders in Older People. Invited Speaker. |
|  | National Institute on Aging, Bethesda MD |
| 1989 | "Correlations of Aging and Space: Effects on Biosystems". Invited speaker. |
|  | Joint Research Conference NASA, National Institute on Aging, and the Lew Evans Foundation |
| 1989 | "Fatigue and Driver Alertness". Invited Speaker. |
|  | Federal Highway Administration, U.S. Department of Transportation |
| 1989 | "Sleep and Driving Safety". Invited speaker. |
|  | National Press Club Conference |
| 1989 | Society of Industrial and Occupational Hygienists Annual Meeting. Invited Speaker. |
| 1989 | Invited Symposium Speaker. |
|  | American Association for the Advancement of Science |
| 1989 | Medical Grand Rounds. |
|  | University of Texas Southwestern Medical School, Dallas TX |
| 1989 | General Electric Company. Invited Speaker. |
| 1989 | Smith College Colloquium. Invited Speaker. |
| 1989 | Academic Practice Assembly, Administrators of Internal Medicine. Invited Speaker. |
| 1989 | "Meet the Professor" |
|  | Association of Professional Sleep Societies |
| 1989 | Postgraduate CME Course. Faculty Guest Lecturer. |
|  | Mayo Clinic Medical School, Rochester MN |
| 1989 | Postgraduate CME Course. Faculty Guest Lecturer. |
|  | Presbyterian Hospital, University of Texas Southwestern Medical Center, Dallas TX |
| 1990 | MacArthur Foundation Mental Health Research Network. Invited Speaker |
| 1990 | NASA/National Science Foundation Conference on Antarctic Research. Invited Speaker. |
| 1990 | Invited Speaker. |

|  | Rockefeller University, New York, NY. |
|---|---|
| 1990 | Department of Pharmacology University of Chicago Colloquium. Invited Speaker. University of Illinois/Chicago Circle |
| 1990 | Hypertension Symposium. Invited Speaker Marion Merrell Dow, Kansas City, MO |
| 1990 | NASA Biomedical Research Program, Circadian Rhythms Workshop |
| 1990 | Workshop on Circadian Rhythm Shifting, Medical Sciences Division. Invited Speaker. NASA-Johnson Space Center, Houston TX |
| 1990 | Invited Speaker. American Psychiatric Association. |
| 1990 | Medical Grand Rounds. University of Wisconsin-Madison Medical School, Madison WI |
| 1990 | Endocrine Grand Rounds University of Wisconsin-Madison Medical School, Madison WI |
| 1990 | Endocrine Grand Rounds University of Chicago, Chicago IL |
| 1990 | Society of Research Administrators. Invited Speaker |
| 1990 | Whitney Symposium on Science and Technology, General Electric Corporate Research and Development. Invited Speaker. |
| 1990 | American Association of Homes for the Aging. Invited Speaker. |
| 1990 | Session Chairman. Association of Professional Sleep Societies. |
| 1990 | "Disorders of Circadian Function: Clinical Consequences and Treatment"; NIA/NIH Consensus Development Conference. Invited Speaker. |
| 1990 | "Meet the Professor" Association of Professional Sleep Societies |
| 1991 | National Advisory Council. Invited Speaker. National Institute on Aging, Bethesda MD |
| 1991 | National Science Foundation Science and Technology Center Industrial Outreach Symposium. Invited Speaker. |
| 1991 | 3 teaching hospitals. Invited Speaker. |
| 1991 | Invited Speaker. University of Virginia School of Medicine, Charlottesville VA |
| 1991 | Invited Speaker. University of Chicago Pritzker School of Medicine, Chicago IL |
| 1991 | Keynote Speaker. Central States Occupational Medical Association. |
| 1991 | Invited Speaker Association of Polysomnographic Technologists. |
| 1991 | Invited Speaker. University of Virginia, Charlottesville VA |
| 1991 | Postgraduate CME Course. Faculty Guest Lecturer. Yale-New Haven Sleep Disorders Center |
| Between 1991-1993 | Joint Conference. Invited Speaker. American Psychological Association, Brock University and National Institute of Mental Health |
| Between 1991-1993 | Invited Speaker. Johns Hopkins University School of Medicine, Baltimore MD |
| 1992 | National Advisory Council. Invited Speaker. National Institute of Neurological and Communicative Disorders and Stroke, Bethesda |

MD
1992 Medical Grand Rounds.
   Sinai Hospital of Baltimore, Baltimore, MD
1992 Invited speaker.
   American Psychosomatic Society.
1992 "Human Phase-shifting and Entrainment". Invited Speaker.
   Society for Research on Biological Rhythms
1992 Invited Speaker.
   National Institute for Brain Research.
1992 Invited Speaker.
   Gordon Research Conference on Theoretical Biology and Biomathematics.
1992 Postgraduate CME Course. Invited Speaker.
   Association of Professional Sleep Societies.
1993 Invited Speaker.
   Inter-urban Clinical Club, Association of Professors of Medicine.
1993 Invited Speaker.
   United States Army Research Institute of Environmental Medicine.
1993 Life Sciences Division. Invited Speaker.
   NASA Johnson Space Center, Houston TX
1993 Invited Speaker.
   Sleep Disorders Round Table, Smith-Kline-Beecham.
1993 "Circadian rhythms and sleep disorders: Role of melatonin" Workshop. Invited Speaker.
   Institut de Recherches Internationales Servier
1993 "Sleeping Well: Overcoming Sleep Disorders" American Medical Association Educational
   Briefing. Invited speaker.
1993 Invited Speaker.
   Association of Professional Sleep Societies.
1993 Sleep Onset Mechanisms Conference. Invited Speaker.
   American Psychological Association, Brock University and National Institute of Mental
   Health, Division of Neuroscience and Behavioral Science
1993 National Science Foundation Center for Biological Timing Summer Course on Biological
   Rhythms. Faculty Guest Lecturer.
   University of Virginia, Charlottesville VA
1993 Faculty Guest Lecturer.
   Gordon Research Conference on Chronobiology.
1993 Faculty Guest Lecturer.
   Projects in Knowledge Faculty Training Program on Insomnia.
1993 Postgraduate CME Course "Controversies in Light Therapy". Faculty Guest Lecturer.
   Association of Professional Sleep Societies.
1994 Strategy Development Workshop on Sleep Education. Invited Speaker.
   National Heart Lung and Blood Institute, Bethesda MD
1994 Workshop on Neural Basis of Psychopathology. Invited Speaker.
   Division of Neuroscience and Behavioral Science, National Institute of Mental Health,
   Bethesda MD
1994 Invited Speaker.
   Rockefeller University, New York NY
1994 Scripps Clinic. Invited Speaker.
1994 Philips Forum. Invited Speaker.
   Lighting Research Institute, Rensselaer Polytechnic Institute, Troy NY
1994 Invited Speaker.

|  | Interneuron Pharmaceuticals, Inc, Lexington MA |
| 1994 | Invited Speaker. |
|  | Alza Pharmaceutical, Mountain View CA |
| 1994 | Workshop on Sleep Disorders, |
|  | Bristol Myers Squibb, New York NY |
| 1994 | "Circadian Control of REM Sleep". Invited Speaker. |
|  | Society for Research on Biological Rhythms |
| 1994 | Symposium and workshop co-chair |
|  | Association of Professional Sleep Societies. |
| 1994 | AMDD Neurology Conference. Invited Speaker. |
|  | US Army Medical Department, Uniformed Services, University of the Health Sciences |
| 1994 | "Circadian Clocks and Their Adjustment". Invited Speaker. |
|  | Ciba Foundation Symposium. |
| 1994 | Postgraduate CME Course on Sleep Disorders. Faculty Guest Lecturer. |
|  | Scripps Clinic. |
| 1994 | Postgraduate CME Course "Shift Work: Health Effects and Coping Strategies". Faculty Guest Lecturer. |
|  | American College of Occupational and Environmental Medicine, Elk Grove Village IL |
| Between 1994-1996 | Invited Speaker. Woods Hole Marine Biological Laboratory Lecture Series |
| Between 1994-1996 | Invited Speaker. Workshop on Melatonin and Sleep National Institute on Aging, Bethesda MD |
| Between 1994-1996 | Invited Speaker. American Thoracic Society |
| Between 1994-1996 | Postgraduate CME Course American Clinical Neurophysiology Society |
| Between 1994-1996 | Postgraduate CME Course CME, Inc. |
| 1995 | "Managing Fatigue in Transportation: Promoting Safety and Productivity" Multimodal Educational Symposium. Invited speaker. National Transportation Safety Board and NASA Ames Research Center |
| 1995 | Neurology Grand Rounds Emory University School of Medicine, Atlanta GA |
| 1995 | Invited Speaker. Air Force Office of Scientific Research Headquarters |
| 1995 | Invited Speaker. Merck Pharmaceutical |
| 1995 | Invited Speaker. American Physiological Society, Dartmouth |
| 1995 | Invited Speaker. Aerospace Medical Association |
| 1995 | Invited Speaker. National Foundation for Brain Research |
| 1995 | Invited Speaker. New England Science Writers Association |
| 1995 | Invited Speaker. Association of Professional Sleep Societies |
| 1995 | "Meet the Professor" Association of Professional Sleep Societies |
| Between | NASA Workshop on Aging and Spaceflight. Invited Speaker. |

| | |
|---|---|
| 1997-2001 | National Institute on Aging, Bethesda MD |
| Between | Plenary session speaker. |
| 1997-2001 | International Conference on Managing Fatigue in Transportation |
| Between | Systems Physiology Workshop. Invited Speaker. |
| 1997-2001 | National Research Council, National Academy of Sciences |
| Between | Invited Speaker. |
| 1997-2001 | National Space Biomedical Research Institute |
| Between | Invited Speaker. |
| 1997-2001 | Federal Transit Administration, Department of Transportation |
| Between | Invited Speaker. |
| 1997-2001 | Johnson Space Center, National Aeronautics and Space Administration |
| Between | Invited Speaker. |
| 1997-2001 | Charleston Air Force Base, Air Force Office of Scientific Research |
| Between | Invited Speaker (2 symposia) |
| 1997-2001 | Society for Research on Biological Rhythms |
| Between | Invited Speaker. |
| 1997-2001 | Recent Progress in Hormone Research Conference, The Endocrine Society |
| Between | Invited Speaker. |
| 1997-2001 | Cephalon, Inc. |
| Between | Workshop Speaker. |
| 1997-2001 | American Physiological Society |
| Between | Symposium Speaker. |
| 1997-2001 | Society for Neuroscience |
| Between | Workshop Speaker. |
| 1997-2001 | Society for Research on Biological Rhythms |
| Between | Workshop Speaker. |
| 1997-2001 | American Academy of Sleep Medicine |
| Between | Keynote Speaker. |
| 1997-2001 | Committee of Interns and Residents |
| Between | Invited Speaker. |
| 1997-2001 | Biological Effects of Light Symposium |
| Between | Faculty Guest Lecturer. Symposium chair |
| 1997-2001 | Gordon Conference on Chronobiology |
| Between | Faculty Guest Lecturer. |
| 1997-2001 | Gordon Conference on Pineal Physiology |
| Between | Postgraduate CME Course. Faculty Guest Lecturer. |
| 1997-2001 | American Medical Association, American Academy of Sleep Medicine. |
| Between | Medicine Conference on Sleep, Fatigue and Medical Training. Faculty Guest Lecturer. |
| 1997-2001 | Virginia |
| Between | Keynote speaker |
| 1997-2001 | Association of Professional Sleep Societies |
| Between | Faculty Guest Lecturer. "Meet the Professor" |
| 1997-2001 | Associated Professional Sleep Societies |
| Between | Postgraduate CME Course. Faculty Guest Lecturer and course organizer. |
| 1997-2001 | Associated Professional Sleep Societies |
| Between | Keynote Speaker. |
| 2002-2008 | Society for Research on Biological Rhythms Annual Meeting |
| Between | Invited Speaker. |
| 2002-2008 | Association for Patient Oriented Research |
| Between | Neurology Grand Rounds |

| | |
|---|---|
| 2002-2008 | Johns Hopkins University School of Medicine, Baltimore, MD |
| Between | Invited Speaker. |
| 2002-2008 | Vanda Pharmaceuticals, Rockville, MD |
| Between | Invited Speaker. |
| 2002-2008 | Association of American Medical Colleges, Washington, DC |
| Between | Invited Speaker. |
| 2002-2008 | Accreditation Council of Graduate Medical Education Annual Education Conference, Chicago IL |
| Between | Invited Speaker. |
| 2002-2008 | Institute of Life Sciences: Sleep, Energy and Health Symposium, Washington, DC |
| Between | Invited Speaker. |
| 2002-2008 | Institute for Systems Biology, Seattle WA |
| Between | Invited Speaker. |
| 2002-2008 | Neurocrine Biosciences |
| Between | Faculty guest lecturer |
| 2002-2008 | Neurocrine, San Diego CA |
| Between | Trainee Day Speaker. |
| 2002-2008 | Association of Professional Sleep Societies |
| Between | Postgraduate CME "Year in Review" |
| | Lecturer "Insomnia and Beyond" |
| | Lecturer "Shift Work Sleep Disorder" |
| 2002-2008 | Associated Professional Sleep Societies Annual Meeting |
| 2004 | Invited Speaker. |
| | Bioterrorism and Trauma Conference, University of Maryland, Baltimore MD |
| 2004 | Invited Speaker. National Sleep Conference |
| | National Center for Sleep Disorders research, National Heart, Lung and Blood Institute, NIH, Bethesda, MD |
| 2005 | Semi-Annual Joint Grand Rounds in Surgery and Anesthesia and Pfizer Lecturer in Sleep University of Michigan Health Systems, Ann Arbor MI |
| 2005 | Invited Symposium Speaker. |
| | Society of Critical Care Medicine, Phoenix, AZ |
| 2005 | Invited Speaker, Trainee Symposium. |
| | Sleep Research Society, Denver,  CO |
| 2005 | Keynote Speaker. |
| | Annual Meeting, Committee of Interns & Residents, Washington, DC |
| 2005 | Gordon Wilson Lecture: "Work Hours, Sleep And Patient Safety In Residency Training" |
| | Annual Meeting, American Clinical and Climatological Association |
| 2006 | Invited Speaker. |
| | American Academy of Allergy, Asthma and Immunology Program Directors' Winter Meeting |
| 2006 | Symposium Speaker |
| | Annual Meeting, Association of University Anesthesiologists, Tucson AZ |
| 2006 | Clinical Grand Rounds |
| | National Institutes of Health, Bethesda MD |
| 2006 | Psychiatry Grand Rounds. |
| | Dartmouth Medical School, Lebanon, NH |
| 2006 | Beckwith Family Lecture. Medical Grand Rounds. |
| | Brown University, Providence, Rhode Island |
| 2006 | Faculty Guest Lecturer. |
| | University of Virginia Medical School |

| 2006 | Faculty Guest Lecturer. |
| | University of Pennsylvania, PA |
| 2006 | Grand Rounds. |
| | National Institutes of Health, Bethesda MD |
| 2006 | Faculty Guest Lecturer. |
| | Center for Patient Safety Research and Practice, Executive Council Meeting, Boston, MA |
| 2007 | "Sleep Deprivation and Fire/Emergency Services— Just How Dangerous Is It?" Invited Speaker |
| | U.S. Fire Administration (USFA) Executive Fire Officer Program Graduate Symposium, Emmitsburg, MD |
| 2007 | Dorcas Cummings Lecture "Work Hours, Sleep and Safety: Physician Heal Thyself" Invited Symposium Speaker "Human Circadian Rhythms" |
| | 72nd Symposium: Clocks and Rhythms, Cold Spring Harbor Laboratory, NY |
| 2007 | "Effects of Extended Work Hours on Intern Safety and Health and Medical Mistakes". Invited Speaker |
| | Office of the Director Seminar Series, National Institute for Occupational Safety and Health |
| 2007 | WALS Invited lecture: "Application of Sleep Science and Circadian Biology to Clinical Medicine". |
| | National Institutes of Health, Bethesda MD |
| 2007 | "Impact of Sleep Deprivation on Clinical Care" |
| | Duke University Medical Center, NC |
| 2007 | Invited Panelist "The Basics. Science & Society Issues. What we think we know about sleep. A clinical primer" and "Influences of Sleep Behavior - from Genes to Environment. Functional Genomics. Drugs. Light. Sleep apnea" |
| | The Science Network at the Salk Institute, CA |
| 2007 | Human Research Program Investigators' Workshop |
| | NASA, League City TX |
| 2007 | "Circadian Rhythms, Sleep and Work Hours: Ethical Implications for Health Care Workers" |
| | Morehouse School of Medicine, Atlanta, GA |
| 2007 | "Circadian rhythm sleep disorders" |
| | Neurobiology of Disease Workshop, Society for Neuroscience, CA |
| 2007 | Invited Speaker, Trainee Symposium. |
| | Sleep Research Society, Minneapolis, MN |
| 2008 | Invited Symposium Speaker: "Human Circadian Rhythms" |
| | and "Meet the Professor" |
| | Society for Research on Biological Rhythms Annual Meeting, Destin FL |
| 2008 | Postgraduate Course: "Creating a Division of Sleep Medicine" |
| | Trainee day speaker: "Public Health and Sleep" |
| | Invited lecturer: "Sleep and circadian rhythms in humans: Tales of translation from the lab to practice" |
| | Association of Professional Sleep Societies Annual Meeting, Baltimore MD |
| 2008 | Keynote Speaker "Sleep and Public Policy" |
| | 9th Annual Upper Midwest Sleep Society, University of Wisconsin, Madison WI |
| 2008 | Invited Speaker: "Genetic vulnerability to neurocognitive dysfunction from sleep loss: An ethical dilemma for the medical profession" |
| | American Clinical and Climatological Association Annual Meeting, Ponte Verde FL |
| 2008 | Invited Speaker: "Duty Hours and Sleep Deprivation: When Will the Residents Learn?" |
| | Association of Professors of Medicine Fall Symposium, Florida |

| | |
|---|---|
| 2009 | Invited Speaker: "Work, Sleep Hours and Patient Safety" |
| | Society for Obstetric Anesthesia and Perinatology, 41st Annual Meeting, Washington DC |
| 2009 | Invited Speaker Trainee Symposium "Public Health and Sleep" |
| | Association of Professional Sleep Societies Annual Meeting, Seattle WA |
| 2009 | Medicine Grand Rounds |
| | University of Washington, Seattle, WA |
| 2009 | Guest Faculty: "Medical and Genetic Differences in the Adverse Impact of Sleep Loss on Performance: Ethical Considerations for the Medical Profession" |
| | GME Institutional Lecture Series, University of Virginia, Charlottesville, VA |
| 2010 | Invited Speaker: "The human circadian rhythm" |
| | Nocturnal Frontal Lobe Epilepsy [sponsored by Alliance for Epilepsy Research and the Office of Rare Diseases Research at the NIH] Sanibel Island, FL |
| 2010 | Keynote address: "Neurobiology of the Human Circadian Pacemaker of its Role in the Regulation of Sleep" |
| | MSTP program (MD-PhD), Duke University School of Medicine, Durham, NC |
| 2010 | Organizer & Speaker: "Circadian Rhythm Disorders" |
| | Circadian Rhythms and Metabolic Disease workshop, NIDDK/NIH, Bethesda, MD |
| 2010 | "Meet the Professor" |
| | Society for Research on Biological Rhythms Annual Meeting, Destin FL |
| 2010 | Meet the Professor: "Resetting the human circadian pacemaker with light" |
| | Association of Professional Sleep Societies Annual Meeting, San Antonio, TX |
| 2010 | Invited Speaker: "Regulation of sleep in humans" |
| | Sackler Colloquium - Quantification of Behavior, National Academy of Sciences, Washington, DC |
| 2010 | Conference Co-chair "Shift work and sleep: Optimizing health, safety and performance" |
| | American College of Occupational and Environmental Medicine (ACOEM) and NIH, Arlington, VA [Sponsored by Cephalon, Inc.] |
| 2011 | Invited Speaker "Light, Sleep, and Circadian Regulation of the Pineal Hormone Melatonin" |
| | Endocrine Research Seminar, University of Chicago, Chicago, IL |
| 2011 | Invited Speaker "Resident Physician Work Hours, Patient Safety, and Occupational Health: Striking a Balance" |
| | Medicine Grand Rounds, University of Chicago, Chicago, IL |
| 2011 | Conference Co-chair "Sleep Health and Safety" and Speaker |
| | National Sleep Foundation (NSF), Washington DC |
| 2011 | Keynote Speaker "The Impact of Sleep Deprivation & Shift Work on Medical Errors" |
| | North East Sleep Society, Newport RI |
| 2011 | Session Chair "Circadian Adaptation to Martian Sol Panel" and Invited Speaker "Near-24-hour Intrinsic Period of the Human Circadian Pacemaker: Challenge for Adaptation to the Martian Sol" |
| | 18th IAA Humans in Space Symposium, Houston TX |
| 2011 | Invited Neonatology Lecture "Circadian Rhythms, Development and Neonatal Intensive Care" |
| | University of Colorado, Denver CO |
| 2011 | Pediatric Grand Rounds "Optimizing Physician Work Hours and Sleep to Improve Patient Safety and Occupational Health" |
| | University of Colorado, Denver CO |
| 2011 | Session Chair "Sleep and Memory in Normal Aging" and Invited Speaker "Age-related changes in sleep organization" |
| | Sleep in Aging and Dementias Meeting, NIA, Bethesda MD |

2011     Invited Program Speaker "Changing the game: Using circadian bio-markers in clinical medicine"
Minneapolis, MN [Sponsored by Philips/Respironics]

2011     Invited Speaker, Discussion Panel "Sleep Science and the Law: The Legal State of Mind of Drowsy and Sleeping Parties in Legal Proceedings"
Association of Professional Sleep Societies Annual Meeting, Minneapolis MN

2011     Chair, Discussion Panel "The National Institutes of Health Sleep Research Plan (2011)"
Association of Professional Sleep Societies Annual Meeting, Minneapolis MN

2011     Invited Speaker, Advisory Committee" Addressing Obstructive Sleep Apnea In CMV Drivers"
Federal Motor Carrier Safety Administration, Alexandria VA

2012     Invited Speaker, Sleeplessness Panel
WME Entertainment, San Diego CA

2012     Invited Speaker, Ethics Debate: Sleep Deprived Surgeons Should Not be Allowed to Operate Without Patients' Consent
Society of Thoracic Surgeons, Fort Lauderdale FL

2012     Invited Speaker; Sleep Health & Safety Conference
National Sleep Foundation, Washington DC

2012     Invited Speaker
NSBRI Board of Directors, Houston TX

2012     Panelist "The City Dark"
AAAS, New York City, NY

2012     Meet the Professor
Society for Research on Biological Rhythms, Destin FL

2012     Speaker, Discussion Panel "Measuring Sleepiness in Drivers: The Challenges and Controversies"
Association of Professional Sleep Societies Annual Meeting, Boston MA

2012     Invited Speaker "Body Mass Index is an Effective Measure for Occupational Screening of Employees at High Risk for Moderate to Severe Obstructive Sleep Apnea: Implications for DOT Commercial Driver Medical Examinations"
Association of Professional Sleep Societies Annual Meeting, Boston MA

2012     Invited Speaker "Sleepless in Seattle (and Elsewhere): Women and the Need for Quality Sleep"
AWHONN (Association of Women's Health, Obstetric and Neonatal Nurses), Annual Meeting, National Harbor MD

2013     Invited Speaker "Light as a countermeasure for circadian rhythms, sleep, alertness, performance, mood, endocrine and other physiologic factors" and "Effects of sleep and sleep deprivation on brain and behavior"
NSBRI inter-team meeting "Effects of Long Duration Spaceflight on Brain and Behavior", Houston TX

2013     Invited Speaker "Prevalence and Consequences of Sleep Disorders among American Law Enforcement Officers"
National Sleep Foundation Sleep Health & Safety Conference, Washington DC

2013     Invited Speaker "The Sleep Gap: Why is it growing?"
Science in Medicine Annual Lecturer, University of Washington, Seattle WA

2013     Faculty Speaker – Postgraduate Course "Basic and Translational Circadian Science for the Clinician and Trainee"
Association of Professional Sleep Societies Annual Meeting, Baltimore MD

2013     Speaker – Discussion Group "Advancing Sleep and Circadian Rhythms Research"
Association of Professional Sleep Societies Annual Meeting, Baltimore MD

| | |
|---|---|
| 2013 | Chair and Speaker "State of the Art Symposium on Drowsy Driving: Impact of Sleep Deficiency on Real Motor Vehicle Driving Performance and Perception of Drowsiness" Association of Professional Sleep Societies Annual Meeting, Baltimore MD |
| 2013 | Invited Speaker "Genetics of Neurobehavioral Functions during the 12-Month ISS Mission (ISS12): Capitalizing on Discoveries in Circadian, Sleep and Stress Neurobiology" NASA, Houston TX |
| 2013 | Invited Special Lecture "Interacting Influence of Sleep and Circadian Clocks on Human Physiology and Cognitive Performance" Society for Neuroscience Annual Conference, San Diego CA |
| 2014 | Faculty Speaker - Emerging Clinical and Business Trends in Sleep Medicine Course. "Sleep and Anesthesia: Are They One in the Same?" and "The Role of Circadian Rhythms in Pilots Who Navigate Across Time Zones" American Academy of Sleep Medicine, Phoenix AZ |
| 2014 | Invited Speaker "Shift Work and Its Effects on Healthcare Workers" Symposium entitled 'The Impact of Circadian Disruption on Shift Workers: Healthcare and Disease', Montefiore Medical Center, Bronx NY |
| 2014 | Invited Speaker – Workshop "Funding outside the NIH" Association of Professional Sleep Societies Annual Meeting, Minneapolis MN |
| 2014 | Speaker – Discussion Group "Stone soup: Leveraging research resources and opportunities" Association of Professional Sleep Societies Annual Meeting, Minneapolis MN |
| 2014 | Meet the Professor Association of Professional Sleep Societies Annual Meeting, Minneapolis MN |
| 2014 | Speaker – Workshop "Clocks in the Clinic: Should we have Chronobiology Clinics?" Society for Research on Biological Rhythms Biennial Meeting, Big Sky MT |
| 2014 | Meet the Professor Society for Research on Biological Rhythms Biennial Meeting, Big Sky MT |
| 2014 | Invited Presenter "Sleep and Circadian Rhythms in Spaceflight - a review" Special Workshop on 'Sleep on Earth and in Space: Risk Factors, Health & Performance Outcomes, and Countermeasures', NASA/NSBRI, Houston TX |
| 2014 | Invited Speaker "Sleep, Health and Safety of First Responders" National Sleep Foundation Sleep Health & Safety Conference, Washington DC |
| 2015 | Advocate, Sleep Leadership Summit National Sleep Foundation, Washington DC |
| 2015 | Invited Speaker "Teasing apart the impact of prior exposure to recurrent circadian disruption and chronic sleep restriction on pancreatic $\beta$-cell responsiveness" National Institute of Diabetes and Digestive and Kidney Diseases (NIDDK), Workshop on "Impact of Sleep and Circadian Disruption on Energy Balance and Diabetes", Bethesda MD |
| 2015 | Invited Faculty "Sleep, Circadian Rhythms, and Performance" Stanford University School of Medicine/National Sleep Foundation, CME course "Managing Sleep Health in the Primary Care Setting", Stanford CA |
| 2015 | Speaker "Irregular Sleep In College Students: Consequences For Sleep Consolidation Circadian Rhythms And Performance" Association of Professional Sleep Societies Annual Meeting, Seattle WA |
| 2015 | Invited Speaker "The A to ZZZs of Sleep" Robb Report Health and Wellness Summit, Park City UT |
| 2015 | Invited Panelist "Sleep for Performance, Safety and Health" Office of Naval Research workshop 'Restorative Sleep', Arlington VA |
| 2015 | Invited Speaker "Interactive Effects of Sleep and Circadian Rhythms on the Performance, |

|      | Safety and Health: Implications for the Military" |
|      | The WRAIR Distinguished Speakers Seminar Program, Walter Reed army Institute of Research, Silver Spring MD |
| 2015 | Invited Speaker "Circadian Rhythm Disorders" |
|      | Vermont and New Hampshire Society for Respiratory Care, Annual Meeting, Meredith NH |
| 2015 | Invited Panelist "Digital Media and Psychological/Emotional/Physical Development in Adolescents" |
|      | Arthur M. Sackler Colloquium Digital Media and Developing Minds, Irvine CA |
| 2015 | Invited Speaker "Balancing the Needs for Research and Action" |
|      | National Highway Traffic Safety Administration (NHTSA) Drowsy Driving Forum, Washington DC |
| 2015 | Invited Speaker "Drowsy Driving Overview: Data, Measurement & Contributing Factors" |
|      | Sleep Health and Safety Conference, National Sleep Foundation (NSF), Washington DC |
| 2015 | Invited Speaker "Impact of Circadian Rhythms on Sleep and Sleep Disorders" |
|      | Sleep Summit: Advanced Topics in Narcolepsy and OSA, Sponsored by Jazz Pharmaceuticals, Palo Alto CA |
| 2016 | Keynote Speaker "Sleep Deficiency and Motor Vehicle Crashes" |
|      | Maryland Sleep Society Seventh Annual Scientific Meeting, Baltimore MD |
| 2016 | Speaker – Symposium "Effects of light on human circadian rhythms" |
|      | Society for Research on Biological Rhythms Biennial Meeting, Tampa FL |
| 2016 | Speaker "Brigham and Women's Hospital Presents: Living Better Longer - The Science Behind Healthy Aging" |
|      | BWH Spotlight Health at Aspen Ideas Festival, Aspen CO |
| 2016 | Invited Speaker "The Secrets of Sleep" |
|      | Robb Report Health and Wellness Summit, Park City UT |
| 2016 | Invited Panelist "How Sleep Can Improve Your Bottom Line" |
|      | National Sleep Foundation Sleep Works Summit, Washington DC |
| 2017 | Invited Panelist "Mini Symposium in Circadian Rhythms" |
|      | Hawaii Sleep Health and Wellness Foundation's Conference |
| 2017 | Invited Speaker "Circadian Clocks, Sleep and Health" |
|      | UC San Diego Circadian Biology Symposium, San Diego CA |
| 2017 | Invited Speaker "Sleep Regulation in Humans" |
|      | Invited Speaker University of Washington Graduate Program in Neuroscience, Seattle WA |
| 2017 | Invited Speaker "Deficient Sleep in Teens: The Consequences. Impact on Health" |
|      | Adolescent Sleep, Health, and School Start Times, Washington DC |
| 2017 | Invited Speaker "OSA and Trains, Planes and Automobiles" |
|      | American Academy of Dental Sleep Medicine Annual Meeting, Boston MA |
| 2017 | Speaker "The Global Council on Brain Health Consensus Statement and Recommendations for Maintaining Healthy Sleep for Brain Health" |
|      | Association of Professional Sleep Societies Annual Meeting, Boston MA |
| 2017 | Invited Speaker "Chronobiology, Circadian Rhythms, and Sleep: Clinical and Advanced Translational FindingsDoD State of the Science Summit Pathophysiology of PTSD: Rethinking Drug Targets |
| 2017 | Speaker "Brigham and Women's Hospital Presents: Vulnerabilities and Resiliency across the Life Span: The Brain" |
|      | BWH Spotlight Health at Aspen Ideas Festival, Aspen CO |
| 2017 | Invited Speaker "Sleep and Fatigue Effect on Performance" |
|      | Special Operations Forces (SOF) Performance Nutrition Summit, Fort Bragg NC |
| 2017 | Invited Speaker for 4 talks: |

|  | 1: Sleep Medications and Athletic Performance |
|  | 2: Circadian Effect on Sports Performance |
|  | 3: Sleep and Fatigue Management in the Workplace: Jet lag & Travel Fatigue for Business Management |
|  | 4: Panel Discussion: Going Without Sleep is Nothing to Brag About |
|  | Alaska Sleep Conference, Anchorage AK *sponsored by Ganesco* |
| 2017 | Invited Speaker "Fatigue in our heroes: Addressing fatigue risk in first responders story" National Safety Council Annual Meeting, Indianapolis IN |
| 2018 | Invited Speaker "Circadian clock regulation of sleep and wakefulness in humans" Salk/Foundation Ipsen/Science Symposium on Biological Complexity: Biology of Time (Circadian, Lunar and Seasonal Rhythms), La Jolla CA |
| 2018 | Invited speaker for colloquium on "Sleep, Chronic Fatigue and Autoimmune Disease" AARDA (American Autoimmune Related Disease Association), Washington DC |
| 2018 | Invited Speaker for IES 2018 Research Symposium Light + Human Health IES (Illuminating Engineering Society), Atlanta GA |
| 2018 | Invited Speaker "Sleep and Circadian Rhythms: Impact on Performance, Health and Safety of U.S. Navy and Marine Corps Personnel" Office of Naval Research (ONR) Distinguished Lecture Series, Arlington VA |
| 2018 | Invited Speaker "Guidelines of OSA Management in Commercial Motor Vehicle Operators" American Academy of Dental Sleep Medicine Annual Meeting, Baltimore MD |
| 2018 | Speaker "Is sleeping long bad for you" Association of Professional Sleep Societies Annual Meeting, Baltimore MD |
| 2018 | Invited Speaker "Sleep Timing Variability Consensus Panel" National Sleep Foundation Sleep Health Forum, Association of Professional Sleep Societies Annual Meeting, Baltimore MD |
| 2018 | Invited Speaker "The Sleep Deprived Brain's Influence on Aging" 6th Annual AspenBrainLab, Aspen Brain Institute, Aspen CO |
| 2018 | Expert Panelist for Drowsy Driving Attitudes, Knowledge, and Behavior Project. NHTSA, Washington DC |
| 2018 | Invited Panel Speaker, SRS Regulatory Meeting |

**International**

| 1976 | Invited Speaker. Max-Planck-Institüt für Verhaltensphysiologie, Erling-Andechs, Germany |
| Between 1976-1980 | Invited Speaker. 3rd International Congress of Sleep Research, Tokyo |
| Between 1981-1984 | Invited Speaker. International Union of Physiological Sciences, Budapest |
| Between 1981-1984 | Invited Speaker. International Workshop on Sleep/wake disorders: natural history, epidemiology and long-term evolution, Ravena, Italy |
| 1984 | Invited Speaker. Symposium on Biological Rhythms. International Congress on Neuroreceptor Mechanisms in Human Disease, Fondazione Internationale Menarini, Florence, Italy |
| 1986 | "Effects of automation on operator performance". Invited Speaker Commission of the European Communities, Université René Descartes, Paris, France |
| 1987 | Invited Speaker. 5th International Congress of Sleep Research, Copenhagen, Denmark |

| | |
|---|---|
| 1987 | Invited Speaker. |
| | German Institute for Aerospace Medicine, Köln, Germany |
| 1987 | Invited Speaker. |
| | International Conference on Chronobiology, Leiden, Netherlands |
| 1987 | Invited Speaker. |
| | NATO Defense Research Group Seminar on Sleep and its Implications for the Military, Lyon, France |
| 1988 | Invited Speaker. |
| | European Congress of Sleep Research, Jerusalem |
| 1988 | Invited Speaker. |
| | Workshop on Polyphasic and Ultrashort Sleep-Wake Patterns, Tuscany, Italy |
| 1988 | Invited Speaker. |
| | Institute of Pharmacology, University of Zurich, Zurich, Switzerland |
| 1988 | Invited Speaker. |
| | Tenth International Symposium, Center of Research on Neurological Sciences, University of Montreal, Quebec, Canada |
| 1989 | "Mechanisms in the timing of sleep: Consequences for depression research". Invited Speaker. |
| | University of Groningen 375th Anniversary Symposium, Netherlands |
| 1989 | "Cardiovascular and Nervous System Effects of Ovarian Secretions". Invited Speaker. |
| | Serono Symposium, Dubrovnik, Croatia |
| 1989 | Invited Speaker. |
| | 2nd Milano International Symposium on Sleep, Milan, Italy |
| 1989-1990 | Faculty research sponsor; Research Elective 1 medical student; ~15 hours/year |
| | Philipps University, Marburg, Germany |
| 1992-1994 | Faculty research sponsor; Research Elective 1 medical student; ~15 hours/year |
| | Medical School of the Technical University of Munich, Munich, Germany |
| 1998-2003 | Co-Mentor, Doctoral Student in Pharmacology |
| | Swiss Federal Institute of Technology, Zurich, Switzerland |
| 1990 | Invited Speaker |
| | 17th Congress, Collegium Internationale Neuro-Psychopharmacologicum, Kyoto, Japan |
| 1990 | Invited Speaker |
| | American Society for Photobiology, Vancouver, British Columbia, Canada |
| 1990 | Invited Speaker |
| | Workshop on Psychophysiological Measures in Transport Operations, Commission of the European Communities, Paris, France |
| 1990 | Invited Speaker |
| | Japan Institute for the Science of Labor, Tokyo, Japan |
| 1990 | Invited Speaker |
| | National Institute of Health Services and the Central Health Institution, Tokyo, Japan |
| 1991 | Invited Symposium Speaker/Co-Chairperson: "Endocrine and Metabolic Correlates of Sleep and Wakefulness in Humans" |
| | Invited Workshop Speaker: "Constant Routines" |
| | World Federation of Sleep Research Societies, Cannes, France |
| 1991 | Invited Speaker |
| | Study Group on Circadian Rhythms, Fondation pour L'Etude du Systeme Nerveux et Peripherique, Geneva, Switzerland |
| 1991 | Invited Speaker |
| | Gordon Research Conference on Chronobiology, Irsee, Germany |
| 1991 | Invited Speaker |

|  | Workshop on Concepts and Models of Sleep Regulation, Zurich, Switzerland |
| 1992 | Keynote Speaker |
|  | International Brain Research Organization-Suisse, Zurich, Switzerland |
| 1994 | Invited Speaker |
|  | International Conference on Work Hours, Sleepiness and Accidents Karolinska Institute, Stockholm, Sweden. |
| Between | Invited Speaker |
| 1994-1996 | Ciba Foundation Symposium, London, United Kingdom |
| 1995 | Invited Speaker |
|  | World Federation of Sleep Research Societies, Bahamas |
| 1996 | Invited Speaker |
|  | Japanese Society for Sleep Research, Sapporo, Japan |
| 1996 | Invited Speaker |
|  | International Workshop on Circadian Light Reception and Regulation, Lyon, France |
| Between | Invited Speaker |
| 1997-2001 | International Conference on Managing Fatigue in Transportation, Karolinska Institute, Stockholm, Sweden |
| Between | Workshop chair and Trainee Day speaker |
| 1997-2001 | Third International Congress, World Federation of Sleep Research Societies, Dresden, FRG |
| 2002 | Symposium co-chair and Invited Speaker |
|  | American Society for Photobiology, Quebec City, Canada |
| Between | Invited Speaker |
| 2002-2008 | 1st International Conference on Circadian Rhythms, Sleep and Cognition, Toronto, Canada |
| 2003 | Plenary Speaker |
|  | World Congress on Chronobiology, Sapporo, Japan |
| 2003 | Invited Speaker. Autumn School "Circadian Rhythms" |
|  | Institute of Biology, Humboldt-University, Charité Hospital, Berlin, Germany |
| 2003 | Invited Speaker |
|  | British Medical Association, London, United Kingdom |
| 2003 | Invited Speaker |
|  | Gordon Research Conference on Chronobiology, Barga, Italy |
| 2003 | Invited Speaker |
|  | Launch Event, Surrey Sleep Research Centre, Guildford, England |
| 2004 | Invited Speaker |
|  | Spark Workshop, Unilever, United Kingdom |
| 2004 | Invited Speaker |
|  | 2nd Annual Sleep Disorders Forum, Sanofi Synthelabo, Paris, France |
| 2005 | Plenary Address |
|  | X International Congress, Brazilian Sleep Research Society, Curitiba, Brazil |
| 2005 | Plenary Speaker |
|  | New Zealand Resident Doctors Association Professional Conference on Safer Working Hours in Medicine, Auckland, New Zealand |
| 2006 | Distinguished Leader in Medicine Lecture "Work Hours, Health and Safety in the Medical Profession" |
|  | Dalhousie University, Halifax, Canada |
| 2007 | Invited Speaker "The neurobiology of the human circadian pacemaker, and medical education in the United States" |
|  | Osaka University, Japan |

| 2007 | Invited Speaker ""Neurobiology of the human circadian pacemaker and Sleep Regulation" & "Establishing Divisions of Sleep Medicine at the Harvard Medical School: Fostering education, patient care and research" |
| | University of Tsukuba, Japan |
| 2007 | Invited Speaker. "Recent advances of sleep medicine for work safety" |
| | Tokyo Electric Power Company, Japan |
| 2007 | Invited Speaker "Clinical trial of the efficacy of Modafinil in the treatment of shift work sleep disorder" |
| | Japanese Sleep Research Society, Japan |
| 2007 | Invited Speaker "Sleep loss and sleep disorders: Public health impact" |
| | Monash University, Melbourne, Australia |
| 2007 | Invited Speaker "Safe working hours and Fatigue" |
| | and Panelist "Different perspectives on the health industry workforce" |
| | University of Sydney, Australia |
| 2007 | Invited Speaker "Influence of Internal Circadian Phase on Excessive Sleepiness and Behavioral Alertness in Patients with Shift-Work Sleep Disorder (SWSD)" |
| | 18th International Symposium on Shiftwork and Working Time, Yeppoon, Australia |
| 2007 | Plenary Speaker "Sleep Medicine in the 21st Century" |
| | 5th Congress of the World Federation of Sleep Research and Sleep Medicine Societies, Cairns, Australia |
| 2007 | Invited Speaker "Sleep Medicine and Education" |
| | University of Zurich, Switzerland |
| 2007 | Invited Speaker "24 Hour Society and Work; an Update on Better Shift Work" |
| | Harvard Medical School Dubai Center Institute for Postgraduate Education & Research, Dubai, UAE |
| 2008 | Invited Speaker "Sleep, work, productivity and safety" |
| | 6th International Sleep Disorders Forum, Toronto, Canada |
| 2010 | Symposium Co-chair "Sleep in unusual and extreme environments" |
| | 20th Meeting of the European Sleep Research Society, Lisbon, Portugal |
| 2010 | Invited Speaker "Sleep deficiency, drowsiness and circadian dysregulation: assessment, consequences and treatment approaches" |
| | Decade of the Mind Conference, Singapore |
| 2010 | Invited Speaker |
| | Astronaut Center of China, Beijing, China |
| 2011 | Invited Speaker "Regulation of sleepiness: the importance of light, circadian rhythms, and homeostasis" |
| | Stress Research Institute, University of Stockholm: Working Time Society; Satellite Symposium 'The Sleepy Brain', Stockholm, Sweden |
| 2011 | Invited Speaker "Fatigue risk management in transport" |
| | Working Time Society; 20th International Symposium on Shiftwork and Working Time |
| 2011 | Keynote Speaker "Sleep and Work Schedules in Modern Society" |
| | World Association of Sleep Medicine, Quebec City, Canada |
| 2011 | Invited Educational Lecture "Circadian Rhythms, Human, Sleep & Wake" |
| | 6th World Congress of the World Sleep Federation, Kyoto, Japan |
| 2011 | Invited Speaker "Sleep in Space" |
| | JAXA Symposium, Kyoto, Japan |
| 2011 | Invited Speaker |
| | Satellite Meeting 'Translational Sleep Research - From animal research to human study', Kyoto, Japan |
| 2011 | Invited Public Lecture |

|      | Kyoto, Japan |
|------|--------------|
| 2011 | Invited Speaker |
|      | International Symposium on Photonic Bioimaging and Satellite Symposium of WorldSleep 2011 on Human Circadian Clock: the 50th anniversary of temporal isolation study, Sapporo, Japan |
| 2011 | Invited Speaker |
|      | Board of Directors Meeting, Canadian Association of Internes & Residents, Ottawa ON (remote presentation) |
| 2012 | Invited Speaker "Human circadian rhythms: Impact on sleep and cognition" |
|      | Seminar in Neuroscience, Biocentre in Basel, Basel, Switzerland |
| 2012 | Invited Speaker "Shift work, circadian rhythms, health and performance" & "Work hours, sleep and patient safety in medicine" |
|      | International Postgraduate Course "The Risk of Fatigue", University Hospital, Basel, Switzerland |
| 2013 | Invited Speaker |
|      | "Non-visual Forum, University of Manchester, Manchester, United Kingdom |
| 2013 | Invited Speaker "Pathophysiology of Drowsy Driving: Impact of Circadian Rhythms, Sleep Deficiency and Shift Work" |
|      | Excessive Daytime Sleepiness, Work and Road Safety Conference, University of Bologna, Bologna, Italy |
| 2013 | Invited Speaker – Special Lecture "Role of Sleep Medicine and Chronobiology for Optimizing Productivity, Safety and Health in the Workplace" |
|      | 86th Annual Meeting of the Japan Society for Occupational Health, Matsuyama City, Japan (remote presentation) |
| 2014 | Discussion Leader in three sessions (1) 'Rethinking Health', (2) 'Do-it-yourself Health' and (3) 'From Hyper to Healthy' |
|      | World Economic Forum, Annual Meeting 2014, Davos-Klosters, Switzerland |
| 2014 | Invited Lecture |
|      | University of Bordeaux, Bordeaux, France. |
| 2016 | Invited Speaker |
|      | Zurich Global Risk Management Summit, Cannes, France |
| 2016 | Invited Lecture "Non-24-Hour Disorder: History, Pathophysiology and Clinical Assessment" |
|      | Annual Congress of the German Sleep Society (DGSM), Dresden Germany |
| 2017 | Plenary Speaker, "Impact of Artificial Light on Entrainment of the Human Circadian" |
|      | Annual Congress, European Biological Rhythms Society (EBRS), Amsterdam Netherlands |
| 2018 | Keynote Lecture "Sleep and Health: A Clinical Research Priority" |
|      | Zurich Sleep Medicine Symposium 2018 / International Symposium of the CRPP Sleep & Health, University of Zürich, Zürich, Germany |
| 2018 | Invited Faculty |
|      | "The Role of Circadian Biology in Preventing and Treating Pathology" |
|      | Ludwig-Maximilians-University of Munich, Germany |

# Report of Clinical Activities and Innovations

## Current Licensure and Certification

| 1982- | Diplomate, American Board of Sleep Medicine |
|-------|---------------------------------------------|

# Report of Technological and Other Scientific Innovations

| | |
|---|---|
| Assessment and Modification of a Subject's Endogenous Circadian Cycle. | **Czeisler CA**, Kronauer RE, Allan JS. Assignee:  Brigham and Women's Hospital.  Patent Number 612182.  Issue Date:  10/25/91; Country: Australia. |
| Test for Evaluation of Visual Functioning in Visually Impaired Subjects. | **Czeisler CA**, Martens H, Shanahan TL. Assignee:  Brigham and Women's Hospital.  Patent Number 5,146,927.  Issue Date:  9/15/92; Country: U.S. |
| Assessment and Modification of a Subject's Endogenous Circadian Cycle. | **Czeisler CA**, Kronauer RE, Allan JS.  Assignee:  Brigham and Women's Hospital.  Patent Number 5,163,426.  Issue Date:  11/17/92; Country: U.S. |
| Assessment and Modification of Endogenous Circadian Phase and Amplitude. | **Czeisler CA**, Kronauer RE, Allan JS.  Assignee:  Brigham and Women's Hospital.  Patent Number 5,167,228.  Issue Date:  12/1/92; Country:  U.S. |
| Assessment and Modification of Circadian Phase and Amplitude. | **Czeisler CA**, Kronauer RE, Allan JS.  Assignee:  Brigham and Women's Hospital.  Patent Number 5,176,133.  Issue Date:  1/5/93; Country: U.S. |
| Assessment and Modification of a Subject's Endogenous Circadian Cycle. | **Czeisler CA**, Kronauer RE, Allan JS. Assignee:  Brigham and Women's Hospital.  Patent Number 1327630.  Issue Date:  3/8/94; Country: Canada. |
| Assessment and Modification of a Human Subject's Circadian Cycle. | **Czeisler CA**, Kronauer RE, Allan JS. Assignee:  Brigham and Women's Hospital.  Patent Number 5,304,212.  Issue Date:  4/19/94; Country: U.S. |
| Apparatus for Producing and Delivering High-Intensity Light to a Subject. | **Czeisler CA**, Kronauer RE, Kyricos CJ. Assignee:  Brigham and Women's Hospital and Light Sciences, Inc.  Patent Number 5,503,637.  Issue Date:  4/2/96; Country: U.S. |
| Intermittent Use of Bright Light to Modify the Circadian Phase. | **Czeisler CA**, Kronauer RE.  Assignee:  Brigham and Women's Hospital.  Patent Number 5,545,192.  Issue Date:  8/13/96; Country: U.S. |
| Method of Facilitating the Physiological Adaption to an Activity/Rest Schedule and | **Czeisler CA**, Kronauer RE, Allan JS. Assignee:  Brigham and Women's Hospital.  Patent Number 363440.  Issue Date: 5/14/97; Country: Europe (Recorded in Austria, Belgium, France, Germany, Italy, Luxembourg, Netherlands, Sweden, Switzerland, Liechtenstein & Great Britain). |

| | |
|---|---|
| Apparatus for Prescribing a Substantially Optimum Stimulus Regimen of Pulses of Bright Light to Allow a Subject's Circadian Cycle to be Modified to a Desired State. | |
| Method and Device for Modifying the Circadian Cycle in Humans. | **Czeisler CA**, Kronauer RE, Allan JS.  Assignee:  Brigham and Women's Hospital.  Patent Number 477282.  Issue Date:  5/14/97; Country: Europe (Recorded in Austria, Belgium, Switzerland, Liechtenstein, Germany, Denmark, Spain, France, Great Britain, Italy, Luxembourg, Netherlands & Sweden). |
| Assessment and Modification of a Subject's Endogenous Circadian Cycle. | **Czeisler CA**, Kronauer RE, Allan JS.  Assignee:  Brigham and Women's Hospital.  Patent Number 2739725.  Issue Date:  1/24/98; Country: Japan. |
| Modification of Endogenous Circadian Pacemaker. | **Czeisler CA**, Kronauer RE, Allan JS. Assignee:  Brigham and Women's Hospital.  Patent Number 2928636.  Issue Date: 5/14/99; Country: Japan. |
| Test for evaluation of visual functioning in visually impaired subjects | **Czeisler CA**, Martens H, Shanahan TL. Assignee: Brigham and Women's Hospital.  Filing Date: 6/15/92; Country: WO. |
| Method for modifying or resetting the circadian cycle using short wavelength light | Brainard GC, **Czeisler CA**, Kronauer RE, Lockley SW. Brigham and Women's Hospital.  Filing Date: 7/14/04; Country: WO. CA. JP. U.S (util)<br>Brainard GC, **Czeisler CA**, Kronauer RE, Lockley SW. Brigham and Women's Hospital.  Filing Date: 4/25/05; Country: U.S. (pct) |
| High sensitivity of the human circadian pacemaker to resetting by short wavelength light. | Brainard GC, **Czeisler CA**, Kronauer RE, Lockley SW. Brigham and Women's Hospital.  Filing Date: 7/14/04; Country: EP |

# Report of Education of Patients and Service to the Community

## Activities

| | |
|---|---|
| 2008 | Panelist, Discovery Panel, NASA Future Forums. Museum of Science, Boston, MA<br>http://www.nasa.gov/50th/future_forums/bostonWithGallery.html |
| 2011 | Invited Speaker "Sleep to Thrive" TEDx Cambridge 'Thrive', Cambridge, MA<br>http://www.tedxcambridge.com/thrive/charles-a-czeisler/ |
| 2012 | Invited Speaker webcast FORUM presentation, Harvard School of Public Health, Boston, MA |

"FIGHTING THE CLOCK: How America's Sleep Deficit is Damaging Long-term Health"
http://theforum.sph.harvard.edu/events/sleep-deprivation-fighting-the-clock

2012          Invited Speaker, "The City Dark" AAAS Washington, DC
              http://www.aaas.org/news/releases/2012/0531night_sky.shtml

# Report of Scholarship

## Peer reviewed publications in print or other media

**Research Investigations**

1. **Czeisler CA**, Moore-Ede MC, Regestein QR, Kisch ES, Fang VS, Ehrlich EN. Episodic 24-hour cortisol secretory patterns in patients awaiting elective cardiac surgery. *J Clin Endocrinol Metab* 1976; 42:273-283. PMID: 1262431

2. Kokkoris CP, Weitzman ED, Pollak CP, Spielman AJ, **Czeisler CA**, Bradlow H.  Long term ambulatory temperature monitoring in a subject with a hypernychthemeral sleep-wake cycle disturbance. *Sleep* 1978; 1:177-190. PMID: 756061

3. **Czeisler CA**, Weitzman ED, Moor e-Ede MC, Zimmerman JC, Knauer RS.  Human sleep: its duration and organization depend on its circadian phase. *Science* 1980; 210:1264-1267. PMID: 7434029

4. Lydic R, Schoene WC, **Czeisler CA**, Moore-Ede MC.  Suprachiasmatic region of the human hypothalamus: homolog to the primate circadian pacemaker? *Sleep* 1980; 2:355-362. PMID: 6773133

5. **Czeisler CA**, Zimmerman JC, Ronda J, Moore-Ede MC, Weitzman ED.  Timing of REM sleep is coupled to the circadian rhythm of body temperature in man. *Sleep* 1980; 2:329-346. PMID: 7403736

6. Weitzman ED, **Czeisler CA**, Zimmerman JC, Ronda JM.  Timing of REM and stages 3 + 4 sleep during temporal isolation in man. *Sleep* 1980; 2:391-408. PMID: 7403740

7. Zimmerman JC, **Czeisler CA**, Laxminarayan S, Knauer RS, Weitzman ED.  REM density is dissociated from REM sleep timing during free-running sleep episodes. *Sleep* 1980; 2:409-416. PMID: 7403741

8. **Czeisler CA**, Richardson GS, Coleman RM, Zimmerman JC, Moore-Ede MC, Dement WC, Weitzman Ed. Chronotherapy: resetting the circadian clocks of patients with delayed sleep phase insomnia. *Sleep* 1981; 4:1-21. PMID: 7232967

9. Weitzman ED, **Czeisler CA**, Coleman RM, Spielman AJ, Zimmerman JC, Dement WC, Richardson GS, Pollak CP.  Delayed sleep phase syndrome: a chronobiological disorder with sleep-onset insomnia. *Archiv Gen Psychiatry* 1981; 38:737-746. PMID: 7247637

10. **Czeisler CA**, Richardson GS, Zimmerman JC, Moore-Ede MC, Weitzman ED.  Entrainment of human circadian rhythms by light-dark cycles: a reassessment. *Photochem Photobiol* 1981; 34:239-247. PMID: 7267730

11. Bernstein IL, Zimmerman JC, **Czeisler CA**, Weitzman ED.  Meal patterns in free-running humans. *Physiol Behav* 1981; 27:621-623. PMID: 7323164

12. Kronauer RE, **Czeisler CA**, Pilato SF, Moore-Ede MC, Weitzman ED. Mathematical model of the human circadian system with two interacting oscillators. *Am J Physiol* 1982; 242:R3-R17. PMID: 7058927

13. Weitzman ED, Moline ML, **Czeisler CA**, Zimmerman JC. Chronobiology of aging: temperature, sleep-

wake rhythms and entrainment. *Neurobiol Aging* 1982; 3: 299-309. PMID: 7170047

14. **Czeisler CA**, Moore-Ede MC, Coleman RM.  Rotating shift work schedules that disrupt sleep are improved by applying circadian principles.  *Science* 1982; 217:460-463. PMID: 7089576

15. Weitzman ED, Zimmerman JC, **Czeisler CA**, Ronda J. Cortisol secretion is inhibited during sleep in normal man. *J Clin Endocrinol Metab* 1983; 56:352-358. PMID: 6822642

16. Gander PH, Kronauer RE, **Czeisler CA**, Moore-Ede MC.  Simulating the action of zeitgebers on a coupled two-oscillator model of the human circadian system. *Am J Physiol* 1984;247:R418-R426. PMID: 6476142

17. Gander PH, Kronauer RE, **Czeisler CA**, Moore-Ede MC.  Modeling the action of zeitgebers on the human circadian system: comparisons of simulations and data. *Am J Physiol* 1984; 247:R427-R444. PMID: 6476143

18. Richardson GS, Moore-Ede MC, **Czeisler CA**, Dement WC. Circadian rhythms of sleep and wakefulness in mice: analysis using long-term automated recording of sleep. *Am J Physiol* 1985; 248:R320-R330. PMID: 3838419

19. Muller JE, Stone PH, Turi ZG, Rutherford JD, **Czeisler CA**, Parker C, Poole WK, Hartwell TD, Scheiner E, Gold HK, Jaffe AS, Raabe DS, Rude RE, Passamani E, Roberts R, Robertson T, Sobel BE, Willerson JT, Braunwald E, and the MILIS study group.  Circadian variation in the frequency of onset of acute myocardial infarction. *N Engl J Med* 1985; 313:1315-1322. PMID: 2865677

20. Strogatz SH, Kronauer RE, **Czeisler CA**.  Circadian regulation dominates homeostatic control of sleep length and prior wake length in humans. *Sleep* 1986; 9:353-364. PMID: 3505735

21. Moline ML, Monk TH, Wagner DR, Pollak CP, Kream J, Fookson JE, Weitzman ED, **Czeisler CA**. Human growth hormone release is decreased during sleep in temporal isolation (free-running). *Chronobiologia* 1986; 13:13-19. PMID: 3720426

22. Gordon NP, Cleary PD, Parker CE, **Czeisler CA**.  The prevalence and health impact of shift work. *Am J Pub Health* 1986; 76:1225-1228. PMID: 3752325; PMCID: PMC1646676.

23. **Czeisler CA**, Allan JS, Strogatz SH, Ronda JM, Sánchez R, Ríos CD, Freitag WO, Richardson GS, Kronauer RE. Bright light resets the human circadian pacemaker independent of the timing of the sleep-wake cycle. *Science* 1986; 233:667-671. PMID: 3726555

24. Strogatz SH, Kronauer RE, **Czeisler CA**.  Circadian pacemaker interferes with sleep onset at specific times each day: role in insomnia. *Am J Physiol* 1987; 253:R172-R178. PMID: 3605382

25. Tofler GH, Brezinski D, Schafer AI, **Czeisler CA**, Rutherford JD, Willich SN, Gleason RE, Williams GH, Muller JE.  Concurrent morning increase in platelet aggregability and the risk of myocardial infarction and sudden cardiac death. *N Engl J Med* 1987; 316:1514-1518. PMID: 3587281

26. Brezinski DA, Tofler GH, Muller JE, Pohjola-Sintonen S, Willich SN, Schafer AI, **Czeisler CA**, Williams GH.  Morning increase in platelet aggregability: association with assumption of the upright

posture. *Circulation* 1988; 78: 35-40. PMID: 3289790

27.   **Czeisler CA**, Kronauer RE, Allan JS, Duffy JF, Jewett ME, Brown EN, Ronda JM.  Bright light induction of strong (type 0) resetting of the human circadian pacemaker. *Science* 1989; 244:1328-1333. PMID: 2734611

28.   **Czeisler CA**, Johnson MP, Duffy JF, Brown EN, Ronda JM, Kronauer RE.  Exposure to bright light and darkness to treat physiologic maladaptation to night work. *N Engl J Med* 1990; 322:1253-1259. PMID: 2325721

29.   Jewett ME, Kronauer RE, **Czeisler CA**.  Light-induced suppression of endogenous circadian amplitude in humans. *Nature* 1991; 350:59-62. PMID: 2002845

30.   Shanahan TL, **Czeisler CA**.  Light exposure induces equivalent phase shifts of the endogenous circadian rhythms of circulating plasma melatonin and core body temperature in men. *J Clin Endocrinol Metab* 1991; 73:227-235. PMID: 1856258

31.   Johnson MP, Duffy JF, Dijk DJ, Ronda JM, Dyal CM, **Czeisler CA**.  Short-term memory, alertness and performance: a reappraisal of their relationship to body temperature. *J Sleep Res* 1992; 1:24-29. PMID: 10607021

32.   Brown EN, **Czeisler CA**.  The statistical analysis of circadian phase and amplitude in constant-routine core-temperature data. *J Biol Rhythms* 1992; 7:177-202. PMID: 1421473

33.   Gold DR, Rogacz S, Bock N, Tosteson TD, Baum TM, Speizer FE, **Czeisler CA**.  Rotating shift work, sleep, and accidents related to sleepiness in hospital nurses. *Am J of Public Health* 1992; 82:1011-1014. PMID: 1609900; PMCID: PMC1694075.

34.   **Czeisler CA**, Dumont M, Duffy JF, Steinberg JD, Richardson GS, Brown EN, Sánchez R, Ríos CD, Ronda JM.  Association of sleep-wake habits in older people with changes in output of circadian pacemaker. *The Lancet* 1992; 340:933-936. PMID: 1357348

35.   Klein T, Martens H, Dijk DJ, Kronauer RE, Seely EW, **Czeisler CA**.  Chronic non-24-hour circadian rhythm sleep disorder in a blind man with a regular 24-h sleep-wake schedule. *Sleep* 1993; 16:333-343. PMID: 8341894

36.   Dijk DJ and **Czeisler CA**.  Body temperature is elevated during the rebound of slow wave sleep following 40 hours of sleep deprivation on a constant routine. *J Sleep Res* 1993; 2:117-120. PMID: 10607081

37.   Dijk DJ, Hayes B, **Czeisler CA**.  Dynamics of electroencephalographic sleep spindles and slow wave activity in men: effect of sleep deprivation. *Brain Res* 1993; 626:190-199. PMID: 8281430

38.   Allan JS and **Czeisler CA**.  Persistence of the circadian thyrotropin rhythm under constant conditions and after light-induced shifts of circadian phase. *J Clin Endocrinol Metab* 1994; 79:508-512. PMID: 8045970

39.   Budnick LD, Lerman SE, Baker TL, Jones H and **Czeisler CA**.  Sleep and alertness in a 12-hour rotating

shift work environment. *J Occup Med* 1994; 36:1295-1300. PMID: 7884570

40.  Dijk DJ, **Czeisler CA**. Paradoxical timing of the circadian rhythm of sleep propensity serves to consolidate sleep and wakefulness in humans. *Neurosci Lett* 1994; 166:63-68. PMID: 8190360

41.  Boivin DB, Duffy JF, Kronauer RE, **Czeisler CA**.  Sensitivity of the human circadian pacemaker to moderately bright light.  *J Biol Rhythms* 1994; 9:315-331. PMID: 7772798

42.  Jewett ME, Kronauer RE, **Czeisler CA**.  Phase-amplitude resetting of the human circadian pacemaker via bright light: a further analysis.  *J Biol Rhythms* 1994; 9:295-314. PMID: 7772797

43.  Dijk DJ, **Czeisler CA**.  Contribution of the circadian pacemaker and the sleep homeostat to sleep propensity, sleep structure, electroencephalographic slow waves, and sleep spindle activity in humans. *J Neuroscience* 1995; 15:3526-3538. PMID: 7751928

44.  **Czeisler CA**, Shanahan TL, Klerman EB, Martens H, Brotman DJ, Emens JS, Klein T, Rizzo III JF. Suppression of melatonin secretion in some blind patients by exposure to bright light.  *N Engl J Med* 1995; 332:6-11. PMID: 7990870

45.  Klerman EB, Dijk DJ, Kronauer RE, **Czeisler CA**. Simulations of effect of light on human circadian pacemaker: implications for assessment of intrinsic period.  *Am J Physiology* 1996; 270:R271-R282. PMID: 8769811

46.  Boivin DB, Duffy JF, Kronauer RE, **Czeisler CA**. Dose-response relationships for resetting of human circadian clock by light.  *Nature* 1996; 379:540-542. PMID: 8596632

47.  Waldstreicher J, Duffy JF, Brown EN, Rogacz S, Allan JS, **Czeisler CA**. Gender differences in the temporal organization of prolactin (PRL) secretion: Evidence for a sleep-independent circadian rhythm of circulating prolactin levels.  *J Clin Endocrinol Metab*, 1996; 81:1483-1487. PMID: 8636355

48.  Duffy JF, Kronauer RE, **Czeisler CA**.  Phase-shifting human circadian rhythms: Influence of sleep timing, social contact and light exposure.  *J Physiol* (London), 1996; 495.1: 289-297. PMID: 8866371; PMCID: PMC1160744.

49.  Richardson GS, Wyatt JK, Sullivan JP, Orav EJ, Ward AE, Wolf MA, **Czeisler CA**.  Objective assessment of sleep and alertness in medical house staff and the impact of protected time for sleep. *Sleep*, 1996; 19:718-726. PMID: 9122559

50.  El-Hajj Fuleihan G, Klerman EB, Brown EN, Choe Y, Brown EM, **Czeisler CA**.  The parathyroid hormone circadian rhythm is truly endogenous.  *J Clin Endocrinol Metab* 1997; 82: 281-286. PMID: 8989274

51.  Boivin DB, **Czeisler CA**, Dijk D-J, Duffy JF, Folkard S, Minors DS, Totterdell P, Waterhouse JM. Complex interaction of the sleep-wake cycle and circadian phase modulates mood in healthy subjects. *Arch Gen Psychiatry* 1997; 54: 145-152. PMID: 9040282

52.  Brown EN, Choe Y, Shanahan TL, **Czeisler CA**.  A mathematical model of diurnal variations in human plasma melatonin levels.  *Am J Physiology* 1997; 272: E506-E516. PMID: 9124558

53.   Jewett ME, Rimmer DW, Duffy JF, Klerman EB, Kronauer RE, **Czeisler CA**. The human circadian pacemaker is sensitive to light throughout subjective day without evidence of transients. *Am J Physiology* 1997; 273: R1800-1809. PMID: 9374826

54.   Zeitzer JM, Kronauer RE, **Czeisler CA**.  Photopic transduction implicated in human circadian entrainment. *Neurosci Lett* 1997; 232: 135-138. PMID: 9310298

55.   Dijk DJ, Shanahan TL, Duffy JF, Ronda JM, **Czeisler CA**.  Variation of electroencephalographic activity during non-rapid eye movement sleep with phase of circadian melatonin rhythm in humans. *J Physiol (London)* 1997; 505.3: 851-858. PMID: 9457658; PMCID: PMC1160058.

56.   Boivin DB, **Czeisler CA**. Resetting of circadian melatonin and cortisol rhythms in humans by ordinary room light. *Neuroreport* 1998; 9: 779-782. PMID: 9579664

57.   Klerman EB, Rimmer DW, Dijk DJ, Kronauer RE, Rizzo III JF, **Czeisler CA**. Nonphotic entrainment of the human circadian pacemaker. *Am J Physiol* 1998; 274: R991-R996. PMID: 9575961

58.   Duffy JF, Dijk DJ, Klerman EB, **Czeisler CA**.  Later endogenous circadian temperature nadir relative to an earlier waketime in older people. *Am J Physiol* 1998; 275: R1478-R1487. PMID: 9791064

59.   Jewett ME, Wyatt JK, Ritz-De Cecco A, Khalsa SB, Dijk DJ, **Czeisler CA**.  Time course of sleep inertia dissipation in human performance and alertness. *J Sleep Res* 1999; 8: 1-8. PMID: 10188130

60.   Wei HG, Riel E, **Czeisler CA**, Dijk DJ. Attenuated amplitude of circadian and sleep-dependent modulation of electroencephalographic sleep spindle characteristics in elderly human subjects. *Neurosci Lett*; 1999; 260:29-32. . PMID: 10027692

61.   Duffy JF, Dijk D-J, Hall EF, **Czeisler CA**.  Relationship of endogenous circadian melatonin and temperature rhythms to self-reported preference for morning or evening activity in young and older people. *J Investig Med* 1999; 47:141-150. PMID: 10198570

62.   Dijk D-J, Duffy JF, Riel E, Shanahan TL, **Czeisler CA**.  Ageing and the circadian and homeostatic regulation of human sleep during scheduled desynchrony of rest, melatonin and temperature rhythms. *J Physiol (London)* 1999; 516: 611-627. PMID: 10087357; PMCID: PMC2269279.

63.   Kelly TL, Neri DF, Grill JT, Ryman D, Hunt PD, Dijk D-J, Shanahan TL, **Czeisler CA**.  Nonentrained circadian rhythms of melatonin in submariners scheduled to an 18-hour day. *J Biol Rhythms* 1999; 14: 190-196. PMID: 10452330

64.   Shanahan TL, Kronauer RE, Duffy JF, Williams GH, **Czeisler CA**.  Melatonin rhythm observed throughout a three-cycle bright-light stimulus designed to reset the human circadian pacemaker. *J Biol Rhythms* 1999; 14: 237-253. PMID: 10452336

65.   Cajochen C, Khalsa SB, Wyatt JK, **Czeisler CA**, Dijk D-J.  EEG and ocular correlates of circadian melatonin phase and neurobehavioral decrements during sleep loss. *Am J Physiol* 1999; 277: R640-R649. PMID: 10484479

66.   **Czeisler CA**, Duffy JF, Shanahan TL, Brown EN, Mitchell JF, Rimmer DW, Ronda JM, Silva EJ, Allan JS, Emens JS, Dijk DJ, Kronauer RE.  Stability, precision, and near-24-hour period of the human

circadian pacemaker. *Science* 1999; 284: 2177-2181. PMID: 10381883

67.    Klerman EB, Lee Y, **Czeisler CA**, Kronauer RE.  Linear demasking techniques are unreliable for estimating the circadian phase of ambulatory temperature data.  *J Biol Rhythms* 1999; 14: 260-274. PMID: 10447306

68.    Wyatt JK, Ritz-De Cecco A, **Czeisler CA**, Dijk D-J.  Circadian temperature and melatonin rhythms, sleep, and neurobehavioral function in humans living on a 20-h day.  *Am J Physiol* 1999; 277:R1152-R1163. PMID: 10516257

69.    Zeitzer JM, Daniels JE, Duffy JF, Klerman EB, Shanahan TL, Dijk DJ, **Czeisler CA**.  Do plasma melatonin concentrations decline with age? *Am J Med* 1999; 107: 432-436. PMID: 10569297

70.    Zeitzer JM, Ayas NT, Shea SA, Brown R, **Czeisler CA**.  Absence of detectable melatonin and preservation of cortisol and thyrotropin rhythms in tetraplegia.  *J Clin Endocrinol Metab* 2000; 85:2189-2196.  PMID: 10852451

71.    Spengler CM, **Czeisler CA**, Shea SA.  An endogenous circadian rhythm of respiratory control in humans.  *J Physiol (London)* 2000; 526 Pt 3:683-694. PMID: 10922018; PMCID: PMC2270042.

72.    Cajochen C, Zeitzer JM, **Czeisler CA**, Dijk DJ. Dose-response relationship for light intensity and ocular and electroencephalographic correlates of human alertness.  *Behav Brain Res* 2000; 115:75-83. PMID: 10996410

73.    Zeitzer JM, Dijk DJ, Kronauer RE, Brown EN, **Czeisler CA**.  Sensitivity of the human circadian pacemaker to nocturnal light: melatonin phase resetting and suppression.  *J Physiol (London)* 2000; 526 Pt 3:695-702. PMID: 10922269; PMCID: PMC2270041.

74.    Brown EN, Choe Y, Luithardt H, **Czeisler CA**.  A statistical model of the human core-temperature circadian rhythm.  *Am J Physiol Endocrinol Metab* 2000; 279: 279:E669-E683. PMID: 10950837

75.    Rimmer DW, Boivin DB, Shanahan TL, Kronauer RE, **Czeisler CA**.  Dynamic resetting of the human circadian pacemaker by intermittent light.  *Am J Physiol Regul Integr Comp Physiol* 2000; 279:R1574-R1579. PMID: 11049838

76.    Khalsa SBS, Jewett ME, Duffy JF, **Czeisler CA**. The timing of the human circadian clock is accurately represented by the core body temperature rhythm following phase shifts to a three-cycle light stimulus near the critical zone.  *J Biol Rhythms* 2000; 15:524-530. PMID: 11106069

77.    Klerman EB, Zeitzer JM, Duffy JD, Khalsa SBS, **Czeisler CA**.  Absence of an increase in the duration of the circadian melatonin secretory episode in totally blind human subjects. *J Clin Endocrinol Metab* 2001; 86:3166-3170. PMID: 11443183

78.    Dijk DJ, Duffy JF, **Czeisler CA**.  Age-related increase in the frequency of awakenings:  Impaired consolidation of nonREM sleep at all circadian phases.  *Sleep* 2001;24:565-577. PMID: 11480654

79.    Klerman EB, Duffy JF, Kronauer RE, **Czeisler CA**.  Circadian phase resetting in older people by ocular bright light exposure. *J Invest Med* 2001; 49:30-40. PMID: 11217145

80.   Duffy JF, Rimmer DW, **Czeisler CA**.  Association of intrinsic period with morningness-eveningness, usual waketime, and circadian phase. *Behavioral Neurosci* 2001;115:895-899.  PMID: 11508728

81.   Elliott AR, Shea SA, Dijk DJ, Wyatt JK, Riel E, Neri DF, **Czeisler CA**, West JB, Prisk GK. Microgravity reduces sleep-disordered breathing in humans. *Am J Respir Crit Care Med* 2001; 164:478-485.  PMID: 11500354

82.   Horowitz TS, Cade B, Wolfe JM, **Czeisler CA**.  Efficacy of bright light and sleep/darkness scheduling in alleviating circadian maladaptation to night work. *Am J Physiol: Endocrinol Metab* 2001; 281:E384-E391. PMID: 11440916

83.   Dijk DJ, Neri DF, Wyatt JK, Ronda JM, Riel E, Ritz-De Cecco A, Hughes RJ, Elliott AR, Prisk GK, West JB, **Czeisler CA**.  Sleep, performance, circadian rhythms and light-dark cycles during two space shuttle flights. *Am J Physiol Regul Integr Comp Physiol* 2001; 281:R1647-R1664.  PMID: 11641138

84.   Wright Jr KP, Hughes RJ, Kronauer RE, Dijk DJ, **Czeisler CA**.   Intrinsic near-24-h pacemaker period determines limits of circadian entrainment to a weak synchronizer in humans. *Proc Natl Acad Sci* 2001; 98:14027-14032. PMID: 11717461

85.   Duffy JF, Zeitzer JM, Rimmer DW, Klerman EB, Dijk DJ, **Czeisler CA**.  Peak of circadian melatonin rhythm occurs later within the sleep of older subjects. *Am J Physiol Endocrinol Metab* 2002; 282:E297-E303. PMID: 11788360

86.   Duffy JF, **Czeisler CA**.  Age-related change in the relationship between circadian period, circadian phase, and diurnal preference in humans. *Neurosci Lett* 2002; 318:117-120.  PMID: 11803113

87.   Khalsa SBS, Conroy DA, Duffy JF, **Czeisler CA**, Dijk DJ.  Sleep and circadian-dependent modulation of REM density. *J Sleep Res* 2002 11:53-59.  PMID: 11869427

88.   Wright Jr KP, Hull JT, **Czeisler CA**. Relationship between alertness, performance, and body temperature in humans. *Am J Physiol Regul Integr Comp Physiol* 2002; 283: R1370-R1377. PMID: 12388468

89.   Cajochen C, Wyatt J, **Czeisler CA**, Dijk D. Separation of circadian and wake duration-dependent modulation of EEG activation during wakefulness. *Neuroscience*. 2002; 114:1047-1060. PMID: 12379258

90.   Klerman EB, Shanahan TL, Brotman DJ, Rimmer DW, Emens JS, Rizzo JF 3rd, **Czeisler CA**. Photic resetting of the human circadian pacemaker in the absence of conscious vision. *J Biol Rhythms* 2002; 17:548-555. PMID: 12465888

91.   Wright Jr KP, **Czeisler CA**. Absence of circadian phase resetting in response to bright light behind the knees. *Science* 2002; 297:571. PMID: 12142528

92.   Khalsa SBS, Jewett ME, Cajochen C, **Czeisler CA**. A phase response curve to single bright light pulses in human subjects. *J Physiol (Lond)* 2003; 549:945-952. PMID: 12717008

93.   Hull JT, Wright Jr KP, **Czeisler CA**.  The influence of subjective alertness and motivation on human performance independent of circadian and homeostatic regulation. *J Biol Rhythms* 2003; 18:329-38.

PMID: 12932085

94.    Lockley SW, Brainard GC, **Czeisler CA**. High sensitivity of the human circadian melatonin rhythm to resetting by short wavelength light. *J Clin Endocrinol Metab* 2003; 88:4502-4505. PMID: 12970330

95.    Horowitz TS, Cade BE, Wolfe JM, **Czeisler CA**.  Searching night and day: a dissociation of effects of circadian phase and time awake on visual selective attention and vigilance.  *Psychol Sci* 2003; 14: 549-557. PMID: 14629685

96.    Wyatt JK, Cajochen C, Ritz-De Cecco A, **Czeisler CA**, Dijk D-J. Low dose, repeated caffeine administration for circadian-phase dependent performance degradation during extended wakefulness. *Sleep* 2004; 27: 374-381. PMID: 15164887

97.    Gronfier C, Wright Jr KP, Kronauer RE, Jewett ME, **Czeisler CA**. Efficacy of a Single Sequence of Intermittent Bright Light Pulses for Delaying Circadian Phase in Humans. *Am J Physiol: Endocrinol Metab* 2004; 287:E174-E181. PMID: 15039146

98.    Barger LK, Wright Jr KP, Hughes RJ, **Czeisler CA**. Daily exercise facilitates phase delays of circadian melatonin rhythm in very dim light. *Am J Physiol: Regul Integr Comp Physiol* 2004; 286: R1077-R1084. PMID: 15031136

99.    Smith KA, Schoen MW, **Czeisler CA**.  Adaptation of human pineal melatonin suppression by prior photic history. *J Clin Endocrinol Metab* 2004; 89:3610-3614. PMID: 15240654

100.   Lockley SW, Cronin JW, Evans EE, Cade BE, Lee CJ, Landrigan CP, Rothschild JM, Katz JT, Lilly CM, Stone PH, Aeschbach D, **Czeisler CA**; Harvard Work Hours, Health and Safety Group. Effect of reducing interns' weekly work hours on sleep and attentional failures.  *N Engl J Med* 2004; 351:1829-1837. PMID: 15509816

101.   Landrigan CP, Rothschild JM, Cronin JW, Kaushal R, Burdick E, Katz JT, Lilly CM, Stone PH, Lockley SW, Bates DW, **Czeisler CA**; Harvard Work Hours, Health and Safety Group. Effect of reducing interns' work hours on serious medical errors in intensive care units. *N Engl J Med* 2004; 351:1838-1848. PMID: 15509817

102.   Zeitzer JM, Ayas NT, Wu AD, **Czeisler CA**, Brown R.  Bilateral oculosympathetic paresis associated with loss of nocturnal melatonin secretion in patients with spinal cord injury.  *J Spinal Cord Med* 2005; 28:55-59. PMID: 15832904

103.   Wright KP Jr, Gronfier C, Duffy JF, **Czeisler CA**.  Intrinsic period and light intensity determine the phase relationship between melatonin and sleep in humans. *J Biol Rhythms* 2005; 20:168-177. PMID: 15834113

104.   Barger LK, Cade BE, Ayas NT, Cronin JW, Rosner B, Speizer FE, **Czeisler CA**; Harvard Work Hours, Health, and Safety Group. Extended work shifts and the risk of motor vehicle crashes among interns. *N Engl J Med* 2005; 352:125-134. PMID: 15647575

105.   Zeitzer JM, Khalsa SB, Boivin DB, Duffy JF, Shanahan TL, Kronauer RE, **Czeisler CA**.  Temporal dynamics of late-night photic stimulation of the human circadian timing system. *Am J Physiol Regul*

*Integr Comp Physiol* 2005; 289:R839-R844. PMID: 15890792

106.   Santhi N, Duffy JF, Horowitz TS, **Czeisler CA**.  Scheduling of sleep/darkness affects the circadian phase of night shift workers.  *Neurosci Lett* 2005; 384:316-320. PMID: 15919151

107.   **Czeisler CA**, Walsh JK, Roth T, Hughes RJ, Wright KP, Kingsbury L, Arora S, Schwartz JR, Niebler GE, Dinges DF; U.S. Modafinil in Shift Work Sleep Disorder Study Group.  Modafinil for excessive sleepiness associated with shift-work sleep disorder.  *N Engl J Med* 2005; 353:476-486. [Erratum in: N Engl J Med. 2005 353:1078] PMID: 16079371

108.   Rothschild JM, Landrigan CP, Cronin JW, Kaushal R, Lockley SW, Burdick E, Stone PH, Lilly CM, Katz JT, **Czeisler CA**, Bates DW.  The Critical Care Safety Study: The incidence and nature of adverse events and serious medical errors in intensive care.  *Crit Care Med* 2005; 33:1694-1700. PMID: 16096443

109.   Scheer FA, Zeitzer JM, Ayas NT, Brown R, **Czeisler CA**, Shea SA.  Reduced sleep efficiency in cervical spinal cord injury; association with abolished night time melatonin secretion. *Spinal Cord* 2006; 44:78-81. PMID: 16130027

110.   Lockley SW, Evans EE, Scheer FAJL, Brainard GC, **Czeisler CA**, Aeschbach D.  Short-wavelength sensitivity for the direct effects of light on alertness, vigilance and waking electroencephalogram in humans.  *Sleep* 2006; 29:161-168. PMID: 16494083

111.   Wright KP Jr, Hull JT, Hughes RJ, Ronda JM, **Czeisler CA**.  Sleep and wakefulness out of phase with internal biological time impairs learning in humans.  *J Cognitive Neurosci* 2006; 18:508-521. PMID: 16768357

112.   Wertz AT, Ronda JM, **Czeisler CA**, Wright KP Jr.  The Effects of Sleep Inertia on Cognition.  *JAMA* 2006; 295: 163-164. PMID: 16403927

113.   Grady SP, Nishino S, **Czeisler CA**, Hepner D and Scammell TE.  Diurnal Variation in CSF Orexin-A in Healthy Male Subjects.  *Sleep* 2006; 29:295-297. PMID: 16553014

114.   Rothschild JM, Hurley AC, Landrigan CP, Cronin JW, Martell-Waldrop K, Foskett C, Burdick E, **Czeisler CA**, Bates DW. Recovery from medical errors: the critical care nursing safety net. *Jt Comm J Qual Patient Saf* 2006; 32:63-72. PMID: 16568919

115.   Wyatt JK, Dijk D-J, De Cecco AR, Ronda JM, **Czeisler CA**. Sleep-facilitating effect of exogenous melatonin in healthy young men and women is circadian phase dependent. *Sleep* 2006; 29:609-618. PMID: 16774150

116.   Ayas NT, Barger LK, Cade BE, Hashimoto DM, Rosner B, Cronin JW, Speizer FE, **Czeisler CA**. Extended work duration and the risk of self-reported percutaneous injuries in interns. *JAMA* 2006; 296:1055-1062.  PMID: 16954484

117.   Landrigan CP, Barger LK, Cade BE, Ayas NT, **Czeisler CA**. Interns' compliance with accreditation council for graduate medical education work-hour limits. *JAMA* 2006; 296:1063-1070.  PMID: 16954485

118.   Barger LK, Ayas NT, Cade BE, Cronin JW, Rosner B, Speizer FE, **Czeisler CA**. Impact of extended-

duration shifts on medical errors, adverse events, and attentional failures. *PLoS Med* 2006; 3:e487. PMID: 17194188. PMCID: PMC1705824.

119. Duffy JF, Zeitzer JM, **Czeisler CA**. Decreased sensitivity to phase-delaying effects of moderate intensity light in older subjects. *Neurobiol Aging* 2007; 28:799-807. [2006 Apr 16; Epub ahead of print] PMID: 16621166; PMCID: PMC1855248.

120. St. Hilaire MA, Klerman EB, Khalsa SB, Wright, Jr. KP, **Czeisler CA**, Kronauer RE. Addition of a non-photic component to a light-based mathematical model of the human circadian pacemaker. *J Theoretical Biol* 2007; 247: 583-599. PMID: 17531270; PMCID: PMC3123888.

121. Scheer FAJL, Wright Jr. KP, Kronauer RE, **Czeisler CA**. Plasticity of the Intrinsic Period of the Human Circadian Timing System. *PLoS ONE* 2007; 2:e721. PMID: 17684566; PMCID: PMC1934931.

122. Zeitzer JM, Duffy JF, Lockley SW, Dijk DJ, **Czeisler CA**. Plasma melatonin rhythms in young and older humans during sleep, sleep deprivation, and wake. *Sleep* 2007; 30:1437-1443. PMID: 18041478; PMCID: PMC2082092.

123. Santhi N, Horowitz TS, Duffy JF, **Czeisler CA**. Acute sleep deprivation and circadian misalignment associated with transition onto the first night of work impairs visual selective attention. *PLoS ONE* 2007; 11:e1233. PMID: 18043740; PMCID: PMC2077929.

124. Cain SW, Rimmer DW, Duffy JF, **Czeisler CA**. Exercise distributed across day and night does not alter circadian period in humans. *J Biol Rhythms* 2007; 22:534-541. PMID: 18057328

125. Zaidi FH, Hull JT, Peirson SN, Wulff K, Aeschbach D, Gooley JJ, Brainard GC, Gregory-Evans K, Rizzo III JF, **Czeisler CA**, Foster RG, Moseley MJ, Lockley SW. Short-wavelength light sensitivity of circadian, pupillary, and visual awareness in humans lacking an outer retina. *Current Biology* 2007; 17, 2122-2128. PMID: 18082405; PMCID: PMC2151130.

126. Gronfier C, Wright Jr. KP, Kronauer RE, **Czeisler CA**. Entrainment of the human circadian pacemaker to longer-than-24h days. *Proc Nat Acad Sci* 2007; 104:9081-9086. PMID: 17502598; PMCID: PMC1885631.

127. Santhi N, Aeschbach D, Horowitz TS, **Czeisler CA**. The impact of sleep timing and bright light exposure on attentional impairment during night work. *J Biol Rhythms* 2008; 23:341-352. PMID: 18663241; PMCID: PMC2574505.

128. Duffy JF, Willson HJ, Wang W, **Czeisler CA**. Healthy older adults better tolerate sleep deprivation than young adults. *J Am Geriatr Soc* 2009; 57(7):1245-51. PMID: 19460089; PMCID: PMC3122254.

129. Aeschbach D, Lockyer BJ, Dijk D-J, Lockley SW, Nuwayser ES, Nichols LD, **Czeisler CA**. Use of transdermal melatonin delivery to improve sleep maintenance during daytime. *Clin Pharmacol Ther* 2009; 86(4):378-82. PMID: 19606092; PMCID: PMC2909186.

130. Lipton J, Megerian JT, Kothare SV, Cho YJ, Shanahan T, Chart H, Ferber R, Adler-Golden L, Cohen LE, **Czeisler CA**, Pomeroy SL. Melatonin deficiency and disrupted circadian rhythms in pediatric survivors of craniopharyngioma. *Neurology*. 2009;73(4):323-325. PMID: 19636054; PMCID:

PMC2715212.

131.    Rothschild JM, Keohane CA, Rogers S, Gardner R, Lipsitz SR, Salzberg CA, Yu T, Yoon CS, Williams DH, Wien MF, **Czeisler CA**, Bates DW, Landrigan CP. Risks of Complications by Attending Physicians After Performing Nighttime Procedures. *JAMA* 2009; 302(14):1565-72. PMID: 19826026

132.    **Czeisler CA,** Walsh JK, Wesnes KA, Arora S, Roth T. Armodafinil for treatment of excessive sleepiness associated with shift work disorder: A randomized controlled study. *Mayo Clinic Proc* 2009; 84(11):958-972. PMID: 19880686; PMCID: PMC2770907.

133.    Cohen DA, Wang W, Wyatt JK, Kronauer RE, Dijk DJ, **Czeisler CA**, Klerman EB. Uncovering residual effects of chronic sleep loss on human performance. *Sci Transl Med* 2010; 2(14):14ra3. PMID: 20371466; PMCID: PMC2892834.

134.    Munch M, Silva EJ, Ronda JM, **Czeisler CA,** Duffy JF. EEG sleep spectra in older adults across all circadian phases during NREM sleep. *Sleep* 2010; 33(3):389-401. PMID: 20337198; PMCID: PMC2831434.

135.    Gooley JJ, Rajaratnam SMW, Brainard GC, Kronauer RE, **Czeisler CA**, Lockley SW. Spectral responses of the human circadian system depend on the irradiance and duration of exposure to light. *Sci Transl Med* 2010; 2(31): 31ra33. PMID: 20463367

136.    Jung CM, Khalsa SB, Scheer FAJL, Cajochen C, Lockley SW, **Czeisler CA**, Wright KP Jr. Acute effects of bright light exposure on cortisol levels. *J Biol Rhythms* 2010; 25(3):208-216. PMID: 20484692; PMCID: PMC3686562.

137.    Blum AB, Raiszadeh F, Shea S, Mermin D, Lurie P, Landrigan CP, **Czeisler CA.** U.S. Public Opinion Regarding Proposed Limits on Resident-physician Work Hours. *BMC Med* 2010; 8:33. PMID: 20515479; PMCID: PMC2901227.

138.    Grady SP, Aeschbach D, Wright KP Jr., **Czeisler CA**. Effect of modafinil on impairments in neurobehavioral performance and learning associated with extended wakefulness and circadian misalignment. *Neuropsychopharmacol* 2010; 35(9):1910-1920. PMID: 20505660; PMCID: PMC2904872.

139.    Cain SW, Dennison CF, Zeitzer JM, Guzik AM, Khalsa SB, Santhi N, Schoen MW, **Czeisler CA**, Duffy JF. Sex differences in phase angle of entrainment and melatonin amplitude in humans. *J Biol Rhythms* 2010; 25(4):288-296. PMID: 20679498. PMCID: PMC3792014.

140.    Gordon JA, Alexander EK, Lockley SW, Evans EE, Venkatan SK, Landrigan CP, **Czeisler CA**. Does simulator-based clinical performance correlate with actual hospital behavior? The effect of extended work hours on patient care provided by medical interns. *Acad Med* 2010; 85(10):1583-1588. PMID: 20881679. PMCID: PMC3754850.

141.    Gooley JJ, Chamberlain K, Smith KA, Khalsa SB, Rajaratnam SM, Van Reen E, Zeitzer JM, **Czeisler CA**, Lockley SW. Exposure to room light before bedtime suppresses melatonin onset and shortens melatonin duration in humans. *J Clin Endocrinol Metab* 2011; 96(3):E463-72. PMID 21193540; PMCID: PMC3047226.

142. Chang AM, Scheer FA, **Czeisler CA**. The human circadian system adapts to prior photic history. *J Physiol* 2011; 589(Pt5):1095-1102. PMID 21224217; PMCID: PMC3060589.

143. Duffy JF, Cain SW, Chang AM, Phillips AJK, Munch MY, Gronfier C, Wyatt JK, Dijk D-J, Wright KP Jr., **Czeisler CA**. Sex difference in the near-24-hour intrinsic period of the human circadian timing system. *Proc Natl Acad Sci* 2011;108 Suppl 3:15602-8. [Epub May 2 2011] PMID 21536890; PMCID: PMC3176605.

144. Jung CM, Ronda JM, **Czeisler CA**, Wright KP Jr. Comparison of sustained attention assessed by auditory and visual psychomotor vigilance tasks prior to and during sleep deprivation. *J Sleep Res* 2011; 20:348-355. PMID: 20819145; PMCID: PMC3603691.

145. Phillips AJK, **Czeisler CA,** Klerman EB. Revisiting Spontaneous Internal Desynchrony using a Quantitative Model of Sleep Physiology. *J Biol Rhythms* 2011; 26:441-453. PMID 21921298; PMCID: PMC3557950.

146. Rajaratnam SM, Barger LK, Lockley SW, Shea SA, Wang W, Landrigan CP, O'Brien CS, Qadri S, Sullivan JP, Cade BE, Epstein LJ, White DP, **Czeisler CA**; Harvard Work Hours, Health and Safety Group. Sleep disorders, health, and safety in police officers. *JAMA* 2011; 306:2567-78. PMID 22187276.

147. Dijk DJ, Duffy JF, Silva EJ, Shanahan TL, Boivin DB, **Czeisler CA**. Amplitude reduction and phase shifts of melatonin, cortisol and other circadian rhythms after a gradual advance of sleep and light exposure in humans. *PLoS One* 2012; 7(2):e30037. PMID 22363414; PMCID: PMC3281823.

148. Buxton OM, Cain SW, O'Connor SP, Porter JH, Duffy JF, Wang W, **Czeisler CA**, Shea SA. Metabolic consequences in humans of prolonged sleep restriction combined with circadian disruption. *Sci Transl Med* 2012; 4(129):129ra43. PMID: 22496545. PMCID: PMC3678519.

149. Chang AM, Santhi N, St Hilaire MA, Gronfier C, Bradstreet DS, Duffy JF, Lockley SW, Kronauer RE, **Czeisler CA**. Human responses to bright light of different durations. *J Physiol* 2012; 590(13):3103-12. PMID: 22526883; PMCID: PMC3406393.

150. St. Hilaire MA, Gooley JJ, Khalsa SBS, Kronauer RE, **Czeisler CA**, Lockley SW. Human Phase Response Curve (PRC) to a 1-hour pulse of bright white light. *J Physiol* 2012; 590(13):3035-45. PMID: 22547633; PMCID: PMC3406389.

151. Klerman EB, Wang W, Duffy JF, Dijk D-J, **Czeisler CA**, Kronauer RE. Survival analysis indicates that age-related decline in sleep continuity occurs exclusively during NREM sleep. *Neurobiol Aging* 2013; 34(1):309-18. PMID: 22727943; PMCID: PMC3469724.

152. Pomplun M, Silva EJ, Ronda JM, Cain SW, Munch MY, **Czeisler CA**, Duffy JF. The effects of circadian phase, time awake, and imposed sleep restriction on performing complex visual tasks: evidence from comparative visual search. *J Vision* 2012; 12(7) pii:14. PMID: 22836655.

153. Berger M, Varvarigou V, Rielly A, **Czeisler CA,** Malhotra A, Kales SN. Employer-mandated sleep apnea screening and diagnosis in commercial drivers. *J Occup Environ Med* 2012; 54(8):1017-1025. PMID: 22850349; PMCID: PMC3415601.

154. Anderson C, Sullivan JP, Flynn-Evans EE, Cade BE, **Czeisler CA**, Lockley SW. Deterioration of

neurobehavioral performance in resident physicians during repeated exposure to extended duration work shifts. *Sleep* 2012; 35(8):1137-46. PMID: 22851809; PMCID: PMC3397817.

155.   Lim ASP, Chang AM, Shulman JM, Raj T, Chibnik LB, Cain SW, Rothamel K, Benoist C, Myers AJ, **Czeisler CA**, Buchman AS, Bennett DA, Duffy JF, Saper CB, De Jager PL. A common polymorphism near PER1 and the timing of human behavioral rhythms. *Ann Neurol* 2012; 72(3):324-34. PMID: 23034908; PMCID: PMC3464954.

156.   Gooley JJ, Ho Mien I, St. Hilaire MA, Yeo SC, Chua ECP, Van Reen E, Hanley CJ, Hull JT, **Czeisler CA**, Lockley SW. Melanopsin and Rod–Cone Photoreceptors Play Different Roles in Mediating Pupillary Light Responses during Exposure to Continuous Light in Humans. *J Neurosci* 2012; 32(41):14242-53. PMID: 23055493; PMCID: PMC3515688.

157.   Rüger M, St. Hilaire MA, Brainard G, Khalsa SBS, Kronauer RE, **Czeisler CA**, Lockley SW. Human phase response curve to a single 6.5-h pulse of short-wavelength light. *J Physiol* 2013; 591 (Pt 1):353-63. PMID: 23090946; PMCID: PMC3630790.

158.   Crowley KE, Rajaratnam SMW, Shea SA, Epstein LJ, **Czeisler CA**, Lockley SW. Evaluation of a single-channel nasal pressure device to assess obstructive sleep apnea risk in laboratory and home environments. *J Clin Sleep Med* 2013; 9(2):109-116. PMID: 23372462; PMCID: PMC3544377.

159.   Shekleton JA, Rajaratnam SWM, Gooley JJ, Van Reen E, **Czeisler CA**, Lockley SW. Improved neurobehavioral performance during the wake maintenance zone. *J Clin Sleep Med* 2013; 9(4):353-362. PMID: 23585751; PMCID: PMC3601314.

160.   Sigurdardottir LG, Valdimarsdottir UA, Mucci LA, Fall K, Rider JR, Schernhammer E, **Czeisler CA**, Launer L, Harris T, Stampfer MJ, Gudnason V, Lockley SW. Sleep disruption among older men and risk of prostate cancer. *Cancer Epidemiol Biomarkers Prev* 2013; 22(5):872-9. PMID: 23652374; PMCID: PMC3652595.

161.   Vandewalle G, Collignon O, Hull JT, Daneault V, Albouy G, Lepore F, Phillips C, Doyon J, **Czeisler CA**, Dumont M, Lockley SW, Carrier J. Blue light stimulates cognitive brain activity in visually blind individuals. *J Cogn Neurosci* 2013; 25(12):2072-85. PMID:23859643.

162.   Chang AM, Scheer FAJL, **Czeisler CA,** Aeschbach D. Direct effects of light on alertness, vigilance, and the waking electroencephalogram in humans depend on prior light history. *Sleep* 2013; 36(8):1239-46. PMID: 23904684; PMCID: PMC3700721.

163.   Anderson C, Chang AM, Sullivan JP, Ronda JM, **Czeisler CA**. Assessment of Drowsiness Based on Ocular Parameters Detected by Infra-Red Reflectance Oculography. *J Clin Sleep Med* 2013; 9(9):907-20. PMID: 23997703. PMCID: PMC3746718.

164.   Lucas RJ, Peirson SN, Berson DM, Brown TM, Cooper HM, **Czeisler CA**, Figueiro MG, Gamlin PD, Lockley SW, O'Hagan JB, Price LL, Provencio I, Skene DJ, Brainard GC. Measuring and using light in the melanopsin age. *Trends Neurosci* 2014; 37(1):1-9. PMID: 24287308.

165.   Gradisar M, Wolfson AR, Harvey AG, Hale L, Rosenberg R, **Czeisler CA**. The Sleep and Technology Use of Americans: Findings from The National Sleep Foundation's 2011 Sleep in America Poll. *J Clin*

*Sleep Med* 2013; 9(12):1291-9. PMID 24340291. PMCID: PMC3836340.

166. Balasubramanian R, Cohen DA, Klerman EB, Pignatelli D, Hall JE, Dwyer AA, **Czeisler CA**, Pitteloud N, Crowley WF Jr. Absence of Central Circadian Pacemaker Abnormalities in Humans With Loss of Function Mutation in Prokineticin 2. *J Clin Endocrinol Metab*. 2014; 99(3):E561-6. PMID: 24423319. PMCID: PMC3942237.

167. Rahman SA; Flynn-Evans EE; Aeschbach D; Brainard GC; **Czeisler CA**; Lockley SW. Diurnal spectral sensitivity of the acute alerting effects of light. *Sleep* 2014; 37(2):271-281. PMID: 24501435. PMCID: PMC3942237.

168. Devore EE, Grodstein F, Duffy JF, Stampfer MJ, **Czeisler CA**, Schernhammer ES. Sleep Duration in Midlife and Later Life in Relation to Cognition. *J Am Geriatr Soc* 2014 62(6):1073-81. PMID: 24786726. PMCID: PMC4188530.

169. Sigurdardottir LG, Markt SC, Rider JR, Haneuse S, Fall K, Schernhammer ES, Tamimi RM, Flynn-Evans E, Batista JL, Launer L, Harris T, Aspelund T, Stampfer MJ, Gudnason V, **Czeisler CA**, Lockley SW, Valdimarsdottir UA, Mucci LA. Urinary Melatonin Levels, Sleep Disruption, and Risk of Prostate Cancer in Elderly Men. *Eur Urol* 2014; 67(2):191-194. PMID 25107635.

170. Barger LK, Flynn-Evans EE, Kubey A, Walsh L, Ronda JM, Wang W, Wright KP Jr, **Czeisler CA**. Prevalence of sleep deficiency and use of hypnotic drugs in astronauts before, during, and after spaceflight: an observational study. *Lancet Neurol* 2014; 13(9): 904-12. PMID: 25127232. PMCID: PMC4188436.

171. Markt SC, Valdimarsdottir UA, Shui IM, Sigurdardottir LG, Rider JR, Tamimi RM, Batista JL, Haneuse S, Flynn-Evans E, Lockley SW, **Czeisler CA**, Stampfer MJ, Launer L, Harris T, Smith AV, Gudnason V, Lindstrom S, Kraft P, Mucci LA. Circadian clock genes and risk of fatal prostate cancer. *Cancer Causes Control* 2015; 26(1):25-33. PMID: 25388799. PMCID: PMC4282953.

172. Rahman SA, Castanon-Cervantes O, Scheer FAJL, Shea SA, **Czeisler CA**, Davidson AJ, Lockley SW. Endogenous circadian regulation of pro-inflammatory cytokines and chemokines in the presence of bacterial lipopolysaccharide in humans. *Brain Behav Immun* 2015; 47:4-13. PMID: 25452149.

173. Chang AM, Aeschbach D, Duffy JF, **Czeisler CA**. Evening Use of Light-Emitting eReaders Negatively Affects Sleep, Circadian Timing, and Next-Morning Alertness. *Proc Natl Acad Sci* 2015; 112(4):1232-7. PMID: 25535358.

174. Barger LK, Rajaratnam SMW, Wang W, O'Brien CS, Sullivan JP, Qadri S, Lockley SW, **Czeisler CA**. Common sleep disorders increase risk of motor vehicle crashes and adverse health outcomes in firefighters. *J Clin Sleep Med* 2015; 11(3):233-40. PMID: 25580602.

175. Aronow HD, Gurm HS, Blankenship JC, **Czeisler CA**, Wang TY, McCoy LA, Neely ML, Spertus JA. Middle-of-the-night percutaneous coronary intervention and its association with percutaneous coronary intervention outcomes performed the following day: An analysis from the National Cardiovascular Data Registry. *JACC Cardiovasc Interv* 2015; 8(1 Pt A):49-56. PMID: 25616817.

176. Wright KP Jr, Drake AL, Frey DJ, Fleshner M, Desouza CA, Gronfier C, **Czeisler CA**. Influence of sleep deprivation and circadian misalignment on cortisol, inflammatory markers, and cytokine balance.

Brain *Behav Immun* 2015; 47:24-34. PMID 25640603.

177.   Burke TM, Scheer FA, Ronda JM, **Czeisler CA**, Wright KP Jr. Sleep inertia, sleep homeostatic and circadian influences on higher-order cognitive functions. *J Sleep Res* 2015; 24(4):364-71. PMID: 25773686.

178.   Rajaratnam SMW, Landrigan CP, Wang W, Kaprielian R, Moore RT, **Czeisler CA.** Teen driver crashes decreased after massachusetts increased restrictions, penalties, and made education classes mandatory. *Health Affairs* 2015; 34(6):963-970. PMID: 26056201.

179.   de la Iglesia HO, Fernández-Duque  E, Golombek DA, Lanza N, Duffy JF, **Czeisler CA**, Valeggia CR. Access to electric light is associated with shorter sleep duration in a traditionally hunter-gatherer community. *J Biol Rhythms* 2015; 30(4):342-50. PMID: 26092820.

180.   Maurer L, Zitting KM, Elliott K, **Czeisler CA**, Ronda JM, Duffy JF. A new face of sleep: The impact of post-learning sleep on recognition memory for face-name associations. *Neurobiol Learn Mem*. 2015; 126:31-38. doi:10.1016/j.nlm.2015.10.012. Epub 2015 Nov 5. PMID: 26549626; PMCID: PMC4666502.

181.   Flynn-Evans EE, Barger LK, Kubey AA, Sullivan JP, **Czeisler CA**. Circadian misalignment affects sleep and medication use before and during spaceflight. *NPJ Microgravity*. 2016; 2:15019. doi: 10.1038/npjmgrav.2015.19. PMID: 28725719; PMCID: PMC5515517.

182.   Markt SC, Flynn-Evans EE, Valdimarsdottir UA, Sigurdardottir LG, Tamimi RM, Batista JL, Haneuse S, Lockley SW, Stampfer M, Wilson KM, **Czeisler CA**, Rider JR, Mucci LA. Sleep Duration and Disruption and Prostate Cancer Risk: a 23-Year Prospective Study. *Cancer Epidemiol Biomarkers Prev*. 2016 Feb;25(2):302-8. doi: 10.1158/1055-9965.EPI-14-1274. Epub 2015 Dec 16. PMID: 26677208; PMCID: PMC4767658.

183.   Lee ML, Howard ME, Horrey WJ, Liang Y, Anderson C, Shreeve MS, O'Brien CO, **Czeisler CA**. High Risk of Near-Crash Driving Events Following Night-shift Work. *Proc Natl Acad Sci* 2016; 113(1):176-81. PMID: 26699470.

184.   Lane JM, Chang AM, Bjonnes AC, Aeschbach D, Anderson C, Cade BE, Cain SW, **Czeisler CA**, Gharib SA, Gooley JJ, Gottlieb DJ, Grant SF, Klerman EB, Lauderdale DS, Lockley SW, Munch M, Patel S, Punjabi NM, Rajaratnam SM, Rueger M, St Hilaire MA, Santhi N, Scheuermaier K, Van Reen E, Zee PC, Shea SA, Duffy JF, Buxton OM, Redline S, Scheer FA, Saxena R. Impact of common diabetes risk variant in MTNR1B on sleep, circadian and melatonin physiology. *Diabetes* 2016; 65(6):1741-1751. PMID: 26868293.

185.   Bermudez EB, Klerman EB, **Czeisler CA**, Cohen DA, Wyatt JK, Phillips AJ. Prediction of vigilant attention and cognitive performance using self-reported alertness, circadian phase, hours since awakening, and accumulated sleep loss. *PLoS ONE* 2016; 11(3): e0151770. PMID: 27019198.

186.   Barger LK, O'Brien CS, Rajaratnam SM, Qadri S, Sullivan JP, Wang W, **Czeisler CA**, Lockley SW. Implementing a Sleep Health Education and Sleep Disorders Screening Program in Fire Departments: A Comparison of Methodology. *J Occup Environ Med* 2016; 58(6):61-9. PMID: 27035103.

187.   Burks SV, Anderson JE, Bombyk M, Haider R, Ganzhorn D, Jiao X, Lewis C, Lexvold A, Liu H, Ning J, Toll A, Hickman JS, Mabry E, Berger M, Malhotra A, **Czeisler CA**, Kales SN. Non-adherence with

employer-mandated sleep apnea treatment and increased risk of serious truck crashes. *Sleep* 2016; 39(5):967-75. PMID: 27070139.

188. Chang AM, Bjonnes A, Aeschback D, Buxton OM, Gooley JJ, Anderson C, Van Reen E, Cain SW, **Czeisler CA,** Duffy JF, Lockley SW, Shea S, Scheer FAJL, Saxena R. Circadian Gene Variants Influence Sleep and the Sleep Electroencephalogram in Humans. *Chronobiol Int* 2016; 33(5):561-73. PMID: 27089043

189. Sigurdardottir LG, Markt SC, Sigurdsson S, Aspelund T, Fall K, Schernhammer E, Rider JR, Launer L, Harris T, Stampfer MJ, Gudnason V, **Czeisler CA,** Lockley SW, Valdimarsdottir UA, Mucci LA. Pineal gland volume assessed by MRI and its correlation with 6-sulfatoxymelatonin levels among older men. *J Biol Rhythms* 2016; 31(5):1171-3. PMID: 27449477.

190. Walsh L, McLoone S, Ronda J, Duffy JF, **Czeisler CA**. Non-contact Pressure-based Sleep/Wake Discrimination. *IEEE Trans Biomed Eng* 2017; 64(8):1750-1760. PMID: 27845651.

191. Cain SW, Chang AM, Vlasac I, Tare A, Anderson C, **Czeisler CA,** Saxena R. Circadian rhythms in plasma brain-derived neurotrophic factor differ in men and women. *J Biol Rhythms*. 2017 Feb;32(1):75-82. PMID: 28326910.

192. Sullivan JP, O'Brien CS, Barger LK, Rajaratnam SM, **Czeisler CA,** Lockley SW; Harvard Work Hours, Health and Safety Group. Randomized, prospective study of the impact of a sleep health program on firefighter injury and disability. *Sleep* 2017; 40(1). PMID: 28364446.

193. Rahman SA, St Hilaire MA, Chang AM, Santhi N, Duffy JF, Kronauer RE, **Czeisler CA,** Lockley SW, Klerman EB. Circadian phase resetting by a single short-duration light exposure. *JCI Insight*. 2017 Apr 6;2(7):e89494. PMID: 28405608.

194. Phillips AJK, Clerx WM, O'Brien CS, Sano A, Barger LK, Picard RW, Lockley SW, Klerman EB, **Czeisler CA**. Irregular sleep/wake patterns are associated with poorer academic performance and delayed circadian and sleep/wake timing. *Scientific Reports* 2017; 7(1):3216. PMID: 28607474 PMCID: PMC5468315.

195. Swanson C, Shea SA, Wolfe P, Markwardt S, Cain SW, Munch M, **Czeisler CA,** Orwoll ES, Buxton OM. 24-hour profile of serum sclerostin and its association with bone biomarkers in men. *Osteoporos Int* 2017; 28(11):3205-3213. PMID: 28744601. PMCID: PMC5859541.

196. Rachmin I, O'Meara CC, Ricci-Blair EM, Feng Y, Christensen EM, Duffy JF, Zitting KM, **Czeisler CA,** Pancoast JR, Cannon CP, O'Donoghue ML, Morrow DA, Lee RT. Soluble interleukin-13rα1: A circulating regulator of glucose. *Am J Physiol Endocrinol Metab* 2017; 313(6):E663-E671. PMID: 28874358. PMCID: PMC5814599.

197. McHill AW, Phillips AJK, **Czeisler CA,** Keating L, Yee K, Barger LK, Garaulet M, Scheer FAJL, Klerman EB. Later circadian timing of food intake is associated with increased body fat. *Am J Clin Nutr* 2017; 106(5):1213-1219. PMID: 28877894. PMCID: PMC5657289.

198. Grant LK, Cain SW, Chang AM, Saxena R, **Czeisler CA,** Anderson C. Impaired cognitive flexibility during sleep deprivation among carriers of the Brain Derived Neurotrophic Factor (BDNF) Val66Met

allele. *Behav Brain Res* 2018; 338:51-55. PMID: 28947280.

199.    Swanson C, Shea SA, Wolfe P, Cain SW, Munch M, Vujovic N, **Czeisler CA**, Buxton OM, Orwoll ES. Bone turnover markers after sleep restriction and circadian disruption: A mechanism for sleep-related bone loss in humans. *J Clin Endocrinol Metab* 2017; 102(10):3722-3730. PMID: 28973223 PMCID: PMC5630251.

200.    Barger LK, Rajaratnam SMW, Cannon CP, Lukas MA, Im K, Goodrich EL, **Czeisler CA**, O'Donoghue ML. Short sleep duration, obstructive sleep apnea, shiftwork, and the risk of adverse cardiovascular events in patients after an acute coronary syndrome. *J Am Heart Assoc* 2017; 6(10): pii: e006959. PMID: 29018021.

201.    Liang Y, Horrey WJ, Howard ME, Lee ML, Anderson C, Shreeve MS, O'Brien CS, **Czeisler CA**. Prediction of drowsiness events in night shift workers during morning driving. *Accid Anal Prev*. 2017 Nov 7. [Epub ahead of print]. PMID: 29126462.

202.    Williams JS, Autori PJ, Kidd SK, Piazza G, Connors MC, **Czeisler CA**, Scheuermaier KD, Duffy J, Klerman EB, Scheer FA, Kozak M, Driscoll SM, Goldhaber SZ. Heparin-induced thrombocytopenia in healthy individuals with continuous heparin infusion. *TH Open*. 2018 Jan 30;2(1):e49-e53. doi: 10.1055/s-0038-1624565. eCollection 2018 Jan. PubMed PMID: 31249929; PubMed Central PMCID: PMC6524859.

203.    Anderson C, Ftouni S, Ronda JM, Rajaratnam SMW, **Czeisler CA**, Lockley SW. Self-reported drowsiness and safety outcomes while driving after an extended duration work shift in trainee physicians. *Sleep* 2018; 41(2):1-11. PMID: 29281091.

204.    Stern HS, Blower D, Cohen ML, **Czeisler CA**, Dinges DF, Greenhouse JB, Guo F, Hanowski RJ, Hartenbaum NP, Krueger GP, Mallis MM, Pain RF, Rizzo M, Sinha E, Small DS, Stuart EA, Wegman DH. Data and methods for studying commercial motor vehicle driver fatigue, highway safety and long-term driver health. *Accid Anal Prev* 2018; 125(8): 1160-1171. PMID: 29530304.

205.    Gottlieb DJ, Ellenbogen JM, Bianchi MT, **Czeisler CA**. Sleep deficiency and motor vehicle crash risk in the general population: a prospective cohort study. *BMC Med* 2018; 16(1):44. PMID: 29554902 PMCID: PMC5859531.

206.    Hull JT, **Czeisler CA**, Lockley SW. Suppression of melatonin secretion in totally visually blind people by ocular exposure to white light: Clinical characteristics. *Ophthalmology* 2018; 125(8):1160-1171. PMID: 29625838.

207.    Rahman SA, St Hilaire MA, Gronfier C, Chang AM, Santhi N, **Czeisler CA**, Klerman EB, Lockley SW. Functional decoupling of melatonin suppression and circadian phase resetting in humans. *J Physiol* 2018; 596(11): 2147-2157. PMID: 29707782.

208.    McHill AW, Hull J, Wang W, **Czeisler CA**, Klerman E. Chronic sleep curtailment, even without extended (>16 h) wakefulness, degrades human vigilance performance. *Proc Natl Acad Sci* 2018; 115(23):6070-6075. PMID: 29784810.

209.    Vidafar P, Gooley JJ, Burns AC, Rajaratnam SMW, Rueger M, Van Reen E, **Czeisler CA**, Lockley SW, Cain SW. Increased vulnerability to attentional failure during acute sleep deprivation in women depends

on menstrual phase. *Sleep* 2018; 41(8). PMID: 29790961.

210.  Chinoy ED, Duffy JF, **Czeisler CA**. Unrestricted evening use of light-emitting tablet computers delays self-selected bedtime and disrupts circadian timing and alertness. *Physiol Rep*. 2018; 6(10):e13692. PMID: 29845764.

211.  Zitting KM, Munch MY, Cain SW, Wang W, Wong A, Ronda JM, Aeschbach D, **Czeisler CA**, Duffy JF. Young adults are more vulnerable to chronic sleep deficiency and recurrent circadian disruption than older adults. *Sci Reports* 2018; 8(1):11052. PMID: 30038272.

212.  Weaver MD, Vetter C, Rajaratnam SMW, O'Brien CS, Qadri S, Benca RM, Rogers AE, Leary EB, Walsh JK, **Czeisler CA**, Barger LK. Sleep disorders, depression, and anxiety are associated with adverse safety outcomes in healthcare workers: A prospective cohort study. *J Sleep Res* 2018 Aug 1. [Epub ahead of print]. PMID: 30069960.

213.  Ogeil RP, Barger LK, Lockley SW, O'Brien CS, Sullivan JP, Qadri S, Lubman DI, **Czeisler CA**, Rajaratnam SMW. Cross-sectional analysis of sleep-promoting and wake-promoting drug use on health, fatigue-related error, and near-crashes in police officers. *BMJ Open*. 2018; 8(9):e022041. PMID: 30232109.

214.  Zitting KM, Vujovic N, Yuan RK, Isherwood CM, Medina JE, Wang W, Buxton OM, Williams JW, **Czeisler CA**, Duffy JF. Human resting energy expenditure varies with circadian phase. *Curr Biol* 2018; 28(22):3685-3690.e3. PMID: 30416064.

215.  Vandewalle G, van Ackeren MJ, Daneault V, Hull JT, Albouy G, Lepore F, Doyon J, **Czeisler CA**, Dumont M, Carrier J, Lockley SW, Collignon O. Light modulates oscillatory alpha activity in the occipital cortex of totally visually blind individuals with intact non-image-forming photoreception. *Sci Reports* 2018; 8(1):16968. PMID: 30446699.

216.  Rhodes JA, Lane JM, Vlasac IM, Rutter MK, **Czeisler CA**, Saxena R. Association of DAT1 genetic variants with habitual sleep duration in the UK Biobank. *Sleep*. 2019 Jan 1;42(1):zsy193. doi: 10.1093/sleep/zsy193. PMID: 30299516; PMCID: PMC6335867.

217.  Wolkow AP, Barger LK, O'Brien CS, Sullivan JP, Qadri S, Lockley SW, **Czeisler CA**, Rajaratnam SMW. Associations between sleep disturbances, mental health outcomes and burnout in firefighters, and the mediating role of sleep during overnight work: A cross-sectional study. *J Sleep Res*. 2019 May 26:e12869. doi:10.1111/jsr.12869. [Epub ahead of print] PubMed PMID: 31131535.

218.  Barger LK, Sullivan JP, Blackwell T, O'Brien CS, St Hilaire MA, Rahman SA, Phillips AJK, Qadri S, Wright KP, Segar JL, McGuire JK, Vitiello MV, de la Iglesia HO, Poynter SE, Yu PL, Zee P, Sanderson AL, Halbower AC, Lockley SW, Landrigan CP, Stone KL, **Czeisler CA**; ROSTERS Study Group. Effects on Resident Work Hours, Sleep duration and work experience in a randomized order safety trial evaluating resident-physician schedules (ROSTERS). *Sleep*. 2019 May 20. pii:zsz110. doi: 10.1093/sleep/zsz110. [Epub ahead of print] PubMed PMID: 31106381.

219.  Robbins R, Grandner MA, Buxton OM, Hale L, Buysse DJ, Knutson KL, Patel SR, Troxel WM, Youngstedt SD, **Czeisler CA**, Jean-Louis G. Sleep myths: an expert-led study to identify false beliefs about sleep that impinge upon population sleep health practices. *Sleep Health*. 2019 Apr 16. pii: S2352-

7218(19)30025-7. doi:10.1016/j.sleh.2019.02.002. [Epub ahead of print] PubMed PMID: 31003950.

220.  Chang AM, Duffy JF, Buxton OM, Lane JM, Aeschbach D, Anderson C, Bjonnes AC, Cain SW, Cohen DA, Frayling TM, Gooley JJ, Jones SE, Klerman EB, Lockley SW, Munch M, Rajaratnam SMW, Rueger M, Rutter MK, Santhi N, Scheuermaier K, Van Reen E, Weedon MN, **Czeisler CA**, Scheer FAJL, Saxena R. Chronotype genetic variant in PER2 is associated with intrinsic circadian period in humans. *Sci Reports* 2019 Mar 29;9(1):5350. doi: 10.1038/s41598-019-41712-1. PubMed PMID: 30926824; PubMed Central PMCID: PMC6440993.

221.  Blackwell T, Kriesel DR, Vittinghoff E, O'Brien CS, Sullivan JP, Viyaran NC, Rahman SA, Lockley SW, Barger LK, Halbower AC, Poynter SE, Wright KP Jr, Yu PL, Zee PC, Landrigan CP, **Czeisler CA**, Stone KL; ROSTERS Study Group. Design and recruitment of the randomized order safety trial evaluating resident-physician schedules (ROSTERS) study. *Contemp Clin Trials*. 2019 May;80:22-33. doi:10.1016/j.cct.2019.03.005. Epub 2019 Mar 15. PubMed PMID: 30885799; PubMed Central PMCID: PMC6482052.

222.  McHill AW, **Czeisler CA**, Phillips AJK, Keating L, Barger LK, Garaulet M, Scheer FAJL, Klerman EB. Caloric and macronutrient intake differ with circadian phase and between lean and overweight young adults. *Nutrients*. 2019 Mar 11;11(3). pii: E587. doi: 10.3390/nu11030587. PubMed PMID: 30862011; PubMed Central PMCID: PMC6471585.

223.  St Hilaire MA, Anderson C, Anwar J, Sullivan JP, Cade BE, Flynn-Evans EE, **Czeisler CA**, Lockley SW; Harvard Work Hours Health and Safety Group. Brief (<4 hr) sleep episodes are insufficient for restoring performance in first-year resident physicians working overnight extended-duration work shifts. *Sleep*. 2019 May 1;42(5). pii: zsz041. doi: 10.1093/sleep/zsz041. PubMed PMID: 30794317; PubMed Central PMCID: PMC6519906.

224.  Rahman SA, Bibbo C, Olcese J, **Czeisler CA**, Robinson JN, Klerman EB. Relationship between endogenous melatonin concentrations and uterine contractions in late third trimester of human pregnancy. *J Pineal Res*. 2019 May;66(4):e12566. doi: 10.1111/jpi.12566. Epub 2019 Mar 10. PubMed PMID: 30739346; PubMed Central PMCID: PMC6453747.

225.  McHill AW, Hull JT, Cohen DA, Wang W, **Czeisler CA**, Klerman EB. Chronic sleep restriction greatly magnifies performance decrements immediately after awakening. *Sleep*. 2019 May 1;42(5). pii: zsz032. doi: 10.1093/sleep/zsz032. PubMed PMID: 30722039; PubMed Central PMCID: PMC6519907.

226.  Kronauer RE, St Hilaire MA, Rahman SA, **Czeisler CA**, Klerman EB. An exploration of the temporal dynamics of circadian resetting responses to short- and long-duration light exposures: Cross-species consistencies and differences. *J Biol Rhythms*. 2019:748730419862702. doi: 10.1177/0748730419862702. [Epub ahead of print] PubMed PMID: 31368391.

227.  Fischer D, McHill AW, Sano A, Picard RW, Barger LK, **Czeisler CA**, Klerman EB, Phillips AJK. Irregular sleep and event schedules are associated with poorer self-reported well-being in US college students. *Sleep*. 2019 Dec 14. pii: zsz300. doi: 10.1093/sleep/zsz300. [Epub ahead of print] PubMed PMID: 31837266.

228.  Peterson SA, Wolkow AP, Lockley SW, O'Brien CS, Qadri S, Sullivan JP, **Czeisler CA**, Rajaratnam SMW, Barger LK. Associations between shift work characteristics, shift work schedules, sleep and burnout in North American police officers: a cross-sectional study. *BMJ Open*. 2019 Dec

1;9(11):e030302. doi: 10.1136/bmjopen-2019-030302. PubMed PMID: 31791964; PubMed Central PMCID: PMC6924705.

229. St Hilaire MA, Kristal BS, Rahman SA, Sullivan JP, Quackenbush J, Duffy JF, Barger LK, Gooley JJ, **Czeisler CA**, Lockley SW. Using a single daytime performance test to identify most individuals at high-risk for performance impairment during extended wake. *Sci Rep.* 2019 Nov 13;9(1):16681. doi: 10.1038/s41598-019-52930-y. PubMed PMID: 31723161; PubMed Central PMCID: PMC6853981.

230. Grant LK, Gooley JJ, St Hilaire MA, Rajaratnam SMW, Brainard GC, **Czeisler CA**, Lockley SW, Rahman SA. Menstrual phase-dependent differences in neurobehavioral performance: the role of temperature and the progesterone/estradiol ratio. *Sleep.* 2019 Oct 31. [Epub ahead of print] *Sleep.* 2020 Feb 13;43(2):zsz227. doi:10.1093/sleep/zsz227. PMID: 31670824; PMCID: PMC7457328.

231. Rahman SA, Wright KP Jr, Lockley SW, **Czeisler CA**, Gronfier C. Characterizing the temporal dynamics of melatonin and cortisol changes in response to nocturnal light exposure. *Sci Rep.* 2019 Dec 23;9(1):19720. doi: 10.1038/s41598-019-54806-7. PubMed PMID: 31873098; PubMed Central PMCID: PMC6928018.

232. Swanson CM, Kohrt WM, Wolfe P, Wright KP Jr, Shea SA, Cain SW, Munch M, Vujović N, **Czeisler CA**, Orwoll ES, Buxton OM. Rapid suppression of bone formation marker in response to sleep restriction and circadian disruption in men. *Osteoporos Int.* 2019 Dec;30(12):2485-2493. doi: 10.1007/s00198-019-05135-y. Epub 2019 Aug 24. PubMed PMID: 31446439; PubMed Central PMCID: PMC6879850.

233. Chua EC, Sullivan JP, Duffy JF, Klerman EB, Lockley SW, Kristal BS, **Czeisler CA**, Gooley JJ. Classifying attentional vulnerability to total sleep deprivation using baseline features of Psychomotor Vigilance Test performance. *Sci Rep.* 2019 Aug 20;9(1):12102. doi: 10.1038/s41598-019-48280-4. PubMed PMID: 31431644; PubMed Central PMCID: PMC6702200.

234. Rahman SA, Grant LK, Gooley JJ, Rajaratnam SMW, **Czeisler CA**, Lockley SW. Endogenous circadian regulation of female reproductive hormones. *J Clin Endocrinol Metab.* 2019 Dec 1;104(12):6049-6059. doi: 10.1210/jc.2019-00803. PubMed PMID: 31415086; PubMed Central PMCID: PMC6821202.

235. Burks SV, Anderson JE, Panda B, Haider HS, Haider R, Shi D, Li Y, Cagle M, Ostroushko D, Sun Z, Zaharick J, Hickman J, Mabry E, Berger M, **Czeisler C**, Kales SN. The pre-registry commercial driver medical examination: screening sensitivity and certification lengths for two safety-related medical conditions. *J Occup Environ Med.* 2020 Mar;62(3):237-245. doi: 10.1097/JOM.0000000000001816. PMID: 31977920.

236. Stack N, Zeitzer JM, **Czeisler C**, Diniz Behn C. Estimating Representative Group Intrinsic Circadian Period from Illuminance-Response Curve Data. *J Biol Rhythms.* 2020 Apr;35(2):195-206. doi: 10.1177/0748730419886992. Epub 2019 Nov 29. PMID: 31779499.

237. Burks SV, Anderson JE, Panda B, Haider R, Ginader T, Sandback N, Pokutnaya D, Toso D, Hughes N, Haider HS, Brockman R, Toll A, Solberg N, Eklund J, Cagle M, Hickman JS, Mabry E, Berger M, **Czeisler CA**, Kales SN. Employer-mandated obstructive sleep apnea treatment and healthcare cost savings among truckers. *Sleep.* 2019 Oct 24 [Epub ahead of print] *Sleep.* 2020 Apr 15;43(4):zsz262. doi: 10.1093/sleep/zsz262. PMID: 31648298; PMCID: PMC7457325.

238.   Amira SA, Bressler BL, Lee JH, **Czeisler CA**, Duffy JF. Psychological screening for exceptional environments: laboratory circadian rhythm and sleep research. *Clocks Sleep*. 2020 Apr 15;2(2):13. doi: 10.3390/clockssleep2020013. PMID: 33089194; PMCID: PMC7445832.

239.   Azarbarzin A, Younes M, Sands SA, Wellman A, Redline S, **Czeisler CA**, Gottlieb DJ. Interhemispheric sleep depth coherence predicts driving safety in sleep apnea. *J Sleep Res*. 2020 May 22:e13092. doi: 10.1111/jsr.13092. Epub ahead of print. PMID: 32441843.

240.   Yuan RK, Zitting KM, Wang W, Buxton OM, Williams JS, Duffy JF, **Czeisler CA**. Fasting blood triglycerides vary with circadian phase in both young and older people. *Physiol Rep*. 2020 Jun;8(11):e14453. doi: 10.14814/phy2.14453. PMID: 32519460; PMCID: PMC7283043.

241.   Fischer D, McHill AW, Sano A, Picard RW, Barger LK, **Czeisler CA**, Klerman EB, Phillips AJK. Irregular sleep and event schedules are associated with poorer self-reported well-being in US college students. *Sleep*. 2020 Jun 15;43(6):zsz300. doi: 10.1093/sleep/zsz300. PMID: 31837266; PMCID: PMC7294408.

242.   Czeisler MÉ, Tynan MA, Howard ME, Honeycutt S, Fulmer EB, Kidder DP, Robbins R, Barger LK, Facer-Childs ER, Baldwin G, Rajaratnam SMW, **Czeisler CA**. Public attitudes, behaviors, and beliefs related to COVID-19, stay-at-home orders, nonessential business closures, and public health guidance - United States, New York City, and Los Angeles, May 5-12, 2020. *MMWR Morb Mortal Wkly Rep*. 2020 Jun 19;69(24):751-758. doi: 10.15585/mmwr.mm6924e1. PMID: 32555138; PMCID: PMC7302477.

243.   Daniel DA, Poynter SE, Landrigan CP, **Czeisler CA**, Burns JP, Wolbrink TA. Pediatric resident engagement with an online critical care curriculum during the intensive care rotation. *Pediatr Crit Care Med*. 2020 Jun 25. DOI: https://doi.org/10.1097/PCC.0000000000002477. Epub ahead of print. PMID: 32590830.

244.   Landrigan CP, Rahman SA, Sullivan JP, Vittinghoff E, Barger LK, Sanderson AL, Wright KP Jr, O'Brien CS, Qadri S, St Hilaire MA, Halbower AC, Segar JL, McGuire JK, Vitiello MV, de la Iglesia HO, Poynter SE, Yu PL, Zee PC, Lockley SW, Stone KL, **Czeisler CA**; ROSTERS Study Group. Effect on patient safety of a resident physician schedule without 24-hour shifts. *N Engl J Med*. 2020 Jun 25;382(26):2514-2523. DOI: https://doi.org/10.1056/NEJMoa1900669. PMID: 32579812; PMCID: PMC7405505.

245.   Swanson CM, Shea SA, Kohrt WM, Wright KP, Cain SW, Munch M, Vujović N, **Czeisler CA**, Orwoll ES, Buxton OM. Sleep restriction with circadian disruption negatively alter bone turnover markers in women. *J Clin Endocrinol Metab*. 2020 Jul 1;105(7):2456–63. DOI: https://doi.org/10.1210/clinem/dgaa232. PMID: 32364602; PMCID: PMC7448297.

246.   Weaver MD, Landrigan CP, Sullivan JP, O'Brien CS, Qadri S, Viyaran N, Wang W, Vetter C, **Czeisler CA**, Barger LK. The association between resident physician work-hour regulations and physician safety and health. *Am J Med*. 2020 Jul;133(7):e343-e354. DOI: https://doi.org/10.1016/j.amjmed.2019.12.053. Epub 2020 Feb 13. PMID: 32061733; PMCID: PMC7469904.

247.   Czeisler MÉ, Lane RI, Petrosky E, Wiley JF, Christensen A, Njai R, Weaver MD, Robbins R, Facer-Childs ER, Barger LK, **Czeisler CA**, Howard ME, Rajaratnam SMW. Mental health, substance use, and suicidal ideation during the COVID-19 pandemic—United States, June 24-30, 2020. *MMWR Morb Mortal Wkly Rep*. 2020 Aug 14;69(32):1049-1057. DOI: https://doi.org/10.15585/mmwr.mm6932a1.

PMID: 32790653; PMCID:PMC7440121.

248. Czeisler MÉ, Marynak K, Clarke KEN, Salah Z, Shakya I, Thierry JM, Ali N, McMillan H, Wiley JF, Weaver MD, **Czeisler CA**, Rajaratnam SMW, Howard ME. Delay or avoidance of medical care because of COVID-19-related concerns—United States, June 2020. *MMWR Morb Mortal Wkly Rep*. 2020 Sep 11;69(36):1250-1257. DOI: https://doi.org/10.15585/mmwr.mm6936a4. PMID: 32915166; PMCID: PMC7499838.

249. Grant LK, **Czeisler CA**, Lockley SW, Rahman SA. Time-of-day and meal size effects on clinical lipid markers. *J Clin Endocrinol Metab*. 2020 Oct 14:dgaa739. DOI: https://doi.org/10.1210/clinem/dgaa739. Epub ahead of print. PMID: 33051649.

250. Barger LK, Sullivan JP, Lockley SW, **Czeisler CA**. Exposure to short wavelength-enriched white light and exercise improves alertness and performance in operational NASA flight controllers working overnight shifts. *J Occup Environ Med*. 2020 Oct 14. DOI: https://doi.org/10.1097/JOM.0000000000002054. Epub ahead of print. PMID: 33065729.

251. Czeisler MÉ, Garcia-Williams AG, Molinari N, Gharpure R, Li Y, Barrett CE, Robbins R, Facer-Childs ER, Barger LK, **Czeisler CA**, Rajaratnam SMW, Howard ME. Demographic characteristics, experiences, and beliefs associated with hand hygiene among adults during the COVID-19 pandemic — United States, June 24–30, 2020. *MMWR Morb Mortal Wkly Rep* 2020;69:1485–1491. DOI: http://dx.doi.org/10.15585/mmwr.mm6941a3

252. Robbins R, Weaver MD, Quan SF, Rosenberg E, Barger LK, Czeisler CA, Grandner MA. Employee Sleep Enhancement and Fatigue Reduction Programs: Analysis of the 2017 CDC Workplace Health in America Poll. Am J Health Promot. 2021 May;35(4):503-513. DOI: https://doi.org/10.1177/0890117120969091. Epub 2020 Nov 11. PMID: 33172286.

253. Robbins R, DiClemente RJ, Troxel AB, Jean-Louis G, Butler M, Rapoport DM, **Czeisler CA**. Sleep medication use and incident dementia in a nationally representative sample of older adults in the US. *Sleep Med*. 2020 Nov 11:S1389-9457(20)30496-2. DOI: http://10.1016/j.sleep.2020.11.004. Epub ahead of print. PMID: 33248901.

254. McHill AW, Hilditch CJ, Fischer D, **Czeisler CA**, Garaulet M, Scheer FAJL, Klerman EB. Stability of the timing of food intake at daily and monthly timescales in young adults. *Sci Rep*. 2020 Nov 30;10(1):20849. DOI: http://10.1038/s41598-020-77851-z. PMID: 33257712; PMCID: PMC7705740.

255. Weaver MD, Robbins R, Quan SF, O'Brien CS, Viyaran NC, **Czeisler CA**, Barger LK. Association of Sleep Disorders with Physician Burnout. *JAMA Netw Open*. 2020 Oct 1;3(10):e2023256. DOI: http://10.1001/jamanetworkopen.2020.23256. PMID: 33125492; PMCID: PMC7599440.

256. Rahman SA, Sullivan JP, Barger LK, St Hilaire MA, O'Brien CS, Stone KL, Phillips AJK, Klerman EB, Qadri S, Wright KP Jr, Halbower AC, Segar JL, McGuire JK, Vitiello MV, de la Iglesia HO, Poynter SE, Yu PL, Sanderson AL, Zee PC, Landrigan CP, **Czeisler CA**, Lockley SW; ROSTERS STUDY GROUP. Extended work shifts and neurobehavioral performance in resident-physicians. *Pediatrics*. 2021 Feb 22:e2020009936. DOI: https://doi.org/10.1542/peds.2020-009936. Epub ahead of print. PMID: 33619044.

257. Robbins R, Affouf M, Weaver MD, Czeisler MÉ, Barger LK, Quan SF, **Czeisler CA**. Estimated sleep

duration before and during the COVID-19 pandemic in major metropolitan areas on different continents: Observational study of smartphone App data. *J Med Internet Res*. 2021; 23(2):e20546. DOI: https://doi.org/10.2196/20546. Erratum in: *J Med Internet Res*. 2021 Feb 22;23(2):e28057. PMID: 33493126; PMCID: PMC7857389.

258.    McHill AW, Sano A, Hilditch CJ, Barger LK, **Czeisler CA**, Picard R, Klerman EB. Robust stability of melatonin circadian phase, sleep metrics, and chronotype across months in young adults living in real-world settings. *J Pineal Res*. 2021 Feb 1:e12720. DOI: https://doi.org/10.1111/jpi.12720. Epub ahead of print. PMID: 33523499.

259.    Robbins R, Quan SF, Weaver MD, Bormes G, Barger LK, **Czeisler CA**. Examining sleep deficiency and disturbance and their risk for incident dementia and all-cause mortality in older adults across 5 years in the United States. *Aging* (Albany NY). 2021 Feb 11;13(3):3254-3268. DOI: https://doi.org/10.18632/aging.202591. Epub 2021 Feb 11. PMID: 33570509.

260.    Czeisler MÉ, Lane RI, Wiley JF, **Czeisler CA**, Howard ME, Rajaratnam SMW. Follow-up survey of US adult reports of mental health, substance use, and suicidal ideation during the COVID-19 pandemic, September 2020. *JAMA Netw Open*. 2021 Feb 1;4(2):e2037665. DOI: https://doi.org/10.1001/jamanetworkopen.2020.37665. PMID: 33606030.

261.    Rahman SA, Brainard GC, **Czeisler CA**, Lockley SW. Spectral sensitivity of circadian phase resetting, melatonin suppression and acute alerting effects of intermittent light exposure. *Biochem Pharmacol*. 2021 Sep;191:114504. doi: 10.1016/j.bcp.2021.114504. Epub 2021 Mar 10. PMID: 33711285.

262.    Czeisler MÉ, Howard ME, Robbins R, Barger LK, Facer-Childs ER, Rajaratnam SMW, **Czeisler CA**. Early public adherence with and support for stay-at-home COVID-19 mitigation strategies despite adverse life impact: a transnational cross-sectional survey study in the United States and Australia. *BMC Public Health*. 2021 Mar 15;21(1):503. DOI: https://doi.org/10.1186/s12889-021-10410-x. PMID: 33722226; PMCID: PMC7957462.

263.    Weaver MD, Sletten TL, Foster RG, Gozal D, Klerman EB, Rajaratnam SMW, Roenneberg T, Takahashi JS, Turek FW, Vitiello MV, Young MW, **Czeisler CA**. Adverse impact of polyphasic sleep patterns in humans: Report of the National Sleep Foundation sleep timing and variability consensus panel. *Sleep Health*. 2021 Mar 29:S2352-7218(21)00030-9. DOI: https://doi.org/10.1016/j.sleh.2021.02.009. Epub ahead of print. PMID: 33795195..

264.    Bazzi LA, Sigurdardottir LG, Sigurdsson S, Valdimarsdottir U, Torfadottir J, Aspelund T, **Czeisler CA**, Lockley SW, Jonsson E, Launer L, Harris T, Gudnason V, Mucci LA, Markt SC. Exploratory assessment of pineal gland volume, composition, and urinary 6-sulfatoxymelatonin levels on prostate cancer risk. *Prostate*. 2021 Jun;81(8):487-496. doi: 10.1002/pros.24130. Epub 2021 Apr 16. PMID: 33860950; PMCID: PMC8194005.

265.    Brown LS, St Hilaire MA, McHill AW, Phillips AJK, Barger LK, Sano A, **Czeisler CA**, Doyle FJ 3rd, Klerman EB. A classification approach to estimating human circadian phase under circadian alignment from actigraphy and photometry data. *J Pineal Res*. 2021 Aug;71(1):e12745. doi: 10.1111/jpi.12745. Epub 2021 Jun 20. PMID: 34050968.

266.    Czeisler MÉ, Wiley JF, **Czeisler CA**, Rajaratnam SMW, Howard ME. Uncovering survivorship bias in longitudinal mental health surveys during the COVID-19 pandemic. *Epidemiol Psychiatr Sci*. 2021 May

26;30:e45. DOI: https://doi.org/10.1017/S204579602100038X. PMID: 34036933; PMCID: PMC8207539.

267.   Robbins R, Weaver MD, Barger LK, Wang W, Quan SF, **Czeisler CA**. Sleep difficulties, incident dementia and all-cause mortality among older adults across 8 years: Findings from the National Health and Aging Trends Study. *J Sleep Res*. 2021 Jun 2:e13395. DOI: https://doi.org/10.1111/jsr.13395. Epub ahead of print. PMID: 34080234.

268.   Czeisler MÉ, Kennedy JL, Wiley JF, Facer-Childs ER, Robbins R, Barger LK, **Czeisler CA**, Rajaratnam SMW, Howard ME. Delay or avoidance of routine, urgent and emergency medical care due to concerns about COVID-19 in a region with low COVID-19 prevalence: Victoria, Australia. *Respirology*. 2021 Jul;26(7):707-712. doi: 10.1111/resp.14094. Epub 2021 Jun 3. PMID: 34081819; PMCID: PMC8242886.

269.   Czeisler MÉ, Wiley JF, Facer-Childs ER, Robbins R, Weaver MD, Barger LK, **Czeisler CA**, Howard ME, Rajaratnam SMW. Mental health, substance use, and suicidal ideation during a prolonged COVID-19-related lockdown in a region with low SARS-CoV-2 prevalence: Relationships with demographics, sleep, and behavioural changes and comparisons with acute-phase lockdowns. *J Psychiatr Res*. 2021 Aug;140:533-544. doi: 10.1016/j.jpsychires.2021.05.080. Epub 2021 Jun 4. PMID: 34174556; PMCID: PMC8177437.

270.   Grant LK, St Hilaire MA, Brainard GC, **Czeisler CA**, Lockley SW, Rahman SA. Endogenous circadian regulation and phase resetting of clinical metabolic biomarkers. *J Pineal Res*. 2021 Jun 12:e12752. DOI: https://doi.org/10.1111/jpi.12752. Epub ahead of print. PMID: 34118084.

271.   Czeisler MÉ, Rohan EA, Melillo S, Matjasko JL, DePadilla L, Patel CG, Weaver MD, Drane A, Winnay SS, Capodilupo ER, Robbins R, Wiley JF, Facer-Childs ER, Barger LK, **Czeisler CA**, Howard ME, Rajaratnam SMW. Mental Health Among Parents of Children Aged <18 Years and Unpaid Caregivers of Adults During the COVID-19 Pandemic - United States, December 2020 and February-March 2021. *MMWR Morb Mortal Wkly Rep*. 2021 Jun 18;70(24):879-887. DOI: https://doi.org/10.15585/mmwr.mm7024a3. PMID: 34138835.

272.   Robbins R, Weaver MD, Czeisler MÉ, Barger LK, Quan SF, **Czeisler CA**. Associations between changes in daily behaviors and self-reported feelings of depression and anxiety about the COVID-19 pandemic among older adults. *J Gerontol B Psychol Sci Soc Sci*. 2021 Jun 22:gbab110. DOI: https://doi.org/10.1093/geronb/gbab110. Epub ahead of print. PMID: 34156467.

273.   Epstein LJ, Cai A, Klerman EB, **Czeisler CA**. Resolving delayed sleep-wake phase disorder with a pandemic: two case reports. *J Clin Sleep Med*. 2021 Jul 13. doi: 10.5664/jcsm.9526. Epub ahead of print. PMID: 34254935.

274.   Czeisler MÉ, Board A, Thierry JM, **Czeisler CA**, Rajaratnam SMW, Howard ME, Clarke KEN. Mental Health and Substance Use Among Adults with Disabilities During the COVID-19 Pandemic - United States, February-March 2021. *MMWR Morb Mortal Wkly Rep*. 2021 Aug 27;70(34):1142-1149. doi: 10.15585/mmwr.mm7034a3. PMID: 34437518; PMCID: PMC8389385.

275.   Emens JS, Hilaire MAS, Klerman EB, Brotman DJ, Lin AL, Lewy AJ, **Czeisler CA**. Behaviorally and environmentally induced non-24-hour sleep-wake rhythm disorder in sighted patients. *J Clin Sleep Med*.

2021 Aug 17. doi: 10.5664/jcsm.9612. Epub ahead of print. PMID: 34402783.

276.   Robbins R, Weaver MD, Quan SF, Barger LK, Zhivotovsky S, **Czeisler CA**. The Hidden Cost of Caregiving: The Association Between Self-Assessed Caregiving-Related Awakenings and Nighttime Awakenings and Workplace Productivity Impairment Among Caregivers to Older Adults in the US. *J Occup Environ Med*. 2021 Aug 18. doi: 10.1097/JOM.0000000000002355. Epub ahead of print. PMID: 34412088.

277.   Yuan RK, Zitting K-M, Duffy JF, Vujovic N, Wang W, Quan SF, Klerman EB, Scheer FAJL, Buxton OM, Williams JS, **Czeisler CA**. Chronic sleep restriction while minimizing circadian disruption does not adversely affect glucose tolerance. In press, *Front Physiol*.

## Proceedings of Meetings

1.   Moore-Ede MC, **Czeisler CA**, Schmelzer WS, Kass DA.  Circadian internal desynchronization induced by circadian arrhythmias in synchronizing mediators: an etiological hypothesis.  In: Halberg F, ed.  Proceedings XII international conference, International Society for Chronobiology.  Milan: Il Ponte, 1977:477-482.

2.   Weitzman ED, Weinberg U, D'Elletto R, Lynch H, Wurtman R, **Czeisler C**, Erlich S.  Studies of the 24 hour rhythm of melatonin in man.  *J Neural Transm* 1978;13[Suppl.]:325-337.

3.   Weitzman ED, **Czeisler CA**, Moore-Ede MC.  Biological rhythms of man living in isolation from time cues.  In: Nicholson AN, ed.  Sleep, wakefulness and circadian rhythm.  NATO-OTAN Advisory Group for Aerospace Research & Development, AGARD lecture series no. 105.  Paris, France:NATO,1979:7/1-7/9.

4.   Weitzman ED, **Czeisler CA**, Moore-Ede MC.  Sleep-wake, neuroendocrine and body temperature circadian rhythms under entrained and non-entrained (free-running) conditions in man.  In: Suda M, Hayaishi O, Nakagawa H, eds.  Proceedings of the first international NAITO Foundation symposium on biological rhythms and their central mechanism.  Amsterdam: Elsevier,1979:199-227.

5.   Weitzman ED, **Czeisler CA**, Moore-Ede MC.  Sleep-wake, endocrine and temperature rhythms in man during temporal isolation.  In: Johnson LC, Tepas DI, Colquhoun WP, Colligan MJ, eds.  The twenty-four hour workday: proceedings of a NIOSH symposium of variations in work-sleep schedules.  Washington: NIOSH, 1981, publication 81-127:105-124.

6.   Weitzman ED, **Czeisler CA**, Zimmerman JC, Ronda JM.  The sleep-wake pattern of cortisol and growth hormone secretion during non-entrained (free-running) conditions in man.  In: Nijhoff M, ed.  Circadian and ultradian variations of pituitary hormones in man.  Belgium,1981:29-41.

7.   Weitzman ED, **Czeisler CA**, Zimmerman JC, Moore-Ede MC.  Biological rhythms in man: relationship of sleep-wake, cortisol, growth hormone, and temperature during temporal isolation.  In: Martin JB, Reichlin S, Bick KL, eds.  Neurosecretion and brain peptides, Vol. 28.  New York: Raven Press, 1981:475-499.

8.   Weitzman ED, **Czeisler CA**, Zimmerman JC, Ronda JM.  The sleep-wake pattern of cortisol and growth hormone secretion during non-entrained (free-running) conditions in man.  In: Van Cauter E, Copinschi G, eds.  Human pituitary hormones: development in endocrinology, vol. 1.  Boston: Martinus Nijhoff, 1981:29-41.

9.    Fookson J, Weitzman ED, **Czeisler CA**, Zimmerman JC, Ronda JM.  Development of mathematical techniques to describe chronophysiological rhythms in man during temporal isolation.  Proceedings of the 15th international conference of the International Society for Chronobiology.  Basel: S. Karger, 1982:73-81.

10.   Guilleminault C, **Czeisler C**, Coleman R, Miles L.  Circadian rhythm disturbances and sleep disorders in shift workers.  In: Buser PA, Cobb WA, Okuma T, eds.  Kyoto Symposia. *Electroencephalogr Clin Neurophysiol Suppl*. 1982;36:709-714. PMID: 6962057.

11.   Kronauer RE, **Czeisler CA**, Pilato SF, Moore-Ede MC, Weitzman ED.  Mathematical representation of the human circadian system: two interacting oscillators which affect sleep.  In: Chase MH, ed.  Sleep disorders: basic and clinical research. Spectrum Publications, Inc., 1983:173-194.

12.   **Czeisler CA**, Moore-Ede MC, Coleman RM.  Resetting circadian clocks: applications to sleep disorders medicine and occupational health.  In: Guilleminault C, Lugaresi E, eds.  Sleep/wake disorders: natural history, epidemiology and long-term evolution.  New York: Raven Press, 1983:243-260.

13.   **Czeisler CA**, Kennedy WA, Allan JS.  Circadian rhythms and performance decrements in the transportation industry.  In:  Proceedings, Workshop on the effects of automation on operator performance.  Coblentz AM, ed.  Commission of the European Communities, Medical and Public Health Research Program, Université René Descartes: Paris, 1986:146-171.

14.   Willich SN, **Czeisler CA**, Tofler GH, Ludmer P, Aylmer G, Rutherford J, Stone P, Muller J.  Circadian variation in the frequency of occurrence of acute cardiovascular disease.  In: Reinberg A, Smolensky M, Labrecque G, eds.  Annual review of chronopharmacology. Oxford: Pergamon Press Ltd., 1986:vol 3,327-330.

15.   **Czeisler CA**, Kronauer RE, Johnson MP, Allan JS, Johnson TS, Dumont M.  Action of light on the human circadian pacemaker: treatment of patients with circadian rhythm sleep disorders.  In: Horne J, ed.  Sleep '88 - Proceedings of the ninth European congress on sleep research.  Stuttgart: G. Fischer Verlag, 1989:42-47.

16.   Richardson GS, Miner JD, **Czeisler CA**.  Impaired driving performance in shift workers: the role of the circadian system in a multifactorial model.  In: Moskowitz H, ed.  Alcohol, drugs and driving.  Los Angeles: Alcohol Information Service, 1990:265-273.

17.   **Czeisler CA**, Rogacz S, Duffy JF.  Reproductive function in women: circadian interaction.  In: Naftolin F, Gutmann JN, DeCherney AH, Sarrel PM, eds.  Ovarian secretions and cardiovascular and neurological function.  New York: Raven Press, 1990:239-247.

18.   Mermin JH, **Czeisler CA**.  Continuous body temperature monitoring at varying levels of physical exertion in cross-country bicyclists.  In: Miles LE, Broughton RJ, eds.  Medical monitoring in the home and work environment.  New York: Raven Press, 1990:165-174.

19.   **Czeisler CA**, Allan JS, Kronauer RE.  A method for assaying the effects of therapeutic agents on the period of the endogenous circadian pacemaker in man.  In: Montplaisir J, Godbout R, eds.  Sleep and biological rhythms: Basic mechanisms and applications to psychiatry.  New York: Oxford University Press, 1990:87-98.

86

20. Wolf MA, Richardson G, **Czeisler CA**. Improved sleep: a means of reducing the stress of internship. In: Transactions of the American Clinical and Climatological Association, vol 102. New York: Waverly Press, 1990:225-231.

21. **Czeisler CA**, Chiasera AJ, Duffy JF. Research on sleep, circadian rhythms and aging: applications to manned spaceflight. *Exp Gerontol* 1991;26:217-232.

22. Dijk DJ, Duffy JF, **Czeisler CA**. Circadian and sleep/wake dependent aspects of subjective alertness and cognitive performance. *J Sleep Res* 1992;1:112-117.

23. Kronauer RE, **Czeisler CA**. Understanding the use of light to control the circadian pacemaker in humans. In: Wetterberg L, ed. Light and biological rhythms in man. Oxford: Pergamon Press, 1993;217-236.

24. **Czeisler CA**, Dijk DJ, Duffy JF. Entrained phase of the circadian pacemaker serves to stabilize alertness and performance throughout the waking day. In: J.R. Harsh and R.D. Ogilvie, eds. Sleep onset: Normal and abnormal processes. American Psychological Association, Washington, D.C., 1994;89-110.

25. Åkerstedt TA, **Czeisler CA**, Dinges DF, Horne JA. Accidents and sleepiness: a consensus statement from the International Conference on Work Hours, Sleepiness and Accidents, Stockholm, 8-10 September 1994. *J Sleep Res* 1994;3:195.

26. **Czeisler CA**. The effect of light on the human circadian pacemaker. In: Circadian clocks and their adjustment. John Wiley and Sons, Inc., Chichester (Ciba Found Symp 183) 1995:254-302.

27. **Czeisler CA**, Dijk D-J. Use of bright light to treat maladaptation to night shift work and circadian rhythm sleep disorders. *J Sleep Res* 1995;4:70-73.

28. **Czeisler CA**. Melatonin, bright light and overnight operations. In: Fatigue symposium proceedings, National Transportation Safety Board and NASA Ames Research Center, Washington, D.C., 1995: 59-69.

29. **Czeisler CA**. Alertness during space flight: lessons for the earthbound. International conference proceedings: Managing fatigue in transportation. American Trucking Association Foundation, Inc., Alexandria, VA. (Government Institutes, Inc., Rockville, Maryland) 1997: 51-60.

30. Belenky G, **Czeisler CA**, Åkerstedt T (Donohue, T, Moderator). Multi-modal Perspective on Fatigue. American Trucking Association Foundation, Inc., Alexandria, VA. (Government Institutes, Inc., Rockville, Maryland) 1997: 61-68.

31. Kronauer RE, Jewett, ME, **Czeisler CA**. Modeling human circadian phase and amplitude resetting. In: Y. Touitou, ed. Biological clocks: Mechanisms and applications. Amsterdam: Elsevier Science, B.V., International Congress Series 1152: 1998: 63-72.

32. **Czeisler CA**, Klerman EB. Circadian and sleep-dependent regulation of hormone release in humans. *Recent Prog Horm Res* 1999, 54: 97-132.

33. **Czeisler CA**, Brown EN. Commentary: Models of the effect of light on the human circadian system: Current state of the art. *J Biol Rhythms* 1999; 14:538-543.

34.  Hilton MF, Umali MU, **Czeisler CA**, Wyatt JK, Shea SA. Endogenous circadian control of the human autonomic nervous system. *Comput Cardiol* 2000; 27:197-200.

35.  **Czeisler CA**. Gordon Wilson Lecture: Work Hours, Sleep and Patient Safety in Residency Training. *Trans Am Clin Climatol Assoc* 2006; 117: 159-188.

36.  **Czeisler CA**, Gooley JJ. Sleep and Circadian Rhythms in Humans. In: Cold Spring Harbor Symposia on Quantitative Biology: Clocks and Rhythms, 2007; 72:579-97.

37.  **Czeisler CA.** Medical and genetic differences in the adverse impact of sleep loss on performance: ethical considerations for the medical profession. *Trans Am Clin Climatol Assoc* 2009; 120:249-85.

38.  **Czeisler CA**. Impact of sleepiness and sleep deficiency on public health--utility of biomarkers. *J Clin Sleep Med* 2011; 7(5 Suppl):S6-8.

39.  Mullington JM, **Czeisler CA**, Goel N, Krueger JM, Balkin TJ, Johns M, Shaw PJ. Panel discussion: current status of measuring sleepiness. *J Clin Sleep Med* 2011; 7(5 Suppl):S22-5.

40.  **Czeisler CA,** Pellegrini CA, Sade RM. Should sleep-deprived surgeons be prohibited from operating without patients' consent? *Ann Thorac Surg* 2013; 95(2):757-66. PMID: 23336899.

41.  Arble DM, Bass J, Behn CD, Butler MP, Challet E, **Czeisler C**, Depner CM, Elmquist J, Franken P, Grandner MA, Hanlon EC, Keene AC, Joyner MJ, Karatsoreos I, Kern PA, Klein S, Morris CJ, Pack AI, Panda S, Ptacek LJ, Punjabi NM, Sassone-Corsi P, Scheer FA, Saxena R, Seaquest ER, Thimgan MS, Van Cauter E, Wright KP. Impact of sleep and circadian disruption on energy balance and diabetes: a summary of workshop discussions. *Sleep* 2015; 38(12):1849–1860. PMID: 26564131. PMCID: PMC4667373.

42.  **Czeisler CA**, Wickwire EM, Barger LK, Dement WC, Gamble K, Hartenbaum N. Ohayon MM, Pelayo R, Phillips B, Strohl K, Tefft B, Rajaratnam SMW, Malhotra R, Whiton K, Hirshkowitz M. Sleep-deprived motor vehicle operators are unfit to drive: a multidisciplinary expert consensus statement on drowsy driving. *Sleep Health* 2016; 2(2):94-99.

43.  Higgins JS, Michael J, Austin R, Åkerstedt T, Van Dongen HP, Watson N, **Czeisler C**, Pack AI, Rosekind MR. Asleep at the Wheel-The Road to Addressing Drowsy Driving. *Sleep*. 2017 Feb 1;40(2). doi: 10.1093/sleep/zsx001. PMID: 28364516.


**Reviews and Educationally Relevant Publications**

1.  **Czeisler CA**, Guilleminault C. 250 years ago: tribute to a new discipline [1729-1979]. *Sleep* 1979;2:155-160.

2.  **Czeisler CA**, Guilleminault C. Editorial - REM sleep: a workshop on its temporal distribution. *Sleep* 1980;2:285-286.

3.  **Czeisler CA**, Borbély A, Hume KI, Kobayashi T, Kronauer RE, Schulz H, Weitzman ED, Zimmerman J, Zulley J. Glossary of standardized terminology for sleep-biological rhythm research. *Sleep* 1980;2:287-288.

4.      Moore-Ede MC, Gander P, **Czeisler CA**.  Importance of circadian time of day effects in scheduling aircrew: a proposed modification to Federal Aviation Administration rules.  Response to Federal Register Docket no. 17669, 1980.

5.      Weitzman ED, **Czeisler CA**, Zimmerman JC, Ronda JM, Knauer RS.  Chronobiological disorders: analytic and therapeutic techniques.  In: Guilleminault C, Ed.  <u>Disorders of Sleeping and Waking: Indications and Techniques</u>.  Reading, MA: Addison-Wesley, 1981: 297-329.

6.      Weitzman ED, **Czeisler CA**, Zimmerman JC, Moore-Ede MC.  Biological rhythms in man: relationship of sleep-wake, cortisol, growth hormone, and temperature during temporal isolation.  *Adv Biochem Psychopharmacol* 1981; 28: 475-499.

7.      **Czeisler CA**.  Sleep, biological clocks, and health.  From: <u>Health and Behavior: a Research Agenda</u>.  Report of the Institute of Medicine, U.S. National Academy of Sciences, Washington, DC: National Academy Press, 1982: 108-123.

8.      Moore-Ede MC, **Czeisler CA**, Richardson GS.  Circadian timekeeping in health and disease: part I.  *N Engl J Med* 1983;309:469-476.

9.      Moore-Ede MC, **Czeisler CA**, Richardson GS.  Circadian timekeeping in health and disease: part II.  *N Engl J Med* 1983;309:530-536.

10.     **Czeisler CA**.  Testimony at hearings before the Subcommittee on Investigations and Oversight of the Committee on Science and Technology, House of Representatives; <u>Biological Clocks and Shift Work Scheduling</u>, House of Representatives, 98th Congress, first session, March 23, 1983.  Washington, DC: .S. Government Printing Office, 1983;vol. 7:171-232.

11.     Dement W, Richardson G, Prinz P, Carskadon M, Kripke D, Czeisler C.  Changes of sleep and wakefulness with age.  In: Finch CE and Schneider EL, eds.  <u>Handbook of the biology of aging</u>.  New York: Van Nostrand Reinhold Co., 1985: 692-717.

12.     **Czeisler CA**.  Circadian rhythmicity and its disorders.  In: Nicholson AN, Welbers IB, eds.  <u>Sleep and wakefulness: pharmacology and pathology</u>.  Ingelheim-am-Rhein: Boehringer Ingelheim Intl. GmbH, 1986; 6:1-49.

13.     **Czeisler CA**, Kronauer RE, Mooney JJ, Anderson JL, Allan JS.  Biologic rhythm disorders, depression, and phototherapy: a new hypothesis.  *Psychiatr Clin North Am* 1987; 10:687-709.

14.     Mitler MM, Carskadon MA, **Czeisler CA**, Dement WC, Dinges DF, Graeber RC.  Catastrophes, sleep and public policy: consensus report.  *Sleep* 1988;11:100-109.

15.     **Czeisler CA**, Allan JS.  Pathologies of the sleep-wake schedule.  In: Williams RL, Karacan I, Moore C, eds.  <u>Sleep Disorders: diagnosis and treatment</u>.  New York: John Wiley & Sons, Inc., 1988: 109-129.

16.     **Czeisler CA**, Jewett ME.  Human circadian physiology: interaction of the behavioral rest-activity cycle with the output of the endogenous circadian pacemaker. In: Thorpy MJ, Ed.  <u>Handbook of Sleep Disorders</u>.  New York: Marcel Dekker, Inc., 1990: 117-137.

17.     **Czeisler CA**, Richardson GS, Martin JB.  Disorders of sleep and circadian rhythms.  In: Wilson JD, Braunwald E, Fauci AS, Isselbacher KJ, Martin JB, Petersdorf RG, Root RK, eds.  <u>Harrison's Principles</u>

*of Internal Medicine*, 12th ed, New York: McGraw-Hill, Inc., 1991: 209-217.

18.   **Czeisler CA**, Richardson GS.  Detection and assessment of insomnia.  *Clin Ther* 1991; 13:663-679.

19.   Hastings JW, **Czeisler CA**.  Day-night differences are not always due to circadian control.  Comment.  *Ann Emerg Med* 1992; 21: 1236.

20.   Hayes B, **Czeisler CA**.  Chronobiology of human sleep and sleep disorders.  In: Touitou Y, Haus E, eds.  Biologic Rhythms in Clinical and Laboratory Medicine, Berlin: Springer-Verlag, 1992: 256-264.

21.   Kronauer RE, Jewett ME, **Czeisler CA**.  The human circadian response to light: Strong *and* weak resetting.  *J Biol Rhythms* 1993; 8:351-360.

22.   **Czeisler CA**. Light.  In: Carskadon MA, ed.  Encyclopedia of Sleep and Dreaming, New York: Macmillan Publishing Co., 1993: 328-331.

23.   **Czeisler CA**, Shapiro CM.  Circadian Rhythm Disorders.  In:  Sleep Solutions. St-Laurent, Québec, Canada: Kommunicom Publications, 1993; 9:1-24.

24.   **Czeisler CA**, Richardson GS, Martin JB.  Disorders of sleep and circadian rhythms.  In: Isselbacher KJ, Braunwald E, Wilson JD, Martin JB, Fauci AS, Kasper DL, eds. Harrison's Principles of Internal Medicine, 13th ed, New York: McGraw-Hill, Inc., 1994; 29:162-170.

25.   **Czeisler CA**, Turek, FW.  Is Melatonin a treatment for insomnia and jet lag? Goldberg JR, ed.  National Sleep Foundation, Washington, D.C., 1997: 1-24.

26.   Shanahan TL, Zeitzer JM, **Czeisler CA**.  Resetting the melatonin rhythm with light in humans.  *J Biol Rhythms* 1997; 12: 556-567.

27.   **Czeisler CA**.  Commentary: Evidence for melatonin as a circadian phase shifting agent.  *J Biol Rhythms* 1997; 12: 618-623.

28.   **Czeisler CA**, Turek FW.  Melatonin.  *J Biol Rhythms* 1997; 12: 485-486.

29.   **Czeisler CA**, Richardson GS.  Disorders of sleep and circadian rhythms.  In: Fauci AS, Braunwald E, Isselbacher KJ, Wilson JD, Martin JB, Kasper DL, et al. eds.  Harrison's Principles of Internal Medicine, 14th ed, New York: McGraw-Hill, Inc., 1997: 150-159.

30.   Turek FW, **Czeisler CA**. Role of melatonin in the regulation of sleep. In: Turek FW and Zee PC, eds. Regulation of Sleep and Circadian Rhythms (for series on Lung Biology in Health and Disease), New York: Marcel Dekker, Inc., 1999.

31.   **Czeisler CA**, Wright Jr, KP.  Influence of light on circadian rhythmicity in humans.  In: Turek FW and Zee PC, eds.  Regulation of Sleep and Circadian Rhythms (for series on Lung Biology in Health and Disease), New York:  Marcel Dekker, Inc., 1999: 147-180.

32.   **Czeisler CA**, Winkelman JW, Richardson GS.  Sleep Disorders.  In: Braunwald E, Fauci AS, Kasper DL, Hauser SL, Longo DL, Jameson JL.  Harrison's Principles of Internal Medicine, 15th ed, New York: McGraw-Hill, Inc., 2001: Chapter 27.

33.    **Czeisler CA**, Dijk DJ.  Human circadian physiology and sleep-wake regulation.  In:  Takahashi JS, Turek FW, Moore RY, eds.  Handbook of Behavioral Neurobiology: Circadian Clocks, New York: Plenum Publishing Corporation, 2001.

34.    **Czeisler CA**, Cajochen C, Turek FW.  Melatonin in the regulation of sleep and circadian rhythms.  In: Kryger MH, Roth T, Dement WC, eds.  Principles and Practice of Sleep Medicine, Philadelphia: W.B. Saunders Company, 2000: 400-406.

35.    **Czeisler CA**, Khalsa SBS.  The human circadian timing system and sleep-wake regulation.  In: Kryger MH, Roth T, Dement WC, eds.  Principles and Practice of Sleep Medicine, Philadelphia: W.B. Saunders Company, 2000: 353-375.

36.    Dijk DJ, Duffy JF, **Czeisler CA**.  Contribution of circadian physiology and sleep homeostasis to age-related changes in human sleep.  *Chronobiol Int* 2000; 17:285-311.

37.    Shanahan TL, **Czeisler CA**.  Physiological effects of light on the human circadian pacemaker.  *Semin Perinatol* 2000; 24:299-320.

38.    Dijk, DJ, Neri DF, Wyatt JK, Ronda JM, Riel E, Ritz-DeCecco A, Hughes RJ, **Czeisler CA**.  Sleep, circadian rhythms, and performance during space shuttle missions.  In: The Neurolab Spacelab Mission: Neuroscience Research in Space.  2002; 211-221.

39.    Dijk, DJ, Buckey JC, Neri DF, Wyatt JK, Ronda JM, Reil E, Prisk GK, West JB, **Czeisler CA**.  Portable sleep monitoring system.  In: The Neurolab Spacelab Mission: Neuroscience Research in Space.  2002; 249-251.

40.    **Czeisler CA**. Quantifying consequences of chronic sleep restriction. *Sleep* 2003; 26: 247-248.

41.    **Czeisler CA**, Winkelman JW, Richardson GS.  Sleep disorders.  In: Braunwald E, Fauci AS, Kasper DL, Hauser SL, Longo DL, Jameson JL.  Harrison's Principles of Internal Medicine, 16th ed, New York: McGraw-Hill, Inc., 2005:153-162.

42.    **Czeisler CA**. Work hours and sleep in residency training.  *Sleep* 2004; 27: 371-372.

43.    Scheer FA, **Czeisler CA**.  Melatonin, sleep, and circadian rhythms.  *Sleep Med Rev* 2005; 9:5-9.

44.    Scheer FAJL, Cajochen C, Turek FW, **Czeisler CA**.  Melatonin in the regulation of sleep and circadian rhythms.  In: Kryger MH, Roth T, Dement WC, eds.  Principles and Practice of Sleep Medicine, 4th Edition.  Philadelphia: W.B. Saunders Company, 2005:395-404.

45.    **Czeisler CA**, Buxton OM, Khalsa SBS. The human circadian timing system and sleep-wake regulation. In: Kryger MH, Roth T, Dement WC, eds.  Principles and Practice of Sleep Medicine, 4th Edition. Philadelphia: W.B. Saunders Company, 2005:375-394.

46.    Lockley SW, Landrigan CP, Barger LK, **Czeisler CA**; Harvard Work Hours Health and Safety Group. When policy meets physiology: the challenge of reducing resident work hours. *Clin Orthop Relat Res.* 2006; 449:116-127.

47.    **Czeisler CA**. Sleep deficit: the performance killer. A conversation with Harvard Medical School Professor Charles A. Czeisler.  *Harv Bus Rev* 2006; 84: 53-59,148.

48.  Lockley SW, Barger LK, Ayas NT, Rothschild JM, **Czeisler CA**, Landrigan CP. Effects of health care provider work hours and sleep deprivation on safety and performance. *Jt Comm J Qual Patient Saf* 2007; 33:7-18

49.  Landrigan CP, **Czeisler CA**, Barger LK, Ayas NT, Rothschild JM, Lockley SW. Effective implementation of work-hour limits and systemic improvements. *Jt Comm J Qual Patient Saf* 2007; 33:19-29

50.  **Czeisler CA**, Winkelman JW, Richardson GS.  Sleep disorders.  In: Fauci AS, Braunwald E, Kasper DL, Hauser SL, Longo DL, Jameson JL, Loscalzo J, eds.  Harrison's Principles of Internal Medicine, 17th Edition, New York: McGraw-Hill, Inc., 2008:171-180.

51.  Duffy JF, **Czeisler CA**. Effect of light on human circadian physiology. *Sleep Med Clin* 2009; 4:165-177

52.  **Czeisler CA**. Ethical considerations for the scheduling of work in continuous operations: physicians in training as a case study. In: Cappuccio FP, Miller MA, Lockley SW, eds. Sleep, Health and Society: From Aetiology to Public Health. Oxford, U.K.: Oxford University Press, 2010: 435-456.

53.  **Czeisler CA**, Buxton OM. The human circadian timing system and sleep-wake regulation.  In: Kryger MH, Roth T, Dement WC, eds.  Principles and Practice of Sleep Medicine, 5th Edition.  Philadelphia: W.B. Saunders Company, 2011.

54.  **Czeisler CA**, Winkelman JW, Richardson GS.  Sleep disorders.  In: Fauci AS, Braunwald E, Kasper DL, Hauser SL, Longo DL, Jameson JL, Loscalzo J, eds.  Harrison's Principles of Internal Medicine, 18th Edition, New York: McGraw-Hill, Inc., 2010.

55.  Balkin TJ, Horrey WJ, Graeber RC, **Czeisler CA**, Dinges DF. The challenges and opportunities of technological approaches to fatigue management. *Accid Anal Prev* 2011; 43(2):565-572.

56.  Nurok M, **Czeisler CA,** Lehmann LS. Sleep deprivation, elective surgical procedures, and informed consent. *N Engl J Med* 2010; 363(27):2577-2579. PMID: 21190452

57.  Blum AB, Shea S, **Czeisler CA**, Landrigan CP, Leape L. Implementing the 2009 Institute of Medicine recommendations on resident physician work hours, supervision, and safety. *Nature Sci Sleep* 2011; 3:47-85.

58.  Lee CJ, Sanna RA, **Czeisler CA**. Public Policy, Sleep Science, and Sleep Medicine. In: Kushida C (ed) The Encyclopedia of Sleep, Vol 2. Waltham, MA: Academic Press, 2013: 156-166.

59.  Cohen IG, **Czeisler CA**, Landrigan CP. Making Residency Work Hour Rules Work. *J Law Med Ethics* 2013; 4(1):310-314. PMID: 23581673.

60.  **Czeisler CA**. Perspective: casting light on sleep deficiency. *Nature* 2013; 497(7450):S13. PMID:23698501

61.  Duffy JF, Zitting K-M, **Czeisler CA**. The Case for Addressing Operator Fatigue. *Rev Human Factors Ergonomics* 2015; 10:29–78.

62.  **Czeisler CA**, Scammell TE, Saper CB.  Sleep disorders.  In: Kasper DL, Fauci AS, Hauser SL, Longo

DL, Jameson JL, Loscalzo J, eds.  Harrison's Principles of Internal Medicine, 19th Edition, New York: McGraw-Hill, Inc., 2015.

63.   Kales SN, **Czeisler CA**. Obstructive Sleep Apnea and Work Accidents: Time for Action. *Sleep* 2016; 39(6):1171-3. PMID: 27166231.

64.   **Czeisler CA**. Measuring the passage of brain time. *Science* 2016; 353(6300):648-649. PMID: 27516585

65.   **Czeisler CA**, Shanahan TL. Problems Associated With Use of Mobile Devices in the Sleep Environment-Streaming Instead of Dreaming. *JAMA Pediatr* 2016 Oct 31. [Epub ahead of print]. PMID: 27802458

66.   **Czeisler CA**, Buxton OM. The human circadian timing system and sleep-wake regulation.  In: Kryger MH, Roth T, Dement WC, eds.  Principles and Practice of Sleep Medicine, 6th Edition.  Philadelphia: W.B. Saunders Company, 2017.

67.   Scammell TE, Saper CB, **Czeisler CA**.  Sleep disorders.  In: Fauci AS, Hauser SL, Jameson JL, Kasper DL, Longo D, and Loscalzo J, eds.  Harrison's Principles of Internal Medicine, 20th Edition, New York: McGraw-Hill, Inc., 2018.

68.   McHill AM, **Czeisler CA**, Shea SA. Editorial: Resident physician extended work hours and burnout. *Sleep* 2018; 41(8). PMID: 29901751.

69.   **Czeisler CA**. Housing Immigrant Children - The Inhumanity of Constant Illumination. *New Engl J Med* 2018; 379(2): e3. PMID: 29932841.

70.   Quan SF, Ziporyn PS, **Czeisler CA**. Sleep Education for College Students: The Time Is Now. *J Clin Sleep Med* 2018; 14(7):1269. PMID: 29991433.

71.   Scammell TE, Saper CB, **Czeisler CA**.  Sleep disorders.  In: Fauci AS, Hauser SL, Jameson JL, Kasper DL, Longo D, and Loscalzo J, eds.  Harrison's Principles of Internal Medicine, 21[th] Edition, New York: McGraw-Hill, Inc., 2021, in press.

72.   Czeisler MÉ, Wiley JF, **Czeisler CA**, Rajaratnam SM, Howard ME. Tempering optimism from repeated longitudinal mental health surveys. *Lancet Psychiatry*. 2021 Apr;8(4):274-275. doi: 10.1016/S2215-0366(21)00045-6. PMID: 33743874.

73.   Czeisler MÉ, Rajaratnam SMW, Howard ME, **Czeisler CA**. Accommodating vaccine preferences among women of childbearing age. *Am J Obstet Gynecol*. 2021 Jul 31:S0002-9378(21)00833-4. doi: 10.1016/j.ajog.2021.07.017. Epub ahead of print. PMID: 34343503; PMCID: PMC8372432.

74.   **Czeisler CA**, Buxton OM. The human circadian timing system and sleep-wake regulation.  In: Kryger MH, Roth T, Dement WC, eds.  Principles and Practice of Sleep Medicine, 7th Edition.  Philadelphia: W.B. Saunders Company, in press, 2021.

*__Non-peer__ reviewed scientific or medical publications/materials in print or other media*

**Books and Monographs**

1. **Czeisler CA**, Guilleminault C, eds.  <u>REM sleep: Its temporal distribution</u>.  New York: Raven Press, 1980.

2. Moore-Ede MC, **Czeisler CA**, eds.  <u>Mathematical models of the circadian sleep-wake cycle</u>.  New York: Raven Press, 1984.

3. **Czeisler CA**, Turek FW, eds.  <u>Melatonin, sleep and circadian rhythms: Current progress and controversies</u>.  Special issue of the *Journal of Biological Rhythms*.  Thousand Oaks CA: Sage Science Press, 1997.

**Letters to the Editor**

1. **Czeisler CA**, Allan JS.  Moonlight and circadian rhythms.  Response to a letter by R.M. Sinclair. *Science* 1987; 235:145.

2. Tofler GH, Brezinski D, Schafer AI, **Czeisler CA**, Rutherford JD, Willich SN, Gleason RE, Williams GH, Muller JE.  Concurrent morning increase in platelet aggregability and the risk of myocardial infarction and sudden cardiac death.  Response to letters by C.C.T. Smith *et al.* and T.W. Meade  *et al.*, *New Engl J Med* 1987; 317:1737.

3. Dinges DF, Graeber RC, Carskadon MA, **Czeisler CA**, Dement WC.  Attending to inattention. Letter to the editor, *Science* 1989: 245:342.

4. **Czeisler CA**, Duffy JF, Kronauer RE.  Treatment of physiologic maladaptation to night work.  Letter to the editor, *N Engl J Med* 1990;323:918-919.

5. Kronauer RE, Jewett ME, **Czeisler CA**.  Human circadian rhythms.  Response to commentary by A.T. Winfree.  *Nature* 1991; 351: 193.

6. Dijk DJ, Jewett ME, **Czeisler CA**, Kronauer RE.  Nonlinear interactions between circadian and homeostatic processes: models or metrics? Reply to technical note by Achermann P.  *J Biol Rhythms* 1999; 14:604-605.

7. **Czeisler CA**, Dijk DJ, Kronauer RE, Brown EN, Duffy JF, Allan JS, Shanahan TL, Rimmer DW, Ronda JS, Mitchell JF, Silva EJ, Emens JS.  Is there an intrinsic period of the circadian clock? Response to letter from Campbell SS.  *Science* 2000; 288: 1174-1175.

8. **Czeisler CA**, Lockley SW, Landrigan CP, Katz JT, Barger LK, Ayas NT, Rothschild JM, Kaushal R, Stone PH, Bates DW. Current resident work hours: Too many or not enough? [Letter] *JAMA* 2002; 287:1802-1803.

9. Landrigan CP, Lockley SW, **Czeisler CA**, Interns' Work Hours. Response to Letters, *N Engl J Med* 2005; 352: 727-728.

10. Landrigan CP, Lockley SW, **Czeisler CA**, Effect of Interns' Consecutive Work Hours on Safety, Medical Education and Professionalism. [Letter], *Critical Care* 2005; 9:528-530.

11. Barger LK, Ayas N, **Czeisler CA**.  Post-call accidents.  Response to Letters. *N Engl J Med* 2005; 352:

1491-1492.

12. **Czeisler CA.** Wake-promoting therapeutic medications not an appropriate alternative to implementation of safer work schedules for resident physicians. Letter to Editor. *Mayo Clinic Proc*. 2010; 85:955-957.

13. Chang AM, **Czeisler CA**. Reply to Zeitzer: Good science, in or out of the laboratory, should prevail. *Proc Natl Acad Sci USA* 2015; 112(13):E1514. PMID 25762077.

14. Rajaratnam SM, Landrigan CP, **Czeisler CA**. Graduated Driver-Licensing: The Authors Reply. *Health Aff (Millwood)*. 2015 Sep 1;34(9):1610.

*15.* de la Iglesia HO, Moreno C, Lowden A, Louzada F, Marqueze E, Levandovski R, Pilz LK, Valeggia C, Fernandez-Duque E, Golombek DA, **Czeisler CA**, Skene DJ, Duffy JF, Roenneberg T. Ancestral Sleep. *Curr Biol* 2016; 26(7):R271-272. PMID: 27046809

16. Landrigan CP, **Czeisler CA**. Patient Safety under Flexible and Standard Duty-Hour Rules. *N Engl J Med*. 2019 Jun 13;380(24):2379-2380. doi: 10.1056/NEJMc1905064. PubMed PMID: 31189044.

17. Landrigan CP, Rahman SA, **Czeisler CA**. Patient Safety and Resident Schedules without 24-Hour Shifts. Reply. *N Engl J Med.* 2020 Sep 24;383(13):1288. doi: 10.1056/NEJMc2025843. PMID: 32966732.

18. Czeisler MÉ, Wiley JF, **Czeisler CA**, Rajaratnam SMW, Howard ME, Tempering optimism from repeated longitudinal mental health surveys. *Lancet Psych* 2021 April 01; 8(4): 274-275. doi: https://doi.org/10.1016/S2215-0366(21)00045-6

## **Professional educational materials or reports, in print or other media**

**Television Documentaries**

*The Infinite Voyage: Chronobiology* (*WQED, PBS/Pittsburgh*)—Served on five-member expert advisory panel for this documentary in a series co-produced by WQED and the NAS under the auspices of the National Academy of Sciences Film Committee.  1989. Michael S. Shaw, MD, Lee Bobker, Dita Domonkos (Producers and Directors).

*Journey Into Sleep (Health Science Media)*.  1990 Winner: Cine Golden Eagle Film & Video Competition. William Bensen (Senior Producer/Director), Darrell Mohr (Producer/Editor), Jennifer Pulley (Host).

*NASA CONNECT™—The Right Ratio of Rest: Proportional Reasoning*.  Appeared in and served as scientific advisor for this educational film produced for middle school children grades 5-8 by NASA Langley Research Center's Office of Educational Programs; first broadcast September 22, 2005. (Winner or Regional Emmy in Service Program category from the National Capital Chesapeake Bay Chapter of the National Academy of Television Arts and Sciences)

*Chronobiology: The Time of Our Lives.*  Roger Bingham (Executive Producer and Writer), Teyra Ryan (Producer), John Rubin (Writer).  KCET-TV (PBS/Los Angeles) Science and Society Unit, *Frontiers of the Mind*—A KCET production; Community Television of Southern California. 1998; 58 minutes.

*The Nature of Things: The Sleep Famine (SBS Television, Australia)*.  David Suzuki (Host), Michael Allder (Executive Producer), Bruce Martin (Screenwriter), Vishnu Mathur (Producer, Director).  2000 (A New York

Times Critic's Pick)

**Reports**

Institute of Medicine, Division of Mental Health and Behavioral Medicine, *Health and Behavior: Frontiers of Research in the Biobehavioral Sciences*, Hamburg DA, Elliott GR, Parron DL, eds. Washington DC: National Academy Press, 1982. Member of Task Force on Health and Behavior Monograph.

Committee on Science and Technology House of Representatives. Ninety-eighth Congress. *Biological Clocks and shift work scheduling.* Washington DC: US Government Printing Office, 1983. Witness in the Hearings before the Subcommittee on Investigations and Oversight

Center for Design of Industrial Schedules. *Final Report on the Philadelphia Police Department Shift Rescheduling Program.* Prepared for the Fraternal Order of Police, Lodge No. 5, Philadelphia PA, 1988.

U.S. Congress, Office of Technology Assessment, *Biological Rhythms: Implications for the worker*, OTA-BA-463. Washington, DC: Government Printing Office, September 1991. Member of Biological Rhythms Study Panel.

American Academy of Sleep Medicine. *The International Classification of Sleep Disorders, Revised. Diagnostic and Coding Manual.* Chicago, IL: American Academy of Sleep Medicine 2001. Member of Diagnostic Classification Steering Committee of the American Academy of Sleep Medicine.

American Academy of Sleep Medicine. *The International Classification of Sleep Disorders, 2nd Ed. Diagnostic and Coding Manual.* Westchester, IL: American Academy of Sleep Medicine 2005. Member of Circadian Rhythm Sleep Disorders Task Force.

U.S. Department of Transportation's Federal Motor Carrier Safety Administration. *Expert Panel Recommendations: Obstructive Sleep Apnea and Commercial Motor Vehicle Safety* January 2008. Ancoli-Israel S, **Czeisler CA**, George CF, Guilleminault C, Pack AI.
Available at: http://www.fmcsa.dot.gov/rules-regulations/TOPICS/mep/report/Sleep-MEP-Panel-Recommendations-508.pdf

National Academy of Sciences. *Commercial Motor Vehicle Driver Fatigue, Long-Term Health, and Highway Safety: Research Needs.* Washington DC: National Academies Press, 2016.  Panel on Research Methodologies and Statistical Approaches to Understanding Driver Fatigue Factors in Motor Carrier Safety and Driver Health; Committee on National Statistics; Board on Human-Systems Integration; Division of Behavioral and Social Sciences and Education; Transportation Research Board; National Academies of Sciences, Engineering, and Medicine. Member of the Panel on Research Methodologies and Statistical Approaches to Understanding Driver Fatigue Factors in Motor Carrier Safety and Driver Health. Available at: http://www.nap.edu/catalog/21921/commercial-motor-vehicle-driver-fatigue-long-term-health-and-highway-safety

**Thesis**

1.   **Czeisler CA**.  Psychoendocrine study on the effects of anxiety: the nychthemeral pattern of plasma cortisol levels in patients awaiting elective cardiac surgery (A.B. thesis, summa cum laude).  Cambridge MA: Harvard College, 1974;1-94.

2.    **Czeisler CA**.  <u>Internal organization of temperature, sleep-wake, and neuroendocrine rhythms monitored in an environment free of time cues</u> (Ph.D. thesis).  Stanford CA: Stanford University, 1978;1-346.

**Abstracts, Poster Presentations and Exhibits Presented at Professional Meetings** (Past 3 years only)

## 2012

1.    Chang AM, Anderson C, Cain S, Czeisler C. Effect of different light regimens for circadian entrainment to an 8-hour advance of sleep. Abstract. 13th Biennial Meeting of the Society for Research in Biological Rhythms (SRBR) Destin, FL; 2012 May 19-23:S21

2.    Cain S, Vlassac I, Gooley J, Rahman S, Van Reen E, Rueger M, St. Hilaire M, Klerman E, Czeisler C, Lockley S. Sex differences in seasonal timing of the circadian clock in humans. Abstract. 13th Biennial Meeting of the Society for Research in Biological Rhythms (SRBR) Destin, FL; 2012 May 19-23:S66

3.    Duffy JF, Ward K, Silva EJ, Dennison CF, Kronauer RE, **Czeisler CA**. One day of dim light sensitizes the human circadian timing system. Abstract. 13th Biennial Meeting of the Society for Research in Biological Rhythms (SRBR) Destin, FL; 2012 May 19-23:P53.

4.    Flynn-Evans E, Barger L, Kubey A, Wright K, **Czeisler CA**. Sleep and circadian rhythms in crewmembers during space shuttle missions. Abstract. 13th Biennial Meeting of the Society for Research in Biological Rhythms (SRBR) Destin, FL; 2012 May 19-23:P224.

5.    Lee M, Howard M, Liang Y, Horrey W, Anderson C, Shreeve M, O'Brien C, **Czeisler CA**. Ocular measurements of drowsiness and driving performance after night shift work. Abstract. 13th Biennial Meeting of the Society for Research in Biological Rhythms (SRBR) Destin, FL; 2012 May 19-23:P280.

6.    Sazuka N, Wang W, Wyatt J, **Czeisler CA**, Klerman E. Differential effects of two alertness promoting agents on sleep quantified using transition analysis. Sex differences in seasonal timing of the circadian clock in humans. Abstract. 13th Biennial Meeting of the Society for Research in Biological Rhythms (SRBR) Destin, FL; 2012 May 19-23:P135.

7.    Barger L, Rajaratnam SM, Lockley SW, Sullivan J, O'Brien C, Qadri S, **Czeisler CA**. Sleep disorders are associated with adverse health and safety in firefighters. Abstract. 26th Annual Meeting of the Associated Professional Sleep Societies, LLC (APSS) Boston, MA; *Sleep* 2012; 35:A60.

8.    Barger L, Rajaratnam SM, Lockley SW, Wang W, Landrigan CP, O'Brien C, Qadri S, Sullivan J, Cade BE, **Czeisler CA**. Sleep disorders are associated with adverse performance and safety in police officers. Abstract. 26th Annual Meeting of the Associated Professional Sleep Societies, LLC (APSS) Boston, MA; *Sleep* 2012; 35: A442.

9.    Buxton AM, Hu K, Wang W, Cain SW, Porter J, O'Connor SP, Mohamed YA, Duffy JF, **Czeisler CA**, Shea SA. Energy balance considerations during chronic sleep restriction and circadian misalignment. Abstract. 26th Annual Meeting of the Associated Professional Sleep Societies, LLC (APSS) Boston, MA; *Sleep* 2012; 35:A105.

10.   Chang A, Aeschbach D, Duffy JF, **Czeisler CA**. Impact of evening use of light-emitting electronic readers on circadian timing and sleep latency. Abstract. 26th Annual Meeting of the Associated Professional Sleep Societies, LLC (APSS) Boston, MA; *Sleep* 2012; 35:A205.

11.   Chang A, Anderson C, Cain SW, **Czeisler CA**. Evaluation of photic countermeasures for circadian entrainment to an 8-hour advance of sleep. Abstract. 26th Annual Meeting of the Associated Professional Sleep Societies, LLC (APSS) Boston, MA; Sleep 2012; 35:A212.

12.   **Czeisler CA**, Shea SA, Lockley SW, Barger L, O'Brien C, Qadri S, Epstein LJ, White D, Rajaratnam S. Body Mass Index is an effective measure for occupational screening of employees at high risk for moderate to severe Obstructive Sleep Apnea: Implications for DOT commercial driver medical examinations. Abstract. 26th Annual Meeting of the Associated Professional Sleep Societies, LLC (APSS) Boston, MA; *Sleep* 2012; 35: A138.

13.   Flynn-Evans EE, Kubey A, Wang W, Wright KP, **Czeisler CA**, Barger L. Sleep duration among 64 astronauts on space shuttle missions. Abstract. 26th Annual Meeting of the Associated Professional Sleep Societies, LLC (APSS) Boston, MA; *Sleep* 2012; 35:A116.

14.   Lee ML, Howard ME, Horrey WJ, Liang Y, Anderson C, Shreeve MS, O'Brien C, **Czeisler CA**. Ocular measurement of drowsiness and driving impairment in shift-workers. Abstract. 26th Annual Meeting of the Associated Professional Sleep Societies, LLC (APSS) Boston, MA; *Sleep* 2012; 35: A68.

15.   Phillips AJ, Breslow ER, Huang JM, St. Hilaire MA, Klerman EB. Actigraphic sleep patterns and obesity in older men and women. Abstract. 26th Annual Meeting of the Associated Professional Sleep Societies, LLC (APSS) Boston, MA; *Sleep* 2012; 35: A212.

16.   Rajaratnam S, Barger L, Lockley SW, Shea SA, Wang W, Landrigan CP, O'Brien C,  Qadri S, Sullivan J, **Czeisler CA**. Sleep disorders are associated with adverse physical and mental health outcomes in police officers. Abstract. 26th Annual Meeting of the Associated Professional Sleep Societies, LLC (APSS) Boston, MA; *Sleep* 2012; 35: A442.

17.   Tucker AM, **Czeisler CA**, Wright KP. Individual differences in lapses of attention during sleep deprivation are stable across the biological night and subsequent biological day. Abstract. 26th Annual Meeting of the Associated Professional Sleep Societies, LLC (APSS) Boston, MA; *Sleep* 2012; 35: A111.

**2013**

18.   Flynn-Evans EE, Barger LK, Kubey A, Wright KP Jr., Klerman EB, and **Czeisler CA**. Sleep duration and medication use among astronauts during predicted circadian misalignment on long duration missions. NASA Investigators Working Group Meeting, Galveston, TX, February 2013.

19.   Bollweg LJ, Barger LK, Sullivan JP, Lockley SW and **Czeisler CA**. Development of an educational program for flight controllers working nightshifts (Orbit 1). NASA Investigators Working Group Meeting, Galveston, TX, February 2013.

20.   Barger LK, Sullivan JP, Bollweg LJ, Lockley SW and **Czeisler CA**. Experimental trial of fatigue countermeasure program in operational flight controllers. NASA Investigators Working Group Meeting, Galveston, TX, February 2013.

21.   Buxton O, Hu K, Hussain MV, Cain SW, McLaren DT, Porter J, O'Connor SP, Duffy JF, **Czeisler CA**, Shea SA. Sleep restriction with circadian disruption increases sympathovagal balance in older healthy humans. Sleep 2013; 36:A19.

22. Chang AM, Buxton OM, **Czeisler CA**, Duffy JF, Lockley SW, Scheer FAJL, Saxena R. PER2 polymorphism influences slow-wave sleep in humans. Sleep 2013; 36:A322.

23. Aeschbach DA, Cohen DA, **Czeisler CA**, Klerman EB. Distinct non-additive effects of acute and chronic sleep loss and circadian phase on inadvertent attentional failures. Sleep 2013;36:A87.

24. Klerman EB, Wyatt JK, Cohen, DA, Aeschbach D, Gronfier C, Wang W, **Czeisler CA**. Effects of Prior Time Awake and Time Asleep on Sleep Structure: Analyses across Forced Desynchrony Protocols with Different Sleep/Wake Cycle Durations. Sleep 2013; 36:A42.

25. Wang W, Wyatt JK, Cohen DA, Aeschbach D, Gronfier C, Beckett SA, Mankowski P, **Czeisler CA** Klerman EB. Modeling Circadian Influences on Actigraphy Data With Zero-inflated Poisson Distribution. Sleep 2013; 36: A50.

26. Rahman SA, St. Hilaire MS, Flynn-Evans EE, Barger LK, Brainard GC, **Czeisler CA**, Lockley SW. The ISS dynamic lighting schedule: An in-flight lighting countermeasure to facilitate circadian adaptation, improve sleep and enhance alertness and performance on the International Space Station. Abstract. 2013 NASA Human Research Program Investigators' Workshop; 2013 Feb 12-14; Houston, USA.

**2014**

27. Zitting KM, Cain SW, Münch MY, Silva EJ, Wang W, **Czeisler CA**, Duffy JF. Chronic sleep restriction leads to dissociation of subjective and objective sleepiness. Sleep 2014; 37:A83-4.

28. Wang W, Duffy JF, **Czeisler CA**, Klerman EB. Sex differences in sleep quantified using survival analyses of sleep and wake bouts: A meta-analysis across forced desynchrony protocols. Sleep 2014; 37:A46.

29. Maurer L, Elliott KJ, Ronda JM, Zitting K-M, Ward KE, **Czeisler CA**, Duffy JF. A new face of sleep: The impact of post-learning sleep on recognition memory for face-name associations. Journal of Sleep Research 2014; 23 (suppl 1): 98.

30. Zitting KM, Cain SW, Münch MY, Wang W, Ronda JM, **Czeisler CA**, Duffy JF. Objective sleepiness in young and older adults during 3 weeks of chronic sleep restriction. Journal of Sleep Research 2014; 23 (suppl 1):269..

31. Bermudez E, Klerman EB, Cohen DA, Wyatt JK, **Czeisler CA**, Phillips AJK. The Relationship Between Subjective Alertness and Objective Performance during Chronic Sleep Restriction. Sleep 2014. Minneapolis MN. 37: A84

32. Cohen DA, Wang W, Wyatt JK, **Czeisler CA**, Klerman EB. Sleep Inertia during Chronic Sleep Restriction is Affected by Circadian Phase, Length of Time Awake, and Duration of Sleep Restriction. Sleep 2014. Minneapolis MN. 37:A86.

33. Lee ML, Strangman GE, Hull JT, Kamath TV, Wang W, Rahman SA, Lockley SW, Ivkovic V, Zhang Q, Czeisler C, Klerman EB. (June, 2014) Assessing the Circadian  Rhythmicity and Impact of Chronic Sleep Loss on Performance-Associated Regional Brain Activation Using Near Infrared Spectroscopy. Society for Research and Biological Rhythms meeting abstract. Big Sky, Montana.

34. Clerx WM, Phillips AJK, Lockley SW, O'Brien CS, Klerman EB, **Czeisler CA**. Impact of irregularity of sleep-wake schedules on circadian phase and amplitude in college undergraduates. 2014 SRBR Meeting.

Big Sky, Montana. 2014.

35. Rahman SA, St. Hilaire MS, Flynn-Evans EE, Barger LK, Brainard GC, **Czeisler CA**, Lockley SW. The ISS dynamic lighting schedule: An in-flight lighting countermeasure to facilitate circadian adaptation, improve sleep and enhance alertness and performance on the International Space Station. Abstract. 2014 NASA Human Research Program Investigators' Workshop; 2014 Feb 12-13; Houston, USA

36. Barger LK, Sullivan JP, Lockley SW, **Czeisler CA**. Fatigue countermeasure program improves alertness and performance in operational flight controllers. Abstract. 2014 NASA Human Research Program Investigators' Workshop; 2014 Feb 12-13; Houston, USA.

37. Rahman SA, St. Hilaire MA, Chang AM, Santhi N, Gronfier C, Kronauer RE, **Czeisler CA**, Klerman EB, Lockley SW. Functional decoupling of melatonin suppression and circadian phase resetting in humans. Abstract. 14th meeting of the Society for Research in Biological Rhythms (SRBR); 2014 June 14-18; Big Sky, USA.

38. Hull JT, Dijk DJ, **Czeisler CA**, Lockley SW. Suppression of melatonin secretion by ocular exposure to bright light in the blind. Abstract. 14th meeting of the Society for Research in Biological Rhythms (SRBR); 2014 June 14-18; Big Sky, USA.

**2015**

39. Brainard, G, Barger, L, Clark T, Coyle, W, Czeisler, C, Hanifin, J, Johnston, S, Maida J, Moomaw, R, Pineda, C, Warfield, B, and Lockley, S. Testing solid state lighting countermeasures to improve circadian adaptation, sleep, and performance during high fidelity analog and flight studies for the international space station. NASA Investigators Working Group Meeting, Galveston, TX, January 2015.

40. Rahman SA, St. Hilaire MS, Flynn-Evans EE, Barger LK, Brainard GC, **Czeisler CA**, Lockley SW. The ISS dynamic lighting schedule: An in-flight lighting countermeasure to facilitate circadian adaptation, improve sleep and enhance alertness and performance on the International Space Station. Abstract. 2015 NASA Human Research Program Investigators' Workshop; 2015 Jan 13-15; Houston, USA.

41. St. Hilaire MS, Rahman SA, Sullivan JP, Kristal BS, Quackenbush J, Duffy JF, Barger LK, **Czeisler CA**, Lockley SW. Development and testing of biomarkers to determine individual astronauts' vulnerabilities to behavioral health disruptions. Abstract. 2015 NASA Human Research Program Investigators' Workshop; 2015 Jan 13-15; Houston, USA.

42. Brainard G, Lockley S, Barger L, Clark T, Coyle W, Czeisler C, Hanifin J, Johnston S, Maida J, Moomaw R, Pineda C, Warfield B. Testing solid state lighting countermeasures to improve circadian adaptation, sleep, and performance during high fidelity analog and flight studies for the International Space Station. Abstract. 2015 NASA Human Research Program Investigators' Workshop; 2015 Jan 13-15; Houston, USA.

## Narrative Report

**Charles A. Czeisler, Ph.D., M.D.** is the Baldino Professor of Sleep Medicine, Director of the Division of Sleep Medicine at Harvard Medical School and Chief of the Division of Sleep Medicine in the Department of Medicine at Brigham and Women's Hospital in Boston, Massachusetts. Dr. Czeisler has more than 30 years' experience in the field of basic and applied research on the physiology of the human circadian timing system and its relationship to the sleep-wake cycle including the application of sleep science and sleep medicine to occupational medicine/health policy. He is interested in the physiology of the hypothalamic circadian pacemaker in humans, photic and non-photic synchronizers of the human circadian pacemaker, temporal

dynamics in neuroendocrine systems, homeostatic and circadian factors in the regulation of sleep and alertness, and the application of circadian physiology to occupational medicine/health policy, particularly as it relates to the extended duration work shifts and long work weeks.

**Tab D**

VITA

Henry George Grabowski

Office:      Department of Economics
Duke University
305 Social Sciences
Box 90097
Durham, N.C.  27708-0097

Telephone:  (919) 660-1839          Telephone:    (919) 929-7023
Fax:          (919) 681-7984
E-mail:      grabow@econ.duke.edu

Education:

Lehigh University, B.S., Engineering Physics, 1962
Princeton University, M.A., Economics, 1964
Princeton University, Ph.D., Economics, 1967

Professional Career:

Assistant Professor in Economics Department, Yale University, 1967-1971
Research Associate, National Bureau of Economic Research, 1971-1972
Associate Professor in Economics Department, Duke University, 1972-1976
Professor in Economics Department, Duke University, 1976-2009
Professor Emeritus in Economics Department, Duke University, 2009-
Research Fellow, International Institute of Management, Berlin, Germany, 1976
Visiting Scholar, Health Care Financing Administration, Office of Research, Washington, D.C. 1979-1980
Director, Program in Pharmaceuticals and Health Economics, Duke University, 1983-

Professional Organizations and Board Memberships:

Adjunct Scholar and Advisory Board Member for Health Policy Research, American Enterprise Institute for Public Policy Research
Board of Scientific Advisors, American Council on Science and Health
Associate Editor, The Quarterly Review of Economics and Finance
Associate Editor, Journal of Research in Pharmaceutical Economics

Major Fields of Interest:

Industrial Organization          Government Regulation of Business
Economics of Innovation         Pharmaceutical Industry-Health
Economics

Publications

Books and Monographs:

Drug Regulation and Innovation:  Empirical Evidence and Policy Options, (American Enterprise Institute for Public Policy Research:  Washington, D.C.), 1976.

The Impact of Regulation on Industrial Innovation (with John Vernon) (National Academy of Sciences:  Washington, D.C.), 1979.

The Regulation of Pharmaceuticals:  Balancing the Benefits and Risks (with John Vernon) (American Enterprise Institute for Public Policy Research:  Washington, D.C.), 1983.

Health Reform and Pharmaceutical Innovation (American Enterprise Institute for Public Policy Research:  Washington, D.C.), 1994.

The Search for New Vaccines:  The Effects of the Vaccines for Children Program, (American Enterprise Institute for Public Policy Research:  Washington, D.C.), 1997.

Articles:

"A Graph-Oriented Model for Research Management," (with Oscar Morgenstern and R. W. Shepherd), in M. C. Yovits, D. M. Gilford, E. Staveley, and H. D. Lerner, eds., Research Program Effectiveness, (Gordon and Breach:  New York), 1966, pp. 187-216.

"The Determinants and Effects of Industrial Research and Development Expenditures," Journal of Political Economy, Vol. 76, No. 2, March/April, 1968, pp. 292-306; reprinted in K. S. Palda, ed., Readings in Managerial Economics, (Prentice-Hall), 1973; also reprinted in  S. Yamey, ed., Economics of Industrial Structure:  Selected Readings, (Penguin Modern Economics Series), 1973.

"Industrial Organization:  The Role and Contribution of Econometrics," (with Dennis Mueller), American Economic Review, Vol. 60, No. 2, May 1970, pp. 100-104.

"Demand Shifting, Optimal Firm Growth, and Rule-of-Thumb Decision Making," Quarterly Journal of Economics, Vol. 84, May 1970, pp. 217-235.

"Non-Price Competition in the Cigarette Industry:  A Comment," (with Dennis Mueller), Antitrust Bulletin, Vol. 40, Winter 1970, pp. 257-292.

"Imitative Advertising in the Cigarette Industry," (with Dennis C. Mueller), The Journal of American and Foreign Antitrust and Trade Regulation, Vol. 16, No. 2, Summer 1971, pp. 257-292.

"Determinants and Distributional Aspects of Enrollment in U.S. Higher Education," (with A. Corazzini and D. Dugan), Journal of Human Resources, Winter 1972, pp. 39-59.

"Managerial and Stockholder Welfare Models of Firm Expenditures," (with Dennis Mueller), Review of Economics and Statistics, Vol. 54, February 1972, pp. 9-24.

"Rivalry in Research and Development: An Empirical Study," (with Nevins D. Baxter), Journal of Industrial Economics, Vol. 21, No. 2, July 1973, pp. 209-235.

"Advertising and Resource Allocation: A Critique," in Salvatore F. Davita, ed., Advertising and the Public Interest, (American Marketing Association), 1974.

"Life Cycle Effects on Corporate Returns on Retentions," (with C. Dennis Mueller), Review of Economics and Statistics, Vol. 57, November 1975, pp. 400-409.

"Structural Effects of Regulation on Innovation in the Ethical Drug Industry," (with John Vernon), Chapter 10, in Robert T. Masson and P. David Qualls, eds., Essays on Industrial Organization in Honor of Joe S. Bain, (Ballinger Publishing Company: Cambridge), 1976, pp. 181-205.

"The Effects of Advertising on the Interindustry Distribution of Demand," in Occasional Papers of National Bureau of Economic Research, Explorations in Economic Research, Vol. 3, Winter 1976, pp. 21-75.

"The Effects of Regulatory Policy on the Incentives to Innovate: An International Comparative Analysis," (with John Vernon and Lacy Glenn Thomas), in Emery A. Link and Samuel Mitchell, eds., Impact of Public Policy on Drug Innovation and Pricing, (American University: Washington, D.C.), 1976, pp. 47-93.

"Consumer Protection Regulation in Ethical Drugs," (with John Vernon), American Economic Review, Vol. 67, February 1977, pp. 359-364.

"Estimating the Effects of Regulation on Innovation: An International Comparative Analysis of the Pharmaceutical Industry," (with John M. Vernon and Lacy Glenn Thomas), Journal of Law and Economics, Vol. 21, No. 1, April 1978, pp. 133-163.

"The Effects of Advertising on IntraIndustry Shifts on Demand," in Occasional Papers of National Bureau of Economic Research, Explorations in Economic Research, Vol. 4, No. 5, Fall 1978, pp. 675-701.

"Consumer Product Safety Regulation," (with John M. Vernon), American Economic Review, Vol. 68, May 1978, pp. 284-289.

"Industrial Research and Development, Intangible Capital Stocks, and Firm Profit Rates," (with Dennis Mueller), Bell Journal of Economics, Vol. 9, No. 2, Fall 1978, pp. 328-343.

"New Studies on Market Definition, Concentration, Theory of Supply, Entry and Promotion," (with John M. Vernon), in Robert I. Chien, ed., Issues in Pharmaceutical Economics, (Lexington Books:  Lexington, Mass.), 1979, pp. 29-52.

"Regulation of the United States Pharmaceutical Industry:  Current Problems and Policy Developments," in George Teeling-Smith, ed., Medicines for the Year 2000, (Office of Health Economics:  London, England), 1979, pp. 57-74.

The Effects of Product Quality Regulation on Innovation in the U.S. Pharmaceutical Industry, Final Report for the National Science Foundation Grant PRA 75-19823 (National Technical Information Services, Washington, D.C.), 1979.

"The Impact of Regulation on Innovation," Food Drug Cosmetic Law Journal, Vol. 34, No. 10, October 1979, pp. 555-560.

"Substitution Laws and Innovation in the Pharmaceutical Industry," (with John Vernon), Law and Contemporary Problems, Winter/Spring Issue, 1979, pp. 43-66.

"Regulation and the International Diffusion of Pharmaceuticals," in Robert B. Helms, ed., The International Supply of Medicines, (American Enterprise Institute for Public Policy Research:  Washington, D.C.), 1980, pp. 5-36.

"The Determinants of R&D Expenditures," (with John Vernon), in Robert B. Helms, ed., Drugs and Health, (American Enterprise Institute for Public Policy Research: Washington, D.C.), 1981, pp. 3-20.

"Regulation and Industrial Innovation," in Industrial Innovation and Public Policy Options:  Background Papers for a Colloquium, (National Academy Press:  Washington, D.C.), 1981, pp. 65-81.

"Auto Safety Regulation:  An Analysis of Market Failure," (with Richard J. Arnould), The Bell Journal of Economics, Vol. 12, No. 1, Spring 1981, pp. 27-48.

"Public Policy and Innovation:  The Case of Pharmaceuticals," Technovation, Vol. 1, 1982, pp. 157-189.

"A Sensitivity Analysis of Expected Profitability of Pharmaceutical Research and Development," (with John Vernon), Managerial and Decision Economics, Vol. 3, No. 1, March 1982, pp. 36-40.

"Public Policy and Pharmaceutical Innovation," Health Care Financing Review, Vol. 4, No. 1, September 1982, pp. 75-87.

"An Evaluation of the Maximum Allowable Cost Program," (with Jean P. Gagnon), in The Effectiveness of Medicines in Containing Health Care Costs, Proceedings of a Symposium of the National Pharmaceutical Council, Washington, D.C., 1982, pp. 81-113.

"The Pharmaceutical Industry," (with John M. Vernon), in Richard R. Nelson, ed., Government and Technical Progress - A Cross-Industry Analysis, (Pergamon Press: New York), 1982, pp. 283-360.

"Automobile Safety Regulation:  A Review of the Evidence," (with Richard J. Arnould), in Richard O. Zerbe, ed., Research in Law and Economics, Vol. 5, 1983, pp. 233-267.

"The Impact of Patent and Regulatory Policies on Drug Innovation," Medical Marketing & Media, Vol. 18, No. 10, October 1983, pp. 42-63.

"A Computer Simulation Model of Pharmaceutical Innovation," (with John Vernon), in Bjorn Lindgren, ed., Pharmaceutical Economics, (Swedish Institute for Health Economics and Liber Forlag:  Lund, Sweden), 1984, pp. 159-175.

Studies on Drug Substitution, Patent Policy and Innovation in the Pharmaceutical Industry, Final report to the National Science Foundation available from the National Technical Information Services, Number PB-85-109700, Washington, D.C., 1985.

"Organizational Capital and the Choice between Specialization and Diversification," (with Michael Gort and Robert McGuckin), Managerial and Decision Economics, Vol. 6, No. 1, March 1985, pp. 2-10.

"Economic Aspects of Vaccine Innovation and Manufacturing," (with Lawrence De Brock), Chapter 4, in Vaccine Supply and Innovation, (National Academy Press: Washington, D.C.), 1985, pp. 45-64.

"Longer Patents for Lower Imitation Barriers:  The 1984 Drug Act," (with John Vernon), The American Economic Review, Vol. 76, May 1986, pp. 195-198.

"Health Care Cost Containment and Pharmaceutical Innovation," in Proceedings of the Conferences on Health Care and the Elderly, (Washington, D.C.), 1986, pp. 25-28.

"Pioneers, Imitators, and Generics--A Simulation Model of Schumpeterian Competition," (with John Vernon), The Quarterly Journal of Economics, August 1987, pp. 491-525.

"The Health/Economic Benefits of Drug Therapy:  Efficacy, Low Risk, Cost Effectiveness, Patient Information and Emancipation," Swiss Pharma, Vol. 9, No. 3a, 1987, pp. 29-31.

"Impact of Patent and Regulatory Policies on Drug Innovation,"  Proceedings of the Second Annual Shearson Lehman Hutton Conference on Legal and Regulatory Issues Affecting Biotechnology and Health Care, (Shearson Lehman Hutton, Inc.:  New York), October 1988, pp. 5-16.

"Medicaid Patients' Access to New Drugs," Health Affairs, Winter 1988, pp. 102-114.

"Price and Availability Tradeoffs of Automobile Insurance Regulation," (with W. Kip Viscusi and William N. Evans), Journal of Risk and Insurance, Vol. LVI, No. 2, June 1989, pp. 275-299.

"An Analysis of U.S. International Competitiveness in Pharmaceuticals," Managerial and Decision Economics, Special Issue, 1989, pp. 27-33.

"Economic Scales and Tests," (with Ronald W. Hansen), in B. Spilker, ed., Quality of Life Assessments in Clinical Trials, (Raven Press, Ltd.: New York), 1990, pp. 61-69.

"Innovation and International Competitiveness in Pharmaceuticals," in Arnold Heertje and Mark Perlman, eds., Evolving Technology and Market Structure: Studies in Schumpeterian Economics, (University of Michigan Press), 1990, pp. 167-185.

"A New Look at the Returns and Risks to Pharmaceutical R&D," (with John Vernon), Management Science, Vol. 36, No. 7, July 1990, pp. 804-821.

"The Changing Economics of Pharmaceutical Research and Development," in Annetine C. Gelijns and Ethan A. Halm, eds., The Changing Economics of Medical Technology, (National Academy Press: Washington, D.C.), 1991, pp. 35-52.

"Product Liability in the Pharmaceuticals: Comments on Chapters Eight and Nine," in Peter W. Huber and Robert E. Litan, eds., The Liability Maze: The Impact of Liability Law on Safety and Innovation, (Brookings Institution: Washington, D.C.), 1991, pp. 360-366.

"The Cost of Innovation in the Pharmaceutical Industry," (with Joseph DiMasi, Ronald Hansen and Louis Lasagna), Journal of Health Economics, Volume 10, 1991, pp. 107-142.

"Pharmaceutical Research and Development: Returns and Risk," Sixth Annual Centre for Medicines Research Lecture 1991, Centre for Medicines Research, Surrey, England, 1991.

"The Effect of Medicaid Formularies on the Availability of New Drugs," (with Stuart O. Schweitzer and S. Renee Shiota), PharmacoEconomics, Vol. 1 (Suppl. 1), 1992, pp. 32-40.

"The Costs and Returns to Pharmaceutical Research and Development," Rivista Internazionale di Scienze sociali, (International Social Studies Review), September 1992, pp. 347-358.

"Brand Loyalty, Entry and Price Competition in Pharmaceuticals After the 1984 Drug Act," (with John M. Vernon), Journal of Law and Economics, Vol. 35, No. 2, October 1992, pp. 331-350.

"Pharmaceuticals and Health Care Costs," Proceedings of the First International Health Care Forum, Health Care Policy and the Pharmaceutical Industry, Gotemba, Japan, 1993.

"Health Reform and Pharmaceutical Innovation," Seton Hall Law Review, Vol. 24, No. 3, 1994, pp. 1221-1259.

"Innovation and Structural Change in Pharmaceuticals and Biotechnology," (with John Vernon), Industrial and Corporate Change, Vol. 3, No. 2, 1994, pp. 435-449.

"Returns to R&D on New Drug Introductions in the 1980s," (with John Vernon), Journal of Health Economics, Vol. 13, 1994, pp. 383-406.

"Research and Development Costs for New Drugs by Therapeutic Category:  A Study of the U.S. Pharmaceutical Industry," (with Joseph A. DiMasi, Ronald W. Hansen, and Louis Lasagna), PharmacoEconomics, Vol. 7, No. 2, 1995, pp. 152-169.

"Economic Evaluation of Drug Treatment for Psychiatric Disorders:  The New Clinical Trial Protocol," (with Gary Zarkin, Josephine Mauskopf, Heather A. Bannerman, and Richard H. Weisler), Chapter 161, in Floyd E. Bloom and David J. Kupfer, eds., Psychopharmacology:  The Fourth Generation of Progress, (Raven Press, Ltd.:  NY), 1995, pp. 1897-1905.

"R&D Costs, Innovative Output and Firm Size in the Pharmaceutical Industry," (with Joseph A. DiMasi and John Vernon), International Journal of the Economics of Business, Vol. 2, No. 2, 1995, pp. 201-219, (special volume honoring Merton J. Peck of Yale University).

"Price and Profit Control, New Competitive Dynamics and the Economics of Innovation in the Pharmaceutical Industry," in Adrian Towse, ed., Industrial Policy and the Pharmaceutical Industry, (Office of Health Economics:  London), 1995, pp. 77-91.

"Economic Scales and Tests," (with Ronald W. Hansen), in B. Spilker, ed., Quality of Life and Pharmacoeconomics in Clinical Trials, Second Edition, (Lippincott-Raven Press:  Philadelphia), 1996, pp. 79-84.

"Returns to Pharmaceutical R&D:  Prospects Under Health Care Reform," (with John Vernon), in Robert Helms, ed., Competitive Strategies in the Pharmaceutical Industry, (AEI Press:  Washington, D.C.), 1996, pp. 194-207.

"Longer Patents for Increased Generic Competition:  The Waxman-Hatch Act After One Decade," PharmacoEconomics, Vol. 10, Suppl. 2, 1996, pp. 110-123.

"The Effect of Pharmacoeconomics on Company Research and Development Decisions," Pharmacoeconomics Vol. 11, No. 5, May 1997, pp. 389-397.

"The Impact of Cost-Effectiveness on Public and Private Policies in Health Care:  An International Perspective," (Edited Symposium Volume with Frank Sloan), in Social Science & Medicine, Vol. 45, No. 4, August 1997.

"Pharmacy Benefit Management, Cost-Effectiveness Analysis and Drug Formulary Decisions," (with C. Daniel Mullins), Social Science & Medicine, Vol. 45, No. 4, August 1997, pp. 535-544.

"Public Policy and Innovation in Pharmaceuticals and Biotechnology," in Demetri Kantarelis, editor, Business and Economics for the 21st Century, Volume I, Business and Economic Society International, Worcester, Mass., 1997, pp. 343-349.

"The Role of Cost-Effectiveness Analysis in Managed Care Decisions," Pharmacoeconomics, Vol. 14, suppl. 1, 1998, pp. 15-24.

"The Determinants of Pharmaceutical Research and Development Expenditures," (with John Vernon), Journal of Evolutionary Economics, Vol. 10, 2000, pp. 201-215.

"Effective Patent Life in Pharmaceuticals," (with John Vernon), International Journal of Technology Management, Vol. 19, Nos. 1/2, 2000, pp. 98-120.

"The Distribution of Sales from Pharmaceutical Innovation," (with John Vernon) PharmacoEconomics, Vol. 18, suppl. 1, 2000, pp. 21-32.

"Pressures from the Demand Side:  Market Dynamics and Industrial Structures," (with John Vernon), in Hannah Kettler, ed., Consolidation and Competition in the Pharmaceutical Industry, Office of Health Economics, London, 2001, pp. 62-79.

"Returns on Research and Development for 1990s New Drug Introductions," (with John Vernon and Joe DiMasi).  PharmacoEconomics, Vol. 20, Supplement 3, 2002.

"Patents, Innovation and Access to New Pharmaceuticals," Journal of International Economics Law Vol. 5, No. 4, December 2002, pp 849-860.

"Patents and New Product Development in the Pharmaceuticals and Biotechnology Industries," in John Duca, ed., Science and Cents: the Economics of Biotechnology, Federal Reserve Bank of Dallas, 2003.

"The Price of Innovation: New Estimates of Drug Development Costs," (with Joseph DiMasi and Ronald Hansen).  Journal of Health Economics, Vol. 22, 2003, pp.141-185.

"The Ripple Effects of a Restrictive Medicaid Formulary" (editorial), American Journal of Managed Care, Vol. 9, No. 10, October 2003, pp. 648-649.

"Are the Economics of Pharmaceutical R&D Changing?  Productivity, Patents and Political Pressures," PharmcoEconomics, Vol. 22, suppl. 2, 2004, pp. 15-24.

"R&D Costs and Returns by Therapeutic Category" (with Joseph DiMasi and John Vernon), Drug Information Journal,  Vol. 38, No. 3, 2004, pp. 211-223.

"Increasing R&D Incentives for Neglected Diseases: Lessons from the Orphan Drug Act," in Maskus KE and Reichman JH, eds.,  International Public Goods, and Transfer of Technology Under a Globalized Intellectual Property Regime, Cambridge University Press, 2005, pp. 457-480.

"Encouraging the Development of New Vaccines," Health Affairs, Vol. 24, No. 3, 2005, pp. 697-704.

"Extraordinary Claims Require Extraordinary Evidence," and "Setting the Record Straight on Setting the Record Straight: Response to Light and Warburton's Rejoinder," (with Joseph DiMasi and Ronald Hansen) Journal of Health Economics, 2005 Vol. 24, No.5, pp. 1034 and 1049.

"Developing Drugs for Developing Countries," (with David Ridley and Jeffrey Moe) Health Affairs March/April 2006 Vol. 25 No. 2, pp 313-324.

"The Quantity and Quality of Worldwide New Drug Introductions 1982 – 2003" (with Richard Wang), Health Affairs,  March/April 2006, Vol. 25 No. 2, pp. 452-460.

"Generic Competition in the U.S. Pharmaceutical Industry" (with Atanu Saha, Howard Birnbaum, Paul Greenberg, and Oded Bizan), International Journal of the Economics of Business, February 2006, Vol. 13, No. 1, pp. 15-38.

"How Did the 2003 Prescription Drug Re-Importation Bill Pass the House?" (with Omar Gokcekus, Mike Adams and Edward Tower), Economics and Politics, March 2006, Vol. 18, No. 1, pp. 27-46.

"Spending on Post-approval Drug Safety" (with David Ridley, Judith Kramer, Hugh Tilson, and Kevin Schulman), Health Affairs, March/April, 2006, Vol. 25 No. 2, pp. 429-436.

"The Market for Follow-On Biologics: How Will It Evolve?" (with Iain Cockburn and Genia Long) Health Affairs, September/October 2006; Vol. 25, No. 5, pp. 1291-1300.

"Economic Return of Clinical Trials Performed Under the Pediatric Exclusivity Program" (with Jennifer Li, Eric Eisenstein, Elizabeth Reid, Barry Mangum, Kevin Schulman, John Goldsmith, M. Dianne Murphy, Robert Califf, and Daniel Benjamin, Jr.) Journal of the American Medical Association, February 2007, vol. 297 (5), pp. 480-488.

"The Economics of New Oncology Drug Development" (with Joseph DiMasi), Journal of Clinical Oncology, 2007, Vol. 25(2), pp. 209-216.

"Generic Competition and Market Exclusivity Periods in Pharmaceuticals" (with Margaret Kyle), Managerial and Decision Economics, 2007, Vol. 28, pp. 491-502.

"Entry and Competition in Generic Biologics" (with David Ridley and Kevin Schulman), Managerial and Decision Economics, 2007, Vol. 28, pp. 439-451.

"Should the Patent System for New Medicines Be Abolished?" (with Joseph DiMasi), Clinical Pharmacology & Therapeutics, 2007, Vol. 82 (5), pp. 488-491.

"Competition Between Generic and Branded Drugs," Pharmaceutical Innovation: Incentives, Competition, and Cost-Benefit Analysis in International Perspective,  F. A. Sloan and C. R. Hsieh, eds.  Cambridge University Press, 2007, pp. 153-173.

"Impact of Economic, Regulatory and Patent Policies on Innovation in Cancer Chemoprevention," (with Jeffrey L. Moe), Duke Department of Economics Working Papers, November 2007, Cancer Prevention Research Online First 2008.

"The Cost of Pharmaceutical R&D: Is Biotech Different?" (with Joseph DiMai) Managerial and Decision Economics Vol. 28, 2007, pp. 469-479.

"Do Faster FDA Drug Reviews Adversely Affect Patient Safety?  An Analysis of the 1992 Prescription Drug User Fee Act" (with Richard Wang), Journal of Law and Economics, May 2008, pp. 377-406.

"Follow-on Biologics: Data Exclusivity and the Balance Between Innovation and Competition," Nature Reviews Drug Discovery 7(6), June 2008, pp. 479-488.

"Mergers and Alliances in Pharmaceuticals: Effects on innovation and R&D productivity," (with Margaret Kyle), The Economics of Corporate Governance and Mergers, (Klaus Gugler and B. Yurtogiu, eds.)  Edward Elgar Publishing, Northampton, MA, 2008, pp. 262-287.

"Encouraging Innovative Treatment of Neglected Diseases Through Priority Review Vouchers," (with David Ridley and Jeffrey Moe) in Karen Eggleston, Editor, Prescribing Cultures and Pharmaceutical Policy in the Asia-Pacific, The Brookings Institution, 2009.

"Data Exclusivity for Biologics" (with Genia Long and Richard Mortimer), Nature Reviews Drug Discovery, Vol. 10, No. 1, January 2011, pp. 15-16.

"Implementation of the Biosimilar Pathway: Economic and Policy Issues," (with Genia Long and Richard Mortimer), Seton Hall Law Journal, Vol. 41, No. 2, 2011 pp. 511-557

"The Evolution of the Pharmaceutical Industry Over the Past 50 Years: A Personal Reflection," International Journal of the Economics of Business, Vol. 18, No. 2, July 2011.

"R&D Costs and Returns," (with Joseph DiMasi) in The Economics of the Biopharmaceutical Industry, edited by Patricia Danzon and Sean Nicholson, Oxford University Press, 2012, pp. 21-46.

"Mergers, Acquisitions and Alliances," (with Margaret Kyle) in The Economics of the Biopharmaceutical Industry, edited by Patricia Danzon and Sean Nicholson, Oxford University Press, 2012, pp. 552-577.

"Does Generic Entry Always Increase Consumer Welfare?" (with T. Lewis, R. Guha, Z. Ivanova, M. Salgado and S. Woodhouse), The Food and Drug Law Journal, Vol. 76, No. 3, 2012, pp. 373-391.

"Recent Trends in Brand-Name and Generic Drug Competition," (with Genia Long and Richard Mortimer) Journal of Medical Economics, 2013, pp. 1-8.

"Regulatory and Cost Barriers Are Likely to Limit Biosimilar Development and Expected Savings in the Near Future," (with Rahul Guha and Maria Salgado) Health Affairs, Vol. 33, No. 6, pp. 1048-1057, 2014.

"Biosimilar Competition: Lessons from Europe," (with Rahul Guha and Maria Salgado) Nature Reviews: Drug Discovery, Vol. 13, 2014, pp. 99-100.

"Biosimilars," (with Genia Long and Richard Mortimer), in Anthony Culyer, editor, Encyclopedia of Health Economics, Vol. 1, San Diego: Elsevier, 2014, pp. 86-97.

"Mergers, Alliances and Acquisitions," (with Margaret Kyle), in Anthony Culyer, editor, Encyclopedia of Health Economics, Vol. 1, San Diego: Elsevier, 2014.

"The Roles of Patents and Research and Development Incentives in Biopharmaceutical Innovation," (with Joseph A. DiMasi and Genia Long) Health Affairs, Vol. 34, No. 2, 2015, pp. 302-310.

"Innovation in the Pharmaceutical Industry: New Estimates of R&D Costs," (with Joseph A. DiMasi and Ronald W. Hansen) Journal of Health Economics, Vol. 47, 2016, pp. 20-33.

"Updated Trends in US Brand-Name and Generic Drug Competition," (with Genia Long, Richard Mortimer and Ani Boyo) Journal of Medical Economics, Vol. 19, No. 9, 2016, pp. 836-844.

"An Economic Analysis of Global Policy Proposals to Prohibit Compensation of Blood Plasma Donors," (with Richard Manning) International Journal of the Economics of Business, Vol. 23, No. 2, 2016, pp. 149-166.

"Pharmaceutical Patent Challenges: Company Strategies and Litigation Outcomes" (with Carlos Brain, Anna Taub and Rahul Guha), American Journal of Health Economics, Vol. 3, No. 1, 2017, pp. 33-59.

"Continuing Trends in U.S. Brand-Name and Generic Drug Competition" (with Genia Long, Richard Mortimer, and Mehmet Bilginsoy), Journal of Medical Economics, Vol. 24, No. 1, 2021, pp. 908-917.

Papers Presented at Major Professional Conferences:
          (Selected Presentations since 1990)

"Brand Loyalty, Entry, and Price Competition after the 1984 Act," Applied Econometric Association Meetings, Ankara, Turkey, June, 1990; also, Second World Congress in Health Economics, Zurich, Switzerland, September 1990.

"First Mover Advantages, Price and Non-Price Competition in Pharmaceuticals," American Economic Association Meetings, December 1990.

"International Competition in Pharmaceutical R&D," National Science Board on Industrial Support for R&D, U.S. National Science Foundation, Washington, D.C., January 1991.

"Research and Development in an Era of Global Competition," Conference on American Pharmaceuticals in the Global Village, U.S. Department of State, Washington, D.C., June 1991.

"Pharmaceutical Research and Development:  Returns and Risk," Centre for Medicines Research Annual Lecture 1991, Royal College of Physicians, London, England, July 1991.

"The Effect of Medicaid Formularies on the Availability of New Drugs," Tufts University Conference, Cost Containment and Pharmaceuticals:  Issues for Future Research, Talloires, France, July 1991.

"Innovative Structure and Performance of the Pharmaceutical Industry," Second International Conference on the Economics of Innovation, University of Milan, Piacenza, Italy, June 1992.

"Pharmaceuticals and Health Care Costs," International Health Care Forum on Health Care Policy and the Pharmaceutical Industry, Gotemba, Japan, October 1992.

"Innovation and Structural Change in Pharmaceuticals and Biotechnology," American Economic Association Meetings, Anaheim, California, January 1993.

"Pharmaceutical R&D Costs, Prices and Profits," Conference on Pharmaceutical Industry Research, Innovation and Public Policy, Harvard University, John F. Kennedy School of Government, February 1993.

"Pharmaceutical R&D Returns:  Prospects Under Health Care Reform," American Enterprise Institute Conference on Competitive Strategies in the Pharmaceutical Industry, October 1993.

"Health Care Reform--Implications for Pharmaceutical Innovation," Drug Information Association Workshop on Health Economics, Lisbon, Portugal, November 1993.

"The Administration's Health Reform Plan--Implications for Pharmaceutical Innovation," testimony before Congressman Waxman's House Subcommittee on Health and the Environment, February 1994.

"Socially Optimal Reimbursement and Utilization Policies for Pharmaceuticals," Hungarian National Social Insurance Administration, Budapest, Hungary, April 1994.

"Pharmaceuticals and Quality of Life:  An Economist's Perspective," Forum Engelberg, Engelberg, Switzerland, April 1994.

"Price and Profit Control, New Competitive Dynamics and the Economics of Innovation in the Pharmaceutical Industry," Office of Health Economics Symposium on Industrial Policy, London, England, June 1994.

"Health Reform and Pharmaceutical Innovation," American Enterprise Institute, Washington, D.C., July 1994.

"R&D Costs, Innovational Output and Firm Size," Yale University Festschrift Honoring Merton J. Peck, New Haven, Connecticut, September 1994.

"The Effects of Increased Government Purchases on Vaccine R&D," testimony before the Subcommittee on Health and the Environment on the Vaccines for Children's Program, June 1995.

"PharmacoEconomics and Pharmaceutical Innovation," to IFPMA Conference on PharmacoEconomics in the year 2000, Geneva, Switzerland, February 1995.

"Development of New Pharmaceuticals," to the Third Princeton Conference on Drug Discovery and Development, Princeton, New Jersey, May 1995.

"Longer Patents for Increased Generic Competition: The Waxman-Hatch Act After One Decade," Tufts University Conference on Cost Containment Health Care Reform and Pharmaceutical Innovation, Talloires, France, July 1995.

"The Roles of Government in the Drug Regulation Process: Lessons from Other Nations," presented to Conference on Health Financing and Health Economics, Beijing, China, October 1995.

"The Use of Cost-Effectiveness Analysis by Pharmaceutical Benefit Management Companies," to Duke University Conference on Cost-Effectiveness Analysis in Decision Making, November 1995.

"The Effects of the Waxman Hatch Act on Drug Innovation and Generic Competition," Testimony before the U.S. Senate Judiciary Committee, March 1996.

"International Patent Policies and Pharmaceutical Innovation," to University of Vienna, May 1996.

"Public Policies and Pharmaceutical Innovation" to Jagellion University, Krakow, Poland, May 1996.

"Financing Health Care in Pharmaceuticals and Biotechnology," to OECD Workshop, Paris, July 1996.

"Health Care and Innovation" to Seminar on Approaches to Cost Containment in Health Care, Kasteel de Willenburg, The Hague, October 1996.

"Pharmaceutical Innovation, Cost-Effectiveness Research and Emerging Regulatory Issues," American Enterprise Institute, Washington, D.C., November 1996.

"The Role of Cost-Effectiveness Analysis in Managed Care," Tufts University Center for the Study of Drug Development Conference, Talloires, France, July 1997.

"Public Policy and Innovation in Pharmaceuticals and Biotechnology," Business and Economics Society International Conference, Athens, Greece, July 1997.

"The Determinants of Pharmaceutical Research and Development Expenditures," Schumpeterian Society Meetings, Vienna, Austria, June 1998.

"Effective Patent Life in Pharmaceuticals," U.S. House of Representatives Colloquium for House Staff Members, June 1999.

"The Distribution of Sales from Pharmaceutical Innovation," Schumpeterian Society Meetings, Manchester England, June, 2000.

"New Research on the Returns to Pharmaceutical R&D," American Enterprise Institute, Washington, D.C., October 2000.

"Patent Policy Issues in Pharmaceuticals" Robert Wood Johnson Foundation Colloquium on the Pharmaceutical Industry, Washington, D.C., March 2001.

"Returns to Pharmaceutical R&D in the 1990s" Tufts University Conference, Center for the Study of Drug Development, Talloires, France, July, 2001.

"Patents, Innovation and Access to New Pharmaceuticals," American Association for the Advancement of Science, Annual Meetings, Boston, February 2002.

"Patents and the Development of New Pharmaceuticals in Pharmaceuticals and Biotechnology Industry," Federal Reserve Bank of Dallas, April 2002.

"Returns to Pharmaceutical R&D," American Economic Association Meetings, Washington, DC, January 2003.

"Increasing R&D Incentives for Neglected Diseases," Duke University Law School Conference, April 2003; St. Vincent's College, September 2003;  Georgetown University, October 2003, Columbia University, December 2003.

"Are the Economics of Pharmaceutical R&D Changing?  Productivity, Patents, and Political Pressures," Tufts University Center for the Study of Drug Development Conference, Talloires, France, July 2003.

"Global Returns on R&D From New Drug Introductions," Keio University, Tokyo, Japan, September 2003.

"R&D Costs and Returns by Therapeutic Category," Southern Economic Association Meetings, San Antonio, Texas, November 2003.

"The Hatch-Waxman Act and Drug Innovation," Food and Drug Law Institute Conference, Washington, DC, December 2004.

"Developing Drugs for Developing Countries," American Economic Association Meetings, Philadelphia, PA, January 2005; also International Health Economics Congress, Barcelona, Spain, July 2005.

"The Development of New Vaccines," University of Chicago Conference on Vaccines, May 2005.

"Generic Competition in Pharmaceuticals," International Conference on Pharmaceutical Innovation, Taipei, Taiwan, May 2005.

"Impact of Generic Competition on Pharmaceutical Markets," International Health Economics Congress, Barcelona, Spain, July 2005.

"Worldwide Trends In New Drug Introductions: Economic and Policy Issues," Second European Meeting on Pharmaceutical Policy, Madrid, Spain, April 2006.

"Legacy of Hatch Waxman Act:  Patents Generics and Litigation," Cornerstone Research Conference, Nevis, West Indies, May 2006.

"Entry and Competition in Follow-On Biologics."   Congressional Budget Office, Washington, DC.  March 2007.

"R&D Costs for New Biopharmaceuticals," BIO International Meetings, Boston, MA, May 2007.

"Data Exclusivity for Follow-On Biologicals," American Enterprise Institute, Washington, DC, June 2007.

"Economic Issues for Follow-on Biologicals," National Academy of Sciences, Washington, DC, November 2008.

"Priority Review Vouchers for Neglected Diseases," Office of Health Economics, London, England, June 2009.

"Mergers and Alliances in Pharmaceuticals," University of Pennsylvania Wharton School, November 2009.

"Implementation of an Abbreviated Pathway for Biosimilars," American Economic Association Meetings, Atlanta, Georgia, January 2010.

"Economic and Policy Issues in Implementing a Biosimilar Pathway," Seton Hall Law School, Newark, New Jersey, October 2010.

"Paragraph IV Challenge Outcomes," International Health Economics Association Meeting, July 2011.

"The Market for U.S. Biosimilars: Prospects and Lessons from Abroad."  American Society of Health Economists Meeting, Cornell University, June 2012.

"FDA Regulation of Biosimilars," Harvard Law School Conference on The FDA in the 21st Century, May 2013.

"Biosimilar Competition:  Lessons from Europe and Prospects for the U.S." Office of Health Economics, London, May 2013.

Research Grants and Government Projects:

Principal Investigator, National Science Foundation Grant to Yale University, "Collaborative Research on Determinants of Selected Firm Outlays," June 1969 - December 1970.     ($9,800.00)

Principal Investigator, National Science Foundation Grant to NBER for research on "The Returns to Firm Investment Outlays, Plant and Equipment and Advertising Outlays," 1972-1974.     ($47,900.00)

Principal Investigator, National Science Foundation Grant for Research on "The Effect of Product Quality Regulation on Innovation:   The Case of the U.S. Ethical Pharmaceutical Industry," 1975-1978.   ($111,700.00)

Consultant, Federal Trade Commission project on "The Effects of Repealing Anti-Substitution Laws on Drug Innovation," 1977-1978.

Study Rapporteur, National Academy of Sciences Committee on Technology and International Economic and Trade Issues, "The Impact of Government Regulation on Innovation," 1978-1979.

Principal Investigator, National Science Foundation Grant to Duke University for "Studies on Drug Substitution, Patent Policy and Innovation," 1979-1982. ($125,979.00)

Advisory Panel Member, Office of Technology Assessment, The Patent System and Its Assessment on New Technological Enterprises, 1982-1983.

Principal Investigator, Environmental Protection Agency Grant to Investigate the Effects of Regulation on Innovation in Pesticides, (with Kip Viscusi of the Fuqua School of Business), 1983-1984.

Member, Committee on Public-Private Sector Relations in Vaccine Innovation," Institute of Medicine, National Academy of Sciences, 1983-1985.

Principal Investigator, General Accounting Office, Research Project on the Effects of Different State Regulations on Automobile Insurance Premiums and Availability, 1984-1985.

Principal Investigator, Duke University, Program in Pharmaceuticals and Health Economics, Project on Cost Containment and Pharmaceutical Innovation, 1985-1991.

Principal Investigator, Duke University, Program in Pharmaceuticals and Health Economics, Project on Returns to Pharmaceutical R&D, 1990-1994.

Principal Investigator, Program in Pharmaceuticals and Health Economics, "Public Policy and Innovation in the Vaccine Industry," 1995-1997.

Principal Investigator, Program in Pharmaceuticals and Health Economics, "New Research on the Costs and Returns to R&D" 1998-2002.

Principal Investigator, "Increasing R&D Incentives for Neglected Diseases" (with David Ridley and Jeff Moe) 2003–2006.

Principal Investigator, "Advancing Chemoprevention Agents Through the Definition of Legal Barriers and Solutions in Patent, Intellectual Property, Liability, and Tax Laws." C-Change grant, Washington, DC, 2007 (with Jeff Moe of Fuqua School of Business).

**Tab E**

# CURRICULUM VITAE

| | |
|---|---|
| Date Prepared: | January 24, 2022 |
| Name: | Steven W. Lockley, Ph.D. |
| Office Address: | Division of Sleep and Circadian Disorders<br>Departments of Medicine and Neurology<br>Brigham & Women's Hospital<br>221 Longwood Avenue<br>Boston, MA 02115 USA |
| | Surrey Sleep Research Centre<br>School of Biosciences and Medicine<br>Faculty of Health and Medical Sciences<br>University of Surrey<br>Guildford, Surrey GU2 7XP United Kingdom |
| Home Address: | 82 Summer Street<br>Somerville MA 02143 |
| Work Phone | +1-617-732-4977 |
| Work Email | slockley@hms.harvard.edu<br>s.lockley@surrey.ac.uk |
| Work Fax | +1-617-732-4015 |
| Place of Birth | Stoke-on-Trent, UK |
| ORCID: | https://orcid.org/0000-0001-5209-2881 |

## Education

| | | | |
|---|---|---|---|
| 1992 | B.Sc.(Hons) | Biology | University of Manchester, UK |
| 1997 | Ph.D. | Biological Sciences (J Arendt PhD, DJ Skene PhD) | University of Surrey, UK |

## Postdoctoral Training

| | | | |
|---|---|---|---|
| 1997 | Research Officer | Biological Sciences (J Arendt PhD) | University of Surrey |
| 1997-2000 | Research Fellow | Biological Sciences (J Arendt PhD) | University of Surrey |

| 2000-2002 | Research Fellow | Medicine (CA Czeisler PhD MD) | Brigham and Women's Hospital, Boston, MA |
| 2000-2002 | Research Fellow | Medicine (CA Czeisler PhD MD) | Harvard Medical School, Boston, MA |

**Faculty Academic Appointments**

| 1994-1996 | Honorary Research Officer | Ophthalmology | Moorfields Eye Hospital, London, UK |
| 1999-2000 | Lecturer (0.5 FTE) | Biochemistry | University of Surrey |
| 2003 | Instructor | Medicine | Harvard Medical School |
| 2003-2004 | Lecturer | Biochemistry | University of Surrey |
| 2003-2005 | Lecturer (Academic, part-time) | Medicine | Harvard Medical School |
| 2005 | Instructor | Medicine | Harvard Medical School |
| 2005-2011 | Assistant Professor | Medicine | Harvard Medical School |
| 2007-2010 | Honorary Associate Professor | Sleep Medicine | Clinical Sciences Research Institute, Warwick Medical School, UK |
| 2008-2009 | Honorary Associate Professor | Psychology, Psychiatry and Psychological Medicine | Monash University, Australia |
| 2009 | Adjunct Associate Professor | Psychology, Psychiatry and Psychological Medicine | Monash University, Australia |
| 2010-2013 | Adjunct Associate Professor | Psychology and Psychiatry | Monash University, Australia |
| 2010-2013 | Research Associate | Sleep and Chronobiology | Woolcock Institute of Medical Research, Australia |
| 2011-2013 | Associate Professor | Medicine | Harvard Medical School |

| 2013 | Adjunct Professor | Psychological Sciences | Monash University, Australia |
|------|-------------------|------------------------|------------------------------|
| 2014-present | Associate Professor (Academic, part-time) | Medicine | Harvard Medical School |
| 2014 | Adjunct Professor (0.4 FTE) | Psychological Sciences | Monash University, Australia |
| 2015-2019 | Adjunct Professor (0.4 FTE) | Neuroscience | Monash Institute of Cognitive and Clinical Neurosciences, Monash University, Australia |
| 2015-present | Affiliated Faculty | Public Health | Center for Health and the Global Environment, Harvard School of Public Health |
| 2020-present | Adjunct Professor, Vice-Chancellor's Fellow (0.2 FTE) | Sleep and Chronobiology | Surrey Sleep Research Centre, School of Biosciences and Medicine, Faculty of Health and Medical Sciences, University of Surrey, UK |

## Appointments at Hospitals/Affiliated Institutions

| 2003-2011 | Associate Neuroscientist | Medicine | Brigham and Women's Hospital |
|-----------|--------------------------|----------|------------------------------|
| 2011-2013 | Neuroscientist | Medicine | Brigham and Women's Hospital |
| 2014-present | Neuroscientist, part-time (0.5-0.8 FTE) | Medicine and Neurology | Brigham and Women's Hospital |

## Other Professional Positions

| 2013 | Expert Witness | Paul V. Mulkern, Jr., Milton, MA |
|------|----------------|----------------------------------|
| 2004 | Consultant on federally-funded research | Brigham and Women's Hospital, Boston |
| 2007 | Consultant on federally-funded research | Warwick Medical School, U.K. |
| 2007 | Expert Witness | Proskauer Rose LLC, New York, NY |
| 2008 | Consultant | Apollo Lighting, American Fork, UT |
| 2008-2013 | Consultant on federally-funded research | Thomas Jefferson University, PA |
| 2009 | Consultant | American Family |
| 2009-2010 | Consultant | Wyle Integrated Science and Engineering |

| | | / NASA, Houston, TX |
|---|---|---|
| 2010-2015, 2016-present | Consultant | KBR Wyle Services / NASA, Houston (formally Wyle Science, Technology and Engineering Group) |
| 2010-2018 | Consultant | Headwaters Inc, Marblehead, MA |
| 2010-2013 | Consultant | NatureBright Company, Irvine, CA |
| 2011 | Expert Witness | Armstrong Management Lawyers, Calgary, Alberta, Canada |
| 2011 | Expert Report | Rothstein Law Firm, PA |
| 2011-2012 | Expert Witness | Hicks Morley Hamilton Stewart Storie LLP, Toronto, Ontario, Canada |
| 2012 | Expert Witness | Cox & Palmer, Fredericton, New Brunswick, Canada |
| 2013-2016 unless noted | Consultant (short meetings [30-60 minutes] reviewing public clinical data with financial firms) | 2013 unless noted; Blackrock, Cowen and Company, Endurant Capital Management, Far West Capital Management, Fidelity, Frankel Group, Impax Labs, Kearney Venture Partners, Lazard Capital Markets, New Horizon Capital, Noble Insights (2018), Perceptive Advisors (2014), Polar Capital, ResearchWorks Inc, Serrado Capital (2015), Slingshot Insights (2016), Wyvern Funds |
| 2013-2019 | Consultant and Chair, Scientific Advisory Board | PlanLED, WA |
| 2013-present | Member, Scientific Advisory Board (unpaid) | Midwest Lighting Institute, Madison, WI (non-profit) |
| 2013-present | Co-owner | iSleep PTY, Australia (not active) |
| 2013, 2014 | Expert Witness | Hicks Morley Hamilton Stewart Storie LLP, Toronto, Ontario, Canada |
| 2013-2015 | Theme Leader 'Smart Lighting' | CRC for Alertness, Safety and Productivity, Monash University, Australia (non-profit) |
| 2014 | Expert Report | Dunsmore Law Professional Corporation, Toronto, Ontario, Canada |
| 2014-2017 | Consultant | Pegasus Capital Advisors LP, NY |
| 2014-2015, 2016-2017 | Consultant and Member, Scientific Advisory Board, WELL Living Labs | Delos, NY |

| | | |
|---|---|---|
| 2014 | Consultant on government-funded research | Carbon Limiting Technologies Ltd, UK on behalf of PhotonStar LED Group PLC, UK |
| 2014-2021 | Consultant and Member, Scientific Advisory Board (2014) | Hintsa Performance AG, Switzerland |
| 2015-2016 | Expert Report | Phillips Lytle LLP, Buffalo, NY |
| 2015-2016 | Consultant | OpTerra Energy Services Inc, CA |
| 2015-2019 | Program Leader 'Safety and Productivity Improvements' | CRC for Alertness, Safety and Productivity, Monash University, Australia (non-profit) |
| 2015-2020 | Consultant | Akili Interactive, MA |
| 2016 | Consultant | Atlanta Hawks, AT |
| 2016 | Consultant | Atlanta Falcons, AT |
| 2016-present | Consultant | Light Cognitive, Helsinki, Finland |
| 2017 | Consultant | Team C Racing, CA |
| 2017-2018 | Consultant | Noble Insights, NY |
| 2017-2018 | Consultant | BHP Billiton, Australia |
| 2017-2020 | Consultant | Mental Workout, NY |
| 2017 | Consultant and Member, Scientific Advisory Board | Consumer Sleep Solutions, CA |
| 2017-2021 | Consultant and Member, Scientific Advisory Board (2020-2021) | Lighting Science Group Corporation / HealthE, Warwick, RI |
| 2017-2019 | Consultant | Six Senses, Bangkok, Thailand |
| 2018-2021 | Expert Report / Witness | McCullough, Hill, Leary PS, WA |
| 2018-2020 | Consultant | Stantec, MA |
| 2018-present | Consultant | Apex 2100 Ltd, UK |
| 2018-present | Expert Report / Witness | Paul, Weiss, Rifkind, Wharton & Garrison LLP, NY |
| 2019 | Consultant | Eyejust, NY |
| 2020-present | Consultant | View Inc., CA |
| 2021-present | Consultant | Timeshifter Inc., NY |
| 2021-present | Consultant | Sleep Standards, FL |

## Major Administrative Leadership Positions

**Local**

| | | |
|---|---|---|
| 2001 | Co-Director, Kleitman Summer Fellowship Program in Human Circadian Biology | Division of Sleep Medicine, Brigham and Women's Hospital |
| 2003-2007 | Co-Director (with Prof JW Hastings), Chautauqua NSF Short Courses for College Teachers 'Circadian Biology' | Harvard University |
| 2005-2006 | Director, Summer Internship Program in Reproductive and Hormonal Risk Factors for Breast Cancer in Blind Women | Division of Sleep Medicine, Brigham and Women's Hospital |
| 2006-present | Director, Circadian Physiology Program, Division of Sleep and Circadian Disorders | Department of Medicine, Brigham and Women's Hospital |
| 2008 | Co-Director (with Prof JW Hastings), Harvard Summer School course 'Circadian Biology' | Harvard University |

**National**

| | | |
|---|---|---|
| 2009 | Organizing Committee, American Society for Photobiology Topical Symposium | Thomas Jefferson University, Philadelphia |
| 2012-present | Advisory Board | School Start Later |
| 2012-present | Medical Advisory Board | Circadian Sleep Disorders Network |
| 2012-2017 | Member | Human Centric Lighting Design Committee |
| 2014-2015 | Member | Advisory Council, U.S. Green Building Council and the Harvard Center for Health and the Global Environment |

**International**

| | | |
|---|---|---|
| 2005 | Co-Director (with Prof R.G. Foster and Prof D-J. Dijk) Fatigue, Sleep and Biological Clocks International Conference (Linbury Trust) | Imperial College, London, UK |
| 2010-2011 | Scientific Organizing Committee, Working Time Society meeting | Stockholm, Sweden |

| | | |
|---|---|---|
| 2014 | Member, Program Committee | Experiencing Light 2014, Eindhoven, The Netherlands |
| 2016 | Co-Director (with Prof D.J. Skene) The therapeutic use of melatonin and melatonin agonists: Past discoveries, present practice and future directions (Vanda Pharmaceuticals Inc.) | Royal Society of Medicine, London, UK |

## Committee Service

**Local**

| | | |
|---|---|---|
| 2006-2016 | Member, Chronobiology Core Management Advisory Committee | Division of Sleep Medicine, Brigham and Women's Hospital |
| 2006-present | Member, Curriculum Development Sub-Committee | Training Program in Sleep, Circadian and Respiratory Neurobiology, Division of Sleep Medicine, Harvard Medical School |
| 2007-2010 | Member, Tracking and Evaluation Sub-Committee | Training Program in Sleep, Circadian and Respiratory Neurobiology, Division of Sleep Medicine, Harvard Medical School |
| 2007-2018 | Member, Fellows Selection Committee | Division of Sleep Medicine, Brigham and Women's Hospital |
| 2013-2016 | Member, Harvard Catalyst Clinical Research Center Scientific Review Committee | Center for Clinical Investigation, Brigham and Women's Hospital |
| 2015-2020 | Member, Administrative Core Management Advisory Committee | Division of Sleep and Circadian Disorders, Brigham and Women's Hospital |

**National**

| | | |
|---|---|---|
| 2008-present | Subject Matter Expert (SME) 'Recommendation regarding the solid state lighting module LED light as a replacement for current ISS General Luminaire Assemblies (GLAs)' | Human Research Program, NASA Johnson Space Center |
| 2009-present | Member, Sleep Risk Mitigation Analysis Tool (RMAT) Panel | Human Research Program, NASA Johnson Space Center |
| 2013-2014 | Consultant, ACGIH Threshold Limit Values (TLVs) for Physical Agents Committee | American Conference of Governmental Industrial Hygienists |
| 2018-present | Member, DOE SSL Light-Physiology Interest Group | Faciliated by Department of Energy |

| | | |
|---|---|---|
| 2020 | Science Team Member, TIM Circuits and Biomarkers of the Central Nervous System Relating to Astronaut Performance | Human Research Program, NASA Johnson Space Center |

**International**

| | | |
|---|---|---|
| 2005-2009<br>2009-present | Member, Light and Health Committee<br>Vice-Chair, Light and Health Committee | Illuminating Engineering Society (IES) of North America |
| 2005 | Member, Short-Term Working Group on Medical Nocturnal Shiftwork | Royal College of Physicians, UK |
| 2009-present | Member, Spaceflight Human Behavior and Performance Working Group (SHBPWG) Subgroup on Circadian Desynchrony, International Space Station Multilateral Medical Operations Panel (MMOP) | Human Research Program, NASA Johnson Space Center |
| 2011-2013 | Expert Advisor, Circadian Rhythm Workgroup, International Classification of Sleep Disorders Revision Task Force | American Academy of Sleep Medicine (AASM) |
| 2015 | Member, Royal College of Physicians Working Group on Fatigue | Royal College of Physicians, UK |

## Professional Societies

| | | |
|---|---|---|
| 1996-2000 | European Pineal and Biological Rhythms Society | Member |
| 1997-2000 | British Sleep Society | Member |
| 2002-2004, 2019, 2021 | Society for Research on Biological Rhythms | Member |
| 2003-2004 | European Sleep Research Society | Member |
| 2004-present | Sleep Research Society<br>2004-present<br>2006-2007<br>2007-2010 | <br>Member<br>Member, Communications Committee<br>Chair, Communications Committee |
| 2005-present | International Dark-Sky Association | Member |
| 2007-present | Working Time Society | Member |
| 2009 | New York Academy of Sciences | Member |
| 2009 | American Society for Photobiology | Member |
| 2012 | Society for Neuroscience | Member |
| 2012-2013 | Endocrine Society | Member |

## Grant Review Activities

| | | |
|---|---|---|
| 2004 | Exploratory Research Award Program Review Committee, Uniformed Services University of the Health Sciences, Bethesda, MD | Ad hoc Member |
| 2007 | Grant Review Committee Thresher Research Fund | Ad hoc Member |
| 2007 | Grant Review Committee Sleep Research Society | Ad hoc Member |
| 2007 | Grant Review Committee, Health Services and Public Health Research Board, Medical Research Council, UK | Ad hoc Member |
| 2020 | Grant Review Harvard Catalyst Translational Innovator Sight & Science Funding Opportunity | Ad hoc Reviewer |

## Editorial Activities

### Ad Hoc Reviewer

American Journal of Physiology - Regulatory, Integrative and Comparative Physiology (2002, 2007)

Archives of General Psychiatry (1998)

Behavioral Brain Functions (2013)

Behavioral Neuroscience (2004)

Bioelectromagnetics (2005)

Biological Psychiatry (1998, 2005)

Bipolar Disorders (2005)

BMC Psychiatry (2014)

Brain Research Reviews (2004)

British Journal of Sports Medicine (2000)

Cancer Causes and Control (2012)

Chronobiology International (2007, 2008, 2019)

Clocks and Sleep (2018)

Cochrane Reviews (2016)

Current Biology (2006)

Current Eye Research (2008)

Environmental Health Perspectives (2008)

European Journal of Applied Physiology (2009)

European Journal of Neuroscience (2004)

European Journal of Physiology (1998)

Journal of the American Medical Association (2003)

Journal of Biological Rhythms (2000-2005, 2008, 2010, 2011, 2013)

Journal of Clinical Endocrinology and Metabolism (1999)

Journal of Clinical Investigation (2015)

Journal of Clinical Sleep Medicine (2011)

Journal of Neurology (2000)

Journal of Physiology (2011)

Journal of Pineal Research (2019, 2020, 2021)

Journal of the Royal Society of Health (2009)

Journal of Sleep Research (1998, 2008, 2009)

Lighting Research and Technology (2011)

Medical Letter (2014)

Nature and Science of Sleep (2020)

Neuroscience Letters (1998)

PLoS One (2007, 2013)

Proceedings of the National Academy of Sciences USA (2017)

Sleep (1998, 1999, 2002-2009, 2020)

Sleep and Biological Rhythms (2012)

Sleep Medicine (2007, 2016)

Sleep Medicine Reviews (1998, 2005)

**Other Editorial Roles**

| | | |
|---|---|---|
| 2006-present | Editorial Board (Journal) | *Sleep* |
| 2007-present | Editorial Advisory Board | Sleep and Health Education Program, Division of Sleep Medicine, Harvard Medical School |
| 2008-2013 | Editorial Board (Journal) | *Open Sleep Journal* |
| 2010, 2018 | Book Co-Editor | *Sleep, Health and Society: From Aetiology to Public Health* (two editions) |
| 2010-2020 | Associate Editorial Board (Journal) | *Frontiers in Neurology - Sleep Disorders* |
| 2011 | Book Section Editor, *Circadian Rhythms Section* | *Therapy in Sleep Medicine,* Amsterdam, The Netherlands: Elsevier; 2011. |

| | | | |
|---|---|---|---|
| 2012-2013 | Expert Review Panel | | *Non-24-hour circadian rhythm disorder*, National Sleep Foundation |
| 2018-present | Editorial Board (Journal) | | *Clocks and Sleep* |
| 2019-present | Associate Editor (1 of 5) (Journal) | | *Journal of Pineal Research* (IF: 15.2) |

## Honors and Prizes

| | | | |
|---|---|---|---|
| 2000-2004 | International Prize Research Travelling Fellowship | Wellcome Trust, UK | Research |
| 2000 | Conference Grant | Royal Society, UK | Research |
| 2000 | Overseas Conference Grant | University of Surrey, UK | Research |
| 2002 | Representative Research Fellow, Division of Sleep Medicine, BWH | Research Council Research Fellows Exhibition | Research |
| 2004 | Young Investigator Award | Sleep Research Society | Research |
| 2005 | Executive Director Special Award | International Dark-Sky Association | Research |
| 2006 | Healthy Sleep Community Award (as part of the Harvard Work Hours Health and Safety Group) | National Sleep Foundation | Research |
| 2006 | Participant in HMS Leadership Development Conference | Harvard Medical School | Leadership |
| 2009 | Harvard-Australia Fellowship | Harvard Club of Australia Foundation | Research |
| 2009 | Taylor Technical Talent Award | Illuminating Engineering Society of North America (IES) | Research |
| 2010 | Distinguished Service Award | Sleep Research Society | Administration |
| 2011 | Group Achievement Award (as part of the Chilean Miners NASA Rescue Support Team) | NASA | Sleep medicine advice |
| 2014 | Johnston Space Center Center Director's Innovation Team Award | NASA | Lighting countermeasure development and advice |

| | (as part of the ISS Flexible Lighting Team) | | |
|------|------|------|------|
| 2015 | Excellence in Research Award | Human Centric Lighting Society | Lighting applications |

# Report of Funded and Unfunded Projects
## Funding Information

**Past**

| | |
|------|------|
| 1993-1996 | Role of melatonin and other 5-methoxyindoles in human photic information processing (PI: J Arendt PhD)<br>South Thames Regional Health Authority, UK<br>Ph.D. student<br>Major Goals: To understand the relationship between visual impairment and circadian rhythms disorders in the real world, particularly melatonin, sleep and alertness rhythms. |
| 1994-1996 | Circadian rhythm disorders in the blind (PI: J Arendt PhD)<br>Institut de Recherches Internationales Servier, France<br>Ph.D. student<br>Major Goals: To understand the relationship between visual impairment and circadian rhythms disorders in the real world, particularly melatonin, sleep and alertness rhythms. |
| 1997-2000 | Circadian function and its regulation in blind subjects (PI: DJ Skene PhD)<br>Wellcome Trust, UK 048197/Z/96/Z<br>Postdoctoral Fellow<br>Major Goals: To develop and test appropriately timed melatonin administration to treat non-24-hour sleep-wake disorder in totally blind individuals. |
| 2000 | Quantitative EEG monitoring and vigilance: Effect of sleep deprivation, circadian phase and sympathetic activation (PI: DJ Dijk PhD)<br>National Space Biomedical Research Institute<br>Co-Investigator<br>Major Goals: To understand the interaction between homeostatic and circadian control of sleep, performance and sympathetic activation. |
| 2000-2002 | Determination of the endogenous tau of the human circadian system in the absence of light and the influence if non-photic time cues<br>Wellcome Trust, UK 060018/Z/99/Z<br>PI (£ 87,312)<br>Major Goals: To define the endogenous period of the human circadian system and to examine the influence of non-photic time cues on circadian rhythmicity. |
| 2001-2004 | Effects of extended work hours on ICU patient safety (PI: CA Czeisler PhD, MD)<br>Agency for Healthcare Research and Quality R01HS12032<br>Co-Investigator<br>Major Goals: To study the effects of abolishing extended duration 24-h on-call shifts and reducing weekly work hours on medical interns' medical error rates. |

2001-2005    After effects of entrainment on human circadian period (PI: CA Czeisler PhD, MD)
National Institute of Neurologic Disorders and Stroke R01NS40982
Co-Investigator
Major Goals: To investigate the role of after-effects of entrainment to photic and
nonphotic time cues on intrinsic circadian period in the blind.

2001-2005    Effects of extended work hours on intern health and safety (PI: CA Czeisler PhD, MD)
National Institutes of Occupational Safety and Health R01OH07567
Co-Investigator
Major Goals: To study the effects of abolishing extended duration 24-h on-call shifts and
reducing weekly work hours on medical interns' sleep, fatigue and performance.

2001-2006    Ocular control of melatonin regulation: Action Spectrum (PI: GC Brainard PhD)
National Institute of Neurologic Disorders and Stroke R01NS36590
Co-Investigator
Major Goals: To assess whether circadian phase-resetting by light is wavelength
dependent and to test whether the spectral sensitivity differs from photopic and scotopic
photoreception used for vision.

2003-2004    Effects of caffeine administration on circadian entrainment, sleep, alertness and
performance in free-running blind people
Wellcome Trust (UK) 060018/C/99/Z
PI (£ 55,416)
Major Goals: To test whether daily caffeine administration can reentrain free-running
circadian rhythms in totally blind people living under real-world conditions.

2004-2005    A new method for treating sleep disorders (PI: ES Nuwayser PhD)
Small Business Innovative Research program R44NS043129
Co-Investigator
Major Goals: To test the safety and effectiveness of a transdermal delivery system for
melatonin and its effects on sleep during the day in a simulated shiftwork paradigm.

2004-2008    Reproductive and hormonal risk factors for breast cancer in blind women
Department of Defense Breast Cancer Research Program Idea Award W81XWH-04-1-
0553
PI ($305,994)
Major Goals: To test the hypotheses that 1) that breast cancer incidence is lower in
visually impaired compared to sighted women; 2) that visually impaired women with no
photic input to the pineal gland will have higher levels of melatonin that those with 24-h
rhythms; 3) that breast cancer in the visually impaired is associated with low levels of
melatonin, high levels of estradiol, and/or other markers of reproductive history.

2004-2008    Optimizing light spectrum for long duration space flight (PI: GC Brainard PhD)
National Space Biomedical Research Institute HPF00403
Co-Investigator
Major Goals: To determine the best wavelengths of light for resetting circadian phase
and alerting the brain to develop light as a countermeasure for  long duration space flight.

2004-2008    Circadian entrainment, sleep-wake regulation and neurobehavioral performance during
extended duration spaceflight (PI: CA Czeisler PhD, MD)

National Space Biomedical Research Institute HPF00402
Consultant
Major Goals: To study the effect of blue-enriched light as a countermeasure to circadian desynchrony caused by simulated shiftwork schedules used during spaceflight.

| 2004-2008 | Sleep disorders management, health and safety in police (PI: CA Czeisler PhD, MD)
Centers for Disease Control and Prevention R01OH008496
Co-Investigator
Major Goals: To conduct a randomized, prospective study of a sleep disorders detection and treatment program on performance, health and safety in police officers. |

| 2004-2009 | Testing the effectiveness of a comprehensive fatigue management for the police (PI: CA Czeisler PhD, MD)
National Institutes of Justice 2004FSBX0001
Co-Investigator
Major Goals: To conduct a randomized, prospective study of a home-based sleep apnea detection and treatment program on performance, health and safety in police officers. |

| 2004-2010 | Mechanism underlying the effects of blue light in humans
National Center for Complementary and Alternative Medicine R01AT002129
PI ($ 1,086,356)
Major goals: To investigate the effects of different colors of light on human physiology and test the claims that specific colors of light preferentially stimulate neurobiological, physiological and endocrinological systems. |

| 2005-2009 | Effects of light at night on the circadian system in nurses (PI: ES Schernhammer MD PhD)
National Institutes of Occupational Safety and Health R01OH008171
Co-Investigator
Major Goals: To assess melatonin and light exposure of shift-working nurses using a novel ambulatory technology designed to measure short wavelength light. |

| 2005-2009 | Implementing reduced work hours for all ICU staff to improve patient safety (PI: CP Landrigan MD)
Agency for Healthcare Research and Quality U18HS015906
Co-Investigator
Major Goals: To conduct a before-after study of the effects on sleep and patient safety of unit-wide implementation of an ACGME-compliant resident work schedule. |

| 2005-2010 | Photic and nonphotic input to the human circadian system
National Institute of Neurologic Disorders and Stroke R01NS040982
PI ($ 928,846)
Major goals: To study 1) the effects of 460nm and 555nm light in non-visual responses to light in visually blind subjects and 2) the entraining effects of living on a 'day' length 0.4 h advanced relative to intrinsic period blind subjects insensitive to light. |

| 2006-2007 | Testing the effectiveness of a comprehensive police fatigue management program 'Operation Healthy Sleep'
ResMed Foundation Scientific Research Grant (Research Project)
PI ($ 85,366) |

Major Goals: To conduct a study on the utility of a home-based sleep apnea detection system for identifying police officers at high risk for obstructive sleep apnea.

| | |
|---|---|
| 2006-2007 | UK Residents' Work Hours Research Programme (PI: FC Cappuccio MD)<br>National Health Service (NHS) Workforce Commissioned Research Programme, UK<br>Co-Investigator<br>Major Goals: To conduct a pilot study to assess the safety implications of the change from 56-h to 48-h week rotas for junior doctors on patient safety and physicians' sleep. |
| 2006-2012 | Treatment of circadian sleep disorders with bright light (PI: SW Lockley PhD)<br>National Institute of Mental Health R01MH045130<br>PI ($ 1,072,290)<br>Major Goals: In this study we would systematically assess the circadian phase-shifting, melatonin suppressing, and alertness-enhancing response to a monochromatic light stimulus, using a wavelength (460 nm) that has been shown to maximally stimulate the circadian system |
| 2007-2008 | Assessment of AHI by ApneaLink under laboratory and home-based conditions in police officers with and without obstructive sleep apnea<br>ResMed Foundation Scientific Research Grant (Research Project)<br>PI ($ 48,338)<br>Major Goals: To conduct a study to validate a home-based sleep apnea detection system against laboratory-based polysomnographical recordings for identifying apneas. |
| 2007-2008 | Short wavelength countermeasure for circadian desynchrony (PI: D Adams)<br>Air Force Office of Scientific Research STTR Phase I FA9550-07-C-0058<br>Subcontract PI ($ 47,619)<br>Major Goals: To develop a scientifically-grounded approach to adjust human circadian phase through photic stimulation of the melanopsin photoreceptor system. |
| 2007-2010 | Evaluation of the potential for translation to practice of a sleep disorders management program for police (PI: CA Czeisler PhD, MD)<br>Centers for Disease Control and Prevention R01OH009403<br>Co-Investigator<br>Major Goals: We propose to evaluate the potential for translation and external validity of the Operation Healthy Sleep program in police officers. |
| 2007-2010 | Phoenix Scout Lander: Countermeasures test-bed for spaceflight ground controllers (PI: LK Barger PhD)<br>National Aeronautics and Space Administration NNX08AD66A<br>Co-Investigator<br>Major Goals: To determine the feasibility and acceptability of laboratory-tested fatigue countermeasures for improving sleep, alertness, performance and circadian for ground controller who will be working on the 24.6 hour Mars sol during the Phoenix mission. |
| 2007-2010 | The effectiveness of exposure to different colours of light in improving alertness during the day after sleep loss (PI: SW Rajaratnam PhD)<br>National Health and Medical Research Council, Australia, Project Grant 436758<br>Chief (Co-) Investigator C<br>Major Goals: To establish the spectral sensitivity for the effects of different colors of |

visible light on a range of light-induced alerting responses in humans during the day.

2007-2011   Characteristics of light exposure necessary for development of optimal countermeasures to facilitate circadian adaptation and enhance alertness and cognitive performance in space
National Space Biomedical Research Institute HPF01301
PI ($ 1,000,000)
Major Goals: We aim to test the effect of light intensity (high, low) and timing (night, day) on the spectral sensitivity of the circadian, neuroendocrine and neurobehavioral effects of light.

2007-2012   Blue light for enhancing alertness in space missions (PI: GC Brainard PhD)
National Aeronautics and Space Administration HPF00001
Consultant
Major Goals: To determine the best wavelengths of light for stimulating the acute alerting effects of light on sleepiness and performance.

2007-2014   Desensitization of circadian responses to light (PI: CA Czeisler PhD, MD)
National Institute of Neurological Disorders and Stroke R01NS054277
Co-Investigator
Major Goals: To quantify the role of prior light exposure, particularly prior light exposure duration, on melatonin suppression and the alerting effects of light at night.

2008-2009   A spectrally dynamic berth light for active circadian cycle management (PI: L Li PhD)
DARPA SBIR Phase I W31P4Q-09-C-0171
Subcontract PI ($ 19,841)
Major Goals: To develop and test novel LED technologies for resetting circadian rhythms and improving alertness in submariners.

2008-2010   Acute alerting effects of exposure to blue light (GoLITE) during the day
Apollo Health Inc. / Philips (Investigator-initiated trial)
PI ($ 60,800)
Major Goals: To test the hypotheses that three hours of blue LED light exposure during the day will be more effective at improving alertness and performance than exposure to an equal photon density of green LED light using the same device.

2008-2010   Acute alerting effects of exposure to high color temperature fluorescent light during the day
Philips (Investigator-initiated trial)
PI ($ 175,904)
Major Goals: To test the hypotheses that three hours of high CCT (17000K) fluorescent light exposure during the day will be more effective at improving alertness and performance than exposure to an equal photon density of low CCT (4100K) light.

2008-2010   Effect of AcrySof· Natural blue light filtration on circadian rhythms
Alcon Laboratories Inc. (Investigator-initiated trial)
PI ($ 27,486)
Major Goals: To test the hypothesis that patients fitted with AcrySof Natural IOLs will have a significantly improved sleep and circadian melatonin phase after cataract surgery.

2008-2011   A comprehensive firefighter fatigue management program 'Operation Healthy Sleep'

|  | Department of Homeland Security FEMA EMW-2007-FP-02197 (PI: CA Czeisler PhD, MD)<br>Co-Investigator<br>Major Goals: To conduct a randomized, prospective study of a sleep disorders detection and treatment program on performance, health and safety in firefighters. |
|---|---|
| 2008-2012 | Optimizing light for long duration space exploration (PI: GC Brainard PhD)<br>National Space Biomedical Research Institute HPF01605<br>Co-Investigator<br>Major Goals: To determine the best wavelengths of light for resetting circadian phase and alerting the brain to develop light as a countermeasure for long duration space flight. |
| 2009 | 2009 Australia-Harvard Fellowship<br>Harvard Club of Australia Foundation<br>PI (AU$15,000)<br>Major Goals: To consolidate and expand ongoing collaborative research, educational and training initiatives with Monash University and the Australasian Sleep Trials Network. |
| 2009-2010 | Operational evaluation of a photic countermeasure to improve alertness, performance, and mood during nightshift work on a 105-day study (105-day Russian Chamber Study) (PI: CA Czeisler PhD, MD)<br>National Space Biomedical Research Institute HFP00002<br>Co-Investigator<br>Major Goals: To validate the efficacy and operational feasibility of a lighting countermeasure to improve alertness and performance during night-shift work occurring during long-duration space missions. |
| 2009-2010 | An investigation of drowsiness while driving in hosp ital night shift workers and sleep disorder patients: The Monash Drowsy Driving (MONRI) Study (PI: SW Rajaratnam PhD)<br>Monash University Strategic Grant, Monash University, Australia<br>Co-Investigator<br>Major Goals: This pilot study aims to assess the base rate of drowsy driving in hospital nurses working night shifts and sleep apnea patients using a real-world fatigue measure. |
| 2009-2010 | Réponses cérébrales à la lumière chez des personnes non-voyantes (PI: J Carrier, PhD)<br>Fonds de Recherche en Santé du Québec (FRSQ), Canada<br>Co-Investigator<br>Major Goals: To test fMRI brain activation in response to short wavelength blue light exposure in totally visually blind subjects with intact circadian photoreception. |
| 2009-2011 | Developing a risk index of healthcare provider alertness to improve safety (PI: CP Landrigan MD)<br>Agency for Healthcare Research and Quality (AHRQ) R03HS017357<br>Co-Investigator<br>Major Goals: To extend our current mathematical model of circadian rhythms, sleep and performance and alertness so that it can be used to develop a risk index of healthcare provider alertness. |
| 2009-2011 | Human circadian sensitivity of very short light pulses (PI: EB Klerman, MD, PhD) |

National Heart Lung and Blood Institute 1RC2HL101340
Co-Investigator
Major Goals: To test the circadian phase resetting effects of very short (several minute) pulses of white light.

2009-2012      Effects of the circadian clock and light on the production of estrogens
National Institute of Environmental Health Sciences R21ES017112
PI ($ 125,000)
Major Goals: To test the relationship between the circadian 24-hour rhythms in melatonin and estrogen and the role of light on estrogren endocrinology.

2009-2012      National Firefighter Sleep Disorders Management Program: Translation to Practice. (PI: CA Czeisler PhD, MD)
Department of Homeland Security FEMA EMW-2008-FP-02566
Co-Investigator
Major Goals: To compare and contract three different methods for implementing and disseminating a sleep disorders detection and treatment program on performance, health and safety in firefighters.

2009-2012      Feasibility pilot study on acute biological and behavioral responses to the solid state lighting module for the International Space Station (PI: G.C. Brainard)
National Aeronautics and Space Administration NNX09AM68G
Subcontract PI ($ 19,736)
Major Goals: To test the acute alerting effects of a novel solid-state lighting module being developed for installation in the International Space Station.

2009-2013      Validation of assessment tests and countermeasures for detecting and mitigating changes in cognitive function during robotics operations (PI: CM Oman PhD)
National Space Biomedical Research Institute NBPF02001
Subcontract PI ($ 666,667)
Major Goals: To test the efficacy of the fatigue countermeasures short wavelength light and/or caffeine to improve cognition during simulated robotic operations.

2009-2013      Randomised controlled trial of a light intervention to enhance alertness and performance in night shiftworkers (PI: SW Rajaratnam PhD)
National Health and Medical Research Council, Australia, Project Grant 545871
Chief (Co-) Investigator D
Major Goals: In a randomized, controlled trial, we will test the efficacy of a novel therapeutic light intervention to improve alertness and neurobehavioral function due to sleep loss and circadian rhythm disruption in night shiftworkers.

2009-2014      Assessment of circadian phase for the diagnosis and treatment of sleep phase insomnia
Philips Respironics (Investigator-initiated trial)
PI ($ 360,487)
Major Goals: To establish the prevalence of sleep phase insomnia within the general insomnia population and define the clinical 'norms' for sleep and circadian phase timing.

2010           Clinical Research Support Agreement (PI: S.W. Lockley, PhD)
Vanda Pharmaceuticals
PI ($76,660)

Major Goals: Assist in the development of clinical trials to test the efficacy of a melatonin agonist to treat non-24-hour rhythms in totally blind patients.

2010-2011    Melatonin and prostate cancer: A biomarker study among men in the Reykjavik cohort (PI: LA Mucci)
Harvard Clinical and Translational Science Center Pilot Grant.
Co-Investigator
Major Goals: To study melatonin levels, genetic determinants and pineal gland structure in relation to prostate cancer risk and progression in a study nested in the prospective AGES Reykjavik Cohort.

2010-2012    The role of sleep and circadian phase on crew safety, performance and psychological health during long-term analog space missions
National Aeronautics and Space Administration 08-MMAMA08-0035
PI ($ 127,024)
Major Goals: To evaluate crew health, safety and psychology in personnel wintering-over in Antarctica as a high fidelity analog of mission operations during long-duration Lunar and Mars missions.

2010-2012    Improving the efficacy of light therapy: A comparative study to determine whether exposure to intermittent light enhances circadian, neuroendocrine, and alerting responses relative to exposure to continuous light (PI: JJ Gooley, PhD)
National Medical Research Council Singapore, New Investigator Grant
Co-Investigator
Major Goals: To test the role of intermittent versus continuous monochromatic light on circadian, neuroendocrine and neurobehavioral responses.

2010-2012    'The impact of a resident work schedule change on patient safety' (PI: N. Ayas)
Partnerships for Health System Improvement (PHSI) Program Grant, Canada
Co-investigator
Major goals: To assess the impact of eliminating shifts >24 hours on both patient safety and education of medical residents in two hospitals in British Columbia.

2010-2013    Harvard University exercise tolerance as a predictor of firefighters' future risks (PI: S.N. Kales SN)
Department of Homeland Security FEMA
Consultant
Major Goals: To examine whether decreased exercise tolerance will be associated with increased risks for adverse health and safety outcomes for firefighters in both prospective and retrospective analyses.

2010-2014    Identification of cardiometabolic vulnerabilities caused by effects of synergistic stressors that are commonly encountered during space missions (PI: S.A. Shea)
National Aeronautics and Space Administration NNX10AR10G
Co-Investigator
Major Goals: To assess the effects of simulated shift patterns as experienced during long-duration space flight, on metabolic and cardiovascular markers of health.

2011-2012    Assessment of ocular measures of alertness and driving impairment in medical residents (PI: M.E. Howard)

Institute for Breathing and Sleep (IBAS) Research Grant
Co-Investigator
Major Goals: This project will assess on road driving performance and episodes of drowsiness whilst driving in medical residents following extended duty night shifts.

2011-2013   A multicenter, randomized, double-mask, placebo-controlled, parallel study to investigate the efficacy and safety of 20 mg Tasimelteon versus placebo on totally blind subjects with N24HSWD followed by an OLE phase
Vanda Pharmaceuticals (Sponsor-initiated trial)
Site PI ($347,502)

2011-2013   Efficacy of light therapy for sleepiness and fatigue following TBI (PI: J. Ponsford)
Victorian Neurotrauma Initiative
Co-Investigator
Major Goals: To study the effect of short-wavelength light as a potential fatigue countermeasure in patients with traumatic brain injury.

2011-2014   Clinical trial of an intervention to reduce fatigue and improve safety and health in Firefighters (PI: CA Czeisler PhD, MD)
Department of Homeland Security FEMA EMW-2010-FP-00521
Co-Investigator
Major Goals: To conduct a station-level, randomized clinical trial of policies designed to maximize sleep opportunities during current 24-hour shifts to improve alertness, performance, health and safety in firefighters.

2012-2013   A randomized withdrawal study to demonstrate the maintenance of effect of 20 mg tasimelteon in the treatment of N24HSWD
Vanda Pharmaceuticals (Sponsor-initiated trial)
Site PI ($74,974)

2012-2013   Screening for obstructive sleep apnea in National Football League Players (PI: C.A. Czeisler PhD, MD)
National Football League Charities
Co-Investigator
Major Goals: This project will establish an NFL-wide system of identifying those at high risk of OSA and further evaluating those at high risk.

2012-2014   Open-label safety study of a 24-month 20 mg dose regimen of tasimelteon for the treatment of non-24-hour sleep-wake disorder (N24HSWD) in blind individuals with no light perception
Vanda Pharmaceuticals (Sponsor-initiated trial)
Site PI

2012-2014   Randomised Controlled Trial Of Melatonin For Delayed Sleep Phase Disorder' (PI: SW Rajaratnam PhD)
National Health and Medical Research Council, Australia, Project Grant 1031513
Chief (Co-) Investigator D
Major Goals: The primary aim is to test in a randomized, double-blind, parallel groups, placebo-controlled, outpatient trial, the efficacy and safety of melatonin (0.5mg) for treatment of Delayed Sleep Phase Disorder (DSPD).

2012-2015    Investigating the effects of evening light exposure on melatonin suppression, alertness and nocturnal sleep.
Biological Illumination LLC (Investigator-initiated trial)
PI ($ 485,556)
Major Goals: To compare the effects of a novel blue-depleted light source on melatonin suppression and sleep with a standard compact fluorescent source.

2013    The role of sleep and circadian phase on crew safety, performance and psychological health during long-term analog space missions (Co-PIs: T. L. Sletten PhD and S.M.W. Rajaratnam, PhD)
NHMRC Centre for Integrated Research and Understanding of Sleep (CIRUS)
Co-Investigator
Major Goals: To evaluate crew health, safety and psychology in personnel wintering-over in Antarctica as a high fidelity analog of mission operations during long-duration Lunar and Mars missions.

2013-2014    Evaluation of Rio Tinto Iron Ore (WA)'s mental health systems.
Rio Tinto Iron Ore (Service Agreement)
PI ($ 428,937)
Major Goals: To conduct a review of RTIO's mental health strategy and identify major gaps with current best practice.

2013-2014    Development of an algorithm for predicting which individuals are highly vulnerable versus highly resilient to the effects of sleep loss on performance (PI: C.A. Czeisler, PhD, MD)
Defense Advanced Research Projects Agency DARPA-BAA-11-65
Co-investigator
Major Goals: To identify, develop and test candidate predictive biomarkers of sleepiness and impaired performance for future testing and validation in large, prospective cohort studies.

2013-2014    Clinical Research Support Agreement (PI: S.W. Lockley, PhD)
Vanda Pharmaceuticals
PI ($144,920)
Major Goals: Assist in the dissemination and publication of data from clinical trials to test the efficacy of a melatonin agonist to treat non-24-hour rhythms in totally blind patients.

2014    LED lighting in schools (PI: S.M.W. Rajaratnam, PhD)
Department of Education and Communities, New South Wales, Australia (Consulting)
Co-Investigator

2014-2017    Circadian mechanisms for sex differences in shift work tolerance (PI: SW Cain PhD)
National Health and Medical Research Council, Australia, Project Grant 1064231
Chief (Co-) Investigator D
Major Goals: This study is designed to examine sex differences in the effect of office-level light on the biological clock during a simulated night shift.

2015-2017    Hyper-sensitivity of the circadian system to light in Delayed Sleep Phase Disorder (PI: SW Cain PhD)

National Health and Medical Research Council, Australia, Project Grant 1087665
Chief (Co-) Investigator E

2015-2017  Investigation of blue-enriched light as a countermeasure for automobile driver sleepiness and fatigue (PI: C.M. Oman PhD)
Co-Investigator (Subcontract $177,839 Direct, $225,855 Total)
Ford-MIT Alliance Request for Ideas

2009-2015  'A comprehensive fatigue management program and an evaluation of a photic countermeasure for mission controllers'. (CO-PI: CA Czeisler PhD, MD, LK Barger PhD)
National Aeronautics and Space Administration NNX10AF47G
Co-Investigator
Major goals: To develop and test a multifaceted fatigue management program in NASA ground crew including education, sleep disorders screening and treatment and light therapy to improve circadian adaptation and alertness.

2009-2015  Efficacy of melatonin treatment in a phase advance model of insomnia (PI: JF Duffy PhD)
National Institute of Neurologic Disorders and Stroke R01HL093279
Co-Investigator
Major Goals: To test the chronobiotic and sleep promoting effects of melatonin in a phase advance model of insomnia.

2012-2015  The ISS Dynamic Lighting Schedule: An in-flight lighting countermeasure to facilitate circadian adaptation, improve sleep and enhance alertness and performance on the International Space Station.
National Space Biomedical Research Institute HFP02801
PI ($900,000)
Major Goals: To study how new lighting would be used operationally to provide a countermeasure to shiftwork in a high-fidelity simulation of the ISS lighting environment, sleep patterns, and work schedule.

2012-2019  Multi-center trial of work-hour limits for PGY 2&3 resident work hours on patient safety (Co-PIs: CA Czeisler PhD, MD and CP Landrigan MD)
National Heart, Lung and Blood Institute U01HL111478
Co-Investigator
Major Goals: To conduct a randomized study in six ICUs nationwide to test whether a scientifically-founded intervention schedule will result in a decrease in preventable injuries to patients and resident physicians' motor vehicle crashes, and increase resident sleep and vigilance.

2013-2015  Investigating the role of photic and non-photic cues on entraining human peripheral metabolic rhythms.
Vanda Pharmaceuticals (Investigator-initiated trial)
PI ($ 48,335)
Major Goals: To test the hypothesis that human peripheral metabolic rhythms are synchronized by non-photic meal-schedules and not the central circadian pacemaker.

2013-2018  Impact of eliminating extended duration work shifts on intern health and safety (PI: LK

Barger PhD)
National Institute of Occupational Safety and Health R01
Co-Investigator

2014-2019   Cooperative Research Centre (CRC) for Alertness, Safety and Productivity
Investigator (~$25,000,000)

2014-2020   Development and testing of biomarkers to determine individual astronauts'
vulnerabilities to behavioral health disruptions (PI: SW Lockley PhD; Co-PI: CA
Czeisler, PhD, MD)
PI ($944,883 Direct, $1,200,000 Total)
National Aeronautics and Space Administration NNX14AK53G
Major Goals: To examine traditional and novel biomarkers of impairment due to sleep
loss or circadian disruption under laboratory and operational conditions.

2015-2017   Ultra-short light pulses as an efficient countermeasure for circadian misalignment and
objective performance and subjective alertness decrements
National Space Biomedical Research Institute HFP02801
Co-Investigator
Major Goals: To study how new lighting would be used operationally to provide a
countermeasure to shiftwork in a high-fidelity simulation of the ISS lighting
environment, sleep patterns, and work schedule.

2015-2020   Lighting Protocols for Exploration – HERA Campaign (PI: SW Lockley PhD)
PI ($125,000)
National Aeronautics and Space Administration NNX15AM28G
Major Goals: To examine the feasibility and efficacy of a Dynamic Lighting System to
improve alertness, sleep and circadian rhythms in the Human Exploration Research
Analog and to finalize the operational procedures for in-flight testing of new lighting
aboard the ISS.

2016-2017   Technologies to target circadian rhythm disruption in PTSD (PI: A Dowling, PhD)
STTR A16A-T014 Technologies to Target Circadian Rhythm Disruption in PTSD
Co-Investigator (Site PI)

2016-2018   Clinical relevance of circadian and sleep timing in cancer patients: a systems medicine
approach
Monash Warwick Alliance
Co-Investigator
Major Goals: This project aims at better understanding the interactions between sleep,
the Circadian Timing System (CTS) and anticancer drug response, in order to design
personalised and dynamic behavioural interventions and/or chronotherapeutic strategies.

2016-2020   Circadian lipidomics in constant routine, forced desynchrony, and non-lab setting (PI: B
Kristal PhD)
National Heart, Lung and Blood Institute R01HL132556
Co-Investigator
Major Goals: We propose to utilize the analytical and bioinformatics platforms and
experience in population-level metabolomics studies to study banked plasma samples
from well-characterized individuals in tightly controlled circadian rhythm studies to

-23-

determine circadian phase from a single blood sample based on the lipidomic profiles.

| | |
|---|---|
| 2016-2020 | Measuring the effects of light from electronic devices on sleep (PI: SW Lockley PhD)<br>PI ($12,500)<br>F.Lux Software LLC (Investigator-initiated trial)<br>Major goals: To assess the effects of software to reduce blue light screen emissions on sleep. |
| 2018-2019 | Senior care facility lighting to improve health, safety and energy efficiency (PI: SA Rahman PhD)<br>Civil Money Penalty (CMP) Funds, State of Wisconsin via subcontract from Midwest Lighting Institute<br>Co-Investigator<br>Major Goals: To  conduct a pilot study in two WI nursing home facilities to implement lighting protocols that will help residents' health and safety. |
| 2019-2020 | In-home light therapy to reduce fatigue, sleepiness and sleep disturbance following TBI and stroke (PI: J Ponsford, PhD)<br>MICCN Strategic Grant, Monash University, Australia<br>Co-Investigator (CI-2)<br>Major Goals: This pilot study aims to assess the impact of dynamic lighting on clinical fatigue outcomes in TBI and stroke patients. |
| 2019-2020 | Comparison across multiple types of sleep deprivation (PIs: EB Klerman, MD, PhD; CA Czeisler, PhD, MD)<br>Federal Aviation Authority<br>Co-Investigator<br>Major Goals: This contracted work will collect data for the FAA for discovery of biomarkers associated with neurobehavioral or cognitive impairment during sleep loss and mistimed sleep. |
| 2019-2021 | Effect of light on health and safety in an inpatient behavioral health unit (PI: SA Rahman, PhD)<br>Co-investigator<br>Battelle Memorial Institute (Pacific Northwest Division) through the Department of Energy (Investigator-initiated trial)<br><br>Major goals: The goals are to assess the role of light on health outcomes in an inpatient facility. |
| 2020-2021 | Fatigue and shift mitigation project: The SAFER trial<br>PI (£75,000)<br>National Police Wellbeing Service and the Police and Crime Commissioner for Lancashire, UK, Project Grant<br>Major Goals: We have developed a programme to identify and quantify issues related to Sleep, Alertness and Fatigue in Emergency Responders: the SAFER Programme for UK police. We will survey police officers and establish the risk of sleep disorders, fatigue and burnout. |

**Current**

| | |
|---|---|
| 2014-2022 | Testing solid state lighting countermeasures to improve circadian adaptation, sleep, and performance during high fidelity analog and flight studies for the International Space Station (PI: GC Brainard PhD; Co-PI: SW Lockley PhD)<br>Co-PI (Subcontract $726,173)<br>National Aeronautics and Space Administration NNX15AC14G<br>Major Goals: To assess the impact of dynamic lighting protocols on circadian rhythms, sleep and performance during spaceflight. |
| 2019-2022 | Towards a real-time estimate of circadian phase during spaceflight (PI: MA St Hilaire PhD)<br>National Aeronautics and Space Administration 80NSSC20K0576<br>Co-Investigator<br>Major Goals: To develop a feasible method to measure circadian phase accurately and reliably in real-time during spaceflight. |
| 2019-2022 | Urine metabolomics to estimate internal clock time (PI: MA St Hilaire PhD)<br>National Institute of Nursing Research R21 NR018974<br>Co-Investigator<br>Major Goals: To develop a feasible method to measure circadian phase accurately and reliably using non-invasive urinomics. |
| 2019-2022 | Assessment of circadian and light interactions in adolescent sleepiness (PI: S.M.W. Rajaratnam, PhD)<br>Australian Research Council (ARC) Discovery Project (DP190103444)<br>Co-Investigator (Partner Investigator)<br>Major Goals: This study will use state-of-the-art measures of the biological clock, rigorous assessment of light exposure and sophisticated analytical approaches to comprehensively and prospectively examine the relative contributions of multiple biological clock and sleep factors that may be linked to cognitive function and sleepiness in adolescents. |
| 2019-2024 | Clinical Research Support Agreement (PI: S.W. Lockley, PhD)<br>Vanda Pharmaceuticals<br>PI ($TBD)<br>Major Goals: Assist in data review and publication of data from clinical trials to test the efficacy of a melatonin agonist to treat circadian and other disorders. |
| 2020-2025 | Effects of daytime lighting conditions on students' cognitive performance (PI: SA Rahman, PhD)<br>Co-investigator<br>Seoul Semiconductor (Investigator-initiated trial)<br>Major goals: The goal is to assess the role light spectrum and intensity on the alerting effects of daytime light exposure. |

| | |
|---|---|
| 2020-2025 | The effect of lighting supplementation on cognitive task performance during the day (PI: SA Rahman, PhD)<br>Co-investigator<br>BIOS, LLC (Investigator-initiated trial)<br>Major goals: The goal of this project is to examine whether supplementing existing poor quality indoor lighting with blue-enriched white lighting can improve daytime cognitive performance in healthy young adults. |
| 2021 | University of Surrey tender for Fatigue Risk Assessment Tool: Phase 1 (PI: AC Skeldon, PhD)<br>Co-investigator<br>Transport for London, UK, Project Grant<br>Major Goals: To evaluate fatigue management tools for London bus drivers. |
| 2021-2022 | The SAFER Programme: Improving sleep and fatigue in UK police officers and staff<br>PI (£70,000)<br>National Police Wellbeing Service, UK, Project Grant<br>Major Goals: To implement a national programme to identify and quantify issues related to Sleep, Alertness and Fatigue in Emergency Responders: the SAFER Programme for UK police. We will survey police officers and establish the risk of sleep disorders, fatigue and burnout. |
| 2021-2023 | Validation of real-time field-based markers of circadian phase (PI: M.A. St. Hilaire, PhD)<br>National Institutes of Health R03AG071922<br>Co-Investigator<br>Major Goals: The major goals of this project are to use commercially available point-of-care devices to measure internal clock time in real-time at home from biomarkers that exhibit robust circadian rhythms |
| 2021-2025 | A multicenter, double-blind, randomized study to evaluate the effects of tasimelteon vs. placebo in participants with Delayed Sleep-Wake Phase Disorder (DSWPD)<br>Vanda Pharmaceuticals (Sponsor-initiated trial)<br>Site PI |
| 2021-2025 | Determining the role of photic and non-photic time cues in resetting lipid circadian rhythms in humans (PI: S.A. Rahman, PhD, MPH)<br>National Institutes of Health NHLBI R01HL159207<br>Co-Investigator<br>Major Goals: The goal of this project is to construct three PRCs that systematically examine the contribution of  light and meal timing on resetting lipid circadian rhythms. |

# Report of Local Teaching and Training

### <u>Teaching of Students in Courses</u>

### Harvard University

| 2001 | MCB289 Photobiology<br>8 undergraduate and graduate students | Molecular and Cellular Biology<br>1 x 1 h lecture |
|---|---|---|
| 2001-2002 | MCB186 Circadian Biology<br>9-12 undergraduate and graduate students | Molecular and Cellular Biology<br>Teaching Fellow; 12 x 2 h sections |
| 2001-2002<br>2005-2014 | MCB186 Circadian Biology<br>9-20 undergraduate and graduate students | Molecular and Cellular Biology<br>1-2 x 1 h lectures |
| 2011-2014 | MCB186 Circadian Biology<br>9-20 undergraduate and graduate students | Molecular and Cellular Biology<br>Course Faculty; attend 12 x 3 h classes |
| 2019 | GEN ED1038; Sleep<br>250 undergraduate students | Program in General Education<br>Teaching Fellow; 12 x 1.25 h sections |
| 2020 | GEN ED1038; Sleep<br>300 undergraduate students | Program in General Education<br>Invited guest panelist; 2 x 1.25 h classes |

**Graduate School of Design, Harvard University**

| 2008-2009<br>2011 | Day-Lighting Buildings (GSD 6332)<br>~10 undergraduate and graduate students | Harvard Graduate School of Design<br>1 x ~1.5 h lecture |
|---|---|---|
| 2010-2013 | Day-Lighting Buildings<br>Executive Education Summer Program<br>~20 professional architects | Harvard Graduate School of Design<br>1 x 1.5 h lecture |
| 2019-2021 | Building Human Interaction (SCI-6361)<br>~20 undergraduate and graduate students | Harvard Graduate School of Design<br>1 x 1.5 h lecture |

**Harvard School of Public Health**

| 2011-2020 | EH 232 Occupational and Environmental<br>Medicine<br>~20-60 medical residents | Harvard School of Public Health<br>1 x 1-1.5 h lecture |
|---|---|---|
| 2016, 2019 | ENVR E-119c High Performance Buildings<br>for Health, Comfort, and Sustainability<br>~60 in-person and online students | Harvard School of Public Health<br>1 x 1.5 h lecture |
| 2016 | EH 252 The Impact of Buildings on Health,<br>Productivity and Sustainability<br>~8 students | Harvard School of Public Health<br>1 x 2 h lecture |

**Massachusetts Institute of Technology, Cambridge**

| 2009, 2012,<br>2015, 2019 | Daylighting (4.430)<br>~10 undergraduate and graduate students | Department of Architecture<br>1 x 1.5 h lecture |
|---|---|---|

**Brigham and Women's Hospital**

| | | |
|---|---|---|
| 2001 | Kleitman Summer Fellowship Program in Human Circadian Biology<br>23 undergraduate and graduate students | Division of Sleep Medicine<br>1 x 1 h lecture |
| 2001 | Research Seminar<br>15 research assistants | General Clinical Research Center (GCRC)<br>1 x 1 h lecture |
| 2001 | Graduate Medical Education Group<br>10-member committee | Department of Medicine<br>1 x 1 h lecture |
| 2006 | Core Laboratory Research Seminar<br>10 research assistants and faculty | General Clinical Research Center (GCRC)<br>1 x 1 h lecture |
| 2012 | Research Seminar<br>15 research assistants | General Clinical Research Center (GCRC)<br>1 x 1 h lecture |

**University of Surrey, UK**

| | | |
|---|---|---|
| 1996 | M.Sc. in Clinical Biochemistry<br>25 postgraduate Masters (M.Sc.) students | School of Biological Sciences<br>8 h/week x 4 weeks of practical classes |
| 1999 | EIHMS 1.20: Body Systems<br>130 1st-year undergraduate nursing students | Eur Inst of Health & Medical Sciences<br>4 h lectures, 1 h tutorial |
| 2000, 2004 | SBS346: Biological Rhythms<br>8-10 Final year undergraduate students | School of Biological Sciences<br>2 (2000) or 1 x 1 h lectures |
| 2000 | SBS111: Physiology<br>110 1st-year undergraduate students | School of Biological Sciences<br>30 h of practical classes, 20 h marking |

**Warwick Medical School, UK**

| | | |
|---|---|---|
| 2004<br>2007-2010 | Special Study Module: Sleep Medicine<br>10 medical students | Warwick Medical School<br>2 x 3 h lectures (2004), 1 x 2 h lecture |

**Monash University, Australia**

| | | |
|---|---|---|
| 2009 | BNS3052 Drugs, Brain and Altered Awareness<br>30 undergraduate students | School of Psychology and Psychiatry and Psychological Medicine<br>1 x 2 h lecture, 1 x 2 h laboratory class |
| 2016 | PSY3320 Sleep and Circadian Rhythms<br>~200 undergraduate students | School of Psychological Sciences<br>1 x 2 h lecture |

## Formal Teaching of Residents, Clinical Fellows and Research Fellows (post-docs)

| | | |
|---|---|---|
| 2007-2009, | Preceptors' Introductory Sleep Course, | Division of Sleep Medicine, Harvard |

-28-

| 2012, 2016 | Training Program in Sleep, Circadian and Respiratory Neurobiology<br>~15 Pre- and post-doctoral trainees | Medical School<br>1 x 1.5 h lecture |
|---|---|---|
| 2008, 2011-2013, 2016, 2018-2021 | Sleep Medicine Clinical Fellowship Program<br>~6-12 Clinical Fellows | Beth-Israel Deaconess Medical Center<br>1 x 1-1.5 h lecture |
| 2008, 2010, 2019-2021 | Sleep Medicine Clinical Fellowship Program<br>~6-12 Clinical Fellows | Brigham and Women's Hospital<br>1 x 1-2 h lecture |
| 2009 | Neuroscience Graduate Program<br>~40 Clinical Fellows and Faculty | Thomas Jefferson University<br>1 x 1 h lecture |
| 2012-2015 | Harvard Longwood Psychiatry Residency Program<br>~15 PGY2-3 Residents | Brigham and Women's Hospital<br>1 x 1 h didactic session |
| 2021 | Morehouse School of Medicine Graduate Program<br>~5 Post-doctoral trainees | Morehouse School of Medicine<br>1 x 1 h lecture |

## Clinical Supervisory and Training Responsibilities

| 2006-2010 | Associate Preceptor | NHLBI T32 Training Program in Sleep, Circadian and Respiratory Neurobiology, Division of Sleep Medicine, Harvard Medical School |
|---|---|---|
| 2010-present | Preceptor | NHLBI T32 Training Program in Sleep, Circadian and Respiratory Neurobiology, Division of Sleep Medicine, Harvard Medical School |

## Laboratory and Other Research Supervisory and Training Responsibilities

| 1997-1999 2004-2005 | Supervisor for 6 undergraduate senior theses, University of Surrey, UK | 80 h over 6 months each |
|---|---|---|
| 1998 | Supervisor for 2 visiting undergraduate senior theses, University of Muenster, Germany and University of Hertfordshire, UK | 80 h over 6 months each |
| 2000 | Supervisor for visiting undergraduate senior thesis, Imperial College, UK | 80 h over 6 months each |
| 2000 | Co-Supervisor for M.Sc. postgraduate thesis, University of Surrey, UK | 60 h over 9 months |

| | | |
|---|---|---|
| 2001 | Supervisor for Kleitman Summer Fellowship project, Brigham and Women's Hospital | 40 h over 3 months |
| 2002 | Supervisor for 2 Division of Sleep Medicine Summer Studentship projects, Brigham and Women's Hospital | 40 h over 3 months |
| 2002-2004 | Supervisor for 8 Professional Training Year visiting undergraduates, University of Surrey, UK | 40 h over 12 months each |
| 2005-2006 | Supervisor for 9 projects, Summer Internship Program in Reproductive and Hormonal Risk Factors for Breast Cancer in Blind Women | 20 h over 3 months each |
| 2006 | Supervisor for visiting medical undergraduate elective rotation, Warwick Medical School, UK | 40 h over 3 months |
| 2006-2007 | Supervisor for 3 Professional Training Year project for visiting undergraduates, University of Surrey, UK | 60 h over 9 months each |
| 2007 | Academic supervisor for two undergraduate students, Harvard College Research Program, Harvard University | 20 h over 6 months each |
| 2007 | Supervisor for visiting undergraduate student, University of Toronto, Canada | 80 h over 6 months |
| 2007-2008 | Internship supervisor, FAS Science Challenge Internship Program, NSBRI and Brigham and Women's Hospital | 80 h over 12 months |
| 2005-2006 | Director, Summer Internship Program in Reproductive and Hormonal Risk Factors for Breast Cancer in Blind Women | Division of Sleep Medicine, Brigham and Women's Hospital |
| 2008-2009 | Advisor to MD student for Design and Conduct of Clinical Trials | Massachusetts General Hospital |
| 2010 | Supervisor for visiting medical undergraduate elective rotation, Monash University Medical Centre, Australia | 40 h over 6 weeks |
| 2011 | Supervisor for Professional Training Year project for visiting undergraduates from the University of Surrey, UK | 40 h over 9 months |
| 2012 | Supervisor for visiting medical undergraduate elective rotation, Warwick Medical School, UK | 40 h over 6 weeks |

| 2020-2021 | Supervisor for 2 undergraduate senior theses, University of Surrey, UK | 40 h over 6 months each |
|---|---|---|

### Formally Mentored Harvard Medical, Dental and Graduate Students

| 2002-2003 | Clark J. Lee, JD, MPH, CPH / Senior Law and Policy Analyst (Research Associate), Center for Health & Homeland Security, University of Maryland, MD<br>Co-supervision of senior thesis, Harvard University; peer-reviewed publication in *New England Journal of Medicine* |
|---|---|
| 2005-2008 | Joshua J. Gooley, PhD / Assistant Professor, Duke-NUS Graduate Medical School Singapore<br>Associate Preceptor for Postdoctoral Fellowship, Training Program in Sleep, Circadian and Respiratory Neurobiology, Division of Sleep Medicine, Harvard Medical School; peer-reviewed publications in *Current Biology, Science Translational Medicine, Journal of Neuroscience;* promoted to Instructor in Medicine, Harvard Medical School and Associate Neuroscientist, Brigham and Women's Hospital |
| 2007 | Adriana Lira-Oliver DDes / Architectural Consultant, New York<br>Preceptor for Postdoctoral Fellowship, Division of Sleep Medicine, Harvard Medical School; recipient 2007 Richard Kelly Grant |
| 2007-2008 | Naila Ramji, BA, MD / Maternal-Fetal Medicine Fellow, University of Ottawa, Canada<br>Supervision of senior thesis, Harvard University; nominated for Hoopes' prize |
| 2007-2009 | Eliza Van Reen, PhD / CEO, Circadian Positioning Systems, Newport, RI and Instructor in Psychiatry and Human Behavior, Brown University<br>Associate Preceptor for Postdoctoral Fellowship, Training Program in Sleep, Circadian and Respiratory Neurobiology, Division of Sleep Medicine, Harvard Medical School; 3 peer-reviewed publications including *Journal of Neuroscience* |
| 2007-2012 | Melanie Rueger, PhD / Medical Science Liaison, Alnylam Pharmaceuticals, Germany<br>Preceptor for Postdoctoral Fellowship, Certificate Program in Sleep, Circadian and Respiratory Neurobiology, Division of Sleep Medicine, Harvard Medical School; promoted to Instructor in Medicine, Harvard Medical School and Associate Neuroscientist, Brigham and Women's Hospital; peer-reviewed publication in *Journal of Physiology* |
| 2009-2010<br>2011-2014 | Joseph T. Hull, PhD / Associate Director, Clinical Research, Supernus Pharmaceuticals, Rockville, MD<br>Associate Preceptor for Postdoctoral Fellowship, Training Program in Sleep, Circadian and Respiratory Neurobiology, Division of Sleep Medicine, Harvard Medical School; peer-reviewed publication in *Journal of Neuroscience* |
| 2010-2011 | Kate E. Johnson (Crowley), PhD / Director, Babysomnia, Melbourne, Australia<br>Preceptor for Postdoctoral Fellowship, Division of Sleep Medicine, Brigham and Women's Hospital and Harvard Medical School; peer-reviewed publication in *Journal of Clinical Sleep Medicine* |
| 2010-2011 | Brian K. Abaluck, MD / Neurologist, Paoli Hospital, PA<br>Preceptor for Clinical Research Fellowship in Sleep Medicine, Division of Sleep |

Medicine, Brigham and Women's Hospital

2010-2013    Erin E. Flynn-Evans, ALM, MPH, PhD / Research Psychologist, NASA Ames Research Center, CA
Preceptor for Postdoctoral Fellowship, Training Program in Sleep, Circadian and Respiratory Neurobiology, Division of Sleep Medicine, Harvard Medical School; promoted to Instructor in Medicine, Harvard Medical School and Associate Neuroscientist, Brigham and Women's Hospital
Awarded Society for Research on Biological Rhythms (SRBR) Research Merit Award; peer-reviewed publications in *Journal of the National Cancer Institute*, *Sleep*

2010-2015    Shadab A. Rahman, PhD / Associate Neuroscientist, Brigham and Women's Hospital; Assistant Professor of Medicine, Harvard Medical School;
Preceptor for Postdoctoral Fellowship, Training Program in Sleep, Circadian and Respiratory Neurobiology, Division of Sleep Medicine, Harvard Medical School; peer-reviewed publications in *Sleep, Brain, Behavior and Immunity*

2012-2015    Melissa A. St. Hilaire, PhD / Instructor, Brigham and Women's Hospital
Preceptor for Postdoctoral Fellowship, Training Program in Sleep, Circadian and Respiratory Neurobiology, Division of Sleep Medicine, Harvard Medical School; promoted to Instructor in Medicine, Harvard Medical School and Associate Biostatistician, Brigham and Women's Hospital; 3 peer-reviewed publication in *Journal of Neuroscience, Journal of Physiology (2)*

2013-2014    William Clerx /
Co-supervision of senior thesis, Harvard University

2018-2021    Leilah K. Grant, PhD / Instructor in Medicine, Brigham and Women's Hospital
Co-Preceptor for Postdoctoral Fellowship, Division of Sleep and Circadian Disorders, Brigham and Women's Hospital and Division of Sleep Medicine, Harvard Medical School; two peer-reviewed publications (first author) in *Frontiers in Neurology, Journal of Pineal Research*

2019-2020    Brianne A. Kent, PhD / Assistant Professor, Department of Psychology, Simon Fraser University, Canada
Preceptor for K99 Postdoctoral Fellowship, Division of Sleep and Circadian Disorders, Brigham and Women's Hospital and Division of Sleep Medicine, Harvard Medical School; peer-reviewed (second author) publication in *Frontiers in Neurology*

### Other Mentored Trainees and Faculty

1997-1998    Laura J. Butler, BSc (Hons) /
Co-supervision of senior thesis, University of Surrey; peer-reviewed publication in *Sleep*

1997-1998    Ourania Kosti, PhD / Senior Program Officer, Nuclear and Radiation Studies Board, Washington DC
Co-supervision of senior thesis, University of Surrey; peer-reviewed publication in *Sleep*

| | |
|---|---|
| 1999-2000 | Anna Zachariou, MSc / Scientific Officer, Institute of Cancer Research, UK<br>Co-supervision of Masters thesis, University of Surrey |
| 2001-2002 | Victoria L. Revell, PhD / Head of Research and Study Management, Surrey Clinical Research Centre, University of Surrey, UK<br>Co-supervision of senior thesis, Imperial College; admission to graduate school |
| 2002-2009 | Joseph T. Hull, BS / Associate Director, Clinical Research, Supernus Pharmaceuticals, Rockville, MD<br>Co-supervision of PhD; peer-reviewed publication in *Current Biology* |
| 2003-2004 | Marina Tsaoussoglou, BSc (Hons) / Scientist, Athens Hospital, Greece<br>Supervision of senior thesis and Professional Training Year projects, University of Surrey |
| 2004-2010 | Erin E. Flynn-Evans, BS, RPSGT / Project Manager, Brigham and Women's Hospital<br>Co-supervision of PhD, University of Surrey; Associate Preceptor for Predoctoral Fellowship, Training Program in Sleep, Circadian and Respiratory Neurobiology, Division of Sleep Medicine, Harvard Medical School; 4 peer-reviewed publications including *New England Journal of Medicine, Sleep, Cancer Causes Control* |
| 2006-2008 | Christopher S. Pechacek, SMArchS / Captain, US Air Force<br>Co-supervision of Masters thesis, MIT; 2 peer-reviewed publications including *Leukos* |
| 2007-2008 | Catherine J. Hanley, MSc /<br>Co-supervision of Masters thesis, University College Dublin, Eire; peer-reviewed publication in *Journal of Neuroscience* |
| 2007-2014 | Ahuva Y. Segal BSc / Senior EMR Analyst, Royal Children's Hospital, Melbourne, Australia<br>Co-supervision of PhD (registration withdrawn), Monash University |
| 2009-2011 | Julia Shekleton, DPsych / Clinical Neuropsychologist, CAN Group, Australia<br>Co-supervision of PhD, Monash University; peer-reviewed publications in *Sleep, Journal of Clinical Sleep Medicine* |
| 2009-2014 | Suzanne Ftouni, PhD / Post-doctoral Fellow, Circadian Therapeutics and University of Oxford, UK<br>Co-supervision of PhD, Monash University; awarded Victoria Fellowship; peer-reviewed publications in *Journal of Sleep Research, Journal of Biological Rhythms* |
| 2011-2013 | Ian C. Dunican, PhD / Director, Melius Consulting/Sleep4Performance, Australia<br>Co-supervision of PhD (registration withdrawn), Monash University |
| 2012-2016 | María L. Ámundadóttir PhD / Consultant, Iceland<br>Co-supervision of PhD, École Polytechnique Fédérale de Lausanne, Switzerland ; (2014) Pre-doctoral Research Fellow, Brigham and Women's Hospital and Harvard Medical School |
| 2013 | Tracey L. Sletten, PhD / Senior Research Fellow, Monash University, Australia<br>Preceptor for Postdoctoral Fellowship, Division of Sleep Medicine, Brigham and Women's Hospital and Harvard Medical School |

| 2013-2016 | Simonne Cohen PhD / Clinical Psychologist, Sydney, Australia<br>Co-supervision of PhD, Monash University, Australia; peer-reviewed publications in *Scientific Reports, Autism Research* |
|---|---|
| 2015-2017 | Leslie M. Torres Ulloa, Undergraduate student, UMass Boston<br>Supervision of Senior Thesis |
| 2015-2018 | Leilah K. Grant, PhD / Instructor in Medicine. Brigham and Women's Hospital, Harvard Medical School<br>Co-supervision of PhD, Monash University, Australia; peer-reviewed publications in *Scientific Reports, Sleep* |
| 2015-2019 | Julia E. Stone, PhD / Postdoctoral Fellow, Monash University, Australia<br>Co-supervision of PhD, Monash University; peer-reviewed publications in *Journal of Physiology, Scientific Reports* |
| 2015-2020 | Saranea Ganesan, PhD student, Monash University, Australia<br>Co-supervision of PhD (registration withdrawn), Monash University; peer-reviewed publication in *Scientific Reports* |
| 2015-2021 | Laura J. Connolly, GradDipPsy, BA (Hons), PhD student, Monash University, Australia<br>Co-supervision of PhD, Monash University; peer-reviewed publications in *BMC Neurology, Frontiers in Neurology* |
| 2017-date | Lauren J. Bulfin, BSc, MNP, PhD student, Monash University, Australia<br>Co-supervision of PhD, Monash University<br>Awarded the Betty Jeffrey Award, Australian Nurses Memorial Centre |
| 2017 | Emma S. Giliberto, Undergraduate student, Monash University, Australia<br>Co-supervision of senior honors thesis, Monash University, Australia |
| 2017 | Amy Bender, PhD / Post-doctoral Fellow, University of Calgary, Canada<br>Awarded Sleep Research Society 2016-17 Mentor/Mentee Support Award<br>Mentor for Support Award |
| 2018-2020 | Lauren A. Booker, BA, GDipB.Sc, GDipPsych (Hons), MPH, PhD student, Monash University, Australia<br>Co-supervision of PhD, Monash University; peer-reviewed publications in *Journal of Sleep Research, Sleep* |
| 2019 | Vineetha Kalavally, PhD., CEng. / Associate Professor, School of Engineering, Monash University, Malaysia<br>Mentor for visiting sabbatical |
| 2021 | Nathan Howarth, BSc / Police officer, British Transport Police<br>Co-supervision of MSc in Health Sciences, Warwick Medical Scholl, UK; |

## Formal Teaching of Peers (e.g., CME and other continuing education courses)

*Those presentations below sponsored by outside entities are so noted and the sponsor is identified in parentheses.*

| 2003-2007 | Chautauqua National Science Foundation Short Courses for College Teachers<br>'Circadian Biology' |
|---|---|

| | Lecturer |
|---|---|
| | 8-12 College Professors; 3-day residential course; 20 h preparation, 20 h contact time (National Science Foundation) |
| 2008 | Harvard Summer School course 'Circadian Biology' |
| | Lecturer |
| | 10 graduate students and faculty; 3-day residential course; 20 h preparation, 20 h contact time |
| 2011 | Harvard Medical School Department of Continuing Education and Children's Hospital CME course 'Updates in Pediatric Sleep Disorders' |
| | Lecturer |
| | 180 faculty and trainees; 2-day course; 2 h preparation, 0.5 h contact time |
| 2012 | Harvard Medical School Department of Continuing Education and Division of Sleep Medicine CME course 'Physician Work Hours, Health and Patient Safety' |
| | Lecturer |
| | 60 physicians, health professionals and administrators; 5-day residential course; 20 h preparation, 5 lectures, 10 h contact time |
| | **Received highest faculty rating for 'Quality of Presentation' and second for 'Relevance to Practice'** |
| 2012 | Harvard School of Public Health Department of Continuing Education and Occupational and Environmental Medicine Residency Program CME course 'Sleep and Shift Work: Optimizing Productivity and Health Management in the 24/7 Global Economy' |
| | Lecturer |
| | 70 faculty and administrators; 2-day course; 3 h preparation, 1 h contact time |
| 2013 | MediCom Worldwide Inc., CME symposium 'Resetting the Master Body Clock: Treatment Innovations in Non-24-Hour Disorder'. 27th Annual Meeting of the Associated Professional Sleep Societies (APSS). |
| | Lecturer |
| | ~150 faculty and trainees; 6 h preparation, 3 h contact time |
| | (Vanda Pharmaceuticals Inc.) |

## Local Invited Presentations

*No presentations below were sponsored by outside entities*

| 2001 | 'Phase Response Curve for exposure to a single 1 hour 10,000 lux light pulse' |
|---|---|
| | Scientific Staff Meeting Seminar |
| | Division of Sleep Medicine, Brigham and Women's Hospital |
| 2002 | 'Phase-resetting and acute alerting effects of a one-hour pulse of bright light' / Seminar |
| | Neuroendocrinology Research Group, University of Surrey, UK |
| 2003 | 'Spectral sensitivity of human circadian phase-shifting and long duration melatonin suppression' / Seminar |
| | Neuroendocrinology Research Group, University of Surrey, UK |
| 2003 | 'Phototransduction in the human circadian system' / Seminar |

|       | Surrey Sleep Research Centre, University of Surrey, UK |
|-------|-------------------------------------------------------|
| 2003 | 'Phototransduction in the human circadian system' / Sleep Grand Rounds<br>Department of Medicine, Brigham and Women's Hospital |
| 2004 | 'Junior Doctors' Work Hours in the US' / Seminar<br>Neuroendocrinology Research Group, University of Surrey, UK |
| 2004 | 'Effects of too little of too much light – phototransduction in the human<br>circadian system' / Invited Seminar<br>Sleep Showcase, University of Surrey, UK |
| 2005 | 'Circadian photoreception in the visually impaired' / Scientific Staff Meeting Seminar<br>Division of Sleep Medicine, Brigham and Women's Hospital |
| 2008 | 'Alertness, mood and performance rhythm disorders associated with circadian sleep<br>disorders in the blind' / Scientific Staff Meeting Seminar<br>Division of Sleep Medicine, Brigham and Women's Hospital |
| 2008 | 'When policy meets physiology: The challenge of reducing resident work hours'<br>Anesthesia and Critical Care Grand Rounds<br>Department of Anesthesia, Critical Care and Pain Medicine, Massachusetts General<br>Hospital |
| 2009 | 'When policy meets physiology: The challenge of reducing resident work hours'<br>Departmental Seminar<br>Department of Obstetrics and Gynecology, Brigham and Women's Hospital |
| 2010 | 'Identifying and treating circadian sleep disorders presenting as insomnia' / Clinical<br>Seminar<br>SleepHealth Centers, Brigham and Women's Hospital |
| 2010 | 'Circadian rhythm sleep disorders: Principles for diagnosis and treatment' / Seminar<br>Center for Pediatric Sleep Disorders, Children's Hospital Boston |
| 2011 | 'Circadian rhythm sleep disorders: Principles for diagnosis and treatment II' / Seminar<br>Center for Pediatric Sleep Disorders, Children's Hospital Boston |
| 2012 | 'Nocturnal shifts and breast cancer risk' / Seminar<br>Breast Oncology Seminar Series, Dana Farber Cancer Institute |
| 2012 | 'Advances in circadian photoreception' / Seminar<br>Center for Pediatric Sleep Disorders, Children's Hospital Boston |
| 2013 | 'Sleep and Light'/ Invited Speaker<br>PULSE - Population in Urban Landscape for Sustainable Built Environment consortium<br>meeting<br>Harvard University |
| 2013 | 'Circadian management of travel and jet lag' / Invited Speaker<br>Center for Global Health, Massachusetts General Hospital |
| 2014 | 'Sleep, health, light and students' / Invited Speaker<br>University Health and Counseling Service, Northeastern University |
| 2014 | 'Circadian rhythm disorders and their treatment in the blind' / Invited Speaker |

Sleep and Chronobiology Group, Monash University

2015    'Sleep, circadian rhythms, and light: Key components of corporate sustainability and health in the built environment' / Invited Speaker
Harvard School of Public Health Annual CHGE Board Retreat

2016    'Datablitz' / Invited Speaker
Sleep and Chronobiology Group, Monash University

2021    'Inter-individual differences in circadian rhythm timing and the consequences for chronomedicine' / Invited Speaker
Exploring interfaces between Chronobiology and Sleep  & Immunity and Infection, University of Surrey

2021    'Peripheral clock resetting in humans (?)' / Invited Speaker
Chronobiology Section, University of Surrey

# Report of Regional, National and International Invited Teaching and Presentations

## Invited Presentations and Courses

*Those presentations below sponsored by outside entities are so noted and the sponsor is identified in parentheses.*

**Regional**

1998    'Degree of visual loss, hormone rhythms and sleep in the blind' / Seminar
King's Diabetes Centre, King's College Hospital, London, UK

2001    'Cause, consequence and treatment of circadian rhythm disorders in the blind'
Seminar, Providence Research Interest Group, E.P. Bradley Hospital, Providence, RI

2006    'Eliminating extended work hours: Implications for physician health and patient safety'
Neuroscience Grand Rounds, University of Vermont College of Medicine, Burlington

2006    'Circadian rhythm sleep disorders and their treatment in the blind' / Invited Speaker
Department of Medicine, University of Vermont College of Medicine, Burlington, VT

2006    'Circadian photoreception: More than meets the eye' / Invited Lecture
Building Technology Program Lecture Series, Department of Architecture, MIT, Cambridge, MA

2006    'Human circadian rhythms: Basic properties and practical applications
Invited Lecture
Takeda Pharmaceuticals East Neuroscience Group meeting, Boston, MA
(Takeda Pharmaceuticals)

2007    'Effects of extended and unusual work shifts on health and safety: Lessons from the medical profession' / Invited Speaker
New England Water Environment Association Annual Meeting, Boston, MA

2008    'The potential for light as a non-pharmacological fatigue countermeasure'
Invited Speaker, Man Vehicle Laboratory, MIT, Cambridge, MA

2009    'Identifying and treating circadian sleep disorders presenting as insomnia'
        Invited Speaker, 23rd Annual Conference of the North East Sleep Society, Boston,
        MA

2010    'Circadian management of travel and jet lag' / Invited Speaker
        24th Annual Conference of the North East Sleep Society, Boston, MA

2010    'The biology of light' / Invited Speaker
        2nd Acadia Night Sky Festival, Bar Harbor, ME

2010    'Melatonin: Diagnosis and treatment of Circadian Rhythm Disorders'/ Invited
        Speaker
        4th Annual Future of Clinical Sleep Medicine meeting, Sleep HealthCenters,
        Dedham, MA

2011    'Light as a sleepiness and circadian countermeasure in Space' / Invited Speaker
        'Exploring Space Health: Benefiting Earth' Workshop, Biomedical Research
        Institute (BRI),  Brigham and Women's Hospital, Boston, MA

2012    'Current Sleep Research in Occupational Medicine' / Invited Speaker
        Massachusetts Sleep Society, Boston, MA

2012    'Workplace Sleepiness and Sleep Disorders' / Invited Speaker
        New England College of Occupational and Environmental Medicine, Farmington,
        CT

2012    'If you're not alert, you're going to get hurt' / Invited Speaker
        Connecticut Business and Industry Association Annual Health & Safety Conference,
        Farmington, CT

2012    'The science of sleep' / Invited Speaker
        Thursday Evening Lecture Series, Brookline Adult & Community Education,
        Brookline, MA

2013    'Operation Healthy Sleep: Fatigue countermeasures in police and firefighters' /
        Invited Speaker
        Occupational and Environmental Medicine Series, University of Connecticut Health
        Center, Farmington, CT

2013    'When policy meets physiology: The challenge of reducing resident work hours' /
        Invited Speaker
        Medicine Grand Rounds, University of Connecticut Health Center, Farmington, CT

2013    'Physician work hours' / Invited Speaker
        Pediatric Emergency Medicine Division, UMass Memorial Hospital, Worcester, MA

2013    'Sleep and circadian rhythms and their interaction with autistic spectrum disorders' /
        Invited Speaker
        Berkshire Association of Behavior Analysis and Therapy (BCBA) Expert Speaker
        Series, Melmark New England, Andover, MA

2013    'Characterizing circadian photoreception: Studies in sighted and blind humans'
        Seminar, Providence Research Interest Group, E.P. Bradley Hospital, Providence, RI

2017     'The right light at the right time: Redesigning light for alertness, sleep and health' / Invited Speaker
Boston Society of Architects (BSA) Committee on the Environment (COTE), Boston, MA

2017     'The right light at the right time: Redesigning light for alertness, sleep and health' / Invited Speaker
Bruner/Cott Architects and Planners, Cambridge, MA

**National**

2000     'Abnormal timing of sleep and the use of melatonin' / Invited Lecture
Royal Society of Medicine Forum on Sleep and Its Disorders, London, UK

2001     'Circadian rhythm disorders and their treatment in the blind' / Invited Seminar
Department of Neurology, Thomas Jefferson University, Philadelphia, PA

2003     'High sensitivity of the human circadian pacemaker to resetting by short wavelength light' / Invited Seminar
National Space Biomedical Research Institute Research Update, Boston, MA

2005     'Eliminating extended work hours: Implications for physician health and patient safety'
Medicine Grand Rounds, Coney Island Hospital, New York, NY

2005     ''Wake' physiology, performance and learning' / Invited Speaker
2005 Carl T. Brighton Workshop on Orthopaedic Education, Association of Bone and Joint Surgeons, Tampa, FL

2006     'Human circadian rhythms: Basic properties and practical applications'
Invited Lecture
Takeda SMART Lecture Series, Takeda Pharmaceuticals N America, Chicago, IL (Takeda Pharmaceuticals)

2006     'Methodology for measuring circadian phase' / Invited Speaker
Light Research Laboratory, Thomas Jefferson University, Philadelphia, PA

2007     'When policy meets physiology: The challenge of reducing resident work hours'
Medicine Grand Rounds, Coney Island Hospital, New York, NY

2007     'Physiology and use of melatonin in the treatment of human circadian rhythm sleep disorders' / Invited Seminar
Laboratory of Chrono-Neuroendocrine Oncology (LOCNO) Seminar Series, Bassett Research Institute, Cooperstown, NY

2007     Workshop Participant, Resident Work Hours Reform, Commonwealth Fund, New York, NY

2008     'Sleep and the bottom line' / Invited Webinar
(I Slept Great, LLC)

2008     'Circadian photoreception in humans: More than meets the eye' / Invited Seminar
Department of Biological Sciences, University of Notre Dame, South Bend, IL

2008     'Characteristics of light exposure necessary for development of optimal

countermeasures to facilitate circadian adaptation and enhance alertness and cognitive performance in space' / Invited Speaker
NASA Behavioral Health and Performance Meeting, League City, TX

2008    'Sleep Splinter Group' / Co-Lead
NASA Behavioral Health and Performance Meeting, League City, TX

2008    'Phoenix Mars Lander: Prevention of problems with sleep and fatigue'
Invited Speaker
Light Research Laboratory, Thomas Jefferson University, Philadelphia, PA

2009    'Circadian photoreception: More than meets the eye' / Invited Seminar
Asa Gray Biological Society, Utica College, Utica, NY

2009    'The eye is not just for seeing: Circadian photoreception in humans'
Invited Speaker, NASA Technical Information Meeting, Kennedy Space Station, Cocoa Beach, FL

2010    'Light at night and human health' / Invited Speaker, Illinois Coalition for Responsible Outdoor Lighting Symposium, Chicago, IL

2010    'The neuroscience of light and color: How light color affects your sleep, alertness and mood' / Invited Speaker
Arts and Ideas Program, Lewis University, Romeoville, IL

2010    'Non-24-hour sleep-wake disorder' / Invited Speaker
Investigators Meeting, Vanda Pharmaceuticals, Washington DC
(Vanda Pharmaceuticals)

2010    'The role of sleep and circadian phase on crew safety, performance and psychological health during long-term analog space missions' / Invited Speaker
Behavioral Health & Performance Research Working Group, NASA, Houston, TX

2010    'Light and sleep' / Invited Speaker
Workshop on Light and Health, California Lighting Technology Center (CLTC), University of California, Davis, CA

2010    'Circadian rhythm testing' / Invited Speaker
Future of Sleep Medicine Meeting, American Academy of Sleep Medicine, Darien, IL

2011    'Non-visual photoreception in the human eye: Using light to counter jetlag, shiftwork and fatigue' / Invited Speaker
http://www.dsls.usra.edu/education/grandrounds/archive/2011/20110524/
University of Texas Medical Branch / NASA Johnson Space Center Aerospace Medicine Grand Rounds, Houston, TX

2012    'Non-visual photoreception: More than meets the eye' / Invited Speaker
Carpenter Norris Consulting, New York, NY

2012    'Photobiology of non-visual photoreception' / Webinar
Human Centric Lighting, WA

2013    'Skin in space: Considerations for long-duration spaceflight' / Invited Webinar Speaker

NSBRI Webinar, Houston, TX

2013    'Synchronizing education to healthy adolescent brain development' / Invited Speaker
        Brain, Neurosciences and Education Special Interest Group meeting, American
        Educational Research Association (AERA) meeting, San Francisco, CA

2013    'Non-visual photoreception: More than meets the eye' / Invited Speaker
        Perkins+Will, Seattle, WA

2013    'Health and Light' / Invited Panelist
        Healthy Body and Healthy Planet, New York, NY
        (Pegasus Capital Advisors)

2013    'Photobiology of non-visual photoreception' / Webinar
        Human Centric Lighting, WA

2014    'Effect of light, and light pollution, on circadian rhythms, sleep and health' / Invited
        Speaker
        Estee Lauder, New York, NY
        (Estee Lauder)

2015    'Human Centric Lighting: How biology and technology can work together to improve
        alertness, sleep and health' / Invited Speaker
        Human Centric Lighting Conference, Seattle, WA

2015    'Interventions to improve sleep, alertness, and learning in schools' / Invited Speaker
        Research Summit: School Buildings and Childhood Health, US Green Building
        Council, Washington, D.C.

2015    'Advanced Technology Demonstration' (NSBRI User Panel Members) / Invited
        Speaker
        National Space Biomedical Research Institute, Houston, TX

2015    'Advanced Technology Demonstration' / Invited Speaker
        National Space Biomedical Research Institute, Houston, TX

2016    'Research update' / Invited Speaker
        Behavioral Health and Performance Program, JSC, Houston, TX

2016    Human Physiological Responses to Lighting / Invited Speaker
        U.S. DOE Solid-State Lighting Program, U.S. DOE Roundtable: Human
        Physiological Responses to Lighting, Washington, D.C.

2016    'How biology and technology can work together to improve alertness, sleep and health'
        / Invited Speaker
        Yankee Stadium, New York, NY
        (PlanLED)

2016    'Sleep - A Very Short Introduction: How to improve alertness, performance and health'
        / Invited Speaker
        KornFerry, Sydney, Australia
        (KornFerry)

2017    'The transformational impact of sleep on a healthy mind and body: Groundbreaking

advances in achieving wellness through sleep' / Invited Panel Speaker
The Carlyle Institute for Health and Wellness: A Celebration of Knowledge and
Innovation Transforming Health and Wellness, Cambridge, MA
(Pegasus Capital Advisors)

2017    Human Physiological Responses to Lighting / Invited Speaker
U.S. DOE Solid-State Lighting Program, U.S. DOE Roundtable: Human
Physiological Responses to Lighting, Washington, D.C.

2018    'How biology and new lighting technology can work together to improve alertness,
sleep and health' / Invited Speaker
Department of Design, Architecture and Building, University of Technology Sydney,
Sydney

2018    'The eye is not just for seeing – the science of non-visual photoreception' / Invited
Speaker and Conference Chair
Lighting for Health and Wellbeing in the 21st Century: A workshop on the science,
application, measurement, modelling and financing the non-visual benefits of light
CRC for Alertness, Safety and Productivity, Monash, Melbourne

2018    'Advances in sleep science and circadian medicine and their consequences for health' /
Invited Speaker
Innovation Seminar Series, Otsuka Pharmaceutical Development and
Commercialization, Princeton, NJ
(Otsuka)

2018    Human Physiological Responses to Lighting / Invited Speaker
U.S. DOE Solid-State Lighting Program, U.S. DOE Roundtable: Human
Physiological Responses to Lighting, Washington, D.C.

2018    'Circadian photoreception in humans: More than meets the eye' / Invited Speaker
Departments of Ophthalmology & Pharmacology Vision Research Seminar, Emory
University School of Medicine, Atlanta, GA

2018    'When policy meets physiology: The challenge of reducing resident work hours' /
Invited Speaker
Emory Eye Center Research Grand Rounds, Emory University School of Medicine,
Atlanta, GA

2019    'Time to perform: Improving sports performance through sleep & circadian rhythm
interventions' / Invited Speaker
Seattle Sounders Sports Science Seminar, Seattle, WA

2019    Human Physiological Responses to Lighting / Invited Speaker
U.S. DOE Solid-State Lighting Program, U.S. DOE Roundtable: Human
Physiological Responses to Lighting, Washington, D.C.

2020    'The right light at the right time: Redesigning light for alertness, sleep and health'/
Invited Speaker
Webinar, Dallas Architects, Dallas, TX

2020    'Biomarkers of sleep loss and circadian phase' / Invited Science Team Member
Technical Interchange Meeting Circuits and Biomarkers of the Central Nervous System

Relating to Astronaut Performance, Houston, TX

2021    'Light and Health Research Updates from Harvard, Mt. Sinai, Stanford, and Thomas Jefferson' / Invited Speaker
International Illuminating Engineering Society (IES) Webinar, New York, NY

2021    Human Physiological Responses to Lighting / Invited Speaker
U.S. DOE Solid-State Lighting Program, U.S. DOE Roundtable: Human Physiological Responses to Lighting, Washington, D.C.

**National Abstract Oral Presentations**

1997    'Melatonin, sleep and activity rhythms in the blind'
Oral Presentation (selected abstract)
British Neuroendocrine Group Annual Meeting, Cambridge, UK

1998    'Melatonin is and is not a chronobiotic in the blind' / Invited Speaker
UK Clock Club, University of Surrey, UK

1999    'Does extraocular light exposure suppress plasma melatonin in humans?'
Invited Speaker
UK Clock Club, Institute of Psychiatry, King's College, London, UK

2003    'Spectral sensitivity of human circadian phase-shifting and long duration melatonin suppression' / Invited Speaker

UK Clock Club, Imperial College, London, UK

2008    'Spectral sensitivity of the human circadian timing system' / Invited Speaker
79th Annual Scientific Meeting of the Aerospace Medical Association, Boston, MA

2008    'Operation 'Healthy Sleep: A comprehensive police fatigue management program'
Invited Speaker
The National Institute of Justice Annual Conference, Arlington, VA

2008    'A comprehensive firefighter fatigue management program Operation Healthy Sleep'
Invited Speaker
Department of Homeland Security Assistance to Firefighters Grants Program Meeting, Washington DC

2009    'Characteristics of light exposure necessary for development of optimal countermeasures to facilitate circadian adaptation and enhance alertness and cognitive performance in space' / Invited Speaker
NASA Human Research Program Investigator's Workshop, League City, TX

2009    'Operation Healthy Sleep: An occupational screening and treatment program for obstructive sleep apnea in a city police department' / Invited Speaker
The National Institute of Justice Annual Conference, Arlington, VA

2009    'Circadian and neurobehavioral responses to light in humans' / Invited Speaker
American Society for Photobiology Topical Symposium, Philadelphia, PA

2009    'Intensity- and duration-dependent changes in the spectral sensitivity of human circadian photoreception' / Invited Speaker

American Society for Photobiology Topical Symposium, Philadelphia, PA

2010    'Human circadian photoreception' / Invited Speaker
        35th Meeting of the American Society for Photobiology, Providence, RI

2010    'Melanopsin: A new way of seeing' / Symposium Co-Chair
        35th Meeting of the American Society for Photobiology, Providence, RI

2010    'Dissemination and uptake of the Operation Healthy Sleep program' / Invited
        Speaker
        Department of Homeland Security Assistance to Firefighters Grants Program
        Meeting, Chicago, IL

2010    'A comprehensive firefighter fatigue management program: Operation Stay Alert' /
        Invited Speaker
        Firefighter Cardiovascular Health & Safety Research Summit 2010, Illinois Fire
        Service Institute, Champaign, IL

2012    'Diurnal modulation in the spectral sensitivity of the acute alerting effects of light' /
        Invited Speaker
        NASA Human Research Program Investigator's Workshop, League City, TX

2012    'The role of light as a circadian rhythm disorder and fatigue countermeasure in Space' /
        Invited Panelist
        83rd Aerospace Medical Association Annual Scientific Meeting, Atlanta, GA

2012    'Light, sleep and circadian rhythms' / Invited Speaker
        17th Annual Trainee Symposia Series, Sleep Research Society, Associated Professional
        Sleep Societies (APSS) meeting, Boston, MA

2012    'The effects of light timing, wavelength and pattern on the circadian resetting and
        alerting effects of light' / Invited Speaker
        26th Associated Professional Sleep Societies (APSS) meeting, Boston, MA

2013    'International Collaboration' / Invited Speaker
        18th Annual Trainee Symposia Series, Sleep Research Society, Associated Professional
        Sleep Societies (APSS) meeting, Baltimore, MD
        **Received third highest faculty rating from 33 teaching faculty*

2013    'Efficacy of Tasimelteon to reset non-entrained circadian rhythms in the blind' / Invited
        Speaker and Symposium Chair
        27th Associated Professional Sleep Societies (APSS) meeting, Baltimore, MD

2013    'Tasimelteon treatment entrains the circadian clock in totally blind individuals with
        non-24 hour circadian rhythms and significantly improves the duration and timing of
        sleep' / Late Breaking Abstract Invited Speaker
        27th Associated Professional Sleep Societies (APSS) meeting, Baltimore, MD

2013    'Tasimelteon treatment entrains the circadian clock and demonstrates a clinically
        meaningful benefit in totally blind individuals with non-24-hour circadian rhythms' /
        Featured Poster Presentation Invited Speaker
        95th Endocrine Society meeting ENDO 2013, San Francisco, CA

2013    'Causes, consequences and correction of sleepiness in healthcare workers' / Invited

Speaker
14th Annual Tennessee Perfusion Conference, Nashville, TN

2014 'Diagnosis and treatment of non-24 hour sleep-wake disorder in totally blind individuals' / Brown Bag Report: Challenging Cases / Invited Speaker
28th Associated Professional Sleep Societies (APSS) meeting, Minneapolis, MN

2014 'Light is Medicine' / Invited Speaker
27th Associated Professional Sleep Societies (APSS) meeting, Baltimore, MD
(Lighting Science Group Corporation)

2014 'Assessment of clinical measures in Non-24 disorder in patients entrained by tasimelteon' / Oral presentation
28th Associated Professional Sleep Societies (APSS) meeting, Minneapolis, MN

2014 'Lighting countermeasures for spaceflight' / Invited Speaker
NASA/NSBRI HRP Workshop Sleep on Earth and in Space: Risk factors, health and performance outcomes, and countermeasures, Houston, TX

2014 'Tuning the spectrum: Light, health, and the pursuit of happiness' / Invited Speaker
2014 DOE Solid–state lighting market development workshop, Detroit, MI

2015 'Tuning the spectrum: Light, health and productivity' / Invited Speaker
2015 Portland Lights, Portland, OR

2015 'How to measure and implement the health benefits of light' / Invited Speaker
2015 Portland Lights, Portland, OR

2016 'How Lighting Affects Student Performance in the Classroom' / Invited Speaker
95th Wisconsin State Education Conference, Milwaukee, WI
(Midwest Lighting Institute)

**International**

1999 'Causes, consequences and treatment of circadian rhythm disorders in the blind'
Invited Seminar
Circadian, Neuroendocrine and Sleep Disorders Section, Division of Endocrinology, Brigham and Women's Hospital, Boston, USA

2000 'Effects of melatonin on human free running rhythms' / Invited Speaker
Gordon Conference on Pineal Cell Biology, Oxford, UK

2001 'Human circadian physiology and behavior in the absence of photoreception'
Invited Speaker
Gordon Conference on Chronobiology, Newport, USA

2004 Invited speaker, European Dana Alliance for the Brain, The Dana Centre, London, UK

2004 'Circadian rhythms in blind women' / Invited speaker
NIEHS Circadian Disruption and Breast Cancer Meeting, Chapel Hill, USA

2004 'Phototransduction' / Symposium Chair
Gordon Conference on Pineal Cell Biology, Oxford, UK

2005 'Circadian and sleep-wake dependent control of alertness, mood and performance in

the blind' / Invited speaker
Fatigue, Sleep and Biological Clocks International Conference, London, UK

2005    'Eliminating extended work hours: Implications for sleep and fatigue'
Invited speaker
Royal College of Physicians Working Group on Nocturnal Shiftwork, London, UK

2007    'Junior doctors working hours and medical errors: The Harvard Medical School
experience'
Medicine Grand Rounds, Warwick Medical School, UK

2007    'Spectral sensitivity of circadian, neuroendocrine and neurobehavioral effects of
light' / Keynote Speaker
2nd International Symposium on the Design of Artificial Environments, Fukuoka,
Japan

2007    'Introduction to the Circadian Physiology Program' / Workshop Participant
Lighting Research Program, Japan

2007    'Extended work shifts of medical residents: Consequences and countermeasures'
Invited Speaker
National Institute of Occupational Safety and Health, Japan

2007    'Sleep disorders detection and treatment program in a police department'
Invited Speaker, University of Tsukuba, Tsukuba, Japan

2008    'When policy meets physiology: The challenge of reducing sleepiness in
occupational settings' / Invited Seminar
Department of Chronobiology, INSERM, Lyon, France

2008    'The role of photic and non-photic time cues on circadian organisation in humans'
Invited Speaker
Gordon Conference on Pineal Cell Biology, Barga, Italy

2008    'The eye is not just for seeing: Circadian photoreception in humans'
Invited Seminar
Department of Psychology, University of Montreal, Canada

2009    'Light and the Circadian System - State of the Art & Applications to Design'
Invited speaker, Lightfair International, New York, USA

2009    'Circadian photoreception in humans: More than meets the eye' / Invited Speaker
Philips Lighting, Eindhoven, The Netherlands
(Philips Lighting)

2009    'Circadian phase setting effects of melatonin in free-living people' / Invited Speaker
Circadian Disruption & Cancer, New York Academy of Sciences, New York, USA

2009    'The European Working Time Directive and Junior Doctors: Safe implementation of
a 48-hour work week' / Invited Speaker
19th International Symposium on Shiftwork and Working Time, Venice, Italy

2009    'Measuring circadian rhythms', Master Workshop, School of Psychology and
Psychiatry, Monash University, Melbourne, Australia

| | |
|---|---|
| 2009 | 'Methodologies in chronobiology', Workshop, Australian Centre for Chronobiology, Endocrinology, and Sleep Science (ACCESS), Woolcock Institute of Medical Research, Sydney, Australia |
| 2009 | 'When policy meets physiology: The challenges in reforming doctors' work hours' / Invited Speaker<br>Monash Sleep Network / Australasian Sleep Society Public Lecture, Melbourne, Australia |
| 2009 | 'Dealing with jet-lag and other sleep disturbances' / Invited Speaker<br>Harvard Club of Australia - Victoria, Melbourne, Australia |
| 2009 | 'Effects of extended work hours on ICU patient safety and physician health' / Invited Speaker, ICU Consultant's meeting, Alfred Hospital, Melbourne, Australia |
| 2009 | 'When policy meets physiology: The challenges in reforming doctors' work hours' / Invited Speaker<br>Discipline of Sleep Medicine, University of Sydney / Woolcock Institute, Sydney, Australia |
| 2009 | 'Review of key objectives in chronobiology research, services and policy internationally' / Invited Speaker<br>Centre for Integrated Research and Understanding of Sleep (CIRUS), Woolcock Institute, Sydney, Australia |
| 2009 | 'A novel photoreceptor in the human eye: Circadian, neuroendocrine and neurobehavioural responses to light' / Invited Speaker<br>International Graduate School for Neuroscience, Ruhr University, Bochum, Germany |
| 2010 | 'Pathophysiology of circadian desynchrony' / Invited Speaker<br>International Space Station Circadian Management Subgroup, Multilateral Medical Operations Panel (MMOP) meeting<br>Institute of Biomedical Problems, Russian Academy of Sciences, Moscow, Russia |
| 2010 | 'Countermeasures for circadian desynchrony' / Invited Speaker<br>International Space Station Circadian Management Subgroup, Multilateral Medical Operations Panel (MMOP) meeting<br>Institute of Biomedical Problems, Russian Academy of Sciences, Moscow, Russia |
| 2010 | 'Circadian rhythms and melatonin: A brief review' / Invited Speaker<br>Icelandic Heart Association project meeting, Reykjavik, Iceland |
| 2011 | Extended shift work: Health and Safety issues'/ Invited Speaker<br>Labour Relations Seminar, Ontario Association of Fire Chiefs, Toronto, Canada |
| 2011 | 24-hour shifts: Health and Safety issues'/ Invited Speaker<br>24 Hour Shift in Midsize Departments Seminar, Ontario Association of Fire Chiefs, Toronto, Canada |
| 2011 | 'Light applications for sleep, sleepiness and sleep disorders' / Invited Speaker<br>Department of Architecture, Monash University, Australia |
| 2011 | 'Fatigue management in occupational settings' / <u>Plenary Speaker</u> |

|      | 8th International Conference on Managing Fatigue in Transportation, Resources & Health, Fremantle, Australia |
|------|--|
| 2011 | 'Challenges for fatigue risk management in healthcare' / <u>Plenary Speaker</u>, Chair<br>8th International Conference on Managing Fatigue in Transportation, Resources & Health, Fremantle, Australia |
| 2011 | 'Sleep at Harvard' / Invited Speaker<br>Woolcock Institute of Medical Research, Sydney, Australia |
| 2011 | 'Catalysts & Barriers to International Collaboration' / Invited Panelist<br>International Collaboration on Analog Utilization Workshop, NASA, Houston TX |
| 2012 | 'Causes, consequences and correction of sleepiness in the workplace' / Invited Speaker<br>Rio Tinto Fatigue Management Improvement Workshop, Montreal, Canada<br>(Rio Tinto) |
| 2012 | 'Municipal Risks & Liabilities of Shift Schedules' / Invited Speaker<br>2012 Emergency Services Labour Forum, Emergency Services Steering Committee, Toronto, Canada |
| 2013 | 'The role of light as a circadian rhythm disorder and fatigue countermeasure in Space' / Invited Speaker<br>Human Research Program Investigators' Workshop, NASA, Galveston TX |
| 2013 | 'The benefits of light: More than meets the eye' / Invited Speaker<br>Photon Pod Symposium, London Design Festival, London, UK |
| 2014 | 'Assessing sleep, circadian rhythms, performance, health and safety in 50 expeditioners overwintering in Antarctica' / Invited Speaker<br>BHP Working Group, Human Research Program, NASA, Galveston TX |
| 2014 | 'The ISS Dynamic Lighting Schedule: An In-Flight Lighting Countermeasure to Facilitate Circadian Adaptation, Improve Sleep and Enhance Alertness and Performance on the International Space Station' / Invited Speaker<br>Human Research Program Investigators' Workshop, NASA, Galveston TX |
| 2014 | 'Smart lighting: Advances in circadian photoreception' / Invited Webinar<br>http://www.sleep.org.au/education/webinars/smart-lighting-advances-in-circadian-photoreception<br>https://youtu.be/MP4C41EbCb4<br>Webinar Series, Australasian Sleep Association, Australia |
| 2014 | 'The Wellness Revolution: The next driver of the lighting industry'<br>Invited panelist, Lightfair International, Las Vegas, USA<br>(Delos Living LLC) |
| 2014 | 'More than meets the eye: Introduction to non-visual photoreception' and 'Applications of smart lighting: Healthcare, schools and shift workers' / Invited Speaker<br>Workshop for Circadian Lighting in Healthcare & Education, London, UK<br>(Carbon Limiting Technologies Ltd, UK on behalf of PhotonStar LED Group PLC) |
| 2015 | 'Medical applications for tunable white light' / Invited speaker |

Lightfair International, New York, USA

2015 'Melatonin analogues for the treatment of circadian sleep disorders' / Invited Speaker
FASEB Summer Research Conference 'Melatonin Biology: Actions and
Therapeutics', Lisbon, Portugal

2015 'Sleep and recovery' / Invited Speaker
Hintsa Academy, Helsinki, Finland
(Hintsa Performance AG)

2015 'Tasimelteon for the treatment of non-24-hour sleep-wake rhythm disorder in the
totally blind' / Invited speaker
Australasian Chronobiology Society, Melbourne, Australia

2015 'Human circadian photoreception and introduction to applications' / Invited Speaker
Let there be Light: Circadian Lighting, Health, and the WELL Building Standard
(LD10), Greenbuild International Conference and Expo, Washington, D.C.
(US Green Building Council)

2016 'Entraining the circadian clock in totally blind patients' / Invited speaker
The therapeutic use of melatonin and melatonin agonists: Past discoveries, present
practice and future directions, London, UK
(Vanda Pharmaceuticals Inc.)

2016 'The eye is not just for seeing: Circadian photoreception in humans' / Invited speaker
Neuroscience Research Australia Invited Seminar Series, NeuRA, Sydney, Australia

2017 'Circadian rhythms and lighting in space' / Invited Speaker and Workshop
participant
Space Medicine: Terrestrial Applications for Human Health Performance and
Longevity, Bellagio II, International scientific summit ASMA 2017, Moltrasio, Italy

2017 'Non-24-hour sleep-wake rhythm disorder in visually impaired people' / Keynote
Speaker
When the (biological) clock ticks out of time, 1st Basel Symposium on
Circadian Rhythm Disorders, Basel, Switzerland

2017 'The eye is not just for seeing: How light affects alertness, sleep and circadian
rhythms' / Invited Speaker
DIVA Day 2017, University of California Berkeley, USA

2017 'The right light at the right time: Redesigning light for alertness, sleep and health /
Invited Speaker
Greenbuild International Conference and Expo, Boston, USA

2018 'The eye is not just for seeing: How light affects alertness, sleep and circadian
rhythms' / Invited Speaker
https://www.youtube.com/watch?v=HvsJyxLXblk
Chartered Institution of Building Services Engineers, London, UK

2018 'The importance of measuring circadian phase' / Invited Speaker
Translational & Experimental Medicine (TEM) Seminar, University of Warwick,
Coventry, UK

2018    'The right light at the right time: redesigning light for alertness, sleep and health'/
        <u>Keynote Speaker</u>
        IES Annual Conference, Boston, MA

2018    'How to sleep your way to health and wellness'/ Invited Panel Speaker
        The Carlyle Institute for Health and Wellness: A Celebration of Knowledge and
        Innovation Transforming Health and Wellness, Monaco
        (Mental Workout)

2018    'JetLag is history' / Invited Panel Speaker
        Web Summit, Lisbon, Portugal
        (Mental Workout)

2018    'Sleep: A Very Short Introduction' / Invited Speaker
        Ineos CEO Retreat, Monaco
        (Ineos)

2019    'Health aspects of light pollution on humans' / Invited Speaker
        Signify Lighting University webinar

2019    'How light or lack of light affects circadian rhythms' / <u>Plenary Speaker</u>
        Celebration of Prof Charles A. Czeisler, Boston, USA

2020    'Measuring circadian rhythms in humans' / Invited Lecturer (online)
        2020 International Chronobiology Summer School, Smith University, Northampton,
        USA

2020    'Indoor light and circadian rhythms' / Invited Lecturer (online)
        Workshop: The Great Indoors: Environmental Quality, Health and Wellbeing in a
        Quarantining Society, University of Toronto, Canada

2020    'How to stop the lighting harming your kids' / Invited Workshop participant (online)
        Age of Light Innovations Group, London, UK

2020    'Illuminating space'/ Invited speaker (online)
        NASA Space Center Houston/UTMB Thought Leader Series, Houston, USA
        https://spacecenter.org/event/thought-leader-series/

2021    'Non-visual effects of light and its application in architecture' / Invited Speaker
        Society for Light Treatment and Biological Rhythms (SLTBR) Webinar

2021    'Recommendations for melanopic lighting design' / Invited Speaker
        Society of Light and Lighting (SLL) Webinar

2021    'The right light at the right time: redesigning light for alertness, sleep and health' /
        Invited Speaker
        Bloxhib Workshop Daylight Impact on Humans Webinar
        (Lys)

2021    'Models and data for real life sleep restriction, performance and circadian
        rhythmicity' / Invited Speaker
        Workshop - Multilevel Dynamics of Human and Animal Sleep: Mathematical
        Models Meet Data, Institute of Advanced Studies, University of Surrey, UK

2021    'The importance of light for human well-being' / <u>Keynote Speaker</u>
        Lysets Dag 2021, Danish Center for Lighting Annual Conference

**International Abstract Oral Presentations**

1996    'Assessment of 6-sulphatoxymelatonin, sleep and activity rhythms in visually
        impaired subjects' / Oral Presentation (selected abstract)
        World Conference on Chronobiology and Chronotherapeutics, Ferrara, Italy

1997    'Changes in sleep in relation to circadian phase'
        Oral Presentation (selected abstract)
        International Congress on Chronobiology, Paris, France

1998    'Effect of melatonin on circadian sleep disorders in the blind'
        Oral Presentation (selected abstract)
        6th Meeting of the Society for Research on Biological Rhythms, Amelia Island, USA

1999    'Melatonin entrains free-running blind subjects in a phase-dependent manner'
        Oral Presentation (selected abstract)
        8th Colloquium of the European Pineal Society, Tours, France

2000    'Light and circadian rhythms in the blind' / Invited Speaker

        13th International Congress on Photobiology, San Francisco, USA

2000    'Chronobiological photoreceptors in mice and humans' / Symposium Co-Chair

        13th International Congress on Photobiology, San Francisco, USA

2000    'Entrainment of totally blind subjects: Photic or non-photic?'

        Oral Presentation (selected abstract)

        7th  Meeting of the Society for Research on Biological Rhythms, Amelia Island,
        USA

2001    'Circadian and sleep-wake dependent control of alertness, mood and performance in
        field studies of blind subjects' / Oral Presentation (selected abstract)

        15th Meeting of the Associated Professional Sleep Societies, Chicago, USA

2002    Invited Workshop Participant
        8th Meeting of the Society for Research in Biological Rhythms, Amelia Island, USA

2002    'Circadian, endocrine and sleep monitoring for human studies'
        Chair, Techniques Tutorial
        8th meeting of the Society for Research in Biological Rhythms, Amelia Island, USA

2002    'Phototransduction in the human circadian system' / Invited Speaker
        30th Meeting of the American Society for Photobiology, Quebec City, Canada

2002    'Persistence of circadian modulation of sleep in free-running blind subjects not
        entrained by 5mg melatonin' / Oral Presentation (selected abstract)
         16th Congress  of the European Sleep Research Society, Reykjavik, Iceland

2002    'Light and human circadian regulation' / Invited Speaker

5th International Meeting of the Lighting Research Organization, Orlando, USA

2003    'Properties of photic circadian phase resetting in humans' / Invited Speaker
        31st Meeting of the American Society for Photobiology, Baltimore, USA

2003    'Effects of light on human circadian rhythms' / Invited speaker
        Ecology of the Night International Symposium, Muskoka, Canada

2004    'Light and human circadian regulation' / Invited speaker
        CIE International Symposium on Light and Health, Vienna, Austria

2004    'Wavelength-dependent effects of light on vigilance and performance'
        Invited speaker
        17th Congress of European Sleep Research Society, Prague, Czech Republic

2005    'Research to improve police performance by managing officer fatigue' / Invited
        speaker, 14th World Congress of Criminology, Philadelphia, USA

2006    'Human circadian photoreception: From behavior to receptors' / Invited speaker
        39th Winter Conference on Brain Research, Steamboat Springs, USA

2006    'Photic and non-photic regulation of circadian rhythms in the blind' / Invited speaker
        20th Meeting of the Associated Professional Sleep Societies, Salt Lake City, USA

2006    'Spectral sensitivity for long-duration light exposure on human circadian
        photoreception' / Invited Speaker
        18th Meeting of the Society for Light Treatment and Biological Rhythms, Québec
        City, Canada

2006    'Photoreception for human circadian rhythm regulation and other brain functions'
        Invited Speaker
        2nd CIE International Symposium on Light and Health, Ottawa, Canada

2007    'Photoreception for human circadian rhythm regulation and other brain functions'
        Invited Speaker
        40th Winter Conference on Brain Research, Snowmass, USA

2007    'US resident work hours limits adversely impact patient safety and resident health'
        Invited Speaker
        18th International Symposium on Shiftwork and Working Time, Yeppoon, Australia

2007    'Acute stimulating effects of short-wavelength light exposure' / Symposium Chair
        5th Congress of the World Federation of Sleep Research and Sleep Medicine, Cairns,
        Australia

2007    'Light environment' / Symposium Co-Chair
        2nd International Symposium on the Design of Artificial Environments, Fukuoka,
        Japan

2008    'Circadian, neuroendocrine and neurobehavioral responses to light in humans'
        Invited Speaker
        41st Winter Conference on Brain Research, Snowbird, USA

2008    'Intensity- and duration-dependent changes in the spectral sensitivity of human
        circadian photoreception' / Invited Speaker

|      | 11th Meeting of the Society for Research in Biological Rhythms, Destin, USA |
|------|-----|
| 2008 | 'Short- and long-term research program planning' / Invited Seminar<br>Trainee Development Day, 11th meeting of the Society for Research in Biological Rhythms, Destin, USA |
| 2008 | 'Assessment of sleepiness in field-based research' / Invited Seminar<br>Postgraduate Course, 22nd Meeting of the Associated Professional Sleep Societies, Baltimore, USA |
| 2008 | 'No time for sleep: The causes and consequences of sleep and circadian rhythm disorders in Space' / Invited Speaker<br>29th Annual International Gravitational Physiology Meeting, Angers, France |
| 2008 | 'Effect of gravity on biological rhythms and sleep' / Symposium Co-Chair<br>29th Annual International Gravitational Physiology Meeting, Angers, France |
| 2008 | 'Effects of photic and non-photic stimuli on melatonin' / Invited Speaker<br>FASEB Summer Research Conference 'Melatonin receptors: Actions and therapeutics', Snowmass, USA |
| 2008 | 'Therapeutic role of new melatonin receptor agonists' / Symposium Chair<br>FASEB Summer Research Conference 'Melatonin receptors: Actions and therapeutics', Snowmass, USA |
| 2009 | 'Operation Healthy Sleep: An occupational screening and treatment program for obstructive sleep apnea in a city police department' / Invited Speaker<br>Track B: Health-Related/Pharmacological Issues, 2009 International Conference on Fatigue Management in Transportation Operations, Boston, USA |
| 2009 | 'Operation Healthy Sleep: An occupational screening and treatment program for obstructive sleep apnea in a city police department' / Invited Speaker<br>Track F: Evaluation of Fatigue Risk Management Systems, 2009 International Conference on Fatigue Management in Transportation Operations, Boston, USA |
| 2009 | 'Occupational Fatigue Management Programs: Assessing sleep, sleepiness and sleep disorders in the real world' / Invited Speaker<br>4th Meeting of the Canadian Sleep Society, Toronto, Canada |
| 2009 | 'Circadian photoreception in humans: More than meets the eye' / Invited Speaker<br>3rd VELUX Daylight Symposium, Rotterdam, The Netherlands<br>(Velux) |
| 2009 | 'Short-wavelength sensitivity for the direct effects of light on alertness and waking EEG in humans' / Invited Speaker<br>23rd Meeting of the Associated Professional Sleep Societies, Seattle, USA |
| 2009 | 'Cardio-Pulmonary Chronobiology' / Symposium Chair<br>23rd Meeting of the Associated Professional Sleep Societies, Seattle, USA |
| 2009 | 'Light pollution and sleep' / Invited Speaker http://vimeo.com/9299326<br>9th European Symposium for the Protection of the Night Sky, Armagh, UK |
| 2009 | 'Role of melatonin in the diagnosis and treatment of circadian rhythm sleep disorders |

in the blind' / <u>Plenary Speaker</u>
21st Meeting of the Australasian Sleep Association, Melbourne, Australia

2009    'Spectral sensitivity and spectral adaption of the human circadian timing system'
Invited Speaker
21st Meeting of the Australasian Sleep Association, Melbourne, Australia

2010    'Human circadian photoreception' / Invited Speaker
ISER 2010 XIX Biennial Meeting of the International Society for Eye Research,
Montreal, Canada

2010    'Circadian, neuroendocrine and neurobehavioral effects of light in humans' /
Symposium Co-Chair
ISER 2010 XIX Biennial Meeting of the International Society for Eye Research,
Montreal, Canada

2010    'Sleep, Sleepiness and Sleep Disorders' / Invited Speaker
7th Emergency Social Services Association (ESSA) Conference, Birmingham, UK
(Emergency Social Services Association)

2014    'Efficacy of tasimelteon treatment in totally blind individuals with non-24-hour sleep-
wake disorder' / Invited Speaker
14th meeting of the Society for Research in Biological Rhythms, Big Sky, USA

2016    Modeling neurocognitive decline and recovery during repeated cycles of extended
sleep and chronic sleep deficiency / Invited speaker
Australasian Chronobiology Society, Adelaide, Australia

2016    'Applying circadian and sleep medicine principles to improve occupational
performance' / Invited speaker
Australasian Sleep Association, Adelaide, Australia

2016    'Resetting peripheral circadian rhythms' / Invited speaker
Australasian Sleep Association, Adelaide, Australia

2016    'Circadian shifting' in motorsports – international travel and 24 hour events'/ Invited
Speaker
2016 International Council of Motorsport Sciences (ICMS) Annual Congress
Indianapolis, USA

2017    'Development and testing of biomarkers to determine individual astronauts'
vulnerabilities to behavioral health disruptions' / Invited Speaker
Human Research Program Investigators' Workshop, NASA, Galveston TX

2017    'Light-dependent effects on alertness and cognitive performance' / Invited Speaker
9th DIN, Berlin, Germany

2017    'The impact of light on neurobehavioral performance' / Invited Speaker
29th Annual Meeting of the Society for Light Treatment and Biological Rhythms
(SLTBR), Berlin, Germany

2017    'Human Needs in the Built Environment' / Invited Speaker
International Dark-Sky Association 2017 Annual General Meeting & Conference:
Reclaiming the Night, Boston, USA

2018   'What we know about the effects of light on humans' / Invited Speaker
       IES Research Symposium: Light + human health, Atlanta, USA

2018   'Developing metrics for light and health applications' / Invited Speaker
       IES Research Symposium: Light + human health, Atlanta, USA

2019   'Time-based dynamics of non-visual effects of light in humans: The importance of
       exposure duration' / Invited Speaker
       XVI European Biological Rhythms Society (EBRS) Congress, Lyon, France

2020   'Development and testing of biomarkers to determine individual astronauts'
       vulnerabilities to behavioral health disruptions' / Invited Speaker
       Human Research Program Investigators' Workshop, NASA, Galveston, USA

2020   'Lighting protocols for exploration – HERA campaign' / Invited Speaker
       Human Research Program Investigators' Workshop, NASA, Galveston, USA

2021   'Development and testing of biomarkers to determine individual astronauts'
       vulnerabilities to behavioral health disruptions' / Invited Speaker
       Human Research Program Investigators' Workshop, NASA (online)

2021   'Lighting protocols for exploration – HERA campaign' / Invited Speaker
       Human Research Program Investigators' Workshop, NASA (online)

# Report of Clinical Activities and Innovations

## Clinical Innovations

2000        Lead author of investigator-initiated trial to demonstrate for the first time that
            daily melatonin treatment could entrain the circadian clock in totally blind
            patients with non-24-hour sleep-wake disorder

2010-2014   Provided initial ideas and key support for development and implementation of a
            Clinical Practice Guideline, the 'NASA Implementation Plan for Circadian
            Desynchrony' with Smith L. Johnston, M.D., NASA Flight Surgeon

2014        Principal Investigator of clinical trials supporting approval of a new FDA- and
            EMA-approved drug, Hetlioz™, a dual melatonin receptor agonist, to treat non-
            24-hour sleep-wake disorder in totally blind patients, and the first drug approved
            by the FDA to treat a circadian rhythm sleep disorder

2016        Development and publication of the first validated questionnaire to screen for
            risk of Non-24-Hour Sleep-Wake Rhythm Disorder in the blind

2021        Provided guidelines for non-visual lighting to NASA for Galaxy and other space
            habitats. "Gateway Computer Human Interfaces Interior Lighting Requirements,
            Computer Human Interfaces Team Imagery and Lighting, NASA/EV3, February
            24, 2021 (L2-CHI-0127 Physiological effects of light (alertness, sleep, circadian
            entrainment and circadian resetting)"

# Report of Technological and Other Scientific Innovations

US Patent  'Method for modifying or resetting the circadian cycle using short wavelength light' (Publication No. US20060106437A1); 2005. Abandoned
Czeisler CA, **Lockley SW,** Kronauer RE, Brainard GC.
Brigham and Women's Hospital, Inc.
The patent cover discoveries in the efficacy of short-wavelength light for resetting the circadian pacemaker and alerting the brain as a potential countermeasure for use in clinical and occupational settings to treat circadian rhythm sleep disorders or acute sleepiness.

US Patent  'Systems and methods for determining and/or controlling sleep quality' (Application No. 62/233,030); 2015. Abandoned
Cedeno Laurent JG, **Lockley SW,** Spengler JD
Harvard University and Brigham and Women's Hospital, Inc.
The patent cover discoveries in the use of environmental monitoring to assess sleep timing, duration and quality.

US Patent  'Method and system for generating and providing notifications for a circadian shift protocol' (Publication No. US20190366032A1); 2019. Pending
**Lockley S**, Hanna T, Ravn J, Beyer-Clausen M, Maxik F
Timeshifter Inc.

US Patent  'Display screen or portion thereof with graphical user interface' (Publication No. US USD897362S1); 2020. Published.
**Lockley S**, Hanna T, Ravn J, Beyer-Clausen M
Timeshifter Inc.

US Patent  'Method to shift circadian rhythm responsive to future therapy' (US 20210162164); 2021.Pending.
**Lockley S**, Hanna T, Ravn J, Beyer-Clausen M, Maxik F
Timeshifter Inc.

# Report of Education of Patients and Service to the Community

## Activities

*Those presentations below sponsored by outside entities are so noted and the sponsor is identified in parentheses.*

2002  'The impact of blindness on sleep disturbance' / Invited Speaker
41st Annual Convention of the American Council for the Blind, Houston, TX

2003  Expert Testimony
Local 1992, International Association of Firefighters and Town of North Attleboro arbitration (Joint Labor Management Committee – Case No. 02-21F)

2003  'Sleep study update' / Invited Speaker
42nd Annual Convention of the American Council for the Blind, Pittsburgh, PA

2003  'Sleep and circadian rhythm disorders in the visually impaired'

Invited Speaker, Annual Meeting of the Bay State Council for the Blind, Boston, MA

2005    'Nationwide survey of breast cancer risk in blind women' / Invited Speaker
44th Annual Convention of the American Council for the Blind, Las Vegas, NV

2005    Sleep and health information booth host
44th Annual Convention of the American Council for the Blind, Las Vegas, NV

2005    'Nationwide survey of breast cancer risk in blind women' / Invited Workshop
65th Annual Convention of the National Federation of the Blind, Louisville, LA

2005    Sleep and health information booth host
65th Annual Convention of the National Federation of the Blind, Louisville, LA

2007    Invited speaker, Sleep Panel, Community Health Initiative, Harvard University
Discussion panel on sleep health for undergraduate students

2007    Invited speaker, 'Pajama Party', Dunster House, Harvard University Health Services
http://www.theharvardcrimson.com/article/2007/4/10/hms-prof-discusses-sleep-its-probably/
Discussion panel on sleep health for undergraduate students

2008    Expert Testimony
The City of New York and Patrolmen's Benevolent Association arbitration
(New York State Public Employment Case No. IA 2006-24; M 2006-093)

2008-   Sleep and health information booth host (2008) / organizer (2009)
2009    United Airlines Wellness Day, Logan Airport, Boston, MA

2010    'Non 24-hour sleep wake disorder' / Seminar
70th Annual Convention of the National Federation of the Blind, Dallas, TX
(Vanda Pharmaceuticals)

2011    'The City Dark' by Ian Cheney, Wicked Delicate Films, USA
Maine Starlight Festival public film screening and Q&A session

2011    Expert Testimony
Interest arbitration between the City of Airdrie and IAFF Local 4778 Airdrie
Professional Firefighters Association

2012    Expert Testimony
Interest arbitration between the Town of Ajax and the IAFF 1092 Ajax Professional
Firefighters Association

2012    Expert Testimony
Civil action Kevin Faile et al., *versus* Lancaster County, South Carolina
(District of South Carolina, Rock Hill Division, Civil Action No. 0:10-cv-2809-CMC)

2012    Expert Testimony
Interest arbitration between the Town of Fredericton and IAFF Local 1053
Fredericton Professional Firefighters Association

2013    'Diagnosis and management of non-24-hour sleep-wake disorder' / Invited Speaker
73rd Annual Convention of the National Federation of the Blind, Orlando, FL
(Vanda Pharmaceuticals Inc.)

| 2013 | 'Diagnosis and management of non-24-hour sleep-wake disorder' / Invited Speaker 52nd Annual Convention of the American Council for the Blind, Columbus, OH (Vanda Pharmaceuticals Inc.) |
|---|---|
| 2013 | 'Diagnosis and management of non-24-hour sleep-wake disorder' / Invited Speaker Blinded Veterans Association meeting, Spokane, WA (Vanda Pharmaceuticals Inc.) |
| 2013-2014 | Expert Testimony Interest arbitration between the City of Burlington and the IAFF Local 2313 Burlington Professional Firefighters Association |
| 2014 | Expert Testimony Interest arbitration between the City of Brantford and the IAFF Local 460 Brantford Professional Firefighters Association |
| 2014 | Expert Testimony Interest arbitration between the City of St. Catherines and the IAFF Local 485 St Catherines Professional Firefighters Association |
| 2015-2016 | Expert Testimony Civil action David McGee et al., versus Pallito, Vermont Department of Corrections (Case No. 1:04-cv-335-jgm) |
| 2018-date | Expert Testimony Vanda Pharmaceuticals Inc., versus Teva Pharmaceuticals USA, Inc. et al., (Case No. 18-651, 18-689, 18-690 (CFC)) |
| 2021 | Expert Testimony Civil action In the Matter of the Appeal of Fischer Studio Building Condominium Owners Association (Seattle Hearing Examiner File MUP-21-004) |

## Educational Material for Patients and the Lay Community

### Books, monographs, articles and presentations in other media

| 1997 | 'Circadian rhythm and sleep disorders in the blind', Drive Time', BBC Radio 5 Live, UK Interviewed for live radio program |
|---|---|
| 1997 | 'Circadian rhythm and sleep disorders in the blind', BBC Radio Newcastle, UK Interviewed for radio program |
| 1997 | 'Circadian rhythm and sleep disorders in the blind', 'Outlook' BBC World Service Interviewed for radio program |
| 1997 | 'Circadian rhythm and sleep disorders in the blind', BBC Radio County Sound, UK Interviewed for radio program |
| 1999 | 'Raging Hormones - Melatonin', BBC Radio 4, UK |

|      | Interviewed for radio program |
|------|-------------------------------|
| 2000 | 'Effect of light and circadian rhythms', Discovery Channel, ITN, UK<br>Interviewed for television feature |
| 2002 | 'Sleep disorders in the blind'<br>Speaker on American Council for the Blind radio show 'Blind Line' |
| 2007 | 'Lighting and Health', National Research Council of Canada http://www.nrc-cnrc.gc.ca/eng/multimedia/podcasts-lighting-health.html<br>Interviewed for podcast |
| 2008 | 'Cracking the Colour Code' by Hugh Piper, Electric Pictures, Australia<br>Featured in documentary |
| 2010 | Adler Night and Day by Katie Peterson, Adler Planetarium and Astronomy Museum, http://www.adlerpodcast.com/nightandday/2010/episode_83_031610.mp3<br>Interviewed for podcast |
| 2010 | 'Biology of light', *WVOM-FM Radio*, Bangor, ME<br>Interviewed for live radio program |
| 2011 | 'Light and sleep', PM Program, *BBC Radio 4*, London, 1/13/11<br>Interviewed for live radio program |
| 2011 | 'Light and sleep' by Kristi King, *WTOP News*, Washington DC, 1/14/11<br>Interviewed for radio program |
| 2011 | 'The City Dark' by Ian Cheney, Wicked Delicate Films, USA<br>http://www.thecitydark.com/<br>Featured in documentary, Broadcast on PBS, 7/5/12<br>http://www.pbs.org/pov/citydark/ |
| 2011 | 'Karen Pauls, CBC Radio, Manitoba, Canada<br>Interviewed for radio program |
| 2012 | **Lockley SW,** Foster RG. Sleep: A Very Short Introduction. Oxford, UK: Oxford University Press; 2012. ISBN13: 9780199587858; ISBN10: 019958785X. Available in English, Japanese, Arabic, Dutch. Part of a 400+book series on common topics. |
| 2012 | 'Electric Light: Dawn of a New Era' by Boettcher Media Group, USA<br>https://www.youtube.com/watch?v=C0woLhqhCb4<br>Featured in documentary |
| 2012 | 'Jetlag', Breakfast Program, *ABC Perth radio*, Australia, *8/24/12*<br>Interviewed for radio program |
| 2012 | 'Saving daylight', *Huffington Post*, *11/2/12*<br>http://live.huffingtonpost.com/r/segment/5061e22978c90a7ce5000219<br>Participated in liveblog |
| 2012 | 'Lights Out!' CBC Nature of Things with David Suzuki by Markham Street Films Inc., *12/6/12*<br>Featured in documentary |
| 2012 | 'A medical system of sleep deprivation' by Ibby Caputo, WGBH, *12/21/12* |

http://www.wgbhnews.org/post/medical-system-sleep-deprivation
Featured in radio article

2013    'Sleep' by John Maciel, KW Magazine, CKWR FM, Kitchener, Ontario, *1/23/13*
Interviewed for live radio program

2013    'Non-24-hour sleep-wake disorder in the blind', Speaking Out for the Blind by Brian
McCallen, American Council of the Blind radio, *5/15/13*
http://www.acbradio.org/node/30
Interviewed for radio show

2013    'Frontiers: Chronotypes' by Linda Geddes, BBC Radio 4, *12/18/13*
http://www.bbc.co.uk/programmes/b03lrzjp
Interviewed for radio documentary

2014    'Sleepy teenagers experiencing body clock changes could be helped by delayed school
hours: experts', by Louise Milligan ABC 7.30 Show, Australia, *5/28/14*
http://www.abc.net.au/news/2014-05-28/sleepy-teenagers-experiencing-body-clock-
changes/5484766
Interviewed for TV article

2015    'Brainwaves: Light', by Pennie Latin, BBC Radio Scotland, *1/5/15*
http://www.bbc.co.uk/programmes/b04ws7k9
Interviewed for radio documentary

2016    'The Power of Light', NASA *12/13/16*
https://youtu.be/HBtdbaSKexU
Featured in light and space video article

2016    'School of the Future' by Jane Teeling, NOVA, PBS, *9/14/16*
http://www.pbs.org/wgbh/nova/body/school-of-the-future.html
Advisor to TV documentary on light and sleep

2017    'Sleep Awareness Week' by 3AW Breakfast with Ross and John, Melbourne,
Australia, *7/4/17*
Interviewed for live radio program

2017    'Blind people and sleep' by Jonathan Mosen, Blind Side Podcast 46, *8/1/17*
http://dts.podtrac.com/redirect.mp3/feeds.soundcloud.com/stream/335811288-
theblindsidepodcast-episode46.mp3
https://soundcloud.com/theblindsidepodcast
Interviewed for podcast

2018    'Built for Health – Lighting' USGBC podcast series #5, *3/9/18*
https://www.usgbc.org/articles/usgbc-premieres-human-health-podcast-built-health
https://soundcloud.com/usgbc/built-for-health-light
Interviewed for podcast series

2018    Circadian rhythms and light – World Sleep Day' ABC Perth radio, *3/16/18*
Interviewed for live radio

2018    'The science of sleep and requirements of good rest' by James Hewitt, Hintsa
Performance, *September 2018*

http://www.hintsa.com/talking-with-steven-lockley-science-of-sleep/
Interviewed for podcast
(Hintsa Performance)

2019    'Sleep: The most overlooked area of performance enhancement' by Joshua Faga,
        Kickin' It S04 E08, *6/4/19*
        https://joshfaga.com/sleep-the-most-overlooked-and-undervalued-recovery-tool-for-
        high-performance-w-dr-steven-lockley/
        Interviewed for podcast

2020    'Fix Your Sleep—Understanding circadian rhythm, jetlag, & more' by Dr Diva
        Nagula, From Doctor To Patient, *8/6/20*
        https://podcasts.apple.com/gb/podcast/dr-steven-lockley-fix-your-sleep-
        understanding-circadian/id1490061447?i=1000487273817
        Featured in circadian rhythm and sleep podcast

2021    'Blindess and sleep' by Joeita Gupta, The Pulse, AMI, *1/23/21*
        https://podcasts.apple.com/ca/podcast/the-pulse-on-ami-audio/id1289703145
        Interviewed for podcast series

2021    'Sleep and circadian rhythms' by Sam Kleckley, Live Life in Motion, *2/16/21*
        https://podcasts.apple.com/us/podcast/live-life-in-
        motion/id1538684135?i=1000509517859
        Interviewed for podcast series

2021    'Sleep and circadian rhythms' by Sam Kleckley, Live Life in Motion, *10/6/21*
        https://podcasts.apple.com/us/podcast/live-life-in-
        motion/id1538684135?i=1000537712445
        Interviewed for podcast series

**Articles in newspapers of magazines**

1997    ''Darkness hormone' will give blind a good night's sleep' by J Illman, *The Observer*, 23
        Feb
        Research work featured in article

1998    'Does light have a dark side? Nighttime illumination might elevate cancer risk' by Janet
        Raloff*, Science News*, 154, p248-250
        http://www.sciencenews.org/sn_arc98/10_17_98/19981017fob.asp
        Interviewed for health article

1998    'Blind people often sleep poorly; research shines light on therapy*'* by Lynne Lamberg,
        *Journal of the American Medical Association,* 280, p1123-1126
        Feature article about recent research findings

1999    'New day dawns for research on circadian rhythms' by M. Kelly, *Lancet*, 353, p990
        http://www.thelancet.com/journals/lancet/article/PIIS0140-6736%2805%2970754-
        6/fulltext
        Feature article about recent research findings

2001    'Winding up my ageing body clock' by John W. Goddard, *The Argus*
        Research work featured in article

2003    'Restless nights, listless days' by Alison Abbott, *Nature*, 423 p896-898
        http://www.nature.com/nature/journal/v425/n6961/full/425896a.html
        Work and photograph featured in Nature News article

2003    'When light has you singing the blues' by William J. Cromie, *Harvard Gazette*, XCIX
        (2), p1,8  https://news.harvard.edu/gazette/story/2003/09/when-light-has-you-singing-
        the-blues/
        Cover feature article about recent research findings

2004    'Overworked interns prone to medical errors' by William J. Cromie, *Harvard Gazette*,
        C (7), p1,4  https://news.harvard.edu/gazette/story/2004/10/overworked-interns-prone-
        to-medical-errors/
        Cover feature article about recent research findings

2004    'Extended shifts for residents called risky for patients' by Courtney Humphries,
        Harvard Focus, November 12, 2004.
        http://focus.hms.harvard.edu/2004/Nov12_2004/sleep_medicine.html
        Feature article about recent research findings

2005    'You're getting sleepy; could that stop cancer?' by Judy Foreman, *Boston Globe*,
        http://www.nytimes.com/2005/10/05/health/05iht-snmel.html
        Interviewed for health article

2006    Carol Potera, *American Journal of Nursing*
        Interviewed for health article

2006    'Melatonin effective in totally blind people' by Lynne Lambert, *Psychiatric News*,
        41(17): p26.
        Interviewed for health article

2006    'When the blues keep you awake' by William J. Cromie, *Harvard Gazette*, CI (15),
        p1,8 https://news.harvard.edu/gazette/story/2006/02/when-the-blues-keep-you-awake/
        Cover feature article about recent research findings

2007    'Clockwise' by  Melissa Hendricks, *John Hopkins Magazine, 59(5)*
        http://www.jhu.edu/~jhumag/1107web/clock.html
        Interviewed for general science article

2007    'Researchers discover second light-sensing system in human eye' by Alvin Powell,
        *Harvard Science*, December 13, 2007  http://harvardscience.harvard.edu/medicine-
        health/articles/researchers-discover-second-light-sensing-system-human-eye
        Feature article about recent research findings

2007    'How blind people see sunrise and sunset' by Andy Coghlan, *New Scientist*, 196
        (2635/2636), p9 http://www.newscientist.com/article/mg19626354.100-blind-people-
        see-sunrise-and-sunset.html
        Feature article about recent research findings

2008    'Hungry for sleep' by Cassandra Willyard, *Nature Medicine*, 14(5), p477-480
        http://www.nature.com/nm/journal/v14/n5/full/nm0508-477.html
        Interviewed for health article

2008    'Good vibes need a body clock on song' by Bianca Nogrady, *Swinburne Magazine*,

Issue 3, Sep, 2008   http://www.swin.edu.au/magazine/3/77/good-vibes-need-a-body-clock-on-song/
Interviewed for general science article

2009   'In search of sleep' by Nancy Rothstein, *Wealth Magazine*, Spring, p18-20
Interviewed for health article

2009   New York Academy of Sciences eBriefing 'Circadian Disruption and Cancer: Making the Connection' by Megan Stephan
http://www.nyas.org/Publications/EBriefings/Detail.aspx?cid=96b356ff-72d7-4320-a2d3-e08ba4512cf3#
Featured in meeting report and online lecture series

2009   'Napping may not be such a no-no' by Peter Wehrwein, *Harvard Health Letter, 35(1)*
Interviewed for health article (not named but work with firefighters mentioned)

2010   What's in a color? The unique human health effects of blue light' by David Holzman, *Environmental Health Perspective,* Focus News, 118(1);   pA23-27
http://www.ncbi.nlm.nih.gov/pmc/articles/PMC2831986/
Interviewed for health article

2010   'Perchance to heal' by Andrew Stephens, *The Age A2 Magazine*, January 30, 2010
http://www.theage.com.au/news/entertainment/perchance-to-heal/2010/01/29/1264268075740.html
Interviewed for health article

2010   'The night shift's got no rhythm' by Teresa Odle, *American Society of Radiologic Technologists Scanner Magazine,* Feb/Mar, 2010
Interviewed for health article

2010   'City lights illuminate a serious sleeping problem' by Andrew Stephens, *The Age A2 Magazine*,   3/27/10   http://www.theage.com.au/national/city-lights-illuminate-a-serious-sleeping-problem-20100326-r37d.html
Interviewed for health article

2010   'Vision cells help set the body's clock' by Gretchen Vogel, *Science Now*, 5/12/10
http://news.sciencemag.org/sciencenow/2010/05/vision-cells-help-set-the-bodys-.html
Feature article about recent research findings

2010   'An inner glow' by Emily Backus, *The Financial Times, House and Home,* 9/17/10
http://www.ft.com/cms/s/2/89e3e744-c11e-11df-afe0-00144feab49a.html
Interviewed for health article

2010   'Miners prepare for life after dark' by Adam Mann, *The Great Beyond,* 10/7/10
http://blogs.nature.com/news/thegreatbeyond/2010/10/miners_researchers_prepare_for.html
Interviewed for health article

2010   'Why you should go to bed early' by Laura Beil, *O Magazine*, 12/20/10
http://www.oprah.com/health/The-Negative-Effects-of-Sleep-Loss
Interviewed for health article

2011   'Vision science: Seeing without seeing' by Corie Lok, *Nature*, 469, p284-285, 1/19/11

http://www.nature.com/news/2011/110119/full/469284a.html
Work and photograph featured in Nature News article

2011   'Why you should dim the lights at night', by Deborah Kotz, *Daily Dose, Boston Globe*, 1/20/11
http://www.boston.com/lifestyle/health/blog/dailydose/2011/01/why_you_should.html
Feature article about recent research findings

2011   'Kill the lights to keep melatonin flowing', by Nancy White, *Toronto Star*, 3/11/11
http://www.healthzone.ca/health/mindmood/article/951924--kill-the-lights-to-keep-melatonin-flowing
Interviewed for health article

2011   'Long shifts, lack of sleep fatigue health care workers: changing attitudes about rest and reasonable work schedules' by Kathleen Misovic, *Joint Commission Journal on Quality and Patient Safety*, 11, p9-11, March 2011
Interviewed for news article

2011   'BWH researcher sheds light on a dark topic', *BWH Bulletin*, 4/22/11
http://www.brighamandwomens.org/about_bwh/publicaffairs/news/publications/Display Bulletin.aspx?articleid=5208
Feature article about documentary appearance

2011   'Blue alert: The dark side of night light' by David Holzman, *New Scientist*, 2811, 5/10/11
Interviewed for health article

2011   'In eyes, a clock calibrated by wavelengths of light' by Laura Beil, *New York Times*, 7/4/11
http://www.nytimes.com/2011/07/05/health/05light.html
Work featured in science article

2011   'NASA's Sleep Doc' by Franklin A. Holman, *Sleep Review*, Oct
http://www.sleepreviewmag.com/issues/articles/2011-10_01.asp
Interviewed for science article

2012   'The Brain' by Carl Zimmer, *Discover*, Jan, p12-13
Work featured in science article

2012   'Can't sleep? Your gadgets are keeping you up' by Kendra Srivastava, *Mobilemedia* 3/23/12
http://www.mobiledia.com/news/134568.html
Interviewed for science article

2012   'Blues Cues' by Elizabeth Dougherty, *Harvard Medicine*, Spring 2012
http://hms.harvard.edu/content/blues-cues
Featured in science article

2012   'Blue light has a dark side', *Harvard Health Letter*, May 2012
http://www.health.harvard.edu/newsletters/Harvard_Health_Letter/2012/May/blue-light-has-a-dark-side/
Featured in science article

2012    'Not Alert? Your Employees Will Get Hurt' by Marah Block, CBIA May 2012
http://www5.cbia.com/hr/article/not-alert-your-employees-will-get-hurt/
Report on lecture

2012    'Instead of Coffee, Try Some Light' by Seth Porges, T. Rowe Price Connections, June 2012
http://individual.troweprice.com/public/Retail/Planning-&-Research/Connections/Lighting/Instead-of-Coffee-Try-Some-Light
Featured in science article

2012    'Digital devices interfering with good night's sleep' by Allison McGinley, WKMG Orlando, *6/6/12*
http://www.clickorlando.com/news/Digital-devices-interfering-with-good-night-s-sleep/-1637132/14592120/-/15afh38/-/index.html
Featured in news article

2012    'Where Have All the Stars Gone?' by Rebecca Jacobsen, PBS Newshour, *6/7/12*
https://www.pbs.org/newshour/science/where-did-all-the-stars-go
Featured in news article

2012    'Artificial lighting poses health risks, American Medical Association asserts' by William Weir, *Hartford Courant, 6/20/12*
http://www.courant.com/health/connecticut/hc-light-dangerous-ama-0621-20120620,0,257372.story
Featured in news article

2012    'Better than sunshine: See life in an improved light' by Jeff Hecht, New Scientist, *6/27/12*
Featured in science article

2012    'Sleep research in the blind may help us all' by Steven Lockley, *Huffington Post*, *7/2/12*
http://www.huffingtonpost.com/steven-lockley-phd/circadian-rhythm-blind-people_b_1635828.html?utm_hp_ref=healthy-living
General interest science article

2012    'Light from electronics at night linked to sleep loss' by Monica Eng, *Chicago Tribune*, *7/8/12*
http://articles.chicagotribune.com/2012-07-08/news/ct-met-night-light-sleep-20120708_1_blue-light-bright-light-steven-lockley
Featured in news article

2012    'Blind people often find it hard to align their sleep-wake cycle with 24-hour day' by Alyssa Botelho, *Washington Post*, 8/6/12
http://www.washingtonpost.com/national/health-science/blind-people-often-find-it-hard-to-align-their-sleep-wake-cycle-with-24-hour-day/2012/08/06/5578f090-bb0d-11e1-abd4-aecc81b4466d_story.html?hpid=z13
Featured in science article

2012    'A battle plan for jet lag' by Stephanie Rosenbloom, *New York Times, 8/15/12*
http://travel.nytimes.com/2012/08/19/travel/a-battle-plan-for-jet-lag.html

Featured in science article

2012    'A new glow in the dark: Sleeping with blue light on' by Laura Johannes, *Wall Street Journal, 8/28/12*
http://online.wsj.com/article/SB10000872396390444327204577615391893332580.html
Featured in science article

2012    'End the nightmare of sleep loss' by Sarah Rainey, *The Telegraph, 9/16/12*
http://www.telegraph.co.uk/news/features/9546327/End-the-nightmare-of-sleep-loss.html
Featured in science article

2012    'Marketing Decoder: Healthy Hotel Rooms' by Andrea Petersen, *Wall Street Journal, 9/19/12*
http://online.wsj.com/article/SB10000872396390444165804578006342166438614.html
Featured in science article

2012    'How blue light and caffeine will help humans move to Mars' by Rebecca Boyle, *Popsci, 10/11/12*
www.popsci.com/science/article/2012-10/blue-light-and-caffeine-can-help-earth-evolved-humans-transition-mars-shift
Featured in science article

2012    'How to beat jetlag' by Nancy Trejos, *USA Today, 11/7/12*
http://www.usatoday.com/story/travel/2012/11/07/thriving-on-the-road-how-to-fight-jet-lag/1690179/
Featured in science article

2012    'The new brain drain (and who can blame them?)' by Sarah Rainey, *The Telegraph, 11/10/12*
http://www.telegraph.co.uk/expat/9667069/The-new-brain-drain-and-who-can-blame-them.html
Featured in general interest article

2012    'Malfunctioning body clock hinders sleep for many blind people' by Alyssa Botelho, *Boston Globe, 11/12/12*
http://www.bostonglobe.com/lifestyle/health-wellness/2012/11/12/the-totally-blind-unable-perceive-light-are-often-afflicted-with-rare-sleep-disorder/ELcbAKFsLy1bFRrDaKDWmM/story.html
Featured in science article

2012    'Casting light on astronaut insomnia: ISS to get sleep-promoting lightbulbs' by Katie Worth, Scientific American *12/4/12*
http://www.scientificamerican.com/article.cfm?id=casting-light-on-astronaut-insomnia-iss-to-get-sleep-promoting-lightbulbs
Featured in science article

2012    'Your body on...a long flight' by Laura Biel, Women's Health, *12/11/12*
http://www.womenshealthmag.com/health/flying-side-effects
Source for health article

2013      'Morning glory' by Lisa Bendall, Best Health, *Jan/Feb*
          http://www.besthealthmag.ca/embrace-life/sleep/5-ways-to-improve-your-sleep
          Featured in health article

2013      'Fake mission to Mars leaves astronauts spaced out' by Ian Sample, The Guardian
          *1/7/13*
          http://www.guardian.co.uk/science/2013/jan/07/fake-mission-mars-astronauts-spaced-out
          Featured in science article

2013      'Step into the Twilight Zone: Can Earthlings adjust to a longer day on Mars?' by
          Katie Worth, Scientific American, *1/29/13*
          http://www.scientificamerican.com/article.cfm?id=step-into-the-twilight-zone-can-earthlings-adjust-to-a-longer-day-on-mars
          Featured in science article and blog

2013      'Should medical residents be required to work shorter shifts?' Big Issues in Health
          Care, Wall Street Journal, *2/19/13*
          http://online.wsj.com/article/SB10001424127887324156204578273721688122486.html
          Featured in science article in and online debate

2013      'Chronobiology: Stepping out of time' by Michael Eisenstein, Nature  497, S10–S12
          *5/23/13*
          http://www.nature.com/nature/journal/v497/n7450_supp/full/497S10a.html?WT.ec_id=NATURE-20130523
          Featured in science article

2013      'New medication may improve sleep in blind people' by Barbara Boughton,
          Medscape News Today, *6/18/13*
          http://www.medscape.com/viewarticle/806459
          Interviewed for science article

2013      'Drug helps blind patients sleep better' by Kristina Fiore, MedPage Today, *6/18/13*
          http://www.medpagetoday.com/MeetingCoverage/ENDO/39932
           Interviewed for science article

2013      'Is light pollution the easiest environmental problem to fix?', by Mindy Farabee, The
          Daily Beast, *7/17/13*
          http://www.thedailybeast.com/articles/2013/07/17/is-light-pollution-the-easiest-environmental-problem-to-fix.html
          Featured in science article

2013      'Sports beginning to see the energy-efficient light' by Ken Belson, New York Times*,
          10/9/13*
          http://www.nytimes.com/2013/10/09/business/energy-environment/sports-beginning-to-see-the-energy-efficient-light.html
          Featured in business article

2013      'Adventures in time and sleep space' by Benjamin J. Meiklejohn, Biddeford-Saco-
          OOB Courier, *12/12/13*

http://courier.mainelymediallc.com/news/2013-12-12/Letters/Reporters_Notebook.html
Interviewed for science article

2014    'The end of night' by Rebecca Boyle, Aeon Magazine, *4/1/14*
http://aeon.co/magazine/health/the-health-effects-of-a-world-without-darkness/
Interviewed for science article

2014    '5 bad sleep habits to break', by Jessica Girdwain, Family Circle, *Apr 2014*
http://www.familycircle.com/health/emotional/wellness/bad-sleep-habits/
Featured in general interest sleep article

2014    'The science of sleep' / Invited Speaker
LD/ADHD Support Group, Cambridge, MA

2014    'Blue light from electronics disturbs sleep, especially for teenagers' by Meeri Kim, Washington Post, *9/1/14*
http://www.washingtonpost.com/national/health-science/blue-light-from-electronics-disturbs-sleep-especially-for-teenagers/2014/08/29/3edd2726-27a7-11e4-958c-268a320a60ce_story.html
Featured in sleep article

2014    'Flight Patterns: How to avoid the drag of jet lag' by Fiorella Valdesolo, *9/16/14*
http://www.townandcountrymag.com/style/beauty-products/a1536/flight-patterns/
Featured in light article

2014    'Article would urge town to consider sleep when purchasing public lights' by Ignacio Laguarda,   Wicked Local Brookline, *10/2/14*
http://brookline.wickedlocal.com/article/20141001/NEWS/141009621
Featured in light article

2014    'Urban light pollution: why we're all living with permanent 'mini jetlag' by Ellie Violet Bramley, The Guardian, *10/23/14*
http://www.theguardian.com/cities/2014/oct/23/-sp-urban-light-pollution-permanent-mini-jetlag-health-unnatural-bed
Featured in light article

2015    'Ten-year study highlights sleep deficiency and sleep medication use in astronauts' BWH Neurology and Neurosurgery Advances, *Winter 2015*
Featured in sleep and light article

2015    'BWHers Win NASA Innovation Award for Space Station Lighting'
BWH Bulletin *1/16/15*
http://www.brighamandwomens.org/about_bwh/publicaffairs/news/publications/DisplayBulletin.aspx?articleid=6528

2015    'Embrace the dark side' by Patricia Carswell, Woman's World, *Jan 2015, p107-110*
http://ebooks.tenalps.com/womansworld/ww2015/index.html
Featured in light article

2015    'Can't sleep? Turn off your computer' by Beverly E Burmeier, Energy Times, *March 2015*
http://www.energytimes.com/pages/departments/0315/wellness0315.html

Featured in light article

2015   'Lockley Receives Grant from NASA'
        BWH Awards and Honors, 5/29/15
        http://www.brighamandwomens.org/About_BWH/publicaffairs/news/awards/Award_
        Honor.aspx?sub=0&PageID=2075

2015   'Let teenagers sleep in' by Kelly Ruemmele, Huffington Post, 6/12/15
        http://www.huffingtonpost.com/kelly-ruemmele/let-teenagers-sleep-
        in_b_7570850.html
        Featured in sleep article

2015   'Why can't we fall asleep? by Maria Konnikova, New Yorker, 7/7/15
        http://www.newyorker.com/science/maria-konnikova/why-cant-we-fall-asleep
        Featured in sleep article

2016   Apple's 'Night Shift' Mode: How Smartphones Disrupt Sleep' by Edd Gent, 1/21/16
        http://www.livescience.com/53440-apple-night-shift-helps-people-sleep.html
        Featured in light article

2016   'Fake mission to Mars leaves astronauts spaced out' by Ian Sample, The Guardian,
        1/31/16
        https://www.theguardian.com/science/2013/jan/07/fake-mission-mars-astronauts-
        spaced-out
        Featured in sleep and circadian rhythms article

2016   'Sleep: An Elusive Necessity', Contact, 3/20/16
        www.ami.ca/AMI-Audio/Pages/AMI-Contact.aspx
        Featured in sleep article

2016   'Stories Under the Stars' by Ari Daniel, 4/20/16
        Hayden Planetarium, Museum of Science, Boston
        https://thefulldomeblog.com/2016/01/28/upcoming-special-events-in-the-dome/
        Advisor and work featured in presentation

2016   'The Sleep Revolution visits Harvard University' by Corrine Bain, 5/4/16
        http://www.huffingtonpost.com/corinne-bain/the-sleep-revolution-
        harvard_b_9821898.html
        Presentation about sleep and featured in review of sleep event

2016   'Why Can't We Fall Asleep?' by Maria Konnikova, The New Yorker, 7/7/16
        http://www.newyorker.com/science/maria-konnikova/why-cant-we-fall-asleep
        Quoted in sleep article

2016   'Bright light accelerates ageing in mice' by Rebecca Boyle, Nature, 7/14/16
        http://www.nature.com/news/bright-light-accelerates-ageing-in-mice-1.20263
        Quoted in light article

2016   'Too much light weakens bones and changes immune system' by Andy Coghlan, New
        Scientist, 7/14/16
        https://www.newscientist.com/article/2097512-too-much-light-weakens-bones-and-
        changes-immune-system/
        Quoted in light article

2016    'Let There Be (Better) Light' by Melissa Gaskill, NASA *10/19/16*
http://www.nasa.gov/mission_pages/station/research/let-there-be-better-light
Featured in light and space article

2016    'Sweet dreams' by Ben Hunt, The Sun, *10/22/16*
https://www.thesun.co.uk/sport/motorsport/2030509/
Featured in jetlag article

2016    '5 ways to improve your sleep' by Lisa Bendall, Best Health, *12/16*
http://www.besthealthmag.ca/best-you/sleep/5-ways-to-improve-your-sleep/
Featured in sleep article

2017    'Sleep health program reduces firefighter disability, injury' by Sree Roy, Sleep
Review *1/18/17*
https://www.sleepreviewmag.com/sleep-health/demographics/career/sleep-health-
program-reduces-firefighter-disability-injury/
Featured in sleep health article

2017    'NASA's lighting experiment may help astronauts finally get some sleep' by Micheala
Sosby and Jay Strubberg, *1/27/17*
http://www.newschannel5.com/newsy/nasas-lighting-experiment-may-help-
astronauts-finally-get-some-sleep
Work featured in sleep and light article

2017    Are there laws to limit excessive light? By Ronda Kausen, The New York Times,
*2/11/17*
https://www.nytimes.com/2017/02/11/realestate/are-there-laws-to-limit-excessive-
light.html
Mentioned in sleep and light article

2017    'Inside the vexing quest to safely light our modern lives' by Alex Schechter, Good.is,
*3/6/17*
https://health.good.is/articles/light-revolution
Mentioned in light and sleep article

2017    'Help astronauts (and you) sleep better' by Hanneke Weitering, Space.com, *3/17/17*
http://www.space.com/35997-led-lights-help-astronauts-sleep-better.html
Work featured in light article

2017    'What are the repercussions of one lost night's sleep? Rudeness is just the start', by
Paul Kelley, The Guardian, *4/3/17*
https://www.theguardian.com/commentisfree/2017/apr/03/rude-work-colleague-sleep-
deprived
Work featured in sleep article

2017    'Hey Professor: Light Sleep' by David H. Xiang, The Harvard Crimson, *5/5/17*
http://www.thecrimson.com/article/2017/5/5/hey-professor-light-sleep/
Featured in sleep article

2017    'How changing your light globes could help get your sleep cycle back in sync' by Erin
Van Der Meer, Coach, *5/11/17*
http://coach.nine.com.au/2017/05/12/11/07/blue-light-filtering-bulb-sleep-cycle-

melatonin
Featured in light article

2017 'Fast asleep: apply F1's model to optimize your performance', UBS Insights, *9/17*
https://www.ubs.com/microsites/formula1/en/insights.html#sleep
Featured in jetlag article

2017 'F1: How crashing out helps win races' by Matthew Knight, CNN The Circuit, *9/14/17*
http://edition.cnn.com/2017/09/14/motorsport/f1-singapore-malaysia-japan-jet-lag-sleep-rosberg-hintsa/index.html
Featured in motorsports and jetlag article

2017 'Fast asleep' by Chris Eustice, Auto+Medical #12, *11/17*
https://www.fia.com/multimedia/publication/auto-medical-12
Featured in motorsports and jetlag article

2018 'Dream bedrooms: how to indulge in a good night's beauty sleep' by Roxana Popescu and Bridget Elliot, Australian Financial Review, *2/21/18*
http://www.afr.com/lifestyle/dream-bedrooms-how-to-indulge-in-a-good-nights-beauty-sleep-20180128-h0pn2l
Featured in article

2018 'Meet the sleep doctors who are giving Mercedes the most significant edge of all in Formula One' by Oliver Brown, Daily Telegraph, *3/22/18*
https://www.telegraph.co.uk/formula-1/2018/03/22/meet-sleep-doctors-giving-mercedes-significant-edge-allin-formula/
Featured in article

2018 'Diabetes, weight problems and even cancer! Terrifying new research into light pollution reveals why it's time to see the LIGHT on the blight that harms us all' by Linda Geddes, Daily Mail, *4/3/18*
http://www.mailonsunday.co.uk/health/article-5570611/New-research-light-pollution-reveals-time-LIGHT-blight-harms-all.html
Featured in light article

2018 'Age of enlightenment: The promise of circadian lighting' by Lynne Peeples, *5/21/18*
https://undark.org/article/circadian-lighting-human-centric-lighting/
Featured in light article

2018 'Can research on astronauts lead to a good night's sleep on earth?' by Robert L. Hotz, Wall Street Journal, *6/4/18*
https://www.wsj.com/articles/can-research-on-astronauts-lead-to-a-good-nights-sleep-on-earth-1528118081
Featured in a light and space article

2018 'Astronauts, seeking better sleep, change the lights to mimic the sun', by Eric Lief, American Council on Science and Helath, *6/7/18*
https://www.acsh.org/news/2018/06/07/astronauts-seeking-better-sleep-change-lights-mimic-sun-13057
Featured in a light and space article

2018    'In St. Petersburg, managing sleep and soccer' by Matthew Futterman, New York
         Times, *6/24/18*
         https://www.nytimes.com/2018/06/24/sports/world-cup/st-petersburg-sleep-white-nights.html
         Featured in light and sleep article

2018    'While we sleep, our mind goes on an amazing journey' by Michael Finkel, National
         Geographic, *August 2018*
         https://www.nationalgeographic.com/magazine/2018/08/science-of-sleep/
         Featured in sleep article

2019    'Research in Space: The Next Frontier for Brigham Investigators' by Haley Bridger,
         Brigham Clinical and Research News, *1/9/19*
         https://bwhclinicalandresearchnews.org/2019/01/07/research-in-the-space-the-next-frontier-for-brigham-investigators/
         Featured in light and sleep article

2019    'The Dream Cabin: Reinventing what it's like to sleep in a hotel room', Stantec's
         Creativity & Innovation Program, *1/10/19*
         https://ideas.stantec.com/creativity-innovation-program/the-dream-cabin-reinventing-what-it-s-like-to-sleep-in-a-hotel-room
         Featured in light and sleep article

2019    'The times are changing. Here's how to cope' by Carol Ritchie, NPR LifeKit, *3/6/19*
         Featured in sleep and daylight saving article

2019    'Lighting design for better health and well being' by Alla Katsnelson, Nature Outlook,
         *4/10/19*
         https://www.nature.com/articles/d41586-019-01113-w
         Featured in sleep and light article

2019    'Presenting the new Lowell House' by Manisha Aggarwal-Schifellite, Harvard
         Gazette, *9/6/19*
         https://news.harvard.edu/gazette/story/2019/09/harvards-lowell-house-unveils-its-new-renovation/
         Featured in light article

2019    'Women have a daily hormone cycle as well as a monthly one', by Alice Klein, New
         Scientist, *9/7/19*
         https://www.newscientist.com/article/2215596-women-have-a-daily-hormone-cycle-as-well-as-a-monthly-one/
         Paper featured in article

2019    'Harvard pilots 'space-age technology' in new Lowell suite' by Sanjana L. Narayanan
         and Samuel W. Zwickel, Harvard Crimson *9/19/19*
         https://www.thecrimson.com/article/2019/9/19/lowell-sustainability-suite/
         Featured in light article

2019    'Social jet lag: what happens to our bodies when the clocks go back this weekend? By
         by Hollie Richardson, Stylist *10/25/19*
         https://www.stylist.co.uk/life/social-jet-lag-when-do-the-clocks-go-back-in-

october/315058
Featured in light article

| | |
|---|---|
| 2019 | 'The science of sleep' / Invited Speaker<br>Roxbury Latin School, Boston, MA |
| 2020 | 'The invention of the light bulb fundamentally changed our biology' by Dana G Smith, Elemental, *2/10/20*<br>https://elemental.medium.com/the-invention-of-the-light-bulb-fundamentally-changed-our-biology-85607d35765b<br>Featured in light article |
| 2020 | 'The secret to intermittent fasting's touted benefits may have to do with the sun' by Colleen De Bellefonds, Well+Good, *3/11/20*<br>https://www.wellandgood.com/good-food/circadian-rhythm-fasting/<br>Featured in circadian rhythms article |
| 2020 | 'With no school start times, my kids are turning into vampires' by Christine Organ, Scary Mommy, *5/20/20*<br>https://www.scarymommy.com/kids-vampire-sleep-habits/<br>Featured in sleep article |
| 2020 | 'Individual circadian clocks might be the next frontier of personalized medicine' by Mandy Oaklander, Time, *8/6/20*<br>https://time.com/5876614/circadian-rhythm-study/<br>Featured in circadian rhythm and sleep article |
| 2020 | 'How to hack your circadian rhythm' by Bella Blissett, Financial Times, *10/15/20*<br>https://www.ft.com/content/0a8d56f8-6111-4829-9730-95ef2ddeff8f<br>Featured in circadian rhythm and sleep article |
| 2020 | 'The science of deep sleep' by Caren Osten, Mindful, *10/20/20*<br>https://www.mindful.org/the-science-of-deep-sleep/<br>Featured in circadian rhythm and sleep article |
| 2021 | 'Dublin's new street lights save on energy but add some glare' by Claudia Dalby, Dublin Inquirer, *2/24/21*<br>https://www.dublininquirer.com/2021/02/24/dublin-s-new-street-lights-save-on-energy-but-add-some-glare<br>Featured in light article |
| 2021 | 'What Florence Nightingale can teach us about architecture and health' by Steven Lockley, Scientific American, *3/18/21*<br>https://www.scientificamerican.com/article/what-florence-nightingale-can-teach-us-about-architecture-and-health/<br>Opinion piece |
| 2021 | 'How to "reset" your internal clock for deeper sleep & better overall health' by Emma Loewe, MindBodyGreen, *9/20/21*<br>https://www.mindbodygreen.com/articles/circadian-rhythm-researcher-on-how-to-reset-your-internal-clock<br>Featured in circadian rhythm and sleep article |

2021   'Can blue light-blocking glasses improve your sleep?' by Julie Corliss, Harvard Heart Letter, *10/26/21*
https://www.health.harvard.edu/blog/can-blue-light-blocking-glasses-improve-your-sleep-202110262625
Featured in light and circadian article

## Report of Scholarship

### Peer reviewed publications in print or other media

**Research Investigations**

1. **Lockley S**, Tabandeh H, Skene D, Buttery R, Bird A, Defrance R Arendt J. Day-time naps and melatonin rhythms in blind people. *Lancet* 1995;346:1491. Corrected 347:206. PMID: 7491012.

2. **Lockley SW**, Skene DJ, Tabandeh H, Bird AC, Defrance R, Arendt J. Relationship between napping and melatonin in the blind. *Journal of Biological Rhythms* 1997;12(Pt 4):16-25. PMID: 9104687.

3. **Lockley SW**, Skene DJ, Arendt J, Tabandeh H, Bird AC, Defrance R. Relationship between melatonin rhythms and visual loss in the blind. *Journal of Clinical Endocrinology and Metabolism* 1997;82(Pt 11): 3763-70. PMID: 9360538.

4. Tabandeh H, **Lockley SW**, Buttery R, Skene DJ, Defrance R, Arendt J, Bird, AC. Disturbance of sleep in blindness. *American Journal of Ophthalmology* 1998;126(Pt 5):707-12. PMID: 9822235.

5. **Lockley SW**, Skene DJ, Thapan K, English J, Ribeiro D, Haimov I, Hampton S, Middleton B, von Schantz M, Arendt J. Extraocular light exposure does not suppress plasma melatonin in humans. [Rapid Communication] *Journal of Clinical Endocrinology and Metabolism* 1998;83(Pt 9):3369-72. PMID: 9745457.

6. Skene DJ, **Lockley SW**, James K, Arendt J. Correlation between urinary cortisol and 6-sulphatoxymelatonin rhythms in field studies of blind subjects. *Clinical Endocrinology* 1999;50:715-9. PMID: 10468942.

7. **Lockley SW**, Skene DJ, Arendt J. Comparison between subjective and actigraphic measurement of sleep and sleep rhythms. *Journal of Sleep Research* 1999;8:175-83. PMID: 10476003.

8. **Lockley SW**, Skene DJ, Butler LJ, Arendt J. Sleep and activity rhythms are related to circadian phase in the blind. *Sleep* 1999;22(Pt 5):616-23. PMID: 10450596.

9. **Lockley SW**, Skene DJ, James K, Thapan K, Wright J, Arendt J. Melatonin administration can entrain the free-running circadian system of blind subjects. [Rapid Communication] *Journal of Endocrinology* 2000;164(Pt 1):R1-6. PMID: 10607943.

10. Robilliard DL, Archer SN, Arendt J, **Lockley SW**, Hack LM, English J, Leger D, Smits MG, Williams A, Skene DJ, von Schantz M. The 3111 *Clock* gene polymorphism is not associated with sleep and circadian rhythmicity in phenotypically characterised human subjects. *Journal of Sleep Research* 2002;11:305-12. PMID: 12464098.

11. Hack LM, **Lockley SW**, Arendt J, Skene DJ. The effects of low dose 0.5 mg melatonin on the free-running circadian rhythms of blind subjects. *Journal of Biological Rhythms* 2003; 18(Pt 5):420-29. PMID: 14582858.

12. **Lockley SW**, Brainard GC, Czeisler CA. High sensitivity of the human circadian melatonin rhythm to resetting by short wavelength light. [Rapid Communication] *Journal of Clinical Endocrinology and Metabolism* 2003;88(Pt 9):4502-5. PMID: 12970330.
§*Received the 2004 Sleep Research Society Young Investigator Award for this paper*

13. **Lockley SW**, Cronin JW, Evans EE, Cade BE, Lee CJ, Landrigan CP, Rothschild JM, Katz JT, Lilly CM, Stone PH, Aeschbach D, Czeisler CA. Effect of reducing interns' weekly work

hours on sleep and attentional failures. *New England Journal of Medicine* 2004; 351(Pt 17):1829-1837. PMID: 15509816.

14. Landrigan CP, Rothschild JM, Cronin JW, Kaushal R, Burdick E, Katz JT, Lilly CM, Stone PH, **Lockley SW**, Bates DW, Czeisler CA. Effect of reducing interns' work hours on serious medical errors in intensive care units. *New England Journal of Medicine* 2004; 351(Pt 17):1838-1848. PMID: 15509817.

15. Rothschild JM, Landrigan CP, Cronin JW, Kaushal R, **Lockley SW**, Burdick E, Stone PH, Lilly CM, Katz JT, Czeisler CA, Bates DW. The Critical Care Safety Study: The incidence and nature of adverse events and near-misses in intensive care. *Critical Care Medicine* 2005; 33(Pt 8):1694-1700. PMID: 16096443.

16. **Lockley SW**, Evans EE, Scheer FAJL, Brainard GC, Czeisler CA, Aeschbach D. Short-wavelength sensitivity for the direct effects of light on alertness, vigilance and waking electroencephalogram in humans. *Sleep* 2006; 29(Pt 2):161-168. PMID: 16494083.

17. Zeitzer JM, Duffy JF, **Lockley SW,** Dijk D-J, Czeisler CA. Plasma melatonin rhythms in young and older humans during sleep, sleep deprivation, and wake. *Sleep* 2007; 30(Pt 11):1437-1443. PMID: 18041478. PMCID: PMC2082092.

18. Zaidi FH*, Hull JT*, Peirson SN*, Wulff K, Aeschbach D, Gooley JJ, Brainard GC, Gregory-Evans K, Rizzo III JF, Czeisler CA, Foster RG†, Moseley MJ†, **Lockley SW**†. Short-wavelength light sensitivity of circadian, pupillary, and visual awareness in humans lacking an outer retina. *Current Biology* 2007; 17(Pt 24): 2122-2128. PMID: 18082405. PMCID: PMC2151130. *Joint first authors; † Joint senior authors*

19. **Lockley SW**, Dijk D-J, Kosti O, Skene DJ, Arendt J. Alertness, mood and performance rhythm disturbances associated with circadian sleep disorders in the blind. *Journal of Sleep Research* 2008; 17 (2): 207-216. PMID: 18482109.

20. Pechacek CS, Andersen M, **Lockley SW.** Preliminary method for prospective analysis of the circadian efficacy of (Day)light  with applications to healthcare architecture. *LEUKOS: The Journal of the Illuminating Engineering Society of North America* 2008; 5(1): 1-26. *§Received the 2009 Illuminating Engineering Society of North American Taylor Technical Talent Award for this paper*

21. Cappuccio FP, Bakewell A, Taggart FM, Ward G, Chen J, Sullivan JP, Edmunds M, Pounder R, Landrigan CP, **Lockley SW,** Peile E. Implementing a 48h EWTD-compliant rota for junior doctors in the UK does not compromise patients' safety: Assessor-blind pilot comparison. *Quarterly Journal of Medicine,* 2009; 102(4):271-82. PMID: 19174502. PMCID: PMC2659599.

22. Anderson JL, Glod CA, Dai J, Cao Re Y, **Lockley SW**. Lux vs wavelength in light treatment of Seasonal Affective Disorder. *Acta Psychiatrica Scandinavica,* 2009; 120: 203-212. PMID: 19207131.

23. Aeschbach D, Lockyer BJ, Dijk D-J, **Lockley SW,** Nuwayser ES, Nichols LD, Czeisler CA. Use of transdermal melatonin delivery to improve sleep maintenance during the daytime. *Clinical Pharmacology and Therapeutics* 2009; 86(4): 378-82. PMID: 19606092. PMCID: PMC2909186.

24. Flynn-Evans EE, Stevens RG, Tabandeh H, Schernhammer ES, **Lockley SW**. Total visual blindness is protective against breast cancer. *Cancer Causes Control* 2009; 20(9):1753-6. PMID:

19649715.

25. Flynn-Evans EE, Stevens RG, Tabandeh H, Schernhammer ES, **Lockley SW**. Effect of light perception on menarche in blind women. *Ophthalmic Epidemiology,* 2009; 16: 243-248. PMID: 19874146.

26. Gooley JJ, Rajaratnam SMW, Brainard GC, Kronauer RE, Czeisler CA, **Lockley SW**. Spectral responses of the human circadian system depend on the irradiance and duration of exposure to light. *Science Translational Medicine* 2010; 2, 31ra33. PMID: 20463367.

27. Jung CM, Khalsa SBS, Scheer FAJL, Cajochen C, **Lockley SW,** Czeisler CA, Wright Jr KP. Acute effects of bright light exposure on cortisol levels during the rising and descending phases of the circadian rhythm of cortisol. *Journal of Biological Rhythms* 2010; 25(3):208-16. PMID: 20484692 PMCID: PMC3686562

28. Gordon JA, Alexander EK, **Lockley SW**, Flynn-Evans EE, Venkatan SK, Landrigan CP, Czeisler CA. Does simulator-based clinical performance correlate with actual hospital behavior? The effect of extended work hours on patient care provided by medical interns. *Academic Medicine* 2010; 85(10):1583-1588. PMID: 20881679 PMCID: PMC3754850

29. Pagani L*, Semenova EA*, Moriggi E, Revell VL, Hack LM, **Lockley SW,** Arendt J, Skene DJ, Meier F, Izakovic J, Wirz-Justice A, Cajochen C, Sergeeva OJ, Cherisiz SV, Danilenko KV, Eckert A†, Brown SA†. The physiological period length of the human circadian clock in vivo is directly proportional to period in human fibroblasts. *PloS One* 2010; 5 (10): e13376. PMID: 21042402. PMCID: PMC2958564. *Joint first authors; † Joint senior authors*

30. Sletten T*, Vincenzi S*, Redman JR, **Lockley SW**, Rajaratnam SMW. Timing of sleep and its relationship with the endogenous melatonin rhythm. *Frontiers in Neurology* 2010; 1, 137. PMID: 21188265. PMCID: PMC3008942. *Joint first authors*

31. Gooley JJ, Chamberlain K, Smith KA, Khalsa SBS, Rajaratnam SMW, Van Reen E, Zeitzer JM, Czeisler CA, **Lockley SW**. Exposure to room light prior to bedtime suppresses melatonin onset and shortens melatonin duration in humans. *Journal of Clinical Endocrinology and Metabolism* 2011; 96(3):E463-72. PMID: 21193540. PMCID: PMC3047226.

32. Bajaj A, Rosner B, **Lockley SW**, Schernhammer ES. Validation of a light questionnaire with real-life photopic illuminance measurements: The Harvard light exposure assessment questionnaire. *Cancer Epidemiology, Biomarkers & Prevention* 2011; 20(7):1341-9. PMID: 21737411. PMCID: PMC3340010.

33. Rajaratnam SMW, Barger LK, **Lockley SW,** Shea SA, Wang W, Landrigan CP, O'Brien CS, Qadri S, Sullivan JP, Cade BE, Epstein LJ, White DP, Czeisler CA. Sleep disorders, health and safety in police officers. *Journal of the American Medical Association* 2011; 306(23):2567-78. PMID: 22187276.

34. Andersen M, Mardaljevic J, **Lockley SW**. A framework for predicting the non-visual effects of daylight – Part I: photobiology-based model. *Lighting Research and Technology* 2012; 44:37-43.

35. Klerman H, St. Hilaire MA, Kronauer RE, Gooley JJ, Gronfier C, Hull JT, **Lockley SW**, Santhi N, Wang W, Klerman EB. Analysis method and experimental conditions affect computed circadian phase from melatonin data. *PLoS ONE* 2012; 7(4): e33836. PMID: 22511928 PMCID: PMC3325223

36. Chang AM, Santhi N, St. Hilaire MA, Gronfier C, Bradstreet DS, Duffy JF, **Lockley SW,** Kronauer RE, Czeisler CA. Human duration responses to bright light. *Journal of Physiology (London)* 2012; 590(Pt 13):3103-12. PMID: 22526883 PMCID: PMC3406393

37. St Hilaire MA, Gooley JJ, Khalsa SB, Kronauer RE, Czeisler CA, **Lockley SW**. Human Phase Response Curve (PRC) to a 1-hour pulse of bright white light. *Journal of Physiology (London)* 2012; 590(Pt 13):3035-45. PMID: 22547633 PMCID: PMC3406389

38. Anderson C, Sullivan JP, Flynn-Evans EE, Cade BE, Czeisler CA, **Lockley SW**. Deterioration of neurobehavioral performance in resident physicians during repeated exposure to extended duration work shifts. *Sleep* 2012; 35(8):1137-46. PMID: 22851809. PMCID: PMC3397817.

39. Barger LK, Sullivan JP, Vincent AS, Fiedler ER, McKenna LM, Flynn-Evans EE, Gilliland K, Sipes WE, Smith PH, Brainard GC, **Lockley SW.** Learning to live on a mars day: Fatigue countermeasures during the Phoenix Mars Lander mission. *Sleep* 2012; 35(10):1423-35. PMID: 23024441 PMCID: PMC3443769

40. Gooley JJ, Ho Mien I, St Hilaire MA, Yeo SC, Chua EC, van Reen E, Hanley CJ, Hull JT, Czeisler CA, **Lockley SW.** Melanopsin and rod-cone photoreceptors play different roles in mediating pupillary light responses during exposure to continuous light in humans. *Journal of Neuroscience* 2012; 32(41):14242-53. PMID: 23055493 PMCID: PMC3515688.

41. Rüger M, St Hilaire MA, Brainard G, Khalsa SB, Kronauer RE, Czeisler CA, **Lockley SW.** Human phase response curve to a single 6.5-h pulse of short-wavelength light. *Journal of Physiology (London)* 2013; 591(Pt 1):353-63. PMID: 23090946 PMCID: PMC3630790

42. St Hilaire MA, Sullivan JP, Anderson C, Cohen DA, Barger LK, **Lockley SW,** Klerman EB. Classifying performance impairment in response to sleep loss using pattern recognition algorithms on single session testing. *Accident Analysis & Prevention* 2013 50:992-1002. PMID: 22959616 PMCID: PMC3513628

43. Crowley KE, Rajaratnam SM, Shea SA, Epstein LJ, Czeisler CA**, Lockley SW.** Evaluation of a single-channel nasal pressure device to assess obstructive sleep apnea risk in laboratory and home environments. *Journal of Clinical Sleep Medicine* 2013;9(2):109-116. PMID: 23372462 PMCID: PMC3544377

44. Ftouni S, Sletten TL, Howard M, Anderson C, Lenné MG, **Lockley SW,** Rajaratnam SM. Objective and subjective measures of sleepiness, and their associations with on-road driving events in shift workers. *Journal of Sleep Research* 2013; 22(1):58-69. PMID: 22861524

45. Shekleton JA, Rajaratnam SMW, Gooley JJ, Van Reen E, Czeisler CA, **Lockley SW.** Improved neurobehavioural performance during the wake maintenance zone. *Journal of Clinical Sleep Medicine* 2013; 9(4):353-62. PMID: 23585751 PMCID: PMC3601314

46. Sigurðardóttir LG, Valdimarsdóttir UA, Mucci LA, Fall K, Rider JR, Schernhammer E, Czeisler CA, Launer L, Harris T, Stampfer MJ, Guðnason V, **Lockley SW.** Sleep disruption among older men and risk of prostate cancer. *Cancer Epidemiology, Biomarkers & Prevention* 2013; 22(5):872-879. PMID: 23652374 PMCID: PMC3652595

47. Flynn-Evans EE, Mucci L, Stevens RG, **Lockley SW.** Shiftwork and Prostate Specific Antigen in the National Health and Nutrition Examination Survey. *Journal of the National Cancer Institute* 2013; 105(17):1292-7. PMID: 23943864 PMCID:  PMC3859215

48. Brainard GC, Coyle W, Ayers M, Kemp J, Warfield B, Maida J, Bowen C, Bernecker C, **Lockley SW,** Hanifin JP. Solid-state lighting for the International Space Station: Tests of visual performance and melatonin regulation. *Acta Astronautica* 2013; 92(1):21-28.

49. Vandewalle G*, Collignon O*, Hull JT, Daneault V, G Albouy, Lepore F, Doyon J, Czeisler CA, Dumont M, **Lockley SW**†, Carrier J†. Blue light stimulates cognitive brain activity in visually blind individuals. *Journal of Cognitive Neuroscience* 2013; 25(12):2072-85. PMID: 23859643. PMCID: PMC4497579 * *Joint first authors;* † *Joint senior authors*

50. Ftouni S, Rahman SA, Crowley KE, Anderson C, Rajaratnam SM, **Lockley SW.** Temporal dynamics of ocular indicators of sleepiness across sleep restriction. *Journal of Biological Rhythms* 2013; 28(6):412-24. PMID: 24336419. PMCID: PMC4418540

51. Andersen M, Gochenour SJ, **Lockley SW**. Modeling 'non-visual' effects of daylighting in a residential environment. *Building and Environment* 2013; 70:138-149.

52. Shekleton JA, Flynn-Evans EE, Miller B, Epstein LJ, Kirsch D, Brogna LA, Burke LM, Bremer E, Murray JM, Gehrman P, **Lockley SW**, Rajaratnam SMW. Neurobehavioral performance impairment in insomnia: Relationships with self-reported sleep and daytime functioning. *Sleep* 2014; 37(1): 107-116. PMID: 24470700 PMCID: PMC3902875

53. Barger LK*, Wright Jr KP*, Burke TM, Chinoy ED, Ronda JM, **Lockley SW**, Czeisler CA. Sleep and cognitive function of crewmembers and mission controllers working 24-hour shifts during a simulated 105-day spaceflight mission. *Acta Astronautica* 2014; 93(1): 230-42. *Joint first authors*

54. Rahman SA, Flynn-Evans EE, Aeschbach D, Brainard GC, Czeisler CA, **Lockley SW.** Diurnal spectral sensitivity of the acute alerting effects of light. *Sleep* 2014; 37(2): 271-281. PMID: 24501435 PMCID: PMC3900613

55. Sinclair KL, Ponsford JL, Taffe J, **Lockley SW,** Rajaratnam SMW. Randomised controlled trial of light therapy for fatigue following traumatic brain injury. *Neurorehabilitation and Neural Repair* 2014; 28(4):303-13. PMID: 24213962
§ *Dr Sinclair received the 2013 Franz Gerstenbrand Award for this paper*

56. Flynn-Evans EE, Tabandeh H, Skene DJ, **Lockley SW.** Circadian rhythm disorders and melatonin production in 127 blind women with and without light perception. *Journal of Biological Rhythms* 2014; 29(3): 215-24. PMID: 24916394

57. Sigurðardóttir LG*, Markt SC*, Rider JR, Haneuse S, Fall K, Schernhammer ES, Tamimi RM, Flynn-Evans EE, Batista JL, Launer L, Harris T, Aspelund T, Stampfer MJ, Guðnason V, Czeisler CA, **Lockley SW,** Valdimarsdóttir UA†, Mucci LA†. Urinary melatonin levels, sleep disruption, and risk of prostate cancer in elderly men. *European Urology* 2015; 67(2):191-4. PMID: 25107635 * *Joint first authors;* † *Joint senior authors*

58. Markt SC, Valdimarsdóttir UA, Shui IM, Sigurðardóttir LG, Rider JR, Tamimi RM, Batista JL, Haneuse S, Flynn-Evans EE, **Lockley SW,** Czeisler CA, Stampfer MJ, Launer L, Harris T, Smith AV, Guðnason V, Lindstrom S, Kraft P, Mucci LA. Circadian clock genes and risk of fatal prostate cancer. *Cancer Causes Control* 2015; 26(1):25-33. PMID: 25388799 PMCID: PMC4282953

59. Rahman SA, Castanon-Cervantes O, Scheer FAJL, Shea SA, Czeisler CA, Davidson AJ, **Lockley SW.** Endogenous circadian regulation of pro-inflammatory cytokines and chemokines

in the presence of bacterial lipopolysaccharide in humans. *Brain, Behavior, and Immunity* 2015; 47:4-13. PMID: 25452149.

60. Barger LK, Rajaratnam SM, Wang W, O'Brien CS, Sullivan JP, Qadri S, **Lockley SW,** Czeisler CA; The Harvard Work Hours Health and Safety Group. Common sleep disorders increase risk of motor vehicle crashes and adverse health outcomes in firefighters. *Journal of Clinical Sleep Medicine* 2015; 11(3):233-240. PMID: 25580602. PMCID: PMC4346644.

61. St. Hilaire MA, **Lockley SW.** Caffeine does not entrain the circadian clock but improves daytime alertness in blind patients with non-24-hour rhythms [Brief Communication]. *Sleep Medicine* 2015; 16(6):800-4. PMID: 25891543 PMCID: PMC4465963

62. Sletten TL, Segal AY, Flynn-Evans EE, **Lockley SW,** Rajaratnam SM. Inter-individual differences in neurobehavioural impairment following sleep restriction are associated with circadian rhythm phase. *PLoS One* 2015; 10(6):e0128273. PMID: 26043207 PMCID: PMC4456409

63. Ftouni S, Sletten TL, Nicholas CL, Kennaway DJ, **Lockley SW,** Rajaratnam SMW. Ocular measures of sleepiness are increased in night shift workers undergoing a simulated night shift near the peak time of the 6-sulfatoxymelatonin rhythm. *Journal of Clinical Sleep Medicine* 2015; 11(10):1131-41. PMID: 26094925 PMCID:PMC4582054

64. **Lockley SW,** Dressman MA, Licamele L, Xiao C, Fisher DM, Flynn-Evans EE, Hull JT, Torres R, Lavedan C, Polymeropoulos MH. Two multicentre randomised trials of tasimelteon for treatment of Non-24-Hour Sleep-Wake Disorder in the blind. *The Lancet* 2015; 386(10005): 1754-1764. PMID: 26466871

65. Markt SC, Flynn-Evans EE, Valdimarsdóttir UA, Sigurðardóttir LG, Tamimi RM, Batista JL, Haneuse S, **Lockley SW,** Stampfer M, Wilson KM, Czeisler CA, Rider JR, Mucci LA. Sleep duration and disruption and prostate cancer risk: a 23-year prospective study. *Cancer Epidemiology, Biomarkers & Prevention* 2016; 25(2):302-8. PMID: 26677208

66. Flynn-Evans EE, **Lockley SW.** A pre-screening questionnaire to predict non-24 hour sleep wake rhythm disorder (N24HSWD) among the blind. *Journal of Clinical Sleep Medicine* 2016; 12(5):703-710. PMID: 26951421 PMCID:PMC4865557

67. Barger LK, O'Brien CS, Rajaratnam SM, Qadri S, Sullivan JP, Wang W, Czeisler CA, **Lockley SW**. Implementing a sleep health education and sleep disorders screening program in fire departments: A comparison of methodology. *Journal of Occupational and Environmental Medicine* 2016; 58(6):601-9. PMID: 27035103. PMCID: PMC4883642

68. Lane JM, Chang AM, Bjonnes AC, Aeschbach D, Anderson C, Cade BE, Cain SW, Czeisler CA, Gharib SA, Gooley JJ, Gottlieb DJ, Grant SF, Klerman EB, Lauderdale DS, **Lockley SW,** Munch M, Patel S, Punjabi NM, Rajaratnam SW, Rueger M, St. Hilaire MA, Santhi N, Scheuermaier K, Van Reen E, Zee PC, Shea SA, Duffy JF, Buxton OM, Redline S, Scheer FA*, Saxena R*. Impact of common diabetes risk variant in MTNR1B on sleep, circadian and melatonin physiology. *Diabetes* 2016; 65(6):1741-51. PMID:  26868293

69. Chang AM, Bjonnes A, Aeschbach D, Buxton OM, Gooley JJ, Anderson C, Van Reen E, Cain SW, Czeisler CA, Duffy JF, **Lockley SW,** Shea SA, Scheer FA, Saxena R. Circadian gene variants influence sleep and the sleep electroencephalogram in humans. *Chronobiology International* 2016; 33(5):561-73. PMID: 27089043 PMCID: PMC5267557

70. Magee M, Sletten TL, Ferguson SA, Grunstein RR, Anderson C, Kennaway DJ, **Lockley SW,** Rajaratnam SM. Associations between number of consecutive night shifts and impairment of neurobehavioural performance during a subsequent simulated night shift. *Scandinavian Journal of Work, Environment and Health* 2016; 42(3):217-27. PMID: 27064758

71. Newman DP, **Lockley SW,** Loughnane GM, Martins ACP, Abe R, Zoratti MTR, Kelly SP, O'Neill MH, Rajaratnam SMW, O'Connell RG, Bellgrove MA. Ocular exposure to blue-enriched light has an asymmetric influence on neural activity and spatial attention. *Scientific Reports* 2016; 6:27754. PMID: 27291291 PMCID: PMC4904199

72. Amundadottir ML, **Lockley SW,** Andersen M. Unified framework to evaluate non-visual spectral effectiveness of light for human health. *Lighting Research & Technology* 2016; 49(6): 673-696.

73. Sigurðardóttir LG, Markt SC, Sigurdsson S, Aspelund T, Fall K, Schernhammer E, Rider JR, Launer L, Harris T, Stampfer MJ, Guðnason V, Czeisler CA, **Lockley SW,** Valdimarsdóttir UA, Mucci LA. Pineal gland volume assessed by MRI and its correlation with 6-sulfatoxymelatonin levels among older men. *Journal of Biological Rhythms* 2016; 31(5):461-9. PMID: 27449477

74. Segal AY, Sletten TL, Flynn-Evans EE, **Lockley SW,** Rajaratnam SMW. Daytime exposure to short- and medium-wavelength light did not improve alertness and neurobehavioral performance. *Journal of Biological Rhythms* 2016; 31(5):470-82. PMID: 27474192

75. Postnova S, **Lockley SW,** Robinson PA. Sleep propensity under forced desynchrony in a model of arousal state dynamics. *Journal of Biological Rhythms* 2016; 31(5):498-508. PMID: 27432116

76. Bullock B, Murray G, Anderson JL, Cooper-O'Neil T, Gooley JJ, Cain SW, **Lockley SW.** Constraint is associated with earlier circadian phase and morningness: Confirmation of relationships between personality and circadian phase using a constant routine protocol. *Personality and Individual Differences* 2017; 104:69–74. PMID: 28216802

77. Sullivan JP, O'Brien CS, Barger LK, Rajaratnam SMW, Czeisler CA, **Lockley SW**; The Harvard Work Hours, Health and Safety Group. Randomized, prospective study of the impact of a workplace-based sleep health program on firefighter injury and disability. *Sleep* 2017; 40(1). doi: 10.1093/sleep/zsw001. PMID: 28364446
§ Paper selected as 'Editor's Choice' for this issue of SLEEP

78. Murray JM, Sletten TL, Magee M, Gordon C, Lovato N, Bartlett DJ, Kennaway DJ, Lack LC, Grunstein RR, **Lockley SW,** Rajaratnam SMW. Delayed Sleep on Melatonin (DelSoM) Study Group. Prevalence of circadian misalignment and its association with depressive symptoms in delayed sleep phase disorder. *Sleep* 2017; 40(1). doi: 10.1093/sleep/zsw002. PMID: 28364473

79. St. Hilaire MA*, Rüger M*, Fratelli F, Hull JT, Phillips AJK, **Lockley SW.** Modeling neurocognitive decline and recovery during repeated cycles of extended sleep and chronic sleep deficiency. *Sleep* 2017; 40(1). doi: 10.1093/sleep/zsw009. PMID: 28364449

80. Rahman SA, St. Hilaire MA, Chang AM, Santhi N, Duffy JF, Kronauer RE, Czeisler CA, **Lockley SW,** Klerman EB. Circadian phase resetting by a single short-duration light exposure. *JCI Insight* 2017; 2(7):e89494. PMID: 28405608 PMCID: PMC5374060

81. Rahman SA, St. Hilaire MA, **Lockley SW.** The effects of spectral tuning of evening ambient

light on melatonin suppression, alertness and sleep. *Physiology and Behavior* 2017; 177: 221-229. PMID: 28472667

82. Phillips AJK*, Clerx WM*, O'Brien CS, Sano A, Barger LK, Picard RW, **Lockley SW,** Klerman EB, Czeisler CA. Irregular sleep/wake patterns are associated with poorer academic performance and delayed circadian and sleep/wake timing. *Scientific Reports* 2017; 7(1):3216. PMID: 28607474 PMCID: PMC5468315

83. Sletten TL, Ftouni S, Nicholas CL, Magee M, Grunstein RR, Ferguson S, Kennaway DJ, O'Brien D, **Lockley SW,** Rajaratnam SMW. Randomised controlled trial of the efficacy of a blue-enriched light intervention to improve alertness and performance in night shift workers. *Occupational and Environmental Medicine.* 2017; 74(11):792-801. PMID: 28630378

84. Flynn-Evans EE, Shekleton JA, Miller B, Epstein LJ, Kirsch D, Brogna LA, Burke LM, Bremer E, Murray JM, Gehrman P, Rajaratnam SMW, **Lockley SW**. Circadian phase and phase angle disorders in primary insomnia. *Sleep* 2017; 40(12). PMID: 29029340
*§ Paper selected as 'Editor's Choice' for this issue of SLEEP*

85. Cohen S, Fulcher BD, Rajaratnam SMW, Conduit R, Sullivan JP, St Hilaire MA, Phillips AJ, Loddenkemper T, Kothare SV, McConnell K, Ahearn W, Braga-Kenyon P, Schlesinger A, Potter J, Bird F, Cornish KM, **Lockley SW.** Behaviorally-determined sleep phenotypes are robustly associated with adaptive functioning in individuals with low-functioning autism. *Scientific Reports* 2017; 7(1):142287. PMID: 29079761 PMCID: PMC5660229

86. Kelley P, **Lockley SW,** Kelley J, Evans MDR. Is 8:30 a.m. still too early to start school? A 10:00 a.m. school start time improves health and performance of students aged 13-16. *Frontiers in Human Neuroscience* 2017; 11:588. PMID: 29276481 PMCID: PMC5727052

87. Cohen S*, Fulcher BD*, Rajaratnam SMW, Conduit R, Sullivan JP, St Hilaire MA, Philips AJK, Loddenkemper T, Kothare SV, McConnell K, Braga-Kenyon P, Ahearn W, Schlesinger A, Potter J, Bird F, Cornish KM, **Lockley SW.** Sleep patterns predictive of daytime challenging behavior in individuals with low-functioning autism. *Autism Research* 2018; 11(2):391-403. PMID: 29197172

88. Anderson C, Ftouni S, Ronda JM, Rajaratnam SMW, Czeisler CA, **Lockley SW.** Self-reported drowsiness and safety outcomes while driving after an extended duration work shift in trainee physicians. *Sleep* 2018; 41(2) zsx195. PMID: 29281091

89. St. Hilaire MA, Rahman SA, Gooley JJ, Witt-Enderby PA, **Lockley SW.** Relationship between melatonin and bone resorption rhythms in premenopausal women. *Journal of Bone and Mineral Metabolism* 2019; 37(1):60-71. PMID: 29318392

90. Abeysuriya RG, **Lockley SW,** Robinson PA, Postnova S. A unified model of melatonin, 6-sulfatoxymelatonin, and sleep dynamics. *Journal of Pineal Research* 2018; 64(4):e12474. PMID: 29437238

91. Stone JE, Sletten TL, Magee M, Ganesan S, Mulhall MD, Collins A, Howard M, **Lockley SW,** Rajaratnam SMW. Temporal dynamics of circadian phase shifting response to consecutive night shifts in healthcare workers: Role of light-dark exposure. *Journal of Physiology* 2018; 596(12):2381-2395. PMID: 29589871

92. Hull JT, Czeisler CA, **Lockley SW.** Suppression of melatonin secretion in totally visually blind people by ocular exposure to white light: Clinical characteristics. *Ophthalmology* 2018;

125(8):1160-1171. PMID: 29625838

93. Postnova S, **Lockley SW,** Robinson PA. Prediction of cognitive performance and subjective sleepiness using a model of arousal dynamics. *Journal of Biological Rhythms* 2018; 33(2):203-218. PMID: 29671707

94. Rahman SA, St. Hilaire MA, Gronfier C, Chang AM, Santhi N, Czeisler CA, Klerman EB, **Lockley SW.** Functional decoupling of melatonin suppression and circadian phase resetting in humans. *Journal of Physiolog*y 2018; 596(11):2147-2157. PMID: 29707782

95. Vidafar P, Gooley JJ, Burns AC, Rajaratnam SMW, Rueger M, Van Reen E, Czeisler CA, **Lockley SW,** Cain SW. Increased vulnerability to attentional failure during acute sleep deprivation in women depends on menstrual phase. *Sleep* 2018; 41(8). PMID: 29790961
§ Paper selected as 'Editor's Choice' for this issue of SLEEP

96. Sletten TL, Magee M, Murray JM, Gordon CJ, Lovato N, Kennaway DJ, Gwini SM, Bartlett DJ, **Lockley SW,** Lack LC, Grunstein RR, Rajaratnam SMW; for the Delayed Sleep on Melatonin (DelSoM) Study Group. Efficacy of melatonin with behavioural sleep-wake scheduling for delayed sleep-wake phase disorder: A double-blind, randomised clinical trial. *PLoS Medicine* 2018; 15(6):e1002587. PMID: 29912983 PMCID: PMC6005466

97. McMahon WR, Ftouni S, Drummond SPA, Maruff P, **Lockley SW,** Rajaratnam SMW, Anderson C. The wake maintenance zone shows task dependent changes in cognitive function following one night without sleep. *Sleep* 2018; 41(10). PMID: 30169703

98. Ogeil RP, Barger LK, **Lockley SW,** O'Brien CS, Sullivan JP, Qadri S, Lubman DI, Czeisler CA, Rajaratnam SMW. Cross-sectional analysis of sleep-promoting and wake-promoting drug use on health, fatigue-related error and near crashes in police officers. *BMJ Open* 2018; 8(9):e022041. PMID: 30232109 PMCID:PMC6150149

99. Vandewalle G*, van Ackeren MJ*, Daneault V, Hull JT, Albouy G, Lepore F, Doyon J, Czeisler CA, Dumont M, Carrier J, **Lockley SW,** Collignon O. Light modulates oscillatory alpha activity in the occipital cortex of totally visually blind individuals with intact non-image-forming photoreception. *Scientific Reports* 2018; 8(1):16968. PMID: 30446699 PMCID:PMC6240048

100. Watson LA, Phillips AJK, Hosken IT,  McGlashan EM, Anderson C, Lack LC, **Lockley SW,** Rajaratnam SMW, Cain SW. Increased sensitivity of the circadian system to light in Delayed Sleep-Wake Phase Disorder. *Journal of Physiolog*y 2018; 596(24):6249-6261. PMID: 30281150

101. Hanifin JP, **Lockley SW,** Cecil K, West K, Westa M, Jablonski M, Warfield B, James M, Ayers M, Byrne B, Gerner E, Pineda C, Rollag M, Brainard GC. Randomized trial of polychromatic blue-enriched light for circadian phase shifting, melatonin suppression, and alerting responses. *Physiology and Behavior* 2019; 198:57-66. PMID: 30296404

102. St. Hilaire MA, Anderson C, Anwar J, Sullivan JP, Cade BE, Flynn-Evans EE, Czeisler CA, **Lockley SW**; for the Harvard Work Hours Health and Safety Group. Brief (<4 hour) sleep episodes are insufficient for restoring performance in first-year resident physicians working overnight extended-duration work shifts. *Sleep* 2019; 42(5). PMID: 30794317

103. Grant LK, Ftouni S, Nijagal B, De Souza DP, Tull D, McConville MJ, Rajaratnam SW, **Lockley SW,** Anderson C. Circadian and wake-dependent changes in human plasma polar metabolites during prolonged wakefulness: A preliminary analysis. *Scientific Reports* 2019;

9(1):4428. PMID: 30872634 PMCID: PMC6418225

104. Ganesan S, Magee M, Stone JE, Mulhall MD, Collins A, Howard ME, **Lockley SW,** Rajaratnam SMW, Sletten TL. The impact of shiftwork on sleep, alertness and performance in healthcare workers. *Scientific Reports* 2019; 9(1):4635. PMID: 30874565 PMCID: PMC6420632

105. Mulhall MD, Sletten TL, Magee M, Stone JE, Ganesan S, Collins A, Anderson C, **Lockley SW,** Howard ME, Rajaratnam SMW. Sleepiness and driving events in shift workers: The impact of circadian and homeostatic factors. *Sleep* 2019; 42(6). PMID: 30882154

106. Blackwell T, Kriesel DR, Vittinghoff E, O'Brien CS, Sullivan JP, Viyaran NC, Rahman SA, **Lockley SW,** Barger LK, Halblower AC, Poynter SE, Wright Jr KP, Yu PL, Zee PC, Landrigan CP, Czeisler CA, Stone KL; and the ROSTERS Study Group. Design and recruitment of the Randomized Order Safety Trial Evaluating Resident-physician Schedules (ROSTERS) study. *Contemporary Clinical Trials* 2019; 80:22-33. PMID: 30885799 PMCID: PMC6482052.

107. Chang AM, Duffy JF, Buxton OM, Lane JM, Aeschbach D, Anderson C, Bjonnes AC, Cain SW, Cohen DA, Frayling TM, Gooley JJ, Jones SE, Klerman EB, **Lockley SW,** Munch M, Rajaratnam SMW, Rueger M, Rutter MK, Santhi N, Scheuermaier K, Van Reen E, Weedon MN, Czeisler CA, Scheer FAJL*, Saxena R*. Chronotype genetic variant in PER2 is associated with intrinsic circadian period in humans. *Scientific Reports* 2019; 9(1):5350. PMID: 30926824 PMCID: PMC6440993

108. Barger LK, Sullivan JP, Blackwell T, O'Brien CS, St. Hilaire MA, Rahman SA, Phillips AJK, Qadri S, Wright KP, Segar JL, McGuire JK, Vitiello MV, de la Iglesia HO, Poynter SE, Yu PL, Zee PC, Sanderson AL, Halbower AC, **Lockley SW,** Landrigan CP, Stone KL, Czeisler CA; ROSTERS Study Group. Effects on resident work hours, sleep duration and work experience in a Randomized Order Safety Trial Evaluating Resident-physician Schedules (ROSTERS). *Sleep* 2019; 42(8). PMID: 31106381

109. Wolkow AP, Barger LK, O'Brien CS, Sullivan JP, Qadri S, **Lockley SW,** Czeisler CA, Rajaratnam SMW. Associations between sleep disturbances, mental health outcomes and burnout in firefighters, and the mediating role of sleep during overnight work: A cross-sectional study. *Journal of Sleep Research* 2019; e12869. PMID: 31131535

110. Murray JM, Phillips AJK, Magee M, Sletten TL, Gordon C, Lovato N, Bei B, Bartlett DJ, Kennaway DJ, Lack LC, Grunstein RR, **Lockley SW**, Rajaratnam SMW; for the Delayed Sleep on Melatonin (DelSoM) Study Group. Sleep regularity is associated with sleep-wake and circadian timing, and mediates daytime function in Delayed Sleep-Wake Phase Disorder. *Sleep Medicine* 2019; 58:93-101. PMID: 31132578

111. Phillips AJK*, Vidafar P*, Burns AC, McGlashan EM, Anderson C, Rajaratnam SMW, **Lockley SW,** Cain SW. High sensitivity and interindividual variability in the response of the human circadian system to evening light. *Proceedings of the National Academy of Science USA* 2019; 116(24):12019-12024. PMID: 31138694 PMCID: PMC6575863

112. Razavi P, Devore EE, Bajaj A, **Lockley SW,** Figueiro MG, Ricchiuti V, Gauderman WJ, Hankinson SE, Willett WC, Schernhammer E. Shift work, chronotype, and melatonin rhythm in nurses. *Cancer Epidemiology, Biomarkers & Prevention* 2019; 28(7):1177-1186. PMID: 31142495

113. Booker LA, Sletten TL, Alvaro PK, Barnes M, Collins A, Chai-Coetze CL, Naqvi A, McMahon M, **Lockley SW**, Rajaratnam SMW, Howard ME. Exploring the associations between shift work disorder, depression, anxiety and sick leave taken amongst nurses. *Journal of Sleep Research* 2020; 29(3):e12872. PMID:  31144389

114. Stone JE, Phillips AJK, Ftouni S, Magee M, Howard M, **Lockley SW**, Sletten TL, Anderson C, Rajaratnam SMW, Postnova S. Generalizability of a neural network model for circadian phase prediction in real-world conditions. *Scientific Reports* 2019; 9(1):11001. PMID: 31358781 PMCID: PMC6662750

115. Stone JE, Aubert XL, Maass H, Phillips AJK, Magee M, Howard ME, **Lockley SW**, Rajaratnam SMW, Sletten TL. Application of a limit-cycle oscillator model for prediction of circadian phase in rotating night shift workers. *Scientific Reports* 2019; 9(1):11032. PMID: 31363110 PMCID: PMC6667480

116. Rahman SA, Grant LK, Gooley JJ, Rajaratnam SMW, Czeisler CA, **Lockley SW.** Endogenous circadian regulation of female reproductive hormones. *Journal of Clinical Endocrinology and Metabolism* 2019; 104(12):6049-6059. PMID: 31415086

117. Chua EC, Sullivan JP, Duffy JF, Klerman EB, **Lockley SW**, Kristal BS, Czeisler CA, Gooley JJ. Classifying attentional vulnerability to total sleep deprivation using baseline features of Psychomotor Vigilance Test performance. *Scientific Reports* 2019; 9(1):12102. PMID: 31431644 PMCID: PMC6702200

118. St. Hilaire MA, Kristal BS, Rahman SA, Sullivan JP, Quackenbush J, Duffy JF, Barger LK, Gooley JJ, Czeisler CA, **Lockley SW.** Using a single daytime performance test to identify most individuals at high-risk for performance impairment during extended wake. *Scientific Reports* 2019; 9(1):16681. PMID: 31723161 PMCID: PMC6853981

119. Peterson SA*, Wolkow AP*, **Lockley SW,** O'Brien CS, Qadri S, Sullivan JP, Czeisler CA, Rajaratnam SMW, Barger LK. Associations between shift work characteristics, shift work schedules, sleep and burnout in North American police officers: a cross-sectional study. *BMJ Open* 2019; 9(11):e030302. PMID: 31791964 PMCID: PMC6924705

120. Rahman SA, Wright Jr KP, **Lockley SW**, Czeisler CA, Gronfier C. Characterizing the temporal dynamics of melatonin and cortisol changes in response to nocturnal light exposure. *Scientific Reports* 2019; 9(1):19720. PMID: 31873098 PMCID: PMC6928018

121. Grant LK, Gooley JJ, St Hilaire MA, Rajaratnam SMW, Brainard GC, Czeisler CA, **Lockley SW,** Rahman SA. Menstrual phase-dependent differences in neurobehavioral performance: The role of temperature and the progesterone/estradiol ratio. *Sleep* 2020; 43(2). pii: zsz227. PMID: 31670824

122. Booker LA, Barnes M,  Alvaro P, Collins A, Chai-Coetze CL, McMahon M, **Lockley SW,** Rajaratnam SMW, Howard ME. Sletten TL. The role of sleep hygiene in the risk of Shift Work Disorder in nurses. *Sleep* 2020; 43(2). pii: zsz228. PMID: 31637435

123. Rahman SA, Rood D, Trent N, Solet J, Langer EJ*, **Lockley SW*.** Manipulating sleep duration perception changes cognitive performance – An exploratory analysis. *Journal of Psychosomatic Research* 2020; 132: 109992. PMID: 32172039 PMCID: PMC7568839

124. Landrigan CP, Rahman SA, Sullivan JP, Vittinghoff E, Barger LK, Sanderson AL, Wright Jr KP, O'Brien CS, Qadri S, St. Hilaire MA, Halbower AC, Segar JL, McGuire JK, Vitiello MV,

de la Iglesia HO, Poynter SE, Yu PL, Zee PC, **Lockley SW,** Stone KL, Czeisler CA, for the ROSTERS Study Group. Effect on patient safety of a resident physician schedule without 24 hour Shifts. *New England Journal of Medicine* 2020; 382(26): 2514-2523. PMID: 32579812 PMCID: PMC7405505

125. Tekieh T, **Lockley SW,** Robinson PA, McCloskey S, Zobaer MS, Postnova S. Modelling melanopsin-mediated effects of light on circadian phase, melatonin suppression and subjective sleepiness. *Journal of Pineal Research* 2020; 69(3):e12681. PMID: 32640090

126. Magee M, Sletten TL, Murray JM, Gordon CJ, Lovato N, Bartlett DJ, Kennaway DJ, **Lockley SW,** Lack LC, Grunstein RR, Archer SN, Rajaratnam SMW; for the Delayed Sleep on Melatonin (DelSoM) Study Group. A PERIOD3 variable-number-tandem-repeat polymorphism modulates melatonin treatment response in Delayed Sleep-Wake Phase Disorder. *Journal of Pineal Research* 2020; 69(4):e12684. PMID: 32682347

127. McMahon WR, Ftouni S, Phillips AJK, Beatty C, **Lockley SW,** Rajaratnam SMW, Maruff P, Drummond SPA, Anderson C. The impact of structured sleep schedules prior to an in-laboratory study: Individual differences in sleep and circadian timing. *PLoS One*. 2020; 15(8):e0236566. PMID: 32785281 PMCID: PMC7423117

128. Grant LK, Czeisler CA, **Lockley SW,** Rahman SA. Time-of-day and meal size effects on clinical lipid markers. *Journal of Clinical Endocrinology and Metabolism* 2021; 106(3):e1373-e1379. PMID: 33051649

129. Barger LK, Sullivan JP, **Lockley SW,** Czeisler CA. Exposure to short wavelength-enriched white light and exercise improves alertness and performance in operational NASA flight controllers working overnight shifts. *Journal of Occupational and Environmental Medicine* 2021; 63(2):111-118. PMID: 33065729

130. Chen Y, Broman AT, Priest G, Landrigan CP, Rahman SA, **Lockley SW.** The effect of blue-enriched lighting on medical error rate in a university hospital ICU. *Joint Commission Journal on Quality and Patient Safety*, 2021; 47(3):165-175. PMID: 33341396

131. Rahman SA, Sullivan JP, Barger LK, St. Hilaire MA, O'Brien CS, Stone KL, Phillips AJK, Klerman EB, Qadri S, Wright Jr KP, Halbower AC, Segar JL, McGuire JK, Vitiello MV, de la Iglesia HO, Poynter SE, Yu PL, Sanderson AL, Zee PC, Landrigan CP, Czeisler CA, **Lockley SW** for the ROSTERS Study Group**.** Extended work shifts and neurobehavioral performance in resident-physicians. *Pediatrics* 2021; 147(3):e2020009936. PMID: 33619044

132. Grant LK, Kent BA, Mayer MD, Stickgold R, **Lockley SW,** Rahman SA. Daytime exposure to short wavelength-enriched light improves cognitive performance in sleep-restricted college-aged adults. *Frontiers in Neurology* 2021; 12:624217. PMID: 33692742 PMCID: PMC7937889

133. Rahman SA, Brainard GC, Czeisler CA, **Lockley SW**. Spectral sensitivity of circadian phase resetting, melatonin suppression and acute alerting effects of intermittent light exposure. *Biochemical Pharmacology* 2021; 191:114504. PMID: 33711285

134. McMahon WR, Ftouni S, Diep C, Collet J, **Lockley SW,** Rajaratnam SMW, Maruff P, Drummond SPA, Anderson C. The impact of the wake maintenance zone on attentional capacity, physiological drowsiness, and subjective task demands during sleep deprivation. *Journal of Sleep Research* 2021; 30(5):e13312. PMID: 33734527

135. Bazzi LA, Sigurðardóttir LG, Sigurdsson S, Valdimarsdóttir UA, Torfadottir J, Aspelund T, Czeisler CA, **Lockley SW,** Jonsson E, Launer L, Harris T, Guðnason V, Mucci LA, Markt SC. Exploratory assessment of pineal gland volume, composition, and urinary 6-sulfatoxymelatonin levels on prostate cancer risk. *Prostate*, 2021; 81(8):487-496. PMID: 33860950

136. Murray JM, Magee M, Sletten TL, Gordon C, Lovato N, Ambani K, Bartlett DJ, Kennaway DJ, Lack LC, Grunstein RR, **Lockley SW**, Rajaratnam SMW, Phillips AJK; for the Delayed Sleep on Melatonin (DelSoM) Study Group. Light-based methods for predicting circadian phase in Delayed Sleep-Wake Phase Disorder. *Scientific Reports* 2021; 11(1):10878. PMID: 34035333 PMCID: PMC8149449

137. Sletten TL, Raman B, Magee M, Ferguson SA, Kennaway DJ, Grunstein RR, **Lockley SW,** Rajaratnam SMW. A blue-enriched, increased intensity light intervention to improve alertness and performance in rotating night shift workers in an operational setting. *Nature and Science of Sleep*; 2021; May 24;13:647-657. PMID: 34079409 PMCID: PMC8163632

138. Knock SA, Magee M, Stone JE, Ganesan S, Mulhall MD, **Lockley SW**, Howard ME, Rajaratnam SMW, Sletten TL, Postnova S. Prediction of shiftworker alertness, sleep, and circadian phase using a model of arousal dynamics constrained by shift schedules and light exposure. *Sleep*; 2021; 44(11):zsab146. doi: 10.1093/sleep/zsab146. PMID: 34111278 PMCID: PMC8598188

139. Grant LK, St. Hilaire MA, Brainard GC, Czeisler CA, **Lockley SW,** Rahman SA. Endogenous circadian regulation and phase resetting of clinical metabolic biomarkers. *Journal of Pineal Research*; 2021; 71:e12752. PMID: 34118084

140. Connolly LJ, Rajaratnam SMW, Murray JM, Spitz G, **Lockley SW,** Ponsford JL. Home-based light therapy for fatigue following acquired brain injury: A Pilot randomized controlled trial. *BMC Neurology*; 2021; 21(1):262. PMID: 34225698 PMCID: PMC8256500

141. Stone JE, Phillips AJK, Chachos E, Hand AJ, Lu S, Carskadon MA, Klerman EB, **Lockley SW**, Wiley JF, Bei B*, Rajaratnam SMW* for the CLASS Study Team. In-person vs home schooling during the COVID-19 pandemic: Differences in sleep, circadian timing, and mood in early adolescence. *Journal of Pineal Research;* 2021; 71(2):e12757. PMID: 34273194 PMCID: PMC8420593

142. Connolly LJ, Rajaratnam SMW, Spitz G, **Lockley SW,** Ponsford JL. Factors associated with response to pilot home-based light therapy for fatigue following traumatic brain injury and stroke. *Frontiers in Neurology*; 2021; 12:651392. PMID: 34335435. PMCID: PMC8319544

143. Connolly LJ, Ponsford JL, Rajaratnam SMW, **Lockley SW.** Development of a home-based light therapy for fatigue following traumatic brain injury: Two case studies. *Frontiers in Neurology* 2021; 12:651498. PMID: 34589041 PMCID: PMC8473693

144. Booker LA, Sletten TL, Barnes M,  Alvaro P, Collins A, Chai-Coetze CL, McMahon M, **Lockley SW,** Rajaratnam SMW, Howard ME. The effectiveness of an individualized sleep and shift work education and coaching program to manage shift work disorder in nurses - A randomized controlled trial. *Journal of Clinical Sleep Medicine;* 2021 Dec 7. doi: 10.5664/jcsm.9782. Online ahead of print.; in press. PMID: 34870586

145. Kent BA, Rahman SA, St. Hilaire MA, Grant LK, Rüger M, Czeisler CA, **Lockley SW**. Circadian rhythms of lipids and hepatic proteins shift with a phase response curve different than

melatonin in humans. *Nature Communications;* 2022; in press.

**Other peer-reviewed publications**

1. Arendt J, Skene DJ, Middleton B, **Lockley SW**, Deacon S. Efficacy of melatonin treatment in jet-lag, shiftwork and blindness [Review]. *Journal of Biological Rhythms* 1997;12(Pt 6):604-17. PMID: 9406036.

2. Dijk D-J, **Lockley SW**. Integrations of human sleep-wake regulation and circadian rhythmicity [Review]. *Journal of Applied Physiology* 2002;92(Pt 2):852-862. PMID: 11796701.

3. **Lockley SW**, Landrigan CP, Barger LK, Czeisler CA. When policy meets physiology: The challenge of reducing resident work hours [Review]. *Clinical Orthopaedics and Related Research* 2006; 449:116-127. PMID: 16770285.

4. **Lockley SW**, Arendt J, Skene DJ. Visual impairment and circadian rhythm disorders [Review]. *Dialogues in Clinical Neuroscience*, 2007; 9(3):301-314. PMID: 17969867. PMCID: PMC3202494.

5. **Lockley SW,** Barger LK, Ayas NT, Rothschild JM, Czeisler CA, Landrigan CP. Effects of healthcare provider work hours and sleep deprivation on safety and performance. [Review] *Joint Commission Journal on Quality and Patient Safety,* 2007; 33(11, Suppl 1): 7-18. PMID: 18173162.

6. Landrigan CP, Czeisler CA, Barger LK, Ayas NT, Rothschild JM, **Lockley SW.** Reducing fatigue-related errors and injuries in healthcare: Effective implementation of work hour limits and systemic improvements [Review] *Joint Commission Journal on Quality and Patient Safety,* 2007; 33(11, Suppl 1): 19-29. PMID: 18173163.

7. Stevens RG, Blask DE, Brainard GC, Hansen J, **Lockley SW,** Provencio I, Rea MS, Reinlib LE. The role of environmental lighting and circadian disruption in cancer and other diseases. [Meeting Report] *Environmental Health Perspectives* 2007; 115:1357–1362. PMID: 17805428. PMCID: PMC1964886.

8. Pechacek CS, Andersen M, **Lockley SW.** Combining annual daylight simulation with photobiology data to assess the relative circadian efficacy of interior spaces. In: Proceedings of eSim 2008; Bi-annual conference of the International Building Performance Simulation Association (IBPSA) - Canada; 2008 May 21-22; Quebec City, Canada.

9. Barger LK, **Lockley SW,** Rajaratnam SW, Landrigan CP. Neurobehavioral, health and safety consequences associated with shift work in safety sensitive professions [Review]. *Current Neurology and Neuroscience Reports* 2009; 9(2): 155-64. PMID: 19268039.

10. Loddenkemper T, **Lockley SW,** Kaleyias J, Kothare SV. Chronobiology of epilepsy: Diagnostic and therapeutic implications of chrono-epileptology. [Review]. *Journal of Clinical Neurophysiology* 2011; 28(2):146-53. PMID: 21399517.

11. Sigurðardóttir LG, Valdimarsdóttir UA, Fall K, Rider JR, **Lockley SW**, Schernhammer ES Mucci LA. Circadian disruption, sleep loss and prostate cancer risk: A systematic review of epidemiological studies. *Cancer Epidemiology, Biomarkers & Prevention* 2012; 21(7):1002-11. PMID: 22564869. PMCID: PMC3392423.

12. Stevens RG, Brainard GC, Blask DE, **Lockley SW,** Motta ME. Adverse health effects of

nighttime lighting: Comments on American Medical Association Policy Statement. *American Journal of Preventative Medicine* 2013; 45(3):343–346. PMID: 23953362.

13. Lucas RJ†, Peirson SN†, Berson DM, Brown TM, Cooper HM, Czeisler CA, Figueiro MG, Gamlin PD, **Lockley SW,** O'Hagan JB, Price LL, Provencio I, Skene DJ, Brainard GC. Measuring and using light in the melanopsin age [Meeting Report]. †Joint first author. *Trends in Neurosciences* 2014; 37(1): 1-9. PMID: 24287308.

14. Stevens RG, Brainard GC, Blask DE, **Lockley SW,** Motta ME. Breast cancer and circadian disruption from electric lighting in the modern world [Review]. *CA: A Cancer Journal for Clinicians* 2014; 64(3):207-18. PMID: 24604162.

15. Kelley P, **Lockley SW,** Foster RG, Kelley J. Synchronizing education to adolescent biology: 'Let teens sleep, start school later'. *Learning, Media and Technology* 2015; 40(2):210-226.

16. Cohen S, Conduit R, **Lockley SW,** Rajaratnam SM, Cornish KM. The relationship between sleep and behavior in autism spectrum disorders (ASD): A review [Review]. *Journal of Neurodevelopmental Disorders* 2014; 6(1):44. PMID: 25530819 PMCID: PMC4271434.

17. Lee CJ, Nolan DM, **Lockley SW**, Pattison B. Law-based arguments and messages to advocate for later school start time policies in the United States [Review]. *Sleep Health* 2017; 3(6):486-497. PMID: 29157645

18. Spitschan MJ, Stefani O, Blattner P, Gronfier C, **Lockley SW,** Lucas RJ. How to report light exposure in human chronobiology and sleep research experiments [Tutorial]. *Clocks & Sleep* 2019; 1(3): 280-289. PMID: 31281903 PMCID: PMC6609447

19. Vetter C, Phillips AJK, Silva A, **Lockley SW,** Glickman G. Light me up? Why, when, and how much light we need. SRBR White Papers Series. *Journal of Biological Rhythms* 2019; 34(6):573-575. PMID: 31813350

20. **Lockley SW**. Guideline for authors: Measuring melatonin in humans. *Journal of Pineal Research* 2020; 69(2):e12664. PMID: 32344453

21. Sides MB, Johnston SL, Sirek A, Lee PH, Blue RS, Antonsen EL, Basner M, Douglas GL, Epstein A, Flynn-Evans EE, Gallagher MB, Hayes J, Lee SMC, **Lockley SW,** Monseur B, Nelson NG, Sargsyan A, Smith SM, Stenger MB, Stepanek J, Zwart SR on behalf of the Bellagio II Team. Bellagio II Report: Terrestrial Applications of Space Medical Research [Meeting Report]. *Aerospace Medicine and Human Performance* 2021; 92(8):650-669. PMID: 34503618

## Scholarship without named authorship

1. Horrocks N, Pounder R.* Working the night shift: Preparation, survival and recovery - a guide for Junior Doctors. *Clinical Medicine* 2006; 6(1): 61-7.
(*member of the Royal College of Physicians Short-Term Working Group on Medical Nocturnal Shiftwork and contributed significantly to the writing of the publication)

2. Motta M, Blask D, Brainard G, Gibbons R, **Lockley S,** Stevens R. Light Pollution: Adverse Health Effects of Nighttime Lighting. [Report] American Medical Association Council on Science And Public Health CSAPH Report 3-I-11; 2012.

3. Flower D. Your guide to sleep and shift working. *Commentary. Membership magazine of the*

*Royal College of Physicians*. 2015; 5: 12-14.
 (*member of the Royal College of Physicians Working Group on Fatigue and contributed significantly to the writing of the publication)

4. Allen JG, editor. The 9 foundations of a healthy building, Boston, USA: Harvard School of Public Health; 2017.
(*member of the writing team and contributed significantly to the writing of 'Lighting and Views')


**Non-peer reviewed scientific or medical publication in print or other media**

**Proceedings of meetings or other non-peer reviewed scholarship**

1. Skene DJ, **Lockley SW**, Tabandeh H, Defrance R, Bird AC, Arendt J. Visual pathology and human circadian rhythms. In: Webb SM, Puig-Domingo M, Møller M, Pévet P. Pineal Update; From Molecular Mechanisms to Clinical Implications. New York: PJD Publications Ltd; 1997. p. 349-53.

2. **Lockley SW**, Skene DJ, Arendt J. Changes in sleep in relation to circadian phase in the blind [Chapter]. In: Touitou Y, editor. Biological Clocks Mechanisms and Applications. Amsterdam: Elsevier; 1998. p. 247-52.

3. Skene DJ, **Lockley SW**, Arendt J. Melatonin and circadian sleep disorders. *Farmakoterapia w Psychiatrii i Neurologii* 98 1998;1:93-102.

4. Arendt J, Skene DJ, **Lockley S,** Middleton B. Effects of melatonin on human circadian rhythms. INABIS '98 - 5th Internet World Congress on Biomedical Sciences 1999; http://www.mcmaster.ca/inabis98/brown/arendt0880/index.html.

5. Skene DJ, **Lockley SW**, Arendt J. Use of melatonin in the treatment of phase shift and sleep disorders. In: Huether G, Kochan W, Simat TJ, Steinhart H, editors. Tryptophan, serotonin and melatonin: Basic aspects and applications. London: Plenum Publishers; 1999. p. 79-84. (*Advance in Experimental Medicine and Biology*; vol. 467.) PMID: 10721041.

6. Skene DJ, **Lockley SW**, Arendt J. Light perception and melatonin rhythms in the blind. In: Holick MK, Jung EG, editors. Biologic Effects of Light 1998. Berlin: Walter de Gruyter; 1999. p. 375-81.

7. **Lockley SW**, Skene DJ, Thapan K, English J, Ribeiro D, von Schantz M, Arendt J. Extraocular light exposure does not suppress plasma melatonin in humans. In: Holick MK, Jung EG, editors. Biologic Effects of Light 1998. Berlin: Walter de Gruyter; 1999. p. 403-6.

8. **Lockley SW**, Czeisler CA. Light and human circadian regulation. In: McGowan T, editor. In: Proceedings of the 5th International LRO Lighting Research Symposium (EPRI 1009370). Palo Alto, California: Electric Power Research Institute, 2003.

9. **Lockley SW**. Effects of light on human circadian rhythms. In: Goering P.L.E., editor. In: Proceedings of the International Ecology of the Night Symposium. Muskoka, Canada: Muskoka Heritage Foundation, 2003.

10. **Lockley SW**. Light and human circadian regulation. In: Proceedings of the CIE Expert Symposium on Light and Health: Non-visual effects (CIE x027:2004). Vienna, Austria:

Commission Internationale de L'Eclairage (CIE), 2005.

11. Skene DJ, **Lockley SW**, Hack L, Arendt J. Free-running circadian rhythms in the blind and their correction by melatonin treatment. In: Honma K, Honma S, editors. Biological Rhythms, Sapporo, Japan: Hokkaido University Press; 2005. p. 133-141.

12. **Lockley SW**. Photoreception for human circadian rhythm regulation and other brain functions. In: Proceedings of the 2nd CIE Expert Symposium on Light and Health (CIE x031:2006). Ottawa, Canada: Commission Internationale de L'Eclairage (CIE), 2006.

13. **Lockley SW.** Spectral sensitivity of circadian, neuroendocrine and neurobehavioral effects of light. [Proceedings] *Journal of the Human-Environment System* 2008; 11(1): 43-49.

14. Pechacek CS, Andersen M, **Lockley SW.** Prospective evaluation of the circadian efficacy of (day)light in rooms. In: Proceedings of the Annual meeting of the Illuminating Engineering Society of North American (IESNA), Day & Night: An Exploration of Light – Moving Ideas Into Action; 2008 Nov 9-11; Savannah, USA.

15. Ámundadóttir ML, St. Hilaire MA, **Lockley SW,** Andersen M. Modeling non-visual responses to light: Unifying spectral sensitivity and temporal characteristics in a single model structure.  In: Proceedings of the CIE Centenary Conference. Towards a new century of light (CIE x038:20136). Paris, France. Commission Internationale de L'Eclairage (CIE), 2013, pp101-110.

16. Ámundadóttir ML, **Lockley SW,** Andersen M. Simulation-based evaluation of non-visual responses to daylighting: Proof-of-concept study of healthcare re-design. In: Proceedings of the 13th International Conference of the International Building Performance Simulation Association (IBPSA); Aug 25-30; Chambéry, France, 2013, pp2757-64.

17. Ámundadóttir ML, **Lockley SW,** Andersen M. Integrating non-visual effects of light into lighting simulation: Challenges ahead. In: Proceedings of the 12th European Lighting Conference (LUX EUROPA 2013); September 17-19; Krakow, Poland, 2013, pp177-82.

18. Ámundadóttir ML, Lockley SW, Andersen M. A unified framework for evaluating non-visual spectral effectiveness of ocular light exposure: Key concepts: In: Proceedings of the 28th Session of the CIE. Manchester, UK. Commission Internationale de L'Eclairage (CIE), 2015.

19. Cooperative Research Centre for Alertness Safety and Productivity and the Sleep Health Foundation, Australia. WorkAlert website http://www.workalert.org.au
(*Prepared all website content)

20. Rahman SA, McNeely E, Dumas A, Tedhams G, **Lockley SW.** The effects of blue-enriched white LED light on office workers' self-reported wellbeing. Proceedings of the 2018 IES Research Symposium Light + Human Health; April 8-10; Atlanta, USA, 2018, pp550-559.

21. Young A, Brock D. Australasian Sleep Association and Sleep Health Foundation submission to the Royal Commission into Aged Care Quality and Safety, 2019.
(*Coauthored '*Lighting to improve cognition, mood, sleep and health in aged care facilities*')

**Reviews, chapters, monographs and editorials**

1. Skene DJ, **Lockley SW**, Arendt J. Melatonin in circadian sleep disorders in the blind [Review].

*Biological Signals and Receptors* 1999;8:90-5. PMID: 10085469.

2. Skene DJ, **Lockley SW**, Thapan K, Arendt J. Effects of light on human circadian rhythms [Review]. *Reproduction, Nutrition and Development* 1999;39(Pt 3):295-304. PMID: 10420432.

3. **Lockley SW**. Timed melatonin treatment for Delayed Sleep Phase Syndrome: The importance of knowing circadian phase [Editorial]. *Sleep* 2005; 10(Pt 8): 1214-1216. PMID: 16295202.

4. **Lockley SW**, Gooley JJ. Circadian photoreception: Spotlight on the brain. [Editorial] *Current Biology* 2006; 16(Pt 18): R795-797. PMID: 16979545.

5. **Lockley SW.** Shining a light on circadian rhythm. [Review] *Ophthalmology Times,* 2008; (Apr 15 Supplement): 5-6.

6. **Lockley SW.** Circadian photoreception in humans: A review of its recent history and current research areas. [Monograph] Santa Anna, CA: Advanced Medical Optics Inc.; 2008.

7. Figueiro MG, Brainard GC, **Lockley SW,** Revell VL, White R. Light and Human Health: An overview of the impact of optical radiation on visual, circadian, neuroendocrine and neurobehavioral responses. [Technical Report] Illuminating Engineering Society of North America (IESNA) Technical Memorandum TM-18-08; New York, USA: IESNA; 2008.

8. Weaver DR, **Lockley SW**. Circadian rhythms: Melatonin regulation of circadian rhythmicity in vertebrates. [Book Chapter]. In: Squire LR, editor. *Encyclopaedia of Neuroscience*, Oxford, UK: Academic Press; 2009; 5: 721-732.

9. **Lockley SW**. Circadian rhythms: Influence of light in humans. [Book Chapter]. In: Squire LR, editor. *Encyclopaedia of Neuroscience*, Oxford, UK: Academic Press; 2009; 5: 971-986.

10. Wright Jr. KP, Drake CL, **Lockley SW.** Diagnostic tools for circadian rhythm sleep disorders. [Book Chapter]. In: Kushida CA, editor. *Handbook of Sleep Disorders*, New York, USA: Informa Healthcare 2009; 147-173.

11. **Lockley SW.** Human health implications of light pollution. [Book Chapter] In: Mizon W, editor. *Blinded by the Light? Campaign for Dark Skies (CfDS) Handbook 2009*, London, UK: British Astronomical Association; 2009; 21-25.

12. Uchiyama M, **Lockley SW.** Non-24-hour sleep–wake syndrome in sighted and blind patients [Review]. *Sleep Medicine Clinics of North America* 2009; 4(2): 195-211.

13. Cappuccio FP, Miller MA, **Lockley SW.** Sleep, health and society: the contribution of epidemiology [Book Chapter]. In: Cappuccio FP, Miller MA, Lockley SW, editors. *Sleep, health and society: From Aetiology to Public Health,* Oxford, UK: Oxford University Press; 2010; pp. 1-8.

14. **Lockley SW**. Principles of sleep-wake regulation [Book Chapter]. In: Cappuccio FP, Miller MA, Lockley SW, editors. *Sleep, health and society: From Aetiology to Public Health,* Oxford, UK: Oxford University Press; 2010; pp. 9-34.

15. **Lockley SW.** Overview of the circadian timekeeping system and diagnostic tools for circadian rhythm sleep disorders. [Book Chapter]. In: Barkoukis T, Matheson JK, Ferber R, Doghramji K, editors. *Therapy in Sleep Medicine,* Amsterdam, The Netherlands: Elsevier; 2011; 363-377.

16. Ftouni S, Sletten TL, Barger LK, **Lockley SW,** Rajaratnam SMW. Shift Work Disorder.

[Book Chapter]. In: Barkoukis T, Matheson JK, Ferber R, Doghramji K, editors. *Therapy in Sleep Medicine,* Amsterdam, The Netherlands: Elsevier; 2011; 378-389.

17. **Lockley SW,** Cohen D, Harper DG, Uchiyama M**.** Other circadian rhythm disorders: Non-24-hour sleep-wake disorder and irregular sleep-wake disorder. [Book Chapter]. In: Barkoukis T, Matheson JK, Ferber R, Doghramji K, editors. *Therapy in Sleep Medicine,* Amsterdam, The Netherlands: Elsevier; 2011; 411-424.

18. **Lockley SW.** Effects on human health. [Book Chapter] In: *Fighting light pollution: Smart lighting solutions for individuals and communities*, International Dark Sky Association. Mechanicsburg, USA: Stackpole Books; 2012; ISBN-10: 0811736377. ISBN-13: 978-0811736374.

19. **Lockley SW**, Uchiyama M. Non-24-h sleep-wake syndrome (freerunning type, nonentrained type, hypernychthemeral syndrome) in sighted and blind patients. [Book Chapter]. In: Kushida CA, editor. *Encyclopedia of Sleep,* Waltham, MA: Academic Press; 2013; Vol. 3, 34-40.

20. **Lockley SW**. Special considerations and future directions in Circadian Rhythm Sleep Disorders diagnosis. [Book Chapter]. In: Kushida CA, editor. *Encyclopedia of Sleep,* Waltham, MA: Academic Press; 2013; Vol. 3, 138-149.

21. **Lockley SW**, Arendt J, Skene DJ. Visual impairment and circadian rhythm sleep disorders. [Book Chapter]. In: Kushida CA, editor. *Encyclopedia of Sleep,* Waltham, MA: Academic Press; 2013; Vol. 4, 428-437.

22 Uchiyama M, **Lockley SW.** Non-24-hour sleep–wake disorder in sighted and blind patients [Review]. *Sleep Medicine Clinics of North America* 2015; 10(4):495-516. PMID: 26568125

23. **Lockley SW,** Cohen D, Harper DG, Uchiyama M**.** Advanced, non-24-hour and irregular sleep/wake rhythm disorders. [Book Chapter]. In: Mansfield DR, Antic N, Rajaratnam SMW, Naughton MT, editors. *Sleep Medicine,* Research, Australia: IP Communications Pty Ltd; 2017. ISBN: 9780995388710.

24. Cappuccio FP, Miller MA, **Lockley SW**, Rajaratnam SMW. Sleep, health and society: the contribution of epidemiology [Book Chapter]. In: Cappuccio FP, Miller MA, Lockley SW, Rajaratnam SMW, editors. *Sleep, health and society: From Aetiology to Public Health (2ⁿᵈ Edition),* Oxford, UK: Oxford University Press; 2018; pp. 3-9.

24. **Lockley SW**. Principles of sleep-wake regulation [Book Chapter]. In: Cappuccio FP, Miller MA, Lockley SW, Rajaratnam SMW, editors. *Sleep, health and society: From Aetiology to Public Health (2ⁿᵈ Edition),* Oxford, UK: Oxford University Press; 2018; pp. 10-21.

25. St Hilaire MA, **Lockley SW**. Measuring Dim Light Melatonin Onset in humans. In: Jockers R and Cecon E (eds) Melatonin: Methods and Protocols. *Methods in Molecular Biology*; 2022; in press. Humana, New York, NY.

26. St Hilaire MA, **Lockley SW**. Measuring urinary 6-sulphatoxymelatonin in humans. In: Jockers R and Cecon E (eds) Melatonin: Methods and Protocols. *Methods in Molecular Biology*; 2022; in press. Humana, New York, NY.

**Books/Textbooks for the medical or scientific community**

1. Cappuccio FP, Miller MA, **Lockley SW**, editors. Sleep, health and society: From Aetiology to Public Health, Oxford, UK: Oxford University Press; 2010. ISBN13: 9780199566594; ISBN10: 0199566593.

2. Cappuccio FP, Miller MA, **Lockley SW**, Rajaratnam SMW, editors. Sleep, health and society: From Aetiology to Public Health, Oxford, UK: Oxford University Press; 2018 Second edition. ISBN13: 9780198778240

**Letters to the Editor**

1. Czeisler CA, **Lockley SW**, Landrigan CP, Katz JT, Barger LK, Ayas NT, Rothschild JM, Kaushal R, Stone PH, Bates DW. Current resident work hours: Too many or not enough? [Letter] *Journal of the American Medical Association* 2002;287(Pt14):1802-1803.

2. Landrigan CP, **Lockley SW**, Czeisler CA. Interns' work hours. [Letter] *New England Journal of Medicine* 2005;352(Pt 7):727-728.

3. Landrigan CP, **Lockley SW**, Czeisler CA. Effect of interns' consecutive work hours on safety, medical education and professionalism. [Letter] *Critical Care* 2005 Oct 5;9(5):528-30; author reply 528-30. http://ccforum.com/inpress/cc3730. PMID: 16277743. PMCID: PMC1297601.

4. **Lockley SW.** Safety considerations for the use of blue-light blocking glasses in shift-workers. [Letter] *Journal of Pineal Research* 2007;42(2): 210-211. PMID: 17286754.

5. Cappuccio FP**, Lockley SW**. Safety and the flying doctor. [Letter] *British Medical Journal* 2008; 336 (7637): 218.

6. Cappuccio FP**, Lockley SW**, Landrigan CP. EWTD is to improve health and safety of patients and doctors [Rapid Response] *British Medical Journal* 2008; www.bmj.com/cgi/eletters/337/dec19_2/a3080.

7. Cappuccio FP**, Lockley SW**, Landrigan CP. Response to 'BMA warning over law limiting junior doctors' hours'. *The Guardian* 2008; http://www.guardian.co.uk/society/2008/dec/30/junior-doctors-working-hours-bma

8. Cappuccio FP**, Lockley SW**, Landrigan CP. Response to Comments re "Implementing a 48h EWTD-compliant rota for junior doctors in the UK does not compromise patients' safety: Assessor-blind pilot comparison". *Quarterly Journal of Medicine*, 2009; 102(5):363-4. PMID: 19318371.

**Thesis**

**Lockley SW**. Sleep, melatonin and other circadian rhythms in the blind [Ph.D. Thesis]. Guildford (Surrey): University of Surrey; 1997.

**Abstracts, Poster Presentations and Exhibits Presented at Professional Meetings**

(360 total [with 15]; 2019-2022 only listed; abstracts that are published as original reports or given as oral presentations are not included)

1. Brainard G, Clark T, St. Hilaire M, Rahman S, Hanifin J, Warfield B, Kemp D, Disoke F, Glodjo T, Jasser S, Ayers M, Panepinto L, Kanumilli S, Nelson N, Hasher D, Vadalia S, Balaicuis J, Byrne B, Pineda C, Gerner E, Maida J, Johnston S, Moomaw R, Barger L, Czeisler C, Lockley S. Testing solid state lighting countermeasures to improve circadian adaptation, sleep, and performance during high fidelity analog and flight studies for the International Space Station. Abstract. 2019 NASA Human Research Program Investigators' Workshop; 2019 Jan 22-25; Galveston, USA.

2. Phillips AJK, St. Hilaire MA, Sullivan JP, Barger LK, O'Brien CS, Rahman SA, Landrigan CP, **Lockley SW,** Klerman EB, Czeisler CA. Model-based predictions of neurobehavioral performance on resident physicians in a Randomized Order Safety Trial Evaluating Resident-physician Schedules (ROSTERS). Abstract. 33rd meeting of the Associated Professional Sleep Societies (APSS); 2019 June 8-12; San Antonio, USA.

3. Brainard G, Garcia D, Norwood K, Clark T, St. Hilaire M, Rahman S, Kemp J, Hanifin J, Warfield B, , Disoke F, Jasser S, Maida J, Johnston S, Moomaw R, Barger L, Czeisler C, **Lockley S**. Testing solid state lighting countermeasures to improve circadian adaptation, sleep, and performance during high fidelity analog and flight studies for the International Space Station (ISS). Abstract. 2020 NASA Human Research Program Investigators' Workshop; 2020 Jan 27-30; Galveston, USA.

4. Kent BA, Rahman SA, **Lockley SW,** St. Hilaire MA. Towards a real-time estimate of circadian phase during spaceflight. Abstract. 2020 NASA Human Research Program Investigators' Workshop; 2020 Jan 27-30; Galveston, USA.

5. Hilaire MA, Rahman SA, Flynn-Evans EE, Higgenbotham S, Witt-Enderby P, **Lockley SW**. Rhythms in urinary 6-sulfatoxymelatonin and the bone resorption marker amino-terminal crosslinked telopeptide of collagen I (NTx) in blind women. Abstract. Society for Research on Biological Rhythms (SRBR); 2020 May 30-June 3, Amelia Island, USA.

6. Rahman SA, Kent BA, St. Hilaire MA, Clark T, Hanifin JP, Barger LK, Czeisler CA, Brainard GC, **Lockley SW.** Lighting protocols for exploration – HERA campaign. Abstract. Society for Research on Biological Rhythms (SRBR); 2020 May 30-June 3, Amelia Island, USA.

7. Brainard G, Rahman S, Clark T, St. Hilaire M, Garcia D, Norwood K, Kemp J, Disoke F, Hanifin J, Warfield B, Maida J, Johnston S, Moomaw R, Barger L, Czeisler C, **Lockley S**. Testing solid state lighting countermeasures to improve circadian adaptation, sleep, and performance during high fidelity analog and flight studies for the International Space Station (ISS). Abstract. 2021 NASA Human Research Program Investigators' Workshop; 2021 Feb 1-4; Online.

8. Kent BA, Rahman SA, **Lockley SW,** St Hilaire MA. Towards a real-time estimate of circadian phase during spaceflight. Abstract. 2021 NASA Human Research Program Investigators' Workshop; 2021 Feb 1-4; Online.

9. Bulfin L, Endacott R, Kevat D, **Lockley S,** Ponnu M, Tiruvoipati R, Morphet J. Impact of AlertSafe medical scheduling on patient safety in the Intensive Care Unit. Abstract. European Society of Intensive Care Medicine LIVES 2021 Conference; 2021 Oct 3-6; Online.

10. Stone JE, Phillips AJK, Wiley JF, Chachos E, Hand AJ, Lu S, Carskadon MA, Klerman EB, **Lockley SW**, Bei B*, Rajaratnam SMW*. Changes in sleep-wake patterns, circadian timing,

and mood in Australian teens during the COVID-19 pandemic. Abstract. Sleep DownUnder 2021; 33rd Annual Scientific Meeting of the Australasian Sleep Association (ASA); 2021 Oct 10-13; Brisbane, Australia

11. Rahman SA, Kent BA, Grant LK, Clark T, Hanifin JP, Barger LK, Czeisler CA, Brainard GC, St. Hilaire MA, **Lockley SW.** Lighting protocols for exploration – HERA campaign. Abstract. 2022 NASA Human Research Program Investigators' Workshop; 2022 Feb 7-10; Online.

12. St. Hilaire MA, Rahman SA, Grant LK, Gathungu RM, Struble J, Belenky M, Marur VR, Kristal BS, Sullivan JP, Quackenbush J, Duffy JF, Barger LK, Czeisler CA, **Lockley SW.** Development and testing of biomarkers to determine individual astronauts' vulnerabilities to behavioral health disruptions. Abstract. 2022 NASA Human Research Program Investigators' Workshop; 2022 Feb 7-10; Online.

13. Brainard G, Rahman S, Clark T, St. Hilaire M, Garcia D, Norwood K, Kemp J, Disoke F, Hanifin J, Warfield B, Maida J, Johnston S, Moomaw R, Barger L, Czeisler C, **Lockley S**. Testing solid state lighting countermeasures to improve circadian adaptation, sleep, and performance during high fidelity analog and flight studies for the International Space Station (ISS). Abstract. 2022 NASA Human Research Program Investigators' Workshop; 2022 Feb 7-10; Online.

14. Kent BA, Rahman SA, **Lockley SW,** St Hilaire MA. Towards a real-time estimate of circadian phase during spaceflight. Abstract. 2022 NASA Human Research Program Investigators' Workshop; 2022 Feb 7-10; Online.

15. Ivkovic V, Thoolen S, White BM, Zhang Q, Rahman SA, **Lockley SW,** Strangman GE. Operational performance measures: Effects of isolation and confinement, altered lighting, habitat volume, and enhanced nutrition on Robot-R in HERA. Abstract. 2022 NASA Human Research Program Investigators' Workshop; 2022 Feb 7-10; Online.

# Tab F

# ANDREW PARKINSON, Ph.D.

**XPD Consulting**
18000 W. 68TH Street
Shawnee, Kansas  66217
Phone: (913) 908 7817
Email: aparkinson@xpd.us.com

## PERSONAL DATA

| | |
|---|---|
| Born | November 30th, 1954 in Bristol, England. |
| Citizenship | American (naturalized in 1996) |
| Family Status | Married with two sons and a daughter |

## EMPLOYMENT

| | |
|---|---|
| 2012 – present | Chief Executive Officer, XPD Consulting, Shawnee, Kansas |
| 2010 – 2011 | Chief Scientific Officer, XenoTech, LLC, Lenexa, Kansas |
| 2006 – 2010 | Chief Executive Officer and Chief Scientific Officer, XenoTech, LLC, Lenexa, Kansas |
| 1999 – present | Adjunct Professor of Pharmacology and Toxicology, Kansas University Medical Center |
| 1994 – 2006 | President and CEO (and founder), XenoTech LLC, Lenexa, Kansas |
| 1990 – 1999 | Professor of Pharmacology and Toxicology, Kansas University Medical Center |
| 1989 – 1999 | Associate Director of the Center for Environmental & Occupational Health, KUMC |
| 1987 – 1990 | Associate Professor of Pharmacology and Toxicology, KUMC |
| 1983 – 1987 | Assistant Professor of Pharmacology and Toxicology, KUMC |

## EDUCATION

| | |
|---|---|
| 1981 – 1983 | Postdoctoral training:  Roche Institute of Molecular Biology, Hoffmann-La Roche, Nutley, NJ.   Advisors: Dr. A.H. Conney and W. Levin |
| 1977 – 1981 | Graduate (Ph.D.) degree:  Department of Chemistry, University of Guelph, Ontario, Canada.  Ph.D. in Biological Chemistry.  Advisor: Professor Stephen H. Safe |
| 1973 – 1977 | Undergraduate (B.S.) degree:  Department of Biochemistry, University of Surrey, England. B.Sc. with First Class Honors *(Magna Cum Laude)* in Medical Biochemistry |

## AWARDS

| | |
|---|---|
| 1981 | D.G. Ingram Sigma Xi award for outstanding graduate research |
| 1986 | Research Career Development Award, National Institutes of Health |
| 1987 | Faculty Research Development Award, University of Kansas Medical Center |
| 1990 | Walter J. Johnson Award for the Best Paper published in *Archives of Biochemistry and Biophysics* between 1987 and 1990 |
| 1991 | Award for Best Paper published in *Drug Metabolism and Disposition* in 1990 |
| 1996 | Technology of the Year Award (Bioscience Division), Silicon Prairie Technology Association. |
| 1999 | Ernst & Young Entrepreneur of the Year; Finalist, Kansas and Western Missouri |
| 2000 | Association of Caring Entrepreneurs; Finalist in the *Success Against All Odds* award |
| 2003 | Recipient of Technology Award from the University of Kansas |
| 2005 | Finalist for Kansas Exporter of the Year, Kansas Department of Commerce |
| 2006 | Finalist for Kansas Exporter of the Year, Kansas Department of Commerce |
| 2006 | DMPK Award from JSSX for the Most Frequently Downloaded Original Article in 2002 (published in *Drug Metab. Pharmacokinetics* **17**: 482-487, 2002) |
| 2012 | John Doull Award from the Central States Chapter of the Society of Toxicology |
| 2014 | The XenoTech Scientific Excellence Award (inaugural recipient) |

## APPOINTMENTS

| | |
|---|---|
| 1990 – 2000 | Scientific Consulting Committee (Drug Safety), Schering Plough Corporation |
| 1993 – 1995 | Scientific Consulting Committee, Takeda-Abbott Pharmaceutical Corporation |
| 1995 – 1998 | Board of Directors, Kansas University Medical Center-Research Institute |
| 1998 – 1999 | Special government employee (consultant to the Food & Drug Administration) |
| 1999 – 2000 | Corporate Advisory Committee, National Disease Research Interchange (NDRI) |
| 2003 – 2006 | Scientific Consulting Committee (Preclinical Drug Development), Abbott Laboratories |
| 2004 – 2006 | Scientific Advisory Board, MultiCell Technologies |
| 2009 – 2013 | Member of the Board of Directors of Yecuris |
| 2017 – present | Member of the Scientific Advisory Board of Yecuris |
| 2020 – present | Member of the Scientific Advisory Board of Attentive Science |
| 2021 – present | Member of the Board of Directors, Attentive Science |

## MEMBERSHIP IN PROFESSIONAL SOCIETIES

American Society for Pharmacology and Experimental Therapeutics (ASPET)
International Society for the Study of Xenobiotics (ISSX)
Society of Toxicology (SOT)

## APPOINTMENTS TO SCIENTIFIC SOCIETAL COMMITTEES

| | |
|---|---|
| 1990 – 1992 | Society of Toxicology (SOT): Education Committee |
| 1992 – 1994 | ASPET: Drug Metabolism Division |
| 1994 – 1998 | ISSX: Councilor |
| 1995 – 1996 | ISSX: Meeting organizer and chairman |
| 1999 – 2000 | ISSX: Scientific Advisory Board for the Year 2000 annual meeting. |
| 2002 – 2005 | Microsomes & Drug Oxidations (MDO): International Organizing Committee |
| 2002 – 2009 | ISSX: Exhibitors Committee |
| 2014 – 2016 | Treasurer, International Society of Xenobiotics (ISSX) |
| 2017 – 2018 | ISSX: Head of the Finance Committee |
| 2019 – present | ISSX: Continuing Education Committee |

## APPOINTMENTS TO EDITORIAL BOARDS

| | |
|---|---|
| 1987 – 1991 | Environmental Toxin Reviews |
| 1989 – 2004 | Archives of Biochemistry and Biophysics |
| 1991 – 2005 | Journal of Biochemical and Molecular Toxicology |
| 1992 – 1994 | Xenobiotica |
| 1993 – 2005 | Drug Metabolism and Disposition |

## PATENTS

Patent No.: US 5,478,723. A method and apparatus for determining the role of cytochrome P450 and related enzymes in the metabolism of drugs and other chemicals. Issued 26 December, 1995.

Patent No.: US 9,085,793. *Ex vivo* method to identify drug metabolites with drug interaction potential. Issued 21 July, 2015.

Patent No. US. 10,517,860. Combination of pimavanserin and cytochrome P450 modulators. Issued 31 December, 2019.

## GRANT REVIEW & NIH STUDY SECTIONS

| | |
|---|---|
| 1987 | Specialty reviewer, United States Air Force |
| 1988 | Specialty reviewer, New York Sea Grant Institute |
| 1989 | Specialty reviewer, Toxicology Study Section of NIEHS |
| 1991 | Specialty reviewer, Veterans Administration Hospital, University of Kentucky |
| 1991 | Specialty reviewer, Site Visit Team Member for NIGMS |
| 1992 | Specialty reviewer, Site Visit Team Member for NIGMS |
| 1992 | Specialty reviewer, Veterans Administration Medical Center, Livermore, CA |
| 1993 | Specialty reviewer for NIGMS, Site Visit Team Member |
| 94 – 98 | Study section member, NIEHS centers, programs and training grants |

## TRAINEES: Postdoctoral fellows, research assistant professors and visiting scientists

| Postdoctoral fellows | Date | Doctoral (Ph.D.) students | Date |
|---|---|---|---|
| Michael Halvorson, Ph.D. | 1987 – 1989 | Michael P. Arlotto | 1984 – 1988 |
| Bingfang Yan, Ph.D. | 1989 – 1992 | Andrew J. Sonderfan | 1984 – 1988 |
| Uma Sanzgiri, Ph.D. | 1993 – 1995 | David R. Dutton | 1984 – 1988 |
| Ajay Madan, Ph.D. | 1994 – 1997 | Delmont C. Eberhart | 1988 – 1991 |
| Edward LeCluyse, Ph.D. | 1995 – 1996 | Brian Gemzik | 1988 – 1992 |
| Kyle Kramer, Ph.D. | 1995 – 1996 | Peter Bullock | 1989 – 1995 |
| **Research assistant professor** | | Robin Pearce | 1992 – 1996 |
| Bingfang Yan, DVM, Ph.D. | 1994 – 1995 | Christin (Coulter) McIntyre | 1992 – 1997 |
| Maciej Czerwinski, Ph.D. | 1998 – 1999 | Bingfang Yan | 1992 – 1995 |
| **Visiting scientists** | | Alison Draper | 1994 – 1996 |
| Larry Robertson, Ph.D., | 1993 | Peter Opdam | 1996 – 2003 |
| **Masters (MS) students** | | Brian W. Ogilvie | 2007 – 2015 |
| Robin Pearce | | Faraz Kazmi | 2011 – 2015 |
| Neda Leonard | | | |
| Aida Howell | | | |
| Ning Deng | | | |

## PUBLICATIONS.  PART A:   PEER-REVIEWED ARTICLES

1. Parkinson A and Safe S.  The detection of enzyme induction by rat liver microsomes prepared by isoelectric precipitation.  *J. Pharmac. Pharmacol*. **31**, 444-447, 1979.

2. Parkinson A, Cockerline R and Safe S.  Induction of both 3-methylcholanthrene- and phenobarbitone-type microsomal enzyme activity by a single polychlorinated biphenyl isomer.  *Biochem. Pharmacol*. **29**, 259-262, 1980.

3. Robertson LW, Parkinson A and Safe S.  Induction of both cytochromes P-450 and P-448 by 2,3',4,4',5-pentabromobiphenyl, a component of fireMaster.  *Biochem. Biophys. Res. Commun*. **92**, 175-182, 1980.

4. Parkinson A, Cockerline R and Safe S.  Polychlorinated biphenyl isomers and congeners as inducers of both 3-methylcholanthrene- and phenobarbitone-type microsomal enzyme activity.  *Chem.-Biol. Interact.* **29**, 277-289, 1980.

5. Parkinson A, Robertson LW, Safe L and Safe S.  Polychlorinated biphenyls as inducers of hepatic microsomal enzymes:  Structure-activity rules.  *Chem.-Biol. Interact*. **30**, 271-285, 1980.

6. Parkinson A, Copp L and Safe S.  The utility of the microsomal 4-chlorobiphenyl hydroxylase enzyme assay in distinguishing between phenobarbitone- and 3-methylcholanthrene-induced microsomal monooxygenases.  *Anal. Biochem*. **105**, 65-73, 1980.

7. Parkinson A, Robertson LW and Safe S.  Reconstituted human breast milk PCBs as potent inducers of aryl hydrocarbon hydroxylase (AHH). *Biochem. Biophys. Res. Commun*. **96**, 882-889, 1980.

8. Parkinson A, Robertson LW and Safe S.  Hepatic microsomal enzyme induction by 2,2',3,3',4,4'- and 2,2',3',4,4',5-hexachlorobiphenyl.  *Life Sciences* **27**, 2333-2337, 1980.

9. Parkinson A, Robertson LW, Safe L and Safe S. Polychlorinated biphenyls as inducers of hepatic microsomal enzymes: Effects of di-*ortho*-substitution.  *Chem.-Biol. Interact*. **35**, 1-12, 1981.

10. Robertson LW, Parkinson A, Bandiera S and Safe S.  Potent induction of rat liver microsomal, drug metabolizing enzymes by 2,3,3',4,4',5-hexabromobiphenyl, a component of fireMaster.  *Chem.-Biol. Interact*. **25**, 13-24, 1981.

11. Robertson LW, Parkinson A, and Safe S.  Induction of drug-metabolizing enzymes by fractionated commercial polybrominated biphenyls (PBBs).  *Toxicol. Appl. Pharmacol*.  **57**, 257-262, 1981.

12. Robertson LW, Parkinson A, Chittim B, Bandiera S, Sawyer TW and Safe S.  Aryl hydrocarbon hydroxylase (AHH) induction of polybrominated biphenyls (PBBs):  Enhancement by photolysis. *Toxicology* **22**, 103-114, 1981.

13. Campbell MA, Bandiera S, Robertson LW, Parkinson A and Safe S.  Octachloronaphthalene induction of hepatic microsomal aryl hydrocarbon hydroxylase activity in the immature male rat. *Toxicology* **22**, 123-132, 1981.

14. Parkinson A and Safe S.  The cytochrome P-450-mediated metabolism of biphenyl and 4-halobiphenyls.  *Biochem. Pharmacol*. **31**, 1849-1856, 1982.

15. Parkinson A, Robertson LW, Uhlig L, Campbell MA and Safe S.  2,3,4,4',5-Pentachlorobiphenyl: Differential effects on the C57BL/6J and DBA/2J inbred mice.  *Biochem. Pharmacol*. **31**, 2830-2833, 1982.

16. Parkinson A, Robertson LW and Safe S.  The binding of metyrapone to dithionite-reduced cytochrome P-450 from rats treated with xenobiotics.  *Biochem. Pharmacol*. **31**, 3489-3494, 1982.

17. Robertson LW, Parkinson A, Campbell MA and Safe S.  Polybrominated biphenyls (PBBs) as aryl hydrocarbon hydroxylase inducers: Structure-activity correlations.  *Chem.-Biol. Interact*. **42**, 53-66, 1982.

18. Parkinson A, Lasker J, Kramer MJ, Huang M-T, Thomas PE, Ryan DE, Reik LM, Norman RL, Levin W and Conney AH.  Effects of three recombinant human leukocyte interferons on drug metabolism in mice. *Drug Metab. Dispos.* **10**, 579-585, 1982.

19. Parkinson A, Safe SH, Robertson LW, Thomas PE, Ryan DE, Reik LM and Levin W.  Immunochemical quantitation of cytochrome P-450 isozymes and epoxide hydrolase in liver microsomes from polychlorinated biphenyl-treated rats:  A study of structure-activity relationships. *J. Biol. Chem.* **258**, 5967-5976, 1983.

20. Campbell MA, Bandiera S, Robertson L, Parkinson A and Safe S.  Hepta-, hexa-, tetra- and dichloronaphthalene congeners as inducers of hepatic microsomal drug-metabolizing enzymes.  *Toxicology* **26**, 193-205, 1983.

21. Parkinson A, Robertson L and Safe S.  Induction of rat liver hepatic microsomal cytochrome P-450 by 2,3',4,4',5,5'-hexachlorobiphenyl.  *Biochem. Pharmacol.* **32**, 2269-2279, 1983.

22. Parkinson A, Thomas PE, Ryan DE, Reik LM, Safe SH, Robertson LW and Levin W.  Differential time course of induction of rat liver microsomal cytochrome P-450 isozymes and epoxide hydrolase by Aroclor 1254. *Arch. Biochem. Biophys.* **225**, 203-215, 1983.

23. Parkinson A, Thomas PE, Ryan DE and Levin W.  The *in vivo* turnover of rat liver microsomal epoxide hydrolase and both the apoprotein and heme moieties of specific cytochrome P-450 isozymes. *Arch. Biochem. Biophys.* **225**, 216-236, 1983.

24. Robertson LW, Thompson K and Parkinson A.  Synthesis, characterization and biologic effects of polybrominated naphthalenes. *Arch. Toxicology* **55**, 127-131, 1984.

25. Robertson LW, Parkinson A, Bandiera S, Lambert I, Merrill J and Safe S.  PCBs and PBBs:  Biologic and toxic effects on C57BL/6J and DBA/2J inbred mice.  *Toxicology* **31**, 191-206, 1984.

26. Robertson L, Safe S, Parkinson A, Pellizzari E, Pochini C and Mullin M.  Synthesis and identification of highly toxic polybrominated biphenyls in the fire retardant, fireMaster BP-6.  *J. Agric. Food Chem.* **32**, 1107-1111, 1984.

27. Gorski J, Arlotto M, Klaassen CD and Parkinson A.  Age- and sex-dependent induction of liver microsomal benzo[a]pyrene hydroxylase activity in rats treated with pregnenolone-16α-carbonitrile (PCN).  *Carcinogenesis,* **6**, 617-624, 1985.

28. Rozman K, Hazelton GA, Klaassen CD, Arlotto MP and Parkinson A.  Effect of thyroid hormones on liver microsomal enzyme induction in rats exposed to 2,3,7,8-tetrachlorodibenzo-p-dioxin. *Toxicology,* **37**, 51-63, 1985.

29. Rozman K, Gorski J, Rozman P and Parkinson A.  Reduced serum thyroid hormone levels in hexachlorobenzene-induced porphyria. *Toxicology*, **30**, 71-78, 1986.

30. Parkinson A, Ryan DE, Thomas PE, Jerina DM, Sayer JM, van Bladeren P, Haniu M, Shively JE and Levin W.  Chemical modification and inactivation of rat liver microsomal cytochrome P-450c by 2-bromo-4'-nitroacetophenone. *J. Biol. Chem.* **261**, 11478-11486, 1986.

31. Parkinson A, Ryan DE, Thomas PE, Jerina DM, Sayer JM, van Bladeren P, Haniu M, Shively JE and Levin W.  Mechanism of inactivation of rat liver microsomal cytochrome P-450c by 2-bromo-4'-nitroacetophenone. *J. Biol. Chem*. **261**, 11487-11495, 1986.

32. Arlotto MP, Sonderfan AJ, McKinney MM and Parkinson A.  Digitoxin metabolism by liver microsomal cytochrome P-450 and UDP-glucuronosyltransferase and its role in the protection of rats from digitoxin toxicity by pregnenolone-16α-carbonitrile.  *Arch. Biochem. Biophys.* **251**, 188-197, 1986.

33. McKinney MM and Parkinson A.  A simple, non-chromatographic procedure to purify immunoglobulins from serum and ascites fluid. *J. Immunol. Methods.* **96**, 271-278, 1987.

34.  Sonderfan AJ, Arlotto MP, Dutton DR and Parkinson A.  Regulation of testosterone hydroxylation by rat liver microsomal cytochrome P-450.  *Arch. Biochem. Biophys.*  **255**, 27-41, 1987.

35.  Dutton DR, McMillen SK, Sonderfan AJ, Thomas PE and Parkinson A.  Studies on the rate-determining factor in testosterone hydroxylation by rat liver microsomal cytochrome P-450. Evidence against cytochrome P-450 isozyme: isozyme interactions. *Arch. Biochem. Biophys.* **255**, 316-328, 1987.

36.  Rozman K, Gorski J, Dutton D and Parkinson A.  Effects of vitamin A and/or thyroidectomy on liver microsomal enzymes and their induction in 2,3,7,8-tetrachlorodibenzo-p-dioxin treated rats. *Toxicology.* **46**, 107-117, 1987.

37.  Arlotto MP, Sonderfan AJ, Klaassen CD and Parkinson A.  Studies on the pregnenolone-16α-carbonitrile-inducible form of rat liver microsomal cytochrome P-450 and UDP-glucur-onosyltransferase.  *Biochem. Pharmacol.* **36**, 3859-3866, 1987.

38.  Astroff B, Zacharewski T, Safe S, Arlotto MP, Parkinson A, Thomas P and Levin W. 6-Methyl-1,3,8-trichlorodibenzofuran (MCDF) as a TCDD antagonist: Inhibition of the induction of rat liver microsomal cytochrome P-450 isozymes and related monooxygenases. *Mol. Pharmacol.* **33**, 231-236, 1988.

39.  Dutton DR, McMillen SK and Parkinson A.  Purification of rat liver microsomal cytochrome P-450b without the use of non-ionic detergent. *J. Biochem. Toxicol.* **3**, 131-145, 1988.

40.  Sonderfan AJ and Parkinson A.  Inhibition of steroid 5α-reductase and its effects on testosterone hydroxylation by rat liver microsomal cytochrome P-450. *Arch. Biochem. Biophys.* **265**, 208-218, 1988.

41.  Halvorson MR, Safe SH, Parkinson A and Phillips TD.  Aflatoxin B$_1$ hydroxylation by the pregnenolone-16α-carbonitrile-inducible form of rat liver microsomal cytochrome P-450. *Carcino-genesis, 9,* 2103-2108, 1988.

42.  Parkinson A, Thomas PE, Ryan DE, Levin W, Fujita T and Safe S.  Induction of rat liver microsomal cytochrome P-450 and epoxide hydrolase by a series of 4'-substituted-2,3,4,5-tetrachlorobiphenyls. *Toxicology, 53,* 289-300, 1988.

43.  Dutton DR, Reed G and Parkinson A. Redox cycling of resorufin catalyzed by rat liver microsomal NADPH-cytochrome P-450 reductase. *Arch. Biochem. Biophys.* **268**, 605-616, 1989.

44.  Dutton DR and Parkinson A.  Reduction of 7-alkoxyresorufins by NADPH-cytochrome P-450 reductase and its differential effects on their O-dealkylation by rat liver microsomal cytochrome P-450. *Arch. Biochem. Biophys.* **268**, 617-629, 1989.

45.  Arlotto MP, Greenway D and Parkinson A. Purification of two isozymes of rat liver microsomal cytochrome P-450 with testosterone 7α-hydroxylase activity. *Arch. Biochem. Biophys.* **270**, 441-457, 1989.

46.  Arlotto MP and Parkinson A. Identification of cytochrome P-450a (P-450IIA1) as the principal testosterone 7α-hydroxylase in rat liver microsomes and its regulation by thyroid hormones. *Arch. Biochem. Biophys.* **270**, 458-471, 1989.

47.  Sonderfan AJ, Arlotto MP and Parkinson A. Identification of the cytochrome P-450 isozymes responsible for the hydroxylation of testosterone in rat lung, kidney and testis. Evidence that cyto-chrome P-450a (P-450IIA1) is the physiologically important testosterone 7α-hydroxylase in rat testis. *Endocrinology*, **125**, 857-886, 1989.

48.  Halvorson MR, Greenway D, Eberhart D, Fitzgerald K and Parkinson A. Reconstitution of testosterone oxidation by purified rat cytochrome P-450p (IIIA1). *Arch. Biochem. Biophys.* **277**, 166-180, 1990.

49.  Gemzik B, Halvorson MR and Parkinson A.  Pronounced and differential effects of ionic strength and pH on the catalytic activity of membrane-bound and purified forms of rat liver microsomal cytochrome P-450.  *J. Steroid Biochem.* **35,** 429-440, 1990.

50.  Crespi CL, Penman BW, Leakey JAE, Arlotto MP, Stark A, Parkinson A, Turner T, Steimel DT, Rudo K, Davies RL and Langenbach R.  Human cytochrome P450IIA3: cDNA sequence, role of the enzyme in the metabolic activation of promutagens, comparison to nitrosamine activation by human cytochrome P450IIE1.  *Carcinogenesis* **11,** 1293-1300, 1990.

51.  Korzekwa KR, Trager WF, Nagata K, Parkinson A and Gillette JR. Isotope effect studies on the mechanism of the cytochrome P-450IIA1-catalyzed formation of $\Delta^6$-testosterone from testosterone. *Drug Metab. Dispos.* **18,** 974-979, 1990.

52.  Bullock PL, Gemzik B, Johnson DC, Thomas PE and Parkinson A. Evidence from dwarf rats that growth hormone may not regulate the sexual differentiation of liver cytochrome P-450 enzymes and steroid 5α-reductase. *Proc. Natl. Acad. Sci. USA.*  **88,** 5227-5231, 1991.

53.  Ramsdell HS, Parkinson A, Eddy AC, and Eaton DL.  Bioactivation of aflatoxin $B_1$ by human liver microsomes: role of cytochrome P450 IIIA enzymes. *Toxicol. Appl. Pharmacol.* **108**, 436-447, 1991.

54.  Thibeault DW, Downing G, Reddy N, Sonderfan AJ and Parkinson A. Oxygen-induced lung damage in newborn rats, potentiation by 3-methylcholanthrene, a P-450 inducer, and lack of protection by cimetidine, a P-450 inhibitor. *J. Pharmacol. Exp. Ther.* **259**, 444-451, 1991.

55.  Eberhart DC and Parkinson A.  Cytochrome P450 IIIA1 (P450p) requires cytochrome $b_5$ and phospholipid with unsaturated fatty acids.  *Arch. Biochem. Biophys.* **291**, 231-240, 1991.

56.  Eberhart DC, Gemzik B, Halvorson MR and Parkinson A. Species differences in the toxicity and cytochrome P450 IIIA-dependent metabolism of digitoxin.  *Mol. Pharmacol.* **40**, 859-867, 1991.

57.  Seng JE, Leakey JE, Arlotto MP, Parkinson A and Gandy J.  Cellular localization of cytochrome P450 IIA1 in testes of mature male Sprague-Dawley rats. *Biol. Reproduction* **45**, 876-882, 1991.

58.  Eberhart DC, Fitzgerald K and Parkinson A.  Evidence for the involvement of a distinct form of cytochrome P-450 3A in the oxidation of digitoxin by rat liver microsomes. *J. Biochem. Toxicol.* **7**, 53-64, 1992.

59.  Gemzik B, Greenway D, Nevins C and Parkinson A.  Regulation of two electrophoretically distinct proteins recognized by antibody against rat liver microsomal cytochrome 3A1. *J. Biochem. Toxicol.* **7**, 43-52, 1992.

60.  Parkinson A, Clement RP, Casciano CN and Cayen MN.  Evaluation of loratadine as an inducer of liver microsomal cytochrome P450 in rats and mice. *Biochem. Pharmacol.* **43,** 2169-2180, 1992.

61.  Gemzik B, Green J and Parkinson A.  Hydroxylation of 5α-androstane-3β,17β-diol by rat prostate microsomes: Effects of antibodies and chemical inhibitors of cytochrome P450 enzymes. *Arch. Biochem. Biophys.* **296,** 355-365, 1992.

62.  Gemzik B and Parkinson A. Hydroxylation of 5α-androstane-3β,17β-diol by rat prostate microsomes: Potent inhibition by imidazole-type antimycotic drugs and lack of inhibition by steroid 5α-reductase inhibitors.  *Arch. Biochem. Biophys.* **296,** 366-373, 1992.

63.  Gemzik B, Jacobs S, Jennings S, Veltman J and Parkinson A.  Species differences in 5α-androstane-3β,17β-diol hydroxylation by rat, monkey and human prostate microsomes. *Arch. Biochem. Biophys.* **296,** 374-383, 1992.

64.  Pearce R, Greenway D and Parkinson A. Species differences and inter-individual variation in liver microsomal cytochrome P450 2A (CYP2A) enzymes: Effects on coumarin, dicumarol and testosterone oxidation. *Arch. Biochem. Biophys.* **298,** 211-225, 1992.

65.   Fockert PG, Parkinson A, Thaete LG and Malkinson AM. Resistance of murine lung tumors to xenobiotic-induced cytotoxicity. *Cancer Res.* **52,** 6797-6803, 1992.

66.   Huang TL, Székács A, Uematsu T, Kuwano E, Parkinson A and Hammock BD.  Hydrolysis of carbonates, thiocarbonates, carbamates, and carboxylic esters of α-naphthol, β-naphthol, and *p*-nitrophenol by human, rat and mouse liver carboxylesterases. *Pharmaceut. Res.* **10,** 639-648, 1993.

67.   Blouin RA, Bandyrpadhyay AM, Chandhary I, Robertson LW, Gemzik B, Parkinson A. Cytochrome P450 2B enzyme (CYP2B) induction defect following phenobarbital treatment in the fa/fa Zucker rat: Molecular characterization.  *Arch. Biochem. Biophys.* **303,** 312-320, 1993.

68.   Mani C, Gelboin HV, Pang SS, Pearce R and Parkinson A and Kupfer D.  Metabolism of the anti-mammary cancer antiestrogen agent tamoxifen.  I. Cytochrome P450 catalyzed *N*-demethylation and 4-hydroxylation *Drug Metab. Dispos.* **21,** 645-656, 1993.

69.   Madan A, Parkinson A, and Faiman MD.  Role of flavin-containing monooxygenases and P450 enzymes in the sulfoxidation of *S*-methyl *N,N*-diethylthiolcarbamate. *Biochem. Pharmacol.* **46,** 2291-2297, 1993.

70.   Bandyrpadhyay AM, Chandhary I, Robertson LW, Gemzik B, Parkinson A and Blouin RA.  Expression of a male-specific cytochrome P450 isozyme (CYP2C11) in fa/fa Zucker rats:  Effects of phenobarbital treatment.  *Arch. Biochem. Biophys.* **307,** 386-390, 1993.

71.   Mani C, Pearce R, Parkinson A and Kupfer D.  Involvement of cytochrome P4503A in catalysis of tamoxifen activation and covalent binding to rat and human liver microsomes. *Carcinogenesis* **15,** 2715-2720, 1994.

72.   Morgan EW, Yan B, Greenway D, Petersen DR and Parkinson A. Purification and characterization of two rat liver microsomal carboxylesterases (Hydrolase A and B). *Arch. Biochem. Biophys.* **315,**495-512, 1994.

73.   Morgan EW, Yan B, Greenway D and Parkinson A. Regulation of two rat liver microsomal carboxylesterase isozymes:  Species differences, tissue distribution and the effects of age, sex and xenobiotic treatment of rats. *Arch. Biochem. Biophys.* **315,** 513-526, 1994**.**

74.   Yan B, Yang D, Brady M and Parkinson A.  Rat kidney carboxylesterase:  Cloning, sequencing, cellular localization and relationship to rat liver hydrolase B.  *J. Biol. Chem.* **269,** 29688-29696 1994.

75.   Yan B, Yang D and Parkinson A.  Cloning and expression of hydrolase C, a member of the rat carboxylesterase family. *Arch. Biochem. Biophys,* **317,** 222-234, 1995.

76.   Yan B, Yang D, Brady M and Parkinson A.  Rat testicular carboxylesterase: Cloning, cellular localization, and relationship to liver hydrolase A. *Arch. Biochem. Biophys*, **316,** 899-908, 1995.

77.   Yan B, Yang D, Bullock P and Parkinson A.  Rat serum carboxylesterase, cloning, expression, regulation, and evidence of secretion from liver.  *J. Biol. Chem,* **270,** 19128-19134, 1995.

78.   Bullock P, Pearce R, Draper A, Podval J, Bracken W, Veltman J, Thomas P and Parkinson A.  Induction of liver microsomal cytochrome P450 in Cynomolgus monkeys. *Drug Metab. Dispos.* **23,** 736-748, 1995.

79.   Ares JJ, Outt PE, Randall JL, Murray PD, Weisshaar PS, O'Brien LM, Ems BL, Kakodakar SV, Kelm GR, Kershaw WC, Werchowski KW and Parkinson A.  Synthesis and biological evaluation of substituted flavones as gastroprotective agents.  *J. Med. Chem.* **38,** 4937-4943, 1995.

80.   Liu J, Liu T, Parkinson A and Klaassen CD.  Effect of oleanolic acid on hepatic toxicant-activating and detoxifying systems in mice.  *J. Pharmacol. Exp. Ther.* **275,** 768-774, 1995.

81.   Madan A, Parkinson A and Faiman MD.  Identification of the human and rat P450 enzymes responsible for the sulfoxidation of *S*-methyl *N,N,*-diethylthiolcarbamate (DDTC-Me), the terminal step in the bioactivation of disulfiram. *Drug Metab. Dispos.* **23,** 1153-1162, 1995.

82. Forkert PG, Lord JA and Parkinson A. Alterations in expression of CYP1A1 and NADPH-cytochrome P450 reductase during lung tumor development in SWR/J mice. *Carcinogenesis.* **17,** 127-132, 1996.

83. Pearce R, Rodrigues AD, Goldstein JA and Parkinson A. Identification of the human P450 enzymes involved in the metabolism of lansoprazole. *J. Pharmacol. Exp. Ther.* **277,** 805-816, 1996.

84. Usuki E, Pearce R, Parkinson A, and N. Castagnoli. Studies on the conversion of haloperidol and its tetrahydropyridine dehydration product to potentially neurotoxic pyridinium metabolites by human liver microsomes. *Chem. Res. Toxicol.* **9**: 800-806, 1996.

85. Forkert PG, Jackson AC, Parkinson A, and Chen S. Diminished expression of CYP1A1 in urethane-induced lung tumors in strain A/J mice: analysis by *in situ* hybridization and immunohistochemical methods. *Am. J. Respir. Cell Mol. Biol.* **14,** 444-453, 1996.

86. Pearce R, McIntyre CJ, Madan A, Sanzgiri U, Draper AJ, Bullock P, Cook DC, Burton LA, Latham J, Nevins C, and Parkinson A. Effects of freezing, thawing, and storing human liver microsomes on cytochrome P450. *Arch. Biochem. Biophys.* **331,** 145-169, 1996

87. Bookstaff R, Murphy V, Skare J, Minnema D, Sanzgiri U, and Parkinson A. Effects of doxylamine succinate on thyroid hormone balance and enzyme induction in mice. *Toxicol. Appl. Pharmacol.* **141,** 584-594, 1996.

88. Madan A and Parkinson A. Characterization of the NADPH-dependent covalent binding of [$^{14}$C]-halothane to human liver microsomes: A role for CYP2E1 at low substrate concentrations. *Drug Metab. Dispos.* **24,** 1307-1313, 1996.

89. Seng JE, Gandy J, Turturro A, Lipman R, Bronson RT, Parkinson A, Johnson W, Hart RW, and Leakey JEA. Effects of caloric restriction on expression of testicular cytochrome P450 enzymes associated with the metabolic activation of carcinogens. *Arch. Biochem. Biophys.* **335,** 42-52, 1996

90. Draper A, Madan A and Parkinson A. Inhibition of coumarin 7-hydroxylase activity in human liver microsomes. *Arch. Biochem. Biophys.* **341,** 47-61, 1997.

91. Lee RP, Parkinson A and Forkert PG. Isozyme-selective metabolism of ethyl carbamate by cytochrome P450 (CYP2E1) and carboxylesterase (hydrolase A) enzymes in murine liver microsomes. *Drug Metab. Dispos.* **26,** 60-65, 1998.

92. Draper AJ, Madan A, Smith K and Parkinson A. Development of a non-HPLC assay to determine testosterone hydroxylase (CYP3A) activity in human liver microsomes. *Drug Metab. Dispos.* **26,** 299-304, 1998.

93. Draper AJ, Madan A, Latham J and Parkinson A. Development of a non-HPLC assay to determine [$^{14}$C]-chlorzoxazone 6-hydroxylase (CYP2E1) activity in human liver microsomes. *Drug Metab. Dispos.* **26,** 305-312, 1998.

94. McKim JM, Wilga PC, Kolesar GB, Choudhuri S, Madan A, Dochterman LW, Breen JG, Parkinson A, Mast RW and Meeks RG. Evaluation of octamethylcyclotetrasiloxane (D4) as an inducer of rat hepatic microsomal cytochrome P450, UDP-glucuronosyltransferase, and epoxide hydrolase: A 28-day inhalation study. *Toxicol. Sci.* **41,** 29-41, 1998.

95. Sidhu JS, Marcus CB, Parkinson A and Omiecinski CJ. Differential induction of cytochrome P450 gene expression by 4n-alkyl-methylenedioxybenzenes in primary rat hepatocyte cultures. *J. Biochem. Mol. Toxicol.* **12,** 253-262, 1998.

96. Dwyer-Neild L, Thompson J, Peljak G, Squier M, Barker T, Parkinson A, Cohen JJ, Dinsdale D and Malkinson A. Selective induction of apoptosis in mouse and human lung epithelial cells by the *tert*-butyl hydroxylated metabolite of butylated hydroxytoluene: a proposed role in tumor promotion. *Toxicology* **130,** 115-127, 1998.

97.   Madan A, Parkinson A and Faiman MD.  Identification of the human P450 enzymes responsible for the sulfoxidation and thio-oxidation of diethyldithiocarbamate methyl ester: Role of P450 enzymes in disulfiram metabolism.  *Alcoholism: Clin. Exp. Res.*  **22,** 1212-1219, 1998

98.   Granvil CP, Madan A, Sharkawi M, Parkinson A and Wainer IW.  Role of CYP2B6 and CYP3A4 in the *in vitro* N-dechloroethylation of (R)- and (S)-ifosfamide in human liver microsomes. *Drug Metab. Dispos.* **27,** 533-541, 1999.

99.   Madan A, DeHaan R, Mudra D, Carroll K, LeCluyse E and Parkinson A.  Effect of cryopreservation on cytochrome P-450 enzyme induction in cultured rat hepatocytes.  *Drug Metab. Dispos.*  **27,** 327-335, 1999.

100.  LeCluyse E, Bullock P, Madan A, Carroll K, and Parkinson A.  Influence of extracellular matrix overlay and medium formulation on the induction of cytochrome P-450 2B enzymes in primary cultures of rat hepatocytes.  *Drug Metab. Dispos.*  **27,** 909-915, 1999.

101.  Lehman-McKeeman LD, Claudill D, Vasallom JD, Pearce RE, Madan A and Parkinson A.  Effects of musk xylene and musk ketone on rat hepatic cytochrome P450 enzymes. *Toxicol. Lett.*  **111,** 105-115, 1999.

102.  McKim JM, Choudhuri S, Wilga PC, Madan A, Burns-Naas LA, Gallavan RH, Mast RW, Naas DJ, Parkinson A and Meeks RG.  Induction of hepatic xenobiotic metabolizing enzymes in female Fischer-344 rats following repeated inhalation exposure to decamethylcyclopentasiloxane (D5). *Toxicol. Sci.*  **50,** 10-19, 1999.

103.  LeCluyse E, Madan A, Hamilton G, Carroll K, DeHaan R, Hawke R, Barros S and Parkinson A. Expression and regulation of cytochrome P450 enzymes in primary cultures of human hepatocytes. *J. Biochem. Mol. Toxicol.* **14,**  177-188, 2000

104.  Liu J, Sendalbach LE, Parkinson A and Klaassen CD.  Endotoxin pretreatment protects against the hepatotoxicity of acetaminophen and carbon tetrachloride: Role of P450 suppression.  *Toxicology* **147,** 167-176, 2000

105.  Robertson P, Decory HH, Madan A and Parkinson A.  *In vitro* inhibition and induction of human hepatic cytochrome P450 enzymes by modafinil.  *Drug Metab. Dispos.* **28,** 664-671, 2000.

106.  Antonian L, Shawver L, Wagner G, Ogilvie B, Madan A and Parkinson A.  The biotransformation of an anti-angiogenic compound SU5416. *Drug Metab. Dispos.* **28,** 1505-1512, 2000

107.  LeCluyse EL, Ahlgren-Beckendorf JA, Carroll K, Parkinson A and Johnson J.   Regulation of glutathione *S*-transferase enzymes in primary cultures of rat hepatocytes maintained under various matrix conditions.  *Toxicol. In Vitro.* **14,** 101-115, 2000.

108.  Luo G, Cunningham M, Kim S, Burn T, Lin J, Sinz M, Hamilton G, Rizzo C, Jolley S, Gilbert D, Downey A, Mudra D, Graham R, Carroll K, Xie J, Madan A, Parkinson A, Christ D, Selling B, LeCluyse E and Gan LS.  CYP3A induction by drugs: Correlation between a pregnane X receptor reporter gene assay and CYP3A4 expression in human hepatocytes.  *Drug Metab. Dispos.*  **30:** 795-804, 2002

109.  Kiyotani K, Fujieda M, Yamazaki H, Shimada T, Guengerich FP, Parkinson A, Nakagawa K, Ishizaki T and Kamataki T.  Twenty one novel single nucleotide polymorphisms (SNPs) of the CYP2A6 gene in Japanese and Caucasians.  *Drug Metab. Pharmacokinetics* **17:** 482-487, 2002

110.  Toide K, Takahashi Y, Yamazaki H, Terauchi Y, Fujii T, Parkinson A and Kamataki T.  Hepatocyte nuclear factor-1α is a causal factor responsible for interindividual differences in the expression of UDP-glucuronosyltransferase 2B7 mRNA in human livers.  *Drug Metab. Dispos.*  **30:** 613-6615, 2002.

111.  Graham RA, Downey A, Mudra D, Krueger L, Carroll K, Chengelis C, Madan A and Parkinson A. In vivo and in vitro induction of cytochrome P450 enzymes in Beagle dogs. *Drug Metab. Dispos.* **30:** 1206-1213, 2002.

112. Madan A, Graham RA, Carroll KM, Mudra DR, Burton LA, Kreuger LA, Downey AD, Czerwinski M, Forster J, Ribadeneira MD, Gan LS, LeCluyse EL, Zech K, Robertson P, Koch P, Antonian L, Wagner G, Yu L and Parkinson A.  Effects of prototypical microsomal enzyme inducers on cytochrome P450 expression in cultured human hepatocytes.  *Drug Metab. Dispos.*  **31:** 421-431, 2003.

113. Kiyotani K, Yamazaki H, Fujieda M, Iwano S, Matsumura K, Satarug S, Ujjin P, Shimada T, Guengerich FP, Parkinson A, Hondo G, Nakagawa K, Ishizaki T and Kamataki T.  Decreased coumarin 7-hydroxylase activities and CYP2A6 expression levels in humans caused by genetic polymorphism in *CYP2A6* promoter region *(CYP1A6*9).*  *Pharmacogenetics* **13:** 689-695, 2003.

114. Staudinger JL, Madan A, Carroll KM and Parkinson A.  Regulation of drug transporter gene expression by nuclear receptors.  *Drug. Metab. Dispos.* **31:** 523-527, 2003.

115. Yamaori S, Yamazaki H, Iwano S, Kiyotani K, Matsumura K, Saito T, Parkinson A, Nakagawa K and Kamataki T. Ethnic differences between Japanese and Caucasians in the expression levels of mRNAs for CYP3A4, CYP3A5 and CYP3A7: Lack of co-regulation and the expression of CYP3A in Japanese livers. *Xenobiotica* **35:** 69-83, 2005

116. Ogilvie BW, Zhang D, Li W, Rodrigues AD, Holsapple J, Toren P and Parkinson A.  Glucuronidation converts gemfibrozil to a potent, metabolism-dependent inhibitor of CYP2C8: Implications for drug-drug interactions.  *Drug Metab. Dispos.* **34:** 191-197, 2006

117. Juberg DR, Mudra DR, Hazelton GA and Parkinson A. The effects of fenbuconazole on cell proliferation and enzyme induction in the liver of female CD1 mice. *Toxicol. Appl. Pharmacol*. **214:** 178-187, 2006,

118. Parkinson A, Leonard N, Draper A and Ogilvie BW. On the mechanism of hepatocarcinogenesis of benzodiazepines: Evidence that diazepam and oxazepam are CYP2B inducers in rats, and both CYP2B and CYP4A inducers in mice. *Drug Metab. Rev.* **38:** 235-259, 2006

119. Wang MZ, Saulter JY, Usuki E, Cheung YL, Hall M, Bridges AS, Loewen G, Parkinson OT, Stephens CE, Allen JL, Zeldin DC, Boykin DW, Tidwell RTR, Parkinson A, Paine MF and Hall JE.  CYP4F enzymes are the major enzymes responsible in human liver microsomes that catalyze the *O*-demethylation of the antiparasitic prodrug DB289 [2,5-bis(4-amidinophenyl)furan-bis-*O*-methylamidoxime].  *Drug Metab. Dispos.* **34:** 1985-1994, 2006

120. Leone AM, Kao LM, McMillan MK, Nie AY, Parker JB, Kelley MF, Usuki E, Parkinson A, Lord PG and Johnson MD.  Evaluation of felbamate and other antiepileptic drug toxicity potential based on hepatic protein covalent binding and gene expression.  *Chem. Res. Toxicol.* **20:** 600-608, 2007.

121. Wortham M, Czerwinski M, He L, Parkinson A and Wan YJY.  Expression of constitutive androstane receptor, hepatic nuclear factor 4α, and P450 oxidoreductase genes determines interindividual variability in basal expression and activity of a broad scope of xenobiotic metabolism genes in the human liver. *Drug Metab. Dispos.* **35:** 1700-1710, 2007.

122. Umerhara KI, Susaki Y, Van Teylingen RHJ, Neat JN, Ndikum-Moffor F, Noguchi K, Usui T, Parkinson A and Kamimura H. Evaluation of the inhibitory and induction potential of YM758, a novel If channel inhibitor, for human P450-mediated metabolism. *Eur. J. Drug Metab. Pharmacokinetics.* **33:** 211-223, 2008.

123. Nassar AEF, King I, Paris BL, Haupt L, Ndikum-Moffor F, Campbell R, Usuki E, Skibbe J, Brobst D, Ogilvie BW and Parkinson A.  An in vitro evaluation of the victim and perpetrator potential of the anti-cancer agent laromustine (VNP40101M), based on reaction phenotyping and inhibition and induction of cytochrome P450 (CYP) enzymes.  *Drug Metab. Dispos.* **37:** 1922-1930, 2009

124. Hirouchi M, Kusuhara H, Onuki R, Ogilvie BW, Parkinson A and Sugiyama Y.  Construction of triple-transfected cells [organic-anion-transporting polypeptide (OATP) 1B1 / multidrug resistance-

associated protein (MRP) 2 / MRP3 and OATP1B1/MRP2/MRP4] for analysis of sinusoidal function of MRP3 and MRP4. *Drug Metab. Dispos.* **37:** 2103-2111, 2009

125.  Paris BL, Ogilvie BW, Scheinkoenig JA, Ndikum-Moffor F, Gibson R and Parkinson A. *In vitro* inhibition and induction of human liver cytochrome P450 (CYP) enzymes by milnacipran. *Drug Metab. Dispos.* **37:** 2045-2054, 2009

126.  Parkinson A, Kazmi F, Buckley DB, Yerino P, Ogilvie BW and Paris BL. System-dependent outcomes during the evaluation of drug candidates as Inhibitors of cytochrome P450 (CYP) and UDP-glucuronosyltransferase (UGT) enzymes: Human hepatocytes *versus* liver microsomes *versus* recombinant enzymes. *Drug Metab. Pharmacokinet.* **25:** 16-27, 2010

127.  Watanabe T, Kusuhara H, Watanabe T, Debori Y, Maeda K, Kondo T, Nakayama H, Horita S, Ogilvie BW, Parkinson A, Hu Z and Sugiyama Y.  Prediction of the overall renal tubular secretion and hepatic clearance of anionic drugs and a renal drug-drug interaction involving organic anion transporter 3 in humans by in vitro uptake experiments.  *Drug Metab Dispos*.  **39:** 1031-1038, 2011

128.  Parkinson A, Kazmi F, Buckley DB, Yerino P, Paris BL, Holsapple J, Toren P, Otradovec SM and Ogilvie BW. An evaluation of the dilution method for identifying metabolism-dependent inhibitors (MDIs) of cytochrome P450 (CYP) enzymes. *Drug Metab Dispos*. **39:** 1370-1387, 2011

129.  Ogilvie BW, Yerino P, Kazmi F, Buckley DB, Rostami-Hodjegan A, Paris BL, Toren P, and Parkinson. A The proton pump inhibitor, omeprazole, but not lansoprazole or pantoprazole, is a metabolism-dependent inhibitor of CYP2C19: Implications for coadministration with clopidogrel. *Drug Metab Dispos*. **39:** 2020-2033, 2011

130.  Eichenbaum G, Skibbe J, Parkinson A, Johnson M, Baumgardner D, Ogilvie BW, Usuki E, Tonelli F, Holsapple J and Schmitt-Hoffmann A, Holsapple J.  Use of enzyme inhibitors to evaluate the conversion pathways of ester and amide prodrugs: A case study with the prodrug ceftobiprole medocaril. *J. Pharmac. Sci.* **101:** 1242-1252, 2012

131.  Barbara JE, Kazmi F, Muranjan S, Toren PC and Parkinson A. High resolution mass spectrometry elucidates metabonate (false metabolite) formation from alkylamine drugs during *in vitro* metabolite profiling. *Drug Metab. Dispos.* **40**: 1966-1975, 2012

132.  Kazmi F, Hensley T, Pope C, Funk R, Loewen G, Buckley D and Parkinson A. Lysosomal sequestration (trapping) of lipophilic amine (cationic amphiphilic) drugs in immortalized human hepatocytes (Fa2N-4 cells).  *Drug Metab Dispos*. **41:** 897-905, 2013

133.  Barbara J, Kazmi F, Parkinson A and Buckley D. Metabolism-dependent inhibition of CYP3A4 by lapatinib: Evidence for formation of a metabolic intermediate complex with a nitroso/oxime metabolite formed via a nitrone intermediate.  *Drug Metab Dispos*. **41:** 1012-1022, 2013

134.  Czerwinski M, Kazmi F, Parkinson A and Buckley DB.  Anti-CD28 monoclonal antibody–stimulated cytokines released from blood suppress CYP1A2, CYP2B6, and CYP3A4 in human hepatocytes In vitro. *Drug Metab Dispos* **43**:42–52, 2015

135.  Kazmi F, Barbara JE, Yerino P and Parkinson A.  A long-standing mystery solved: The formation of 3-hydroxydesloratadine is catalyzed by CYP2C8 but prior glucuronidation of desloratadine by UGT2B10 is an obligatory requirement.  *Drug Metab Dispos*. **43**:523–533, 2015

136.  Kazmi F, Yerino P, Barbara JE and Parkinson A. Further characterization of the metabolism of desloratadine and its cytochrome P450 and UDP-glucuronosyltransferase (UGT) inhibition potential: Identification of desloratadine as a selective UGT2B10 inhibitor. *Drug Metab Dispos* **43**: 1294-1302, 2015

137.  Haupt LJ, Kazmi F, Ogilvie BW, Buckley DB, Smith BD, Leatherman S, Paris B, Parkinson O and Parkinson A. The reliability of estimating $K_i$ values for direct, reversible inhibition of cytochrome P450 enzymes from corresponding $IC_{50}$ values: A retrospective analysis of 343 experiments. *Drug Metab Dispos* **43**: 1744-1750, 2015

138. Edwards JE, Eliot L, Parkinson A, Karan S and MacConell L.  Assessment of pharmacokinetic interactions between obeticholic acid and caffeine, midazolam, warfarin, dextromethorphan, omeprazole, rosuvastatin, and digoxin in Phase 1 studies in healthy subjects.  *Adv Ther* **34**: 2120-2138, 2017

139. Kazmi F, Yerino P, McCoy C, Parkinson A, Buckley DB, Ogilvie BW.  An assessment of the in vitro inhibition of cytochrome P450 enzymes, UDP-glucuronosyltransferases, and transporters by phosphodiester- or phosphorothioate-linked oligonucleotides. *Drug Metab Dispos*. **46**: 1066-1074, 2018

140. Parkinson A. Regulatory recommendations for calculating the unbound maximum hepatic inlet concentration: A complicated story with a surprising and happy ending. *Drug Metab Dispos.* **47**:779–784, 2019


## PUBLICATIONS  PART B:   REVIEWS, BOOK CHAPTERS AND EDITORIALS

1. Safe S, Wyndham C, Parkinson A, Purdy R and Crawford A.  Halogenated biphenyl metabolism.  In *Hydrocarbons and Halogenated Hydrocarbons in the Aquatic Environment* (B.K. Afghan and D. Mackay, eds.) pp. 537-544, Plenum Publ. Corp., Oxford, 1980.

2. Parkinson A, Cockerline R, Robertson L and Safe S.  Induction of cytochrome P-448 and P-450 by PCB isomers and congeners.  In *Microsomes, Drug Oxidation and Chemical Carcinogenesis*, **Vol. 1** (M.J. Coon, A.H. Conney, R.W. Estabrook, H.V. Gelboin, J.R. Gillette and P.J. O'Brien, eds.) pp. 579-582, Academic Press, New York, 1980.

3. Parkinson A, Copp L and Safe S.  4-Chlorobiphenyl hydroxylase:  A monooxygenase preferentially induced by 3-methylcholanthrene.  In *Microsomes, Drug Oxidations and Chemical Carcinogenesis*, **Vol. 1** (M.J. Coon, A.H. Conney, R.W. Estabrook, H.V. Gelboin, J.R. Gillette and P.J. O'Brien, eds.) pp. 977-980, Academic Press, New York, 1980.

4. Safe S, Robertson L, Parkinson A, Shilling M, Cockerline R and Campbell MA. Polybrominated biphenyls, polychlorinated naphthalenes and polychlorinated terphenyls as microsomal enzyme inducers.  In *Halogenated Hydrocarbons:  Health and Ecological Effects* (M.A.Q. Khan and R.H. Stanton, eds.) pp. 97-105, Pergamon Press, New York, 1981.

5. Safe S, Parkinson A, Robertson L, Cockerline R and Safe L.  PCBs as microsomal enzyme inducers: Structure-activity rules. In *Halogenated Hydrocarbons: Health and Ecological Effects* (M.A.Q. Khan and R.H. Stanton, eds.) pp. 106-119, Pergamon Press, New York, 1981.

6. Parkinson A and Safe S.  Aryl hydrocarbon hydroxylase induction and its relation to the toxicity of halogenated aryl hydrocarbons.  *Toxicol. Environ. Chem. Rev.* **4**, 1-45, 1981.

7. Safe S, Robertson LW, Safe L, Parkinson A, Bandiera S, Sawyer TW and Campbell MA. Halogenated biphenyls:  Molecular toxicology.  *Can. J. Physiol. Pharmacol.* **60**, 1057-1064, 1982.

8. Parkinson A and Safe S.  The cytochrome P-450-mediated metabolism of biphenyl and the 4-halo-biphenyls.  In *Biological Reactive Intermediates*.  II.  *Chemical Mechanisms and Biological Effects* (R. Snyder, D. Parke, J.J. Kocsis, D.J. Jollow and C. Witner, eds.) pp. 745-752, Plenum Press, New York, 1982.

9. Parkinson A, Robertson LW and Safe S. Further characterization and application of the 4-chloro-biphenyl hydroxylase assay.  In *Biological Reactive Intermediates*. II.  *Chemical Mechanisms and Biological Effects* (R. Snyder, D. Parke, J.J. Kocsis, D.J. Jollow and C. Witner, eds.) pp. 753-760, Plenum Press, New York, 1982.

10. Safe S, Parkinson A, Robertson L, Cockerline R, Safe L, Bandiera S and Okey A.  PCBs as AHH inducers.  In *Chlorinated Dioxins and Related Compounds.  Impact on the Environment* (O. Hutzinger et al., eds.) pp. 383-392, Pergamon Press, Oxford and New York, 1982.

11. Safe S, Safe L, Parkinson A, Campbell MA, Sawyer T and Bandiera S. Polychlorinated biphenyls (PCBs) as inducers of the hepatic microsomal drug-metabolizing enzymes-Effects of structure on activity. In *Drug Metabolism and Drug Interactions*, **Vol. 3** (A.H. Beckett and J.W. Gorrod, eds.) pp. 255-270, Freund Publ. House Ltd., London, 1981.

12. Safe S, Parkinson A, Robertson L, Bandiera S, Sawyer T, Safe L, Lambert I, Andres J, and Campbell MA. Halogenated biphenyls as AHH inducers: Effects of different halogen substituents. In *Cytochrome P-450, Biochemistry, Biophysics and Environmental Implication*s (E. Hietanen, M. Laitinen and O. Hamminen, eds.) pp. 441-443, Elsevier Biomedical Press, 1982.

13. Safe S, Parkinson A, Robertson LW, Safe L and Bandiera S. Polychlorinated biphenyls: Effects of structure on biologic and toxic activity. In *Workshop on the Combined Effects of Xenobiotics* (H.F. Stich, H.W. Leung and J.R. Roberts, eds.) pp. 151-176, National Research Council, Ottawa, Canada, 1982.

14. Safe S, Robertson L, Sawyer T, Parkinson A, Bandiera S, Safe L and Campbell M. PCDDs and related compounds: Metabolism and biochemistry. In *Human and Environmental Risks and Chlorinated Dioxins and Related Compounds* (R.E. Tucker, A.L. Young and A.P. Gray, eds.) pp. 393-403, Plenum Publishing Corp., New York, 1983.

15. Safe S, Robertson L, Sawyer T, Bandiera S, Safe L, Parkinson A, Campbell MA and Mullin M. PCBs: Structure-activity relationships. In: *Advances in Exposure, Health and Environmental Effects Studies of PCBs: Symposium Proceedings*, pp. 229-248, Life Systems Inc., Ohio, 1983.

16. Ryan DE, Thomas PE, Parkinson A, Reik LM, Wood AW and Levin W. Characterization and regulation of rat hepatic microsomal cytochrome P-450 isozymes. *Ann. N.Y. Acad. Sci*. **435**, 73-85, 1984.

17. Safe S, Bandiera S, Sawyer T, Robertson L, Safe L, Parkinson A, Thomas PE, Ryan DE, Reik LM, Levin W, Denomme MA and Fujita T. PCBs: Structure function relationships and mechanism of action. *Environ. Health Perspect.* **60**, 47-56, 1985.

18. Li SMA, Denomme MA, Leece B, Safe S, Dutton D, Parkinson A, Thomas PE, Ryan DE, Bandiera S, Reik LC and Levin W. HCB and substituted pentachlorobenzenes (X-$C_6Cl_5$) as inducers of hepatic cytochrome P-450-dependent monooxygenases. In: *Hexachlorobenzene: Proceedings of an International Symposium.* (C.R. Morris and J.R.P. Cabral, eds) pp. 527-534, IARC Scientific Publications, No. 77, Lyon, France, 1986.

19. Parkinson A and Safe S. Mammalian biologic and toxic effects of PCBs. In: *Environmental Toxin Series*. **Vol I.** (O. Hutzinger and S. Safe, eds.) pp. 49-75  Springer-Verlag, Heidelberg, 1987.

20. Parkinson A and Hurwitz A. Omeprazole and the induction of human cytochrome P-450: A response to concerns about potential adverse effects. *Gastroenterology* **100**, 1157-1164, 1991.

21. Parkinson A and Gemzik B. Production and purification of antibodies against rat liver P-450 enzymes. *Meth. Enzymol.* **206**, 233-245, 1991.

22. Smallwood R, Berlin R, Castagnoli N, Fresten H, Hawkey C, Lam S, Langman M, Lundborg P, and Parkinson A. Safety of acid-suppressing drugs. *Digest. Dis. Sci.* **40**, 63S-80S, 1995.

23. Parkinson A. Contributor to the review of a symposium on *Phase II Enzymes and Bioactivation* held as a tribute to James GIllette at the Microsomes and Drug Oxidations symposium in Toronto, Canada in July, 1994. Authors and editors: J.A. Hinson and P.G. Forkert. *Can. J. Physiol. Pharmacol.* **73,** 1407-1413, 1995.

24. Skare JA, Murphy VA, Bookstaff RC, Thompson GA, Heiasse MA, Horowitz ZD, Powell JH, Parkinson A and St. Peter JV. Safety assessment of OTC (over-the-counter) drugs: Doxylamine succinate. *Arch. Toxicol. suppl.* **17,** 326-340, 1995.

25. Parkinson A. An overview of current cytochrome P450 technology for assessing the safety and efficacy of new materials. *Toxicol. Pathol.* **24,** 45-57, 1996.

26.   Parkinson A.  Biotransformation of Xenobiotics.  Chapter 6 in: *Casarett and Doull's Toxicology.  The Basic Science of Poisons.*  Fifth edition (Ed: C.D. Klaassen). McGraw Hill. New York, pp. 113-186, 1996.

27.   LeCluyse E, Bullock P, Parkinson A and Hochman J.  Cultured rat hepatocytes.  In: *Models for Assessing Drug Absorption and Metabolism.*  (Eds: R.T. Borchard, P.L. Smith and G. Wilson). Chapter 9. pp. 121-160. Plenum Press, New York. 1996.

28.   LeCluyse E, Bullock P and Parkinson A.  Strategies for restoration and maintenance of normal hepatic structure and function in long-term cultures rat hepatocytes.  *Adv. Drug Delivery Rev.* **22,** 133-186, 1996.

29.   Campbell DR, Hurwitz A and Parkinson A.  Proton pump inhibitors.  In: *Current Clinical Topics in Gastrointestinal Pharmacology.*  (Eds.: J.H. Lewis and A. Dubois).  Chapter 12, pp. 303-324. Blackwell Science, Inc., Massachusetts. 1997.

30.   Parkinson A, Pearce R, Madan A and Forster J. Availability and preservation of human tissues, and the use of human liver microsomes in drug metabolism research.  In: *The Use of Human In Vitro Systems to Support Preclinical Safety Assessment.*  (Eds. A. Sundwall, G. Alvan, E. Lindgren, P. Moldeus, T. Salmonson and P. Sjoberg). pp. 17-28.  Tryckgruppen, Stockholm, Sweden. 1997.

31.   Parkinson A, Madan A, Forster J, Carroll K, Marcucci K, DeHaan R and LeCluyse E.  Enzyme Induction:  Assessing the Potential for Drug Interactions.  In: *Drug-Drug Interactions:  Analyzing in vitro-in vivo Correlations.*  (Ed.: W. Hori). Chapter 1.7, pp. 1-33. International Business Communications, Inc. Massachusetts. 1997.

32.   Mudra D and Parkinson A.  Isolated and cultured hepatocytes. In: *Current Protocols in Toxicology.*  (Ed.: M. Maines, C. Bradfield, L. Costa, E. Hodgson, D. Reed and I.G. Sipes). Unit 14.2: Preparation of Hepatocytes. pp. 14.2.1 – 14.2.13.  John Wiley & Sons, Inc. 2001

33.   Parkinson A.  Biotransformation of Xenobiotics.  Chapter 6 in: *Casarett and Doull's Toxicology.  The Basic Science of Poisons.*  Sixth edition (Ed: C.D. Klaassen). McGraw Hill. New York, pp. 133-224, 2001.

34.   Madan A, Usuki E, Burton LA, Ogilvie BW and Parkinson A.  *In vitro* approaches for studying the inhibition of drug-metabolizing enzymes and identifying the drug-metabolizing enzymes responsible for the metabolism of drugs. In*: Drug-drug Interactions* (Ed.: A.D. Rodrigues). pp. 217-294. Marcel Dekker Inc. 2002.

35.   Czerwinski M, Opdam P, Madam A, Carroll K, Mudra DR, Gan LL, Luo G and Parkinson A. Analysis of CYP mRNA expression by branched DNA analysis.  *Meth. Enzymol.* **357:** 170-179, 2002.

36.   Mudra DR and Parkinson A.  In vitro CYP induction in human hepatocytes.  Chapter 13 in: *Methods in Pharmacology and Toxicology. Optimization in Drug Discovery: In vitro methods.*  (Ed.: Z. Yan and G.W. Caldwell).  pp. 203-214. Humana Press, Inc. Totowa, NJ. 2004

37.   Parkinson A, Mudra DR, Johnson C, Dwyer A and Carroll KM.  The effects of gender, age, ethnicity and liver cirrhosis on cytochrome P450 enzyme activity in human liver microsomes and inducibility in cultured human hepatocytes.  *Toxic. Appl. Pharmacol.* **199**: 193-209, 2004

38.   Ye C, Sweeney D, Sukbuntherng J, Zhang Q, Tan W, Wong S, Madan A, Ogilvie B, Parkinson A and Antonian L. Distribution, metabolism and excretion of the anti-angiogenic compound SU5416. *Toxicol. In Vitro* **20:** 154-162, 2006

39.   Parkinson A and Ogilvie BW.  Biotransformation of Xenobiotics.  Chapter 6 in: *Casarett and Doull's Toxicology.  The Basic Science of Poisons.*  Seventh edition (Ed: C.D. Klaassen). The McGraw Hill Companies. New York, 2008, pp. 161-304.

40.   Ogilvie BW, Usuki E, Yerino P and Parkinson A.  *In vitro* approaches for studying the inhibition of drug-metabolizing enzymes and identifying the drug-metabolizing enzymes responsible for the metabolism of drugs (reaction phenotyping) with special emphasis on cytochrome P450. In*: Drug-drug Interactions (Drugs and the Pharmaceutical Sciences) – Second edition* (Ed.: A.D. Rodrigues). Informa Healthcare, 2008, pp. 231-358

41.   Parkinson A, Ogilvie BW, Paris BL, Hensley TN and Loewen GJ.  Human Biotransformation. In: *Biotransformation and metabolite elucidation of xenobiotics* (Ed.: A.F. Nassar). A John Wiley & Sons, 2010, pp. 1-77.

42.   Ogilvie BW and Parkinson A. Drugs as victims and perpetrators and the pharmacokinetic concept of maximum exposure, in The *Handbook of Metabolic Pathways of Xenobiotics* (Eds.: P.W. Lee, H. Aizawa, L.L. Gan, C. Prakash and D. Zhong. John Wiley & Sons, Ltd: Chichester, UK, pp. 103-123, 2014.

43.   Parkinson A, Ogilvie BW, Buckley DB, Kazmi F, Czerwinski M and Parkinson O.  Biotransformation of Xenobiotics.  Chapter 6 in: *Casarett and Doull's Toxicology.  The Basic Science of Poisons.*  Eighth edition (Ed: C.D. Klaassen). The McGraw Hill Companies. New York, 2013, pp. 185-366.

44.   Parkinson A, Ogilvie BW, Buckley DB, Kazmi F and Parkinson O.   Biotransformation of Xenobiotics.  Chapter 6 in: *Casarett and Doull's Toxicology.  The Basic Science of Poisons.*  Ninth edition (Ed: C.D. Klaassen). The McGraw Hill Companies. New York, 2018, pp 193-400.

### INVITED LECTURES

| Year | Institution or meeting | Title of presentation |
|------|------------------------|------------------------|
| 1984 | Texas A & M, College Station, TX | *Turnover of the apoprotein and the heme moiety of cytochrome P450.* |
| 1986 | Rutgers University, New Brunswick, NJ | *Studies on the metabolism and toxicity of digitoxin* |
| 1987 | USA MRICD, Aberdeen Proving Grounds, MD | *Purification and characterization of rat liver microsomal carboxylesterases* |
| 1988 | National Center for Toxicological Research, Jefferson, AK | *Testosterone oxidation by rat liver microsomal cytochrome P450* |
| 1988 | University of Arkansas, Little Rock, AK | *Studies on the metabolism and toxicity of digitoxin* |
| 1989 | University of Kentucky, Lexington, KY | *Regulation of testosterone oxidation by cytochrome P450* |
| 1989 | Annual Meeting of the American Chemical Society | *Purification and characterization of rat liver microsomal esterases* |
| 1990 | Eli Lilly & Company, Greenfield, IN | *Species differences in cytochrome P450* |
| 1990 | Marion Laboratories, Kansas City, MO | *Induction of rat liver microsomal cytochrome P450* |
| 1990 | Rutgers University, Piscataway, NJ | *Studies on the function and regulation of rat liver cytochrome P450p (IIIA1)* |
| 1990 | ISSX, San Diego, CA | *Antibodies as reagents and probes for the study of P450 enzymes* |
| 1991 | Schering Plough, Kenilworth, NJ | *In vitro and in vivo methods to evaluate the induction of liver microsomal cytochrome P450* |
| 1991 | Merck Sharp & Dohme (Gastroenterology Meeting) Marina del Rey, CA | *Induction of cytochrome P450 by omeprazole and its clinical and toxicological significance* |
| 1991 | Alcon Laboratories, Fort Worth, TX | *In vitro and in vivo methods to evaluate the induction of liver microsomal cytochrome P450* |
| 1991 | Astra and Merck Sharp & Dohme (Hanbury conference), London, England | *Invited participant in a three-day workshop on anti-secretory/anti-ulcer drugs* |
| 1991 | Procter & Gamble Company, Cincinnati, OH | *Species differences in the function and regulation of cytochrome P450* |
| 1991 | ISSX, Amsterdam, Netherlands. A debate with Drs. J. Caldwell, D.V. Parke and P. Maurel | *Induction of P450 IA is an indicator of carcinogenicity or other severe toxic effects* |
| 1991 | Alcon Laboratories, Fort Worth, TX | *Induction of cytochrome P450 in Cynomolgus monkeys* |
| 1991 | Society of Toxicology, Ohio Valley Chapter, University Kentucky, Lexington, KY | *Is cytochrome P450 induction hazardous to your health?* |

| Year | Institution or meeting | Title of presentation |
|------|------------------------|-----------------------|
| 1991 | Schering Plough, Kenilworth, NJ | *Human and monkey P450 enzymes and inter-individual differences in drug metabolism* |
| 1991 | Procter & Gamble, Cincinnati, OH | *Induction of human liver P450 enzymes in vitro* |
| 1991 | Annual meeting of the Missouri-Kansas Reproductive Endocrinology Society | *Species differences in androgen metabolism in the prostate* |
| **1992** | | |
| 1992 (Jan) | Wyeth-Ayerst Research, Philadelphia, PA | *Cytochrome P450: An overview* |
| 1992 (Feb) | Sigma Xi Seminar Series, University of Kansas Medical Center, Kansas City, KS | *Cytochrome P450: A point of interaction with environmental and occupational chemicals* |
| 1992 (Mar) | University of Texas, Southwestern Medical School, Dallas, TX | *Species differences in the inactivation of androgens in the prostate* |
| 1992 (Mar) | Norwich Eaton Pharmaceuticals, Norwich, NY | *Species differences in the toxicity and cytochrome P450 3A-dependent metabolism of digitoxin* |
| 1992 (Mar) | Department of Biochemistry, University of Kansas Medical Center, Kansas City, KS | *Cytochrome P450: A molecular biologist's dream, a toxicologist's nightmare* |
| 1992 (Apr) | Annual meeting of the Central States Chapter of the Society of Toxicology, Kansas City, KS | *Species differences in cytochrome P450* |
| 1992 (May) | Pfizer Inc., Groton, CT | *Cytochrome P450: Problems and solutions in drug development* |
| 1992 (May) | Abbott Laboratories, Abbott Park, IL | *Cytochrome P450: Problems and solutions in drug development* |
| 1992 (Jul) | Microsomes & Drug Oxidations (Ninth International Symposium), Jerusalem, Israel | *Prostate cytochrome P450* |
| 1992 (Jul) | Annual meeting of the Society for the Study of Reproduction, North Carolina State University, Raleigh, NC | *Workshop on Recombinant Proteins: Expression, Analysis and Characterization* |
| 1992 (Jul) | Wyeth-Ayerst Research, Philadelphia, PA | *Effects of cytochrome P450 inducers on the hepatotoxicity of tolrestat in rats* |
| 1992 (Nov) | Indiana University, Indianapolis, IN | *Prediction of human drug metabolism patterns based on in vitro approaches* |
| **1993** | | |
| 1993 (Jan) | National Academy of Sciences: Institute of Medicine, Washington, DC | *Speaker and panel member at a workshop on: Enzymes of drug metabolism: Importance to drug safety and efficacy* |
| 1993 (Apr) | Midwest Research Institute, Kansas City, MO | *New opportunities in pre-clinical drug development and safety evaluation* |
| 1993 (May) | North Jersey Drug Metabolism Discussion Group. Nutley, NJ | *Enzyme induction: The Good, the Bad and the Ugly* |

| Year | Institution or meeting | Title of presentation |
|------|------------------------|------------------------|
| 1993 (May) | Workshop on Acid-Related Disorders: Clinical Science and Implications for Management. Boston, MA | *Implications and clinical relevance of interactions with drugs and carcinogens* |
| 1993 (June) | Environmental Protection Agency (EPA), Research Triangle Park, NC | *In vitro approaches to study human drug metabolism* |
| 1993 (Sept) | Purdue University, West Lafayette IN | *Human drug metabolism: some apparent discrepancies between in vitro and in vivo reaction phenotyping. Canceled due to illness* |
| 1993 (Oct) | ISSX Continuing Education Course on the Structure, Function and Regulation of selected Phase I & II Enzymes. Tucson, AZ. | *Hydrolytic enzymes and oxidoreductases* |
| 1993 (Oct) | ISSX Organizer of a session on Species Differences in Cytochrome P450 Function and structure. Tucson, AZ | *Species differences in cytochrome P450 function* |
| 1993 (Dec) | Department of Medicinal Chemistry, University of Kansas, Lawrence, KS | *In vitro approaches to study human drug metabolism* |
| **1994** | | |
| 1994 (Apr) | Pfizer Inc., Groton, CT | *Why, how and when should drugs be evaluated as inducers of cytochrome P450 and UDP-glucuronosyltransferase* |
| 1994 (May) | Kansas City Discussion Group of Pharmaceutical and Allied Sciences, Kansas City, MO | *Cytochrome P450 induction and metabolism in drug development* |
| 1994 (Jul) | Microsomes and Drug Oxidations (10th International Symposium), Toronto, Canada | *Purification and cloning of rat carboxylesterases* |
| 1994 (Oct) | Annual meeting of Amersham, FL | *Tools and techniques for P450 analysis* |
| 1994 (Oct) | ISSX, Raleigh-Durham, NC | *In vitro approaches to studying human P450 enzymes* |
| 1994 (Nov) | American Industrial Hygiene Association, Mid-America Local Section, Lee's Summit, MO | *Inter-individual differences in cytochrome P450: Implications for risk assessment* |
| 1994 (Nov) | Procter & Gamble, Cincinnati, OH | *Induction of cytochrome P450 in primary cultures of rat hepatocytes* |
| **1995** | | |
| 1995 (Jan) | Research Institute of Fragrance Manufacturers, Naples, FL | *Coumarin metabolism* |
| 1995 (Feb) | Allergan, Irvine, CA | *The role of cytochrome P450 induction and metabolism in drug development* |
| 1995 (Mar) | Society of Toxicology, Baltimore, MD | *Why, when and how drugs should be tested as liver microsomal enzyme inducers* |

| Year | Institution or meeting | Title of presentation |
|------|------------------------|-----------------------|
| 1995 (Jun) | Annual meeting of the Society of Toxicologic Pathologists, San Diego, CA | *An overview of current cytochrome P450 technology for assessing the safety and efficacy of new materials* |
| 1995 (Jun) | Upjohn Company, Kalamazoo, MI | *In vitro approaches to studying human drug metabolism* |
| 1995 (Oct) | DuPont Merck Pharmaceuticals, Newark, DE | *In vitro techniques for studying drugs and new chemical entities as substrates, inhibitors and inducers of human cytochrome P450 enzymes* |
| 1995 (Nov) | First International Symposium on Drug-Drug Interactions, St. Louis, MO | *Experimental approaches to evaluate drug interactions: Human microsomal systems* |
| **1996** | | |
| 1996 (Apr) | ASPET, Washington DC | *In vitro procedures for testing drugs as liver enzyme inducers* |
| 1996 (May) | IBC Conference on Pharmacogenetics, Washington, DC | *Assessing drugs as liver enzyme inducers* |
| 1996 (Jun) | Allergan, Irvine, CA | *FDA-driven research in drug metabolism* |
| 1996 (Jul) | DuPont Merck Pharmaceuticals, Newark, DE | *In vitro procedures for testing drugs as liver enzyme inducers* |
| 1996 (Sep) | University of Missouri, Kansas City, MO | *In vitro techniques for testing drugs and new chemical entities as substrates, inhibitors and inducers of human P450 enzymes* |
| 1996 (Oct) | Swedish Association of the Pharmaceutical Industry Workshop, Stockholm, Sweden | *Availability and preservation of human tissues* |
| 1996 (Oct) | International Society for the Study of Xenobiotics (ISSX), 7th Annual North American Meeting, NC | *Evaluating drugs and new chemical entities as inhibitors of human P450 enzymes* |
| 1996 (Oct) | American Association for Pharmaceutical Sciences (AAPS), Seattle, WA | *Introduction to cytochrome P450 (part of an AAPS continuing education course)* |
| 1996 (Dec) | IBC Conference on Pharmacogenetics, Washington, DC | *Enzyme induction:  Assessing the potential for drug interactions* |
| **1997** | | |
| 1997 (Feb) | US-FDA (Food & Drug Administration) Washington, DC | *Introduction to cytochrome P450 (and Evaluating drugs and new chemical entities as inducers and suppressors of human P450 enzymes (presented with Dr. Madan).* |
| 1997 (Mar) | Silicon Prairie Technology Association (SPTA), Kansas City, KS | *A brief overview of XenoTech* |
| 1997 (Apr) | Merck, Rahway, NJ | *In vitro techniques for testing drugs and new chemical entities as substrates, inhibitors and inducers of human P450 enzymes* |

Andrew Parkinson                                                                                21

| Year | Institution or meeting | Title of presentation |
|------|------------------------|-----------------------|
| 1997 (Apr) | Merck, West Point, NJ | *Introduction to cytochrome P450 (repeat of the AAPS continuing education course)* |
| 1997 (Oct) | ISSX, Hilton Head, SC | *A primer on reaction phenotyping: Do's and Don'ts for characterizing P450 activity: An infomercial* |
| 1997 (Nov) | Allergan, Irvine, CA | *In vitro techniques for studying drugs and new chemical entities as substrates, inhibitors and inducers of human P450 enzymes* |
| 1997 (Dec) | Astra Hässle AB, Mölndal, Sweden | *In vitro studies of drug interactions with terfenadine* |
| 1997 (Dec) | IBC Conference on Drug-Drug Interactions, Washington, DC | *Evaluating P450 enzyme induction/ suppression in cultured human hepatocytes* |
| **1998** | | |
| 1998 (Feb) | Intercardia-Astra Merck, Wayne, PA | *In vitro studies of bucindolol metabolism* |
| 1998 (May) | Boehringer Ingelheim, Ridgefield, CT | *Drug metabolism course – Enzymology* |
| 1998 (Jun) | Japanese Society of Toxicology, Nagoya, Japan | *The use of human-derived tissues in drug discovery and development* |
| 1998 (Jun) | Special seminars with Drs. Yoshihiko Funae and Tetsuo Satoh in Osaka and Yokohama, Japan | *The use of human-derived tissues in drug discovery and development* |
| 1998 (Jul) | Cell Therapeutics Inc., Seattle, WA | *Evaluating lisofylline as a substrate and inhibitor of human P450 enzymes* |
| 1998 (Aug) | AAPS Short Course, Arlington, VA | *Cytochrome P450* |
| 1998 (Sep) | Inaugural Land o' Lakes Conference on Drug Metabolism, Merrimac, WI | *P450 induction in human and rat hepatocytes* |
| 1998 (Oct) | Eli Lilly and Company, Indianapolis, IN | *Carboxylesterases: Structure, regulation, and role in xenobiotic metabolism* |
| 1998 (Dec) | Allergan, Irvine, CA | *P450 Induction in human hepatocytes* |
| **1999** | | |
| 1999 (Mar) | Wyeth-Ayerst, New York, NY | *In vitro techniques for screening new chemical entities during drug discovery and development. Cancelled* |
| 1999 (Apr) | Kansas City Discussion Group of Pharmaceutical and Allied Scientists, Kansas City, KS | *An after-dinner discourse on the great scientific discoverers, a hodgepodge of curious facts, and something my grandfather once told me* |

| Year | Institution or meeting | Title of presentation |
|---|---|---|
| 1999 (Sep) | Allergan, Irvine, CA | *Carboxylesterases:  Structure, regulation, and role in xenobiotic metabolism* |
| 1999 (Oct) | Pharmaceutical Education and Research Institute (PERI), Arlington, VA | *Drug Metabolism and Drug Development: P450-Dependent Metabolism* |
| 1999 (Oct) | Silicon Prairie Technology Association's BioScience Network, Kansas City, KS | *Current Trends in Financing a Biotech Company.  Panel discussant on Development Stage Companies* |
| **2000** | | |
| 2000 (Feb) | European Center of Pharmaceutical Medicine (ECPM), Basel, Switzerland | *Drug Metabolism in Health and Disease-Cancelled because of bad weather* |
| 2000 (Feb) | Kaufmann Foundation, Kansas City, MO | *Guest speaker, the Fast Track II course for entrepreneurs* |
| 2000 (Aug) | Kaufmann Foundation, Kansas City, MO | *Guest speaker, the Fast Track II course for entrepreneurs* |
| 2000 (Sep) | Allergan, Irvine, CA | *Metabolism of imidazole- and imidazoline-containing drugs* |
| 2000 (Oct) | ISSX, Indianapolis, IN | *In vitro applications of fresh and cryopreserv-ed human hepatocytes in drug metabolism and drug discovery* |
| 2000 (Nov) | Japanese Society for Alternatives to Animal Experimentation (JSAAE), Ichikawa, Japan. | *Significance and problems of high-throughput screening (HTS) of enzyme inducers* |
| 2000 (Nov) | Nippon Shinyaku, Shionogi, Sankyo, Sumitomo Chemical, Tanabe and Yamanouchi (six pharmaceutical companies in Japan) | *In vitro applications of fresh and cryopreserved hepatocytes in drug metabolism and discovery* |
| 2000 (Dec) | TEBU, Paris, France | *An overview of XenoTech's products and services* |
| **2001** | | |
| 2001 (Feb Mar) | CBI's 2nd Annual Conference on Predicting Drug Metabolism, Philadelphia, PA  Roche, Palo Alto, CA | *Application of bDNA technology and cryo-preserved hepatocytes to screen for enzyme induction* |
| 2001 (Apr) | Pharmacia, Skokie, IL | *Application of in vitro drug metabolism techniques to support drug discovery and drug development* |
| 2001 (Apr) | OSI Pharmaceuticals, Long Island, NY | *In vitro assays for metabolic enzyme induction and inhibition: Strategies and potential pitfalls* |
| 2001 (May) | Kaufmann Foundation, Kansas City, MO | *Guest speaker at the Science and Technology Commercialization Forum* |
| 2001 (May) | Purdue Pharma LP, Ardsley, NY | *Comparison of different in vitro systems for DMPK studies in drug discovery and drug development* |

Andrew Parkinson 23

| Year | Institution or meeting | Title of presentation |
|---|---|---|
| 2001 (May) | Aventis, Bridgewater, NJ | *Comparison of different in vitro systems for DMPK studies in drug discovery and drug development* |
| 2001 (Jun) | CHI's Eighth Annual HTT Expo, Philadelphia, PA | *ADME screening with hepatocytes* |
| 2001 (Jun) | National Disease Research Institute (NDRI), Philadelphia, PA | *Human liver and its impact on drug safety* |
| 2001 (Jun) | Glaxo-Smith-Kline (GSK), Research Triangle Park, NC | *Human hepatocytes and other in vitro systems to support drug discovery and development* |
| 2001 (Jun) | Drew University Course on *Designing Safe Drugs: Integration of Biotransformation Studies in Drug Discovery & Development.* Princeton, NJ. | *Cytochrome P450: Impact on drug safety/ efficacy and in vitro methods to assess it* |
| 2001 (Jun) | North Jersey Drug Metabolism Discussion Group, Princeton, NJ | *Human hepatocytes: Hope, hype and hooey* |
| 2001 (Aug) | Pfizer, Ann Arbor, Michigan | *Application of in vitro drug metabolism to drug discovery and development: Industrial and FDA perspective* |
| 2001 (Sep) | Pfizer, Ann Arbor, MI | *A short course in drug metabolism* |
| 2001 (Sep) | Kansas City Discussion Group of Pharma-ceutical and Allied Scientists, Kansas City, MO | *An after-dinner discourse on the great scientific discoverers, a hodgepodge of curious facts, and something my grandfather once told me* |
| 2001 (Sep) | Teijin and other pharmaceutical companies in Japan | *Assessing enzyme induction in vitro: An industrial and regulatory perspective* |
| 2001 (Sep) | Teijin, Tokyo, Japan | *CYP1A1 enzyme induction* |
| 2001 (Oct) | Hepatocyte Users Group (HUG), London, England | *The application of bDNA technology to evaluate enzyme induction in primary cultures of human and rat hepatocytes* |
| 2001 (Oct) | Japanese Society for the Study of Xenobiotics (JSSX), Japan | *Enzyme induction: Its assessment in human hepatocytes and its impact on the drug approval process* |
| 2001 (Oct) | Ajinomoto and other pharmaceutical companies in Japan | *Assessing enzyme induction in vitro: An industrial and regulatory perspective* |
| **2002** | | |
| 2002 (Jan) | Hokkaido University, Sapporo, Japan | *Carboxylesterases: An interesting diversion from our studies on cytochrome P450* |
| 2002 (Jan) | CHI's conference on Drug Discovery, Japan | *Evaluating drugs and NCE's as enzyme inducers: Application of cultured hepatocytes and branched DNA (bDNA) technology* |

| Year | Institution or meeting | Title of presentation |
|------|------------------------|-----------------------|
| 2002 (Jan) | Daiichi, Meiji, Taisho and Teijin (four pharmaceutical companies in Japan) | *(1). Isolation of human hepatocytes for enzyme induction studies and cryopreservation.  (2) Evaluating drugs and NCE's as cytochrome P450 inhibitors* |
| 2002 (Jan) | Incara Pharmaceuticals, Raleigh, NC | *XenoTech: An overview of the company and its products and services* |
| 2002 (Feb) | CBI's 3rd Annual Predictive ADME/Tox Conference, Philadelphia, PA | *In vitro systems to evaluate the metabolic stability of drugs* |
| 2002 (Feb) | University of Kansas Medical Center, Kansas City, KS | *XenoTech: An overview of the company and its industry* |
| 2002 (May) | Lion Bioscience, San Diego, CA | *Application of in vitro drug metabolism to drug discovery and development: Industrial and regulatory perspectives* |
| 2002 (May) | Human Animal Bridge (annual conference), Tokyo, Japan | *In vitro approaches to enzyme induction* |
| 2002 (Jun) | Aventis Workshop on Cytochrome P450, Frankfurt, Germany | *Strategies to assess CYP induction drug-drug interaction potential: in vitro perspective* |
| 2002 (Jun) | UCB Pharma, Boston, MA | *The application of branched DNA (bDNA) technology to study enzyme induction in cultured hepatocytes* |
| 2002 (Jul) | Microsomes & Drug Oxidations (MDO) meeting in Sapporo, Japan | *Enzyme induction: Best practices and regulatory considerations.* |
| 2002 (Jul) | Kyowa Hakko, Mochida, Ono and Yamanouchi (four pharmaceutical companies in Japan) | *Evaluating drugs and NCE's as cytochrome P450 inhibitors and P450 inducers (2 talks)* |
| 2002 (Sep) | Pfizer, Sandwich, Kent, England | *The role of human hepatocytes, subcellular fractions and recombinant enzymes in pre-clinical ADMET studies* |
| 2002 (Oct) | ISSX, Orlando, Florida | *Effects of gender, age, ethnicity and cirrhosis on human liver cytochrome P450 (CYP) enzyme activity and inducibility* |
| 2002 (Nov) | Human Animal Bridge (annual meeting for young scientists), Tokyo, Japan | *The use of human hepatocytes and related in vitro systems for evaluating enzyme induction and chemical toxicity* |
| **2003** | | |
| 2003 (Mar) | Hepatocyte Users Group (HUG), Aberdeen, Scotland | *Effects of gender, age, ethnicity and cirrhosis on human liver cytochrome P450 (CYP) enzyme activity and inducibility (presentation made by David Steen)* |
| 2003 (May) | ACS PerSpectives – ADMET in the 21st Century. St. Petersburg, FL | *Contemporary tools for enzyme induction* |

| Year | Institution or meeting | Title of presentation |
|---|---|---|
| 2003 (Jun) | Drew University Course on Designing Safe Drugs: Integration of Biotransformation Studies in Drug Discovery and Development. Madison, NJ. | *Cytochrome P450: Impact on drug safety/efficacy and in vitro methods to assess it* |
| 2003 (Aug) | Nagawa Forum (Nagano Prefecture), Tokyo, Japan | *The assessment of cellular toxicity in vitro and its relevance to clinically observed organ specific toxicity including hepatotoxicity* |
| 2003 (Oct) | Daiichi, Dainippon, Japan Tobacco, Mitsubishi Welpharma, Taisho (five pharmaceutical companies in Japan) | *Immortalization of hepatocytes from a human donor – retention of near-normal morphology and function* |
| 2003 (Oct) | Japanese Pharmaceutical Manufacturers Association (JMPA) conference on Bio-markers, Tokyo, Japan | *The assessment of human cytochrome P450 induction and hepatocellular toxicity in vitro* |
| 2003 (Oct) | University of Queensland, Brisbane, Australia | *Incubating a company (XenoTech) in academia: The good, the bad and the ugly* |
| 2003 (Oct) | ISSX, Providence, RI | *Immortalization of hepatocytes from a human donor – retention of near-normal morphology and function* |
| 2003 (Oct) | University of Kansas (annual Technology Awards dinner). Lawrence, KS | *Award recipient and after-dinner speaker* |
| 2003 (Nov) | GSK, Research Triangle Park, NC | *Induction of the major cytochrome P450 enzymes in immortalized human hepatocytes (Fa2N-4 cells)* |
| **2004** | | |
| 2004 (Jan) | National Disease Research Institute (NDRI) (annual board meeting). Philadelphia. PA | *XenoTech-NDRI: Making drugs safer and effective for everyone* |
| 2004 (Feb) | CBI's 5th Annual Predictive ADME/Tox Conference, Philadelphia, PA | *Induction of the major cytochrome P450 enzymes in immortalized human hepatocytes (Fa2N-4 cells)* |
| 2004 (Feb) | Hoffmann-La Roche (Nutley), Aventis (Bridgewater) and Bristol-Myer Squib (three pharmaceutical companies) | *Immortalized human hepatocytes: A new in vitro approach to enzyme induction and other ADME-Tox studies* |
| 2004 (Feb) | ISE's 4th International Conference on Early Toxicity Screening, San Diego, California | *Immortalized human hepatocytes: A new in vitro approach to early enzyme induction and hepatotoxicity screening* |
| 2004 (Mar) | European Center of Pharmaceutical Medicine (ECPM), Basel, Switzerland | *Drug metabolism in health and disease* |
| 2004 (Mar) | Hoffmann-La Roche, Basel, Switzerland | *Immortalized human hepatocytes: A new in vitro approach to enzyme induction and other ADME-Tox studies* |
| 2004 (Mar) | Boehringer Ingelheim, n/r Frankfurt, Germany | *An overview of in vitro approaches to drug metabolism and drug interactions (CYP inhibition and induction)* |

Andrew Parkinson                                                                                  26

| Year | Institution or meeting | Title of presentation |
|------|------------------------|-----------------------|
| 2004 (Apr) | Southern California Drug Metabolism Discussion Group (annual meeting), San Diego, CA | *Immortalized human hepatocytes: A new in vitro approach to enzyme induction and toxicity studies* |
| 2004 (May) | CHI's Conference on Cell-Based Assays for HTS, Philadelphia, PA | *Immortalized human hepatocytes: A new in vitro approach to early compound screening* |
| 2004 (Jun) | ISE's 7th International Conference on Drug-Drug Interactions, San Diego, CA | *Immortalized and fresh human hepatocytes: Use and performance in metabolism, induction and toxicity screens* |
| 2004 (Jun) | Eisai Co. Ltd, Tsukuba-Shi, Ibaraki, Japan | *Immortalized human hepatocytes: Use and performance in metabolism, induction and toxicity screening* |
| 2004 (Jun) | Kissei Pharmaceutical Company, Matsumoto City, Nagano Prefecture, Japan | *An overview of selected products and services from XenoTech* |
| 2004 (Jul) | Microsomes & Drug Oxidations symposium, Mainz, Germany | *Immortalized human hepatocytes and other new products and services from XenoTech (an infomercial)* |
| 2004 (Aug) | Bristol-Myers Squibb, Princeton, NJ | *CYP inhibition and CYP induction studies at XenoTech (presented with Brian Ogilvie, Paul Toren and Florence Ndikum-Moffor)* |
| 2004 (Sep) | Sepracor, Marlborough, MA | *Overview of Phase 2 metabolism from a drug development and regulatory perspective* |
| 2004 (Oct) | Abbott, Abbott Park, IL | *Structural alerts as guides to drug discovery and development* |
| 2004 (Oct) | ISE's conference on *In Vitro* ADMET Technologies, Cambridge, MA | *Latest assessment of Fa2N-4 immortalized human hepatocytes in drug discovery and development* |
| 2004 (Nov) | Sankyo Co. Ltd, Shinagawa-Ku, Tokyo, Japan | *In vitro approaches to studying cytochrome P450 inhibition and reaction phenotyping (enzyme mapping)* |
| 2004 (Dec) | CHI's conference on *In vitro* Screens in Drug Metabolism, Lake Buena Vista, FL | *The use of Fa2N-4 immortalized human hepatocytes for in vitro screening* |
| **2005** | | |
| 2005 (Jan) | Neurocrine, San Diego, CA | *Latest assessment of Fa2N-4 immortalized human hepatocytes in drug discovery and development* |
| 2005 (Feb) | Symposium for Japanese Scientists, Lenexa, KS | *Meeting organizer and chairman* |
| 2005 (Feb) | Schering Plough Research Institute, Kenilworth, NJ | *The effects of age, gender, ethnicity and other factors on cytochrome P450 function and induction* |
| 2005 (Mar) | Tebu-bio, Paris, France | *Overview of XenoTech's products, services and business* |

| Year | Institution or meeting | Title of presentation |
|------|------------------------|------------------------|
| 2005 (Mar) | Almirall, Barcelona, Spain | *Pre-clinical drug discovery and development: Structural alerts and in vitro ADMET studies* |
| 2005 (Mar) | Almirall, Barcelona, Spain | *Enzyme induction in primary cultures of rat and human hepatocytes* |
| 2005 (Mar) | Sankyo Co. Ltd., Shinagawa-Ku, Tokyo, Japan | *Glucuronidation from a drug development and regulatory perspective* |
| 2005 (Mar) | Sankyo Co. Ltd., Shinagawa-Ku, Tokyo, Japan | *The use of Fa2N-4 immortalized human hepatocytes for in vitro screening* |
| 2005 (Mar) | Pharmaceutical companies in Japan (Dainippon, Sumitomo, Taiho, Shionogi) | *An overview of XenoTech's products and services* |
| 2005 (Mar) | Japanese Pharmaceutical Society (annual meeting), Tokyo, Japan | *Trends in the in vitro use of human-derived material to support drug discovery and development* |
| 2005 (Apr) | Department of Commerce, Topeka, KS (Exporter of the Year presentation) | *Finalist Presentation: XenoTech LLC* |
| 2005 (May) | Taisho Pharmaceutical Company, Saitama, Japan | *Cytochrome P450 and UGT enzymes: Recent advances in methodology and the FDA's perspective* |
| 2005 (May) | Human-Animal Bridge (Annual Meeting) in Tokyo, Japan | *Immortalized human hepatocytes )Fas2N-4 cells): A new tool to assess enzyme induction* |
| 2005 (May) | Human-Animal Bridge (Annual Meeting) in Tokyo, Japan | *Cytochrome P450 and UGT enzymes: Recent advances in methodology and the FDA's perspective (Luncheon Seminar)* |
| 2005 (May) | Nosan Corporation.  Special seminar for pharmaceutical scientists. Yokohama, Japan | *Drug-induced liver disease and immortalized human hepatocytes (Fa2N-4 cells)* |
| 2005 (May) | Sigma Xi Annual Meeting, University of Kansas Medical Center, Kansas City, KS | *From KUMC (academia) to XenoTech (industry): A beacon for capitalism or a red light over the ivory tower door?* |
| 2005 (Jun) | XenoTech's inaugural symposium (attended by pharmaceutical scientists from Japan and America). Kansas City, MO | *Organizer and chairman. Cytochrome P450 induction in primary and immortalized human hepatocytes* |
| 2005 (Aug) | WIL Research Laboratories, Ashland, OH | *Enzyme induction studies in rats and other laboratory animals ex vivo: Part 1: Toxicological implications. Part 2:  Clinical implications* |
| 2005 (Dec) | Department of Pharmacology, Toxicology and Therapeutics, University of Kansas Medical Center, Kansas City, KS | *Drug-drug interactions: The role of CYP, UGT and OATP in the lethal interaction between gemfibrozil and cerivastatin* |
| **2006** | | |

| Year | Institution or meeting | Title of presentation |
|------|------------------------|-----------------------|
| 2006 (Jan) | Institute for Diabetes Discovery, Hartford, CT | *Drugs as victims and perpetrators of drug interactions. Part 1: Why and how we conduct reaction phenotyping studies.  Part 2: Why and how we conduct CYP inhibition and induction studies* |
| 2006 (Feb) | Otsuka Pharmaceutical Company, Japan | *XenoTech's products and services. Drugs as victims and perpetrators of drug interactions. Why and how we conduct CYP induction studies* |
| 2006 (Feb) | Taiho Pharmaceutical Company, Japan\nAstellas Pharmaceutical Company, Tokyo, Japan\nEisai Pharmaceutical Company, Tsukuba-Shi, Ibaraki, Japan | *Drugs as victims and perpetrators of drug interactions. Part 1: CYP induction in human hepatocytes. Part 2: CYP inhibition – the unusual but lethal interaction between gemfibrozil and cerivastatin* |
| 2006 (Feb) | Taisho Pharmaceutical Company, Saitama, Japan | *Enzyme induction in primary and immortalized human hepatocytes: Advances, and new approaches to extrapolating induction data* |
| 2006 (Feb) | Mitsubishi Pharma, Tokyo, Japan | *Drugs as victims and perpetrators of drug interactions. Why and how we conduct reaction phenotyping studies* |
| 2006 (Feb) | Daiichi-Sankyo Pharmaceutical Company, Japan | *Drug-drug interactions: The role of CYP, UGT and OATP in the lethal interaction between gemfibrozil and cerivastatin* |
| 2006 (Feb) | European Center of Pharmaceutical Medicine (ECPM), Basel, Switzerland | *Drug metabolism in health and disease* |
| 2006 (Mar) | Society of Toxicology (annual meeting), San Diego, CA | *Toxicity of human metabolites – Invited participant in panel discussion* |
| 2006 (Mar) | Abbott Bio-Research Center, Worcester, MA | *Drugs and victims and perpetrators: The basis for in vitro assays (reaction phenotyping, CYP inhibition and CYP induction)* |
| 2006 (Mar) | Genentech, San Francisco, CA | *Drugs and victims and perpetrators: The basis for in vitro assays: Part A:  Enzyme induction* |
| 2006 (Mar) | Nektar, San Francisco, CA | *Drugs and victims and perpetrators: The basis for in vitro assays (reaction phenotyping, CYP inhibition and CYP induction)* |
| 2006 (Apr) | Vanda Pharmaceuticals, Rockville, MD | *Drugs and victims and perpetrators: The basis for in vitro assays (reaction phenotyping, CYP inhibition and CYP induction)* |
| 2006 (May) | CHI's World Pharmaceutical Congress, Philadelphia, PA | *Current approaches to drug-drug interactions* |
| 2006 (Jul) | XenoTech's Annual Symposium, Kansas City, KS | *Pharmacological and toxicological implications of enzyme induction* |

Andrew Parkinson                                                                                     29

| Year | Institution or meeting | Title of presentation |
|---|---|---|
| 2006 (Aug) | Allergan, Irvine, CA | *The application of in vitro drug-drug interaction studies in drug development* |
| 2006 (Oct) | Central States Society of Toxicology, Kansas City, KS | *Drug-drug interactions: Identifying victims and perpetrators during pre-clinical drug development* |
| 2006 (Nov) | Taisho Pharmaceutical Company, Saitama, Japan | *Structural alerts in drug development: Some strategies to minimize pharmacokinetic, toxicity and drug interaction liabilities* |
| 2006 (Nov) | Nosan ADME-Tox Symposium, Yokohama, Japan | *Drug-drug interactions: Identifying victims and perpetrators during pre-clinical drug development* |
| 2006 (Nov) | Safety Evaluation Forum, Tokyo, Japan | *Drug-induced liver disease (DILI): Do we know enough to avoid idiosyncratic toxicity?* |
| **2007** | | |
| 2007 (Mar) | The Leadership Forum, Kansas City, KS | *Stem cells and other new life sciences technologies* |
| 2007 (Mar) | Forest Research Institute (Forest Laboratories), Jersey City, NJ | *Structural alerts in drug development: Some strategies to minimize pharmacokinetic, toxicity & drug interaction liabilities* |
| 2007 (May) | American Chemical Society -  Mid-Atlantic Regional Meeting (ACS-MARM), Ursinus College, Collegeville, PA | *Induction of drug-metabolizing enzymes: In vitro studies, IVIVC and the emerging role of xenosensors in endobiotic homeostasis* |
| 2007 (May) | Delaware Valley Drug Metabolism Discussion Group (DVDMDG) and Rozman Symposium, Philadelphia, PA | *The unusual mechanism of the sometimes lethal pharmacokinetic interaction between gemfibrozil and cerivastatin (now withdrawn from the market)* |
| 2007 (June) | Teva Pharmaceuticals – Inaugural ADME Workshop, Budapest, Hungary | *In vitro techniques to assess the victim and perpetrator potential of drug candidates: The basis for reaction phenotyping, enzyme inhibition & enzyme induction* |
| 2007 (June) | Solvo, Budapest, Hungary | *The unusual mechanism of the sometimes lethal pharmacokinetic interaction between gemfibrozil and cerivastatin* |
| 2007 (Oct) | Japan Tobacco (Pharmaceutical Division), Osaka, Japan<br>Shionogi Pharmaceutical Company, Osaka, Japan<br>Otsuka Pharma, Tokushima, Japan<br>Eisai Pharmaceutical Company, Tsukuba-Shi, Ibaraki, Japan<br>Astellas Pharmaceutical Company, Tokyo, Japan | *In vitro techniques to assess the victim and perpetrator potential of drug candidates: The basis for reaction phenotyping, enzyme inhibition & enzyme induction* |
| 2007 (Nov) | Xenobiotic Laboratories 20th Anniversary Symposium, Princeton, NJ | *Cytochrome P450 induction: Mechanism, interpretation, and clinical significance* |
| 2007 (Nov) | Teva Pharmaceutical Industries Ltd. Neyanya (near Tel Aviv), Israel | *A three-part, all-day course on drug metabolism* |

| Year | Institution or meeting | Title of presentation |
|------|------------------------|-----------------------|
| **2008** | | |
| 2008 (May) | North Jersey Drug Metabolism Discussion Group, Somerset, New Jersey | *Ten things you may not know about ADME-Tox* |
| 2008 (May) | World Pharmaceutical Congress, Philadelphia, PA | *Role of cytochrome P450 enzymes in drug-drug interactions and the clinical implications* |
| 2008 (Jul) | XenoTech's Symposium, Philadelphia, PA | *State of the art in vitro drug-drug interaction studies* |
| 2008 (Oct) | Tebu-bio's Symposium, Paris, France | *In vitro techniques to assess the victim and perpetrator potential of drug candidates: the basis for reaction phenotyping, enzyme inhibition, enzyme induction and drug transporter studies.* |
| 2008 (Oct) | JSSX meeting, Kumamoto, Japan | *New regulatory and experimental developments in the in vitro approaches to assess the victim and perpetrator potential of drug candidates* |
| **2009** | | |
| 2009 (Feb) | University of Kansas, Lawrence, KS | *The unusual mechanism of the sometimes lethal pharmacokinetic interaction between gemfibrozil and cerivastatin* |
| 2009 (Mar) | Schering Plough Research Institute, Kenilworth, NJ | *In vitro CYP inhibition studies:  Automated procedures, mechanistic follow-up studies and system-dependent outcomes* |
| 2009 (Apr) | Hoffmann-La Roche, Nutley, NJ | *Structural alerts for the formation of reactive metabolites including acyl glucuronides* |
| 2009 (Apr) | University of Kansas Medical Center – Liver Center 2009 Symposium, Kansas City, KS | *Evaluating the victim and perpetrator potential of drugs (right here in Kansas City)* |
| 2009 (Jun) | AstraZeneca, Waltham, MA | *New developments in the in vitro assessment of the victim & perpetrator potential of drug candidates* |
| 2009 (Jun) | Abbott Laboratories, Abbott Park, IL | *Cytochrome P450 (CYP) inhibition: Unexpected consequences of experimental design and examples of in vitro system-dependent inhibition* |
| 2009 (Jul) | AstraZeneca, Charnwood, England | *In vitro approaches to evaluate the victim and perpetrator potential of drug candidates* |
| 2009 (Jul) | University of Manchester, England | *Cytochrome P450 (CYP) inhibition: Unexpected consequences of experimental design and examples of in vitro system-dependent inhibition* |
| 2009 (Jul) | AstraZeneca, Alderly Park, England | *In vitro approaches to evaluate the victim and perpetrator potential of drug candidates* |

| Year | Institution or meeting | Title of presentation |
|------|------------------------|------------------------|
| 2009 (Jul) | Antisoma, London. England<br>GSK, Ware, England<br>Cancer Research Technology, London, England<br>Argenta Discovery, Harlow, England | *In vitro approaches to evaluate the victim and perpetrator potential of drug candidates* |
| 2009 (Oct) | Genentech, San Francisco, CA<br>Gilead, San Francisco, CA<br>Exelexis, San Francisco, CA<br>Intermune, San Francisco, CA<br>élan, San Francisco, CA | *System-dependent inhibition of cytochrome P450: Hepatocytes versus human liver microsomes and the design of CYP inhibition experiments* |
| 2009 (Oct) | All SAC Kaizen Meeting, Winchester, KY | *Overview of XenoTech* |
| 2009 (Oct) | ISSX (annual meeting), Baltimore, MD | *Ten things you may not know about CYP inhibition* |
| 2009 (Nov) | Lilly, Indianapolis, IN | *Ten things you may not know about CYP inhibition* |
| 2009 (Nov) | iBiopharm conference organized for representatives from over 50 Korean companies. Seoul, South Korea | *What does the FDA require to evaluate the victim and perpetrator potential of drug candidates and how does XenoTech achieve this goal?* |
| 2009 (Nov) | LG Life Sciences, Seoul, South Korea | *Structural alerts for the formation of reactive metabolites including acyl glucuronides* |
| 2009 (Nov) | Yuhan Research Institute, Seoul, South Korea | *Cytochrome P450 induction: Mechanism*, in vitro *approaches, interpretation and clinical significance* |
| 2009 (Nov) | Dong-A Pharm, Seoul, South Korea | *What does the FDA require to evaluate the victim and perpetrator potential of drug candidates and how does XenoTech achieve this goal?* |
| 2009 (Nov) | JSSX (annual meeting), Kyoto, Japan | *System-dependent inhibition of cytochrome P450 (CYP) enzymes (human liver microsomes versus hepatocytes)* |
| 2009 (Nov) | Asahi Kasei Pharm, Tokyo, Japan<br>Chugai Pharm, Tokyo, Japan<br>Daiichi-Sankyo, Tokyo, Japan<br>Shionogi, Osaka, Japan<br>Takeda, Osaka, Japan<br>Tanabe-Mitsubishi, Tokyo, Japan | *Ten things you may not know about CYP inhibition* |
| 2009 (Dec) | Sanofi-Aventis, Frankfurt, Germany | *What does the FDA require to evaluate the victim and perpetrator potential of drug candidates and how does XenoTech achieve this goal?* |

| Year | Institution or meeting | Title of presentation |
|---|---|---|
| 2009 (Dec) | Boehringer-Ingelheim, Vienna, Austria | *Ten things you may not know about CYP inhibition* |
| 2009 (Dec) | GSK, Verona, Italy | *What does the FDA require to evaluate the victim and perpetrator potential of drug candidates and how does XenoTech achieve this goal?* |
| 2009 (Dec) | Siena Biotech, Siena, Italy | *Ten things you may not know about CYP inhibition* |
| **2010** | | |
| 2010 (Mar) | Merck–Serono, Geneva, Switzerland<br>Merck KGa, Grafing, Germany | *Part 1. Ten things you may not know about CYP inhibition. (Presented as a webinar)*<br>*Part 2. What does the FDA require to evaluate the victim and perpetrator potential of drug candidates and how does XenoTech achieve this goal?(Presented as a webinar)* |
| 2010 (Mar) | AstraZeneca, Wilmington, DE<br>Bristol-Myers Squibb (BMS), Princeton, NJ<br>Novartis, East Hanover, NJ | *What does the FDA require to evaluate the victim and perpetrator potential of drug candidates and how does XenoTech achieve this goal?* |
| 2010 (Apr) | IAMI Fellows Program, University of Kansas, Lawrence, KS | *Ten things I learned about incubating a start-up company from academia* |
| 2010 (Apr) | Active Biotech, Lund, Sweden<br>Karobio, Huddinge, Sweden<br>NeuroSearch, Gothenberg, Sweden<br>Orexo, Uppsala, Sweden | *Ten things you may not know about CYP inhibition* |
| 2010 (Apr) | AstraZeneca, Lund, Sweden | *Victims & Perpetrators … and a few things you may not know about CYP inhibition* |
| 2010 (Apr) | Lundbeck, Copenhagen, Denmark | *Structural alerts for the formation of reactive metabolites including acyl glucuronides*<br>*Ten things you may not know about CYP inhibition* |
| 2010 (Jun) | DDI Workshop, Marbach Castle, Germany | *System-dependent inhibition: When should CYP inhibition studies be conducted in hepatocytes?* |
| 2010 (Jun) | Nycomed Konstanz, Germany | *In vitro approaches to assessing the victim and perpetrator potential of drug candidates: Selected topics* |
| 2010 (Jun) | Recordati, Milan, Italy<br>PharmEste, Milan, Italy | *Victims & Perpetrators … and a few things you may not know about CYP inhibition* |

| Year | Institution or meeting | Title of presentation |
|---|---|---|
| 2010 (Jun) | ESI's 13th DDI Conference, Seattle, WA | *Rules for evaluating drug candidates as system-dependent inhibitors and metabolism-dependent inhibitors of cytochrome P450 (CYP) enzymes* |
| 2010 (Jul) | SMi ADMET Conference, London, England | *System-dependent inhibition of cytochrome P450 (CYP) enzymes: Common misconceptions and errors* |
| 2010 (Jul) | Celgene, San Diego, CA | *Drugs as victims and perpetrators: Ten things you may not know about in vitro testing* |
| 2010 (Nov) | GSK – Research Triangle Park, NC | *What the FDA requires to evaluate the victim and perpetrator potential of drug candidates* |
| 2010 (Nov) | Boehringer Ingelheim, Ridgefield, CT | *Ten things you may not know about CYP inhibition* |
| 2010 (Nov) | Antisoma, Cambridge, MA<br>Biogen, Cambridge, MA<br>Ironwood Pharmaceuticals, Cambridge, MA | *Evaluating the victim & perpetrator potential of drug candidates: Lysosomal trapping* |
| 2010 (Nov) | Millennium Pharmaceuticals, Cambridge, MA | *Evaluating the victim & perpetrator potential of drug candidates: Enzyme Induction* |
| 2010 (Nov) | Infinity Pharmaceuticals, Cambridge, MA | *What the FDA requires to evaluate the victim and perpetrator potential of drug candidates* |
| 2010 (Nov) | Sanofi-Aventis, Frankfurt, Germany | *In vitro techniques to evaluate the victim and perpetrator potential of drug candidates* |
| 2010 (Dec) | Astellas, Chuo-Ku (Tokyo), Japan<br>Chugai Pharmaceutical Co., Shizuoka (Tokyo) Japan<br>Dainippon-Sumitomo, Osaka, Japan<br>Sekisui Medical Division, Tokai-mura, Ibaraki Prefecture, Japan<br>Shionogi, Osaka, Japan<br>Taisho Pharmaceutical Co., Tokyo, Japan<br>Takeda, Osaka, Japan<br>Tanabe-Mitsubishi, Chiba, Japan | *New developments in the in vitro evaluation of the victim & perpetrator potential of drug candidates* |
| **2011** | | |
| 2011 (Feb) | Antisoma, Cambridge, MA<br>Biogen Idec, Cambridge, MA<br>Genzyme, Cambridge, MA<br>Infinity, Cambridge, MA<br>Ironwood, Cambridge, MA<br>Merck Research Laboratories, Cambridge, MA<br>Millennium, Cambridge, MA<br>Synta, Cambridge, MA | *Irreversible Inhibition of CYP2C19 by some but not all proton pump inhibitors and its relevance to the anti-platelet effect of clopidogrel (Plavix)* |

Andrew Parkinson                                                                34

| Year | Institution or meeting | Title of presentation |
|------|------------------------|------------------------|
| 2011 (Feb) | Novartis, Cambridge, MA | *New developments in the design of in vitro studies of CYP inhibition and drug metabolism in HLM and hepatocytes* |
| 2011 (Feb) | Boehringer Ingelheim, Danbury, CT | *Evaluating the victim & perpetrator potential of drug candidates:  Enzyme Induction* |
| 2011 (Apr) | Bristol Myers Squibb Princeton, NJ | *Evaluating the victim & perpetrator potential of drug candidates: Enzyme Induction* *Irreversible inhibition of CYP2C19 by some but not all proton pump inhibitors and its relevance to the anti-platelet effect of clopidogrel (Plavix)* |
| 2011 (Apr) | Forest Research, Commack, NY | *System-dependent inhibition of cytochrome P450 (CYP) enzymes* *Reaction phenotyping for CYP and UGT enzymes and the importance of victim potential* *In vitro evaluation of drug candidates for transporter victim & perpetrator potential* |
| 2011 (Apr) | North Jersey Drug Metabolism Discussion Group (NJDMDG), Somerset, NJ AstraZeneca, Waltham, MA | *Irreversible Inhibition of CYP2C19 by some but not all proton pump inhibitors and its relevance to the anti-platelet effect of clopidogrel (Plavix)* |
| 2011 (Apr) | Genzyme, Cambridge, MA | *Evaluating the victim & perpetrator potential of drug candidates: Lysosomal Trapping* |
| 2011 (Apr) | SK Life Sciences, Fairlawn, NJ | *Reaction phenotyping for CYP and UGT enzymes and the importance of victim potential* |
| 2011 (May) | Second International DDI Workshop, Marbach Castle, Germany | *In vitro approaches to assessing the enzyme-suppressing effects of large molecule drugs* |
| 2011 (May) | Ferring, Copenhagen, Denmark Lundbeck, Copenhagen, Denmark Novartis, Basel, Switzerland | *The new regulatory emphasis on drug transporters and the often neglected importance of lysosomal trapping* |
| 2011 (May) | Lundbeck, Copenhagen, Denmark | *Structural alerts for the formation of reactive metabolites including acyl glucuronides* |
| 2011 (May) | Nycomed, Konstanz, Germany | *Evaluating the victim & perpetrator potential of drug candidates: Lysosomal Trapping* *In vitro approaches to assessing the enzyme-suppressing effects of large molecule drugs* |
| 2011 (May) | Roche, Basel, Switzerland | *New developments in the in vitro evaluation of CYP inhibition* |

| Year | Institution or meeting | Title of presentation |
|---|---|---|
| 2011 (May) | Abbott, Abbott Park, IL | *Selected ADMET Topics: Part 1. System-dependent inhibition. Part 2. Lysosomal trapping, and CYP & UGT reaction phenotyping* |
| 2011 (May) | Astellas, Skokie, IL | *Selected ADMET Topics: Part 1, Enzyme induction. Part 2. Structural alerts for toxicity and MDI of CYP enzymes. Part 3. System-dependent inhibition* |
| 2011 (May) | Camargo, Cincinnati, OH | *Irreversible Inhibition of CYP2C19 by some but not all proton pump inhibitors and its relevance to the anti-platelet effect of clopidogrel (Plavix)* |
| 2011 (May) | GSK, Research Triangle Park, NC | *Drug transport and lysosomal trapping: In vitro evaluation and their relevance to drug disposition and phospholipidosis* |
| 2011 (May) | CoLucid, Research Triangle Park, NC | *Structural alerts and the in vitro assessment of drug candidates for CYP inactivation and the formation of reactive metabolites* |
| 2011 (May) | RTI International, Research Triangle Park, NC | *Structural alerts for reactive metabolites and drug-drug interactions involving CYP inhibition, drug transport and lysosomal trapping* |
| 2011 (May) | Scinexis, Research Triangle Park, NC | *New FDA regulations for in vitro DDI assessment* |
| 2011 (May) | Viamet, Research Triangle Park, NC | *Assessing the victim & perpetrator potential of drug candidates: Interaction with transporters and inhibition of CYP enzymes* |
| 2011 (May) | Research Triangle Park Drug Metabolism Discussion Group (RTP-DMDG), Raleigh-Durham, NC | *Irreversible Inhibition of CYP2C19 by some but not all proton pump inhibitors and its relevance to the anti-platelet effect of clopidogrel (Plavix)* |
| 2011 (Jun) | ISE-ETS (Early Toxicity Screening), Seattle, WA | *Lysosomal trapping of lipophilic amines and its relationship to drug transporters and phospholipidosis* |
| 2011 (Jul) | Gordon Research Conference Drug Metabolism, Holderness, NH | *Lysosomal trapping: Methods of investigation, pharmacokinetic consequences and toxicological implications* |
| 2011 (Aug) | AstraZeneca, Wilmington, DE | *In vitro approaches to assess the enzyme-suppressing effects of therapeutic proteins (large drug molecules)*(Presented by webinar) |
| **2012** | | |
| 2012 (May) | Great Lakes Drug Metabolism Discussion Group, Kalamazoo, MI | *In vitro approaches to assess the enzyme-suppressing effects of therapeutic proteins* |

| Year | Institution or meeting | Title of presentation |
|---|---|---|
| 2012 (May) | DDI 2012 – The 3rd International Workshop, Marbach Castle, Germany | *In vitro assessment of DDIs mediated by UDP-glucuronosyltransferases (UGTs): Many differences to cytochrome P450s* |
| 2012 (July) | Gordon Research Conference on Drug Metabolism, Holderness, NH | *The impact of experimental design on the in vitro assessment of metabolism-dependent inhibition of CYP enzymes* |
| 2012 (Sept) | Small Business Technology & Development Center (SBTDC) Tech Entrepreneur Speakers Program, Kansas City, MO | *Things I learned incubating a company from academia and selling it to Japanese competitor* |
| 2012 (Oct) | Central States Society of Toxicology annual meeting – John Doull Award Talk – Manhattan, KS | *Unexpected surprises. Two serious drug interactions caused by cytochrome P450 inhibition that were not predicted from initial in vitro studies.* |
| **2014** | | |
| 2014 (May) | DDI 2014 – The 5th International Workshop, Marbach Castle, Germany | *Drug metabolism versus drug transport: Out of the frying pan, into the fire. A structure-based process for deciding whether to conduct in vitro metabolism or transport studies first* |
| 2014 (Oct) | Genentech, San Francisco, CA | *Enzyme induction in human-derived systems in vitro and in nonclinical species in vivo: Methods, meaning & management.*<br>*In vitro approaches to assess the enzyme-suppressing effects of therapeutic proteins*<br>*Drug metabolism versus drug transport: Out of the frying pan, into the fire. A structure-based process for deciding whether to conduct in vitro metabolism or transporter studies first* |
| 2014 (Nov) | AAPS, San Diego, CA (speaker and one of four roundtable discussion leaders) | *The future of in vitro systems for the assessment of induction and suppression of enzymes and transporters.* |
| **2015** | | |
| 2015 (May) | DDI 2015 – The 6th International Workshop, Marbach Castle, Germany | *The mystery surrounding the 3-hydroxylation of desloratadine: A bizarre case of a cytochrome P450 reaction that occurs in human hepatocytes but not in human liver microsomes* |
| 2015 (June) | 19th International Conference of Cytochrome P450 (19ICCP450). Tokyo, Japan | *The practical aspects of complying with regulatory guidelines on drug interactions: Some notable strengths and weaknesses of in vitro testing* |
| **2016** | | |
| 2016 (Oct) | Qualyst Transporter Solutions, Durham, NC | *Transporter lessons from bile acids and our ability to eat bacteria-infected food. A structure-based process for deciding whether to conduct in vitro metabolism or transport studies first* |

| Year | Institution or meeting | Title of presentation |
|------|------------------------|-----------------------|
| 2016 (Oct) | Epizyme, Cambridge, MA | *Lysosomal partitioning: Methods of investigation, pharmacokinetic consequences and toxicological implications* |
| 2016 (Oct) | Spero Therapeutics, Cambridge, MA Concert Pharmaceuticals, Lexington, MA | *Use of Transporter Certified™ human hepatocytes for CYP induction studies: A case study of over-prediction of CYP induction, CYP suppression and cell toxicity* |
| **2017** | | |
| 2017 (Jan) | Teva Pharmaceuticals, Tel Aviv, Israel | *One-day (8-h) course on ADMET (absorption, distribution, metabolism, elimination and transport of drugs)* |
| 2017 (May) | DDI 2017 – The 8th International Workshop, Marbach Castle, Germany | *The mechanism and pharmacokinetic & toxicological consequences of ion partitioning of drugs into lysosomes* |
| 2017 (Sept) | Qualyst-sponsored webinar on *CYP450 induction studies: Benefits of an in vitro hepatic model with functioning transporters* | *Stop conducting induction studies in constipated hepatocytes: Use transporter-certified hepatocytes* |
| 2017 (Nov) | Qualyst (BioreclamationIVT)-sponsored webinar on the new FDA draft Guidance for Industry on *in vitro* drug-drug interactions | *The new FDA Guidance on in vitro drug-drug interaction (DDI) studies: How will it impact you?* |
| 2017 (Dec) | Sekisui-XenoTech-sponsored webinar on the new FDA and PMDA draft guidelines on *in vitro* drug-drug interactions | *Comparison between the new US FDA and Japan PMDA in vitro DDI Guidance: Are we close to harmonization?* |
| **2018** | | |
| 2018 (May) | Research Triangle Park Drug metabolism Discussion Group (RTP-DMDG), Raleigh-Durham, NC | *A lifetime in drug metabolism & disposition: My top ten WTF moments* |
| 2018 (May) | DDI 2018 – The 9th International Workshop, Marbach Castle, Germany | *The new FDA in vitro metabolism- and transporter-mediated drug-drug interaction guidance – A perspective from practice* |
| 2018 (June) | Alkermes, Waltham, MA | *The role of non-CYP pathways in drug clearance* |
| 2018 (Oct) | Pfizer, Groton, CT | *A lifetime in drug metabolism & disposition: My top ten moments of inspiration, consternation, and duh!* |
| **2019** | | |
| 2019 (Apr) | Boehringer Ingelheim, Ridgeway, CT | *A lifetime in drug metabolism & disposition: My top ten moments of inspiration and consternation* |
| 2019 (Jun) | 21st International Conference on Cytochrome P450. University of Queensland, Brisbane Australia | *In vitro studies of drug clearance and drug interactions  My top-ten list of honest mistakes in experimental design and interpretation* |

Andrew Parkinson                                                                             38

| Year | Institution or meeting | Title of presentation |
|---|---|---|
| 2019 (Sep) | 22nd Annual Land O' Lakes Conference on Drug Metabolism Applied Pharmacokinetics, University of Wisconsin, Madison, Wisconsin | *Regulatory Guidance for In Vitro Drug Interactions: FDA versus EMA versus PMDA*<br><br>Not presented due to illness |
| **2020** | | |
| 2020 (Mar) | Annual Society of Toxicology conference in Anaheim, California.  The meeting was canceled due to the Covid-19 pandemic. On April 3rd, I chaired a virtual meeting to present Continuing Education Course AM07. | AM07: *The basics of in vitro xenobiotic metabolism and drug-drug interaction investigations: Applicability to all xenobiotics* |
| 2020 (May) | DDI 2018 – The 10th International Workshop, Marbach Castle, Germany, The meeting was canceled due to the Covid-19 pandemic. | *Metabolic reaction phenotyping: Do's and Don'ts, and the Oscar Nomination Process (is metabolism the Best Actor or the Best Supporting Actor?)* |
| **2021** | | |
| 2021 (May) | DDI 2021 – The 10th International Workshop, Marbach Castle, Germany. Virtual meeting. | *What did the FDA change when it finalized its in vitro drug-drug interaction guidance in January, 2020?* |
| 2021 (June) | DDI 2021 – The 10th International Workshop, Marbach Castle, Germany. Virtual meeting | *Metabolic reaction phenotyping: Do's and Don'ts, and the Oscar-nomination process (is metabolism the best actor or the best supporting actor?)* |

## RESEARCH GRANTS

| No | Funding source, dates & amount | Title, role and percent effort |
|----|-------------------------------|-------------------------------|
| 1 | **Biomedical Research Support Grant** Kansas University Medical Center Awarded 1983-1984 Direct costs: $15,000 | *Multiple forms of cytochrome P-450* |
| 2 | **Biomedical Research Support Grant** Kansas University Medical Center Awarded 1984 Direct costs: $26,000 | *Shared instrumentation-Spectrophotometer* |
| 3 | **Speas Foundation Grant for Cancer Research** Awarded 1984-1985 Direct costs: $25,000 | *Cytochrome P450 in chemical carcino-genesis* |
| 4 | **Pharmaceutical Manufacturers Association** Awarded 1985-1986 Direct costs: $7,750 | *Pharmacology and toxicology of rat cytochrome P-450-PCN* |
| 5 | **National Institutes of Health.** ES03765 (years 1-3) From March 1, 1985, to February 28, 1988 Direct costs: $75,580 per year for 3 years | *Biochemical toxicology of cytochrome P450 Percent Effort: 40% (principal investigator)* |
| 6 | **Department of Defense.** USA DAMD 17-86-G-6038 From September 1, 1986, to August 31, 1988 Direct costs: $42,000 per year for 2 years | *Program of basic research on neurotoxins Percent effort: 5% (co-investigator, 1 of 12)* |
| 7 | **Biomedical Research Support Grant** Kansas University Medical Center Awarded 1989 Direct costs: $13,000 | *Shared Instrumentation – Densitometer* |
| 8 | **National Institutes of Health.** ES00166 Research Career Development Award From July 1, 1986, to June 30, 1991 Direct costs: $46,586 per year for 5 years | *Biochemical toxicology of cytochrome P-450* |
| 9 | **Wesley Foundation** Postdoctoral training grant From June 15, 1989 to June 14, 1991 Direct costs: $36,000 per year for 2 years | *Purification of carcinogen-metabolizing enzymes* |
| 10 | **Biomedical Research Support Grant** Kansas University Medical Center Awarded 1991 Direct costs: $19,000 | *Shared Instrumentation - Radioactivity detector* |
| 11 | **National Institutes of Health.** GM37044 (years 1-5) From March 1, 1988, to February 28, 1993 Direct costs: $56,578 per year for 5 years | *Catatoxic steroids: Mechanism of action Percent effort: 35% (principal investigator)* |
| 12 | **National Institutes of Health.** ES03765 (years 4-8) | *Biochemical toxicology of cytochrome P450* |

| No | Funding source, dates & amount | Title, role and percent effort |
|----|--------------------------------|--------------------------------|
|    | From April 1, 1989 to March 31, 1994<br>Direct costs: $91,133 per year for 5 years | Percent effort: 25% (principal investigator) |
| 13 | **National Institutes of Health.** ES04996 (years 1-4)<br>From July 1, 1989 to June 30, 1993<br>Direct costs: $78,152 per year for 4 years (with one-year, no-cost extension) | *Biochemical toxicology of carboxylesterases*<br>Percent effort: 25% (principal investigator) |
| 14 | **Procter & Gamble Company - University Animal alternatives Research Program**<br> From January 1, 1992 to December 31, 1994<br>Direct costs: $44,490 per year for 3 years | *Induction of human liver P450 enzymes in vitro*<br>Principal Investigator |
| 15 | **Pfizer**<br>From September 1, 1995 to August 31, 1996<br>Direct costs: $ $50,184 per year for 1 year | *Induction of human P450 enzymes*<br>Principal Investigator |
| 16 | **National Institutes of Health.** GM37044 (years 6-10).  From February 1, 1993, to January 31, 1997 (with one-year, no-cost extension)<br>Direct costs: $93,851 per year for 4 years | *Catatoxic steroids: Mechanism of action*<br>Percent effort: 25% (principal investigator) |
| 17 | **National Institutes of Health**.  Competitive renewal of ES03765 (years 9-12)<br>From Dec 1, 1994 to Nov 30, 1998 (with one-year, no-cost extension to Nov 30, 1999)<br>Direct costs: ~$145,370 per year for 4 years | *Biochemical toxicology of cytochrome P-450*<br>Percent effort: 20% (principal investigator) |

# Exhibit 18
# Defendants' Experts CVs

**CURRICULUM VITAE**
**OREGON HEALTH & SCIENCE UNIVERSITY**

| NAME | Jonathan Emens, M.D. | DATE | 07/19/2021 |
|------|----------------------|------|------------|

### PRESENT POSITION AND ADDRESS

**Academic Rank:** **Associate Professor**

**Department/Division:** **Psychiatry, Medicine**

**Professional Address:** **VA Portland Health Care System, 3710 SW U.S. Veterans Hospital Rd., P3-MHADM,  Portland, OR 97239**

**E-Mail Address:** ▮▮▮▮▮▮▮▮▮▮▮▮▮

## I.  EDUCATION

**Undergraduate and Graduate:**
**05/25/92, B.A., Oberlin College**
**06/07/98, M.D., University of Massachusetts Medical School**

**Postgraduate:**
1998-2002, Internship and Residency, Oregon Health & Science University

**Certification:**
American Board of Psychiatry and Neurology, 53313, 1/2004, 2/2014
American Board of Sleep Medicine, 2676, 3/22/2005

**Licenses:**
Oregon, 1/1/06, Active, MD23635, 12/31/21

## II.  PROFESSIONAL EXPERIENCE

**Academic:**
07/2002-07/2014, Assistant Professor, Department of Psychiatry, OHSU
07/2014-Present, Associate Professor, Department of Psychiatry, OHSU

10/2013-Present, Assistant Professor, Department of Medicine, OHSU

10/2013-11/2019, Staff Physician, Division of Hospital & Specialty Medicine, VA Portland Health Care System

1

11/2016-Present, Affiliate Faculty, Oregon Institute of Occupational Health Sciences

**Administrative:**
07/2014-07/2016, Acting Director, Portland VA Medical Center Sleep Laboratory and Clinic
07/2016-06/2018, Program Director, OHSU Sleep Medicine Fellowship
07/2018-06/2020, Associate Program Director, OHSU Sleep Medicine Fellowship
11/2019-Present, Deputy Clinical Director, Mental Health & Clinical Neurosciences Division,
VA Portland Health Care System

**Other:**
1992-1994, Research Assistant, Section on Sleep Disorders and Circadian Medicine, Division of
Endocrinology, Department of Medicine, Harvard Medical School and Brigham and Women's
Hospital

## III.  SCHOLARSHIP

**Area(s) of Research/Scholarly Interest:**
Chronobiology of Mood Disorders, Circadian Physiology and Sleep Disorders

**Grants and Contracts:**

Current Support

1R01HL140577                                              09/15/2017 – 05/31/2022
National Heart, Lung, and Blood Institute (NHLBI)
Circadian mechanisms of cardiovascular risk in obesity
Role: co-Principal Investigator (Steven Shea, Ph.D., P.I. until 6/1/2021)
15% Effort

1R01HL142064                                              04/10/2018 – 03/31/2022
National Heart, Lung, and Blood Institute (NHLBI)
Sleep and Circadian Mechanisms Contributing to Disparity in Prevalence of Hypertension
between Black and White Americans
Role: co-Investigator, Steven Shea, Ph.D. (P.I.)
5% Effort

Prior Support

1R01HL125893                                              07/01/2015 – 06/30/2020
National Heart, Lung, and Blood Institute (NHLBI)
Circadian rhythms and cardiovascular risk
Role: co-Investigator, Steven Shea, Ph.D. (P.I.)
10% Effort

K23 RR017636                                              03/01/2003 - 02/28/2010

2

National Institutes of Health, NCRR
Genetics of Morning/Evening Types in the Blind/Sighted
Role: P.I.
80% Effort

5R01EY018312                                              06/25/1997 - 02/29/2012
National Eye Institute, NEI
Melatonin for Circadian Sleep Disorders in the Blind
Role: co-Investigator, Alfred Lewy (P.I.)

2006 J. Christian Gillin, M.D. Research Award            02/01/2007 - 07/31/2008
Sleep Research Society Foundation
Determination of Intrinsic Circadian Period in Blind Individuals with Non-Entrained Circadian
Rhythm Sleep Disorders.
Role: P.I.

NARSAD Young Investigator Award                          07/01/2003 - 06/30/2008
Evaluation and Treatment of Circadian Misalignment in Non-seasonal Major Depression
(National Alliance for Research on Schizophrenia and Depression)
Role: P.I.

Investigator Initiated Trial                             01/01/2009 – 12/31/2011
Forest Research Institute
The Circadian Effects of Escitalopram
Role: P.I.

Neuropsychiatric Institute (NPI)                         07/01/2009 – 06/30/2011
Circadian Misalignment in ADHD
Role: P.I.

**Publications/Creative Work:**

Peer-reviewed
Czeisler CA, Shanahan TS, Klerman EB, Martens H, Brotman DJ, **Emens JS**, Klein T, Rizzo JF.
Suppression of Melatonin Secretion in Some Blind Patients by Exposure to Bright Light. *New
England Journal of Medicine* 1995; 332: 6-11. PMID: 7990870

Czeisler CA, Duffy JF, Shanahan TL, Brown EN, Mitchell JF, Rimmer DW, Ronda JM, Silva
EJ, Allan JS, **Emens JS**, Dijk DJ, Kronauer RE.  Stability, Precision, and Near-24-Hour Period
of the Human Circadian Pacemaker. *Science* 1999; 284: 2177-81. PMID: 10381883

Lewy AJ, Hasler BP, **Emens JS**, Sack RL.  Pretreatment Circadian Period in Free Running Blind People May Predict the Phase Angle of Entrainment to Melatonin.  *Neuroscience Letters* 2001; 313: 158-60. PMID: 11682151

Lewy AJ, **Emens JS**, Sack RL, Hasler BP, Bernert RA.  Low, but not high doses of melatonin entrained a free-running blind person with a long circadian period.  *Chronobiology International* 2002; 19: 649-658. PMID: 12069043

Klerman EB, Shanahan TL, Brotman DJ, Rimmer D, **Emens JS**, Rizzo JF, Czeisler CA.  Photic Resetting of the Human Circadian Pacemaker in the Absence of Conscious Vision. *Journal of Biological Rhythms* 2002, 17: 548-555. PMID: 12465888

Lewy AJ, **Emens JS**, Sack RL, Hasler BP, Bernert RA.  Zeitgeber Hierarchy in Humans: Resetting the Circadian Phase Positions of Blind People Using Melatonin. *Chronobiology International* 2003; 20: 837-852. PMID: 14535357

Lewy AJ, **Emens JS**, Bernert RA, Lefler BJ.   Eventual Entrainment of the Human Circadian Pacemaker by Melatonin is Independent of the Circadian Phase of Treatment Initiation:  Clinical Implications*. Journal of Biological Rhythms* 2004; 19: 68-75. PMID: 14964705

**Emens JS**, Lewy AJ, Lefler BJ, Sack RL.  Relative Coordination to Unknown "Weak Zeitgebers" in Free-Running Blind Individuals.  *Journal of Biological Rhythms* 2005, 20: 159-167. PMID: 15834112

Lewy AJ, **Emens JS**, Lefler BJ, Yuhas K, Jackman AR.  Melatonin Entrains Free-Running Blind People According to a Physiological Dose-Response Curve.  *Chronobiology International* 2005, 22: 1093-1106.  PMID: 16393710

Lewy AJ, Lefler BJ, **Emens JS**, Bauer VK. The circadian basis of winter depression. *Proceedings of the National Academy of Science USA* 2006; 103:7414-7419. PMID: 16648247

**Emens JS**, Yuhas K, Rough J, Kochar N, Peters D, Lewy AJ. Phase Angle of Entrainment in Morning- and Evening-Types under Naturalistic Conditions. *Chronobiology International* 2009; 26: 474-493. PMID: 19360491

**Emens JS**, Lewy AJ, Kinzie JM, Arntz D, Rough J.  Circadian Misalignment in Major Depressive Disorder. *Psychiatry Research* 2009; 168: 259-261. PMID:19524304

Lewy AJ, **Emens JS**, Songer JB, Sims N, Laurie AL, Fiala SC.  Winter Depression: Integrating Mood, Circadian Rhythms, and the Sleep/Wake and Light/Dark Cycles into a Bio-Psycho-Social-Environmental Model.  *Sleep Medicine Clinics* 2009;4(2):285-99. PMID:20160896

**Emens JS**, Lewy AJ, Laurie AL, Songer JB.  The Rest/Activity Cycle and the Melatonin Rhythm in Blind Free-runners Have Similar Periods.  *Journal of Biological Rhythms* 2010, 25: 381-384.  PMID: 20876818

**Emens JS**, Laurie AL, Songer JB, Lewy AJ.  Non-24-Hour Disorder in Blind Individuals Revisited: Variability and the Influence of Environmental Time Cues.  *Sleep* 2013, 36: 1091-1100. PMID: 23814347

**Emens JS** and Burgess HJ.  Effect of Light and Melatonin and Other Melatonin Receptor Agonists on Human Circadian Physiology.  *Sleep Medicine Clinics* 2015;10: 435-453.  PMID: 26568121

Auger RR, Burgess HJ, **Emens JS**, Deriy LV, Thomas SM, Sharkey KM.  Clinical Practice Guideline for the Treatment of Intrinsic Circadian Rhythm Sleep-Wake Disorders: Advanced Sleep-Wake Phase Disorder (ASWPD), Delayed Sleep-Wake Phase Disorder (DSWPD), Non-24-Hour Sleep-Wake Rhythm Disorder (N24SWD), and Irregular Sleep-Wake Rhythm Disorder (ISWRD). An Update for 2015.  *Journal of Clinical Sleep Medicine* 2015; 11: 1199-1236. PMID: 26414986

Burgess HJ and **Emens JS**.  Circadian-Based Therapies for Circadian Rhythm Sleep-Wake Disorders.  *Current Sleep Medicine Reports* 2016; 2: 158-165.  PMID: 27990327

**Emens JS** and Eastman CI.  Diagnosis and Treatment of Non-24-h Sleep–Wake Disorder in the Blind.  *Drugs* 2017; 77: 637-650.  PMID: 28229310

Bordley J, Agustin AG, Ahmed MA, Khalid R, Paluso AM, Kobza BS, Spaugy AW, **Emens J**, Desai SS, Khan A. Restoration of resident sleep and wellness with block scheduling.  *Medical Education* 2017; 51: 1241-1249.  PMID: 28971499

Burgess HJ and **Emens JS**.  Drugs Used in Circadian Sleep-Wake Rhythm Disturbances.  *Sleep Medicine Clinics* 2018; 13:231-241. PMID: 29759273.

Thosar SS, Herzig MX, Roberts SA, Berman AM, Clemons NA, McHill AW, Bowles NP, Morimoto M, Butler MP, **Emens JS**, Shea SA. Lowest perceived exertion in the late morning due to effects of the endogenous circadian system.  British Journal of Sports Medicine 2018; 52: 1011-1012.  PMID: 29475839

Thosar SS, Rueda JF, Berman AM, Lasarev MR, Herzig MX, Clemons NA, Roberts SA, Bowles NP, **Emens JS**, Ellison DH, Shea SA. Separate and interacting effects of the endogenous circadian system and behaviors on plasma aldosterone in humans.  American Journal of Physiology-Regulatory, Integrative and Comparative Physiology 2019; 316:R157-R164 PMID: 30521366

Thosar SS, Berman AM, Herzig MX, McHill AW, Bowles NP, Swanson CM, Clemons NA, Butler MP, Clemons AA, **Emens JS**, Shea SA.   Circadian Rhythm of Vascular Function in

5

Midlife Adults.  Arteriosclerosis, Thrombosis & Vascular Biology 2019; 39:1203-1211 PMID: 31070470

**Emens JS**, Berman AM, Thosar SS, Butler MP, Roberts SA, Clemons NA, Herzig MX, McHill AW, Morimoto M, Bowles NP, Shea SA. Circadian Rhythm in Negative Affect: Implications for Mood Disorders.  Psychiatry Research 2020; 293: 1-4 PMID: 32777620

Duffy JF, Sabra M. Abbott SM, Burgess HJ, Crowley SJ, **Emens JS**, Lawrence J. Epstein LJ, Gamble KL, Hasler BP, Kristo DA, Malkani RG, Rahman SA, Thomas, SJ, Wyatt JK, Zee PC, Klerman EB.  Workshop report. Circadian rhythm sleep–wake disorders: gaps and opportunities.  Sleep 2021; 44:1-15 PMID: 33582815

**Emens JS**, St Hilaire MA, Klerman EB, Brotman DJ, Lin AL, Lewy AJ, Czeisler CA.  Behaviorally and environmentally induced non-24-hour sleep-wake rhythm disorder in sighted patients.  Journal of Clinical Sleep Medicine 2021; In Press PMID: 34402783

<u>Book Chapters</u>
**Emens JS**, Lewy AJ.  Sleep and Circadian Rhythms in the Blind.  In: Neuroendocrine Correlates of Sleep/Wakefulness.  New York, NY: Springer, 2006: 311-323.

Lewy AJ, **Emens JS**, Songer J, Rough J. The Neurohormone Melatonin as a Marker, Medicament and Mediator.  In: Pfaff DW, Arnold AP, Etgen AM, Fahrbach SE, Rubin RT, eds.  *Hormones, Brain and Behavior*. San Diego: Academic Press; 2009: 2505-26.

**Emens JS**.  Non-24-Hour Sleep-Wake Rhythm Disorder.  In: Auger, R.R., editor.  Circadian Rhythm Sleep-Wake Disorders.  New York, NY: Springer, 2020: 123-136.

**Emens JS**, Super ER, Sanford JN.   Circadian Sleep Disorders.  In: Gozal, D, Kheirandish-Gozal, L, eds.  Pediatric Sleep Medicine.  Cham, Switzerland: Springer Nature, 2021: 403-413.

<u>Editorials</u>
**Emens JS**.  Circadian Rhythms: The Price of Electric Light.  *Current Biology* 2017;27:R144-R145.

<u>Abstracts</u>
**Emens JS**, Brotman DJ, Czeisler CA.  Evaluation of the Intrinsic Period of the Circadian Pacemaker in a Patient with a non-24-hour Sleep-Wake Schedule Disorder.  *Sleep Research* 1994; 23:256.

Shanahan TL, **Emens JS**, Czeisler CA.  Estimation of the Intrinsic Period of the Human Circadian Pacemaker During Forced Desynchrony using the Daily Melatonin Pattern.  *Sleep Research* 1994; 23:511.

**Emens J**, Lewy A, Bernert R, Lefler B.   Entrainment of the Human Circadian Pacemaker by Melatonin is Independent of the Circadian Phase of Treatment Initiation.  *Chronobiology International* 2003; 20: 1189-1191.

Lewy AJ, Lefler BJ, Hasler BP, Bauer VK, Bernert RA, **Emens JS** (2003)  Plasma DLMO$_{10}$ zeitgeber time 14:  The therapeutic window for phase-delayed winter depressives treated with melatonin.  *Chronobiology International* (2003); 20: 1215-1217.

Lewy AJ, **Emens J**, Lefler BJ, Koenig AR, Yuhas K, Johnson KP, Giger PT.  Melatonin-Induced Phase Delays of the Human Circadian Pacemaker.  *Sleep* 2004; 27: A79.

**Emens JS**, Lewy AJ, Lefler BJ, Yuhas K, Koenig AR, Johnson, KP, Giger, PT.  Relative Coordination to Unknown Weak Zeitgebers Influences Lowest Entraining Dose of Exogenous Melatonin.  *Sleep* 2005; 28: A69.

**Emens JS**, Lewy AJ, Lefler BJ, Yuhas K, Jackman AR, Johnson, KP.  Melatonin Entrains Free-Running Blind Individuals with Circadian Periods Less Than 24 Hours.  *Sleep* 2006; 29: A62.

**Emens JS**, Lewy AJ, Yuhas K.  Women Have a Longer Phase Angle of Entrainment than Men.  *Sleep* 2007; 30: A63.

**Emens JS**, Rough J, Yuhas K, Songer J, Lewy AJ.  Free-running, but not entrained, blind individuals have the same period under forced-desynchrony as in the field. *Sleep* 2008; 31: A47-48.

**Emens JS**, Rough J, Arntz D, Lewy AJ.  Circadian Misalignment Correlates with Symptom Severity in Non-Seasonal Depression. *Sleep* 2008; 31: A314.

**Emens JS**, Laurie AL, Songer JB, Lewy AJ.  The non-24 hour period of the rest/activity cycle is identical to that of the free-running melatonin rhythm in blind and sighted individuals. Sleep 2009; 32: A45.

**Emens JS**, Lewy AJ, Rough JN, Songer JB.  Sub-Clinical Dysphoria Correlates with Phase-Delayed Circadian Misalignment in Healthy Individuals. Sleep 2009; 32: A355-356

**Emens JS**, Laurie AL, Lewy AJ.  Blind Free-Runners can Spontaneously Entrain to Unknown Zeitgebers for up to 345 Consecutive Days.  Sleep 2011; 34: A165.

**Emens JS**, Laurie AL, Lewy AJ.  Circadian Misalignment in Major Depression.  Sleep 2012; 35: A325.

**Emens JS**, Lewy AJ.  Intra-Individual Variability in Circadian Phase.  Sleep 2012; 35: A65.

**Emens JS**, Lewy AJ.  Short Sleep Durations Correlate with Body Mass Index in Evening Types but not in Morning Types.  Sleep 2013; 36: A49.

**Emens JS**, Berman AM, Thosar SS, Butler MP, Roberts SA, Clemons NA, Herzig MX, Morimoto M, Bowles NP, McHill AW, Shea SA.  Positive and Negative Affect Both Contribute to the Endogenous Circadian Rhythm in Mood.  Sleep 2017; 40: A68.

Bowles NP, McHill AW, Thosar SS, Herzig MX, Clemons NA, Roberts SA, Berman AM, Morimoto M, Butler MP, **Emens JS**, Shea SA.  The Increase in Hunger Across a Sleep and Fasting Period is Modulated by the Circadian System. Sleep 2017; 40:A72.

Thosar SS, Herzig MX, Berman AM, Roberts SA, Clemons NA, Morimoto M, Burchill LJ, Butler MP, **Emens JS**, McHill AW, Bowles NP, Shea SA.  Endogenous Circadian Rhythm in a Marker of Myocardial Oxygen Consumption. Sleep 2017; 40:A252.

**Emens JS**, Berman AM, Butler MP, Thosar SS, Roberts SA, Clemons NA, Herzig MX, Morimoto M, Bowles NP, McHill AW, Shea SA.  Endogenous Circadian Rhythm of Mood is Diminished in Sleep Apnea.  Sleep 2018; 41: A21.

McHill AW, Thosar SS, Bowles NP, Berman AM, Herzig MX, Clemons NA, Morimoto M, Butler MP, **Emens JS**, Purnell JQ, Shea SA.  The Influence of Obesity and Circadian Timing on Human Glucose Regulation.  Sleep 2018; 41: A17

Thosar SS, Butler MP, Bowles NP, McHill AW, Berman AM, Herzig MX, Stewart AV, Roberts SA, Clemons NA, Morimoto M, **Emens JS**, Shea SA.  The Circadian System Modulates Cardiovascular Responses to Standing Differently in People with Obstructive Sleep Apnea Compared to Healthy Controls. Sleep 2019; 42: A18

Ordaz-Johnson O, McHill AW, Thosar SS, Bowles NP, Berman AM, Herzig MX, Clemons NA, Morimoto M, Butler MP, **Emens JS**, Shea SA. Circadian Regulation of Hunger is Similar in Lean and Non-lean Individuals. Sleep 2019; 42: A19-20

Bowles NP, Thosar SS, Herzig MX, Clemons NA, Sauber G, Roberts SA, Berman AM, Morimoto M, Stewart AV, McHill AW, Butler MP, **Emens JS**, Hillard CJ, Shea SA. Altered Endogenous Circadian Rhythm of the Endocannabinoid Anandamide by Body Mass Index. Sleep 2019; 42: A21

McHill AW, Thosar SS, Bowles NP, **Emens JS**, Purnell JQ, Gillingham M, Shea SA. Resting Metabolism and the Metabolic Response to Exercise Follow Circadian Patterns with Day/Night

8

Differences in Substrate Utilization Between Lean and Obese Adults. Sleep 2020; 43: A14

Stubbers KM, Thosar SS, Butler MP, Bowles NP, McHill AW, Berman AM, Herzig MX, Roberts SA, Clemons NA, Morimoto M, Shea SA, **Emens JS**. Apnea-Hypopnea Index is Positively Correlated with Mood Disturbance. Sleep 2020; 43: A218-219

**Invited Lectures, Conference Presentations or Professorships:**

International and National

"Evaluation of the Intrinsic Period of the Circadian Pacemaker in a Patient with a non-24-hour Sleep-Wake Schedule Disorder."  Presented at the annual meeting of the Association of Professional Sleep Societies, Boston, MA, June 1994.

"Relative Coordination to Unknown Weak Zeitgebers Influences Lowest Entraining Dose of Exogenous Melatonin."  Presented at the annual meeting of the Associated Professional Sleep Societies, Denver, CO, June 2005.

"Circadian Rhythm Sleep Disorders in the Blind." Division of Sleep Medicine Grand Rounds, Department of Medicine, Harvard Medical School and Brigham and Women's Hospital, Boston, MA, October 17, 2005.

"Melatonin Entrains Free-Running Blind Individuals with Circadian Periods Less Than 24 Hours."  Presented at the biannual meeting of the Society for Research on Biological Rhythms, Sandestin, FL, May 2006.

"Circadian Rhythm Sleep Disorders in the Blind: Impact of Relative Coordination on Diagnosis and Treatment."  Presented at the annual meeting of the Associated Professional Sleep Societies, Salt Lake City, UT, June 2006.

"Melatonin Entrains Free-Running Blind Individuals with Circadian Periods Less Than 24 Hours."  Presented at the annual meeting of the Associated Professional Sleep Societies, Salt Lake City, UT, June 2006.

"Impact of Environmental Time Cues on Circadian Rhythms in the Blind."  Presented at the annual Winter Conference on Brain Research, Snowmass, CO, February 2007.

"Circadian Misalignment Correlates with Symptom Severity in Non-Seasonal Depression." Presented at the annual meeting of the Associated Professional Sleep Societies, Baltimore, MD, June 2008.

"Morning- and Evening-Types have Different Phase Angles of Entrainment to Light under Naturalistic Condition."  Presented at the annual meeting of the Associated Professional Sleep Societies, Baltimore, MD, June 2008.

9

"Human Models to Test the Effect of Melatonin and Melatonin Ligands on Circadian Dysfunction."  Presented at the Federation of American Societies for Experimental Biology (FASEB) Summer Research Conference (Melatonin Receptors: Actions and Therapeutics), Snowmass, CO, August 2008.

"The non-24 hour period of the rest/activity cycle is identical to that of the free-running melatonin rhythm in blind and sighted individuals."  Presented at the annual meeting of the Associated Professional Sleep Societies, Seattle, WA, June 2009.

"Impact of Circadian Misalignment on Mood."  Presented at the annual meeting of the Associated Professional Sleep Societies, Seattle, WA, June 2009.

"Resetting Circadian Rhythms with Melatonin in Blind Individuals."  Presented at the annual meeting of the Associated Professional Sleep Societies, Minneapolis, MN, June 2011.

"Circadian Misalignment in Mood Disorders."  Presented at the annual meeting of the Associated Professional Sleep Societies, Minneapolis, MN, June 2011.

"Intra-Individual Variability in Circadian Phase."  Presented at the annual meeting of the Associated Professional Sleep Societies, Boston, MA, June 2012.

"Circadian Misalignment in Mood Disorders: Challenges in Evidence-Based Medicine." Presented at the annual meeting of the Associated Professional Sleep Societies, Seattle, WA, June 2015.

"Introduction to Circadian Physiology and Circadian Rhythm Sleep Disorders (CRSDs)." Presented at the annual meeting of the Associated Professional Sleep Societies, Denver, CO June 2016.

"Non-24-Hour Sleep-Wake Rhythm Disorder (N24SWD)."  Presented at the annual meeting of the Associated Professional Sleep Societies, Denver, CO June 2016.

"Insomnia: Diagnosis and Treatment." Presented to the National Veterans Administration Mental Illness Research, Education and Clinical Center (MIRECC), March 2021

Regional and Local

"Melatonin treatment of winter depression and other circadian phase disorders."  Presented at the annual meeting of the West Coast College of Biological Psychiatry, Long Beach, CA, April 2001.

"Circadian Sleep Disorders."  Presented at the biennial meeting of the Pacific Northwest Sleep Association, Stevenson, WA, March 2009.

"Sleep Disorders and Insomnia." Oregon Psychiatric Association, Portland, OR, March 6, 2010.

10

"Psychiatric Implications of Circadian Misalignment."  OHSU Department of Psychiatry Grand Rounds, Portland, OR, November 2, 2010

"Medications and Sleep."  Presented at the biennial meeting of the Pacific Northwest Sleep Association, Stevenson, WA, March 2011.

"Nightmares." Oregon Psychiatric Physicians Association, Ashland, OR, September 19, 2014.

"Insomnia." Oregon Psychiatric Physicians Association, Ashland, OR, September 20, 2014.

"Sleep Deprivation."  OHSU Cardiothoracic Surgery Grant Rounds, Portland, OR, February 26, 2018.

"Circadian Rhythm in Negative Affect: Implications for Mood Disorder."  OHSU Department of Psychiatry Grand Rounds, Portland, OR, March 2, 2021


## IV.  SERVICE

**Membership in Professional Societies:**
American Psychiatric Association, Distinguished Fellow (DFAPA)
Oregon Psychiatric Physicians Association
American Academy of Sleep Medicine, Fellow (FAASM)
Sleep Research Society

**Granting Agency Review Work:**
Canadian Institutes of Health Research (CIHR), 2/23/10, ad-hoc peer review committee member

**Editorial and Ad Hoc Review Activities:**
Editorial Reviewer for the Archives of General Psychiatry, Psychiatry Research, Journal of Psychiatric Research, Psychopharmacology, Journal of Affective Disorders, Sleep, Sleep Medicine, Journal of Biological Rhythms, PloS ONE, PloS Medicine, Current Biology, Journal of Circadian Rhythms, Early Human Development, and Nature and Science of Sleep.


**Committees:**

International/National
American Academy of Sleep Medicine (AASM) Task Force on Circadian Rhythm Sleep Disorders (CRSDs), 6/2012-9/2015
   The task force performed a systematic review of the literature, conducted a PICO question based rating of all manuscripts, and did an extensive extraction of data from the original manuscripts.  The task force conducted a meta-analysis of the data and wrote a manuscript that was published in the *Journal of Clinical Sleep Medicine* that summarized

11

the findings and presented current AASM guidelines for the treatment of Circadian Rhythm Sleep Disorders.

United States Food and Drug Administration (FDA), Special Government Employee (SGE) Consultant, Endocrinologic and Metabolic Drugs Advisory Committee (EMDAC), 1/12/15.
> The committee reviewed and discussed safety and efficacy data relevant to the new drug application (NDA) of desmopressin (proposed trade name Nocdurna) for the treatment of nocturia due to nocturnal polyuria in adults.

Sleep Research Society Circadian Rhythms Sleep Disorders Workshop, 6/8/19, San Antonio, TX
> Group leader, Circadian Abnormalities in Other Medical Conditions
> Aims of the workshop were to outline what is the current state of the science for each disorder, describe the adequacy of existing diagnosis and treatment guidelines for the disorder, and identify knowledge gaps related to the pathophysiology, diagnosis, and/or treatment.

United States Food and Drug Administration (FDA), Special Government Employee (SGE) Temporary Member, Pharmacy Compounding Advisory Committee Meeting (PCAC), 6/9/21.
> The committee reviewed and discussed the inclusion of melatonin on the list of bulk drug substances under section 503A of the Federal Food, Drug, and Cosmetic Act (FD&C Act).

Departmental
Department of Psychiatry Promotion and Tenure committee, 2001-2002
Department of Psychiatry Promotion and Tenure committee, 2008-2010

**Community Service:**
All School Presentation on Sleep Science and Sleep Health, 2/20/04
The Northwest Academy, Portland, OR, Grades 6-12, 2/20/04

TIES Clinical Lab Observation, 2006
GCRC and OHSU hosted middle school science teachers in a summer program designed to introduce them to clinical research.  Emily Robins and Lorrie Bell, Reynolds Middle School, Fairview, OR.

TIES Clinical Lab Observation, 2007
CTRC and OHSU hosted middle school science teachers in a program designed to introduce them to clinical research.  Brad Agenbroad and Helen Peynado, French Prairie Middle School, Woodburn, OR.

Body Worlds Lecture Series, 8/21/07, "Changing the World, One Adult at a Time: Sleep Health"

Class Presentation on Sleep Science and Sleep Health, 11/14/08

12

Atkinson Elementary School, Portland, OR, Ms. Cindy Dulcich, 4th/5th grade class
Comments from Ms. Dulcich: "I thought he was absolutely wonderful with the kids. He truly was one of the best speakers I've ever had...knowledgeable, affable and very cognizant of how to get and keep the attention of 10 year olds!"

National Sleep Foundation (NSF) Non-24-Hour Sleep Wake Disorder expert review panel member, 2014
Provided input to the NSF website on Non-24 Hour Sleep Wake Disorder that provides information on symptoms, diagnosis, treatment, and resources for this circadian rhythm sleep disorder.

National Sleep Foundation (NSF) Bright Schools Contest Expert Review Panel member, 2014-2017
I assisted in the development of guidelines and resource materials for an NSF contest for middle school students.  The goal of the contest is to create a learning program that teaches students about the connection between light & sleep and student health & performance.

**Clinical Responsibilities (since last promotion):**
Portland VA Medical Center Sleep Clinic
> One to four half-day clinics per week: evaluation and treatment of Veterans with a variety of sleep disorders including sleep apnea (obstructive and central), insomnia (primary and secondary), movement disorders (restless legs syndrome and periodic limb movement disorder), parasomnias (slow-wave sleep parasomnias and REM behavior disorder), and narcolepsy.  Currently one clinic per month is a telemedicine clinic with Bend and The Dalles, OR (begun August, 2013).
>
> Interpretation of Polysomnography Studies including diagnostic and treatment studies (CPAP, BiPAP, BiPAP ASV, BiPAP AVAPS, and NOX-T3 portable studies)
>
> Supervision of sleep medicine fellows (see below)
>
> Supervision of CPAP technician (DME) clinic
>
> Triaging of sleep medicine consults (~50-100 per week)

Adult Psychiatry, Portland VA Medical Center Mental Health
> Group Therapy Facilitator: Cognitive Behavioral Therapy for Insomnia (CBT-I), weekly group therapy for Veterans, co-facilitator

# V.  TEACHING (OHSU Educator's Portfolio):

**Overview of Role as an Educator:**

13

I have worked as an educator in both a clinical and research context for medical students, psychiatry residents, sleep medicine fellows, and geriatric psychiatry fellows:

**Current Educator Roles:**
1. One to two half days per week clinical supervision of Sleep Medicine Fellows in the Portland VA Medical Center Sleep Clinic during their one year fellowship:
2012-2013, Conor Sheehy, M.D. and Nimesh Patel, M.D.
2013-2014, Justin Hale, M.D. and Akhil Raghuram, M.D.
2014-2015, Andrea Matsumura, M.D. and Robert Weir, MB BS, MRCOphth
2015-2016, Tanvi Mukundan, M.D.
2016-2017, Jillian Sanford, M.D. and Michael Fall, M.D.
2017-2018, Tara Rachakonda, M.D. and Stephen Yau, M.D.
2018-2019, Stanley Thomas, D.O.
2019-2020, Valerie Ing, D.O. and Samir Majmudar, D.O.
2020-2021, Raeesa Khalid, M.D. and Caroline Ing, M.D.
2021-Present, Anum Choudhry, M.D. and Kelvin Monroe, M.D.


2. Lectures:
  Sleep Medicine Fellows :
    "Introduction to Sleep Apnea", yearly
    "Introduction to Insomnia", yearly
    "Chronobiologic Mechanisms/Circadian Rhythm Disorders", yearly
    "Endocrine Physiology In Sleep Medicine", yearly
    "Narcolepsy and Hypersomnias", yearly
    "Sleep and Psychiatric Disorders (excluding PTSD)", yearly
    "Opiates and Sleep Disordered Breathing", yearly
    "PTSD and Sleep", yearly
    "Sleep and Aging", yearly

  Journal Club/case presentations, five per year in the Sleep Medicine Clinic

  Psychiatry residents:
    "Insomnia" PGY-I, twice per year, most recently 1/26/21
    "Sleep Physiology" PGY-III, once per year, most recently 9/10/19

  Geriatric Medicine Fellows
    Sleep Apnea and Insomnia, yearly, most recently 9/22/20


**Prior Educator Roles:**

1. OHSU Sleep Medicine Fellowship Associate Program Director, 7/2016-6/2020

14

I took over as Program Director beginning with the 2016-2017 academic year and currently serve as the Associate Program Director. I was responsible for all aspects of fellowship training including orientation, scheduling, didactics & case conference planning, mentorship, fellow evaluations, and recruitment.

2. Half day per week clinical supervision of Sleep Medicine Fellows in the OHSU Sleep Disorders Medicine Clinic during their one year fellowship:
2007-2008, Praseeda Sridharan, M.D.
2010-2011, Vanessa Peterson, M.D. and Oleg Kouskov, M.D.
2011-2012, Nuripam Singh, M.D. and Ramona Ionita, M.D.


3. Clinical supervision of Geriatric Psychiatry Fellows (Half to full day per week).
Willow Naimark, M.D. 10/2009 - 12/2009
Chris Logan, M.D. 1/2010 - 4/2010
Jeanette Ardans, M.D. 7/2010 - 9/2010
Vanessa McDonald, M.D. 12/2010 - 2/2011
Katherine Tacker, M.D. 5/2011 - 8/2011
Michael Yao, M.D., 3/2013
Clara Ruiz, M.D., 8/2013-1/2014
Mary LaJoy, M.D., 8/2014-2/2015
John Wilson, M.D., 3/2015-6/2015
Dan Nguyen, M.D., 5/2015-7/2015
JJ Schumacher, M.D., 3/2016- 7/2016
Julie Cohn, M.D., 8/2017-9/2017


4. Clinical supervision of MS-III student in the Sleep Disorders Medicine Subspecialty elective during the 5 week psychiatry clerkship (Half day clinic per week),.
Partial list of students supervised: 7/04-8/04, Targol Saedi; 8/04-9/04, Mylynda Massart; 9/04-10/04, Kristopher Spinning; 1/05-2/05, Hon Ho; 2/05-3/05, David Carne; 3/05-4/05, Julie Craig; 4/05-5/05, Amy Sutkus; 7/05-8/05, Nicole Turner; 9/05-10/05, Marika Wolfe; 10/05-11/05, Kristine Schwinof; 1/6-2/06, Don Chang; 2/06-3/06, David Verschueren; 3/06, Nicole Christiansen, visiting MS-III, Creighton University School of Medicine; 3/06-4/06, Siddhartha Kapnadak; 5/06-6/06, Emily Dinges; 7/06-8/06, Beech Burns; 8/06-9/06, Viktoriya Wolfer; 2/07-3/07, Monika Arora; 3/07-4/07, Lyudmila Morozova; 7/07-8/07, John Scarborough; 8/07-9/07, Conrad Liang; 9/07-10/07, Joy Bang, visiting MS-III, New England College of Osteopathic Medicine; 10/07-11/07, James Dayton; 12/07-1/08, Brandon Peters, MS-IV, 4th year sleep medicine elective; 2/08-3/08, Faisal Siddiqui; 3/08-4/08, Samuel Bobek; 4/08-5/08, Matt Clausen; 7/08-7/08, Ju Yon Sophie Yi; 9/10-10/10, Daniel Lamb, MS-IV, 4th year sleep medicine elective

5. Clinical supervision of a fourth year psychiatry resident in the Sleep Disorders Medicine Clinic, 4th year elective (quarter to half day per week).

15

Larry Mak, M.D., 1/2010 - 3/2010
Jay Augsburger, M.D., 7/2010 - 12/2010
Laura Brogoch, M.D., 7/2015-12/2015
Timothy Hanson, M.D., 7/2015-12/2015
Kelly Cleaves, M.D., 1/2016-3/2016
Cara Niemeier, M.D., 4/2016-7/2016
Elizabeth Schmick, M.D., 7/2016-9/2016
Pia Quimson, M.D., 10/2016-12/2016
Saul Farris, M.D., 1/2017-2/2017
Rachel Morenz, M.D., 1/2017- 6/2017


6. Past Lectures:

Psychology Post-doctoral interns:
Insomnia 7/10/13, 8/13/14, 5/4/16

Psychiatric Nurse Practitioners, VHAPORHCS
Sleep disorders, 2/6/14, 4/7/16

Psychosomatic and Geropsychiatry Fellows, VHAPORHCS
Sleep Apnea, 2/6/15
Parasomnias, 4/17/15 & 5/5/17

VA Portland Health Care System (VHAPORHCS) Primary Care Providers
Insomnia, 4/29/15

Project ECHO, Oregon Health & Science University
Insomnia, 5/7/15, 2/18/16, 2/16/17

Internal Medicine Residents' Ambulatory Curriculum
Sleep Apnea, 2/12/16, 2/19/16, 2/26/16 & 3/4/16

VA Portland Health Care System (VHAPORHCS) Primary Care Providers
Sleep Apnea, 4/27/16

Geriatric Sleep Human Growth and Development, MS-I

History of Sleep Medicine, MS-II

VA PTSD Team, Sleep Disorders, 4/25/18

OHSU School of Public Health, Occupational Health Course, Lecture on Sleep

Disorders, 5/7/18, 5/6/19

Evidence Based Medicine, PGY-2 and 3, "Diagnosis and Diagnostic   Tests", covered sensitivity, specificity, likelihood ratios, etc., 5/2008-4/2011

7. Faculty Research Mentor:
   General Clinical Research Center, Mentored Medical Student Clinical Research Program (MMSP); Brandon Peters (MS-I); Summer, 2005

   Systems, Processes, & Homeostasis (Physiology & Pharmacology) Student research project (SRP) 2006; Co-Mentor with David Grandy, Ph.D.; First Year Medical Students: Matthew Clausen, Christopher Baumann, Scott Davis, James Dayton, Shereen Katrak, Megan Locher, Jesse Madden, Casey Murphy, Amara Sheppard and Melissa Yamauchi.

   Systems, Processes, & Homeostasis (Physiology & Pharmacology) Student research project (SRP) 2007; Mentor; First Year Medical Students: Erin Braithwaite, Julie Chinn, Stacy de la Motte, Morgan Garvin, Evan Los, Ilan Maizlin, William Ruegg, Maegan Sauvageau, Abigail Vautrain.

   Systems, Processes, & Homeostasis (Physiology & Pharmacology) Student research project (SRP) 2008; Mentor; First Year Medical Students:  Leah Gordon, Mini Zhang, Adam Glaser, Lily Wittich, Ricky Chen, Naomi Fishman, Linh Le, Yossi Berlow, Melissa Kjos, and Jessica Carlson.

   Systems, Processes, & Homeostasis (Physiology & Pharmacology) Student research project (SRP) 2009; Mentor; First Year Medical Students:  Terrence Lee, Matthew Snodgrass, Emmy Davison, Nora Switchenko, Donna Kang, and Anne Fang

8. Faculty Mentor: April Sweeney, M.D. (Psychiatry PGY-1, 2007-2008)
9. Resident and Faculty Case Conference: 8/21/07 Faculty Presenter

**Scholarship of Teaching:**

Curriculum Development
Participated in the Evidence Based Medicine course development.  Committee members included Sahana Misra, Erick Turner, and Pritham Raj.

Cognitive Behavioral Therapy for Insomnia (CBT-I) group therapy.  Developed a new, structured, 8-week CBT-I group therapy program for Veterans with complex insomnia along with Katherine Chiba, MSW.

Educational Conference Presentations

"Advances in Management of Chronobiological Disorders."  Northwest Hospital & Medical Center CME conference: Advances in Diagnosis and Management of Sleep Disorders, Seattle, WA, February 2004.

"Circadian Rhythms in the Blind."  OHSU Department of Psychiatry Grand Rounds, Portland, OR, August 25, 2005

"Hypnotics." Oregon Psychiatric Association, Portland, OR, March 3, 2007.

"Overview of Sleep Medicine." Oregon Health & Science University CME conference: Evaluation and Treatment of Sleep Disorders: A Practical Review, Portland, OR, May 5, 2007.

"Diagnosis and Treatment of Insomnia." Oregon Health & Science University Family Medicine Review, Portland, OR, February 27, 2008.

"Sleep-Related Eating Disorder (SRED) and Night-Eating Syndrome (NES)."  Columbia River Eating Disorders Network (CREDN), Providence Hospital, Portland, OR, May 8, 2008.

"Sleep Disorders: Focus on Insomnia." Mental Health and Primary Care Conference, Bend, OR, October 4, 2008.

"Diagnosis and Treatment of Insomnia." Oregon Health & Science University Family Medicine Review, Portland, OR, Feburary 10, 2009.

"Diagnosis and Treatment of Insomnia." Oregon Health & Science University Family Medicine Review, Portland, OR, February 22, 2010.

"Diagnosis and Treatment of Insomnia." Oregon Health & Science University Primary Care Review, Portland, OR, February 7, 2011.

"Sleep Apnea and Insomnia." Oregon Health & Science University Internal Medicine Review, Portland, OR, March 8, 2013.

 "Sleep Apnea and Insomnia." Oregon Health & Science University Primary Care Review, Portland, OR, February 9, 2015.

"Insomnia." Oregon Health & Science University Adult Mental Health Update:  Strategies for Primary Care, Portland, OR, March, 15, 2019.

"Insomnia." Oregon Health & Science University Primary Care Review, Portland, OR, April 11, 2019.

"Insomnia." Oregon Health & Science University Adult Mental Health Update:  Strategies for Primary Care, Portland, OR, September, 13, 2019.

**EXHIBIT A –** *Curriculum Vitae*

DAVID J. GREENBLATT, M.D.

Current Title:

Louis Lasagna Endowed Professor, Department of Immunology (formerly the Department of Pharmacology and Experimental Therapeutics); Professor of Psychiatry, Medicine, and Anesthesia, Tufts University School of Medicine; Special and Scientific Staff (Research), Tufts Medical Center, Boston MA

Education and Training:

| | | |
|---|---|---|
| 1966 | B.A.  Amherst College (magna cum laude) | |
| 1970 | M.D.  Harvard Medical School | |
| 1970-1971 | Medical Intern, Montefiore Hospital and<br>    Medical Center, Bronx, NY | |
| 1971-1972 | Assistant Medical Resident,<br>    Harvard Medical Service, Boston City Hospital | |
| 1972-1974 | Research Fellow in Pharmacology, Harvard Medical School;<br>    Fellow in Medicine (Clinical Pharmacology),<br>    Massachusetts General Hospital | |

Professional Appointments:

Harvard Medical School and Massachusetts General Hospital

| | |
|---|---|
| 1974-1979 | Assistant Professor of Medicine, Harvard Medical School;<br>    Assistant in Medicine, Massachusetts General Hospital |
| 1976-1979 | Chief, Clinical Pharmacology Unit,<br>    Massachusetts General Hospital |

<u>Tufts University School of Medicine (TUSM) and Tufts Medical Center (TMC)</u>:

| | |
|---|---|
| 1979-present | Professor of Psychiatry, Tufts University School of Medicine, Boston MA (TUSM) |
| 1979-2015 | Associate Medical Staff, Tufts Medical Center (TMC) |
| 2015- | Special and Scientific Staff (Research), TMC |
| 1979-1984 | Associate Professor of Medicine, TUSM |
| 1983-1996, 2001-2002 | Chair, Institutional Review Board, TMC/TUSM |
| 1984-present | Professor of Medicine, TUSM |
| 1988-1991 | Professor of Pharmacology, TUSM |
| 1991-present | Professor of Pharmacology and Experimental Therapeutics (with tenure), TUSM |
| 1994-2010 | Chairman, Department of Pharmacology and Experimental Therapeutics, TUSM |
| 1995-present | Professor of Anesthesia, TUSM |
| 1995-2002 | Program Director, General Clinical Research Center, TMC |
| 1997-present | Louis Lasagna Endowed Professor of Pharmacology and Experimental Therapeutics, TUSM |
| 2002-2010 | Associate Program Director, Clinical/Translational Research Center, TMC/TUSM |

<u>Awards and Honors</u>:

| | |
|---|---|
| 1972-74 | Research Fellow of the Medical Foundation, Inc., Boston |
| 1978-87 | Pfizer Lecturer in Clinical Pharmacology (at various institutions) |
| 1980 | Rawls-Palmer Progress in Medicine Award and Lecture, American Society for Clinical Pharmacology and Therapeutics |
| 1980 | Clinical Pharmacology Unit Developmental Grant, Pharmaceutical Manufacturers' Association Foundation, Washington, D.C. |
| 1981 | Wellcome Visiting Professor in the Basic Medical Sciences (the Burroughs Wellcome Fund and Federation of American Societies |

for Experimental Biology),
East Carolina University School of Medicine, Greenville, N.C.

1983    Paul Ehrlich Visiting Professor of Clinical Pharmacology,
        University of Miami School of Medicine

1984    Sterling Visiting Professor,
        Boston University School of Medicine

1985    The McKeen Cattell Award,
        (with Drs. 0. Bellmann, H.R. Ochs, and M. Knüchel)
        American College of Clinical Pharmacology

1988    T. George Bidder Distinguished Lectureship in Psychopharmacology,
        University of California at Los Angeles

1997    Pfizer Visiting Professor of Clinical Pharmacology,
        Morehouse University School of Medicine, Atlanta, GA

2001    Distinguished Service Award,
        American College of Clinical Pharmacology

2002    Distinguished Investigator Award,
        American College of Clinical Pharmacology

2005    Research Achievement Award in Clinical Sciences,
        American Association of Pharmaceutical Scientists

2013    Outstanding Speaker Award,
        American Association for Clinical Chemistry

2015     Distinguished Faculty Award,
        Tufts University School of Medicine

2016    Award in Excellence in Clinical Pharmacology,
        Pharmaceutical Research and Manufacturers of America Foundation

2016    Man of Good Conscience Award,
        Association of Women Psychiatrists

Certification

1991    American Board of Clinical Pharmacology, Inc.

Editorial Boards

Journal of Clinical Psychopharmacology (Co-Editor-in-Chief)

Clinical Pharmacology in Drug Development (Editor-in-Chief)

Journal of Clinical Pharmacology

British Journal of Clinical Pharmacology (2011-2016)

Biopharmaceutics and Drug Disposition

Xenobiotica

Neuropsychopharmacology (1986-1990)

Drug Investigation

Drugs and Aging

Pharmacology and Toxicology

Drugs and Therapy Perspectives


Professional Societies

American Society for Clinical Investigation (Emeritus)

American Society for Pharmacology and Experimental Therapeutics

American Federation for Clinical Research

American Society for Clinical Pharmacology and Therapeutics
        Board of Directors, 1983-85

American College of Clinical Pharmacology
        Board of Regents, 1981-85, 1987-91;
        Honorary Regent, 1994-;
        President-Elect, 1994-1996;
        President, 1996-1998

American College of Neuropsychopharmacology (Fellow) (1974-2011)

International Society for the Study of Xenobiotics

4

British Pharmacological Society

ORIGINAL RESEARCH ARTICLES

1.  Tursky B, Greenblatt DJ: Local vascular and thermal changes that accompany electric shock. Psychophysiology 3:371-380, 1967.

2.  Greenblatt DJ, DiMascio A, Messier M, Stotsky B: Magnesium pemoline and job performance in mentally handicapped workers. Clinical Pharmacology and Therapeutics 10:530-533, 1969.

3.  Greenblatt DJ, Tursky B: Local vascular and impedence changes induced by electric shock. American Journal of Physiology 216:712-718, 1969.

4.  Tursky B, Greenblatt DJ, O'Connell DN: Electrocutaneous threshold changes produced by electric shock. Psychophysiology 7:490-498, 1970.

5.  Greenblatt DJ, Shader RI: Psychopharmacologic management of anxiety in the cardiac patient. Psychiatry in Medicine 2:490-498, 1970.

6.  Greenblatt DJ, Shader RI: Meprobamate: a study of irrational drug use. American Journal of Psychiatry 127:1297-1303, 1971.

7.  Greenblatt DJ, Shader RI: The clinical choice of sedative-hypnotics. Annals of Internal Medicine 77:91-100, 1972.

8.  Greenblatt DJ, Shader RI: On the psychopharmacology of beta adrenergic blockade. Current Therapeutic Research 14:615-625, 1972.

9.  Greenblatt DJ, Koch-Weser J: Adverse reactions to spironolactone: a report from the Boston Collaborative Drug Surveillance Program. Journal of the American Medical Association 225:40-43, 1973.

10. Greenblatt DJ, Shader RI: Anticholinergics. New England Journal of Medicine 288:1215-1219, 1973.

11. Greenblatt DJ, Koch-Weser J: Adverse reactions to propranolol in hospitalized medical patients: a report from the Boston Collaborative Drug Surveillance Program. American Heart Journal 86:478-484, 1973.

12. Greenblatt DJ, Koch-Weser J: Adverse reactions to intravenous diazepam: a report from the Boston Collaborative Drug Surveillance Program. American Journal of Medical Sciences 266:261-266, 1973.

13. Greenblatt DJ, Duhme DW, Koch-Weser J, Smith TW: Evaluation of digoxin bioavailability in single-dose studies.  New England Journal of Medicine 289:651-654, 1973.

14. Greenblatt DJ, Koch-Weser J:  Adverse reactions to beta-adrenergic receptor blocking drugs: a report from the Boston Collaborative Drug Surveillance Program.  Drugs 7:118-129, 1974.

15. Greenblatt DJ, Shader RI: Drug abuse and the emergency room physician.  American Journal of Psychiatry 131:559-562, 1974.

16. Duhme DW, Greenblatt DJ, Koch-Weser J: Reduction of digoxin toxicity associated with measurement of serum levels: a report from the Boston Collaborative Drug Surveillance Program.  Annals of Internal Medicine 80:516-519, 1974.

17. Koch-Weser J, Duhme DW, Greenblatt DJ: Influence of serum digoxin concentration measurements on frequency of digitoxicity.  Clinical Pharmacology and Therapeutics 16:284-287, 1974.

18. Greenblatt DJ, Duhme DW, Koch-Weser J, Smith TW: Intravenous digoxin as a bioavailability standard: slow infusion and rapid injection.  Clinical Pharmacology and Therapeutics 15:510-513, 1974.

19. Greenblatt DJ, Koch-Weser J: Oral contraceptives and hypertension: a report from the Boston Collaborative Drug Surveillance Program.  Obstetrics and Gynecology 44:412-417, 1974.

20. Greenblatt DJ, Duhme DW, Koch-Weser J, Smith TW: Equivalent bioavailability from digoxin elixir and rapid-dissolution tablets.  Journal of the American Medical Association 229:1774-1776, 1974.

21. Greenblatt DJ, Shader RI, Koch-Weser J.  Pharmacokinetic determinants of the response to single doses of chlordiazepoxide.  American Journal of Psychiatry 131:1395-1397, 1974.

22. Greenblatt DJ, Koch-Weser J: Clinical toxicity of chlordiazepoxide and diazepam in relation to serum albumin concentration: a report from the Boston Collaborative Drug Surveillance Program.  European Journal of Clinical Pharmacology 7:259-262, 1974.

23. Greenblatt DJ, Duhme DW, Koch-Weser J, Smith TW: Bioavailability of digoxin tablets and elixir in the fasting and postprandial states.  Clinical Pharmacology and Therapeutics 16:444-448, 1974.

24. Greenblatt DJ, Shader RI, Koch-Weser J, Franke K: Slow absorption of intramuscular chlordiazepoxide.  New England Journal of Medicine 291:1116-1118, 1974.

25. Greenblatt DJ, Duhme DW, Koch-Weser J, Smith TW: Comparison of one- and six-day urinary digoxin excretion in single-dose bioavailability studies.  Clinical Pharmacology and Therapeutics 16:813-816, 1974.

26. Greenblatt DJ, Shader RI: Benzodiazepines.  New England Journal of Medicine 291:1011-1015, 1239-1241, 1974.

27. Greenblatt DJ, Shader RI, Koch-Weser J: Flurazepam hydrochloride. Clinical Pharmacology and Therapeutics 17:1-14, 1975.

28. Sokol GH, Greenblatt DJ, Littman P, Franke K, Koch-Weser J: Chlordiazepoxide metabolism in mice following hepatic irradiation.  Pharmacology 13:248-251, 1975.

29. Greenblatt DJ, Shader RI, Koch-Weser J: Psychotropic drug use in the Boston area: a report from the Boston Collaborative Drug Surveillance program.  Archives of General Psychiatry 32:518-521, 1975.

30. Shader RI, Greenblatt DJ, Salzman C, Kochansky GE, Harmatz JS: Benzodiazepines: safety and toxicity.  Diseases of the Nervous System 36(No. 5, Sect. 2):23-26, (May) 1975.

31. Greenblatt DJ, Shader RI, Koch-Weser J: Pharmacokinetics in clinical medicine: oxazepam versus other benzodiazepines.  Diseases of the Nervous System 36(No. 5, Sect. 2):6-13, (May) 1975.

32. Greenblatt DJ, Shader RI, Koch-Weser J: Flurazepam hydrochloride, a benzodiazepine hypnotic.  Annals of Internal Medicine 83:237-241, 1975.

33. Koup JR, Greenblatt DJ, Jusko WJ, Smith TW, Koch-Weser J: Pharmacokinetics of digoxin in normal subjects after intravenous bolus and infusion doses. Journal of Pharmacokinetics and Biopharmaceutics 3:181-192, 1975.

34. Greenblatt DJ, Koch-Weser J: Clinical pharmacokinetics.  New England Journal of Medicine 293:702-705, 964-970, 1975.

35. Greenblatt DJ, Allen MD, Koch-Weser J: Accidental poisoning with psychotropic drugs in children.  American Journal of Diseases in Children 130:507-511, 1976.

36. Greenblatt DJ, Shader RI, Koch-Weser J.  Serum creatine phosphokinase concentrations after intramuscular chlordiazepoxide and its solvent.  Journal of Clinical Pharmacology 16:118-121, 1976.

37. Greenblatt DJ, Bolognini V, Koch-Weser J, Harmatz JS: Pharmacokinetic approach to the clinical use of lidocaine intravenously.  Journal of the American Medical Association 236:273-277, 1976.

38. Pfeifer HJ, Greenblatt DJ, Koch-Weser J: Clinical use and toxicity of intravenous lidocaine: a report from the Boston Collaborative Drug Surveillance Program. American Heart Journal 92:168-173, 1976.

39. Greenblatt DJ, Duhme DW, Koch-Weser J, Smith TW: Assessment of methodology in single-dose studies of digoxin bioavailability. Pharmacology 14:182-190, 1976.

40. Greenblatt DJ, Shader RI, Lofgren S: Rational psychopharmacology for patients with medical diseases. Annual Review of Medicine 27:407-420, 1976.

41. Greenblatt DJ, Shader RI, Harmatz JS, Franke K, Koch-Weser J: Influence of magnesium and aluminum hydroxide mixture on chlordiazepoxide absorption. Clinical Pharmacology and Therapeutics 19:234-239, 1976.

42. Greenblatt DJ, Smith TW, Koch-Weser J: Bioavailability of drugs: the digoxin dilemma. Clinical Pharmacokinetics 1:36-51, 1976.

43. Greenblatt DJ, Ransil BJ, Harmatz JS, Smith TW, Duhme DW, Koch-Weser J: Variability of 24-hour urinary creatinine excretion by normal subjects. Journal of Clinical Pharmacology 16:321-328, 1976.

44. Stanski DR, Greenblatt DJ, Lappas DG, Koch-Weser J, Lowenstein E: Kinetics of high dose intravenous morphine in cardiac surgery patients. Clinical Pharmacology and Therapeutics 19:752-756, 1976.

45. Pfeifer HJ, Greenblatt DJ, Koch-Weser J: Clinical toxicity of reserpine in hospitalized patients: a report from the Boston Collaborative Drug Surveillance Program. American Journal of Medical Sciences 271:269-276, 1976.

46. DiMascio A, Bernardo DL, Greenblatt DJ, Marder JE: A controlled trial of amantadine in drug-induced extrapyramidal disorders. Archives of General Psychiatry 33:599.602, 1976.

47. Greenblatt DJ, Schillings RT, Kyriakopoulos AA, Shader RI, Sisenwine SF, Knowles JA, Ruelius HW: Clinical pharmacokinetics of lorazepam. I. Absorption and disposition of oral 14C-lorazepam. Clinical Pharmacology and Therapeutics 20:329-341, 1976.

48. Stanski DR, Greenblatt DJ, Selwyn A, Shader RI, Franke K, Koch-Weser J: Plasma and cerebrospinal fluid concentrations of chlordiazepoxide and its metabolites in surgical patients. Clinical Pharmacology and Therapeutics 20:571-578, 1976.

49. Greenblatt DJ, Koch-Weser J: Intramuscular injection of drugs. New England Journal of Medicine 295:542-546, 1976.

50.  Greenblatt DJ, Duhme DW, Allen MD, Koch-Weser J: Clinical toxicity of furosemide in hospitalized patients: a report from the Boston Collaborative Drug Surveillance Program.  American Heart Journal 94:6-13, 1977.

51.  Allen MD, Greenblatt DJ: Accidental salicylate poisoning.  Paediatrician 6:244-249, 1977.

52.  Greenblatt DJ, Shader RI, Harmatz JS, Franke K, Koch-Weser J: Absorption rate, blood concentrations, and early response to oral chlordiazepoxide.  American Journal of Psychiatry 134:559-562, 1977.

53.  Greenblatt DJ, Joyce TH, Comer WH, Knowles JA, Shader RI, Kyriakopoulos AA, MacLaughlin DS, Ruelius HW: Clinical pharmacokinetics of lorazepam.  II. Intramuscular injection.  Clinical Pharmacology and Therapeutics 21:222-230, 1977.

54.  Ransil BJ, Greenblatt DJ, Koch-Weser J: Evidence for systematic temporal variation in 24-hour urinary creatinine excretion.  Journal of Clinical Pharmacology 17:108-119, 1977.

55.  Greenblatt DJ, Comer WH, Elliott HW, Shader RI, Knowles JA, Ruelius HW: Clinical pharmacokinetics of lorazepam.  III.  Intravenous injection (preliminary report). Journal of Clinical Pharmacology 17:490-494, 1977.

56.  Greenblatt DJ, Knowles JA, Comer WN, Shader RI, Harmatz JS, Ruelius HW: Clinical pharmacokinetics of lorazepam.  IV.  Long-term oral administration.  Journal of Clinical Pharmacology 17:495-500, 1977.

57.  Ameer B, Greenblatt DJ: Acetaminophen.  Annals of Internal Medicine 87:202-209, 1977.

58.  Greenblatt DJ, Pfeifer HJ, Ochs HR, Franke K, MacLaughlin DS, Smith TW, Koch-Weser J: Pharmacokinetics of quinidine in humans after intravenous, intramuscular and oral administration.  Journal of Pharmacology and Experimental Therapeutics 202:365-378, 1977.

59.  Greenblatt DJ, Allen MD, Shader RI: Toxicity of high-dose flurazepam in the elderly. Clinical Pharmacology and Therapeutics 21:355-361, 1977.

60.  Greenblatt DJ, DiMascio A, Harmatz JS, Bernardo DL, Marder JR: Pharmacokinetics and clinical effects of amantadine in drug-induced extrapyramidal symptoms.  Journal of Clinical Pharmacology 17:704-708, 1977.

61.  Greenblatt DJ, Allen MD, Noel BJ, Shader RI: Acute overdosage with benzodiazepine derivatives.  Clinical Pharmacology and Therapeutics 21:497-514, 1977.

62.  Shader RI, Greenblatt DJ: Clinical implications of benzodiazepine pharmacokinetics. American Journal of Psychiatry 134:652-656, 1977.

63.  Pfeifer HJ, Greenblatt DJ, Koch-Weser J: Adverse reactions to practolol in hospitalized patients: a report from the Boston Collaborative Drug Surveillance Program.  European Journal of Clinical Pharmacology 12:167-170, 1977.

64.  Allen MD, Greenblatt DJ, Noel BJ: Meprobamate overdosage: a continuing problem. Clinical Toxicology 11:501-516, 1977.

65.  Greenblatt DJ, Harmatz JS, Stanski DR, Shader RI, Franke K, Koch-Weser J: Factors influencing blood concentrations of chlordiazepoxide: a use of multiple regression analysis.  Psychopharmacology 54:277-282, 1977.

66.  Greenblatt DJ, Shader RI, Franke K, MacLaughlin DS, Ransil BJ, Koch-Weser J : Kinetics of intravenous chlordiazepoxide: sex differences in drug distribution.  Clinical Pharmacology and Therapeutics 22:893-903, 1977.

67.  Shader RI, Greenblatt DJ, Harmatz JS, Franke K, Koch-Weser J: Absorption and disposition of chlordiazepoxide in young and elderly male volunteers.  Journal of Clinical Pharmacology 17:709-718, 1977.

68.  Greenblatt DJ, Harmatz JS, Shader RI: Sex differences in diazepam protein binding in patients with renal insufficiency.  Pharmacology 16:26-29, 1978.

69.  Ochs HR, Greenblatt DJ, Bodem G, Smith TW: Sprinolactone.  American Heart Journal 96:389-400, 1978.

70.  Pfeifer HJ, Greenblatt DJ: Clinical toxicity of theophylline in relation to cigarette smoking: a report from the Boston Collaborative Drug Surveillance Program.  Chest 73:455-459, 1978.

71.  Greenblatt DJ: Determination of desmethyldiazepam in plasma by electron-capture GLC: application to pharmacokinetic studies of clorazepate.  Journal of Pharmaceutical Science 67:427-429, 1978.

72.  Gayes JM, Greenblatt DJ, Lloyd BL, Harmatz JS, Smith TW: Cerebrospinal fluid digoxin concentrations in humans.  Journal of Clinical Pharmacology 18:177-179, 1978.

73.  Greenblatt DJ, Harmatz JS, Shader RI: Factors influencing diazepam pharmacokinetics. International Journal of Clinical Pharmacology and Biopharmacy 16:177-179, 1978.

74.  Ochs HR, Bodem G, Bales G, Greenblatt DJ, Smith TW: Increased Clearance of digoxin in rabbits during repeated administration.  Journal of Pharmacology and Experimental Therapeutics 205:516-524, 1978.

75. Ochs HR, Greenblatt DJ, Woo E, Franke K, Pfeifer JH, Smith TW: Single- and multiple-dose pharmacokinetics of oral quinidine sulfate and gluconate.  American Journal of Cardiology 41:770-777, 1978.

76. Greenblatt DJ, Shader RI, Weinberger DR, Allen MD, MacLaughlin DS: Effect of a cocktail on diazepam absorption.  Psychopharmacology 57:199-203, 1978.

77. Greenblatt DJ, Franke K, Huffman DH: Impairment of antipyrine clearance in humans by propranolol.  Circulation 57:1161-1164, 1978.

78. Greenblatt DJ, Allen MD: Intramuscular injection-site complications. Journal of the American Medical Association 240:542-544, 1978.

79. Greenblatt DJ, Shader RI, Franke K, Harmatz JS: Pharmacokinetics of chlordiazepoxide and metabolites following single and multiple oral doses.  International Journal of Clinical Pharmacology and Biopharmacy 16:486-493, 1978.

80. Lloyd BL, Greenblatt DJ, Allen MD, Harmatz JS, Smith TW: Pharmacokinetics and bioavailability of digoxin capsules, solution, and tablets after single and multiple doses. American Journal of Cardiology 42:129-146, 1978.

81. Greenblatt DJ, Allen MD: Toxicity of nitrazepam in the elderly: a report from the Boston Collaborative Drug Surveillance Program.  British Journal of Clinical Pharmacology 5:407-413, 1978.

82. Ochs HR, Greenblatt DJ, Woo E, Franke K, Smith TW: Effect of propranolol on pharmacokinetics and acute electrocardiographic changes following intravenous quinidine in humans. Pharmacology 17:301-306, 1978.

83. Greenblatt DJ, Shader RI, MacLeod SM, Sellers EM, Franke K, Giles HG: Absorption of oral and intramuscular chlordiazepoxide.  European Journal of Clinical Pharmacology 13:267-274, 1978.

84. Ochs HR, Greenblatt DJ, Dengler JH: Absorption of oral tetracycline in patients with Billroth-II gastrectomy.  Journal of Pharmacokinetics and Biopharmaceutics 6:295-303, 1978.

85. Ochs HR, Greenblatt DJ, Bodem G, Harmatz JS: Dose-independent pharmacokinetics of digoxin in humans.  American Heart Journal 97:507-511, 1978.

86. Greenblatt DJ, Woo E, Allen MD, Orsulak PJ, Shader RI: Rapid recovery from massive diazepam overdose.  Journal of the American Medical Association 240:1872-1874, 1978.

87. Greenblatt DJ, Shader RI, MacLeod SM, Sellers EM: Clinical pharmacokinetics of chlordiazepoxide.  Clinical Pharmacokinetics 3:381-394, 1978.

88. Sokol GH, Greenblatt DJ, Lloyd BL, Georgotas A, Allen MD, Harmatz JS, Smith TW, Shader RI: Effect of abdominal radiation therapy on drug absorption in humans. Journal of Clinical Pharmacology 18:388-396, 1978.

89. Ochs HR, Greenblatt DJ, Woo E, Smith TW: Reduced quinidine clearance in elderly persons. American Journal of Cardiology 42:481-485, 1978.

90. Greenblatt DJ, Franke K, Shader RI: Analysis of lorazepam and its glucuronide metabolite by electron-capture gas-liquid chromatography: use in pharmacokinetic studies of lorazepam. Journal of Chromatography 146: 311-320, 1978.

91. Shader RI, Georgotas A, Greenblatt DJ, Harmatz JS, Allen MD: Impaired absorption of desmethyldiazepam from clorazepate by magnesium aluminum hydroxide. Clinical Pharmacology and Therapeutics 24:308-315, 1978.

92. Woo E, Greenblatt DJ, Ochs HR: Short- and long-acting quinidine preparations: clinical implications of pharmacokinetic differences. Angiology 29:243-250, 1978.

93. MacLeod SM, Sellers EM, Giles HG, Billings BJ, Martin PR, Greenblatt DJ, Marshman JA. Interaction of disulfiram with benzodiazepines. Clinical Pharmacology and Therapeutics 24:583-589, 1978.

94. Sellers EM, Greenblatt DJ, Zilm DH, Degani N: Decline in chlordiazepoxide plasma levels during fixed-dose therapy of alcohol withdrawal. British Journal of Clinical Pharmacology 6:370-372, 1978.

95. Greenblatt DJ, Shader RI: Pharmacokinetic understanding of antianxiety drug therapy. Southern Medical Journal 7l(Suppl 2): 2-9, 1978.

96. Greenblatt DJ, Shader RI: Dependence, tolerance, and addiction to benzodiazepines: clinical and pharmacokinetic considerations. Drug Metabolism Reviews 8:13-28, 1978.

97. Greenblatt DJ: Simultaneous gas chromatographic analysis for diazepam and its major metabolite, desmethyldiazepam, with use of double internal standardization. Clinical Chemistry 24:1838-1841, 1978.

98. Greenblatt DJ, Allen MD, MacLaughlin DS, Harmatz JS, Shader RI: Diazepam absorption: effect of antacids and food. Clinical Pharmacology and Therapeutics 24:600-609, 1978.

99. MacLeod SM, Sellers EM, Giles HG, Billings BJ, Martin PR, Greenblatt DJ, Marshman JA: The interaction of disulfiram with benzodiazepines. Clinical Pharmacology and Therapeutics 24:583-589, 1978.

100. Stanski DR, Greenblatt DJ, Lowenstein E: Kinetics of intravenous and intramuscular morphine.  Clinical Pharmacology and Therapeutics 24:52-59, 1978.

101. Greenblatt DJ, Shader RI: Prazepam and lorazepam, two new benzodiazepines.  New England Journal of Medicine 299:1342-1344, 1978.

102. Mudge GH, Lloyd BL, Greenblatt DJ, Smith TW: Inotropic and toxic effects of a polar cardiac glycoside derivative in the dog.  Circulation Research 43:847-854, 1978.

103. Greenblatt DJ, Allen MD, Harmatz JS, Noel BJ, Shader RI: Correlates of outcome following acute glutethimide overdosage.  Journal of Forensic Sciences 24:76-86, 1979.

104. Greenblatt DJ, Shader RI, Franke K, MacLaughlin DS, Harmatz JS, Allen MD, Werner A, Woo E: Pharmacokinetics and bioavailability of intravenous, intramuscular and oral lorazepam in humans.  Journal of Pharmaceutical Sciences 68:57-63, 1979.

105. Greenblatt DJ: Reduced serum alhumin concentration in the elderly: a report from the Boston Collaborative Drug Surveillance Program.  Journal of the American Geriatrics Society 27:20-22, 1979.

106. Miller RR, Porter J, Greenblatt DJ: Clinical importance of the interaction of phenytoin and isoniazid: a report from the Boston Drug Surveillance Program.  Chest 75:356-358, 1979.

107. Greenblatt DJ: Predicting steady-state serum concentrations of drugs.  Annual Review of Pharmacology and Toxicology 19:347-356, 1979.

108. Woo E, Greenblatt DJ: Pharmacokinetic and clinical implications of quinidine protein binding.  Journal of Pharmaceutical Sciences 68:466-470, 1979.

109. Woo E, Greenblatt DJ: Massive benzodiazepine requirements during acute alcohol withdrawal: a clinical and pharmacokinetic study.  American Journal of Psychiatry 136:821-823, 1979.

110. Greenblatt DJ, Allen MD, MacLaughlin DS, Huffman DH, Harmatz JS, Shader RI: Single- and multiple-dose kinetics of oral lorazepam in humans: the predictability of accumulation.  Journal of Pharmacokinetics and Biopharmaceutics 7:159-179, 1979.

111. Lowenthal IS, Parker LM, Greenblatt DJ, Brown BL, Samy TSA: Pharmacokinetic analysis of neocarzinostatin in normal and tumor-bearing rodents.  Cancer Research 39:1547-1551, 1979.

112. Greenblatt DJ, Allen MD, Locniskar A, Harmatz JS, Shader RI: Lorazepam kinetics in the elderly.  Clinical Pharmacology and Therapeutics 26:103-113, 1979.

113. Pfeifer HJ, Greenblatt DJ, Friedman P:  Effect of three antibiotics on theophylline kinetics.  Clinical Pharmacology and Therapeutics 26:36-40, 1979.

114. Sellers EM, Greenblatt DJ, Giles HG, Naranjo CA, Kaplan H, MacLeod SM: Chlordiazepoxide and oxazepam disposition in cirrhosis.  Clinical Pharmacology and Therapeutics 26:240-246, 1979.

115. Allen MD, Greenblatt DJ, Harmatz JS, Shader RI: Single-dose kinetics of prazepam, a precursor of desmethyldiazepam.  Journal of Clinical Pharmacology 19:445-450, 1979.

116. Greenblatt DJ, Locniskar A: Spectrophotometric assay of antipyrine in plasma: a reevaluation.  International Journal of Clinical Pharmacology and Biopharmacy 17:401-404, 1979.

117. Ochs HR, Grube E, Greenblatt DJ, Woo E, Bodem G: Intravenous quinidine: pharmacokinetic properties and effects on left ventricular performance in humans. American Heart Journal 99:468-475, 1980.

118. Greenblatt DJ, Allen MD, Harmatz JS, Noel BJ, Shader RI: Overdosage with pentobarbital and secobarbital: assessment of factors related to outcome.  Journal of Clinical Pharmacology 19:758-768, 1979.

119. Allen MD, Greenblatt DJ, Noel BJ: Self-poisoning with over-the-counter hypnotics. Clinical Toxicology 15:151-158, 1979.

120. Ochs HR, Greenblatt DJ, Allen MD, Harmatz JS, Shader RI, Bodem G:  Effect of age and Billroth gastrectomy on absorption of desmethyldiazepam from clorazepate. Clinical Pharmacology and Therapeutics 26:449-456, 1979.

121. Greenblatt DJ, Allen MD, Harmatz JS, Shader RI: Diazepam disposition determinants. Clinical Pharmacology and Therapeutics 27:301-312, 1980.

122. Ochs HR, Greenblatt DJ, Harmatz JS, Bodem G: Serum digoxin concentrations and subjective manifestations of toxicity.  Pharmacology 20:149-154, 1980.

123. Greenblatt DJ, Shader RI, Harmatz JS, Georgotas A: Self-rated sedation and plasma concentrations of desmethyldiazepam following single doses of clorazepate. Psychopharmacology 66:289-290, 1979.

124. Ochs HR, Greenblatt DJ, Lloyd BL, Woo E, Sonntag M, Smith TW: Entry of quinidine into cerebrospinal fluid.  American Heart Journal 100:341-346, 1980.

125. Allen MD, Greenblatt DJ, Arnold JD: Single and multiple dose kinetics of estazolam, a triazolo benzodiazepine.  Psychopharmacology 66:267-274, 1979.

126. Winokur A, Rickels K, Greenblatt DJ, Snyder PJ, Schatz NJ: Withdrawal reaction from chronic, low-dose diazepam administration: a double-blind placebo-controlled case study.  Archives of General Psychiatry 37:101-105, 1980.

127. Allen MD, Greenblatt DJ, Noel BJ: Overdosage with antipsychotic agents.  American Journal of Psychiatry 137:234-236, 1980.

128. Woo E, Greenblatt DJ: Effect of food on enteral absorption of quinidine.  Clinical Pharmacology and Therapeutics 27:188-193, 1980.

129. Miller R, Greenblatt DJ: Clinical effects of chloral hydrate in hospitalized medical patients.  Journal of Clinical Pharmacology 19:669-674, 1979.

130. Allen MD, Greenblatt DJ: Comparative protein binding of diazepam and desmethyldiazepam.  Journal of Clinical Pharmacology 21:219-223, 1981.

131. Allen MD, Greenblatt Dl, Harmatz JS, Shader RI: Desmethyldiazepam kinetics in the elderly after oral prazepam.  Clinical Pharmacology and Therapeutics 28:196-202, 1980.

132. Allen MD, Greenblatt DJ, Harmatz JS, Smith TW: Effect of magnesium-aluminum hydroxide and kaolin-pectin on absorption of digoxin from tablets and capsules.  Journal of Clinical Pharmacology 21:26-30, 1981.

133. Ochs HR, Greenblatt DJ, Woo E: Clinical pharmacokinetics of quinidine.  Clinical Pharmacokinetics 5:150-168, 1980.

134. Greenblatt DJ: Electron-capture GLC determination of clobazam and desmethylclobazam in plasma.  Journal of Pharmaceutical Sciences 69:1351-1352, 1980.

135. Krogstad DJ, Moellering RC, Greenblatt DJ: Single-dose kinetics of intravenous vancomycin.  Journal of Clinical Pharmacology 20:197-201, 1980.

136. Allen MD, Greenblatt DJ, LcCasse Y, Shader RI: Pharmacokinetic study of lorazepam overdosage.  American Journal of Psychiatry 137:1414-1415, 1980.

137. Ochs HR, Busse J, Greenblatt DJ, Allen MD: Entry of lorazepam into cerebrospinal fluid.  British Journal of Clinical Pharmacology 10:405-406, 1980.

138. Greenblatt DJ, Laughren TP, Allen MD, Harmatz JS, Shader RI: Plasma diazepam and desmethyldiazepam concentrations during long-term diazepam therapy.  British Journal of Clinical Pharmacology 11:35-40, 1981.

139. Greenblatt DJ, Ochs HR, Lloyd BL: Entry of diazepam and its major metabolite into cerebrospinal fluid.  Psychopharmacology 70:89-93, 1980.

140. Ochs HR, Carstens G, Greenblatt DJ: Reduction in lidocaine clearance during continuous infusion and by coadministration of propranolol. New England Journal of Medicine 303:373-377, 1980.

141. Greenblatt DJ, Divoll M, Harmatz JS, Shader RI: Oxazepam kinetics: effects of age and sex. Journal of Pharmacology and Experimental Therapeutics 215:86-91, 1980.

142. Sellers EM, Giles HG, Greenblatt DJ, Naranjo CA: Differential effects on benzodiazepine disposition by disulfiram and ethanol. Arzneimittel Forschung 30:882-886, 1980.

143. Greenblatt DJ, Shader RI: Effects of age and other drugs on benzodiazepine kinetics. Arzneimittel Forschung 30:886-890, 1980.

144. Divoll M, Greenblatt DJ: Alcohol does not enhance diazepam absorption. Pharmacology 22:263-268, 1981.

145. Divoll M, Greenblatt DJ: Plasma concentrations of temazepam, a 3-hydroxy benzodiazepine, determined by electron-capture gas-liquid chromatography. Journal of Chromatography 222:125-128, 1981.

146. Ochs HR, Pabst J, Greenblatt DJ, Dengler HJ: Noninteraction of digitoxin and quinidine. New England Journal of Medicine 303:672-674, 1980.

147. Ochs HR, Bodem G, Greenblatt DJ: Impairment of digoxin clearance by coadministration of quinidine. Journal of Clinical Pharmacology 21:396-400, 1981.

148. Ochs HR, Bodem G, Greenblatt DJ: Effect of dose on bioavailability of oral digoxin. European Journal of Clinical Pharmacology 19:53-55, 1981.

149. Moellering RC, Krogstad DJ, Greenblatt DJ: Vancomycin therapy in patients with impaired renal function: a nomograpm for dosage. Annals of Internal Medicine 94:343-346, 1981.

150. Ochs HR, Greenblatt DJ, Bodem G: Single- and multiple-dose kinetics of intravenous digoxin. Clinical Pharmacology and Therapeutics 28:340-345, 1980.

151. Abernethy DR, Greenblatt DJ: Impairment of antipyrine metabolism by low-dose oral contraceptive steroids. Clinical Pharmacology and Therapeutics 29:106-110, 1981.

152. Ochs HR, Grube E, Greenblatt DJ, Arendt R: Intravenous quinidine in congestive cardiomyopathy. European Journal of Clinical Pharmacology 19:173-176, 1981.

153. Ochs HR, Greenblatt DJ, Divoll M, Abernethy DR, Feyerabend H, Dengler HJ: Diazepam kinetics in relation to age and sex. Pharmacology 23:24-30, 1981.

154. Ochs HR, Greenblatt DJ, Roberts G-M, Dengler JH: Diazepam interaction with antituberculosis drugs.  Clinical Pharmacology and Therapeutics 29:671-678, 1981.

155. Greenblatt DJ, Locniskar A, Ochs HR, Lauven PM:  Automated gas chromatography for studies of midazolam pharmacokinetics.  Anesthesiology 55:176-179, 1981.

156. Divoll M, Greenblatt DJ, Lacasse Y, Shader RI: Benzodiazepine overdosage: Plasma concentrations and clinical outcome.  Psychopharmacology 73:381-383, 1981.

157. Divoll M, Greenblatt DJ, Ciraulo DA, Puri SK, Ho I, Shader RI: Clobazam kinetics: Intra-subject variability, and effect of food on absorption.  Journal of Clinical Pharmacology 22:69-73, 1982.

158. Abernethy DR, Greenblatt DJ: Effects of desmethyldiazepam on diazepam kinetics: a study of effects of a metabolite on parent drug disposition.  Clinical Pharmacology and Therapeutics 29:757-761, 1981.

159. Abernethy DR, Greenblatt DJ, Divoll M, Harmatz JS, Shader RI.  Alterations in drug distribution and clearance due to obesity.  Journal of Pharmacology and Experimental Therapeutics 217:681-685, 1981.

160. Divoll M, Greenblatt DJ, Harmatz JS, Shader RI: Effect of age and gender on disposition of temazepam. Journal of Pharmaceutical Sciences 70:1104-1107, 1981.

161. Greenblatt DJ: Clinical pharmacokinetics of oxazepam and lorazepam. Clinical Pharmacokinetics 6:88-105, 1981.

162. Ochs HR, Greenblatt DJ, Kaschell JH, Klehr U, Divoll M, Abernethy DR: Diazepam kinetics in patients with renal insufficiency or hyperthyroidism.  British Journal of Clinical Pharmacology 12:829-832, 1981.

163. Greenblatt DJ, Divoll M, Moschitto LJ, Shader RI: Electron-capture gas chromatographic analysis of the triazolobenzodiazepines alprazolam and triazolam.  Journal of Chromatography 225:202-207, 1981.

164. Greenblatt DJ, Divoll M, Puri SK, Ho I, Zinny MA, Shader RI: Clobazam kinetics in the elderly.  British Journal of Clinical Pharmacology 12:631-636, 1981.

165. Browne TR, van Langenhove A, Costello CE, Biemann K, Greenblatt DJ:  Kinetic equivalence of stable-isotope-labeled and unlabeled phenytoin.  Clinical Pharmacology and Therapeutics 29:511-515, 1981.

166. Greenblatt DJ, Ochs HR, Locniskar A, Lauven PM: Automated electron-capture gas chromatographic analysis of flunitrazepam in plasma.  Pharmacology 24:82-87, 1982.

167. Ochs HR, Greenblatt DJ, Harmatz JS, Bodem G, Dengler HJ: Clinical implications of serum digoxin concentrations.  Klinische Wochenschrift 59:501-507, 1981.

168. Greenblatt DJ, Divoll M, Harmatz JS, MacLaughlin DS, Shader RI: Kinetics and clinical effects of flurazepam in young and elderly noninsomniacs.  Clinical Pharmacology and Therapeutics 30:475-486, 1981.

169. Ameer B, Greenblatt DJ, Divoll M, Abernethy DR, Shargel L: High performance liquid chromatographic determination of acetaminophen in plasma: single dose pharmacokinetic studies.  Journal of Chromatography 226:224-230, 1981.

170. Abernethy DR, Greenblatt DJ, Smith TW: Digoxin disposition in obesity:  clinical pharmacokinetic investigation.  American Heart Journal 102:740-744, 1981.

171. Ochs HR, Otten H, Greenblatt DJ, Dengler HJ: Diazepam absorption: effects of age, sex, and Billroth gastrectomy.  Digestive Diseases and Sciences 27:225-230, 1982.

172. Arendt R, Ochs HR, Greenblatt DJ: Electron-capture GLC analysis of the thienodiazepine clotiazepam: preliminary pharmacokinetic studies.  Arzneimittel Forschung 32:453-455, 1982.

173. Shader RI, Greenblatt DJ, Ciraulo DA, Divoll M, Harmatz JS, Georgotas A:  Effect of age and sex on disposition of desmethyldiazepam formed from its precursor clorazepate.  Psychopharmacology 75:193-197, 1981.

174. Greenblatt DJ, Divoll M, Harmatz JS, Shader RI: Pharmacokinetic comparison of sublingual lorazepam with intravenous, intramuscular, and oral lorazepam.  Journal of Pharmaceutical Sciences 71:248-252, 1982.

175. Abernethy DR, Greenblatt DJ, Zumbo AM: Antipyrine determination of human plasma by gas-liquid chromatography using nitrogen-phosphorous detection.  Journal of Chromatography 223:432-437, 1981.

176. Divoll M, Ameer B, Abernethy DR, Greenblatt DJ: Age does not alter acetaminophen absorption.  Journal of the American Geriatrics Society 30:240-244, 1982.

177. Divoll M, Greenblatt DJ: Binding of diazepam and desmethyldiazepam to plasma protein: concentration-dependence and interactions.  Psychopharmacology 75:380-382, 1981.

178. Ochs HR, Grube E, Greenblatt DJ, Arendt R, Bodem G: Pharmacokinetics and pharmacodynamics of intravenous digoxin and digitoxin.  Klinische Wochenschrift 59:889-897, 1981.

179. Ochs HR, Greenblatt DJ, Otten H: Disposition of oxazepam in relation to age, sex, and cigarette smoking.  Klinische Wochenschrift 59:899-903, 1981.

18

180. Abernethy DR, Greenblatt DJ, Shader RI: Tricyclic antidepressant determination in human plasma by gas-liquid chromatography using nitrogen-phosphorous detection: application to single-dose pharmacokinetic studies. Pharmacology 23:57-63, 1981.

181. Naranjo CA, Busto U, Sellers EM, Sandor P, Ruiz I, Roberts EA, Janecek E, Domecq C, Greenblatt DJ: A method for estimating the probability of adverse drug reactions. Clinical Pharmacology and Therapeutics 30:239-245, 1981.

182. Greenblatt DJ, Divoll M, Abernethy DR, Harmatz JS, Shader RI: Antipyrine kinetics in the elderly: prediction of age-related changes in benzodiazepine oxidizing capacity. Journal of Pharmacology and Experimental Therapeutics 220:120-126, 1982.

183. Divoll M, Greenblatt DJ: Effect of age and sex on lorazepam protein binding. Journal of Pharmacy and Pharmacology 34:122-124, 1982.

184. Shader RI, Ciraulo DA, Greenblatt DJ, Harmatz JS: Steady-state plasma desmethyldiazepam during long-term clorazepate use: effect of antacids. Clinical Pharmacology and Therapeutics 31:180-183, 1982.

185. Divoll M, Abernethy DR, Ameer B, Greenblatt DJ: Acetaminophen kinetics in the elderly. Clinical Pharmacology and Therapeutics 31:151-156, 1982.

186. Giles HG, Sellers EM, Naranjo CA, Frecker RC, Greenblatt DJ: Disposition of intravenous diazepam in young men and women. European Journal of Clinical Pharmacology 20:207-213, 1981.

187. Abernethy DR, Greenblatt DJ, Divoll M, Shader RI: Prolongation of drug half-life due to obesity: studies of desmethyldiazepam (Clorazepate). Journal of Pharmaceutical Sciences 71:942-944, 1982.

188. Greenblatt DJ, Divoll M, Abernethy DR, Moschitto LJ, Smith RB, Shader RI: Alprazolam kinetics in the elderly: relation to antipyrine disposition. Archives of General Psychiatry 40:287-290, 1983.

189. Abernethy DR, Divoll M, Ochs HR, Ameer B, Greenblatt DJ: Increased metabolic clearance of acetaminophen with oral contraceptive use. Obstetrics and Gynecology 60:338-341, 1982.

190. Abernethy DR, Greenblatt DJ, Divoll M, Arendt R, Ochs HR, Shader RI: Impairment of diazepam metabolism by low-dose estrogen oral contraceptive steroids. New England Journal of Medicine 306:791-792, 1982.

191. Martyn JAJ, Matteo RS, Greenblatt DJ, Lebowitz PW, Savarese JJ: Pharmacokinetics of d-tubocurarine in patients with thermal injury. Anesthesia and Analgesia 61:241-246, 1982.

192. Divoll M, Greenblatt DJ, Shader RI: Liquid chromatographic determination of chlordiazepoxide and metabolites in plasma.  Pharmacology 24:261-266, 1982.

193. Abernethy DR, Divoll M, Greenblatt DJ, Ameer B: Obesity, sex, and acetaminophen disposition.  Clinical Pharmacology and Therapeutics 31:783-790, 1982.

194. Ochs HR, Pabst J, Greenblatt DJ, Hartlapp J: Digitoxin accumulation.  British Journal of Clinical Pharmacology 14:225-229, 1982.

195. Abernethy DR, Greenblatt DJ: Pharmacokinetics of drugs in obesity.  Clinical Pharmacokinetics 7:108-124, 1982.

196. Greenblatt DJ, Sellers EM, Shader RI: Drug disposition in old age.  New England Journal of Medicine 306:1081-1088, 1982.

197. Salzman C, Shader RI, Greenblatt DJ, Harmatz JS: Long versus short half-life benzodiazepines in the elderly: kinetics and clinical effects of diazepam and oxazepam.  Archives of General Psychiatry 40:293-297, 1983.

198. Divoll M, Greenblatt DJ, Abernethy DR, Shader RI: Cimetidine impairs clearance of antipyrine and desmethyldiazepam in the elderly.  Journal of the American Geriatrics Society 30:684-689, 1982.

199. Ochs HR, Gugler R, Guthoff T, Greenblatt DJ: Effect of cimetidine on digoxin kinetics and creatinine clearance.  American Heart Journal 107:170-172, 1984.

200. Greenblatt DJ, Abernethy DR, Divoll M: Kinetics of low dose intravenous antipyrine: use of liquid chromatography.  International Journal of Clinical Pharmacology 21:51-55, 1983.

201. Abernethy DR, Greenblatt DJ, Steel K, Shader RI: Impairment of hepatic drug oxidation by propoxyphene.  Annals of Internal Medicine 97:223-224, 1982.

202. Ochs HR, Steinhaus E, Locniskar A, Knüchel M, Greenblatt DJ:  Desmethyldiazepam kinetics after intravenous, intramuscular, and oral administration of clorazepate dipotassium.  Klinische Wochenschrift 60:411-415, 1982.

203. Laughren TP, Battey Y, Greenblatt DJ, Harrop DS: A controlled trial of diazepam withdrawal in chronically ill anxious outpatients.  Acta Psychiatria Scandinavica 65:171-179, 1982.

204. Ochs HR, Grube E, Greenblatt DJ, Knüchel M, Bodem G: Kinetics and cardiac effects of propranolol in humans.  Klinische Wochenschrift 60:521-525, 1982.

205. Abernethy DR, Greenblatt DJ: Diphenhydramine determination in human plasma by gas-liquid chromatography using nitrogen-phosphorous detection: application to single low-dose pharmacokinetic studies.  Journal of Pharmaceutical Sciences 72:941-943, 1983.

206. Abernethy DR, Greenblatt DJ, Ochs HR: Lidocaine determination in human plasma with application to single low-dose pharmacokinetic studies.  Journal of Chromatography 232:180-185, 1982.

207. Divoll M, Greenblatt DJ, Ochs HR, Shader RI: Absolute bioavailability of oral and intramuscular diazepam: effect of age and sex.  Anesthesia and Analgesia 62:1-8, 1983.

208. Browne TR, Feldman RG, Buchanan RA, Allen NC, Fawcett-Vickers L, Szabo GK, Mattson GF, Norman SE, Greenblatt DJ: Methsuximide for complex partial seizures: efficacy, toxicity, clinical pharmacology, and drug interactions.  Neurology 33:414-418, 1983.

209. Browne TR, van Langehove A, Costello CE, Biemann K, Greenblatt DJ: Pharmacokinetic equivalence of stable-isotope-labeled and unlabeled drugs. Phenobarbital in man.  Journal of Clinical Pharmacology 22:309-315, 1982.

210. Greenblatt DJ, Divoll M, Puri SK, Ho I, Zinny MA, Shader RI: Reduced single-dose clearance of clobazam in elderly men predicts increased multiple-dose accumulation. Clinical Pharmacokinetics 8:83-94, 1983.

211. Abernethy DR, Greenblatt DJ, Divoll M, Ameer B, Shader RI: Differential effect of cimetidine on drug oxidation (antipyrine and diazepam) versus conjugation (acetaminophen and lorazepam): prevention of acetaminophen toxicity by cimetidine. Journal of Pharmacology and Experimental Therapeutics 224:508-513, 1983.

212. Martyn JAJ, Greenblatt Dl, Quinby WC: Diazepam kinetics in patients with severe burns. Anesthesia and Analgesia 62:293-297, 1983.

213. Divoll M, Greenblatt DJ, Ameer B, Abernethy DR: Effect of food on acetaminophen absorption in young and elderly subjects.  Journal of Clinical Pharmacology 22:571-576, 1982.

214. Ameer B, Divoll M, Abernethy DR, Greenblatt DJ, Shargel L: Absolute and relative bioavailability of oral acetaminophen preparations.  Journal of Pharmaceutical Sciences 72:955-958, 1983.

215. Abernethy DR, Arendt RM, Lauven PM, Greenblatt DJ: Determination of Ro15-1788, a benzodiazepine antagonist, in human plasma by GLC with nitrogen-phosphorous detection: application to single-dose pharmacokinetic studies.  Pharmacology 26:285-289, 1983.

216. Greenblatt DJ, Arendt RM, Locniskar A: Ibuprofen pharmacokinetics: use of liquid chromatography with radial compression separation.  Arzneimittel Forschung 33:1671-1673, 1983.

217. Greenblatt DJ, Divoll M, Abernethy DR, Moschitto LJ, Smith RB, Shader RI: Reduced clearance of triazolam in old age: relation to antipyrine oxidizing capacity.  British Journal of Clinical Pharmacology 15:303-309, 1983.

218. Moschitto LJ, Greenblatt DJ: Concentration-independent plasma protein binding of benzodiazepines.  Journal of Pharmacy and Pharmacology 35:179-180, 1983.

219. Ochs HR, Greenblatt DJ, Bodem G, Dengler HJ: Disease-related   alterations in cardiac glycoside disposition.  Clinical Pharmacokinetics 7:434-451, 1982.

220. Greenblatt DJ, Locniskar A, Shader RI: Pilot pharmacokinetic study of brotizolam, a thienodiazepine hypnotic, using electron-capture gas-liquid chromatography.  Sleep 6:72-76, 1983.

221. Ochs HR, Carstens G, Roberts G-M, Greenblatt DJ: Metoprolol or  propranolol does not alter the kinetics of procainamide.  Journal of Cardiovascular Pharmacology 5:392-395, 1983.

222. Laughren TP, Battey YW, Greenblatt DJ: Chronic diazepam treatment in psychiatric outpatients.  Journal of Clinical Psychiatry 43:461-462, 1982.

223. Abernethy DR, Greenblatt DJ, Ochs HR, Weyers D, Divoll M, Harmatz JS, Shader RI: Lorazepam and oxazepam kinetics in women on low-dose oral contraceptives.  Clinical Pharmacology and Therapeutics 33:628-632, 1983.

224. Ochs HR, Skanderra D, Abernethy DR, Greenblatt DJ: Effect of penbutolol on lidocaine kinetics.  Arzneimittel Forschung 33:1680-1681, 1983.

225. Ochs HR, Greenblatt DJ, Eckardt B, Harmatz JS, Shader RI: Repeated diazepam dosing in cirrhotic patients: cumulation and sedation.  Clinical Pharmacology and Therapeutics 33:471-476, 1983.

226. Greenblatt DJ, Murray TG, Audet PR, Locniskar A, Koepke HH, Walker BR: Multiple-dose kinetics and dialyzability of oxazepam in renal insufficiency.  Nephron 34:234-238, 1983.

227. Sellers EM, Sandor P, Giles HG, Khouw V, Greenblatt DJ: Diazepam pharmacokinetics after intravenous administration in alcohol withdrawal.  British Journal of Clinical Pharmacology 15:125-127, 1983.

228. Abernethy DR, Greenblatt DJ, Divoll M, Moschitto LJ, Harmatz JS, Shader RI: Interaction of cimetidine with the triazolo benzodiazepines alprazolam and triazolam. <u>Psychopharmacology</u> 80:178-180, 1983.

229. Greenblatt DJ, Locniskar A, Shader RI: Halazepam as a precursor of desmethyldiazepam: quantitation by electron-capture gas-liquid chromatography. <u>Psychopharmacology</u> 80:178-180, 1983.

230. Abernethy DR, Greenblatt DJ, Divoll M, Shader RI: Enhanced glucuronide conjugation of drugs in obesity: studies of lorazepam, oxazepam, and acetaminophen. <u>Journal of Laboratory and Clinical Medicine</u> 101:873-880, 1983.

231. Ochs HR, Knüchel M, Abernethy DR, Greenblatt DJ: Dose-independent pharmacokinetics of intravenous lidocaine in humans. <u>Journal of Clinical Pharmacology</u> 23:186-188, 1983.

232. Greenblatt DJ, Abernethy DR, Divoll M, Locniskar A, Harmatz JS, Shader RI: Noninteraction of temazepam and cimetidine. <u>Journal of Pharmaceutical Sciences</u> 73:399-401, 1984.

233. Ochs HR, Greenblatt DJ, Gugler R, Müntefering G, Locniskar A, Abernethy DR: Cimetidine impairs nitrazepam clearance. <u>Clinical Pharmacology and Therapeutics</u> 34:227-230, 1983.

234. Greenblatt DJ, Abernethy DR, Divoll M, Shader RI: Close correlation of acetaminophen clearance with that of conjugated benzodiazepines but not oxidized benzodiazepines. <u>European Journal of Clinical Pharmacology</u> 25:113-115, 1983.

235. Carskadon MA, Seidel WF, Greenblatt DJ, Dement WC: Daytime carryover of triazolam and flurazepam in elderly insomniacs. <u>Sleep</u> 5:361-371, 1982.

236. Ochs HR, Schuppan U, Greenblatt DJ, Abernethy DR: Reduced distribution and clearance of acetaminophen in patients with congestive heart failure. <u>Journal of Cardiovascular Pharmacology</u> 5:697-700, 1983.

237. Ochs HR, Greenblatt DJ, Arendt RM, Hübbel W, Shader RI: Pharmacokinetic noninteraction of triazolam and ethanol. <u>Journal of Clinical Psychopharmacology</u> 4:106-107, 1984.

238. Garland WA, Miwa BJ, Dairman W, Kappell B, Chiueh MCC, Divoll M, Greenblatt DJ: Identification of 7-chloro-5-(2'-fluorophenyl)-2,3-dihydro-2-oxo-lH-1,4-benzodiazepine-1-acetaldehyde, a new metabolite of flurazepam in man. <u>Drug Metabolism and Disposition</u> 11:70-72, 1983.

239. Abernethy DR, Greenblatt DJ, Shader RI: Plasma levels of trazodone: methodology and clinical applications. <u>Pharmacology</u> 28:42-46, 1984.

240. Greenblatt DJ, Matlis R, Abernethy DR, Ochs HR: Improved liquid chromatographic analysis of phenytoin and salicylate using radial compression separation. Journal of Chromatography 275:450-457, 1983.

241. Abernethy DR, Greenblatt DJ, Divoll M, Shader RI: Prolonged accumulation of diazepam in obesity. Journal of Clinical Pharmacology 23:369-376, 1983.

242. Abernethy DR, Greenblatt DJ: Impairment of lidocaine clearance in elderly male subjects. Journal of Cardiovascular Pharmacology 5:1093-1096, 1983.

243. Greenblatt DJ, Divoll M, Shader RI: Automated gas chromatographic determination of plasma alprazolam concentrations. Journal of Clinical Psychopharmacology 3:366-368, 1983.

244. Vinik HR, Reves JG, Greenblatt DJ, Abernethy DR, Smith LR: The pharmacokinetics of midazolam in chronic renal failure patients. Anesthesiology 59:390-394, 1983.

245. Labedzki L, Ochs HR, Abernethy DR, Greenblatt DJ: Potentially toxic serum lidocaine concentrations following spray anesthesia for bronchoscopy. Klinische Wochenschrift 61:379-380, 1983.

246. Greenblatt DJ, Divoll M, Abernethy DR, Ochs HR, Shader RI: Clinical pharmacokinetics of the newer benzodiazepines. Clinical Pharmacokinetics 8:233-253, 1983.

247. Greenblatt DJ, Abernethy DR, Divoll M: Is volume of distribution at steady-state a meaningful kinetic variable? Journal of Clinical Pharmacology 23:391-400, 1983.

248. Greenblatt DJ, Arendt RM, Abernethy DR, Giles HG, Sellers EM, Shader RI: In vitro quantitation of benzodiazepine lipophilicity: relation to in vivo distribution. British Journal of Anaesthesia 55:985-989, 1983.

249. Smith RB, Divoll M, Gillespie WR, Greenblatt DJ: Effect of subject age and gender on the pharmacokinetics of oral triazolam and temazepam. Journal of Clinical Psychopharmacology 3:172-176, 1983.

250. Abernethy DR, Greenblatt DJ, Shader RI: Trimipramine kinetics and absolute bioavailability: use of gas-liquid chromatography with nitrogen-phosphorous detection. Clinical Pharmacology and Therapeutics 35:348-353, 1984.

251. Lister RG, File SE, Greenblatt DJ: The behavioral effects of lorazepam are poorly related to its concentration in the brain. Life Sciences 32:2033-2040, 1983.

252. Greenblatt DJ, Shader RI, Abernethy DR: Current status of benzodiazepines. New England Journal of Medicine 309:354-358, 410-416, 1983.

253.  Mendelson WB, Weingartner H, Greenblatt DJ, Garnett D, Gillin JC: A clinical study of flurazepam.  Sleep 5:350-360, 1982.

254.  Ochs HR, Greenblatt DJ, Knüchel M: Differential effect of isoniazid on triazolam oxidation and oxazepam conjugation.  British Journal of Clinical Pharmacology 16:743-746, 1983.

255.  Divoll M, Greenblatt DJ, Arendt RM: Propranolol kinetics: use of automated liquid chromatography.  International Journal of Clinical Pharmacology 22:457-460, 1984.

256.  Arendt RM, Greenblatt DJ, deJong RH, Bonin JD, Abernethy DR, Ehrenberg BL, Giles HG, Sellers EM, Shader RI: In vitro correlates of benzodiazepine cerebrospinal fluid uptake, pharmacodynamic action, and peripheral distribution.  Journal of Pharmacology and Experimental Therapeutics 227:95-106, 1983.

257.  Abernethy DR, Greenblatt DJ: Ibuprofen does not impair antipyrine clearance.  Journal of Clinical Pharmacology 23:517-522, 1983.

258.  Abernethy DR, Greenblatt DJ, Divoll M, Smith RB, Shader RI: The influence of obesity on the pharmacokinetics of oral alprazolam and triazolam.  Clinical Pharmacokinetics 9:177-183, 1984.

259.  Ochs HR, Greenblatt DJ, Verburg-Ochs B, Abernethy DR, Knüchel M:  Differential effects of isoniazid and oral contraceptive steroids on antipyrine oxidation and acetaminophen conjugation.  Pharmacology 28:188-195, 1984.

260.  Walker AM, Cody RJ, Greenblatt DJ, Jick H: Drug toxicity in patients receiving digoxin and quinindine.  American Heart Journal 105:1025-1028, 1983.

261.  Ochs HR, Greenblatt DJ, Heuer H: Is temazepam an accumulating hypnotic? Journal of Clinical Pharmacology 24:58-64, 1984.

262.  Abernethy DR, Divoll M, Greenblatt DJ, Harmatz JS, Shader RI: Absolute bioavailability of imipramine: influence of food.  Psychopharmacology 83:104-106, 1984.

263.  Abernethy DR, Greenblatt DJ, Matlis R, Gugler R: Cimetidine disposition in obesity.  American Journal of Gastroenterology 79:91-94, 1984.

264.  Abernethy DR, Greenblatt DJ, Eshelman FN, Shader RI: Ranitidine does not impair oxidative or conjugative metabolism: noninteraction with antipyrine, diazepam, and lorazepam.  Clinical Pharmacology and Therapeutics 35:188-192, 1984.

265.  Greenblatt DJ, Shader RI, Divoll M, Harmatz JS: Adverse reactions to triazolam, flurazepam, and placebo in controlled clinical trials.  Journal of Clinical Psychiatry 45:192-195, 1984.

266.  Ochs HR, Greenblatt DJ, Verburg-Ochs B, Harmatz JS, Grehl H: Clotiazepam disposition: influence of age, sex, oral contraceptives, cimetidine, isoniazid, and ethanol.  European Journal of Clinical Pharmacology 26:55-59, 1984.

267.  Shader RI, Pary RJ, Harmatz JS, Allison S, Locniskar A, Greenblatt DJ: Plasma concentrations and clinical effects after single oral doses of prazepam, clorazepate, and diazepam.  Journal of Clinical Psychiatry 45:411-413, 1984.

268.  Lister RG, Abernethy DR, Greenblatt DJ, File SE: Methods for the determination of lorazepam and chlordiazepoxide and metabolites in brain tissue: a comparison with plasma concentrations in the rat.  Journal of Chromatography 227:201-208, 1983.

269.  Martyn JAJ, Abernethy DR, Greenblatt DJ: Plasma protein binding of drugs after severe burn injury.  Clinical Pharmacology and Therapeutics 35:535-539, 1984.

270.  Fabre LF, Johnson PA, Greenblatt DJ.  Drowsiness sedation levels in anxious neurotic outpatients.  Psychopharmacology Bulletin 20:128-136, 1984.

271.  Arendt RM, Greenblatt DJ, Garland WA: Quantitation by gas chromatography of the 1- and 4-hydroxy metabolites of midazolam in human plasma.  Pharmacology 29:158-164, 1984.

272.  Ochs HR, Rauh HW, Greenblatt DJ, Kaschell JH: Clorazepate dipotassium and diazepam in renal insufficiency: serum concentrations and protein binding of diazepam and desmethyldiazepam.  Nephron 37:100-104, 1984.

273.  Ochs HR, Greenblatt DJ, Klehr U: Disposition of oxazepam in patients on maintenance hemodialysis.  Klinische Wochenschrift 62:765-767, 1984.

274.  Willis CR, Greenblatt DJ, Benjamin DM, Abernethy DR: Simultaneous determination of lidocaine and its deethylated metabolites using gas-liquid chromatography with nitrogen-phosphorous detection.  Journal of Chromatography 307:200-205, 1984.

275.  Abernethy DR, Greenblatt DJ, Ochs HR, Willis CR, Miller DD, Shader RI:  Haloperidol determination in serum and cerebrospinal fluid using gas-liquid chromatography with nitrogen phosphorous detection: application to pharmacokinetic studies. Journal of Chromatography 307:194-199, 1984.

276. Greenblatt DJ, Abernethy DR, Locniskar A, Harmatz JS, Limjuco RA, Shader RI: Effect of age, gender, and obesity on midazolam kinetics.  Anesthesiology 61:27-35, 1984.

277. Abernethy DR, Greenblatt DJ: Lidocaine disposition in obesity.  American Journal of Cardiology 53:1183-1186, 1984.

278. Ochs HR, Greenblatt DJ, Lüttkenhorst M, Verburg-Ochs B: Single and multiple dose kinetics of clobazam, and clinical effects during multiple dosage.  European Journal of Clinical Pharmacology 26:499-503, 1984.

279. Lister RG, File SE, Greenblatt DJ: Functional tolerance to lorazepam in the rat.  Psychopharmacology 81:292-294, 1983.

280. Mitler MM, Seidel WF, van den Hoed J, Greenblatt DJ, Dement WC:  Comparative hypnotic effects of flurazepam, triazolam, and placebo: a long-term simultaneous nighttime and daytime study.  Journal of Clinical Psychopharmacology 4:2-13, 1984.

281. Dimsdale JE, Hartley LH, Guiney T, Ruskin JN, Greenblatt DJ: Postexercise peril: plasma catecholamines and exercise.  Journal of the American Medical Association 251:630-632, 1984.

282. Lister RG, Greenblatt DJ, Abernethy DR, File SE: Pharmacokinetic studies on Ro15-1788, a benzodiazepine receptor ligand, in the brain of the rat.  Brain Research 290:183-186, 1984.

283. Abernethy DR, Greenblatt DJ, Shader RI: Imipramine disposition in users of oral contraceptive steroids.  Clinical Pharmacology and Therapeutics 35:792-797, 19S4.

284. Greenblatt DJ, Abernethy DR, Koepke HH, Shader RI: Interaction of cimetidine with oxazepam, lorazepam, and flurazepam.  Journal of Clinical Pharmacology 24:187-193, 1984.

285. Arendt RM, Greenblatt DJ: Liquid chromatographic retention of beta adrenoreceptor antagonists: an index of lipid solubility.  Journal of Pharmacy and Pharmacology 36:400-401, 1984.

286. Bliwise D, Seidel W, Greenblatt DJ, Dement W: Nighttime and daytime efficacy of flurazepam and oxazepam in chronic insomnia.  American Journal of Psychiatry 141:191-195, 1984.

287. Abernethy DR, Greenblatt DJ, Shader RI: Imipramine-cimetidine interaction: impairment of clearance and enhanced absolute bioavailability.  Journal of Pharmacology and Experimental Therapeutics 229:702-705, 1984.

288. Dimsdale JE, Hartley LH, Ruskin J, Greenblatt DJ, LaBrie R: Effect of beta blockade on plasma catecholamine levels during psychological and exercise stress.  American Journal of Cardiology 54:182-185, 1984.

289. Locniskar A, Greenblatt DJ, Zinny MA, Harmatz JS, Shader RI: Absolute bioavailability and effect of food and antacid on diazepam absorption from a slow release preparation.  Journal of Clinical Pharmacology 24:255-263, 1984.

290. Greenblatt DJ, Abernethy DR, Matlis R, Harmatz JS, Shader RI: Absorption and disposition of ibuprofen in the elderly.  Arthritis and Rheumatism 27:1066-1069, 1984.

291. Sheehan DV, Coleman JH, Greenblatt DJ, Jones KJ, Levine PH, Orsulak PJ, Peterson M, Schildkraut JJ, Uzogara E, Watkins D: Some biochemical correlates of panic attacks with agoraphobia and their response to a new treatment.  Journal of Clinical Psychopharmacology 4:66-75, 1984.

292. Abernethy DR, Greenblatt DJ: Phenytoin disposition in obesity: determination of loading dose.  Archives of Neurology 42:468-471, 1985.

293. Greenblatt DJ, Abernethy DR, Morse DS, Shader RI, Harmatz JS: Clinical importance of the interaction of diazepam and cimetidine.  New England Journal of Medicine 310:1639-1643, 1984.

294. Matlis R, Greenblatt DJ: Rapid high-performance liquid chromatographic analysis of oxaprozin, a non-steroidal antiinflammatory agent.  Journal of Chromatography 310:445-449, 1984.

295. Ochs HR, Rämsch K-D, Verburg-Ochs B, Greenblatt DJ, Gerloff J: Nifedipine: kinetics and dynamics after single oral doses.  Klinische Wochenschrift 62:427-429, 1984.

296. Ochs HR, Greenblatt DJ, Verburg-Ochs B, Locniskar A: Comparative single-dose kinetics of oxazolam, prazepam, and clorazepate: three precursors of desmethyldiazepam.  Journal of Clinical Pharmacology 24:446-451, 1984.

297. Ochs HR, Greenblatt DJ, Knüchel M: Kinetics of diazepam, midazolam, and lorazepam in cigarette smokers.  Chest 87:223-226, 1985.

298. Ochs HR, Greenblatt DJ, Verburg-Ochs B: Propranolol interactions with diazepam, lorazepam, and alprazolam.  Clinical Pharmacology and Therapeutics 36:451-455, 1984.

299. Locniskar A, Greenblatt DJ, Ochs HR: Simplified GC assay of underivatized nitrazepam in plasma.  Journal of Chromatography 337:131-135, 1985.

300. Ochs HR, Verburg-Ochs B, Höller M, Greenblatt DJ: Effect of ketanserin on the kinetics of digoxin and digitoxin.  Journal of Cardiovascular Pharmacology 7:205-207, 1985.

301. Abernethy DR, Greenblatt DJ, Morse DS, Shader RI: Interaction of propoxyphene with diazepam, alprazolam, and lorazepam.  British Journal of Clinical Pharmacology 19:51-57, 1985.

302. Arendt RM, Greenblatt DJ, deJong RH, Bonin JD, Abernethy DR:  pharmacokinetics, central nervous system uptake, and lipid solubility of propranolol, acebutolol, and sotalol.  Cardiology 71:307-314, 1984.

303. Greenblatt DJ, Matlis R, Scavone JM, Blyden GT, Harmatz JS, Shader RI:  Oxaprozin pharmacokinetics in the elderly.  British Journal of Clinical Pharmacology 19: 373-378, 1985.

304. Abernethy DR, Greenblatt DJ, Shader RI: Imipramine and desipramine disposition in the elderly.  Journal of Pharmacology and Experimental Therapeutics 232:183-188, 1985.

305. Greenblatt DJ, Benjamin DM, Willis CR, Harmatz JS, Zinny MA: Lidocaine plasma concentrations following administration of intraoral lidocaine solution.  Archives of Otolaryngology 111:248-300, 1985.

306. Miller DD, Hershey LA, Duffy JP, Abernethy DR, Greenblatt DJ: Serum haloperidol concentrations and clinical response in acute psychosis.  Journal of Clinical Psychopharmacology 4:305-310, 1984.

307. Ochs HR, Greenblatt DJ, Abernethy DR, Arendt RM, Gerloff J, Eichelkraut W, Hahn N: Cerebrospinal fluid uptake and peripheral distribution of centrally acting drugs: relation to lipid solubility.  Journal of Pharmacy and Pharmacology 25:204-209, 1985.

308. Ochs HR, Anda L, Eichelbaum M, Greenblatt DJ: Diltiazem, verapamil, and quinidine in patients with chronic atrial fibrillation.  Journal of Clinical Pharmacology 25:204-209, 1985.

309. Bellmann 0, Ochs HR, Knüchel M, Greenblatt DJ: Evaluation of the hypothalamic-pituitary effects of digoxin.  Journal of Clinical Pharmacology 24:474-479, 1984.

310. Ochs HR, Greenblatt DJ, Arendt RM, Schäfer-Korting M, Mutschler E:  Single-dose kinetics of oral propranolol, metoprolol, atenolol, and sotalol: relation to lipophilicity.  Arzneimittel Forschung 35:1580-1582, 1985.

311. Lister RG, Greenblatt DJ, File SE: A pharmacokinetic study of CGS-8216, a benzodiazepine receptor ligand, in the rat.  Psychopharmacology 84:420-422, 1984.

312. Browne TR, Evans JE, Szabo GK, Evans BA, Greenblatt DJ, Schumacher GE:  Studies with stable isotopes.  I: Changes in phenytoin pharmacokinetics and biotransformation during monotherapy.  Journal of Clinical Pharmacology 25:43-50, 1985.

313. Browne TR, Evans JE, Szabo GK, Evans BA, Greenblatt DJ: Studies with stable isotopes.  II: Phenobarbital pharmacokinetics during monotherapy.  Journal of Clinical Pharmacology 25:51-58, 1985.

314. Browne TR, Greenblatt DJ, Harmatz JS, Evans JE, Szabo GK, Evans BA,  Schumacher GE: Studies with stable isotopes.  III: Pharmacokinetics of tracer doses of drug.  Journal of Clinical Pharmacology 25:59-63, 1985.

315. Pomara N, Stanley B, Block R, Guido J, Russ D, Berchou R, Stanley M, Greenblatt DJ, Newton RE, Gershon S: Adverse effects of single therapeutic doses of diazepam on performance in normal geriatric subjects: relationship to plasma concentrations.  Psychopharmacology 84:342-346, 1984.

316. Martyn JAJ, Greenblatt DJ, Abernethy DR: Increased cimetidine clearance in burn patients.  Journal of the American Medical Association 253:1288-1291, 1985.

317. Evans JE, Browne TR, Kasdon DL, Szabo GK, Evans BA, Greenblatt DJ:  Staggered stable isotope administration technique for study of drug distribution.  Journal of Clinical Pharmacology 25:309-312, 1985.

318. Reves JG, Fragen RH, Vinik HR, Greenblatt DJ: Midazolam: pharmacology and uses.  Anesthesiology 62:310-324, 1985.

319. Abernethy DR, Greenblatt DJ, Ameer B, Shader RI: Probenecid impairment of acetaminophen and lorazepam clearance: direct inhibition of ether glucuronide formation.  Journal of Pharmacology and Experimental Therapeutics 234:345-349, 1985.

320. Friedman H, Ochs HR, Greenblatt DJ, Shader RI: Tissue distribution of diazepam and its metabolite desmethyldiazepam: a human autopsy study.  Journal of Clinical Pharmacology 25:613-615, 1985.

321. Dorian P, Sellers EM, Kaplan HL, Hamilton C, Greenblatt DJ, Abernethy D:  Triazolam and ethanol interaction: kinetic and dynamic consequences.  Clinical Pharmacology and Therapeutics 37:558-562, 1985.

322. Ochs HR, Greenblatt DJ, Verburg-Ochs B: Ibuprofen kinetics in patients with renal insufficiency who are receiving maintenance hemodialysis.  Arthritis and Rheumatism 2S:1430-1434, 1985.

323. Pomara N, Stanley B, Block R, Berchou RC, Stanley M, Greenblatt DJ, Newton RE, Gershon S: Increased sensitivity of the elderly to the central depressant effects of diazepam.  Journal of Clinical Psychiatry 46:185-187, 1985.

324. Friedman H, Greenblatt DJ: The pharmacokinetics of doxylamine: use of automated gas chromatography with nitrogen-phosphorous detection.  Journal of Clinical Pharmacology 25:448-451, 1985.

325. Ochs HR, Greenblatt DJ, Verburg-Ochs B, Matlis R: Temazepam clearance unaltered in cirrhosis.  American Journal of Gastroenterology 81: 80-84, 1986.

326. Locniskar A, Lasseter KC, Freeland GR, Chiang ST, Greenblatt DJ: Pharmacokinetics and bioavailability of ciramadol, a new analgesic.  Drug Development Research 6:61-66, 1985.

327. Chiueh MCC, Ohata M, Jonas LA, Greenblatt DJ, Rapoport SI: Brain uptake of flurazepam and of Nl-desalkyl flurazepam after administration to the cat.  Drug Metabolism and Disposition 13:1-4, 1985.

328. Ochs HR, Verburg-Ochs B, Greenblatt DJ: Kinetics of 1,2-dinitroglycerin following sustained release nitroglycerin: influence of propranolol and metoprolol.  Klinische Wochenschrift 63:1170-1173, 1985.

329. Abernethy DR, Greenblatt DJ: Ibuprofen disposition in obese individuals.  Arthritis and Rheumatism 28:1117-1121, 1985.

330. Greenblatt DJ, Locniskar A, Scavone JM, Blyden GT, Ochs HR, Harmatz JS, Shader RI: Absence of interaction of cimetidine and ranitidine with intravenous and oral midazolam.  Anesthesia and Analgesia 65:176-180, 1986.

331. Ochs HR, Greenblatt DJ, Matlis R, Weinbrenner J: Interaction of ibuprofen with the H-2 receptor antagonists ranitidine and cimetidine.  Clinical Pharmacology and Therapeutics 38:648-651, 1985.

332. Friedman H, Abernethy DR, Greenblatt DJ, Shader RI: The pharmacokinetics of diazepam and desmethyldiazepam in rat brain and plasma.  Psychopharmacology 88:267-270, 1986.

333. Ochs HR, Greenblatt DJ, Verburg-Ochs B: Effect of alprazolam on digoxin kinetics and creatinine clearance.  Clinical Pharmacology and Therapeutics 38:595-598, 1985.

334. Adams P, Gelman S, Reves JG, Greenblatt DJ, Alvis JM, Bradley E: Midazolam pharmacodynamics and pharmacokinetics during acute hypovolemia.  Anesthesiology 63:140-146, 1985.

335. Lauven PM, Schwilden H, Stoeckel H, Greenblatt DJ: The effects of a benzodiazepine antagonist R015-1788 in the presence of stable concentrations of midazolam.  Anesthesiology 63:61-64, 1985.

336. File SE, Greenblatt Dl, Martin IL, Brown C: Long-lasting anticonvulsant effects of diazepam in different mouse strains: correlations with brain concentrations and receptor occupancy.  Psychopharmacology 86:137-141, 1985.

337. Locniskar A, Greenblatt DJ: Determination of ciramadol and dezocine, two new analgesics, by HPLC using electrochemical detection.  Journal of Chromatography 374:215-220, 1986.

338. Greenblatt DJ, Abernethy DR, Locniskar A, Ochs HR, Harmatz JS, Shader RI: Age, sex, and nitrazepam kinetics: relation to antipyrine disposition.  Clinical Pharmacology and Therapeutics 38:697-703, 1985.

339. Morse DS, Abernethy DR, Greenblatt DJ: Methodologic factors influencing plasma binding of alpha-1-acid glycoprotein-bound and albumin-bound drugs.  International Journal of Clinical Pharmacology, Therapy and Toxicology 23:535-539, 1985.

340. Blyden GT, LeDuc BW, Greenblatt DJ: Large theophylline requirements due to high theophylline clearance: verification by the antipyrine test.  Pharmacology 32: 226-231, 1986.

341. Scavone JM, Greenblatt DJ, Harmatz JS, Shader RI: Kinetic and dynamic interaction of brotizolam and ethanol.  British Journal of Clinical Pharmacology 21:197-204, 1986.

342. Ochs HR, Greenblatt DJ, Knüchel M: Oxaprozin pharmacokinetics in patients with congestive heart failure.  Arzneimittel Forschung 36:1837-1840, 1986.

343. Ochs RH, Greenblatt DJ, Knüchel M: Effect of cirrhosis and renal failure on the kinetics of clotiazepam.  European Journal of Clinical Pharmacology 30:89-92, 1986.

344. Blyden GT, Franklin C, Cho SI, Kaplan MM, Hirsch CA, Greenblatt DJ:  Cyclosporine blood concentrations determined by specific versus nonspecific assay methods.  Journal of Clinical Pharmacology 26:367-371, 1986.

345. Locniskar A, Greenblatt DJ, Zinny MA: Pharmacokinetics of dezocine, a new analgesic: effect of dose and route of administration.  European Journal of Clinical Pharmacology 30:121-123, 1986.

346. Ciraulo DA, Barnhill JG, Boxenbaum HG, Greenblatt DJ, Smith RB:  Pharmacokinetics and clinical effects of alprazolam in patients with panic disorder following single and multiple oral doses.  Journal of Clinical Pharmacology 26:292-298, 1986.

347. Scavone JM, Greenblatt DJ, Friedman H, Shader RI: Enhanced bioavailability of triazolam following sublingual versus oral administration.  Journal of Clinical Pharmacology 26:208-210, 1986.

348. Shader RI, Dreyfuss D, Gerrein JR, Harmatz JS, Allison SJ, Greenblatt DJ: Sedative effects and impaired learning and recall following single oral doses of lorazepam. Clinical Pharmacology and Therapeutics 39:526-529, 1986.

349. Arana GW, Goff DC, Friedman H, Ornsteen M, Greenblatt DJ, Black B, Shader RI: Does carbamazepine-induced reduction of haloperidol plasma levels worsen psychotic symptoms? American Journal of Psychiatry 143:650-651, 1986.

350. Locniskar A, Greenblatt DJ, Harmatz JS, Zinny MA, Shader RI: Interaction of diazepam with famotidine and cimetidine, two H-2 receptor antagonists. Journal of Clinical Pharmacology 26:299-303, 1986.

351. Blyden GT, Greenblatt DJ, Scavone JM, Shader RI: Pharmacokinetics of diphenhydramine and a demethylated metabolite following intravenous and oral administration. Journal of Clinical Pharmacology 26:529-533, 1986.

352. Greenblatt DJ, Abernethy DR, Boxenbaum HG, Matlis R, Ochs HR, Harmatz JS, Shader RI: Influence of age, gender, and obesity on salicylate kinetics following single doses of aspirin. Arthritis and Rheumatism 29:971-980, 1986.

353. Friedman H, Greenblatt DJ, Burstein ES, Ochs HR: Underivatized measurement of bromazepam by electron-capture gas-liquid chromatography with application to single-dose pharmacokinetics. Journal of Chromatography 378:473-477, 1986.

354. Ochs HR, Hajdu P, Greenblatt DJ: Pharmacokinetics and dynamics of penbutolol in humans: evidence for pathway-specific stereoselective clearance. Klinische Wochenschrift 64:636-641, 1986.

355. Miller LG, LeDuc BW, Greenblatt DJ: Determination of zopiclone in plasma by liquid chromatography with application to steady-state monitoring. Journal of Chromatography 380:211-215, 1986.

356. Ochs HR, Greenblatt DJ, Locniskar A, Weinbrenner J: Influence of propranolol coadministration or cigarette smoking on the kinetics of desmethyldiazepam following intravenous clorazepate. Klinische Wochenschrift 64:1217-1221, 1986.

357. Miller LG, Greenblatt DJ: Determination of atenolol in plasma by liquid chromatography with application to single dose pharmacokinetics. Journal of chromatography 381:201-204, 1986.

358. Miller LG, Greenblatt DJ: Determination of albuterol in human plasma by high-performance liquid chromatography with fluorescence detection. Journal of Chromatography 381:205-208, 1986.

359. Dreyfuss D, Shader RI, Harmatz JS, Greenblatt DJ: Kinetics and dynamics of single doses of oxazepam in the elderly: implications of absorption rate.  Journal of Clinical Psychiatry 47:511-514, 1986.

360. Abernethy DR, Greenblatt DJ: Drug disposition in obese humans: an update.  Clinical Pharmacokinetics 11:199-213, 1986.

361. Scavone JM, Friedman H, Greenblatt DJ, Shader RI: Effect of age, body composition, and lipid solubility on benzodiazepine tissue distribution in rats.  Arzneimittel Forschung 37:2-6, 1987.

362. Blyden GT, Abernethy DR, Greenblatt DJ: Ketoconazole does not impair antipyrine clearance in humans.  International Journal of Clinical Pharmacology, Therapy and Toxicology 24:225-226, 1986.

363. Friedman H, Greenblatt DJ: Rational therapeutic drug monitoring. Journal of the American Medical Association 256:2227-2233, 1986.

364. Scavone JM, Greenblatt DJ, Matlis R, Harmatz JS: Interaction of oxaprozin with acetaminophen, cimetidine, and ranitidine.  European Journal of Clinical Pharmacology 31:371-374, 1986.

365. Ochs HR, Neugebauer G, Greenblatt DJ, Labedzki L: Influence of beta-blocker coadministration on the kinetics of isosorbide mononitrate and dinitrate.  Klinische Wochenschrift 64:1213-1216, 1986.

366. File SE, Dingemanse J, Friedman HL, Greenblatt DJ: Chronic treatment with R015-1788 distinguishes between its benzodiazepine antagonist, agonist and inverse agonist properties.  Psychopharmacology 89:113-117, 1986.

367. Hellerstein MK, Greenblatt DJ, Munro HN: Glycoconjugates as noninvasive probes of intrahepatic metabolism: pathways of glucose entry into compartmentalized hepatic UDP-glucose pools during glycogen accumulation.  Proceedings of the National Academy of Sciences 83:7044-7048, 1986.

368. Abernethy DR, Greenblatt DJ, Locniskar A, Ochs HR, Harmatz JS, Shader RI: Obesity effects on nitrazepam disposition.  British Journal of Clinical Pharmacology 22:551-557, 1986.

369. Miller LG, Friedman H, Greenblatt DJ: Measurement of clonazepam by electron-capture gas-liquid chromatography with application to single-dose pharmacokinetics.  Journal of Analytical Toxicology 11:55-57, 1987.

370. Ochs HR, Greenblatt DJ, Höller M, Labedzky L: The interactions of propranolol and ketanserin.  Clinical Pharmacology and Therapeutics 41:55-60, 1987.

371. Friedman H, Greenblatt DJ, Burstein ES, Harmatz JS, Shader RI: Population study of triazolam pharmacokinetics. British Journal of Clinical Pharmacology 22:639-642, 1986.

372. Hommer DW, Matsuo V, Wolkowitz 0, Chrousos G, Greenblatt DJ, Weingartner H, Paul SM: Benzodiazepine sensitivity in normal human subjects. Archives of General Psychiatry 43:542-551, 1986.

373. Ochs HR, Greenblatt DJ, Labedzki L, Smith RB: Alprazolam kinetics in patients with renal insufficiency. Journal of Clinical Psychopharmacology 6:292-294, 1986.

374. Scavone JM, Greenblatt DJ, Shader RI: Alprazolam kinetics following sublingual and oral administration. Journal of Clinical Psychopharmacology 7:332-334, 1987.

375. Ochs HR, Greenblatt DJ, Friedman H, Burstein ES, Locniskar A, Harmatz JS, Shader RI: Bromazepam pharmacokinetics: influence of age, gender, oral contraceptives, cimetidine, and propranolol. Clinical Pharmacology and Therapeutics 41:562-570, 1987.

376. Miller LG, Greenblatt DJ, Paul SM, Shader RI: Benzodiazepine receptor occupancy in vivo: correlation with brain concentrations and pharmacodynamic actions. Journal of Pharmacology and Experimental Therapeutics 240:516-522, 1987.

377. Harmatz JS, Greenblatt DJ: A SIMPLEX procedure for fitting nonlinear pharmacokinetic models. Computers in Biology and Medicine 17:199-208, 1987.

378. Ochs HR, Miller LG, Greenblatt DJ, Shader RI: Actual versus reported benzodiazepine usage by medical outpatients. European Journal of Clinical Pharmacology 32;383-388, 1987.

379. Ochs HR, Greenblatt DJ, Burstein ES: Lack of influence of cigarette smoking on triazolam pharmacokinetics. British Journal of Clinical Pharmacology 23:759-763, 1987.

380. Greenblatt DJ, Friedman H, Burstein ES, Scavone JM, Blyden GT, Ochs HR, Miller LG, Harmatz JS, Shader RI: Trazodone kinetics: effect of age, gender, and obesity. Clinical Pharmacology and Therapeutics 42:193-200, 1987.

381. Scavone JM, Meneilly GP, Greenblatt DJ, Friedman H: Gas chromatographic analysis of underivatized tocainide. Journal of Chromatography 419:339-344, 1987.

382. Laughren TP, Dias AM, Keene C, Greenblatt DJ: Can chronically anxious patients learn to cope without medications? McLean Hospital Journal 9:72-78, 1987.

383. Miller LG, Thompson ML, Greenblatt DJ, Deutsch SI, Shader RI, Paul SM:  Rapid increase in brain benzodiazepine receptor binding following defeat stress in mice.  Brain Research 414:395-400, 1987.

384. Arendt RM, Greenblatt DJ, Liebisch DC, Luu MD, Paul SM: Determinants of benzodiazepine brain uptake: lipophilicity versus binding affinity. Psychopharmacology 93:72-76, 1987.

385. McLeod DR, Hoehn-Saric R, Labib AS, Greenblatt DJ: Six weeks of diazepam treatment in normal women: effects on psychomotor performance and psychophysiology.  Journal of Clinical Psychopharmacology 8:83-99, 1988.

386. Miller LG, Lee-Paritz A, Greenblatt DJ, Theoharides TC: High-affinity benzodiazepine binding sites on rat peritoneal mast cells and RBL-1 cells: binding characteristics and effects on granule secretion.  Pharmacology 36:52-60, 1988.

387. Miller LG, Greenblatt DJ, Barnhill JG, Deutsch SI, Shader RI, Paul SM: Benzodiazepine receptor binding of triazolobenzodiazepines in vivo: increased receptor number with low-dose alprazolam.  Journal of Neurochemistry 49:1595-1601, 1987.

388. Browne TR, Greenblatt D, Evans JE, Evans BA, Szabo GK, Schumacher GE: Determination of the in vivo $K_m$ and $V_{max}$ of a drug with tracer studies.  Journal of Clinical Pharmacology 27:321-324, 1987.

389. Browne TR, Greenblatt DJ, Evans JE, Szabo GK, Evans BA, Schumacher GE: Estimation of the elimination half-life of a drug at any serum concentration when the $K_m$ and $V_{max}$ of the drug are known: calculations and validation with phenytoin.  Journal of Clinical Pharmacology 27:318-320, 1987.

390. Engelking LR, Blyden GT, Lofstedt J, Greenblatt DJ: Pharmacokinetics of antipyrine, acetaminophen and lidocaine in fed and fasted horses.  Journal of Veterinary Pharmacology and Therapeutics 10:73-82, 1987.

391. Engelking LR, Lofstedt J, Blyden GT, Greenblatt DJ: Antipyrine and lidocaine are cleared faster in horses than in humans: acetaminophen may be handled similarly.  Pharmacology 34:192-200, 1987.

392. Greenblatt DJ, Harmatz JS, Zinny MA, Shader RI: Effect of gradual withdrawal on the rebound sleep disorder after discontinuation of triazolam.  New England Journal of Medicine 317:722-728, 1987.

393. Greenblatt DJ, Divoll MK, Harmatz JS, Shader RI: Antipyrine absorption and disposition in the elderly.  Pharmacology 36:125-133, 1988.

394. Kennedy JS, LeDuc BW, Scavone JM, Harmatz JS, Shader RI, Greenblatt DJ:  The pharmacokinetics of intravenous caffeine: comparison of high performance liquid

chromatographic and gas chromatographic methods.  <u>Journal of Chromatography</u> 422:274-280, 1987.

395. Martyn J, Greenblatt DJ: Lorazepam conjugation is unimpaired in burn trauma.  <u>Clinical Pharmacology and Therapeutics</u> 43:250-255, 1988.

396. Ochs HR, Greenblatt DJ, Burstein ES, Eichelkraut W, Hahn N:  Pharmacokinetics and CSF entry of flurazepam in dogs.  <u>Pharmacology</u> 36:166-171, 1988.

397. Rickels K, Fox IL, Greenblatt DJ, Sandler KR, Schless A: Clorazepate and lorazepam: clinical improvement and rebound anxiety.  <u>American Journal of Psychiatry</u> 145:312-317, 1988.

398. Ochs HR, Greenblatt DJ, Eichelkraut W, Bakker C, Göbel R, Hahn N:  Hepatic vs. gastrointestinal presystemic extraction of oral midazolam and flurazepam.  <u>Journal of Pharmacology and Experimental Therapeutics</u> 243:852-856, 1987.

399. Locniskar A, Greenblatt DJ: High-performance liquid chromatographic assay of adinazolam and its desmethyl metabolite.  <u>Journal of Chromatography</u> 424:215-217, 1988.

400. Miller LG, Greenblatt DJ, Barnhill JG, Thompson ML, Shader RI:  Modulation of benzodiazepine receptor binding in mouse brain by adrenalectomy and steroid replacement.  <u>Brain Research</u> 446:314-320, 1988.

401. Miller LG, Greenblatt DJ, Barnhill JG, Shader RI: Differential  modulation of benzodiazepine receptor binding by ethanol in LS and SS mice.  <u>Pharmacology, Biochemistry, and Behavior</u> 29:471-477, 1988.

402. Miller LG, Greenblatt DJ, Abernethy DR, Friedman H, Luu MD, Paul SM, Shader RI: Kinetics, brain uptake, and receptor binding characteristics of flurazepam and its metabolites.  <u>Psychopharmacology</u> 94:386-391, 1988.

403. Hellerstein MK, Greenblatt DJ, Munro HN: Glycoconjugates as noninvasive probes of intrahepatic metabolism: I.  Kinetics of label incorporation with evidence of a common precursor UDP-glucose pool for secreted glycoconjugates.  <u>Metabolism</u> 36:988-994, 1987.

404. Friedman H, Greenblatt DJ, Burstein ES, Scavone JM, Harmatz JS, Shader RI: Triazolam kinetics: interaction with cimetidine, propranolol, and the combination. <u>Journal of Clinical Pharmacology</u> 28:228-233, 1988.

405. Blyden GT, Scavone JM, Greenblatt DJ: Metronidazole impairs clearance of phenytoin but not of alprazolam or lorazepam.  <u>Journal of Clinical Pharmacology</u> 28:240-245, 1988.

406. Browne TR, Szabo GK, Evans JE, Evans BA, Greenblatt DJ, Mikati MA: Carbamazepine increases phenytoin serum concentration and reduces phenytoin clearance.  Neurology 38:1146-1150, 1988.

407. Burstein ES, Friedman H, Greenblatt DJ, Locniskar A, Ochs HR: Quantitation of flurazepam and three metabolites by electron-capture gas liquid chromatography. Journal of Analytical Toxicology 12:122-125, 1988.

408. Greenblatt DJ, Engelking LR: Enterohepatic circulation of lorazepam and acetaminophen conjugates in ponies.  Journal of Pharmacology and Experimental Therapeutics 294:674-679, 1988.

409. Scavone JM, Greenblatt DJ, Locniskar A, Shader RI: Alprazolam  pharmacokinetics in women on low-dose oral contraceptives.  Journal of Clinical Pharmacology 28:454-457, 1988.

410. Miller LG, Kastin AJ, Greenblatt DJ: Tyr-MIF-1 augments benzodiazepine receptor binding in vivo.  Pharmacology Biochemistry & Behavior 28:521-524, 1987.

411. Scavone JM, Greenblatt DJ, Blyden GT: Antipyrine pharmacokinetics in women receiving conjugated estrogens.  Journal of Clinical Pharmacology 28:463-466, 1988.

412. Scavone JM, Greenblatt DJ, Blyden GT, Harmatz JS, Graziano PJ: Simplified approaches to the determination of antipyrine pharmacokinetic parameters.  British Journal of Clinical Pharmacology 25:695-699, 1988.

413. Greenblatt DJ, Divoll MK, Soong MH, Boxenbaum HG, Harmatz JS, Shader RI: Desmethyldiazepam pharmacokinetics: studies following intravenous and oral desmethyldiazepam, oral clorazepate, and intravenous diazepam.  Journal of Clinical Pharmacology 28:853-859, 1988.

414. Scavone JM, Ochs HR, Greenblatt DJ, Matlis R: Pharmacokinetics of oxaprozin in women receiving conjugated estrogen.  European Journal of Clinical Pharmacology 35:105-108, 1988.

415. Ochs HR, Bahrmann H, Greenblatt DJ, Labedzki L: Pharmacodynamic comparison of L-bunolol with propranolol, metoprolol, and placebo.  Journal of Clinical Pharmacology 28:1101-1105, 1988.

416. Greenblatt DJ, Harmatz JS, Dorsey C, Shader RI: Comparative single-dose kinetics and dynamics of lorazepam, alprazolam, prazepam, and placebo.  Clinical Pharmacology and Therapeutics 44:326-334, 1988.

417. Miller LG, Greenblatt DJ, Barnhill JG, Shader RI: Chronic benzodiazepine administration: I.  Tolerance is associated with benzodiazepine receptor downregulation

and decreased γ-aminobutyric acid$_A$ receptor function.  <u>Journal of Pharmacology and Experimental Therapeutics</u> 246:170-176, 1988.

418. Miller LG, Greenblatt DJ, Roy RB, Summer WR, Shader RI: Chronic  benzodiazepine administration: II.  Discontinuation syndrome is associated with upregulation of γ-aminobutyric acid$_A$ receptor complex binding and function.  <u>Journal of Pharmacology and Experimental Therapeutics</u> 246:177-182, 1988.

419. Greenblatt DJ, Harmatz JS, Engelhardt N, Shader RI: Pharmacokinetic determinants of dynamic differences among three benzodiazepine hypnotics: flurazepam, temazepam, and triazolam.  <u>Archives of General Psychiatry</u> 46:326-332, 1989.

420. Browne TR, Szabo GK, Evans J, Evans BA, Greenblatt DJ, Mikati MA: Phenobarbital does not alter phenytoin steady-state serum concentration or pharmacokinetics.  <u>Neurology</u> 38:639-642, 1988.

421. Miller LG, Greenblatt DJ, Barnhill JG, Summer WR, Shader RI: GABA$_A$ shift in vivo: enhancement of benzodiazepine binding in vivo by modulation of endogenous GABA.  <u>European Journal of Pharmacology</u> 148:1123-1130, 1988.

422. Miller LG, Deutsch SI, Greenblatt DJ, Paul SM, Shader RI: Acute barbiturate administration increases benzodiazepine receptor binding in vivo.  <u>Psychopharmacology</u> 96:385-390, 1988.

423. Blyden GT, Greenblatt DJ, LeDuc BW, Scavone JM: Effect of antipyrine coadministration on the kinetics of acetaminophen and lidocaine.  <u>European Journal of Clinical Pharmacology</u> 35:413-417, 1988.

424. Scavone JM, Blyden GT, Greenblatt DJ: Lack of effect of influenza vaccine on the pharmacokinetics of antipyrine, alprazolam, paracetamol (acetaminophen) and lorazepam.  <u>Clinical Pharmacokinetics</u> 16:180-185, 1989.

425. Mikati MA, Szabo GK, Pylilo RJ, LeDuc BW, Browne TR, Greenblatt DJ:  Improved high-performance liquid chromatographic assay of antipyrine, hydroxymethylantipyrine, 4-hydroxyantipyrine and norantipyrine in urine.  <u>Journal of Chromatography</u> 433:305-311, 1988.

426. Ochs HR, Greenblatt DJ, Verburg-Ochs B, Labedski L: Chronic treatment with fluvoxamine, clovoxamine, and placebo: interaction with digoxin and effects on sleep and alertness.  <u>Journal of Clinical Pharmacology</u> 29:91-95, 1989.

427. Lopez F, Miller LG, Greenblatt DJ, Paul SM, Shader RI: Low-dose alprazolam augments motor activity in mice.  <u>Pharmacology Biochemistry & Behavior</u> 30:511-513, 1988.

428. Friedman H, Greenblatt DJ, Scavone JM, Burstein ES, Ochs HR, Harmatz JS, Shader RI: Clearance of the antihistamine doxylamine reduced in elderly men but not in elderly women.  Clinical Pharmacokinetics 16:312-316, 1989.

429. Luna BG, Scavone JM, Greenblatt DJ: Doxylamine and diphenhydramine pharmacokinetics in women on low-dose estrogen oral contraceptives.  Journal of Clinical Pharmacology 29:257-260, 1989.

430. Greenblatt DJ, Ehrenberg BL, Gunderman J, Locniskar A, Scavone JM, Harmatz JS, Shader RI: Pharmacokinetic and electroencephalographic study of intravenous diazepam, midazolam, and placebo.  Clinical Pharmacology and Therapeutics 45:356-365, 1989.

431. Ciraulo DA, Barnhill JG, Greenblatt DJ, Shader RI, Ciraulo AM, Tarmey MF, Molloy MA, Foti ME: Abuse liability and clinical pharmacokinetics of alprazolam in alcoholics. Journal of Clinical Psychiatry 49:333-337, 1988.

432. Roy-Byrne PP, Lewis N, Villacres E, Greenblatt DJ, Shader RI, Veith RC: Suppression of norepinephrine appearance rate in plasma by diazepam in humans.  Life Sciences 43:1615-1624, 1988.

433. Martyn JAJ, Greenblatt DJ, Hagen J, Hoaglin DC: Alteration by burn injury of the pharmacokinetics and pharmacodynamics of cimetidine in children.  European Journal of Clinical Pharmacology 36:361-367, 1989.

434. Kaplan GB, Greenblatt DJ, LeDuc BW, Thompson ML, Shader RI: Relationship of plasma and brain concentrations of caffeine and metabolites to benzodiazepine receptor binding and locomotor activity.  Journal of Pharmacology and Experimental Therapeutics 248:1078-1083, 1989.

435. Miller LG, Greenblatt DJ, Roy RB, Gaver A, Lopez F, Shader RI: Chronic benzodiazepine administration: III.  Upregulation of γ-aminobutyric acid$_A$ receptor binding and function associated with chronic benzodiazepine antagonist administration. Journal of Pharmacology and Experimental Therapeutics 248:1096-1101, 1989.

436. Estes NAM, Manolis AS, Greenblatt DJ, Garan H, Ruskin JN: Therapeutic serum lidocaine and metabolite concentrations in patients undergoing electrophysiologic study after discontinuation of intravenous lidocaine infusion.  American Heart Journal 117:1060-1064, 1989.

437. Greenblatt DJ, Divoll MK, Abernethy DR, Ochs HR, Harmatz JS, Shader RI:  Age and gender effects on chlordiazepoxide kinetics: relation to antipyrine disposition. Pharmacology 38:327-334, 1989.

438. Locniskar A, Greenblatt DJ, Harmatz JS, Shader RI: Bioinequivalence of a generic brand of diazepam.  Biopharmaceutics and Drug Disposition 10:597-605, 1989.

439. Burstein ES, Greenblatt DJ: Simplified gas chromatographic analysis of ethanol in blood and tissue.  Journal of Chromatography 487:228-231, 1989.

440. LeDuc BW, Greenblatt DJ, Friedman H: Automated high-performance liquid chromatographic analysis of tetracycline in urine.  Journal of Chromatography 490:474-477, 1989.

441. Miller LG, Greenblatt DJ, Roy RB, Lopez F, Wecker L.  Dietary choline intake modulates benzodiazepine receptor binding and $\gamma$-aminobutyric acid$_A$ receptor function in mouse brain.  Journal of Pharmacology and Experimental Therapeutics 248:1-6, 1989.

442. Roy-Byrne PP, Lewis N, Villacres E, Diem H, Greenblatt DJ, Shader RI, Veith R.  Preliminary evidence of benzodiazepine subsensitivity in panic disorder.  Biological Psychiatry 26;744-748, 1989.

443. Miller LG, Woolverton S, Greenblatt DJ, Lopez F, Roy RB, Shader RI.  Chronic benzodiazepine administration: IV.  Rapid development of tolerance and receptor downregulation associated with alprazolam administration.  Biochemical Pharmacology 38:3773-3777, 1989.

444. Greenblatt DJ, Ehrenberg BL, Gunderman J, Scavone JM, Tai NT, Harmatz JS, Shader RI.  Kinetic and dynamic study of intravenous lorazepam: comparison with intravenous diazepam.  Journal of Pharmacology and Experimental Therapeutics 250:134-140, 1989.

445. Greenblatt DJ, Harmatz JS, Friedman H, Locniskar A, Shader RI.  A large-sample study of diazepam pharmacokinetics.  Therapeutic Drug Monitoring 11:652-657, 1989.

446. Schatzki A, Lopez F, Greenblatt DJ, Shader RI, Miller LG.  Lorazepam discontinuation promotes "inverse agonist" effects of benzodiazepines.  British Journal of Pharmacology 98:451-454, 1989.

447. Friedman H, Greenblatt DJ, LeDuc BW.  Impaired absorption of tetracycline by colestipol is not reversed by orange juice.  Journal of Clinical Pharmacology 29:748-751, 1989.

448. Scavone JM, Luna BG, Harmatz JS, von Moltke L, Greenblatt DJ.  Diphenhydramine kinetics following intravenous, oral, and sublingual dimenhydrinate administration.  Biopharmaceutics and Drug Disposition 11:185-189, 1990.

449. Scavone JM, Greenblatt DJ, Fraser DG.  The bioavailability of intranasal lignocaine.  British Journal of Clinical Pharmacology 28:722-724, 1989.

450. Scavone JM, Greenblatt DJ, Blyden GT, Luna BG, Harmatz JS.  Validity of a two-point acetaminophen pharmacokinetic study.  Therapeutic Drug Monitoring 12:35-39, 1990.

451. Lopez F, Miller LG, Greenblatt DJ, Chesley S, Schatzki A, Shader RI.  Chronic administration of benzodiazepines:  V.  Rapid onset of behavioral and neurochemical alterations after discontinuation of alprazolam.  Neuropharmacology 29:237-241,1990.

452. Lopez F, Miller LG, Greenblatt DJ, Kaplan GB, Shader RI.  Interaction of caffeine with the $GABA_A$ receptor complex:  alterations in receptor function but not ligand binding.  European Journal of Pharmacology (Molecular Pharmacology Section) 172:453-459, 1989.

453. Lapierre KA, Greenblatt DJ, Goddard JE, Harmatz JS, Shader RI.  The neuropsychiatric effects of aspartame in normal volunteers.  Journal of Clinical Pharmacology 30:454-460, 1990.

454. Ciraulo DA, Barnhill JG, Ciraulo AM, Greenblatt DJ, Shader RI.  Parental alcoholism as a risk factor in benzodiazepine abuse:  a pilot study.  American Journal of Psychiatry 146:1333-1335, 1989.

455. Locniskar A, Greenblatt DJ.  Oxidative versus conjugative biotransformation of temazepam.  Biopharmaceutics and Drug Disposition 11:499-506, 1990.

456. Scavone JM, Greenblatt DJ, LeDuc BW, Blyden GT, Luna BG, Harmatz JS.  Differential effect of cigarette smoking on antipyrine oxidation versus acetaminophen conjugation.  Pharmacology 40:77-84, 1990.

457. Roy-Byrne PP, Cowley DS, Greenblatt DJ, Shader RI, Hommer D.  Reduced benzodiazepine sensitivity in panic disorder.  Archives of General Psychiatry 47:534-540, 1990.

458. Rickels K, Schweizer E, Case WG, Greenblatt DJ.  Long-term therapeutic use of benzodiazepines  I.  Effects of abrupt discontinuation.  Archives of General Psychiatry 47:899-907, 1990.

459. Schweizer E, Rickels K, Case WG, Greenblatt DJ.  Long-term therapeutic use of benzodiazepines  II.  Effects of gradual taper.  Archives of General Psychiatry 47:908-916, 1990.

460. Kaplan GB, Tai NT, Greenblatt DJ, Shader RI.  Separate and combined effects of caffeine and alprazolam on motor activity and benzodiazepine receptor binding in vivo.  Psychopharmacology 101:539-544, 1990.

461. Ciraulo DA, Antal EJ, Smith RB, Olson DR, Goldberg DA, Rand EH, Raskin RB, Phillips JP, Shader RI, Greenblatt DJ.  The relationship of alprazolam dose to steady-state plasma concentrations.  Journal of Clinical Psychopharmacology 10:27-32, 1990.

462. Lopez F, Miller LG, Thompson ML, Schatzki A, Chesley S, Greenblatt DJ, Shader RI. Chronic morphine administration augments benzodiazepine    binding and GABA$_A$ receptor function. <u>Psychopharmacology</u> 101:545-549, 1990.

463. Barnhill JG, Greenblatt DJ, Miller LG, Gaver A, Harmatz JS, Shader RI.  Kinetic and dynamic components of increased benzodiazepine sensitivity in aging animals.  <u>Journal of Pharmacology and Experimental Therapeutics</u> 253:1153-1161, 1990.

464. Kaplan GB, Tai NT, Greenblatt DJ, Shader RI.  Caffeine-induced behavioral stimulation is dose- and concentration-dependent.  <u>British Journal of Pharmacology</u> 100:435-440, 1990.

465. Miller LG, Galpern WR, Greenblatt DJ, Lumpkin M, Shader RI.  Chronic benzodiazepine administration.  VI.  A partial agonist produces behavioral effects without tolerance or receptor alterations.  <u>Journal of Pharmacology and Experimental Therapeutics</u> 254:33-38, 1990.

466. Browne TR, Greenblatt DJ, Szabo GK, Evans JE, Evans BA.  New pharmacokinetic methods:  I.  Estimation of mean serum concentration from trough serum concentration.  <u>Journal of Clinical Pharmacology</u> 30:482-488, 1990.

467. Linnoila M, Stapleton JM, Lister R, Moss H, Lane E, Granger A, Greenblatt DJ, Eckardt MJ.  Effects of adinazolam and diazepam, alone and in combination with ethanol, on psychomotor and cognitive performance and on autonomic nervous system reactivity in healthy volunteers.  <u>European Journal of Clinical Pharmacology</u> 38:371-377, 1990.

468. Labedzki L, Scavone JM, Ochs HR, Greenblatt DJ.  Reduced systemic absorption of intrabronchial lidocaine by high-frequency nebulization.  <u>Journal of Clinical Pharmacology</u> 30:795-797, 1990.

469. Greenblatt DJ, Sethy VH.  Benzodiazepine concentrations in brain directly reflect receptor occupancy:  Studies of diazepam, lorazepam, and oxazepam.  <u>Psychopharmacology</u> 102:373-378, 1990.

470. Chesley S, Lumpkin M, Schatzki A, Galpern WR, Greenblatt DJ, Shader RI, Miller LG.  Prenatal exposure to benzodiazepine.  I.  Prenatal exposure to lorazepam in mice alters open-field activity and GABA$_A$ receptor function.  <u>Neuropharmacology</u> 30:53-58, 1991.

471. Galpern WR, Miller LG, Greenblatt DJ, Shader RI.  Differential effects of chronic lorazepam and alprazolam on benzodiazepine binding and GABA$_A$ receptor function.  <u>British Journal of Pharmacology</u> 101:839-842, 1990.

472. Ochs HR, Greenblatt DJ, Eichelkraut W, LeDuc BW, Powers JF, Hahn N.  Contribution of the gastrointestinal tract to lorazepam conjugation and clonazepam nitroreduction.  <u>Pharmacology</u> 42:36-48, 1991.

473. Miller LG, Lumpkin M, Greenblatt DJ, Shader RI.  Accelerated benzodiazepine receptor recovery following lorazepam discontinuation.  FASEB Journal 5:93-97, 1991.

474. Meydani M, Greenblatt DJ.  Influence of vitamin E supplementation on antipyrine clearance in the Cebus monkey.  Nutrition Research 10:1045-1051, 1990.

475. Greenblatt DJ, Javaid JI, Locniskar A, Harmatz JS, Shader RI.  Gas chromatographic analysis of alprazolam in plasma:  replicability, stability, and specificity.  Journal of Chromatography 534:202-207, 1990.

476. Barnhill JG, Miller LG, Greenblatt, DJ, Thompson ML, Ciraulo DA, Shader RI.  Benzodiazepine receptor binding response to acute and chronic stress is increased in aging animals.  Pharmacology 42:181-187, 1991.

477. Miller LG, Heller J, Lumpkin M, Weill CL, Greenblatt DJ, Shader RI.  Augmentation of GABA$_A$ receptor function by chronic exposure to GABA-neutral and GABA-negative benzodiazepine ligands in cultured cortical neurons.  Biochemical Pharmacology 40:1337-1344, 1990.

478. Chesley SF, Schatzki AD, DeUrrutia J, Greenblatt DJ, Shader RI, Miller LG.  Cocaine augments peripheral benzodiazepine binding in humans.  Journal of Clinical Psychiatry 51:404-406, 1990.

479. Friedman H, Redmond DE, Greenblatt DJ.  Comparative pharmacokinetics of alprazolam and lorazepam in humans and in African green monkeys.  Psychopharmacology 104:103-105, 1991.

480. Linday LA, Greenblatt DJ, Warren MP, Harmatz JS, DeCresce R, Cicalese C, LeDuc BW.  Changes in salivary antipyrine pharmacokinetics during adolescence, correlated with age, hormonal levels and Tanner stage.  Developmental Pharmacology and Therapeutics 16:194-202, 1991.

481. Woo E, Proulx SM, Greenblatt DJ.  Differential side effect profile of triazolam versus flurazepam in elderly patients undergoing rehabilitation therapy.  Journal of Clinical Pharmacology 31:168-173, 1991.

482. Kennedy JS, von Moltke LL, Harmatz JS, Engelhardt N, Greenblatt DJ.  Validity of self-reports of caffeine use.  Journal of Clinical Pharmacology 31:677-680, 1991.

483. Schuckit MA, Greenblatt DJ, Gold E, Irwin M.  Reactions to ethanol and diazepam in healthy young men.  Journal of Studies on Alcohol 52:180-187, 1991.

484. Goff DC, Arana GW, Greenblatt DJ, Dupont R, Ornsteen M, Harmatz JS, Shader RI.  The effect of benztropine on haloperidol-induced dystonia, clinical efficacy and

pharmacokinetics:  A prospective, double-blind trial.  Journal of Clinical Psychopharmacology 11:106-112, 1991.

485. Miller LG, Lumpkin M, Galpern WR, Greenblatt DJ, Shader RI.  Modification of γ-aminobutyric acid$_A$ receptor binding and function by N-ethoxycarbonyl-2-ethoxy-1,2-dihydroquinoline in vitro and in vivo:  effects of aging.  Journal of Neurochemistry 56:1241-1247, 1991.

486. Greenblatt DJ, Harmatz JS, Shapiro L, Engelhardt N, Gouthro TA, Shader RI.  Sensitivity to triazolam in the elderly.  New England Journal of Medicine 324:1691-1698, 1991.

487. Schweizer E, Rickels K, Case WG, Greenblatt DJ.  Carbamazepine treatment in patients discontinuing long-term benzodiazepine therapy.  Archives of General Psychiatry 48:448-452, 1991.

488. Kaplan GB, Greenblatt DJ, Kent MA, Cotreau MM, Arcelin G, Shader RI.  Caffeine-induced behavioral stimulation is dose-dependent and associated with $A_1$ adenosine receptor occupancy.  Neuropsychopharmacology 6:145-153, 1992.

489. Galpern WR, Lumpkin M, Greenblatt DJ, Shader RI, Miller LG.  Chronic benzodiazepine administration.  VII.  Behavioral tolerance and withdrawal and receptor alterations associated with clonazepam administration.  Psychopharmacology 104:225-230, 1991.

490. Roy-Byrne PP, Cowley DS, Hommer D, Ritchie J, Greenblatt D, Nemeroff C.  Neuroendocrine effects of diazepam in panic and generalized anxiety disorders.  Biological Psychiatry 30:73-80, 1991

491. Greenblatt DJ, Harmatz JS, Shader RI.  Clinical pharmacokinetics of anxiolytics and hypnotics in the elderly:  therapeutic considerations.  Clinical Pharmacokinetics 21:165-177, 262-273, 1991.

492. Barnhill JG, Ciraulo DA, Greenblatt DJ, Faggart MA, Harmatz JS.  Benzodiazepine response and receptor binding after chronic ethanol ingestion in a mouse model.  Journal of Pharmacology and Experimental Therapeutics 258:812-819, 1991.

493. Scavone JM, Greenblatt DJ, Goddard JE, Friedman H, Harmatz JS, Shader RI.  The pharmacokinetics and pharmacodynamics of sublingual and oral alprazolam in the post-prandial state.  European Journal of Clinical Pharmacology 42:439-443, 1992.

494. Galpern WR, Miller LG, Greenblatt DJ, Szabo GK, Browne TR, Shader RI.  Chronic benzodiazepine administration.  IX. Attenuation of alprazolam discontinuation effects by carbamazepine.  Biochemical Pharmacology 42:s99-s104, 1991.

495. Miller LG, Chesley S, Galpern WR, Greenblatt DJ, Shader RI.  Prenatal benzodiazepine administration. II. Lorazepam exposure is associated with decreases in [$^{35}$S]TBPS binding but not benzodiazepine binding.  <u>Pharmacology Biochemistry & Behavior</u> 40:429-432, 1991.

496. Osman OT, DeVane CL, Greenblatt DJ, Potter WZ.  Pharmacokinetic and dynamic correlates of intravenous alprazolam challenge. <u>Clinical Pharmacology and Therapeutics</u> 50:656-662, 1991.

497. von Moltke LL, Abernethy DR, Kaplan MM, Greenblatt DJ.  Antipyrine kinetics in patients with primary biliary cirrhosis.  <u>Journal of Clinical Pharmacology</u> 33:70-74, 1993.

498. Kaplan GB, Cotreau MM, Greenblatt DJ.  Effects of benzodiazepine administration on A$_1$ adenosine receptor binding in-vivo and ex-vivo.  <u>Journal of Pharmacy and Pharmacology</u> 44:700-703, 1992.

499. Miller LG, Galpern WR, Greenblatt, DJ.  Benzodiazepine receptor binding of benzodiazepine hypnotics:  receptor and ligand specificity.  <u>Pharmacology, Biochemistry, and Behavior</u> 43:413-416, 1992.

500. Friedman H, Greenblatt DJ, Peters GR, Metzler CM, Charlton MD, Harmatz JS, Antal EJ, Sanborn EC, Francom SF.  Pharmacokinetics and pharmacodynamics of oral diazepam:  effect of dose, plasma concentration, and time.  <u>Clinical Pharmacology and Therapeutics</u> 52:139-150, 1992.

501. Lopez F, Miller LG, Greenblatt DJ, Schatzki A, Lumpkin M, Shader RI.  Chronic low-dose alprazolam augments γ-aminobutyric acid$_A$ receptor function. <u>Journal of Clinical Psychopharmacology</u> 12:119-123, 1992.

502. Ochs HR, Oberem U, Greenblatt DJ.  Nitrazepam clearance unimpaired in patients with renal insufficiency.  <u>Journal of Clinical Psychopharmacology</u> 12:183-185, 1992.

503. Byrnes JJ, Greenblatt DJ, Miller LG.  Benzodiazepine receptor binding of non-benzodiazepines in vivo:  alpidem, zolpidem, and zopiclone.  <u>Brain Research Bulletin</u> 29:905-908, 1992.

504. Miller LG, Galpern WR, Byrnes JJ, Greenblatt DJ, Shader RI.  Chronic benzodiazepine administration.  X. Concurrent administration of the peripheral-type benzodiazepine ligand PK11195 attenuates chronic effects of lorazepam.  <u>Journal of Pharmacology and Experimental Therapeutics</u> 261:285-289, 1992.

505. Greenblatt DJ, Preskorn SH, Cotreau MM, Horst WD, Harmatz JS.  Fluoxetine impairs clearance of alprazolam but not of clonazepam.  <u>Clinical Pharmacology and Therapeutics</u> 52:479-486, 1992.

506. LeDuc BW, Sinclair PR, Shuster L, Sinclair JF, Evans JE, Greenblatt DJ. Norcocaine and N-hydroxynorcocaine formation in human liver microsomes: role of cytochrome P-450 3A4. Pharmacology 46:294-300, 1993.

507. von Moltke LL, Greenblatt DJ, Shader RI. Clinical pharmacokinetics of antidepressants in the elderly: therapeutic implications. Clinical Pharmacokinetics 24:141-160, 1993.

508. von Moltke LL, Manis M, Harmatz JS, Poorman R, Greenblatt DJ. Inhibition of acetaminophen and lorazepam glucuronidation in vitro by probenecid. Biopharmaceutics and Drug Disposition 14:119-130, 1993.

509. Greenblatt DJ, Harmatz JS, Shader RI. Plasma alprazolam concentrations: relation to efficacy and side effects in the treatment of panic disorder. Archives of General Psychiatry 50:715-722, 1993.

510. Miller LG, Thompson ML, Byrnes JJ, Greenblatt DJ, Shemer A. Kinetics, brain uptake, and receptor binding of tandospirone and its metabolite, 1-(2-pyrimidinyl)-piperazine. Journal of Clinical Psychopharmacology 12:341-345, 1992.

511. Shader RI, Greenblatt DJ. Use of benzodiazepines in anxiety disorders. New England Journal of Medicine 328:1398-1405, 1993.

512. Browne TR, Szabo GK, Schumacher GE, Greenblatt DJ, Evans JE, Evans BA. Bioavailability studies of drugs with nonlinear pharmacokinetics: I. tracer dose AUC varies directly with serum concentration. Journal of Clinical Pharmacology 32:1141-1145, 1992.

513. Greenblatt DJ, Scavone JM, Harmatz JS, Engelhardt N, Shader RI. Cognitive effects of β-adrenergic antagonists after single doses: pharmacokinetics and pharmacodynamics of propranolol, atenolol, lorazepam, and placebo. Clinical Pharmacology and Therapeutics 53:577-584, 1993.

514. Court MH, Greenblatt DJ. Pharmacokinetics and preliminary observations of behavioral changes following administration of midazolam to dogs. Journal of Veterinary Pharmacology and Therapeutics 15:343-350, 1992.

515. von Moltke LL, Greenblatt DJ, Harmatz JS, Shader RI. Alprazolam metabolism in vitro: studies of human, monkey, mouse, and rat liver microsomes. Pharmacology 47:268-276, 1993.

516. Cowley DS, Roy-Byrne PP, Godon C, Greenblatt DJ, Ries R, Walker RD, Samson HH, Hommer DW. Response to diazepam in sons of alcoholics. Alcoholism: Clinical and Experimental Research 16:1057-1063, 1992.

517. Court MH, Dodman NH, Greenblatt DJ, Agarwal RK, Kumar MSA.  Effect of midazolam infusion and flumazenil administration on epinephrine arrhythmogenicity in dogs anesthetized with halothane.  <u>Anesthesiology</u> 78:155-162, 1993.

518. Greenblatt DJ, Wright CE.  Clinical pharmacokinetics of alprazolam:  therapeutic implications.  <u>Clinical Pharmacokinetics</u> 24:453-471, 1993.

519. Byrnes JJ, Miller LG, Perkins K, Greenblatt DJ, Shader RI.  Chronic benzodiazepine administration XI.  Concurrent administration of PK11195 attenuates lorazepam discontinuation effects.  <u>Neuropsychopharmacology</u> 8:267-273, 1993.

520. Kaplan GB, Greenblatt DJ, Kent MA, Cotreau-Bibbo MM.  Caffeine treatment and withdrawal in mice:  relationships between dosage, concentrations, locomotor activity and $A_1$ adenosine receptor binding. <u>Journal of Pharmacology and Experimental Therapeutics</u> 266:1563-1572, 1993.

521. Cowley DS, Roy-Byrne PP, Greenblatt DJ, Hommer DW.  Personality and benzodiazepine sensitivity in anxious patients and control subjects.  <u>Psychiatry Research</u> 47:151-162, 1993.

522. Roy-Byrne PP, Cowley DS, Radant A, Hommer D, Greenblatt DJ.   Benzodiazepine pharmacodynamics:  utility of eye movement measures.  <u>Psychopharmacology</u> 110:85-91, 1993.

523. LeDuc BW, Sinclair PR, Walton HS, Sinclair JF, Greenblatt DJ, Shuster L. Cocaine toxicity in cultured chicken hepatocytes:  role of cytochrome P-450.  <u>Toxicology and Applied Pharmacology</u> 125:322-332, 1994.

524. von Moltke LL, Greenblatt DJ, Cotreau-Bibbo MM, Duan SX, Harmatz JS, Shader RI.  Inhibition of desipramine hydroxylation *in vitro* by serotonin-reuptake-inhibitor antidepressants, and by quinidine and ketoconazole:  a model system to predict drug interactions *in vivo*.  <u>Journal of Pharmacology and Experimental Therapeutics</u> 268:1278-1283, 1994.

525. Greenblatt DJ, Harmatz JS, Gouthro TA, Locke J, Shader RI.  Distinguishing a benzodiazepine agonist (triazolam) from a non-agonist anxiolytic (buspirone) by electroencephalography:  kinetic-dynamic studies.  <u>Clinical Pharmacology and Therapeutics</u> 56:100-111, 1994.

526. von Moltke LL, Greenblatt DJ, Cotreau-Bibbo MM, Harmatz JS, Shader RI. Inhibitors of alprazolam metabolism *in vitro*:  effect of serotonin-reuptake-inhibitor antidepressants, ketoconazole and quinidine.  <u>British Journal of Clinical Pharmacology</u> 38:23-31, 1994.

527.  von Moltke LL, Greenblatt DJ, Duan SX, Harmatz JS, Shader RI.  *In vitro* prediction of the terfenadine-ketoconazole pharmacokinetic interaction.  Journal of Clinical Pharmacology 34:1222-1227, 1994.

528.  Schweizer E, Case WG, Garcia-Espana F, Greenblatt DJ, Rickels K.  Progesterone co-administration in patients discontinuing long-term benzodiazepine therapy:  effects on withdrawal severity and taper outcome.  Psychopharmacology 117:424-429, 1995.

529.  Cowley DS, Roy-Byrne PP, Radant A, Ritchie JC, Greenblatt DJ, Nemeroff CB, Hommer DW.  Benzodiazepine sensitivity in panic disorder:  effects of chronic alprazolam treatment.  Neuropsychopharmacology 12:147-157, 1995.

530.  Hopfenbeck JR, Cowley DS, Radant A, Greenblatt DJ, Roy-Byrne PP.  Effects of diphenhydramine on human eye movements.  Psychopharmacology 118:280-286, 1995.

531.  von Moltke LL, Greenblatt DJ, Court MH, Duan SX, Harmatz JS, Shader RI.  Inhibition of alprazolam and desipramine hydroxylation *in vitro* by paroxetine and fluvoxamine: comparison with other selective serotonin reuptake inhibitor antidepressants. Journal of Clinical Psychopharmacology 15:125-131, 1995.

532.  Cowley DS, Roy-Byrne PP, Radant A, Hommer DW, Greenblatt DJ, Vitaliano PP, Godon C.  Eye movement effects of diazepam in sons of alcoholic fathers and male control subjects.  Alcoholism: Clinical and Experimental Research 18:324-332, 1994.

533.  Matthew E, Andreason P, Pettigrew K, Carson RE, Herscovitch P, Cohen R, King C, Johanson CE, Greenblatt DJ, Paul SM.  Benzodiazepine receptors mediate regional blood flow changes in the living human brain.  Proceedings of the National Academy of Sciences 92:2775-2779, 1995.

534.  Schmider J, Greenblatt DJ, von Moltke LL, Harmatz JS, Shader RI.  N-demethylation of amitriptyline *in vitro*:  role of Cytochrome P-450 3A (CYP3A) isoforms and effect of metabolic inhibitors. Journal of Pharmacology and Experimental Therapeutics 275:592-597, 1995.

535.  von Moltke LL, Greenblatt DJ, Duan SX, Harmatz JS, Shader RI.  Inhibition of terfenadine metabolism *in vitro* by azole antifungal agents and by selective serotonin-reuptake inhibitor antidepressants:  relation to pharmacokinetic interactions *in vivo*. Journal of Clinical Psychopharmacology 16:104-112, 1996.

536.  von Moltke LL, Greenblatt DJ, Harmatz JS, Duan SX, Harrel LM, Cotreau-Bibbo MM, Pritchard GA, Wright CE, Shader RI. Triazolam biotransformation by human liver microsomes *in vitro*:  effects of metabolic inhibitors, and clinical confirmation of a predicted interaction with ketoconazole.  Journal of Pharmacology and Experimental Therapeutics 276:370-379, 1996.

537. Schmider J, Greenblatt DJ, von Moltke LL, Harmatz JS, Duan SX, Karsov D, Shader RI.  Characterization of six *in vitro* reactions mediated by human cytochrome P450:  application to the testing of cytochrome P450-directed antibodies.  Pharmacology 52:125-134, 1996.

538. Court MH, von Moltke LL, Shader RI, Greenblatt DJ.  Biotransformation of chlorzoxazone by hepatic microsomes from humans and ten other mammalian species.  Biopharmaceutics and Drug Disposition 18:213-226, 1997.

539. Cowley DS, Roy-Byrne PP, Greenblatt DJ, Kramer GL, Petty F.  Effect of diazepam on plasma GABA in sons of alcoholic fathers.  Alcoholism: Clinical and Experimental Research 20:343-347, 1996.

540. Schmider J, Greenblatt DJ, von Moltke LL, Harmatz JS, Shader RI.  Inhibition of cytochrome P450 by nefazodone *in vitro*:  studies of dextromethorphan O- and N-demethylation.  British Journal of Clinical Pharmacology 41:339-343, 1996.

541. Schmider J, Greenblatt DJ, Harmatz JS, Shader RI.  Enzyme kinetic modelling as a tool to analyse the behaviour of cytochrome P450 catalysed reactions: application to amitriptyline N-demethylation.  British Journal of Clinical Pharmacology 41:593-604, 1996.

542. Charpentier KP, von Moltke LL, Poku JW, Harmatz JS, Shader RI, Greenblatt DJ.  Alprazolam hydroxylation by mouse liver microsomes *in vitro*:  effect of age and phenobarbital induction.  Biopharmaceutics and Drug Disposition 18:139-149, 1997.

543. von Moltke LL, Greenblatt DJ, Schmider J, Harmatz JS, Shader RI.  Metabolism of drugs by Cytochrome P450-3A isoforms:  implications for drug interactions in psychopharmacology.  Clinical Pharmacokinetics 29(supp. 1):33-43, 1995.

544. Schmider J, Greenblatt DJ, von Moltke LL, Karsov D, Vena R, Friedman HL, Shader RI.  Biotransformation of mestranol to ethinyl estradiol *in vitro*:  the role of cytochrome P-450 2C9 and metabolic inhibitors.  Journal of Clinical Pharmacology 37:193-200, 1997.

545. von Moltke LL, Greenblatt DJ, Duan SX, Schmider J, Kudchadker L, Fogelman SM, Harmatz JS, Shader RI.  Phenacetin O-deethylation by human liver microsomes *in vitro*: inhibition by chemical probes, SSRI antidepressants, nefazodone, and venlafaxine.  Psychopharmacology 128:398-407, 1996.

546. Court MH, Greenblatt DJ.  Molecular basis for deficient acetaminophen glucuronidation in cats.  Biochemical Pharmacology 53:1041-1047, 1997.

547. Schmider J, Greenblatt DJ, Fogelman SM, von Moltke LL, Shader RI.  Metabolism of dextromethorphan *in vitro*:  involvement of cytochromes P450 2D6 and 3A3/4, with a possible role of 2E1. Biopharmaceutics and Drug Disposition 18:227-240, 1997.

548. Laurijssens BE, Greenblatt DJ.  Pharmacokinetic-pharmacodynamic relationships for benzodiazepines. <u>Clinical Pharmacokinetics</u> 30:52-76, 1996.

549. von Moltke LL, Greenblatt DJ, Schmider J, Duan SX, Wright CE, Harmatz JS, Shader RI.  Midazolam hydroxylation by human liver microsomes *in vitro*:  inhibition by fluoxetine, norfluoxetine, and by azole antifungal agents.  <u>Journal of Clinical Pharmacology</u> 36:783-791, 1996.

550. Pourmotabbed T, McLeod DR, Hoehn-Saric R, Hipsley P, Greenblatt DJ.  Treatment, discontinuation, and psychomotor effects of diazepam in women with generalized anxiety disorder.  <u>Journal of Clinical Psychopharmacology</u> 16:202-207, 1996.

551. Cotreau-Bibbo MM, von Moltke LL, Greenblatt DJ.  The influence of polyethylene glycol and acetone on the *in vitro* biotransformation of tamoxifen and alprazolam by human liver microsomes.  <u>Journal of Pharmaceutical Sciences</u> 85:1180-1185, 1996.

552. von Moltke LL, Duan SX, Greenblatt DJ, Fogelman SM, Schmider J, Harmatz JS, Shader RI.  Venlafaxine and metabolites are very weak inhibitors of human cytochrome P450-3A isoforms.  <u>Biological Psychiatry</u> 41:377-390, 1997.

553. Roy-Byrne P, Wingerson DK, Radant A, Greenblatt DJ, Cowley DS.  Reduced benzodiazepine sensitivity in patients with panic disorder: comparison with patients with obsessive-compulsive disorder and normal subjects.  <u>American Journal of Psychiatry</u> 153:1444-1449, 1996.

554. Ciraulo DA, Sarid-Segal O, Knapp C, Ciraulo AM, Greenblatt DJ, Shader RI.  Liability to alprazolam abuse in daughters of alcoholics.  <u>American Journal of Psychiatry</u> 153:956-958, 1996.

555. Court MH, Greenblatt DJ.  Biochemical basis for deficient paracetamol glucuronidation in cats: an interspecies comparison of enzyme constraint in liver microsomes.  <u>Journal of Pharmacy and Pharmacology</u> 49:446-449, 1997.

556. Scavone JM, Greenblatt DJ, Abernethy DR, Luna BG, Harmatz JS, Shader RI.  Influence of oral contraceptive use and cigarette smoking, alone and together, on antipyrine pharmacokinetics.  <u>Journal of Clinical Pharmacology</u> 37:437-441, 1997.

557. Durol ALB, Greenblatt DJ.  Analysis of zolpidem in human plasma by high-performance liquid chromatography with fluorescence detection: application to single-dose pharmacokinetic studies.  <u>Journal of Analytical Toxicology</u> 21:388-392, 1997.

558. von Moltke LL, Greenblatt DJ, Schmider J, Wright CE, Harmatz JS, Shader RI.  *In vitro* approaches to predicting drug interactions *in vivo*.  <u>Biochemical Pharmacology</u> 55:113-122, 1998.

559.  von Moltke LL, Greenblatt DJ, Duan SX, Schmider J, Wright CE, Harmatz JS, Shader RI.  Human cytochromes mediating N-demethylation of fluoxetine *in vitro*. Psychopharmacology 132:402-407, 1997.

560.  Kaplan GB, Greenblatt DJ, Ehrenberg BL, Goddard JE, Cotreau-Bibbo MM, Harmatz JS, Shader RI.  Dose-dependent pharmacokinetics and psychomotor effects of caffeine in humans.  Journal of Clinical Pharmacology 37:693-703, 1997.

561.  Alderman J, Preskorn SH, Greenblatt DJ, Harrison W, Penenberg D, Allison J, Chung M.  Desipramine pharmacokinetics when coadministered with paroxetine or sertraline in extensive metabolizers.  Journal of Clinical Psychopharmacology 17:284-291, 1997.

562.  Goudas LC, Carr DB, Maszczynska I, Marchand JE, Wurm WH, Greenblatt DJ, Kream RM.  Differential effect of central versus parenteral administration of morphine sulfate on regional concentrations of reduced glutathione in rat brain.  Pharmacology 54:92-97, 1997.

563.  Schmider J, Greenblatt DJ, von Moltke LL, Karsov D, Shader RI.  Inhibition of CYP2C9 by selective serotonin reuptake inhibitors *in vitro*: studies of phenytoin para-hydroxylation.  British Journal of Clinical Pharmacology  44:495-498, 1997.

564.  Koff JM, Pritchard GA, Greenblatt DJ, Miller LG.  The NMDA receptor competitive antagonist CPP modulates benzodiazepine tolerance and discontinuation. Pharmacology 55:217-227, 1997.

565.  Norman WM, Court MH, Greenblatt DJ. Age-related changes in the pharmacokinetic disposition of diazepam in foals. American Journal of Veterinary Research 58:878-880, 1997.

566.  Kaplan GB, Greenblatt DJ, Ehrenberg BL, Goddard JE, Harmatz JS, Shader RI. Single dose pharmacokinetics and pharmacodynamics of alprazolam in elderly and young subjects. Journal of Clinical Pharmacology 38:14-21, 1998.

567.  Venkatakrishnan K, Greenblatt DJ, von Moltke LL, Schmider J, Harmatz JS, Shader RI. Five distinct human cytochromes mediate amitriptyline N-demethylation  *in vitro*: dominance of CYP 2C19 and 3A4. Journal of Clinical Pharmacology 38:112-121, 1998.

568.  Roth TG, Roehrs TA, Koshorek GL, Greenblatt DJ, Rosenthal LD. Hypnotic effects of low doses of quazepam in older insomniacs. Journal of Clinical Psychopharmacology 17:401-406, 1997.

569.  Venkatakrishnan K, von Moltke LL, Duan SX, Fleishaker JC, Shader RI, Greenblatt DJ. Kinetic characterization and identification of the enzymes responsible for the hepatic biotransformation of adinazolam and N-desmethyladinazolam. Journal of Pharmacy and Pharmacology 50:265-274, 1998.

570. Bauer LO, Gross JB, Meyer RE, Greenblatt DJ. Chronic alcohol abuse and the acute sedative and neurophysiologic effects of midazolam. Psychopharmacology 133:293-299, 1997.

571. Greenblatt DJ, Wright CE, von Moltke LL, Harmatz JS, Ehrenberg BL, Harrel LM, Corbett K, Counihan M, Tobias S, Shader RI.  Ketoconazole inhibition of triazolam and alprazolam clearance: differential kinetic and dynamic consequences. Clinical Pharmacology and Therapeutics 64:237-247, 1998.

572. Fahey JM, Pritchard GA, von Moltke LL, Pratt JS, Grassi JM, Shader RI, Greenblatt DJ. The effects of ketoconazole on triazolam pharmacokinetics, pharmacodynamics and benzodiazepine receptor binding in mice.  Journal of Pharmacology and Experimental Therapeutics 285:271-276, 1998.

573. von Moltke LL, Greenblatt DJ, Grassi JM, Granda BW, Duan SX, Fogelman SM, Daily JP, Harmatz JS, Shader RI. Protease inhibitors as inhibitors of human cytochromes P450: high risk associated with ritonavir. Journal of Clinical Pharmacology 38:106-111, 1998.

574. von Moltke LL, Greenblatt DJ, Ciraulo DA, Grassi JM, Granda BW, Duan SX, Harmatz JS, Shader RI. Appetite suppressant drugs as inhibitors of human cytochromes P450: in vitro inhibition of P450-2D6 by D- and L-fenfluramine, but not phentermine. Journal of Clinical Psychopharmacology 18:338-341,1998.

575. von Moltke LL, Greenblatt DJ, Grassi JM, Granda BW, Fogelman SM, Harmatz JS, Kramer SJ, Fabre LF, Shader RI. Gepirone and 1-(2-pyrimidinyl)-piperazine in vitro: human cytochromes mediating transformation and cytochrome inhibitory effects. Psychopharmacology 140:293-299, 1998.

576. von Moltke LL, Greenblatt DJ, Grassi JM, Granda BW, Venkatakrishnan K, Schmider J, Harmatz JS, Shader RI. Multiple human cytochromes contribute to biotransformation of dextromethorphan in vitro: role of CYP-2C9, -2C19, -2D6, and -3A. Journal of Pharmacy and Pharmacology 50:997-1004, 1998.

577. Kotegawa T, Laurijssens BE, Greenblatt DJ. Use of one cannula for both blood sampling and drug administration: a potential cause of overestimation of drug concentration. Pharmacy and Pharmacology Communications 4:283-285, 1998.

578. Venkatakrishnan K, von Moltke LL, Greenblatt DJ. Relative quantities of catalytically active CYP 2C9 and 2C19 in human liver microsomes: application of the relative activity factor approach. Journal of Pharmaceutical Science 87:845-853, 1998.

579. Scavone JM, Greenblatt DJ, Harmatz JS, Engelhardt N, Shader RI. Pharmacokinetics and pharmacodynamics of diphenhydramine 25 mg in young and elderly volunteers. Journal of Clinical Pharmacology 38:603-609, 1998.

580. Rickels K, Schweizer D, Case WG, DeMartinis N, Greenblatt DJ, Mandos LA, Espaζa FG. Nefazodone in major depression: adjunctive benzodiazepine therapy and tolerablility. Journal of Clinical Psychopharmacology 18:145-    153, 1998.

581. Greenblatt DJ, von Moltke LL, Harmatz JS, Counihan M, Graf JA, Durol ALB, Mertzanis P, Duan SX, Wright CE, Shader RI. Inhibition of triazolam clearance by macrolide antimicrobial agents: in vitro correlates and dynamic consequences. Clinical Pharmacology and Therapeutics 64:278-285, 1998.

582. Fahey JM, Pritchard GA, Pratt JS, Shader RI, Greenblatt DJ. Lorazepam attenuates the behavioral effects of dizocilpine. Pharmacology Biochemistry and Behavior 62:103-110, 1999.

583. von Moltke LL, Greenblatt DJ, Duan SX, Daily JP, Harmatz JS, Shader RI. Inhibition of desipramine hydroxylation (Cytochrome P450-2D6) in vitro by quinidine and by viral protease inhibitors: relation to drug interactions in vivo. Journal of Pharmaceutical Sciences 87:1184-1189, 1998.

584. von Moltke LL, Greenblatt DJ, Duan SX, Harmatz JS, Shader RI. Inhibition of triazolam hydroxylation by ketoconazole, itraconazole, hydroxyitraconazole and fluconazole in vitro. Pharmacy and Pharmacology Communications 4:443-445, 1998.

585. Greenblatt DJ, Harmatz JS, von Moltke LL, Ehrenberg BL, Harrel L, Corbett K, Counihan M, Graf JA, Darwish M, Mertzanis P, Martin PT, Cevallos WH, Shader RI. Comparative kinetics and dynamics of zaleplon, zolpidem, and placebo. Clinical Pharmacology and Therapeutics 64:553-561, 1998.

586. Pomara N, Tun H, DaSilva D, Hernando R, Deptula D, Greenblatt DJ. The acute and chronic performance effects of alprazolam and lorazepam in the elderly: relationship to duration of treatment and self-rated sedation. Psycopharmcology Bulletin 34:139-153, 1998.

587. Venkatakrishnan K, von Moltke LL, Greenblatt DJ. Human cytochromes P450 mediating phenacetin O-deethylation in vitro: validation of the high affinity component as an index of CYP1A2 activity. Journal of Pharmaceutical Sciences 87:1502-1507, 1998.

588. Greenblatt DJ, von Moltke LL, Harmatz JS, Mertzanis P, Graf JA, Durol ALB, Counihan M, Roth-Schechter B, Shader RI. Kinetic and dynamic interaction study of zolpidem with ketoconazole, itraconazole, and fluconazole. Clinical Pharmacology and Therapeutics 64:661-671, 1998.

589. Fogelman SM, Schmider J, Venkatakrishnan K, von Moltke LL, Harmatz JS, Shader RI, Greenblatt DJ. O- and N-demethylation of venlafaxine in vitro by human liver microsomes and by microsomes from cDNA-transfected cells: effect of metabolic inhibitors and SSRI antidepressants. Neuropsychopharmacology 20:480-490, 1999.

590. von Moltke LL, Greenblatt DJ, Grassi JM, Granda BW, Venkatakrishnan K, Duan SX, Fogelman SM, Harmatz JS, Shader RI. Citalopram and desmethylcitalopram in vitro: human cytochromes mediating transformation, and cytochrome inhibitory effects. Biological Psychiatry 46:839-849, 1999.

591. Fahey JM, Pritchard GA, Grassi JM, Pratt JS, Shader RI, Greenblatt DJ. In situ hybridization histochemistry as a method to assess GABA_A receptor subunit mRNA expression following chronic alprazolam administration. Journal of Psychopharmacology 13:211-218, 1999.

592. Venkatakrishnan K, von Moltke LL, Greenblatt DJ. Nortriptyline E-10-hydroxylation *in vitro* is mediated by human CYP2D6 (high-affinity) and CYP3A4 (low-affinity): implications for interactions with enzyme-inducing drugs. Journal of Clinical Pharmacology 39:567-577, 1999.

593. von Moltke LL, Greenblatt DJ, Granda BW, Duan SX, Grassi JM, Venkatakrishnan K, Harmatz JS, Shader RI. Zolpidem metabolism *in vitro*: responsible cytochromes, chemical inhibitors, and *in vivo* correlations. British Journal of Clinical Pharmacology 48:89-97, 1999.

594. Perloff MD, von Moltke LL, Cotreau MM and Greenblatt DJ. Unchanged CYP 3A expression and metabolism of midazolam, triazolam, and dexamethasone in mdr(-/-) mouse liver microsomes. Biochemical Pharmacology 57:1227-1232, 1999.

595. Rickels K, Schweizer E, Garcia Espana F, Case G, DeMartinis N and Greenblatt D. Trazodone and valproate in patients discontinuing long-term benzodiazepine therapy: effects on withdrawal symptoms and taper outcome. Psychopharmacology (Berl)141:1-5, 1999.

596. von Moltke LL, Greenblatt DJ, Granda BW, Grassi JM, Schmider J, Harmatz JS and Shader RI. Nefazodone, meta-chlorophenylpiperazine and their metabolites in vitro: cytochromes mediating transformation, and P450-3A4 inhibitory actions. Psychopharmacology 145:113-122, 1999.

597. Granda BW, Giancarlo GM, von Moltke LL and Greenblatt DJ. Analysis of ritonavir in plasma/serum and tissues by high-performance liquid chromatography. Journal of Pharmacological and Toxicological Methods 40:235-239, 1999.

598. Shader RI, Harmatz JS, Oesterheld JR, Parmelee DX, Sallee FR and Greenblatt DJ. Population pharmacokinetics of methylphenidate in children with attention-deficit hyperactivity disorder. Journal of Clinical Pharmacology 39:775-785, 1999.

599. Ciraulo DA, Barnhill JG, Ciraulo AM, Sarid-Segal O, Knapp C, Greenblatt DJ, Shader RI. Alterations in pharmacodynamics of anxiolytics in abstinent alcoholic men: electroencephalographic effects of alprazolam, diazepam, and buspirone. Journal of Clinical Pharmacology 37:64-73, 1997.

600. Kotegawa T, Laurijssens BE, Durol ALB, Greenblatt DJ. Pharmacokinetics and electroencephalographic effects of ketoconazole in the rat. Biopharmaceutics & Drug Disposition 20:49-52, 1999.

601. Kaplan GB, Greenblatt DJ, Ehrenberg BL, Goddard JE, Harmatz JS and Shader RI. Differences in pharmacodynamics but not pharmacokinetics between subjects with panic disorder and healthy subjects after treatment with a single dose of alprazolam. Journal of Clinical Psychopharmacology 20:338-346, 2000.

602. Greenblatt DJ, von Moltke LL, Daily JP, Harmatz JS and Shader RI. Extensive impairment of triazolam and alprazolam clearance by short-term low-dose ritonavir: the clinical dilemma of concurrent inhibition and induction. Journal of Clinical Psychopharmacology 19:293-296, 1999.

603. Court MH, Hay-Kraus BL, Hill DW, Kind AJ and Greenblatt DJ. Propofol hydroxylation by dog liver microsomes: assay development and dog breed differences. Drug Metabolism and Disposition 27:1293-1299, 1999.

604. Zalma A, von Moltke LL, Granda BW, Harmatz JS, Shader RI and Greenblatt DJ. In vitro metabolism of trazodone by CYP3A: inhibition by ketoconazole and human immunodeficiency viral protease inhibitors. Biological Psychiatry 47:655-661, 2000.

605. Tsunoda SM, Velez RL, von Moltke LL and Greenblatt DJ. Differentiation of intestinal and hepatic cytochrome P450 3A activity with use of midazolam as an in vivo probe: effect of ketoconazole. Clinical Pharmacology and Therapeutics 66:461-471, 1999.

606. Perloff MD, von Moltke LL, Court MH, Kotegawa T, Shader RI and Greenblatt DJ. Midazolam and triazolam biotransformation in mouse and human liver microsomes: relative contribution of CYP3A and CYP2C9 isoforms. Journal of Pharmacology and Experimental Therapeutics 292:618-628, 2000.

607. Greenblatt DJ, von Moltke LL, Harmatz JS and Shader RI. Human cytochromes mediating sertraline biotransformation: seeking attribution. Journal of Clinical Psychopharmacology 19:489-493, 1999.

608. Warrington JS, Poku JW, von Moltke LL, Shader RI, Harmatz JS and Greenblatt DJ. The effects of age on in vitro midazolam biotransformation in male CD-1 mouse liver microsomes. Journal of Pharmacology and Experimental Therapeutics 292:1024-1031, 2000.

609. Sarid-Segal O, Knapp CM, Ciraulo AM, Greenblatt DJ, Shader RI and Ciraulo DA. Decreased EEG sensitivity to alprazolam in subjects with a parental history of alcoholism. Journal of Clinical Pharmacology 40:84-90, 2000.

610. Venkatakrishnan K, von Moltke LL, Obach RS and Greenblatt DJ. Microsomal binding of amitriptyline: effect on estimation of enzyme kinetic parameters in vitro. Journal of Pharmacology and Experimental Therapeutics 293:343-350, 2000.

611. Warrington JS, Shader RI, von Moltke LL and Greenblatt DJ. In vitro biotransformation of sildenafil (Viagra): identification of human cytochromes and potential drug interactions. Drug Metabolism and Disposition 28:392-397, 2000.

612. Hay Kraus BL, Greenblatt DJ, Venkatakrishnan K and Court MH. Evidence for propofol hydroxylation by cytochrome P4502B11 in canine liver microsomes:  breed and gender differences. Xenobiotica 30:575-588, 2000.

613. Greenblatt DJ, von Moltke LL, Harmatz JS, Durol ALB, Daily JP, Graf JA, Mertzanis P, Hoffman JL and Shader RI. Alprazolam-ritonavir interaction: implications for product labeling. Clinical Pharmacology and Therapeutics  67:335-41, 2000.

614. Greenblatt DJ, von Moltke LL, Ehrenberg BL, Harmatz JS, Corbett K, Wallace DW and Shader RI. Kinetics and dynamics of lorazepam during and after continuous intravenous infusion. Critical Care Medicine 28:2750-2757, 2000.

615. Greenblatt DJ, Harmatz JS, von Moltke LL, Wright CE, Durol ALB, Harrel-Joseph LM and Shader RI. Comparative kinetics and response to the benzodiazepine agonists triazolam and zolpidem: evaluation of sex dependent differences. Journal of Pharmacology and Experimental Therapeutics 293:435-443, 2000.

616. Perloff MD, von Moltke LL, Fahey JM, Daily JP and Greenblatt DJ. Induction of P-glycoprotein expression by HIV protease inhibitors in cell culture. AIDS 14:1287-1289, 2000.

617. von Moltke LL, Durol ALB, Duan SX and Greenblatt DJ. Potent mechanism-based inhibition of human CYP3A in vitro by amprenavir and ritonavir: comparison with ketoconazole. European Journal of Clinical Pharmacology 56:259-261, 2000.

618. Greenblatt DJ, von Moltke LL, Harmatz JS, Durol ALB, Daily JP, Graf JA, Mertzanis P, Hoffman JL and Shader RI. Differential impairment of triazolam and zolpidem clearance by ritonavir. Journal of Acquired Immune Deficiency Syndromes 24:129-136, 2000.

619. Court MH and Greenblatt DJ. Molecular genetic basis for deficient acetaminophen glucuronidation by cats: UGT1A6 is a pseudogene, and evidence for reduced diversity of expressed hepatic UGT1A isoforms. Pharmacogenetics 10:355-369, 2000.

620. Shader RI, Granda BW, von Moltke LL, Giancarlo GM and Greenblatt DJ.  Inhibition of human cytochrome P450 isoforms *in vitro* by zafirlukast.  Biopharmaceutics and Drug Disposition 20:385-388, 1999.

621. Cotreau MM, von Moltke LL, Beinfeld MC and Greenblatt DJ. Methodologies to study the induction of rat hepatic and intestinal cytochrome P450 3A at the mRNA, protein, and catalytic activity level. Journal of Pharmacological and Toxicological Methods 43:41-54, 2000.

622. Kamimori GH, Sirisuth N, Greenblatt DJ and Eddington ND. The influence of the menstrual cycle on triazolam and indocyanine green pharmacokinetics. Journal of Clinical Pharmacology 40:739-744, 2000.

623. Hesse LM, Venkatakrishnan K, Court MH, von Moltke LL, Duan SX, Shader RI and Greenblatt DJ.  CYP2B6 mediates the *in vitro* hydroxylation of bupropion: potential drug interactions with other antidepressants.  Drug Metabolism and Disposition 28:1176-1183, 2000.

624. von Moltke LL, Greenblatt DJ, Granda BW, Giancarlo GM, Duan SX, Daily JP, Harmatz JS and Shader RI.  Inhibition of human Cytochrome P450 isoforms by nonnucleoside reverse transcriptase inhibitors. Journal of Clinical Pharmacology 41:85-91, 2001.

625. Störmer E, von Moltke LL, Shader RI and Greenblatt DJ. Metabolism of the antidepressant mirtazapine *in vitro*: contribution of cytochromes P-450 1A2, 2D6 and 3A4.  Drug Metabolism and Disposition 28:1168-1175, 2000.

626. Störmer E, von Moltke LL and Greenblatt DJ. Scaling drug biotransformation data from cDNA-expressed cytochrome P-450 to human liver: A comparison of relative activity factors and human liver abundance in studies of mirtazapine metabolism.  Journal of Pharmacology and Experimental Therapeutics 295:793-801, 2000.

627. Court MH, Duan SX, Hesse LM, Venkatakrishnan K and Greenblatt DJ. Cytochrome P450 2B6 is responsible for interindividual variability of propofol hydroxylation by human liver microsomes.  Anesthesiology 94:110-119, 2001.

628. Cotreau MM, von Moltke LL, Harmatz JS and Greenblatt DJ.  Molecular and pharmacokinetic evaluation of rat hepatic and gastrointestinal cytochrome P450 induction by tamoxifen.  Pharmacology 63:210-219, 2001.

629. Venkatakrishnan K, von Moltke LL, Court MH, Harmatz JS, Crespi CL and Greenblatt DJ.  Comparison between cytochrome P450 (CYP) content and relative activity approaches to scaling from cDNA-expressed CYPs to human liver microsomes: ratios of accessory proteins as sources of discrepancies between the approaches.  Drug Metabolism and Disposition 28:1493-1504, 2000.

630. Hesse LM, Venkatakrishnan K, von Moltke LL, Shader RI and Greenblatt DJ.  CYP3A4 is the major CYP isoform mediating the in vitro hydroxylation and demethylation of flunitrazepam.  <u>Drug Metabolism and Disposition</u> 29:133-140, 2001.

631. Hesse LM, von Moltke LL, Shader RI and Greenblatt DJ.  Ritonavir, efavirenz, and nelfinavir inhibit CYP2B6 activity in vitro: potential drug interactions with bupropion. <u>Drug Metabolism and Disposition</u> 29:100-102, 2001.

632. Busto UE, Kaplan HL, Wright CE, Gomez-Mancilla B, Zawertailo L, Greenblatt DJ and Sellers EM.  A comparative pharmacokinetic and dynamic evaluation of alprazolam sustained-release, bromazepam, and lorazepam.  <u>Journal of Clinical Psychopharmacology</u> 20:628-635, 2000.

633. Rickels K, DeMartinis N, García-Espa□a F, Greenblatt DJ, Mandos LA and Rynn M. Imipramine and buspirone in treatment of patients with generalized anxiety disorder who are discontinuing long-term benzodiazepine therapy.  <u>American Journal of Psychiatry</u> 157:1973-1979, 2000.

634. Giancarlo G, Venkatakrishnan K, Granda BW, von Moltke LL and Greenblatt DJ. Relative contributions of CYP2C9 and 2C19 to phenytoin 4-hydroxylation <i>in vitro</i>: inhibition by sulfaphenazole, omeprazole and ticlopidine. <u>European Journal of Clinical Pharmacology</u> 57:31-36, 2001.

635. Venkatakrishnan K, von Moltke LL and Greenblatt DJ.  Application of the relative activity factor approach in scaling from heterologously expressed cytochromes P450 to human liver microsomes: studies on amitriptyline as a model substrate.  <u>Journal of Pharmacology and Experimental Therapeutics</u> 297:326-337, 2001.

636. Fahey JM, Pritchard GA, Grassi JM, Pratt JS, Shader RI and Greenblatt DJ. Pharmacodynamic and receptor binding changes during chronic lorazepam administration. <u>Pharmacology, Biochemistry and Behavior</u> 69:1-8, 2001.

637. Soriano SG, Sullivan LJ, Venkatakrishnan K, Greenblatt DJ and Martyn JAJ. Pharmacokinetics and pharmacodynamics of vecuronium in children receiving phenytoin or carbamazepine for chronic anticonvulsant therapy.  <u>British Journal of Anaesthesia</u> 86:223-229, 2001.

638. Störmer E, von Moltke LL, Perloff MD and Greenblatt DJ.  P-glycoprotein interactions of nefazodone and trazodone in cell culture.  <u>Journal of Clinical Pharmacology</u> 41:708-714, 2001.

639. Störmer E, Perloff MD, von Moltke LL and Greenblatt DJ. Methadone inhibits rhodamine 123 transport in caco-2 cells.  <u>Drug Metabolism and Disposition</u> 29:954-956, 2001.

640.  von Moltke LL, Greenblatt DJ, Giancarlo GM, Granda BW, Harmatz JS and Shader RI. Escitalopram (S-Citalopram) and its metabolites in vitro: cytochromes mediating biotransformation, inhibitory effects, and comparison to R-Citalopram. Drug Metabolism and Disposition 29:1102-1109, 2001.

641.  Venkatakrishnan K, Schmider J, Harmatz JS, Ehrenberg BL, von Moltke LL, Graf JA, Mertzanis P, Corbett KE, Rodriguez MC, Shader RI and Greenblatt DJ. Relative contribution of CYP3A to amitriptyline clearance in humans: *in vitro* and *in vivo* studies. Journal of Clinical Pharmacology 41:1043-1054, 2001.

642.  Ciraulo D, Knapp CM, LoCastro J, Greenblatt DJ and Shader RI. A benzodiazepine mood effect scale: reliability and validity determined for alcohol-dependent subjects and adults with a parental history of alcoholism. American Journal of Drug and Alcohol Abuse 27:339-347, 2001.

643.  Perloff MD, von Moltke LL, Marchand JE and Greenblatt DJ. Ritonavir induces P-glycoprotein expression, multidrug resistance-associated protein (MRP1) expression, and drug transporter-mediated activity in a human intestinal cell line. Journal of Pharmaceutical Sciences 90:1829-1837, 2001.

644.  Laurijssens BE and Greenblatt DJ. Effect of 7-day exposure to midazolam on electroencephalogram pharmacodynamics in rats: a model to study multiple pharmacokinetic-pharmacodynamic relationships in individual animals. Journal of Pharmacy and Pharmacology 54:77-86, 2002.

645.  Court MH, Duan SX, von Moltke LL, Greenblatt DJ, Patten CJ, Miners JO and Mackenzie PI. Interindividual variability in acetaminophen glucuronidation by human liver microsomes: identification of relevant acetaminophen UDP-glucuronosyltransferase isoforms. Journal of Pharmacology and Experimental Therapeutics 299:998-1006, 2001.

646.  Perloff MD, von Moltke LL, Störmer E, Shader RI and Greenblatt DJ. Saint John's wort: An *in vitro* analysis of P-glycoprotein induction due to extended exposure. British Journal of Pharmacology 134:1601-1608, 2001.

647.  Kim JS, Nafziger AN, Tsunoda SM, Choo EF, Streetman DS, Kashuba AD, Kulawy RW, Beck DJ, Rocci ML, Wilkinson GR, Greenblatt DJ and Bertino JS. Limited sampling strategy to predict AUC of the CYP3A phenotyping probe midazolam in adults: application to various assay techniques. Journal of Clinical Pharmacology 42: 376-382, 2002.

648.  Warrington JS, von Moltke LL, Shader RI and Greenblatt DJ. *In vitro* biotransformation of sildenafil (Viagra) in the male rat: the role of CYP2C11. Drug Metabolism and Disposition 30:655-657, 2002.

649. Venkatakrishnan K, von Moltke LL and Greenblatt DJ.  Evaluation of Supermix™ as an *in vitro* model of human liver microsomal drug metabolism.  Biopharmaceutics & Drug Disposition 23:183-190, 2002.

650. Störmer E, von Moltke LL, Perloff MD and Greenblatt DJ.  Differential modulation of P-glycoprotein expression and activity by non-nucleoside HIV-1 reverse transcriptase inhibitors in cell culture.  Pharmaceutical Research 19:1038-1945, 2002.

651. Kotegawa T, Laurijssens BE, von Moltke LL, Cotreau MM, Perloff MD, Venkatakrishnan K, Warrington JS, Granda BW, Harmatz JS and Greenblatt DJ.  In vitro, pharmacokinetic, and pharmacodynamic interactions of ketoconazole and midazolam in the rat.  Journal of Pharmacology and Experimental Therapeutics 302:1228-1237, 2002.

652. von Moltke LL, Weemhoff JL, Perloff MD, Hesse LM, Harmatz JS, Roth-Schechter BF and Greenblatt DJ. Effect of zolpidem on human cytochrome P450 activity, and on transport mediated by P-glycoprotein.  Biopharmaceutics and Drug Disposition 23:361-367, 2002.

653. Perloff MD, von Moltke LL and Greenblatt DJ. Fexofenadine transport in Caco-2 cells: inhibition with verapamil and ritonavir. Journal of Clinical Pharmacology 42:1269-1274, 2002.

654. Olubodun JO, Ochs HR, Trüten V, Klein A, von Moltke LL, Harmatz JS, Shader RI and Greenblatt DJ. Zolpidem pharmacokinetic properties in young females: influence of smoking and oral contraceptive use. Journal of Clinical Pharmacology 42:1142-1146, 2002.

655. Court MH, Duan SX, Guillemette C, Journault K, Krishnaswamy S, Von Moltke LL and Greenblatt DJ.  Stereoselective conjugation of oxazepam by human UDP-glucuronosyltransferases (UGTs): S-oxazepam is glucuronidated by UGT2B15, while R-oxazepam is glucuronidated by UGT2B7 and UGT1A9. Drug Metabolism and Disposition 30:1257-1265, 2002.

656. Tran TH, von Moltke LL, Venkatakrishnan K, Granda BW, Gibbs MA, Obach RS, Harmatz JS and Greenblatt DJ. Microsomal protein concentration modifies the apparent inhibitory potency of CYP3A inhibitors. Drug Metabolism and Disposition 30:1441-1445, 2002.

657. Greenblatt DJ, von Moltke LL, Giancarlo GM and Garteiz DA. Human cytochromes mediating gepirone biotransformation at low substrate concentrations. Biopharmaceutics & Drug Disposition 24:87-94, 2003.

658. Perloff MD, von Moltke LL, Greenblatt, DJ.  Differential metabolism of midazolam in mouse liver and intestine microsomes: A comparison of cytochrome P450 activity and expression.  Xenobiotica 33:365-377, 2003.

659. Vishnuvardhan D, von Moltke LL, Richert C, Greenblatt DJ. Lopinavir: Acute exposure inhibits P-glycoprotein; extended exposure induces P-glycoprotein. AIDS 17:1092-1094, 2003.

660. Weemhoff JL, von Moltke LL, Richert C, Hesse LM, Harmatz JS, Greenblatt, DJ. Apparent mechanism-based inhibition of human CYP3A in vitro by lopinavir. Journal of Pharmacy and Pharmacology 55:381-386, 2003.

661. Bertelsen KM, Venkatakrishnan K, von Moltke LL, Obach RS and Greenblatt DJ. Apparent mechanism-based inhibition of human CYP2D6 in vitro by paroxetine: comparison with fluoxetine and quinidine. Drug Metabolism and Disposition 31:289-293, 2003.

662. Krishnaswamy S, Duan SX, von Moltke LL, Greenblatt DJ, Court, MH. Validation of serotonin (5-hydroxtryptamine) as an in vitro substrate probe for human UDP-glucuronosyltransferase (UGT) 1A6. Drug Metabolism and Disposition 31:133-139, 2003.

663. Greenblatt DJ, von Moltke LL, Harmatz JS, Fogelman SM, Chen G et al. Short term exposure to low-dose ritonavir impairs clearance and enhances adverse effects of trazodone. Journal of Clinical Pharmacology 43:414-422, 2003.

664. Olubodun JO, Ochs HR, von Moltke LL, Roubenoff R, Hesse LM, Harmatz JS, Shader RI and Greenblatt DJ. Pharmacokinetic properties of zolpidem in elderly and young adults: possible modulation by testosterone in men. British Journal of Clinical Pharmacology 56: 297-304, 2003.

665. Krishnaswamy S, Duan SX, von Moltke LL, Greenblatt DJ, Sudmeier JL, Bachovchin WW and Court MH. Serotonin (5-hydroxytryptamine) glucuronidation in vitro: assay development, human liver microsome activities and species differences. Xenobiotica 33:169-180, 2003.

666. Patki KC, von Moltke LL and Greenblatt DJ. In-vitro metabolism of midazolam, triazolam, nifedipine and testosterone by human liver microsomes and recombinant cytochromes P450: Role of CYP3A4 and CYP3A5. Drug Metabolism and Disposition 31:938-944, 2003.

667. Greenblatt DJ, von Moltke LL, Harmatz JS, Chen G, Weemhoff JL, Jen C, Kelley CJ, LeDuc BW and Zinny MA. Time-course of recovery of CYP3A function following single doses of grapefruit juice. Clinical Pharmacology and Therapeutics 74:121-129, 2003.

668. Hesse LM, Sakai Y, Vishnuvardhan D, Li AP, von Moltke LL, and Greenblatt DJ. Effect of bupropion on CYP2B6 and CYP3A4 catalytic activity, immunoreactive

protein, and mRNA levels in primary human hepatocytes: comparison with rifampicin. Journal of Pharmacy and Pharmacology 55:1229-1239, 2003.

669. Zawertailo LA, Busto UE, Kaplan HL, Greenblatt DJ and Sellers EM. Comparative abuse liability and pharmacological effects of meprobamate, triazolam, and butabarbital. J Clin Psychopharmacol 23:269-280, 2003.

670. Warrington JS, von Moltke LL, Harmatz JS, Shader RI and Greenblatt DJ. The effect of age on sildenafil biotransformation in rat and mouse liver microsomes. Drug Metab Dispos 31:1306-1309, 2003.

671. Court MH, Krishnaswamy S, Hao Q, Duan SX, Patten CJ, von Moltke LL and Greenblatt DJ. Evaluation of 3'-azido-3'-deoxythymidine, morphine, and codeine as probe substrates for UDP-glucuronosyltransferase 2B7 (UGT2B7) in human liver microsomes: specificity and influence of the UGT2B7*2 polymorphism. Drug Metab Dispos 31:1125-1133, 2003.

672. Perloff MD, von Moltke LL and Greenblatt DJ. Ritonavir and dexamethasone induce expression of CYP3A and P-glycoprotein in rats. Xenobiotica 34: 113-150, 2004.

673. Patki KC, von Moltke LL, Harmatz JS, Hesse LM, Court MH and Greenblatt DJ. Effect of age on in vitro triazolam biotransformation in male human liver microsomes. Journal of Pharmacology and Experimental Therapeutics 308:874-879, 2004.

674. Rynn M, Garcia-Espana F, Greenblatt DJ, Mandos LA, Schweizer E and Rickels K. Imipramine and buspirone in patients with panic disorder who are discontinuing long-term benzodiazepine therapy. J Clin Psychopharmacol 23:505-508, 2003.

675. Warrington JS, Greenblatt DJ and von Moltke LL. Age-related differences in CYP3A expression and activity in the rat liver, intestine and kidney. Journal of Pharmacology and Experimental Therapeutics 309:720-729, 2004.

676. Warrington JS, Greenblatt DJ and von Moltke LL. The effect of age on P-glycoprotein expression and function in the Fischer-344 rat. J Pharmacol Exp Ther 309:730-736, 2004.

677. Warrington JS, Court MH, Greenblatt DJ and von Moltke LL. Phenacetin and chlorzoxazone biotransformation in aging male Fischer 344 rats. Journal of Pharmacy and Pharmacology 56: 819-825, 2004.

678. Warrington JS, Greenblatt DJ and von Moltke LL. The role of CYP3A enzymes in the biotransformation of triazolam in the rat liver. Xenobiotica 34:463-471, 2004.

679. Greenblatt DJ, Ehrenberg BL, Culm KE, Scavone JM, Corbett KC, Friedman HL, Harmatz JS and Shader RI. Kinetics and EEG effects of midazolam during and after

one-minute, one-hour, and three-hour intravenous infusions. <u>Journal of Clinical Pharmacology</u> 44:605-611, 2004.

680. Hesse LM, He P, Krishnaswamy S, Hao Q, Hogan K, von Moltke LL, Greenblatt DJ and Court MH. Pharmacogenetic determinants of interindividual variability in bupropion hydroxylation by cytochrome P450 2B6 in human liver microsomes. <u>Pharmacogenetics</u> 14:225-238, 2004.

681. Court MH, Hao Q, Krishnaswamy S, Bekaii-Saab T, Al-Rohaimi A, von Moltke LL and Greenblatt DJ. UDP-glucuronosyltransferase (UGT) 2B15 pharmacogenetics: UGT2B15 D85Y genotype and gender are major determinants of oxazepam glucuronidation by human liver. <u>J Pharmacol Exp Ther</u> 310: 656-665, 2004.

682. von Moltke LL, Granda BW, Grassi JM, Perloff MD, Vishnuvardhan D and Greenblatt DJ. Interaction of triazolam and ketoconazole in P-glycoprotein-deficient mice. <u>Drug Metab Dispos</u> 32: 800-804, 2004.

683. Mitin T, von Moltke LL, Court MH and Greenblatt DJ. Levothyroxine upregulates P-glycoprotein independent of the Pregnane X receptor. <u>Drug Metab Dispos</u> 32: 779-782, 2004.

684. von Moltke LL, Weemhoff JL, Bedir E, Khan IA, Harmatz JS, Goldman P, Grenblat DJ. Inhibition of human cytochromes P450 by components of Ginkgo biloba. <u>Journal of Pharmacy and Pharmacology</u>. 2004; 56: 1039-1044.

685. Patki KC, Greenblatt DJ and von Moltke LL. Ethanol inhibits in vitro metabolism of nifedipine, triazolam and testosterone in human liver microsomes. <u>Journal of Pharmacy and Pharmacology</u> 56:963-966, 2004.

686. Bekaii-Saab TS, Perloff MD, Weemhoff JL, Greenblatt DJ and von Moltke LL. Interactions of tamoxifen, N-desmethyltamoxifen and 4-hydroxytamoxifen with P-glycoprotein and CYP3A. <u>Biopharm Drug Dispos</u> 25:283-289, 2004.

687. Pomara N, Willoughby LM, Ritchie JC, Sidtis JJ, Greenblatt DJ and Nemeroff CB. Interdose elevation in plasma cortisol during chronic treatment with alprazolam but not lorazepam in the elderly. <u>Neuropsychopharmacology</u> 29:605-611, 2004.

688. Girard H, Court MH, Bernard O, Fortier L-C, Villeneuve L, Hao Q, Greenblatt DJ, von Moltke LL, Perusse L and Guillemette C. Identification of common polymorphisms in the promoter of the UGT1A9 gene: evidence that UGT1A9 protein and activity levels are strongly genetically controlled in the liver. <u>Pharmacogenetics</u> 14:501-515, 2004.

689. Venkatakrishnan K, Culm KE, Ehrenberg BL, Harmatz JS, Corbett KC, Fleishaker JC and Greenblatt DJ. Kinetics and dynamics of intravenous adinazolam, N-desmethyl adinazolam, and alprazolam in healthy volunteers. <u>Journal of Clinical Pharmacology</u> 45:529-537, 2005.

690.   Krishnaswamy S, Hao Q, Von Moltke LL, Greenblatt DJ and Court MH. Evaluation of 5-hydroxytryptophol and other endogenous serotonin (5-hydroxytryptamine) analogs as substrates for UDP-glucuronosyltransferase 1A6. Drug Metab Dispos 32:862-869, 2004.

691.   Greenblatt DJ, Harmatz JS, von Moltke LL, Wright CE and Shader RI. Age and gender effects on the pharmacokinetics and pharmacodynamics of triazolam, a cytochrome P450 3A substrate. Clinical Pharmacology and Therapeutics 76:467-479, 2004.

692.   Girard H, Court MH, Bernard O, Fortier LC, Villeneuve L, Hao Q, Greenblatt DJ, von Moltke LL, Perussed L and Guillemette C. Identification of common polymorphisms in the promoter of the UGT1A9 gene: evidence that UGT1A9 protein and activity levels are strongly genetically controlled in the liver. Pharmacogenetics 14:501-515, 2004.

693.   Pomara N, Willoughby LM, Hashim A, Sershen H, Sidtis JJ, Wesnes K, Greenblatt DJ and Lajtha A. Effects of acute lorazepam administration on aminergic activity in normal elderly subjects: relationship to performance effects and apolipoprotein genotype. Neurochem Res 29:1391-1398, 2004.

694.   Harvey AT, Flockhart D, Gorski JC, Greenblatt DJ, Burke M, Werder S and Preskorn SH. Intramuscular haloperidol or lorazepam and QT intervals in schizophrenia. J Clin Pharmacol 44:1173-1184, 2004.

695.   He P, Court MH, Greenblatt DJ, and von Moltke LL. Genotype-phenotype associations of CYP3A4 and CYP3A5 polymorphism with midazolam clearance in vivo. Clin Pharmacology and Therapeutics 77:373-387, 2005.

696.   Greenblatt DJ, Gan L, Harmatz JS and Shader RI. Pharmacoinetics and pharmacodynamics of single-dose triazolam: electroencephalography compared with the digit-symbol substitution test. Brit J Clin Pharmacol 2005 60: 244-248, 2005.

697.   Ciraulo DA, Knapp C, Rotrosen J, Sarid-Segal O, Ciraulo AM, LoCastro J, Greenblatt DJ and Leiderman D. Nefazodone treatment of cocaine dependence with comorbid depressive symptoms. Addiction 100 Suppl 1:23-31, 2005.

698.   Culm-Merdek KE, von Moltke LL, Harmatz JS and Greenblatt DJ. Fluvoxamine impairs single-dose caffeine clearance without altering caffeine pharmacodynamics. Brit J Clin Pharmacol 60:486-493, 2005.

699.   Perloff ES, Duan SX, Skolnik PR, Greenblatt DJ and von Moltke LL. Atazanavir: effects on P-glycoprotein transport and CYP3A metabolism in vitro. Drug Metab Dispos 33:764-770, 2005.

700.   Greenblatt DJ, Blaskovich PD, Nuwayser ES, Harmatz JS, Chen G and Zinny MA. Clonazepam pharmacokinetics: comparison of subcutaneous microsphere injection with

multiple-dose oral administration. Journal of Clinical Pharmacology 45:1288-1293, 2005

701.  Wolf KK, Wood SG, Hunt JA, Walton-Strong BW, Kazuto Y et al. Role of the nuclear receptor PXR in acetaminophen hepatotoxicity. Drug Metabolism and Disposition 33:1827-1836, 2005.

702.  Krishnaswamy S, Hao Q, Al-Rohaimi A, Hesse LM, von Moltke LL, Greenblatt DJ and Court MH. UDP glucuronosyltransferase (UGT) 1A6 pharmacogenetics: I. Identification of polymorphisms in the 5'-regulatory and exon 1 regions, and association with human liver UGT1A6 gene expression and glucuronidation. J Pharmacol Exp Ther 2005;313:1331-1339.

703.  Krishnaswamy S, Hao Q, Al-Rohaimi A, Hesse LM, von Moltke LL, Greenblatt DJ and Court MH. UDP glucuronosyltransferase (UGT) 1A6 pharmacogenetics: II. Functional impact of the three most common nonsynonymous UGT1A6 polymorphisms (S7A, T181A, and R184S). J Pharmacol Exp Ther 2005;313:1340-1346.

704.  Girard H, Thibaudeau J, Court MH, Fortier LC, Villeneuve L, Caron P, Hao Q, von Moltke LL, Greenblatt DJ and Guillemette C. UGT1A1 polymorphisms are important determinants of dietary carcinogen detoxification in the liver. Hepatology 2005;42:448-457.

705.  Greenblatt DJ, von Moltke LL, Perloff ES, Luo Y, Harmatz JS and Zinny MA. Interaction of flurbiprofen with cranberry juice, grape juice, tea, and fluconazole: in vitro and clinical studies. Clin Pharmacol Ther 2006;79:125-133.

706.  Greenblatt DJ, von Moltke LL, Luo Y, Perloff ES, Horan KA, Bruce A, Reynolds RC, Harmatz JS, Avula B, Khan IA and Goldman P. Ginkgo biloba does not alter clearance of flurbiprofen, a Cytochrome P450-2C9 substrate. J Clin Pharmacol 2006;46:214-221.

707.  Culm-Merdek KE, von Moltke LL, Gan L, Horan KA, Reynolds R, Harmatz JS, Court MH and Greenblatt DJ. Effect of extended exposure to grapefruit juice on cytochrome P450 3A activity in humans: Comparison with ritonavir. Clin Pharmacol Ther 2006;79:243-254.

708.  Fahey JM, Grassi JM, Reddi JM and Greenblatt DJ. Acute zolpidem administration produces pharmacodynamic and receptor occupancy changes at similar doses. Pharmacology, Biochemistry and Behavior 2006;83:21-7.

709.  Bertelsen KM, Greenblatt DJ and von Moltke LL. Apparent active transport of MDMA is not mediated by P-glycoprotein; a comparison with MDCK and caco-2 monolayers. Biopharm Drug Dispos 2006;27:219-227.

710. Hesse LM, Greenblatt DJ, von Moltke LL and Court MH. Ritonavir has minimal impact on the pharmacokinetic disposition of a single dose of bupropion administered to human volunteers. Journal of Clinical Pharmacology 2006;46:567-576.

711. Pomara N, Facelle TM, Roth AE, Willoughby LM, Greenblatt DJ and Sidtis JJ. Dose-dependent retrograde facilitation of verbal memory in healthy elderly following acute oral lorazepam administration. Psychopharmacology 2006;185:487-494.

712. Ciraulo DA, Hitzemann RJ, Somoza E, Knapp CM, Rotrosen J, Sarid-Segal O, Ciraulo AM, Greenblatt DJ and Chiang CN. Pharmacokinetics and pharmacodynamics of multiple sublingual buprenorphine tablets in dose-escalation trials. Journal of Clinical Pharmacology 2006;46:179-192.

713. He P, Court MH, Greenblatt DJ and von Moltke LL. Factors influencing midazolam hydroxylation activity in human liver microsomes. Drug Metabolism and Disposition 2006;34:1198-1207.

714. Ramachandran G, Kumar AK, Swaminathan S, Venkatesan P, Kumaraswami V and Greenblatt DJ. Simple and rapid liquid chromatography method for determination of efavirenz in plasma. Journal of Chromatography B Analytical Technology Biomedical Life Sciences 2006;835:131-135.

715. de Wit M, Best AM, Epstein SK and Greenblatt DJ. Lorazepam concentrations, pharmacokinetics and pharmacodynamics in a cohort of mechanically ventilated ICU patients. International Journal of Clinical Pharmacology and Therapeutics 2006;44:466-473.

716. He P, Court MH, Greenblatt DJ, and von Moltke LL. Human pregnane X receptor: genetic polymorphisms, alternative mRNA splice variants, and cytochrome P450 3A metabolic activity. Journal of Clinical Pharmacology 2006;46:1356-1369.

717. Greenblatt DJ, Legangneux E, Harmatz JS, Weinling E, Freeman J, Rice K and Zammit G. Dynamics and kinetics of a modified-release formulation of zolpidem: comparison with immediate-release standard zolpidem and placebo. J Clin Pharmacol 2006;46:1469-1480.

718. Fahey JM, Pritchard GA, Reddi JM, Pratt JS, Grassi JM, Shader RI, and Greenblatt DJ. The effect of chronic lorazepam administration in aging mice.  Brain Research 2006; 1118: 13-24.

719. Han T, Harmatz JS, Greenblatt DJ and Martyn JAJ. Fentanyl clearance and volume of distribution are increased in patients with major burns. Journal of Clinical Pharmacology 2007;47:674-680.

720. Preskorn SH, Greenblatt DJ, Flockhart D, Luo Y, Perloff ES, Harmatz JS, Baker B, Klick-Davis A, Desta Z and Burt T. Comparison of duloxetine, escitalopram, and

67

sertraline effects on Cytochrome P450 2D6 function in healthy volunteers. J Clin Psychopharmacol 2007;27:28-34.

721. Greenblatt DJ, Harmatz JS and Karim A. Age and gender effects on the pharmacokinetics and pharmacodynamics of ramelteon, a hypnotic agent acting via melatonin receptors $MT_1$ and $MT_2$. Journal of Clinical Pharmacology 2007;47:485-496.

722. Farkas D, Oleson LE, Zhao Y, Harmatz JS, Zinny MA, Court MH and Greenblatt DJ. Pomegranate juice does not impair clearance of oral or intravenous midazolam, a probe for cytochrome P450-3A activity: comparison with grapefruit juice. Journal of Clinical Pharmacology 2007;47:286-294.

723. Perloff MD, von Moltke LL, Fahey JM and Greenblatt DJ. Induction of P-glycoprotein expression and activity by ritonavir in bovine brain microvessel endothelial cells. Journal of Pharmacy and Pharmacology 2007;59:947-953.

724. Girard H, Villeneuve L, Court MH, Fortier LC, Caron P, Hao Q, von Moltke LL, Greenblatt DJ and Guillemette C. The novel UGT1A9 intronic I399 polymorphism appears as a predictor of 7-ethyl-10-hydroxycamptothecin glucuronidation levels in the liver. Drug Metab Dispos 2006;34:1220-1228.

725. Cysneiros RM, Farkas D, Harmatz JS, von Moltke LL and Greenblatt DJ. Pharmacokinetic and pharmacodynamic interactions between zolpidem and caffeine. Clin Pharmacol Ther 2007;82:54-62.

726. Wolf KK, Wood SG, Allard JL, Hunt JA, Gorman N, Walton-Strong BW, Szakacs JG, Duan SX, Hao Q, Court MH, von Moltke LL, Greenblatt DJ, Kostrubsky V, Jeffery EH, Wrighton SA, Gonzalez FJ, Sinclair PR and Sinclair JF. Role of CYP3A and CYP2E1 in alcohol-mediated increases in acetaminophen hepatotoxicity: comparison of wild-type and Cyp2e1(-/-) mice. Drug Metab Dispos 2007;35:1223-1231.

727. Kwara A, Lartey M, Sagoe KW, Xexemedu F, Kenu E, Oliver-Commey J, Boima V, Sagoe A, Boamah I, Greenblatt DJ, Court MH. Pharmacokinetics of efavirenz when co-administered with rifampin in TB/HIV co-infected patients: Pharmacogenetic effect of *CYP2B6* variation. Journal of Clinical Pharmacology 2008; 48: 1032-1040.

728. Knox TA, Oleson L, von Moltke LL, Kaufman RC, Wanke CA and Greenblatt DJ. Ritonavir greatly impairs CYP3A activity in HIV infection with chronic viral hepatitis. J AIDS 2008; 49: 358-368.

729. Gan L, von Moltke LL, Trepanier LA, Harmatz JS, Greenblatt DJ and Court MH. Role of NADPH-cytochrome P450 reductase and cytochrome $b_5$/NADH $b_5$ reductase in variability of CYP3A activity in human liver microsomes. Drug Metabolism and Disposition 2009; 37: 90-96.

730. Farkas D, Volak LP, Harmatz JS, von Moltke LL, Court MH and Greenblatt DJ. Short-term clarithromycin adminstration impairs clearance and enhances pharmacodynamic

effects of trazodone but not of zolpidem. Clinical Pharmacology and Therapeutics 2009; 85: 644-650.

731. Han T, Kaneda K, Greenblatt DJ and Martyn JAJ. Propofol clearance and volume of distribution are increased in patients with major burns. Journal of Clinical Pharmacology 2009; 49: 768-772.

732. Rhee MH, Hellinger JA, Sheble-Hall S, Cohen CJ and Greenblatt DJ. Relationship between plasma protease inhibitor concentrations and lipid elevations in HIV patients on double-boosted protease inhibitor regimens (saquinavir/lopinavir/ritonavir). Journal of Clinical Pharmacology 2010; 50: 392-400.

733. Ansell J, McDonough M, Zhao Y, Harmatz JS and Greenblatt DJ. The absence of an interaction between warfarin and cranberry juice: A randomized, double-blind trial. Journal of Clinical Pharmacology 2009; 49: 824-830.

734. He X, Hesse LM, Hazarika S, Masse G, Harmatz JS, Greenblatt DJ and Court MH. Evidence for oxazepam as an in vivo probe of UGT2B15: oxazepam clearance is reduced by UGT2B15 D85Y polymorphism but unaffected by UGT2B17 deletion. British Journal of Clinical Pharmacology 2009; 68: 721-730.

735. Greenblatt DJ, Peters DE, Oleson LE, Harmatz JS, MacNab MW, Berkowitz N, Zinny MA and Court MH. Inhibition of oral midazolam clearance by boosting doses of ritonavir, and by 4,4-dimethyl-benziso-(2H)-selenazine (ALT-2074), an experimental catalytic mimic of glutathione oxidase. British Journal of Clinical Pharmacology 2009; 68: 920-927.

736. Oleson L, von Moltke LL, Greenblatt DJ and Court MH. Identification of polymorphisms in the 3'-untranslated region of the human Pregnane X Receptor (PXR) gene associated with variability in Cytochrome P450 3A (CYP3A) metabolism. Xenobiotica 2010; 40: 146-162.

737. Yin W, Karyagina EV, Lundberg AS, Greenblatt DJ and Lister-James J. Pharmacokinetics, bioavailability and effects on electrocardiographic parameters of oral fludarabine phosphate. Biopharmaceutics and Drug Disposition 2010; 31: 72-81.

738. Atassi N, Ratai E, Greenblatt DJ, Pulley D, Zhao Y, Wallace S, Bombardier J, Eckendrode J, Cudkowicz M and DiBernardo A. A phase I, pharmacokinetic, dosage-escalation study of creatine monohydrate in subjects with amyotrophic lateral sclerosis. Amyotrophic Lateral Sclerosis 2010; 11: 508-513.

739. Reddy P, Ellington D, Zhu Y, Zdrojewski I, Parent SJ, Harmatz JS, Derendorf H, Greenblatt DJ and Browne K. Serum concentrations and clinical effects of atorvastatin in patients taking grapefruit juice daily. British Journal of Clinical Pharmacology 2011; 72: 434-441.

69

740. Greenblatt DJ, Zhao Y, Venkatakrishnan K, Duan SX, Harmatz JS, Parent SJ, Court MH and von Moltke LL. Mechanism of cytochrome P450-3A inhibition by ketoconazole. Journal of Pharmacy and Pharmacology 2011; 63: 214-221.

741. Kwara A, Tashima KT, Dumond JB, Poethke P, Kurpewski J, Kashuba AD, Court MH and Greenblatt DJ. Modest but variable effect of rifampin on steady-state plasma pharmacokinetics of efavirenz in healthy African-American and Caucasion volunteers. Antimicrob Agents Chemother 2011; 55: 3527-3533.

742. Greenblatt DJ, Harmatz JS, Walsh J, Luthringer R, Staner L, Otmani S, Nedelec J, Francart C, Parent SJ and Staner C. Pharmacokinetic profile of SKP-1041, a modified release formulation of zaleplon. Biopharmaceutics & Drug Disposition 2011; 32: 489-497.

743. Smithline HA, Donnino M and Greenblatt DJ. Pharmacokinetics of high-dose oral thiamine hydrochloride in healthy subjects. BMC Clinical Pharmacology 2012; 12: 4.

744. Spunt SL, Grupp SA, Vik TA, Santana VM, Greenblatt DJ, Clancy J, Berkenblit A, Krygowski M, Ananthakrishnan R, Boni JP and Gilbertson RJ. Phase I study of temsirolimus in pediatric patients with recurrent/refractory solid tumors. Journal of Clinical Oncology 2011; 29: 2933-2940.

745. Pomara N, Bruno D, Sidtis JJ, Lutz MW, Greenblatt DJ, Saunders AM and Roses AD. Translocase of outer mitochondrial membrane 40 homolog (TOMM40) poly-T length modulates lorazepam-related cognitive toxicity in healthy APOE epsilon4-negative elderly. Journal of Clinical Psychopharmacology 2011; 31: 544-546.

746. Greenblatt DJ, Zhao Y, Hanley MJ, Chen C, Harmatz JS, Cancalon PF and Gmitter FG. Mechanism-based inhibition of human Cytochrome P450-3A (CYP3A) activity by grapefruit hybrids having low furanocoumarin content. Xenobiotica 2012; 42: 1163-1169.

747. Volak LP, Hanley MJ, Masse G, Hazarika S, Harmatz JS, Badmaev V, Majeed M, Greenblatt DJ and Court MH. Effect of a herbal extract containing curcumin and piperine on midazolam, flurbiprofen, and paracetamol (acetaminophen) pharmacokinetics in healthy volunteers. British Journal of Clinical Pharmacology 2012; 75: 450-462.

748. Hanley MJ, Masse G, Harmatz JS, Court MH and Greenblatt DJ. Pomegranate juice and pomegranate extract do not impair oral clearance of flurbiprofen in human volunteers: Divergence from in vitro results. Clinical Pharmacology and Therapeutics 2012; 92: 851-857.

749. Hanley MJ, Masse G, Harmatz JS, Cancalon PF, Dolnikowski GG, Court MH and Greenblatt DJ. Effect of blueberry juice on clearance of buspirone and flurbiprofen in human volunteers. British Journal of Clinical Pharmacology 2013; 75: 1041-1052.

750. Court MH, Freytsis M, Wang X, Peter I, Guillemette C, Hazarika S, Duan SX, Greenblatt DJ, Lee WM and the Acute Liver Failure Study Group. The UDP-glucuronosyltransferase (UGT) 1A polymorphism c.2042C>G (rs8330) is associated with increased human liver acetaminophen glucuronidation, increased UGTIA exon 5a/5b splice variant mRNA ratio, and decreased risk of unintentional acetaminophen-induced acute liver failure. Journal of Pharmacology and Experimental Therapeutics 2013; 345: 297-307.

751. Yasar U, Greenblatt DJ, Guillemette C and Court MH. Evidence for regulation of UDP-glucurononosyltransferase (UGT) 1A1 protein expression and activity via DNA methylation in healthy human livers. Journal of Pharmacy and Pharmacology 2013; 65: 874-883.

752. Greenblatt DJ, Harmatz JS, Roth T, Singh NN, Moline ML, Harris SC and Kapil RP. Comparison of pharmacokinetic profiles of zolpidem buffered sublingual tablet and zolpidem oral immediate-release tablet. Clinical Therapeutics 2013; 35: 604-611.

753. Berry JD, Shefner JM, Conwit R, Schoenfeld D, Keroack M, Felsenstein D, Krivickas L, David WS, Vriesendorp F, Pestronk A, Caress J, Katz J, Simpson E, Rosenfeld J, Pascuzzi R, Glass J, Rezania K, Rothstein J, Greenblatt DJ and Cudkowicz M. Design and initial results of a multi-phase randomized trial of cefriaxone in amyotrophic lateral sclerosis. PLoS ONE 2013 Apr 17; 8: e61177.

754. Greenblatt DJ, Harmatz JS, Singh NN, Roth T, Harris SC, Kapril RP. Influence of food on pharmacokinetics of zolpidem from fast dissolving sublingual zolpidem tartrate tablets. Journal of Clinical Pharmacology 2013; 53: 1194-1198.

755. Court MH, Peter I, Hazarika S, Vasiadi M, Greenblatt DJ, Lee WM, and the Acute Liver Failure Study Group. Candidate gene polymorphisms in patients with acetaminophen-induced acute liver failure. Drug Metabolism and Disposition 2014; 42: 28-32.

756. Greenblatt DJ, Harmatz JS, Singh NN, Steinberg F, Roth T, Moline ML, Harris SC, Kapil RP. Gender differences in the pharmacokinetics and pharmacodynamics of zolpidem following sublingual administration. Journal of Clinical Pharmacology 2014; 54: 282-290.

757. Epstein LC, Masse G, Harmatz JS, Scott TM, Papas AS, Greenblatt DJ. Characterization of cognitive dysfunction in Sjögren's Syndrome patients. Clinical Rheumatology 2014; 33: 511-521.

758. Court MH, Almutairi FE, Greenblatt DJ, Hazarika S, Sheng H, Klein K, Zanger UM, Bourgea J, Patten CJ, Kwara A. Isoniazid mediates the CYP2B6*6 genotype-dependent interaction between efavirenz and antituberculosis drug therapy through mechanism-based inactivation of CYP2A6. Antimicrobial Agents and Chemotherapy 2014; 58: 4145-4152.

759. Zhao Y, Cudkowicz ME, Shefner JM, Krivickas L, David WS, Vriesendorp F, Pestronk A, Caress JB, Katz J, Simpson E, Rosenfeld J, Pascuzzi R, Glass J, Rezania K, Harmatz JS, Schoenfeld D, Greenblatt DJ.  Systemic pharmacokinetics and cerebrospinal fluid uptake of intravenous ceftriaxone in patients with amyotrophic lateral sclerosis.  Journal of Clinical Pharmacology 2014; 54: 1180-1187.

760. Greenblatt DJ, Harmatz JS, Singh NN, Steinberg F, Roth T, Harris SC, Kapil RJ. Pharmacokinetics of zolpidem from sublingual zolpidem tartrate tablets in healthy elderly versus non-elderly subjects.
Drugs and Aging 2014; 31: 731-736.

761. Cudkowicz ME, Titus S, Kearney M, Yu H, Sherman A, Schoenfeld D, Hayden D, Shui A, Brooks B, Conwit R, Felsenstein D, Greenblatt DJ, Keroack M, Kissel JT, Miller R, Rothstein JD, Simpson E, Tolkoff-Rubin N, Zinman L, Shefner JM.  Safety and efficacy of ceftriaxone for amyotrophic lateral sclerosis: a multi-stage, randomised, double-blind, placebo-controlled trial. Lancet Neurology 2014; 13: 1083-1091.

762. Pomara N, Lee SH, Bruno D, Silber T, Greenblatt DJ, Petkova E, Sidtis JJ. Adverse performance effects of acute lorazepam administration in elderly long-term users: Pharmacokinetic and clinical predictors. Prog Neuropsychopharmacol Biol Psychiatry 2015; 56: 129-135.

763. Zhao Y, Harmatz JS, Epstein CR, Nakagawa Y, Kurosaki C, Nakamura T, Kadota T, Giesing D, Court MH, Greenblatt DJ.  Favipiravir inhibits acetaminophen sulfate formation but minimally affects systemic pharmacokinetics of acetaminophen.  British Journal of Clinical Pharmacology 2015; 80: 1076-1085.

764. Greenblatt DJ, Harmatz JS.  Ritonavir is the best alternative to ketoconazole as index inhibitor of Cytochrome P450-3A in drug-drug interaction studies.  British Journal of Clinical Pharmacology 2015; 80: 342-350.

765. Ratti E, Berry JD, Greenblatt DJ, Loci L, Ellrodt AS, Shefner JM, Cudkowicz ME. Preclinical rodent toxicity studies for long term use of ceftriaxone.  Toxicology Reports 2015; 2: 1396-1403.

766. Elliott KR, Harmatz JS, Zhao Y, Greenblatt DJ.  Body size changes among National Collegiate Athletic Association New England Division III football players, 1956-2014: Comparison with age-matched population controls.  Journal of Athletic Training 2016; 51: 373-381.

767. Qian Y, Sherbini A, Matin B, Castellot J, Greenblatt DJ.  Inhibition of 2-methoxyestradiol glucuronidation by probenecid.  Journal of Pharmacy and Pharmacology 2015; 67: 1585-1592.

768. Weiss MD, Macklin ED, Simmons Z, Knox AS, Greenblatt DJ, Atassi N, Graves M, Parziale N, Salameh JS, Quinn C, Brown RH, Distad BJ, Trivedi J, Shefner JM, Barohn RJ, Pestronk A, Swenson A, Cudkowicz ME, for the Mexilitine ALS Study Group.  A

randomized trial of mexiletine in ALS:  Safety and effects on muscle cramps and progression.  <u>Neurology</u> 2016; 86: 1474-1481.

769.   Schaller SJ, Alam SM, Mao J, Zhao Y, Blobner M, Greenblatt DJ, Martyn JAJ.  Pharmacokinetics cannot explain the increased effective dose requirement for morphine and midazolam in rats during their extended administration alone or in combination.  <u>Journal of Pharmacy and Pharmacology</u> 2017; 69: 82-88.

770.   Cao L, Greenblatt DJ, Kwara A.  Inhibitory effects of selected antituberculosis drugs on common human hepatic Cytochrome P450 and UDP-glucuronosyltransferase enzymes.  <u>Drug Metabolism and Disposition</u> 2017; 45: 1035-1043.

771.   Court MH, Zhu Z, Masse G, Duan SX, James LP, Harmatz JS, Greenblatt   DJ.  Race, gender, and genetic polymorphism contribute to variability in acetaminophen pharmacokinetics, metabolism, and protein-adduct concentrations in healthy African-American and European-American volunteers.  <u>Journal of Pharmacology and Experimental Therapeutics</u> 2017; 362: 431-440.

772.   Cao L, Kwara A, Greenblatt DJ.  Metabolic interactions between acetaminophen (paracetamol) and two flavonoids, luteolin and quercetin, through <i>in vitro</i> inhibition studies.  <u>Journal of Pharmacy and Pharmacology</u> 2017; 69: 1762-1772.

773.   Algeelani S, Alam N, Hossain MA, Mikus G, Greenblatt DJ.  In vitro inhibition of human UGT isoforms by ritonavir and cobicistat.  <u>Xenobiotica</u> 2018; 48: 764-769.

774.   Hossain MA, Tran T, Chen T, Mikus G, Greenblatt DJ.  Inhibition of human Cytochromes P450 <i>in vitro</i> by ritonavir and cobicistat.  <u>Journal of Pharmacy and Pharmacology</u> 2017; 69: 1786-1793.

775.   Alam N, Angeli MG, Greenblatt DJ.  Mechanism of <i>in vitro</i> inhibition of UGT1A1 by paritaprevir.  <u>Journal of Pharmacy and Pharmacology</u> 2017; 69: 1794-1801.

776.   Johnson-Agbakwu C, Brown L, Yuan J, Kissling R, Greenblatt DJ.  Effects of flibanserin on the pharmacokinetics of a combined ethinylestradiol/levonorgestrel oral contraceptive in healthy premenopausal women.  <u>Clinical Therapeutics</u> 2018; 40: 64-73.

777.   Greenblatt DJ, Patel M, Harmatz JS, Nicholson WT, Rubino CM, Chow CR.  Impaired rivaroxaban clearance in mild renal insufficiency with verapamil coadministration: Potential implications for bleeding risk and dose selection.  <u>Journal of Clinical Pharmacology</u> 2018; 58: 533-540.

778. Algeelani S, Alkhelb D, Greenblatt DJ.  Inhibitory effects of sulfonylureas and non-steroidal anti-inflammatory drugs on in-vitro metabolism of canagliflozin in human liver microsomes.  Biopharmaceutics and Drug Disposition 2018; 39: 135-142.

779. Greenblatt DJ, Harmatz JS, Chow CR.  Vortioxetine disposition in obesity: Potential implications for patient safety.  Journal of Clinical Psychopharmacology 2018; 38: 172-179.

780. Chow CR, Harmatz JS, Ryan MJ, Greenblatt DJ:  Persistence of a posaconazole-mediated drug-drug interaction with ranolazine after cessation of posaconazole administration:  Impact of obesity and implications for patient safety.  Journal of Clinical Pharmacology 2018; 58: 1436-1422.

781. Greenblatt DJ, Harmatz JS, Ryan MJ, Chow CR:  Sustained impairment of lurasidone clearance after discontinuation of posaconazole: Impact of obesity, and implications for patient safety.  Journal of Clinical Psychopharmacology 2018; 38: 289-295.

782. Matin B, Sherbini AA, Alam N, Harmatz JS, Greenblatt DJ.  Resveratrol glucuronidation in vitro: Potential implications of inhibition by probenecid.  Journal of Pharmacy and Pharmacology 2019; 71: 371-378.

783. Kwara A, Yanf H, Antwi A, Enimil A, Gillani FS, Dompreh A, Ortsin A, Opoku T, Bosomtwe D, Sarfo A, Wiesner L, Norman J, Alghamdi WA, Langaee T, Peloquin CA, Court MH, Greenblatt DJ:  Effect of rifampin/isoniazid-containing antituberculosis therapy on efavirenz pharmacokinetics in HIV-infected children aged 3 to 14 years old.  Antimicrobial Agents and Chemotherapy 2018 Dec 21;63(1). pii: e01657-18.

784. Nozari A, Johnson-Akeju S, Mirzakhani H, Eskandar E, Ma Z, Hossain MA, Wang Q, Greenblatt DJ, Martyn JAJ.  Prolonged therapy with the anticonvulsant carbamazepine leads to increased plasma clearance of fentanyl.  Journal of Pharmacology and Pharmacology 2019; 71: 982-987.

785. Uchimura T, Nakamura DS, Link EM, Noguchi Y, Omura S, Sunazuka T, Greenblatt DJ, Zeng L.  Erythromycin acts through the ghrelin receptor to attenuate inflammatory responses in chondtocytes and maintain joint integrity.  Biochemical Pharmacology 2019; 165: 79-90.

786. Enimil A, Antwi S, Yang H, Dompreh A, Alghamdi WA, Gillani FS, Ortsin A, Bosomtwe D, Opoku T, Norman J, Wiesner L, Langaee T, Peloquin CA, Court MH, Greenblatt DJ, Kwara A.  Effect of first-line antituberculosis therapy on nevirapine pharmacokinetics in children younger than 3 years old.  Antimicrobial Agents and Chemotherapy 2019 Sep 23;63(10). pii: e00839-19. doi: 10.1128/AAC.00839-19.

74

787.   Elgart A, Greenblatt DJ, Loupe PS, Zur AA, Weiss S, Mimrod D, Spiegelstein O.  The effect of CYP3A induction and inhibition on the pharmacokinetics of laquinimod, a novel neuroimmunomodulator.  Clinical Pharmacology in Drug Development 2020; 9: 1015-1024.

788.   Greenblatt DJ, Harmatz JS, Zhang Q, Chen Y, Shader RI.  Slow accumulation and elimination of diazepam and its active metabolite with extended treatment in the elderly.  Journal of Clinical Pharmacology 2020 (EPub)

## REVIEWS AND BOOK CHAPTERS

R1.   Greenblatt DJ, Shader RI, DiMascio A: Extrapyramidal side effects of psychotropic drugs.  Connecticut Medicine 33:197-201, 1969.

R2.   Greenblatt DJ, Shader RI: Acute poisoning with psychotropic drugs.  In, Psychotropic Drug Side Effects: Clinical and Theoretical Perspectives, by RI Shader, A DiMascio and associates.  Baltimore, Williams and Wilkins, 1970, pp. 214-234.

R3.   Greenblatt DJ, Shader RI, DiMascio A: Extrapyramidal effects.  In, Psychotropic Drug Side Effects: Clinical and Theoretical Perspectives, by RI Shader, A DiMascio and associates.  Baltimore, Williams and Wilkins, 1970, pp. 92-106.

R4.   Chien C-P, Greenblatt DJ, DiMascio A, Shader RI: Drug-induced  extrapyramidal and neurological symptoms, In, Clinical Handbook of Psychopharmacology.  Edited by A DiMascio, RI Shader.  New York, Science House, 1970, pp. 229-243.

R5.   Greenblatt DJ, Shader RI: Adverse effects of LSD: a current perspective.  Connecticut Medicine 34:895-902, 1970.

R6.   Greenblatt DJ: Toward the rational use of digoxin.  Illinois Medical Journal 140:114-120, 1971.

R7.   Shader RI, Greenblatt DJ: Uses and toxicity of belladonna alkaloids and synthetic anticholinergics.  Seminars in Psychiatry 3:449-476, 1971.

R8.   Greenblatt DJ, Shader RI: Digitalis toxicity.  In, Psychiatric Complications of Medical Drugs.  Edited by RI Shader.  New York, Raven Press, 1972, pp. 25-47.

R9.   Shader RI, Greenblatt DJ: Belladonna alkaloids and synthetic  anticholinergics:  uses and toxicity.  In, Psychiatric Complications of Medical Drugs.  Edited by RI Shader.  New York, Raven Press, 1972, pp. 103-147.

R10.   Miller RR, Greenblatt DJ: The clinical use of procainamide.  <u>American Journal of Hospital Pharmacy</u> 31:889-891, 1974.

R11.   Greenblatt DJ, Miller RR: Rational use of psychotropic drugs.  I.  Hypnotics.  <u>American Journal of Hospital Pharmacy</u> 31:990-995, 1974.

R12.   Greenblatt DJ, Shader RI: Rational use of psychotropic drugs.  II.  Antianxiety agents.  <u>American Journal of Hospital Pharmacy</u> 31:1077-1080, 1974.

R13.   Greenblatt DJ, Shader RI: Rational use of psychotropic drugs.  III.  Major tranquilizers.  <u>American Journal of Hospital Pharmacy</u> 31:1226-1231, 1974.

R14.   Greenblatt DJ, Shader RI: Rational use of psychotropic drugs.  IV.  Antidepressants.  <u>American Journal of Hospital Pharmacy</u> 32:59-64, 1975.

R15.   Greenblatt DJ, Shader RI: Psychotropic drugs, medical disease, and other medical therapies.  In, <u>Seminars in Psychiatry: Drugs in Combination with Other Therapies</u>.  Edited by M Greenblatt.  New York, Grune and Stratton, 1975, pp. 83-99.

R16.   Greenblatt DJ, Shader RI: Urgent pharmacotherapy of drug abuse.  In, <u>Current Psychiatric Therapies</u>, vol. 15.  Edited by JM Masserman.  New York, Grune and Stratton, 1975, pp. 171-180.

R17.   Greenblatt DJ, Shader RI: Blood levels of benzodiazepines: applications in medicine and toxicology.  In, <u>Clinical Pharmacology of Psychoactive Drugs</u>.  Edited by EM Sellers.  Toronto, Addiction Research Foundation of Ontario, 1975, pp.  87-104.

R18.   Duhme DW, Greenblatt DJ, Miller RR: Pharmacotherapy of essential hypertension.  <u>American Journal of Hospital Pharmacy</u> 32:508-516, 1975.

R19.   Greenblatt DJ, Shader RI: Psychotropic drugs in the general hospital.  In, <u>Manual of Psychiatric Therapeutics</u>.  Edited by RI Shader.  Boston, Little Brown and Company, 1975, pp. 1-26.

R20.   Shader RI, Greenblatt DJ: The psychopharmacological treatment of  anxiety states.  In, <u>Manual of Psychiatric Therapeutics</u>.  Edited by RI Shader.  Boston, Little Brown and Company, 1975, pp.  27-38.

R21.   Greenblatt DJ, Shader RI: Bad trips.  In, <u>Manual of Psychiatric  Therapeutics</u>.  Edited by RI Shader.  Boston, Little Brown and Company, 1975, pp. 185-194.

R22.   Greenblatt DJ, Shader RI: Treatment of the alcohol withdrawal syndrome.  In, <u>Manual of Psychiatric Therapeutics</u>.  Edited by RI Shader.  Boston, Little Brown and Company, 1975, pp. 211-236.

R23.    Greenblatt DJ, Shader RI: Psychotropic drug overdosage.  In, Manual of Psychiatric Therapeutics.  Edited by RI Shader.  Boston, Little Brown and Company, 1975, pp. 237-268.

R24.    Greenblatt DJ, Shader RI: Drug interactions in psychopharmacology. In, Manual of Psychiatric Therapeutics.  Edited by RI Shader. Boston, Little Brown and Company, 1975, pp. 269-280.

R25.    Greenblatt DJ, Shader RI, Koch-Weser J, Franke K: Clinical   pharmacokinetics of chlordiazepoxide.  In, Pharmacokinetics of Psychoactive Drugs: Blood Levels and Clinical Response. Edited by LA Gottschalk, S Merlis.  Flushing, New York, Spectrum Publications, 1976, PP. 127-139.

R26.    Greenblatt DJ, Smith TW: Digitalis: clinical implications of new facts about an old drug. Postgraduate Medicine 54:134-139, (May) 1976.

R27.    Greenblatt DJ, Gross PL, Bolognini V: Pharmacotherapy of   cardiopulmonary arrest. American Journal of Hospital Pharmacy 33:579-583, 1976.

R28.    Shader RI, Good MI, Greenblatt DJ: Anxiety states and beta-adrenergic blockade.  In, Progress in Psychiatric Drug Treatment, vol. 2.  Edited by DF Klein, R Gittelman-Klein. New York, Brunner/Mazel, Publishers, 1976, pp.  509-528.

R29.    Greenblatt DJ, Shader RI, Koch-Weser J: The psychopharmacology of beta adrenergic blockade:      pharmacokinetic and epidemiologic aspects.  In, Neuro-Psychiatric Effects of Adrenergic Beta-Receptor Blocking Agents.  Edited by C Carlson, J Engel, L Hansson. München, Urban & Schwarzenberg, 1976, pp. 6-13.

R30.    Greenblatt DJ, Shader RI: Psychopharmacokinetics. In, Clinical Pharmacy and Clinical Pharmacology.  Edited by WA Gouveia, G Tognoni, E van der Kleijn.  Amsterdam, North-Holland Publishing Company, 1976, pp. 3-15.

R31.    Greenblatt DJ, Shader RI: Nonprescription psychotropic drugs.  In,  Psychopharmacology in the Practice of Medicine.  Edited by ME Jarvik.  New York, Appleton-Century-Crofts, 1977, pp. 345-357.

R32.    Greenblatt DJ, Shader RI: Evaluation of new hypnotic drugs.  In, Drugs Under Experimental and Clinical Research 1:417-422, 1977.

R33.    Greenblatt DJ, Koch-Weser J: Clinical toxicity of propranolol and practolol: a report from the Boston Collaborative Drug Surveillance Program.  In, Cardiovascular Drugs, Vol. 2: β-Adrenoceptor Blocking Drugs.  Edited by GS Avery.  New York, ADIS Press Australasia Pty Ltd.  1977, pp. 179-195.

R34.   Greenblatt DJ, Shader RI: Pharmacotherapy of anxiety with benzodiazepines and β-adrenergic blockers. In, Psychopharmacology: A Generation of Progress. Edited by MA Lipton, A DiMascio, KF Killam. New York, Raven Press, 1978, pp. 1381-1389.

R35.   Greenblatt DJ: Drug therapy of insomnia. In, Clinical Psychopharmacology. Edited by JG Bernstein. Littleton, Massachusetts, PSG Publishing Company, 1978, pp. 27-39.

R36.   Allen MD, Greenblatt DJ: Hypnotics and sedatives. In, Side Effects of Drugs Annual 2. Edited by MNG Dukes. Amsterdam, Excerpta Medica, 1978, pp. 36-44.

R37.   Shader RI, Weinberger DR, Greenblatt DJ: Problems with drug interactions in treating brain disorders. Psychiatric Clinics of North America 1:51-69, 1978.

R38.   Greenblatt DJ: International patterns of clinical use and toxicity of digitalis glycosides: a report from the Boston Collaborative Drug Surveillance Program. In, Cardiac Glycosides, Part II, International Boehringer Mannheim Symposia. Edited by G Bodem, HJ Dengler, Berlin, Springer-Verlag, 1978, pp. 326-334.

R39.   Greenblatt DJ, Pfeifer JH, Koch-Weser J: Clinical Toxicity of beta-adrenergic blocking drugs. In, Beta-Adrenergic Blockade: A New Era in Cardiovascular Medicine. Edited by E Braunwald. Amsterdam, Excerpta Medica, 1978, pp. 131-136.

R40.   Allen MD, Greenblatt DJ: Hypnotics and sedatives. In, Side Effects of Drugs Annual 3. Edited by MNG Dukes. Amsterdam, Excerpta Medica, 1979, pp. 29-38.

R41.   Shader RI, Greenblatt DJ: Benzodiazepines: some aspects of their clinical pharmacology. In, Drug Concentrations in Neuropsychiatry (Ciba Foundation Symposium 74). Edited by R Porter, J Rivers, J Whelon. Amsterdam, Excerpta Medica, 1980.

R42.   Greenblatt DJ, Shader RI: Pharmacokinetic aspects of anxiolytic drug therapy. Canadian Journal of Neurological Sciences 7:269-270, 1980.

R43.   Shader RI, Greenblatt DJ: The use of benzodiazepines in clinical practice. British Journal of Clinical Pharmacology 11:5S-9S, 1981.

R44.   Greenblatt DJ, Shader RI, Divoll M, Harmatz JS: Benzodiazepines: a summary of pharmacokinetic properties. British Journal of Clinical Pharmacology 11:llS-16S, 1981.

R45.   Ameer B, Greenblatt DJ: Lorazepam: a review of its clinical pharmacological properties and therapeutic uses. Drugs 21:161-200, 1981.

R46.   Greenblatt DJ, Shader RI: Benzodiazepines: analytic techniques. In, Therapeutic Drug Monitoring. Edited by A Richens, V Marks. Edinburgh, Churchill Livingston, 1981, pp. 272-280.

R47.    Greenblatt DJ, Shader RI: Pharmacokinetics in old age: principles and problems of
        assessment.  In, Clinical Pharmacology and the Aged Patient.  Edited by LF Jarvik, DJ
        Greenblatt, D Harman.  New York, Raven Press, 1981, pp. 27-46.

R48.    Greenblatt DJ, Shader RI: Benzodiazepine kinetics in the elderly.  In, Clinical
        Pharmacology in Psychiatry.  Edited by E Usdin, et al.  New York, Elsevier, 1981, pp.
        173-181.

R49.    Greenblatt DJ, Divoll M, Abernethy DR, Shader RI: Benzodiazepine hypnotics: kinetic
        and therapeutic options.  Sleep 5:S18-S27, 1982.

R50.    Shader RI, Greenblatt DJ: Management of anxiety in the elderly: the balance between
        therapeutic and adverse effects.  Journal of Clinical Psychiatry 43(No. 9, Sect. 2):8-16,
        1982.

R51.    Greenblatt DJ: Analysis of benzodiazepines by electron-capture  gas-liquid
        chromatography.  In, Methodology for Analytical Toxicology, Vol II.  Edited by I
        Sunshine, PI Jatlow.  Boca Raton, Florida, CRC Press, 1982, pp. 19-24.

R52.    Greenblatt DJ, Divoll M, Abernethy DR, Shader RI: Physiologic changes in old age:
        relation to altered drug disposition.  Journal of the American Geriatrics Society 30
        (November supplement): S6-SlO, 1982.

R53.    Greenblatt DJ, Shader RI: New anxiolytics: are they really new? Psychopharmacology
        Bulletin 18:58-61, (Oct) 1982.

R54.    Greenblatt DJ, Divoll M: Benzodiazepines in the elderly.  In, Treatment of
        Psychopathology in the Aging.  Edited by C Eisdorfer, WE Fann.  New York, Springer
        Publishing Co., 1982, p. 29-42.

R55.    Greenblatt DJ, Divoll M: Diazepam versus lorazepam: relationship of drug distribution to
        duration of clinical action.  In, Status Epilepticus: Mechanisms of Brain Damage and
        Treatment (Advances in Neurology, Volume 34). Edited by AV Delgado-Escueta, CG
        Wasterlain, DM Treman, RI Porter.  New York, Raven Press, 1983, p. 487-491.

R56.    Greenblatt DJ, Divoll M, Abernethy DR, Ochs HR, Shader RI: Benzodiazepine kinetics:
        implications for therapeutics and pharmacogeriatrics.  Drug Metabolism Reviews 14:251-
        292, 1983.

R57.    Greenblatt DJ, Shader RI, Abernethy DR, Ochs HR, Divoll M, Sellers EM:
        Benzodiazepines and the challenge of pharmacokinetic taxonomy.  In, Pharmacology of
        Benzodiazepines.  Edited by E Usdin, P Skolnick, JF Tallman, D Greenblatt, SM Paul.
        London, MacMillan Press, 1982, p. 257-269.

R58.    Sellers EM, Naranjo CA, Khouw V, Greenblatt DJ: Binding of benzodiazepines to plasma proteins. In, Pharmacology of Benzodiazepines. Edited by E Usdin, P Skolnick, JF Tallman, D Greenblatt, SM Paul. London, MacMillan Press, 1982, p. 271-284.

R59.    Greenblatt DJ, Abernethy DR, Divoll M, Harmatz JS, Shader RI: Pharmacokinetic properties of benzodiazepine hypnotics. Journal of Clinical Psychopharmacology 3:129-132, 1983.

R60.    Greenblatt DJ, Divoll M, Abernethy DR, Shader RI: Clinical pharmacokinetics of alprazolam, a triazolo benzodiazepine. In, The Affective Disorders. Edited by JM Davis, JW Maas. Washington, D.C., American Psychiatric Press, 1983, p. 367-378.

R61.    Abernethy DR, Greenblatt DJ, Shader RI: Benzodiazepines in clinical practice. In, Recent Advances in Therapeutics. Edited by JZ Yetiv, JR Bianchine. New York, Grune and Stratton, 1983, p. 143-153.

R62.    Abernethy DR, Greenblatt DJ, Divoll M, Shader RI: Pharmacokinetics of alprazolam. Journal of Clinical Psychiatry 44(No. 8, Sect. 2):45-47, 1983.

R63.    Coffey B, Shader RI, Greenblatt DJ: Pharmacokinetics of benzodiazepines and psychostimulants in children. Journal of Clinical Psychopharmacology 3:217-225, 1983.

R64.    Shader RI, Greenblatt DJ: Some current treatment options for symptoms of anxiety. Journal of Clinical Psychiatry 44 (No.11, Sect.2):21-29, 1983.

R65.    Greenblatt DJ, Abernethy DR, Divoll M, Ochs HR, Shader RI: Antipyretic analgesic drugs as models for studies of drug disposition in old age. American Journal of Medicine 75 (Suppl. 5A):127-132, 1983.

R66.    Abernethy DR, Greenblatt DJ, Ochs HR, Shader RI: Benzodiazepine drug-drug interactions commonly occurring in clinical practice. Current Medical Research and Opinion 8 (supplement 4) :80-93, 1984.

R67.    Browne TR, Van Langenhove A, Costello CE, Biemann K, Greenblatt DJ: Applications of stable isotope methods to studying the clinical pharmacology of antiepileptic drugs in newborns, infants, children, and adolescents. Therapeutic Drug Monitoring 6:3-9, 1984.

R68.    Browne TR, Van Langehove A, Costello CE, Biemann K, Evans JE, Szabo GK, Greenblatt DJ: Applications of stable isotope tracer methods to human drug interaction studies. In, Synthesis and Applications of Isotopically Labeled Compounds. Edited by WP Duncan, AB Susan. Amsterdam, Elsevier, 1983, p. 343-348.

R69.    Greenblatt DJ, Divoll M, Abernethy DR, Ochs HR, Shader RI: Benzodiazepine pharmacokinetics: an overview. In, Antianxiety Agents: Drugs in Psychiatry, (Vol. 2). Edited by GD Burrows, TR Norman, B Davies. Amsterdam, Elsevier, 1984, p. 79-92.

R70.  Greenblatt DJ, Arendt RM, Shader RI: Pharmacodynamics of benzodiazepines after single oral doses: kinetic and physicochemical correlates.  In, <u>Sleep, Benzodiazepines, and Performance</u>.  Edited by I Hindmarch, H Ott, T Roth.  Berlin, Springer-Verlag, 1984, p 92-97.

R71.  Greenblatt DJ, Divoll M, Abernethy DR, Locniskar A, Shader RI:  Pharmacokinetics of benzodiazepine hypnotics.  <u>Pharmacology</u> 27(Supplement 2): 70-75, 1983.

R72.  Greenblatt DJ, Shader RI, Abernethy DR: Anxiolytic drug therapy in patients with medical diseases: clinical importance of pharmacokinetic drug interactions.  <u>Psychopharmacology Bulletin</u> 20:645-648, 1984.

R73.  Abernethy DR, Arendt RM, Greenblatt DJ: Pharmacologic properties of acebutolol: relationship of hydrophilicity to central nervous system penetration.  <u>American Heart Journal</u> 109(No.5, Part 2):1120-1125, 1985.

R74.  Greenblatt DJ, Abernethy DR, Shader RI: Pharmacokinetic risk factors in the elderly.  In, <u>Geriatric Drug Use: Clinical and Social Perspectives</u>.  Edited by SR Moore, TW Teal.  New York, Pergammon Press, 1985, p. 153-159.

R75.  Greenblatt DJ: Elimination half-life of drugs: value and limitations.  <u>Annual Review of Medicine</u> 36:421-427, 1985.

R76.  Greenblatt DJ, Shader RI: Clinical pharmacokinetics of the benzodiazepines.  In, <u>The Benzodiazepines: Current Standards for Medical Practice</u>.  Edited by DE Smith, DR Wesson.  Lancaster, UK, MTP Press, 1985, p. 43-58.

R77.  Greenblatt DJ, Shader RI: Short half-life benzodiazepines.  <u>Rational Drug Therapy</u> 18: (April) 1984.

R78.  Greenblatt DJ, Scavone JM: Pharmacokinetics of oxaprozin and other nonsteroidal antiinflammatory agents.  <u>Seminars in Arthritis and Rheumatism</u> l5(suppl 2):18-26, 1986.

R79.  Arana GW, Ornsteen ML, Kanter F, Friedman HL, Greenblatt DJ, Shader RI:  The use of benzodiazeines for psychotic disorders: a literature reveiw and preliminary clinical findings.  <u>Psychopharmacology Bulletin</u> 22:77-87, 1986.

R80.  Greenblatt DJ, Abernethy DR, Shader RI: Pharmacokinetic aspects of drug therapy in the elderly.  <u>Therapeutic Drug Monitoring</u> 8:249-255, 1986.

R81.  Greenblatt DJ, Shader RI: Long-term administration of benzodiazepines: pharmacokinetic versus pharmacodynamic tolerance.  <u>Psychopharmacology Bulletin</u> 22:416-423, 1986.

R82.  Browne TR, Evans JE, Kasdon DL, Szabo GK, Evans BA, Greenblatt DJ: Distribution.  <u>Journal of Clinical Pharmacology</u> 26:425-426, 1986.

R83.   Browne TR, Greenblatt DJ, Evans JE, Szabo GK, Evans BA, Schumacher GE:
       Pharmacokinetics: dose-dependent changes.  Journal of Clinical Pharmacology 26:463-
       468, 1986.

R84.   Miller LG, Greenblatt DJ, Shader RI: Benzodiazepine receptor binding: influence of
       physiologic and pharmacologic factors.  Biopharmaceutics and Drug Disposition 8:103-
       114, 1987.

R85.   Shader RI, Greenblatt DJ: Some practical approaches to the understanding and treatment
       of symptoms of anxiety and stress.  In, American Handbook of Psychiatry, 2nd edition.
       Edited by PA Berger, HKH Brodie.  New York, Basic Books, 1986, p 597-619.

R86.   Greenblatt DJ, Friedman HL, Shader RI: Correlating pharmacokinetics and
       pharmacodynamics of benzodiazepines: problems and assumptions.  In, Clinical
       Pharmacology in Psychiatry.  Selectivity in Psychotropic Drug Action--Promises or
       Problems.  Edited by SG Dahl, LF Gram, SM Paul.  Springer-Verlag, Berlin/Heidelberg,
       1987, p 62-71.

R87.   Greenblatt DJ: Drug disposition and pharmacologic effect: relation to drug therapy in the
       elderly.  In, Clinical Pharmacology in the Aged.  Edited by N Rietbrock, BG Woodcock.
       F Vieweg and Son, Braunschweig-Wiesbaden, W Germany, 1987, p 33-40.

R88.   Divoll MK, Greenblatt DJ: Drug interactions and adverse drug reactions in the elderly.
       In, Clinical Pharmacology in the Elderly.  Edited by CG Swift.  New York, Marcel
       Dekker, 1987, p 119-145.

R89.   Greenblatt DJ, Shader RI: Pharmacokinetics of antianxiety agents.  In,
       Psychopharmacology: The Third Generation of Progress.  Edited by HY Meltzer.  New
       York, Raven Press, 1987, p 1377-1386.

R90.   Greenblatt DJ, Miller LG, Shader RI.  Clonazepam pharmacokinetics, brain uptake, and
       receptor interactions.  Journal of Clinical Psychiatry 48(No. 10, Supp.):4-9, 1987.

R91.   Deutsch SI, Miller LG, Weizman R, Weizman A, Vocci FJ, Greenblatt DJ, Paul SM.
       Characterization of specific [$^3$H]-Ro15-1788 binding in vivo.  Psychopharmacology
       Bulletin 23:469-472, 1987.

R92.   Greenblatt DJ, Shader RI, Abernethy DR.  The psychopharmacokinetics of old age.  In,
       Perspectives in Psychopharmacology: A Collection of Papers in Honor of Earl Usdin.
       Edited by J.D. Barchas, W.E. Bunney.  New York, Alan R. Liss, 1988, p 605-612.

R93.   Friedman H, Greenblatt DJ.  Rational use of serum drug concentration monitoring.  In,
       Handbook of Clinical Psychopharmacology, 2nd Edition.  Edited by J.P. Tupin, R.I.
       Shader, D.S. Harnett.  Northvale, N.J., Jason Aronson, Inc., 1988, p 425-437.

R94.   Pomara N, Deptula D, Medel M, Block RI, Greenblatt DJ.  Effects of diazepam on recall memory: Relationship to aging, dose and duration of treatment.  Psychopharmacology Bulletin 25:144-148, 1989.

R95.   Barnhill JG, Greenblatt DJ.  HPLC determination of beta-adrenergic blockers in biological fluids.  In, Determination of Beta-Blockers in Biological Materials.  Edited by V. Marko.  Amsterdam, Elsevier Science publishers, 1989, p 159-187.

R96.   Greenblatt DJ:  Disposition of cardiovascular drugs in the elderly.  Medical Clinics of North America  73:487-494, 1989.

R97.   Browne TR, Szabo GK, Schumacher GE, Evans JE, Evans BE, Greenblatt DJ: Studies of non-linear pharmacokinetics with stable isotope labeled phenytoin. In, Synthesis and Applications of Isotopically Labelled Compounds.  Edited by T.A.  Baillie, J.R.  Jones. Amsterdam, Elsevier, 1989, p 157-162.

R98.   Greenblatt DJ, Shader RI, Harmatz JS:  Implications of altered drug disposition in the elderly: studies of benzodiazepines.  Journal of Clinical Pharmacology 29:866-872, 1989.

R99.   Browne TR, Greenblatt DJ, Schumacher GE, Szabo GK, Evans JE, Evans BA, Perchalski RJ, Pylilo RJ:  Comparison of method for determination of pharmacokinetic drug interactions and proposals for new methods.  In, Antiepileptic Drug Interactions.  Edited by W.H. Pitlick.  New York, Demos Publications, 1989, p 3-25.

R100.  Greenblatt DJ, Miller LG, Shader RI:  Benzodiazepine discontinuation syndromes. Journal of Psychiatric Research 24 (supp 2): 73-79, 1990.

R101.  Greenblatt DJ, Miller LG, Shader RI:  Neurochemical and pharmacokinetic correlates of the clinical action of benzodiazepine hypnotic drugs.  American Journal of Medicine 88(suppl. 3A):18s-24s,1990.

R102.  Greenblatt DJ, Shader RI:  Benzodiazepines in the elderly:  pharmacokinetics and drug sensitivity.  In, Anxiety in the Elderly:  Treatment and Research.  Edited by C. Salzman, B.D. Lebowitz.  New York, Springer, 1990, p. 131-145.

R103.  Cowley DS, Roy-Byrne PP, Greenblatt DJ:  Benzodiazepines:  pharmacokinetics and pharmacodynamics.  In, Benzodiazepines in Clinical Practice:  Risks and Benefits. Edited by P.P. Roy-Byrne, D.S. Cowley.  Washington DC, American Psychiatric Association Press, 1991, p. 19-32.

R104.  Miller LG, Greenblatt DJ, Lopez F, Schatzki A, Heller J, Lumpkin M, Shader RI: Chronic benzodiazepine administration: Effects in vivo and in vitro.  In, GABA and Benzodiazepine Receptor Subtypes.  Edited by G. Biggio, E. Costa.  New York, Raven Press 1990, p. 167-175.

R105.   Greenblatt DJ:  Benzodiazepine hypnotics:  sorting the pharmacokinetic facts.  Journal of Clinical Psychiatry 52 (No. 9, Supp):4-10, 1991.

R106.   Miller LG, Greenblatt DJ:  Neurochemistry of the benzodiazepines.  In, Drugs of Abuse and Neurobiology.  Edited by R.R. Watson.  Boca Raton, Florida, CRC Press, 1992, p. 175-182.

R107.   Greenblatt DJ:  Pharmacology of benzodiazepine hypnotics.  Journal of Clinical Psychiatry 53 (No. 6, Supp):7-13, 1992.

R108.   Greenblatt DJ:  Presystemic extraction:  mechanisms and consequences.  Journal of Clinical Pharmacology 33:650-656, 1993.

R109.   Greenblatt DJ:  The benzodiazepines:  kinetic-dynamic relationships.  In, Integration of Pharmacokinetics, Pharmacodynamics, and Toxicokinetics in Rational Drug Development.  Edited by A. Yacobi, J.P. Skelly, V. P. Shah, L.Z. Benet.  New York, Plenum Press, 1993, p. 217-223.

R110.   Greenblatt DJ:  Basic pharmacokinetic principles and their application to psychotropic drugs.  Journal of Clinical Psychiatry 54[9, suppl]:8-13, 1993.

R111.   Greenblatt DJ, von Moltke LL, Harmatz JS, Ciraulo DA, Shader RI:  Alprazolam pharmacokinetics, metabolism, and plasma levels:  clinical implications.  Journal of Clinical Psychiatry 54[10, suppl]:4-11, 1993.

R112.   Greenblatt DJ:  Sedation:  intravenous benzodiazepines in critical care medicine.  In, The Pharmacologic Approach to the Critically Ill Patient.  Edited by B. Chernow.  Baltimore, Williams and Wilkins, 1994, p. 321-326.

R113.   Ciraulo DA, Greenblatt DJ.  Psychoactive substance use disorders:  sedatives, hypnotics, and anxiolytics.  In, Comprehensive Textbook of Psychiatry, 6th Edition.  Edited by HI Kaplan, BJ Sadock.  Baltimore, Williams and Wilkins, 1995, p.872-887.

R114.   Greenblatt DJ.  Pharmacokinetics.  In, Encyclopedia of Drugs and Alcohol.  Edited by JH Jaffe.  New York, MacMillan, 1995 (in press).

R115.   Greenblatt DJ.  Principles of pharmacokinetics and pharmacodynamics.  In, The American Psychiatric Press Textbook of Psychopharmacology.  Edited by CB Nemeroff, AF Schatzberg.  Washington, American Psychiatric Press, 1995, P. 125-136.

R116.   Greenblatt DJ, Abernethy DR, Chaikin P.  Pharmacologic considerations.  In, Clinical Evaluation of Psychotropic Drugs.  Edited by RF Prien, DS Robinson.  New York, Raven Press, 1994, p. 123-138.

R117.   von Moltke LL, Greenblatt DJ, Harmatz JS, Shader RI.  Psychotropic drug metabolism in old age:  principles and problems of assessment.  In, Psychopharmacology:  The Fourth

Generation of Progress.  Edited by FE Bloom, DJ Kupfer.  New York, Raven Press, 1995, p.1461-1469.

R118.  Greenblatt DJ, Harmatz JS, von Moltke LL, Shader RI.  Pharmacokinetics and pharmacodynamics.  In, Psychopharmacology:  The Fourth Generation of Progress.  Edited by F. E. Bloom, D. J. Kupfer.  New York, Raven Press, 1995, p.849-858.

R119.  Shader RI, Greenblatt DJ.  The pharmacotherapy of acute anxiety: a mini-update.  In, Psychopharmacology:  The Fourth Generation of Progress.  Edited by F. E. Bloom, D. J. Kupfer.  New York, Raven Press, 1995, p.1341-1348.

R120.  Miller LG, Greenblatt DJ.  Benzodiazepine discontinuation syndromes: clinical and experimental aspects.  In, Pharmacological Aspects of Drug Dependence.  Edited by C. R. Schuster, M. J. Kuhar.  Berlin, Springer-Verlag, 1996, p.263-269.

R121.  von Moltke LL, Abernethy DR, Greenblatt DJ.  Kinetics and dynamics of psychotropic drugs in the elderly.  In, Geriatric Clinical Psychopharmacology, 3rd Edition.  Edited by C. Salzman.  Baltimore, Williams and Wilkins, 1998, p.70-93.

R122.  Greenblatt DJ, von Moltke LL.  Can in vitro models predict drug interactions in vivo? A review of methods, problems and successes. In, Drug-Drug Interactions: Analyzing In Vitro-In Vivo Correlations. Edited by W. Hori. Southboro, MA, International Business Communications, 1997, p.2.2.1-2.2.28.

R123.  Greenblatt DJ, von Moltke LL, Shader RI. Pharmacokinetics of psychotropic drugs. In, Geriatric Psychopharmacology. Edited by J. C. Nelson. New York, Marcel Dekker, 1998, p.27-41.

R124.  Greenblatt DJ, von Moltke LL, Harmatz JS, Shader RI. Drug interactions with newer antidepressants: role of human Cytochromes P450. Journal of Clinical Psychiatry 59 [Suppl. 15]: 19-27, 1998.

R125  Chuck SK, Rodvold KA, von Moltke LL, Greenblatt DJ and Shader RI. Pharmacokinetics of protease inhibitors and drug interactions with psychoactive drugs. In,  Psychosocial and Public Health Impacts of New HIV Therapies. Edited by D. G. Ostrow and J. A. Kelly. New York, Kluwer/Plenum, 1999, p. 33-60.

R126  Schmider J, von Moltke LL, Shader RI, Harmatz JS and Greenblatt DJ. Extrapolating in vitro data on drug metabolism to in vivo pharmacokinetics: evaluation of the pharmacokinetic interaction between amitriptyline and fluoxetine. Drug Metabolism Reviews 31:545-560, 1999.

R127.  Greenblatt DJ, von Moltke LL, Harmatz JS and Shader RI. Human cytochromes and some newer antidepressants: kinetics, metabolism, and drug interactions. Journal of Clinical Psychopharmacology 19 [Suppl. 1]:23S-35S, 1999.

R128.   Venkatakrishnan K, von Moltke LL and Greenblatt DJ. Effects of the antifungal agents on oxidative drug metabolism in humans: clinical relevance. Clinical Pharmacokinetics 38:111-180, 2000.

R129.   von Moltke LL and  Greenblatt DJ. Pharmacokinetics of psychotropic drugs in the elderly. Annual Review of Gerontology and Geriatrics 19:53-71, 1999.

R130.   Greenblatt DJ, von Moltke LL.  Sedative-hypnotic and anxiolytic agents.  In, Metabolic Drug Interactions.  Edited by R.H. Levy, K.E. Thummel, W.F. Trager, P.D. Hansten, M. Eichelbaum. Philadelphia, Lippincott, Williams and Wilkins, 2000, p. 259-270.

R131.   Venkatakrishnan K, von Moltke LL and Greenblatt DJ.  Human drug metabolism and the cytochromes P450: application and relevance of in vitro models. Journal of Clinical Pharmacology 41:1149-1179, 2001.

R132.   Greenblatt DJ, von Moltke LL.  Drug-drug interactions: clinical perspective.  In, Drug-Drug Interactions.  Edited by A.D. Rodrigues.  New York, Marcel Dekker, 2002, p. 565-584.

R133.   von Moltke LL, Greenblatt DJ, Romach MK and Sellers EM.  Cognitive toxicity of drugs used in the elderly.  Dialogues in Clinical Neuroscience 3:181-190, 2001.

R134.   Greenblatt DJ, von Moltke LL, Harmatz JS and Shader RI.  Pharmacokinetics, pharmacodynamics, and drug disposition.  In, Neuropsychopharmacology: The Fifth Generation of Progress.  Edited by K.L. Davis, D. Charney, J.T. Coyle and C. Nemeroff. Philadelphia, Lippincott Williams and Wilkins, 2002, p.507-524.

R135.   Hesse LM, von Moltke LL, Greenblatt DJ. Clinically important drug interactions with zopiclone, zolpidem, and zaleplon.  CNS Drugs 17:513-532, 2003.

R136.   Venkatakrishnan K, von Moltke LL, Obach RS and Greenblatt DJ. Drug    metabolism and drug interactions: application and clinical value of in vitro models. Curr Drug Metab 4:423-459, 2003.

R137.   von Moltke LL and Greenblatt DJ.  Medication dependence and anxiety.  Dialogues in Clinical Neuroscience 5: 237-245, 2003.

R138.   von Moltke LL, Abernethy DR and Greenblatt DJ.  Kinetics and dynamics of psychotropic drugs in the elderly. In, Clinical Geriatric Psychopharmacology, 4th Edition. Edited by C. Salzman. Philadelphia. Lippincott Williams and Wilkins, 2005, p.87-114.

R139.   Greenblatt DJ and von Moltke LL.  Interaction of warfarin with drugs, natural substances, and foods. Journal of Clinical Pharmacology 2005;45:127-132.

R140.   Cotreau MM, von Moltke LL and Greenblatt DJ. The influence of age and sex on the clearance of cytochrome P450 3A substrates. Clinical Pharmacokinetics 2005;44:33-60.

R141. Greenblatt DJ, von Moltke LL. Pharmacokinetics and drug interactions. In, Comprehensive Textbook of Psychiatry, 8th Edition. Edited by BJ Sadock, VA Sadock. Philadelphia, Lippincott Williams & Williams, 2005, p. 2699-2706.

R142.  Greenblatt DJ, Leigh-Pemberton RA and von Moltke LL. In vitro interactions of water-soluble garlic components with human Cytochromes P450. J Nutr 2006;136:806S-809S.

R143.  Leigh-Pemberton RA, von Moltke LL and Greenblatt DJ. Psychopharmacology in the elderly person with cardiovascular disease. Annals of Long Term Care 2006;14(No.5):34-45.

R144. Greenblatt DJ. Pharmacokinetic determinants of hypnotic drug action: The art and science of controlling release. Sleep Med 2006;7 Suppl 1:S10-14.

R145. Greenblatt DJ and von Moltke LL (2008). Drug-Drug Interactions: Clinical perspectives. In, Drug-Drug Interactions, 2nd Edition. Edited by A. D. Rodrigues. New York, Informa Healthcare: p. 643-664.

R146. Farkas D, Shader RI, von Moltke LL and Greenblatt DJ (2008). Mechanisms and consequences of drug-drug interactions. In, Preclinical Development Handbook: ADME and Biopharmaceutical Properties. Edited by S. C. Gad. Philadelphia, Wiley-Interscience: p. 879-917.

R147.  Greenblatt DJ, He P, von Moltke LL and Court MH (2008). The CYP3 family. In, Cytochrome P450: Role in the Metabolism and Toxicology of Drugs and Other Xenobiotics. Edited by C. Ioannides. Cambridge (UK), Royal Society of Chemistry: p. 354-383.

R148. Volak LP, Greenblatt DJ and von Moltke LL (2008). In vitro approaches to anticipating clinical drug interactions. In, Drug-Drug Interactions in Pharmaceutical Development. Edited by A. P. Li. Philadelphia, Wiley-Interscience: p. 31-74.

R149. Farkas D, Greenblatt DJ. Influence of fruit juices on drug disposition: Discrepancies between in vitro and clinical studies. Expert Opinion on Drug Metabolism and Toxicology 2008; 4:381-393.

R150. Rhee MS and Greenblatt DJ. Pharmacologic consideration for the use of antiretroviral agents in the elderly. Journal of Clinical Pharmacology 2008;48:1212-1225.

R151. Greenblatt DJ and  von Moltke LL. Gender has a small but statistically significant effect on clearance of CYP3A substrate drugs. J Clin Pharmacol 2008;48:1350-1355.

R152.   Greenblatt DJ. Sleep and geriatric psychopharmacology. In, <u>Sleep Disorders: Diagnosis and Therapeutics</u>. Edited by S.R. Pandi-Perumal, J. C. Verster, J. M. Monti, M. Lader, S. Z. Langer.  London, Informa Healthcare, 2008, p. 163-173.

R153.   Hanley MJ, Abernethy DR and Greenblatt DJ. Effect of obesity on the pharmacokinetics of drugs in humans. <u>Clinical Pharmacokinetics</u> 2010;49:71-87.

R154.   Greenblatt DJ. Analysis of drug interactions involving fruit beverages and organic anion-transporting polypeptides. <u>Journal of Clinical Pharmacology</u> 2009;49:1403-1407.

R155.   Greenblatt DJ and  von Moltke LL (2010). Clinical studies of drug-drug interactions: design and interpretation. In, <u>Enzyme- and Transporter-Based Drug-Drug Interactions: Progress and Future Challenges</u>. Edited by K. S. Pang, A. D. Rodrigues and R. M. Peter. New York, Springer**: p.** 625-649.

R156.   von Moltke LL and  Greenblatt DJ (2010). Clinical drug interactions due to metabolic inhibition: Prediction, assessment, and interpretation. In, <u>Enzyme Inhibition in Drug Discovery and Development</u>. Edited by C. Lu and A. P. Li.  Hoboken NJ, John Wiley & Sons**: p** 533-547.

R157.   Greenblatt DJ, Venkatakrishnan K, Harmatz JS, Parent SJ and von Moltke LL. Sources of variability in ketoconazole inhibition of human Cytochrome P450-3A in vitro. <u>Xenobiotica</u> 2010; 40: 713-720.

R158.   Greenblatt DJ (2010). Pharmacokinetic determinants of the clinical  effects of benzodiazepine agonist hypnotics. In, <u>GABA and Sleep</u>. Edited by J. M. Monti, S. R. Pandi-Perumal, H. Möhler. Springer, Basel: p. 95-118.

R159.   Greenblatt DJ. Update on drug interactions with grapefruit juice: an evidence-based review. <u>Pharmacy Times</u> 2010; 76 (Jan): 95-104.

R160.   Hanley MJ, Cancalon P, Widmer WW and Greenblatt DJ. The effect of grapefruit juice on drug disposition. <u>Expert Opinion on Drug Metabolism and Toxicology</u> 2011; 7: 267-286.

R161.   Greenblatt DJ (2011). Introduction to drug-drug interactions. In, <u>Drug Interactions in Infectious Diseases</u>, 3rd Edition. Edited by S. C. Piscitelli, K. A. Rodvold, M. P. Pai. New York, Humana Press: p. 1-10.

R162. Umberg EN, Shader RI, Hsu LKG and Greenblatt DJ. From disordered eating to addiction: The "food drug" in Bulimia Nervosa. Journal of Clinical Psychopharmacology 2012; 32: 376-389.

R163. Greenblatt DJ and Roth T. Zolpidem for insomnia. Expert Opinion on Pharmacotherapy 2012; 13: 879-893.

R164. Greenblatt DJ and Zammit GK.  Pharmacokinetic evaluation of eszopiclone:  Clinical and therapeutic implications.  Expert Opinion on Drug Metabolism and Toxicology 2012; 8: 1609-1618.

R165. Greenblatt DJ.  Drug interactions with nutrients and natural products:  Mechanisms and clinical importance.  In, CRC Handbook of Nutrition and Food, 3rd Edition.  Edited by C. D. Berdanier, J. T. Dwyer, D. Heber.  London, Taylor & Francis Group, 2013, p. 1067-1072.

R166. Greenblatt HK, Greenblatt DJ.  Liver injury associated with ketoconazole:  Review of the published evidence.  Journal of Clinical Pharmacology 2014; 54: 1321-1329.

R167. Greenblatt HK, Greenblatt DJ.  Altered drug disposition following bariatric surgery:  A research challenge.  Clinical Pharmacokinetics 2015; 54: 573-579.

R168. Greenblatt DJ, Harmatz JS.  Ritonavir is the best alternative to Ketoconazole as an index inhibitor of Cytochrome P450-3A in drug-drug interaction studies.  British Journal of Clinical Pharmacology 2015; 80: 342-350.

R169. Banankhah PS, Garnick KA, Greenblatt DJ.  Ketoconazole-associated liver injury in drug-drug interaction studies in healthy volunteers.  Journal of Clinical Pharmacology 2016; 56: 1196-1202.

R170. Greenblatt HK, Greenblatt DJ.  Use of antipsychotics for the treatment of behavioral symptoms of dementia.  Journal of Clinical Pharmacology 2016; 56: 1048-1051.

R171. Greenblatt HK, Greenblatt DJ.  Antidepressant-associated hyponatremia in the elderly.  Journal of Clinical Psychopharmacology 2016; 36: 545-549.

R172. Greenblatt DJ.  Mechanisms and consequences of drug-drug interactions.  Clinical Phrmacology in Drug Development 2017; 6: 118-124.

R173. Fiaturi N, Greenblatt DJ.  Therapeutic drug monitoring of antidepressants.  Handbook of Experimental Pharmacology 2019; 250: 115-133.

R174. Greenblatt DJ, Harmatz JS, Roth T.  Zolpidem and gender: Are women really at risk?  Journal of Clinical Psychopharmacology 2019; 39: 189-199.


EDITORIALS AND COMMENTARY

E1.     Greenblatt DJ: Fatal hypoglycemia occurring after peritoneal dialysis. British Medical Journal 2:270-271, 1972.

E2.     Greenblatt DJ, Greenblatt M: Which drug for alcohol withdrawal? Journal of Clinical Pharmacology 12:429-431, 1972.

E3.     Greenblatt DJ, Duhme DW, Koch-Weser J: Pain and CPK elevation after intramuscular digoxin.  New England Journal of Medicine 288:689, 1973.

E4.     Greenblatt DJ, Koch-Weser J: Gynecomastia and impotence complications of spironolactone therapy.  Journal of the American Medical Association 223:82, 1973.

E5.     Greenblatt DJ, Greenblatt GR: Chlorpromazine and hyperpyrexia. Clinical Pediatrics 12:504-505, 1973.

E6.     Greenblatt DJ: Insulin sensitivity in renal failure: fatal hypoglycemia following dialysis. New York State Journal of Medicine 74:1040-1041, 1974.

E7.     Greenblatt DJ, Shader RI, Koch-Weser J: Safety of nitrazepam.  Lancet 1:315, 1974.

E8.     Greenblatt DJ, Koch-Weser J, Shader RI: Multiple complications and death following protriptyline overdose.  Journal of the American Medical Association 229:556-557, 1974.

E9.     Koch-Weser J, Greenblatt DJ: The archaic barbiturate hypnotics.  New England Journal of Medicine 291:790-791, 1974.

E10.    Greenblatt DJ: A retrospective case-control study of diseases associated with oral contraceptive use.  American Heart Journal 89:677-678, 1975.

E11.    Allen MD, Greenblatt DJ: Role of nurse and pharmacist monitors in the Boston Collaborative Drug Surveillance Program, Drug Intelligence and Clinical Pharmacy 9:648-654, 1975.

E12.   Miller RR, Greenblatt DJ: Peripheral vasodilators.  American Journal of Hospital Pharmacy 32:1231-1232, 1975.

E13.   Greenblatt DJ, Allen MD, Koch-Weser J: Accidental iron poisoning: six cases including one fatality.  Clinical Pediatrics 15:835-838, 1976.

E14.   Koch-Weser J, Greenblatt DJ: Drug interactions in clinical perspective.  European Journal of Clinical Pharmacology 11:405-408, 1977.

E15.   Greenblatt DJ: Whither drug distribution?  Anesthesiology 47:405-406, 1977.

E16.   Woo E, Greenblatt DJ: a reevaluation of intravenous quinidine.  American Heart Journal 96:829-832, 1978.

E17.   Greenblatt DJ, Gross PL, Harris J, Shader RI: Fatal hyperthermia following haloperidol therapy of sedative-hypnotic withdrawal.  Journal of Clinical Psychiatry 39:673-675, 1978.

E18.   Greenblatt DJ, Shader RI: Prazepam, a precursor of desmethyldiazepam. Lancet 1:720, 1978.

E19.   Shader RI, Greenblatt DJ: Clinical indications for plasma level monitoring of psychotropic drugs.  American Journal of Psychiatry 136: 1590-1591, 1979.

E20.   Abernethy DR, Greenblatt DJ, Shader RI: Treatment of diazepam   withdrawal syndrome with propranolol.  Annals of Internal Medicine 94:354-355, 1981.

E21.   Greenblatt DJ, Woo E: The specificity of the extraction fluorescence assay for serum or plasma quinidine.  Journal of Clinical Pharmacology 21:333-336, 1981.

E22.   Greenblatt DJ, Sellers EM, Koch-Weser J: Importance of protein binding for the interpretation of serum or plasma drug concentrations.  Journal of Clinical Pharmacology 22:259-263, 1982.

E23.   Shader RI, Divoll M, Greenblatt DJ: Kinetics of oxazepam and lorazepam in two subjects with Gilberts Syndrome.  Journal of Clinical Psychopharmacology 1:400-402, 1981.

E24.   Ochs HR, Greenblatt DJ, Lauven PM, Stoeckel H, Rommelsheim K: Kinetics of high-dose I.V.  diazepam.  British Journal of Anesthesia 54:849-852, 1982.

E25.   Shader RI, Greenblatt DJ: New benzodiazepines: temazepam, halazepam, alprazolam, and triazolam.  Journal of Clinical Psychopharmacology 2:159-160, 1982.

E26.   Greenblatt DJ, Locniskar A, Shader RI: Halazepam, another precursor of desmethyldiazepam.  Lancet 1:1358-1359, 1982.

E27.   Shader RI, Greenblatt DJ: Triazolam and anterograde amnesia: all is not well in the z-zone.  Journal of Clinical Psychopharmacology 3:273, 1983.

E28.   Greenblatt DJ: The pharmacokinetization of psychiatry.  Journal of Clinical Pharmacology 25:239-240, 1985.

E29.   Divoll M, Greenblatt DJ: The admissibility of positive EMIT results as scientific evidence: counting facts, not heads.  Journal of Clinical Psychopharmacology 5:114-116, 1985.

E30.   Greenblatt DJ, Shader RI: Bioequivalence of generic drugs in clinical psychopharmacology.  Journal of Clinical Psychopharmacology 7:A21-A23, 1987.

E31.   Greenblatt DJ, Shader RI: Drug absorption rate: a critical component of bioequivalence assessment in psychopharmacology.  Journal of Clinical Pharmacology 27:85-86, 1987.

E32.   Ochs HR, Greenblatt DJ: Therapeutic drug monitoring in cardiology:  recognizing pitfalls and problems.  American Heart Journal 114:204-208, 1987.

E33.   Lister RG, LeDuc BW, Greenblatt DJ, File SE: Poor bioavailability of CGS 8216 in a water/tween vehicle following intraperitoneal injection.  Psychopharmacology 91:260-261, 1987.

E34.   Dreyfuss D, Shader RI, Harmatz JS, Greenblatt DJ: Bioequivalence studies in the elderly: a pilot study of two oxazepam dosage forms.  Journal of Clinical Psychopharmacology 7:200-201, 1987.

E35.   Kennedy JS, Friedman H, Scavone JM, Harmatz JS, Shader RI, Greenblatt DJ.  Effect of blood collection tubes on antidepressant concentrations.  Journal of Chromatography 423:373-375, 1987.

E36.   Burstein ES, Friedman H, Greenblatt DJ.  Simplified measurement of haloperidol by gas chromatography with nitrogen phosphorous detection.  Journal of Chromatography 423:380-382, 1987.

E37.   Greenblatt DJ.  Urine drug testing: what does it test?  New England Law Review 23:651-666, 1989.

E38.   Greenblatt DJ, Harmatz JS, Friedman H.  Arithmetic versus harmonic mean values of elimination half-life: a study of triazolam.  Journal of Clinical Pharmacology 29:655-656, 1989.

E39.    Scavone JM, Greenblatt DJ, Blyden GT, Luna BG, Harmatz JS.  Acetaminophen pharmacokinetics in women receiving conjugated estrogen.  European Journal of Clinical Pharmacology 38:97-98, 1990.

E40.    Greenblatt DJ, Shader RI.  Say "no" to drug testing.  Journal of Clinical Psychopharmacology 10:157-159, 1990.

E41.    Shader RI, Greenblatt DJ, Harmatz JS, Scavone JM:  Alprazolam, panic disorder, and the new 2 mg tablet.  Journal of Clinical Psychopharmacology 11:153-154, 1991.

E42.    Shader RI, Greenblatt DJ, Balter MB.  Appropriate use and regulatory control of benzodiazepines.  Journal of Clinical Pharmacology 31:781-784, 1991.

E43.    Harmatz JS, Greenblatt DJ.  Falling off the straight line:  some hazards of correlation and regression.  Journal of Clinical Psychopharmacology 12:75-78, 1992.

E44.    Greenblatt DJ.  Pharmacokinetic principles in clinical medicine (Clinical Therapeutics Conference).  Journal of Clinical Pharmacology 32:118-123, 1992.

E45.    Greenblatt DJ, Harmatz JS.  Kinetic-dynamic modeling in clinical psychopharmacology.  Journal of Clinical Psychopharmacology 13:231-234, 1993.

E46.    Kelly JF, Greenblatt DJ.  Rapid and sensitive gas chromatographic determination of estazolam.  Journal of Chromatography 621:102-104, 1993.

E47.    von Moltke LL, Greenblatt DJ, Harmatz JS, Shader RI.  Cytochromes in psychopharmacology.  Journal of Clinical Psychopharmacology 14:1-4, 1994.

E48.    Tsang MW, Shader RI, Greenblatt DJ.  Metabolism of haloperidol:  clinical implications and unanswered questions.  Journal of Clinical Psychopharmacology 14:159-162, 1994.

E49.    Greenblatt DJ.  The life of Milton Greenblatt.  Journal of Clinical Psychopharmacology 15:155-159, 1995.

E50.    Shader RI, von Moltke LL, Schmider J, Harmatz JS, Greenblatt DJ.  The clinician and drug interactions -- an update.  Journal of Clinical Psychopharmacology 16:197-201, 1996.

E51.    Greenblatt DJ, von Moltke LL, Schmider J, Harmatz JS, Shader RI.  Inhibition of human cytochrome P450-3A isoforms by fluoxetine and norfluoxetine: *in vitro* and *in vivo* studies.  Journal of Clinical Pharmacology 36:792-798, 1996.

E52.    Schmider J, Greenblatt DJ, von Moltke LL, Shader RI.  Relationship of *in vitro* data on drug metabolism to *in vivo* pharmacokinetics and drug interactions: implications for

diazepam disposition in humans. Journal of Clinical Psychopharmacology 16:267-272, 1996.

E53.    Greenblatt DJ, von Moltke LL, Shader RI.  The importance of presystemic extraction in clinical psychopharmacology.  Journal of Clinical Psychopharmacology 16:417-419, 1996.

E54.    Cutler NR, Sramek JJ, Greenblatt DJ, Chaikin P, Ford N, Lesko LJ, Davis B, Williams RL.  Defining the maximum tolerated dose: investigator, academic, industry and regulatory perspectives.  Journal of Clinical Pharmacology 37:767-783, 1997.

E55.    Venkatakrishnan K, Greenblatt DJ, von Moltke LL, Shader RI. Alprazolam is another substrate for human cytochrome P450-3A isoforms. Journal of   Clinical Psychopharmacology 18:256, 1998.

E56.    Greenblatt DJ. The maturation of clinical pharmacology: recognizing the contributions of Dr. Louis Lasagna. Journal of Clinical Pharmacology 38:572-574, 1998.

E57.    von Moltke LL, Tran TH, Cotreau MM and Greenblatt DJ. Unusually low clearance of two CYP3A substrates, alprazolam and trazodone, in a volunteer subject with wild-type CYP3A4 promotor region. Journal of Clinical Pharmacology 40:200-204, 2000.

E58.    Venkatakrishnan K, von Moltke LL and Greenblatt DJ. CYP2C9 is a principal low-affinity phenacetin O-deethylase: fluvoxamine is not a specific CYP1A2 inhibitor. Drug Metabolism and Disposition 27:1519-1520, 1999.

E59.    von Moltke LL, Greenblatt DJ.  Drug transporters in psychopharmacology - Are they important?  Journal of Clinical Psychopharmacology 20:291-294, 2000.

E60.    Preskorn SH, Greenblatt DJ and Harvey AT. Lack of effect of sertraline on the pharmacokinetics of alprazolam. Journal of Clinical Psychopharmacology 20:585-586, 2000.

E61.    Greenblatt DJ. Academic perspectives on the MTD: pharmacodynamic end points: maximizing the value of MTD studies.  Journal of Clinical Pharmacology 40:1188-1190, 2000.

E62.    von Moltke LL, Greenblatt DJ.  Drug transporters revisited.  Journal of Clinical Psychopharmacology 21: 1-3, 2001.

E63.    Greenblatt DJ, Patki KC, von Moltke LL and Shader RI. Drug interactions with grapefruit juice: an update. Journal of Clinical Psychopharmacology 21: 357-359, 2001.

E64.   Greenblatt DJ. Obituary: Louis Lasagna, 1923-2003.  Clin Pharmacol Ther 74: 594-595, 2003.

E65.   Greenblatt DJ and Shader RI. In memoriam: Louis Lasagna, M.D. 1923-2003. Journal of Clinical Psychopharmacology 24: 243-244, 2004.

E66.   Greenblatt DJ. Pharmacologic management of dental anxiety: conscious versus unconscious sedation. Journal of Clinical Psychopharmacology 2006; 26: 1-3.

E67.   Greenblatt DJ. Preparation of scientific reports on pharmacokinetic drug interaction studies. Journal of Clinical Psychopharmacology 2008; 28: 369-373.

E68.   Greenblatt DJ. Drug-drug noninteractions. Cardiovascular Therapeutics 2009; 27: 226-229.

E69.   Greenblatt DJ, Harmatz JS and Shader RI. Psychotropic drug prescribing in the United States: extent, costs, and expenditures. Journal of Clinical Psychopharmacology 2011; 31: 1-3.

E70.   Greenblatt DJ. Drug interaction studies with CYP3A substrates: How much inhibitor pre-exposure is needed? Clinical Pharmacology in Drug Development 2012; 1: 83-84.

E71.   Greenblatt DJ, Derendorf H.  Grapefruit-medication interactions. Canadian Medical Association Journal 2013; 185: 507.

E72.   Greenblatt DJ.  The seventy-kilogram fantasy.  Clinical Pharmacology in Drug Development 2013; 2: 101-102.

E73.   Greenblatt DJ.  Hepatic clearance of drugs in patients with renal insufficiency.  Clinical Pharmacology in Drug Development 2013; 2: 295-297.

E74.   Greenblatt DJ.  In vitro prediction of clinical drug interactions with CYP3A substrates: We are not there yet.  Clinical Pharmacology and Therapeutics 2014; 95: 133-135.

E75.   Greenblatt DJ.  The ketoconazole legacy.  Clinical Pharmacology in Drug Development 2014; 3: 1-3.

E76.   Shader RI, Greenblatt DJ.  The sunshine act.  Journal of Clinical Psychopharmacology 2014; 34:  1-2.

E77.  Greenblatt DJ.  Sleep-promoting medications:  Weighing the hazards of use versus non-use.  Clinical Pharmacology in Drug Development 2014; 3: 167-169.

E78.  Greenblatt DJ.  Drug interactions with methadone:  Time to revise the product label.  Clinical Pharmacology in Drug Development 2014; 3: 249-251.

E79.  Greenblatt DJ.  Antiretroviral boosting by cobicistat, a structural analog of ritonavir.  Clinical Pharmacology in Drug Development 2014; 3: 335-337.

E80.  Greenblatt DJ.  Volume of distribution – again.  Clinical Pharmacology in Drug Development 2014; 3: 419-420.

E81.  Greenblatt DJ.  A tribute to Dr. Hermann R. Ochs, 1943-2013.  Journal of Clinical Psychopharmacology 2014; 34: 669-670.

E82.  Greenblatt DJ.  Aspartame – Is there new information?  Clinical Pharmacology in Drug Development 2015; 4: 1.

E83.  Greenblatt DJ.  A soft benzodiazepine.  Clinical Pharmacology in Drug Development 2015; 4: 81-82.

E84.  Greenblatt DJ, Peter RM.  American College of Clinical Pharmacology commentary on the Strategic Plan 2010-2014 Progress Report from the Office of Dietary Supplements, National Institutes of Health.  Journal of Clinical Pharmacology 2015; 55: 723-724.

E85.  Harmatz JS, Greenblatt DJ.  Regression and correlation.  Clinical Pharmacology in Drug Development 2015; 4: 161-162.

E86.  Greenblatt DJ.  Clinical Pharmacology in Drug Development – An update.  Clinical Pharmacology in Drug Development 2015; 4; 243-244.

E87.  Greenblatt DJ.  The pharmacovigilance syndrome.  Journal of Clinical Psychopharmacology 2015; 35; 361-363.

E88.  Greenblatt DJ.  Evidence-based choice of ritonavir as index CYP3A inhibitor in drug-drug interaction studies.  Journal of Clinical Pharmacology 2016; 56: 152-156.

E89.  Greenblatt DJ, Abourjaily PN.  Pharmacokinetics and pharmacodynamics for medical students:  A proposed course outline.  Journal of Clinical Pharmacology 2016; 56: 1180-1195.

E90.  Greenblatt HK, Greenblatt DJ.  Meldonium (mildronate): A performance-enhancing drug?  Clinical Pharmacology in Drug Development 2016; 5: 167-169.

E91.  Ng I, Greenblatt HK, Greenblatt DJ.  Stereo-psychopharmacology:  The case of citalopram and escitalopram.  Clinical Pharmacology in Drug Development 2016; 5: 331-335.

E92.  Shader RI, Greenblatt DJ.  Elements of a good scientific paper.  Journal of Clinical Psychopharmacology 2016; 36: 539-541.

E93.  Greenblatt DJ.  *Clinical Pharmacology in Drug Development*: Five years in the books.  Clinical Pharmacology in Drug Development 2016; 5: 432-434.

E94.  Bertino JS, Greenblatt DJ.  The *Journal of Clinical Pharmacology, Clinical Pharmacology in Drug Development,* and the impact factor.  Journal of Clinical Pharmacology 2017; 57: 545-546 and Clinical Pharmacology in Drug Development 2017; 6: 218-219.

E95.  Greenblatt DJ, Shader RI.  The impact non-factor.  Journal of Clinical Psychopharmacology 2017; 37: 389-390.

E96.  Greenblatt DJ, Harmatz JS, Shader RI.  Update on psychotropic drug prescribing in the United States: 2014-2015.  Journal of Clinical Psychopharmacology 2018; 38: 1-4.

E97.  Greenblatt DJ.  Opioid prescribing:  What are the numbers?  Clinical Pharmacology in Drug Development 2018; 7: 6-8.

E98.  Greenblatt HK, Greenblatt DJ.  Gabapentin and pregabalin for the treatment of anxiety disorders.  Clinical Pharmacology in Drug Development 2018; 7: 228-232.

E99.  Greenblatt DJ, Bertino JS.  Opportunistic journals in the clinical pharmacology space.  Clinical Pharmacology in Drug Development 2018; 7: 353-357 and Journal of Clinical Pharmacology 2018; 58: 567-571.

E100.  Greenblatt DJ, Mikus G.  Ketoconazole and liver injury: A five-year update.  Clinical Pharmacology in Drug Development 2019; 8: 6-8.

E101.  Greenblatt HK, Greenblatt DJ.  Designer benzodiazepines:  Review of published data and public health significance.  <u>Clinical Pharmacology in Drug Development</u> 2019; 8: 266-269.

E102.  Kharasch ED, Greenblatt DJ.  Methadone disposition: Implementing lessons learned.  <u>Journal of Clinical Pharmacology</u> 2019: 59(8):1044-1048.

E103.  Greenblatt DJ.  Public health risk of designer psychotropic drugs: Should PHASE be phased in?  <u>Clinical Pharmacology and Thnerapeutics</u> 2019; 59: 1044-1048.

E104.  Greenblatt DJ, Harmatz JS, Shader RI.  Diazepam in the elderly: Looking back, ahead, and at the evidence.  <u>Journal of Clinical Psychopharmacology</u> 2020; 40: 215-219.

## BOOKS

B1.  Greenblatt DJ, Shader RI: <u>Benzodiazepines in Clinical Practice</u>.  New York, Raven Press, 1974.

B2.  Miller RR, Greenblatt DJ (eds): <u>Drug Effects in Hospitalized Patients: Experiences of the Boston Collaborative Drug Surveillance Program, 1966-1975</u>.  New York, John Wiley and Sons, 1976.

B3.  Miller RR, Greenblatt DJ (eds): <u>Drug Therapy Reviews</u>.  New York, Masson Publishing USA, Inc., 1977.

B4.  Davis JM, Greenblatt DJ (eds): <u>Psychopharmacology Update: New and Neglected Areas</u>. New York, Grune and Stratton, 1979.

B5.  Miller RR, Greenblatt DJ (eds): <u>Handbook of Drug Therapy</u>.  New York, Elsevier/North Holland, 1979.

B6.  Miller RR, Greenblatt DJ (eds): <u>Drug Therapy Reviews</u>, Vol. 2, New York, Elsevier/North Holland, 1979.

B7.  Jarvik LF, Greenblatt DJ, Harman D (eds): <u>Clinical Pharmacology and the Aged Patient</u>. New York, Raven Press, 1981.

B8.  Usdin E (ed), with the assistance of Davis JM, Glassman A, Greenblatt DJ, Perel JM, Shader RI: <u>Clinical Pharmacology in Psychiatry</u>.  New York, Elsevier, 1981.

B9.     Usdin E, Skolnick P, Tallman JF, Greenblatt DJ, Paul SM (eds): <u>Pharmacology of Benzodiazepines</u>.  London, MacMillan Press, 1982.

B10.    Greenblatt DJ, Shader RI: <u>Pharmacokinetics in Clinical Practice</u>.  Philadelphia, WB Saunders, 1985.

B11.    Ciraulo DA, Shader RI, Greenblatt DJ, Creelman W (eds):  <u>Drug Interactions in Psychiatry</u>.  Baltimore, Williams and Wilkins, 1989.  Second Edition, 1995.

B12.    Jacobson SA, Pies RW, Greenblatt DJ: <u>Handbook of Geriatric Psychopharmacology</u>. Washington DC, American Psychiatric Publishing, Inc., 2002.

**EXHIBIT A –** *Curriculum Vitae*

Deborah A. Jaskot

Deborah Jaskot & Associates LLC

106 Shetland Way
Collegeville, PA 19426



<u>**Education**</u>

B. S. Biology, University of Scranton, Scranton, PA

M. S. Biochemistry, University of Scranton, Scranton, PA

<u>**Relevant Career History**</u>

1986 – 1989 Cord Laboratories (now Sandoz), Broomfield, CO

      Drug Regulatory Affairs Coordinator

June 1989 – November 2012 Teva Pharmaceuticals USA

      All Positions in Regulatory Affairs

      1989 – 1990 Regulatory Affairs Associate

      1990 – 1991 Sr. Associate

      1991 – 1993 Manager

      1993 – 1994 Associate Director

      1994 – 1996 Director

      1996 – 1999 Sr. Director

      1999 – 2004 Executive Director

      2004 – 2009 V.P., U. S. Generic RA

      2009 – 2012 V.P., U. S. Generic RA and NA Policy

In my most recent position at Teva I was responsible for impacting legislation, regulation, and other policy that would impact Teva's operations throughout North America. This included working closely with Teva's Legal Affairs staff and Government Affairs office in Washington as

well as visits with Congressional staffers to educate them on the impact of proposed legislation to their constituent patients.

Additionally, it was important to seek the proper balance of interests such that all aspects of Teva's business, branded and generics, were considered prior to taking a position. This was in addition to overseeing a staff of 140 in the routine generic drug submission process and maintenance as well as providing strategy and oversight for a considerable number of 505(b)(2) applications. Close collaboration with all of Teva's R&D groups throughout the development process resulted in considerable success in the approval and launch of generic as well as 'added value' generic products.

### Significant Achievement Summary

Interacted collaboratively and positively with FDA staff to achieve hundreds of ANDA approvals for a vast variety of drugs and dosage forms

Designed regulatory strategies to routinely ensure timely approvals which provided quality, affordable alternatives to the consuming public

Excellent, longstanding working relationship with the Office of Generic Drugs and Office of Pharmaceutical Science as the primary liaison between Teva and FDA

Designed creative and effective scientific and regulatory responses to citizen petitions which sought to delay and/or derail generic drug approval

Effectively worked through complex regulatory and legal hurdles that often emerged as unintended consequences of amended legislation

Participated in the successful integration of seven acquired companies creating synergies and added value while focusing on maintaining high standards of ethical conduct throughout the growing organization

Built a high functioning staff of 140 regulatory professionals, para-professionals and administrative persons at three sites, leading in the interpretation and implementation of regulations for pre and post approval regulatory activities

Acted as a lead industry negotiator in the Generic Drug User Fee development process as well as the Biosimilars User Fee development process

Given approximately 85 depositions in both patent and product liability cases

Feb. 2013 – present Deborah Jaskot & Associates LLC

Currently providing consulting services in regulatory affairs to a broad range of clients. Areas covered include pharmaceutical development, response strategies for review letters, negotiating submission strategies with FDA, advising on post approval changes including data burden and mode of submission, and assisting in addressing inspection findings.

Having testified in 85 – 90 depositions during my career at Teva, I have experience in patent, liability and antitrust cases. As an independent consultant I have acted as an expert witness and issued expert reports.



**Attachment A-1 (Updated): McDuff CV**

# DeForest McDuff, Ph.D.

November 2021

DeForest McDuff, Ph.D. is an expert economist, adjunct professor of economics, and experienced expert witness, with extensive experience in consulting, finance, and business. Dr. McDuff's expert opinions have been cited and relied upon by clients, courts, and government agencies. Dr. McDuff was named in the IAM Patent 1000 as a top expert witness for patent cases in 2020. Dr. McDuff co-founded Insight Economics in 2017.

Dr. McDuff provides economic consulting and testimony in many areas, including:

- <u>Economic damages</u>: lost profits, unjust enrichment, reasonable royalty, loss of value, loss of reputation, business impact, and other issues
- <u>Intellectual property</u>: patents, trademarks, trade secrets, copyrights, licensing
- <u>Antitrust</u>: monopolization, price discrimination, tying, price fixing, mergers
- <u>Competition</u>: economic harm, market definition, unfair competition, false advertising
- <u>Legal issues</u>: class action, class certification, irreparable harm, commercial success
- <u>Other areas</u>: valuation, financial analysis, labor, employment, lost wages, and more

Dr. McDuff's expert witness experience includes more than 100 expert reports, 60 expert depositions, and 20 trials and hearings in courts across the country. His consulting experience outside the courtroom includes regulatory analysis, fair market value, licensing, negotiation, pricing, business strategy, product launches, strategic analysis, and a range of other topics.

Dr. McDuff earned a Ph.D. in Economics from Princeton University, where he received a National Science Foundation Graduate Research Fellowship (awarded to 25 graduate students in economics nationwide each year) for his academic research in financial economics and applied microeconomics. He has published in peer-reviewed academic journals and widely reviewed industry publications. Dr. McDuff graduated *summa cum laude* with a B.A. in economics and a B.S. mathematics from the University of Maryland.

Dr. McDuff is currently appointed as an Adjunct Teaching Professor in the Department of Economics at the University of North Carolina at Chapel Hill. Dr. McDuff is also the co-founder of Integrity Seminars, an online company dedicated to teaching academic integrity to college students since 2006. The company offers the Academic Integrity Seminar, which is a personalized online educational intervention administered to more than 100 colleges and universities nationwide to promote the importance of social trust and mutual obligation in personal, academic, and economic relationships.

Insight Economics
555 Fayettville Street, Suite 201
Raleigh, NC 27601

DeForest McDuff
919-446-5755
DeForest@InsightEconomics.com



## Professional Experience

Insight Economics (www.insighteconomics.com). San Diego, CA and Raleigh, NC. Co-Founder and Partner, 2017 to present.

University of North Carolina at Chapel Hill. Chapel Hill, NC. Teaching Assistant Professor, Department of Economics, 2020 to present.

Integrity Seminars (www.integrityseminar.org, formerly Academic Integrity Seminar). Co-Founder and Partner, 2006 to present.

Intensity (formerly Quant Economics). San Diego, CA and Boston, MA. Economist from 2009 to 2012, Senior Economist from 2012 to 2013, Vice President from 2013 to 2017, Head of Boston Office from 2015 to 2017.

JPMorgan Chase. New York NY. Trading Analyst, 2006 to 2007.

Princeton University. Princeton NJ. Economic Research Assistant, 2004 to 2006.

## Education

Ph.D. in Economics, Princeton University, 2009.

M.A. in Economics, Princeton University, 2006.

B.A. in Economics, University of Maryland, College Park, *summa cum laude*, 2004.

B.S. in Mathematics, University of Maryland, College Park, *summa cum laude*, 2004.

## Professional Memberships

American Economic Association (AEA).

Licensing Executives Society (LES).

## Publications

McDuff, DeForest, Mickey Ferri, and Noah Brennan: "Patents and Antitrust in the Pharmaceuticals Industry" (2021) California Antitrust and Unfair Competition Law, forthcoming.

McDuff, DeForest, Mickey Ferri, and Noah Brennan: "Thinking Economically About Blocking Patents: Did Acorda Create a New Paradigm?" (2020) Landslide, Volume 12, Number 4, 42-45.



McDuff, DeForest and Nathan Koterba: "Formal Fridays: 60+ Strategies for Standing Out & Getting Promoted," (2018) Amazon Publishing.

McDuff, DeForest, Gary Pavela, and Donald McCabe: "Updated: Ten Principles of Academic Integrity for Faculty," (2017) Integrity Seminars Resource.

McDuff, DeForest, Ryan Andrews, and Matthew Brundage: "Thinking Economically About Commercial Success," (2017) Landslide, Volume 9, Number 4, 37-40.

McDuff, DeForest: "Splitting the Atom: Economic Methodologies for Profit Sharing in Reasonable Royalty Analysis," (2016) les Nouvelles June 2016, 70-73.

McDuff, DeForest and Daryl Fairweather: "Measuring Marketing: Using Content Analysis to Evaluate Relative Value in Valuation and Reasonable Royalty Analysis," (2016) les Nouvelles. June 2016, 88-93.

McDuff, DeForest, Ryan Sullivan, and Justin Skinner: "Downgrade to 'Neutral': A Diminishing Role of the Georgia-Pacific Factors in Reasonable Royalty Analyses," (2015) les Nouvelles 50(3), 134-137. Licensing Executives Society Article of the Month: March 2016.

McDuff, DeForest and Ryan Sullivan: "AstraZeneca and Damages In 'At-Risk' Generic Drug Launches," April 28, 2015, Law360.

McDuff, DeForest and Justin Skinner: "Reasonable Royalties: All About that Base … Or That Rate," December 18, 2014, Law360.

McDuff, DeForest, Susan McDuff, Jennifer Farace, Carolyn Kelley, Maria Sovoia, and Jess Mandel: "Evaluating a Grading Change at UCSD School of Medicine: Pass/Fail Grading is Associated with Decreased Performance on Preclinical Exams but Unchanged Performance on USMLE Step 1 Scores" (2014) BioMed Central Medical Education 14:127.

McDuff, DeForest and Justin Skinner: "Apple v. Motorola May Help Defenders of Daubert Challenges" with Justin Skinner, May 21, 2014, Law360.

McDuff, DeForest: "Home Price Risk, Local Market Shocks, and Index Hedging," (2012) The Journal of Real Estate Finance and Economics 45(1), 212–237.

McDuff, DeForest: "Demand Substitution Across U.S. Cities: Observable Similarity and Home Price Correlation," (2011) Journal of Urban Economics 70(1), 1–14.

McDuff, DeForest: "Quality, Tuition, and Applications to In-State Public Colleges," (2007) Economics of Education Review 26(4), 433–449.

McDuff, DeForest: "Analyzing Income and Happiness: The Effects of Placing Too Much Emphasis on Income in a Job" (2005), Princeton manuscript.



## Awards

IAM Patent 1000: Top Expert Witnesses. Awarded to top expert witnesses nationwide (approximately 80-90 experts) with expertise in economic patent analysis, 2020.

Towbes Teaching Prize for Outstanding Teaching. Awarded to top 4 teaching assistants in the economics department, Princeton University, 2006.

National Science Foundation Graduate Research Fellowship. Awarded to 25 graduate students in economics nationwide each year, Princeton University, 2005.

Princeton University Graduate Research Fellowship. Full tuition fellowship and stipend for graduate research, Princeton University, 2004.

Dillard Prize. Awarded to top undergraduate in economics, University of Maryland at College Park, 2004.

## Speaking Engagements

"Physician Finances: From Resident to Attending," Harvard Residency Morning Conference, Boston MA, 2019; Duke University Residency Morning Conference, Durham NC, 2020.

"Price Optimization in E-Commerce," Presenter, Global Big Data Conference, Boston MA, 2016.

"Damages Whirlwind: Navigating Reasonable Royalties in 2015," Presenter, Boston Patent Law Association, Boston MA, 2015.

"Asset Valuation and Patent Monetization: A Review of Valuation Methods and Transaction Structures," Presenter, Law Seminars International, San Francisco CA, 2015.

"Jury Trials for At-Risk Generic Launches," Presenter, Continuing Legal Education, Los Angeles CA, 2015.

"Careers for PhDs in Start-ups," Panelist, University of California at San Diego, San Diego CA, 2014.

"How to Prove Reasonable Royalty in Patent Damages," Panelist, The Knowledge Congress, San Diego CA, 2013.

"Careers in Economics and Finance," Presenter, University of California at San Diego, San Diego CA, 2010.

"Home Price Risk, Local Market Shocks, and Index Hedging," Presenter, National Bureau of Economic Research, Boston MA, 2008.



# Expert Testimony (4 Years)

1. Gentex Corporation v. Galvion Ltd., Galvion Inc., United States District Court, District of Delaware, Case No. 19-00921-MN.   Evaluation of patent damages including reasonable royalty, lost profits, unjust enrichment, and contract royalties for military helmet equipment.

2. Salix Pharmaceuticals, Ltd.; Salix Pharmaceuticals, Inc.; Bausch Health Ireland Ltd.; and Alfasigma S.P.A. v. Norwich Pharmaceuticals, Inc., United States District Court, District of Delaware, Case No. 20-00430-RGA.   Evaluation of commercial success related to Xifaxan (rifaximin) for treatment of hepatic encephalopathy and irritable bowel syndrome with diarrhea.   Expert report.

3. Volterra Semiconductor LLC v. Monolithic Power Systems, Inc., United States District Court, District of Delaware, Case No. 1:19-cv-02240. Evaluation of patent infringement, economic damages, and reasonable royalty related to integrated chip power solutions. Expert report (x2), deposition.

4. Horizon Medicines LLC v. Alkem Laboratories Ltd., United States District Court, District of Delaware, Case No. 1:18-cv-01014. Evaluation of irreparable harm, balance of hardships, and public interest with respect to patent infringement and the commercial performance of Duexis (ibuprofen famotidine). Expert declaration.

5. Rubicon Research Private Limited v. Kartha Pharmaceuticals Inc., and Manoj Babu Mazhuvancheril;   Zaklady   Farmaceutyczne   Polpharma   S.A.   v.   Kartha Pharmaceuticals, Inc., United States District Court, Western District of North Carolina (Charlotte), Case No. 3:21-cv-00129-MOC-DSK; 3:21-cv-00129-GCM. Evaluation of irreparable harm, public interest, balance of hardships, and bond related to trade secret misappropriation and breach of contract in pharmaceutical product development. Expert report.

6. Westside Resources, Inc.; Starz, Inc.; Tiplutions, Inc.; World Vision for Mankind; and Starz Westside Holdings, Inc. v. Crystal Tips Holdings, Inc. JAMS Arbitration, Case No. 1200057280. Evaluation of breach of contract and business impact related to dentistry medical devices. Expert analysis, deposition, arbitration testimony.

7. Fresenius Kabi USA, LLC v. Custopharm, Inc., United States District Court, Western District of Texas (Waco Division), Case No. 6:21-cv-00286-ADA. Evaluation of irreparable harm, balance of hardships, and public interest related to patent infringement and the treatment of myxedema coma and hypothyroidism. Expert declarations (x2).



8.  Syngenta Crop Protection, LLC v. Atticus, LLC, United States District Court, District of North Carolina Western Division, Case No. 5-19-cv-00509.  Evaluation of patent infringement, economic damages, reasonable royalty, and commercial success related to agricultural chemicals. Expert reports (x2), deposition.

9.  Rebecca Holland New v. Thermo Fisher Scientific, Inc., United States District Court, North Carolina Middle District, Case No. 1:19-cv-00807-TDS-LPA. Evaluation of economic damages due to alleged discrimination, harassment, hostile and abusive working environment, retaliation, breach of contract, conversion, fraud, and failure to pay wages and benefits. Expert reports (x2).

10. Brian C. Williams, et al. v. The Estates LLC, et al., United States District Court, Middle District of North Carolina, Case No. 1:19-cv-00176-CCE-JLW. Evaluation of class certification and antitrust claims related to bid rigging and real estate foreclosures. Expert report.

11. In the Matter of Certain Non-Invasive Aesthetic Body-Contouring Devices, Components Thereof, and Methods of Using Same (BTL Industries, Inc., et al. v. Allergan, Inc. et al.), United States International Trade Commission, Investigation No. 337-TA-1219. Evaluation of domestic industry, commercial success, bond, and remedy related to body contour products. Expert report, deposition, trial testimony.

12. Boehringer Ingelheim Pharmaceuticals Inc., Boehringer Ingelheim International GmbH, Boehringer Ingelheim Corporation v. MSN Laboratories Private Ltd., MSN Pharmaceuticals, Inc., Sun Pharmaceutical Industries, Ltd., Sun Pharmaceutical Industries, Inc., Lupin Limited, Lupin Pharmaceuticals Inc., Dr. Reddy's Laboratories Ltd., Dr. Reddy's Laboratories, Inc., Cipla Limited, Cipla USA, and InvaGen Pharmaceuticals, Inc., Mankind Pharma Ltd., Lifestar Pharma LLC, Alkem Laboratories Ltd., Aurobindo Pharma Ltd., Aurobindo Pharma USA, Inc., Laurus Labs Ltd., Laurus Generics Inc., Alembic Pharmaceuticals Ltd., Alembic Pharmaceuticals, Inc., Zydus Pharmaceuticals (USA) Inc., Cadila Healthcare Limited, Aizant Drug Research Solutions Pvt. Ltd., Prinston Pharmaceutical Inc., United States District Court, District of Delaware, Case No. 18-cv-01689-CFC. Evaluation of commercial success related to Jardiance, Glyxami, Synjardy, and Synjardy XR (empagliflozin) for the treatment of Type 2 diabetes. Expert report, deposition.

13. Wash World, Inc. v. Belanger, Inc. and Piston OPW, Inc. d/b/a OPW Inc., United States District Court, Eastern District of Wisconsin, Green Bay Division, Case No.



EDWI-1-19-cv-01562. Evaluation of lost profits and reasonable royalty related to mechanical car wash systems. Expert report, deposition.

14.  Arbor Global Strategies, LLC v. Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc., United States District Court, Eastern District of Texas, Marshall Division, Case No. EDTX-2-19-cv-00333. Evaluation of reasonable royalty related to semiconductors, integrated circuits, and electronics hardware. Expert report, deposition.

15.  Finjan, LLC v. Qualys, Inc., United States District Court, Northern District of California, Case No. 4:18-cv-07229-YGT. Evaluation of reasonable royalty related to cybersecurity software. Expert report, deposition.

16.  In the Inter Partes Review of U.S. Patent Nos. 8,257,723 and 7,744,913 (Palette Life Sciences, Inc. v. Incept LLC), United States Patent and Trademark Office, Patent Trial and Appeal Board, IPR2020-00002, IPR2020-00004. Evaluation of commercial success related to spacer technology for prostate cancer treatment. Expert declaration, deposition.

17.  SmileDirectClub, LLC v. Candid Care Co., United States District Court, District of Delaware, Case No. 20-cv-00583-CFC. Evaluation of irreparable harm, balance of hardships, and public interest related to dental alignment. Expert declaration.

18.  Finjan, LLC v. SonicWall, Inc., United States District Court, Northern District of California, Case No. 5:17-cv-04467-BLF. Evaluation of reasonable royalty related to cybersecurity software. Expert report, deposition.

19.  Vanda Pharmaceuticals Inc. v. Teva Pharmaceuticals USA, Inc., Apotex Inc., Apotex Corp., MSN Pharmaceuticals Inc., MSN Laboratories Private Limited, United States District Court, District of Delaware, Case Nos. 1:18-cv-00651, 1:18-cv-00689, and 1:18-cv-000690. Evaluation of commercial success related to Hetlioz (tasimelteon) for the treatment of Non-24 sleep disorders. Expert report.

20.  Pharmacyclics LLC and Janssen Biotech, Inc. v. Zydus Worldwide DMCC, et al., Pharmacyclics LLC and Janssen Biotech, Inc. v. Alvogen Pine Books LLC and Natco Pharma LTD, United States District Court, District of Delaware, Case Nos. 1-18-cv-00192 (CFC), 1-19-cv-00434 (CFC)(CJB). Evaluation of commercial success related to Imbruvica (ibrutinib) to treat non-Hodgkin's lymphoma. Expert report, deposition, trial testimony.



21. In the Inter Partes Review of U.S. Patent Nos. 8,993,300, 8,455,232, 7,312,063, 7,829,318, 6,451,572, and 7,026,150 (Associated British Foods PLC, AB Vista, Inc., PGP International Inc., Abitec Corporation, AB Enzymes, Inc., and AB Enzymes GMBH v. Cornell Research Foundation, Inc.), United States Patent and Trademark Office, Patent Trial and Appeal Board, IPR2019-00577, IPR2019-00578, IPR2019-00579, IPR2019-00580, IPR2019-00581, IPR2019-00582. Evaluation of commercial success related to OptiPhos and Quantum products related to animal feed enzymes. Expert declaration.

22. Sonrai Systems, LLC v. Anthony M. Romano, Geotab, Inc., The Heil Co. d/b/a Environmental Solutions Group, and Alliance Wireless Technologies, Inc., United States District Court, Northern District of Illinois, Eastern Division, Case No. 16-cv-03371. Evaluation of trade secret misappropriation, interference with contracts, unfair competition, breach of contract, and other issues related to automobile telematics. Expert report, deposition.

23. Wirtgen America, Inc. v. United States of America, Department of Homeland Security, U.S. Customs and Border Protection, et al., United States District Court, District of Columbia, Case No. 20-cv-00195-CRC. Evaluation of competition and irreparable harm related to the importation of road milling machines. Expert declaration, hearing testimony.

24. In the Inter Partes Review of U.S. Patent 8,679,069 (Pfizer Inc. v. Sanofi-Aventis Deutschland GMBH), United States Patent and Trademark Office, Patent Trial and Appeal Board, IPR2018-00979. Evaluation of commercial success related to Lantus SoloStar (insulin glargine) for the treatment of diabetes. Expert declaration.

25. Vifor Fresenius Medical Care Renal Pharma Ltd., Vifor Fresenius Medical Care Renal Pharma France S.A.S. v. Lupin Atlantis Holdings SA, Lupin Pharmaceuticals, Inc., and Teva Pharmaceuticals USA, Inc., United States District Court, District of Delaware, Case No. 1:18-cv-00390-MN. Evaluation of commercial success related to Velphoro (sucroferric oxyhydroxide) for the treatment of chronic kidney disease and hyperphosphatemia. Expert report, deposition, trial testimony.

26. Impax Laboratories, Inc. v. Zydus Pharmaceuticals (USA) Inc., United States District Court, District of New Jersey, Case No. 2:17-cv-13476. Evaluation of commercial success related to Rytary (carbidopa and levodopa) for the treatment of Parkinson's disease. Expert report, deposition.

27. Mitsubishi Tanabe Pharma Corporation, Janssen Pharmaceuticals, Inc., Janssen Pharmaceutica NV, Janssen Research and Development, LLC, and Cilag Gmbh



International v. Sandoz Inc. and Zydus Pharmaceuticals (USA) Inc., United States District Court, District of New Jersey, Case Nos. 17-05319, 17-06375, 17-12082, 18-06112. Evaluation of commercial success related to Invokana, Invokamet, and Invokamet XR (canagliflozin) for the treatment of Type 2 diabetes. Expert report, deposition, trial testimony.

28. Sanofi-Aventis US LLC, Sanofi-Aventis Deutschland GMBH, and Sanofi Winthrop Industrie, Biocon Limited, Biocon Research Ltd., Biocon S.A., Biocon Sdn. Bhd. v. Mylan GMBH, Mylan Inc., Mylan NV, And Mylan Pharmaceuticals Inc., United States District Court, District of New Jersey, Case No. 17-cv-09105-SRC-CLW. Evaluation of commercial success related to Lantus Vial and Lantus SoloStar (insulin glargine) for the treatment of diabetes. Expert report, deposition, trial testimony.

29. In the Inter Partes Review of U.S. Patent 8,679,069; 8,992,486; 9,526,844; 9,604,008; 8,992,486 (Mylan Pharmaceuticals Inc. and Pfizer Inc. v. Sanofi-Aventis Deutschland GMBH), United States Patent and Trademark Office, Patent Trial and Appeal Board, IPR2018-01670, IPR2018-01678, IPR2018-01680, IPR2018-01682, IPR2018-01684, IPR2019-00122. Evaluation of commercial success related to Lantus SoloStar (insulin glargine) for the treatment of diabetes. Expert declaration, deposition.

30. Align Technology, Inc. v. Strauss Diamond Instruments, Inc., United States District Court, Northern District of California, Case No. 18-cv-06663-TSH. Evaluation of trademark infringement, false advertising, unfair competition, and other claims related to dental imaging products. Expert report.

31. L.A. International Corp., Manhattan Wholesalers Inc., Excel Wholesale Distributors Inc., Value Distributor, Inc., Border Cash & Carry, Inc., AKR Corporation, U.S. Wholesale Outlet & Distribution, Inc.; Sanoor, Inc. (D/B/A L.A. Top Distributor); Pittsburg Wholesale Grocers, Inc.; And Pacific Groservice, Inc. v. Prestige Brands Holdings, Inc. And Medtech Products Inc. United States District Court, Central District of California, Case No. 18-cv-06809-MWF-MRW. Evaluation of restitution and antitrust damages related to price discrimination for consumer health care products. Expert report, deposition, trial testimony.

32. ON Semiconductor Corporation, Semiconductor Components Industries, LLC d/b/a ON Semiconductor. v. Power Integrations, Inc. United States District Court, Northern District of California, San Jose Division, Case Nos. 17-cv-03189-BLF, 16-cv-06371-BLF. Evaluation of patent infringement including reasonable royalty



damages related to electronics and semiconductor products. Expert report, deposition.

33. Bristol-Myers Squibb Company and Pfizer Inc. v. Aurobindo Pharma USA, Inc. and Aurobindo Pharma Ltd., Sigmapharm Laboratories, LLC, Unichem Laboratories, Ltd., and Zydus Pharmaceuticals (USA), Inc. United States District Court, District of Delaware, Case No. 17-cv-00374. Evaluation of secondary considerations related to Eliquis (apixaban) for the treatment of deep vein thrombosis, pulmonary embolism, and stroke prevention in nonvalvular atrial fibrillation. Expert report, deposition.

34. Millennium Pharmaceuticals, Inc. v. Apotex Corp., Apotex, Inc., Hospira, Inc., Zydus Pharmaceuticals (USA) Inc., Cadila Healthcare Ltd. United States District Court, District of Delaware, Case No. 13-cv-01874. Evaluation of secondary considerations related to Velcade (bortezomib) for the treatment of multiple myeloma and mantle cell lymphoma. Expert report, deposition.

35. US Wholesale Outlet & Distribution, Inc., Trepco Imports & Distribution, Ltd., L.A. International Corporation, California Wholesale, YNY International Inc., Eashou, Inc. dba San Diego Cash and Carry, Sanoor, Inc. dba L.A. Top Distributor v. Living Essentials, LLC and Innovation Ventures, LLC. United States District Court, Central District of California, Case No. 2:18-cv-1077. Evaluation of restitution and antitrust damages related to price discrimination for food and beverage products. Expert report, deposition.

36. Allergan Sales, LLC; Forest Laboratories Holdings, Ltd.; Allergan USA, Inc.; and Ironwood Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc. and Sandoz Inc. United States District Court, District of Delaware, Case No. 16-1114-RGA. Evaluation of secondary considerations including commercial success, long-felt need, skepticism, and copying related to Linzess (linaclotide) for the treatment of irritable bowel syndrome. Expert report, deposition.

37. Stayma Consulting Services, LLC v. Teligent, Inc. American Arbitration Association. Evaluation of trade secrets, breach of contract, unfair competition, and business harm related to pharmaceuticals products. Expert reports (x2).

38. Orexo AB and Orexo US, Inc. v. Actavis Elizabeth LLC, Actavis Pharma, Inc., Teva Pharmaceuticals USA, Inc., and Teva Pharmaceutical Industries, Ltd. United States District Court, District of Delaware, Case No. 17-00205-CFC. Evaluation of patent infringement including reasonable royalty related to pharmaceuticals. Expert report, deposition, trial testimony.



39. Sumitomo Dainippon Pharma Co., Ltd. and Sunovion Pharmaceuticals Inc. v. Emcure Pharmaceuticals Ltd., Aurobindo Pharma Ltd., Dr. Reddy's Laboratories, Ltd., Dr. Reddy's Laboratories, Inc., Lupin Ltd., Sun Pharma Global Fze, Accord Healthcare Inc., Amneal Pharmaceuticals, LLC, Invagen Pharmaceuticals, Inc., Torrent Pharmaceuticals Ltd., Zydus Pharmaceuticals (USA) Inc. United States District Court, Central District of California, Case No. 2:18-cv-02065-SRC-CLW, 2:18-cv-02620-SRC-CLW. Evaluation of commercial success related to Latuda (lurasidone) for the treatment of schizophrenia and bipolar disorders. Expert report, deposition.

40. Carl Zeiss AG & ASML Netherlands B.V. v. Nikon Corporation, Sendai Nikon Corporation, and Nikon Inc. United States District Court, Central District of California, Case No. 2:17-cv-07083-RGK-MRW. Evaluation of patent infringement including reasonable royalty related to digital cameras. Expert report, deposition, trial testimony.

41. In the Inter Partes Review of U.S. Patent 7,476,652 and 7,713,930 (Mylan Pharmaceuticals Inc., v. Sanofi-Aventis Deutschland GMBH), United States Patent and Trademark Office, Patent Trial and Appeal Board, IPR2017-01526 and IPR2017-01528. Evaluation of commercial success related to Lantus Vial (insulin glargine) for the treatment of diabetes. Expert declaration, deposition.

42. Carl Zeiss AG & ASML Netherlands B.V. v. Nikon Corporation, Sendai Nikon Corporation, and Nikon Inc. United States District Court, Central District of California, Case No. 2:17-cv-03221-RGK-MRW. Evaluation of patent infringement including reasonable royalty related to digital cameras. Expert report, deposition, trial testimony.

43. Merck Sharp & Dohme Corp., Cubist Pharmaceuticals LLC, Optimer Pharmaceuticals LLC MSD Investment Holdings (Ireland), and MSD International GMBH v. Actavis Laboratories Fl, Inc., Actavis Pharma, Inc., and Actavis Inc. United States District Court of New Jersey, Case No. 2:15-cv-06541-WHW-CLW. Evaluation of commercial success of Dificid (fidaxomicin) for the treatment of Clostridium difficile-associated diarrhea. Expert report.

44. Gilead Sciences, Inc. v. Mylan Pharmaceuticals Inc. United States District Court of Delaware, Case No. 16-cv-00192-RGA. Evaluation of commercial success related to Tybost, Evotaz, Prezcobix, Stribild, and Genvoya for the treatment of HIV. Expert report, deposition.



45. Immunex Corporation, Amgen Manufacturing, Limited, and Hoffmann-LA Roche Inc., v. Sandoz Inc., Sandoz International GMBH, and Sandoz GMBH. United States District Court of New Jersey, Case No. 2:16-cv-01118-CCC-MF. Evaluation of indications for and commercial success of Enbrel (etanercept) for the treatment of rheumatoid arthritis, psoriasis, and other indications. Expert reports (x2), deposition, trial testimony.

# Robert B. Perni, Ph.D.



linkedin.com/in/robert-perni-6b02835

## PHARMACEUTICAL RESEARCH EXECUTIVE

Organic/medicinal chemist with 34 years medicinal chemistry/drug design and 30 years project leadership/research management experience. Research team leader and co-inventor of nine development candidates including **Incivek**™ (telaprevir, VX-950), a hepatitis C protease inhibitor approved in 2011.

## PROFESSIONAL EXPERIENCE

*IM Therapeutics,* Woburn MA                                                           *2019-Present*

**Vice President, R&D**

- Member of Executive Management Team
- Responsible for Drug Discovery activities including  medicinal chemistry, computational chemistry
- Responsible for Process development and manufacturing of drug candidates

*JMD Pharma Creativity, LLC,* Marlborough, MA                                         *2014-Present*

**Principal** (2014-Present)

- Providing Medicinal Chemistry and Drug Discovery consulting services primarily for start-up and small biotechnology companies.

*NiDares, Inc.,* Marlborough, MA                                                       *2013-2015*

**Co-founder and Director** (2013-2015)

*Sirtris Pharmaceuticals,* Cambridge, MA                                              *2007-2013*

**Vice President, Chemistry** (2008-2013)

**Senior Director, Chemistry** (2007-2008)

- Member of Sirtris Executive Management Team
- Responsibility for medicinal chemistry research, synthetic chemistry, biophysics and compound management.
- Oversight over the identification of three SIRT 1 activator development candidates
- Oversight of extensive chemistry outsourcing operations
- Interim Head of Lead Discovery (Biochemistry/Enzymology) and Structural Biology (2008-2009)
- Management of >$5MM annual Chemistry budget (operating and capital)

_Vertex Pharmaceuticals,_ Cambridge, MA                                        _1998-2007_

**Head, Outsource Chemistry Research** (2006-2007)

- Managed outsourcing of medicinal chemistry activities including identifying vendors, setting up new collaborations and managing external chemistry FTEs.
- Strategic development and expansion of outsourcing capabilities.
- Advisor to all medicinal chemistry project teams.

**Head, Hits to Leads Chemistry** (2004-2006)

- Implemented new global Hits to Leads (HTL) effort providing HTL support to all sites (Cambridge, MA, San Diego, CA, Oxford, UK)
- Responsible for the design and strategic implementation of HTL, including developing innovative approaches/technologies for scaffold exploration, diversification and analysis

**Project Head, Hepatitis C Protease Inhibition** (1998-2005)

- Responsible for overseeing all aspects of the Hepatitis C NS3•4A Protease Inhibition Research Program. (1998-2005)
- Provided scientific direction and integration of multidisciplinary team.
- Managed $2MM external annual budget and all program resources
  - Led team to the discovery of **Incivek**$^{TM}$ (telaprevir, VX-950**)**, a HCV protease inhibitor development candidate. Optimized 12 μM lead to 7 nM selective inhibitor. (2001)
  - Led team to the discovery to a back-up development compound for VX-950 (2003)
- Head of Hepatitis C Protease Medicinal Chemistry group (1998-2005)
- Research Representative on HCV VX-950 Development Team  (2001-2007)
- Research Representative on HCV In-licensing Team (2003-2005)
- Provided Business Development support in partnering activities in Hepatitis C R&D. (2003-2005)
- Responsible for managing collaborative efforts with Eli Lilly & Co (1998-2002)

**Group Leader** (1998)

- Responsible for leading HCV Medicinal Chemistry team.

_Avid Therapeutics_ Philadelphia, PA                                        _1995-1997_

**Director of Chemistry**

- Responsible for all Chemical Research and Development
- Initiated Medicinal Chemistry efforts at Avid including hiring staff, renovating and setting up laboratory.
- Discovered novel series of compounds that inhibit replication of Hepatitis B virus: lead compound **AT-130**.
- Responsible for identifying and purchasing diverse compound collections for screening.

2

- Responsible for process/synthesis, formulation and all related issues of the HIV Protease Inhibitor DMP-450 for clinical trials.
- Responsible for all CMC documentation (IND) for DMP-450.
- Designed and assembled Company chemical databases.
- Worked with collaborators at Parke-Davis on HBV program, though all chemistry performed at Avid.
- Provided Business Development support in partnering activities in Hepatitis B R&D.

_Sterling Winthrop, Inc._ Rensselaer, NY and Collegeville, PA                                      _1986-1994_

**Senior Research Investigator** (1990-1994)

- Project Leader, Bioreductive Radiosensitizer Collaboration with Stanford University and SRI International (1992-1994) Responsible for overseeing all scientific aspects of research carried out at SRI (medicinal chemistry) and Stanford University (biological evaluation).
  - Efforts resulted in the clinical development of **tirapazamine (WIN 59075).**
- Project Chemist for Cytotoxic Screening Project (1990-1994).  Responsible for structural assessment of hits and subsequent analog design and synthesis.
  - Efforts resulted in the advancement of anti-tumor agent **WIN 33377** into Phase 2 clinical development and the identification of a backup compound, **WIN 68210.**
  - A 2nd generation solid tumor selective agent, **SR271425** was also identified and subsequently entered clinical development.

**Research Investigator** (1988-1990)

- Project Chemist for Bioreductive Radiosensitizer Collaboration (1989-1992). Responsible for overseeing drug design and synthesis carried out at SRI International.
- Design and synthesis of compounds for the antiviral and cardiovascular programs (1988-1990).
- Chairman Medicinal Chemistry Colloquium Program (1988-1990).

**Senior Research Chemist** (1986-1988)

- Design and synthesis of novel antibacterial (quinolone gyrase inhibitors) and antiviral agents (quinolone-based antiherpetics)

## ACADEMIC EXPERIENCE

University of Rochester – Postdoctoral Fellow (1984-1986)  Advisor: Prof. Robert K. Boeckman, Jr.
- Research directed toward the total synthesis of the macrocyclic antibiotic Ikarugamycin.

Dartmouth College – Postdoctoral Fellow (1984) Advisor: Prof. Gordon W. Gribble
- Research directed toward the synthesis of polycyclic aromatic hydrocarbons.

Dartmouth College – PhD Organic Chemistry (1979-1983) Advisor: Prof. Gordon W. Gribble

- Doctoral Dissertation: "Conventional and Biomimetic Synthetic Entries to *Aristotelia* Alkaloids"

Northeastern University – BS Chemistry (1974-1979) Advisor: Dr. Bill C. Giessen
- Undergraduate research on the preparation and characterization of novel amorphous alloys.

Harvard School of Public Health, Cooperative Education Program with Northeastern Univ. (1976-1978)
- Developed and applied analytical methods to environmental problems.

## PERSONAL

**Professional Affiliations and Activities**

- o   Scientific Advisory Board Member, CreaGen BioSciences (2018-present)
- o   Scientific Advisory Board Member, WntRx Pharmaceuticals (2016-Present)
- o   Mentor, MassCONNECT Program (a mentoring program of Mass Bio) (2014-present)
- o   Advisory Board Member, Barnett Institute (Northeastern University) (2012-present)
- o   Member of the American Chemical Society (1979-present)
- o   Reviewer for the following Journals:
    - Journal of Organic Chemistry
    - Journal of Medicinal Chemistry
    - Bioorganic and Medicinal Chemistry Letters
    - Bioorganic and Medicinal Chemistry
    - Nature, Chemical Biology
    - Expert Opinion on Investigational Drugs
    - Antiviral Agents and Chemotherapy
    - Virology Journal
    - Tetrahedron Letters

**Awards and Recognition**

- o   Recipient of the *Bioorganic and Medicinal Chemistry Letters* Most Cited Paper Award 2003-2006
- o   Cited by Boston Business Journal as "Champions in Healthcare: Innovator, 2004"
- o   Recipient of 3 Sterling Winthrop Vision and Accomplishment Awards 1992-1994

**Publications**

Approximately 175 publications including research papers, abstracts/presentations, review articles and patents.

**Languages**

Fluent in Italian, reading comprehension of German and Spanish

**REFERENCES:**   Provided on request

Robert B. Perni, Ph.D.

## PUBLICATIONS

**RESEARCH MANUSCRIPTS**

1. "Synthesis of New Pyrrolo[3,4-b]indol-3-ones as Latent Substrates for Pyrrolo[3,4-b]indoles" Saulnier, M.G.; Schreiber, S.M.; Cavanaugh, K.L.; Perni, R.B.; Joyner, H.H.; Gribble*, G.W. *ARKIVOC* **2021,** 15-23.

2. "A Synthetic Approach to (±) Aristomakine" Perni, R.B.; Gribble, G.W. *ARKIVOC* **2018**, 75-84.

3. "Crystallographic structure of a small molecule SIRT1 activator-enzyme complex" Dai, H.; Case, A.W, Riera, T.V.; Considine, T.; Lee, J.; Hamuro, Y.; Zhao, H.; Jiang, Y.; Sweitzer, S.M.; Pietrak, B.; Schwartz, B.; Blum, C.A.; Disch, J.S.; Caldwell, R.; Szczepankiewicz, B.; Oalmann, C.; Ng, P.Y.; White, B.H.; Casaubon, R.; Narayan, R.; Koppetsch, K.; Bourbonais, F.; Wu, B.; Wang, J.; Qian, D.; Jiang, F.; Mao, C.; Wang, M.; Hu, E.; Wu, J.C.; Perni, R.B.; Vlasuk, G.P.; Ellis, J.L. *Nature Commun.* **2015**, DOI: 10.1038/ncomms8645

4. "The Identification of the SIRT1 Activator SRT2104 as a Clinical Candidate" Ng, P.Y.; Bemis, J.E.; Disch, J.S.; Vu, C.B.; Oalmann, C.J.; Lynch, A.V.; Carney, D.P.; Riera, T.V.; Song, J.; Smith, J.J.; Lavu, S.; Tornblom, A.; Duncan, M.; Yeager, M.; Kriksciukaite, K.; Gupta, A.; Suri, V.; Elliot, P.J.; Milne, J.C.; Nunes, J.J.; Jirousek, M.R.; Vlasuk, G.P.; Ellis, J.L.; Perni, R.P. *Lett. Drug Des. Disc.* **2013**, *10*, 793-797.

5. "The Synthesis of Halomethyltrifluoroborates Through Continuous Flow Chemistry" Broom, T.; Hughes, M.; Szczepankiewicz, B.G.; Ace, K.; Hagger, B.; Lacking, G.; Chima, R.; Marchbank, G.; Alford, G.; Evans. P.; Cunningham. C.; Robert, J.C.; Perni, R.B.; Berry, M. Rutter, A.; Watson, S.A. *Org. Proc. Res. Dev.* **2014**, *18*, 1354-1359.

6. "Discovery of Thieno[3,2-*d*]pyrimidine-6-carboxamides as potent inhibitors of SIRT1, SIRT2 and SIRT3" Disch, J.S.; Evindar, G.; Chiu, C.H.; Blum, C.A.; Dai, H.; Jin, L.; Schuman, E.; Lind, K.E.; Belyanskaya, S.L.; Cuozzo, J.W.; Vlasuk, G.P.; Mao, C.; Perni, R. B. *J. Med. Chem.* **2013**, *56*, 3666-3679.

7. "Evidence for a Common Mechanism of SIRT1 Regulation by Allosteric Activators" Hubbard, B.P.; Gomes, A, P.; Dai, H.; Li, J.; Case, A.W.; Considine, T.; Riera, T.V.; Lee, J.E.; E, S.Y.; Lamming, D.W.; Pentelute, B.L.; Schuman, E.R.; Stevens, L.A.; Ling, A.J.Y.; Armour, S.M.; Michan, S.; Zhao, H.; Jiang, Y.; Sweitzer, S.M.; Blum, C.A.; Disch, J.S.; Ng, P.Y.; Howitz, K.T.; Rolo, A.P.; Hamuro, Y.; Moss, J.; Perni, R.B.; Ellis, J.L.; Vlasuk, G.P.; Sinclair, D.A. *Science* **2013**, *339*, 1216- 1219.

8. "Synthesis of Carba-NAD and the Structures of Its Ternary Complexes with SIRT3 and SIRT5" Szczepankiewicz, B.G.; Dai, H.; Koppetsch, K.J; Qian, D.; Jiang, F.; Mao. C.; Perni, R.B. *J. Org. Chem.* **2012**, *77,* 7319-7329.
.
9. "One-Step, Non-enzymatic Synthesis of O-Acetyl-ADP-ribose and Analogues from NAD and Carboxylates" Szczepankiewicz, B.G.; Koppetsch, K.J; Perni, R.B. *J. Org. Chem.* **2011**, *76*, 6465-6474.

10. "SIRT1 Activation by Small Molecules-Kinetic and Biophysical Evidence for Direct Interaction of Enzyme Activator" Dai, H.; Kustigian, L.; Carney, D.; Case, A.; Considine, T.; Hubbard, B.; Perni, R.B.; Riera, T.V.; Szczepankiewicz, B.; Vlasuk, G.P.; Stein, R.L. *J. Biological Chem.* **2010**, *285*, 32695-32703.

11. "*In vitro* and *in vivo* Isotope Effects with Hepatitis C Protease Inhibitors: Enhanced Plasma Exposure of Deuterated-telaprevir vs. Telaprevir in Rats" Maltais, F.; Jung, Y.C.; Chen, M.; Tanoury, J.; Perni, R.B.; Mani; N.; Laitinen, L.; Huang, H.; Liao, S.; Tsao, H.; Block, E.; Ma, C.; Shawgo, R.S.; Town, C.; Brummel, C.L.; Howe, D.; Pazhanisamy, S.; Raybuck, S.; Namchuck, M.; and Bennani, Y. *J. Med. Chem.* **2009**, *52*, 7993-8001.

12. "Crystal Structures of Human SIRT3 Displaying Substrate-induced Conformational Changes" Jin, L.; Wei, W.; Jiang, Y.; Peng, H.; Cai, J.; Mao, C.; Dai, H.; Choy, W.; Bemis, J.E; Jirousek, M.R.; Milne, J.C.; Westphal, C.H.; Perni, R.B. *J. Biol. Chem.* **2009**, *284*, 24394-24405.

13. "Discovery of Oxazolo[4,5-b]pyridines and Related Heterocyclic Analogs as Novel SIRT1 Activators" Bemis, J.E.; Vu, C.B.; Xie, R.; Nunes, J.J.; Ng, P.Y.; Disch, J.S.; Milne, J.C.; Carney, D.P.; Lynch, A.V.; Jin, L.; Smith, J.J.; Lavu, S.; Iffland, A.; Jirousek, M.J.; Perni, R.B.; *Bioorg. Med. Chem. Lett.* **2009**, *19*, 2350-2353.

14. "Discovery of Benzothiazole Derivatives as Efficacious and Enterocyte-Specific MTP Inhibitors" Vu, C.B.; Milne, J.C.; Carney, D.P.; Song, J.; Choy, W.; Lambert, P.D.; Gagne, D.J.; Hirsch, M.; Cote, A.; Davis, M.; Lainez, E.; Meade, N.; Normington, K.; Jirousek, M.R.; Perni, R.B. *Bioorg. Med. Chem. Lett.* **2009** *19*, 1416-1420.

15. "Biochemical Characterization, Localization and Tissue Distribution of the Longer Form of Mouse SIRT3" Jin, L.; Galonek, H.; Israelian, K.; Choy, W.; Morrison, M.; Xia, Y.; Wang, X.; Xu, Y.; Smith, J.J.; Hoffmann, E.; Carney, D.P.; Perni, R.B.: Jirousek, M.R.; Bemis, J.E.; Milne, J.C.; Sinclair, D.A.; Westphal, C.H. *Protein Science* **2009**, *18*, 514-525.

16. "Discovery of Imidazo[1,2-b]thiazole Derivatives as Novel SIRT1 Activators" Vu, C.B; Bemis, J.E.; Disch, J.S.; Ng, P.Y.; Nunes, J.J.; Milne, J.C.; Carney, D.P.; Lynch, A.V.; Smith, J.J.; Lavu, S.; Lambert, P.D.; Gagne, D.J.; Jirousek, M.R.; Schenk, S.; Olefsky, J.M.; Perni, R.B. *J. Med. Chem.* **2009**, *52*, 1275-1283.

17. "Small Molecule Activators of SIRT1 as Therapeutics for the Treatment of Type 2 Diabetes" Milne, J.C.; Lambert, P.D.: Schenk, S.; Carney, D.P.; Smith, J.J.; Gagne, D.J.: Jin, L.; Boss, O.; Perni, R.B.; Vu, C.B.; Bemis, J.E.; Xie, R.; Disch, J.S.; Ng, P.Y.; Nunes, J.; Lynch, A.V.; Yang, H.; Galonek, H.; Israelian, K.; Choy, W.; Iffland, A.; Lavu, S.; Medvedik, O.; Sinclair, D.A.; Olefsky, J.M.; Jirousek, M.R.; Elliott, P.J.; Westphal, C.H. *Nature* **2007**, 712- 716.

18. "Inhibitors of Hepatitis C NS2-4A Protease.   Effect of P4 Capping Groups on Inhibitory Potency and Pharmacokinetics" Perni, R.B.; Chandorkar, G.; Cottrell, K.M.; Gates, C.A.; Lin, C.; Lin, K.; Luong, Y.-P.; Maxwell, J.P.; Murcko, M.;  Pitlik, J.; Rao, B.G.; Schairer, W.C.; Van Drie, J.;  Wei, Y. *Bioorg. Med. Chem. Lett.* **2007**, *17*, 3406-3411.

19. "VX-950, a Novel Hepatitis C Virus (HCV) NS3-4A Protease Inhibitor, Exhibits Potent Antiviral Activities in HCV Replicon Cells" Lin, K.; Perni, R.B.; Kwong, A.D.; Lin, C. *Antimicrob. Agents Chemother.* **2006**, *50*, 1813-1822.

20. "Preclinical Profile of VX-950, a Potent, Selective, and Orally Bioavailable Inhibitor of Hepatitis C Virus NS3-4A Serine Protease" Perni, R.B.; Almquist, S.J.; Byrn, R.A.; Chandorkar, G.; Chaturvedi, P.R.; Courtney, L.F.; Decker, C.J.; Dinehart, K.; Gates, C.A.; Harbeson, S.L.; Heiser, A.; Kalkeri, G.; Kolaczkowski, E.; Lin, K.; Luong, Y.-P.; Rao, B.G.; Taylor, W.P.; Thomson, J.A.; Tung, R.D.; Wei, Y.; Kwong, A.D.; Lin, C. *Antimicrob. Agents Chemother.* **2006**, *50*, 899-909.

21. "Inhibitors of Hepatitis C Virus NS3•4A Protease: P2 Proline Variants" Farmer, L.J.; Britt, S.D.; Cottrell, K.M.; Court, J.J.; Courtney, L.F.; Deininger, D.D.; Gates, C.A.; Harbeson, S.L.; Lin, K.; Lin, C.; Y.-C.; Luong, Y.-P.; Maxwell, J.P.; Pitlik, J.; Rao, B.G.; Schairer, W.C.; Thomson, J.A.; Tung, R.D.; Van Drie, J.H.; Wei. Y.; Perni, R.B. *Lett. Drug Des. Disc.* **2005**, *2*, 497-502.

22. "*In Vitro* Studies of Cross-resistance Mutations Against Two Hepatitis C Virus Serine Protease Inhibitors, VX-950 and BILN 2061" Lin, C.; Gates, C.A.; Rao, B.G.; Brennan, D.L.; Fulghum, J.F.; Luong, Y.-P.; Frantz, J.D.; Lin, K.;  Ma, S.;  Wei, Y.; Perni, R.B.; Kwong, A.D. J. *Biol. Chem.* **2005**, *280*, 36784-36791.

23. "In Vitro Resistance Studies of Hepatitis C Virus Serine Protease Inhibitors, VX-950 and BILN 2061:  Structural Analysis Indicates Different Resistance Mechanisms" Lin, C.; Lin, K.; Luong, Y.-P.; Rao, B.G.; Wei, Y.; Brennan, D.L.;  Fulghum, J.R.; Hsiao, H.-M.; Ma, S.; Maxwell, J.P.; Cottrell, K.M.; Perni, R.B.; Gates, C.A.; Kwong, A.D. J. *Biol. Chem.* **2004**, *279*, 17508-17514.

24.  "Inhibitors of Hepatitis C Virus NS3•4A Protease 3. P2 Proline Variants" Perni, R.B.; Farmer, L.J.; Cottrell, K.M.; Court, J.J.; Courtney, L.F.; Deininger, D.D.; Gates, C.A.; Harbeson, S.L.; Kim, J.L.; Lin, C.; Lin, K.; Luong, Y.-P.; Murcko, M.A.; Pitlik, J.; Rao, B.G.; Schairer, W.C.; Tung, R.D.; Van Drie, J.H.; Wilson, K.; Thomson, J.A. *Bioorg. Med. Chem. Lett.* **2004**, *14*, *1939-1942.*

25.  "Inhibitors of Hepatitis C Virus NS3•4A Protease 2. Warhead SAR and Optimization." Perni, R.B.; Pitlik, J.; Britt, S.D.; Court, J.J.; Courtney, L.F.; Deininger, D.D.; Farmer, L.J.; Gates, C.A.; Harbeson, S.L.; Levin, R.B.; Lin, C.; Lin, K.; Moon, Y.-C.; Luong, Y.-P.; O'Malley, E.T.; Rao, B.G.; Thomson, J.A.; Tung, R.D.; Van Drie, J.H.; Wei. Y. *Bioorg. Med. Chem. Lett.* **2004**, *14*, *1441-1446.*

26.  "Inhibitors of Hepatitis C Virus NS3•4A Protease 1. Non-Charged Tetrapeptide Variants" Perni, R.B.; Britt, S.D.; Court, J.C.; Courtney, L.F.; Deininger, D.D.; Farmer, L.F.; Gates, C.A.; Harbeson, S.L.; Kim, J. L.; Landro, J.A.; Levin, R.B.; Luong, Y.-P.; O'Malley, E.T.; Pitlik, J.; Rao, B.G.; Schairer, W.C.; Thomson, J.A.; Tung, R.D.; Van Drie, J.H.; Wei. Y. *Bioorg. Med. Chem. Lett.* **2003**, *13*, 4059-4063.

27.  "Phenylpropenamide Derivatives as Inhibitors of Hepatitis B Virus Replication" Perni, R.B.; Conway, S.C.; Ladner, S.K.; Zaifert, K.; Otto, M.J.; King, R.W. *Bioorg. Med. Chem. Lett.* **2000**, *10*, 2687-2690.

28.  "Preclinical Efficacy of SW71425 against Transplanted Solid Tumors of Mouse and Human Origin" Corbett, T.H.; Panchapor, C.: Polin, L.; Lowichik, N.; Pugh, S.; White, K.; , Kushner, J.; Meyer, J.; Czarnecki,; Chinnukroh, S.; Edelstein, M.; LoRusso, P.; Heilbrun, L.; . Horwitz, J. P.; Grieshaber, C.; Perni, R.B.; Wentland, M.P.; Coughlin, S.; Elenbaas, S.; Philion, R.; Rake, J. *Invest. New Drugs*, **1999**, 17-27.

29.  "Inhibition of Human Hepatitis B Virus Replication by AT-61, a Phenylpropenamide Derivative, Alone and in Combination with (-)-β-L-2′,3′-Dideoxy-3′-Thiacytidine" King, R.; Ladner, S.; Miller, T.J.; Zaifert, K.; Perni, R.B.; Conway, S.C.; Otto, M.J. *Antimicrob. Agents Chemother.* **1998**, *42*, 3179-3186.

30.  "Synthesis and Antitumor Activity of 4-Aminomethylthioxanthenone and 5-Aminomethylbenzo-thiopyranindazole Derivatives" Perni, R.B.; Wentland, M.P.; Huang, J.J.; Powles, R.G.; Aldous, S.; Klingbeil, K.M.; Peverly, A.D.; Robinson, R.G.; Corbett, T.H.; Jones, J.L.; Mattes, K.C.; Rake, J.B.; Coughlin, S.A. *J. Med. Chem.* **1998**, *41*, 3645-3654.

31.  "An Efficient One Pot Synthesis of Hippuric Acid Ethyl Ester Derivatives" Conway, S.C.; Perni, R.B. *Syn. Commun.* **1998**, *28*, 1539-1545.

32.  "Antiviral Properties of 3-Quinolinecarboxamides: A Series of Novel Non-Nucleoside Antiherpetic Agents" Wentland, M.P.; Perni, R.B.; Dorff, P.H.; Brundage, P.R.; Castaldi, M.R.; Carlson, J.A.; Bailey, T.R.; Aldous, S.C.; Carabateas, P.M.; Bacon, E.R.; Kullnig, R.K.; Young, D.C.; Woods, M.G.; Kingsley, S.D.; Ryan, K.A.; Rosi, D.; Drozd, M.L.; Dutko, F.J. *Drug Design and Discovery* **1997**, *15*, 25-38.

33.  "Cyclic Variations of SR 233377 (WIN 33377) and effects on Antitumor Activity" Wentland, M.P.; Perni, R.B.; Huang, J.I.; Powles, R.G.; Aldous, S.C.; Klingbeil, K.M.; Peverly, A.D.; Robinson, R.G.; Corbett, T.H.; Jones, J.L.; Rake, J.B.; Coughlin, S.A. *Bioorg. Med. Chem. Lett.* **1996**, *6*, 1345-1350.

34.  "A Theoretical Investigation of the N-Oxide Moiety" Perni, R.B.; Kowalczyk, P.J.; Treasurywala, A.M.; Tracy, M. *Tetrahedron Lett.* **1995**, *36*, 699-702.

35.  "The Antitumor Activity of Novel Pyrazoloquinoline Derivatives" Wentland, M.P.; Aldous, S.C.; Gruett, M.D.; Perni, R.B.; Powles, R.G.; Danz, D.W. Klingbeil, K.M.; Peverly, A.D.; Robinson, R.G.; Corbett, T.H.; Rake, J.B.; Coughlin, S.A. *Bioorg. Med. Chem. Lett.* **1995**, *5*, 405-410.

36.  "Synthesis and Antibacterial Activity of Some Novel 1-Substituted 1,4-Dihydro-4-oxo-7-pyridinyl-3-quinolinecarboxylic Acids Potent Antistaphylococcal Agents" Reuman, M.; Daum, S.J.; Singh, B.; Wentland,

M.P.; Perni, R.B.; Pennock, P.; Carabateas, P.M.; Gruett, M.D.; Saindane, M.T.; Dorff, P.H.; Coughlin, S.A.; Sedlock, D.M.; Rake, J.B.; Lesher, G.Y. *J. Med. Chem.* **1995**,*38*, 2531-2540.

37.   "Cyclic Variations of 3-Quinolinecarboxamides and Effects on Antiherpetic Activity" " Wentland, M.P.; Carlson, J.; Dorff, P.H.; Aldous, S.C.; Perni, R.B.; Young, D.C; Woods, M.G.; Rosi, D.; Drozd, M.; Dutko, F.J.   *J. Med. Chem.* **1995**, *38*, 2541-2545.

38.   "Tumor Models and the Discovery and Secondary Evaluation of Solid Tumor Active Agents" Corbett, T.; Valeriote, F.; LoRusso, P.; Polin, L.; Pancapor, C.; Pug, S.; White, K.; Knight, J.; Demchick, L.; Jones, J.; Jones, L.; Lowichik, N.; Biernat, L.; Foster, B.; Wozniak, A.; Lisow, L.; Valdivieso, M.; Baker, L.; Leopold, W.; Sebolt, J.; Bissey, M.-C.; Mattes, k.; Dzubow, J.; Rake, J.; Perni, R.B.; Wentland, M.P.; Coughlin, S.A.; Shaw, J.M.; Liversage, G.; Liversage, E.; Bruno, J.; Sarpotdar, P.; Moore, R.; Patterson, G.; *Int. J. Pharmacognosy (Supplement)* **1995**, *33*, 102-122.

39.   "The Anti-Solid Tumor Activity of N—[[1-[-2-(Diethylamino)ethyl]amino]-9-oxo-9*H*-thioxanthen-4-yl]methyl]methane sulfonamide (WIN 33377) and Related Derivatives" Wentland, M.P.; Perni, R.B.; Powles, R.G.; Hlavac, A.G.; Corbett, T.H.; Coughlin, S.A.; Rake, J.B. *Bioorg.* Med. Chem. Lett. **1994**, *4*, 609-614.

40.   "Antitumor Activity of N—[[1-[-2-(Diethylamino)ethyl]amino]-9-oxo-9*H*-thioxanthen-4-yl]methyl]  methane sulfonamide (WIN 33377) and Analogues" Corbett, T.; Lowichik, N,; Pugh, S.; Polin, L.; Pancapor, C.; White, K.; Knight, J.; Demchick, L.; Jones, J.; Jones, L.;  Biernat, LoRusso, P.;L.; Foster, B.; Heilbrum, L.; Rake, J.; Mattes, K., Perni, R.B.; Powles, R.G.; Hlavac, A.G.; Wentland, M.P.; Coughlin, S.A.; Baker, L.; Valeriote, F. *Exp. Opin. Invest. Drugs* **1994**, *3*, 1281-1292.

41.   "Relationship of Structure of Bridged (2,6-Dimethyl-4-pyridinyl)quinolones to Mammalian Topoisomerase II Inhibition" Wentland, M,P,; Lesher, G.Y.; Reuman, M.; Pilling, G.M.; Saindaine, M.T.; Perni, R.B.; Eissenstat, M.A.; Weaver, J.D. III; Singh, B.; Rake, J.B.; Coughlin, S.A. *Bioorg. Med. Chem. Lett.* **1993**, *3*, 1711-1716.

42.   "4,5-Dihydro-1-phenyl-1*H*-2,4-benzodiazepines: Novel Antiarrhythmic Agents" Johnson, R.E.; Baizman, E.R.; Becker, R.; Bohnet, E.A.; Bell, R.H.; Birsner, N.C.; Busacca, C.A.; Carabateas, P.M.; Gruett, M.D.; Hane, J.T.; Herrmann, J.L.; Josef, K.A.; Krafte, D.S.; Kullnig, R.K.; Michne, W.F.; Parrene, P.A.; Perni, R.B.; Salvadore, U.J.; Sanner, M.A.; Schlegel, D.C.; Silver, P.J.; Swastika, J.; Stankus, G.P.; Tatlock, J.H.; Volberg, W.A.; Weigelt, C.C.; Ezrin, A.M. *J. Med. Chem.* **1993**, *36*, 3361-3370.

43.   "3-Quinolinecarboxamides. A Series of Novel Orally-Active Antiherpetic Agents" Wentland, M.P.; Perni, R.B.; Dorff, P.H.; Brundage, P.R.; Castaldi, M.R.; Bailey, T.R.; Carabateas, P.M.; Bacon, E.R.; Young, D.C. *J. Med. Chem.* **1993**, *36*, 1580-1596.

44.   "Synthesis of Alpha-substituted 1,2-Benzene-dimethanamines" Johnson, R.E.; Hane, J.T.; Schlegel. D.C.; Perni, R.B.; Herrmann, J.L.; Opalka, C.J.; Carabateas, P.M.; Ackerman, J.H.; Swastika, J.; Birsner, N.C.; Tatlock, J.H. *J. Org. Chem.* **1991**, *56*, 5218-5221.

45.   "An Enantioselective and Highly Convergent Synthesis of (+)-Ikarugamycin" Boeckman, R.K. Jr.; Weidner, C.H.; Perni, R.B.; Napier, J.J. *J. Am. Chem. Soc.* **1989**, *111*, 8036-8037.

46.   "Amberlyst-15 as a Convenient Catalyst for Chemoselective Thioacetylation" Perni, R.B. *Synth. Commun.* **1989**, *19*, 2383-2388.

47.   "The Synthesis and Bacterial Gyrase Inhibitory Properties of a Spirocyclopropylquinolone Derivative" Wentland, M.P.; Perni, R.B.; Dorff, P.H.; Rake, J.B. *J. Med. Chem.* **1988**, *31*, 1694-1696.

48.   "6-Diethylphosphonomethyl-2,2-dimethyl-1,3-dioxene-4-one" Boeckman, R.K., Jr.; Perni, R.B.; McDonald, J.E.; Thomas, A.J. *Org. Synth.*  **1987**, *66*, 194-202.

49.   "Studies Directed Toward the Synthesis of Naturally Occurring Tetramic Acids 2. Preparation of the Macrocyclic Moiety of Ikarugamycin" Boeckman, R.K., Jr.; Perni, R.B. *J. Org. Chem.* **1986**, *51*, 5486-5489.

50.   "Twin Benzoannulation of Naphthalene via 1,3- 1,6- and 2,6- Naphthodiyne Synthetic Equivalents. New Syntheses of Triphenylene, Benzo[a]anthracene and Naphthacene" Gribble, G.W.; Perni, R.B.; Onan, K.D. *J. Org. Chem.* **1985**, *50*, 2934-2939.

51.   "The Von Braun Reaction Between N-tert-Butylamides and Phosphorous Oxychloride. A Convenient Nitrile Synthesis" Perni, R.B.; Gribble, G.W. *Org. Prep. Proc. Int.* **1983**,*15*, 297-302.

52.   "A Convenient Synthesis of N-Benzylindoles" Perni, R.B.; Gribble, G.W.  *Org. Prep.  Proc. Int.* **1982**, *14*, 343-346.

53.   "Solid Sorbent for Sampling Acrolein in Air" Gold, A.; Dube', C,.E.; Perni, R.B. Anal. Chem. **1978**, *50*, 1839-1841.


**PRESENTATIONS/ABSTRACTS**


54.    "Activation of SIRT1 by 2,8-Disubstituted Quinolines: SAR and Physicochemical Properties" Casaubon, R.L., Vu, C.B., Disch, J.S., Springer, S.K., Oalmann, C.J., Ng, P.Y., Blum, C.A., Considine, T.A.,  Haser, A.B.,  Riera, T.V., Davis, M.L., Cote, A.M.,  Lainez, E.O., Yeager, M.E.,  Perni, R.B.  245th Meeting of the American Chemical Society, Philadelphia, PA, April **2013**.
.

55.    "Optimization of Imidazo[1,2-*b*]pyridazine Based SIRT1 Activators"  Narayan, R.; Casaubon, R.; Oalmann, C.J.; Considine, T.; Haser, A.; Davis, M.; Lainez, E.; Yeager, M.; Perni, R.B. 244th Meeting of the American Chemical Society, Philadelphia, PA, August **2012.**

56.   "SAR of Small Molecule Activators of SIRT1 Catalyzed Deactylation of an Unlabeled Substrate" Oalmann, C.J.; Blum, C.A.; Caldwell, R.; Casaubon, R.L; Considine, T.; Dai, H.; Disch, J.S.; Koppetsch, K.J.; Narayan, R.; Ng, P.Y.; Riera, T.; Szczepankiewicz, B.G.; White, B.; Perni, R.B.  National Medicinal Chemistry Symposium, Tucson, AZ May **2012.**

57.   "Regulation of Hepatic Fibroblast Growth Factor 21 by Small Molecule Activators of SIRT1" Ribich, S.A.; Stearns, K.A.; Qi, Y.; Davis, M.L.; Cote, A.M.; Lainez, E.O.; Johnson, M.O.; Gagne, D.J.; Feldser, H.G.; Perni, R.B.; Vlasuk, G.V.; Ellis, J.L.; Suri, V.; Loh, C. Cell Symposium on Metabolism and Aging, Cape Cod, MA, March, **2011.**

58.   "2-Aryl-Benzimidazole-4-carboxamides as Novel SIRT1 Activators" Disch, J.S.; Vu, C.B.; McPherson, L.; Ng, P.Y.; Bemis, J.E.; Carney, D.P.; Lynch, A.V.; Loh, C.; Ribich, S.; Romero, P.; Smith, J.J.; Song, J.; Gagne, D.J.; Cote, A.; Davis, M.; Lainez, E.; Perni. R.B. 240th Meeting of the American Chemical Society, Boston, MA August **2010.**

59.   "Discovery of novel 2,4,6-trisubstituted pyrimidine and pyridine based SIRT1 Activators" Koppetsch, K.J.; Oalmann, C.J.; Szczepankiewicz, B.; Vu, C.B.; Gualtieri, G.; Casaubon, R.L.; Disch, J.S.; Lynch, A.V.: Song, J.; Gagne, D.J.; Cote, A.; Davis, M.;  Lainez, E.; Perni, R.B. 240th Meeting of the American Chemical Society, Boston, MA August **2010.**

60.   "Design Synthesis and SAR of Thiazolo[5,4-b]pyridine Derivatives as Nobel SIRT1 Activators"  Vu, C.B.; Ng, P.Y.; Oalmann, C.; Disch, J.S; Bemis, J.E.; Nunes, J.J; Milne, J.C.; Carney, D.P.; Lynch, A.V.; Smith, J.J,; Loh, C.; Song, J.; Lambert, P.D.;  Gagne, D.J.; Cote, A.; Davis, M.; Lainez, E.;  Jirousek, M.R.; Perni, R.B. 238th Meeting of the American Chemical Society Meeting Washington, DC August **2009.**

61.   "Discovery of Imidazo[1,2-*b*]thiazole Derivatives as Novel SIRT1 Activators. Potential New Therapeutics for the Treatment of Type 2 Diabetes" Vu, C.B.; Bemis, J.E.; Disch, J. S.; Ng, P.Y.; Nunes, J.J.; Milne, J.C.; Carney, D.P.;

Lynch, A.V.; Smith, J.J.; Lambert, P.D.; Gagne, D.J.; Jirousek, M.R.; Perni, R.B. Presented at the 31st ACS National Medicinal Chemistry Symposium, Pittsburgh, PA, USA, June **2008**.

62. "Novel Small Molecule Activators of SIRT1 as a Therapeutic Approach to Type 2 Diabetes: The Identification of SRT2104 as a Clinical Candidate" Perni, R.B.; Vu, C.B.; Bemis, J.E.; Ng, P.Y.; Disch, J.S.; Nunes, J.J.; Milne, J.C.; Lynch, A.V.; Carney, D.P.; Lambert, P.D.; Gagne, D.J.; Lunsmann, W.J.; Elliott, P.J.; Jirousek, M.R.; Presented at the 68th Scientific Sessions of the American Diabetes Association, San Francisco, CA, USA, June **2008.**

63. "Activation of the Protein Deacetylase SIRT1 Blunts Pro-Inflammatory Pathways *in vivo*" Milne, J.C.; Lambert, P.D.; Smith, J.J.; Galonek, H.L.; Boss, O.; Gagne, D.J.; Perni, R.B.; Bemis, J.E.; Vu, C.B.; Yoshizaki, T.; Olefsky, J.M.; Elliott, P.J.; Jirousek, M.J. Presented at the 68th Scientific Sessions of the American Diabetes Association, San Francisco, CA, USA, June **2008**.

64. "Discovery of Oxazolo[4,5-*b*]pyridines and Related Heterocyclic Analogues as Novel SIRT1 Activators" Bemis, J.E.; Vu, C.B.; Nunes, J.J.; Ng, P.Y.; Disch, J.S.; Milne, J.C.; Carney, D.P.; Lynch, A.V.; Jin, L.;  Smith, J.J.; Lavu, S.; Iffland, A.; Jirousek, M.R.; Perni, R.B. Presented at the 235h Meeting of the American Chemical Society, New Orleans, LA, USA,  April, **2008.**

65. "The Structure Activity Relationship of a Series of P2 Proline Arylether Inhibitors of the HCV NS3-4A Protease" Court, J.J.; Lin, C.; Lin, K.; Luong, Y.-P.; Van Drie, J.; Wie, Y.; Perni, R.B. Presented at the 230th Meeting of the American Chemical Society, Washington, D.C., USA, March **2007**.

66. "The Importance of Hydrogen Bonding in Binding a Tetrapeptide Scaffold to the HCV NS3•4A Protease Perni, R.B.; Cottrell, K.C.; Court, J.C.; Farmer, L.J.; Gates, C.A.; Lin, C.; Lin, K.; Luong, Y.-P.; Pitlik, J.; Rao, B.G.; Schairer, W.C.; Wei, Y.; Van Drie, J. Presented ant the 229th Meeting of the American Chemical Society, San Diego, CA**,** USA**,** March, **2005.**

67. *"A* Novel Animal Model to Assess HCV NS3•4A Protease Inhibitors Validated using VX-950 and BILN 2061" Kalkeri, G.; Almquist, S.; Perni, R. B.; Kwong, A.D. Presented at the 55th Annual Meeting of the American Association for the Study of Liver Diseases, Boston, MA, USA, October **2004.**

68. *"In Vitro* Resistance Mutations Against VX-950 and BILN 2061, Two HCV NS3•4A Serine Protease Inhibitors: Single Resistance Cross-Resistance and Fitness" Lin, C.; Rao, B.G.; Luong, Y.-P.; Fulgham, J.R.; Brennan, D.L.; Wei, Y.; Franz, J.D.; Lipke, J.; Hsaio, H.-M.; Ma, S.; Lin, K.; Maxwell, J.P.; Cottrell, K.C.; Perni, R.B.; Kwong, A.D. Presented at the 55th Annual Meeting of the American Association for the Study of Liver Diseases, Boston, MA October **2004** and the 11th International Symposium on Hepatitis C Virus and Related Diseases, Heidelberg, Germany, October **2004**.

69. "Development of a Novel HCV NS3•4A Protease Animal Model: Validation and Amelioration of Liver Injury by VX-950, a HCV Protease Inhibitor Clinical Candidate" Kalkeri, G.; Almquist, S.; Bhan, A.; Reid, L.; Chung, R.T.; Perni, R. B.; Kwong, A.D. 11th International Symposium on Hepatitis C Virus and Related Diseases, Heidelberg, Germany, October **2004.**

70. "VX-950 is a Potent Inhibitor of Non-Genotype 1 HCV Protease" Taylor, W.; Luong, Y.-P.; Rao, B.G.; Brennan, D.L.; Fulgham, J.R.; Lipke, J.; Perni, R.B.; Kwong, A.D. 11th International Symposium on Hepatitis C Virus and Related Diseases, Heidelberg, Germany, October **2004**.

.
71. "VX-950: An HCV Protease Inhibitor in Phase I Clinical Trials. How the Reversible Covalent Ketoamide Warhead leads to Slow Binding Kinetics and Exceptional Antiviral Activity". Perni, R.B.; Britt, S.B.; Cottrell, K.C.; Courtney, L.C.; Deininger, D.D.; Farmer, L.J.; Gates, C.A.; Harbeson, S.L.; Levin, R.; Moon, Y.-C.; Luong, Y.-P.; O'Malley, E.; Pitlik, J.; Schairer, W.C.; Thomson, J.A.; Tung, R.D. Van Drie, J. Poster presented at the Medicinal Chemistry Gordon Conference, NH, USA. August **2004.**

72.   "The Design of Inhibitors of the HCV NS3•4A Protease: The Identification of a Clinical Development Candidate, VX-950. Perni, R.B.; Britt, S.D.; Chen, S.-H.; Court, J.C.; Chandorkar, G.; Cottrell, K.M.; Courtney, L.F.; Deininger, D.D.; Farmer, L.J.; Gates, C.A.; Harbeson, S.L.; Lamare, J.; Lin, C.; Lin, K.; Kalkeri, G.; Luong, Y.-P.; Munroe, J.; Pitlik, J.; Rao, B.G.; Schairer, W.C.; Tebbe, M.J.; Thomson, J.A.;  Tung, R.D.; Van Drie, J.H.; Wei, Y. Presented at the 29th ACS National Medicinal Chemistry Symposium, Madison, WI, USA, June **2004**.

73.   Comparison of Two HCV Clinical Candidates, VX-950 and BILN 2061, for Potency and Resistance in the HCV Replicon System and a Novel HCV Protease Animal Model" Lin, K.; Kalkieri, G.; Almquist, S.; Luong, Y.-P.; Rao, B.G.;  Gates, C.A.; Perni, R.B.; Kwong, A.D. Presented at the17th International Conference on Antiviral Research (ICAR) Tucson AR, USA, May **2004.**

74.   "Clearance and Rebound Kinetics of HCV RNA in Replicon Cells Treated with VX-950, a Novel HCV NS3•4A Protease Inhibitor, Alone or in Combination with Interferon Alpha." Lin, K.; Perni, R.B.; Kwong, A.D.; Lin, C. Presented at the European Association of the Study of Liver Diseases (EASL) Berlin, Germany April **2004.**

75.   "VX-950, a Novel HCV Protease Inhibitor, Retains Potency against BILN-2061 Resistant Replicon Cells: *Computational Analysis Indicates that Resistance Develops via Different Mechanisms"* Lin, C., Lin, K.; Luong, Y.-P.; Rao, B.G.; Wei, W.; Brennan, D.;  Fulghum, J.; Frantz, D.; Hsiao, H.-M.; Ma, S.; Maxwell, J.; Perni, R.B.; Gates, C.A.; Kwong. A.D. Presented at the European Association of the Study of Liver Diseases EASL Berlin, Germany April **2004.**

76.   "Properties and Preclinical Profile of VX-950, an Orally Bioavailable Inhibitor of the Hepatitis C Virus (HCV) Protease and a Potential anti-HCV Therapeutic." Perni, R.B.; Byrn, R.; Chandorkar, G.;  Chaturvedi, P.R.;  Chen, S.-H.; Colacino, J.; Courtney, L.F.; Decker, C.F.; Gates, C.A.; Harbeson, S.L.;  Kalkeri, G.; Kwong, A.D.; Lin, C.; Luong, Y.-P.; Markland, W.;  Munroe, J.E.; Rao, B.G.; Tebbe, M.J.; Tung, R.D.; Thomson, J.A.; Yumibe N.  P-200 Presented at the 10th International Symposium on Hepatitis C and Related Viruses, Kyoto, Japan, December **2003.**

77.   "Clearance and Rebound Kinetics of HCV RNA in Replicon Cells Treated with HCV Protease Inhibitors Including VX-950 Alone or in Combination with Interferon-alpha or VX-497" Lin, C.; Lin, K.; Perni, R.B.; Kwong. A.D. P-208 Presented at the 10th International Symposium on Hepatitis C and Related Viruses, Kyoto, Japan, December **2003.**

78.   "VX-950, a Novel HCV Protease Inhibitor, Retains Potency against BILN-2061 Resistant Replicon Cells: Computational analysis Indicate that Two Different Mechanisms Confer Resistance" Lin, C.; Lin, K.; Luong, Y.-P.; Rao, B.G.; Wei, Y.; Ma, S.; Brennan, D.; Fulghum, J.; Frantz, D.; Hsiao, H.-M.; Alford, J.;  Perni, R.B.;  Gates, C.A.; Kwong, A.D. O-46 Presented at the 10th International  Symposium on Hepatitis C and Related Viruses,  Kyoto, Japan, December **2003.**

79.   VX-950: a Tight-binding HCV Protease Inhibitor with a Superior Sustained Inhibitory Response in HCV Replicon Cells. Kwong, A.D.; Lin, K.; Gates, C.A.; Luong, Y.-P.; Perni, R.B.; Lin, C.; P-201  Presented at the 10th International Symposium on Hepatitis C and Related Viruses,  Kyoto, Japan, December **2003,**

80.   "VX-950: The Discovery of an Inhibitor of the Hepatitis C NS3•4A Protease and a Potential Hepatitis C Virus Therapeutic".  Perni, R.B.; Byrn, R.; Chandorkar, G.; Chaturvedi, P.R.; Chen, S.-H.; Colacino, J.; Courtney, L.F.; Decker, C.J.;  Gates, C.A.; Harbeson, S.L.; Kwong, A.D.; Lin, C.; Luong, Y.-P.; Markland, W.; Munroe, J.E.; Rao, B.G.; Tebbe, M.J.; Tung, R.D.; Thomson, J.A.; Yumibe. N. Presented at the 54th Annual Meeting of the AASLD, Boston, MA, USA October **2003.**

81.   "VX-950 A novel Hepatitis C Virus NS3•4A Protease Inhibitor Retains Potency against BILN 2061 Resistant Replicon Cells." Lin, C.; Lin, K.; Gates, C.A.; Ma, S.; Brennan, D.; Fulghum, J.; Hsiao, H.-M.; Alford, J.; Perni, R.B.; Kwong, A.D. Presented at the 54th Annual Meeting of the AASLD October **2003.**

82. "A Tight Binding HCV Protease Inhibitor with a Superior Sustained Inhibitory Response in HCV Replicon Cells." Lin, K.; Lin, C.; Gates, C.A.; Luong, Y.-P.; Almquist, S.; Firestone, B.; Ma, S.; Dinehart, K.; Chandorkar, G.; Kalkeri, G.; Perni, R.B.; Kwong, A.D. Presented at the 54th Annual Meeting of the AASLD Boston, MA, USA October **2003.**

83. "Hepatitis C NS34A Protease Inhibitors: Design of Reversible Covalent Warheads" Perni, R.B.; Britt, S.D.; Chambers, S.P.; Court, J.J.; Courtney, L.F.; Deininger, D.D.; Farmer, L.J.; Fox, T.; Gates, C.A.; Griffith, J.; Harbeson, S.L.; Kim, J.L.; Kwong, A.D.; Landro, J.A.; Levin, R.B.; Luong, Y.-P.; O'Malley, E.T.; Pitlik, J.; Rao, B.G.; Raybuck, S.A.; Schairer, W.C.; Thomson, J.A.; Tung, R.D.; Van Drie, J.H.; Wei. Y. Poster Medi 98 Presented at the 226th National Meeting of the American Chemical Society, New York, NY, USA, September **2003,**

84. "Inhibitors of the HCV NS3NS•4A Proteases: Extensive Structure-Activity Relationship Exploration of Potent, Covalent $\alpha$–Ketoamide Based Inhibitors." Perni, R.B.; Pitlik, J.; Britt, S.D.; Cottrell, K.M.; Court, J.J.; Courtney, L.F.; Deininger, D.D.; Farmer, L.J.; Gates, C.A.; Harbeson, S.L.; Kwong, A.D.; Lin, C.; Lin, K.; Moon, Y.-C.; Luong, Y.-P.; O'Malley, E.T.; Rao, B.G.; Raybuck, S.A.; Thomson, J.A.; Tung, R.D.; Van Drie, J.H.; Wei, Y.  Poster Medi 99 Presented at the 226th National Meeting of the American Chemical Society, New York, NY, USA, September **2003**.

85. "$\alpha$–Ketoamide Based Inhibitors of the HCV NS3NS4A Proteases: $P_3$ Truncation Studies." Perni, R.B.; Pitlik, J.; Britt, S.D.; Cottrell, K.M.; Court, J.J.; Courtney, L.F.; Deininger, D.D.; Farmer, L.J.; Gates, C.A.; Harbeson, S.L.; Kwong, A.D.; Lin, C.; Lin, K.; Moon, Y.-C.; Luong, Y.-P.; O'Malley, E.T. Rao, B.G.; Thomson, J.A.; Tung, R.D.; Van Drie, J.H.; Wei, W. . Poster Medi 100 Presented at the 226th National Meeting of the American Chemical Society, New York, NY, USA, September **2003**.

86. "Structure-Based Design, Serendipity, and Non-additivity in the Discovery of Novel Inhibitors of HCV Protease" Van Drie, J.H.; Cottrell, K.M.; Court, J.J.; Courtney, L.F.; Deininger, D.D.; Farmer, L.F.; Gates, C.A.; Harbeson, S.L.; Levin, R.B.; Moon, Y.-C.; Luong, Y.-P.; O'Malley, E.T.; Perni, R.B.; Pitlik, J., Rao, B.G.; Schairer, W.C.; Wei, Y. Poster presented at the Medicinal Chemistry Gordon Conference, NH, USA, August **2003.**

87. "Thioxanthone Antitumor Agents: The Effects of Variation of the 1- and 9- Positions of WIN 33377 on Antitumor Activity"  Wentland, M.P.; Perni, . B.; Huang, J.I.; Powles, R.G.; Aldous, S.C.; Klingbeil, K.M.; Peverly, A.D.; Robinson, R.G.; Corbett, T.H.; Rake, J.B.; Coughlin, S.A. Presented at the 86th Annual Meeting of the American Association of Cancer Research, Toronto, Canada, March **1995**.

88. "Thioxanthone Antitumor Agents: The Effects of 7-Methoxy and 7-Hydroxy Substitutions" Wentland, M.P.; Perni, R.B.; Powles, R.G.; Klingbeil, K.M.; Robinson, R.G.; Corbett, T.H.; Rake, J.B.; Coughlin, S.A. Presented at the 85th Annual Meeting of the American Association for Cancer Research, San Francisco, CA, USA, April **1994**.

89. "The Preparation, Anti-solid Tumor Activity and Mechanism of Action Studies of N-[[1-[[2-[(Diethylamino) ethyl] amino]-9-oxo-9*H*-thioxanthen-4-yl] methyl] methansulfonamide and Related Analogues (WIN 33377)" Wentland, M.P.; Perni, R.B.; Powles, R.G.; Hlavac, A.G.; Mattes, K.C.;; Corbett, T.H.; Rake, J.B.; Coughlin. Presented at the Fourth French American Chemical Society Meeting on Synthetic and Bioorganic Chemistry, New Orleans, LA, USA, February **1994.**

90. "4-Aminomethylthioxanthen-9-one Anti-solid Tumor Agents" Perni, R.B.; Wentland, M.P.; Powles, R.G.; Corbett, T.H.; Coughlin, S.A.; Mattes, K.C.; Rake, J.B. Presented at the 84th Annual Meeting of the American Association for Cancer Research, Orlando, FL, USA, May **1993**.

91. "Mechanism of Action of 4-Aminomethylthioxanthen-9-one Anti-solid Tumor Agents" Coughlin, S.A.; Danz, D.W.; Klingbeil, K.M.; Robinson, R.G.; Perni, R.B.; Wentland, M.P.; Rake, J.B. Presented at the 84th Annual Meeting of the American Association for Cancer Research, Orlando, FL, USA, May **1993**.

92. "*In Vivo* Evaluation of Thioxanthen-9-ones Anti-solid Tumor Activity" Polin, L.; Lowichik, N.; Panchapor, C.; Pugh, S.; Knight, J.; White, K.; Demchik, L.; Jones, J.; Jones, L.; Cavanaugh, P.; Mattes, K.; Rake, J.B.; Perni, R.B.;

Wentland, M.P. Presented at the 84th Annual Meeting of the American Association for Cancer Research, Orlando, FL, USA, May **1993**.

93.  "Pyrazoloquinoline Antitumor Agents: Mammalian Topoisomerase II Inhibitory and Cytotoxic Activity" Wentland, M.P.; Aldous, S.C.; Gruett, M.D.; Perni, R.B.; Powles, R.G.; Danz, D.W.; Klingbeil, K.M.; Robinson, R.G.; Rake, J.B.; Coughlin, S.A. Presented at the 84th Annual Meeting of the American Association for Cancer Research, Orlando, FL, USA, May **1993**.

94.  "Mammalian Topoisomerase II Inhibitory and Cytotoxicity Properties of Novel Quinolone Derivatives" Wentland, M.P.; Eissenstat, M.E.; Kuo, G.H.; Perni, R.B.; Powles, R.G.; Weaver, J.D. III; Rake, J.B.; Coughlin, S.A. Presented at the 4th Conference on DNA Topoisomerases in Therapy, New York, NY, USA, October **1992**.

95.  "Mammalian Topoisomerase II Activity of 1,8-Bridged-7-(2,6—dimethyl-4-pyridinyl)-3-quino-linecarboxylic Acids" Wentland, M.P.; Lesher, G.Y.; Reuman, M.; Pilling, G.M.; Saindaine, M.T.; Perni, R.B.; Eissenstat, M.E.; Weaver, J.D. III; Rake, J.B.; Coughlin, S.A. Presented at the 82nd Annual Meeting of the American Association for Cancer Research, Houston, TX, USA, May **1991**.

96.  "Synthesis of Alpha-Substituted 1,2-Benzene-dimethanamines" Johnson, R.E.; Bell, R.H.; Birsner, N.C.; Busacca, C.A.; Carabateas, P.M.; Gruett, M.D.; Herrmann, J.L.; Joseph, K.A.; Perni, R.B.; Schlegel, D.C.; Silver, P.J.; Swastika, J.; Tatlock, J.H. 201st National Meeting of the American Chemical Society Atlanta, GA, USA, April **1991**.

97.  "Amberlyst-15 as a Convenient Catalyst for Chemoselective Thioacetylation" Perni, R.B.  Presented at the 19th Northeast Regional Meeting of the American Chemical Society, Albany NY June **1989**.

98.  "The Total Synthesis of Ikarugamycin" Boeckman, R.K. Jr.; Weidner, C.H.; Perni, R.B.; Napier, J.J.  Presented at the 17th Northeast Regional Meeting of the American Chemical Society, Rochester, NY, USA, October **1987**.

99.  "A Biomimetically Patterned Approach to the Synthesis of *Aristotilia* Alkaloids" Perni, R.B.; Gribble, G.W. Presented at the 13th Northeast Regional Meeting of the American Chemical Society, Hartford, CT, USA, June **1983**.

**REVIEW ARTICLES**

100.  Telaprevir Chapter (Kwong)

101.  "SIRT1 Activators in Development" Perni, R.B.; Suri. V.; Riera, T.V.; Wu, J.; Blum, C.A.; Vlasuk, G.P.; Ellis, J.L. *New Therapeutic Strategies for Type 2 Diabetes*, Jones, R.M. Ed. **2012**, 368-404.

102.  "Discovery and Development of Telaprevir" Grillot, A-.L.; Farmer, L.J.; Rao, B.G.; Taylor, W.P.; Weisberg, I.S.; Jacobsen, I.M.; Perni, R.B.; Kwong. A.D. *Antiviral Drugs: From Discovery through Clinical Development* Kazmierski, W.M. Ed. **2011**, 209-224.

103.  "SIRT1 Modulation as a Novel Approach to the Treatment of Diseases of Aging" Blum, C.A.; Ellis, J.L.; Loh, C.; Ng, P.Y.; Perni, R.B.; Stein, R.  *J. Med. Chem.* **2011,** *54*, 417-432.

104.  "Hepatitis C Virus NS3•4A Protease Inhibitors: Countering Viral Subversion *in vitro* and Showing Promise in the Clinic" Thomson, J.A. and Perni, R.B. *Current Opinion in Drug Discovery and Development* **2006**, *9*, 606-617.

Robert B. Perni, Ph.D.

105. "Discovery and Development of VX-950, a Novel, Covalent, and Reversible Inhibitor of Hepatitis C Virus NS3•4A Serine Protease" Lin, C., Kwong, A.D., and Perni, R.B. *Infectious Disorders-Drug Targets* **2006**, *6*, 3-16.
.

106. "NS3•4A Protease as a Target for Interfering with Hepatitis C Virus Replication" Perni, R.B., Kwong, A.D. *Progress in Medicinal Chemistry* **2002**, *39*, 215-255, Elsevier.

107. "Hepatitis C Protease Inhibitors: An Overdue Line of Therapy" Perni, R.B. *Drug News and Perspectives,* **2000**, *13*, 69-77.


**PATENTS AND PUBLISHED APPLICATIONS**


108. "Substituted Bridged Urea Analogs as Sirtuin Modulators" Blum; C.A., Caldwell; R.D., Casaubon; R., Disch; J.S. Fox; R.M., Koppetsch; K., Miller; W.H., Ng; P.y., Oalmann; C., **Perni; R.B.**, Szczepankiewicz; B. G., White; B.H. US PATENT 10,590,135, **2020.**

109. "Nicotinamide riboside analogs and pharmaceutical compositions and uses thereof" Szczepankiewicz; B.G., Preugschat; F., Koppetsch; K., **Perni; R.B**. UP PATENT 10,485,814 **2019**

110. "Preparation and use of crystalline beta-D-nicotinamide riboside" Szczepankiewicz; B.G., Koppetsch; K., **Perni; R.B** US PATENT 10,316,054 **2019**

111. WO2019094733

112. WO2019195775

113. WO2019195775 "Substituted Bridged Urea Analogs as Sirtuin Modulators" US Patent 9,834,558, **2017**. Blum, C.A.; Oalmann, C.; Szczepankiewicz B.G.; Caldwell, R.D.; Casaubon, R.; White, B.H.; Perni, R.B.; Koppetsch, K.; Disch, J.S.; Ng, P.-Y.; Fox, R.M.

114. "Substituted Bridged Urea Analogs as Sirtuin Modulators" US Patent 9,765,075 **2017.** Blum, C.A.; Oalmann, C.; Szczepankiewicz B.G.; Caldwell, R.D.; Casaubon, R.; White, B.H.; Perni, R.B.; Koppetsch, K.; Disch, J.S.; Ng, P.-Y.; Fox, R.M.

115. "Bicyclic Pyridines and Analogs as Sirtuin Modulators" US Patent 9,556,201, **2017**.   Ng, P.Y.; Blum, C.; McPherson, L.; Perni, R.B.; Vu, C.B.; Ahmed, M.M.: Disch, J.S.

116. "Non-enzymatic Synthesis of O-acetyl-ADP-ribose and Analogues Thereof" US Patent 9,376,461, **2016**. Koppetsch, K.; Szczepankiewicz, Perni   Koppetsch, K.; Szczepankiewicz, B.G.; Perni, R.B.

117.  "Quinazolinone, Quinolone and Related Analogs as Sirtuin Modulators" US Patent 9,326,986, **2016** Vu, C.; Oalmann, C.; Perni, R.B.

118. "Ion Channel Activators and Methods of Use" PCT WO 2015/160843 Pub 22 Oct. **2015**, Westphal, C.; Cermak, J.; Cole, R.O.; Short, G.F.; Perni, R.B.; Ponduru, S.

119. "Methods and Formulations of Capsaicinoids and Capsinoids" PCT WO 2015/160842 Pub 22 Oct. **2015**, Westphal, C.; Cermak, J.; Cole, R.O.; Short, G.F.; Perni, R.B.; Ponduru, S.

120. "Chromenone Analogs as Sirtuin Modulators" US Patent 8,987,258, **2015**, Oalmann, C.; Perni, R.B.; Vu, C.

121. "Thieno[3,2-*D*]pyrimidine-6-carboxamides and Analogues as Sirtuin Modulators" PCT WO 2014/ 138562 Pub 12 Sept **2014**, Blum, C.A.; Disch, J.S,; Evindar, G.; Perni, R.B.

122. "Benzimidazoles and Related Analogs as Sirtuin Modulators" US Patent 8,846,947, **2014**, Vu, C.; Disch, J.S.; Ng, P.Y.; Blum, C.A.; Perni, R.B.

123. "Inhibitors of Serine Proteases, Particularly HCV NS3-NS4A Protease" US Patent 8,691,758, **2014**, Britt, S.D.; Cottrell, K.M.; Perni, R.B.; Pitlik, J.

124. "Quinolines and Related Analogues as Sirtuin Modulators" US Patent 8,685,970, **2014**, Vu, C.B.; Disch, J.S.; Springer, S.K.; Blum, C.A.; Perni, R.B.

125. "Inhibitors of Serine Proteases" US Patent 8,618,152, **2013**, Famer, L.J.; Perni, R.B.; Bhisetti, G.R.; Wilson, K. P.

126. "Inhibitors of Serine Proteases" US Patent 8,575,208, **2013,** Farmer, L.; Bethiel, R.S.; Jacobs, D.; Perni, R.B.; Maxwell, J.; Cottrell, K.; Halas, S.

127. "Ion Channel Modulators and Methods of Use" US Patent 8,546,414, **2013**, Martinborough,E.; Zimmermann, N.; Perni, R.B.; Arnost, M.; Bandarage, U.K.; Maltais, F.; Bemis, G.

128. "Inhibitors of Serine Proteases, Particularly HCV NS3-NS4A Protease" US Patent 8,536,136, **2013**, Deininger, D.; Court, J.; Farmer, L.; Pitlik, J.; Cottrell, K.; Perni, R.B.

129. "Peptidomimetic Protease Inhibitors" US Patent 8,529,882, **2013**, Babine, R.E.; Chen, S.H.; Collado, I.; Garcia-Paredes, C.; Glass, J.I.; Jin, L.; Lamar, J.E.; Parker, R.S. III; Snyder, N.J.; Sun, X.D.; Guo, D.; Yip, Y.Y.M.; Wang, M.Q.; Franz, V.; Tebbe, M.J.; Perni, R.B.; Farmer, L.

130. "Thiazolopyridine Sirtuin Modulating Compounds" US Patent 8,492,401, **2013**, Oalmann, C.; Disch, J.S.; Ng, P.Y.; Perni, R.B.

131. "Inhibitors of Serine Proteases, Particularly HCV NS3-NS4A Protease" US Patent 8,486,989, **2013**, Farmer, L.J; Perni, R.B.; Pitlik, J.; van Drie, J.H.

132. "Inhibitors of Serine Proteases, Particularly HCV NS3-NS4A Protease" US Patent 8,426,359, **2013**, Cottrell, K.M.; Perni, R.B.; Pitlik, J.; Schairer, W.C.

133. "Thiazolopyridine Sirtuin Modulating Compounds" US Patent 8,343,997, **2013**. Oalmann, C.; Disch, J.S.; Ng, P.Y.; Perni, R.B.

134. "Sirtuin Modulating Compounds" US Patent 8,268,862, **2012**, Bemis, J.; Disch, J.S.; Ng, P.Y.; Oalmann, C.; Perni, R.B.; Vu, C.B.

135. Deuterated Hepatitis C Protease Inhibitors" US Patent 8,247,352, **2012**. Perni, R.B.; Chen, M.; Jung, Y.C.; Forslund, R.E.; Tanoury, G.J.; Bennani, Y.; Zlokarnik, G.; Maltais, F.

136. "Ion Channel Modulators and Methods of Use" US Patent 8,236,815, **2012.** Martinborough, E.; Zimmerman, N.; Perni, R.B.; Arnost, M.; Bandarage, U.; Maltais, F.; Bemis, G.

137. "Inhibitors of Serine Proteases, Particularly HCV-NS4A Proteases" US Patent 8,217,048, **2012**. Perni, R.B.; Court, J.J.; Britt, S.D.; Pitlik, J.; van Drie, J.H.

138. "Drug Discovery Method" US Patent 8,187,874, **2012**, Perni, R.B.; Gates, C.; Thomson, J.A.

139. "Inhibitors of Serine Protease, Particularly Hepatitis C Serine Protease" US Patent 8,039,623, **2012**. Cottrell, K.M.; Perni, R.B.; Pitlik, J.

140. "Inhibitors of Serine Protease, Particularly Hepatitis C Serine Protease" US Patent 7,906,550, **2011**.    Cottrell, K.M.; Maxwell, J.; Perni, R.B.; Pitlik, J.

141. "Sirtuin Modulating Compounds" US Patent 7,893,086, **2011**. Bemis, J.E.; Disch, J.S.; Ng, P.Y.; Oalmann, C.; Perni, R.B.; Vu, C.B.

142. "Peptidomimetic Protease Inhibitors" US Patent 7820671, **2010**, Babine, R.E.; Chen, S.H.; Lamar, J.E.; Snyder, N.J.; Sun, X.D.; Tebbe, M.J.; Franz, V.; Wang, M.Q.; Yip, Y.Y.M.; Collado, I.; Garcia-Paredes, C. Parker, R.S. III; Jin, L.; Guo, D.; Glass, J.I; Farmer, L.; Perni, R.B.

143. "Pyrimidine Derivatives as Ion Channel Modulators and Methods of Use" US Patent 7,767,680, **2010**, Martinborough, E.; Zimmerman, N.; Perni, R.B.; Arnost, M.; Bandarage, U.; Maltais, F.; Bemis, G.

144. "Inhibitors of Serine Proteases Particularly Hepatitis C Virus NS3•4A Protease" US Patent 7,745,444, **2010**, Perni, R.B.; Court, J.J.; Britt, S.D.; Pitlik, J.; van Drie, J.H.

145. "Pyridine, Bicyclic Pyridine and Related Analogs as Sirtuin Modulators" PCT WO 2010/056549 Pub Date 20 May **2010**, Narayan, R.; Disch, J.S.; Perni, R.B.; Vu, C.B.

146. "Inhibitors of Serine Proteases, Particularly HCV NS3-4A Protease" US Patent 7,683,033 **2010**.  Cottrell, K.C.; Court, J.J.; Deininger, D.D.; Farmer, L.J.; Pitlik, J.; Perni, R.B.

147. "Imidazopyridine and Related Analogs as Sirtuin Modulators" PCT WO 2009/146358 Pub Date 3 Dec **2009**, V, C.B.; Ng, P.Y.; Blum, C.A.; Perni, R.

148. "Inhibitors of CDC2-Like Kinases (CLKs) and Methods of Use Thereof" PCT WO 2009/085226. Pub Date 9 July **2009**, Perni, R.B.; Bemis, J.E.; Nunes, J.J.; Szczepankiewicz, B.

149. "Solubilized Thiazolpyridines" PCT WO 2009/061453. Pub Date May 14, **2009**, Vu, C.B.; Oalmann, C.; Perni, R.B.; Disch, J.S.; Szczepankiewicz, B.; Gualtieri, G.; Casaubon, R. L.

150. "Amide Derivatives as Sirtuin Modulators" PCT WO 2009/058348. Pub Date May 7, **2009**, Oalmann, C.; Perni, R.B.; Disch, J.S.; Szczepankiewicz, B.; Gualtieri, G.; Casaubon, R. L.; Koppetsch, K.J.

151. "Inhibitors of Serine Protease, Particularly Hepatitis C Serine Protease" US Patent 7,494,988, **2009,** Perni, R.B.; Court, J.; O'Malley, E.; Bhisetti, G.R.

152. "2-Amido-4-aryloxy-1-carbonylpyrrolidine Derivatives as Inhibitors of Serine Proteases, Particularly HCV NS3-NS4A Protease" US Patent 7,378,422, **2008**, Perni, R.B; Court, J.J.; Britt, S.D.; Pitlik, J.; Van Drie, J.H.

153. "Inhibitors of Serine Protease, Particularly Hepatitis C Serine Protease" US Patent 7,365,092, **2008**, Cottrell, K.M.; Maxwell, J.; Perni, R.B.; Pitlik, J.

154. "Inhibitors of Serine Protease, Particularly Hepatitis C Serine Protease" US Patent 7,273,885, **2007**, Pitlik, J.; Cottrell, K.; Farmer, L.J.; Perni, R.B.; Courtney, L.F.; Van Drie, J.A.; Murcko. M.A.

155. "Inhibitors of Serine Proteases Particularly Hepatitis C Virus NS3•4A Protease" US Patent 7,241,796 **2007**, Farmer, L.J.; Perni, R.B.; Pitlik, J.; Van Drie, J.H.

156. "Inhibitors of Serine Proteases, Particularly HCV NS3-4A Protease" US Patent 7,208,600, **2007**.  Cottrell, K.C.; Perni, R.B.; Pitlik, J.

157. "Inhibitors of Serine Proteases" PCT WO 2007/016589. Pub Date February 8, **2007**. Lyons, S.; Perni, R.B.

158. "Inhibitors of Serine Protease, Particularly Hepatitis C Serine Protease" US Patent 7,109,172, **2006**, Britt, S.D.; Cottrell, K.M.; Perni, R.B.; Pitlik, J.

159. Bridged Bicyclic Serine Protease Inhibitors." US Patent 6,909,000, **2005**, Farmer, L.; Pitlik, J.; Perni, R.B.; Courtney, L.; Van Drie, J.H.

160. "Combinations for HCV Treatment" PCT WO 2005/042020 Pub Date May 12, **2005**. Tung, R.D.; Chandorkar, G.; Perni, R.B.

161. "2-Benzoyl-phenylpropenamide Derivatives and Methods of Using the Same" PCT WO 98/33501 Pub. Date August 6, **1998**, Perni, R.B. and Conway, S.C.

162. "Benzothiopyranindazole Antitumor Agents" US Patent 5,532,263, **1996,** Perni, R.B.; Wentland, M.P.

163. "Thioxanthone Antitumor Agents" US Patent 5,380,749, **1995**, Collins, J.C.; Corbett, T.H.; Guiles, J,;  Mattes, K.; Miller, T.; Perni, R.B.; Wentland, M.P.

164. "Thioxanthone Antitumor Agents" US Patent 5,346,917, **1994**, Mattes, K.C.; Miller, T.C.; Perni, R.B.; Wentland, M.P.


**INVITED LECTURES/SYMPOSIA/PANELS**


165. "The Importance of Medicinal Chemistry in Drug Discovery"  Round Table Moderator, MASS BIO CRO/CMO Symposium, Boston MA Nov. **2015**.

166. "Smart Sourcing Versus Outsourcing" Biotech Tuesday Panel Discussion, Cambridge, MA June, **2013**

167. "Drug Discovery at Sirtris" Drug Discovery Committee, Mass Biotech Council Meeting, Cambridge, MA September, **2009**

168. "The Design of HCV NS3•4A Protease Inhibitors Leading to the Discovery of VX-950" Drew University, Residential School on Medicinal Chemistry, Madison, NJ, June **2006**.

169. "The Design of Hepatitis C Protease inhibitors and the Discovery of VX-950" 37th Great Lakes Regional Meeting of the American Chemical Society, Milwaukee, WI, June **2006**.

170. "Designing an Inhibitor of a Recalcitrant Enzyme: The Tale of VX-950 and the HCV NS3•4A Protease" ACS ProSpectives, Discovery and Selection of Successful Drug Candidates.  Cambridge, MA, May **2006**.

171. "The Discovery of VX-950, an Inhibitor of the HCV NS3•4A Protease in Clinical Development" Gordon Research Conference on Medicinal Chemistry, New London, NH, August **2005.**

172. "The Design of VX-950, an Inhibitor of the HCV NS3•4A Protease with Potent *in vitro and in vivo* Activities" ScreenTech 2004, Protease Symposium, San Diego, CA, March **2004**.

173. "NS3•4A Protease Inhibition: A New Therapy for Hepatitis C Infection" Grand Rounds, Eli Lilly & Co. Indianapolis, IN, June **2001**.

174. "Ketoamide Synthesis" Synthetic Pathways Symposium Gainesville, FL, November **2000**.

175. "In Search of Better Inhibitors of the Hepatitis C NS3•4A Protease Domain" Symposium on Advances in Protease Inhibitors. ACS National Meeting Anaheim, CA, March **1999**.

176. "Anti-solid Tumor Agents" Department of Chemistry, Dartmouth College, Hanover, NH, April **1994**.

177. "Rational Drug Design: Synthesis of Novel Antibacterial Agents" Department of Chemistry, Middlebury College, Middlebury, VT, April **1988**.

**Harvard Medical School Curriculum Vitae**

| | |
|---|---|
| **Date Prepared:** | July 17, 2019 |
| **Name:** | John Weyl Winkelman |
| **Office Address:** | Massachusetts General Hospital |
| | Sleep Disorders Clinical Research Program |
| | 1 Bowdoin Square, 9th floor |
| | Boston, MA 02114 |
| **Home Address:** | 12 Field Road |
| | Lexington, MA 02421 |
| **Work Phone:** | 617-643-9101 |
| **Work Email:** | **jwwinkelman@partners.org** |
| **Work FAX:** | 617-643-6050 |
| **Place of Birth:** | Philadelphia, PA |

## Education

| | | | |
|---|---|---|---|
| 09/74-06/78 | BA | Psychobiology | Williams College, Williamstown, MA |
| 09/79-06/83 | PhD | Psychobiology (Robert McCarley MD PhD) | Harvard University, Cambridge, MA |
| 09/83-06/87 | MD | Medicine | Harvard Medical School |

## Postdoctoral Training

| | | | |
|---|---|---|---|
| 07/87-07/88 | Intern | Internal Medicine | Mt. Zion Hospital and Medical Center, San Francisco, CA |
| 07/88-07/90 | Resident | Psychiatry | Massachusetts General Hospital |
| 07/90-07/91 | Chief Resident | Clinical Psychopharmacology Unit | Massachusetts General Hospital |
| 07/91-07/92 | Clinical Fellow | Neurology (Sleep Medicine) | Massachusetts General Hospital |

## Faculty Academic Appointments

| | | | |
|---|---|---|---|
| 1986-1987 | Lecturer | Psychology | Harvard Graduate School of Arts and Sciences |
| 1991-1996 | Instructor | Psychiatry | Harvard Medical School |
| 1996-2000 | Instructor | Medicine | Harvard Medical School |
| 2000-2007 | Assistant Professor | Psychiatry | Harvard Medical School |
| 2008-2017 | Associate Professor | Psychiatry | Harvard Medical School |
| 2017- | Professor | Psychiatry | Harvard Medical School |

## Appointments at Hospitals/Affiliated Institutions

| | | | |
|---|---|---|---|
| 07/91-07/99 | Clinical Assistant | Psychiatry | Massachusetts General Hospital |
| 07/91-07/00 | Assistant Physician | Psychiatry | McLean Hospital, Belmont MA |
| 07/96- | Associate Physician | Medicine | Brigham and Women's Hospital |
| 07/06- | Psychiatrist | Psychiatry | Brigham and Women's Hospital |
| 09/13-02/15 | Associate Psychiatrist | Psychiatry | Massachusetts General Hospital |
| 02/15- | Psychiatrist | Psychiatry | Massachusetts General Hospital |

## Other Professional Positions

| | | | |
|---|---|---|---|
| 1999-2005, 2006-2012, 2013- | Medical Advisory Board | Restless Legs Syndrome Foundation | 1-4 days per year |
| 2014-2017 | Sleep Physiology and Insomnia Global Advisory Board | Merck | 2 days per year |
| 2015-2017 | Scientific Advisory Board | FlexPharma | 4 days per year |

## Major Administrative Leadership Positions

### *Local*

| | | |
|---|---|---|
| 1986-1987 | Course Director, *Psychobiology* | Harvard University Faculty of Arts and Sciences |
| 1998-present | Course Co-Director, *Clinical Sleep Disorders*, 4th | Harvard Medical School |

2

year elective

| 1990-1991 | Symposium Organizer, *Physiological Markers in Psychiatry*, Clinical Psychopharmacology Unit | Massachusetts General Hospital |
| 1991-1996 | Medical Director, Sleep Disorders Center and Sleep Research Program | McLean Hospital |
| 1995-1996 | Course Director, *Organic Mental Disorders,* PGY 2 Psychiatry and Neurology Residents | McLean Hospital |
| 1996 | Symposium Director, *Harvard Psychiatry Day*, All residents and child fellows in Harvard-affiliated psychiatry programs | Harvard Medical School |
| 1996-2006 | Associate Clinical Director, Sleep Disorders Service | Brigham and Women's Hospital |
| 1997, 1999 | Course Director, *Diagnosis and Treatment of Sleep Disorders* | Brigham and Women's Hospital |
| 1999-2013 | Medical Director, Sleep Health Center | Brigham and Women's Hospital, Newton/Brighton, MA |
| 2001 | Course Director, *Sleep Medicine: 2001* | Brigham and Women's Hospital |
| 2002 | Course Director, *Advances in Sleep Medicine* | Brigham and Women's Hospital |
| 2008 | Symposium organizer, *Update on Diagnosis and Pathophysiology of Restless Legs Syndrome*, Division of Sleep Medicine | Harvard Medical School |
| 2013- | Chief, Sleep Disorders Clinical Research Program, Department of Psychiatry | Massachusetts General Hospital |

*International*

| 2005 | Chair, Scientific Committee, *Fourth International Scientific Symposium on Parkinson's Disease and Restless Legs Syndrome* | Stressa, Italy (Boehringer-Ingelheim) |

## Committee Service

*Local*

| 1989-1993 | Psychiatry Residency Selection Committee | Massachusetts General Hospital |
| 1989-1991 | Psychiatry Residency Training Committee | Massachusetts General Hospital |
| 1997 | Mental Status Examination Committee for Medical School Psychiatric Education | Harvard Medical School |
| 2005-2006 | Consultant, Pharmacy and Therapeutics Committee | Partners Healthcare |
| 2006-2012 | Sleep Fellowship Selection Committee, Division of Sleep Medicine | Brigham and Women's Hospital |
| 2014- | Associate Preceptor, Training Program in Sleep, Circadian, and Respiratory Neurobiology | Harvard Medical School |
| 2016- | Benzodiazepine Task Force, Department of Psychiatry | Massachusetts General Hospital |

| 2017- | Opioid Task Force, Department of Psychiatry | Massachusetts General Hospital |
| 2018- | Faculty Executive Committee | Harvard Medical School, Division of Sleep Medicine |

_Regional_

| 2003-2005 | Psychopharmacology Work Group | Commonwealth of Massachusetts, Dept. of Mental Health |
| 2009-2010 | Key Informant Panel, Sleep Apnea Diagnosis and Treatment | Tufts Evidence-based Practice Center, Agency for Healthcare Research and Quality, Boston, MA |

## Professional Societies

| 2004-2007 | Chair, Nosology Committee | American Academy of Sleep Medicine |
| 2006-2008 | Chair, Movement Disorders and Parasomnias Section | American Academy of Sleep Medicine |
| 2007-2016 | Chair, Practice Parameter for the Treatment of Restless Legs Syndrome | American Academy of Neurology |
| 2007-2010, 2010-2015 | Executive Committee | International Restless Legs Syndrome Study Group |
| 2011-2012 | Member, Scoring Manual Committee | American Academy of Sleep Medicine |
| 2014-2017 | Member, Restless Legs Syndrome Evidence-Based Treatment Committee | Movement Disorders Society |
| 2017- | Secretary, Executive Committee | International Restless Legs Syndrome Study Group |

## Editorial Activities

### _Ad hoc Reviewer_

American Journal of Kidney Diseases
American Journal of Medicine
Annals of Neurology
Archives of Internal Medicine
British Medical Journal
Clinical Neurophysiology
CNS Drugs
CNS Spectrums
European Journal of Neurology
Expert Opinion in Pharmacotherapy
General Hospital Psychiatry
Health and Quality of Life Outcomes

4

Human Brain Mapping
International Journal of Sleep Disorders
Journal of Alternative and Complementary Medicine
Journal of the American Medical Association (JAMA)
Journal of the American Society of Nephrology
Journal of Attention Disorders
Journal of Biological Rhythms
Journal of Clinical Psychiatry
Journal of Clinical Sleep Medicine
Journal of Clinical Psychopharmacology
Journal of Neurological Sciences
Journal of Neurology, Neurosurgery and Psychiatry
Journal of Perinatology
Journal of Psychosomatic Research
Journal of Sleep Research
Journal Watch Neurology
Lancet
Lancet Neurology
Medical Letter
Movement Disorders
Nature Genetics
Neurology
Neuropsychiatric Disease and Treatment
New England Journal of Medicine (NEJM)
PLOS ONE
The Primary Care Companion for CNS Disorders
Psychological Medicine
Psychosomatic Medicine
Psychosomatics
Sleep
Sleep Medicine
Sleep Medicine Reviews
Stroke
Tremor and Other Hyperkinetic Disorders

## **Other Editorial Roles**

| | | |
|---|---|---|
| 1999 | Advisor, text revision to DSM-IVR | American Psychiatric Association |
| 2005- | Editorial Board Member | Sleep Medicine |
| 2005-2007 | Advisor, revision to scoring manual | American Academy of Sleep Medicine |
| 2005-2007 | Editorial Board Member | International Journal of Sleep and Wakefulness |
| 2006- | Editorial Board Member | CNS Drugs |
| 2006-2011 | Editor | RLS Scientific Bulletin, Restless Legs Syndrome Foundation |
| 2007-2016 | Associate Editor | Sleep |
| 2012 | Advisor, DSM-5 | American Psychiatric Association |

| 2017- | Academic Editor | PLOS One |
| 2018- | Associate Editor | Frontiers in Neuroscience: Sleep and Circadian Rhythms |

## Honors and Prizes

| 1978 | Phi Beta Kappa, Sigma XI, Highest Honors in Psychology | Williams College |
| 1979-1980 | Tuition scholarship and teaching stipend | Harvard Graduate School |
| 1980-1983 | Tuition scholarship and teaching stipend | National Science Foundation |
| 1989 | Outstanding Resident Award | National Institute of Mental Health |
| 2007 | Movement Disorders Section Investigator Award | American Academy of Sleep Medicine |
| 2011-2012 | BRI Fund to Sustain Research Excellence | Biomedical Research Institute, Brigham and Women's Hospital |

# Report of Funded and Unfunded Projects

## Funding Information

### *Past Funded Projects*

1996-2001    Sleep Academic Award
NHLBI#HL-96-006 (to BWH)
Co-PI (with J. Woodrow Weiss MD)
The major goal of the grant was to plan and institute methods for introduction of courses related to sleep medicine into the Harvard Medical School curriculum.

2000-2007    Circadian Rhythms of Neuropathic Pain
Pfizer Inc. (to BWH)
PI, Investigator Initiated, Total Costs: $114,700
The major goal of the study was to use the forced desynchrony protocol to define the independent roles of circadian rhythms and homeostatic drive in diabetic peripheral neuropathy pain severity.

2003-2004    Randomized Double-Blind, Placebo-Controlled Dose-Response Study of the Efficacy and Safety of Sumanirole in Patients with Idiopathic Restless Legs Syndrome
Pharmacia, Phase II trial (to SHC)
PI, Total Costs: $144,699
The major goal of the study was to test the efficacy and safety of the dopamine agonist sumanirole in the treatment of restless legs syndrome.

2003-2005    A Double-blind Crossover Trial of Levetiracetam (Keppra) and Placebo in the treatment of Restless Legs Syndrome

6

UCB Pharma (to SHC)

PI, Investigator initiated, Total Costs: $362,500

The major goal of the study was to test the efficacy and safety of the levetiracetam in the treatment of restless legs syndrome.

2004-2005    A Randomized, Double-blind, Placebo- controlled, Parallel Group Clinical Trial Comparing Fixed Doses of 0.25 mg, 0.50 mg, and 0.75 mg Pramipexole (Mirapex) Administered Orally to Investigate the Safety and Efficacy in Patients with Idiopathic Restless Legs Syndrome for 12 weeks.

Boehringer Ingelheim Pharmaceuticals Inc., Phase III trial (to SHC)

PI, National Coordinating Investigator, Total Costs: $55,984

The major goal of the study was to test the efficacy and safety of the dopamine agonist pramipexole in the treatment of restless legs syndrome.

2004-2005    A 12 week, Double-blind, Placebo-controlled, Twice Daily Dosing Study to Assess the Efficacy and Safety of Ropinirole in Patients Suffering from Restless Legs Syndrome Requiring Extended Treatment Coverage.

GlaxoSmithKline, Phase IV trial (to SHC)

PI, Total Costs: $147,969

The major goal of the study was to test the efficacy and safety of the dopamine agonist ropinirole in the treatment of restless legs syndrome.

2005    A 12 Week, Double-blind, Placebo-controlled Study to Asses the Tolerability, Efficacy, and Safety of Ropinirole Dosed PRN in Subjects with Restless Legs Syndrome who Respond to Open-Label Treatment with Ropinirole

GlaxoSmithKline, Phase IV trial (to SHC)

PI, Total Costs: $15,290

The major goal of the study was to test the efficacy and safety of the dopamine agonist ropinirole in the treatment of patients with intermittent restless legs syndrome.

2005-2006    A Multi-Center, Randomized, Double Blind, Placebo-Controlled, Five Arm Parallel Group Trial to Investigate the Efficacy and Safety of Four Different Transdermal Doses of Rotigotine in Subjects with Idiopathic Restless Legs Syndrome

Schwarz Biosciences, Phase II trial (to SHC)

PI, Total Costs: $177,133

The major goal of the study was to test the efficacy and safety of the dopamine agonist rotigotine in the treatment of restless legs syndrome.

2006-2007    A 12-Week, Multi-Center, Double-blind, Placebo-Controlled, Parallel Group Flexible Dose Polysomnography Study of Ropinirole Controlled Release for Restless Legs Syndrome

GlaxoSmithKline, Phase II trial (to SHC)

PI, Total Costs: $45,307

The major goal of the study was to test the efficacy, effects on polysomnography, and safety of the dopamine agonist ropinirole in the treatment of restless legs syndrome.

2006-2007    A Phase IV Randomized, Double-blind, Active and Placebo Controlled, 6 Week Trial to Investigate the Efficacy and Safety of a Starting (and Fixed) Dose of .25 mg

Pramipexole (Mirapex) in Patients with Idiopathic Restless Legs Syndrome

Boehringer Inhelheim Pharmaceuticals, Phase IV trial (to SHC)

PI, National Coordinating Investigator, Total Costs: $57,529

The major goal of the study was to test the efficacy and safety of the dopamine agonist pramipexole in the treatment of restless legs syndrome.

2005-2008   The Effects of Eszopiclone Treatment (3 mg for two months) to Counteract the Adverse Metabolic Consequences of Primary Insomnia

Sepracor (to BWH)

PI, Investigator Initiated, Total Costs: $506,610

The major goal of the study was to test the relationship of two-month treatment response to eszopiclone or placebo to changes in glucose tolerance as assessed by IVGTT. The secondary aim was to test whether there were identifiable changes in brain transmitters and metabolites as assessed by magnetic resonance spectroscopy or in hippocampal morphology as assessed by MRI in patients with primary insomnia.

2009 - 2010   A Polysomnography Study of GSK 1838262 (XP13512) Extended Release Tablets Versus Placebo in the Treatment of Restless Legs Syndrome (RLS) and Associated Sleep Disturbance

GlaxoSmithKline (to SHC)

PI, Total Costs: $290,392

The major goal of this study was to test the efficacy and safety of XP13512 in the treatment of restless legs syndrome

2011-2012   A Randomized, Double-blind, Placebo-controlled, Parallel Group Study to Determine the Safety and Efficacy of IPX 159 in the Treatment of Moderate to Severe Restless Legs Syndrome (RLS)

Impax Pharmaceuticals (to SHC)

PI, Total Costs: $80,567

The major goal of the study was to test the efficacy and safety of IPX1159 in the treatment of Restless Legs Syndrome

2012-2013   A Multi-Center, Randomized, Double-Blind, Placebo-Controlled, Parallel Group, Polysomnography Study to Investigate Safety and Efficacy of Rotigotine Transdermal Patch in Patients with Restless Legs Syndrome and End-Stage Renal Disease Requiring Hemodialysis

UCB Pharma (to SHC)

International Coordinating Investigator, PI, Total Costs: $12,278

The major goal of the study was to test the efficacy and safety of rotigotine in the treatment of restless legs syndrome in ESRD

2012-2013   A Phase 3B, Double-Blind, Randomized, Placebo-Controlled Study of Rotigotine and its Effect on All-Day Functioning and Quality of Life in Subjects with Moderate to Severe Idiopathic Restless Legs Syndrome

UCB Pharma (to SHC)

PI, Total Costs: $235,497

The major goal of the study was to test the efficacy and safety of rotigotine in the

treatment of restless legs syndrome

| | |
|---|---|
| 2009-2014 | Thalamic and Anterior Cingulate Cortex GABA and Glutamate in Restless Legs Syndrome: A 1-HMRS study |

GSK (to SHC)
PI, Investigator Initiated, Total Direct Costs: $222,500

The major goal of this study is to determine if abnormalities exist in RLS in levels of the major inhibitory and excitatory neurotransmitters in key pain modulating pathways.

2013       Butrans for Treatment of Restless Legs Syndrome
Purdue (to MGH)
PI, Investigator initiated, Total Costs (terminated study): $18,421
The major goal of the study was to test the efficacy and safety of butrans in the treatment of restless legs syndrome

2012-2015   Restless Legs Syndrome and Cardiovascular Control

UCB Pharma, (to BWH)

PI, Investigator initiated, Total Direct Costs: $113, 050
The goal of this study is to determine if patients with restless legs syndrome exhibit autonomic dysfunction compared with age-matched health controls.

2014-2015   Efficacy of the SENSUS Pain Management System in the treatment of RLS: an open-label trial
Neurometrix, Inc., investigator initiated (to MGH)
PI, Total Direct Costs: $56,935
The primary objective of this study is to determine whether the SENSUS device is an effective and safe treatment for RLS.

2014-2016   A method to switch from oral dopamine agonists to rotigotine in patients with restless legs syndrome
UCB Pharma, investigator initiated (to MGH)
PI, Total Direct Costs: $186,401
The goal of this study is to determine the optimal algorithm for switching patients with restless legs syndrome from oral dopaminergic agents to transdermal rotigotine.

2015-2018   Relationship of changes in polysomnographic and subjective sleep measures to RLS clinical assessments using the IRLS, CGI and SIT in a trial of gabapentin enacarbil in patients with restless legs syndrome
Xenoport, investigator initiated
PI, Total Direct Costs: $50,432
The goal of this study is a secondary analysis to assess whether sleep variables predict the clinical improvements in RLS in clinical trials

2012-2018   Cortical GABA in MDD and Primary Insomnia with Magnetic Resonance Spectroscopy
NIMH 1RO1MH095792-01A1 (to MGH)

PI, Total Direct Costs: $1,557,081

The principal objective of this study is to evaluate regional neurochemical alterations in primary insomnia and MDD using 1H-MRS in order to determine whether GABA abnormalities in MDD are related to insomnia or the mood state.

9

| | |
|---|---|
| 2016-2018 | A Double-Blind, Multi-Center, Randomized, Placebo-Controlled Study to Investigate the Efficacy and Safety of Injectafer® (Ferric Carboxymaltose) in the Treatment of Restless Legs Syndrome (RLS) |

Luitpold Pharmaceuticals, Inc.

PI, Total Direct Costs: $136,735

The primary objective of this study is to evaluate the efficacy and safety of intravenous Injectafer® in subjects with Restless Legs Syndrome (RLS).

| | |
|---|---|
| 2016-2018 | Prospective Validation of Quell® Sleep/Wake Classification and Periodic Leg Movement Detection |

Neurometrix

PI, Total Direct Costs: $16,903

The primary objective of this study is to evaluate the accuracy of the Quell TENS device for recording and scoring periodic limb movements of sleep.

### *Past Unfunded Projects*

| | |
|---|---|
| 2009-2011 | A 1H-MRS Study of Altered Regional Brain GABA in Insomnia |

PI, Investigator Initiated

The major goal of the study was to test whether there were identifiable changes in brain transmitters and metabolites as assessed by magnetic resonance spectroscopy or in voxel-based morphology/diffusion tensor imaging as assessed by MRI in patients with primary insomnia and major depressive disorder.

### *Current Funded projects*

| | |
|---|---|
| 2017- | Multi-center Longitudinal Pilot Observational Study of Efficacy and Tolerability of Long-term Treatment of Restless Legs Syndrome Using Opioids |

Restless Legs Syndrome Foundation

PI, Total Direct Costs: $144,532

The primary objective of this study is to evaluate the long-term efficacy and tolerability of opiate medications in the treatment of restless legs syndrome.

| | |
|---|---|
| 2019- | Effect of Suvorexant on Sleep Disturbance in Patients with Chronic Insomnia and Suboptimally Controlled Type 2 Diabetes: A Randomized 3-month Clinical Trial Using a Sequential Parallel Comparison Design |

Merck & Co., Inc.

PI, Total Direct Costs: $374,251.20

The primary objective of this study is to determine the effect of suvorexant on subjective total sleep time (TST) in suboptimally controlled Type 2 diabetics with chronic insomnia.

### *Current Unfunded Projects*

| | |
|---|---|
| 2008- | A Randomized, Double-Blind, Placebo-Controlled, Parallel Group Study to Determine the Efficacy and Safety of Topiramate in the Treatment of Sleep Related Eating Disorder (SRED) |

PI, Investigator Initiated

The major goal of the study is to test the efficacy and safety of topiramate in the treatment

of sleep-related eating disorder.

# Report of Local Teaching and Training

## Teaching of Students in Courses

| | | |
|---|---|---|
| 1986-1987 | Psychobiology<br>Harvard undergraduates | Harvard University, Faculty of Arts and Sciences, 18 lectures |
| 1994-1999 | Mental Status Examination<br>2nd year medical students | Harvard Medical School<br>2 hrs contact/yr |

## Formal Teaching of Residents, Clinical Fellows and Research Fellows (post-docs)

*No presentations below were sponsored by outside entities*

| | | |
|---|---|---|
| 1991-1995 | Sleep Disorders<br>Psychiatry residents | McLean Hospital<br>One hour lecture |
| 1996 | Sleep Disorders<br>Psychiatry residents | Brigham and Women's Hospital<br>One hour lecture |
| 1994 | Sleep Disorders in Primary Care<br>Primary Care residents | Massachusetts General Hospital<br>One hour lecture |
| 1996 | Sleep Disorders<br>Internal Medicine residents | Brigham and Women's Hospital<br>One hour lecture |
| 1996- | Psychiatric Aspects of Sleep Disorders<br>Psychiatry residents, Medical psychiatry fellows | Harvard-Longwood Psychiatry Residency |
| 1997 | Sleep Disorders in Women<br>Internal Medicine residents | Brigham and Women's Hospital<br>One hour lecture |
| 1997-2005 | Insomnia in Primary Care<br>Primary Care residents | Brigham and Women's Hospital<br>One hour lecture |
| 1997 | Sleep Disorders and Chronic Pain<br>Pain fellows | Brigham and Women's Hospital<br>One hour lecture |
| 1998-2007 | Neuropsychiatry of Sleep Disorders<br>Psychiatry residents | Massachusetts General Hospital/McLean hospital Psychiatry Residency<br>One hour lecture |
| 1998-2007 | Psychopharmacology of Sleep Disorders<br>Psychiatry residents | Massachusetts General Hospital<br>One hour lecture |

| | | |
|---|---|---|
| 2003-2005 | Insomnia<br>Neurology fellows | Brigham and Women's Hospital<br>One hour lecture |
| 2003-2013 | Psychiatric Medications and Illness: Effects<br>on Sleep; Sleep related Movement<br>Disorders, Psychopharmacology of<br>Insomnia<br>BWH Sleep fellows | Brigham and Women's Hospital<br>Three One hour lectures<br><br><br>Three One hour lectures |
| 2003-2005 | Non-Respiratory Sleep Disorders<br>Harvard Pulmonary Critical Care Fellows | Brigham and Women's Hospital,<br>Massachusetts General Hosptial<br>One hour lecture |
| 2009- | Advances in RLS Treatment, Medication<br>Effects on Sleep, Psychiatric Sleep<br>Medicine<br>Sleep Medicine fellows | Beth Israel Deaconess Hospital,<br>Three One hour lectures |
| 2013- | Neurobiology of Sleep,<br>Psychopharmacology of Sleep Disorders,<br>Case studies in Psychiatric Sleep Medicine<br>PGY2-PGY4 Psychiatry residents | Massachusetts General Hospital<br><br>Nine one-hour lectures per year |

**Clinical Supervisory and Training Responsibilities**

| | | |
|---|---|---|
| 1992-1996 | McLean Hospital sleep clinic and sleep<br>laboratory, Psychiatry residents | 4 hours per week |
| 1997-2013 | Brigham and Women's Hospital sleep clinic<br>and sleep laboratory, Sleep fellows | 2-4 fellows per year, 4-6 hours per week |
| 2013-2016 | Massachusetts General Hospital sleep<br>clinic, Brigham and Women's Hospital<br>Internal Medicine/Primary care<br>residents/Research fellow(s) | 1 resident per week, 20 weeks per year, 4-8<br>hours per week each |
| 2018 | Massachusetts General Hospital sleep<br>clinic, Beth Israel Hospital sleep fellows | 1 fellow per week, 40 weeks per year, 4<br>hours per week |

**Laboratory and Other Research Supervisory and Training Responsibilities**

| | | |
|---|---|---|
| 1996-present | Supervision of 1-3 research coordinators | 4-8 hours per week total |
| 2008-present | Supervision of 1 Psychiatry resident | 2 hours per week |
| 2004-present | Supervision of 1-2 post-doctoral research<br>fellows and/or junior faculty | 2 hours per week per fellow |

**Formally Supervised Trainees and Faculty**

| | |
|---|---|
| 1997-1998 | David Slamowitz, MD/private practice sleep medicine, Denver CO |

1997-1998      David Slamowitz, MD/private practice sleep medicine, Denver CO
Career stage: fellow; Mentoring role: Clinical supervision; Accomplishments:
independent clinical sleep laboratory and multicomponent practice

1998-2000      Robert Fogel, MD/private practice
Career stage: fellow; Mentoring role: Clinical and academic supervision;
Accomplishments: publication of 3 book chapters

2004-2006      Chang-Kook Yang, MD/ Department of Psychiatry, University of Busan, Korea
Career stage: post-doctoral fellow; Mentoring role: Research supervision;
Accomplishments: publication of 6 manuscripts/chapters

2006-2010      David Plante, MD/ Assistant Professor in Psychiatry, University of Wisconsin, Madison
Career stage: resident and fellow; Mentoring role: Research supervision;
Accomplishments: publication of 9 manuscripts/chapters and 1 edited book; Livingston
Award from Department of Psychiatry, Massachusetts General Hospital; American Sleep
Medicine Foundation fellowship, American Academy of Sleep Medicine

2011-2015      Wei-Chin Lin, MD / Taipei Veterans General Hospital, Taipei, Taiwan
Career stage: post-doctoral fellow; Mentoring role: Research supervision;
Accomplishments: publication of 1 manuscript and 2 in preparation

2011-2015      Sayaka Aritake-Okada, PhD/ Assistant Professor, Sports Psychiatry and Neuroscience
Lab, Faculty of Sport Sciences, Waseda University, Japan
Career stage: post-doctoral fellow, faculty; Mentoring role: Research supervision;
Accomplishments: publication of 1 manuscript, multiple manuscripts in preparation

2011-present      Susan Mackie, MD/ Instructor in Medicine, Brigham and Women's Hospital
Career stage: post-doctoral fellow, faculty; Mentoring role: Research supervision;
Accomplishments: 2 published original investigations, 6 reviews, and one investigator-
initiated grant

2015-present      Cathy McCall MD/ Resident in Psychiatry, Harvard-Longwood program
Career stage: resident; Mentoring role: Research supervision;
Accomplishments: 2 published review papers and one manuscript in preparation

2016-2017      Seung-Gul Kang MD/ Associate Professor, Department of Psychiatry, Gil Medical
Center, Gachon University, School of Medicine, Incheon, Korea
Career stage: faculty; Mentoring role: Research supervision;
Accomplishments: 1 published paper and ongoing research projects

2016-2017      Tien-Yu Chen MD PhD/ Associate Professor, School of Medicine, National Defense
Medical Center Taipei, Taiwan
Career stage: faculty; Mentoring role: Research supervision;
Accomplishments: 1 paper published

**Formal Teaching of Peers (e.g., CME and other continuing education courses)**

*No presentations below were sponsored by outside entities*

| 1994 | Sleep and Insomnia in the Elderly | *Geriatric Psychiatry* | Massachusetts General Hospital, Harvard Medical School |
|---|---|---|---|
| 1995 | Restless Legs Syndrome in ESRD | *Renal Dialysis* | Brigham and Women's Hospital, Harvard Medical School |
| 1995-1997 | Review of Sleep Disorders | *Psychiatry* | McLean Hospital, Harvard Medical School |
| 1996 | Psychiatric Sleep Disorders, Narcolepsy, Parasomnias | *Diagnosis and Treatment of Sleep Disorders* | Brigham and Women's Hospital, Harvard Medical School |
| 1996-1997, 2000-2006, 2013-2018 | Psychopharmacology of Sleep Disorders | *Psychopharmacology* | Massachusetts General Hospital, Harvard Medical School |
| 1996, 2002 | Differential Diagnosis and Treatment of Insomnia, Depressive disorders | *Primary Medicine Today* | Pri-Med, Harvard Medical School, San Jose, CA |
| 1997, 2003 | Sleep Disorders | *Office Practice of Primary Medicine* | Pri-Med, Harvard Medical School |
| 2000 | Sleep Disorders | *Primary Care for Subspecialists* | Brigham and Women's Hospital, Harvard Medical School |
| 2000, 2003 | Sleep Medicine | *Intensive Review of Neurology* | Brigham and Women's Hospital, Harvard Medical School |
| 2003 | Major Depression, Excessive Daytime Sleepiness | *Pri-Med* | Harvard Medical School, Chicago, IL |
| 2003-2010 | Sleep Disorders | *Update in General Internal Medicine for Sub-specialists* | Brigham and Women's Hospital, Harvard Medical School |
| 2004 | Major Depression, Insomnia | *Pri-Med* | Harvard Medical School |
| 2004-2008, 2010-2018 | Sleep Disorders for Psychiatrists | *Psychiatry* | McLean Hospital, Harvard Medical School |
| 2002-2006, 2009 | Sleep Disorders | *Primary Care Internal Medicine, Principles and Practice* | Brigham and Women's Hospital, Harvard Medical School |
| 2006-2010, 2017-2018 | Sleep Disorders, Diagnosis and Management of | *Office Practice of Primary Care* | Brigham and Women's Hospital, Harvard Medical School |

|  | Insomnia | *Medicine* |  |
|--|--|--|--|
| 2006, 2017-2018 | Insomnia and Its Treatments | *Pri-Med* | Harvard Medical School |
| 2007 | Sleep Disorders and Anxiety | *Anxiety Disorders: Cognitive Behavioral Therapy and Pharmacotherapy Treatment Approaches* | Massachusetts General Hospital, Harvard Medical School |
| 2010-2018 | Treatment of Sleep Disorders | *Psychopharmacology: A Master Class* | Massachusetts Mental Health Center/Beth Israel Deaconess Medical Center, Harvard Medical School |
| 2011 | Assessment and Treatment of Insomnia in Depressed Patients | *Difficult to Treat Depression* | Massachusetts General Hospital Psychiatry Academy, Harvard Medical School |
| 2011 | Sleep disorders | *Lifestyle Medicine* | Harvard Medical School |
| 2011 | Persistent Insomnia in Treated Major Depression: Sleep Disorder or Mood Disorder? | *Difficult to Treat Depression* | Massachusetts General Hospital Psychiatry Academy |
| 2014 | Insomnia and Major Depression | *Depression, Anxiety and Stress in 2014* | McLean Hospital, Harvard Medical School |
| 2014, 2016-2018 | Periodic Limb Movements of Sleep and Restless Legs Syndrome | *Sleep! – A CME Course for Physicians* | Harvard Medical School |
| 2015 | Pharmacology of Sleep Disorder Management | *Issues in Psychiatric Diagnosis* | Massachusetts General Hospital Psychiatry Academy, Harvard Medical School |
| 2016 | Sleep and Psychiatric Disorders | *Frontiers of Psychiatric Treatment: Recent Advances and Future Directions* | Massachusetts General Hospital Psychiatry Academy, Harvard Medical School |

## Local Invited Presentations

*No presentations below were sponsored by outside entities*

| 1991 | Sleep Disorders |  | Psychiatry Grand Rounds Beth Israel Deaconess Hospital, Boston, MA |
|--|--|--|--|

| | | |
|---|---|---|
| 1992 | Differential Diagnosis of Insomnia | Psychiatry Grand Rounds, Massachusetts General Hospital |
| 1993 | New Directions in Sleep Disorders | McLean Hospital Grand Rounds |
| 1994 | Review of Sleep Disorders | Psychiatry Grand Rounds Brockton Veterans Association Hospital, Brockton, MA |
| 1995 | Restless Legs Syndrome | Behavioral Neurology Grand Rounds, Brigham and Women's Hospital |
| 1996 | Sleep Disorders: Beyond Sleep Apnea | Pulmonary Grand Rounds, Massachusetts General Hospital |
| 1996 | Antidepressants and Sleep | Psychopharmacology Grand Rounds, McLean Hospital |
| 1997 | Sleep Related Eating Disorder | Psychiatry Grand Rounds, Brigham and Women's Hospital |
| 1997 | Sleep Disorders in Renal Failure | Renal Grand Rounds, Brigham and Women's Hospital |
| 1997 | Restless Legs Syndrome | Sleep Medicine Grand Rounds, Brigham and Women's Hospital |
| 1997 | Sleep in the Psychiatric Patient | Psychiatry Grand Rounds, Cambridge Hospital, Cambridge MA |
| 1997 | Sleep Disorders | McLean Hospital Grand Rounds |
| 1997 | Differential Diagnosis of Sleep Disorders in the Psychiatric Patient | Psychopharmacology Grand Rounds, McLean  Hospital |
| 1998 | Sleep Disorders in Psychiatric Patients | Massachusetts Mental Health Center Grand Rounds, Boston, MA |
| 1998 | Sleep in the Psychiatric Patient | Department of Psychiatry Grand Rounds, Cambridge Hospital |
| 1998 | A Case of Restless Legs Syndrome and Sprue | Medicine Grand Rounds, Brigham and Women's Hospital |
| 1999 | Sleep Disorders | Rheumatology Grand Rounds, Brigham and Women's Hospital |

| | | |
|---|---|---|
| 2000 | Sleep Related Eating Disorder | Endocrinology Grand Rou<br>Brigham and Women's Ho |
| 2002 | Sleep Disturbance in Diabetes | Joslin Diabetes Center Gra<br>Rounds, Boston MA |
| 2002 | Insomnia Diagnosis and Treatment | Psychiatry Grand Rounds,<br>Massachusetts General Ho |
| 2003 | Excessive Daytime Sleepiness | McLean Hospital Grand R |
| 2003 | Psychopharmacology of Sleep Disorders | Psychopharmacology Gra<br>Rounds, Cambridge Hospi |
| 2004 | Differential Diagnosis and Treatment of Insomnia | Psychiatry Grand Rounds,<br>Israel Deaconess Hospital |
| 2005 | Advances in Restless Legs Syndrome | McLean Hospital Grand R |
| 2006<br>2006 | Psychopharmacology of Sleep Disorders<br>Parasomnias | McLean Hospital Grand R<br>Medicine Grand Rounds,<br>Faulkner Hospital, Jamaic<br>MA |
| 2007 | Differential Diagnosis and Treatment of Insomnia | Psychiatry Grand Rounds,<br>Auburn Hospital, Cambri |
| 2007 | Insomnia | Partners Physician Day, B<br>MA |
| 2008 | Sleep Disorders | Internal Medicine Grand F<br>Mt. Auburn Hospital |
| 2009 | Epidemiology, Diagnosis, and Correlates of RLS | Sleep Medicine Grand Rou<br>Brigham and Women's Ho |
| 2010 | What We Can Learn about Depressive disorders from<br>the Study of Insomnia | Psychiatry Grand Rounds,<br>Massachusetts General Ho |
| 2011 | RLS in Adults and Children | Sleep Medicine Grand Rou<br>Children's Hospital |
| 2011 | Sleep Disorders in College Students | Mental Health Grand Rou<br>Harvard University Health<br>Service |
| 2012 | Sleep Medicine for Psychiatrists | Psychiatry Grand Rounds,<br>Massachusetts General Ho |

| 2013 | Sleep Medicine for Psychiatrists | Psychiatry Grand Rounds, St Elizabeth's Hospital, Brighton, MA |
| 2013 | Psychiatric Sleep Medicine | Psychiatry Grand Rounds, Mt. Auburn Hospital, Cambridge, MA |
| 2013 | Sleep Disorders in the Oncology Context | Mental Health Grand Rounds, Dana Farber Cancer Institute |
| 2013 | Sleep Disorders in Palliative Care | Palliative Care Grand Rounds, Massachusetts General Hospital |
| 2015 | Multimodal Imaging in Insomnia and Restless Legs Syndrome | McLean Hospital Imaging Center speaker series, McLean Hospital |
| 2016 | Sleep Disorders in the Psychiatric Context | Psychiatry Grand Rounds, Beth Israel Deaconess Hospital |
| 2016 | "Kicking the habit": Restless Legs Syndrome during Opioid Detoxification | McLean Hospital Alcohol and Drug Abuse Clinical Research Program speaker series, McLean Hospital |
| 2016 | Sleep Disorders | Internal Medicine Grand Rounds, Harvard University Health Service |
| 2016 | Restless Legs Syndrome: Progress and Pitfalls | Grand Rounds, Division of Sleep Medicine, Harvard Medical School |
| 2018 | Sleep Medicine: Progress, Pitfalls, and Promise | Psychiatry Grand Rounds, Massachusetts General Hospital |
| 2018 | Psychopharmacology of Sleep Disorders | Psychiatry Grand Rounds, St. Elizabeth's Hospital |

# Report of Regional, National and International Invited Teaching and Presentations

### Invited Presentations and Courses

### Regional

*Those presentations below sponsored by outside entities are so noted and the sponsor is identified in parentheses*

| 1992 | Sleep Disorders | Psychiatry Grand Rounds, Lahey Clinic, Tufts University School of Medicine, Burlington MA |
| 1992 | The Treatment of Sleep Disorders | Massachusetts Psychiatric Society, Fall |

18

|      |                                                                            | Scientific Program, Newton, MA                                                                                          |
| ---- | -------------------------------------------------------------------------- | --------------------------------------------------------------------------------------------------------------------- |
| 1993 | Sleep Disorders                                                            | Psychiatry Grand Rounds, St. Elizabeth's Hospital, Tufts University School of Medicine                                 |
| 1994 | Differential Diagnosis of Insomnia                                         | Psychiatry Grand Rounds, Boston Veterans Administration Hospital, Boston University School of Medicine & Harvard Medical School, Boston, MA |
| 1994 | Sleep Disorders in Psychiatric Perspective                                | Boston University School of Medicine, University Hospital Grand Rounds, Boston MA                                      |
| 1995 | Sleep Related Eating Disorder                                              | Massachusetts Institute of Technology Health Service, Grand Rounds, Cambridge MA                                       |
| 1998 | Sleep Disorders,                                                          | Solomon Carter Fuller Hospital Grand Rounds, Boston University School of Medicine, Boston, MA                          |
| 1999 | Differential Diagnosis and Treatment of Insomnia                          | Medicine Grand Rounds, Central Maine Medical Center, Portland, ME (Eli Lilly)                                          |
| 1999 | Psychopharmacology of Sleep Disorders                                     | Bedford Veterans Association Hospital Grand Rounds, Boston University School of Medicine, Bedford, MA (Eli Lilly)       |
| 2000 | Sleep Disorders                                                            | Carney Hospital Medical Grand Rounds, Tufts University School of Medicine, Dorchester, MA                              |
| 2001 | Sleep Related Eating Disorder                                              | Nutrition Grand Rounds, New England Medical Center, Tufts University School of Medicine, Boston, MA                    |
| 2002 | Evaluation and Management of Excessive Daytime Sleepiness in the Psychiatric Patient | Internal Medicine Grand Rounds, Shattuck Hospital, Boston, MA                                                          |
| 2002 | Sleep Disorders                                                            | Baystate Medical Center Grand Rounds, Springfield, MA                                                                  |
| 2002 | Insomnia in the Psychiatric Patient                                       | Massachusetts Psychiatric Society, Annual Psychopharmacology Conference                                                |
| 2002 | Restless Legs Syndrome                                                     | Medicine Grand Rounds, Faulkner Hospital, Tufts University School of Medicine,                                         |

19

|      |                                                                                       | Jamaica Plain, MA                                                                                   |
|------|---------------------------------------------------------------------------------------|----------------------------------------------------------------------------------------------------|
| 2003 | Sleep Disorders and the Psychiatric Patient                                           | Psychiatry Grand Rounds, Boston University School of Medicine, Boston Medical Center, Boston, MA    |
| 2003 | Mood Disorders and Sleep                                                               | Psychiatry Grand Rounds, St. Elizabeth's Hospital, Boston, MA                                       |
| 2004 | Sleep Disorders                                                                        | Psychiatry Grand Rounds, Shattuck Hospital, Boston, MA                                              |
| 2005 | Restless Legs Syndrome for the Psychiatrist                                           | Psychiatry Grand Rounds, St. Elizabeth's Hospital, Boston, MA (Boehringer-Ingelheim)               |
| 2005 | Sleep Disorders                                                                        | Annual Peter Mencher Memorial Grand Rounds, Department of Medicine, Winchester Hospital, Winchester, MA |
| 2006 | Sleep Disorders                                                                        | Internal Medicine Grand Rounds, Lahey Clinic, Burlington, MA                                        |
| 2007 | Sleep and its Relationship to Psychiatric Disorders                                    | Keynote speaker, American Psychiatric Nursing Association annual meeting, Cambridge, MA             |
| 2008 | Advances in Restless Legs Syndrome                                                     | Psychiatry Grand Rounds, Tufts Medical Center, Boston, MA                                           |
| 2008 | Restless Legs Syndrome                                                                 | Medicine Grand Rounds, New England Baptist Hospital, Boston, MA                                     |
| 2010 | What the Psychiatrist Needs to Know about Sleep Disorders                              | Psychiatry Grand Rounds, North Shore Medical Center, Salem MA                                       |
| 2010 | Sleepless in the Merrimack Valley: Update on Insomnia                                  | Medicine Grand Rounds, Lowell General Hospital, Lowell, MA                                          |
| 2011 | Restless Legs Syndrome: Neurobiology, Cardiovascular Correlates and Treatments        | Neurology Grand Rounds, Boston University School of Medicine, Boston, MA                            |
| 2012 | Sleep-Related Movement Disorders; Diagnosis and Treatment of Insomnia                  | Mini-residency in Dental Sleep Medicine, Tufts University Boston, MA                                |
| 2012 | Recent findings in the Neurobiology of Insomnia: Relevance for Major Depressive Disorder | Psychiatry Grand Rounds Dartmouth Medical School and Dartmouth- Hitchcock Medical Center, Hanover NH |
| 2013 | RLS and PLMS: New Discoveries                                                          | Massachusetts Sleep Society, Newton, MA                                                             |

20

| 2015 | Restless Legs Syndrome: The Good, the Bad and the Ugly | Sleep Grand Rounds, Section of Pulmonary, Critical Care and Sleep Medicine, Yale University School of Medicine, New Haven, CT |

### **National**

*Those presentations below sponsored by outside entities are so noted and the sponsor is identified in parentheses*

| 1996 | Treatment of Sleep Disorders in Psychiatric Patients | Psychiatry Grand Rounds, Lennox Hill Hospital, New York University Medical School, New York, New York |
| 1998 | Treatment of Restless Legs Syndrome in End Stage Renal Disease | Associated Professional Sleep Societies, New Orleans, LA |
| 1999 | Psychopharmacology of Sleep Disorders | Psychiatry Grand Rounds, Lutheran General Hospital, Chicago, IL (Eli Lilly) |
| 1999 | Sleep Disorders and Dysomnias | American Psychiatric Association Annual Meeting, Washington, DC |
| 2000 | Sleep Disorders and Dysomnias | American Psychiatric Association Annual Meeting Chicago, IL |
| 2001 | Restless Legs Syndrome | Neurology Grand Rounds, Emory University Medical School, Atlanta GA |
| 2001 | Restless Legs Syndrome | Grand Rounds, Allegheny General Hospital, Drexel University College of Medicine, Pittsburgh, PA |
| 2001 | Disorders of Excessive Daytime Somnolence: Diagnosis and Management | Session chair, American Psychiatric Association Annual Meeting, New Orleans, LA (Cephalon) |
| 2001 | Sleep Disorders and Dysomnias | American Psychiatric Association Annual Meeting, New Orleans, LA |
| 2002 | Managing the Disordered Sleep of Anxiety Disorders | Psychopharmacology Update, Medical College of Ohio, Toledo, OH |
| 2002 | Disorders of Excessive Daytime Somnolence: Diagnosis and Management, | Annual Psychopharmacology Update, Nevada Psychiatric Association, Las Vegas, NV |
| 2002 | Periodic Leg Movements of Sleep | Meet the Professor, Associated Professional |

21

| | | Sleep Societies Annual Meeting, Chicago, IL |
|---|---|---|
| 2002 | Managing the Disordered Sleep Associated with Anxiety Disorders | American Psychiatric Association Annual Meeting, Philadelphia, PA (Pfizer) |
| 2002 | Sleep Disorders and Dysomnias | American Psychiatric Association Annual Meeting, Philadelphia, PA |
| 2002 | Identification and Management of Daytime Fatigue and Sleepiness in Psychiatry | Session chair, American Psychiatric Association symposium, Philadelphia, PA (Cephalon) |
| 2003 | Sleep Disorders and Dysomnias | American Psychiatric Association Annual Meeting San Francisco, CA |
| 2003 | Treatment of Insomnia in the Psychiatric Patient | American Psychiatric Association Annual Meeting, San Francisco, CA |
| 2003 | Midwest Update in Sleep Disorders | St. Louis University School of Medicine, St. Louis, MO |
| 2003 | Bipolar Disorder and Sleep | Psychiatry Grand Rounds, Philadelphia Veterans Association, Philadelphia, PA |
| 2003 | Overview and Update on Sleep Disorders in Medicine, Dysomnias | American Psychiatric Association Annual Meeting, San Francisco, CA |
| 2003 | Depression, Apathy, and Fatigue in Neuropsychiatric Disorders | Session chair, American Psychiatric Association Annual meeting, San Francisco, CA |
| 2003 | Update in Restless Legs Syndrome and Periodic Limb Movement Disorder | Associated Professional Sleep Societies Annual Meeting, Chicago, IL |
| 2003 | End Stage Renal Disease Related Restless Legs Syndrome | Associated Professional Sleep Societies Annual Meeting, Chicago, IL |
| 2003 | Management of Insomnia and Sleep Disorders in Restless Legs Syndrome Patients | Associated Professional Sleep Societies Annual Meeting, Chicago, IL |
| 2004 | New Pharmacologic Approaches for the Treatment of Insomnia | American Psychiatric Association Annual Meeting Atlanta, GA |
| 2004 | Evaluation and treatment of parasomnias (session chair) | American Psychiatric Association Annual meeting, Philadelphia, PA |
| 2004 | Current and Future Treatments of Insomnia | American Psychiatric Association Annual Meeting, New York, NY (Neurocrine/Pfizer) |
| 2004 | Sleep Disorders and Dysomnias | American Psychiatric Association Annual |

|      |                                                                                                        | Meeting , New York, NY                                                                                   |
|------|--------------------------------------------------------------------------------------------------------|---------------------------------------------------------------------------------------------------------|
| 2004 | Exploring the true morbidity of insomnia                                                                | Session chair, American Psychiatric Association Annual Meeting, New York, NY (Neurocrine/Pfizer)         |
| 2004 | Methodological Issues in Insomnia: Treatment Trials and Implications for the Development of Future Therapies | Associated Professional Sleep Societies Annual Meeting, Philadelphia, PA                             |
| 2004 | Update on Evaluation of Treatment Efficacy in the Management of Chronic Insomnia                        | New Clinic Drug Evaluation Unit Annual Meeting, Phoenix, AZ                                              |
| 2005 | The many faces of RLS: RLS in Unique Medical Conditions                                                 | Associated Professional Sleep Societies Annual Meeting , Denver, CO                                      |
| 2005 | Evaluation and treatment of parasomnias (session chair)                                                 | Associated Professional Sleep Societies Annual Meeting, Denver, CO                                       |
| 2005 | Best Practices in Restless Legs Syndrome (RLS) and Periodic Limb Movement Disorder (PLMD)               | Associated Professional Sleep Societies Annual Meeting, Denver, CO                                       |
| 2005 | Arousing from Sleep to Eat: Night Eating Syndrome, Sleep Related Eating Disorder, and Central vs. Peripheral Circadian Clocks | Session chair, Associated Professional Sleep Societies Annual Meeting, Denver, CO        |
| 2005 | New Pharmacologic Approaches to the Treatment of Insomnia                                               | American Psychiatric Association Annual Meeting, Atlanta, GA                                             |
| 2005 | Novel Strategies to Treat Insomnia                                                                      | American Psychiatric Association Annual Meeting, Atlanta, GA                                             |
| 2005 | Sleep Disorders and Dysomnias                                                                           | American Psychiatric Association Annual Meeting, Atlanta, GA                                             |
| 2006 | The Relevance of Sleep for Anxiety Disorders                                                            | Anxiety Disorders Association of America, Miami, FL (Sepracor)                                           |
| 2006 | Management of Augmentation                                                                              | Associated Professional Sleep Studies Annual Meeting, Salt Lake City, UT                                |
| 2006 | Management of Patient Presenting With RLS and Depression                                                | Associated Professional Sleep Societies Annual Meeting, Salt Lake City, UT                              |
| 2006 | Movement Disorders in Patients with OSAS (session chair)                                                | World Congress of Sleep Apnea, Toronto, Canada                                                           |
| 2006 | RLS in Unique Medical Conditions: Management of Secondary RLS                                           | Associated Professional Sleep Societies Annual Meeting, Salt Lake City, UT                              |

23

| | | |
|---|---|---|
| 2006 | What the Psychiatrist Needs to Know About Sleep-Related Movement Disorders | Session chair, American Psychiatric Association Annual Meeting, Toronto, Canada |
| 2007 | Clinical Pathways: An Interactive Case Based Approach to the Management of RLS | American Psychiatric Association Annual Meeting, San Diego, CA (Boehringer Ingelheim) |
| 2007 | Recognition and Management of Restless Legs Syndrome (RLS) in Psychiatric Practice (session chair) | American Psychiatric Association Annual Meeting, San Diego, CA (Boehringer Ingelheim) |
| 2007 | RLS and Psychiatric Disorders | Associated Professional Sleep Societies Annual Meeting, Minneapolis, MN |
| 2007 | Treatment of Restless Legs Syndrome | American Academy of Sleep Medicine Board Review Course, Denver, CO |
| 2008 | Restless Legs Syndrome | Sleep Grand Rounds Case Western Reserve Medical School, University Hospital, Cleveland, OH |
| 2009 | Mortality and Morbidity in Renal Failure patients affected with Restless Legs Syndrome/Periodic Leg Movements of Sleep | Associated Professional Sleep Societies Annual Meeting, Seattle, WA (UCB Pharma) |
| 2009 | Management Challenges in RLS | Meet the Professor, Associated Professional Sleep Societies Annual Meeting, Seattle, WA |
| 2009 | Neurobiological Correlates of Insomnia (session chair) | Associated Professional Sleep Societies Annual Meeting, Seattle, WA |
| 2010 | Restless Legs Syndrome in Menopause | North American Menopause Society Annual Meeting, Chicago, Ill |
| 2010 | RLS: Correlates and Comorbidities | Symposium chair, Associated Professional Societies Annual Meeting, Minneapolis, MN (UCB Pharma) |
| 2010 | New Directions in Understanding the Pathophysiology, Comorbidities, and Treatment of Restless Legs Syndrome | Session chair, Associated Professional Sleep Societies Annual Meeting, San Antonio, TX (UCB Pharma) |
| 2011 | Treatment of Restless Legs Syndrome (RLS) | Best Practices course, Associated Professional Sleep Societies Annual Meeting, Minneapolis, MN |

| | | |
|---|---|---|
| 2011 | Neurochemical Changes in Brain in Sleep Disorders:  Results from 31P and 1H Magnetic Resonance Spectroscopy | Session chair, Associated Professional Sleep Societies Annual Meeting, Minneapolis, MN |
| 2011 | Diagnosis and Long-Term Management of Patients with Complex Restless Legs Syndrome | Session chair, Associated Professional Sleep Societies Annual Meeting, Minneapolis, MN (UCB Pharma) |
| 2011 | Does RLS Cause Anxiety/Mood Disorders and Cardiovascular Disease? | Associated Professional Sleep Societies Annual Meeting, Minneapolis, MN |
| 2012 | Restless Legs Syndrome | Year in Review course, Associated Professional Sleep Societies Annual Meeting, Boston, MA |
| 2012 | Recent Findings in the Neurobiology of Insomnia: Marker of Resilience to Major Depressive Disorder? | Psychiatry Grand Rounds Stanford University Medical Center, Stanford, CA |
| 2012 | Comorbid RLS and Psychiatric Illness: Clinical Conundrums | Associated Professional Sleep Societies Annual Meeting, Boston, MA (UCB Pharma) |
| 2012 | Should Dopamine Agonists Still be First-line Treatment for Restless Legs Syndrome? | Session chair, Associated Professional Sleep Societies Annual Meeting, Boston, MA |
| 2012 | Sleep-related Eating Disorder: Features, Diagnosis, Treatment and Many Remaining Questions | Meet the Professor, Associated Professional Sleep Societies Annual Meeting, Boston, MA |
| 2013 | Treatment of Sleep-Related Movement Disorders | State of the Art for Clinical Practitioners, Associated Professional Sleep Societies Annual Meeting, Baltimore, MD |
| 2014 | RLS Patient Characteristics: Correlates and Consequences | Southern Sleep Society, Memphis, TN |
| 2014 | RLS Treatment Guidelines | Southern Sleep Society, Memphis, TN (UCB Pharma) |
| 2014 | RLS: Recent Advances and Future Directions | Sleep Medicine Grand Rounds, University of Pennsylvania School of Medicine, Philadelphia, PA |
| 2014 | RLS Treatment Guidelines and Recommendations | Associated Professional Sleep Societies Annual Meeting, Boston, MA (UCB Pharma) |
| 2015 | RLS/PLM Complicated by Psychiatric Conditions or Renal Failure | Associated Professional Sleep Societies Annual Meeting, Seattle, WA |

| 2016 | Neurostimulation for RLS | Session co-chair, Associated Professional Sleep Societies Annual Meeting, Denver, CO |
| 2016 | Restless Legs Syndrome: Progress and Pitfalls | Visiting Professor and Neurology Grand Rounds, Cleveland Clinic, Cleveland, OH |
| 2017 | Restless Legs Syndrome | State of the Art for Clinical Practitioners Associated Professional Sleep Societies Annual Meeting, Boston, MA |
| 2017 | Oral Iron in Adults: Efficacy and Limitations | Associated Professional Sleep Societies Annual Meeting, Boston, MA |
| 2018 | RLS, PLMS, cardiovascular disease and mortality: a review of epidemiologic associations and potential mechanisms | Meet the Professor, Associated Professional Sleep Societies Annual Meeting, Baltimore, MA |
| 2018 | Sedative hypnotic initiation and maintenance | Associated Professional Sleep Societies Annual Meeting, Baltimore, MA |

## **International**

*Those presentations below sponsored by outside entities are so noted and the sponsor is identified in parentheses*

| 1998 | Sleep Disorders and Dysomnias | American Psychiatric Association Annual Meeting Toronto, Canada |
| 2004 | Long Term Experience with Dopaminergic Agents | Third International Scientific Symposium on Parkinson's Disease and Restless Legs Syndrome, Cannes, France (Boehringer-Ingelheim) |
| 2004 | Considering the Causes of RLS | European Federation of Neurological Societies Annual Meeting, Cannes, France (GlaxoSmithKline) |
| 2005 | RLS and its impact on sleep | World Association of Sleep Medicine, Berlin, Germany |
| 2006 | Depression and RLS | Fourth International Scientific Symposium on Parkinson's Disease and Restless Legs Syndrome, Stresa, Italy (Boehringer-Ingelheim) |
| 2006 | Mood Issues and RLS 2006 – An Update | Fifth International Scientific Symposium on Parkinson's Disease and Restless Legs Syndrome, Barcelona, Spain (Boehringer-Ingelheim) |
| 2006 | Restless Legs Syndrome and Psychiatric Disorders – Demonstrating a Relationship | American Psychiatric Association Annual Meeting, Toronto, Canada |
| 2006 | The Restless Legs Syndrome: diagnosis and | World Congress of Sleep Apnea, Montreal, |

| | treatment | Canada (Boehringer-Ingelheim) |
|---|---|---|
| 2007 | RLS in ESRD | World Association of Sleep Medicine, Bangkok, Thailand |
| 2008 | State of the Art in Managing RLS | Sixth International Scientific Symposium on Parkinson's Disease and Restless Legs Syndrome, Paris, France (Boehringer-Ingelheim) |
| 2012 | Augmentation and Restless Legs Syndrome | Visiting Professor, Department of Neurology, Innsbruck Medical University, Innsbruck, Austria |
| 2013 | The Effect of Rotigotine on Nocturnal Blood Pressure Changes and PLMS in Patients with Idiopathic RLS: the ENCORE Study | World Association of Sleep Medicine, Valencia, Spain |
| 2013 | Magnetic Resonance Spectroscopy in Primary Insomnia | Freiburg Institute for Advanced Studies, University of Freiburg, Freiburg, Germany |
| 2014 | Bidirectional Relationships of RLS and Cardiovascular disease | European RLS Study Group, Munich, Germany |
| 2015 | Respiratory-related Leg Movements | IRLSSG/EURLSSG Taskforce for the Scoring Criteria of PLMS, Troina, Sicily |
| 2015 | Epidemiological Associations of RLS and Cardiovascular disease (session chair) | IRLSSG/EURLSSG RLS/WED Science Summit, Monterey, CA |
| 2016 | Restless Legs Syndrome: Progress and Pitfalls | Japanese Sleep Research Society, Tokyo, Japan (Otsuka) |
| 2016 | RLS and Cardiovascular Disease: A Review of Epidemiologic Associations and Potential Mechanisms | Japanese Sleep Research Society, Tokyo, Japan |
| 2017 | Iron Supplementation in RLS: When and How? PLMD and PLM: necessity to treat? (Invited presentations) | Swiss Sleep Society, Lugano, Switzerland |
| 2017 | Main Advantages and Problems in Dopaminergic Treatment | World Sleep Society, Prague, Czech Republic |
| 2017 | New IRLSSG Standards of Practice for Iron Treatment | World Sleep Society, Prague, Czech Republic |

# **Report of Clinical Activities and Innovations**

## **Current Licensure and Certification**

| 1988 | Massachusetts Medical License |
| 1988 | California Medical License |
| 1991 | American Board of Psychiatry and Neurology (Psychiatry) |
| 1993 | American Board of Sleep Medicine |
| 2013 | American Board of Psychiatry and Neurology (Sleep Medicine) |

## Practice Activities

| 1991-1996 | Ambulatory Care | Sleep Medicine, McLean Hospital | 16 hours per week |
| 1996-2013 | Ambulatory Care | Sleep Medicine, Brigham and Women's Hospital | 8 hours per week |
| 2013-present | Ambulatory Care | Sleep Medicine, Massachusetts General Hospital | 12 hours per week |

## Clinical Innovations

| Development of McLean Hospital Sleep Disorders Center (1991-1996) | Reorganized the Sleep Disorder Center administratively, clinically, and scientifically, orienting it to outpatients, cost efficiency, and a teaching and research site. |
| Described the phenotype and developed innovative treatments for Sleep-related Eating Disorder (2003-) | First author papers published in *J. Clinical Psychiatry* and *Sleep Medicine* describing the first use of topiramate for this disorder, which is now considered the first-line treatment choice. |
| Leadership role in the development of pharmacologic treatments for Restless Legs Syndrome (2006-) | Papers published in *Neurology* and *Movement Disorders* reporting the results of pivotal trials leading to FDA approval of pramipexole, gabapentin enacarbil and rotigotine for the treatment of restless legs syndrome. Authored guidelines on RLS treatment for national and international organizations. |
| Medical director for sleep laboratory at Brigham and Women's Hospital (1996-2012) | Helped develop an integrated care model of Sleep Medicine with multidisciplinary outpatient care, inpatient sleep studies, and provision of medical equipment at one site. |
| Development of Psychiatric Sleep Medicine clinical and research service at Massachusetts General Hospital (2013-) | Founded the Sleep Disorders Clinical Research Program, a subspecialty clinical service which integrates the education of Psychiatry, Neurology and Internal Medicine residents and sleep research fellows into clinical research in the overlap of sleep disorders and psychiatric illness. |

28

## Report of Education of Patients and Service to the Community

*No educational materials below were sponsored by outside entities*

### Activities

| | | |
|---|---|---|
| 2002 | Restless Legs Syndrome Foundation, first national meeting, St Louis, MO | Overview of restless legs syndrome, lecture |
| 2005 | Newton Public Library, Newton MA | Sleep and its disorders, lecture |
| 2009 | Restless Legs Syndrome Foundation Scientific Conference, Baltimore, MD | Update on RLS diagnosis and treatment, lecture |
| 2011-present | Premedical advisor (1-4 undergraduates per year) | Harvard University |
| 2013 | Temple Isiah, Lexington, MA | Sleep Disorders, lecture |
| 2015 | Restless Legs Syndrome Foundation, webinar | Augmentation suffering and what can be about it, lecture |
| 2016 | Restless Legs Syndrome Foundation, webinar | RLS and depression |
| 2017 | Restless Legs Syndrome Foundation webinar | Neurostimulation for restless legs syndrome |
| 2017 | Massachusetts General Hospital EAP program | Getting your best sleep |

### Podcasts:

Practice guideline summary: Treatment of restless legs syndrome in adults Report of the Guideline Development, Dissemination, and Implementation Subcommittee of the American Academy of Neurology, 2016, https://www.aan.com/rss/search/home/episodedetail/?item=3207.

### Books, monographs, articles and selected presentations in other media

| | | | |
|---|---|---|---|
| 1996 | Sleep eating | Dateline NBC | |
| 1998 | Sleep-related eating disorder | Oprah Winfrey Show | |
| 1999 | Restless Legs Syndrome | Good Morning America | |
| 2001 | Improving Sleep: A Guide to Getting a Good Night's Rest | Harvard Medical School Publications | Patient education pamphlet |
| 2003 | 10 Tips for a Good Night's Sleep | MassHealth Druglist | https://masshealthdruglist.ehs.state.ma.us/ MHDL/pubdownloadpdfcurrent.do?id=39 |
| 2003 | Seeking calm for restless legs | LA Times | http://articles.la times.com/2003/sep/15/health/he-legs15 |
| 2003 | The man who mistook his wife for a deer | NY Times Magazine | http://www.nytimes.com/2003/02/02/magazine/ the-man-who-mistook-his-wife-for-a- deer.html?pagewanted=all |

| 2003 | When the brain disrupts the night | NY Times | http://www.nytimes.com/2003/01/07/science/when-the-brain-disrupts-the-night.html?pagewanted=all |
| 2004 | Sleepeaters don't wake up for their nighttime binges | Washington Post | https://www.washingtonpost.com/archive/lifestyle/wellness/2004/09/07/hungry-in-the-dark/5c0dad34-4082-4d73-b35a-7e262b880609/ |
| 2005 | New class of insomnia drugs to hit market | NBC News | http://www.nbcnews.com/id/8632174/ns/health-health_care/t/new-class-insomnia-drugs-hit-market/#.Vx5oBdQrLct |
| 2006 | Study Links Ambien Use to Unconscious Food Forays | NY Times | http://www.nytimes.com/2006/03/14/health/14sleep.html?_r |
| 2007 | Inside the Strange World of Sleep Eaters | Discover Magazine | http://discovermagazine.com/2007/medical-mysteries/strange-world-of-sleep-eaters |
| 2007 | Restless Legs Syndrome | The Today Show | |
| 2007 | Restless Legs Syndrome Linked to Obesity, Fat Waistlines | ABC News | http://abcnews.go.com/Health/MindMoodNews/story?id=7272011&page=1 |
| 2007 | Restless Legs Syndrome: New Gene Clues | WebMD | http://www.webmd.com/sleep-disorders/news/20070718/restless-legs-syndrome-new-gene-clues |
| 2007 | Scientists Discover Sleep-Kicking Gene | ABC News | http://abcnews.go.com/Health/Sleep/scientists-discover-sleep-kicking-gene/story?id=3390545 |
| 2008 | I've had insomnia for years. Is there a biological cause? | Boston Globe | http://archive.boston.com/news/health/articles/2008/11/03/ive_had_insomnia_for_years_is_there_a_biological_cause/ |
| 2008 | Restless legs linked with heart problems | Reuters | http://www.reuters.com/article/us-heart-rls-idUSN3159019220071231 |
| 2009 | Cost-Effective Ways to Fight Insomnia | NY Times | http://www.nytimes.com/2009/06/06/health/06patient.html |
| 2010 | Binge Eating During Sleep | NY Times | http://well.blogs.nytimes.com/2010/04/07/binge-eating-during-sleep/ |
| 2010 | Motion sickness: Restless legs syndrome keeps you going (even if you want to stop) | Boston Globe | http://archive.boston.com/yourtown/cambridge/articles/2010/05/17/restless_legs_syndrome_keeps_you_going_even_if_you_want_to_stop/ |
| 2010 | Raiding the Refrigerator, but Still Asleep | NY Times | http://www.nytimes.com/2010/04/07/health/07eating.html |
| 2010 | The Secrets of Sleep | National Geographic | http://ngm.nationalgeographic.com/2010/05/sleep/max-text |
| 2010 | What's *really* keeping you awake | Self | http://www.self.com/wellness/health/2010/01/insomnia-and-other-health-concerns/ |
| 2012 | Sleep Experts Awaken Interest in Parasomnias | Psychiatric News | http://psychnews.psychiatryonline.org/doi/10.1176/pn.47.19.psychnews_47_19_18-a |

| 2013 | Healthful Habits Can Help Induce Sleep Without The Pills | NPR | http://www.npr.org/sections/health-shots/2013/12/16/250256086/healthy-habits-can-help-induce-sleep-without-the-pills |
| 2013 | On treating sleep disorders | Psych Central | http://pro.psychcentral.com/this-months-expert-john-w-winkelman-m-d-ph-d-on-treating-sleep-disorders/002099.html |
| 2014 | 8 Things Your Sleep Habits Say About You | Prevention | http://www.prevention.com/health/health-concerns/what-insomnia-sleep-walking-and-fatigue-mean |
| 2014 | Sleeping in your 70s | Boston Globe | https://www.bostonglobe.com/business/2014/11/16/sleeping-your/eNjzR2Bi65TaXxjmxbhrgL/story.html |
| 2014 | Study ties troubled sleep to lower brain volume | Good Morning America | http://www.gmanetwork.com/news/story/351803/lifestyle/healthandwellness/study-ties-troubled-sleep-to-lower-brain-volume |
| 2014 | Study ties troubled sleep to lower brain volume | Reuters | http://www.reuters.com/article/us-sleep-idUSBREA261JC20140307 |
| 2015 | Ask well: Do sleeping pills induce restorative sleep? | NY Times | http://well.blogs.nytimes.com/2015/12/11/ask-well-do-sleeping-pills-induce-restorative-sleep/?_r=0 |
| 2016 | A New Study Proves It: You Should Totally Sleep In This Weekend | Glamour | http://www.glamour.com/story/why-you-should-sleep-in-this-w |
| 2016 | AAN Releases First Treatment Guideline on Restless Legs Syndrome | Medscape | http://www.medscape.com/viewarticle/872681 |
| 2017 | Are leg and foot cramps waking you up at night? | Washington Post | https://www.washingtonpost.com/national/health-science/are-leg-and-foot-cramps-waking-you-up-at-night-youre-not-alone/2017/08/04/14490744-761b-11e7-8f39-eeb7d3a2d304_story.html?utm_term=.a47fb423000f |

# Report of Scholarship

## Peer-reviewed publications

**Research Investigations:**

1. Solomon PR, Crider A, **Winkelman JW**. Disrupted latent inhibition in the rat with chronic amphetamine or haloperidol-induced supersensitivity: Relationship to schizophrenic attention disorder. Biol Psychiatry 1981;16:519-537.

2. McCarley RW, **Winkelman JW**, Duffy FH. Human cerebral potentials associated with REM sleep rapid eye movements: Links to PGO waves and waking potentials. Brain Res 1983;274:359- 364.

3. **Winkelman JW**, Chertow G, Lazarus JM. Restless legs syndrome in end-stage renal disease. Am J Kidney Dis 1996;28:372-378.

4. Cunningham SL, **Winkelman JW**, Dorsey CM, Lukas SE, Richardson GS, Sholar MB. An electromyographic marker for neuroleptic-induced akathisia: preliminary measures of sensitivity and specificity. Clinical Neuropsychopharmacology 1996;19:321-332.

5. Dorsey CM, Lukas SE, Teicher MH, Harper D, Cunningham SL, Taylor JF, **Winkelman JW**, Satlin A. Effects of passive body heating on sleep of older female insomniacs. J Ger Psychiatry Neurol 1996;9:83-90.

6. **Winkelman JW**, Goldman H, Piscatelli N, Lukas S, Dorsey CM, Cunningham S. Are thyroid function tests necessary in patients with suspected sleep apnea? Sleep 1996;19:790-793.

7. Pradhan P, Gliklich R, **Winkelman JW**. Rates of obstructive sleep apnea in patients referred for evaluation of snoring. Laryngoscope 1996;106:1393-1397.

8. **Winkelman JW**. Clinical and polysomnographic features of sleep-related eating disorder. J Clin Psychiatry 1998;59:14-19.

9. **Winkelman JW**. The evoked heart rate response to periodic leg movements of sleep. Sleep 1999;22:575-580.

10. **Winkelman JW**, Herzog DB, Fava, M. The prevalence of sleep-related eating disorder in psychiatric and non-psychiatric populations. Psychol Med 1999;29:1461-1466.

11. Gliklich RE, Tagihizadeh F, **Winkelman JW**. Health status in patients with disturbed sleep and obstructive sleep apnea. Otolaryngol Head Neck Surg 2000;122:542-546.

12. **Winkelman JW**. Schizophrenia, obesity and obstructive sleep apnea. J Clin Psychiatry 2001;61:8-11.

13. **Winkelman JW**. Treatment of nocturnal eating syndrome and sleep-related eating with topiramate. Sleep Med 2003; 4:243-246.

14. **Winkelman JW**, Johnston L.  Augmentation and tolerance with long-term pramipexole treatment of restless legs syndrome (RLS).  Sleep Med 2004;5:9-14.

15. **Winkelman JW**, James L.  Serotonergic antidepressants are associated with REM sleep without atonia.  Sleep 2004;27:317-321.

16. **Winkelman JW**. Designing a sleep disorder curriculum for psychiatry residents.  Harv Rev Psychiatry, 2005;13:54-56.

17. Yang CK**, White DP, **Winkelman JW**.  Antidepressants and periodic leg movements of sleep.  Biol Psychiatry 2005;58:510-514.

18. Yang CK**, Jordan A, White DP, **Winkelman JW**. Heart rate response to respiratory events with or without leg movements. Sleep 2006;29:553-556.

19. Yang CK**, **Winkelman JW**.  Clinical significance of sleep EEG abnormalities in chronic schizophrenia. Schizophr Res 2006;82:251-260.

20. **Winkelman JW**, Finn L, Young T.  Prevalence and correlates of restless legs syndrome symptoms in the Wisconsin Sleep Cohort.  Sleep Med 2006;7:545-552.

21. **Winkelman JW**.  Efficacy and tolerability of topiramate in the treatment of sleep-related eating disorder: an open-label, retrospective case series.  J Clin Psychiatry 2006;67:1729-1734.

22. **Winkelman JW**, Sethi K, Becker P, Kushida C, Reese J, Cappola, J.  Efficacy and safety of pramipexole in restless legs syndrome.  Neurology 2006;67:1034-1039.

23. Garcia-Borreguero D, **Winkelman J**, Adams A, Ellis A, Morris M, Lamb J, Layton G, Versavel M, Sumanirole in RLS Study Group.  Efficacy and tolerability of sumanirole in Restless Legs Syndrome: a phase II, randomized, double-blind, placebo-controlled, dose-response study.  J Clin Sleep Med 2007;8:119-127.

24. **Winkelman JW**, Shahar E, Sharief I, Gottlieb, DJ. Association of restless legs syndrome and cardiovascular disease in the Sleep Heart Health Study.  Neurology 2008;70:35-42.

25. **Winkelman JW**, Buxton OM, Jensen JE, Benson KL, O'Connor SP, Wang W, Renshaw, PF.  Reduced brain GABA in primary insomnia: preliminary data from 4T proton magnetic resonance spectroscopy (1H-MRS). Rapid publication, lead article, Sleep 2008;31:1499-1506.

26. **Winkelman JW**, Redline S, Baldwin CM, Resnick, HE, Newman AB, Gottlieb DJ.  Polysomnographic and health-related quality of life correlates of restless legs syndrome in the Sleep Heart Health Study. Sleep 2009;32:772-778.

27. Hening WA, Allen RP, Ondo WG, Walters AS, **Winkelman JW**, Becker P, Bogan R, Fry JM, Kudrow D, Lesh KW, Fichtner A, Schollmayer E on behalf of the SP792 Study Group. Rotigotine improves restless legs syndrome: A 6-month randomized, double-blind, placebo-controlled trial in the United States.  Mov Disord 2010;25:1675-1683.

28. **Winkelman JW**, Benson KL, Buxton OB, Lyoo IK, Yoon S, O'Connor S, Renshaw PF.  Lack of hippocampal volume differences in primary insomnia and good sleeper controls: An MRI volumetric study at 3 Tesla. Sleep Med 2010, 11:576-582.

29. Yang CK**, **Winkelman JW**.  Clinical and polysomnographic characteristics of high frequency leg movements.  J Clin Sleep Med 2010;6:431-438.

30. Duffy JF, Lowe ASW, Silva EJ, **Winkelman JW**.  Periodic limb movements of sleep exhibit a circadian rhythm that is maximal in the late evening/early night.  Sleep Med 2011;12:83-88.

31. **Winkelman JW**, Bogan RK, Schmidt MH, Hudson JD, DeRossett SE, Hill-Zabala CE.  Randomized polysomnography study of gabapentin enacarbil in subjects with restless legs syndrome.  Mov Disord 2011;26:2065-2072.

32. Batool-Anwar S, Malhotra A, Forman J, **Winkelman J**, Li Y, Gao X.  Restless legs syndrome and hypertension in middle-age women.  Hypertension 2011;58:791-796.

33. Garcia-Borreguero D, Allen R, Hogl B, Ferini-Strambi L, **Winkelman J**, Asgharian A, Hill-Zabala C.  Systematic evaluation of augmentation during treatment with ropinirole in RLS.  Mov Disord 2012, 27:277-283.

34. Plante DT**, Jensen JE, Schoerning L, **Winkelman JW**.  Reduced gamma-aminobutyric acid in occipital and anterior cingulate cortices in primary insomnia: a link to major depressive disorder? Neuropsychopharmacology 2012;37:1548-1457.

35. Li Y, Mirzaei F, O'Reilly E, **Winkelman JW**, Malhotra A, Okereke IO, Ascherio A, Gao X.  Prospective study of restless legs syndrome and risk of depression in women.  Am J Epidemiol 2012;176:279-288.

36. Li Y, Walters AS, Chiuve SE, Rimm EB, **Winkelman JW**, Gao X. Prospective study of restless legs syndrome and coronary heart disease among women. Circulation 2012;126:1689-1694.

37. Harper DG,  Plante DT, Jensen JE, Ravichandran C, Buxton OM, Benson KL, O'Connor SP, Renshaw PF, **Winkelman JW**.  Energetic and cell membrane metabolic products in patients with primary insomnia:  A 31P MRS study at 4 Tesla.  Sleep 2013;36:493-500.

38. **Winkelman JW**, Plante DT, Schoerning L, Benson K, Buxton OM, O'Connor SP, Jensen JE, Renshaw PF, Gonenc A.  Increased rostral anterior cingulate cortex volume in chronic primary insomnia.  Sleep 2013;36:991-998.

39. Li Y, Wang W, **Winkelman JW**, Malhotra A, Ma J, and Gao X.  Prospective study of restless legs syndrome and mortality among men.  Neurology 2013;81:52-9.

40. Marino M, Li Y, Rueschman MN, **Winkelman JW**, Ellenbogen JM, Solet JM, Dulin H, Berkman LF, Buxton OM. Measuring sleep: accuracy, sensitivity, and specificity of wrist actigraphy compared to polysomnography.  Sleep 2013;36:1747-1755.

41. Bertisch SM, Herzig SJ, **Winkelman JW,** Buettner C. National use of prescription medications for insomnia: NHANES 1999-2010. Sleep 2014;37:343-349.

42. Li Y, Zhang X, **Winkelman JW**, Redline S, Hu FB, Stampfer M, Ma J, Gao X.  Association between insomnia symptoms and mortality: a prospective study of US men.  Circulation 2014;129:737-746.

43. Allen RP, Chen C, Garcia-Borreguero D, Polo O, DuBrava S, Miceli J, Knapp K, **Winkelman JW**. Comparison of pregabalin and pramipexole for restless legs syndrome.  N Engl J Med 2014;370:621-31.

44. Yang MS, Montplaisir J, Desautels A, **Winkelman JW**, Cramer Bornemann MA, Earley CJ, Allen RP.  Valid measures of periodic leg movements (PLMs) during a suggested immobilization test using the PAM-RL leg activity monitors require adjusting detection parameters for noise and signal in each recording.  Sleep Med 2014;15:132-7.

45. **Winkelman JW**, Schoerning L, Platt S, Jensen JE.  Restless legs syndrome and CNS GABA: preliminary associations with PLMS and RLS symptom severity.  Sleep Med 2014;15:1225-30.

46. Manconi M, Zavalko I, Fanfulla F, **Winkelman JW**, Fulda S.  An evidence-based recommendation for a new definition of respiratory-related leg movements.  Sleep, 2015;38:295-304.

47. Aritake S**, Blackwell T, Peters KW, Rueschman M, Mobley D, Morrical MG, Platt SF, Dam TL, Redline S, **Winkelman JW.**  Prevalence and associations of respiratory-related leg movements: the MrOS sleep study.  Sleep Med. 2015;16:1236-44.

48. **Winkelman JW**, Blackwell T, Stone K, Ancoli-Israel S, Tranah GJ, Redline S for the Osteoporotic Fractures in Men (MrOS) Study Research Group.  Genetic associations of periodic limb movements of sleep in the elderly, for the MrOS sleep study.  Sleep Med, 2015;16:1360-5.

49. Garcia-Borreguero D, Allen RP, Hudson J, Dohin E, Grieger F, Moran K, Schollmayer E, Smit R, **Winkelman J**.  Effects of rotigotine on daytime symptoms in patients with primary restless legs syndrome: a randomized, placebo-controlled study. Curr Res Med Opin, 2015; 16:1-9.

50. Batool-Anwar S, Li Y, DeVito K, Malhotra A, **Winkelman J**, Gao X.  Lifestyle factors and risk of restless legs syndrome: prospective cohort study.  J Clin Sleep Med, 2016;12:187-94.

51. Tuohy CV, Montez-Rath ME, Turakhia M, Chang TI, **Winkelman JW**, Winkelmayer WC. Sleep disordered breathing and cardiovascular risk in older patients initiating dialysis in the United States. BMC Nephrol, 2016; 17:16.

52. Bertisch SM, Muresan CS, Schoerning L, **Winkelman JW***, Taylor J*.  Impact of restless legs syndrome on cardiovascular autonomic control.  Sleep, 2016;39:565-71.

53. Li Y, Gao X, **Winkelman JW**, Cespedes EM, Jackson CL, Walters AS, Schernhammer E, Redline S, Hu FB. Association between sleeping difficulty and type 2 diabetes in women. Diabetologia, 2016;59:719-27.

54. Dauvilliers Y, Benes H, Partinen M, Rauta V, Rifkin D, Dohin E, Goldammer N, Schollmayer E, Schröder H, **Winkelman JW**.  Rotigotine in hemodialysis-associated restless legs syndrome: A randomized, controlled trial.  Am J Kidney Dis, 2016; 68:434-43.

55. Bauer A, Cassel W, Benes H, Kesper K, Rye D, Sica D, **Winkelman JW**, Bauer L, Grieger F, Joeres L, Moran K, Schollmayer E, Whitesides J, Carney H, Walters AS, Oertel W, and Trenkwalder C.

Rotigotine's effect on PLM-associated blood pressure elevations in restless leg syndrome: an RCT. Neurology, 2016; 86:1785-93.

56. **Winkelman JW**, Mackie SE, Mei LA, Platt S, Schoerning L. A method to switch from oral dopamine agonists to rotigotine in patients with restless legs syndrome and mild augmentation. Sleep Med, 2016; 24:18-23.

57. Mackie SE**, McHugh RK, McDermott K, Griffin ML, **Winkelman JW***, Weiss RD*. Prevalence of restless legs syndrome during detoxification from alcohol and opioids. J Subst Abuse Treat, 2017; 73:35-39

58. **Winkelman JW**, Blackwell T, Stone K, Ancoli-Israel S, Redline S. Associations of incident cardiovascular events with restless legs syndrome and periodic leg movements of sleep in older men, for the outcomes of sleep disorders in older men study (MrOS Sleep Study). Sleep, 2017; 40

59. Kang SG**, Kang JM, Cho SJ, Ko KP, Lee YJ, Lee HJ, Kim L, **Winkelman JW**. CBT using a mobile application synchronizable with wearable devices for insomnia treatment: A pilot study. J Clin Sleep Med, 2017;13:633-640.

60. Buxton OM, Pavlova MK, O'Connor SP, Wang W, **Winkelman JW**. Lack of change in glucose metabolism in eszopiclone-treated primary insomnia patients. Nat Sci Sleep, 2017;9:187-198.

61. Grandner M, **Winkelman JW**. Nocturnal leg cramps: Prevalence and associations with demographics, sleep disturbance symptoms, medical conditions, and cardiometabolic risk factors. PLoS One, 2017; 12:e0178465.

62. Chen T-Y, **Winkelman JW**, Mao W-C, Liu C-L, Hsu C-Y, Wu C-S. The use of benzodiazepine receptor agonists and the risk of pneumonia hospitalization: a nationwide population-based, nested case-control study. Chest, 2018;153:161-171.

63. Li Y, Li Y, **Winkelman JW**, Walters A, Han J, Hu FB, and Gao X. Prospective study of restless legs syndrome and total and cardiovascular mortality among women. Neurology, 2018; 90:e135-e141.

64. **Winkelman JW**, Jaros M. Predictors of clinical response in a double-blind placebo-controlled crossover trial of gabapentin enacarbil for restless legs syndrome. Sleep Med, 2018;48:1-7.

65. Kang S-G, Mariani S, Marvin SA, Ko K-P, Redline R, **Winkelman JW**. Sleep EEG spectral power is correlated with subjective-objective discrepancy of sleep onset latency in major depressive disorder. Prog Neuropsychopharmacol. Biol Psychiatry, 2018;85:122-127.

66. Lane JM, Jones S, Dashti SH, Wood AR, Aragam KG, van Hees VT, Brumpton B, Winsvold B, Wang H, Bowden J, Song Y, Patell K, Anderson SG, Beaumont R, Bechtold DA, Cade B, Haas M, Kathiresan S, Little MA, Luik AI, Loudon AS, Purcell S, Richmond RC, Scheer FAJL, Schormair B, Tyrrell J, **Winkelman JW**, Winkelmann J, HUNT All In Sleep, Strand LB, Zhao C, Nielsen JB, Willer CJ, Redline S, Spiegelhalder K, Kyle SD, Ray DW, Zwart J-A, Hveem K, Frayling TM, Lawlor DA, Rutter MK, Weedon MN, Saxena R. Biological and clinical insights from genetics of insomnia symptoms. Nat Genet. 2019; 51:387-393.

67. Chen T-Y, **Winkelman JW**, Mao W-C, Yeh C-B, Huang S-Y, Kao T-W, Yang CCH, Kuo TBJ, Chen, W-L. Short sleep duration is associated with increased serum homocysteine: insights from a national survey.  JCSM, in press.

68. Zhuang S, Na M, **Winkelman JW**, Ba D, Liu C-F, Gao, X.  Association of restless legs syndrome with risk of suicide and self-harm.  JAMA Network Open, in press.

69. May A, May R, Bena J, Wang L, Monahan K, Stone K, Barrett-Connor E,; Koo B,; **Winkelman JW**, Redline S, Mittleman M, Mehra R.  Individual periodic limb movements with arousal are temporally associated with nonsustained ventricular tachycardia: A case-crossover analysis.  Sleep, in press.

* co-senior author
** mentee

**Other peer-reviewed scholarship:**

1. **Winkelman JW**, Pies R.  Current patterns and future directions in the treatment of insomnia.  Ann Clin Psychiatry 2005;17:31-40.

2. Picchietti D, **Winkelman J**.  Restless legs syndrome, periodic leg movements in sleep, and depression.  Sleep 2005;28:891-898.

3. Hening W, Allen RP, Tenzer P, **Winkelman JW**. Restless legs syndrome: demographics, presentation, and differential diagnosis. Geriatrics 2007;62:26-29.

4. **Winkelman JW**, Allen R, Tenzer P, Werra R, Hening W.  Restless legs syndrome: Non pharmacological and pharmacological treatments.  Geriatrics 2007;62:13-16.

5. Hening WA, Allen RP, Chaudhuri KR, Hornyak M, Lee HB, **Winkelman JW**, Yoakum R.  The clinical significance of RLS.  Mov Disord 2007;22: S395-S400.

6. Plante DT**, **Winkelman JW**.  Sleep disturbance in bipolar disorder: therapeutic implications.  Am J Psychiatry 2008;165:830-843.

7. **Winkelman JW**.  The diagnosis and work-up of insomnia.  CNS Spectrums 2009;14:4-6

8. Lin W-C**, **Winkelman JW**. Obstructive sleep apnea and severe mental illness: evolution and consequences.  Curr Psychiatry Rep 2012;14:503-510.

9. Mackie SE** and **Winkelman JW**.  Normal ferritin in a patient with iron deficiency and RLS. J Clin Sleep Med 2013;9:511-513.

10. **Winkelman JW**, Gagnon A, Clair AG.  Sensory symptoms in restless legs syndrome: the enigma of pain. Sleep Med 2013;14:934-942.

11. Spiegelhalder K, Regen W, Baglioni C, Riemann D, **Winkelman JW**. Neuroimaging studies in insomnia. Curr Psychiatry Rep 2013;15:405-410.

12. Earley CJ, Connor J, Garcia-Borreguero D, Jenner P, **Winkelman JW**, Zee PC, Allen R. Altered brain iron homeostasis and dopaminergic function in restless legs syndrome (Willis-Ekbom Disease). Sleep Med 2014;15:1288-301.

13. Novak M, **Winkelman JW**, Unruh, M. Restless legs syndrome in patients with chronic kidney disease. Semin Nephrol. 2015;35:347-58.

14. Mackie SE**, **Winkelman JW**. Long-term treatment of RLS: An approach to management of worsening symptoms, loss of efficacy, and augmentation. CNS Drugs 2015;29:351-7.

15. **Winkelman JW**. Insomnia disorder. N Engl J Med 2015;373:1437-1444.

16. Gottlieb DJ, Somers V, Punjabi N, **Winkelman JW**. Restless legs syndrome and cardiovascular disease: A research roadmap. Sleep Med, 2017;31:10-17.

17. Mackie SE**, **Winkelman JW**. Therapeutic utility of opioids for restless legs syndrome. Drugs, 2017;77:1337-1344.

18. Moonga SS, Mischoulon D, **Winkelman JW**, Stern TA. Obstructive sleep apnea as a complication of bipolar disorder and its treatment: a review and an approach to management. The Primary Care Companion for CNS Disorders, in press.

19. During, E, **Winkelman JW**. Drug treatment of restless legs syndrome in older adults. Drugs and Aging, in press.

** mentee

## Non-peer reviewed scientific or medical publications/materials in print or other media

**Reviews, chapters, monographs and editorials**

1. **Winkelman JW**. Parkinson's disease. In: Carskadon M, editor. Encyclopedia of Sleep and Dreaming. New York: Macmillan; 1992. p. 437-438.

2. **Winkelman JW**. Diagnosis and treatment of insomnia. Psychiatric Times July 1994, p. 37-38.

3. **Winkelman JW**, Chertow G. Restless legs syndrome. Semin Dial 1997;10:183-184.

4. **Winkelman JW**. Restless legs syndrome in ESRD. Nephrology News and Insight 1999;13:27-32.

5. Malhotra A, Fogel RB, Pillar G, **Winkelman JW**. Non-respiratory sleep disorders. In Pulmonary and Critical Update Online; 1999;Volume 14, Lesson 4.

6. Weilburg J, **Winkelman JW**. Sleep disorders. In: Wise M, Rundell J editors. Consultation-Liason Psychiatry, 2nd Edition. Washington: American Psychiatric Press; 2002. pp. 495-518.

7. Fogel RB**, **Winkelman JW**. Parasomnias. In: Noseworthy JH, editor. Neurologic Therapeutics, Principles and Practice, 2003; pp 1310-1312.

8.  **Winkelman JW**. High rates of periodic leg movements of sleep in REM-sleep behavior disorder raise more questions about the relationship between sleep-related movement disorders. Article reviewed: M.L. Fantini, M. Michaud, N. Gosselin, G. Lavigne, J. Montplaisir, Periodic leg movements in REM sleep behavior disorder and related autonomic and EEG activation, Neurology 59 (2002) 1889-1894. Sleep Med; 2003;4:261-262.

9.  **Winkelman JW**, Fogel RB. Sleep disorders. In: Samuels MA, editor. Manual of Neurologic Therapeutics, Seventh Edition. Boston: Lippincott Williams & Wilkins, 2004. p. 93-114.

10. Ancoli-Israel S, Benca RM, Edinger JD, Krystal AD, Mendelson W, Moldofsky H, Petrie J, Roth T, Walsh JK, **Winkelman J**; Special issues board panel members. Panel discussion: changing how we think about insomnia. J Clin Psychiatry 2004;65 Suppl 8:44-46.

11. **Winkelman JW**. Restless legs syndrome: common, unpleasant, and treatable. Mayo Clin Proc 2004;79: S2-3.

12. **Winkelman JW**. A novel combination therapy for primary insomnia? Editorial. In: Sleep 2004;27:604-605.

13. **Winkelman JW**. Guest Editor. Sleep disorders. Prim Psychiatry 2005;12:35-74.

14. **Winkelman JW**. Diagnosis and treatment of insomnia. Monthly Prescribing Reference 2005;11-39.

15. **Winkelman JW**. Restless legs syndrome. In: Buysse DJ, editor. Sleep Disorders and Psychiatry (Review of Psychiatry Series, Volume 24, Number 2; Oldham JM and Riba, series editors), 1st edition, 2005. p.139-162.

16. Czeisler CA, **Winkelman JW**, Richardson GS. Sleep disorders. In: Kasper DL, Braunwald E, Fauci A, Hauser SL, Longo DL, Jameson JL, editors. Harrison's Principles of Internal Medicine, 16th edition, 2005, pp 153-162.

17. **Winkelman JW**. Parasomnias. In: Buysse DJ, editor. Sleep Disorders and Psychiatry (Review of Psychiatry Series, Volume 24, Number 2; Oldham JM and Riba, series editors), 1st edition, 2005. pp163-183.

18. Yang CK**, **Winkelman JW**. Antidepressant and antipsychotic drugs and sleep. In: Opp MR. editor. SRS Basics of Sleep Guide. Sleep Research Society, Westchester, IL 2005. pp. 167-174

19. **Winkelman JW**. Sleep disorders comes of age. Prim Psychiatry 2005;12:8-10.

20. Picchietti D, **Winkelman J**. Treatment of depression in patients with restless legs syndrome: What is evidence-based? Sleep Med;2006;7:303-304.

21. **Winkelman JW**. Sleep-related eating disorder (SRED) and night eating syndrome (NES): sleep disorders, eating disorders, or both? Editorial. Sleep 2006;29:876-877.

22. **Winkelman JW**. Considering the causes of RLS. Eur Neurol 2006;13 Suppl 3:8-14.

23. Plante DT, **Winkelman JW**. Parasomnias. Psychiatr Clin North Am 2006, 29:969-989.

24. **Winkelman JW**.  Introduction.  Am J Medicine 2007;120:S1-3.

25. **Winkelman JW**. Guest Editor. Recognizing and treating restless legs syndrome: current standards.  Am J Med 2007;120: S1-36.

26. **Winkelman JW**, Pavlova M.  Sleep disorders.  In: Schapira AHV, editor. Neurology and clinical neuroscience, Philadelphia: Mosby Elsevier; 2007. p. 185-202.

27. **Winkelman JW**.  A better future for patients with restless legs syndrome.  Am J Med 2007;120:S28-29.

28. **Winkelman JW**. Periodic limb movements of sleep - endophenotype for restless legs syndrome? Invited Editorial.  N Engl J of Med 2007;357:703-705.

29. Czeisler CA, **Winkelman JW**, Richardson GS.  Sleep disorders. In: Fauci A, Kasper DL, Braunwald E, Hauser SL, Longo DL, Jameson JL, Loscalzo J, editors. Harrison's principles of internal medicine, 17th edition, 2007, pp 171-179.

30. Yang CK, **Winkelman JW**.  Types of sleep-related movement disorders.  In: Kushida C editor. Handbook of sleep disorders, 2nd edition, Taylor & Francis, LLC, 2008, pp 571-588.

31. Buysse DJ, Strollo PJ, Black JE, Zee P, **Winkelman JW**.  Sleep disorders.  In: Hales RE, Yudofsky SC, Gabbard GO, editors. American psychiatric publishing textbook of psychiatry, 5th Edition, 2008, pp 921-970.

32. Plante DT**, **Winkelman JW**.  Parasomnias: psychiatric considerations. In: Doghramji K, editor. Sleep Med Clin 2008;3:217-230.

33. Plante DT**, **Winkelman JW**. Antiepileptics in the treatment of sleep disorders.  In: McElroy SL, Keck PE, Post RM, editors. Antiepileptic drugs to treat psychiatric disorders. Informa Healthcare, 2008, pp 349-362.

34. **Winkelman JW**, Ulfberg J.  RLS in medical disorders.  In: Hening WA, Allen R, Chokroverty S, Earley C, editors. Restless legs syndrome W. B. Saunders, 2009.

35. Plante DT**, **Winkelman JW**.  Polysomnographic features of medical and psychiatric disorders and their treatments.  In: Epstein LJ & DB Kirsch, editors. Sleep Med Clin 2009, 4:407–419.

36. Buysse DJ, Strollo PJ, Black JE, Zee P, **Winkelman JW**.  Sleep disorders.  In: Bourgeois J, Young J, Yudofsky S, Hales RE, editors. Part I Psychiatry board review textbook, 10th Edition, 2009, pp 449-468.

37. **Winkelman JW**.  Sleep-related eating disorder.  In: Thorpy M, Plazzi G, editors. Parasomnias and other sleep-related movement disorders. Cambridge University Press, 2010, pp 202-212.

38. Garcia-Borreguero D, Allen R, Kohnen R, Benes H, **Winkelman J**, Högl B, Ferini-Strambi L, Zucconi M, Trenkwalder C. Loss of response during long-term treatment of restless legs syndrome: guidelines approved by the International Restless Legs Syndrome Study Group for use in clinical trials. Sleep Med 2010;11:956-957

39. **Winkelman JW**, Johnson EA, Richards LM. Sleep-related eating disorder. In: Montagna P and Chokroverty S, editors. Handbook of clinical neurology. Elsevier, 2011, 98:577-585.

40. Deak MA, **Winkelman JW**.  The management of restless legs syndrome and periodic limb movement disorder.  Sleep Med Clin 2011;5:675-688.

41. Czeisler CA, **Winkelman JW**, Richardson GS.  Sleep disorders. In: Longo DL, Fauci A, Kasper DL, Hauser SL, Jameson JL, Loscalzo J, editors. Harrison's principles of internal medicine, 18th edition, 2011, pp 171-179.

42. **Winkelman JW**.  Insomnia.  In: Jones HR, Burns TM, Aminoff M, Pomeroy SL, editors.  Netter collection of medical illustrations, Volume 7: Nervous System Part 1, 2013, p. 104.

43. Deak MC, **Winkelman JW**. Insomnia.  In: Vaughn B, editor.  Neurol Clin 2012, 30:1045-1066.

44. Plante DT**, Jensen JE, **Winkelman JW**. The role of GABA in primary insomnia. Invited Editorial. Sleep 2012;35:741-742.

45. **Winkelman JW**.  Is restless legs syndrome a sleep disorder?  Invited Editorial.  Neurology 2013;80:2006-2007.

46. Mackie SE**, **Winkelman JW**.  Insomnia.  Psychiatric Annals 2015; 45:14-18.

47. Mackie SE**, **Winkelman JW**.  Restless legs syndrome and psychiatric disorders.  Sleep Medicine Clinics, 2015;10:351-358.

48. McCall C**, **Winkelman JW**.  The use of hypnotics in the elderly.  Psychiatric Annals, 2015;45:342-348.

49. Mackie SE**, **Winkelman JW**.  Depression and sleep disorders.  In: Barsky A, Silbersweig D, editors.  Depression in medical illness. McGraw-Hill, in press.

50. Mackie SE**, **Winkelman JW**. Depression and anxiety disorders.  In: Chokrovery S, Ferini-Strambi L, editors.  Sleep and its disorders.  Oxford University Press, in press.

51. Bottary RM, **Winkelman JW**.  Restless legs syndrome: clinical implications for psychiatrists. Psychiatric Times, in press.

52. Kang SG**, **Winkelman JW.**  Sleep and sleep disorders in depression.  In: Kim Y-K, editor. Contemporary issues in depression.  Greenhaven Press, 2017, pp 113-121.

53. **Winkelman JW**. Nocturnal leg cramps.  In: UpToDate, Targoff IN, Shefner JM (Eds), UpToDate, Waltham, MA.  2012. Updated 2014, 2016.

54. **Winkelman JW.**  Overview of the treatment of insomnia in adults.  In: UpToDate, Benca R, Eichler AF (Eds), UpToDate, Waltham, MA.  2018.

** mentee

**Books/Textbooks for the medical or scientific community**

1. **Winkelman JW**, editor. *International Classification of Sleep Disorders*, Second Edition, pocket version.  AmericanAcademy of Sleep Medicine, Westchester, Ill.  2006.

2. **Winkelman JW**, Henderson JH, Kotagal S, Lee-Chiong TL, Lichstein KL, Murray BJ, Schenck CH, editors. *Case Book of Sleep Medicine*, Westchester, Ill: American Academy of Sleep Medicine, 2008.

3. **Winkelman JW**, Plante DT**, editors.  *Foundations of Psychiatric Sleep Medicine*, Cambridge University Press, Cambridge, UK. 2010

4. **Winkelman JW**, editor.  *The Encyclopedia of Sleep Science*, Kushida C, editor-in-chief, Elsevier, Philadelphia, PA, 2013.

5. Olson E, **Winkelman JW**, editors. *Case Book of Sleep Medicine for ICSD3*, Westchester, Ill: American Academy of Sleep Medicine, 2015.

   ** mentee

**Clinical Guidelines or Reports**

1. Silber MH, Ehrenberg BL, Allen RP, Buchfuhrer MJ, Earley CJ, Hening WA, Rye DB; Medical Advisory Board of the Restless Legs Syndrome Foundation. An algorithm for the management of restless legs syndrome. Mayo Clin Proc. 2004;79:916-22. (* member of the Advisory Board cited in the Appendix of the manuscript).

2. Garcia-Borreguero D, Kohnen R, Silber MH, **Winkelman JW**, Earley CJ, Högl B, Manconi M, Montplaisir J, Inoue Y, Allen RP. The long-term treatment of restless legs syndrome/Willis-Ekbom disease: evidence-based guidelines and clinical consensus best practice guidance: a report from the International Restless Legs Syndrome Study Group.  Sleep Med 2013;14:675-684. (*member of the writing committee).

3. Allen RP, Picchietti DL, Garcia-Borreguero D, Ondo WG, Walters AS, **Winkelman JW**, Zucconi M, Ferri R, Trenkwalder C, Lee HB. Restless legs syndrome/Willis-Ekbom disease diagnostic criteria: updated International Restless Legs Syndrome Study Group (IRLSSG) consensus criteria-history, rationale, description, and significance. Sleep Med. 2014;15:860-73. (*member of the writing committee).

4. Garcia-Borreguero D, Silber MH, **Winkelman JW**, Högl B, Bainbridge J, Buchfuhrer M, Hadjigeorgiou G, Inoue Y, Manconi M, Oertel W, Ondo W, Winkelman J, Allen RP.  Guidelines for the first-line treatment of RLS/WED, prevention and treatment of dopaminergic augmentation: A combined task force of the IRLSSG, EURLSSG, and the RLS-Foundation.  Sleep Med, 2016;21:1-11 (*member of the writing committee).

5. **Winkelman JW**, Armstrong MJ, Allen RP, Chaudhuri KR, Ondo W, Trenkwalder C, Zee, PC, Gronseth GS, Gloss D, Zesiewicz Z.  Practice guideline: Treatment of restless legs syndrome in adults. Report of the guideline development, dissemination, and implementation subcommittee of the American Academy of Neurology.  Neurology. 2016;87:2585-2593.

6. Ferri R, Fulda S, Allen RP, Zucconi M, Bruni O, Chokroverty S, Ferini-Strambi L, Frauscher

B, Garcia-Borreguero D, Hirshkowitz M, Högl B, Inoue Y, Jahangir A, Manconi M, Marcus CL, Picchietti DL, Plazzi G, **Winkelman JW**, Zak RS, on behalf of the International and European International and European Restless Legs Syndrome Study Groups (IRLSSG and EURLSSG).  World Association of Sleep Medicine (WASM) 2016 Standards for Recording and Scoring Leg Movements in Polysomnograms Developed by a Joint Task Force from the International and the European Restless Legs Syndrome Study Groups (IRLSSG and EURLSSG). Sleep Med. 2016;26:86-95.

7. Winkelmann J, Allen RP, Högl B, Inoue Y, Oertel W, Salminen AV, **Winkelman JW**, Trenkwalder CT, Sampaio C.  Treatment of Restless Legs Syndrome: Evidence-Based Review and Implications for Clinical Practice.  Mov Disord. 2018; 33:1077-1091.

8. Allen RP, Picchietti DL, Auerbach M, Cho YW, Connor JR, Earley CJ, et al. Evidence-based and consensus clinical practice guidelines for the iron treatment of restless legs syndrome/Willis-Ekbom disease in adults and children: an IRLSSG task force report. Sleep Medicine. 2018;41:27-44.

**Abstracts, Poster Presentations and Exhibits Presented at Professional Meetings (unpublished, in last year):**

1. **Winkelman** JW, Mei LA, Platt S, Schoerning L.  Pilot open-label trial of transcutaneous electrical nerve stimulation (TENS) below the knee for the treatment of restless legs syndrome (RLS).  Poster presentation at Associated Professional Sleep Societies, Denver, CO, 2016.
2. Winkelman JW, Mei L, Schoerning L, Gonenc A.  Disrupted white matter integrity in insomnia and major depressive disorder: correlations with subjective and objective sleep parameters.  Oral presentation at World Sleep Society, Prague, CZ, 2017
3. McCall C[**], Bianchi M, Winkelman JW.  Respiratory-related leg movements are associated with serotonergic antidepressants but not bupropion.  Poster presentation at World Sleep Society, Prague, CZ, 2017.
4. Bottary RM, Mei L, Schoerning L, Jensen JE, Winkelman JW.  Depression severity, but not objective or subjective sleep disturbance, mediates glutamate reductions in the ACC in major depressive disorder. Poster presentation at World Sleep Society, Prague, CZ, 2017.

** mentee

**Narrative Report**

Introduction

My clinical, teaching, and research activities are at the intersection of psychiatry and sleep medicine, focusing on insomnia and restless legs syndrome (RLS).  After completing my residency training in Psychiatry and a fellowship in Sleep Medicine at the Massachusetts General Hospital (MGH), I joined the faculty of Harvard Medical School (HMS), leading sleep laboratories and clinics at McLean Hospital, then at Brigham and Women's Hospital and currently at MGH, where I am the chief of the Sleep Disorders Clinical Research Program.  For twenty years I have led efforts in clinical physiology, drug development, treatment guidelines, and disease classification in sleep medicine. I have mentored residents and fellows from multiple disciplines, and lectured to post-graduates regionally, nationally and internationally.  My research in insomnia and RLS has been published in high impact journals and is currently supported by an RO1 grant and by investigator-initiated grants.

Clinical Expertise and Innovation

I receive referrals for consultations from both generalist and specialist colleagues regionally and nationally, particularly for complex patients with RLS, insomnia, parasomnias, and with co-morbid psychiatric illness and sleep disorders.  I delivered the "State of the Art" or "Best Practices" lectures on RLS at 3 recent annual sleep meetings, chaired the American Academy of Neurology RLS Treatment Guidelines committee (just published in *Neurology*), have been a writing member of the committees establishing both RLS diagnostic criteria and treatment guidelines for multiple national and international organizations, and am senior author of the UpToDate section on Nocturnal Leg Cramps. My work as national coordinating PI and first author on Phase III pivotal trials contributed to FDA-approval of pramipexole (*Neurology*) and gabapentin enacarbil (*Movement Disorders*) for RLS.  I was the senior author on a long-term clinical trial on RLS in the *New England Journal of Medicine*, comparing efficacy and augmentation with pramipexole and pregabalin.  As chair of the American Academy of Sleep Medicine (AASM) Nosology Committee (2004-2007) I initiated efforts to revise the sleep disorders classification system, subsequently published as the *International Classification of Sleep Disorders-Third Edition*.  My papers on the phenotype and prevalence of sleep-related eating disorder (SRED) were some of the first on this disorder, and my descriptions of SRED treatment with topiramate have led to that medication's use as first-line treatment.  I recently authored the Clinical Practice review on Insomnia Disorder in the *New England Journal of Medicine* which received over 43,000 HTML and PDF page views in the first year after its publication, which is in the top 90% of all NEJM papers.  I am the author of the upcoming Overview of Insomnia Treatments for UpToDate.  Based in large part on my clinical and research experience, I was senior editor of the textbook *Foundations of Psychiatric Sleep Medicine*, written by an international group of leaders in the field.  It was recently advertised by Cambridge University Press as one of their "best sellers."  I also co-edited the *Encyclopedia of Sleep Science*, and the two AASM publications *Case Book of Sleep Medicine for ICSD2* and more recently *Case Book of Sleep Medicine for ICSD3*.

Teaching

I have been actively involved in teaching and supervision of medical students and residents since I joined the HMS faculty.  I published a curriculum for the teaching of sleep disorders to psychiatry residents in the *Harvard Review of Psychiatry*, and lecture on sleep disorders in multiple Harvard-affiliated psychiatry residency and sleep fellowship programs.  I chaired the Harvard CME course on Sleep Medicine beginning in 1998, teach in multiple MGH-BWH-McLean-sponsored CME courses and give Grand Rounds presentations across the nation.  I have chaired multiple sleep-related symposia at the American Psychiatric Association annual meetings and have chaired symposia and/or post-graduate courses at the Associated Professional Sleep Societies annual meetings nearly every year since 2004.

Supporting Activity: Investigation

My clinical research focuses on insomnia and the sleep-related movement disorders (particularly RLS). Our finding of a reduction in cortical GABA levels using magnetic resonance spectroscopy (MRS) was the first demonstration of any neurochemical abnormality in insomnia and was a rapid publication in *Sleep*.  We subsequently replicated this finding with anatomical specificity to the anterior cingulate and occipital cortices, published in *Neuropsychopharmacology*.  This work investigating CNS GABA and glutamate levels using MRS and structural imaging has been extended to both insomnia and major depression and is now supported by a 5-year RO1 from the NIMH.  My other clinical research focus is on the relationship of sleep disorders to medical illness.  We published seminal studies on: the autonomic consequences of periodic leg movements of sleep (PLMS) in *Sleep*; the elevated risk of cardiovascular disease in RLS (in *Neurology*, in *Sleep,* and in *Circulation*); the increased risk of mortality in insomnia (*Circulation*); and on the elevated mortality risk that RLS confers in patients without medical illness (*Neurology*) and in those with end stage renal disease (ESRD) (*American Journal of Kidney Disease*).

Supporting Activity: Administration and Institutional Service

I have been responsible for clinical management of clinical sleep programs and/or sleep laboratories at McLean Hospital (1991-1996), Brigham and Women's Hospital (1996-2013) and MGH (2013-present) for 20 years.  I have organized CME courses on Sleep Medicine at the local, national and international level for nearly 20 years.

Summary

The focus of my clinical and investigative efforts is in the areas of RLS, insomnia, and the intersection of sleep disorders and psychiatry.  I see several hundred new patients, and follow many more, with these disorders per year. My leadership positions in national and international organizations has helped to promote awareness of RLS and has assisted with the dissemination of both standardized diagnostic criteria and efficacious and FDA-approved therapeutics over the past 20 years.  My epidemiology and clinical physiology research in RLS initiated an active area of international investigation on the cardiovascular consequences of that disorder, in which I continue to take a leadership role.  My publications on the neurobiology of insomnia have pioneered novel methods of investigation which examine current models of insomnia pathophysiology.  My published work in sleep-related eating disorders and nocturnal leg cramps have helped to characterize those common, but little-appreciated sleep disorders.  Educating clinicians through visible and highly-cited references and providing novel clinical approaches to treatment have been my goals as a clinician-researcher.