IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VANDA PHARMACEUTICALS INC., <br><br> Plaintiff, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., et al., <br><br> Defendants. | ) ) ) ) ) ) C.A. No. 18-651 (CFC) ) CONSOLIDATED ) ) ) ) ) ) |

## NOTICE OF CHANGE OF FIRM AFFILIATION

Please take notice that Nicholas Groombridge, Eric Alan Stone and Josephine Young, attorneys of record for Plaintiff Vanda Pharmaceuticals Inc., are now affiliated with the law firm of GROOMBRIDGE, WU, BAUGHMAN & STONE LLP. Mr. Groombridge, Mr. Stone and Ms. Young's new contact information is as follows:

Nicholas Groombridge
Eric Alan Stone
Josephine Young
GROOMBRIDGE, WU, BAUGHMAN & STONE LLP
60 East Mountain Road South
Cold Spring, NY 10516
(332) 269-0030
Nick.groombridge@groombridgewu.com
eric.stone@groombridgewu.com
Josephine.young@groombridgewu.com

The law firms of PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP and MORRIS, NICHOLS, ARSHT & TUNNELL LLP remain counsel of record for Plaintiff.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Derek J. Fahnestock*

---

Karen Jacobs (#2881)
Derek J. Fahnestock (#4705)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
kjacobs@morrisnichols.com
dfahnestock@morrisnichols.com

*Attorneys for Plaintiff*
*Vanda Pharmaceuticals Inc.*

November 21, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 21, 2022, upon the following in the manner indicated:

| | |
|---|---|
| John W. Shaw<br>Karen E. Keller<br>Nathan R. Hoeschen<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Teva Pharmaceuticals USA, Inc.* | *VIA ELECTRONIC MAIL* |
| J.C. Rozendaal<br>Deirdre M. Wells<br>William H. Milliken<br>Sasha S. Rao<br>Michael Bruns<br>Byron L. Pickard<br>STERNE KESSLER, GOLDSTEIN<br>  & FOX P.L.L.C.<br>1100 New York Avenue, N.W.<br>Suite 600<br>Washington, DC  20005<br>*Attorneys for Teva Pharmaceuticals USA, Inc.* | *VIA ELECTRONIC MAIL* |

Thomas J. Francella, Jr.  *VIA ELECTRONIC MAIL*
Kaan Ekiner
COZEN O'CONNOR
1201 N. Market Street, Suite 1001
Wilmington, DE  19801
*Attorneys for Apotex Inc. and Apotex Corp.*

W. Blake Coblentz  *VIA ELECTRONIC MAIL*
Barry Golob
Aaron Lukas
COZEN O'CONNOR
1200 19th Street, N.W.
Washington, DC  20036
*Attorneys for Apotex Inc. and Apotex Corp.*

Keri Schaubert  *VIA ELECTRONIC MAIL*
COZEN O'CONNOR
277 Park Avenue
New York, NY  10172
*Attorneys for Apotex Inc. and Apotex Corp.*

/s/ *Derek J. Fahnestock*

Derek J. Fahnestock (#4705)