IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VANDA PHARMACEUTICALS INC., <br><br> Plaintiff, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., et al., <br><br> Defendants. | ) ) ) ) ) ) C.A. No. 18-651 (CFC) ) CONSOLIDATED ) ) ) ) ) ) |

## NOTICE OF CHANGE OF FIRM AFFILIATION

Please take notice that Jennifer Rea Deneault and Michael F. Milea, attorneys of record for Plaintiff Vanda Pharmaceuticals Inc., are now affiliated with the law firm of GROOMBRIDGE, WU, BAUGHMAN & STONE LLP. Ms. Deneault and Mr. Milea's new contact information is as follows:

Jennifer Rea Deneault
Michael F. Milea
GROOMBRIDGE, WU, BAUGHMAN & STONE LLP
60 East Mountain Road South
Cold Spring, NY 10516
(332) 269-0030
jenna.deneault@groombridgewu.com
mike.milea@groombridgewu.com

The law firm of MORRIS, NICHOLS, ARSHT & TUNNELL LLP remains counsel of record for Plaintiff.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Derek J. Fahnestock*

---

Karen Jacobs (#2881)
Derek J. Fahnestock (#4705)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
kjacobs@morrisnichols.com
dfahnestock@morrisnichols.com

*Attorneys for Plaintiff*
*Vanda Pharmaceuticals Inc.*

December 7, 2022

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 7, 2022, upon the following in the manner indicated:

| | |
|---|---|
| John W. Shaw<br>Karen E. Keller<br>Nathan R. Hoeschen<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Teva Pharmaceuticals USA, Inc.* | *VIA ELECTRONIC MAIL* |
| J.C. Rozendaal<br>Deirdre M. Wells<br>William H. Milliken<br>Sasha S. Rao<br>Michael Bruns<br>Byron L. Pickard<br>STERNE KESSLER, GOLDSTEIN<br>  & FOX P.L.L.C.<br>1100 New York Avenue, N.W.<br>Suite 600<br>Washington, DC  20005<br>*Attorneys for Teva Pharmaceuticals USA, Inc.* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Thomas J. Francella, Jr.<br>Kaan Ekiner<br>COZEN O'CONNOR<br>1201 N. Market Street, Suite 1001<br>Wilmington, DE  19801<br>*Attorneys for Apotex Inc. and Apotex Corp.* | *VIA ELECTRONIC MAIL* |
| W. Blake Coblentz<br>Barry Golob<br>Aaron Lukas<br>COZEN O'CONNOR<br>1200 19th Street, N.W.<br>Washington, DC  20036<br>*Attorneys for Apotex Inc. and Apotex Corp.* | *VIA ELECTRONIC MAIL* |
| Keri Schaubert<br>COZEN O'CONNOR<br>277 Park Avenue<br>New York, NY  10172<br>*Attorneys for Apotex Inc. and Apotex Corp.* | *VIA ELECTRONIC MAIL* |

/s/ *Derek J. Fahnestock*

Derek J. Fahnestock (#4705)