IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VANDA PHARMACEUTICALS INC., | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 18-651 (CFC) |
| v. | ) | CONSOLIDATED |
| | ) | |
| TEVA PHARMACEUTICALS USA, INC., et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff Vanda Pharmaceuticals Inc. hereby appeals to the United States Court of Appeals for the Federal Circuit from the Judgment entered in this action on December 14, 2022 (D.I. 338), and from all orders, opinions, decisions and rulings prior to the entry of Judgment, including, but not limited to, the Court's Opinion (D.I. 336). Payment of the required fees is provided with this notice.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Derek J. Fahnestock*

Karen Jacobs (#2881)
Derek J. Fahnestock (#4705)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
kjacobs@morrisnichols.com
dfahnestock@morrisnichols.com

*Attorneys for Plaintiff*
*Vanda Pharmaceuticals Inc.*

December 14, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 14, 2022, upon the following in the manner indicated:

| | |
|---|---|
| John W. Shaw<br>Karen E. Keller<br>Nathan R. Hoeschen<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Teva Pharmaceuticals USA, Inc.* | *VIA ELECTRONIC MAIL* |
| J.C. Rozendaal<br>Deirdre M. Wells<br>William H. Milliken<br>Sasha S. Rao<br>Michael Bruns<br>Byron L. Pickard<br>STERNE KESSLER, GOLDSTEIN<br>  & FOX P.L.L.C.<br>1100 New York Avenue, N.W.<br>Suite 600<br>Washington, DC  20005<br>*Attorneys for Teva Pharmaceuticals USA, Inc.* | *VIA ELECTRONIC MAIL* |

Thomas J. Francella, Jr.                                          *VIA ELECTRONIC MAIL*
Gregory F. Fischer
COZEN O'CONNOR
1201 N. Market Street, Suite 1001
Wilmington, DE  19801
*Attorneys for Apotex Inc. and Apotex*
*Corp.*

W. Blake Coblentz                                                *VIA ELECTRONIC MAIL*
Barry Golob
Aaron Lukas
COZEN O'CONNOR
1200 19th Street, N.W.
Washington, DC  20036
*Attorneys for Apotex Inc. and Apotex*
*Corp.*

Keri Schaubert                                                   *VIA ELECTRONIC MAIL*
COZEN O'CONNOR
277 Park Avenue
New York, NY  10172
*Attorneys for Apotex Inc. and Apotex*
*Corp.*

/s/ Derek J. Fahnestock

Derek J. Fahnestock (#4705)