1          IN THE UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF DELAWARE

3   VANDA PHARMACEUTICALS,    )
    INC.,                     )
4                             )
              Plaintiff,      )
5                             )   C.A. No. 18-651-CFC
      v.                      )
6                             )
    TEVA PHARMACEUTICALS      )
7   USA, INC., et al.,        )
                              )
8             Defendants.     )

9

10                   Monday, March 28, 2022
                         8:45 a.m.
11                       Bench Trial

12                        Volume 1

13

14                    844 King Street
                  Wilmington, Delaware
15

16   BEFORE: THE HONORABLE COLM F. CONNOLLY
         United States District Court Judge
17

18

19   APPEARANCES:

20

             MORRIS NICHOLS ARSHT & TUNNELL
21           BY:  KAREN JACOBS, ESQ.
             BY:  DEREK J. FAHNESTOCK, ESQ.
22

23               -and-

24

25

1      APPEARANCES CONTINUED:

2              PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
               BY:  NICHOLAS GROOMBRIDGE, ESQ.
3              BY:  ERIC ALAN STONE, ESQ.
               BY:  JOSEPHINE YOUNG, ESQ.
4              BY:  DANIEL KLEIN, ESQ.
               BY:  JENNIFER DENEAULT, ESQ.
5              BY:  MICHAEL F. MILEA, ESQ.
               BY:  JACOB M. BERMAN, ESQ.
6
                         Counsel for the Plaintiff
7

8              COZEN O' CONNOR
               BY:  KERRY B. MCTIGUE, ESQ.
9              BY:  BARRY P. GOLOB, ESQ.
               BY:  W. BLAKE COBLENTZ, ESQ.
10             BY:  KERI L. SCHAUBERT, ESQ.
               BY:  DEREK R. GRETKOWSKI, ESQ.
11             BY:  AARON LUKAS, ESQ
               BY:  KAAN EKINER, ESQ.
12                       Counsel for the Defendant Apotex

13

14             SHAW KELLER
               BY:  NATE HOESCHEN, ESQ.

15                        -and-

16             STERNE KESSLER
               BY:  J.C. ROZENDAAL, ESQ.
17             BY:  DEIRDRE M. WELLS, ESQ.
               BY:  BYRON PICKARD, ESQ.
18             BY:  WILL H. MILLIKEN, ESQ.
               BY:  SASHA S. RAO, ESQ.
19             BY:  MICHAEL BRUNS, ESQ.
               BY:  WILL RODENBERG, ESQ.
20
                         Counsel for the Defendant Teva
21     Pharmaceuticals U.S.A

22

23

24

25

```
 1                      P R O C E E D I N G S

 2

 3          (Proceedings commenced in the courtroom beginning at

 4     8:45 a.m.)

 5                 THE COURT:  Ms. Jacobs.

 6                 MS. JACOBS:  Good morning, Your Honor.  For

 7     Plaintiffs Vanda, Karen Jacobs and Derek Fahnestock from

 8     Morris Nichols.  We have here at counsel table, Nicholas

 9     Groombridge and Eric Stone from Paul Weiss.  And we have

10     our client representative, Dr. Polymeropoulos.

11                 Thank you, Your Honor.

12                 THE COURT:  Mr. Hoeschen.

13                 MR. HOESCHEN:  Good morning, Your Honor.

14     Nathan Hoeschen from Shaw Keller on behalf of Defendant

15     Teva.  With me at counsel table, I have J.C. Rozendaal and

16     William Milliken from Sterne Kessler.  Behind, I have

17     Deirdre Wells, also from Sterne Kessler.  In the gallery,

18     I have Byron Pickard, Michael Bruns, William Rodenberg,

19     Sasha Rao; and from the client, Joseph Crystal.

20                 THE COURT:  Great.

21                 Good morning.

22                 MS. EKINER:  Good morning, Your Honor.  Kaan

23     Ekiner from Cozen O'Connor.  We represent the Apotex

24     defendants.  And this morning, with me at counsel table, I

25     have Blake Coblentz from my firm's DC office.
```

1          **THE COURT:**  Great.

2          **MS. EKINER:**  Thank you, Your Honor.  All right.

3     Let's begin.

4          **MR. STONE:**  Good morning, Your Honor.  Eric

5     Stone for Vanda.  I have three items by way of update, and

6     one item that we have to bring before the Court for a

7     resolution, which I hope will be quick.

8          By way of update, all in the direction of case

9     narrowing, then there were five.  We are no longer

10    asserting the '234 patent, which is one of the two patents

11    involving the enzyme CYP1A2.  And I should say, we've

12    agreed with the defendants on this; they are not first

13    learning this.

14         We have also taken to heart the Court's

15    comments about commercial success, and we will not be

16    relying on commercial success as a secondary indicator of

17    nonobviousness, which allows us not to call Dr. Grabowski

18    and the defendants not to call Dr. McDuff.

19         So that will shorten the case, although

20    probably not by that much, but nevertheless, it will

21    shorten the case.

22         **THE COURT:**  Okay.

23         **MR. STONE:**  In addition, the defendants have

24    asked for permission to exceed the scope of our direct

25    examination on our two fact witnesses during our

1   case-in-chief.  On the one hand, that let's them talk

2   about invalidity and other issues; on the other hand, we

3   would like to streamline things so we have said yes to

4   that.  So they will be permitted to, and I presume they

5   will, exceed the scope of the direct examinations for

6   Dr. Polymeropoulos and Mr. Pandrapragada, which brings us

7   to the one open issue.

8          We would like to call, as our first witness in

9   our case-in-chief, Dr. Charles Czeisler to do a technology

10  tutorial of about 25 minutes that is essentially just

11  vocabulary that will come up.  We have exchanged it with

12  them.  They have no objection to the content; they have no

13  objection to the fact of there being a technology

14  tutorial.

15         Their only objection is that Dr. Czeisler on

16  the merits is a rebuttal witness.  That's true.  He is not

17  going to talk about the merits.  He is not citing a

18  document, he's not talking about the patents, he's not

19  even mentioning the drug.  They agree that were it an

20  infringement expert, they would have no objection.  But

21  they don't want us calling in our case-in-chief to give a

22  technology tutorial a witness who on the merits is a

23  rebuttal witness.

24         His expert report does say he will give a

25  technology tutorial.  This is not a surprise to them.

1    They are opposing it, that's where we are.

2              **THE COURT:**  Not sure what on the merits.  You

3    want to put someone up to introduce technology?

4              **MR. STONE:**  Yes, Your Honor.

5              **THE COURT:**  And they've got an objection.

6              **MR. STONE:**  That's right.

7              **THE COURT:**  Okay.  Well, let's hear them then.

8              **MR. ROZENDAAL:**  Good morning, Your Honor.  J.C.

9    Rozendaal for Teva.

10             Now, the issue is the person -- the witness at

11   issue, Dr. Czeisler, has put in only one set of expert

12   reports on this case, and they are rebuttal reports to

13   the -- on the issue of invalidity.  And so he has said

14   he's putting no opening expert report on anything having

15   to do with their case-in-chief.

16             And it is true that in his rebuttal report on

17   invalidity, he has a section of the report called

18   Technology Introduction.  But that technology

19   introduction, as one might expect, is a self-serving

20   analysis of the technology and the prior art designed to

21   provide a lens through which the prior art is viewed.

22             We don't think it is appropriate for that kind

23   of witness to give a technology tutorial or to say

24   anything in their case-in-chief because we have the burden

25   on infringement.  We ought to be going first and last on

the question -- pardon me, on invalidity.  We ought to be
going first and last on the question of invalidity.  And
the pretrial order, Paragraph 118, makes very clear the
order in which evidence is to be presented.

So what they are really saying is they would
like to call their invalidity witness twice:  Once in
their case-in-chief to sort of talk -- and it's not true
that we don't object to their giving a technology
tutorial, and it's not true that they've told us what he's
going to say.  They have shared with us his
demonstratives, and we objected to several of them.

So we don't know what's coming, and we don't
think it's appropriate for them to sandbag us by putting
all this in a rebuttal report on invalidity and then
showing up the weekend before trial and saying, oh, by the
way, we are going to call him twice, and we want him to
talk right off the bat in our case-in-chief when he hasn't
provided any expert report dealing with the issues in the
case-in-chief.

It is also the case, of course, that they have
an infringement expert who is going to be talking about
the infringement; they have two witnesses who are named
inventors on the patent-in-suit who presumably can tell us
what the technology is.  And so we don't understand the
purpose of this additional tutorial, and we don't think

1    it's appropriate, given the way the evidence has come into

2    the case.

3                    **THE COURT:**  Okay.

4                    **MR. STONE:**  Just a couple of brief points in

5    response, Your Honor.

6                    We met and conferred last night and spoke with

7    their team, and we took out the two slides they objected

8    to, and they confirmed they have no objection to this

9    content with respect to the other slides.

10                   To be clear, every lawyer, when they get the

11   slides the night before, wonders what else will there be

12   in the testimony that's not in the slides.  I represented

13   to them yesterday nothing; the slides are literally the

14   contents of what he is going to talk about.  So they do

15   know what he's going to say.

16                   In terms of the prior art and the gloss on the

17   prior art, he will not be mentioning the prior art at all

18   in the technology.

19                   **THE COURT:**  Why didn't you raise this in the

20   pretrial conference?

21                   **MR. STONE:**  Your Honor, I apologize for -- we

22   didn't raise it in the pretrial conference; we raised it

23   with them a week ago.  I didn't know it was going to be

24   objected to.  I didn't think it -- perhaps that's on me.

25   I didn't think it was going to be controversial; that an

1    expert who was going to give a technology tutorial would

2    give it at the beginning of the case.  We didn't know it

3    was an issue.

4            The notion we raised it this weekend is untrue;

5    we raised it a week ago.  But that having been said,

6    that's where we are.  And if the Court wants it to wait

7    until -- Dr. Czeisler is our last witness so --

8            **THE COURT:**  Let's wait.  Go ahead.

9            **MR. STONE:**  I'm sorry?

10           **THE COURT:**  Let's just wait.  It is a rebuttal

11   witness; save it for rebuttal.

12           **MR. STONE:**  Okay.

13           **MS. JACOBS:**  Your Honor, just a very last

14   issue.

15           Dr. Polymeropoulos is an inventor on some of

16   the patents-in-suit.  He will be a fact witness.  He is

17   our corporate representative.  I just wanted to check and

18   see if the Court is comfortable with him being here at

19   counsel table during openings.  Just for sensitivity from

20   a prior case, we want to make sure that's --

21           **THE COURT:**  The prior case was an inventorship

22   issue, though.

23           **MS. JACOBS:**  It was, Your Honor.

24           **THE COURT:**  What's he going to be testifying

25   about here?

 1              **MR. GROOMBRIDGE:**  Your Honor, he will be

 2    testifying about the history of the invention.  And to

 3    some extent, I'd like to touch on the patents themselves.

 4              **THE COURT:**  What's the position of the

 5    defendant?

 6              **MR. ROZENDAAL:**  No objection to him staying,

 7    Your Honor.

 8              **THE COURT:**  All right.  He can stay.  Thank

 9    you.

10              **MS. JACOBS:**  Thank you, Your Honor.

11              **MR. GROOMBRIDGE:**  Then we are ready to proceed

12    with our opening statements.  We do have hard copies of

13    the slides, if that is useful.

14              If I may approach.

15              **THE COURT:**  Sure.  Please.

16                    **PLAINTIFF'S OPENING STATEMENT**

17              **MR. GROOMBRIDGE:**  Good morning.  So, Your

18    Honor, I will begin with, I guess, a table of contents.

19    So what we've done here, I will be talking about the

20    background of the case and some of the history.

21              We have divided the patents.  As Mr. Stone

22    said, we dropped one, so there are now five remaining

23    patents.  We've divided them into three categories here.

24              And just to jump right into the background,

25    Vanda is the patent holder and the plaintiff in this case.

1    Vanda is a relatively small company by the standards of

2    the pharmaceutical industry.  It was founded in 2003.  As

3    Ms. Jacobs mentioned, we have with us as our client

4    representative Dr. Polymeropoulos, who is the founder and

5    chief executive of the company.

6            And Vanda's business model is that it takes

7    drug candidates that have been discontinued by other

8    companies, usually much larger companies, and tries to

9    overcome whatever was the obstacle with that candidate

10   molecule and bring it to market to meet what would

11   otherwise be unmet medical need.  And so what Vanda does

12   is take things that other people gave up on.  And it has

13   at the moment two marketed products, both of which fit

14   this exact profile.

15           The one in this case is Hetlioz; the other one,

16   the subject of earlier litigation.  I mention it only

17   because I suspect when we get around to the briefing, Your

18   Honor may be seeing a Vanda case that involved the other

19   product that was litigated in this Court several years

20   ago.

21           As I mentioned, there are the patents.  We have

22   one asserted claim from each patent, and I will walk

23   through them as we get to them.  The way we've broken them

24   up, there is a -- probably the central patent, or the ones

25   that make sense to begin with, is this reissue '604, which

1       involves the method of treating a condition called Non-24

2       Sleep-Wake Disorder, which I think we will probably all in

3       the course of the trial get around to calling Non-24.

4               There are, then, three other method of

5       treatment patents that involve drug interactions and the

6       effect of food in terms of using this molecule,

7       tasimelteon, to treat Non-24.  And then there is another

8       patent that is involved in how one controls for impurities

9       in the product.

10              And the first of the -- four of the five

11      patents -- the first four are listed there -- are all the

12      claims that are asserted are all specific to the condition

13      Non-24.  So what I wanted to do is talk about what that

14      condition is, and it is a circadian rhythm disorder that

15      occurs primarily in blind people.  It's chronic; it's

16      lifelong; there's no cure for it.

17              And what happens in this condition is that the

18      sufferer's sleep-wake cycle drifts.  It moves later and

19      later every day and essentially rotates around the

20      calendar.  And because of the way the body's circadian

21      rhythms work -- a subject that we will get into -- it

22      makes it very difficult to sleep at night and very

23      difficult to stay awake during the daytime.

24              And the effects of this on the sufferers are

25      quite severe:  Fatigue, cognitive impairment, often also

1    metabolic problems.  It's frequently accompanied by

2    depression, anxiety, and other psychiatric conditions.  I

3    think we will hear evidence of people saying that they

4    find the Non-24 worse than the blindness itself.  And it

5    effectively, for many sufferers, means they can't engage

6    in a normal life in society.

7              And that is the condition.

8              Importantly, Your Honor, Non-24 is a problem

9    with sleep timing; it's not fundamentally a problem with

10   sleep duration.  And when I first came to this case, I

11   thought this sounded like it was a sleep medicine, a

12   soporific.  That's not true.

13             The perturbed sleep patterns may lead to

14   insufficient sleep.  But that's not the underlying

15   problem.  The underlying problem is that the person's body

16   wants to sleep at the wrong time of day.  And the reason

17   for that involves the body's circadian rhythm.  The

18   circadian rhythm, we will get into this in a little more

19   detail, but it involves something that is often called the

20   master body clock located in the brain which controls a

21   host of daily rhythms.  They affect many, many aspects of

22   the body's function, not just sleep but immune response,

23   metabolism, many, many other things.

24             And left to themselves, the circadian rhythm of

25   all human beings follows a cycle unique to that

1    individual, that is roughly, but not exactly, 24 hours.

2    And so that -- in the science, that cycle of each

3    individual is called tau or referenced by the Greek letter

4    that we see there.

5            And what it means is it is -- for most people,

6    it is somewhat more than 24 hours; for some people it

7    might be less than 24 hours.  But in this case, I think we

8    will be focusing on the more.

9            And here, we see that's a 24-hour cycle.

10    Someone's tau might be 24.5.  Might be that the body's

11    rhythm is set to a cycle of 24 and a half hours, and this

12    would be a tau of 24.5.

13            Now, another thing that will be important in

14    the case is daily sleep period.  And we will present

15    evidence of this, and what that evidence will say is that

16    the way that the natural day is divided up and the way the

17    body reacts to it is that there is a nighttime period in

18    which there is a biological propensity for us to sleep.

19            And there is a daytime period, or natural day,

20    and now, in the modern world evening, where we have light.

21    And this gives us a biological propensity for wakefulness.

22    And the daily sleep period is a period of time -- it

23    doesn't -- it's not a period during which the individual

24    must be asleep throughout that period, it's a sleep

25    opportunity or a window of time into which sleep will

1    naturally be consolidated.  And so for the vast majority

2    of people, they -- what they will want to do is get their

3    sleeping done preferably in one go during the nighttime.

4    That's a daily sleep period.

5          The circadian rhythms, what happens here, just

6    to go into a little bit more detail on this aspect of

7    drift, of the problem here, is that if we take someone who

8    has, by way of example, that internal cycle of 24.5 hours,

9    what that will mean is absent some form of intervention,

10   some cue to reset the body clock, every day that person's

11   natural cycle will drift half an hour later.  So someone

12   who is fully aligned yesterday will be half an hour out of

13   alignment with the external day/night cycle today.  And

14   every single day that will happen.

15         So in this instance, by the end of next week,

16   that person would be fully six hours out of alignment.

17   Instead of their body saying, I would like to go to sleep

18   at 11:00 p.m., it would now be saying, I'd like to go to

19   sleep at 5:00 a.m.

20         And this will continue.  In this example, the

21   individual would cycle around the entire 24 hours in eight

22   weeks, and so they would come back.  They would briefly be

23   realigned with all the rest of us, and then the cycle

24   would repeat itself.

25         This is the condition Non-24.

1          And what causes it -- the reason why this

2     doesn't happen in healthy people, is that the body resets

3     itself, its internal clock, every day using light.  And so

4     what we have in this demonstrative, we have our daily

5     light/dark cycle there on the left.  The eye, the retina,

6     which has in it specialized cells, not just the rods and

7     cones that give us vision, but in addition to that there

8     are other cells whose job is to detect light and tell the

9     brain about the light.

10          And they convey that signal to something called

11     the suprachiasmatic nucleus, which is a group of neurons,

12     in fact two groups of neurons within the brain, that is

13     frequently called the master body clock.  Or I think we

14     will hear it analogized to the conductor of an orchestra.

15     But what it does within the body is to keep all the other

16     body rhythms, for which the daily cycle matters, on the

17     same cycle.

18          And another thing that will be important here

19     is the pineal gland.  The pineal gland releases melatonin,

20     the chemical melatonin, the natural substance, into the

21     blood stream.  And melatonin is a hormone.  We will be

22     talking a lot about melatonin.  It is sometimes called the

23     hormone of darkness.  And what it does is it tells our

24     bodies to sleep.

25          And we see there that trace that's at the top.

1    That is a trace showing the level of melatonin released

2    from the pineal gland into the body as we compare it

3    against evening, nighttime, and daytime.  And we can see

4    that the -- it starts to climb.  It's about -- it

5    typically begins, that onset of melatonin release, begins,

6    typically, one to two hours before sleep.  And that's what

7    tells us to go to sleep.  And then as it ebbs away, that's

8    what tells our bodies to wake up.  This is the sleep

9    cycle.

10           And just to be clear, Your Honor, it will be

11    important, in the case that we're differentiating between

12    this type of melatonin, that the body releases, which is

13    what we would call endogenous, comes from within the body,

14    versus exogenous melatonin.  You can take melatonin as

15    a -- I will call it a drug, but it's not actually

16    regulated as a drug by FDA.  You could go -- in fact, I

17    did go to Walgreens and buy a bottle of it.  You can buy

18    this.  And one of the things we will be hearing about is

19    what happens is if you take melatonin in order to try to

20    influence your sleep cycle.

21           So what would -- just to, again, run this

22    through, what would happen is the eye detects light, that

23    conveys a signal to the SCN, the SCN in turn conveys a

24    signal to the pineal gland, the pineal gland releases

25    melatonin.  And every day because that clock is reset, due

1    to our perception of light, that holds the sleep rhythm in

2    synchronization with the light/dark day outside.

3              Now, in a sufferer of Non-24, what happens is

4    someone who has no circadian photoreception, who, for

5    example, someone who is blind and their eyes no longer

6    function, this can't happen.  And now the process -- the

7    timing of the process defaults to that tau, the internal

8    body rhythm.  And what that means then is, just another

9    way of looking at the same information, that melatonin

10   signal telling the individual to go to sleep drifts later

11   and later every day.

12             So in our example here, by April the 8th, the

13   person who was on a normal cycle yesterday, now their

14   daily sleep period will be entirely in the daytime.  And

15   this is what's going on and what causes the disease or the

16   condition.

17             Hetlioz is the only FDA-approved treatment for

18   Non-24.  And, indeed, it is the only drug that's been

19   approved to treat the cause of a circadian rhythm disorder

20   rather than the symptoms.  And the way it works is it

21   replaces light.  Instead of lights providing that daily

22   clock reset, the drug provides the daily clock reset.  And

23   that's called "entrainment" or synchronizing.  And I don't

24   doubt that in the trial we will be talking a great deal

25   about that.

1          Now I would like to talk about the development

2     of Hetlioz.  And it begins with the large pharmaceutical

3     company Bristol-Myers Squibb I'm sure Your Honor is

4     familiar with.  Bristol-Myers Squibb were the ones who

5     created the molecule tasimelteon.  And at some point in

6     the 1990s, they got interested in this, and they began to

7     develop it.

8          They applied for and obtained a patent, which

9     I'm sure we will be hearing about.  They did clinical

10    trials.  They began with a study in insomnia in elderly

11    people.  And then they started -- also they did a little

12    preliminary work looking at what's called shift work sleep

13    disorder.  As you would imagine, Your Honor, people who go

14    on shift work, they have circadian problems because they

15    are suddenly telling their bodies they need to sleep

16    during the daytime, for example.

17         I think what we'll hear is that when BMS got

18    the results of their insomnia trial, the drug didn't work

19    in that trial.  It was no different from placebo.  And in

20    the way of large drug companies, they pulled the plug.

21    They stopped the development of the product and just put

22    it on the shelf and nothing happened for five years.

23         And then Vanda, which had just recently been

24    created, came to them and said, we are interested in this.

25    And they had a discussion, and Vanda did a deal with BMS

1   whereby it acquired the entire franchise.  The terms of

2   the deal were that Vanda paid an upfront payment of

3   $500,000, and they got everything that BMS had on

4   tasimelteon.  And there were further payments, milestone

5   payments and royalties that would come into play if the

6   product proceeded in development and got eventually to be

7   sold.  But the $500,000 is, as I suspect Your Honor is

8   aware, is a very, very low number, right, in the scheme of

9   acquiring a franchise to a potential pharmaceutical.  And

10  it shows us that BMS had essentially given up on this and

11  wanted no more of it.

12          So this is -- once Vanda took it over, this is

13  what Vanda did.  They began looking at it for what is

14  called transient insomnia.  And that is like jetlag would

15  be a good example.  It's not the only example, but -- and

16  I will talk a little more in a moment about jetlag, but

17  that is another circadian rhythm problem.  And they did

18  clinical trials on transient insomnia.

19          They also later did clinical trials on chronic

20  insomnia.  Those, at least so far, have not come to

21  anything.  The product has not been used, it has not been

22  approved for use in those.

23          And after about five years, in sometime around

24  2009, Vanda changed its focus and decided to direct its

25  efforts to developing the product for Non-24.  They had

1   known about Non-24, but they had elected for the first

2   part of the development not to focus on that.

3           And so in 2010, they asked the FDA, and got

4   granted, orphan drug status, which as Your Honor may know

5   is what you get if the patient population is 200,000 or

6   fewer, you get certain protections if you can get a drug

7   approved, certain exclusivity.  They got orphan drug

8   status.

9           They began doing clinical studies, and there

10  were two clinical studies really joined together here:

11  SET and RESET.  And the way a clinical trial is SET --

12  there is an abbreviation which stands for Study of

13  Efficacy of Tasimelteon.  And SET, the SET trial, which

14  was the largest clinical trial -- the SET and RESET trials

15  together were the largest clinical trial ever conducted in

16  the blind for a treatment like this.  And they -- we will

17  hear a lot of about them.

18          The SET trial proved that tasimelteon was

19  capable of entrainment of blind people suffering from

20  Non-24.  And the RESET trial, which was an adjunct to it,

21  proved that it was capable of maintaining the entrainment.

22          And after that, Vanda went to FDA, they filed

23  an application for approval, they went back and forth with

24  the FDA that I'm sure we will hear about, and they

25  received FDA approval in 2014.

1          This is one of the -- this is from the first

2     document, really, as they were setting out in 2004 to

3     decide what to do.  And they are talking about circadian

4     rhythm sleep disorders, and they note there, there are

5     seven recognized subtypes.

6          The reason I call that out, Your Honor, is I

7     believe what we're going to hear from -- the defendants

8     are going to try to blur together all circadian rhythm

9     sleep disorders.  They are going to say one is much the

10    same as another.  And when they look at things like the

11    prior art, they are just going to say, ah, if it says

12    circadian rhythm sleep disorder, that's fine.

13         We think the truth is, and the evidence will

14    show, that these different circadian rhythm sleep

15    disorders, are quite different one from another.  In

16    particular Non-24 is different and for reasons that I will

17    come to.

18         But what we note here at the beginning, Vanda

19    said, we initially plan to develop that code number --

20    that was the internal BMS development number for

21    tasimelteon, we plan to develop that for shift work and

22    jetlag disorder.  And we will potentially develop it for

23    Non-24.  So they said, we will go after shift work and

24    jetlag, we might go after Non-24.

25         And the reason that was a "might" is what they

1    go on to say in the last call-out:  Because trying to

2    figure out whether tasimelteon would work for Non-24 will

3    be complex and clinical trials will be difficult.  It's a

4    small patient population.  It's very hard to find people

5    to do this, and if you don't have enough people you don't

6    have a -- you don't have a statistically significant

7    answer, you just can't move the thing forward.  You can't

8    tell if it works.

9           And I think we'll hear -- in fact, I will touch

10   on it myself in a moment -- how difficult it was to do the

11   work that was necessary to prove whether tasimelteon could

12   or could not entrain these people.

13          Another thing that they noted in the same

14   document was that the manufacturing process they had

15   acquired, inherited from BMS was problematic.  It was

16   difficult and expensive.  And one of the things that we

17   will hear evidence about is the product that BMS's process

18   produced was not very clean.  It included a lot of

19   impurities.  It was good enough just barely for clinical

20   studies, but there was no way that it could have been used

21   to make a product that would actually be approved and out

22   in the world.

23          So now, I will start with the -- talking about

24   what we are calling the reissue patent or the Non-24

25   treatment patent.  And, again, I would like to go into a

1    little bit more about the science.  Talking about phase

2    shifting.  Phase shifting is a term we are going to hear,

3    and I will use jetlag as an example.

4            So if we were to go from, let's say, New York

5    to London, of course UK local time would be different.  It

6    would be five hours ahead of New York.  And what that

7    would mean, and this is what is jetlag, is that for the

8    people in London adjusted to London time, they would have

9    an endogenous melatonin signal that looks like the black

10   line.  This is the same type of information as I showed

11   you before, Your Honor, but it's now presented in a linear

12   fashion from one day to the next.

13           However, the person who's arrived from New

14   York, that person's endogenous melatonin cycle would look

15   like the red dashed line.  It's out of phase.  And this is

16   why that person would have jetlag, would find it hard

17   going to sleep at nighttime, and then would want to sleep

18   until midday or later.  That's jetlag.  This is why we get

19   jetlag.

20           Now a phase shift, which is a term I think we

21   are going to hear a lot about, means a one-time pull.  If

22   I can do something that will pull that person's internal

23   melatonin rhythm back to where it would be -- where they

24   are adjusted to being in London, I will deal with the

25   sleep problem.  And that's what we call a phase shift.  In

 1    other words -- sorry.  That kind of movement that -- in

 2    that direction would be a phase delay, I'm moving it later

 3    in time; in this direction would be a phase advance.

 4    Collectively that's called a phase shift.

 5              Now, how does that relate to entrainment?

 6    Entrainment is more complicated.  Entrainment involves the

 7    same type of thing, but it requires is a cue, a shifting

 8    of the clock every day.  Not just once, as in jetlag

 9    paradigm, but phase shifting is, as I am looking at it,

10    one single point in time, how can I pull this forward or

11    pull it backward.  Entrainment means I have to readjust it

12    every single day.  So I've got to have -- be able to pull

13    the errant melatonin cycle to the place where I want it to

14    be where it's synchronized, and then I have to be able to

15    hold it there.

16              And that turns out to be more difficult to

17    accomplish and involves a lot more issues.

18              Here, we see this is an unentrained person

19    drifting later every day.  And to entrain them, I've got

20    to pull this back like that, and then be able to hold it

21    there.  And that means I have to be able to phase shift.

22    A phase shift is a necessary, but not sufficient,

23    condition.  And that, I think, is going to be very

24    important in the case.

25              You have to be able to phase shift.  But the

1    mere fact that you can't phase shift doesn't tell you this

2    will be possible.  Why is that?  Well, for example, I

3    could have a situation where I have a drug that is capable

4    of phase shifting, but not enough.

5              And so here in the pink, what I've done is --

6    if someone takes this drug every day, it will change their

7    cycle, but it will not entrain them; it will pull them

8    back.  In this instance, they are now -- their daily

9    cycle, their tau is shorter, but they're still drifting

10   and they still have the same problem.

11             And so in order to be able to entrain, we need

12   to have a sufficient phase shift, that it can capture the

13   cycle, pull it into alignment and then hold it in

14   alignment.  And all of that turned out to be quite

15   challenging.

16             There's another concept here, Your Honor, that

17   will be very important, I think, in the trial, which is

18   what's called a phase-response curve.

19             Now, it turns out that if I take something like

20   melatonin, exogenous melatonin, right, the effect of that

21   on my sleep depends greatly on when in time I take it.

22   Same pill, but I take it at different points in the day.

23   And if I take it before 1:00 a.m., it causes an advance,

24   it pulls my rhythm forward.  If I take it after 1:00 a.m.,

25   it causes a delay.  And you can plot that out in a curve

1    like this.  Right.

2              This is called a phase-response curve.  And one

3    of the things that this means, is if you're looking at

4    something like melatonin itself or a drug like

5    tasimelteon, it is critically important for purposes of

6    entrainment when the patient takes that.  Right.

7              And another factor that's in play here is not

8    just how big of an effect will it have when I take it,

9    right, but if the drug stays in the patient's body, it

10   will cause an advance here.  But if it's still around a

11   few hours later when we get to this point, it will cause a

12   delay.  And so the same drug will counteract itself.  And

13   we might analogize that to a tug of war.

14             What is going on is that how long the drug

15   remains in the body is vitally important.  Because if it's

16   too long, if the exposure of this is too great, then it

17   will unbalance itself, and we will end up with, possibly,

18   no net advance.  And we see this.  This is actually a

19   publication by one of the defendants' experts talking

20   about a concept called spillover.

21             Spillover is when you start in the right part

22   of that phase-response curve, but the drug persists

23   because you've given too big of a dose or because the body

24   can't clear it.  And so you get to the wrong part of the

25   curve and now it starts counteracting itself.

1          So what this means is that dosage, time of

2     administration, and exposure, how long the effect lasts in

3     the body, are critically important to the ability to

4     entrain.

5          And I think what we will hear, I think it will

6     be conceded, is that while there was a phase-response

7     curve known in the prior art for melatonin, there was no

8     phase-response curve then, or even today, for tasimelteon.

9     People simply don't know how tasimelteon behaves with

10    respect to these characteristics.

11         So one other thing, Your Honor, that we believe

12    will be important here is that the -- because of this

13    problem with spillover, with timing and spillover, it's

14    very important that you have a short sharp pulse in order

15    to effectuate this treatment.

16         In other words, you want -- when the patient

17    takes the drug, you want their body to see a lot of it

18    quickly so it can grab hold of that cycle and, in effect,

19    phase shift.  But having done so, you want it to go away

20    quickly so that it's not staying around and carrying over

21    into the wrong part of the phase-response curve and

22    undoing the work that it's just done.

23         And so one of the reasons I've come to this,

24    reasons why things like drug interactions are a matter

25    here is because in order for this to be effective, you

1    need to have that kind of profile; a rapid release and

2    then a quick clearance.  And we'll see some more curves

3    like this.

4           So here's -- I'll go fairly quickly through

5    this, at least I'll try.  The SET trial was, as it says

6    there, the largest trial ever conducted in this

7    population.  And you see there, Your Honor, they had to --

8    they started -- they screened a lot of people.  They

9    assessed nearly 400 for eligibility in order to get 84

10   into the treatment phase.  And then they had a very, very

11   complicated profile -- I won't go through these now -- a

12   lot of very complicated results that were analyzed.

13          And when the results from this came out, this

14   is what showed for the first time, the tasimelteon could,

15   in fact, entrain sufferers from this condition.

16          Now, if you turn to infringement of this

17   patent, I think we're going to have really two issues

18   around infringement.  The first one will be entrainment,

19   and the second one will be a daily sleep period of

20   approximately seven-to-nine hours.

21          Now, entrainment -- and Your Honor, as I'm sure

22   Your Honor is aware, in the context of an ANDA case, a

23   method of treatment patent, the key question is whether

24   the proposed label that the generic would use, which is,

25   of course, by law substantially identical to the

1     innovator's label, whether that label encourages,

2     recommends or promotes infringement.  And I think we're

3     going to have a lot of evidence about that point.

4            On entraining, what the defendants are going to

5     say is the word "entrainment" does not appear in the

6     label, which is correct.  And I think what they're going

7     to say is that Vanda wanted it to be in the label and the

8     FDA wouldn't put it in the label.

9            And the -- and it's certainly true, the word

10    "entrainment" does not appear anywhere in the label.  But

11    in our view, Your Honor, there are other things in the

12    label that make it perfectly clear to the sleep doctor to

13    whom this label is directed, that what is going on here is

14    entrainment.  And I'll just call out some of those things.

15           The label says, tell your patients to take it

16    at the same time every night.  The reason is because for

17    the -- as we just saw, timing of administration is

18    critically important.  It says, if you can't take it at

19    the right time, skip it.  And the reason for that, as a

20    sleep doctor would know, is that the problem if you take

21    it at the wrong time, you will interfere and compromise

22    that process of entrainment that is going on.

23           And also it says that because of individual

24    differences in circadian rhythms, you may need to take it

25    for weeks or months.  Because, as a sleep professional

1    would know, entrainment -- everyone has a different cycle,

2    and depending on where they are in the cycle when you

3    take -- you start taking the drug, and depending on how

4    long that tau is, right, it will take more or less time to

5    entrain.  And so a sleep professional or medical

6    professional reading these things would know exactly that

7    what they're talking about is entrainment.

8            And perhaps the most important thing here on

9    the label, with respect to the clinical studies -- this is

10   talking about the RESET study -- it says this, it says:

11   RESET is a study where patients had entrained.  And the

12   purpose of the study was to see whether tasimelteon could

13   keep them entrained.

14           And so in this study, they did a -- they

15   treated people with tasimelteon for 12 weeks to entrain

16   them.  And then it goes on to talk about what happened

17   after that.

18           And it says here:  Patients in whom the

19   calculated time of peak melatonin level.  Melatonin

20   acrophase -- that's a term used for peak melatonin

21   level -- occurred at approximately the same time of day in

22   contrast to the expected daily delay.  That is

23   entrainment, Your Honor.  That's saying that your

24   melatonin cycle was pulled so that it was consistent, and

25   the peak was coming at the same time every day, rather

 1    than drifting later.

 2              And we think the evidence will show that anyone

 3    who is any medical professional active in this field would

 4    understand that.  Defendants' expert agreed at his

 5    deposition that that language would be understood to mean

 6    entrainment; you would know the person is entrained.  And

 7    a clinician who treats Non-24 would certainly understand

 8    that.

 9              And now, I have every expectation that

10    Dr. Winkelman's testimony here in court will be consistent

11    with what he said at his deposition.

12              And so even though the word "entrainment" may

13    not be there, the concept of entrainment is absolutely

14    there.

15              And I will move on, if that's okay, Your Honor.

16              Now, with respect to daily sleep period, I

17    would not -- certainly not expect Your Honor to remember

18    this, but we had some discussion of this at the claim

19    construction hearing, and the construction that Your Honor

20    decided on is plain and ordinary meaning.

21              I do think that we may have a dispute -- still,

22    perhaps, on the claim construction issue, or something

23    that at least tiptoes up to claim construction -- which is

24    the patent says -- and this first call out, this is where

25    the first introduction in the patent of this idea, daily

1    sleep period, and it says, for example, approximately

2    seven-to-nine hours -- immediately goes on to say,

3    understanding, of course, that the patient may not

4    actually sleep during the entire period.

5            And so given that language, not surprisingly,

6    both sides agree that it is not necessary that the patient

7    sleep for all of the daily sleep period.  However, there

8    may be a disagreement, because I think that the

9    defendants' view of the world is that you don't have to be

10   asleep continuously for seven-to-nine hours.  You could

11   wake up because you have a bad dream, you could wake up to

12   go to the bathroom.  But essentially you have to be --

13   their view is, you should be asleep for essentially all

14   the rest of that period.

15           And our view is, that's just not correct.

16   Right.  That this is not saying -- it's not talking about

17   sleep duration.  It's talking about the window of time

18   into which you want to consolidate your sleep.

19           And so we see another example here in the

20   patent, someone who went to bed at 10:30, woke up at 6:30,

21   so a sleep period of eight hours, but reported sleep time

22   of five hours.

23           And in our view -- and I think we'll hear that

24   the usage in the field is such -- that daily sleep period

25   doesn't mean sleep duration.  It means the window of time

1    to which you wish to consolidate your sleep.

2              And if that is the meaning, then in our view

3    the label certainly talks about that.  Again, it doesn't

4    use the term "daily sleep period," but it talks about

5    nighttime.  And for the vast majority of the people,

6    nighttime is the daily sleep period, the period into which

7    they wish to -- they want to consolidate their sleep.  And

8    it differentiates total sleep time from nighttime.  Right.

9              And so we think, Your Honor, the evidence will

10   be that a medical professional reading this label would

11   understand completely that it is, indeed, directing --

12   that in the method that people will try to consolidate

13   their sleep into a period of approximately seven-to-nine

14   hours, not that they must sleep seven-to-nine hours.

15             So I'll talk briefly about validity and then

16   move along in the interest of time.

17             One of the things -- there is an anticipation

18   argument that is based on the website clinicaltrials.gov.

19   And Your Honor may be aware that, in modern times, the law

20   requires if you're going to do a clinical trial, you must

21   provide information about that trial project to the

22   government, who will then make it public on the website

23   clinicaltrials.gov.

24             And one of the issues and -- so that the --

25   this argument is based on a submission by Vanda to

1    clinicaltrials.gov describing what was to become the SET

2    trial.  And the argument is made that, well, because that

3    was public, it rendered the results obvious.

4            Now, on the merits, Your Honor, we think that

5    that's not true.  Right.  To ask the question is not to

6    answer it.  And for all the reasons that I have been

7    alluding to it, it was neither known or knowable.  It was

8    not predictable prior to that clinical trial whether

9    tasimelteon would or would not be able to entrain Non-24

10   sufferers.  And so we don't think that this does

11   anticipate.

12           And we also think that there's a dispute around

13   whether the defendants can prove that it was, in fact,

14   publicly available early enough to count as prior art.

15   And I suspect we will be digging into that as the evidence

16   comes in.  Right.  It's, of course, their burden to prove

17   that it was publicly accessible early enough.  And I think

18   that will be a point of dispute in the trial.

19           I have several prior art references that they

20   rely on, in addition to the clinical trials data with

21   reference to -- in support of an obviousness argument.

22   These are predominantly Vanda's own work, Vanda's work

23   from that period of four or five years, when they were

24   focusing on other applications, potential other

25   applications of tasimelteon like insomnia.  So here's one

1    of the publications.

2            Lankford, the author, was a consultant to Vanda

3    in this report of Vanda's work.  It's about insomnia.  It,

4    again, mentions this clinical trial, that the fact that

5    the clinical trial is ongoing.  It doesn't talk about

6    timing of administration.

7            So we think there are key things that are

8    missing from this.  Things that are vitally important for

9    the Non-24 may not matter so much for insomnia.

10           The other reference I'll look at is something

11   called the '244 publication.  This is a Vanda patent

12   application that is based on the earlier studies they did,

13   focused on jetlag.  Again, we think there are many things

14   that are missing from this.  That certainly would not tell

15   a skilled person, or suggest to a skilled person that

16   tasimelteon would be effective for treating Non-24.

17           I'll call out one that the dose here, the dose

18   that suggests that this work says, the only dose that was

19   shown to be effective for phase shifting was

20   100 milligrams.

21           **THE COURT:**  Is DLMO phase shifting?

22           **MR. GROOMBRIDGE:**  Yes.  DLMO is an acronym that

23   stands for dim lights melatonin onset.  And if Your Honor

24   recalls, that curve where the pineal gland starts to

25   release melatonin.  And it climbs rapidly, and after an

1    hour or two, tells us to go asleep.

2              That point at which it begins to release

3    melatonin, that's called DLMO, D-L-M-O.  A lot of folks in

4    the field call it DILMO.

5              And now, we talk about the drug-drug

6    interaction patents and food effect patents.  So these are

7    things that built on the work that is described in the

8    reissue patent, and that came from the SET and RESET

9    clinical studies.

10             And one of the things that Vanda looked at here

11   is metabolism, how the drug is metabolized.  And this is

12   what you might think of as a map of metabolism.  The --

13   this in the box in the middle, that's tasimelteon.  And

14   we'll hear quite a bit, I believe, about this.

15             This notation, CYP2 -- CYP1A2, for example,

16   that refers to an enzyme that is produced in the body

17   that's involved, or can be involved, in the metabolism of

18   drugs.  CYP is -- means something called Cytochrome P450.

19   And there's a whole family of enzymes that are produced

20   mostly in the liver, that are involved in breaking down

21   drugs.  In fact, 90 percent of drugs are metabolized by a

22   handful of these enzymes.

23             But for any given drug, the actual metabolic

24   regime can be very complicated, because as you see in the

25   case of tasimelteon, you have different pathways going on

1    at the same time in competition with one another, or at

2    least simultaneously.  And if you affect one of those, you

3    don't know what may happen on the other.  We also won't

4    know a priori, whether these metabolites themselves have

5    biological activity.

6            So if, for example, it turned out that there's

7    a -- this enzyme, 3A4, produced a metabolite, here labeled

8    M14.  But M14 is the same -- has the same kind of

9    activity, the same degree of activity as the parent

10   molecule tasimelteon.  Then that -- that is not going to

11   affect exposure to the drug, right, because it will have

12   converted the drug into something else that just works the

13   same way.

14           You can't know any of that up front.  And it

15   took a lot of work by Vanda to elucidate this.  This

16   figure is in this clinical study.  It's also in the

17   patent.  It's figure 5 in the drug interaction patents.

18           And the practical significance of this, Vanda

19   found, was that -- what they did was a clinical study

20   where they co-administered tasimelteon with so-called

21   CYP1A2 inhibitors.  And the -- one of the examples of this

22   is a drug called fluvoxamine, which is used for treating

23   psychiatric conditions.

24           And when you co-administer tasimelteon with

25   fluvoxamine, this is what happens.  The green line is

 1   tasimelteon by itself.  That's what you want.  And there

 2   we're seeing, Your Honor, that pulse that I mentioned

 3   earlier.  Right.  That's what will entrain, and then it

 4   goes away, so it's not going to create spillover.

 5            If you give it with fluvoxamine, what you get

 6   is a much bigger peak and a much, much longer duration.

 7   And this is an invitation to spillover and undoing the

 8   phase shifting effects that are what you want for

 9   entrainment.

10            And in fact, if we look, for example, with the

11   tasimelteon by itself, the peak exposure, the amount that

12   the body would see, occurs at around half an hour.  If we

13   give it with fluvoxamine, you're still seeing that same

14   level, which, we know, must be sufficient to phase shift

15   at four hours.  And so -- and you've got very significant

16   amounts of it persisting after that.

17            So the reason to be concerned about this is it

18   will undo the effects of tasimelteon and compromise

19   entrainment.

20            Now, there's a problem in the other direction,

21   too.  Another thing that Vanda studied and found was that

22   if you give tasimelteon concurrently with what's called a

23   CYP3A4 inducer, you will create a problem going in the

24   opposite direction.  And here, the example of something

25   that induces this enzyme is the -- a drug called rifampin.

 1    It's also called rifampicin.  Those are synonyms.  That's

 2    an antibiotic.

 3           And here, if you do those things, what happens

 4    now is that the pulse that we want is greatly reduced, and

 5    you compromise efficacy.  The effect of having the two

 6    together is the body sees enormously less tasimelteon and

 7    there's a very good chance that will be insufficient for

 8    entrainment.

 9           And the -- thirdly in this category, Vanda

10    studied what is the effect of taking tasimelteon by itself

11    versus taking it with food.  And what they found here is

12    that if you give it with food, you have -- the body sees

13    the same amount of the drug, more or less, but it sees it

14    over a longer time.

15           So in the language of the field, there's a

16    lower maximum concentration, but a later time to hit the

17    peak.  And so graphically, this is what that will look

18    like, right.  Where, again, green is that same chart,

19    that's the pulse that we want for entrainment.

20           Now, if we -- if the patient takes this at or

21    around the time of eating, what will happen is, it will

22    tend to reduce the height of the peak, the amount that the

23    body is seeing, and spread it out over a longer time.

24    Again, compromising the ability to entrain.

25           And so these are the incremental aspects of the

1    two drug interaction patents and the food-effect patent.

2         As far as infringement is concerned, we think

3    that it's probably pretty straightforward.  The patent

4    says, the first one says if someone's taking a drug like

5    fluvoxamine, discontinue it, and then treat with

6    tasimelteon.

7         For the 3A4 patent, it says if someone is

8    taking that, discontinue the rifampicin treatment and then

9    treat with tasimelteon.  The label -- and this language, I

10   believe, was incorporated at the request of FDA -- says --

11   tells the practitioner to avoid the use of tasimelteon in

12   combination with fluvoxamine and to avoid it in

13   combination with rifampin.

14        And so in terms of does the label encourage,

15   recommend or promote, we think the answer is absolutely

16   yes.

17        One thing I would point out -- because the

18   claims are slightly, not slightly, are different.  In the

19   drug-drug interaction, there's no requirement for

20   entrainment.  So that issue about what does the label

21   encourage, recommend or promote entrainment, even if

22   defendants were correct on that, it would not help them on

23   these patents.

24        And as to the food-effect patent, this is the

25   one out of the five where infringement is conceded.  If

1    the claim is valid, there's infringement.  So the only

2    issue for Your Honor is validity on this one.  And the

3    label says take it without food.

4             And I'll move to invalidity.

5             The key facts here, we think the evidence is

6    going to show you need that pulse.  And that's what is

7    necessary for entrainment.

8             With respect to the '910 patent, the CYP3A4

9    patent, there was no disclosure.  I think this will be

10   conceded.  Simply not in the prior art, that tasimelteon

11   was metabolized by this enzyme.  And therefore, adjusting

12   the treatment to -- because of this enzyme, right, is not

13   something that, in our view, would even reach the starting

14   line.

15            I think the defendants will argue, well, there

16   were other similar drugs that were metabolized by this

17   enzyme.  But the system is so complicated, no one knew

18   what was the effect of this enzyme, that we -- we think

19   it's -- I mean, really a stretch, to be honest.

20            There is at least some suggestion that CYP1A2

21   was involved in the metabolism of tasimelteon.  That is

22   based on in vitro data.  And there's nothing to suggest

23   that it actually had any -- that it would happen in a

24   human being.  I think we'll hear evidence about that,

25   about to what extent, what would -- what could you tell

1    from the in vitro data.  And there's no disclosure of the

2    effect of food with administration of tasimelteon.

3              And so in our view, this isn't just a situation

4    where you -- there's reason to avoid coadministration or

5    taking it -- or eating it with -- having the drug with

6    food because of the nature of how this drug works.  And in

7    order for it to do its job, you need that short sharp

8    pulse.  These issues are much more important here because

9    they undermine the whole mechanism by which the drug

10   operates.

11             With that -- there's also, Your Honor, a

12   written description argument on the food effect patent, in

13   which, if I understand it, the argument is the food effect

14   patent, it tells you the effect of food, but it doesn't

15   tell you why it matters.  I will paraphrase, but that's

16   what I understand the argument to be.

17             And the reason why, in our view, that's

18   incorrect, Your Honor, is that the patent refers back to

19   the earlier reissue patent and all of that data about

20   entrainment and such like.  And that tells you why the

21   Tmax, the time to reach maximum exposure, is important and

22   why that pulse matters.

23             And so we think it's not -- the incorporation,

24   by reference, is certainly part of the written

25   description.  And if you look at that, everything is

1     there.

2            I'll move on to the last patent, so-called

3     "impurities patent."  And this is really in a different

4     category of subject matter.

5            So here, as we saw, Vanda did a lot of work, I

6     think we'll hear about this, on the manufacturing process.

7     One of the things that they found in that, was that there

8     were a number of impurities that were formed.  And Vanda

9     put in a lot of effort to actually identify those

10    impurities by their chemical structure.

11           And the reason why that is important is, if you

12    know the impurity that you're looking for and trying to

13    control for, you can both have much greater assurance that

14    you have accurately control for it and the product isn't

15    containing something that will be harmful.

16           And also you can actually refine your process.

17    For example, you might set new specifications for raw

18    materials to prevent the formation of the impurity in the

19    first place, if you understand the chemical mechanism by

20    which it comes into being.  And this, Vanda put a lot of

21    work into this.

22           And here we see in this -- here's the claim.

23    It has a lot of, perhaps, intimidating chemical

24    terminology in it.  But the way we break it down to say --

25    it says:  Composition of tasimelteon prepared by a

1    process, and it has two process steps here, creation

2    steps.  This is not, by any means, all of the tasimelteon

3    process.  But these are two of the key steps in making it.

4    And I'll call one a reducing step and I'll call the other

5    one a propionylating step.  So it's --

6              **THE COURT:**  What did you call it?  A pro what?

7              **MR. GROOMBRIDGE:**  Propionylating.  And this

8    is -- this is defining a particular family of chemical

9    processes that would be used to make tasimelteon.  There

10   are other ways you could make tasimelteon, but this

11   defines one of them.

12             If you're going to use this method, then -- the

13   claim, then, defines five impurities.  And it gives the

14   chemical, the full chemical name for each one.  But it

15   calls them Impurities 5, 6, 1, 2, and 3.  And the reason

16   why four is not there, there was a four, and it has some

17   historical significance, it's not relevant to this

18   lawsuit.

19             And if we turn to Infringement here, one of the

20   things that we see is that when Teva was seeking approval

21   for its generic product -- this was in, I believe, around

22   2017 or so -- they got what was called a complete response

23   letter, which is what FDA sends you when it says, I can't

24   approve your application because there are certain things

25   that are not acceptable.  And then you get to come back

1    and address their concerns.

2              And FDA called out Impurities 2, 3, 5 and 6.

3    They reported this patent, which is the application that

4    resulted in the patent we're litigating here.  We don't

5    know how they came up with this, but they did.

6              And they called out Impurities 2, 3, 5 and 6 to

7    Teva.  And they said, please control -- we know these can

8    be made when you -- these can be created when you make

9    tasimelteon.  Either control these, explain to us that

10   they're not going to be a problem or provide a

11   justification for why you're not going to.

12             And not surprisingly, Teva responded.  And they

13   came back and said we are controlling for them.  And

14   Impurities 3 and 5, we can't actually separate these out,

15   but we can assure you, FDA, that between the two of them,

16   there won't be more than .1 percent by weight.

17             Impurity 2, we've got that one figured out.

18   There won't be more than .1 percent by weight for that.

19   And Impurities 1 and 6, they say, excluded by process

20   difference.  They say, knowing what this is, I can look at

21   how it comes into being and I can look at my process and

22   say we're not going to make this.

23             And so they came back and said, in answer to

24   your question, FDA, there's not going to be a problem with

25   Impurities 1, 2, 3, 5 and 6.  And so we think the

1    infringement issue in this case has got to be pretty

2    straightforward.

3            The exact same course of events played out,

4    unbeknownst to Teva, with Apotex.  FDA, likewise, gave

5    them a complete response letter.  Likewise said, we know

6    Impurities 1, 2, 3, 5 and 6 can be created here, and they

7    asked the same question.  Please control for these.

8            **THE COURT:**  Wait, wait.  Why is this relevant?

9            **MR. GROOMBRIDGE:**  Why is it relevant?  Because

10    it explains why Apotex responded to FDA saying, we have

11    control for these impurities, and that's what creates

12    infringement.

13            **THE COURT:**  Okay.

14            **MR. GROOMBRIDGE:**  It explains also why they are

15    talking to FDA using the vocabulary of the Vanda patent.

16            **THE COURT:**  All right.

17            **MR. GROOMBRIDGE:**  And they say -- they, again,

18    went through and said, we can control for all of these

19    Impurity 1, 2, 3, 5, and 6.  They are not going to be a

20    problem in our process.

21            And so, again, there will be a noninfringement

22    argument, but it doesn't relate to the presence of the

23    impurities, it relates to the two process steps that I

24    mentioned.

25            And on validity --

1          **THE COURT:**  There's no distinction between

2     Apotex and Teva; is that right?  That is, I treat you all

3     as one entity?

4          **MR. GROOMBRIDGE:**  No.  No, they both filed

5     separate applications with FDA, each unknown to the other.

6          **THE COURT:**  Okay.

7          **MR. GROOMBRIDGE:**  And the FDA, it turned out,

8     raised the same questions with both of them, and they then

9     answered those.  But neither one had visibility into what

10    was going on with the other because this is all

11    confidential.

12         **THE COURT:**  Gotcha.

13         **MR. GROOMBRIDGE:**  And the invalidity argument

14    springs largely from the work that Bristol-Myers Squibb

15    did.  This is the patent that Bristol-Myers Squibb

16    obtained that this is argued to be the prior art.  It does

17    disclose the process with those two process steps, it does

18    not disclose any impurity information.  And in our view,

19    it doesn't give any motivation to someone to go chasing

20    down these impurities.

21         There's an argument that the patent is invalid

22    because BMS scientists should have been named as inventors

23    on this.  Again, we think there's no basis for that.

24    There's no evidence that will show they had any

25    appreciation.  We think the evidence is going to show that

1    BMS -- as to Impurities 1, 2, 3, and 6, BMS never even

2    knew they existed.  And as to Impurity 5, they might have

3    known it existed, but they got the structure wrong.

4         And certainly the -- I mentioned that the

5    product that they were producing was not very clean.  It

6    could have impurity levels up to 3 percent, which is

7    vastly inaccessible to them, of course.

8         So there's one other prior art reference, which

9    is a Chinese patent application.  Again, it discloses the

10   process.  But it has no mention of the impurities, and we

11   think it doesn't give any -- there's no teaching here,

12   there's no motivation to come up with this invention.

13        So that concludes my presentation, Your Honor.

14        And with that, I will yield to Mr. Rozendaal.

15        **THE COURT:**  All right.  Thank you.

16        **THE COURT:**  Give me a second, please.

17        Are you presenting for both Teva and Apotex?

18        **MR. ROZENDAAL:**  We will divide our time, Your

19   Honor.  I'm going to cover the invalidity issues, and my

20   colleague, Mr. Coblentz, is going to cover the

21   infringement issues.

22        **THE COURT:**  Okay.  Thanks.

23            **DEFENDANTS' OPENING STATEMENT**

24        **MR. ROZENDAAL:**  May it please the Court.

25        What we've just heard from Mr. Groombridge is

1    quite a bit about what Vanda supposedly invented.  But

2    everyone agrees that Vanda did not invent tasimelteon, and

3    everyone agrees that Vanda did not invent the use of

4    tasimelteon to treat circadian rhythm disorders.

5         Bristol-Myers Squibb, often referred to as BMS,

6    holds the patent on the tasimelteon molecule.  It is the

7    BMS '529 patent, and you will be hearing a lot more about

8    it in the coming days.

9         The patent was issued in 1999.  Claim 1 is on

10   the tasimelteon molecule itself.  But as can you see on

11   DDX-1.2, the patent has claims directed toward treating

12   sleep disorders and for treating circadian rhythm

13   disorders in particular.

14        BMS granted an exclusive license to Vanda to

15   commercialize tasimelteon.  Thanks to that license, Vanda

16   has enjoyed a monopoly on tasimelteon products in the

17   United States for as long as they have been on the market.

18   But that monopoly was too short for Vanda's liking.  And

19   so as that patent neared the end of its life, Vanda

20   started cranking out follow-on patents to try to keep

21   competitors off the market longer.

22        Although over the course of this lawsuit, Vanda

23   has asserted 14 different patents against Teva and Apotex,

24   now that we are at trial, we are down to five.  Four of

25   the patents are on methods of treating Non-24 using

1      tasimelteon, and the fifth is on highly purified

2      tasimelteon made by a particular process.

3                 But the evidence will show that Teva and Apotex

4      don't infringe four of the five asserted claims, and it

5      will also show that none of the five claims should have

6      issued from the patent office because they do not

7      represent any genuine invention.

8                 There are two defendants in this case.  I

9      represent Teva Pharmaceuticals USA, and I'd like to

10     acknowledge in the courtroom Teva's associate general

11     counsel, Dr. Joseph Crystal.

12                As I said a moment ago, my cocounsel from

13     Apotex Mr. Coblentz and I have divided up the issues for

14     the opening statement.  I'm going to address the

15     invalidity of the patents, he's going to address why the

16     patents are not infringed.  And since I'm already standing

17     up, I'm going to do invalidity for all five and then let

18     him address infringement for all five rather than having

19     us sort of bounce up and down, ping-pong style.

20                **THE COURT:**  But he's going to do --

21                **MR. ROZENDAAL:**  All four.  Noninfringement for

22     four of the five.

23                **THE COURT:**  Including noninfringement for Teva?

24                **MR. ROZENDAAL:**  Yes.  So the arguments

25     presented, I think, are going to be the same for both

1   defendants.  It just turns out that they are two different

2   products at issue.

3             **THE COURT:**  Okay.

4             **MR. ROZENDAAL:**  The story of tasimelteon really

5   begins with the naturally occurring hormone melatonin,

6   which is involved in regulating sleep/wake cycles, as Your

7   Honor heard.  Melatonin has been used to treat circadian

8   rhythm disorders since the 1980s.  It was discovered then

9   that melatonin could shift the circadian phase.  And by

10  the year 2000, it had been shown that melatonin could

11  entrain the circadian rhythm in patients suffering from

12  Non-24.

13        But no one had an incentive to spend money to

14  develop an FDA-approved version of melatonin because

15  melatonin was a naturally occurring hormone that had been

16  known for a very long time and, thus, didn't offer any

17  meaningful prospect of patent protection.

18        And so these commercial issues created an

19  incentive for researchers to try to find other drugs that

20  had the potential to be patented but that would be

21  melatonin receptor agonists, which is to say, drugs that

22  would bind at the same receptors in the body as melatonin

23  binds to and so would have similar effects on the body as

24  melatonin.  And that research led scientists at BMS to

25  tasimelteon.

1          It turns out that tasimelteon was not the first

2     drug in its class.  There is another drug called

3     ramelteon, which is a melatonin receptor agonist that came

4     before tasimelteon.  It's been approved by the FDA for

5     treating insomnia, and it has a very similar chemical

6     structure as to tasimelteon.  You will be hearing more

7     about the strong structural and functional similarities

8     between the two drugs as the case proceeds.

9          To put Vanda's involvement with tasimelteon

10    into perspective, we prepared a timeline.  As early as

11    1997, BMS had filed an investigational new drug

12    application on tasimelteon with the FDA.  And in that same

13    year, it filed its patent application covering the

14    tasimelteon compound which would protect exclusivity on

15    the drug until at least 20 years after the filing date.

16         In 1999, the patent office granted the BMS

17    patent application.  It issued the '529 patent covering

18    the tasimelteon compound.  The drug is so old that the

19    patent normally would have expired in December of 2017,

20    but this one lasts longer.  Title 35 USC Section 156

21    allows a patent holder to extend the term of a patent to

22    compensate for the time that it took the FDA to grant

23    regulatory approval.  And BMS and Vanda took advantage of

24    that extension and got five years tacked on to the life of

25    the patent so that Vanda will continue to enjoy its

1    tasimelteon monopoly until the '529 patent expires in

2    December of this year.

3                As I said at the outset, the patent covers not

4    only the compound itself, but methods of treating sleep

5    disorders generally and circadian rhythm-related disorders

6    in particular.  And that means that by 1999, more than 20

7    years ago, BMS had already synthesized tasimelteon,

8    patented tasimelteon, and claimed the use of tasimelteon

9    to treat circadian rhythm sleep disorders.  As we are

10   about to see, Vanda didn't even start working on

11   tasimelteon until five years later, and it didn't apply

12   for any of the patents that it's now asserting until 13

13   years later.

14               Returning to our timeline, we can see that in

15   2004, BMS entered into its exclusive license agreement

16   with Vanda, that gave Vanda the rights to the '529 patent,

17   to the FDA applications on tasimelteon, and importantly,

18   to all of BMS's tasimelteon know-how.

19               Vanda filed a patent application on the use of

20   tasimelteon to treat circadian rhythm disorders that was

21   published in 2007.  We refer to this as the "244

22   Publication," and, as you will come to see over the course

23   of trial, it discloses much of the material that Vanda is

24   now claiming in the patents-in-suit.

25               Then Vanda ran clinical trials, and I'm going

1    to leave them off the timeline so as not to clutter it up,

2    but there were clinical trials in insomnia patients.  The

3    protocols and the result of those trials are in the prior

4    art.  And then Vanda ran a clinical trial on Non-24

5    patients.  The results of the Non-24 trial were not yet

6    public, but the protocol for the trial administering the

7    drug to Non-24 patients was available on the

8    clinicaltrials.gov website.  And just to be --

9              **THE COURT:**  How is that prior art if it is not

10   publicly available?

11             **MR. ROZENDAAL:**  No, it is publicly available on

12   the website.  Anyone who wants to look up the website can

13   have access to it.

14             Our point is so -- the point that

15   Mr. Groombridge made earlier was the protocol was known,

16   the fact that the study was going on was known, but the

17   results were not yet known; and we agree with that.  Our

18   point is that -- and I'll explain in a moment, but our

19   point is that giving exactly the doses described in the

20   current-by-product labels to people with Non-24 was

21   something that had been done in the prior art -- or

22   described in the prior art.

23             Finally, in 2012, Vanda filed patent

24   applications directed to methods of using tasimelteon to

25   treat patients suffering from Non-24.  And these were the

1    earliest filing dates for the patents that are at issue in

2    this case.

3                    And the following year, Vanda filed its NDA, or

4    New Drug Application, seeking approval for its own branded

5    tasimelteon product which is now known as Hetlioz.

6        Only in 2014 did Vanda file the patent application

7    that led to the '465 patent, which is the

8    product-by-process patent that claims highly purified

9    tasimelteon.  And by that time, Chinese patent

10   applications had already been published describing highly

11   purified tasimelteon.

12                   Vanda's 2012 and 2014 filing dates mean that

13   Vanda was very late in seeking patent protection for using

14   tasimelteon to treat Non-24 and also for purified --

15   highly purified tasimelteon made by its claimed process.

16   So the patents being asserted in this case are not valid

17   and should not have been issued.

18                   As I said before, there are five patents left

19   in the case.  And I'm going to start by focusing on the

20   four method-of-treatment patents.  I will leave the

21   chemistry patent for the end.

22                   To present our invalidity case on

23   method-of-treatment patents, Defendants will call Dr.

24   Jonathan Emens, who is an associate professor in the

25   Department of Psychiatry and an assistant professor in the

1    Department of Medicine for Oregon Health and Science

2    University.  He's also deputy director of mental health

3    for the VA Portland Healthcare System.  He is a board

4    certified sleep physician and psychiatrist with more than

5    25 years of experience in researching sleep medicine and

6    circadian physiology.

7          Going back to our patent overview, we can start

8    with the reissue '604 patent on the far left, which we

9    have labeled as the "entraining patent" because one

10    salient claim limitation is entraining patients to a

11    24-hour sleep/wake cycle.  We intend to put on evidence

12    showing that patent is invalid as obvious and anticipated.

13          We turn now to Claim 3 of the patent.  You will

14    see that Claim 3 depends from Claim 2, which depends from

15    Claim 1.  I'm not going to read the whole thing, but you

16    can see from the highlighted portions that the claim

17    requires:  Entraining a patient suffering from Non-24 to a

18    24-hour sleep/wake cycle by orally administering to the

19    patient 20 milligrams of tasimelteon half an hour to one

20    and a half hours before the target bedtime.

21          We expect to present three invalidity defenses

22    for this claim.  The first one is that the claim is

23    obvious over the combination of the Lankford, Hack, and

24    the 244 Publication.

25          And I'm just going to give you a brief preview

1    of the contents of those publications.

2            **THE COURT:**  And just, again, it's Claim 3 we're

3    talking about --

4            **MR. ROZENDAAL:**  It's Claim 3 --

5            **THE COURT:**  -- that you're limiting to?

6            **MR. ROZENDAAL:**  Correct.  So in order to show

7    infringement of Claim 3, they need to show infringement of

8    all the elements.  And similarly for invalidity, we need

9    to show all the elements of all three claims would have

10    been obvious.

11            **THE COURT:**  Okay.

12            **MR. ROZENDAAL:**  Now, Lankford is an article

13    published in a journal called Expert Opinion on

14    Investigational Drugs in 2011, describing clinical trials

15    involving tasimelteon.  One of the dosing regimens used in

16    the trials was 20 milligrams of tasimelteon 30 minutes

17    before bedtime.  Lankford discusses administering

18    tasimelteon to totally blind patients with Non-24.  It

19    identifies tasimelteon as a melatonin receptor agonist and

20    says:  Therefore, that tasimelteon should be especially

21    well-suited for treatment of circadian rhythm sleep

22    disorders.

23            The Hack reference is an article in the Journal

24    of Biological Rhythms from 2003.  It summarizes prior work

25    that had been done on melatonin, explaining that the phase

1    shifting effects of melatonin were first documented in

2    humans in 1985; that melatonin had the ability to entrain

3    circadian rhythms in totally blind people suffering from

4    Non-24; and that melatonin should be given close to the

5    desired bedtime for the treatment of Non-24.

6           The 244 Publication is a patent application

7    filed by Vanda that was published in 2007.  It's the same

8    one that we saw in the timeline earlier and I said

9    discloses much of what Vanda tried to patent later.  It

10   describes the mechanism of action of tasimelteon and

11   states that:  The engagement of the melatonin receptor in

12   a part of the brain called the suprachiasmatic nucleus is

13   believed to regulate circadian rhythms, including the

14   sleep/wake cycle.  It also describes the clinical trials

15   involving tasimelteon and indicates that an oral dose of

16   20 milligrams to 50 milligrams is effective in treating

17   sleep disorders when administered about half an hour

18   before bedtime.

19          So when you put together the information on

20   tasimelteon from Lankford, with the literature on

21   melatonin from Hack, in light of the 244 Publication that

22   explains how the melatonin literature relates to

23   tasimelteon, then the combination renders obvious and so

24   invalidates Claim 3 of the RE604 patent.

25          Turning now to the second independent ground

1    for obviousness, we have a similar set of references

2    exception that we remove Lankford and we substitute in the

3    Hardeland reference in view of Hack and the 244

4    Publication.

5            Hardeland is a review article published in

6    Current Opinion on Investigational Drugs in 2009.  Like

7    Lankford, Hardeland describes the results of the

8    tasimelteon clinical trials in insomnia.  Hardeland says

9    that:  Tasimelteon was clearly effective in promoting both

10   sleep onset and maintenance and that 20 milligrams a day

11   was the most effective doses.  Hardeland concludes that

12   Tasimelteon is suitable for phase shifting the circadian

13   clock and that it will presumably be useful in treating

14   circadian rhythm sleep disorders.

15           Once again, when you put together the

16   information about tasimelteon from Hardeland with the

17   information about melatonin from Hack, plus the

18   explanation of how the melatonin literature relates to

19   tasimelteon in the 244 Publication, that combination also

20   independently renders obvious and invalidates Claim 3 of

21   the '604 patent.

22           Finally, we have an anticipation argument.  And

23   I think Mr. Groombridge referred to it as an obvious

24   argument, so I'd like to make clear it is an anticipation

25   argument.  But it's a conditional argument, it depends on

1    the infringement case that Vanda puts on.

2            We expect Vanda to argue that the entrainment

3    limitation of the '604 patent is the necessary result of

4    administering tasimelteon according to the dosing regimen

5    described in the Hetlioz label.  Indeed, I think Vanda

6    basically has to make that argument because the label

7    doesn't say anything about entrainment, as you've heard

8    from Mr. Groombridge.

9            But this creates a big problem for Vanda

10   because Vanda had previously disclosed on the

11   clinicaltrials.gov website for all the world to see as

12   early as 2010 the very same administration protocol and

13   regimen in Non-24 patients that is set forth in the

14   Hetlioz label and also in the Teva and Apotex labels.

15           And so if you were to accept the premise that

16   following that dosing regimen necessarily leads to

17   entrainment, then the presence of the very same dosing

18   regimen in the prior art necessarily would lead to

19   entrainment as well, which inherently anticipates the

20   claim here.  And this is just an application of the

21   principle that that which infringes if later anticipates

22   if earlier than the patent.

23           **THE COURT:**  Say that again.

24           **MR. ROZENDAAL:**  So that's a patent lawyerism,

25   Your Honor.

1           That which infringes if later, anticipates if

2    earlier than the patent.

3           **THE COURT:**  Right.

4           **MR. ROZENDAAL:**  All right.  Now we can turn to

5    two similar patents, both of which deal with avoiding

6    drug-drug interactions:  Claim 14 of the '829 patent and

7    Claim 4 of the '910 patent.  The evidence will show that

8    these claims are invalid as obvious in light of the prior

9    art.

10          In addition to the testimony from Dr. Emens on

11   these patents, you will hear from Dr. David Greenblatt who

12   is a professor in the department of immunology at Tufts

13   University School of Medicine.  He has more than 40 years

14   of experience in molecular and clinical pharmacology and

15   drug-drug interactions.

16          Now first, a bit of background.  There is a

17   group of enzymes in the liver, predominantly in the liver,

18   that plays an important role in metabolizing drugs.  They

19   are called the cytochrome P450 enzymes, or the C-Y-P, or

20   CYP enzymes, for short.  And each enzyme is given a

21   three-part name in which the first number, as you can see,

22   indicates a family; the second letter indicates a

23   subfamily; and the last number indicates a specific

24   enzyme.

25          And so, for example, the CYP1A2 enzyme is in

1    family CYP1, subfamily A, and it is enzyme Number 2.

2         As a matter of terminology, a drug metabolized

3    by the CYP1A2 enzyme is called a CYP1A2 substrate.  A drug

4    that reduces the activity of the CYP1A2 enzyme would be a

5    CYP1A2 inhibitor.  And a drug that increases the activity

6    of the CYP1A2 enzyme would be a CYP1A2 inducer.

7         And it turns out that you generally do not want

8    to administer a CYP substrate with a strong CYP inhibitor

9    or inducer.  And the reason for that is shown in DDX-1.23.

10         Remember, the substrate -- in this case

11    tasimelteon -- is metabolized or broken down by the CYP

12    enzyme.  And as you can see in the first row of the table,

13    if you take the substrate together with a CYP inhibitor,

14    not as much of the substrate will be broken down, and so

15    the concentration of the substrate in the patient's blood

16    plasma will increase.  It's as if you've given the patient

17    a higher dose of the drug.

18         That results in an enhanced effect on the body

19    which could entail undesirable side effects.

20         Conversely, as shown in the second row of the

21    table, if you take the substrate tasimelteon together with

22    a CYP inducer, then more of the drug will be broken down,

23    and so the concentration of the substrate and the blood

24    plasma will decrease.  It's as if you have given the

25    patient a lower dose of the drug, and this leads to a

1    diminished effect on the body which could prevent the drug

2    from being effective.

3             Because of these well-known interactions, it is

4    obvious to skilled artisans to avoid administering drugs

5    metabolized by given CYP enzyme together with a strong

6    inhibitor or inducer of that enzyme.

7             And so with that background in place, we can

8    take a look at Claim 14 of the '829 patent.  Again, I'm

9    not going to read the whole thing out loud, but it does

10   require using tasimelteon to treat Non-24.  But it has

11   particular steps related to drug-drug interactions which

12   are highlighted.

13            You need to start with a patient being treated

14   with a strong CYP1A2 inhibitor, then discontinue treatment

15   with a strong CYP1A2 inhibitor, and then treat the patient

16   with 20 milligrams of tasimelteon daily.

17            As you can see on the left-hand side, we are

18   using the same prior art combinations we went through

19   before, Lankford, Hack, and the 244 Publication, except

20   that we are adding in Hardeland this time.  And the second

21   independent obviousness combination that we are asserting

22   is the one you saw before Hardeland, Hack, and the 244

23   Publication.  We don't have to add in Hardeland because

24   it's already here, and you can infer from this that

25   Hardeland has the key information that renders this claim

1    obvious.

2              The Hardeland reference describes tasimelteon

3    clinical trials in insomnia patients, and as you can see

4    on DDX-1.26, it says that:  Tasimelteon is primarily

5    metabolized by the CYP1A2 and other isoenzymes.

6              And then it goes on to say that:

7    Coadministration of any drug that inhibits one of these

8    isoenzymes should be regarded with caution.

9              That is an explicit warning in the prior art to

10   avoid giving tasimelteon to a patient who is currently

11   taking a CYP1A2 inhibitor, and it renders obvious the

12   distinguishing feature of Claim 14 of the '829 patent.

13             We can now move on --

14        **THE COURT:**  That's because CYP1A2 is an

15   inhibitor.

16        **MR. ROZENDAAL:**  CYP1A2 -- no, CYP1A2 is the

17   enzyme that's doing the metabolism of the drug.

18        **THE COURT:**  Right.

19        **MR. ROZENDAAL:**  And so the instruction is one

20   should not coadminister any drug that inhibits CYP1A2

21   because it will affect the extent to which the drug is

22   metabolized.  So it would result -- as we saw earlier, it

23   would -- the inhibition of the enzyme that does the

24   metabolizing means that less of the drug would be broken

25   down, you would end up with a higher amount of the drug in

1    the blood stream and could have side effects.

2           All right.  This is a very -- and, obviously,

3    Dr. Greenblatt is going to be able to explain this in

4    great detail.  But this is sort of a fundamental principle

5    of drug-drug interactions.  The CYP enzymes are all over

6    the place, and avoiding coadministration of inhibitors or

7    inducers together with drugs that are metabolized by these

8    enzymes is a very basic principle of pharmaceuticals.

9           All right.  If we go to the next patent, we

10   have the '910 patent, which is very similar.  Claim 4 is

11   very similar, except that it involves a different enzyme,

12   a different particular enzyme.

13          On the right side, we see the claim -- and,

14   again, you need to start this time with the patient being

15   treated with rifampicin.  Rifampicin is an antibiotic

16   that's used to treat very serious infections like

17   tuberculosis and leprosy.  Rifampicin is known to be an

18   inducer of the CYP3A4 enzyme and, in fact, is perhaps the

19   strongest known inducer of the CYP3A4 enzyme.

20          So the patent says to discontinue rifampicin

21   treatment and then to treat the patient with tasimelteon.

22   And why do you discontinue before treating with

23   tasimelteon?  The patent tells you:  Thereby avoiding

24   reduced exposure to tasimelteon caused by an induction of

25   CYP3A4 by rifampicin.

1    So this is a situation where the rifampicin

2  would increase the activity of the enzyme, it would

3  metabolize more of the drug, and so, essentially, the

4  drug -- the tasimelteon might not work if you take it

5  together with the rifampicin.

6    So our prior art combinations for these are

7  going to look familiar.  We've got Lankford, Hack, and the

8  244 Publication for using tasimelteon to treat Non-24.  We

9  add to that the Pandi-Perumal reference, and then

10  similarly, we swap out Lankford for Hardeland; again, the

11  same combination, Hardeland, Hack, 224 Publication for

12  treating Non-24 with tasimelteon.  Again, we add the

13  Pandi-Perumal reference.

14    The Pandi-Perumal reference is a 2011 review

15  article dealing with a drug called ramelteon, which, as I

16  mentioned earlier, is a melatonin receptor agonist that

17  came before tasimelteon, has a similar chemical structure

18  and it says, in the top quoted portion of the slide, that

19  the drug is metabolized by CYP1A2, CYP2C19 and CYP3A4

20  enzymes.  And in the bottom quoted portion on the slide it

21  says:  The CYP inducer rifampin -- and one of the few

22  things that Mr. Groombridge and I agree on is that

23  rifampin and rifampicin are the same thing -- CYP inducer

24  rifampin or rifampicin has been shown to considerably

25  decrease levels of losses in efficacy.  This and other

1    strong up-regulators of relevant CYP enzymes should be

2    avoided.

3            Defendants' expert, Dr. Greenblatt, will

4    explain that due to the strong similarity in structure and

5    activity of ramelteon and tasimelteon, skilled artisans

6    would have understood from that disclosure about ramelteon

7    that tasimelteon was also likely to interact with strong

8    CYP3A4 inducers like rifampicin; meaning the

9    coadministration of tasimelteon and rifampicin should be

10   avoided, thus, rendering obvious the key distinguishing

11   feature of Claim 4 of the '910 patent.

12           Because the prior art is so clear about the

13   dangers of administering these drugs together with strong

14   CYP inducers or inhibitors, the two claims from the

15   drug-drug interaction patents are invalid.

16           And that brings us to the fourth and last of

17   the method of treatment patents, Claim 5 of the '487

18   patent which we've labeled here as the "without food"

19   patent for reasons that will quickly become apparent.  It

20   is invalid for obviousness and for lack of written

21   description.

22           Vanda is asserting Claim 5 of the patent which

23   requires, essentially, administering 20 milligrams of

24   tasimelteon to a Non-24 patient without food.  The Court

25   has construed "without food" to mean no food within 30

1    minutes before administration.

2          Again, these claims are obvious over the same

3    prior art combinations we have seen a few times now.

4    First Lankford, Hack, and the 244 Publication, and then we

5    can take out Lankford and replace it with Hardeland in

6    light of Hack, and 244.

7          Each of these prior art combinations teaches

8    treating Non-24 by administering tasimelteon 30 minutes to

9    an hour and a half before bedtime.  And because most

10   people don't eat dinner right before they go to bed, it

11   would be obvious that if you were administering the drug

12   shortly before bedtime, the administration is going to be

13   without food as opposed to with food at least some of the

14   time.

15         Furthermore, there are only two choices here.

16   You can administer it with food or you can administer it

17   without food.  And when there are only two clear

18   alternatives, either one of them would be obvious.

19         We also have a third invalidity argument which,

20   like the anticipation argument for the reissue '604

21   patent, is a conditional argument.  And it depends on the

22   position that Vanda takes on infringement.

23         We think that the claim requires nothing more

24   than treating Non-24 by administering tasimelteon without

25   food.  But because that is so plainly obvious, Vanda might

1    try to argue that administering tasimelteon without food

2    is more therapeutically effective than administering it

3    with food, and that the food effect was not obvious.

4         Now, the claim, on its face, does not say

5    anything about efficacy.  But if the Court were to agree

6    with Vanda, that the claim somehow incorporates a notion

7    of improved efficacy, then the claim would be invalid, for

8    lack of written description.  And that is because the

9    specification contains no information suggesting that

10    administering without food is actually better at treating

11    Non-24, than administration with food.

12         And so a skilled artisan reading the

13    specification would not think that the inventors possessed

14    an invention that includes improving efficacy in treating

15    Non-24 by administering without food.  And that is the

16    separate reason why this patent is invalid.

17         All right.  We're down to the last one.

18         The last one is the -- I'm going to leave the

19    method of treatment patents and go to the one

20    product-by-process claim, which is Claim 10 of the '465

21    patent.

22         We intend to put on evidence showing that this

23    patent is invalid as obvious, and due to the failure to

24    name proper inventors.

25         Now, product-by-process claims are a little

1    quirky in that the requirements for establishing

2    invalidity and infringement are not symmetrical.  And

3    that's because this type of claim was originally developed

4    to deal with situations where you had done some reactions

5    and created a new chemical compound, but you weren't sure

6    exactly what the structure of the compound was, so you

7    couldn't identify it by its molecular structure.  And the

8    only practical way to say what you had gotten was to

9    describe the steps you took to create it.

10              All right.  So as a result of that, to show

11   infringement, it's going to be necessary to show that the

12   proposed Teva and Apotex products are made using the

13   claimed process steps, and that the resulting products

14   meet the limitations of the rest of the claim.

15              But to show invalidity, Teva and Apotex just

16   need to show that a product meeting the final description

17   of the product, either existed or would have been obvious

18   in light of the prior art, regardless of how it was made.

19              So one more time.  To show infringement, they

20   have to show that we used the patented process steps.  To

21   show invalidity, we just have to show that the product was

22   obvious.  We don't have to show it was made by those

23   process steps.

24              **THE COURT:**  Mr. Groombridge, do you agree with

25   that?

 1              **MR. GROOMBRIDGE:**  I agree that, as a statement

 2      of product by process patent law, that's generally

 3      correct.

 4              **THE COURT:**  All right.

 5              **MR. GROOMBRIDGE:**  This claim is fairly

 6      complicated.  And --

 7              **THE COURT:**  That's fine.  But you agree with

 8      the principle, at least?

 9              **MR. GROOMBRIDGE:**  The principle.

10              **THE COURT:**  The principle.

11              **MR. GROOMBRIDGE:**  For a product-by-process

12      claim limitation, which is part of this claim, I agree

13      with that.

14              **THE COURT:**  All right.  Thank you.

15              **MR. ROZENDAAL:**  I would point Your Honor for

16      further comfort on this point --

17              **THE COURT:**  No, he said he agrees with you.

18              **MR. ROZENDAAL:**  Okay.

19              All right.  So testimony on the invalidity of

20      the '465 will come from Dr. Robert Perni, who's vice

21      president of research and development at IM Therapeutics.

22      Dr. Perni is a medicinal chemist with more than 30 years

23      of experience in organic and medicinal chemistry and drug

24      development.

25              The asserted --

1          THE COURT:  Is he in the room?

2          MR. ROZENDAAL:  I believe he is.

3          THE COURT:  Did you just testify in front of

4    me?

5          DR. PERNI:  Excuse me?

6          THE COURT:  Did you testify in front of me

7    recently?

8          DR. PERNI:  No, I have not.

9          MR. ROZENDAAL:  The asserted claim is directed

10   to -- and it's a bear.  But it's directed to a composition

11   comprising tasimelteon prepared by a process comprising

12   the steps of contacting and reacting one set of chemicals,

13   then contacting and reacting a second set of chemicals to

14   prepare tasimelteon, wherein the composition comprises

15   0.15 weight percent or less of each a number of

16   impurities.

17          Making tasimelteon with low levels of

18   impurities is an obvious thing to do, not least because

19   the FDA guidelines require low levels of impurities.

20          The FDA's purity requirements, which anyone

21   wanting FDA approval for a drug would know about, rely on

22   guidelines from an organization known as the ICH, which

23   stands for International Council for Harmonisation.

24          And actually, the full name is, the

25   International Council for Harmonisation of Technical

1    Requirements for Pharmaceuticals for Human Use.

2            And as that name implies, the group's mission

3    is to try to get different countries to harmonize their

4    regulatory requirements for pharmaceuticals so that tests

5    done to get regulatory approval in one country can also be

6    used to get regulatory approval in other countries.

7            The FDA relies on ICH guidelines for various

8    aspects of the drug approval process, including what we

9    see here, ICH Q3A, the guideline on the threshold level of

10   impurities, the highest of which, as you can see on the

11   screen, is 0.15 percent.

12           And you will hear testimony from the named

13   inventors of the '465 patent, that the 0.15 percent

14   impurity level in the claim was chosen based on this

15   guideline.

16           I do not think you will hear the inventor say

17   that they invented a new way of making tasimelteon, or

18   even a way to achieve new levels of purification for

19   tasimelteon.  What they did was to identify the chemical

20   structure of the impurities that they found in their

21   manufacturing process at low levels.

22           And to that we say, so what?  Vanda rummaged

23   through the dustbin of history and used routine tests to

24   identify the chemical structures of impurities that had

25   already been reduced to levels so low that nobody cared

1    what the structures of the impurities were.  That is not

2    activity inventive enough to be worthy of a patent.

3          And what is more, the way the claim is written,

4    one doesn't even need to know the structure of the

5    impurities to practice the claim.  One just needs to have

6    highly purified tasimelteon.  As long as the total amount

7    of all impurities is sufficiently low, the level of any

8    given impurity will necessarily be below 0.15 percent.

9          We intend to present two prior art combinations

10   that render this patent obvious.  The first is the ICH Q3A

11   guideline that we just looked at, which provides a strong

12   incentive to keep the level of any given impurity below

13   .15 percent, together with Chinese patent application

14   No. '268, which was published in 2012.  And it shows

15   tasimelteon with impurity level of 99.6 percent.

16         Skilled artisans would have been motivated to

17   combine it with the ICH guidelines, because anyone wanting

18   to make a pharmaceutical product for FDA approval would

19   look to the FDA-approved guidelines.  And taken together,

20   those references disclose highly purified tasimelteon with

21   not more than .15 percent of any impurity.

22         For our second independent obvious combination,

23   we take the same ICH Q3A guideline, but we substitute in

24   the BMS '529 patent, the original patent on the

25   tasimelteon compound from 1999, which I mentioned at the

1    very start of my opening statement today.

2         It shows that tasimelteon could be used for

3    pharmaceutical products, including the treatment of

4    circadian rhythm disorders.  And, again, skilled artisans

5    would have been motivated to combine it with the

6    guidelines, because anyone wanting to make a

7    pharmaceutical product for FDA approval would need to

8    consider the applicable FDA guidelines.

9         Now, there's one other reason why the '465 patent is

10   invalid, and that is that Vanda did not invent the claimed

11   process for making tasimelteon.  People at BMS did that.

12        You can see here on the timeline that we've put

13   together, the priority date for the patent is all the way

14   on the right on in 2014.  One of the batches that BMS

15   manufactured all the way back in February of 1998,

16   16 years earlier, was tested and had total impurities of

17   all kinds of just 0.15 percent.  So there could not have

18   been any individual impurity greater than 0.15 percent.

19        And according to Vanda's reading of the claims, BMS

20   used the claim process to make its tasimelteon.  But even

21   though BMS used the claim process and met the claim purity

22   levels, no BMS scientists are named as inventors on the

23   '465 patent.

24        The omission of the people who actually developed the

25   claimed process steps to achieve the claimed product and

1    then transferred that know-how to Vanda under the 2004

2    license agreement, renders the patent invalid for improper

3    inventorship under Sections 101 and 115.

4        Before leaving the topic of invalidity, I'd like to

5    say a few words about secondary indicia of

6    non-obviousness.

7        Once the Court has heard all the evidence, the Court

8    will realize that the argument on secondary indicia from

9    Vanda are flawed.  But I'd like to focus on one particular

10   flaw now, which is that the alleged secondary indicia have

11   a nexus problem that is created by this '529 patent from

12   BMS on the tasimelteon compound.

13       To illustrate the issue, let's look at DDX1.41.  We

14   can -- Vanda's going to say that they applied for their

15   patents in 2012 or 2014, and that if these had -- and we

16   will have pointed out, by the way, that there was an awful

17   lot of prior art out there before that time.

18       And they're going to say, well, if it was really so

19   obvious, how come nobody else did it first.  The fact that

20   it took so long to get these patents shows that they were

21   really not obvious after all.

22       And that is an inference that doesn't hold up,

23   because the BMS '529 patent is a blocking patent.  It

24   prevents anyone from using tasimelteon without BMS's

25   permission.  And the only company with a license from BMS

1   is Vanda.

2       So the fact that nobody else came out with the

3   claimed invention sooner doesn't show that doing so wasn't

4   obvious, it just shows that as long as the '529 patent is

5   in force, no one else could develop any tasimelteon

6   product regardless of how obvious it would be to do so.

7   And that is a fundamental problem with Vanda's secondary

8   indicia arguments.

9       So to sum up, the evidence will show that all of the

10  asserted patents are invalid and should never have been

11  issued.  Vanda scrambled to come up with patents to try to

12  prolong the life of its tasimelteon monopoly beyond the

13  end of this year, but it came up short.

14      And with that, unless the Court has any questions, I

15  will yield the floor to Mr. Coblentz.

16          **THE COURT:**  All right.  We'll take a break.

17  Come back in ten minutes.

18      (Whereupon, a recess was taken.)

19          **MR. COBLENTZ:**  May it please the Court, my name

20  is Blake Coblentz.  And I, along with our team,

21  Cozen O'Connor, represent the Apotex entities in this

22  case.

23          Now, you've heard Mr. Groombridge and

24  Mr. Rozendaal, they discussed in great detail the asserted

25  claims of the five patents-in-suit in this case.

1          Now, as for defendants' non-infringement case,

2    I'm going to discuss the asserted claims of four of those

3    patents.  But before I get started in defendants' rebuttal

4    arguments, I'd first like to discuss the infringement

5    standard that controls here.

6          Now, Vanda does not allege that defendants

7    directly infringed the method of treatment claims because

8    defendants do not administer tasimelteon to patients.

9          So what are we talking about here?  We're

10   talking about whether defendants, Apotex and Teva, will

11   indirectly infringe the method of treatment claims by

12   inducing infringement --

13        **THE COURT:**  Do me a favor, I'm good on this.

14   There's a few things I'm good on.

15        **MR. COBLENTZ:**  Okay.  I got you.  I got you.

16        Well, I will say, the one thing is, is that we

17   did not hear contributory infringement from

18   Mr. Groombridge.

19        **THE COURT:**  He's not pursuing it.

20        **MR. COBLENTZ:**  And it's our understanding

21   they're not pursuing --

22        **THE COURT:**  Well, let's double-check.

23        **MR. GROOMBRIDGE:**  I think that's correct,

24   Your Honor.

25        **THE COURT:**  Okay.  Good.  So it's off.

 1              MR. COBLENTZ:  All right.  Well, let's move on,

 2     then.

 3              As Your Honor knows, I'm sure, as well, that

 4     when you look at induced infringement for the defendants,

 5     it's a matter of whether we encourage, recommend, promote

 6     or instruct a healthcare provider to use tasimelteon in a

 7     manner that is covered by the method of treatment claims.

 8              Now, for companies like Apotex and Teva whose

 9     products are not yet marketed, the documents that are

10     relevant to this inquiry is the defendants' labels.  And

11     the reason for that is --

12              THE COURT:  We are good on that.

13              You agree with that?

14              MR. COBLENTZ:  All right.

15              MR. GROOMBRIDGE:  I absolutely agree with that.

16              THE COURT:  All right.  Let's go on.  Next

17     point.

18              MR. COBLENTZ:  We'll move on.  All right.

19     So --

20              THE COURT:  I knew you could do this in less

21     than 13 hours.

22              MR. COBLENTZ:  Okay.  We can do it.  All right.

23              THE COURT:  All right.

24              MR. COBLENTZ:  So I'm going to -- I'm going to

25     skip to the positions that we're taking on infringement

1    here.

2           And for the purpose of Claim 3 of the reissue

3    '604 patent, the evidence will show that defendants do not

4    induce infringement for two separate reasons.

5           Now, neither Vanda's Hetlioz label or

6    defendants' labels, which are substantially similar to

7    Vanda's labels for the purposes of this infringement

8    inquiry, neither one of them say anything about entraining

9    a Non-24 patient to a 24-hour sleep/wake cycle.  And they

10   don't say anything about a Non-24 patient taking

11   tasimelteon will sleep for approximately seven-to-nine

12   hours.

13          Now, specifically looking at Claim 3 of the

14   reissue '604 patent, we saw earlier it depends from

15   Claim 1.  And if we look at Claim 1 here, it requires a

16   method of entraining a patient suffering from Non-24 to a

17   24-hour sleep/wake cycle.

18          Now, stopping right there, we have to ask the

19   question whether defendants' labels induce this limitation

20   of the claim.  And the evidence will show that defendants'

21   labels do not include any of the words "entrain,"

22   "entraining," "entrainment" or "synchronize" anywhere in

23   their labels.

24          Now, if we look at Apotex's and Teva's drug

25   labels, you will hear from our expert Ms. Jaskot.

1      **THE COURT:**  Let me stop you.  Is there any case

2   law on this issue?

3      In other words, the label doesn't mention the

4   condition or the word.  And in an ANDA case, does that

5   mean you win?  Or, I mean, is there a case -- anybody

6   address this in the Federal Circuit?

7      **MR. COBLENTZ:**  I think there is some case law

8   on this particular point.  I think that in this particular

9   case, when we're looking at whether defendants' labels

10   say, you know, entrainment or anything other than --

11      **THE COURT:**  It's undisputed.  It doesn't say

12   it.

13      **MR. COBLENTZ:**  Right.

14      **THE COURT:**  Right.  What do the cases say?

15      **MR. COBLENTZ:**  Well, I think the -- I mean, the

16   cases support us here.  And the cases will say that, you

17   know, when it's not mentioned in the labels, the

18   defendants, you know, aren't promoting or encouraging the

19   infringing use.

20      **THE COURT:**  So does it literally look for the

21   word?

22      **MR. COBLENTZ:**  Well, not necessarily look for

23   the word, but anything that would -- that even, you know,

24   comes close to that.

25      **THE COURT:**  What's the best case you would cite

1    to me?

2              MR. COBLENTZ:  I'd have to think -- I'd have to

3    think about that.

4              THE COURT:  Mr. Groombridge, you think the case

5    law requires the word to be used?

6              MR. GROOMBRIDGE:  Absolutely not, Your Honor.

7              THE COURT:  What's the best case you can think

8    of that supports your position?

9              MR. GROOMBRIDGE:  Well, one that comes to mind

10   is *AstraZeneca vs. Apotex*, which is the first of the

11   "encourage, recommend and promote" cases.  It's a Federal

12   Circuit 2010, having gone back to look at it with respect

13   to the word.

14             But the gravamen of that holding is that you

15   look at whether the -- if people follow the label, will

16   they be practicing the method.  And in that case, it was

17   found that they would.  And that supported --

18             THE COURT:  All right.  But do you have any

19   case where -- what I'm looking for is something more

20   specifically the issue boiled down to the magic words were

21   not used.  You know, the condition or the activity that

22   was -- that's identified specifically in the claim, it's

23   not used, where that issue has been grappled with.

24             MR. GROOMBRIDGE:  I am not aware of a case that

25   grappled with the issue of a precise word.

1          **THE COURT:**  Okay.  Are you?

2          **MR. COBLENTZ:**  I am not aware at this time.

3          **THE COURT:**  Okay.  All right.  Thank you.

4          **MR. COBLENTZ:**  Now, getting back, if we look at

5    Apotex's and Teva's drug labels, you will hear from

6    Ms. Jaskot that FDA regulations strictly require the same

7    language that is present in Vanda's FDA-approved label for

8    Hetlioz.

9          Now, Ms. Jaskot, she's an expert in FDA

10   regulations of branded and generic drug products.  And she

11   has more than 30 years of experience.  And you will hear

12   from Ms. Jaskot that the evidence will show there's good

13   reason the words "entrain," "entraining," "synchronize" --

14   there's good reason they do not appear in Vanda's labels

15   or defendants' labels.

16         Now, you're also going to hear from

17   Dr. John Winkelman.  He's the founder and chief of the

18   sleep disorders clinical research program at Mass General

19   Hospital.  He's a professor at Harvard Medical School.

20   He's got 30-plus years of experience diagnosing and

21   treating sleep disorders.

22         And he's going to tell you -- based on this

23   30 years of experience, he will testify about how

24   physicians who treat Non-24 interpret these labels for

25   tasimelteon.  And he will say why those labels do not

1    instruct a physician, such as himself, to use tasimelteon

2    in a way that practices Claim 3 of the RE604 patent.

3            And Dr. Winkelman will specifically discuss

4    that with medicine, there are drugs that can treat the

5    symptoms of a condition, and there are those that can

6    treat the cause of the condition.

7            Now, one example that you will hear

8    Dr. Winkelman talk about is treatments for insomnia.  And

9    that's -- you can have a treatment of the underlying cause

10   of the insomnia, which might be with a drug called

11   fluvoxamine, which we'll hear a lot about at this

12   trial.  And that will be treating the anxiety or the

13   depression, which is -- would be the underlying cause of

14   the insomnia.

15           On the other hand, there are drugs like Ambien

16   that treat the symptoms of the insomnia, which is, you

17   know, sleep depravation.  And the evidence will show that

18   Vanda tried to get entrainment in the -- entrainment

19   endpoints put in their label, and the FDA wouldn't let

20   them do it.

21           Now, in the case of Hetlioz, the evidence will

22   show that Vanda sought approval of its Hetlioz product

23   from the FDA.  It sought approval of two surrogate

24   endpoints that Vanda informed the FDA would be measures of

25   entrainment.

1          Now, those two endpoints that Vanda sought

2     approval for, they are biomarkers.

3          Now, what is a biomarker?  It's basically a

4     biological molecule found in the blood, or other body

5     fluids, that is assigned a specific process.

6          And in this case for Vanda, those biological

7     molecules, that they informed the FDA were measures of

8     entrainment, were a melatonin metabolite.  Something in

9     this case that you will see referred to as aMT6s, and

10    cortisol.

11         And as you see in Slide 51 here, the FDA found

12    that the entrainment biomarkers, that they could not --

13    Vanda could not use those entrainment biomarkers in lieu

14    of the primary clinical outcomes, which are the sleep

15    outcomes.

16         And the evidence will show that the FDA

17    repeatedly rejected Vanda's entrainment endpoints, and

18    instead they accepted the clinical sleep endpoints that

19    measured the improvement of the symptoms associated with

20    Non-24.

21         Now, I know this is a little busy, but the

22    point that we're trying to get across here is that Vanda

23    tried to get FDA approval.  When they tried to get FDA

24    approval for these entrainment endpoints, they tried to

25    get these entrainment measurements put in the label,

1    this -- these aMT6s and this cortisol.

2            But they failed in that effort.  And the FDA

3    did not allow Vanda to put that entrainment information in

4    the actual approved label for Hetlioz.  And because of

5    this, the only clinical data that appears in Vanda's and

6    defendants' labels is the clinical data that relates to

7    improvement in sleep.

8            And as you see here, the only clinical data

9    presented in the Hetlioz label is nighttime sleep time and

10   daytime naptime, which are clinical sleep endpoints.

11   They're not entrainment endpoints.  And because of this,

12   the evidence will show that Vanda's sales representatives

13   are prohibited by FDA regulations from promoting Hetlioz

14   for the treatment of Non-24 by entraining people.

15           Now, you'll hear from defendants' expert,

16   Dr. Winkelman, and he'll testify that the assessment of

17   the nighttime sleep time and daytime naptime that appears

18   in the drug labels, that's directed to the symptomatic

19   treatment of Non-24 patients, not the entrainment of the

20   Non-24 patients.

21           Now, this is further supported by how Vanda

22   references its endpoints in its own documents, like the

23   clinical trial study documents, and the RE604 patent.

24           And if we look at the clinical study report

25   from the -- what you've already heard about, was the SET

1    study, Vanda distinctly separated out the entrainment

2    endpoints from the clinical symptomatic endpoints.

3            Now, in the primary objectives section of this

4    clinical study report, it's -- Vanda specifically labeled

5    entrainment as pertaining to the aMT6s rhythm.  And that's

6    that melatonin metabolite that we discussed earlier.

7            And then they go on to Point 2 in the primary

8    objectives, and they mention this Non-24 clinical response

9    scale, which is N24CRS.  And that -- the evidence will

10   show that is a sleep endpoint, not an entrainment

11   endpoint.

12           And if we move to the secondary objectives in

13   this clinical trial study, or report, what we see here is

14   that for the entrainment endpoints, in the bullet below,

15   they mention urinary cortisol, which we talked about

16   earlier.  But what they did not call as entrainment is the

17   total nighttime sleep, which is labeled here as the

18   LQNTST, or the daytime nap period, which is labeled here

19   as the UQDTSD.  Those aren't labeled as entrainment

20   endpoints here.

21     And the same is true for the reissue '604 patent.

22   And if we look at the reissue '604 patent, which has been

23   discussed a lot today, Vanda distinctly separated out the

24   entrainment endpoints from the clinical symptomatic

25   endpoints.

1      Now, we're looking at Table 1A and Table 1B

2    from the RE604 patent here.  And you see here that when

3    looking at these specific endpoints, the entrainment

4    parameters, aMT6s and the cortisol, are distinctly labeled

5    "entrainment."  Whereas the sleep parameters, the N24CRS

6    and the LQNTST, UQDTSD, they're not labeled with that term

7    "entrainment."

8      Now, to the extent that Vanda tries to go

9    outside of its label to prove induced infringement here,

10   it fares no better.  Because as Dr. Winkelman will

11   explain, the clinical trial data demonstrates that Non-24

12   patients taking tasimelteon, that showed clinical

13   symptomatic improvement --

14         **THE COURT:**  I thought they can't go outside

15   their label to prove inducement.

16         **MR. COBLENTZ:**  And we agree, Your Honor.

17         **THE COURT:**  Well, I think Mr. Groombridge has

18   already just said that.  So why are we talking about that?

19         **MR. COBLENTZ:**  Well, we -- what we want to

20   demonstrate here is that even if we looked at the data of

21   the patent --

22         **THE COURT:**  But why am I doing it if the law

23   prohibits it?

24         **MR. COBLENTZ:**  Well, we agree.  We agree that

25   we should --

 1          **THE COURT:**  So then, I'm not -- then why are we

 2     spending any time on it at all?

 3          **MR. COBLENTZ:**  Well, we just wanted to

 4     demonstrate that in the case of how tasimelteon treats a

 5     Non-24 patient, that it's not necessarily synonymous with

 6     entrainment.  That because, what we see here is that -- we

 7     see here that double the patients had better sleep than

 8     they did entrainment.

 9          And so in this particular case, entrainment is

10     not synonymous with better sleep.

11          And so what you are going to see in the label

12     is you're going to see the focus is specifically on the

13     sleep parameters, this LQTST and this UQDTSD, which is the

14     daytime sleep time -- or daytime sleep time and the

15     nighttime sleep time.

16          And so the point here is is that that is not --

17     those are not variables.  Those are not parameters of

18     entrainment.  They are just parameters of sleep, and the

19     patients can experience better sleep without actually

20     being entrained, if that makes sense.

21          But I will move on.

22          Now, the second reason that defendants do not

23     infringe Claim 3 of the RE604 patent is based on the

24     requirement that the patient awakens at or near a target

25     wake time following a daily sleep period of approximately

1    seven-to-nine hours.

2            Now, Vanda and defendants, we disagree about

3    the "plain and ordinary" meaning of what this term means.

4    Defendants maintain that this phrase means that the

5    patient is mostly asleep for that seven-to-nine hours,

6    allowing for times where a patient may awake during that

7    period, for example, to maybe go to the bathroom or take a

8    sip of water.

9            Now, if we look at Vanda's definition that was

10    provided by Dr. Combs, there is this requirement for

11    increased sleepiness.  And this increased sleepiness leads

12    to a result that a patient may never actually sleep during

13    this seven- to nine-hour period of time.  Increased

14    sleepiness is not a part of Claim 3 or Claim 1 of the

15    RE604 patent, and Dr. Winkelman is going to testify to

16    this.

17            If you listen to his analysis, that under

18    Vanda's definition, even if a patient does not sleep a

19    wink during that seven-to-nine hours, but just experiences

20    increased sleepiness, it would still meet the definition

21    that Vanda has provided here.

22            But regardless of that, and regardless of which

23    definition that is used here, the drug labels say nothing

24    about a daily sleep period of seven-to-nine hours.  The

25    only information in the label that talks about the amount

1    of sleep is in the clinical trial section of the label.

2    And there, patients on tasimelteon, they slept an average

3    of 50 minutes longer on the 25 percent worst nights of

4    sleep.  So that's taking the patients from three hours and

5    15 minutes of sleep to about four hours and five minutes

6    of sleep.

7                And noticeably, I mean, it's not high math to

8    understand that that is not equal to seven-to-nine hours

9    of sleep.  There is nothing in the label about how long

10   patients set aside to sleep at night.  There is nothing in

11   the label about consolidating sleep to a seven- to

12   nine-hour period.  There's nothing in the label about

13   waking up at a target wake time.  There's nothing in the

14   label about a goal or an aspiration that Non-24 patients

15   that are taking tasimelteon may sleep seven-to-nine hours.

16               And for these reasons, Your Honor, there is no

17   infringement of Claim 3 of the reissue '604 patent.

18               Now, the third reason defendants do not

19   infringe relates to these two asserted patents that are

20   involved in -- they are the drug-drug interaction patents;

21   the Claim 14 of the '829 patent; Claim '910 -- or Claim 4

22   of the '910 patent.

23               And these specific claims require three

24   specific steps that are done in this order.  And it's

25   basically the patient has to be taking a strong CYP1A2

1    inhibitor or a CYP3A4 inducer, which the claim says is

2    rifampin –– we've already heard that Rifampicin and

3    rifampin are the same thing –– and then to discontinue the

4    treatment with the strong CYP1A2 inhibitor or rifampicin,

5    and then, and only then, administer tasimelteon.

6            Now, these claims further specify that the

7    CYP1A2 inhibitors are the drugs fluvoxamine, verapamil,

8    and Cipro.  And the CYP3A4 inducer is rifampicin.

9            Now, these drugs treat very serious conditions.

10    Fluvoxamine, for instance, it treats major depressive

11    disorder and it also treats OCD.  Verapamil treats cardiac

12    conditions.  Cipro treats bacterial infections.  And

13    rifampicin treats conditions like tuberculosis, leprosy,

14    and Legionnaires' disease.

15            Apotex's and Teva's labels do not induce a

16    prescriber or a patient to infringe these claims.  The

17    defendants' labels contain the same drug interaction

18    information as the Hetlioz label.  And all the labels say

19    is to avoid coadministration –– coadministering a strong

20    CYP1A2 inhibitor with tasimelteon or a strong CYP3A4

21    inducer with rifampicin.

22            Importantly, the labels don't instruct

23    prescribers on how to avoid that coadministration and

24    certainly don't instruct prescribers to follow the

25    specific ordered steps in the patent claims.

1            Now, there are a number of ways that a

2       prescriber can follow the instructions on the label and

3       not adhere to the ordered steps in the patent claims.  The

4       evidence in this case will show that it is -- it would be

5       very, very unusual if you were to discontinue a patient on

6       a medication that is treating serious conditions like OCD

7       or a serious bacterial infection or a cardiac condition or

8       tuberculosis just to put them on tasimelteon so that they

9       could sleep better.

10           Now, the point we're making here is that

11      instruction on an FDA label not to use tasimelteon

12      together with another drug is not the same thing as an

13      instruction to discontinue the other drug.  And that's

14      just as an instruction saying not to use a particular

15      medicine while pregnant or nursing is not an instruction

16      to discontinue being pregnant or discontinue being

17      nursing.

18           In other words, defendants' labels are agnostic

19      as to whether the physician takes the infringing route of

20      discontinuing the other medicine and then administering

21      tasimelteon, or the noninfringing route of continuing the

22      medicine and refraining from administering tasimelteon.

23           And this is a distinction that is legally

24      important because the case law is clear that the FDA label

25      that describes or acknowledges an infringing use but does

1    not specifically encourage that use does not actively

2    induce infringement.  And the leading case on this is a

3    case called *HZNP Medicines v Actavis Laboratories*, 940

4    F.3d 680, and it was decided by the Federal Circuit in

5    2019.  And for these reasons, there is no infringement of

6    Claim 14 of the '829 patent and Claim 4 of the '910

7    patent.

8               Now, there was one additional

9    method-of-treatment patent that was mentioned earlier that

10   was the '487 patent.  And Apotex and Teva have both

11   stipulated to infringement of the only asserted claim of

12   that patent which requires administering 20 milligrams of

13   tasimelteon to a Non-24 patient without food.  And our

14   labels do, indeed, say to take the drug without food.  So

15   if that claim is held valid, we -- you know, Apotex and

16   Teva would indirectly infringe it.

17              Now, when our labels encourage what the claims

18   require, we admit it.  But the exception -- but for the

19   exception of that one claim, the evidence will show that

20   defendants' labels do not actively induce infringement of

21   the method of use claims.

22              Now, the last patent I want to discuss is a

23   patent that's not like the rest of these, and I think

24   you've heard of that multiple times.  It's the '465

25   patent.  And it's not like the method-of-treatment

1     patents.  But you heard Mr. Groombridge talk about the

2     impurities.  But what we're going to focus on for the

3     noninfringement case for defendants is something

4     different.

5               Now, this is a product-by-process patent that

6     requires manufacturing tasimelteon by a specific process

7     that requires contacting and reacting a carboxamide with

8     both a reducing agent and an acid.  Now importantly, the

9     words to the claims itself requires that this be done in a

10    single step.

11              Now, defendants' expert in organic and

12    medicinal chemistry, Dr. Robert Perni, he has analyzed

13    both Apotex's and Teva's methods producing tasimelteon.

14    And in both cases, the carboxamide contacts the reducing

15    agent and the carboxamide never contacts and reacts with

16    the acid.  Instead, the product of the reaction between

17    the carboxamide and the reducing agent, it makes

18    methanamine.  And it's the methanamine that separately

19    reacts with the acid to form the methanamine sulfate.

20    Therefore, the series of steps used by Apotex and Teva,

21    they do not infringe the claim as written.

22              Now, once you've heard all the evidence, we ask

23    the Court to enter judgment that all the asserted claims,

24    except for Claim 5 of the '487 patent, are not infringed

25    and that all the asserted claims are invalid.

*Polymeropulos – Direct*

1    Now, the last thing I want to say is that our

2    client wished that they could be here today.  She gave me

3    permission to say this, but over the weekend her daughter

4    was diagnosed with Covid so she had to stay home with her

5    daughter.  This is Ms. Kalinina.  But she intended to be

6    here today and cannot.

7    And the last thing I want to do is introduce

8    our team from Cozen O'Connor.  We have Aaron Lukas, Kerry

9    McTigue, Barry Golob, Keri Schaubert, Derek Gretkowski,

10   and Kaan Ekiner, and we look forward to presenting the

11   evidence at trial.

12   **THE COURT:**  Okay.  Thank you.  And tell your

13   general counsel we understand, and send her daughter our

14   best wishes.

15   All right.  Ready to start the case?

16   **MR. GROOMBRIDGE:**  Yes, Your Honor.  Vanda calls

17   as its first witness Dr. Mihael Polymeropoulos.

18   May we approach?

19   MIHAEL POLYMEROPOULOS, MD, having been called as a

20   witness, being first affirmed or duly sworn under oath,

21   testified as follows:

22   DIRECT EXAMINATION

23   **BY MR. GROOMBRIDGE:**

24   **Q.**   Dr. Polymeropoulos, where are you from?

25   **A.**   I'm originally from Greece.

*Polymeropoulos – Direct*

1    **Q.**   And how long have you lived in the United States?

2    **A.**   About 38 years.

3    **Q.**   Could you please tell us your role at Vanda.

4    **A.**   I am the founder and chief executive officer of

5    Vanda.

6    **Q.**   And have you held that position essentially since the

7    company was created?

8    **A.**   Yes, since 2003.

9    **Q.**   And what is your educational background?

10   **A.**   My background is I studied medicine in Greece and

11   moved to the US to do research at the National Institutes

12   of Health, where I spent about 15 years studying molecular

13   -- bacterial genetics, and then onto study the human

14   genome in the human genome project, identifying diseases,

15   developing genetic markers, including forensic markers.

16          And from there, I moved on to work at Novartis.

17   **Q.**   Let me just pause for a moment.

18          Before you went -- what year did you go to Novartis?

19   **A.**   That was '98.

20   **Q.**   And, Dr. Polymeropoulos, have you been a practicing

21   physician in the United States?

22   **A.**   Yes, I have.  I studied psychiatry and practiced

23   psychiatry up until 2003.

24   **Q.**   And did you, in that capacity, actually see patients?

25   **A.**   Yes.

*Polymeropoulos – Direct*

1    **Q.**   Now, have you published the results of research,

2    scientific research that you have done?

3    **A.**   Yes, extensively with a little over 150 publications

4    and peer-reviewed journals.

5    **Q.**   How did it come about that you left the National

6    Institutes of Health and went to Novartis?

7    **A.**   In the years of about '97, '98, I led a team.  We

8    discovered the first gene for Parkinson disease.  And the

9    reaction I got from patients --

10               **THE COURT:**   What?  The first what for Parkinson

11   disease?

12               **THE WITNESS:**   Gene.

13               **THE COURT:**   The first gene for Parkinson

14   disease.

15   **BY MR. GROOMBRIDGE:**

16   **Q.**   While we are on that point, since His Honor asked,

17   did that attract any attention in the wider world?

18   **A.**   Absolutely.  In fact, so many years later, it has

19   changed the way people think about Parkinson disease and

20   the molecule identified which is now the target of

21   extensive development, drug efforts.

22   **Q.**   Now, anyway, please continue telling us how it came

23   about that you joined Novartis.

24   **A.**   Yeah.  I was working with a number of families that

25   contributed to this research.  And while they were excited

1    about the discovery, also they were very anxious to see

2    how they can translate that in their families.  And the

3    opportunity came up to go to Novartis and build the

4    department of pharmacogenetics and be involved much closer

5    now to being in products to patients.

6    **Q.**    Just so the record is clear, what is Novartis?

7    **A.**    Novartis is a international pharmaceutical company

8    based in Switzerland.

9    **Q.**    How long did you remain with that company?

10    **A.**    I remained there for five years.

11    **Q.**    Just in very general terms, what did you do while you

12    were there?

13    **A.**    My title was vice president, head of

14    pharmacogenetics, and I build an international group

15    studying the genetic factors that affect drug response

16    across the entire portfolio of products from Novartis.

17    **Q.**    And how did it come about that you left Novartis?

18    **A.**    Well, it was after September 11, 2001, that I made a

19    decision I wanted to build a US-based company and advance

20    my interest and drive development on my own.

21    **Q.**    And did that eventually lead to the creation of

22    Vanda?

23    **A.**    Correct, in 2003.

24    **Q.**    And how did Vanda come into being?

25    **A.**    I cofounded the company with a venture capital firm

*Polymeropoulos - Direct*

1    based in Princeton.  And we tried to identify potential

2    compounds that may have failed in the hands of other large

3    pharmaceutical companies and bring them in and try to

4    identify uses for them.

5    **Q.**    And has that continued to be Vanda's business model

6    up until today?

7    **A.**    Correct.

8    **Q.**    And how did it come about that Vanda got involved

9    with development work on the molecule tasimelteon?

10   **A.**    One of our colleagues in the venture capital firm

11   knew of the business development team on the Bristol-Myers

12   Squibb.  And we contacted them to see whether they have

13   any compounds that they would be interested in licensing,

14   and one of them was what is now known as tasimelteon.

15   **Q.**    How did the interaction with Bristol-Myers Squibb

16   proceed after that initial contact?

17   **A.**    Yeah.  We signed a confidentiality nondisclosure

18   agreement to get access to some documents that would allow

19   us due diligence to decide whether or not we'll proceed

20   with a licensing discussion.

21   **Q.**    And having signed that confidentiality agreement,

22   what did Vanda do, if anything, to evaluate tasimelteon?

23   **A.**    It was, what we call it, a due diligence in a number

24   of critical documents, including the investigators

25   brochure, clinical trial data, and evaluation of the stage

*Polymeropoulos – Direct*

1    of manufacturing development.

2    **Q.**    And let me ask you, please, to turn in the white

3    binder in front of you to the first document, which should

4    be Plaintiff's Trial Exhibit 613.

5        Do you have that?

6    **A.**    Yes.

7    **Q.**    Do you recognize this?

8    **A.**    I do.

9    **Q.**    What is it?

10   **A.**    That is the BMS investigative brochure, or BMS

11   21-4778, which is now known as tasimelteon.

12   **Q.**    Was this a document that was provided to you by BMS,

13   as you described just now?

14   **A.**    Correct.

15        **MR. GROOMBRIDGE:**    Your Honor, we offer

16   Plaintiff's Exhibit 613 into evidence.

17        **MR. MILLIKEN:**    No objection, Your Honor.

18        **THE COURT:**    It's admitted.

19        (Plaintiff's Exhibit 613 admitted into

20   evidence.)

21        **MR. GROOMBRIDGE:**    Could you put the first page

22   of that exhibit up on the screen, please.  And let's

23   enlarge the title.

24   **BY MR. GROOMBRIDGE:**

25   **Q.**    Dr. Polymeropoulos, what is the reference to BMS

*Polymeropoulos – Direct*

1    21–4778?

2    **A.**    That is a molecule known as tasimelteon.

3    **Q.**    Was that the code name by which BMS referred to

4    tasimelteon?

5    **A.**    Correct.

6    **Q.**    What does it mean that it was melatonin agonist?

7    **A.**    That it could bind to melatonin receptors and

8    increase their activities.

9    **Q.**    Could you tell us what is a melatonin receptor?

10    **A.**    A melatonin receptor is a receptor in the cell

11    surface of many cells.  It belongs in a family of the

12    G–protein–coupled receptors.

13    **Q.**    And in the body, is that where naturally occurring

14    melatonin will attach?

15    **A.**    It will attach to initiate the downstream signals.

16    **Q.**    Would those downstream signals be relevant in any way

17    to sleep?

18    **A.**    Correct.  We know that melatonin plays a role in

19    regulation of circadian rhythms.  And one of the most

20    well–known circadian rhythms is the sleep/wake cycle.

21    **Q.**    Now, this document is called an Investigator

22    Brochure.

23        What is that in the context of pharmaceutical drug

24    development?

25    **A.**    In the course of conducting clinical studies, the

*Polymeropulos – Direct*

1   data up to that point are presented in summary form to the

2   investigators who conduct the study to familiarize them

3   with a drug.

4   **Q.**   Now I'd like to turn, please, to Page 13 of this

5   document.  And just for clarity, Dr. Polymeropoulos, I

6   will be referring to the trial exhibit page numbers that

7   are in the center bottom of the document.

8   **A.**   Okay.

9   **Q.**   Do you have Page 13?

10  **A.**   Yes.

11  **Q.**   Now, I see there there's some handwritten notations.

12       Do you know who made those?

13  **A.**   I did.

14  **Q.**   And what was the context in which you were annotating

15  this document?

16  **A.**   Actually, I recall this being a printed material that

17  I had received during my visit in Princeton under this

18  confidentiality nondisclosure agreement.  I was reading

19  this on the train back to Washington, D.C., taking notes.

20  **Q.**   And, for example --

21       **MR. GROOMBRIDGE:**  Let's enlarge the first two

22  lines under "Pharmacology," Mr. Weir, please.  Not

23  "pharmacy," "pharmacology," lower in the page.

24  **BY MR. GROOMBRIDGE:**

25  **Q.**   Why did you circle MEL1A and MEL1B receptors?

*Polymeropoulos - Direct*

1    **A.**    To identify which receptors does this compound have

2    affinity for.  And MEL1A and MEL1B are two of the

3    receptors that the endogenous melatonin is known to

4    activate.

5            **MR. GROOMBRIDGE:**  Let's turn, please, to

6    Page 19 of the document.  And Mr. Weir, please enlarge the

7    second part of the paragraph in the middle of the page.

8    **BY MR. GROOMBRIDGE:**

9    **Q.**    Dr. Polymeropoulos, did you draw the boxes around the

10   phrases "acute phase shifting" and "chronic

11   reentrainment"?

12   **A.**    I did.

13   **Q.**    And why?

14   **A.**    It was of interest that in the experiment described

15   above with BMS 21-4778, the advanced, it appeared that the

16   compound was active in acute phase shifting and what we

17   discuss as chronic reentrainment, and suggesting that they

18   have circadian capabilities.

19   **Q.**    What did you understand "acute phase shifting" to

20   mean?

21   **A.**    A shift to the circadian phase after a single or

22   acute administration.

23   **Q.**    And is "acute" contrasted with "chronic," meaning

24   repeated?

25   **A.**    Correct.

*Polymeropoulos – Direct*

1    **Q.**   What do you understand "chronic reentrainment" to

2    mean in the context of these experiments?

3    **A.**   Most probably learned an ability of a chronic

4    circadian effect in a rat model where entrainment was

5    compromised but then -- that's it.

6    **Q.**   And what is the difference between reentrainment

7    versus just plain entrainment in this context?

8    **A.**   Well, I'm not sure exactly what they mean by

9    "reentrainment," and different people may use it

10   differently.

11          Entrainment in the context of a 24-hour rhythm is

12   entrainment to the desired 24-hour rhythm.  So if someone

13   has a rhythm that is longer than 24, would like to entrain

14   them to 24.

15          **MR. GROOMBRIDGE:**  Let me ask you to turn,

16   please, to Page 47 of this document.  And Mr. Weir, when

17   you get there, please enlarge the three lines at the top.

18   **BY MR. GROOMBRIDGE:**

19   **Q.**   Do you see there, Dr. Polymeropoulos, that you put an

20   annotation on this sentence that reads BMS 21-4778 was

21   primarily metabolized by CYP1A2, 1A2, 2D6 and 2C9.

22          Why was that of interest to you?

23   **A.**   It was another set of complexity that would have to

24   be investigated with these four systems named as

25   potentially metabolizing 21-4778.

*Polymeropoulos – Direct*

1   **Q.**   Why would that be a source of complexity.

2   **A.**   Because we would need to understand the relative

3   contribution, if any, of each one of them in the human,

4   and by that the effect that inhibitors and inducers of

5   these enzymes may effect the levels of the drug that could

6   affect the effect of the drug.

7   **Q.**   When you say "relative contribution," please explain

8   what you mean.

9   **A.**   Yeah.  They're noting four different systems with a

10  potential of metabolizing.  We don't know if 90 percent of

11  the drug is metabolized through 1A1 and then the rest of

12  the 10 percent through the other systems.

13       And that is critical because, for example, there are

14  four systems, and if one of them could create capacity of

15  25 percent, the worst-case scenario would be a 25 percent

16  alteration if one of the systems was perturbed.  So we

17  would have to understand the relative contribution of each

18  one of them.

19  **Q.**   And I notice in the next sentence, it lists various

20  enzymes that, according to this sentence, did not

21  metabolize BMS 21-4778.

22       Do you see that?

23  **A.**   I do.

24  **Q.**   And do you see that the last one listed is 3A4?

25  **A.**   Correct.

1   **Q.**   Is that CYP3A4?

2   **A.**   Yes.

3   **Q.**   With the knowledge we have now, is it correct that

4   the statement is wrong?

5   **A.**   Yes.  That is an incorrect statement.

6   **Q.**   Now, let's turn, please, to the next document which

7   should be JTX-064.

8        Let me ask you, do you recognize that?

9   **A.**   I do.

10  **Q.**   What is it?

11  **A.**   That is the clinical study report for BMS study

12  CN116004 that was a primary insomnia in the elderly.

13  **Q.**   Was this likewise a document that you received from

14  BMS as part of the due diligence?

15  **A.**   Correct.

16       **MR. GROOMBRIDGE:**  Your Honor, we offer JTX-64

17  into evidence.

18       **MR. MILLIKEN:**  No, objection, Your Honor.

19       **THE COURT:**  It's admitted.

20       (JTX-64 is admitted into evidence.)

21       **MR. GROOMBRIDGE:**  Let's put that up on the

22  screen, please, Mr. Weir.  And just enlarge the

23  highlights, please -- enlarge the title, please.

24  **BY MR. GROOMBRIDGE:**

25  **Q.**   And what is this referring to, Dr. Polymeropoulos?

*Polymeropoulos - Direct*

1    **A.**    It refers to the design of the study,

2    placebo-controlled double-blind study of three fixed doses

3    of compound in the treatment of elderly patients with

4    insomnia.

5    **Q.**    And what was the hypothesis underlying this clinical

6    trial, as you understand it?

7    **A.**    The hypothesis was that insomnia that is quite often

8    seen in the elderly may have a circadian causation, and a

9    circadian regulator could have a therapeutic effect.

10   **Q.**    What was the outcome of this clinical trial by BMS?

11   **A.**    The trial failed to prove this hypothesis.

12   **Q.**    And in the due diligence as a result of that, did you

13   find out what had happened next with BMS after this trial

14   failed?

15   **A.**    BMS lost interest in the compound after this failure

16   and stopped development.

17   **Q.**    Did Vanda enter into an agreement with BMS with

18   respect to tasimelteon?

19   **A.**    Vanda did, yes.

20   **Q.**    And what were the salient terms of that agreement?

21   **A.**    It was a small upfront payment of half a million

22   dollars.  And in exchange, we'll get all the documents

23   that were prepared and information up until this point,

24   and then Vanda would have obligations for certain

25   milestones as the compound moved along in development and

*Polymeropoulos - Direct*

1    commercialization.

2    **Q.**   And when you characterize the upfront payment as

3    small, why is that?

4    **A.**   It was a payment reflective of the lack of interest

5    or BMS's understanding of value within this program.  And

6    the half a million was really a token for their paperwork

7    and licensing documents.

8    **Q.**   Now, let me ask you to turn to the next document in

9    the binder, which should be JTX-111.

10       Do you have that?

11   **A.**   Yes.

12   **Q.**   And do you recognize this?

13   **A.**   I do.

14   **Q.**   What is it?

15   **A.**   This is a summary of an internal Vanda assessment of

16   BMS 14478 before licensing in order to make an internal

17   decision whether to license or not.

18   **Q.**   And did you participate in that decision-making

19   process?

20   **A.**   Yes, I did.

21          **MR. GROOMBRIDGE:**  Your Honor, we offer JTX-111

22   into evidence.

23          **MR. MILLIKEN:**  No objection.

24          **THE COURT:**  All right.  It's admitted.

25          (JTX-111 is admitted into evidence.)

*Polymeropoulos - Direct*

1    **BY MR. GROOMBRIDGE:**

2    **Q.**   Let me ask you to turn, please, Doctor, to Page 10 of

3    this document.  And let's start with --

4            **MR. GROOMBRIDGE:**  Please, let's enlarge the

5    section headed Indications.

6    **BY MR. GROOMBRIDGE:**

7    **Q.**   Dr. Polymeropoulos, it says there:  Evidence from

8    clinical studies suggests that -- let's just call it

9    tasimelteon -- has chronobiotic properties in humans as

10   well as animals.

11        What does chronobiotic mean in this context?

12   **A.**   Chronobiotic refers to what I talked about earlier,

13   circadian capabilities; meaning that it may be able to

14   adjust the circadian rhythm.

15   **Q.**   And do you see there, there's also a reference to

16   something called DLMO.

17        What is that?

18   **A.**   That is a reference to dim light melatonin onset, and

19   it indicates the timing of the initial increase of

20   nighttime melatonin.

21   **Q.**   And similarly, what does "Tmin" mean in this context?

22   **A.**   It refers to the time minimum.

23           **MR. GROOMBRIDGE:**  Now, let's take that down,

24   please, Mr. Weir, and let's highlight the next paragraph

25   headed 4.1.

1    **BY MR. GROOMBRIDGE:**

2    **Q.**    And what does CRSD stand for here?

3    **A.**    It stands for circadian rhythm sleep disorders.

4    **Q.**    And you see it says there are seven recognized

5    subtypes.

6           Would you agree with that?

7    **A.**    Correct.

8    **Q.**    And one of those is something called "shiftwork sleep

9    disorder" or SWSD.

10          What is that?

11   **A.**    It is a sleep disorder that occurs due to the change

12   in sleep schedules due to shiftwork.

13   **Q.**    And another one is jetlag type.  What is that in the

14   context of circadian rhythm disorders?

15   **A.**    It's the sleep-wake disorder caused by the rapid

16   transition across time zones, like jet travel.

17   **Q.**    And I notice that the condition known as Non-24 is

18   not called out in the list here.

19          Is there a reason for that?

20   **A.**    The reason that we saw it separately is because it is

21   the one caused by endogenous lesions and does not have an

22   external stimulus to cause it.

23   **Q.**    And is that by contrast to all the other ones?

24   **A.**    Correct.

25   **Q.**    Now, it states there, beginning on the fifth line:

*Polymeropolos – Direct*

1    Vanda plans to initially develop BMS 214778 for the

2    treatment of SWSD and jetlag-type sleep disorder.

3        Was that a correct statement?

4    **A.**    That is correct.

5    **Q.**    Why did you pick those two as the ones that you

6    wanted to target, those two conditions?

7    **A.**    Because we believed that the study of them may be

8    less confounded, in that we knew the stimulus that can

9    cause the sleep disorder and, therefore, have a more

10   straightforward clinical study program.

11   **Q.**    And just so we all understand, what does "confounded"

12   mean in this context that you just used it?

13   **A.**    Our interest, when we study a drug in a clinical

14   trial setting, is to confirm that there are no factors, or

15   few factors, in the program itself that may lead to a

16   false-negative result.  That the drug actually works.  But

17   we could not see this effect because of other factors that

18   we could not control.

19   **Q.**    And there's a reference there to something called a

20   "proof-of-concept trial."

21       What is that?

22   **A.**    It is the indication that we want to do an early

23   experiment to understand whether, in this case, it goes on

24   to say we will assess the amount of phase shift achievable

25   with BMS-214778 treatment.

*Polymeropoulos – Direct*

1    We did not know at the time whether a phase shift can

2    be achieved, and what would the size, the amount of the

3    phase shift would be.

4    **Q.**   Just for clarity of the record, does the abbreviation

5    "POC" in this document refer to a proof-of-concept trial?

6    **A.**   Correct.

7    **Q.**   And when did you find out whether tasimelteon was

8    capable of phase shifting?

9    **A.**   We found out after the -- after in licensing and

10   after conducting the first SET study.  The study, we refer

11   to it as Study 2101.

12   **Q.**   And did Vanda initiate a development program of

13   tasimelteon for the treatment of jetlag and shiftwork

14   disorders?

15   **A.**   We initiated development plans, but they never came

16   to fruition at that time.  We have since developed a

17   program for jetlag.

18   **Q.**   Looking at the work that was going on in the

19   immediate years after you licensed tasimelteon, about how

20   many years did you spend looking at jetlag and shiftwork?

21   **A.**   The whole concept was probably -- took between 2004

22   to 2009, about five years.

23   **Q.**   Now, let me --

24          **MR. GROOMBRIDGE:**  Let's, please, Mr. Weir, take

25   that down and please put up Paragraph 4.2, which begins on

*Polymeropoulos – Direct*

1    Page 10 and carries over to the top of Page 11.

2    **BY MR. GROOMBRIDGE:**

3    **Q.**    Now, Dr. Polymeropoulos, did you already tell us why

4    Non-24 sleep-wake disorder was called out separately from

5    all the other ones?

6    **A.**    Because it referred to a chronic condition without an

7    external stimulus that will perturb the circadian rhythm.

8    **Q.**    And I note here, this begins by saying:  Vanda will

9    potentially develop BMS-214778 for Non-24-hour sleep-wake

10    disorder.

11        Why was that potential, as opposed to a definite

12    decision?

13    **A.**    Yeah.  We were not certain whether we could undertake

14    this development, understanding the potential complexity

15    of both in recruiting for such a study, but also for

16    protocol that will be successful.

17    **Q.**    So what would be the potential complexity with regard

18    to recruitment for such a study?

19    **A.**    To go back to confounding.  One way to reduce

20    confounding would be to select a population where the

21    reason for Non-24-hour sleep-wake disorder could be

22    surmised, and that was -- excuse me, the totally blind,

23    where they lack the light stimulus that is necessary for

24    daily entrainment.

25        But we knew it would be difficult to identify

1    sufficient number of totally blind individuals for two

2    reasons.  One, that the condition of total blindness is

3    rare in itself.  And second, the awareness at that time of

4    Non-24, even amongst the blind community was extremely

5    low.

6    **Q.**    What would be the complexity what was involved in

7    designing the protocol for a trial to investigate the use

8    of tasimelteon for Non-24?

9    **A.**    First, we knew that a goal, the goal, of a successful

10   treatment Non-24-hour sleep-wake disorder that would be

11   accepted by experts would have been the demonstration of

12   entrainment of the 24-hour circadian rhythm.

13         In order to demonstrate that, you would have to have

14   an elaborate way of serial collection of samples.  And in

15   this case, it would end up being continuous collection for

16   24 hours of urine over long periods of time, and that can

17   last several weeks to months, and do this with totally

18   blind people.  Clearly, you know, a very difficult

19   undertaking.

20         And then was that the clinical endpoints suffered

21   from a different confounding factor.  And that is, in a

22   placebo-controlled study, would be expected that some, or

23   even more than some, placebo patients will show, in the

24   period of evaluation, an improvement of sleep.

25         So just that clinical outcome would be confounded as

 1    well.

 2    **Q.**    Now, there's a reference in the -- in this paragraph

 3    to a second proof of concept to investigate the phase

 4    entraining properties of BMS-214778.

 5         My question is:  Why would you need a second one if

 6    you'd already did a proof of concept of phase shifting?

 7    **A.**    The proof of concept that I discussed earlier

 8    referred to the ability to phase shift and the amount of

 9    phase shifting, and actually, specifically to phase

10    advance to an earlier time.  That's what we would have

11    learned from the first proof of concept.

12    **Q.**    And going on, the document states with respect to the

13    second proof of concept, the trial will investigate

14    whether BMS-214778 entrains circadian rhythm and improves

15    sleep quality in this population.

16         My question, Dr. Polymeropoulos, was:  When did Vanda

17    learn that tasimelteon could, indeed, entrain patients

18    suffering from Non-24?

19    **A.**    Only after the completion of the SET and RESET

20    studies.

21    **Q.**    Approximately what year was that?

22    **A.**    I believe that was around 2012.

23              **MR. GROOMBRIDGE:**  Now, let's take that down,

24    please, Mr. Weir.  One final thing to cover on this.  Can

25    you enlarge the heading Development Risks and

1    Manufacturing, please.

2    **BY MR. GROOMBRIDGE:**

3    **Q.**    And, Doctor, why was manufacturing called out as a

4    potential development risk?

5    **A.**    If we -- well, as we're planning to undertake a full

6    development program, and eventually, if successful,

7    commercialize the drug, we would have to develop a

8    reliable manufacturing synthesis process, scale it up, and

9    develop it so that it will have commercial level grade.

10   **Q.**    And why would that propose a potential risk for the

11   company?

12   **A.**    Because it could be possible because it has been

13   other compounds that we cannot scale up.  You may not be

14   able to remove impurities in a way that it is viable and

15   cost-effective.

16   **Q.**    And what was the state of the manufacturing process

17   that you inherited from Bristol-Myers Squibb when you did

18   this deal?

19   **A.**    I'm not a manufacturing expert.  But the panel of

20   experts we put together described it as a very early

21   glassware-level synthesis; meaning that they had been able

22   to produce milligram quantities of the drug that will not

23   be sufficient to carry on a clinical program.

24   **Q.**    Now, let's move on.  I'd like to look at the next

25   document, please, which should be defendants' Trial

*Polymeropoulos – Direct*

1    Exhibit 25.  Let me know if you have that.

2        And, Dr. Polymeropoulos, is this a paper published in

3    a scientific or medical journal on which you are one of

4    the authors?

5    **A.**   Which exhibit is that?

6    **Q.**   Should be the next one in the binder, and it should

7    be defendants' Exhibit 25.

8    **A.**   Yes.

9            **THE COURT:**  It's not the next one in my binder.

10    I have PTX- 816.  That's what he has.

11            **MR. ROZENDAAL:**  I don't have any defense

12    exhibits in this notebook.

13            **MR. GROOMBRIDGE:**  Don't know why that would be,

14    Your Honor.  Perhaps, we have a mistake here.  816 is the

15    next one?

16            **THE COURT:**  PTX- 816 is what we have next.

17            **MR. GROOMBRIDGE:**  I don't even know what that

18    is.

19            **THE COURT:**  It's the Lancet.

20            **MR. GROOMBRIDGE:**  Let me ask you this.  Let's

21    put that up, if it is what I think it is.

22            Yes.  It's the same document.  This is just by

23    plaintiff's number, I think.  Right?

24            **THE COURT:**  Okay.  Well, that's not the first

25    page.  There is a cover page, the Lancet.

*Polymeropulos - Direct*

1          **MR. GROOMBRIDGE:**  Oh, I now understand.

2              **THE COURT:**  But I think it's the same thing.

3          **MR. GROOMBRIDGE:**  Your Honor, just to avoid any

4    confusion.  Think that it's the same paper.  The

5    plaintiff's version has the cover of the journal and the

6    defendants' one doesn't.

7              **THE COURT:**  Well, it's also different, though.

8              For instance, that page there, it doesn't look

9    the same.  I mean, the title looks the same, but the list

10   of folks on the left when you're showing on the screen,

11   I'm going to guess, appear on the right in the one we

12   have.  I will guess they are two iterations of the same

13   thing.

14         **MR. GROOMBRIDGE:**  Fair enough.  Let's work with

15   816, then, if that's okay.  And I'll just go with this

16   one.

17   **BY MR. GROOMBRIDGE:**

18   **Q.**    Doctor, this is a paper published in the Journal of

19   the Lancet, in which you're one of the authors.

20   **A.**    Correct.

21         **MR. GROOMBRIDGE:**  Your Honor, we offer

22   Plaintiff's Exhibit 816 into evidence.

23             **MR. MILLIKEN:**  No objection.

24             **THE COURT:**  All right.  It's admitted.

25         **MR. GROOMBRIDGE:**  And apologize for the

*Polymeropoulos – Direct*

1    confusion there.

2         (Plaintiff's Exhibit 816 is admitted into evidence.)

3    **BY MR. GROOMBRIDGE:**

4    **Q.**   What year was this published, Doctor?

5    **A.**   That was published in February 2009.

6              **MR. GROOMBRIDGE:**   And let's, please, Mr. Weir,

7    put the first page of the article up on the screen and the

8    title.  And the author's, too.  Yes, please.  Thank you.

9    **BY MR. GROOMBRIDGE:**

10   **Q.**   Now, who is the first listed author on this?

11   **A.**   It's Dr. Rajaratnam.

12   **Q.**   And is this a paper that is often referred to as the

13   "Rajaratnam Paper"?

14   **A.**   Correct.

15   **Q.**   What was your role in the work that's reported here?

16   **A.**   I collaborated in the design, execution and analysis

17   of the data, and authoring the paper.

18   **Q.**   And does this report the results of a clinical trial?

19   **A.**   Correct.

20   **Q.**   And -- or two clinical trials.

21        What was the subject of those trials?

22   **A.**   Both trials examined the effect of tasimelteon, which

23   is also referenced with Vanda here VEC-162, its affects in

24   a model of a five-hour phase advance, or the equivalent of

25   traveling from New York to London.

*Polymeropoulos – Direct*

1    **Q.**   And how was that simulated, traveling from New York

2    to London?

3    **A.**   That was simulated by, in the first study, bringing

4    people in a time isolation unit at Harvard University, and

5    asking them to initiate sleep five hours before their

6    regular bedtime.

7         And the second study was done with more patients.

8    Again, the same model in a sleep lab.

9    **Q.**   And I notice that the title refers to Transient

10   Insomnia.  What is that in the context, for example,

11   jetlag?

12   **A.**   It is known that the insomnia produced by jetlag is

13   transient in nature.  That means it will dissipate over a

14   few days.

15   **Q.**   Is that what -- why it's transient?

16   **A.**   Correct.

17   **Q.**   And by contrast, what is chronic insomnia?

18   **A.**   Chronic is a type of insomnia that will not dissipate

19   over time.

20   **Q.**   Did Vanda also ultimately do work on the tasimelteon

21   for chronic insomnia?

22   **A.**   Correct.

23   **Q.**   And what, if anything, became of that?

24   **A.**   That study aimed to identify whether tasimelteon can

25   treat patients with chronic insomnia.  And the results of

1    that study were mixed, in that it helped with insomnia in

2    the first part of the night, sleep onset, but it did not

3    help with sleep maintenance, which was in contrast to what

4    is described, actually, in this paper, with the second

5    largest study.

6    **Q.**    And did Vanda ever develop tasimelteon for use in

7    treating chronic insomnia?

8    **A.**    We did not.

9    **Q.**    And let me ask you to look at one thing in this

10    paper.  If we go to -- let's go to Page 7, please.

11                **MR. GROOMBRIDGE:**  And, Mr. Weir, I'd like the

12    text that begins at the last two lines of the right-hand

13    column on Page 7 and carries over to the next two lines,

14    under the table on the next page.

15    **BY MR. GROOMBRIDGE:**

16    **Q.**    Doctor, you see there it says in the sentence that

17    begins "although":  Only tasimelteon 100 milligrams

18    shifted DLMO 25 percent significantly earlier than did

19    placebo.

20        What does that mean?

21    **A.**    That means that out of the four tasimelteon doses

22    tested, 10 milligrams, 20 milligrams, 50 milligrams,

23    100 milligrams, the one that caused a phase shift, in this

24    case a phase advance which was larger and statistically

25    significantly different than placebo, was only the highest

*Polymeropoulos – Direct*

1    dose of 100 milligrams.

2    **Q.**    The work that's reported in this paper, Exhibit

3    Plaintiff's 816, did that tell you whether tasimelteon

4    could or could not entrain patients suffering from Non-24?

5    **A.**    No, it did not.  That was not the question that was

6    being asked in this periodical.

7    **Q.**    And by the way, I see that this was published in a

8    journal called "The Lancet."

9         What is that?

10   **A.**    It's one of the premier medical journals.

11   **Q.**    Let me ask you now, please, to turn to the next item.

12   Unless I have made another mistake, this should be -- my

13   colleague passes me a question that might be important

14   that I forgot.

15        In the paper we were just looking at, the Rajaratnam

16   Paper, is it correct that the subjects in the trial were

17   not blind people, they were sighted people?

18   **A.**    Correct.  They were all sighted, healthy volunteers

19   with no history of a sleep disorder of circadian rhythm

20   sleep disorder.

21   **Q.**    Now, let's look at Plaintiff's Exhibit 2.  And is

22   this another scientific paper from the Lancet journal on

23   which you are also an author?

24   **A.**    Correct.

25             **MR. GROOMBRIDGE:**  We offer Plaintiff's

*Polymeropoulos - Direct*

125

1    Exhibit 2.

2              **MR. MILLIKEN:**  No objection, Your Honor.

3              **THE COURT:**  All right.  It's admitted.

4              **MR. GROOMBRIDGE:**  Please put that up, Mr. Weir.

5    Please enlarge the title.

6         (Plaintiff's Exhibit 2 is admitted into evidence.)

7    **BY MR. GROOMBRIDGE:**

8    **Q.**   And, Dr. Polymeropoulos, this refers to something

9    called "SET" and "RESET."

10        What are they?

11   **A.**   They are the acronyms for the two randomized studies

12   in blind patients with Non-24-hour sleep-wake disorder.

13   **Q.**   When were they conducted?

14   **A.**   They were conducted, including the design, sometime

15   between 2010 and '12.

16   **Q.**   And what did Vanda learn from those two studies?

17   **A.**   We learned that tasimelteon, as administered, was

18   able to entrain the circadian rhythm of blind people with

19   Non-24.  And from the RESET study, that it can maintain

20   that entrainment.

21   **Q.**   And was this the first time that those effects had

22   been shown?

23   **A.**   That is correct.

24   **Q.**   Let me ask you to turn, please, to Page 3.

25              **MR. GROOMBRIDGE:**  And, Mr. Weir, let's enlarge

*Polymeropoulos – Direct*

1    the text on the right-hand side at the top.

2    **BY MR. GROOMBRIDGE:**

3    **Q.**    Do you see there, Doctor, it says:  Patients were

4    asked to take a study drug every 24 hours at a fixed clock

5    time, one hour before the target bedtime.

6        Was that important?

7    **A.**    Very important.

8    **Q.**    Why?

9    **A.**    Because we wanted to make sure that it was not a --

10    that variable administration may have unpredictable and

11    detrimental results to the effect of the drug.

12    **Q.**    Why would a variable time of administration

13    potentially have such results?

14    **A.**    We had hypothesized, and based on the

15    proof-of-concept phase shifting work, that what we maybe

16    needed is a short pulse of the drug and a quick

17    dissipation, but that had to be done at the exact

18    relationship with the circadian time.  Circadian time

19    being the endogenous time of the circadian rhythm.

20    **Q.**    Why is it that the pulse would have to be there at a

21    fixed time relative to the circadian rhythm?

22    **A.**    If given too early, may be ineffective.  If given too

23    late, it may actually allow the drug the body's exposed

24    to, to instead of phase advancing, phase delaying.  And in

25    terms of entrainment, would be unpredictable, which way it

*Polymeropolos – Direct*

1    would go.

2    **Q.**    Now, in the same text, the next sentence says:

3    Patients were asked to maintain a self-selected --

4    self-selected fixed nine-hour sleep opportunity and target

5    bedtime starting between 2100 hours and 0100 hours.

6        And it continues.

7        Was that important?

8    **A.**    That was extremely important.  Not only were trying

9    to fix the start time to be with a reasonable flexibility,

10    but they had to agree to be between 9:00 and 1:00 a.m.

11        But very importantly, they would need to allot

12    nine hours of sleep opportunity.

13    **Q.**    What does sleep opportunity mean in this context?

14    **A.**    It's the time you would set aside that you will

15    attempt to sleep within that period.  It is the allotted

16    time for that sleep period.

17    **Q.**    And was it expected that the patients would actually

18    be asleep throughout that nine-hour period?

19    **A.**    No.  That is what the study was examining.  There was

20    no hypothesis how long they were going to sleep during

21    that time period.

22    **Q.**    Let's go to Page 7, please.

23            **MR. GROOMBRIDGE:**  And, Mr. Weir, can you

24    enlarge the bottom figure there.  If you put it on the

25    screen, I will indicate -- maybe I have another mistake.

Polymeropoulos – Direct

1    I'm looking at PTX- 2, Page 7.  Maybe go to the next page.

2    That one.  Please enlarge the part of the figure here.

3    BY MR. GROOMBRIDGE:

4    Q.   What are relooking at here, Doctor?

5    A.   We're looking --

6         THE COURT:  Hold on.  Just so the record is

7    clear, when I look at this later on, I've got it at

8    Page 8.

9         MR. GROOMBRIDGE:  Yes.  I'm not sure why,

10   Your Honor.  But, again, I seem to have some --

11        THE COURT:  That's okay.  But let's just make

12   it clear so when we read the transcript later on, it's

13   Page 8.

14        MR. GROOMBRIDGE:  Yes.

15        THE COURT:  All right.  Sounds good.

16        MR. GROOMBRIDGE:  Maybe, Mr. Weir, let's just

17   enlarge the part of the figure that's in the upper left

18   corner so we can make it bigger.

19   BY MR. GROOMBRIDGE:

20   Q.   What are we looking at here, Doctor?

21   A.   This is a graphical display of a person's nighttime

22   and daytime sleep.  And it is plotted in parallel for ease

23   of examination.

24        So you -- the vertical line with the numbers that

25   refer today, minus 56, 28 and zero, are the days

*Polymeropoulos – Direct*

1    proceeding randomization, or the screening period.  And

2    after that, zero through 84 and beyond are its day during

3    treatment.

4         The dotted line on the first -- exactly at the Y axis

5    and the next tick mark, indicates the nine-hour sleep

6    opportunity.  And the white area between the next dotted

7    lines is the daytime period.

8    **Q.**   So if we look at this, did this patient start

9    receiving tasimelteon on day zero?

10   **A.**   Correct.

11   **Q.**   And prior to that, did the horizontal lines show when

12   this patient was recording sleep each day?

13   **A.**   Yes.  Which was done with a daily diary every day.

14   **Q.**   Does this show entrainment?

15   **A.**   Sorry.  I cannot see where you are pointing.

16   **Q.**   Does the --

17   **A.**   Yes.  So the top of the figure with the red asterisk

18   shows the non-entrainment, the Non-24, where you see the

19   asterisk progressing from day to day.  And in the bottom

20   of the figure, you see the asterisks, all of them, are

21   aligned at the same time of the day, which is entrainment.

22   **Q.**   What does the red asterisk stand for?

23   **A.**   It is the calculated peak of the sulfatoxymelatonin,

24   melatonin in the urine.

25   **Q.**   And does this -- can you see from this how much of

1    the nine-hour sleep opportunity window the patient

2    actually slept each day?

3    **A.**    Well, on the top of the figure, you see that there

4    are a lot of white parts; meaning they slept very little

5    those nights.  But some nights when they were temporarily

6    at the right phase, they slept more.

7        When you start at zero going down, there's a lot more

8    black filling, which means they slept more time.  And I

9    would guess, knowing that this is a nine-hour, it ranged

10   from six, seven-to-nine hours.  Some nights were lower,

11   some nights were higher.

12   **Q.**    What is the reason why the length of sleep at night

13   would improve following the administration of tasimelteon?

14   **A.**    Because of the entrainment.  Once the endogenous

15   circadian rhythm is entrained, then the sleep-wake cycle,

16   which derives from the entrainment circadian rhythm, will

17   obey.

18        **THE COURT:**  Thank you, Doctor.  Can you hold

19   for a second?

20        You know, I guess, I think this takes me a long

21   time.  I'm having a hard time reading this graph.  All

22   right.  This doesn't make sense to me.

23        **MR. GROOMBRIDGE:**  Can I take another run at it,

24   Your Honor?

25        **THE COURT:**  Let me just ask.  I mean, maybe

*Polymeropulos – Direct*

 1      it's faster.  So I've got -- what's the left axis?  It

 2      represents number of days, right?  Drug, start taking on

 3      day zero?

 4                  **MR. GROOMBRIDGE:**  Correct.

 5                  **THE COURT:**  Okay.  And this is for one patient?

 6                  **MR. GROOMBRIDGE:**  This is a single patient.

 7                  **THE COURT:**  Right.  Single patient.

 8              So the red asterisk, you say, indicates

 9      entrainment?

10          **THE WITNESS:**  Indicates where your endogenous

11      rhythm is at, and it's supposed to be at the same time

12      every day.  But instead, you see the progression was days

13      go down from the top, the asterisk moves to the right,

14      meaning it's progressing day after day.  And since we are

15      measuring, I believe, awake intervals, you see within that

16      week, it's moved that much.

17                  **THE COURT:**  Okay.

18              **THE WITNESS:**  But after drug, on zero then the

19      asterisk no longer moved.  That is the definition of

20      "entrainment."

21                  **THE COURT:**  Right.  And the left axis, or the X

22      axis, represents time, right?

23                  **THE WITNESS:**  The X axis, it is actually the

24      day.  It is double-plotted; meaning the left figure and

25      right figure is the same.  It is actually hours of the

1    day, so 24-hour.

2                And the dotted vertical defines the nine-hours

3    sleep figure, and therefore, the rest of it -- the rest of

4    it is the 15 hours remaining in the day.

5                And you can see on the top during the

6    screening, there are a lot of sleep episodes during the

7    white part.  These are the daytime naps, which coincide

8    with the time when the melatonin rhythm was traveling

9    through the day.

10               **THE COURT:**  All right.  Just why is it

11   double-plotted?

12               **THE WITNESS:**  The experts in the field decided

13   it's easier to see the pattern when you double-plot.

14               **THE COURT:**  It literally is, it's just a

15   replica.

16               **THE WITNESS:**  Correct.  Exactly.

17               **THE COURT:**  It is exactly the same.

18               **THE WITNESS:**  Yeah.

19               **THE COURT:**  Okay.  All right.  That's fine.

20   Thank you.

21               **THE WITNESS:**  Mr. Groombridge, the D panel has

22   a point that may be useful to make.

23   **BY MR. GROOMBRIDGE:**

24   **Q.**   Well, since you obviously -- I ask the questions.

25   But let's look at the D panel.

*Polymeropoulos – Direct*

1          What is shown is -- is this a set -- a different

2    patient that we're looking at?

3    **A.**   A different patient on placebo.  And in this case, we

4    see that during the screening and during randomization,

5    the red asterisks travel; meaning the person is not

6    entrained.  And you could not have gathered that just

7    looking at the sleep.  The sleep looks like the black

8    lines filling the night.

9    **Q.**   Thank you.

10         Now, in the interest of time, I'm going to move

11   along.  Can I ask you to turn to the next item, which I

12   hope will be Plaintiff's Trial Exhibit 187.

13         All right.  Is this a document that you're familiar

14   with?

15   **A.**   Yes, I am.

16   **Q.**   What is it?

17   **A.**   It is a clinical pharmacology study looking at the

18   interaction between tasimelteon in combination with a

19   CYP1A2 inhibitor fluvoxamine.

20              **MR. GROOMBRIDGE:**  Your Honor, we offer

21   Plaintiff's Exhibit 187.

22              **MR. MILLIKEN:**  No objection.

23              **THE COURT:**  All right.  It's admitted.

24              **MR. GROOMBRIDGE:**  Mr. Weir, please put that up.

25         (PTX-187 is admitted into evidence.)

*Polymeropoulos – Direct*

1    **BY MR. GROOMBRIDGE:**

2    **Q.**    Doctor, why was Vanda interested in studying

3    potential interaction between tasimelteon and fluvoxamine?

4    **A.**    We wanted to understand whether or not fluvoxamine

5    and tasimelteon does not -- would affect the levels and

6    kinetics of tasimelteon.

7    **Q.**    And what is fluvoxamine, by the way?

8    **A.**    Fluvoxamine is in a class of antidepressant drugs

9    that is indicated, among other things, for the treatment

10    of obsessive compulsive disorder.

11    **Q.**    Let me ask you, please, to turn to Page 53.

12                **MR. GROOMBRIDGE:**    And, Mr. Weir, please enlarge

13    the diagram that appears there.

14    **BY MR. GROOMBRIDGE:**

15    **Q.**    What is this, Dr. Polymeropoulos?

16    **A.**    It is a map of the metabolic pathway for tasimelteon

17    in humans.

18    **Q.**    And what does it mean to be a map of the metabolic

19    pathway?

20    **A.**    It gives us a schematic, what happens when

21    tasimelteon is administered and how the body disposes of

22    it.

23    **Q.**    And did Vanda do the work that resulted in this, the

24    creation of this map?

25    **A.**    Yes, we did.

*Polymeropoulos – Direct*

1   **Q.**   And how did you do that in broad terms?

2   **A.**   It was done with a combination of in vitro and

3   in vivo experiments.

4   **Q.**   And why would you be interested in doing the work to

5   create this metabolic map?

6   **A.**   It was critical, especially for this drug in this

7   indication where timing and shape of exposure is critical

8   to understand precisely how the different metabolic

9   systems may affect the exposure of a person to

10  tasimelteon.

11  **Q.**   I think you said that in this application, time and

12  exposure were critical.  Why?

13  **A.**   The -- not only the timing of administration of

14  tasimelteon is important to achieve and maintain

15  entrainment for Non-24, but also the amount of drug in the

16  bloodstream after the administration, and that can be

17  affected by the various disposition pathways.

18  **Q.**   What would be the relationship between the various

19  disposition pathways and the amount of blood in the

20  drug -- amount of drug in the bloodstream?

21  **A.**   Well, that would have to be examined.  That's

22  being -- experiments are aiming to understand what percent

23  of the drug may be metabolized from each one of the types.

24  But also importantly, if one of them is perturbed, do the

25  others make up for it, and what would be the eventual

1    effect in exposure.

2    **Q.**   Does knowing that a particular enzyme is involved in

3    the metabolism of a drug tell you whether that will be

4    important or not important in the human body?

5    **A.**   It does not.

6    **Q.**   Why not?

7    **A.**   For example, if the pathway up on the left is

8    blocked, it may make no difference in the amount of the

9    drug.  If the other arrows pick up the overflow, you will

10   not know.

11   **Q.**   And let me ask you, please, to turn to Page 56 and

12   look at Figure 3 there.

13        And no need to pull that up.

14        Dr. Polymeropoulos, did we -- did you ask us to

15   prepare a color-coded version of this?

16   **A.**   Yes.  Thank you.

17             **MR. GROOMBRIDGE:**  Mr. Weir, please put up

18   PDX- 3.1.  Go to 3.2, please.

19   **BY MR. GROOMBRIDGE:**

20   **Q.**   And is this that color-coded version, Doctor, of that

21   PDX 3.2?

22   **A.**   Correct.

23   **Q.**   What's the green curve in this?

24   **A.**   The green is the measurement of tasimelteon in the

25   bloodstream when administered alone.

*Polymeropoulos – Direct*

1   **Q.**   And what's the yellow curve?

2   **A.**   Tasimelteon exposure when tasimelteon is

3   coadministered with fluvoxamine.

4   **Q.**   And what conclusions did you draw from this?

5   **A.**   That coadministration of tasimelteon and fluvoxamine

6   greatly increases the exposure, both of the peak of the

7   pulse, but also prolongs the dissipation, so that even at

8   four hours after administration, you still have the amount

9   of tasimelteon equivalent to the pulse that tasimelteon

10  alone would have produced.

11  **Q.**   When you say the "pulse," how is that depicted here

12  in this figure?

13  **A.**   It is -- starting with zero, is a rapid spike of the

14  green line, and then the smooth and quick dissipation of

15  this.

16  **Q.**   Now, did Vanda also do work to study the effect of

17  coadministration of rifampin with tasimelteon?

18  **A.**   We did.

19          **MR. GROOMBRIDGE:**   Let me ask you, Mr. Weir,

20  please go to the next PDX, 3.3.

21  **BY MR. GROOMBRIDGE:**

22  **Q.**   What is this we're looking at, Doctor?

23  **A.**   Similar to the one before, green is tasimelteon alone

24  concentration in the bloodstream, and tasimelteon plus

25  rifampin in yellow.

*Polymeropoulos – Direct*

1    **Q.**    And what conclusions did you draw from this?

2    **A.**    That coadministration of tasimelteon and rifampin has

3    a highly significant effect in reduction of tasimelteon,

4    both the peak and the exposure.

5    **Q.**    And in the context of treating Non-24, what would be

6    the significance of that?

7    **A.**    Most likely it will render tasimelteon ineffective

8    because there will not be enough drug in the bloodstream.

9    **Q.**    And, Doctor, did Vanda also do work to study the

10    effect of ingesting food on the bioavailability of

11    tasimelteon?

12    **A.**    We did.

13         **MR. GROOMBRIDGE:**    And, Mr. Weir, please put up

14    PTX- 3.4.

15    **BY MR. GROOMBRIDGE:**

16    **Q.**    What are we looking at here, Doctor?

17    **A.**    Here we see the two conditions.  Tasimelteon

18    administered in a fasted situation versus the fed.  And

19    the fasted you see the rapid rise of the pulse and then

20    the dissipation.

21         In the fed, however, the peak is lower and it shifted

22    to the right.  So that the areas under each curve appear

23    to be about the same, but the height of the peak and the

24    timing of the peak now have shifted down and to the right.

25    **Q.**    What would be the significance of that in using

*Polymeropoulos – Direct*

1    tasimelteon to treat Non-24?

2    **A.**   It would be a dual concern.  One, you may not have

3    enough of the pulse to be effective, and the shift to the

4    right may shift into the, quote-unquote, phase delay part

5    of the phase-response curve, actually having detrimental

6    effects deregulating the circadian rhythm.

7    **Q.**   What's the delay part of the phase-response curve?

8    **A.**   It is a time that when you administer tasimelteon, it

9    no longer shifts the time, or in the case of entrainment,

10   maintain the given time but starts pushing the circadian

11   rhythm to a later time.

12   **Q.**   Let me move on.

13           **MR. GROOMBRIDGE:**  Please take that down,

14   Mr. Weir.

15   **BY MR. GROOMBRIDGE:**

16   **Q.**   Dr. Polymeropoulos, could you turn to the next item

17   in the binder, and hopefully you will find PTX- 185?

18   **A.**   Yes.

19   **Q.**   Do you recognize that?

20   **A.**   I do.

21   **Q.**   What is it?

22   **A.**   This is the study that looks at tasimelteon in

23   combination with a CYP3A4 inhibitor, CYP3A4 inducer with

24   time.

25           **MR. GROOMBRIDGE:**  And, Your Honor, we offer

*Polymeropoulos – Direct*

1   Plaintiff's Exhibit 185 into evidence.

2              **MR. MILLIKEN:**  No objection.

3              **THE COURT:**  All right.  It's admitted.

4        (PTX-185 is admitted into evidence.)

5   **BY MR. GROOMBRIDGE:**

6   **Q.**  And, Doctor, does this document report the results of

7   the work that Vanda did studying the effects of rifampin

8   on tasimelteon?

9   **A.**  It does.

10  **Q.**  Now, let's move to the next item, please.  Hopefully

11  they will find JTX- 058.

12       Do you have that?

13  **A.**  Yes.

14  **Q.**  Do you recognize this?

15  **A.**  Yes.

16  **Q.**  What is it?

17  **A.**  That is the study report of the food effect study on

18  tasimelteon exposure.

19              **MR. GROOMBRIDGE:**  We offer JTX- 58 into

20  evidence.

21              **MR. MILLIKEN:**  No objection.

22              **THE COURT:**  It's admitted.

23       (JTX-58 is admitted into evidence.)

24  **BY MR. GROOMBRIDGE:**

25  **Q.**  Doctor, does this report, JTX- 58, detail the results

*Polymeropoulos - Direct*

1    of the investigation that Vanda did into the effect of

2    taking tasimelteon either with or without food?

3    **A.**    Correct.

4    **Q.**    I'd like to turn on to a different subject now.

5        Were you involved in the --

6            **THE COURT:**  Before you do, just a procedural

7    thing.  So what's your plan on -- what's your intent as

8    far as using these documents?

9            **MR. GROOMBRIDGE:**  The -- what I want to do is

10   make sure we have an evidentiary basis for -- they include

11   the graphs that we just looked at, Your Honor.

12           **THE COURT:**  Right.  But I guess what I'm trying

13   to figure out is how are they coming back?

14           So I follow Judge Robinson's rule that if it

15   wasn't discussed, the documents drop from evidence.  It's

16   a bench trial, so, you know, I'm open to, if it's going to

17   be used in some form, listening, but --

18           **MR. GROOMBRIDGE:**  It already has --

19           **THE COURT:**  What I'm not willing to tolerate is

20   the Federal Circuit is different than the other circuits,

21   in that you all get to try a case up there for the first

22   time, and it's not right.  And I'm not going to let that

23   happen.  And that's why Judge Robinson instituted the

24   rule.

25           So how do we avoid that?

*Polymeropoulos – Direct*

1      **MR. GROOMBRIDGE:**  Well, it already has been

2  discussed, Your Honor, because there were three

3  demonstratives, one from each of the last three documents.

4  And I just did the demonstratives together because it

5  saves a little bit of time from switching back and forth.

6      **THE COURT:**  Okay.

7      **MR. GROOMBRIDGE:**  And so the testimony is

8  already in.  I just wanted to make sure that we didn't

9  just have a demonstrative, we actually had the underlying

10  document from which the graph comes.

11      **THE COURT:**  All right.  So are there three

12  different studies?

13      **MR. GROOMBRIDGE:**  Yes.

14      **THE COURT:**  Okay.  And they all basically --

15  you were trying to make the point that -- well, actually,

16  what is the point you're trying to make?  I mean, how this

17  drug reacts with three other drugs?

18      **MR. GROOMBRIDGE:**  Well, two drugs and with or

19  without food.

20      **THE COURT:**  Or with or without food, right.

21      **MR. GROOMBRIDGE:**  And why it matters in the

22  context of treating Non-24.  In other words, the point is

23  that it turns out you need that short sharp spike.  And if

24  you -- in these three circumstances, you compromise that.

25      **THE COURT:**  Okay.  All right.

*Polymeropolos – Direct*

 1          **MR. GROOMBRIDGE:**  And I apologize.  I just

 2    didn't --

 3          **THE COURT:**  Listen, I'm all for saving time,

 4    too.  It is a balancing act.  Saving time, which is good,

 5    especially on points that don't need to be unnecessarily

 6    repeated.  The flip side is, you're slipping something

 7    into evidence that I'm not aware of.  And then the first

 8    time I hear about it is when Law 360 covers the oral

 9    argument, and that happens.  It's frustrating as a

10    District Court judge when it happens.  So that's what I'm

11    trying to avoid.

12          **MR. GROOMBRIDGE:**  I'd like to say, Your Honor,

13    it won't happen in this case.

14          **THE COURT:**  All right.

15          **MR. GROOMBRIDGE:**  And I had forgotten that --

16    Mr. Weir just reminded me that it actually takes a little

17    bit of time to switch between different sources on the

18    computer, which is why we find ourselves looking at the

19    screens.

20          **THE COURT:**  Okay.  No problem.

21          **MR. GROOMBRIDGE:**  Now --

22          **THE COURT:**  Well, actually, maybe we should

23    break for lunch.  Can we come back at 1:00?  Is a

24    half-hour enough time for folks, or is it too tight?

25          **MR. GROOMBRIDGE:**  It's okay with me,

*Polymeropoulos – Direct*

 1    Your Honor.

 2            **THE COURT:**  Mr. Rozendaal, I think he wants to

 3    eat.

 4            **MR. ROZENDAAL:**  It's fine with us, Your Honor.

 5            **THE COURT:**  Hold on a second.

 6            Well, I'll tell you what, why don't we come

 7    back at 1:15 and we will start.  I have a discovery

 8    conference tomorrow at 8:30.  It's the only time I can

 9    squeeze it in, so I have to do that.  So it will be a

10    little bit of a late start.  So keep that in mind.

11            **MR. GROOMBRIDGE:**  If it helps us not standing

12    in the line outside, or stand there at a different time

13    than everyone else.

14            **THE COURT:**  We have three trials going in the

15    building today.  So it's just crazy.  This is my ninth

16    trial since October 25th.

17            **MR. ROZENDAAL:**  But, Your Honor, before we

18    break, you had asked a question earlier about the label

19    and what does or doesn't need to be in it to show the

20    intent.

21            **THE COURT:**  Yes.

22            **MR. ROZENDAAL:**  Mr. Groombridge pointed you to

23    *AstraZeneca vs. Apotex*.  I would, with the Court's

24    permission, point you to *Gruntenthal GMBH vs. Alkem Labs*

25    at 919 F.3d 1333, Federal Circuit 2019.  I think is closer

 1  to our facts.

 2              **THE COURT:**  All right.  Great.  Thank you.

 3              All right.  So we will come back at 1:15.  I

 4  will read it.  You may step down.  He is on direct.  He is

 5  free to discuss with you all his testimony.  Thank you.

 6              (Recess was taken.)

 7              **THE COURT:**  All right.  Mr. Groombridge.

 8          **MR. GROOMBRIDGE:**  Thank you, Your Honor.

 9  **BY MR. GROOMBRIDGE:**

10  **Q.**   Dr. Polymeropoulos, I'd like to switch to a different

11  subject:  Vanda's interactions with FDA.

12          Were you involved in that process?

13  **A.**   Yes, I was.

14  **Q.**   And was there a discussion with respect to

15  entrainment between Vanda and the FDA?

16  **A.**   Yes, there was.

17  **Q.**   What was the substance of that discussion?

18  **A.**   It was discussion in the context of the design of the

19  clinical studies.

20  **Q.**   Which clinical studies in particular?

21  **A.**   The SET and RESET studies.

22  **Q.**   And was there any disagreements between or difference

23  of opinion between Vanda and the FDA on that subject?

24  **A.**   Yes, there were.

25  **Q.**   And what was it?  Please explain.

*Polymeropoulos – Direct*

1   **A.**   Yes.  First of all, on the point of agreement was

2   that the FDA and Vanda both agreed that the goal of

3   treatment for Non-24 is to achieve entrainment; and by

4   that, improve the relevant clinical outcomes.

5         The point of disagreement was Vanda preferred to

6   declare, as the primary endpoint, the entrainment as seen

7   by the position of the red stars, the acrophase, while the

8   FDA preferred the clinical outcomes.

9   **Q.**   And how did that discussion progress?

10  **A.**   We agreed to disagree, and Vanda did both.  We

11  introduced as a primary endpoint the point of acrophase

12  and entrainment, and the endpoints as secondary end

13  points.

14  **Q.**   And just to be clear, are we now talking about the

15  clinical study or the label?

16  **A.**   The clinical study.

17  **Q.**   And --

18              **THE COURT:**  Can you stop for a second, please.

19              What is the phrase that you've used, aqua

20  phase?

21              **THE WITNESS:**  Acrophase.

22              **THE COURT:**  Acrophase?  A-C-R-O-P-H-A-S-E.

23              **THE WITNESS:**  Yes.

24              **THE COURT:**  Okay.

25              **THE WITNESS:**  It refers to the peak of

 1    melatonin, at the red stars.

 2                THE COURT:  Right.  But it's two words, acro

 3    phase?

 4                THE WITNESS:  It is one word, A-C-R-O phase.

 5                THE COURT:  All right.  Thank you.

 6    BY MR. GROOMBRIDGE:

 7    Q.   And did there come a point when there was a meeting

 8    of the FDA advisory committee regarding tasimelteon?

 9    A.   Correct.

10    Q.   And what is the role of an advisory committee in the

11    drug approval process?

12    A.   Advisory committee is a process during the review of

13    a new drug application where the FDA asks, in a public

14    forum, experts to review and opine on the improvability of

15    a drug.

16    Q.   And did you attend the advisory committee meeting for

17    tasimelteon?

18    A.   Yes, I did.

19    Q.   And let me ask you to turn, please, in the binder to

20    the next item, JTX-110.

21         As a preliminary question, are these the materials

22    that were distributed by FDA in advance of that committee

23    meeting to all the people who were going to be there?

24    A.   That is correct.

25    Q.   And did you receive a copy of them?

*Polymeropoulos - Direct*

1   **A.**   Yes.

2            **MR. GROOMBRIDGE:**   Your Honor, we offer JTX-110

3   into evidence.

4            **MR. MILLIKEN:**   No objection.

5            **THE COURT:**   It's admitted.

6            (JTX-110 admitted into evidence.)

7            **MR. GROOMBRIDGE:**   Mr. Weir, let's go to Page 3,

8   please.  And let's enlarge just the upper portion with the

9   "to" and the "from," that information.

10  **BY MR. GROOMBRIDGE:**

11  **Q.**   Dr. Polymeropoulos, this is a memo from someone

12  called Ronald Farkas, MD, PhD.

13       What was his role in this process?

14  **A.**   Dr. Farkas was the clinical team leader of the

15  division.

16  **Q.**   And it says this is directed to members and invited

17  guests of the committee.

18       Were you one of the invited guests?

19  **A.**   Correct.

20  **Q.**   And what does it mean -- what's a "briefing memo" in

21  this context?

22  **A.**    It is an introductory note to brief the position of

23  the agency regarding the matters of the meeting.

24  **Q.**   And let's look down in this --

25            **MR. GROOMBRIDGE:**   The last paragraph on Page 1,

*Polymeropoulos - Direct*

1    let's enlarge that.

2    **BY MR. GROOMBRIDGE:**

3    **Q.**    You see there, he says -- Dr. Farkas says:

4    Tasimelteon, a melatonin agonist, was studied in Non-24 to

5    determine if it could, when taken at the same time before

6    bed each night, provide a daily resetting of the circadian

7    clock to take the place of an input from the eyes about

8    light levels.

9        How does that relate to the idea of entrainment?

10   **A.**    It is the definition of entrainment.

11          **MR. GROOMBRIDGE:**    And if we go to the next

12   page, let's, please, enlarge the second paragraph here.

13   **BY MR. GROOMBRIDGE:**

14   **Q.**    Just so it's clear, what this is talking about,

15   Dr. Jilapali, was that someone from FDA?

16   **A.**    Yes, he was one of the interviewers.

17   **Q.**    And Dr. Luan, is that also someone from FDA?

18   **A.**    Correct.

19   **Q.**    It says here that:  During the development of

20   tasimelteon, agreement was not reached between the sponsor

21   and Division on the primary efficacy endpoint.

22        The sponsor, is that Vanda?

23   **A.**    Correct.

24   **Q.**    And division, is that FDA?

25   **A.**    Yes.

*Polymeropoulos – Direct*

1    **Q.**    And is this talking about the discussion with regard

2    to whether entrainment should be an endpoint in the study?

3    **A.**    Correct.

4    **Q.**    Why was it that Vanda wanted entrainment as measured

5    by this metabolite of melatonin to be the endpoint in the

6    study?

7    **A.**    For two reasons.  That would be the scientifically

8    required outcome to prove that a drug is effective in

9    Non-24 Hour sleep-wake disorder; and the second was a

10   cautious approach to make sure that we do not introduce

11   confounders that could give a false negative answer.

12       In a small study, we wanted to use a more sensitive

13   endpoint than the clinical endpoint, which would have been

14   less sensitive.

15   **Q.**    When it says here:  The Division -- meaning FDA --

16   did not accept the biomarker-based endpoint, what is a

17   biomarker-based endpoint in this context?

18   **A.**    A biomarker is actually extensively defined with the

19   FDA regulations.  It is an endpoint that does not directly

20   measure how the patient feels, functions, or survives, but

21   it is approximate.

22   **Q.**    What did you understand the FDA to be saying their

23   position here when it states:  A wealth of scientific --

24   existing scientific knowledge about circadian rhythm

25   suggested that the clinical benefit from entrainment in

*Polymeropoulos – Direct*

1    Non-24 would occur in a reasonably brief period of time

2    and would be readily measurable in terms of benefit on

3    sleep?

4    **A.**    Yeah, that is a reflection of a regulatory position.

5    That if you can measure the clinical outcome within a

6    reasonable period of time, the FDA would prefer that you

7    have that in addition to anything else for the disease; in

8    this case, entrainment.

9    **Q.**    And what does "clinical" -- and I see they've

10   emphasized it here -- mean in this context?

11   **A.**    Their definition is what I said earlier:  The feel,

12   function, or survive, something of direct clinical

13   consequence.

14   **Q.**    And did you have the discussion with the FDA

15   following up on this in how it was that clinical benefit

16   from entrainment might be shown and be readily measurable

17   in terms of benefit on sleep?

18   **A.**    Yes.  We had quite a few discussions of that.  And

19   their concern was not whether entrainment is required to

20   show a therapeutic effect on Non-24.  It had to do with

21   the clinical benefit which they agreed would derive from

22   that entrainment.

23   **Q.**    And did you --

24             **THE COURT:**  I need to stop you.  Sorry.

25             Can you repeat, please, what your definition of

*Polymeropoulos - Direct*

1    "clinical" is?  You said --

2              **THE WITNESS:**  Use the FDA's, how a patient will

3    feel, function, or survive.

4              **THE COURT:**  Okay.  Thank you.

5    **BY MR. GROOMBRIDGE:**

6    **Q.**   So just to maybe elucidate that a little.  When FDA

7    is talking about clinical benefit, they are saying how is

8    this going to improve the perceptions of the patient who

9    is being treated.  Fair?

10   **A.**   Correct.

11   **Q.**   As opposed to a proxy or a surrogate that might be a

12   measuring point that may or may not correlate to that

13   improvement in condition for the patient; is that right?

14   **A.**   Correct.

15   **Q.**   I'd like to move on to the next paragraph, please.

16             **MR. GROOMBRIDGE:**  Mr. Weir, could you put that

17   up.

18   **BY MR. GROOMBRIDGE:**

19   **Q.**   And did you have discussions with FDA about clinical

20   endpoints that were identified here as lower quartile of

21   nighttime sleep, total sleep, and nighttime total sleep

22   time, and upper quartile of daytime total sleep duration?

23   **A.**   We did.

24   **Q.**   And how do these relate, if at all, to entrainment?

25   **A.**   If we go up one to Non-24, in Non-24, as we saw in

*Polymeropoulos – Direct*

1    the rest of the plots, even people who are not entrained,

2    briefly they will come during the time where the sleep

3    period is aligned with the circadian rhythm and they can

4    sleep well.

5         In this case, we're trying to find if the drug works

6    to correct a sleep disturbance when they are out of phase.

7    So in order to do that, we elected the worst sleep

8    represented by quartile, which would be a proxy of the out

9    of circadian phase sleep.

10   **Q.**   And "quartile" meaning 25 percent, correct?

11   **A.**   Correct.

12   **Q.**   And would it be fair to say that you discussed with

13   FDA and decided that one of the things the study would

14   look at would be the worst 25 percent of sleep that the

15   subjects in the trial were having?

16   **A.**   Correct.

17   **Q.**   And why is that connected with entrainment?

18   **A.**   It is connected with entrainment and associated with

19   the quartile of daytime sleep.  If you are entrained, you

20   would expect improvement in the lower quartile of

21   nighttime sleep; meaning, higher number of total sleep

22   time and a decrease on the upper quartile of daytime total

23   sleep duration decreasing.  And this has to be in

24   coincidence.

25   **Q.**   And who proposed these endpoints regarding the

*Polymeropulos - Direct*

1    quartiles?

2    **A.**    We did.

3    **Q.**    How did FDA respond?

4    **A.**    They accepted them.

5    **Q.**    Did they say anything when they accepted them with

6    regard to entrainment?

7    **A.**    They understood that this is a derivation of

8    entrainment.  In fact, they asked us to do specific

9    analysis to prove how they are related with the in-phase

10   or the out-of-phase position of the circadian cycle.

11   **Q.**    And did you do that analysis?

12   **A.**    We did.

13   **Q.**    And did you submit it to FDA?

14   **A.**    And they reviewed it, yes.

15            **MR. GROOMBRIDGE:**  Now, I'd like to look lastly

16   at the label itself.

17            Your Honor, unless the Court wishes to study

18   this further, we can take it down.

19            **THE COURT:**  Fine.

20   **BY MR. GROOMBRIDGE:**

21   **Q.**    So would you turn, please, Dr. Polymeropoulos, to the

22   next item in the binder, which should be JTX-28.

23   **A.**    Yes.

24   **Q.**    And is that the current approved label for Hetlioz;

25   in other words, Vanda's tasimelteon product?

*Polymeropoulos – Direct*

1    **A.**    It is.

2    **Q.**    And does this label include the word "entrainment"?

3    **A.**    It does not.

4    **Q.**    Does it include the idea of entrainment?

5    **A.**    It includes the idea or the concept of entrainment.

6    **Q.**    Is there anything in the label that you would

7    particularly point to with respect to how it includes the

8    idea of entrainment?

9    **A.**    Yes.  It is actually under the Clinical trial

10   section.

11   **Q.**    Is that Page 12?

12   **A.**    Section 14.

13        **MR. GROOMBRIDGE:**  Mr. Weir, let's put Page 12

14   up on the screen, please.

15        **THE WITNESS:**  Yes.

16        **MR. MILLIKEN:**  Your Honor, I don't object to

17   this exhibit.  But I don't believe it's been actually

18   offered into evidence.

19        **MR. GROOMBRIDGE:**  Oh, I apologize.  I forgot.

20        Let me withdraw any pending question.  And,

21   Your Honor, we offer JTX-28.

22        **MR. MILLIKEN:**  No objection.

23        **THE COURT:**  All right.  It's admitted.

24        (JTX-28 admitted into evidence.)

25        **MR. GROOMBRIDGE:**  Let's enlarge the first part

*Polymeropoulos – Direct*

1    of Section 14.

2    **BY MR. GROOMBRIDGE:**

3    **Q.**    Dr. Polymeropoulos, is there something in this

4    section of the label, Section 14.1, that you had in mind

5    when you said it refers to the idea of entrainment?

6    **A.**    There are several areas in the paragraph that starts

7    with "study 2."  In the last line, about the middle, where

8    it starts with:  Patients in whom the calculated time of

9    peak melatonin level melatonin acrophase occurred at

10   approximately the same time of day in contrast to the

11   expected daily delay.

12       This is the definition of entrainment.

13   **Q.**    And that melatonin acrophase, is that what was shown

14   in the plot we looked at from the Lancet article by a red

15   asterisk?

16   **A.**    Yes.

17   **Q.**    And so if those are occurring at approximately the

18   same time each day, what does that tell you?

19   **A.**    That the person is entrained.

20   **Q.**    Does the label also include the upper and lower

21   quartile information about which you just testified?

22   **A.**    I believe it does.

23       **MR. GROOMBRIDGE:**  Let me -- Mr. Weir, can you

24   go to Page 13 and enlarge Table 3, please.

25

*Polymeropoulos − Direct*

1    **BY MR. GROOMBRIDGE:**

2    **Q.**    Dr. Polymeropoulos, what is this with respect as it

3    may or may not relate to the quartile information?

4    **A.**    It is actually the outcome of the two quartiles, the

5    nighttime quartile and the daytime quartile.  And it shows

6    the results compared to the Hetlioz and placebo in study

7    1, the SET study, and study 2, the RESET study.

8    **Q.**    It doesn't say "quartile."  But does the use of

9    25 percent refer to quartile?

10    **A.**    Correct.

11    **Q.**    What does "most symptomatic" mean in this?

12    **A.**    It means worst.

13    **Q.**    And what was the result, as shown here, in terms of

14    how the worst 25 percent of days were affected in terms of

15    taking Hetlioz?

16    **A.**    In regards to the nighttime worst quartile, it was

17    increase of 50 minutes.  And in regards to the daytime and

18    naptime, there was a decrease of 49 minutes as compared to

19    22 increase and 22 decrease in minutes in the placebo

20    respectively.

21    **Q.**    Thank you.

22            **MR. GROOMBRIDGE:**  And one last thing I'd like

23    to cover while we have the label.  Let's go, please,

24    Mr. Weir to Page 5.

25            And let's enlarge Section 7.1 and 7.2 at the

*Polymeropoulos – Direct*

1    top.

2    **BY MR. GROOMBRIDGE:**

3    **Q.**    Are these the drug-drug interaction parts of the

4    label, Dr. Polymeropoulos?

5    **A.**    They are.

6    **Q.**    And you see that Section 7.2 refers to something

7    called rifampin.

8    **A.**    Correct.

9    **Q.**    How is that related to rifampicin?

10    **A.**    It is the same molecule.

11    **Q.**    No one disagrees that those are synonyms; is that

12    fair?

13    **A.**    Correct.

14    **Q.**    Does Vanda have any information with respect to

15    whether Hetlioz or tasimelteon has been coadministered

16    with rifampin?

17    **A.**    Yes.

18    **Q.**    What information?

19    **A.**    We do not track this information, but we are aware of

20    at least one case of coincident administration of the two.

21    **Q.**    And similarly, with respect to the fluvoxamine, does

22    Vanda have any information regarding coadministration of

23    Hetlioz with fluvoxamine?

24    **A.**    Not specific information.  But certainly there are

25    cases, given the comorbidity between the indication of

*Polymeropoulos - Direct*

1    fluvoxamine as indicated for obsessive-compulsive disorder

2    where fluvoxamine is one of the first-line treatments.

3    **Q.**    And what does "comorbidity" mean here?

4    **A.**    Two disorders occurring in the same person at the

5    same time.  And in this case, I'm referring to Non-24 and,

6    for example, a psychiatric condition like

7    obsessive-compulsive disorder, yes.

8    **Q.**    And as a practicing psychiatrist, did you, yourself,

9    prescribe fluvoxamine?

10    **A.**    I have.

11    **Q.**    What is it used for?

12    **A.**    It is used for obsessive-compulsive disorder and also

13    it is approved for anxiety disorders.

14    **Q.**    Thank you.

15            **MR. GROOMBRIDGE:**  That concludes my questions.

16            **THE COURT:**  Oh, you might have one more.

17            **MR. GROOMBRIDGE:**  As usual, it's a helpful

18    suggestion.

19    **BY MR. GROOMBRIDGE:**

20    **Q.**    Dr. Polymeropoulos, why would obsessive-compulsive

21    disorder and Non-24 be comorbid?

22    **A.**    It is believed that for many psychiatric disorders,

23    the underlying mechanism is deregulation of the circadian

24    rhythm.  And there is significant literature specifically

25    on obsessive-compulsive disorder, that a big portion of

*Polymeropoulos – Cross*

 1    cases will have circadian deregulation.

 2              **MR. GROOMBRIDGE:**  Thank you.  That now

 3    concludes my questions.

 4              **THE COURT:**  All right.

 5              **MR. MILLIKEN:**  Your Honor, may we approach with

 6    some cross-examination binders?

 7              **THE COURT:**  Yes.

 8              **MR. MILLIKEN:**  May I proceed?

 9                       CROSS-EXAMINATION

10    **BY MR. MILLIKEN:**

11    **Q.**   Good afternoon, Dr. Polymeropoulos.  My name is Will

12    Milliken.  We met very briefly a couple of years ago at

13    your deposition.

14         Nice to see you again.

15    **A.**   Yes.

16    **Q.**   Dr. Polymeropoulos, you are a Vanda stockholder,

17    correct?

18    **A.**   I am.

19    **Q.**   You own about 4 percent of their shares; is that

20    right?

21    **A.**   Sounds right.

22    **Q.**   All right.  Let's talk about Non-24.

23         Typical complaints of Non-24 patients are sleep-wake

24    complaints; is that right?

25    **A.**   They are.

*Polymeropoulos - Cross*

1    **Q.**    And fair to say that sleep-wake complaints sometimes

2    prompt patients to seek treatment?

3    **A.**    Correct.

4    **Q.**    Okay.  And if the symptoms that brought the patient

5    in were to improve upon treatment, that would suggest that

6    the treatment was at least in part effective, right?

7    **A.**    Correct.

8    **Q.**    Could you turn in your binder, please, to JTX-28.

9    It's already into evidence.  And this is the Hetlioz label

10    that you were discussing with Mr. Groombridge.

11    **A.**    Yes.

12    **Q.**    Okay.  And this label doesn't instruct the length of

13    a patient's sleep period, right?

14    **A.**    Could you please repeat?

15    **Q.**    Sure.

16        The label doesn't instruct the length of the

17    patient's sleep period, correct?

18    **A.**    Correct.

19    **Q.**    And it doesn't instruct people to sleep for a certain

20    amount of time or duration, correct?

21    **A.**    Correct.

22    **Q.**    And the label also doesn't talk about what the target

23    wake time should be, correct?

24    **A.**    It does not.

25    **Q.**    And it doesn't talk about what the target wake time

*Polymeropolos - Cross*

1  should be relative to the target sleep time, correct?

2  **A.**   I think it talks about the nighttime episode, but

3  there's no specific wake time, correct.

4  **Q.**   So you agree that it doesn't talk about what the

5  target wake time should be relative to the target sleep

6  time?

7  **A.**   Correct.

8  **Q.**   And I believe you said in your testimony with

9  Mr. Groombridge, the label doesn't say the word

10  "entrainment," correct?

11  **A.**   Correct.

12  **Q.**   All right.  In your examination with Mr. Groombridge,

13  I believe you stated that you cannot determine if a

14  patient is entrained just by looking at their sleep.

15      Did I have that right?

16  **A.**   Just purely looking at the sleep duration, correct.

17  **Q.**   Okay.  And so that would include their -- looking at

18  their nighttime sleep duration and daytime sleep duration.

19  Just by looking at that, you can't tell if they are

20  entrained; is that fair?

21  **A.**   Correct.

22  **Q.**   And if you can turn in your binder to PTX-2, which is

23  already in evidence.  And I believe this is The Lancet

24  article on which you are an author; is that right?

25  **A.**   I'm getting there.  Is that in the front of the

*Polymeropoulos – Cross*

1    binder?

2    **Q.**   I believe it should -- it's going to be in your

3    second binder, I believe, PTX-2.

4    **A.**   Yes.

5    **Q.**   And if you could take a look at Page 7.  And this is

6    the 7 on the bottom middle of the document.

7         Oh, sorry.  Go one page -- that's right.  Yes.  I

8    think we have two different versions for some reason.

9         And you discussed this graph on the left side of the

10   page with Mr. Groombridge; is that right?

11            **THE COURT:**  Actually, can I -- Mr. Milliken,

12   can we make sure we are using the same exhibit, because

13   remember, I have to do this after trial.  And if you all

14   are referring to two different or three different exhibits

15   but you are talking about the same chart, you can imagine

16   how difficult that is for me and my clerk.

17            So if we can -- I don't know if this is from

18   the same article, but, you know, and you are going to take

19   too much to brief it and it's going to come back to me in

20   June, and I'm going to have to start from scratch, and so

21   it will be an absolute disaster.

22            **MR. GROOMBRIDGE:**  I may be able to find the one

23   so that we are all on the same page, if that's acceptable.

24            **MR. MILLIKEN:**  It's on Page 8.  I think we are

25   all working off the same one now.

*Polymeropolos - Cross*

1          THE COURT:  And what are we working off of?

2     What's the exhibit number?

3          MR. MILLIKEN:  PTX-2.

4          THE COURT:  PTX-2?  See, I don't think that was

5     what was used, was it?

6          MR. GROOMBRIDGE:  It is PTX-2, and it is the

7     2015 Lancet paper.

8          THE COURT:  I thought we were using PTX-816.

9          MR. MILLIKEN:  Your Honor, I believe that

10    that's a different paper in the same journal.

11         THE COURT:  Okay.  Well, that explains it.

12    Okay.

13         MR. MILLIKEN:  Sorry for the confusion.

14         THE COURT:  And then hold up.  Oh, and then we

15    were using PTX-2.  Okay.  Great.

16         So now I'm on the same page you all are.

17         Okay.  Thank you very much.

18         MR. MILLIKEN:  Certainly.

19    BY MR. MILLIKEN:

20    Q.   I believe you testified, Dr. Polymeropoulos, looking

21    at this --

22    A.   Sorry.  Actually, I have Page 7.

23    Q.   I believe that we're all looking at the same -- is it

24    the graph that's displayed here on the screen?

25    A.   Yes, it is.

*Polymeropolos – Cross*

1   **Q.**   I believe you testified when you were speaking with

2   Mr. Groombridge that you could tell this person entrained

3   because the red asterisks were aligned at the same time

4   each day; is that right?

5   **A.**   Correct.

6   **Q.**   And that red asterisk indicates the peak of the aMT6s

7   melatonin metabolite; is that right?

8   **A.**   Correct.

9   **Q.**   And entrainment, as measured by that metabolite, that

10  was a primary efficacy endpoint on the SET study; is that

11  right?

12  **A.**   Yes.

13  **Q.**   All right.  If you could go back to the label JTX-28,

14  please.  And if you could take a look at Table 3, which is

15  in Section 14, the Clinical Studies section of the label.

16  **A.**   Yes.

17  **Q.**   And the efficacy endpoints shown there are nighttime

18  sleep on 25 percent most symptomatic nights and

19  daytime/naptime on 25 percent most symptomatic days,

20  right?

21  **A.**   Yes.

22  **Q.**   And those are the only efficacy endpoints that are

23  shown in Table 3; is that right?

24  **A.**   Correct.

25  **Q.**   And if you could now turn in your binder to DTX-139.

*Polymeropoulos – Cross*

1    And this is going to be toward the back of Volume 2.

2    **A.**    Volume 2?

3    **Q.**    Yes, sir.

4    **A.**    I'm sorry, can you repeat the exhibit, DTX --

5    **Q.**    DTX-139.

6    **A.**    Yes.

7    **Q.**    And this is a draft label for Hetlioz that Vanda

8    proposed to the FDA; is that right?

9    **A.**    It is a draft label.  I'm not sure whether or not we

10   proposed to the FDA.

11   **Q.**    It is a Vanda-proposed label, though, you would

12   agree?

13   **A.**    It is a Vanda draft label.  I'm not sure we proposed

14   it.

15   **Q.**    Okay.  Fair enough.

16        **MR. MILLIKEN:**    Your Honor, I move DTX-139 into

17   evidence.

18        **MR. GROOMBRIDGE:**    No objection.

19        **THE COURT:**    All right.  It's admitted.

20        (DTX-139 admitted into evidence.)

21   **BY MR. MILLIKEN:**

22   **Q.**    If could you take a look, please, at the second

23   paragraph under the Dosage and Administration section on

24   the first page of that label.

25   **A.**    Yes.

*Polymeropoulos – Cross*

1   **Q.**   And specifically the first sentence.

2        So this Vanda draft label did say the word

3   "entrainment," right?

4   **A.**   Correct.

5   **Q.**   But the FDA didn't accept that specific language for

6   inclusion in the approved Hetlioz label, right?

7   **A.**   That specific language does not appear on the Hetlioz

8   label.

9   **Q.**   That language was proposed to the FDA, correct?

10  **A.**   I don't know if it was.

11  **Q.**   Dr. Polymeropoulos, you testified in a deposition in

12  this case, correct?

13  **A.**   I testified in deposition?

14  **Q.**   Earlier in this case you testified --

15  **A.**   Yes.

16  **Q.**   -- in a deposition.

17       Were you under oath during that deposition?

18  **A.**   Yes.

19  **Q.**   You swore to tell the truth?

20  **A.**   I did.

21  **Q.**   And you did tell the truth, didn't you?

22  **A.**   Yes.

23  **Q.**   And your lawyer was with you, correct?

24  **A.**   Yes.

25  **Q.**   You had an opportunity to review the transcript for

1    any errors?

2    **A.**    Yes.

3    **Q.**    Could you take a look, please, at the beginning of

4    Volume 1 of your binder.  There should be a tab that

5    refers to a 12/20/19 deposition transcript.

6    **A.**    What is the exhibit?

7    **Q.**    The tab says -- it's in the very front of Volume 1.

8    And the tab says:  Polymeropoulos 12/20/2019.

9    **A.**    That's in Volume 1?

10   **Q.**    It is in Volume 1.  Yes, sir.

11   **A.**    Yes.

12   **Q.**    And if could you turn, please, to Page 112 of that --

13   or sorry.  Before you do that, could you look at the cover

14   and confirm that this is a transcript of a deposition that

15   you gave on Friday, December 20th, 2019 in this case?

16   **A.**    Correct.

17   **Q.**    Okay.  And if you could turn, please, to Page 112.

18   **A.**    Yes.

19   **Q.**    And specifically, I'm beginning at Line 14:

20       "**Q.**    Okay.  And did the FDA accept this label?

21       "**A.**    That specific language?  Are you pointing to the

22       paragraph, entrainment, the big paragraph in dosage

23       administration?

24       "**Q.**    Yeah.

25       "**A.**    That does not appear in the dosage and administration

*Polymeropoulos – Cross*

 1     of the 2014 label, but I believe the final label as well,

 2     the current one.

 3          **"Q.**  Did Vanda kind of just voluntarily abandon that

 4     language or did FDA essentially say, you can't have that

 5     in there, or something else?

 6          **"A.**  We proposed that to the FDA.

 7          **"Q.**  Okay.

 8          **"A.**  The FDA did not accept that language."

 9          Was that your testimony?

10     **A.**   Yes.

11     **Q.**   And then in that draft Vanda label, if you could go

12     to Page 12, it says DTX-139, 12 on the bottom of it.

13     **A.**   Yes.  Back to the other binder?

14     **Q.**   Right.  Back to DTX-139, which is in the second

15     binder.  Sorry to make you jump around.

16     **A.**   Yes.

17     **Q.**   If you take a look at Table 2 there, Table 2 does

18     include the data regarding aMT6s acrophase endpoint,

19     correct?

20     **A.**   Table 2, yes.

21     **Q.**   Thank you.

22          Can you put that document aside for now.

23          If you could turn -- this is also in Volume 2 -- to

24     JTX-115.

25     **A.**   Yes.

*Polymeropoulos - Cross*

 1   **Q.**   And this is a Vanda document that says Promotional

 2   Messaging Guidebook on the front; is that right?

 3   **A.**   Correct.

 4   **Q.**   And it's dated August 2014; is that right?

 5   **A.**   Correct.

 6            **MR. MILLIKEN:**   Your Honor, I move JTX-115 into

 7   evidence.

 8            **MR. GROOMBRIDGE:**   No objection.

 9            **THE COURT:**   All right.  It's admitted.

10            (JTX-115 admitted into evidence.)

11   **BY MR. MILLIKEN:**

12   **Q.**   This is a document that was used in training sales

13   representatives a few months into the launch of Hetlioz;

14   is that right?

15   **A.**   Yes.

16   **Q.**   And this is part of the training for when sales

17   representatives are talking to physicians, things they

18   should do and should not do, right?

19   **A.**   Correct.

20   **Q.**   And if you take a look at the second slide, second

21   page of the document, it says:  Message review, staying on

22   label.  Right?

23   **A.**   Yes.

24   **Q.**   And then on the third slide, at the top it says, in

25   all capital letters:  Entrainment should not be used to

1   convey efficacy of Hetlioz.  Right?

2   **A.**   Yes.

3   **Q.**   And then down there at the bottom, entrained and

4   entrainment are listed under terms to avoid, right?

5   **A.**   Correct.

6   **Q.**   And, in fact, talking about entrainment on the part

7   of the sales representatives would run afoul of Vanda's

8   negotiation the FDA regarding the label, right?

9   **A.**   Where does it say that?

10  **Q.**   No.  Not with regard to the document, I'm just asking

11  you, talking about entrainment by the sales

12  representatives would run afoul of Vanda's negotiation

13  with the FDA regarding the label, right?

14  **A.**   I would say that Vanda would not want to use a word

15  that is not on the label.

16  **Q.**   Okay.  So Vanda told the sales representatives not to

17  say "entrainment" because that word wasn't on the label;

18  is that fair?

19  **A.**   The word was not on the label, correct.

20  **Q.**   Okay.  If you can now turn to JTX-99, which is also

21  in Volume 2.  Should be the same binder.

22  **A.**   Yes.

23  **Q.**   And this is a Vanda document that's titled:  Hetlioz

24  Solutions and Case Management Field use.  Right?

25  **A.**   Correct.

1    **Q.**   And these are directions for sales representatives,

2    right?

3    **A.**   Yes.

4              **MR. MILLIKEN:**  Your Honor, I move JTX-99 into

5    evidence.

6              **MR. GROOMBRIDGE:**  No objection.

7              **THE COURT:**  That's admitted.

8              (JTX-99 admitted into evidence.)

9    **BY MR. MILLIKEN:**

10   **Q.**   Take a look at Page 2, please.  The sales team was

11   instructed not to say that Non-24 hour disorder was

12   characterized by lack of entrainment, right?

13   **A.**   It is in the Terms to Avoid column, lack of

14   entrainment.

15   **Q.**   Okay.  And also in the terms to avoid, the sales team

16   was not -- was instructed not to state that the Hetlioz

17   shifted the master body clock, right?

18   **A.**   I'm sorry?

19        Correct.

20   **Q.**   And then on Page 4, you take a look at the Terms to

21   Avoid column, about five cells down, entrain and

22   entrainment are listed as terms to avoid, right?

23   **A.**   Correct.

24   **Q.**   And the sales team was instructed not to say these

25   things because Vanda didn't want the sales force to use

1    any term or words that are not in the label, correct?

2    **A.**    Any what words?

3    **Q.**    Vanda didn't want the sales force to use any term or

4    words that were not in the label.

5    **A.**    Correct.

6    **Q.**    Let's switch gears for a moment.

7         As of 2004, you'd agree there was extensive

8    literature demonstrating the ability of melatonin to phase

9    advance circadian rhythms.

10   **A.**    There was literature that suggested that melatonin

11   can advance circadian rhythms.

12   **Q.**    And, in fact, there was extensive literature

13   demonstrating the melatonin could phase advanced circadian

14   rhythms, right?

15   **A.**    I don't know how you define "extensive."  There were

16   a few publications.

17   **Q.**    So under your understanding of the word "extensive,"

18   would you agree with me that as of 2004, there was

19   extensive literature demonstrating the ability of

20   melatonin to phase advance circadian rhythms?

21   **A.**    The extensive -- the reason I hesitate for

22   "extensive" is the field of circadian research and biology

23   is small.  There are few researchers conducting it.

24   There's not a tremendous amount of literature.

25        Whether there were good publications to that matter,

1    I would agree.

2    **Q.**    But your issue is with the word "extensive."  You

3    wouldn't agree that the literature demonstrating the

4    ability of melatonin to phase advance circadian rhythms

5    was extensive.

6    **A.**    I don't know how to measure extensive.

7    **Q.**    And as of 2004, there's literature showing that in

8    some circumstances, melatonin could shift circadian

9    rhythms, right?

10   **A.**    Correct.

11   **Q.**    Could you turn, please -- and this is actually going

12   to be in your direct binder that Mr. Groombridge gave you,

13   the white one -- to PTX-816.

14   **A.**    Yes.

15   **Q.**    And this is an article from 2009 on which you are

16   listed as an author, right?

17   **A.**    Correct.

18   **Q.**    And it's about tasimelteon?

19   **A.**    Correct.

20   **Q.**    Could you take a look at Page 9 of this document.

21   It's -- and I'd like you to look at the second full

22   paragraph on the right-hand column.

23   **A.**    I'm sorry.  This is on Page 9?

24   **Q.**    PTX-816, Page 9, I believe.

25   **A.**    Okay.  I was in the next document.  I'm sorry.

1           Yes.

2    **Q.**    And do you see the second full paragraph on the

3    right-hand column?

4    **A.**    That starts with?

5    **Q.**    With "We suggest"?

6    **A.**    Yes, I see that.

7    **Q.**    And so you concluded, in February 2009, that a

8    phase-shifting drug, such as tasimelteon, has therapeutic

9    potential for circadian rhythm sleep disorders, correct?

10   **A.**    That is what the sentence says, yes.

11   **Q.**    You can put that aside.

12           Vanda's required to file Form 10-Ks with the SEC,

13   correct?

14   **A.**    Correct.

15   **Q.**    And those 10-K filings are publicly available.

16   **A.**    They are.

17   **Q.**    And you review every Vanda 10-K before it's

18   submitted, correct?

19   **A.**    I do.

20   **Q.**    If you could turn, please, to PTX-473 now back in

21   your black binder, and specifically Volume 2.

22   **A.**    Would you please repeat that, the tab number?

23   **Q.**    It is PTX-473.

24   **A.**    Yes.

25   **Q.**    This is Vanda's 10-K for the fiscal year ended

*Polymeropoulos - Cross*

1    December 31, 2010; is that right?

2    **A.**    Correct.

3         **MR. MILLIKEN:**  Your Honor, I move PTX-473 into

4    evidence.

5         **MR. GROOMBRIDGE:**  No objection.

6         **THE COURT:**  It's admitted.

7         (PTX-473 admitted into evidence.)

8    **BY MR. MILLIKEN:**

9    **Q.**    If you could turn, please, to the -- near the back of

10   the document, Page 109.

11   **A.**    Yes.

12   **Q.**    That's your name there; is it not?

13   **A.**    It is.

14   **Q.**    And you stated here that you've reviewed this 10-K?

15   **A.**    Yes.

16   **Q.**    And you state that to the best of your knowledge,

17   this report didn't contain any untrue or misleading

18   statements; is that right?

19   **A.**    Correct.

20   **Q.**    And you signed this and dated it on March 10, 2011;

21   is that right?

22   **A.**    Correct.

23   **Q.**    And this document was available to the public before

24   2012, right?

25   **A.**    Yes.

*Polymeropoulos – Cross*

1    **Q.**    If could you turn back to Page 5 of the document.

2    **A.**    Yes.

3    **Q.**    And then you see the second bullet point on that page

4    that begins "Tasimelteon"?

5    **A.**    I do.

6    **Q.**    And it states here that:  Tasimelteon is a compound

7    for the treatment of sleep and mood disorders, including

8    circadian rhythm sleep disorders?

9    **A.**    Correct.

10   **Q.**    And it goes on to say that:  The compound binds

11   selectively to the brain's melatonin receptors, which are

12   thought to govern the body's natural sleep-wake cycle?

13   **A.**    Correct.

14   **Q.**    And then it goes on to say that:  Compounds that bind

15   selectively to these receptors are thought to be able to

16   help treat sleep disorders?

17   **A.**    Correct.

18   **Q.**    And the following sentence states that:  Vanda

19   announced positive results from its trials in transient

20   insomnia and chronic primary insomnia.

21        Is that right?

22   **A.**    The first sentence only refers to the Phase III

23   transient insomnia November 2006.

24   **Q.**    And then the following sentence states that:

25   Positive topline results in the study of chronic primary

1    insomnia were also announced?

2    **A.**   Yes.

3    **Q.**   If you could flip to the next page, Page 6.  And it

4    says there at the top that:  Vanda initiated two clinical

5    trials to pursue FDA approval of tasimelteon for the

6    treatment of Non-24 Hour sleep-wake disorder in blind

7    individuals without light perception in the third quarter

8    of 2010?

9    **A.**   Correct.

10   **Q.**   A couple sentences later, it also states that:  Those

11   trials were going to include laboratory measures of the

12   synchronization between the internal body clock and the

13   24-hour environmental light/dark cycle?

14   **A.**   Is that what you just highlighted, the trial has a

15   six-month treatment period?

16   **Q.**   Correct, the sentence beginning there.  It states:

17   The trial has a six-month treatment period and includes

18   measures of both nighttime and daytime sleep, as well as

19   laboratory measures of the synchronization between the

20   internal body clock and the 24-hour environmental

21   light/dark cycle.

22   **A.**   I see that, yep.

23   **Q.**   Okay.  And then on the next page, the first full

24   sentence on the very top, it states that:  Tasimelteon may

25   represent a breakthrough based on the compound's

1    demonstrated efficacy and safety to date and its novel

2    mechanism of action.

3         Do you see that?

4    **A.**    I do.

5    **Q.**    And given that you certified to the accuracy of this

6    statement -- or the accuracy of the statements in this

7    document, I assume you would agree that was true as of

8    March 2011?

9    **A.**    Correct.

10   **Q.**    And then if you could turn, please, to Page 11.  Do

11   you see a heading that says:  Potential Advantages of

12   Tasimelteon?

13   **A.**    I do.

14   **Q.**    And the second-to-last sentence in that paragraph

15   says that:  For patients with CRSDs, tasimelteon may be

16   able to align the patient's sleep-wake cycle with his or

17   her lifestyle.

18        Do you see that?

19   **A.**    Correct.

20   **Q.**    And that's talking about entrainment, right?

21   **A.**    Not necessarily.  Alignment can also happen in

22   delayed sleep phase disorder or jetlag or shift worker

23   shift disorder.

24   **Q.**    So it's your testimony that when the document says

25   that "tasimelteon may be aligned" -- may be able to align

1    a patient's sleep-wake cycle with his or her lifestyle,"

2    that's not necessarily referring to entrainment?

3    **A.**    It depends on the context of the indication.

4    **Q.**    Okay.  And then as support for that statement that we

5    were just looking at, and the final sentence of that

6    paragraph, the document cites Vanda's Phase II trial of

7    tasimelteon in transient insomnia, right?

8    **A.**    Correct.

9    **Q.**    All right.  Let's switch gears again.

10         Could you go in your binder -- and I think this

11    should be in Volume 1 -- JTX-1?

12    **A.**    Yes.

13    **Q.**    And this is a patent on which you're listed as an

14    inventor; is that right?

15    **A.**    Correct.

16    **Q.**    It is one of the patents asserted in this case,

17    right?

18    **A.**    Yes.

19              **MR. MILLIKEN:**  Your Honor, I'd move JTX-1 into

20    evidence.

21              **MR. GROOMBRIDGE:**  No objection.

22              **THE COURT:**  It's admitted.

23              (JTX-1 admitted into evidence.)

24    **BY MR. MILLIKEN:**

25    **Q.**    Can we take a look at Claim 1?  And that's on

*Polymeropoulos – Cross*

 1    Page 42.

 2    **A.**    Page 42.  You mean Page 41?

 3    **Q.**    I apologize.  It is Page 41.

 4         And do you see there that Claim 1 requires, among

 5    other things, a daily sleep period of approximately

 6    seven-to-nine hours?

 7    **A.**    It says a daily sleep period of approximately

 8    seven-to-nine hours.  I don't see the "requiring."

 9    **Q.**    Sorry.  I will rephrase the question.

10         The claim contains the phrase, "a daily sleep period

11    of approximately seven-to-nine hours."  Right?

12    **A.**    Correct.

13    **Q.**    And it's your position that someone who allocates

14    five hours to sleep is allocating approximately

15    seven-to-nine hours of sleep, right?

16    **A.**    Five hours, maybe, is -- is a sleep period which is

17    outside of the seven-to-nine hours.

18    **Q.**    But it's your position that five hours is

19    approximately seven-to-nine hours, right?

20    **A.**    It could be, depending how you define

21    "approximately."  The intent of this is to suggest a sleep

22    opportunity period of seven-to-nine hours which would be

23    recommended for most people.

24    **Q.**    So my question is, under your understanding of this

25    phrase, if a patient has a daily sleep period of five

*Polymeropoulos - Cross*

1   hours, you would say that that patient had a daily sleep

2   period of approximately seven-to-nine hours; is that fair?

3   **A.**   I don't understand how you connect the five hours to

4   this phrase.

5   **Q.**   So the claim says, "a daily sleep period of

6   approximately seven to eight hours."  And if I allocate

7   five hours of sleep, it's your position that I have

8   allocated approximately seven-to-nine hours to sleep; is

9   that fair?

10  **A.**   I would -- I don't think that I should be construing

11  the claim, but I would say the five hours seems to be a

12  little too far away from the seven to nine.

13  **Q.**   Okay.  So five hours is not approximately

14  seven-to-nine hours?

15  **A.**   Correct.

16  **Q.**   Could you go back to the very front tab in Volume 1,

17  your December 20, 2019 deposition?

18  **A.**   Yes.

19  **Q.**   The tab says Polymeropoulos, and it has the date,

20  which is December 20th, 2019.

21  **A.**   Correct.

22  **Q.**   And if you could turn, please, to Page 184.

23  **A.**   Yes.

24  **Q.**   And I'm starting at Page 184, Line 19:

25      "**Q.**   Okay.  So that person who allocates five hours of

*Polymeropoulos – Cross*

1    sleep, five hours to sleep, is that someone who allocates

2    approximately seven-to-nine hours?

3    **A.**  Yes."

4      Was that your testimony?

5    **A.**  I'm sorry, can you point me again?

6    **Q.**  Page 184, beginning at Line 19.

7    **A.**  Nineteen.

8    **Q.**  It says:

9    "**Q.**  Okay.  So that person who allocates five hours of

10   sleep, five hours to sleep, is that someone who allocates

11   approximately seven-to-nine hours?

12   "**A.**  Yes."

13     Was that your testimony?

14   **A.**  That was my testimony.

15   **Q.**  All right.  Some forms of insomnia are classified as

16   circadian rhythm sleep disorders; is that fair?

17   **A.**  Some form of insomnia?

18   **Q.**  Some forms of insomnia are classified as circadian

19   rhythm sleep disorders.

20   **A.**  I believe that circadian rhythm disorders are their

21   own category in the International Classification of

22   Disease.  Insomnia is a symptom within CRSD.

23   **Q.**  So you don't agree that some forms of insomnia are

24   actually classified as circadian rhythm sleep disorders?

25   **A.**  I'm not sure I recall exactly how the Classification

1    of Disease classifies them.

2    **Q.**    Okay.  That's fair.

3         Could you turn -- and this should be the very next

4    tab in your binder.  It's another deposition transcript.

5         And could you confirm that this was the transcript

6    from your November 18th, 2020 deposition?

7    **A.**    What exhibit?

8    **Q.**    It's the tab following the transcript that we were

9    just looking at.

10   **A.**    Yes.

11   **Q.**    And you were also under oath during this deposition,

12   correct?

13   **A.**    Correct.

14   **Q.**    And you told the truth.

15   **A.**    Yes.

16   **Q.**    If you could go, please, to Page 66 of that

17   transcript.

18   **A.**    Yes.

19   **Q.**    Beginning at Line 55 -- or excuse me, Page 66,

20   Line 7:

21       "**Q.**    Is insomnia classified as a circadian rhythm sleep

22       disorder?

23       "**A.**    Some forms of insomnia are classified as circadian

24       rhythm sleep disorders, and insomnia can be a symptom."

25        Was that your testimony?

*Polymeropolos – Cross*

1    **A.**    Correct.

2    **Q.**    Now, in response to some of Mr. Groombridge's

3    questioning, you said that Vanda did some drug-drug

4    interaction studies concerning tasimelteon; is that right?

5    **A.**    Yes.

6    **Q.**    And when you did drug-drug interaction studies on

7    tasimelteon, you had information suggesting that

8    tasimelteon was metabolized by CYP1A2, correct?

9    **A.**    It was some preliminary information from BMS,

10   correct.

11   **Q.**    And that was one of the factors that resulted in

12   Vanda testing a CYP1A2 inhibitor with tasimelteon, right?

13   **A.**    One of the factors, correct.

14   **Q.**    And Vanda also did a study about the coadministration

15   and tasimelteon with CYP3A4 inducers, right?

16   **A.**    Correct.

17   **Q.**    And you did that, in part, based on knowledge that

18   CYP3A4 may be contributing to the metabolism of

19   tasimelteon, right?

20   **A.**    My recollection is that BMS thought that it may not.

21   **Q.**    Yes.  But my question is at the time that Vanda

22   performed its drug-drug interaction studies involving

23   CYP3A4 inducers, you did that, in part, based on knowledge

24   that CYP3A4 may be contributing to the metabolism of

25   tasimelteon; is that fair?

*Polymeropoulos - Cross*

1    **A.**    It is possible, yes.

2    **Q.**    Okay.  Do you recall -- or actually, if you would, if

3    you could turn to PTX-613.

4    **A.**    Is that the other book?

5    **Q.**    That's going to be in Volume 2 of the binder.

6    **A.**    Yes.

7    **Q.**    And this is one of the documents that you looked at

8    with Mr. Groombridge; is that right?

9    **A.**    Correct.

10    **Q.**    This was a confidential document, wasn't it?

11    **A.**    Correct.

12    **Q.**    It wasn't available to the public.

13    **A.**    Correct.

14    **Q.**    And then if you could turn now to JTX- 111, which I

15    believe should be in the same binder.

16    **A.**    Yes.

17    **Q.**    This was also a confidential document?

18    **A.**    Correct.

19    **Q.**    And it wasn't available to the public either?

20    **A.**    It was not.

21    **Q.**    All right.  You talked some with Mr. Groombridge

22    about the two drug-drug interaction studies and the food

23    effect study that Vanda did with tasimelteon.

24          Do you recall that?

25    **A.**    Correct.

*Polymeropoulos – Cross*

1    **Q.**    Each of those studies was in healthy volunteers,

2    correct?

3    **A.**    It was.

4    **Q.**    Turning now to the SET and RESET studies.  Those

5    studies were conducted administering the drug before

6    bedtime, right?

7    **A.**    Correct.

8    **Q.**    And administration was several hours after a meal?

9    **A.**    I don't think there was a specification about the

10   timing after a meal in protocol.

11   **Q.**    So you don't recall whether the administration was

12   several hours after the meal in the SET and RESET studies?

13   **A.**    I do not.  I don't think it was specified.

14   **Q.**    Could you turn back in Volume 1 of your binder to --

15   it's going to be the second tab.  This is the November 18,

16   2020 deposition transcript.

17   **A.**    Okay.

18   **Q.**    If you could turn to Page 72, please.

19   **A.**    Okay.

20   **Q.**    Beginning at Page 72, Line 25.

21   **A.**    I'm sorry.

22        Page 72, yes.

23   **Q.**    Okay.

24        "**Q.**   The SET and RESET studies did not study the effect of

25        the food effect on Tmax, correct?"

1    **A.**    I'm sorry.  I must be on the wrong page.  I am

2    looking at Page 70 to 73.

3    **Q.**    Are you in the correct transcript?  This is the

4    11/18/2020 transcript.

5    **A.**    Okay.  Seventy-two, yes.

6    **Q.**    And you were asked:

7        **"Q.**    The SET and RESET studies did not study the effect of

8        the food effect on Tmax?"

9    **A.**    I'm sorry, I don't see that.  This starts:

10        "Before I answer, sir, okay, would you mind

11    repeating?"

12        That's 72.

13    **Q.**    Let me make sure we're -- all right.  You are looking

14    at the transcript that has November 18th, 2020 at the top?

15    **A.**    Correct.

16    **Q.**    And you are looking at Page 72?

17    **A.**    Correct.

18    **Q.**    And Line 25 of Page 72?

19    **A.**    Yes.  The SET and RESET studies.

20    **Q.**    Yes.

21    **A.**    Yes, I see that.

22    **Q.**    Okay.  And you were asked the question:

23        **"Q.**    The SET and RESET studies did not study the effect of

24        the food effect on Tmax, correct?

25        **"A.**    They were conducted administering the drug before

*Polymeropoulos - Cross*

1      bedtime and several hours after the meal.  So there were

2      in the SET and RESET studies Hetlioz was not administered

3      with food."

4          Was that your testimony?

5   **A.**   It was.

6   **Q.**   And SET and RESET didn't study the effect of food on

7   the administration of tasimelteon, correct?

8   **A.**   Correct.

9   **Q.**   You talked with Mr. Groombridge a bit about BMS.

10         BMS never tried to develop tasimelteon for the

11  treatment of Non-24, right?

12  **A.**   It did not.

13  **Q.**   And Vanda is not aware of any clinical data that

14  compare melatonin and tasimelteon in head-to-head trials;

15  is that right?

16  **A.**   We have not done such a study, correct.

17  **Q.**   Could you turn, please -- and this will still be in

18  Volume 1 -- to JTX-12.

19  **A.**   Yes.

20  **Q.**   And this is US patent 5,856,529, right?

21  **A.**   Correct.

22              **MR. MILLIKEN:**  Your Honor, I move JTX-12 into

23  evidence.

24              **MR. GROOMBRIDGE:**  No objection.

25              **THE COURT:**  All right.  It's admitted.

*Polymeropoulos - Cross*

```
 1                    (JTX-12 admitted into evidence.)

 2    BY MR. MILLIKEN:

 3    Q.    BMS granted an exclusive license to this '529 patent

 4    to Vanda in 2004; is that correct?

 5    A.    Correct.

 6    Q.    And if you could look, please, at JTX-103, which is

 7    in Volume 2 of your binder.

 8    A.    Yes.

 9    Q.    And this is the license agreement between BMS and

10    Vanda that included the '529 patent, right?

11    A.    Correct.

12              MR. MILLIKEN:  Your Honor, I move JTX-103 into

13    evidence.

14              MR. GROOMBRIDGE:  No objection.

15              THE COURT:  All right.  It's admitted.

16              (JTX-103 admitted into evidence.)

17    BY MR. MILLIKEN:

18    Q.    Okay.  Let's go back to the '529 patent, JTX-12.

19    A.    Okay.

20    Q.    This patent covers tasimelteon, right?

21    A.    Correct.

22    Q.    And this patent is still in force.

23    A.    It is.

24    Q.    It hasn't expired.

25    A.    Correct.
```

*Polymeropoulos - Cross*

1    **Q.**    So if someone else besides Vanda were to sell

2    tasimelteon in the United States, that would infringe the

3    patent, right?

4    **A.**    I have to ask my lawyers how this works, but I

5    believe it to be so.

6    **Q.**    That's fair enough.

7          And if we take a look at Page 24 of the '529 patent,

8    it should have Claim 14 on it.  The '529 patent also

9    covers the use of tasimelteon to treat circadian rhythm

10   disorders, right?

11   **A.**    Correct.

12   **Q.**    Okay.  And could you now turn -- sorry to make you go

13   back to Volume 2, but if you could turn to PTX-633.

14   **A.**    Is it in the other book?

15   **Q.**    It's in the other book, yes, sir.

16   **A.**    PTX?

17   **Q.**    PTX-633.

18   **A.**    Yes.

19   **Q.**    And this is the patent and exclusivity information in

20   the Orange Book listing for Hetlioz, right?

21   **A.**    Correct.

22              **MR. MILLIKEN:**  And, Your Honor, I move PTX-633

23   into evidence.

24              **MR. GROOMBRIDGE:**  No objection.

25              **THE COURT:**  It's admitted.

1              (PTX-633 admitted into evidence.)

2    **BY MR. MILLIKEN:**

3    **Q.**   The '529 patent is listed here on this document,

4    correct?

5    **A.**   Correct.

6    **Q.**   See there where it says "patent use code" and then

7    next to the '529 patent, it says "U2149"?

8    **A.**   I see that.

9    **Q.**   Do you know what U2149 means?

10   **A.**   I'm not sure.

11   **Q.**   Would it surprise you to know that use code U2149 is

12   treatment of Non-24 Hour sleep-wake Disorder by

13   administering tasimelteon?

14   **A.**   No.

15              **MR. MILLIKEN:**  No further questions.

16              **THE COURT:**  All right.  Any redirect?

17              **MR. GROOMBRIDGE:**  A little, Your Honor.  Yes.

18                   REDIRECT EXAMINATION

19   **BY MR. GROOMBRIDGE:**

20   **Q.**   Dr. Polymeropoulos, do you have the black binder with

21   the deposition transcripts in it in front of you there?

22   **A.**   Is that Volume 2 or 1?

23   **Q.**   It is Volume 1, I believe.

24   **A.**   Yes.

25   **Q.**   And Mr. Milliken asked you about some testimony from

*Polymeropoulos – Redirect*

1    your November 18th, 2020 deposition, beginning at the end

2    of Page 72 and carrying on to Page 73.

3        Can you find those pages, please?

4    **A.**   Yes.

5    **Q.**   And immediately after the question and answer that

6    was pointed to, did you give the following testimony:

7        "**Q.**   And there were not studies to study the effect of

8        food on the administration of tasimelteon, correct?

9        "**A.**   You mean studies –– you still mean SET and RESET?

10       "**Q.**   Yes.

11       "**A.**   Yeah.  Those studies did not take patients with and

12       without food."

13       Was that your testimony at the deposition?

14   **A.**   Correct.

15   **Q.**   Now, I would like to talk a little bit about daily

16   sleep period, or maybe just ask one question.

17       As you understand the term, does daily sleep period

18   refer to how long someone sleeps for; in other words,

19   sleep duration?

20   **A.**   Sleep period ––

21   **Q.**   Correct.

22   **A.**   –– is the allotted time for a sleep opportunity.

23   **Q.**   And how does that relate to sleep duration?

24   **A.**   Duration is the amount of sleep that one slept in the

25   period, be it day or nighttime.

*Polymeropoulos*

1    **Q.**   Does a sleep period of approximately seven-to-nine

2    hours connote how much time the person actually sleeps?

3    **A.**   No.

4    **Q.**   One final thing.  I'd like to look at the sales

5    documents that Mr. Milliken showed you.

6          Let's start -- can you find JTX-115, which is in

7    Volume 2 of the black binders.

8             **MR. GROOMBRIDGE:**  And Mr. Weir, could you put

9    that up and find Page 3, please.

10            Let's enlarge it, please.

11   **BY MR. GROOMBRIDGE:**

12   **Q.**   Now, Mr. Milliken showed you this and said -- asked

13   you whether the sales force was allowed to use the word

14   "entrainment."

15         Do you recall?

16   **A.**   Yes.

17   **Q.**   Dropping down where it says Preferred Terms here,

18   what are the terms that the sales force is allowed to use?

19   **A.**   The term "aligns sleep-wake cycle to the 24-hour day"

20   is a primary preference, and the second option,

21   "synchronizes sleep-wake cycles to the 24-hour day."

22   **Q.**   And how do those relate, if at all, to entrainment?

23   **A.**   They're synonymous.

24            **MR. GROOMBRIDGE:**  Thank you.  No more

25   questions.

 1          THE COURT:  All right.  Well, this is a bench

 2     trial.  I have a few questions for you, Doctor.

 3          So this test -- let's look at PTX-2, right,

 4     this test summarized here.

 5          THE WITNESS:  The PTX is right here, yes.

 6          THE COURT:  All right.  Actually, so this has

 7     these asterisks, right?  And as I understand it, you are

 8     saying they measure the peak aMT6s melatonin metabolite;

 9     is that right?

10          THE WITNESS:  Metabolite of melatonin.

11          THE COURT:  I wrote down as the peak AMT6s

12     melatonin metabolite -- or metabolite, I should say.

13          THE WITNESS:  That is correct.

14          THE COURT:  That's right.  Okay.  That's what

15     it measures here.

16          So what do you give -- now, how do you measure

17     this?  Do you give people a bottle to take a urine test at

18     a certain time every day?  What is it that you do to come

19     up with that measurement?

20          THE WITNESS:  The way it was measured is,

21     people collected the entire 24 hour, as they had different

22     episodes.  They marked the times that the jars were

23     filled.  And we sent a nurse to their homes to collect.

24     And from that collection, we calculate concentration and

25     we had the volume, so we can then take all these

1    measurements and then plot and then calculate exactly that

2    number.

3          THE COURT:  Okay.  So, then, when you conduct a

4    test like this and you measure somebody's sleep duration,

5    how do you do that?

6          THE WITNESS:  In that study, sleep duration was

7    reported on a daily diary through a daily diary voice

8    system on the phone, where they called every morning and

9    they told us all the sleep episodes during the night and

10   the same thing during the day.

11         THE COURT:  So when you say "all the sleep

12   episodes during that night," what does that mean?

13         THE WITNESS:  So if I recall the questions

14   broken down, that if you slept between 11:00 and 3:00, you

15   record that.  And if you got up and went back to bed from

16   5:00 to 9:00, you recorded that.

17         So these dark lines that shifted to indicate

18   the sleep episode, some of them were broken.  Others had a

19   part at night and others during the day, because they

20   recorded nap episodes of different durations.

21         THE COURT:  But you are relying on the patient

22   to tell you, if I'm lying in bed for four hours, how much

23   of that is sleep and how much is not?

24         THE WITNESS:  Correct.

25         THE COURT:  And they are not recording it on

1    the telephone until they wake up the next morning?

2            **THE WITNESS:**  Correct.

3            **THE COURT:**  So if they went to bed at 9:00 p.m.

4    and they got up at 7:00 a.m., they were in bed.  In terms

5    of measuring how much time they were asleep versus they

6    weren't, you're relying on the patient's recall?

7            **THE WITNESS:**  Correct.  And this is the closest

8    validated system to conduct the studies.  That's why we

9    are saying confounding.  Because, of course, they're

10   confounders of the report.

11           However, in this study, the amount of phase --

12   with the phase of the cycle you are at.  So there is a

13   good correlation not complete.  A good correlation between

14   these reports so that less amount of nighttime sleep and

15   more naps happen when the acrophase is during the day,

16   instead of the night.

17           **THE COURT:**  All right.  Thank you.

18           You may step down.  Thank you.

19           **MR. GROOMBRIDGE:**  Your Honor, Vanda's next

20   witness is Dr. Daniel Combs.  And my colleague,

21   Mr. Daniel Klein, will be presenting this witness.

22           **MR. KLEIN:**  Your Honor, may we approach?

23           **THE COURT:**  Sure.

24           **THE CLERK:**  Please state and spell your name

25   for the record.

*Combs - Direct*

```
1                THE WITNESS:  D-A-N-I-E-L, C-O-M-B-S.

2           DANIEL COMBS, having been called as a witness, being

3      first affirmed or duly sworn under oath, testified as

4      follows:

5                MR. STONE:  Your Honor, may I approach and take

6      the Polymeropoulos binders away so that there's space?

7                THE COURT:  Yes.

8                MR. STONE:  Thank you.

9                          DIRECT EXAMINATION

10     BY MR. KLEIN:

11     Q.    Good afternoon, Dr. Combs.

12     A.    Good afternoon.

13     Q.    Can you state your name for the record, please?

14     A.    Yes, Daniel Combs.

15     Q.    And can you pull the microphone up?

16               THE COURT:  You can't.  It's stuck to the

17     table.

18               THE WITNESS:  I can lean a little bit forward.

19               THE COURT:  Okay.

20     BY MR. KLEIN:

21     Q.    What do you do for a living?

22     A.    I'm a sleep medicine physician.  Also I'm assistant

23     professor at the University of Arizona.

24     Q.    Can you turn to PTX- 823 in your binder, please.

25           What is this document?
```

1    **A.**   This is my CV.

2    **Q.**   And you prepared this CV?

3    **A.**   Yes.

4         **MR. KLEIN:**   Your Honor, I'd like to offer

5    PTX- 823 into evidence.

6         **MR. PICKARD:**   No objection.

7         **THE COURT:**   All right.  It's admitted.

8         (PTX-823 is admitted into evidence.)

9    **BY MR. KLEIN:**

10   **Q.**   If you look at the bottom, towards the bottom of

11   Page 100, Chronology of Employment, it says:  Assistant

12   Professor of Medicine.

13        Do you see that, Doctor?

14   **A.**   Yes.

15   **Q.**   What do you do as an assistant professor of medicine?

16   **A.**   So assistant professor of medicine in pediatrics.  I

17   split my time approximately half doing research and

18   teaching, and the other half doing clinical care for sleep

19   medicine.

20   **Q.**   And what kind of things do you teach?

21   **A.**   I predominantly teach sleep medicine-related topics.

22   And so that would include having medical students,

23   residents, fellows in my sleep medicine clinic.  I give

24   lecturing regarding sleep medicine.  I also do some

25   teaching related to research programs for medical

1    students.

2    **Q.**    And when you say "sleep medicine," what does that

3    encompass?  What are you referring to?

4    **A.**    So sleep medicine broadly, really any kind of

5    disorders relating to sleep.  And so I usually say,

6    reasons people who come to my clinic is they can't sleep,

7    they sleep too much or a few other reasons.

8         But in general, medical condition that disturbs

9    sleep, they come to see me for it.

10    **Q.**    And you referred to your research.  Is your research

11    also on the topic of sleep medicine?

12    **A.**    Yes.

13    **Q.**    What types of things have you researched?

14    **A.**    I have current NIH funding looking at clinical trials

15    for medications for obstructive sleep apnea.  I also have

16    prior research funding from the American Academy of Sleep

17    Medicine Foundation.  And I've published on a wide variety

18    of sleep topics, so things like sleep apnea, insomnia,

19    circadian rhythm disorders.

20    **Q.**    And also on Page 1 of your CV, it says:  Director

21    Pediatric Sleep Medicine Program.

22         Do you see that?

23    **A.**    Yes.

24    **Q.**    What do you as a director in the pediatric sleep

25    medicine program?

Combs - Direct

```
1    A.    So that's my clinical role, and so that is split,

2    seeing patients in the sleep medicine clinic and reading

3    sleep studies.

4    Q.    And what kind of sleep disorders have you treated?

5    A.    I think most of them, if not at all of them.  So

6    things like sleep apnea is very common.  Insomnia,

7    circadian rhythm disorders, they are especially common in

8    adolescence.

9    Q.    What kind of circadian rhythm disorders have you

10   treated?

11   A.    Predominantly delayed sleep phase syndrome.  And --

12   as that's very common in teenagers.  I've also treated

13   Non-24.

14   Q.    And do you have any experience using tasimelteon?

15   A.    Yes.

16   Q.    Or administering it?

17   A.    Yes.

18         MR. KLEIN:  Your Honor, at this time, I would

19   like to offer Dr. Combs as an expert in sleep medicine and

20   circadian rhythm and sleep disorders and the treatment

21   thereof.

22         MR. PICKARD:  No objection.

23         THE COURT:  All right.

24   BY MR. KLEIN:

25   Q.    You mentioned a moment ago, Doctor, that you've
```

*Combs - Direct*

1    published on Non-24; is that correct?

2    **A.**    Yes.

3    **Q.**    Can you turn to JTX- 165 in your binder, please?

4    **A.**    Yes.

5    **Q.**    What is this?

6    **A.**    This is the case report that we published on Non-24.

7    **Q.**    Is this paper something you reviewed in preparing for

8    your testimony today?

9    **A.**    Yes, it is.

10           **MR. KLEIN:**    Your Honor, I'd like to offer

11    JTX- 165 into evidence.

12           **MR. PICKARD:**    No objection.

13           **THE COURT:**    All right.  It's admitted.

14        (JTX-165 is admitted into evidence.)

15    **BY MR. KLEIN:**

16    **Q.**    What's the purpose of a paper like this?

17    **A.**    So a case report like this is usually to educate and

18    spread awareness and teach physicians.

19    **Q.**    Did you prepare a slide addressing some of the

20    details from this case report you think are relevant to

21    the testimony you plan on giving today?

22    **A.**    Yes.

23           **MR. KLEIN:**    Mr. Weir, can you pull up PTX- 4.3?

24    **BY MR. KLEIN:**

25    **Q.**    Is this the slide you prepared, Doctor?

1   **A.**    Yes.

2   **Q.**    And what was this case report about?

3   **A.**    So this was a 17-year-old young woman who presented

4   to our clinic.  She was totally blind, had chronic

5   insomnia that was waxing and waning.  She had seen an

6   outside physician, and I think a sleep physician as well,

7   who had tried melatonin as well as several sedative

8   medications such as Ambien, without improvement.

9         So we saw her because she was blind.  And insomnia

10   would kind of come and go in a cyclic manner.  We were

11   very suspicious for Non-24, so we initially started her on

12   melatonin.  At follow-up, about three months later, that

13   was not successful.

14        So that point in time, we started tasimelteon, which

15   about three or four months later, she followed up and her

16   condition had improved and her sleep time had stabilized.

17   **Q.**    And did you prepare a summary of the opinions you

18   intend to offer today?

19   **A.**    Yes.

20              **MR. KLEIN:**  Mr. Weir, can you please pull up

21   PTX- 4.4.

22   **BY MR. KLEIN:**

23   **Q.**    Is this the slides you prepared, Doctor?

24   **A.**    Yes.

25   **Q.**    And what are you showing us on this slide?

*Combs - Direct*

1   **A.**   So my first opinion is that defendants induce

2   infringement of the Claim 3 of the RE604.  It proposed

3   labels would instruct and promote that prescribers

4   practice method.

5         Similarly, Number 2, defendants induce infringement

6   of Claim 14 of the '829 patent, as well as Claim 4 of the

7   '910 patent.  Defendant proposed labels that would

8   instruct and encourage practicing the methods of those

9   claims.

10        Finally, similarly, prescribers following the Hetlioz

11  label would also practice those claims.

12  **Q.**   Did you also prepare a set of slides to assist you

13  with your testimony on these issues?

14  **A.**   Yes.

15  **Q.**   Can you turn to JTX- 028 in your binder, please?

16  **A.**   Yes.

17  **Q.**   And what is this?

18  **A.**   This is the current Hetlioz label.

19  **Q.**   And you reviewed this label in preparing for your

20  testimony today?

21  **A.**   Yes.

22  **Q.**   Can you turn to JTX- 027, please?

23  **A.**   Yes.

24  **Q.**   And what is this?

25  **A.**   This was the immediately preceding Hetlioz label.

1    **Q.**    And what's the difference between these two labels?

2    **A.**    So between these two labels, there's the addition of

3    an indication for Smith-Magenis syndrome, and the oral

4    suspension used to treat Smith-Magenis syndrome.  It is a

5    rare genetic condition.

6    **Q.**    Is any of the information in the current Hetlioz

7    label about Smith-Magenis syndrome or the oral suspension

8    relevant to the opinions you plan on offering today?

9    **A.**    No.

10           **MR. KLEIN:**  Your Honor, at this time, I'd like

11    to offer JTX- 027 into evidence.

12           **MR. PICKARD:**  No objection.

13           **THE COURT:**  All right.  It's admitted.

14        (JTX-027 is admitted into evidence.)

15    **BY MR. KLEIN:**

16    **Q.**    And, Doctor, can you turn to JTX- 030 in your binder,

17    please.

18    **A.**    Yes.

19    **Q.**    And what is this?

20    **A.**    This is the Teva proposed generic tasimelteon label.

21    **Q.**    And did you review this label in preparing for your

22    testimony today?

23    **A.**    Yes.

24    **Q.**    Can you, then, turn to JTX- 033, please.

25    **A.**    Yes.

1    **Q.**    What is this?

2    **A.**    This is the proposed Apotex label for the generic

3    tasimelteon.

4    **Q.**    And did you review this label as well in preparing

5    for your testimony today?

6    **A.**    Yes.

7    **Q.**    And are there any material difference between the

8    Teva and Apotex labels that are relevant to the opinions

9    you plan on giving today?

10   **A.**    No.

11   **Q.**    And how about as between the defendants' two labels

12   and the Hetlioz label, are there any differences between

13   those that you're aware of?

14   **A.**    In regards to Non-24, no.  Just the separate

15   indication for Smith-Magenis.

16          **MR. KLEIN:**  Your Honor, at this time, I'd like

17   to offer JTX- 030 and 033 into evidence.

18          **MR. PICKARD:**  No objection.

19          **THE COURT:**  All right.  They're admitted.

20      (JTX-030 and JTX-033 are admitted into evidence.)

21   **BY MR. KLEIN:**

22   **Q.**    Finally, Doctor, if you could turn to JTX- 001 in

23   your binder, please.

24   **A.**    Yes.

25   **Q.**    And what is this?

1    **A.**   This is the RE604 patent.

2    **Q.**   Is this one of the patents that you analyzed in

3    preparing for your testimony today?

4    **A.**   Yes.

5    **Q.**   Can you turn to JTX- 003, please.

6    **A.**   Yes.

7    **Q.**   What is this?

8    **A.**   This is the '829 patent.

9    **Q.**   Is this also one on the patents you analyzed in

10   preparing for your testimony today?

11   **A.**   Yes.

12   **Q.**   Thanks.

13        And can you turn to JTX- 004, please.

14   **A.**   Yes.

15   **Q.**   What is this?

16   **A.**   This is the '910 patent.

17   **Q.**   Did you analyze this patent in preparing for your

18   testimony today?

19   **A.**   Yes.

20        **MR. KLEIN:**  Your Honor, I would like to offer

21   JTX- 003 and JTX- 004 into evidence.

22        **MR. PICKARD:**  No objections.

23        **THE COURT:**  They are admitted, then.

24        **MR. KLEIN:**  Thank you.

25        (JTX-003 and JTX-004 are admitted into evidence.)

1    **BY MR. KLEIN:**

2    **Q.**    So let's talk about the first claim, Doctor, that you

3    said you were going to analyze, the RE604 patent, Claim 3.

4                **MR. KLEIN:**    And, Mr. Weir, can you pull up

5    PDX- 4.6.

6    **BY MR. KLEIN:**

7    **Q.**    Dr. Combs, what are we looking at here?

8    **A.**    This is the language of that claim.

9    **Q.**    And why did you highlight the three?

10   **A.**    So three is highlighted -- so three is the claim

11   we'll be discussing.  Claim 3 is dependent upon Claims 1

12   and 2.  My understanding is that you need to practice all

13   of the language.

14   **Q.**    Do you understand which part of this claim language

15   is what's referred to as the "preamble"?

16   **A.**    Yes.

17   **Q.**    And what part is that?

18   **A.**    That's starting at Number 1, going to the colon after

19   "comprising."

20   **Q.**    And you're aware that the Court has construed some of

21   the terms that appear in this claim in this case?

22   **A.**    Yes.

23   **Q.**    Did you provide a slide summarizing those

24   constructions?

25   **A.**    Yes.

1              MR. KLEIN:  Mr. Weir, can you please pull up

2     PDX- 4.7.

3     BY MR. KLEIN:

4     Q.    Is this the summary you prepared, Dr. Combs?

5     A.    Yes.

6     Q.    And did you apply these constructions in forming your

7     opinions in this case?

8     A.    Yes, I did.

9     Q.    And how did the Court construe the entraining term?

10    A.    Entraining meant synchronizing.

11    Q.    And you see at the top, the top two rows -- or the

12    top row, rather, it says:  The preambles are limiting?

13    A.    Yes.

14    Q.    Do you understand what that means?

15    A.    Yes.  That means the language in the preamble needs

16    to be addressed.

17    Q.    And are you aware the parties have offered

18    definitions of what they consider to be a person of

19    ordinary skill in the art?

20    A.    Yes.

21    Q.    Did you prepare a slide summarizing those?

22    A.    Yes.

23              MR. KLEIN:  Mr. Weir, can you pull up PDX- 4.8.

24    BY MR. KLEIN:

25    Q.    Dr. Combs, what is Vanda's definition of a person of

*Combs - Direct*

1    ordinary skill in the art?

2    **A.**    So Vanda's definition is a person, or team of people,

3    with experience treating individuals with circadian rhythm

4    disorders, including a person or persons qualified to

5    prescribe medication; or alternately, a person or persons

6    with experience researching circadian rhythm disorders.

7    **Q.**    Did you apply that definition in forming your

8    opinions as to Claim 3 of the RE604 patent.

9    **A.**    Yes.

10    **Q.**    And you understand that there are some differences

11    between Vanda's definition of a person of ordinary skill

12    in the art and the defendants'?

13    **A.**    Yes.

14    **Q.**    Do any of those differences impact or alter any of

15    the opinions you plan on offering today?

16    **A.**    No.

17    **Q.**    Do you qualify as a person of ordinary skill under

18    either or both of these definitions?

19    **A.**    I believe I qualify under both.

20    **Q.**    Did you prepare a slide summarizing the elements of

21    Claim 3 of the RE604 patent, the patent that you plan on

22    addressing today?

23    **A.**    Yes.

24            **MR. KLEIN:**    Mr. Weir, can you please pull up

25    PDX- 4.9.

*Combs - Direct*

1    **BY MR. KLEIN:**

2    **Q.**    Is this the summary you prepared?

3    **A.**    Yes.

4    **Q.**    And what are we looking at here?

5    **A.**    So these are all the elements pulled out of Claim 3.

6    And so I just wanted to address all of these one by one.

7    **Q.**    Let's go to the first element.

8               **MR. KLEIN:**    Mr. Weir, can you please pull up

9    PDX- 4.10.

10   **BY MR. KLEIN:**

11   **Q.**    What are we looking at here, Dr. Combs?

12   **A.**    So these are the sections in the drug label that

13   would lead a practitioner to follow the elements of the

14   claim.    Because I can address all the sections one by one.

15   **Q.**    And when you refer to the drug label, you're

16   referring to the defendants' labels?

17   **A.**    Yes.

18   **Q.**    And before we move on, what do you mean when you

19   refer to -- what is a drug label?

20   **A.**    So a drug label is instructions or a guide to

21   prescribers on how to use the medication.

22   **Q.**    And who is the intended audience of a drug label?

23   **A.**    Whoever is prescribing.    So in this case, sleep

24   medicine physicians.

25   **Q.**    Okay.    Let's go on to the first section.

*Combs - Direct*

1          **MR. KLEIN:**  Mr. Weir, can you please pull up

2     the next slide?

3     **BY MR. KLEIN:**

4     **Q.**   How is this section of the defendants' label relevant

5     to your opinion on the entraining element from Claim 3 of

6     the RE604 patent?

7     **A.**   Section 1 is discussing Tasimelteon for treatment of

8     Non-24.  The disorder of Non-24 is a lack of entrainment.

9     And so to treat Non-24, a goal would be to entraining the

10    patient.

11    **Q.**   And so how is this language relevant to your opinion

12    that defendants will induce infringement of the entraining

13    element from Claim 3 of the reissue patent?

14    **A.**   So sleep medicine physicians would understand this

15    section's promoting entrainment of a patient with Non-24.

16    **Q.**   Let's go to the next section.

17          So how are -- how is Section 2.2 and 2.4 relevant to

18    your opinion on the entraining element from Claim 3?

19    **A.**   So in Section 2.2, the language, the 20 milligrams an

20    hour before bedtime at the same time every night, and then

21    similarly with 2.4, if they are unable to take tasimelteon

22    on the same time on a given night, patients skip that

23    dose, take the next dose as scheduled.  This is due to

24    entrainment.

25          And so tasimelteon functions like an anchor for your

1    circadian rhythm.

2         So people with Non-24 have a progressive delay.  And

3    so periodically, they're -- their night is occurring in

4    our day.  And then sometimes their in days, where their

5    night -- our night and they sleep better.

6         So the goal is they take it the same time every night

7    to anchor that circadian rhythm, which is entrainment.

8    **Q.**   And so how is this language relevant to your opinion

9    that defendants will induce infringement of the entraining

10   element?

11   **A.**   So this language is giving -- is promoting giving

12   tasimelteon at the same time, the hour before bedtime

13   every night, in order to promote entrainment.

14   **Q.**   Okay.  Let's move on to the next section in the

15   label.

16        How is Section 14.1 relevant to your opinion on

17   the -- about the entraining element?

18   **A.**   Section 14.1 is discussing the clinical trial

19   results.  And so in this study, they're discussing that

20   when patients were treated with tasimelteon, for that

21   20 milligrams an hour before bedtime at the same time

22   every night, this led to their melatonin acrophase, so

23   that the time their melatonin peaked every night was

24   occurring at the same time of day.

25        So, again, with Non-24, typically you would see in

1    untreated Non-24 a progressive delay, which means they are

2    not entrained with the 24-hour day.  When their melatonin

3    acrophase is occurring at the same time every day, that's

4    evidence of entrainment.

5    **Q.**    And so how is this language being in the label, in

6    your opinion, relevant to whether defendants will induce

7    infringement of the entraining element from Claim 3 of the

8    reissue patent?

9    **A.**    Prescribers would understand that if you're giving

10   tasimelteon as directed, it's going to lead to

11   entrainment.  It's going to promote entrainment.

12   **Q.**    And then let's go to the next slide.

13       And so on the screen, you have Table 3 from

14   Section 14.1 of the label.  How is this section relevant

15   to your opinion on the entraining element?

16   **A.**    So this is the Quartile metrics that were mentioned

17   earlier.  So one of the concepts that's Non-24 is

18   periodically you sleep totally fine.  And so if you look

19   at a metric, like just total sleep time, it's not very

20   helpful.

21       And so that's why when you look at that, they're

22   looking at nighttime sleep time on most symptomatic

23   nights, and then also how much they have fallen asleep

24   during the daytime on most symptomatic nights because a

25   period of that time will be normal.

1    And so what you can see is in Study 1, patients were

2    analyzed to start tasimelteon.  And so you can see is --

3    when they're treated with tasimelteon, they basically move

4    an hour of sleep from the daytime to nighttime.

5    And then Study 2, where patients are analyzed to stay

6    on tasimelteon or stop tasimelteon, if they stayed on

7    tasimelteon, there's really no change.  If they stopped

8    tasimelteon, that hour of sleep kind of moved from the

9    nighttime to daytime.

10    So that consolidation of sleep at night is evidence

11    of entrainment.

12    **Q.**    And so how does this section of the defendants' label

13    is relevant to your opinion about whether they will induce

14    infringement of the entraining element from Claim 3 of the

15    reissue patent?

16    **A.**    Prescribers would understand.  But this is -- it's

17    promoting entrainment.

18    **Q.**    Let's move on to the next element, daily sleep period

19    of approximately seven-to-nine hours.

20    Dr. Combs, what are we looking at here?

21    **A.**    So this is the language on daily sleep period in the

22    claim.

23    **Q.**    And did you prepare -- do you understand that the

24    parties have different interpretations of what "daily

25    sleep period" term means, correct?

1    **A.**    Yes.

2    **Q.**    Did you prepare a slide summarizing those

3    differences?

4    **A.**    Yes.

5    **Q.**    So is this a slide you prepared, Doctor?

6    **A.**    Yes.

7    **Q.**    So what is Vanda's interpretation of the daily sleep

8    period limitation?

9    **A.**    It's a window of approximately seven-to-nine hours

10    that starts at target bedtime, and then ends at about

11    target wake time.  And so patients consolidate their daily

12    sleep.  And so with that -- so that's like sleep

13    opportunity.

14        So within sleep medicine, there is a concept of total

15    sleep time.  So how much are you asleep.  Like how much

16    are you actually asleep versus sleep opportunity, which is

17    more how much time are you in bed trying to sleep.

18    **Q.**    Do you agree with this interpretation?

19    **A.**    Yes.

20    **Q.**    And what's your understanding of defendants'

21    interpretation of the "daily sleep period" term?

22    **A.**    I believe the primary difference, I believe both

23    sides agree that a seven- to nine-hour period, which is

24    kind of the standard sleep recommendation for how much

25    time you should be attempting to sleep.  My understanding

*Combs - Direct*

1    is that their definition requires you should be asleep for

2    almost that entire period.

3    **Q.**    And in the context of treating someone with Non-24,

4    why do you think defendants' interpretation is incorrect?

5    **A.**    I think they are using more total sleep time rather

6    than sleep opportunity.  So I don't think there's any

7    expectation that someone is asleep continuously for

8    seven-to-nine hours.

9    **Q.**    And why would a target wake time follow a daily sleep

10   period of approximately seven-to-nine hours in someone who

11   is being treated for Non-24?

12   **A.**    So if you have a target bedtime and you know you are

13   going to be in bed for a set amount of time, the target

14   wake time would then follow.

15        So I know that at 10:00, and I'm going to be in bed

16   for eight hours, then my wake time must be 6:00.

17   **Q.**    And would that be true for someone with Non-24 who is

18   entrained?

19   **A.**    Yes.

20   **Q.**    And you were here for Mr. Coblentz's opening

21   statement, correct?

22   **A.**    Yes.

23   **Q.**    Did you see him put up a slide that had the title:

24   Sleeping seven-to-nine hours?

25   **A.**    Yes.

**Q.**   As a sleep medicine physician, do you agree that a

daily sleep period of seven-to-nine hours is synonymous

with sleeping for seven-to-nine hours?

**A.**   No.

**Q.**   Why not?

**A.**   People don't -- so when you go to bed and when you

fall asleep aren't necessarily the same time.  So, for

example, if I go to bed at 10:00, and I take 15 minutes to

fall asleep, I wake up over the night for an hour because

one of my kids wakes me up, and then I go back to sleep,

fall back asleep, and then get up at 6:00, I would say

that I had a sleep window of about eight hours, but I

might have only slept five and a half.

So it's not reality-based.  People don't just fall

asleep and sleep continuously until the next morning.

Even if they don't remember, there's brief wake-ups.  So

it's not reality-based.

**Q.**   Are there statements in the RE604 patent that you

believe support your interpretation of the daily sleep

period?

**A.**   Yes.

            **MR. KLEIN:**  Mr. Weir, can you please pull up

PDX-4.18.

**BY MR. KLEIN:**

**Q.**   Dr. Combs, why are you showing us the first block of

1    text?

2    **A.**    So in this first block of text, they discuss daily

3    sleep period.  As you can see that they define this as

4    daily sleep period approximately seven-to-nine hours.  And

5    then you can see in parenthesis:  Understanding, of

6    course, the patient may not actually sleep during the

7    entire sleep period.

8        So they are clearly not saying that you should be

9    sleeping seven-to-nine hours.

10   **Q.**    And how about the second box, how is that relevant --

11   or how does that support your interpretation of daily

12   sleep period?

13   **A.**    So this is kind of a more concrete example.  So if

14   someone goes to bed at 10:30 and they woke up at 6:30,

15   that would be a sleep period of eight hours.  However, you

16   will notice that they self-reported a total sleep time of

17   five hours.

18   **Q.**    And then the last box I see you highlighted the text

19   in a different color.

20       Why are you showing us this text?

21   **A.**    So "nighttime total sleep time" is the phrase that

22   you would use when you're talking about how much someone

23   actually slept.  And this is kind of a standard phrasing;

24   like total sleep time is, like, how many minutes you

25   actually slept.

1    **Q.**    Okay.

2         **MR. KLEIN:**    Mr. Weir, can you please put up

3    PDX-4.19.

4    **BY MR. KLEIN:**

5    **Q.**    Dr. Combs, what are we looking at here?

6    **A.**    So these are all of the sections of the label that

7    supports the prescriber's practice of the claims.

8    **Q.**    And I see you grayed out some of the sections here.

9    **A.**    Yes.

10   **Q.**    Why did you do that?

11   **A.**    So Sections 1, 2.4 and the part about the peak

12   melatonin, I already discussed as related to entrainment.

13   Because those are going to lead to entrainment, those are

14   going to lead to consolidating your sleep and your

15   nighttime sleep period.

16   **Q.**    Let's go to the first additional section you want to

17   address.

18         **MR. KLEIN:**    Mr. Weir, can you please pull up

19   PDX-4.20.

20   **BY MR. KLEIN:**

21   **Q.**    How is this section of the label relevant to your

22   opinion on the daily sleep period element, Doctor?

23   **A.**    So this is discussing that symptoms of nighttime

24   sleep disruption and daytime sleepiness are cyclical in

25   patients of Non-24.  So Non-24, the key issue isn't how

1    much sleep they get, it's when the sleep is.  And so your

2    goal is -- those two can run together.  And so your goal

3    is really more moving your sleep towards a consolidated

4    period which would be in the night unless you are a shift

5    worker.

6    **Q.**    And so how is this language relevant to your opinion

7    that defendants will induce infringement of the daily

8    sleep period claim element?

9    **A.**    So this would promote consolidating that sleep in

10   that daily sleep period.

11          **MR. KLEIN:**  And Mr. Weir, can you pull up the

12   next slide.

13   **BY MR. KLEIN:**

14   **Q.**    See here again, we have Table 3 from Section 14.1,

15   Doctor.

16        How is this section relevant to your opinion on the

17   daily sleep period element?

18   **A.**    So similar concepts.  And on 14.1 again, the patients

19   are moving their sleep from the daytime to the nighttime.

20   So they are consolidating their sleep into their nighttime

21   sleep period.

22   **Q.**    And how is this language relevant to your opinion

23   that the defendants will induce infringement of the daily

24   sleep period element?

25   **A.**    This will promote consolidating that sleep into the

*Combs - Direct*

1    daily sleep period.

2    **Q.**   Let's go to the next section.

3         Dr. Combs, why is Section 2.2 relevant to your

4    opinion on whether defendants will induce infringement of

5    the daily sleep period element?

6    **A.**   So this is discussing taking tasimelteon an hour

7    before bedtime at the same time every night.  And so if

8    you are taking tasimelteon at the same time every night an

9    hour before bedtime, it follows you are going to have

10   bedtime an hour later.  You are going to have your sleep

11   period of seven-to-nine hours and then your wake time is

12   after that because that's what would happen.

13   **Q.**   And so how do we establish the target wake time

14   aspect of this claim element from this language?

15   **A.**   So your target wake time is inherently going to

16   follow.  So if you take tasimelteon at a set time, then an

17   hour later you go to bed, after you sleep for

18   seven-to-nine hours, your wake time is going to be the

19   next thing that happens.

20   **Q.**   Let's go on to the next claim element.

21               **THE COURT:**   Why don't we take a break.  Let's

22   do that.

23         (Whereupon, a recess was taken.)

24   **BY MR. KLEIN:**

25   **Q.**   Dr. Combs, I was just about to move on to the next

 1    element of Claim 3 of the reissue patent.

 2              **MR. KLEIN:**  Mr. Weir, can you please pull up

 3    PDX-4.24.

 4    **BY MR. KLEIN:**

 5    **Q.**   And Dr. Combs, how are Section 2.2 and 14.1 relevant

 6    to the element maintaining said 24-hour sleep-wake cycle

 7    from Claim 3 of the reissue patent?

 8    **A.**   Section 2.2 is, again, discussing at the same time.

 9    So maintaining that tasimelteon at the same time every

10    night will maintain that set, consistent 24-hour

11    sleep-wake cycle.  And then similarly in Section 14.1 when

12    they are discussing the part about the peak melatonin

13    acrophase, that's describing a melatonin equivalence of

14    maintaining that 24-hour sleep-wake cycle.  So that is

15    maintaining that 24 hours sleep-wake cycle.

16    **Q.**   And the second set of highlighted language in the

17    14.1 section, what is that referring to again?

18    **A.**   So that's referring to individuals who are with

19    Non-24 and not treated, they are going to have that delay

20    typically.  So they are not having -- so they have a

21    progressive delay in their sleep time as opposed to a set

22    24-hour schedule.

23    **Q.**   Let's go to the next element.  Orally administering

24    to the patient 20 milligrams of tasimelteon.

25              Dr. Combs, did you prepare a slide identifying the

1    sections of the label that you think are relevant to this

2    element?

3    **A.**    Yes.

4            **MR. KLEIN:**    Mr. Weir, can you, please, pull up

5    PDX-4.26.

6    **BY MR. KLEIN:**

7    **Q.**    And Dr. Combs, what are we looking at here?

8    **A.**    So Section 2.2 is saying the dose is 20 milligrams.

9    And then Section 11, there's a slight difference between

10   the tasimelteon Teva label.  They mean the same thing

11   discussing it's 20-milligram capsules oral administration

12   or intended for oral administration.  And then finally,

13   Section 14.1, again, the dose is 20 milligrams.

14   **Q.**    Thank you.  Let's go on to the next element.

15        Patient is totally blind.  And did you also prepare a

16   slide identifying the sections from the defendants' labels

17   that you think are relevant to this element?

18   **A.**    Yes.

19           **MR. KLEIN:**    Mr. Weir, can you, please, pull up

20   PDX-4.28.

21   **BY MR. KLEIN:**

22   **Q.**    Dr. Combs, what are we looking at here?

23   **A.**    So Section 1.1, again, tasimelteon is for the

24   treatment of Non-24.  Because the light is the main cue

25   that sets your circadian rhythm, people who are blind are

1    much, much, much more likely to have Non-24.  And so

2    prescribers would understand that Non-24 is predominantly

3    a disorder seen in people who are blind.

4         Section 14.1 discusses the clinical trials where it's

5    specifically in totally blind patients with Non-24.  And

6    so prescribers would understand that the label is

7    promoting the use of tasimelteon in totally blind

8    patients.

9    **Q.**    Thank you.  Let's go on to the next element, 0.5 to

10   1.5 hours before the target bedtime.

11        Did you also prepare a slide identifying the relevant

12   sections of the defendants' labels for this element?

13   **A.**    Yes.

14        **MR. KLEIN:**  Mr. Weir, can you please put up --

15        **THE COURT:**  Can I ask you something?

16        **MR. KLEIN:**  Yes.

17        **THE COURT:**  Did you all meet and confer?  How

18   much of this is going to be disputed?

19        **MR. PICKARD:**  For the '604 patent, we are

20   challenging the entrainment limitation and the seven- to

21   nine-hour 24-hour wake cycle.

22        **THE COURT:**  I mean, almost I would say it's

23   worth taking a break.  Because I don't know why I have to

24   go through all these claim limitations if at the end of

25   the day -- because this boils down to two things, or three

1   things.  And even if it's ten things, did you meet and

2   confer, have you discussed this so that I know what you

3   know?

4           **MR. STONE:**  Your Honor, I think it is clear

5   from the openings that the only disputed issues for this

6   claim term are entrainment and the seven- to nine-hour

7   sleep period.

8           **THE COURT:**  I mean, that's what I thought.  I

9   thought I'm going to have a trial that's going to be so

10  focused on two claim limitations.

11          **MR. STONE:**  In the absence of a stipulation, we

12  thought we would simply establish it.  But why don't we

13  talk to the plaintiffs about whether we -- the defendants

14  about whether we can stipulate to the other elements.

15          That seems to make sense, Your Honor.

16          **THE COURT:**  I have really good lawyers on both

17  sides of this case.  I've made that comment, really good

18  lawyers, among my favorite lawyers.  I see a lot of repeat

19  players.

20          I mentioned this is my ninth trial since

21  October 25th.  I've already got three bench trial opinions

22  I've got to get out.  I just can't do all this for sport,

23  especially when we have really good lawyers.

24          And I'm sensing this case is boiling down to a

25  handful of issues.  I mean, I do think it's incumbent upon

1    the lawyers, and we have very good Delaware counsel here,

2    too.  We should be talking about these things in an ANDA

3    case.  What has to be litigated?

4         You guys I went off the record with after the

5    pretrial and talked about how crazy our calendar is and

6    what we need to do.  I'm kind of a little astounded that

7    we didn't get through this and figure this out before I'm

8    sitting here.  And I mean, you know, you did work together

9    and reached some compromise, some claims went away.

10        But I've got better things to do than sit

11   through an hour of let's just go through all these claims

12   if this is absolutely meaningless.  Now, maybe it is not,

13   you know, and maybe you want some time to go discuss it,

14   but I would think you guys on the defense side would know

15   what you are contesting about this.

16        I mean, totally blind?  Are we going to have a

17   debate on whether there is a totally blind limitation met?

18        **MR. STONE:**  Not from our side, Your Honor.  No.

19   We think it is obviously met, and I don't think they have

20   an expert who will say otherwise.

21        **MR. ROZENDAAL:**  No, that is not a limitation

22   that we are fighting about, Your Honor.

23        **MR. GROOMBRIDGE:**  Your Honor, we'd be happy to

24   take a break and see -- you know, if we take 20 minutes,

25   maybe we can work out something.  As Your Honor is aware,

1    there's often details the lawyers are all anxious about.

2    But I think we have a good-enough working relationship

3    that we could figure this out and reduce it to writing in

4    a way that we are not going to need to -- that would cut

5    through a lot of this.

6        **MR. ROZENDAAL:**  We're certainly open to trying

7    to streamline the presentation, Your Honor.

8        **THE COURT:**  What's the efficient way to resolve

9    it?  You think take a break for 15 minutes?  You know,

10   what do we need to do?  Because this isn't efficient for

11   me because it's hard for me to go work on an opinion when

12   I get a 15-minute break as opposed to an hour break.

13       **MR. STONE:**  I think that we are probably 60

14   seconds from done with the first patent because this is

15   the last element of it, so hopefully Your Honor is right

16   about the superfluousness.  It is also done -- maybe it

17   makes sense for us to confer about the drug-drug

18   interaction patents and see if we are sure we know what we

19   are fighting about about those.

20       **MR. KLEIN:**  Your Honor, the presentation on the

21   drug-drug interactions patents, those claims do have

22   overlapping elements with the reissue patent, and the

23   discussion is not going to retread that ground.  It's just

24   going to say it was previously discussed.

25       **THE COURT:**  All right.  Let's continue.

 1          From now on, I need you -- you all need to get

 2    together at night, and you really need to say what do we

 3    need, what's important here.  For what it's worth, it

 4    takes away from all the stuff that's meaningful, you know,

 5    because I don't know what's a distraction, what I need to

 6    spend real brain power on.  I figured I didn't have to

 7    spend brain power on totally blind.

 8          **MR. KLEIN:**  Your Honor, may I just confer

 9    with --

10          **THE COURT:**  Yes, go ahead.

11          But I've got to say, I'm killing myself that I

12    gave you 13 hours each, just killing myself.

13          You know, to counsel, this is the most I have

14    given in an ANDA case.  And you all, depending on your

15    reputations, I let it go.  I should have cut it back.  I'm

16    tempted to say 11 each.  So you need to confer and figure

17    it out because this is a waste of time.

18          **MR. KLEIN:**  Is it okay to proceed, Your Honor?

19          **THE COURT:**  Yes.

20    **BY MR. KLEIN:**

21    **Q.**   We're going to skip this one, Dr. Combs.

22          And then if you could just -- what is your ultimate

23    conclusion as to whether or not defense will induce

24    infringement of Claim 3 of the RE604 patent?

25    **A.**   The labels would induce infringement.

1    **Q.**    So let's move on to the next patent.  Claim 14 of the

2    '829 patent.

3         Dr. Combs, are you aware that the parties have,

4    again, a definition -- somewhat different definitions of

5    who a person of ordinary skill in the art is for both the

6    '829 patent and the next one we will discuss, the '901

7    patent?

8    **A.**    Yes.

9    **Q.**    Did you prepare a slide summarizing those

10   interpretations or definitions?

11   **A.**    Yes.

12        **MR. KLEIN:**  Mr. Weir, can you please pull up

13   PDX-4.33.

14             And the Vanda definition on the left --

15        **THE COURT:**  All right.  Hold up.  I'm not going

16   to repeat this again.

17             You dispute the artisan of ordinary skill.  Is

18   it an issue for me to debate?  Because every single trial

19   I've had this.  I get this slide and I get the question,

20   which I know is coming, which is, does it make a

21   difference, right?  You are going to ask him that

22   question, aren't you?

23        **MR. KLEIN:**  That, and did he apply it.

24        **THE COURT:**  Yeah.

25             Is there a dispute over the relevant artisan of

1    ordinary skill?

2              **MR. ROZENDAAL:**  Not on infringement.  I think,

3    I think it could make a difference for invalidity.  I

4    don't think it's going to make a difference for

5    infringement.

6              **THE COURT:**  All right.  So, then, let's only

7    deal with it in invalidity.

8              **MR. KLEIN:**  Great.

9    **BY MR. KLEIN:**

10   **Q.**   Dr. Combs, what are we looking at here?

11   **A.**   This is Claim 14.  Again, Claim 14 is dependent on

12   Claim 13.

13   **Q.**   And do you understand which part of this claim is

14   referred to as the preamble?

15   **A.**   13 to the column after comprising.

16   **Q.**   Thank you.

17        Did you prepare a slide summarizing the Court's claim

18   constructions for this claim?

19   **A.**   Yes.

20              **MR. KLEIN:**  Mr. Weir, can you please pull up

21   PDX-4.35.

22   **BY MR. KLEIN:**

23   **Q.**   And are these the constructions that you understand

24   the Court has applied for this patent?

25   **A.**   Yes.

1    **Q.**   And did you apply these?

2    **A.**   Yes.

3    **Q.**   And did you also prepare slides summarizing the

4    elements of Claim 14 of the '829 patent that you plan on

5    addressing?

6    **A.**   Yes.

7    **Q.**   Quickly, Dr. Combs, why have you put a checkmark next

8    to the bottom two claim elements?

9    **A.**   The second two were addressed in my discussion of

10   infringement of the RE604 patent.

11   **Q.**   And so the top portion is the remaining element or

12   part of the claim that you want to address, correct?

13   **A.**   Yes.

14            **MR. KLEIN:**   Mr. Weir, can you please pull up --

15            **THE COURT:**   Sorry to interrupt.  But just one

16   thing, Doctor.

17            You heard me express frustration about time

18   management.  It doesn't improve the situation when lawyers

19   and witnesses speak quickly to try to overcome that.

20   Naturally that's the lawyers, it's not just with the

21   witnesses, because that's what happens.

22            What we want is a streamlined case where people

23   speak slowly, so we can pick it up.  All right?  So you

24   don't need to rush it, Mr. Klein, in terms of

25   presentation.

*Combs - Direct*

1          **MR. KLEIN:**  Yes, Your Honor.

2          **THE COURT:**  Thank you.

3          **MR. KLEIN:**  Mr. Weir, can you please pull up

4     PDX-4.37.

5     **BY MR. KLEIN:**

6     **Q.**   Dr. Combs, what are we looking at here?

7     **A.**   So at the top is the claim.  And then you can see in

8     Section 7.1 the label states:  Avoid use of tasimelteon in

9     combination with fluvoxamine or other strong CYP1A2

10    inhibitors.

11         And section 12.3 discusses why that is.

12         So if you give the combination, you will actually

13    increase the effective dose the patient receives of

14    tasimelteon, which could actually make it less effective.

15         So as we kind of touched on briefly, there's kind of

16    that effect -- that short, sharp pulse for it to be

17    effective.  And so if you have spillover, you can

18    actually -- it's no longer effective.

19         And so prescribers would understand that in order to

20    avoid the use of tasimelteon in combination with

21    fluvoxamine, for example, you would want to discontinue

22    the fluvoxamine prior to starting the tasimelteon.

23    **Q.**   How is this language relevant to your opinion that

24    the defendants will induce infringement of this claim

25    element?

**Combs - Direct**

1    **A.**    This would instruct prescribers to practice the

2    claim.

3    **Q.**    How would a prescriber practice these label

4    instructions that we're looking at in a real-world

5    scenario?

6    **A.**    So, for example, fluvoxamine can be used for mood

7    disorders.  So what I would expect is that if you had a

8    patient with Non-24 on fluvoxamine that you'd want to

9    start tasimelteon on, you would have them discontinue

10   fluvoxamine, switch to a different SSRI or other treatment

11   for mood disorder, and then you'll start the tasimelteon.

12   **Q.**    Thank you.

13          So what is your ultimate conclusion on whether

14   defendants infringe -- induce infringement of the Claim 14

15   of the '829 patent?

16   **A.**    That they would induce infringement.

17   **Q.**    Let's go on to the last claim of the last patent.

18   Claim 4 of the '910 patent.

19          Dr. Combs, what are we looking at here?

20   **A.**    So this is the claim, and it's highlighted for the

21   same reasoning.  Claim 4 is dependent upon Claims 1, 2,

22   and 3.

23   **Q.**    And do you understand which part of this claim

24   language is what we refer to as the claim preamble?

25   **A.**    Yes.  From one to the colon.

1    **Q.**   Thank you.

2         And you understand that the Court has construed some

3    of the terms that appear in this claim?

4    **A.**   Yes.

5              **MR. KLEIN:**   Mr. Weir, can you please pull up

6    PDX-4.41.

7    **BY MR. KLEIN:**

8    **Q.**   Are these the constructions that you applied,

9    Dr. Combs?

10   **A.**   Yes.

11             **MR. KLEIN:**   Mr. Weir, can you pull up PDX-4.42.

12   **BY MR. KLEIN:**

13   **Q.**   Dr. Combs, what are we looking at here?

14   **A.**   So these are the elements.  Again, I addressed the

15   first three checked ones in my discussion of the RE604

16   patent, so I'm only going to discuss the last one.

17   **Q.**   Okay.  And the claim element, "the patient is

18   light-perception impaired," that wasn't in the RE604

19   patent, correct?

20   **A.**   That's correct.  So totally blind is light-perception

21   impaired.

22   **Q.**   Let's go to the next slide.

23        All right.  Dr. Combs, what are we looking at here?

24   **A.**   So at the top is the claim, and then you can see

25   Section 7.2 instructs subscribers to avoid using

1    tasimelteon in combination with rifampin.

2        And, again, in Section 12.3, they discuss why, which

3    is if you give the two together, the effective dose the

4    patient receives of tasimelteon goes down by about

5    90 percent if you give the two together.  And so

6    prescribers would understand that you'd want to stop

7    rifampin prior to starting tasimelteon.

8    **Q.**    And so how is this language relevant to your opinion

9    that defendants will induce infringement of this claim?

10   **A.**    This would instruct prescribers to follow the claim.

11   **Q.**    How would a prescriber practice this label

12   instructions in a real-world scenario?

13   **A.**    So rifampin is an antibiotic, and so typically that's

14   not something you are on forever.  You are on it for a

15   course of treatment.  And so once you complete your course

16   of treatment, I'd expect you'd then discontinue the

17   rifampin and start tasimelteon.

18   **Q.**    Thank you.

19       So what is your ultimate conclusion as to whether or

20   not defendants will induce infringement of Claim 4 of the

21   '910 patent?

22   **A.**    They would.

23           **MR. KLEIN:**  I have no further questions for the

24   witness.

25           **THE COURT:**  Thank you.  Cross.

                        CROSS-EXAMINATION

**BY MR. PICKARD:**

**Q.**    Good afternoon, Dr. Combs.  My name is Byron Pickard.

We haven't met, so good to meet you this afternoon.

     If we could, I'd like to start with the '604 patent.

I will wait a moment for the binders to get handed out.

Apologies.

     And I'd just like to focus initially our discussion

on the entrainment limitation, if we can.

     You're aware that in seeking FDA approval for Hetlioz

that Vanda sought to obtain a drug label that would

include the word "entrainment" in, among other places, the

dosage and administration section?

     You are aware of that?

**A.**    Through my work in the trial, yes.

**Q.**    Okay.  And if you look in your trial binder there,

your cross-exam binder, if you could take a look at

Exhibit 139, please.

          **MR. PICKARD:**  And this is already in evidence,

so we can display that, Mr. Brooks.

          Thank you.

**BY MR. PICKARD:**

**Q.**    If you look at the front page of the label, Dr.

Combs, you will see it says:  Entrainment of the master

body clock by tradename.  That's the placeholder for

1    Hetlioz.

2    **A.**    Is this DTX-139?

3    **Q.**    Yes.  Sorry.  Let me know when you are there.

4    **A.**    Yes.

5    **Q.**    Are you familiar with this document?

6    **A.**    I don't remember seeing it.

7    **Q.**    You didn't consider this in forming your opinions in

8    this case?

9    **A.**    I don't remember.

10    **Q.**    Don't remember.  All right.

11        Well, you see here -- I mean, you heard Mr. --

12    Dr. Polymeropoulos testify as to this label earlier today.

13    You did?

14    **A.**    Yes.

15    **Q.**    Okay.  So you understand this was a label that Vanda

16    attempted to obtain from FDA but was unsuccessful in doing

17    so, correct?

18    **A.**    Yes.

19    **Q.**    Okay.  And you see here under the Dosage and

20    Administration, it reads:  Entrainment of the master body

21    clock by tradename.  It may be immediate or it may require

22    treatment with tradename for one full circadian cycle.

23        Did I say that correctly?

24    **A.**    Yes.

25    **Q.**    And if you look at Page 11 of the document,

1    Dr. Combs, under the Clinical Study section, four

2    paragraphs down, you will see the words "the primary

3    efficacy measures"?

4        Do you see that?

5    **A.**    Yes.

6    **Q.**    You are aware that Vanda, as part of its approval

7    process, attempted to submit or obtain approval based on

8    primary efficacy measures in the so-called SET study that

9    were entrainment of circadian rhythms as measured by aMT6s

10   and clinical response?

11   **A.**    Yes.

12   **Q.**    And aMT6s, that's the melatonin metabolite, right?

13   **A.**    That's correct.

14   **Q.**    And according to this label, "clinical response" was

15   defined as the coincident demonstration of entrainment of

16   aMT6s and a score on a sleep measure, correct?

17   **A.**    Yes.  It's not a standard sleep measurement.

18   **Q.**    It is not a standard sleep metric, but it is a sleep

19   metric?

20   **A.**    I believe we -- entrainment was included, yeah.

21   **Q.**    Well, that's my point.  That it had entrainment plus

22   a sleep measure, correct?

23   **A.**    Yes.  I don't remember all the metrics from the

24   Non-24 scale.  I don't know if there is a patient quality

25   of metric, did I feel better.

*Combs - Cross*

1   **Q.**   And you understand the FDA did not approve this

2   label, correct?

3   **A.**   Yes.

4   **Q.**   All right.  If we could, let's turn to the label at

5   JTX-28, please.  It's also in your binder.

6   **A.**   Okay.

7   **Q.**   And I'd like you to turn to the Clinical Study

8   section there, 14.1.

9   **A.**   Yes.

10  **Q.**   I guess as an initial question, I want to make sure

11  we're clear.  In forming your infringement opinions as to

12  the RE604 patent, you relied on information that's found

13  in the clinical study section of the Hetlioz defendants'

14  labels, correct?

15  **A.**   Yes.

16  **Q.**   And if we look at Table 3 in that section, that sets

17  forth the data for the efficacy endpoints that were

18  ultimately the basis for FDA approval, correct?

19  **A.**   Yes.

20  **Q.**   And those endpoints in Table 3, they don't include

21  the melatonin metabolite aMT6, correct?

22  **A.**   No.

23  **Q.**   In fact, the label doesn't mention "entrainment" at

24  all.

25  **A.**   The concept or the word?

1    **Q.**    The word.

2    **A.**    No.

3    **Q.**    And the FDA approved label also doesn't use the word

4    "melatonin circadian rhythm" either, does it?

5    **A.**    I believe no.

6    **Q.**    And cortisol circadian rhythm is another way to

7    measure entrainment, correct?

8    **A.**    Yes.

9    **Q.**    And the approved label doesn't use the words

10   "cortisol circadian rhythm" either, correct?

11   **A.**    Correct.

12   **Q.**    And having seen Dr. Polymeropoulos's testimony today,

13   you are aware that Vanda has instructed its salespeople

14   not to use the word "entrainment" when discussing Hetlioz

15   to its customers and physicians, correct?

16   **A.**    Yes.

17   **Q.**    And it's still your opinion that somehow the label

18   teaches entrainment to prescribers; is that right?

19   **A.**    Yes.

20   **Q.**    During your direct, you said that a goal of

21   administering Hetlioz to Non-24 patients was to achieve

22   entrainment.  And I want to see if we can agree on

23   something.  Do you agree that in addition to entraining

24   Non-24 patients, that tasimelteon can also increase total

25   sleep time per day and reduce total naptime per day?

1    **A.**    In the label?

2    **Q.**    No, just as a general matter, Doctor.  Do you agree

3    that in addition to entraining a Non-24 patient, a

4    melatonin -- or sorry, tasimelteon can also increase total

5    sleep time per day and reduce total naptime per day?

6    **A.**    Across the board or do you mean for the worst nights,

7    worst nights and days?

8    **Q.**    I'm sorry, can you repeat that?

9    **A.**    Do you mean on the worst nights or across the board?

10    **Q.**    Well, as a general matter, do you agree that in

11    addition to entraining a Non-24 patient, that tasimelteon

12    can also increase total sleep time per day and reduce

13    total naptime per day?

14    **A.**    When patients are most symptomatic, I absolutely

15    agree.  I would need to look at the SET/RESET paper to

16    give you the answer.  I don't remember off the top of my

17    head.

18    **Q.**    All right.  Thank you.

19        All right.  Let's shift gears a bit to the seven- to

20    nine-hour sleep period limitation, if we can, and let's go

21    back to JTX-28.  Let's look at the label, and I'd like to

22    focus on Section 14.1.

23        Let me know when you're there, Doctor.

24    **A.**    Yes.

25            **MR. PICKARD:**  If we go to the Table 3,

1    Mr. Brooks.  Blow that up a bit.

2    **BY MR. PICKARD:**

3    **Q.**    So what we see here are the results of study 1 and

4    study 2 for Hetlioz, correct?

5    **A.**    Yes.

6    **Q.**    And for study 1, patients in the Hetlioz group --

7              **MR. PICKARD:**  Maybe we can show the text above

8    the table, Mr. Brooks, the page before this.  Sorry.  That

9    last paragraph.

10   **BY MR. PICKARD:**

11   **Q.**    See where it says:  In study 1, patients in the

12   Hetlioz group had at baseline an average of 195 minutes of

13   nighttime sleep?

14   **A.**    Yes.

15   **Q.**    And 137 minutes of daytime naptime?  Did I read that

16   correctly?

17   **A.**    You're missing that it's 25 percent most symptomatic

18   days and nights, but agreed.

19   **Q.**    Okay.  Fair point.

20         So they took the worst -- the observation --

21   25 percent of the observation for the worst nights and

22   worst days, and those are summarized in Table 3, correct?

23   **A.**    Yes.

24   **Q.**    And so if the baseline sleep was 195 minutes, we can

25   agree that's a little more than three hours, right?

*Combs - Cross*

1    **A.**    Yes.

2    **Q.**    And according to study 1 results, patients on average

3    saw an improvement of 50 minutes on their worst 25 percent

4    of nights, correct?

5    **A.**    Yes.

6    **Q.**    Which gets you in the neighborhood of four hours.

7    **A.**    Yes.

8    **Q.**    And that's -- of course we can agree that's less than

9    seven.

10    **A.**    Yes.

11    **Q.**    But for you that's not a problem because the claim

12    language is not about actual sleep, it is just about

13    having an opportunity to sleep, right?

14    **A.**    It's about sleep opportunity.  And then with this --

15    this is the worst nights, and so I have certainly slept

16    four hours on nights I tried to sleep eight.

17    **Q.**    All right.  Dr. Combs, if we could go to the '604

18    patent, JTX-1.

19             **MR. PICKARD:**  And I'd like to put Claim 3 and

20    Claim 1 up, please.

21             And if you could highlight, Mr. Brooks, the

22    phrase -- beginning at:  Awakening at or near target wake

23    time of seven-to-nine hours.

24    **BY MR. PICKARD:**

25    **Q.**    All right.  See that claim language, Dr. Combs?

1   **A.**   Yes.

2   **Q.**   You agree that what that phrase means is that the

3   patient first sets out a target bedtime and a

4   corresponding target wake time, which are approximately

5   seven-to-nine hours apart, right?

6   **A.**   Yes.

7   **Q.**   And you heard Dr. Polymeropoulos testify today that

8   the label doesn't instruct as to the length of a patient's

9   sleep period.

10       Did you hear that?

11  **A.**   That was difficult to follow because it seemed like

12  you were talking about sleep period and he was talking

13  about total sleep, so...

14  **Q.**   Well, if Dr. Polymeropoulos said that, do you agree

15  with that?

16  **A.**   That -- sorry.  Say that again.

17  **Q.**   That the label does not instruct as to the length of

18  a patient's sleep period?

19  **A.**   As I discussed, it provides instructions on, like,

20  the sleep period.  Like that's -- it's -- so you take it

21  at bedtime, one would expect to sleep seven-to-nine hours.

22  So the seven-to-nine hours is not there.  The words are

23  not there, then I agree.

24  **Q.**   All right.  And were you present when

25  Dr. Polymeropoulos testified that the label does not talk

1    about being -- there being a target wake time relative to

2    a target bedtime.

3        Do you agree with that testimony?

4    **A.**    I think a target awake time is going to follow

5    bedtime.  So if you know they are separated by

6    seven-to-nine hours, one follows the other.

7    **Q.**    Right.  Well, that aside, we can agree that the

8    labels do not explicitly talk about the seven to nine-hour

9    sleep window; is that right?

10    **A.**    I agree the words are not there.

11    **Q.**    All right.  Let's shift gears and talk about the

12    drug-drug interaction patents.  I guess for starters, I

13    want to make sure I understand your opinions for these

14    patents.

15        And we have the CYP1A2 inhibitor patent, if we will,

16    and the CYP3A4 inducer, which requires rifampin, right?

17    **A.**    Yes.

18    **Q.**    And the claims require that you have a patient that's

19    on one of these relevant drugs, that you discontinue the

20    treatment and then you administer or prescribe

21    tasimelteon, right?

22    **A.**    Yes.

23    **Q.**    So rifampicin, which is claimed by the '910 patent,

24    that is indicated for some serious conditions including

25    tuberculosis, right?

1   **A.**   Yes.

2   **Q.**   And if an active case of tuberculosis is left

3   untreated, it can have some serious health consequences up

4   to and including death?

5   **A.**   Yes.

6   **Q.**   So is it -- is it your opinion that if a patient

7   presented, a Non-24 patient, with an active TB case and

8   they were on a course of rifampicin, that a physician

9   reading the defendants' label would be instructed to

10  discontinue rifampicin and put that patient on

11  tasimelteon?

12  **A.**   It doesn't say anything about stopping it totally.

13  So I would think that they would let them finish the

14  course of rifampin.  And then when the course is

15  completed, they would then stop, whether that's in a month

16  or a couple weeks or whatever, to let them finish their

17  rifampin, discontinue it once they no longer need it, and

18  then start tasimelteon.

19  **Q.**   Okay.  And so in your understanding of the claims,

20  allowing the course, for example, rifampicin to

21  successfully run its course, that's the same as

22  discontinuing it as it appears in the claims?

23  **A.**   So someone would have to make the decision to

24  discontinue it.

25  **Q.**   And I don't think you're understanding my question.

**Combs - Cross**

1        Are you equating allowing a course of rifampicin to

2    complete, that is, treat the TB in the case we've been

3    discussing, is that covered by the word "discontinue" in

4    the claims of the CYP patents?

5    **A.**    So someone would have to decide to stop it.  It

6    wouldn't just magically go away.  And so I think that's

7    where the disagreement is between us.

8    **Q.**    All right.  You've prescribed Hetlioz to Non-24

9    patients in your clinical practice?

10   **A.**    Yes.

11   **Q.**    Have you ever taken a patient off of fluvoxamine --

12   **A.**    No.

13   **Q.**    -- in order to provide Hetlioz?

14   **A.**    No.

15   **Q.**    Okay.  And fluvoxamine is one of the three -- just so

16   we are clear, one on the three CYP1A2 inhibitors in the

17   '829 patent, right?

18   **A.**    Yes.

19   **Q.**    Ciprofloxacin is another.

20       And so my question is:  In your clinical practice,

21   have you ever taken a patient off of ciprofloxacin and

22   then prescribed that patient with Hetlioz, a Non-24

23   patient?

24   **A.**    No.

25   **Q.**    How about for verapamil?  That's another drug covered

1    by the '829 patent, right?

2    **A.**    Correct.

3    **Q.**    Have you ever, in your clinical practice, taken a

4    Non-24 patient off of verapamil and put them on Hetlioz?

5    **A.**    No.

6    **Q.**    And rifampicin, that's the particular inducer that's

7    covered by the '910 patent, right?

8    **A.**    Yes.

9    **Q.**    In your clinical practice, you've never taken a

10   patient off of rifampicin in order to prescribe Hetlioz,

11   have you?

12   **A.**    No.

13   **Q.**    In fact, in forming with your opinions in this case

14   for patent infringement on the '604 patent, you didn't

15   rely on a single instance where a patient was taken off of

16   a CYP1A2 inhibitor or a CYP3A4 inducer and then treated

17   with tasimelteon; isn't that right?

18   **A.**    Did I personally do that?

19   **Q.**    That anyone did?

20   **A.**    No.

21   **Q.**    All right.  Be that as it may, we can agree the

22   covered CYP1A2 inhibitors and the CYP3A4 inducer, they do

23   cover some rather serious conditions.

24        You agree with that?

25   **A.**    Yes.

1    **Q.**    Fluvoxamine, it's indicated for OCD; is that right?

2    **A.**    Yes.

3    **Q.**    And are you aware that the label for fluvoxamine has

4    warnings concerning the discontinuation of treatment for

5    fluvoxamine and other similar SSRIs?

6    **A.**    I would need to review it.

7    **Q.**    Okay.  You believe the -- actually, if you looked in

8    your binder to Tab 132, please, DTX- 132.

9         Are you there, Doctor?

10   **A.**    Yes.

11   **Q.**    Do you recognize this as a label for fluvoxamine?

12   **A.**    Yes.

13   **Q.**    Okay.  And if you turn to Page 11 of this exhibit --

14   well, no.

15         **MR. PICKARD:**  I guess at this moment, I'd like

16   to move for the admission of DTX- 132, Your Honor.

17         **MR. KLEIN:**  No objections.

18         **THE COURT:**  All right.  It's admitted.

19         Did you say 132?

20         **MR. PICKARD:**  Yes, DTX- 132.

21    (DTX-132 is admitted into evidence.)

22   **BY MR. PICKARD:**

23   **Q.**    All right.  If you could turn to Page 11 of that

24   document, Dr. Combs, there's a heading "Discontinuation of

25   Treatment."

1          Do you see that?

2     **A.**    Yes.

3     **Q.**    And you see where it says, "During marketing of

4     Luvox"?

5          That's fluvoxamine, right?

6     **A.**    Yes.

7     **Q.**    "Tablets and other SSRIs and SNRIs" -- I'll skip the

8     parenthetical -- "there have been spontaneous reports of

9     adverse events occurring upon discontinuation of these

10    drugs, particularly when abrupt, including the

11    following" -- and it lists a number of adverse health

12    events?

13    **A.**    Yes.

14    **Q.**    Okay.

15         All right.  Let's talk about ciprofloxacin.  That's

16    indicated for some serious bacterial infections, including

17    the plague, right?

18    **A.**    I would need to look up the plague.  I've never

19    treated it.  I am familiar with it for use of urinary

20    tract infections, off the top of my head.

21    **Q.**    Why don't we go to the DDX- 128.

22         Are you there, Dr. Combs?

23    **A.**    Yes.

24    **Q.**    Do you recognize DTX- 128 as the label for Cipro?

25    **A.**    Yes.

*Combs - Cross*

 1   **Q.**   Okay.  And if you could turn --

 2             **MR. PICKARD:**  Well, Your Honor, at this point,

 3   I move for the admission of DTX- 128, please.

 4             **MR. KLEIN:**  No objection.

 5             **THE COURT:**  It's admitted.

 6             (DTX-128 admitted into evidence.)

 7   **BY MR. PICKARD:**

 8   **Q.**   And if you could turn to Page 5, you'll see that's

 9   the second page on -- that's part of the Indications and

10   Usage section.

11         Do you see that?

12   **A.**   Yes.

13   **Q.**   And if you look at the heading, 1.8, do you see that?

14   **A.**   Yes.

15   **Q.**   And that that shows ciprofloxacin is indicated for

16   the plague?

17   **A.**   Yes.

18   **Q.**   All right.  Let's talk about verapamil.

19         Verapamil, you're aware, that's indicated for

20   treatment of angina?

21   **A.**   I believe you.

22   **Q.**   Angina is a condition marked by severe pain in the

23   chest, often -- also spreading to the shoulders, arms and

24   neck, caused by inadequate blood supply to the heart; is

25   that right?

1    **A.**    Yes.

2    **Q.**    All right.  And we've already talked about TB, which

3    rifampicin is indicated for.

4              **MR. PICKARD:**  No further questions, Your Honor.

5              **THE COURT:**  All right.  Thank you.

6              Redirect.

7                        REDIRECT EXAMINATION

8    **BY MR. KLEIN:**

9    **Q.**    Dr. Combs, you were asked about Vanda's draft label,

10   which defendants had marked as DTX- 139.

11             Do you remember that?

12   **A.**    Yes.

13   **Q.**    And have you ever seen it in your practice as a

14   physician?

15   **A.**    No.

16   **Q.**    You were asked whether you heard Dr. Polymeropoulos'

17   testimony, correct?

18   **A.**    Yes.

19   **Q.**    And then you were asked whether Vanda submitted the

20   draft to FDA and FDA rejected it, correct?

21   **A.**    Yes.

22   **Q.**    Do you have any personal knowledge, one way or the

23   other, whether Vanda submitted to the FDA -- that label to

24   FDA or that FDA rejected it?

25   **A.**    No.

1          **MR. KLEIN:**  No further questions, Your Honor.

2          **THE COURT:**  All right.  You may step down.

3     Thank you.

4          **MR. GROOMBRIDGE:**  Your Honor, Vanda's next

5     witness is Mr. Ravi Pandrapragada.  And my colleague,

6     Ms. Young, will be presenting this witness.

7          **THE CLERK:**  Please state and spell your name

8     for the record.

9          **THE WITNESS:**  Ravi Pandrapragada.

10        Ravi Pandrapragada, having been called as a witness,

11    having affirmed or duly sworn under oath, testified as

12    follows:

13                    DIRECT EXAMINATION

14    **BY MS. YOUNG:**

15    **Q.**   Josephine Young for Vanda.  Good afternoon,

16    Mr. Pandrapragada.

17        Would you please introduce yourself to the Court.

18          **THE COURT:**  You might want to get closer to the

19    microphone.

20          **MS. YOUNG:**  Is that better?

21          Is this better?

22          **THE COURT:**  We're having technical problems, so

23    go like this in the microphone.

24          **MS. YOUNG:**  I'll just --

25          **THE COURT:**  Project.

*Pandrapragada − Direct*

1              **MS. YOUNG:**  Okay.

2       **BY MS. YOUNG:**

3       **Q.**   Good afternoon, Mr. Pandrapragada.  Would you please

4       introduce yourself to the Court.

5       **A.**   Yes.  Good afternoon.  My name is Ravi Pandrapragada.

6       I am a pharmaceutical scientist.  I have been a

7       pharmaceutical scientist.  I've been employed at Vanda for

8       almost 11 years.

9              **THE COURT:**  Can you repeat that?  Employed

10      what?

11             **THE WITNESS:**  With Vanda Pharmaceuticals for

12      about 11 years.

13             **THE COURT:**  Okay.  If I could just ask if you

14      could please speak slowly.

15             **THE WITNESS:**  Sure.

16             **THE COURT:**  Thank you.

17             **THE WITNESS:**  Sorry.

18             **THE COURT:**  That's all right.  It's just very

19      difficult sometimes.

20      **BY MS. YOUNG:**

21      **Q.**   What is your title at Vanda?

22      **A.**   I'm an associate director of CMC.

23      **Q.**   What does CMC stand for?

24      **A.**   Chemistry, manufacturing and controls.

25      **Q.**   What does the CMC division do?

*Pandrapragada – Direct*

1    **A.**    In the pharmaceutical industry, the manufacturing,

2    science and quality control activities that are related to

3    those are usually referred to as CMC.

4    **Q.**    If you could turn to the first tab in your binder,

5    which should be labeled PTX- 828.

6         Do you recognize this document?

7    **A.**    Yes.

8    **Q.**    What is it?

9    **A.**    This is my CV.

10   **Q.**    Did you prepare this CV?

11   **A.**    Yes.

12   **Q.**    Was your CV accurate?

13   **A.**    Yes.

14         **MS. YOUNG:**  I'd like to offer PTX- 828 into

15   evidence.

16         **MS. WELLS:**  No objection.

17         **THE COURT:**  All right.  It's admitted.

18      (PTX-828 admitted into evidence.)

19   **BY MS. YOUNG:**

20   **Q.**    Mr. Pandrapragada, what is your educational

21   background?

22   **A.**    I have two master's degrees.  One in organic

23   chemistry from Osmania University in India, and University

24   of Missouri-Columbia, second master's degree in chemistry.

25   **Q.**    When did you obtain your master's degree?

*Pandrapagada − Direct*

1    **A.**    My first master's degree I obtained in 1998.  And my

2    second master's degree was in 2006.

3    **Q.**    Since obtaining your first master's degree, have you

4    worked in the pharmaceutical industry?

5    **A.**    Yes, I have.

6    **Q.**    Did any of that work involve analytic advising of

7    pharmaceutical compounds for impurities?

8    **A.**    Yes.

9    **Q.**    How about designing and developing analytical methods

10    for detecting impurities?

11    **A.**    Yes, many of them.

12    **Q.**    Now, let's turn to the patent at issue here.  Could

13    you turn to the next tab in your binder, which should be

14    labeled JTX- 006?

15    **A.**    Yes.

16    **Q.**    Do you recognize this document?

17    **A.**    Yes.

18    **Q.**    What is it?

19    **A.**    This is the '465 patent for highly purified

20    pharmaceutical grade tasimelteon.

21        (Reporter clarification.)

22        **THE WITNESS:**  This is the '465 patent highly

23    purified pharmaceutical grade tasimelteon.

24    **BY MS. YOUNG:**

25    **Q.**    Are you an inventor on the '465 patent?

*Pandrapagada – Direct*

1   **A.**   Yes.

2   **Q.**   Who are the other inventors of the patent?

3   **A.**   Dr. Deepak Phadke and Natalie Platt.

4   **Q.**   Who are they?

5   **A.**   Dr. Phadke is our head of CMC.  And Natalie Platt was

6   my colleague in CMC.

7            **MS. YOUNG:**  I would like to offer JTX- 006 into

8   evidence.

9            **MS. WELLS:**  No objection, Your Honor.

10           **THE COURT:**  It's admitted.

11       (JTX-006 is admitted into evidence.)

12  **BY MS. YOUNG:**

13  **Q.**   Let's talk about tasimelteon.

14       Did Vanda itself invent the compound tasimelteon?

15  **A.**   No, it was BMS.

16  **Q.**   Was there a point when Vanda acquired tasimelteon

17  from BMS?

18  **A.**   I believe it was in 2004 when license for BMS –- from

19  BMS.

20  **Q.**   When did you start work on the tasimelteon project?

21  **A.**   I started working on tasimelteon in summer of 2010.

22  That's when I joined Vanda.

23  **Q.**   As part of your work on the tasimelteon project, did

24  you review any documents to familiarize yourself with the

25  manufacturing process for tasimelteon as it had existed

*Pandrapragada − Direct*

1    before you started?

2    **A.**    Yes.  I had reviewed manufacturing process documents

3    and clinicals for all the work that has been done on

4    tasimelteon prior to me joining Vanda.

5    **Q.**    Did that include BMS documents?

6    **A.**    Yes.

7    **Q.**    At a very high level, what is your understanding of

8    what stage of development BMS's manufacturing process was

9    at when it sold the product to Vanda?

10   **A.**    The BMS process, it was pretty early stages of the

11   development.  They had a process for manufacturing

12   tasimelteon.  The process was not clean.  There were much

13   optimization needed to be done.  The quality of the

14   product was not that great.  There were many impurities

15   that were present in the tasimelteon.  Lot more work

16   needed to be done in order for -- to bring the -- for

17   commercially manufacturing and scalable.

18   **Q.**    What is your understanding of how much work BMS had

19   done regarding the impurities when they sold the franchise

20   to Vanda?

21   **A.**    The initial BMS logs that I have reviewed had many

22   impurities.  It was not of that great quality.  There's

23   not much information that I obtained from BMS.

24   **Q.**    Mr. Pandrapragada, let's look at some of those

25   documents that Vanda inherited from BMS.

*Pandrapragada - Direct*

1      Can you turn in your binder to the next tab, which

2  would be DTX- 66.

3  **A.**   Yes.

4  **Q.**   Do you recognize this document?

5  **A.**   Yes.

6  **Q.**   What is this document?

7  **A.**   This is BMS's investigation of new drug application,

8  CMC sections.

9  **Q.**   Is this one of the documents you reviewed as part of

10  your work on tasimelteon at Vanda?

11  **A.**   Yes, I have.

12      **MS. YOUNG:**  I'd like to offer DTX- 66 into

13  evidence.

14      **MS. WELLS:**  No objection.

15      **THE COURT:**  It's admitted.

16      (DTX-66 is admitted into evidence.)

17      **MS. YOUNG:**  Mr. Weir, can you put DTX- 66 up on

18  the screen and turn to Page 50, please.

19  **BY MS. YOUNG:**

20  **Q.**   Mr. Pandrapragada, what is on Page 50 of DTX- 66?

21  **A.**   These are the specifications for BMS tasimelteon drug

22  substance.

23  **Q.**   And what is a specification?

24  **A.**   A specification is quality attributes and the limits

25  for those quality attributes in the drug.

*Pandrapragada - Direct*

 1   **Q.**   And do you see, about five lines from the bottom,

 2   there's --

 3          Thank you, Mr. Weir.

 4          -- do you see an entry called "Impurity Content

 5   HPLC"?

 6   **A.**   Yes.

 7   **Q.**   What is HPLC?

 8   **A.**   HPLC is a technique of pharmaceutical industries

 9   commonly used to measure the purity and the contents of

10   impurities in a given drug.

11   **Q.**   And do you see at the top of the specification, it

12   has "Specifications:  Min/Max"?

13   **A.**   Yes.

14   **Q.**   And then under the "Impurity Content for Individual,"

15   it has 1?

16   **A.**   Yes.

17   **Q.**   And for "Total" it has 3?

18   **A.**   Yes.

19   **Q.**   What does that mean?

20   **A.**   That means that the drug can have up to 1 percent of

21   any given individual impurity.  And for total impurities,

22   the drug can have up to 3 percent of impurities present in

23   the drug.

24   **Q.**   What is the significance of having an impurity limit

25   of 1 percent for an individual impurity with 3 percent for

*Pandrapragada – Direct*

1   total impurities?

2   **A.**   A 1 percent limit for any individual impurity is

3   considered very high.  And 3 percent total impurities is

4   also considered very high and the drug is not clean.

5   **Q.**   And if we can turn to Page 54 and 55 of this

6   document.

7          **MS. YOUNG:**   And, Mr. Weir, if you can put those

8   two pages side by side and focus it on the table there.

9   **BY MS. YOUNG:**

10  **Q.**   Mr. Pandrapragada, what is this table?

11  **A.**   This table actually is a coalition of all the

12  impurities that are presented in several BMS batches.

13  **Q.**   How many impurities are being shown here?

14  **A.**   There are about 12 impurities that are reported here.

15  **Q.**   How are those impurities labeled?

16  **A.**   They are labeled as a nonimpurities with their

17  related retention times.

18  **Q.**   Are any of these 12 impurities identified by

19  structure?

20  **A.**   No.

21  **Q.**   And I believe you mentioned relative retention time.

22          What is relative retention time?

23  **A.**   Relative retention time, when you actually introduce

24  your drug sample with impurities into the HPLC system that

25  you analyze, the retention time, the time that the drug

*Pandrapagada - Direct*

1    retains is called retention time when it comes out of the

2    column, HPLC column.

3         And the -- all other components, the retention time

4    components later to remain peak of the drug is called

5    relative retention time.

6         The components that come out earlier than the main

7    drug usually will have a retention time of less than one.

8    And the components that come out of the system after the

9    drug, will have a relative retention time of more than

10   one.

11   **Q.**   Is relative retention time some kind of abbreviated

12   RRT?

13   **A.**   Yes.

14   **Q.**   Is it common for the industry to refer to impurities

15   by RRT?

16   **A.**   For unknown impurities, yes.

17   **Q.**   Why?

18   **A.**   Because when a HPLC method is -- remains same, when

19   you inject the relative retention time of a particular

20   impurity, will remain the same.  And for impurities that

21   are specifically not known, are usually labeled with

22   relative retention times.

23   **Q.**   Would you refer to a compound that has been

24   identified by structure by its RRT?

25   **A.**   No.  For known impurities, usually they are

1    identified with their names.

2    **Q.**    Now, looking back at the table on the DTX- 66 here,

3    what is being shown in each of the rows of the table?

4    **A.**    Each row has the content of the impurities that are

5    present in BMS batches.

6    **Q.**    And what is shown in each of the columns?

7    **A.**    Each of the columns, the amount of the impurities for

8    particular RRT impurity.

9    **Q.**    Do you recall if any of these batches were intended

10    for clinical use?

11    **A.**    The last batch, the last row, C026A, was used in the

12    initial clinical study.

13    **Q.**    And do you see in the last column, it has "Total

14    Impurity Content"?

15    **A.**    Yes.

16    **Q.**    What does that refer to?

17    **A.**    That is amount of all the impurities that are present

18    in the drug substance.

19    **Q.**    Is it limited to the impurities that are listed by

20    RRT?

21    **A.**    Yes.  May or may not be.  There might be some other

22    impurities that may be present for which are not reported

23    in this table.  The total presents the -- all of the

24    impurities that come out of the system.

25    **Q.**    And how many total impurities are reported for this

1    clinical batch C026A?

2    **A.**   There are ten impurities that are reported here.

3    **Q.**   I'm sorry.  And what is the total impurity content

4    for that batch?

5    **A.**   It's 1.89 percent.

6    **Q.**   In your review of the materials that Vanda acquired

7    on the BMS, did you learn what FDA did in response to the

8    submission by BMS?

9    **A.**   The initial response was BMS clinical study on hold

10   because the batch that they were planning to use in the

11   clinical study was not clean.

12   **Q.**   Let's talk about that a little more.  If you could

13   turn to your binder to the next document, which is

14   DTX- 48.

15       Do you recognize this document?

16   **A.**   Yes.  This is the documentation of communication

17   between BMS and the FDA regarding the clinical report.

18   **Q.**   Is this one on the documents you reviewed as part of

19   your work on tasimelteon at Vanda?

20   **A.**   Yes.  I have seen this document.

21           **MS. YOUNG:**  I'd like to offer DTX- 48 into

22   evidence.

23           **MS. WELLS:**  No objection.

24           **THE COURT:**  It's admitted.

25       (DTX-48 is admitted into evidence.)

*Pandrapragada – Direct*

1    BY MS. YOUNG:

2    **Q.**    Mr. Pandrapragada, can you turn to Page 18 of this

3    document?

4         **MS. YOUNG:**    And, Mr. Weir, can you put that up

5    on screen and focus on the second paragraph, please?

6    BY MS. YOUNG:

7    **Q.**    What is –– Mr. Pandrapragada, what was your

8    understanding of BMS's response to FDA's clinical hold?

9    **A.**    Well, I think BMS has told the FDA the impurity

10   levels that are present in the 0C026A lot are not of

11   concern, and they considered these impurity levels of

12   concern qualified.

13   **Q.**    What does qualified impurity mean?

14   **A.**    Qualified impurity means any given impurity in

15   toxicology studies.  If there was no known adverse affect

16   found, then those impurities are considered as qualified

17   at that particular level.

18   **Q.**    What is your understanding of whether or not BMS made

19   any changes to the purity of its C026A batch in response

20   to the clinical hold?

21   **A.**    It was not purified.  There was no change to the

22   batch that they were planning to use in the clinical

23   study.

24   **Q.**    And do you recall how FDA responded after it received

25   this letter from BMS?

1    **A.**    I think FDA has agreed with BMS's approach and lifted

2    the clinical hold.

3    **Q.**    What kind of clinical trial was BMS seeking to

4    conduct with that clinical batch?

5    **A.**    I believe it's a single-dose study in humans.

6    **Q.**    All right.  So now let's turn to Vanda's work.

7          At a very high level after Vanda got tasimelteon from

8    BMS in 2004, what did you understand Vanda had to do?

9    **A.**    Based on my review of the documents prior to when I

10   joined Vanda and of the work that I performed after I

11   joined Vanda, the process was not very well established.

12         Vanda has worked on optimizing the process.  They

13   have identified a new route for the cyclo combinations to

14   take and we have identified many impurities and we

15   developed analytical methods and also, we set the limits

16   for potentially genotoxic tasimelteon impurities, which

17   were not present in the BMS specifications.

18         And we also identified some new impurities based off

19   of process and we set specifications for those impurities

20   as well.

21   **Q.**    So let's start with the analytical methods.

22         In reviewing the materials that Vanda received from

23   BMS, did you learn what conditions BMS used in its HPLC

24   analysis for impurities?

25   **A.**    Yes, I have.

*Pandrapragada - Direct*

1    **Q.**    And did Vanda make any changes to those conditions?

2    **A.**    As far as I remember, I think we had changed the

3    solvent composition for the phase.  And also we improved

4    the sensitivity of the method by increasing the

5    concentration of the sample that is introduced into the

6    HPLC system.

7    **Q.**    So let's take a look at the document on that.  If you

8    could turn to PTX- 217, which would be the next tab in

9    your binder.

10   **A.**    Yes.

11   **Q.**    What is this document?

12   **A.**    This is actually an e-mail communication followed by

13   our analytical procedures section we submitted to the FDA.

14   **Q.**    Is it fair to say that these are part of the NDA?

15   **A.**    NDA submission documents, yes.

16   **Q.**    Are these NDA submission documents documents you

17   drafted or reviewed as part of your work on tasimelteon at

18   Vanda?

19   **A.**    Yes, I have.

20           **MS. YOUNG:**  I'd like to offer PTX- 217 into

21   evidence.

22           **MS. WELLS:**  No objection.

23           **THE COURT:**  It's admitted.

24       (PTX-217 is admitted into evidence.)

25

1    BY MS. YOUNG:

2    **Q.**    Mr. Pandrapragada, can you turn to Page 92.

3               **MS. YOUNG:**    And, Mr. Weir, if you could blow

4    that up and focus in on the section on the bottom,

5    starting on -- talking about impurities by HPLC.

6    BY MS. YOUNG:

7    **Q.**    Mr. Pandrapragada, what did Vanda tell FDA regarding

8    the changes it made by BMS's HPLC conditions for

9    impurities?

10   **A.**    I think we mention here the solvent system is changed

11   from 40, 60 water, and we also increase the concentration

12   of the sample from 0.4 milligrams for MM2, 1.2 milligrams

13   to increase the sensitivity of the method.

14   **Q.**    And what does it mean to increase the sensitivity of

15   the method?

16   **A.**    When you conclude the sensitivity of the method, you

17   would be able to see if there are impurities that have low

18   response that may be undetected at lower concentration,

19   can be detected with higher concentrations.

20   **Q.**    Let's turn very briefly now to Vanda's manufacturing

21   process.  Can you turn to the next tab in your binder.

22   Actually, two tabs down, PTX-818.

23   **A.**    Yes.

24   **Q.**    What is this document?

25   **A.**    This is Vanda's NDA section, manufacturing process

1    development, which gives the chronological order of the

2    manufacturing process development for tasimelteon drug

3    substance.

4    **Q.**   Is this document a document that you drafted or

5    reviewed as part of your work on tasimelteon at Vanda?

6    **A.**   Yes.

7              **MS. YOUNG:**  I'd like to offer PTX-818 into

8    evidence.

9              **MS. WELLS:**  No objection.

10             **THE COURT:**  It's admitted.

11             (PTX-818 admitted into evidence.)

12             **MS. YOUNG:**  If you could focus -- Mr. Weir, if

13   you could put that on the screen and focus on the third

14   paragraph.

15   **BY MS. YOUNG:**

16   **Q.**   What is the purpose of this section of the NDA?

17   **A.**   The purpose of this section is to provide the FDA how

18   we evolved with our manufacturing process is concerned

19   since the inception of the initial IND to our NDA

20   submission and the chronological and historical

21   information about the process.

22   **Q.**   I see a reference to Formosa Laboratory Inc. there.

23   **A.**   Yes.

24   **Q.**   What is Formosa?

25   **A.**   Formosa is a contract manufacturing company who does

*Pandrapagada − Direct*

1    work for Vanda.

2    **Q.**    How many different processes were finalized enough

3    for Vanda to present them to FDA?

4    **A.**    I believe there are about eight processes.

5    **Q.**    Were those processes implemented serially or was

6    there an overlap in these processes?

7    **A.**    There is no overlap.  They are implemented

8    sequentially.  Process 1 −− process 2 actually supercedes

9    process 1, and process 3 supersedes process 2 and so on.

10   **Q.**    Which of the eight processes that were disclosed to

11   FDA were developed by BMS and which were developed by

12   Vanda?

13   **A.**    I believe process 1, 2, 3 are by BMS, and process 4

14   onwards to process 8 are by Vanda.

15        **MS. YOUNG:**  Mr. Weir, if you could turn to

16   Page 5 of this document.

17        **THE WITNESS:**  Yes.

18   **BY MS. YOUNG:**

19   **Q.**    What is shown on this page?

20   **A.**    This is the current manufacturing process of the

21   tasimelteon drug substance.

22   **Q.**    And did you help prepare a demonstrative with Vanda's

23   current manufacturing process for tasimelteon?

24   **A.**    Yes.

25   **Q.**    Let's take a look at that.

*Pandrapragada – Direct*

1          **MS. YOUNG:**  Mr. Weir, if you can pull up PTX-5,

2     Slide 2.

3     **BY MS. YOUNG:**

4     **Q.**    Is this the current manufacturing process for

5     tasimelteon?

6     **A.**    Yes, it is.

7     **Q.**    Is this tasimelteon on the bottom right?

8     **A.**    Yes.

9     **Q.**    And we're going to focus on the last two steps in

10    Vanda's synthesis of tasimelteon.

11          What kind of compound is the compound labeled

12    intermediate 4 at stage 10?

13    **A.**    Intermediate 4 is actually a carboxamide.

14    **Q.**    Can we call that a carboxamide?

15    **A.**    Yes.

16    **Q.**    And what kind of compound is a compound labeled

17    intermediate 5 at stage 11?

18    **A.**    It is a methanamine.

19    **Q.**    Can we call that methanamine?

20    **A.**    Yes.

21    **Q.**    In Vanda's manufacturing process for tasimelteon,

22    what type of reaction is the step from the carboxamide to

23    the methanamine?

24    **A.**    That's actually a reduction step from carboxamide to

25    methanamine.

*Pandrapagada - Direct*

1    **Q.**    And what type of reaction is the step from the

2    methanamine to tasimelteon?

3    **A.**    That is step is propionylation.

4    **Q.**    Did BMS's process also contain a reducing step and a

5    propionylating step?

6    **A.**    Yes, it is.

7    **Q.**    Did Vanda make any improvements to the reducing or

8    propionylating steps?

9    **A.**    I think -- as well as I remember, there are some

10   process changes that were made from carboxamide to

11   tasimelteon for the reduction step.  The reason, isn't

12   changed to lithium aluminum hydride.  And also the

13   quenching step was done using sodium sulfate instead of

14   methanol that was used by BMS to eliminate the aluminum

15   salts that may form during the reduction step.

16       And also we introduced additional reprocessing steps

17   for tasimelteon final drug substance to ensure the quality

18   of the drug substance is met, and we also introduced

19   specifications for propionylating agents of the final

20   reaction would not result in many impurities.

21   **Q.**    So let's talk about that a little bit more.

22             **THE COURT:**  Can we have a sidebar.

23                          -  -  -

24       (Whereupon, the following discussion is held at

25   sidebar.)

*Pandrapassada − Direct*

1          **THE COURT:**  I'm sure.  I am missing something

2    very, very obvious.

3          So why are we spending all this time on how

4    Vanda makes its product when you are trying to prove

5    infringement of drugs made by other companies?

6          **MS. YOUNG:**  This is really talking about the

7    development to get to the '465 patent, why Vanda basically

8    isolated these impurities and decided to control for them,

9    what it meant for their process.

10          **MR. STONE:**  This is going to play into their

11    invalidity case.  It is not going to play into the

12    inventor −− we are telling the inventor's story because

13    during our infringement case, that's in our case−in−chief.

14    This is −− we learned during this examination that they

15    are not disputing infringement.

16          Our next witness is our infringement expert.

17    We learned they are not disputing infringement of many of

18    the elements of this claim.  We narrowed down to what is

19    being disputed.  We are currently reducing the direct of

20    our infringement expert to be about what's at issue.  This

21    will come back on validity.

22          **THE COURT:**  Okay.  Ms. Wells, do you want to

23    say anything?  You are welcome to.

24          **MS. WELLS:**  No.

25          **MR. ROZENDAAL:**  I don't know what it's relevant

1   to.  It seems like a lot of time on stuff that won't

2   matter at the end of the day.  It's their case.

3              MR. STONE:  If they are no longer asserting

4   inventorship, whether BMS invented this or not.  Part of

5   their argument is that BMS invented this, and that Vanda

6   didn't demonstrate that Vanda did the work that led to the

7   invention is directly responsive to that allegation.

8              THE COURT:  It's solely going to validity.

9              MR. STONE:  Yes.

10             THE COURT:  All right.  Anything else?

11             MR. ROZENDAAL:  No, Your Honor.

12             MR. GROOMBRIDGE:  Your Honor, taking the

13  Court's direction, we did have a discussion that we could

14  stipulate, I think, to some of the elements for this

15  patent.  And so in view of the hour of the day, we were

16  trying to think when it will get done.  Here, we can fill

17  up the space and work on that overnight and shortcuts.

18             THE COURT:  I think I will require you to have

19  to meet.  Are you doing infringement then?

20             MR. GROOMBRIDGE:  The only remaining witness is

21  our expert on this patent, and what we would be doing is

22  reducing -- cutting a lot out from what he's saying.  It's

23  no longer contested.

24             THE COURT:  Okay.

25             MR. GROOMBRIDGE:  For example, we could play

1    about 10 minutes of video, if there's any time left and

2    then wrap up, or we haven't, obviously, seen the cross.  I

3    don't know how long it will be, but it seems like given

4    the hour, it may make sense, we can wrap up for the day

5    and try and shortcut what would be coming up next.

6         **THE COURT:**  Okay.  You've also each heard your

7    respective openings.  I think you need to confer this

8    evening and decide what do you really need to contest

9    versus what can you dispense with.

10        **MR. GROOMBRIDGE:**  Yes.

11        **THE COURT:**  So make sure you do that this

12   evening.

13        All right.  Thank you.

14        (Whereupon, the discussion at sidebar concludes.)

15                      -  -  -

16        **THE COURT:**  Go ahead.

17   **BY MS. YOUNG:**

18   **Q.**   I believe we were going to start talking about

19   Impurities 1 through 3, 5 and 6.

20        At the time that Vanda got the tasimelteon franchise

21   from BMS, for which of Impurities 1 through 3, 5 and 6 had

22   BMS determined the chemical structure?

23   **A.**   None of them.

24   **Q.**   Did Vanda set out to determine the structure of

25   Impurities 1 through 3, 5, and 6?

**A.**    Yes.

**Q.**    Why did Vanda do that?

**A.**    Because it's important to understand the structures
of the impurities that are presented in the drug
substance.  So they are to make sure the -- these
impurities are not of any toxicological concerns.  And it
also gives us the opportunity to look at our process and
understand it better so we can introduce proper process
controls so that we can provide information of these
impurities onto Vanda.

**Q.**    Did FDA require Vanda to determine the structure of
these impurities?

**A.**    No.

**Q.**    Did Vanda succeed in identifying the structures of
these impurities?

**A.**    Yes.

**Q.**    Let's talk about sequence.

Did Vanda identify Impurities 1, 2, 3, 5, and 6
around the same time?

**A.**    No.  They were identified at different times.

**Q.**    Which ones were identified first?

**A.**    I think Impurity 1, 2, and 3 were identified
initially and later, Impurity 5 and Impurity 6.

**Q.**    So let's start with Impurities 1, 2, and 3.

When did Vanda realize that what we now call

 1   Impurities1, 2, and 3 were being formed in the

 2   manufacturing process?

 3   **A.**   From the documents that I reviewed, I think there

 4   were some batches in 2007, 2008 campaign.  We found

 5   these -- Vanda found these impurities in these batches and

 6   at that time, Vanda decided to identify these impurities.

 7   **Q.**   Was there anything in the materials that you received

 8   from BMS that could help you determine the structures of

 9   Impurities 1, 2, or 3?

10   **A.**   No.

11   **Q.**   Did Vanda attempt to determine the structure of those

12   impurities?

13   **A.**   Can you repeat the question?

14   **Q.**   Sure.

15        Did Vanda attempt to identify the structures of these

16   impurities?

17   **A.**   Yes.

18   **Q.**   How quickly was Vanda able to determine those

19   structures?

20   **A.**   It took some time for us, a few years, to completely

21   determine the structures of these impurities.

22   **Q.**   If you could turn to the next tab in your binder,

23   which would be PTX-819, do you recognize this document?

24   **A.**   Yes.

25   **Q.**   What is this document?

1    **A.**   This document is the impurity identification report

2    for RRT 1.26 and RRT 1.53, which we call Impurity 1 and

3    Impurity 3.

4    **Q.**   Is this one of the documents you reviewed as part of

5    your work on tasimelteon and Vanda?

6    **A.**   Yes.

7              **MS. YOUNG:**  I'd like to offer PTX-819 into

8    evidence.

9              **MS. WELLS:**  No objection.

10             **THE COURT:**  It's admitted.

11             (PTX-819 admitted into evidence.)

12             **MS. YOUNG:**  Mr. Weir, if you could put PTX-819

13   up on the screen, please.

14   **BY MS. YOUNG:**

15   **Q.**   What is the date of this report?

16   **A.**   April 2008.

17   **Q.**   And I see Shasun there.  What is Shasun?

18   **A.**   Shasun is a contract manufacturer that does work for

19   Vanda.

20   **Q.**   Now let's turn to Page 24 of this document.

21             **MS. YOUNG:**  Mr. Weir, if we could just blow up

22   the first section, Tentative Structures for RRT 1.26.

23   **BY MS. YOUNG:**

24   **Q.**   Mr. Pandrapragada, what is being shown here with

25   regard to impurity at RRT 1.26?

1    **A.**    Well, based on the initial LCMS3, there were three

2    possible structures that were proposed for RRT 1.26

3    impurity.

4    **Q.**    At this time in 2008, did Vanda know which structures

5    were the correct structures for impurity at RRT 1.26?

6    **A.**    No, we had to do further work to confirm and identify

7    which impurity.

8         **MS. YOUNG:**    And Mr. Weir, if you could now

9    focus on the next section, which is the impurity at RRT

10    1.53.

11    **BY MS. YOUNG:**

12    **Q.**    At this time in 2008, had Vanda confirmed the

13    structure for an impurity at RRT 1.53?

14    **A.**    Its structure was assigned, but further work needed

15    to be done to familiarize and identify this impurity.

16    **Q.**    What more needed to be done to figure out the correct

17    structure for these impurities?

18    **A.**    I think the approach Vanda took is synthesized all

19    three structures that were identified for 1.26 RRT.  And

20    also we synthesized the 1.53 RRT structure, and then we

21    spiked those impurities into the drug to confirm retention

22    time of those synthesized impurities.  And then we

23    determined the structure confirmation for the impurities.

24    **Q.**    Were you involved in that work?

25    **A.**    Yes, I have.

1    **Q.**   And after that work, was Vanda able to figure out the

2    structure for the impurity at RRT 1.26?

3    **A.**   Yes.

4          **MS. YOUNG:**  Mr. Weir, if we can go back up to

5    that section about RRT 1.26.

6    **BY MS. YOUNG:**

7    **Q.**   What is the current structure for the impurity at RRT

8    1.26?

9    **A.**   The current structure is Structure 2.

10   **Q.**   And what is that impurity now called?

11   **A.**   Impurity 1.

12   **Q.**   What about that first compound structure 1?  Is that

13   also in an impurity in Vanda's manufacturing process?

14   **A.**   Yes, it is presented as an impurity but not RRT 1.26.

15   That compound comes at RRT1.29 which is now called

16   Impurity 2.

17   **Q.**   And what about the third compound, structure 3, is

18   that an impurity found in Vanda's manufacturing process?

19   **A.**   We did not find this compound in any of the Vanda's

20   lots.

21          **MS. YOUNG:**  And now let's look at, Mr. Weir, if

22   we could, RRT 1.53.

23   **BY MS. YOUNG:**

24   **Q.**   Is this impurity found in Vanda's manufacturing

25   process?

*Pandrapagada – Direct*

1    **A.**    Yes.

2    **Q.**    And what is this impurity now called?

3    **A.**    This impurity is now called Impurity 3.

4    **Q.**    When did Vanda confirm the actual structure of

5    Impurities 1, 2, and 3?

6    **A.**    It was sometime in late 2011.

7    **Q.**    Was it useful to Vanda to know the structures of

8    Impurities 1, 2, and 3?

9    **A.**    Yes, it was very useful because of -- based off these

10   structures, we were able to identify the source of the

11   formation of these impurities.

12   **Q.**    Let's turn to that.

13        Did you help prepare a demonstrative that helped

14   explain how Impurities 1 through 3 might be formed?

15   **A.**    Yes.

16            **MS. YOUNG:**   Can we put up PDX-5, Slide 3.

17   **BY MS. YOUNG:**

18   **Q.**    What is shown at the top here?

19   **A.**    The top potential impurities that may be present in

20   the final synthesis step, the reagent that is used for

21   propionylating.

22   **Q.**    And how is Impurity 1 formed?

23   **A.**    Impurity 1 is formed with the reaction of the final

24   intermediate with one of the impurities that may be

25   present in the propionylating agent named as isovaleric

*Pandrapragada – Direct*

1     chloride and it forms Impurity 1.

2     **Q.**   What about Impurities 2 and 3, if you can see the

3     next slide?

4     **A.**   Impurity 2 and 3 are also formed by the reaction of

5     the final intermediate with the impurities that might be

6     present in the propionylating agent, namely methanamine

7     fluvoxamine.

8     **Q.**   Now let's turn our attention to Impurities 5 and 6.

9           When did Vanda first observe what we now know are

10    Impurities 5 and 6?

11    **A.**   I think in second half of 2012 we formed these two

12    impurities in some of our stability lots, and we decided

13    to identify and look at what is in these impurities.

14    **Q.**   Were you involved in the work to identify these

15    structures?

16    **A.**   Yes.

17    **Q.**   Did you decide to synthesize these impurities to

18    determine these structures?

19    **A.**   Yeah.  We attempted to synthesize these impurities,

20    but because of the complex nature of these compounds, we

21    were not successful in synthesizing these impurities.

22    Instead, we isolated these impurities by taking the drug

23    that has these impurities and using the propionylating

24    HPLC technique, we isolated these impurities from the drug

25    and then fully categorized.

1    **Q.**    Was there anything in the materials that you received

2    from BMS that could help you determine the structures of

3    Impurities 5 or 6?

4    **A.**    No, nothing.

5    **Q.**    If you can turn to the next tab in your binder, which

6    is PTX-820.

7        Do you recognize this document?

8    **A.**    Yes.

9    **Q.**    What is this document?

10   **A.**    This is the identification that was conducted for

11   identifying eight impurities in tasimelteon.

12   **Q.**    Is this a document that you reviewed as part of your

13   work on tasimelteon at Vanda?

14   **A.**    Yes.

15           **MS. YOUNG:**  I'd like to offer PTX-820 into

16   evidence.

17           **SPEAKER:**  No objection.

18           **THE COURT:**  All right.  It's admitted.

19           (PTX-820 admitted into evidence.)

20           **MS. YOUNG:**  Mr. Weir, if you could put that up

21   on the screen.  Thank you.

22   **BY MS. YOUNG:**

23   **Q.**    This document mentions Sai.  Who is Sai?

24   **A.**    Sai is a contractor manufacturer for Vanda.

25   **Q.**    You've mentioned contract manufacturers a few times

*Pandrapragada - Direct*

1    now.  Does Vanda work with contract manufacturers often?

2    **A.**    Yes.

3    **Q.**    Why is that?

4    **A.**    Vanda do not have a manufacturing facilities so we

5    outsource this work to our contractor manufacturers.

6    **Q.**    All right.

7              **MS. YOUNG:**    Mr. Weir, if you could turn to

8    Page 7, please.

9    **BY MS. YOUNG:**

10   **Q.**    At a high level, what is being disclosed on Page 7,

11   Mr. Pandrapragada?

12   **A.**    Page 7 talks about the process for isolation and how

13   we categorized the impurity at RTT 1.548.

14   **Q.**    And what is that impurity now called?

15   **A.**    This impurity is now called Impurity 5.

16   **Q.**    And if you could turn to Page 14.

17              At a very high level, what is being disclosed with

18   regard to the -- what is being disclosed here?

19   **A.**    This, again, talks about the isolation and

20   categorization of impurity that is present at RRT 1.57.

21   **Q.**    And what is that impurity now called?

22   **A.**    That impurity is now called Impurity 6.

23   **Q.**    Was Vanda able to determine the structures of

24   Impurity 5 and 6?

25   **A.**    Yes.

*Pandrapagada - Direct*

1    **Q.**    Was that useful to Vanda to know those structures?

2    **A.**    Yes, it was useful to make sure that these impurities

3    are not of any safety concern.  And also we were able to

4    control these impurities and specifications in our NDA to

5    control these impurities.

6    **Q.**    Does Vanda have any safety concerns about Impurities

7    1 through 3, 5 and 6?

8    **A.**    Based on the structures, there were no flags.

9    **Q.**    Would you have been able to make that determination

10    if Vanda had not identified structures of the Impurities 1

11    through 3, 5 and 6?

12    **A.**    No.

13    **Q.**    How long did it take Vanda to do this work?

14    **A.**    It took several years of work.

15    **Q.**    We've been referring to these impurities with the

16    names Impurities 1, 2, 3, 5, and 6.  Did you help prepare

17    a demonstrative with these structures?

18    **A.**    Yes.

19        **MS. YOUNG:**  If we could put up PDX-05, Slide 5.

20    **BY MS. YOUNG:**

21    **Q.**    Does Vanda refer to these impurities as Impurities 1,

22    2, 3, 5 and 6 in its regulatory filings to FDA for

23    tasimelteon?

24    **A.**    Yes, that is correct.

25    **Q.**    Including Vanda's NDA?

1    **A.**    Yes.

2    **Q.**    And are they impurities called Impurities 1, 2, 3, 5,

3    and 6 in the '465 patent?

4    **A.**    Yes.

5                  **MS. YOUNG:**  I have no further questions.

6                  **THE COURT:**  All right.  Thank you.

7                  Cross-examination, Ms. Wells.

8                  **MS. WELLS:**  May we approach with binders?

9                  Hello, Dr. Pandrapragada.  Nice to see you

10    again.

11                  **THE WITNESS:**  Nice to see you again.

12                          CROSS-EXAMINATION

13    **BY MS. WELLS:**

14    **Q.**    Dr. Pandrapragada, you are familiar with the ICH

15    Guideline, correct?

16    **A.**    Yes.

17    **Q.**    And the ICH Guideline is actually the standard for

18    the pharmaceutical industry?

19    **A.**    Yes.

20    **Q.**    The ICH Guideline includes guidelines for impurity

21    levels?

22    **A.**    Yes.

23    **Q.**    And in particular, the ICH Guidelines includes a

24    qualification threshold at 0.15 percent for impurities

25    that are present?

*Pandrapragada – Cross*

1  **A.**   Yes.

2  **Q.**   In the '465 patent, Claims 1 and 10 set an impurity

3  limit of 0.15 percent for each of Impurities 1 through 3,

4  5 and 6.

5  **A.**   Yes.

6  **Q.**   And the decision to set the claimed impurity limit at

7  0.15 for Impurities 1 through 3, 5, and 6 was based off of

8  the ICH Guideline.

9  **A.**   Yes.

10  **Q.**   You discussed a little bit on your direct examination

11  HPLC.

12       Do you recall that?

13  **A.**   Yes.

14  **Q.**   You do not necessarily need to know the structural

15  identity of an impurity for its presence to be detected by

16  HPLC; is that correct?

17  **A.**   For detection?

18  **Q.**   For detention via HPLC.

19  **A.**   No, you do not need the structure.  But, yeah.

20  **Q.**   If HPLC shows the purity of tasimelteon, the total

21  purity is 99.9 percent, the tasimelteon necessarily has

22  less than 0.15 of each of Impurities 1 through 3, 5 and 6.

23  **A.**   If the metal has -- sensitive enough to detect all

24  the impurities that may be present, yeah, it could be.

25  **Q.**   And if you then decide that you want to identify the

1    structure of an impurity that you detected, you could run

2    other tests, correct?

3    **A.**    Can you repeat the question again, please?

4    **Q.**    Sure.

5         If after detecting an impurity through HPLC if you

6    wanted to determine the structure of that impurity, you

7    could run other tests like LCMS or NMR?

8    **A.**    Yes.

9    **Q.**    And LCMS and NMR are the common tests that someone

10    would use to identify impurities that have been detected?

11    **A.**    Yes, that are used.

12    **Q.**    Now let's turn to BMS.

13         Prior to Vanda's work on tasimelteon, BMS had

14    synthesized tasimelteon.

15    **A.**    Yes.

16    **Q.**    And you mentioned that in 2004 Vanda entered into a

17    license agreement with BMS.

18    **A.**    Yes, that's correct.

19    **Q.**    Could you turn in your binder, please, to JTX-103.

20    **A.**    Yes.

21    **Q.**    JTX-103 is the license, development, and

22    commercialization agreement between BMS and Vanda?

23    **A.**    From the title, yes.  Looks like.

24         **MS. WELLS:**  Move to admit JTX- 103 into

25    evidence.

*Pandrapragada – Cross*

1          **MS. YOUNG:**  No objection.

2          **THE COURT:**  All right.  It's admitted.

3          (JTX- 103 admitted into evidence.)

4    BY MS. WELLS:

5    **Q.**   This license agreement provided Vanda an exclusive

6    license to BMS's patent covering tasimelteon, correct?

7    **A.**   I cannot comment on that because this is the document

8    that I never seen before, and I'm not aware of the content

9    of this document.

10   **Q.**   You are not sure if Vanda has an exclusive license to

11   BMS's patents?

12   **A.**   It has -- as far as I am aware, Vanda has license.

13   But the content of the document, this is the first time I

14   am looking at this document.  I'm not aware of this

15   license agreement so I cannot comment on it.

16   **Q.**   Okay.  Are you aware that the license agreement

17   between BMS and Vanda gave Vanda a license to BMS's

18   know-how regarding tasimelteon and the manufacture of

19   tasimelteon?

20   **A.**   Again, I do not have the awareness of any of the

21   language in this document.

22   **Q.**   Okay.  Are you aware that Vanda has received, as part

23   of the license agreement, a copy of the BMS's documents

24   data and information regarding tasimelteon and the

25   manufacture of tasimelteon?

*Pandrapragada – Cross*

1    **A.**    Based on the information that I have seen, there are

2    documents from BMS, yes.

3    **Q.**    Okay.

4            **MS. WELLS:**  Mr. Brooks, could we please pull up

5    Page 20, and go to Section 4.1.2.

6    **BY MS. WELLS:**

7    **Q.**    And we see here, Dr. Pandrapragada, it says:  4.1.2.

8    Copies of documents.  BMS shall provide Vanda with one

9    copy of all documents, data or other information

10   controlled by BMS to the extent that such documents, data

11   and information are the subject of the BMS know-how

12   licenses, and are in BMS's good faith judgment reasonably

13   necessary for the development, manufacture or

14   commercialization of the compounds.

15       Did I read that correctly?

16   **A.**    Yes.

17           **MS. WELLS:**  And if we could turn, Mr. Brooks,

18   to Page 7, and look at Section 1.5, BMS know-how.

19   **BY MS. WELLS:**

20   **Q.**    Do you see, Dr. Pandrapragada, it defines BMS

21   know-how as the BMS compound know-how and the BMS

22   manufacturing know-how?

23   **A.**    Yes, I see it.

24   **Q.**    And for the compound --

25           **MS. WELLS:**  If we could go, Mr. Brooks, to

1    Page 8, it's Section 1.1.2.

2    **BY MS. WELLS:**

3    **Q.**   -- we see there that for compound, it lists a couple

4    different ones, but the first one there, the BMS-214778,

5    that compound corresponds to tasimelteon, correct?

6    **A.**   Yes, that is.

7    **Q.**   And during your work at Vanda, you testified that you

8    reviewed BMS documents that discussed BMS's work on

9    tasimelteon?

10   **A.**   Yes, I have, yes.

11   **Q.**   Part of why you reviewed BMS's documents, was to

12   understand BMS's development history and the process that

13   BMS used to synthesize tasimelteon?

14   **A.**   Yes.

15   **Q.**   If you could turn, please, in your binder to

16   JTX- 117.

17   **A.**   Yes.

18   **Q.**   JTX- 117 is an excerpt from BMS's IND?

19   **A.**   Yes.

20           **MS. WELLS:**  I move to enter JTX- 117 into

21   evidence.

22           **MS. YOUNG:**  No objection.

23           **THE COURT:**  All right.  It's admitted.

24       (PTX-117 is admitted into evidence.)

25

*Pandrapragada – Cross*

1    BY MS. WELLS:

2    **Q.**    BMS's IND included BMS's manufacturing process?

3    **A.**    Yes.

4            **MS. WELLS:**    And if we could turn, Mr. Brooks,

5    to JTX- 117, and Page 6 in particular.

6            And if we could pull up the schematic on the

7    second half of the page there.

8    BY MS. WELLS:

9    **Q.**    The schematic shows an excerpt from BMS's

10   manufacturing process?

11   **A.**    Yes.

12   **Q.**    And you can see some chemical compounds on the

13   right-hand side, but the top chemical compound that's

14   labeled BMS-23-7829-01, that's a carboxamide?

15   **A.**    Yes.

16   **Q.**    And the compound below that that's labeled

17   BMS-22-0965-02, that's a methanamine?

18   **A.**    Yes.

19   **Q.**    And the compound below that that's labeled

20   BMS-21-4778-01, that's tasimelteon?

21   **A.**    Yes.

22   **Q.**    So this BMS manufacturing document shows that the

23   carboxamide is contacted reacted with a reducing agent and

24   an acid to yield methanamine?

25   **A.**    Can you repeat the question again?

1    **Q.**    Sure.

2    **A.**    Carboxamide.

3    **Q.**    Sure.

4         The carboxamide is reacted with a reducing agent and

5    an acid, and that step yields the methanamine?

6    **A.**    The acid is for the Step 2 of the process.  First, it

7    forms -- reacts with the reducing agent to form the amine.

8    And then the hydrochloric acid is to form the salt of the

9    amine.

10   **Q.**    Okay.  Thank for that clarification.  That's a very

11   important clarification.

12        So the carboxamide in BMS's process is reduced by a

13   reducing agent and that forms methanamine?

14   **A.**    Yes.

15   **Q.**    That methanamine is then reacted with an acid, and

16   that forms a methanamine salt?

17   **A.**    Yes.

18   **Q.**    All right.  And that methanamine salt in BMS's

19   process, is then propionylated with a propionylating

20   reagent to yield tasimelteon?

21   **A.**    Yes.

22   **Q.**    Is that correct?

23        All right.  I'd like to turn now to Vanda's NDA.

24        You were involved in reviewing the NDA submission

25   that Vanda submitted to the FDA; is that correct?

*Pandrapragada – Cross*

1    **A.**    Yes.

2    **Q.**    If you could turn in your binder to DTX- 73.

3    **A.**    I have two binders.  Which one?

4    **Q.**    I'm not sure.  There should hopefully only be one tab

5    that says DTX- 73.

6    **A.**    Yes.

7    **Q.**    Are you there?

8          DTX- 73 is the impurity section of Vanda's NDA?

9    **A.**    Yes, that is correct.

10              **MS. WELLS:**  Move to introduce DTX- 73 into

11   evidence.

12              **MS. YOUNG:**  No objections.

13              **THE COURT:**  It's admitted.

14              **MS. WELLS:**  And if we could turn, Mr. Brooks,

15   to DTX- 73.9.

16         (DTX-73 is admitted into evidence.)

17   **BY MS. WELLS:**

18   **Q.**    And in particular, if we could, look at the first

19   paragraph under the header 2.1.2.1.  It's right in the

20   smack of the middle of the page.  Perfect.

21   **A.**    Okay.

22   **Q.**    So we see here that what Vanda wrote to the FDA in

23   its NDA says:  Tasimelteon was manufactured, first by BMS,

24   then by Shasun, and most recently by Formosa.  The

25   evolution of the manufacturing process is described in

*Pandrapragada – Cross*

 1    Section 3.2.S.2.6.

 2        And the following sentence says:  The chronographic

 3    conditions used by these three manufacturers to measure

 4    related substances in tasimelteon drug substance is the

 5    same -- are essentially identical.

 6        When it's referring there to related substances, that

 7    means impurities?

 8    **A.**    Yes.

 9    **Q.**    And then the next sentence says:  Therefore, a direct

10    comparison of the impurities present in the tasimelteon

11    drug substance lots and the level of each impurity can be

12    performed.

13        Did I read that correctly?

14    **A.**    Yes, to the best of my knowledge.

15    **Q.**    All right.

16    **A.**    A comparison could be possible, yes.

17    **Q.**    I'm sorry.  I missed that.

18    **A.**    A comparison is possible, yes.

19    **Q.**    A comparison is possible.  Okay.

20            **MS. WELLS:**  And so if we scroll down,

21    Mr. Brooks, to the table that's directly below this

22    paragraph.

23    **BY MS. WELLS:**

24    **Q.**    This table is providing the relative retention times

25    for known impurities present in the tasimelteon from the

1    three different manufacturers, correct?  BMS, Shasun and

2    Formosa?

3    **A.**    Yes.

4    **Q.**    We see there's a column on the left-hand side that

5    says "the impurity," and then there are three columns

6    listing each manufacturer individually?

7    **A.**    Yes.

8    **Q.**    If we could go down.  The table continues on to the

9    top of the next page.

10        So I'm interested in Impurity 5, which is the

11    third-from-the-bottom row of the table.

12        Do you see that row, Dr. Pandrapragada?

13    **A.**    Yes.

14    **Q.**    Impurity 5, that's the Impurity 5 in the '465 patent?

15    **A.**    Impurity 5?  Yes.

16    **Q.**    And in parentheses, it says "Impurity P5"?

17        Do you see that?

18    **A.**    Yes, I see that.

19    **Q.**    Impurity P5 is the nomenclature that BMS used?

20    **A.**    Yes, they have used.

21    **Q.**    So we see here that in its NDA, Vanda was telling the

22    FDA that Impurity 5, which BMS referred to as Impurity P5,

23    was present in the BMS lot, as well as Formosa; is that

24    correct?

25    **A.**    I don't think the comparison of these impurities was

1    directly correlated with these.  Not are the same as what

2    BMS had.  We only compared this because no other retention

3    times were close enough, so -- but I don't believe.  It's

4    not necessarily Impurity 5 is exactly same as Impurity P5.

5    **Q.**   So when Vanda wrote in its NDA Impurity 5 (Impurity

6    P5), and then said it was in the BMS lot and Formosa lot,

7    you don't think Vanda was telling the FDA that Impurity 5

8    was actually in the BMS lot?

9    **A.**   I don't believe we said Impurity P5 is the same as

10   Impurity 5.  But we just correlated the data from BMS

11   that -- just because the relative retention times were

12   close enough.  And also, Impurity P5 was present in BMS

13   lots.  But I don't believe there is a structure that was

14   identified BMS -- by BMS for Impurity P5.

15   **Q.**   Okay.  So your testimony here today is that when

16   Vanda said that BMS impurity at retention time 1.50 was

17   Impurity 5, they were only saying that because it was

18   similar to the retention time of Impurity 5 that was

19   measured in a different lot?

20   **A.**   I think the relative retention times were very close

21   enough, so that the only reason why we were giving the

22   benefit of the doubt, it could be or it could not be.  But

23   there is no definitive information that is present in BMS

24   documents that -- to show there are impurities in

25   Impurity 5.

*Pandrapragada – Cross*

1    **Q.**    But the relative retention time of 1.5 –– there

2    actually was an impurity that's shown in Shasun and

3    Formosa at retention time 1.5, right, and that's listed as

4    Impurity 3?

5    **A.**    Yes.  But the chronographic conditions were

6    relatively different compared to the BMS lots.  So the

7    Impurity 3 that is presented 1.50 as Formosa is actually

8    the Impurity 3 that we identified later.

9    **Q.**    So you think it was a mistake to list Impurity 5

10   (Impurity P5) on this chart and show that it was in both

11   BMS and Formosa's lots?

12   **A.**    I don't believe it is a mistake.  But it was just

13   benefit of the doubt.  Like when we just had that

14   information, that that's close enough if you compare with

15   the BMS lots.

16   **Q.**    That 1.48 was close enough to 1.5?

17   **A.**    That's our thinking when we prepared this document.

18   But it was just the thought –– that's the only close

19   enough data we could see in BMS lots if we wanted to

20   compare the impurities.

21   **Q.**    Okay.  Let's see what else Vanda said in its NDA

22   about this Impurity P5.

23           **MS. WELLS:**  Mr. Brooks, if we could please turn

24   to DTX– 73.8.  And look at the second–to–last paragraph.

25

 1    BY MS. WELLS:

 2    **Q.**    All right.  Here, Vanda told the FDA:  Impurity P1

 3    was identified in BMS from LCMS and NMR data.

 4        And then in the sentence they said -- or Vanda said:

 5    Impurities P2, P3, P4 -- and importantly for our purposes

 6    here today -- P5 were identified at BMS from LCMS and

 7    LCNMR data.

 8        Did I read that correctly?

 9    **A.**    Yes.  Based off of the information that I read, yes.

10    That's the P2, P3, P4, and P5, P1 were present in the IND

11    documents.

12    **Q.**    In the BMS IND documents?

13    **A.**    Yes.

14    **Q.**    Okay.  And the LCMS and LCNMR, those are the tools

15    that you testified earlier are the common ways that

16    someone would identify an impurity?

17    **A.**    Yes.

18    **Q.**    Dr. Pandrapragada, you have never worked for BMS?

19    **A.**    No.

20    **Q.**    And prior to July of 2010, you performed no work

21    related to tasimelteon or the synthesis of tasimelteon?

22    **A.**    No.

23            **MS. WELLS:**  No further questions, Your Honor.

24            **THE COURT:**  Thank you.

25            Redirect?

*Pandrapragada - Redirect*

1                            REDIRECT EXAMINATION

2    **BY MS. YOUNG:**

3    **Q.**    Mr. Pandrapragada, do you recall being asked if you

4    needed to know the structure of an impurity in order to

5    detect it on an HPLC?

6    **A.**    Yes.

7    **Q.**    How do you know whether or not your HPLC can detect

8    the impurity if you don't know the structure?

9    **A.**    If we don't know the structure, there are some -- all

10   depends on the type of detection that you use in the HPLC.

11          Yes, during the initial development, you need to know

12   what type of compound it is, whether what type of

13   detection system that you can use for HPLC.

14          So if it has a UV absorption, then you use UV

15   detector.  And for certain molecules, they don't have

16   cytochrome that can be observed in the UV.  So those

17   compounds cannot be detected in HPLC.

18          But, yes, you need to know literally about a compound

19   structure whether or not you can use the HPLC to detect

20   the impurities, but it enables us to decide what type of

21   detector can be used along with HPLC to protect those

22   impurities.

23   **Q.**    And do you recall being asked whether Impurity 5 is

24   the same as P5?

25   **A.**    Yes.

1    **Q.**   Do you recall whether BMS proposed a structure for

2    P5?

3    **A.**   No, they did not propose a structure for P5.

4         **MS. YOUNG:**  And if you could –– Mr. Weir, if

5    can you pull up JTX– 117.

6         Mr. Weir can you pull up JTX– 117.  It should

7    be in the binder that you were just looking at.

8         **THE WITNESS:**  Yes.

9    **BY MS. YOUNG:**

10   **Q.**   Do you recall Ms. Wells asking you about this

11   document?

12   **A.**   Yes.

13   **Q.**   And if you could turn to Page 54, please.

14        **MS. YOUNG:**  And if, Mr. Weir, you can blow up

15   that structure on the bottom, including the text below it.

16        **THE WITNESS:**  Yes.

17   **BY MS. YOUNG:**

18   **Q.**   Do you see there where it says:  Isomeric impurities

19   at RRT 1.35, 1.39 and 1.50?

20   **A.**   Yes, I can see it.

21   **Q.**   What is being shown there?

22   **A.**   That is a proposed structure tentatively assigned

23   based on the NMS in this data.

24   **Q.**   How does that structure compare to the structure for

25   Impurity 5?

1    **A.**    It is different than what is shown here.

2                      **MS. YOUNG:**  I have no further questions.

3                      **THE COURT:**  All right.  Thank you.

4                      You can step down.  Thank you.  All right.

5                      **MR. STONE:**  Your Honor, it's -- we have about

6    15, ten minutes worth of video in total that we intend to

7    play.  Should we do it now?

8                      We are going to bring up binders with the clips

9    in it.  Thank you, Your Honor.

10                     My colleague, Michael Milea, will introduce who

11   the witnesses are in terms of their name before they are

12   each played.

13                     **MR. MILEA:**  Good afternoon, Your Honor.

14   Michael Milea on behalf of Vanda Pharmaceuticals.

15                     The first clip will be from David DeCicco

16   30(b)(6) witness for Teva.

17                     (Video clip played.)

18     **"Q.**  How long have you worked at Teva?

19     **"A.**  About three years.

20     **"Q.**  What's your current title?

21     **"A.**  Director of regulatory affairs.

22     **"Q.**  Can you describe to me your roles and

23          responsibilities in your current position?

24     **"A.**  I'm responsible for review and approval of

25          submissions that are going to the FDA from various R&D

*Shah – Video Clip*

1    facilities as well as commercial facilities.

2             **MR. KLEIN:**  Marking Exhibit 40.

3    "Q.  Do you recognize this document, Mr. DeCicco?

4    "A.  Yes.

5    "Q.  What do you recognize it to be?

6    "A.  A copy of our draft outsert for tasimelteon capsules.

7    "Q.  Is a draft outsert another way of saying prescribing

8    information or drug label?

9    "A.  Yes.

10   "Q.  Who's the intended audience of this document?

11   "A.  The patients.

12   "Q.  Not the physicians?

13   "A.  It would be them as well, too.

14   "Q.  Does Teva have an understanding of how prescribers

15   treat patients using tasimelteon?

16   "A.  Just what's listed in the labeling.

17   "Q.  Does Teva expect prescribers of its generic

18   tasimelteon product to follow the language in its proposed

19   label for generic tasimelteon?

20   "A.  That would be my understanding to follow what's in

21   the labeling.

22      (Video clip ends.)

23             **MR. MILEA:**  Your Honor JTX- 29 which was shown

24   in that video, I believe that's already into evidence.

25             The next clip will be from Dr. Vatsal Vittahl

*Shah – Video Clip*

1    Shah also a 30(b)(6) witness.

2                    (Video clip played.)

3    **"Q.**  Would you please state your full name for the record.

4    **"A.**  It's Vatsal Vitthal Shah.

5    **"Q.**  Who do you currently work for?

6    **"A.**  So just to clarify, are you asking about the company?

7    **"Q.**  Yes, the company?

8    **"A.**  Teva Pharmaceuticals.

9    **"Q.**  Can you please describe your current

10   responsibilities?

11   **"A.**  So my current role is a director of portfolio

12   management and I'm responsible for selection of products

13   into the Teva pipeline.

14   **"Q.**  Once Teva receives FDA approval of its ANDA, how --

15   what will Teva do with the capsules manufactured at the

16   Goa site?

17   **"A.**  So again, I don't know whether Teva would launch

18   right after it will get FDA approval.  But generally

19   speaking, once the clearance is received to launch the

20   product from our attorneys, it will be manufactured and

21   then imported into the US from the Goa site.

22   **"Q.**  Has Teva determined what or how it will import the

23   capsules into the United States?

24   **"A.**  So the capsules -- the finished capsules would be

25   bought by Teva Pharmaceuticals USA, Inc. and then they'll

*Singh - Video Clip*

1    be imported or would be sold to that entity into the US.

2    **"Q.**  Who will distribute the capsules in the United

3    States?

4    **"A.**  I think it's Teva Pharmaceuticals USA, Inc.

5    **"Q.**  What Teva entities are or will be involved in

6    manufacturing the tasimelteon product?

7    **"A.**  I guess it is the same facility in India, the Goa

8    facility in India.

9       (Video clips ends.)

10             **MR. MILEA:**  The next clip is Mr. Bhupesh Singh

11    a 30(b)(6) witness of Apotex.

12                 (Video clip played.)

13    **"Q.**  Would you please state your name for the record.

14    **"A.**  My full name is Bisht Bhupesh Perni Singh.

15    **"Q.**  Can you please describe your current

16    responsibilities.

17    **"A.**  So my current responsibilities are managing

18    submissions for the US strategizing submissions that come

19    from our various affiliate sites for the US market,

20    managing in licensed and co-development -- co-development

21    partners.  That is basically -- and -- and managing FDA

22    and communication around it.

23    **"Q.**  I'm going to mark Apotex Exhibit 27.  What is this

24    document?

25    **"A.**  This is the product label for the Apotex generic

*Singh Video Clip*

1    tasimelteon submitted to the agency for review.

2    **"Q.**  Why is Apotex proposing a label for its tasimelteon

3    product?

4    **"A.**  As -- as -- as a requirement to file the product, we

5    need to also supply a summary to FDA, a -- a labeling that

6    covers the product, and which should match as the brand

7    labeling is -- not the brand, the reference listed drug

8    labeling is.  And that's why this label has been

9    submitted, because this is what is required by the FDA

10   laws to submit an application.

11   **"Q.**  What's the purpose of this label?

12   **"A.**  This -- the purpose of the label is to guide the

13   physicians and to know more about the product and the

14   molecule.

15   **"Q.**  Does Apotex have an understanding of what the dosage

16   regime will be for its generic tasimelteon product?

17   **"A.**  Like I said, the dosage regime is as per the labeling

18   that is approved for the brand and that is what we have to

19   follow.  And that's what is there on our label.

20   **"Q.**  Does Apotex expect prescribers prescribing its

21   generic tasimelteon product to follow its proposed label

22   for tasimelteon?

23   **"A.**  Like I said, we -- we don't interact with

24   prescribers, but it is up to their best judgment how to

25   prescribe the product.

1    **"Q.**  Do you expect that prescribers will follow the

2    information in Apotex's label when prescribing the

3    tasimelteon product?

4    **"A.**  Like I said, this is based on each physician's

5    understanding and prescribing behavior.  I would expect

6    them to follow what is supplied with the product.

7    **"Q.**  And the label is supplied with the product?

8    **"A.**  That's correct.

9      (Video clip ends.)

10         **MR. MILEA:**  Your Honor, JTX- 31, which was

11   shown in that clip is an older version of the Apotex label

12   that was marked during prior testimony, and so we'd like

13   to offer JTX- 31 into evidence.

14         **MR. COBLENTZ:**  JTX- 29, no objection.

15         **MR. MILEA:**  Older version of Teva labeled

16   discussed during prior testimony we would like to offer

17   that into evidence as well.

18         **MR. ROZENDAAL:**  No objection.

19         **THE COURT:**  All right.  It's admitted.

20     (JTX-29 admitted into evidence.)

21         **MR. MILEA:**  The last clip is Dr. Martin Ehlert

22   also of Apotex.

23              (Video clip is played.)

24    **"Q.**  Would you please state your full name for the record.

25    **"A.**  Martin Kurt Ehlert.

*Singh Video Clip*

1    **"Q.**  Can you describe your current responsibilities.

2    **"A.**   Yes.  So my title is vice president Global API, R&D.

3    And so the areas at the business for which I have

4    responsibility are essentially anything to do with the

5    provision of active pharmaceutical ingredients to the

6    Apotex group of companies for development of drug

7    products.  So as I had mentioned briefly in the summary of

8    my work experience, it includes any technical matters

9    associated with APIs procured from third parties.  And I

10   should say it also will include, when required, technical

11   matters associated with excipients used in drug products

12   which are the nonmedicinal ingredient as well I have

13   corporate level responsibility for research and

14   development on active pharmaceutical ingredients.  And

15   then I act as a connecting person in that sense with our

16   drug product development teams.  I think that summarizes

17   my responsibilities.

18   **"Q.**  What is your educational background?

19   **"A.**  I have a PhD in chemistry and I have an undergraduate

20   degree in what's termed applied chemistry, a mix of

21   chemistry and chemical engineering.

22   **"Q.**  Earlier, we discussed after Apotex's ANDA is

23   approved, Apotex would be importing capsules of

24   tasimelteon.  Do you remember that?

25   **"A.**  I do remember the discussion.  Yes.

1      "Q.   Is Apotex Incorporated the entity that will be

2      importing the capsules from Canada into the United States?

3      "A.   Apotex, Inc. is actually the exporter from Canada

4      into the US inbound will be Apotex Corp.

5      "Q.   Is Apotex Corp. distributing the product once it

6      enters the United States?

7      "A.   Yes.

8         (Video clip ends.)

9         MR. MILEA:   That's it for our video clips, and

10   I should have also mentioned that Dr. Ehlert is a 30(b)(6)

11   witness for Apotex.

12        THE COURT:   So you all could have stipulated to

13   those facts?  I had to hear 15 minutes of deposition

14   testimony tell me which Teva, which Apotex organizations

15   did what.

16        I mean, was there any discussion at all about

17   that?  And you all insisted you needed 15 hours each.  I

18   said 13.  I'm trying to figure this out.

19        MR. STONE:   Your Honor, with respect to the

20   half of the clips that were about intent beyond the label,

21   that is something that is, essentially, in every one of

22   these cases of whether the defendant is going to say their

23   knowledge is limited to the label or there is knowledge

24   beyond that.  With respect the importation clips, I take

25   the Court's point for sure.  The reason it arises is that

1    as Your Honor, I'm sure, knows from prior cases --

2              **THE COURT:**  That may not be true.  Don't assume

3    anything.

4              **MR. STONE:**  Imagine that there's a

5    manufacturing patent, a method of making this, Section

6    271(g) says if you sell in the US, this having made it

7    outside the US, while the manufacturing patent is in

8    force, you are an infringer of the manufacturing patent.

9    It's designed to prevent people from manufacturing

10   offshore to avoid a US manufacturing patent.

11             The impurities patent in this case is sort of a

12   weird hybrid, as Mr. Rozendaal said, it is a claim to the

13   product, but it has to be made in a certain way, and there

14   is a question in the law that's open right now as to

15   whether that provision and how it is applied to product by

16   process claims.

17             And so that we are not accused at some point of

18   having failed to prove that the product is not altered

19   upon importation, we put on, you know, ten minutes, at

20   most, of testimony that this one makes it in India, that

21   one makes it Canada, but, yes, they are bringing it into

22   the US, and yes, it is the same.  It is not the most

23   important point in the world.  I was afraid of being told

24   on appeal that we had footfaulted.  So that was the reason

25   for putting it into evidence.  I take the Court's point.

1          **THE COURT:**  It is a question.  I don't

2     understand why not talk about it, instead of there being

3     discussions is what I'm trying to figure out.  I get the

4     impression nobody ever sat down and said, I think we can

5     stipulate to these things.

6          **MR. STONE:**  I think we have not done an

7     adequate job on both sides of trying to figure out some of

8     the smaller areas in which we agree to save time.  I think

9     we have a very good sense of the bigger issues on which we

10    disagree.  I take the Court's point, and I apologize.

11         **THE COURT:**  So on the label that actually, you

12    said that there's -- they don't have to rely on the label.

13    I thought we were in an ANDA case, and you do have to rely

14    on the label.

15         **MR. STONE:**  You are absolutely correct, Your

16    Honor.  We think that they do, and that they are deemed to

17    intend the contents of the label.

18         There have been cases in the past in which

19    generics have attempted to argue, I don't have any idea

20    what anyone does with the label.  I am a tabula rasa.  So

21    we wanted to establish that each of these defendants

22    admits that they understand that doctors will, in fact,

23    follow the label.  I think that's deemed law anyway but --

24         **THE COURT:**  That's what I wanted to get at

25    because certainly from my perspective, having prosecuted,

1    brought civil cases against, you know, folks on behalf of

2    the United States when they deviated from the label, I

3    don't know how you get away with saying you are not going

4    to rely on the label.  But there are patent cases that do

5    allow for that, you are saying?

6              **MR. STONE:**  I am not sure they do allow it for.

7    I think the argument has been made.  I think the current

8    state of the law is they don't allow for it.

9              For example, there was a significant case in

10   the Federal Circuit in the last year involving GSK.

11             **THE COURT:**  Judge Stark's case?

12             **MR. STONE:**  I believe it is Judge Stark's case,

13   and then in one of the cases I was looking at earlier --

14             **THE COURT:**  That case, I thought, was post -- I

15   thought they were on the market.

16             **MR. GROOMBRIDGE:**  They were.

17             **THE COURT:**  That's a different story.

18             **MR. STONE:**  We read the law the way Your Honor

19   does, which is that in an ANDA case, if the label

20   instructs, recommends, suggests or encourages the acts of

21   infringement, they induce infringement.  But there is

22   enough reason to wonder whether that will be the argument

23   and the state of the law that we felt it was worth proving

24   that they have no other knowledge beyond what is in the

25   label.

1     I think you are correct about the law, Your

2 Honor.

3     **THE COURT:**  You are taking that position

4 anyway, aren't you?  In this case, you are going to argue

5 it against them, right?

6     **MR. ROZENDAAL:**  Yes, Your Honor.  I think we

7 intend to say that we intend that the label will be

8 followed according to what it instructs.

9     **THE COURT:**  Right.  You are going to use that

10 against them.

11     **MR. ROZENDAAL:**  Not more than that.

12     I will say for the record, I don't think that

13 271(g) is an issue in this case.  I think we have a

14 product claim and not a process claim, but, certainly, our

15 colleagues from Vanda are extremely thorough.  If they

16 have identified an open issue that I am not aware of, I

17 will take them at their word.

18     **THE COURT:**  All right.  Well, I mean, I think

19 you are down to 12 hours each on your total.  You are

20 expressing frustration.  There's been no meaningful meet

21 and confers, obviously, to try to streamline this case.

22     You know, you all could have talked about some

23 of these things, and I think it's incumbent upon lawyers

24 to do that.

25     I don't mean to sound preachy because I have

1   really good lawyers here.  I mean, you know, the Court's

2   time is a precious resource.

3            The only whip I've got is to reduce your time,

4   right.

5            **MR. STONE:**  I understand, Your Honor.  I'm not

6   looking to stick my head in the lion's mouth.

7            The only thing I would say is that we are

8   exactly where we thought we were going to be at the end of

9   the day.  We have one witness left who we are going to

10  greatly streamline, and there is a disproportion --

11  disproportion impact is a loaded phrase.  I don't mean it

12  that way.

13           We bear the burden significantly of lowering

14  the hour when our case is essentially complete because we

15  have put on -- we could have shortened a witness had we

16  known they were stipulating to it.  I understand --

17           **THE COURT:**  The fault is on both sides in terms

18  of stipulation.  There's been no discussion.

19           **MR. STONE:**  By lowering both sides' time when

20  we have been doing direct and --

21           **THE COURT:**  They have invalidity.  I thought

22  the time would affect them.  I'm asking.

23           **MR. STONE:**  I don't think it does, Your Honor.

24           **MR. ROZENDAAL:**  I think it certainly will, Your

25  Honor.  I think we have a lot more material to get through

1    on invalidity than they have to go through today for

2    infringement.

3              **MR. STONE:**  We're going to find out, Your

4    Honor.  Thank you.

5              **THE COURT:**  What I'll do is I will leave it at

6    13.  As many complements I have thrown to both sides, next

7    time you're at pretrial conference and you tell me you

8    think it's 15 hours, you are never getting it, you know.

9              The other thing I am mandating that counsel

10   confer tonight, and I need both Delaware lawyers, and two,

11   you know, you have a lot of lawyers here, a lot in court.

12   I don't know who the lead lawyer is, but I'm going to make

13   it -- I'm going to go by age, maybe.

14             Mr. Groombridge, Mr. Rozendaal -- and your

15   name, sir?

16             **MR. COBLENTZ:**  Mr. Coblentz.

17             **THE COURT:**  Mr. Coblentz, Mr. Hoeschen and

18   Ms. Jacobs, you must meet this evening, and it has to be

19   productive.

20             You have to meet in person.  You have to meet

21   in a room, and it's got to be -- I'm going to ask you how

22   long you met because a lot of this stuff should go away.

23             It's going to make it easier post trial.  It's

24   going to benefit your clients because you will pare down

25   the issues that are really important, and that should have

1    been done coming in here.

2            I am afraid to pull the trigger on absolute

3    reduction to 12 hours.  It really should be 11.  I don't

4    know where it should be.

5            My colleagues try these cases in 20-to-22

6    hours, they inform me.  I've been doing it and getting

7    through with 20 hours, and I've yet to have a lawyer say

8    they couldn't try the case at the end of the case.  They

9    got it through.

10           So that's where we are.  Is there anything else

11   that needs to be resolved this evening?

12           **MR. GROOMBRIDGE:**  I don't think there's

13   anything else from us, Your Honor.

14           **MR. ROZENDAAL:**  I don't believe we have issues

15   to resolve, Your Honor.

16           I will flag a possible scheduling issue for

17   later in the week.  So we have a witness, Dr. Greenblatt.

18           **MR. COBLENTZ:**  Dr. Greenblatt, I think we made

19   you aware at the pretrial conference, that he is

20   unavailable until Thursday morning.  And so I don't know

21   how that will work with the scheduling, whether we are

22   working it out.  That's one of the things we will talk

23   about tonight a little more, about how to streamline this

24   to make Wednesday be a fuller day, so we're not just

25   waiting on Dr. Greenblatt to testify.

```
 1              THE COURT:  Okay.  You think he might be the

 2    last witness on Thursday?

 3              MR. STONE:  No, Your Honor.  He is an

 4    invalidity witness for them.  We have two witnesses who

 5    are directly responding to his testimony.

 6              We are prepared to call everybody else in our

 7    case before he testifies, but I can't -- so if they want

 8    to finish their invalidity case, other than Greenblatt, we

 9    will start our rebuttal case at that point, hold their

10    invalidity case open.  I can't call the two witnesses who

11    are responding to Greenblatt until Greenblatt happens.

12              If he can't testify until Thursday morning,

13    they will have to go Thursday.  But we will get everything

14    else done on our plate on Wednesday; even though, they

15    haven't finished their case.  Essentially, we will let

16    them call him in our case.

17              THE COURT:  Okay.

18              MR. COBLENTZ:  What we don't know is that will

19    mean that there's a little time at the end of Wednesday

20    that's unfilled.  We don't know that yet.  It's a matter

21    of how much the parties streamline the case.  So we'll

22    work through that.

23              THE COURT:  Okay.  All right.  See you in the

24    morning.

25              MR. ROZENDAAL:  Your Honor, what time tomorrow?
```

1          **THE COURT:**  You all need to be here at

2    8:30 because I have a case tomorrow, discovery, where one

3    side said they met and conferred; the other side said they

4    didn't.  I have to address that.  And it's a patent case

5    surprise, surprise.

6               That's at 8:30 in my jury room.  As soon as

7    that's done, I am coming out here.  Might be five minutes.

8    Might be half hour.  You need to be ready to go at 8:30.

9    Thank you.

10      (The proceedings concluded at 5:26 p.m.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2                    CERTIFICATE OF COURT REPORTER

3

4         I hereby certify that the foregoing is a true and

5    accurate transcript from my stenographic notes in the

6    proceeding.

7
                                    /s/ Bonnie R. Archer
8                                   Bonnie R. Archer, RPR
                                    Official Court Reporter
9                                   U. S. District Court

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

BY MR. GROOMBRIDGE:
[43]  97/23 99/15 102/24
104/24 105/8 106/18 108/24
111/1 111/6 112/1 115/2
118/2 120/17 121/3 121/9
123/15 125/7 126/2 128/3
128/19 132/23 134/1 134/14
136/19 137/21 138/15 139/15
140/5 140/24 145/9 147/6
148/10 149/2 149/13 152/5
152/18 154/20 156/2 156/25
158/2 159/19 192/19 194/11
BY MR. KLEIN: [31]  198/10
198/20 199/9 201/24 202/15
202/24 203/22 205/15 206/21
208/1 208/6 209/3 209/24
211/1 211/10 212/3 218/24
220/4 220/20 221/13 222/24
223/4 224/6 224/21 229/20
231/9 231/22 233/5 235/7
235/12 253/8
BY MR. MILLIKEN: [10]
160/10 164/19 166/21 170/11
172/9 176/8 180/24 190/2
190/17 192/2
BY MR. PICKARD: [7]  237/2
237/22 243/2 243/10 244/24
250/22 252/7
BY MS. WELLS: [10]  287/13
290/4 291/6 291/19 292/2
292/25 293/8 295/17 296/23
299/25
BY MS. YOUNG: [28]  254/14
255/2 255/20 256/19 257/24
258/12 260/19 262/9 266/1
266/6 268/25 269/6 270/15
271/18 272/3 276/17 279/14
279/23 280/11 281/6 281/23
282/17 284/22 285/9 286/20
301/2 302/9 302/17
DR. PERNI: [2]  73/5 73/8
MR. COBLENTZ: [23]  78/19
79/15 79/20 80/1 80/14 80/18
80/22 80/24 82/7 82/13 82/15
82/22 83/2 84/2 84/4 89/16
89/19 89/24 90/3 308/14
316/16 317/18 318/18
MR. GROOMBRIDGE: [112]
10/1 10/11 10/17 36/22 45/7
47/9 47/14 47/17 48/4 48/7
48/13 72/1 72/5 72/9 72/11
79/23 80/15 83/6 83/9 83/24
97/16 102/15 102/21 104/21
105/5 106/15 108/16 108/21
110/21 111/4 111/23 114/24
117/23 119/13 119/17 119/20
120/1 120/3 120/14 120/21
120/25 121/6 123/11 124/25
125/4 125/25 127/23 128/9
128/14 128/16 130/23 131/4
131/6 133/20 133/24 134/12
136/17 137/19 138/13 139/13
139/25 140/19 141/9 141/18
142/1 142/7 142/13 142/18
142/21 143/1 143/12 143/15
143/21 143/25 144/11 145/8
148/2 148/7 148/25 149/11
152/16 154/15 155/13 155/19

155/25 156/23 157/22 159/15
159/17 160/2 160/22 164/6
166/18 170/8 172/6 176/5
180/21 189/24 190/14 191/24
192/17 194/8 194/24 197/19
227/23 254/4 275/12 275/20
275/25 276/10 313/16 317/12
MR. HOESCHEN: [1]  3/13
MR. KLEIN: [42]  197/22
199/4 201/18 202/10 202/23
203/20 205/10 206/16 207/20
207/24 208/4 209/1 209/23
210/24 211/8 212/1 218/22
220/2 220/18 221/11 223/2
224/4 224/19 225/14 225/16
228/20 229/8 229/18 230/12
230/23 231/8 231/20 232/14
233/1 233/3 235/5 235/11
236/23 250/17 252/4 254/1
304/2
MR. MILEA: [7]  303/13
304/23 306/10 308/10 308/15
308/21 310/9
MR. MILLIKEN: [27]  102/17
108/18 110/23 120/23 125/2
133/22 140/2 140/21 148/4
155/16 155/22 160/5 160/8
163/24 164/3 164/9 164/13
164/18 166/16 170/6 172/4
176/3 180/19 189/22 190/12
191/22 192/15
MR. PICKARD: [15]  199/6
201/22 202/12 205/12 206/18
207/22 225/19 237/19 242/25
243/7 244/19 250/15 250/20
252/2 253/4
MR. ROZENDAAL: [34]  6/8
10/6 49/18 49/24 51/21 51/24
52/4 55/11 58/4 58/6 58/12
61/24 62/4 65/16 65/19 72/15
72/18 73/2 73/9 119/11 144/4
144/17 144/22 227/21 228/6
231/2 274/25 275/11 308/18
314/6 314/11 315/24 317/14
318/25
MR. STONE: [30]  4/4 4/23
6/4 6/6 8/4 8/21 9/9 9/12
198/5 198/8 226/4 226/11
227/18 228/13 274/10 275/3
275/9 303/5 310/19 311/4
312/6 312/15 313/6 313/12
313/18 315/5 315/19 315/23
316/3 318/3
MS. EKINER: [2]  3/22 4/2
MS. JACOBS: [4]  3/6 9/13
9/23 10/10
MS. WELLS: [20]  256/16
258/9 260/14 265/23 268/22
270/9 274/24 279/9 287/8
289/24 291/4 291/17 291/25
292/20 293/4 295/10 295/14
296/20 299/23 300/23
MS. YOUNG: [35]  254/20
254/24 255/1 256/14 258/7
260/12 260/17 262/7 265/21
266/4 268/20 269/3 270/7
270/12 271/15 272/1 274/6
279/7 279/12 279/21 280/8
281/4 281/21 282/16 284/15
284/20 285/7 286/18 287/5

290/1 292/22 295/12 302/4
302/14 303/22
SPEAKER: [1]  284/17
THE CLERK: [2]  197/24
254/7
THE COURT: [238]  3/5 3/12
3/20 4/1 4/22 6/2 6/5 6/7 8/3
8/19 9/8 9/10 9/21 9/24 10/4
10/8 10/15 36/21 45/6 47/8
47/13 47/16 48/1 48/6 48/12
49/15 49/16 49/22 51/20
51/23 52/3 55/9 58/2 58/5
58/11 61/23 62/3 65/14 65/18
71/24 72/4 72/7 72/10 72/14
72/17 73/1 73/3 73/6 78/16
79/13 79/19 79/22 79/25
80/12 80/16 80/20 80/23 82/1
82/11 82/14 82/20 82/25 83/4
83/7 83/18 84/1 84/3 89/14
89/17 89/22 90/1 97/12 99/10
99/13 102/18 108/19 110/24
119/9 119/16 119/19 119/24
120/2 120/7 120/24 125/3
128/6 128/11 128/15 130/18
130/25 131/5 131/7 131/17
131/21 132/10 132/14 132/17
132/19 133/23 140/3 140/22
141/6 141/12 141/19 142/6
142/11 142/14 142/20 142/25
143/3 143/14 143/20 143/22
144/2 144/5 144/14 144/21
145/2 145/7 146/18 146/22
146/24 147/2 147/5 148/5
151/24 152/4 154/19 155/23
159/16 160/4 160/7 163/11
164/1 164/4 164/8 164/11
164/14 166/19 170/9 172/7
176/6 180/22 189/25 190/15
191/25 192/16 195/1 195/6
195/11 195/14 196/3 196/11
196/21 196/25 197/3 197/17
197/23 198/7 198/16 198/19
199/7 201/23 202/13 205/13
206/19 207/23 222/21 225/15
225/17 225/22 226/8 226/16
228/8 228/25 229/10 229/19
230/15 230/24 231/6 232/15
233/2 236/25 250/18 252/5
253/5 254/2 254/18 254/22
254/25 255/9 255/13 255/16
255/18 256/17 258/10 260/15
265/24 268/23 270/10 273/22
274/1 274/22 275/8 275/10
275/18 275/24 276/6 276/11
276/16 279/10 284/18 287/6
290/2 292/23 295/13 300/24
303/3 308/19 310/12 311/2
312/1 312/11 312/24 313/11
313/14 313/17 314/3 314/9
314/18 315/17 315/21 316/5
316/17 318/1 318/17 318/23
319/1
THE WITNESS: [34]  99/12
131/10 131/18 131/23 132/12
132/16 132/18 132/21 146/21
146/23 146/25 147/4 152/2
155/15 195/5 195/10 195/13
195/20 196/6 196/13 196/24
197/2 197/7 198/1 198/18

257/22 271/17 287/11 302/8
302/18

$
$500,000 [2]  20/3 20/7

,

'12 [1]  125/15
'234 [1]  4/10
'244 [1]  36/11
'268 [1]  75/14
'465 [14]  56/7 70/20 72/20
74/13 76/9 76/23 95/24
257/19 257/22 257/25 274/7
287/3 288/2 297/14
'487 [3]  68/17 95/10 96/24
'529 [15]  50/7 53/17 54/1
54/16 75/24 77/11 77/23 78/4
190/3 190/10 190/18 191/7
191/8 192/3 192/7
'604 [14]  11/25 57/8 60/21
61/3 69/20 81/3 81/14 88/21
88/22 92/17 225/19 237/5
244/17 249/14
'829 [13]  62/6 64/8 65/12
92/21 95/6 204/6 207/8 230/2
230/6 232/4 234/15 248/17
249/1
'901 [1]  230/6
'910 [13]  42/8 62/7 66/10
68/11 92/21 92/22 95/6 204/7
207/16 234/18 236/21 246/23
249/7
'97 [1]  99/7
'98 [2]  98/19 99/7

-

-and [2]  1/23 2/15

.

.1 [2]  46/16 46/18
.1 percent [2]  46/16 46/18
.15 [2]  75/13 75/21
.15 percent [2]  75/13 75/21

/

/s [1]  320/7

0

0.15 [4]  287/24 288/3 288/7
288/22
0.15 percent [5]  74/11 74/13
75/8 76/17 76/18
0.15 weight [2]  73/15
0.4 milligrams [1]  269/12
0.5 [1]  225/9
001 [1]  206/22
003 [3]  207/5 207/21 207/25
004 [3]  207/13 207/21 207/25
006 [3]  257/14 258/7 258/11
01 [2]  293/14 293/20
0100 hours [1]  127/5
02 [1]  293/17
027 [3]  204/22 205/11 205/14
028 [1]  204/15
030 [3]  205/16 206/17 206/20
033 [3]  205/24 206/17 206/20
05 [1]  286/19
058 [1]  140/11
064 [1]  108/7

**1**

1 percent [3] 261/20 261/25 262/2
1.1 [1] 224/23
1.1.2 [1] 292/1
1.2 [2] 50/11 269/12
1.23 [1] 63/9
1.26 [11] 65/4 279/2 279/22 279/25 280/2 280/5 280/19 281/2 281/5 281/8 281/14
1.35 [1] 302/19
1.39 [1] 302/19
1.48 [1] 299/16
1.5 [5] 225/10 291/18 299/1 299/3 299/16
1.50 [3] 298/16 299/7 302/19
1.53 [5] 279/2 280/10 280/13 280/20 281/22
1.548 [1] 285/13
1.57 [1] 285/20
1.8 [1] 252/13
1.89 percent [1] 265/5
10 [8] 70/20 107/12 111/2 115/1 176/20 272/12 276/1 288/2
10 milligrams [1] 123/22
10-K [4] 175/15 175/17 175/25 176/14
10-Ks [1] 175/12
100 [1] 199/11
100 milligrams [4] 36/20 123/17 123/23 124/1
101 [1] 77/3
103 [7] 190/6 190/12 190/16 289/19 289/21 289/24 290/3
109 [1] 176/10
10:00 [2] 217/15 218/8
10:30 [2] 33/20 219/14
11 [11] 100/18 115/1 179/10 224/9 229/16 238/25 250/13 250/23 255/8 272/17 317/3
11 years [1] 255/12
11/18/2020 transcript [1] 188/4
110 [3] 147/20 148/2 148/6
111 [4] 110/9 110/21 110/25 186/14
112 [2] 168/12 168/17
115 [5] 77/3 169/24 170/6 170/10 194/6
117 [7] 292/16 292/18 292/20 292/24 293/5 302/5 302/6
118 [1] 7/3
11:00 [1] 196/14
11:00 p.m [1] 15/18
12 [11] 155/11 155/13 169/12 169/12 189/18 189/22 190/1 190/18 262/18 314/19 317/3
12 impurities [1] 262/14
12 weeks [1] 31/15
12.3 [2] 233/11 236/2
12/20/19 deposition [1] 168/5
12/20/2019 [1] 168/8
128 [4] 251/21 251/24 252/3 252/6
13 [9] 54/12 104/4 104/9

156/24 229/12 231/12 231/15 310/18 316/6
13 hours [1] 80/21
132 [6] 250/8 250/8 250/16 250/19 250/20 250/21
1333 [1] 144/25
137 [1] 243/15
139 [9] 165/25 166/5 166/16 166/20 169/12 169/14 237/18 238/2 253/10
14 [18] 50/23 62/6 64/8 65/12 92/21 95/6 155/12 156/1 165/15 168/19 191/8 204/6 230/1 231/11 231/11 232/4 234/14 285/16
14.1 [13] 156/4 213/16 213/18 214/14 221/14 221/18 223/5 223/11 223/17 224/13 225/4 240/8 242/22
14478 [1] 110/16
15 [8] 92/5 98/12 218/8 228/9 303/6 310/13 310/17 316/8
15 hours [1] 132/4
15-minute [1] 228/12
150 [1] 99/3
156 [1] 53/20
16 years [1] 76/16
162 [1] 121/23
165 [3] 202/3 202/11 202/14
17-year-old [1] 203/3
18 [2] 187/15 266/2
18-651-CFC [1] 1/5
184 [3] 182/22 182/24 183/6
185 [3] 139/17 140/1 140/4
187 [3] 133/12 133/21 133/25
18th [3] 184/6 188/14 193/1
19 [3] 105/6 182/24 183/6
195 [2] 243/12 243/24
1980s [1] 52/8
1985 [1] 59/2
1990s [1] 19/6
1997 [1] 53/11
1998 [2] 76/15 257/1
1999 [4] 50/9 53/16 54/6 75/25
1:00 [1] 143/23
1:00 a.m [3] 26/23 26/24 127/10
1:15 [1] 145/3
1:15 and [1] 144/7
1A [1] 89/1
1A1 [1] 107/11
1A2 [1] 106/21
1B [1] 89/1

**2**

2.1.2.1 [1] 295/19
2.2 [6] 212/17 212/19 222/3 223/5 223/8 224/8
2.4 [3] 212/17 212/21 220/11 227/24 291/5 317/7
20 [6] 53/15 54/6 182/17
20 milligrams [13] 57/19 58/16 59/16 60/10 64/16 68/23 95/12 123/22 212/19 213/21 223/24 224/8 224/13
20-milligram [1] 224/11
200,000 [1] 21/5
2000 [1] 52/10
2001 [1] 100/18

2003 [5] 11/2 58/24 98/8 98/23 100/23
2004 [11] 22/2 54/15 77/1 114/21 173/7 173/18 174/7 190/4 258/18 267/8 289/16
2006 [2] 177/23 257/2
2007 [3] 54/21 59/7 278/4
2008 [4] 278/4 279/16 280/4 280/12
2009 [6] 20/24 60/6 114/22 121/5 174/15 175/7
2010 [8] 21/3 61/12 83/12 125/15 176/1 178/8 258/21 300/20
2011 [5] 58/14 67/14 176/20 179/8 282/6
2012 [7] 55/23 56/12 75/14 77/15 117/22 176/24 283/11
2014 [7] 21/25 56/6 56/12 76/14 77/15 169/1 170/4
2015 [1] 164/7
2017 [2] 45/22 53/19
2019 [6] 95/5 144/25 168/8 168/15 182/17 182/20
2020 [4] 184/6 187/16 188/14 193/1
2022 [1] 1/10
20th [2] 168/15 182/20
21-4778 [6] 102/11 103/1 105/15 106/20 106/25 107/21
2100 hours [1] 127/5
2101 [1] 114/11
214778 [6] 113/1 113/25 115/9 117/4 117/14 292/4
217 [3] 268/8 268/20 268/24
22 [3] 157/19 157/19 317/5
224 [1] 67/11
24 [255] 12/1 12/3 12/7 12/13 13/4 13/8 14/1 14/6 14/7 14/11 15/21 15/25 18/3 18/18 20/25 21/1 21/20 22/16 22/23 22/24 23/2 23/24 32/7 35/9 36/9 36/16 50/25 52/12 55/4 55/5 55/7 55/20 55/25 56/14 57/17 58/18 59/4 59/5 61/13 64/10 67/8 67/12 68/24 69/8 69/24 70/11 70/15 81/9 81/10 81/16 84/24 86/20 87/14 87/19 87/20 88/8 89/11 90/5 92/14 95/13 106/13 106/14 112/17 115/4 116/4 116/8 117/18 124/4 125/19 129/18 135/15 138/5 139/1 142/22 146/3 149/4 150/9 151/1 151/20 152/25 152/25 159/5 159/21 160/22 160/23 172/11 178/6 189/11 191/7 192/12 201/13 202/1 202/6 203/11 206/14 212/8 212/8 212/9 212/15 213/2 213/25 214/1 214/17 217/3 217/11 217/17 220/25 220/25 223/15 223/19 224/24 225/1 225/2 225/5 234/8 239/24 241/21 241/24 242/3 242/11 247/7 248/8 248/22 249/4 279/20
24 hour [1] 195/21
24 hours [2] 116/16 126/4
24-hour [19] 14/9 57/11 57/18 81/9 81/17 106/11 106/12

116/12 132/1 178/13 178/20 194/19 194/24 214/2 223/6 223/10 223/14 223/22 225/21
24.5 [3] 14/10 14/12 15/8
244 [11] 54/21 57/24 59/6 59/21 60/3 60/19 64/19 64/22 67/8 69/4 69/6
25 [6] 5/10 57/5 119/1 119/7 187/20 188/18
25 percent [13] 92/3 107/15 107/15 123/18 153/10 153/14 157/9 157/14 165/18 165/19 243/17 243/21 244/3
25th [2] 144/16 226/21
27 [1] 306/23
271 [2] 31/6 314/13
28 [9] 1/10 128/25 154/22 155/21 155/24 161/8 165/13 240/5 242/21
29 [3] 304/23 308/14 308/20
2C9 [1] 106/21
2D6 [1] 106/21

**3**

3 percent [4] 49/6 261/22 261/25 262/3
3.1 [1] 136/18
3.2 [2] 136/18 136/21
3.2.S.2.6 [1] 296/1
3.3 [1] 137/20
3.4 [1] 138/14
30 [7] 58/16 68/25 69/8 303/16 305/1 306/11 310/10
30 years [3] 72/22 84/11 84/23
30-plus [1] 84/20
31 [3] 176/1 308/10 308/13
35 [1] 53/20
360 [1] 143/8
38 [1] 98/2
3:00 [1] 196/14
3A4 [3] 38/7 41/7 107/24

**4**

4 percent [1] 160/19
4.1 [1] 111/25
4.1.2 [2] 291/5 291/7
4.10 [1] 211/9
4.18 [1] 218/23
4.19 [1] 220/3
4.2 [1] 114/25
4.20 [1] 220/19
4.24 [1] 223/3
4.26 [1] 224/5
4.28 [1] 224/20
4.3 [1] 202/23
4.33 [1] 230/13
4.35 [1] 231/21
4.37 [1] 233/4
4.4 [1] 203/21
4.41 [1] 235/6
4.42 [1] 235/11
4.6 [1] 208/5
4.7 [1] 209/2
4.8 [1] 209/23
4.9 [1] 210/25
40 [3] 62/13 269/11 304/2
400 [1] 29/9
41 [2] 181/2 181/3
42 [2] 181/1 181/2

**4**
47 [1] 106/16
473 [4] 175/20 175/23 176/3 176/7
4778 [6] 102/11 103/1 105/15 106/20 106/25 107/21
48 [3] 265/14 265/21 265/25
49 [1] 157/18

**5**
5,856,529 [1] 189/20
50 [5] 92/3 157/17 244/3 260/18 260/20
50 milligrams [2] 59/16 123/22
51 [1] 86/11
53 [1] 134/11
54 [2] 262/5 302/13
55 [2] 184/19 262/5
56 [2] 128/25 136/11
58 [3] 140/19 140/23 140/25
5:00 [1] 196/16
5:00 a.m [1] 15/19
5:26 [1] 319/10

**6**
60 [2] 228/13 269/11
613 [4] 102/4 102/16 102/19 186/3
633 [4] 191/13 191/17 191/22 192/1
64 [2] 108/16 108/20
66 [8] 184/16 184/19 260/2 260/12 260/16 260/17 260/20 264/2
680 [1] 95/4
6:00 [2] 217/16 218/11
6:30 [2] 33/20 219/14

**7**
7.1 [2] 157/25 233/8
7.2 [3] 157/25 158/6 235/25
70 [1] 188/2
72 [7] 187/18 187/20 187/22 188/12 188/16 188/18 193/2
73 [7] 188/2 193/2 295/2 295/5 295/8 295/10 295/16
73.8 [1] 299/24
73.9 [1] 295/15
7:00 a.m [1] 197/4

**8**
816 [10] 119/10 119/14 119/16 120/15 120/22 121/2 124/3 164/8 174/13 174/24
818 [3] 269/22 270/7 270/11
819 [4] 278/23 279/7 279/11 279/12
820 [3] 284/6 284/15 284/19
823 [3] 198/24 199/5 199/8
828 [3] 256/5 256/14 256/18
84 [2] 29/9 129/2
844 [1] 1/14
8:30 [3] 144/8 319/6 319/8
8:30 because [1] 319/2
8:45 [2] 1/10 3/4
8th [1] 18/12

**9**
90 percent [3] 37/21 107/10

236/5
919 F.3d 1353 [1] 144/25
92 [1] 269/2
940 [1] 95/3
99 [3] 171/20 172/4 172/8
99.6 percent [1] 75/15
99.9 percent [1] 288/21
9:00 [2] 127/10 196/16
9:00 p.m [1] 197/3

**A**
a.m [7] 1/10 3/4 15/19 26/23 26/24 127/10 197/4
AARON [2] 2/11 97/8
abandon [1] 169/3
abbreviated [1] 263/11
abbreviation [2] 21/12 114/4
ability [8] 28/3 40/24 59/2 106/3 117/8 173/8 173/19 174/4
able [23] 25/12 25/14 25/20 25/21 25/25 26/11 35/9 66/3 111/13 118/14 118/21 125/18 163/22 177/15 179/16 179/25 269/17 278/18 281/1 282/10 285/23 286/3 286/9
about [204] 4/15 5/2 5/10 5/17 5/18 7/21 8/14 9/25 10/2 10/19 12/13 16/9 16/22 17/4 17/18 18/25 19/1 19/9 20/16 20/23 21/1 21/17 21/24 22/3 23/17 23/23 24/1 24/1 24/21 27/20 30/3 31/7 31/10 31/16 33/16 33/17 34/3 34/4 34/15 34/21 36/3 36/5 37/5 37/14 39/17 41/20 42/24 42/25 43/19 44/6 50/1 50/7 53/7 54/10 58/3 59/17 60/16 60/17 61/7 68/6 68/12 70/5 73/21 77/5 79/9 79/10 81/8 81/10 83/3 84/23 85/8 85/11 87/25 88/15 89/18 91/2 91/24 91/25 92/5 92/9 92/11 92/12 92/14 96/1 98/2 98/12 99/5 99/7 99/19 99/23 100/1 100/17 101/8 111/12 114/19 114/22 138/23 143/8 144/18 146/14 149/7 149/14 150/1 150/24 152/7 152/19 156/7 156/21 160/19 160/22 161/22 161/25 162/2 162/4 163/15 171/6 171/11 172/21 174/18 179/20 185/14 186/22 187/9 189/9 192/25 193/15 203/2 203/12 203/15 205/7 206/11 208/2 213/17 215/13 216/10 218/12 219/10 219/22 220/11 222/25 223/12 226/13 226/14 227/2 227/5 227/15 227/22 228/1 228/16 228/17 228/19 228/19 232/17 236/4 244/12 244/12 244/14 245/12 245/13 246/1 246/8 246/11 247/12 248/25 251/15 252/18 253/2 253/9 255/12 257/9 258/13 261/1 262/14 265/12 269/5 270/21 271/4 273/21 274/6 274/20 276/1 276/18 277/17 281/5 281/12 281/17 283/2 285/12 285/19 286/6 299/22 301/18

302/10 303/5 303/19 305/6
307/13 310/16 310/20 312/2
314/1 314/22 317/23 317/23
above [2] 105/15 243/7
abrupt [1] 251/10
absence [1] 226/11
absent [1] 15/9
absolute [2] 163/21 317/2
absolutely [8] 32/13 41/15 80/15 83/6 99/18 227/12 242/14 312/15
absorption [1] 301/14
Academy [1] 200/16
accept [5] 61/15 150/16 167/5 168/20 169/8
acceptable [2] 45/25 163/23
accepted [4] 86/18 116/11 154/4 154/5
access [2] 55/13 101/18
accessible [1] 35/17
accompanied [1] 13/1
accomplish [1] 25/17
according [6] 61/4 76/19 107/20 239/14 244/2 314/8
accuracy [2] 179/5 179/6
accurate [2] 256/12 320/5
accurately [1] 44/14
accused [1] 311/17
achievable [1] 113/24
achieve [5] 74/18 76/25 135/14 146/3 241/21
achieved [1] 114/2
acid [8] 96/8 96/16 96/19 293/24 294/5 294/6 294/8 294/15
acknowledge [1] 51/10
acknowledges [1] 94/25
acquired [4] 20/1 23/15 258/16 265/6
acquiring [1] 20/9
acro [1] 147/2
acronym [1] 36/22
acronyms [1] 125/11
acrophase [12] 31/20 146/7 146/11 146/21 146/22 156/9 156/13 169/18 197/15 213/22 214/3 223/13
across [5] 86/22 100/16 112/16 242/6 242/9
act [2] 143/4 309/15
action [2] 59/10 179/2
activate [1] 105/4
active [6] 32/3 105/16 247/2 247/7 309/5 309/14
actively [2] 95/1 95/20
activities [2] 103/8 256/2
activity [9] 38/5 38/9 38/9 63/4 63/5 67/2 68/5 75/2 83/21
acts [1] 313/20
actual [4] 37/23 87/4 244/12 282/4
actually [60] 17/15 23/21 27/18 33/4 42/23 44/9 44/16 46/14 70/10 73/24 76/24 90/19 91/12 98/24 104/16 113/16 117/9 123/4 126/23 127/17 130/2 131/23 131/25 139/5 142/9 142/15 143/16 143/22 150/18 155/9 155/17

157/4 163/1 164/22 174/11 195/6
216/16 219/6 219/23 219/25
233/12 233/14 233/18 250/7
262/11 262/23 268/12 269/22
271/8 272/13 272/24 287/17
298/8 299/2 299/7 310/3
312/11
acute [5] 105/10 105/16 105/19 105/22 105/23
add [6] 64/23 67/9 67/12
adding [1] 64/20
addition [9] 4/23 16/7 35/20 62/10 151/7 205/2 241/23 242/3 242/11
additional [4] 7/25 95/8 220/16 273/16
address [10] 46/1 51/14 51/15 51/18 82/6 211/6 211/14 220/17 232/12 319/4
addressed [3] 209/16 232/9 235/14
addressing [3] 202/19 210/22 232/5
adequate [1] 312/7
adhere [1] 94/3
adjunct [1] 21/20
adjust [1] 111/14
adjusted [2] 24/8 24/24
adjusting [1] 42/11
administer [8] 38/24 63/8 69/16 69/16 79/8 93/5 139/8 246/20
administered [7] 38/20 59/17 125/17 134/21 136/25 138/18 189/2
administering [23] 55/6 57/18 58/17 61/4 64/4 68/13 68/23 69/8 69/11 69/24 70/1 70/2 70/10 70/15 94/20 94/22 95/12 187/5 188/25 192/13 201/16 223/23 241/21
administration [27] 28/2 30/17 36/6 43/2 61/12 69/1 69/12 70/11 105/22 126/10 126/12 130/13 135/13 135/16 137/8 158/20 166/23 168/23 168/25 187/8 187/11 189/7 193/8 224/11 224/12 237/13 238/20
admission [2] 250/16 252/3
admit [2] 95/18 289/24
admits [1] 312/22
admitted [74] 98/18 102/19 108/19 108/20 110/24 110/25 120/24 121/2 125/3 125/6 133/23 133/25 140/3 140/4 140/22 140/23 148/5 148/6 155/23 155/24 166/19 166/20 170/9 170/10 172/7 172/8 176/6 176/7 180/22 180/23 189/25 190/1 190/15 190/16 191/25 192/1 199/7 199/8 202/13 202/14 205/13 205/14 206/19 206/20 207/23 207/25 250/18 250/21 252/5 252/6 256/17 256/18 258/10 258/11 265/10 265/16 265/24 265/25 268/23 268/24 270/10 270/11 279/10 279/11 284/18 284/19 290/2 290/3 292/22 292/24

**A**

admitted... [4] 295/13 295/16 308/19 308/20
adolescence [1] 201/8
advance [3] 25/3 26/23 27/10 27/18 100/19 117/10 121/24 123/24 147/22 173/9 173/11 173/20 174/4
advanced [2] 105/15 173/13
advancing [1] 126/24
advantage [1] 53/23
Advantages [1] 179/11
adverse [3] 251/9 251/11 266/15
advising [1] 257/6
advisory [4] 147/8 147/10 147/12 147/16
affairs [1] 303/21
affect [10] 13/21 38/2 38/11 65/21 100/15 107/6 134/5 135/9 266/15 315/22
affected [2] 135/17 157/14
affects [1] 121/23
affiliate [1] 306/19
affinity [1] 105/2
affirmed [3] 97/20 198/3 254/11
afoul [2] 171/7 171/12
afraid [2] 311/23 317/2
after [44] 20/23 21/22 22/23 22/24 26/24 31/17 36/25 39/16 53/15 77/21 100/18 101/16 105/21 109/13 109/15 114/9 114/9 114/10 114/19 117/19 129/2 131/14 131/18 135/16 137/8 163/13 187/8 187/10 187/12 189/1 193/5 208/18 222/12 222/17 227/4 231/15 263/8 266/24 267/7 267/10 281/1 289/5 305/18 309/22
afternoon [9] 160/11 198/11 198/12 237/3 237/4 254/15 255/3 255/5 303/13
again [45] 17/21 23/25 34/3 36/4 36/13 40/18 40/24 47/17 47/21 48/23 49/9 58/2 60/15 61/23 64/8 66/14 67/10 67/12 69/2 76/4 122/8 128/10 160/14 180/9 183/5 213/25 221/14 221/18 223/8 223/17 224/13 224/23 230/4 230/16 231/11 235/14 236/2 245/16 285/19 287/10 287/11 289/3 290/20 293/25 305/17
against [5] 17/3 50/23 313/1 314/5 314/10
age [1] 316/13
agency [2] 148/23 307/1
agent [9] 96/8 96/15 96/17 282/25 283/6 293/23 294/4 294/7 294/13
agents [1] 273/19
agnostic [1] 94/18
ago [7] 8/23 9/5 11/20 51/12 54/7 160/12 201/25
agonist [5] 53/3 58/19 67/16 103/6 149/4
agonists [1] 52/21
agree [43] 5/19 33/6 55/17 67/22 70/5 71/24 72/1 72/12 80/13 80/15 89/16 89/24 89/24 112/6 127/10 162/4 166/12 173/7 173/18 174/1 174/3 179/7 183/23 216/18 216/23 218/1 241/22 241/23 242/2 242/10 242/15 243/25 244/8 245/2 245/14 245/23 246/3 246/7 246/10 249/21 249/24 312/8
agreed [7] 4/12 32/4 146/2 146/10 151/21 243/18 267/1
agreement [16] 54/15 77/2 101/18 101/21 104/18 109/17 109/20 146/1 149/20 190/9 289/17 289/22 290/5 290/15 290/16 290/23
agrees [3] 50/2 50/3 72/17
ah [1] 22/11
ahead [4] 9/8 24/6 229/10 276/16
aimed [1] 122/24
aiming [1] 135/22
al [1] 1/7
ALAN [1] 2/3
align [2] 179/16 179/25
aligned [5] 15/12 129/21 153/3 165/3 179/25
alignment [5] 15/13 15/16 26/13 26/14 179/21
aligns [1] 194/19
Alkem [1] 144/24
Alkem Labs [1] 144/24
all [196] 4/2 4/8 7/14 8/17 10/8 12/2 12/11 12/12 13/25 15/23 16/15 22/8 26/14 33/7 33/13 35/6 43/19 45/2 47/16 47/18 48/2 48/10 49/15 51/7 51/18 51/21 54/18 58/8 58/9 58/9 61/11 62/4 66/2 66/5 66/9 70/17 71/10 72/4 72/14 72/19 75/7 76/13 76/15 76/17 77/7 77/21 78/9 78/16 80/1 80/14 80/16 80/18 80/22 80/23 83/18 84/3 90/2 93/18 96/22 96/23 96/25 97/15 109/22 110/24 112/23 113/11 115/5 120/24 124/18 125/3 128/15 129/20 130/21 132/10 132/19 133/13 133/23 140/3 141/21 142/11 142/14 142/25 143/3 143/14 145/2 145/3 145/5 145/7 146/1 147/5 147/23 152/24 155/23 160/4 160/22 162/12 163/13 163/23 163/25 164/16 164/23 165/13 166/19 170/9 170/25 180/9 183/15 186/21 188/13 189/25 190/15 192/16 194/22 195/1 195/6 195/25 196/9 196/11 197/17 199/7 201/5 201/23 202/13 205/13 206/19 208/12 211/5 211/6 211/14 220/6 225/17 225/24 226/22 227/11 228/1 228/25 229/1 229/4 229/14 230/15 231/6 232/23 235/23 238/10 239/23 240/4 240/24 242/18 242/19 244/17 244/25 245/24 246/11 248/8
agree [249/21 250/18 250/23 251/15 252/18 253/2 253/5 254/2 255/18 256/17 259/3 262/11 263/3 264/17 264/23 267/6 274/3 275/10 276/13 280/18 284/18 285/6 287/6 288/23 290/2 291/9 292/23 294/18 294/23 296/15 300/2 301/9 303/3 303/4 308/19 310/12 310/16 310/17 314/18 314/22 318/23 319/1
allegation [1] 275/7
allege [1] 79/6
alleged [1] 77/10
allocate [1] 182/6
allocated [1] 182/8
allocates [5] 181/13 182/25 183/1 183/9 183/10
allocating [1] 181/14
allot [1] 127/11
allotted [2] 127/15 193/22
allow [6] 87/3 101/18 126/23 313/5 313/6 313/8
allowed [2] 194/13 194/18
allowing [3] 91/6 247/20 248/1
allows [2] 4/17 53/21
alluding [1] 35/7
almost [5] 217/2 225/22 255/8 255/8
alone [3] 136/25 137/10 137/23
along [5] 34/16 78/20 109/25 133/11 301/21
already [20] 51/16 54/7 56/10 64/24 74/25 87/25 89/18 93/2 115/3 117/6 141/18 142/1 142/8 161/9 162/23 220/12 226/21 237/19 253/2 304/24
also [92] 3/17 4/14 7/20 12/25 19/11 20/19 30/23 35/12 38/3 38/16 40/1 43/11 44/16 47/14 51/5 56/14 57/2 59/14 60/19 61/14 68/7 69/19 74/5 84/16 93/11 100/1 111/15 115/15 120/7 121/23 122/20 124/23 135/15 135/24 137/7 137/16 138/9 149/17 156/20 159/12 161/22 169/23 171/20 172/15 178/1 178/10 179/21 184/11 185/14 186/17 191/8 198/22 199/24 200/11 200/15 200/20 201/12 204/11 204/12 207/9 214/23 224/15 225/11 228/16 232/3 240/5 241/3 241/24 267/15 267/18 268/3 269/11 273/4 273/12 273/16 273/18 276/6 277/7 280/20 281/13 283/4 286/3 298/12 305/1 307/5 308/22 309/10 310/10
alter [1] 210/14
alteration [1] 107/16
altered [1] 311/18
alternately [1] 210/5
alternatives [1] 49/9
although [3] 4/19 50/22 123/17
aluminum [2] 273/12 273/14
am [19] 25/9 83/24 84/2 89/22 98/4 133/15 160/18 188/1 251/19 255/6 274/1 290/12
alter [290/14 312/20 313/6 314/16 316/9 317/2 319/7
Ambien [2] 85/15 203/8
American [1] 200/16
amine [2] 294/7 294/9
among [4] 134/9 181/4 226/18 237/12
amongst [1] 116/4
amount [22] 39/11 40/13 40/22 65/25 75/6 91/25 113/24 114/2 117/8 135/15 135/19 135/20 136/8 137/8 161/20 173/24 193/24 197/11 197/14 217/13 264/7 264/17
amounts [1] 39/16
aMT6 [1] 240/21
aMT6s [11] 86/9 87/1 88/5 89/4 165/6 169/18 195/8 195/11 239/9 239/12 239/16
analogize [1] 27/13
analogized [1] 16/14
analysis [6] 6/20 91/17 121/16 154/9 154/11 267/24
analytic [1] 257/6
analytical [4] 257/9 267/15 267/21 268/13
analyze [3] 207/17 208/3 262/25
analyzed [6] 29/12 96/12 207/2 207/9 215/2 215/5
anchor [2] 212/25 213/7
ANDA [8] 29/22 82/4 227/2 229/14 305/14 309/22 312/13 313/19
angina [2] 252/20 252/22
animals [1] 111/10
annotating [1] 104/14
annotation [1] 106/20
announced [2] 177/19 178/1
another [26] 12/7 14/13 16/18 18/8 20/17 22/10 22/15 23/13 26/16 27/7 33/19 38/1 39/21 53/2 94/12 106/23 112/13 124/12 124/22 127/25 130/23 184/4 241/6 248/19 248/25 304/7
answer [8] 23/7 35/6 41/15 46/23 150/11 188/10 193/5 242/16
answered [1] 48/9
antibiotic [3] 40/2 66/15 236/13
anticipate [1] 35/11
anticipated [1] 57/12
anticipates [3] 61/19 61/21 62/1
anticipation [4] 34/17 60/22 60/24 69/20
antidepressant [1] 134/8
anxiety [3] 13/2 85/12 159/13
anxious [2] 100/1 228/1
any [70] 7/18 32/3 37/23 38/14 42/23 45/2 48/18 48/19 48/24 49/11 51/7 52/16 54/12 65/7 65/20 75/7 75/12 75/21 76/18 78/5 78/14 81/21 82/1 83/18 90/2 99/17 101/13 103/16 107/3 119/11 120/3 145/22 155/20 158/14 158/22 168/1 173/1 173/2 173/3

any... [31]  176/17 189/13
192/16 200/4 201/14 205/6
206/7 206/12 210/14 210/14
217/6 253/22 257/6 258/24
261/21 262/2 262/18 264/9
266/14 266/19 268/1 273/7
276/1 277/6 281/19 286/3
286/6 290/20 309/8 310/16
312/19
anybody [1]  82/5
anyone [8]  32/2 55/12 73/20
75/17 76/6 77/24 249/19
312/20
anything [23]  6/14 6/24 20/21
61/7 70/5 81/8 81/10 82/10
82/23 101/22 122/23 151/7
154/5 155/6 247/12 274/23
275/10 278/7 284/1 309/4
311/3 317/10 317/13
anyway [3]  99/22 312/23
314/4
anywhere [2]  30/10 81/22
apart [1]  245/5
API [1]  309/2
APIs [1]  309/9
apnea [3]  200/15 200/18
201/6
Apologies [1]  237/7
apologize [6]  8/21 120/25
143/1 155/19 181/3 312/10
Apotex [38]  2/12 3/23 47/4
47/10 48/2 49/17 50/23 51/3
51/13 61/14 71/12 71/15
78/21 79/10 80/8 83/10 95/10
95/15 96/20 144/23 206/2
206/8 306/11 306/23 306/25
307/2 307/15 307/20 308/11
308/22 309/6 309/23 310/1
310/3 310/4 310/5 310/11
310/14
Apotex's [6]  81/24 84/5 93/15
96/13 308/2 309/22
apparent [1]  68/19
appeal [1]  311/24
appear [9]  30/5 30/10 84/14
120/11 138/22 167/7 168/25
208/21 235/3
APPEARANCES [2]  1/19 2/1
appeared [1]  105/15
appears [4]  87/5 87/17 134/13
247/22
applicable [1]  76/8
application [18]  21/23 36/12
45/24 46/3 49/9 53/12 53/13
53/17 54/19 56/4 56/6 59/6
61/20 75/13 135/11 147/13
260/7 307/10
applications [6]  35/24 35/25
48/5 54/17 55/24 56/10
applied [6]  19/8 77/14 231/24
235/8 309/20 311/13
apply [5]  54/11 209/6 210/7
230/23 232/1
appreciation [1]  48/25
approach [9]  10/14 97/18
150/10 160/5 197/22 198/5
267/1 280/18 287/8
appropriate [3]  6/22 7/13 8/1

approval [25]  21/23 21/25
45/20 52/23 69/7 73/21 74/5
74/6 74/8 75/18 76/7 85/17
85/23 86/2 86/23 86/24
147/11 178/5 237/10 239/6
239/7 240/18 303/24 305/14
305/18
approve [2]  45/24 240/1
approved [17]  18/17 18/19
20/22 21/7 23/21 52/14 53/4
75/19 84/7 87/4 154/24
159/13 167/6 241/3 241/9
307/18 309/23
approximate [1]  150/21
approximately [28]  29/20
31/21 33/1 34/13 81/11 90/25
117/21 156/10 156/17 181/5
181/7 181/11 181/14 181/19
181/21 182/2 182/6 182/8
182/13 183/2 183/11 194/1
199/17 215/19 216/9 217/10
219/4 245/4
April [2]  18/12 279/16
April 2008 [1]  279/16
aqua [1]  146/19
Archer [2]  320/7 320/8
are [402]
area [1]  129/6
areas [4]  138/22 156/6 309/3
312/8
aren't [5]  82/18 88/19 218/7
230/22 314/4
argue [5]  42/15 61/2 70/1
312/19 314/4
argued [1]  48/16
argument [2]  34/18 34/25
35/2 35/21 43/12 43/13 43/16
47/22 48/13 48/21 60/22
60/24 60/25 60/25 61/6 69/19
69/20 69/21 77/8 143/9 275/5
313/7 313/22
arguments [3]  51/24 78/8 79/4
arises [1]  310/25
Arizona [1]  198/23
arms [1]  252/23
around [17]  11/17 12/3 12/19
15/21 20/23 27/10 28/20
29/18 35/12 39/12 40/21
45/21 105/9 117/22 169/15
277/19 306/22
arrived [1]  24/13
arrows [1]  136/9
ARSHT [1]  1/20
art [31]  6/20 6/21 8/16 8/17
8/17 22/11 28/7 35/14 35/19
42/10 48/16 49/8 55/4 55/9
55/21 55/22 61/18 62/9 64/18
65/9 67/6 68/12 69/3 69/7
71/18 75/9 77/17 209/19
210/1 210/12 230/5
article [9]  58/12 58/23 60/5
67/15 121/7 156/14 162/24
163/18 174/15
artisan [3]  70/12 230/17
230/25
artisans [4]  64/4 68/5 75/16
76/4
as [277]  4/16 5/8 6/19 10/21
11/2 11/3 11/21 11/23 17/2
17/7 17/14 17/16 19/13 20/8

21/4 122/22 22/19 24/3 24/10
25/8 25/9 25/9 29/21 30/9
30/19 30/25 35/14 35/15
37/12 37/24 38/9 41/2 41/2
41/24 44/5 48/3 48/22 49/1
49/2 50/5 50/10 50/17 50/17
50/19 51/12 52/6 52/22 52/23
53/6 53/8 53/10 53/10 54/3
54/9 54/21 54/22 55/1 56/5
56/18 57/9 57/12 58/19 60/23
61/7 61/11 61/12 61/19 62/8
62/21 63/2 63/12 63/14 63/16
63/20 63/24 64/17 65/3 65/22
67/15 68/18 69/13 70/23
71/10 72/1 73/22 74/2 74/10
75/6 75/6 76/22 78/4 78/4
79/1 80/3 80/3 85/1 86/9
86/11 87/8 88/5 88/16 88/17
88/19 88/19 89/10 93/18
94/12 94/14 94/19 96/21
97/17 97/19 97/21 101/14
102/11 102/13 103/2 105/17
106/24 108/14 109/6 109/12
109/25 110/2 111/9 111/10
112/17 113/5 114/11 115/11
116/25 118/3 118/5 118/20
121/12 125/17 141/7 141/8
143/9 146/6 146/6 146/11
146/12 147/21 150/4 152/11
152/20 152/25 157/2 157/13
157/18 159/1 159/8 159/17
165/9 169/1 172/22 173/7
173/18 174/7 174/16 175/8
178/18 178/18 179/7 180/4
180/13 183/15 183/18 183/24
184/21 184/23 193/17 195/7
195/11 195/21 198/2 198/3
199/15 200/24 201/12 201/19
203/6 203/7 203/7 203/8
204/6 204/6 206/4 206/11
208/15 210/8 210/17 212/23
214/10 218/1 219/3 219/3
220/12 223/21 227/25 228/12
229/23 231/14 233/15 234/24
236/19 238/12 239/6 239/9
239/15 240/10 240/11 242/2
242/10 245/8 245/17 245/19
247/21 247/22 249/21 250/11
251/24 253/10 253/13 254/10
254/11 256/3 258/23 258/25
260/9 262/16 265/18 266/16
267/20 268/2 268/2 268/17
270/5 273/9 273/9 279/4
281/14 282/25 284/12 286/21
290/12 290/12 290/22 291/21
297/22 297/23 297/23 298/1
298/4 298/9 299/3 299/7
301/24 304/1 304/1 304/13
307/4 307/4 307/4 307/6
307/17 308/17 309/7 309/12
309/15 311/1 311/12 311/14
316/6 319/6 319/6
aside [5]  92/10 127/14 169/22
175/11 246/7
ask [26]  35/5 81/18 96/22
102/2 106/15 108/8 110/8
111/2 119/20 123/9 124/11
125/24 130/25 132/24 133/11
136/11 136/11 136/14 137/19
147/19 191/4 193/16 225/15

230/21 255/13 316/1/
asked [16]  4/22 21/3 47/7
99/16 124/6 126/4 127/3
144/18 154/8 188/6 188/22
192/25 194/12 253/9 253/16
253/19 301/3 301/23
asking [5]  122/5 171/10
302/10 305/6 315/20
asks [1]  147/13
asleep [16]  14/24 33/10 33/13
37/1 91/5 127/18 197/5
214/23 216/15 216/16 217/1
217/7 218/7 218/9 218/11
218/15
aspect [2]  15/6 222/14
aspects [3]  13/21 40/25 74/8
aspiration [1]  92/14
asserted [15]  11/22 12/12
50/23 51/4 56/16 72/25 73/9
78/10 78/24 79/2 92/19 95/11
96/23 96/25 180/10
asserting [5]  4/10 54/12 64/21
68/22 275/3
assess [1]  113/24
assessed [1]  29/9
assessment [2]  87/16 110/15
assigned [3]  86/5 280/14
302/22
assist [1]  204/12
assistant [5]  56/25 198/22
199/11 199/15 199/16
associate [3]  51/10 56/24
255/22
associated [4]  86/19 153/18
309/9 309/11
assume [2]  179/7 311/2
assurance [1]  44/13
assure [1]  46/15
asterisk [8]  129/17 129/19
129/22 131/8 131/13 131/19
156/15 165/6
asterisks [4]  129/20 133/5
165/3 195/7
astounded [1]  227/6
AstraZeneca [2]  83/10 144/23
attach [2]  103/14 103/15
attempt [3]  127/15 278/11
278/15
attempted [4]  238/16 239/7
283/19 312/19
attempting [1]  216/25
attend [1]  147/16
attention [2]  99/17 283/8
attorneys [1]  305/20
attract [1]  99/17
attributes [2]  260/24 260/25
audience [2]  211/22 304/10
August [1]  170/4
August 2014 [1]  170/4
author [5]  36/2 121/10 124/23
162/24 174/16
author's [1]  121/8
authoring [1]  121/17
authors [2]  119/14 120/19
available [8]  35/14 55/7 55/10
55/11 175/15 176/23 186/12
186/19
average [3]  92/2 243/12 244/2
avoid [19]  41/11 41/12 43/4
64/4 65/10 93/19 93/23 120/3

## A

avoid... [11] 141/25 143/11 171/4 172/13 172/15 172/21 172/22 233/8 233/20 235/25 311/10
avoided [2] 68/2 68/10
avoiding [3] 62/5 66/6 66/23
awake [4] 12/23 91/6 131/15 246/4
Awakening [1] 244/22
awakens [1] 90/24
aware [26] 20/8 29/22 34/19 83/24 84/2 143/7 158/19 189/13 206/13 208/20 209/17 227/25 230/3 237/10 237/14 239/6 241/13 250/3 252/19 290/8 290/12 290/14 290/16 290/22 314/16 317/19
awareness [3] 116/3 202/18 290/20
away [10] 17/7 28/19 39/4 182/12 198/6 227/9 229/4 248/6 313/3 316/22
awful [1] 77/16
axis [5] 129/4 131/1 131/21 131/22 131/23

## B

back [41] 15/22 21/23 24/23 25/20 26/8 43/18 45/25 46/13 46/23 57/7 76/15 78/17 83/12 84/4 104/19 115/19 141/13 142/5 143/23 144/7 145/3 163/19 165/13 166/1 169/13 169/14 175/20 176/9 177/1 182/16 187/14 190/18 191/13 196/15 218/10 218/11 229/15 242/21 264/2 274/21 281/4
background [8] 10/20 10/24 62/16 64/7 98/9 98/10 256/21 309/18
backward [1] 25/11
bacterial [4] 93/12 94/7 98/13 251/16
bad [1] 33/11
balancing [1] 143/4
barely [1] 23/19
BARRY [2] 2/9 97/9
based [29] 34/18 34/25 36/12 42/22 74/14 84/22 90/23 100/8 100/19 101/1 126/14 150/16 150/17 178/25 185/17 185/23 218/14 218/17 239/7 267/9 267/18 280/1 282/9 286/8 288/7 291/1 300/9 302/23 308/4
baseline [2] 243/12 243/24
basic [1] 66/8
basically [7] 61/6 86/3 92/25 142/14 215/3 274/7 306/21
basis [3] 48/23 141/10 240/18
bat [1] 7/17
batch [7] 264/11 265/1 265/4 265/10 266/19 266/22 267/4
batches [6] 76/14 262/12 264/5 264/9 278/4 278/5
bathroom [2] 33/12 91/7
be [341]
bear [2] 73/10 315/13

became [1] 122/23
because [105] 6/24 11/17 12/20 17/25 19/14 23/1 25/6 27/23 27/23 28/12 28/25 30/16 30/23 30/25 33/8 33/11 35/2 37/24 38/11 41/17 42/12 43/6 43/8 45/24 47/9 48/10 48/22 51/6 52/14 57/9 61/6 61/10 64/3 64/23 65/14 65/21 68/12 69/9 69/25 70/8 71/3 73/18 75/17 76/6 77/23 79/7 87/4 87/11 89/10 90/6 94/24 107/2 107/13 112/20 113/7 113/17 115/6 118/12 118/12 126/9 130/14 138/8 142/2 142/4 163/12 165/3 171/17 172/25 196/19 197/9 203/9 211/14 214/24 218/9 220/13 222/12 224/24 225/23 225/25 228/10 228/11 228/14 229/5 229/17 230/18 232/21 244/11 245/11 263/18 265/10 274/12 277/3 282/9 283/20 290/7 298/2 298/11 298/17 307/9 312/25 314/25 315/14 316/22 316/24 319/2
become [2] 35/1 68/19
bed [14] 33/20 69/10 149/6 196/15 196/22 197/3 197/4 216/17 217/13 217/15 218/6 218/8 219/14 222/17
bedtime [24] 57/20 58/17 59/5 59/18 69/9 69/12 122/6 126/5 127/5 187/6 189/1 212/20 213/12 213/21 216/10 217/12 222/7 222/9 222/10 225/10 245/3 245/21 246/2 246/5
been [57] 9/5 11/7 18/18 19/23 20/21 20/21 23/20 35/6 48/22 50/17 52/7 52/10 52/15 53/4 55/21 56/10 56/17 58/10 58/25 67/24 71/17 74/25 75/16 76/5 76/18 78/10 83/23 88/22 97/19 98/20 116/11 118/12 118/21 125/22 142/1 150/13 155/17 158/15 198/2 248/2 251/8 254/10 255/6 255/7 259/3 263/23 286/9 286/15 289/10 307/8 312/18 313/7 314/20 315/18 315/20 317/1 317/6
before [50] 1/16 4/6 7/15 8/11 17/6 24/11 26/23 53/4 56/18 57/20 58/17 59/18 64/19 64/22 66/22 67/17 69/1 69/9 69/10 69/12 77/4 77/17 79/3 98/18 110/16 122/5 126/5 137/23 141/6 144/17 149/5 168/13 175/17 176/23 187/5 188/10 188/25 211/18 212/20 213/12 213/21 222/7 222/9 225/10 227/7 243/8 259/1 290/8 303/11 318/7
began [4] 19/6 19/10 20/13 21/9
begin [3] 4/3 10/18 11/25
beginning [12] 3/3 9/2 22/18 112/25 168/3 168/19 178/16 183/6 184/19 187/20 193/1 244/22

begins [10] 17/5 17/5 19/2 37/2 52/5 114/25 115/8 123/12 123/17 177/4
behalf [3] 3/14 303/14 313/1
behaves [1] 28/9
behavior [1] 308/5
Behind [1] 3/16
being [40] 5/13 9/18 24/24 42/24 44/20 46/21 56/16 64/2 64/13 66/14 90/20 94/16 94/16 97/20 100/5 100/24 104/16 116/15 124/6 126/19 135/22 152/9 198/2 214/5 217/11 246/1 246/1 262/13 264/3 274/19 278/1 279/24 285/10 285/17 285/18 301/3 301/23 302/21 311/23 312/2
beings [1] 13/25
believe [46] 22/7 28/11 37/14 41/10 45/21 73/2 117/22 131/15 155/17 156/22 162/8 162/13 162/23 163/2 163/3 164/9 164/20 164/23 165/1 169/1 174/24 183/20 186/15 191/5 192/23 210/19 216/22 216/22 218/19 239/20 241/5 250/7 252/21 258/18 262/21 267/5 271/4 271/13 276/18 298/3 298/9 298/13 299/12 304/24 313/12 317/14
believed [1] 59/13 113/7 159/22
belongs [1] 103/11
below [7] 75/8 75/12 88/14 293/16 293/19 296/21 302/15
bench [4] 1/11 141/16 195/1 226/21
benefit [9] 150/25 151/2 151/15 151/17 151/21 152/7 298/22 299/13 316/24
BERMAN [1] 2/5
besides [1] 191/1
best [6] 82/25 83/7 97/14 176/16 296/14 307/24
better [12] 70/10 89/10 90/7 90/10 90/19 94/9 213/5 227/10 239/25 254/20 254/21 277/8
between [36] 17/11 46/15 48/1 53/8 96/16 106/6 114/21 125/15 127/5 127/10 129/6 133/18 134/3 135/18 143/17 145/15 145/22 145/23 149/20 158/25 178/12 178/19 190/9 196/14 197/13 205/1 205/2 206/7 206/11 206/12 210/11 224/9 248/7 265/17 289/22 290/17
beyond [5] 78/12 129/2 310/20 310/24 313/24
Bhupesh [2] 306/10 306/14
big [5] 27/8 27/23 61/9 159/25 168/22
bigger [3] 34/8 128/18 312/9
bind [3] 52/22 103/7 177/14
binder [46] 102/3 110/9 119/6 119/9 139/17 147/19 154/22 161/8 162/22 163/1 163/3 165/25 168/4 169/13 169/15 171/21 174/12 175/21 180/10

184/4 186/5 186/15 187/14 204/15 205/16 206/23 237/16 237/17 240/5 250/8 256/4 257/13 260/1 265/13 268/9 269/21 278/22 284/5 289/19 292/15 295/2 302/7
binders [7] 160/6 194/7 198/6 237/6 287/8 295/3 303/8
binds [2] 52/23 177/10
bioavailability [1] 138/10
biological [6] 14/18 14/21 38/5 58/24 86/4 86/6
biology [1] 173/22
biomarker [4] 86/3 150/16 150/17 150/18
biomarker-based [2] 150/16 150/17
biomarkers [3] 86/2 86/12 86/13
Bisht [1] 306/14
bit [15] 15/6 24/1 37/14 50/1 62/16 142/5 143/17 144/10 189/9 193/15 198/18 242/19 243/1 273/21 288/10
black [6] 24/9 130/8 133/7 175/21 192/20 194/7
BLAKE [3] 2/9 3/25 78/20
Blake Coblentz [1] 78/20
blind [26] 12/15 18/5 21/16 21/19 58/18 59/3 109/2 115/22 116/1 116/4 116/18 124/17 125/12 125/18 178/6 203/4 203/9 224/15 224/25 225/5 225/7 227/16 227/17 229/7 235/20
blindness [2] 13/4 116/2
block [2] 218/25 219/2
blocked [1] 136/8
blocking [1] 77/23
blood [7] 16/21 63/15 63/23 66/1 86/4 135/19 252/24
bloodstream [5] 135/16 135/20 136/25 137/24 138/8
blow [4] 243/1 269/3 279/21 302/14
blur [1] 22/8
BMS [130] 19/17 19/25 20/3 20/10 22/20 23/15 48/22 49/1 49/1 50/5 50/7 50/14 52/24 53/11 53/16 53/23 54/7 54/15 75/24 76/11 76/14 76/19 76/21 76/22 77/12 77/23 77/25 102/10 102/10 102/12 102/25 103/3 105/15 106/20 107/21 108/11 108/14 109/10 109/13 109/15 109/17 110/16 113/1 113/25 115/9 117/4 117/14 185/9 185/20 189/9 189/10 190/3 190/9 258/15 258/17 258/18 258/19 259/5 259/10 259/18 259/21 259/23 259/25 260/21 262/12 264/5 265/7 265/8 265/9 265/17 266/9 266/18 266/25 267/3 267/8 267/17 267/23 267/23 271/11 271/13 273/14 275/4 275/5 276/21 276/22 278/8 284/2 289/12 289/13 289/17 289/22 290/17 291/2 291/8

B
BMS... [36]  291/10 291/11
291/18 291/20 291/21 291/21
292/4 292/8 292/13 293/14
293/17 293/20 293/22 295/23
297/1 297/19 297/22 297/23
298/2 298/6 298/8 298/10
298/12 298/14 298/14 298/16
298/23 299/6 299/11 299/15
299/19 300/3 300/6 300/12
300/18 302/1
BMS '529 [1]  75/24
BMS 214778 [1]  113/1
BMS's [24]  23/17 54/18 77/24
110/5 259/8 260/7 266/8
267/1 269/8 273/4 290/6
290/11 290/17 290/23 291/12
292/8 292/11 292/12 292/18
293/2 293/2 293/9 294/12
294/18
BMS-21-4778-01 [1]  293/20
BMS-214778 [5]  113/25 115/9
117/4 117/14 292/4
BMS-22-0965-02 [1]  293/17
BMS-23-7829-01 [1]  293/14
board [3]  57/3 242/6 242/9
bodies [3]  16/24 17/8 19/15
body [36]  13/15 13/20 14/17
15/10 15/17 16/12 16/13 16/15
16/16 17/2 17/12 17/13 18/8
27/9 27/15 27/23 28/3 28/17
37/16 39/12 40/6 40/12 40/23
52/22 52/23 63/18 64/1 86/4
103/13 134/21 136/4 172/17
178/12 178/20 237/25 238/20
body's [6]  12/20 13/17 13/22
14/10 126/23 177/12
boiled [1]  83/20
boiling [1]  226/24
boils [1]  225/25
Bonnie [2]  320/7 320/8
book [4]  186/4 191/14 191/15
191/20
both [31]  11/13 33/6 44/13
48/4 48/8 49/17 51/25 60/9
62/5 95/10 96/8 96/13 96/14
115/15 121/22 137/6 138/4
146/2 146/10 178/18 210/18
210/19 216/22 226/16 230/5
299/10 312/7 315/17 315/19
316/6 316/10
bottle [2]  17/17 195/17
bottom [15]  67/20 104/7
127/24 129/19 163/6 169/12
171/3 199/10 199/10 232/8
261/1 269/4 272/7 297/11
302/15
bought [1]  305/25
bounce [1]  51/19
box [3]  37/13 219/10 219/18
boxes [1]  105/9
brain [6]  13/20 16/9 16/12
59/12 229/6 229/7
brain's [1]  177/11
brand [3]  307/6 307/7 307/18
branded [2]  56/4 84/10
break [10]  44/24 78/16 143/23
144/18 222/21 225/23 227/24
228/9 228/12 228/12

breaking [1]  37/20
breakthrough [1]  178/25
brief [6]  8/4 57/25 148/22
151/1 163/19 218/16
briefing [2]  11/17 148/20
briefly [7]  15/22 34/15 153/2
160/12 233/15 269/20 309/7
bring [5]  4/6 11/10 101/3
259/16 303/8
bringing [2]  122/3 311/21
brings [2]  5/6 68/16
Bristol [8]  19/3 19/4 48/14
48/15 50/5 101/11 101/15
118/17
Bristol-Myers [8]  19/3 19/4
48/14 48/15 50/5 101/11
101/15 118/17
broad [1]  135/1
broadly [1]  200/4
brochure [3]  101/25 102/10
103/22
broken [7]  11/23 63/11 63/14
63/22 65/24 196/14 196/18
Brooks [11]  237/20 243/1
243/8 244/21 291/4 291/17
291/25 293/4 295/14 296/21
299/23
brought [2]  161/4 313/1
BRUNS [2]  2/19 3/18
build [3]  100/3 100/14 100/19
building [1]  144/15
built [1]  37/7
bullet [2]  88/14 177/3
burden [6]  6/24 35/16 315/13
business [4]  11/6 101/5
101/11 309/3
busy [1]  86/21
buy [2]  17/17 17/17
BYRON [3]  2/17 3/18 237/3

C
C-O-M-B-S [1]  198/1
C-Y-P [1]  62/19
C.A [1]  1/5
C026A [3]  264/11 265/1
266/19
calculate [2]  195/24 196/1
calculated [3]  31/19 129/23
156/8
calendar [2]  12/20 227/5
call [28]  4/17 4/18 5/8 7/6
7/16 17/13 17/15 22/6 23/1
24/25 30/14 32/24 36/17 37/4
45/4 45/4 45/6 56/23 88/16
101/23 111/8 272/14 272/19
277/25 279/2 318/6 318/10
318/16
call out [1]  32/24
call-out [1]  17/13
called [62]  6/17 12/1 13/19
14/3 16/10 16/13 16/22 18/23
19/12 20/14 25/4 26/18 27/7
27/20 36/11 37/3 37/18 38/20
38/22 39/22 39/25 40/1 44/2
45/22 46/2 46/6 53/2 58/13
59/12 62/19 63/3 67/15 85/10
95/3 97/19 103/21 111/16
112/8 112/18 113/19 115/4
118/3 124/8 125/9 148/12
158/7 196/12 198/2 239/8

254/10 261/4 263/1 263/4
284/10 284/15 284/22 285/8
285/14 285/15 285/21 285/22
287/2
calling [3]  5/21 12/3 23/24
calls [2]  45/15 97/16
came [14]  13/10 19/24 29/13
37/8 46/5 46/13 46/23 53/3
67/17 78/2 78/13 99/22 100/3
114/15
campaign [1]  278/4
can [196]  7/23 10/8 17/3
17/14 17/17 21/6 24/22 25/10
26/12 26/25 28/18 35/13
37/17 37/24 44/13 44/16 46/7
46/8 46/15 46/20 46/21 47/6
47/18 50/10 54/14 55/12 57/7
57/16 62/4 62/21 63/12 64/7
64/17 64/24 65/5 65/13 69/5
69/16 69/16 74/5 74/10 76/12
77/14 80/22 83/7 85/4 85/5
85/9 90/19 94/2 100/2 113/8
114/1 116/16 117/24 122/24
125/19 127/23 128/18 129/25
130/18 130/23 132/5 133/11
135/16 143/23 144/8 146/18
151/5 151/25 153/3 154/18
156/23 162/22 163/11 163/12
163/15 163/17 166/4 169/22
171/20 173/11 175/11 179/21
180/25 183/5 184/24 193/3
194/6 195/25 198/13 198/15
198/18 198/24 202/3 202/23
203/20 204/15 204/22 205/16
205/24 207/5 207/13 208/4
209/1 209/23 210/24 211/8
211/14 212/1 215/1 215/2
218/22 219/3 219/5 220/2
220/18 221/2 221/11 223/2
224/4 224/19 225/14 225/15
226/14 227/25 230/12 231/20
232/14 232/23 233/3 233/7
233/17 234/6 235/5 235/11
235/24 237/9 237/20 241/22
241/24 242/4 242/8 242/12
242/20 243/7 243/24 244/8
246/7 247/3 249/21 255/9
260/1 260/17 261/20 261/22
262/5 262/7 266/2 266/4
269/2 269/19 269/21 272/1
272/14 272/19 273/22 275/16
276/4 276/9 277/8 277/9
278/13 281/4 282/16 283/2
284/5 289/3 293/12 293/25
296/11 301/7 301/13 301/16
301/19 301/21 302/5 302/6
302/14 302/20 303/4 303/22
305/9 306/15 309/1 312/4
can't [19]  13/5 18/6 23/7 23/7
26/1 27/24 30/18 38/14 45/23
46/14 89/14 162/19 169/4
198/16 200/6 226/22 318/7
318/10 318/12
Canada [3]  310/2 310/3
311/21
candidate [1]  11/9
candidates [1]  11/7
cannot [7]  97/6 118/13 129/15
162/13 290/7 290/15 301/17
capabilities [2]  105/18 111/13

capable [4]  21/18 21/21 26/3
114/8
capacity [2]  98/24 107/14
capital [3]  100/25 101/10
170/25
capsules [9]  224/11 304/6
305/15 305/23 305/24 305/24
306/2 309/23 310/2
capture [1]  26/12
carboxamide [14]  96/7 96/14
96/15 96/17 272/13 272/14
272/22 272/24 273/10 293/14
293/23 294/2 294/4 294/12
cardiac [2]  93/11 94/7
care [1]  199/18
cared [1]  74/25
carries [2]  115/1 123/13
carry [1]  118/23
carrying [2]  28/20 193/2
case [122]  4/8 4/19 4/21 5/1
5/9 5/21 6/12 6/15 6/24 7/7
7/17 7/19 7/20 8/2 9/2 9/20
9/21 10/20 10/25 11/15 11/18
13/10 14/7 14/14 17/11 25/24
29/22 37/25 47/1 51/8 53/8
56/2 56/16 56/19 56/22 61/1
63/10 78/22 78/25 79/1 82/1
82/4 82/5 82/7 82/9 82/25
83/4 83/7 83/16 83/19 83/24
85/21 86/6 86/9 90/4 90/9
94/4 94/24 95/2 95/3 96/3
97/15 107/15 113/23 116/15
123/24 133/3 139/9 141/21
143/13 151/8 153/5 158/20
159/5 167/12 167/14 168/15
171/24 180/16 202/6 202/17
202/20 203/2 208/21 209/7
211/23 226/17 226/24 227/3
229/14 232/22 238/8 247/2
247/7 248/2 249/13 274/11
274/13 274/13 275/2 311/11
312/13 313/9 313/11 313/12
314/9 313/19 314/4 314/13
314/21 315/14 317/8 317/8
318/7 318/8 318/9 318/10
318/15 318/16 318/21 319/2
319/4
cases [14]  82/14 82/16 82/16
83/11 96/14 158/25 160/1
310/22 311/1 312/18 313/1
313/4 313/13 317/5
categories [1]  10/23
categorization [1]  285/20
categorized [2]  283/25 285/13
category [3]  40/9 44/4 183/21
causation [1]  109/8
cause [8]  18/19 27/10 27/11
85/6 85/9 85/13 112/22 113/9
caused [5]  66/24 112/15
112/21 123/23 252/24
causes [4]  16/1 18/15 26/23
26/25
caution [1]  65/8
cautious [1]  150/10
cell [1]  103/10
cells [4]  16/6 16/8 103/11
172/21
center [1]  104/7
central [1]  11/24
certain [9]  21/6 21/7 45/24

certain... [6] 109/24 115/23
161/19 195/18 301/15 311/13
certainly [15] 30/9 32/7 32/17
34/3 36/14 43/24 49/4 93/24
158/24 164/18 228/6 244/15
312/25 314/14 315/24
CERTIFICATE [1] 320/2
certified [2] 57/4 179/5
certify [1] 320/4
CFC [1] 1/5
challenging [2] 26/15 225/20
chance [1] 40/7
change [4] 26/6 112/11 215/7
266/21
changed [5] 20/24 99/19
268/2 269/10 273/12
changes [4] 266/19 268/1
269/8 273/10
characteristics [1] 28/10
characterize [1] 110/2
characterized [1] 172/12
Charles [1] 5/9
chart [3] 40/18 163/15 299/10
chasing [1] 48/19
check [2] 9/17 79/22
checked [1] 235/15
checkmark [1] 232/7
chemical [16] 16/20 44/10
44/19 44/23 45/8 45/14 45/14
53/5 67/17 71/5 74/19 74/24
276/22 293/12 293/13 309/21
chemicals [2] 73/12 73/13
chemist [1] 72/22
chemistry [9] 56/21 72/23
96/12 255/24 256/23 256/24
309/19 309/20 309/21
chest [1] 252/23
chief [12] 5/1 5/9 5/21 6/15
6/24 7/7 7/17 7/19 11/5 84/17
98/4 274/13
Chinese [3] 49/9 56/9 75/13
chloride [1] 283/1
choices [1] 69/15
chosen [1] 74/14
chronic [16] 12/15 20/19
105/10 105/17 105/23 106/1
106/3 115/6 122/17 122/18
122/21 122/25 123/7 177/20
177/25 203/4
chronobiotic [3] 111/9 111/11
111/12
chronographic [2] 296/2 299/5
chronological [2] 270/1
270/20
Chronology [1] 199/11
Cipro [3] 93/8 93/12 251/24
ciprofloxacin [2] 248/19
248/21 251/15 252/15
circadian [91] 12/14 12/20
13/17 13/18 13/24 15/5 18/4
18/19 19/14 20/17 22/3 22/8
22/12 22/14 30/24 50/4 50/12
52/7 52/9 52/11 54/5 54/9
54/20 57/6 58/21 59/3 59/13
60/12 60/14 76/4 103/19
103/20 105/18 105/21 106/4
109/8 109/9 111/13 111/14
112/3 112/14 115/7 116/12

17/14 124/19 125/18 126/18
126/18 126/19 126/21 130/1
130/16 139/6 139/10 149/3
150/24 153/3 153/9 154/10
159/23 160/1 173/9 173/11
173/13 173/20 173/22 174/4
174/8 175/9 177/8 183/16
183/18 183/20 183/24 184/21
184/23 191/9 200/19 201/7
201/9 201/20 210/3 210/6
213/1 213/7 224/25 238/22
239/9 241/4 241/6 241/10
circle [1] 104/25
Circuit [6] 82/6 83/12 95/4
141/20 144/25 313/10
circuits [1] 141/20
circumstances [2] 142/24
174/8
cite [1] 82/25
cites [1] 180/6
citing [1] 5/17
civil [1] 313/1
claim [141] 11/22 32/18 32/22
32/23 42/1 44/22 45/13 50/9
57/10 57/13 57/14 57/14
57/15 57/16 57/22 57/22 58/2
58/4 58/7 59/24 60/20 61/20
62/6 62/7 64/8 64/25 65/12
66/10 66/13 68/11 68/17
68/22 69/23 70/4 70/6 70/7
70/20 70/20 71/3 71/14 72/5
72/12 72/12 73/9 74/14 75/3
75/5 76/20 76/21 76/21 81/2
81/13 81/15 81/15 81/20
83/22 85/2 90/23 91/14 91/14
92/17 92/21 92/21 92/21 93/1
95/6 95/6 95/11 95/15 95/19
96/21 96/24 180/25 181/4
181/10 182/5 182/11 191/8
204/2 204/6 204/6 208/2
208/3 208/8 208/10 208/11
208/14 208/21 210/8 210/21
211/5 211/14 212/5 212/13
212/18 214/7 215/14 215/22
221/8 222/14 222/20 223/1
223/7 225/24 226/6 226/10
229/24 230/1 231/11 231/11
231/12 231/13 231/17 231/18
232/4 232/8 232/12 233/7
233/24 234/2 234/14 234/17
234/18 234/20 234/21 234/23
234/24 235/3 235/17 235/24
236/9 236/10 236/20 244/11
244/19 244/20 244/25 274/18
311/12 314/14 314/14
Claim 1 [8] 50/9 57/15 81/15
81/15 91/14 180/25 181/4
244/20
Claim 10 [1] 70/20
Claim 14 [1] 204/6
Claim 3 [14] 81/2 81/13 85/2
204/2 208/3 208/11 210/8
210/21 211/5 212/5 212/13
212/18 214/7 215/14
Claim 4 [4] 66/10 204/6
234/21 236/20
Claim 5 [3] 68/17 68/22 96/24
claimed [9] 54/8 56/15 71/13
76/10 76/25 76/25 78/3
246/23 288/6

claiming [1] 54/24
claim [122] 54/24
claims [41] 12/12 41/18 50/15
51/4 51/5 56/8 58/9 62/8
68/14 69/2 70/25 76/19 78/25
79/2 79/7 79/11 80/7 92/23
93/6 93/16 93/25 94/3 95/17
95/21 96/9 96/23 96/25 204/9
204/11 208/11 220/7 227/9
227/11 228/21 234/21 246/18
247/19 247/22 248/4 288/2
311/16
Claims [1] 208/11
clarification [3] 257/21 294/10
294/11
clarify [1] 305/6
clarity [2] 104/5 114/4
class [2] 53/2 134/8
Classification [2] 183/21
183/25
classified [5] 183/15 183/18
183/24 184/21 184/23
classifies [1] 184/1
clean [5] 23/18 49/5 259/12
262/4 265/11
clear [17] 7/3 8/10 17/10
27/24 30/12 60/24 68/12
69/17 94/24 100/6 128/7
128/12 146/14 149/14 226/4
240/11 248/16
clearance [2] 29/2 305/19
clearly [3] 60/9 116/18 219/8
clerk [1] 163/16
client [4] 3/10 3/19 11/3 97/2
clients [1] 316/24
climb [1] 17/4
climbs [1] 36/25
clinic [4] 199/23 200/6 201/2
203/4
clinical [105] 19/9 20/18 20/19
21/9 21/10 21/11 21/14 21/15
23/3 23/19 31/9 34/20 35/8
35/20 36/4 36/5 37/9 38/16
38/19 54/25 55/2 55/4 58/14
59/14 60/8 62/14 65/3 84/18
86/14 86/18 87/5 87/6 87/8
87/10 87/23 87/24 88/2 88/4
88/8 88/13 88/24 89/11 89/12
92/1 101/25 103/25 108/11
109/5 109/10 111/8 113/10
113/13 116/20 116/25 118/23
121/18 121/20 133/17 145/19
145/20 146/4 146/8 146/15
146/16 148/14 150/13 150/25
151/5 151/9 151/12 151/15
151/21 152/1 152/7 152/19
155/9 165/15 178/4 189/13
199/18 200/14 201/1 213/18
225/4 239/1 239/10 239/14
240/7 240/13 248/9 248/20
249/3 249/9 264/10 264/12
265/1 265/9 265/11 265/17
266/8 266/20 266/22 267/2
267/3 267/4
clinicals [1] 259/3
clinicaltrials.gov [5] 34/18
34/23 35/1 55/8 61/11
clinician [1] 32/7
clip [12] 303/15 303/17
304/22 304/25 305/2 306/10
306/12 308/9 308/11 308/21

308/23 310/8
clips [5] 303/8 306/9 310/9
310/20 310/24
clock [16] 13/20 15/10 16/3
16/13 17/25 18/22 18/22 25/8
60/13 126/4 149/7 172/17
178/12 178/20 237/25 238/21
close [8] 59/4 82/24 298/3
298/12 298/20 299/14 299/16
299/18
closer [3] 100/4 144/25
254/18
closest [1] 197/7
clutter [1] 55/1
CMC [7] 255/22 255/23
255/25 256/3 258/5 258/6
260/8
CN116004 [1] 108/12
co [4] 38/20 38/24 306/20
306/20
co-administer [1] 38/24
co-administered [1] 38/20
co-development [2] 306/20
306/20
coadminister [1] 65/20
coadministered [2] 137/3
158/15
coadministering [1] 93/19
coadministration [11] 43/4
65/7 66/6 68/9 93/19 93/23
137/5 137/17 138/2 158/22
185/14
coalition [1] 262/11
COBLENTZ [8] 2/9 3/25
49/20 51/13 78/15 78/20
316/16 316/17
Coblentz's [1] 217/20
cocounsel [1] 51/12
code [4] 22/19 103/3 192/6
192/11
coded [2] 136/15 136/20
cofounded [1] 100/25
cognitive [1] 12/25
coincide [1] 132/7
coincidence [1] 153/24
coincident [2] 158/20 239/15
collaborated [1] 121/16
colleague [6] 49/20 124/13
197/20 254/5 258/6 303/10
colleagues [3] 101/10 314/15
317/5
collect [1] 195/23
collected [1] 195/21
collection [3] 116/14 116/15
195/24
Collectively [1] 25/4
COLM [1] 1/16
colon [2] 208/18 234/25
color [3] 136/15 136/20
219/19
color-coded [2] 136/15 136/20
Columbia [1] 256/24
column [10] 123/13 172/13
172/21 174/22 175/3 231/15
263/2 263/2 264/13 297/4
columns [3] 264/6 264/7
297/5
combination [15] 41/12 41/13
57/23 59/23 60/19 64/21
67/11 75/22 133/18 135/2

combination... [5] 139/23
233/9 233/12 233/20 236/1
combinations [6] 64/18 67/6
69/3 69/7 75/9 267/13
combine [2] 75/17 76/5
Combs [36] 91/10 197/20
198/2 198/11 198/14 201/19
208/7 209/4 209/25 211/11
215/20 218/25 220/5 222/3
222/25 223/5 223/25 224/7
224/22 229/21 230/3 231/10
232/7 233/6 234/19 235/9
235/13 235/23 237/3 237/24
239/1 244/17 244/25 250/24
251/22 253/9
come [33] 5/11 8/1 15/22 20/5
20/20 22/17 28/23 45/25
49/12 54/22 72/20 77/19
78/11 78/17 99/5 100/17
100/24 101/8 143/23 144/6
145/3 147/7 153/2 163/19
195/18 200/6 200/9 203/10
263/6 263/8 264/24 274/21
306/18
comes [9] 17/13 35/16 44/20
46/21 82/24 83/9 142/10
263/1 281/15
comfort [1] 72/16
comfortable [1] 9/18
coming [8] 7/12 31/25 50/8
141/13 230/20 276/5 317/1
319/7
commenced [1] 3/3
comment [3] 226/17 290/7
290/15
comments [1] 4/15
commercial [5] 4/15 4/16
52/18 118/9 304/1
commercialization [3] 110/1
289/22 291/14
commercialize [2] 50/15 118/7
commercially [1] 259/17
committee [6] 147/8 147/10
147/12 147/16 147/22 148/17
common [6] 201/6 201/7
201/12 263/14 289/9 300/15
commonly [1] 261/9
communication [3] 265/16
268/12 306/22
community [1] 116/4
comorbid [1] 159/21
comorbidity [2] 158/25 159/3
companies [7] 11/8 11/8
19/20 80/8 101/3 274/5 309/6
company [13] 11/1 11/5 19/3
77/25 98/7 100/7 100/9
100/19 100/25 118/11 270/25
305/6 305/7
compare [5] 17/2 189/14
299/14 299/20 302/24
compared [4] 157/6 157/18
298/2 299/6
comparison [5] 296/10 296/16
296/18 296/19 297/25
compensate [1] 53/22
competition [1] 38/1
competitors [1] 50/21
complaints [3] 160/23 160/24

161/1
complements [1] 31/6
complete [6] 45/22 47/5
197/13 236/15 248/2 315/14
completed [1] 247/15
completely [2] 34/11 278/20
completion [1] 117/19
complex [2] 23/3 283/20
complexity [5] 106/23 107/1
115/14 115/17 116/6
complicated [6] 25/6 29/11
29/12 37/24 42/17 72/6
components [4] 263/3 263/4
263/6 263/8
composition [4] 44/25 73/10
73/14 268/3
compound [33] 53/14 53/18
54/4 71/5 71/6 75/25 77/12
105/1 105/16 109/3 109/15
109/25 177/6 177/10 258/14
263/23 272/11 272/11 272/16
272/16 281/12 281/15 281/17
281/19 291/21 291/24 292/3
292/5 293/13 293/16 293/19
301/12 301/18
compound's [1] 178/25
compounds [9] 101/2 101/13
118/13 177/14 257/7 283/20
291/14 293/12 301/17
comprises [1] 73/14
comprising [4] 73/11 73/11
208/19 231/15
compromise [5] 30/21 39/18
40/5 142/24 227/9
compromised [1] 106/5
compromising [1] 40/24
compulsive [6] 134/10 159/1
159/7 159/12 159/20 159/25
computer [1] 143/18
conceded [1] 28/6 41/25
42/10
concentration [8] 40/16 63/15
63/23 137/24 195/24 268/5
269/11 269/18
concentrations [1] 269/19
concept [15] 26/16 27/20
32/13 113/20 114/5 114/21
117/3 117/6 117/7 117/11
117/13 126/15 155/5 216/14
240/25
concepts [2] 214/17 221/18
concern [5] 139/2 151/19
266/11 266/12 286/3
concerned [3] 39/17 41/2
270/18
concerning [2] 185/4 250/4
concerns [3] 46/1 277/6 286/6
conclude [1] 269/16
concluded [2] 175/7 319/10
concludes [5] 49/13 60/11
159/15 160/3 276/14
conclusion [3] 229/23 234/13
236/19
conclusions [2] 137/4 138/1
concrete [1] 219/13
concurrently [1] 39/22
condition [23] 12/1 12/12
12/14 12/17 13/7 15/25 18/16
25/23 29/15 82/4 83/21 85/5
85/6 94/7 112/17 115/6 116/2

152/13 159/6 200/8 203/16
203/23 252/22
conditional [2] 60/25 69/21
conditions [15] 13/2 38/23
93/9 93/12 93/13 94/6 113/6
138/17 246/24 249/23 267/23
268/1 269/8 296/3 299/5
conduct [4] 104/2 196/3 197/8
267/4
conducted [7] 21/15 29/6
125/13 125/14 187/5 188/25
284/10
conducting [3] 103/25 114/10
173/23
conductor [1] 16/14
cones [1] 16/7
confer [7] 225/17 226/2
228/17 229/8 229/16 276/7
316/10
conference [5] 8/20 8/22
144/8 316/7 317/19
conferred [2] 8/6 319/3
confers [1] 314/21
confidential [3] 48/11 186/10
186/17
confidentiality [3] 101/17
101/21 104/18
confirm [6] 113/14 168/14
184/5 280/6 280/21 282/4
confirmation [1] 280/23
confirmed [2] 8/8 280/12
confounded [3] 113/8 113/11
116/25
confounders [2] 150/11
197/10
confounding [4] 115/19
115/20 116/21 197/9
confusion [3] 120/4 121/1
164/13
connect [1] 182/3
connected [2] 153/17 153/18
connecting [1] 309/15
CONNOLLY [1] 1/16
CONNOR [1] 2/8
connote [1] 194/2
consequence [1] 151/13
consequences [1] 247/3
consider [3] 76/8 209/18
238/7
considerably [1] 67/24
considered [4] 262/3 262/4
266/11 266/16
consistent [3] 31/24 32/10
223/10
consolidate [5] 33/18 34/1
34/7 34/12 216/11
consolidated [2] 15/1 221/3
consolidating [5] 92/11 220/14
221/9 221/20 221/25
consolidation [1] 215/10
construction [4] 32/19 32/19
32/22 32/23
constructions [5] 208/24
209/6 231/18 231/23 235/8
construe [1] 209/9
construed [3] 68/25 208/20
235/2
construing [1] 182/10
consultant [1] 36/2
contact [1] 101/16

contacted [2] 101/12 293/23
contacting [3] 70/12 73/13
96/7
contacts [2] 96/14 96/15
contain [3] 93/17 176/17
273/4
containing [1] 44/15
contains [2] 70/9 181/10
content [9] 5/12 8/9 261/4
261/14 264/4 264/14 265/3
290/8 290/13
contents [5] 8/14 10/18 58/1
261/9 312/17
contest [1] 276/8
contested [1] 275/23
contesting [1] 227/15
context [20] 29/22 103/23
104/14 106/2 106/7 106/11
111/11 111/21 112/14 113/12
122/10 127/13 138/5 142/22
145/18 148/21 150/17 151/10
180/3 217/3
continue [4] 15/20 53/25
99/22 228/25
continued [2] 2/1 101/5
continues [2] 127/6 297/8
continuing [1] 94/21
continuous [1] 116/15
continuously [1] 33/10 217/7
218/15
contract [4] 270/25 279/18
284/25 285/1
contractor [2] 284/24 285/5
contrast [5] 31/22 112/23
122/17 123/3 156/10
contrasted [1] 105/23
contributed [1] 99/25
contributing [2] 185/18 185/24
contribution [3] 107/3 107/7
107/17
contributory [1] 79/17
control [12] 44/13 44/14 46/7
46/9 47/7 47/11 47/18 113/18
256/2 274/8 286/4 286/5
controlled [3] 109/2 116/22
291/10
controlling [1] 46/13
controls [5] 12/8 13/20 79/5
255/24 277/9
controversial [1] 8/25
Conversely [1] 63/20
converted [1] 38/12
convey [2] 16/10 171/1
conveys [2] 17/23 17/23
copies [2] 10/12 291/8
copy [4] 147/25 290/23 291/9
304/6
corner [1] 128/18
Corp [2] 310/4 310/5
corporate [2] 9/17 309/13
correct [185] 30/6 33/15 41/22
58/6 72/3 79/23 100/23 101/7
102/14 103/5 103/18 105/25
107/25 108/3 108/15 112/7
112/24 113/3 113/4 114/6
120/20 121/14 121/19 122/16
122/22 124/16 124/18 124/24
125/23 129/10 131/4 132/16
136/22 141/3 147/9 147/24
148/19 149/18 149/23 150/3

**C**

correct... [145] 152/10 152/14
153/6 153/10 153/11 153/16
157/10 158/8 158/13 160/17
161/3 161/7 161/17 161/18
161/20 161/21 161/23 162/1
162/3 162/7 162/10 162/11
162/16 162/21 165/5 165/8
165/24 167/4 167/9 167/12
167/23 168/16 169/19 170/3
170/5 170/19 171/5 171/19
171/25 172/19 172/23 173/1
173/5 174/10 174/17 174/19
175/9 175/13 175/14 175/18
176/2 176/19 176/22 177/9
177/13 177/17 178/9 178/16
179/9 179/19 180/8 180/15
181/12 182/15 182/21 184/12
184/13 185/1 185/8 185/10
185/13 185/16 186/9 186/11
186/13 186/18 186/25 187/2
187/7 187/25 188/3 188/15
188/17 188/24 189/7 189/8
189/16 189/21 190/4 190/5
190/11 190/21 190/25 191/11
191/21 192/4 192/5 193/8
193/14 193/21 195/13 196/24
197/2 197/7 202/1 215/25
217/21 232/12 235/19 235/20
238/17 239/13 239/16 239/22
240/2 240/14 240/18 240/21
241/7 241/10 241/11 241/15
243/4 243/22 244/4 249/2
253/17 253/20 280/5 280/16
286/24 287/15 288/16 289/2
289/18 290/6 292/5 294/22
294/25 295/9 297/1 297/24
308/8 312/15 314/1
correctly [5] 238/23 243/16
291/15 296/13 300/8
correlate [1] 152/12
correlated [2] 298/1 298/10
correlation [2] 197/13 197/13
corresponding [1] 245/4
corresponds [1] 292/5
cortisol [6] 86/10 87/1 88/15
89/4 241/6 241/10
cost [1] 118/15
cost-effective [1] 118/15
could [144] 17/16 23/11 23/12
23/20 26/3 29/14 31/12 33/10
33/11 42/25 45/10 49/6 52/9
52/10 63/19 64/1 66/1 76/2
76/17 78/5 80/20 86/12 86/13
94/9 97/2 98/3 102/21 103/7
103/9 107/5 107/14 109/9
113/17 113/18 115/13 115/21
117/17 118/12 124/4 124/4
133/6 139/16 149/5 150/11
152/16 161/8 161/14 163/5
165/2 165/13 165/14 165/25
166/22 168/3 168/12 168/13
168/17 169/11 169/23 173/13
174/8 174/11 174/20 175/20
176/9 177/1 178/3 179/10
180/10 181/20 182/16 182/22
184/3 184/5 184/16 186/3
186/14 187/14 187/18 189/17
190/6 191/12 191/13 194/8

206/22 228/3 229/22 231/3
233/14 237/8 237/17 240/4
244/17 244/21 250/23 252/4
252/8 255/13 255/14 256/4
257/12 265/12 268/8 269/3
270/12 270/13 271/15 275/13
275/25 278/8 278/22 279/12
279/21 280/8 281/22 284/2
284/20 285/7 285/16 286/19
288/24 289/1 289/7 289/19
291/4 291/17 291/25 292/15
293/4 293/6 295/2 295/14
295/18 296/16 297/8 298/22
298/22 299/19 299/23 302/4
302/13 310/12 314/22 315/15
couldn't [2] 71/7 317/8
Council [2] 73/23 73/25
counsel [12] 2/6 2/12 2/20 3/8
3/15 3/24 9/19 51/11 97/13
227/1 229/13 316/9
count [1] 35/14
counteract [1] 27/12
counteracting [1] 27/25
countries [2] 74/3 74/6
country [1] 74/5
couple [5] 8/4 160/12 178/10
247/16 292/3
coupled [1] 103/12
course [22] 7/20 12/3 24/5
29/25 33/3 35/16 47/3 49/7
50/22 54/22 103/25 197/9
219/6 236/15 236/15 244/8
247/8 247/14 247/14 247/20
247/21 248/1
court [27] 1/1 1/16 4/6 9/6
9/18 11/19 32/10 49/24 68/24
70/5 77/7 77/7 78/14 78/19
96/23 143/10 154/17 208/20
209/9 231/24 235/2 254/17
255/4 316/11 320/2 320/8
320/9
Court's [8] 4/14 144/23
231/17 275/13 310/25 311/25
312/10 315/1
courtroom [2] 3/3 51/10
cover [8] 49/19 49/20 117/24
119/25 120/5 157/23 168/13
249/23
covered [5] 80/7 248/3 248/25
249/7 249/22
covering [5] 53/13 53/17
290/6
covers [5] 54/3 143/8 190/20
191/9 307/6
Covid [1] 97/4
COZEN [4] 2/8 3/23 78/21
97/8
Cozen O'Connor [1] 78/21
cranking [1] 50/20
crazy [2] 144/15 227/5
create [5] 39/4 39/23 71/9
107/14 135/5
created [8] 19/5 19/24 46/8
47/6 52/18 71/5 77/11 98/7
creates [2] 47/11 61/9
creation [3] 45/1 100/21
134/24
critical [5] 101/24 107/13
135/6 135/7 135/12
critically [3] 27/5 28/3 30/18

cross [8] 160/6 160/9 236/25
237/12 237/17 276/2 287/4
287/12
cross-exam [1] 237/17
cross-examination [5] 160/6
160/9 237/1 287/7 287/12
CRSD [2] 112/2 183/22
CRSDs [1] 179/15
Crystal [2] 3/19 51/11
cue [3] 15/10 25/7 224/24
cure [1] 12/16
current [20] 55/20 60/6
154/24 169/2 200/14 204/18
205/6 271/20 271/23 272/4
281/7 281/9 303/20 303/23
305/9 305/11 306/15 306/17
309/1 313/7
currently [3] 65/10 274/19
305/5
curve [14] 26/18 26/25 27/2
27/22 27/25 28/7 28/8 28/21
36/24 136/23 137/1 138/22
139/5 139/7
curves [1] 29/2
customers [1] 241/15
cut [2] 228/4 229/15
cutting [1] 275/22
CV [6] 199/1 199/2 200/20
256/9 256/10 256/12
cycle [46] 12/18 13/25 14/2
14/9 14/11 15/8 15/11 15/13
15/21 15/23 16/5 16/16 16/17
17/9 17/20 18/13 24/14 25/13
26/7 26/9 26/13 28/18 31/1
31/2 31/24 57/11 57/18 59/14
81/9 81/17 103/20 130/15
154/10 177/12 178/13 178/21
179/16 180/1 194/19 197/12
223/6 223/11 223/14 223/15
225/21 238/22
cycles [2] 52/6 194/21
cyclic [1] 203/10
cyclical [1] 220/24
cyclo [1] 267/13
CYP [14] 37/18 62/20 63/8
63/8 63/11 63/13 63/22 64/5
66/5 67/21 67/23 68/1 68/14
248/4
CYP1 [1] 63/1
CYP1A2 [33] 4/11 37/15
38/21 42/20 62/25 63/3 63/3
63/4 63/5 63/6 63/6 64/14
64/15 65/5 65/11 65/14 65/16
65/16 65/20 67/19 92/25 93/4
93/7 93/20 106/21 133/19
185/8 185/12 233/9 246/15
248/16 249/16 249/22
CYP2 [1] 37/15
CYP2C19 [1] 67/19
CYP3A4 [20] 39/23 42/8
66/18 66/19 66/25 67/19 68/8
93/1 93/8 93/20 108/1 139/23
139/23 185/15 185/18 185/23
185/24 246/16 249/16 249/22
cytochrome [3] 37/18 62/19
301/16
Cytochrome P450 [1] 37/18
Czeisler [4] 5/9 5/15 6/11 9/7

**D**

D-A-N-I-E-L [1] 198/1
D-L-M-O [1] 37/3
D.C [1] 104/19
daily [54] 13/21 14/14 14/22
15/4 16/4 16/16 18/14 18/21
18/22 26/8 29/19 31/22 32/16
32/25 33/7 33/24 34/4 34/6
64/16 90/25 91/24 115/24
129/13 149/6 156/11 181/5
181/7 181/10 181/25 182/1
182/5 193/15 193/17 196/7
196/7 215/18 215/21 215/24
216/7 216/11 216/21 217/9
218/2 218/19 219/2 219/4
219/11 220/22 221/7 221/10
221/17 221/23 222/1 222/5
dangers [1] 68/13
DANIEL [5] 2/4 197/20 197/21
198/2 198/14
dark [5] 16/5 18/2 178/13
178/21 196/17
darkness [1] 16/23
dashed [1] 24/15
data [23] 35/20 42/22 43/1
43/19 87/5 87/6 87/8 89/11
89/20 101/25 104/1 121/17
169/18 189/13 240/17 290/24
291/9 291/10 298/10 299/19
300/3 300/7 302/23
date [5] 53/15 76/13 179/1
182/19 279/15
dated [2] 170/4 176/20
dates [2] 56/1 56/12
daughter [3] 97/3 97/5 97/13
David [2] 62/11 303/15
day [62] 12/19 13/16 14/16
14/19 15/10 15/13 15/14 16/3
17/25 18/2 18/11 24/12 25/8
25/12 25/19 26/6 26/22 31/21
31/25 60/10 129/2 129/9
129/12 129/13 129/19 129/19
129/21 130/2 131/3 131/12
131/14 131/14 131/24 132/1
132/4 132/9 156/10 156/18
164/5 193/25 194/19 194/21
195/18 196/10 196/19 197/15
213/4 213/24 214/2 214/3
225/25 241/25 241/25 242/5
242/5 242/12 242/13 275/2
275/15 276/4 315/9 317/24
day/night [1] 15/13
days [11] 50/8 122/14 128/25
131/2 131/12 157/14 165/19
213/4 242/7 243/18 243/22
daytime [27] 12/23 14/19 17/3
18/14 19/16 87/10 87/17
88/18 90/14 90/14 128/22
129/7 132/7 152/22 153/19
153/22 157/5 157/17 162/18
165/19 178/18 214/24 215/4
215/9 220/24 221/19 243/15
daytime/naptime [1] 165/19
DC [1] 3/25
DDX [4] 50/11 63/9 65/4
251/21
DDX- 128 [1] 251/21
DDX-1.2 [1] 50/11
DDX-1.23 [1] 63/9

D

DDX-1.26 [1] 65/4
DDX1.41 [1] 77/13
deal [8] 18/24 19/25 20/2
24/24 62/5 71/4 118/18 231/7
dealing [2] 7/18 67/15
death [1] 247/4
debate [2] 227/17 230/18
December [6] 53/19 54/2
168/15 176/1 182/17 182/20
December 20 [1] 182/17
December 20th [2] 168/15
182/20
December 31 [1] 176/1
DeCicco [2] 303/15 304/3
decide [7] 22/3 101/19 248/5
276/8 283/17 288/25 301/20
decided [8] 20/24 32/20 95/4
132/12 153/13 274/8 278/6
283/12
decision [6] 100/19 110/17
110/18 115/12 247/23 288/6
decision-making [1] 110/18
declare [1] 146/6
decrease [5] 63/24 67/25
153/22 157/18 157/19
decreasing [1] 153/23
deemed [2] 312/16 312/23
Deepak [1] 258/3
defaults [1] 18/7
defendant [6] 2/12 2/20 3/14
10/5 204/7 310/22
defendants [39] 1/8 3/24 4/12
4/18 4/23 22/7 30/4 35/13
41/22 42/15 51/8 52/1 56/23
79/6 79/8 79/10 80/4 81/3
82/18 90/22 91/2 91/4 92/18
96/3 204/1 204/5 212/12
213/9 214/6 221/7 221/23
222/4 226/13 233/24 234/14
236/9 236/20 253/10 312/21
defendants' [33] 27/19 32/4
33/9 49/23 68/3 79/1 79/3
80/10 81/6 81/19 81/20 82/9
84/15 87/6 87/15 93/17 94/18
95/20 96/11 118/25 119/7
120/6 206/11 210/12 211/16
212/4 215/12 216/20 217/4
224/16 225/12 240/13 247/9
229/23
defense [3] 119/11 227/14
229/23
defenses [1] 57/21
define [3] 173/15 181/20
219/3
defined [2] 150/18 239/15
defines [4] 45/11 45/13 132/2
291/20
defining [1] 45/8
definite [1] 115/11
definition [16] 91/9 91/18
91/20 91/23 131/19 149/10
151/11 151/25 156/12 209/25
210/2 210/7 210/11 217/1
230/4 230/14
definitions [4] 209/18 210/18
230/4 230/10
definitive [1] 298/23
degree [7] 38/9 256/24
256/25 257/1 257/2 257/3

309/20
degrees [1] 256/22
DEIRDRE [2] 2/17 3/17
DELAWARE [4] 1/2 1/14
227/1 316/10
delay [11] 25/2 26/25 27/12
31/22 139/4 139/7 156/11
213/2 214/1 223/19 223/21
delayed [2] 179/22 201/11
delaying [1] 126/24
demonstrate [4] 89/20 90/4
116/13 275/6
demonstrated [1] 179/1
demonstrates [1] 89/11
demonstrating [4] 173/8
173/13 173/19 174/3
demonstration [2] 116/11
239/15
demonstrative [5] 16/4 142/9
271/22 282/13 286/17
demonstratives [3] 7/11 142/3
142/4
DENEAULT [1] 2/4
department [4] 56/25 57/1
62/12 100/4
dependent [2] 208/11 231/11
234/21
depending [4] 31/2 31/3
181/20 229/14
depends [8] 26/21 57/14
57/14 60/25 69/21 81/14
180/3 301/10
depicted [1] 137/11
deposition [18] 32/5 32/11
160/13 167/11 167/13 167/16
167/17 168/5 168/14 182/17
184/4 184/6 184/11 187/16
192/21 193/1 193/13 310/13
depravation [1] 85/17
depression [2] 13/2 85/13
depressive [1] 93/10
deputy [1] 57/2
deregulating [1] 139/6
deregulation [2] 159/23 160/1
DEREK [4] 1/21 2/10 3/7 97/9
derivation [1] 154/7
derive [1] 151/21
derives [1] 130/16
describe [5] 71/9 303/22
305/9 306/15 309/1
described [9] 37/7 55/19
55/22 61/5 102/13 105/14
118/20 123/4 295/25
describes [5] 59/10 59/14
60/7 65/2 94/25
describing [5] 35/1 56/10
58/14 223/13
description [5] 43/12 43/25
68/21 70/8 71/16
design [4] 109/1 121/16
125/14 145/18
designed [2] 6/20 311/9
designing [2] 116/7 257/9
desired [2] 59/5 106/12
detail [5] 13/19 15/6 66/4
78/24 140/25
details [2] 202/20 228/1
detect [5] 16/8 288/23 301/5
301/7 301/19
detected [9] 269/19 288/15

289/1 289/10 301/17
detecting [2] 257/10 289/5
detection [3] 288/17 301/10
301/13
detector [2] 301/15 301/21
detects [1] 17/22
detention [1] 288/18
determination [1] 286/9
determine [12] 149/5 162/13
276/24 277/11 278/8 278/11
278/18 278/21 283/18 284/2
285/23 289/6
determined [3] 276/22 280/23
305/22
detrimental [2] 126/11 139/5
develop [12] 19/7 22/19 22/21
22/22 52/14 78/5 113/1 115/9
118/7 118/9 123/6 189/10
developed [6] 71/3 76/24
114/16 267/15 271/11 271/11
developing [3] 20/25 98/15
257/9
development [36] 19/1 19/21
20/6 21/2 22/20 72/21 72/24
99/21 100/20 101/9 101/11
102/1 103/24 109/16 109/25
114/12 114/15 115/14 117/25
118/4 118/6 149/19 259/8
259/11 270/1 270/2 274/7
289/21 291/13 292/12 301/11
306/20 306/20 309/6 309/14
309/16
deviated [1] 313/2
diagnosed [1] 97/4
diagnosing [1] 84/20
diagram [1] 134/13
diary [3] 129/13 196/7 196/7
did [199] 17/17 19/9 19/11
19/25 20/13 20/17 20/19
31/14 36/12 38/19 44/5 45/6
46/5 48/15 50/2 50/3 56/6
73/3 73/6 74/19 76/10 76/11
77/19 79/17 87/3 88/16 90/8
98/18 98/24 99/5 99/17 100/9
100/11 100/17 100/21 100/24
101/8 101/15 101/22 104/13
104/25 105/9 105/12 105/19
107/20 109/12 109/17 109/19
110/18 110/20 113/5 114/1
114/7 114/12 114/20 115/3
117/6 117/16 118/17 122/20
123/2 123/6 123/8 123/18
124/3 124/5 125/16 129/8
129/11 134/23 134/25 135/1
136/14 136/14 137/4 137/16
137/18 138/1 138/9 138/12
140/7 141/1 142/4 146/9
146/10 147/7 147/16 147/18
147/25 150/16 150/22 151/14
151/23 152/19 152/23 154/2
154/3 154/5 154/11 154/12
154/13 159/8 162/15 167/2
167/20 167/21 168/20 169/3
169/4 169/8 185/3 185/6
185/14 185/17 185/23 186/23
187/24 188/7 188/23 189/12
193/6 193/11 202/19 203/17
204/12 205/21 206/4 207/17
208/9 208/23 209/6 209/8
208/9 209/21 210/7 210/20

215/23 216/2 217/23 220/10
223/25 224/19 225/11 225/17
226/1 227/8 230/9 230/23
231/17 232/1 232/3 238/13
238/23 239/25 240/1 243/15
245/10 249/18 249/19 250/19
256/10 256/25 257/6 258/14
258/20 258/23 259/5 265/7
265/7 267/8 267/23 268/1
269/7 271/22 273/4 273/7
275/6 275/13 276/24 277/2
277/11 277/14 277/18 277/25
278/11 278/15 280/4 281/19
282/4 282/13 283/9 283/17
286/13 286/16 291/15 296/13
300/8 302/3 310/15
didn't [24] 8/19 8/22 8/23 8/24
8/25 9/2 19/18 52/16 54/10
54/11 142/8 143/2 167/5
167/21 172/25 173/3 176/17
189/6 227/7 229/6 238/7
249/14 275/6 319/4
difference [11] 46/20 106/6
136/8 145/22 205/1 206/7
216/22 224/9 230/21 231/3
231/4
differences [5] 30/24 206/12
210/10 210/14 216/3
different [48] 19/19 22/14
22/15 22/16 24/5 26/22 31/1
37/25 41/18 44/3 50/23 52/1
66/11 66/12 74/3 96/4 106/9
107/9 116/21 120/7 123/25
133/1 133/3 135/8 141/4
141/20 142/12 143/17 144/12
145/10 163/8 163/14 163/14
164/10 195/21 196/20 215/24
219/19 230/4 234/10 271/2
277/20 292/4 297/1 298/19
299/6 303/1 313/17
differentiates [1] 34/8
differentiating [1] 17/11
differently [1] 106/10
difficult [11] 12/22 12/23 23/3
23/10 23/16 25/16 115/25
116/18 163/16 245/11 255/19
digging [1] 35/15
diligence [4] 101/19 101/23
108/14 109/12
DILMO [1] 37/4
dim [2] 36/23 111/18
diminished [1] 64/1
dinner [1] 69/10
direct [14] 4/24 5/5 20/24
97/22 145/4 151/12 174/12
198/9 241/20 254/13 274/19
288/10 296/9 315/20
directed [8] 30/13 50/11 55/24
73/9 73/10 87/18 148/16
214/10
directing [1] 34/11
direction [6] 4/8 25/2 25/3
39/20 39/24 275/13
directions [1] 172/1
directly [6] 79/7 150/19 275/7
296/21 298/1 318/5
director [6] 57/2 200/20
200/24 255/22 303/21 305/11
disagree [3] 91/2 146/10
312/10

D
disagreement [3]  33/8 146/5 248/7
disagreements [1]  145/22
disagrees [1]  158/11
disaster [1]  163/21
disclose [3]  48/17 48/18 75/20
disclosed [5]  61/10 271/10 285/10 285/17 285/18
discloses [3]  49/9 54/23 59/9
disclosure [3]  42/9 43/1 68/6
discontinuation [3]  250/4 250/24 251/9
discontinue [18]  41/5 41/8 64/14 66/20 66/22 93/3 94/5 94/13 94/16 94/16 233/21 234/9 236/16 246/19 247/10 247/17 247/24 248/3
discontinued [1]  11/7
discontinuing [2]  94/20 247/22
discovered [2]  52/8 99/8
discovery [3]  100/1 144/7 319/2
discuss [11]  79/2 79/4 85/3 95/22 105/17 145/5 219/2 227/13 230/6 235/16 236/2
discussed [16]  78/24 88/6 88/23 117/7 141/15 142/2 153/12 163/9 220/12 226/2 228/24 245/19 288/10 292/8 308/16 309/22
discusses [3]  58/17 225/4 233/11
discussing [12]  161/10 208/11 212/7 213/18 213/19 220/23 222/6 223/8 223/12 224/11 241/14 248/3
discussion [19]  19/25 32/18 101/20 145/14 145/17 145/18 146/9 150/1 151/14 228/23 232/9 235/15 237/8 273/24 275/13 276/14 309/25 310/16 315/18
discussions [3]  151/18 152/19 312/3
disease [9]  18/15 93/14 99/8 99/11 99/14 99/19 151/7 183/22 184/1
diseases [1]  98/14
disorder [35]  12/2 12/14 18/19 19/13 22/12 22/22 93/11 112/9 112/11 112/15 113/2 113/9 115/4 115/10 115/21 116/10 124/19 124/20 125/12 134/10 150/9 159/1 159/7 159/12 159/21 159/25 172/11 178/6 179/22 179/23 184/22 192/12 212/8 225/3 234/11
disorders [42]  22/4 22/9 22/15 50/4 50/12 50/13 52/8 54/5 54/5 54/9 54/20 58/22 59/17 60/14 76/4 84/18 84/21 112/3 112/14 114/14 159/4 159/13 159/22 175/9 177/7 177/8 177/16 183/16 183/19 183/20 183/24 184/24 191/10 200/5 200/19 201/4 201/7 201/9 201/20 210/4 210/6 234/7
dispense [1]  276/9

display [2]  128/21 237/20
displayed [1]  169/24
disposes [1]  134/21
disposition [2]  135/17 135/19
disproportion [2]  315/10 315/11
dispute [5]  32/21 35/12 35/18 230/17 230/25
disputed [2]  225/18 226/5 274/19
disputing [2]  274/15 274/17
disruption [1]  220/24
dissipate [2]  122/13 122/18
dissipation [2]  126/17 137/7 137/14 138/20
distinction [2]  48/1 94/23
distinctly [1]  88/1 88/23 89/4
distinguishing [2]  65/12 68/10
distraction [1]  229/5
distribute [1]  306/2
distributed [1]  147/22
distributing [1]  310/5
DISTRICT [5]  1/1 1/2 1/16 143/10 320/9
disturbance [1]  153/6
disturbs [1]  200/8
divide [1]  49/18
divided [4]  10/21 10/23 14/16 51/13
division [5]  148/15 149/21 149/24 150/15 255/25
DLMO [5]  36/21 36/22 37/3 111/16 123/18
do [209]  5/9 6/15 8/14 10/12 12/13 15/2 22/3 23/5 23/10 24/22 32/21 34/20 40/3 43/7 51/6 51/17 51/20 63/7 66/22 71/24 73/18 74/16 78/6 79/8 79/13 80/20 80/22 81/3 81/21 82/14 83/18 84/14 84/25 85/20 90/22 92/18 93/15 95/14 95/20 96/21 97/7 98/11 100/11 101/22 102/5 102/7 102/8 104/9 104/12 106/1 106/19 107/22 107/23 107/24 108/8 108/9 110/10 110/12 110/13 111/15 113/22 116/17 122/20 126/3 134/23 135/1 135/24 137/16 138/9 139/19 139/20 140/12 140/14 141/6 141/9 141/25 144/9 150/10 151/20 152/24 153/7 154/8 154/11 158/19 163/13 168/13 170/18 170/18 175/2 175/19 177/5 179/3 179/4 179/10 179/13 179/18 181/4 186/2 186/24 187/13 192/9 192/20 194/15 194/22 195/16 195/16 195/17 195/18 196/5 196/5 198/21 198/21 199/13 199/15 199/15 199/20 199/24 200/22 200/24 201/14 208/14 209/14 210/14 210/17 211/18 215/23 216/18 217/4 218/1 220/10 222/13 222/22 226/22 226/25 227/6 227/10 228/10 228/10 228/21 229/2 231/13 234/23 239/4 241/23 242/2 242/6 242/9 242/10 245/14 246/3 246/8 249/18 249/22 250/11

251/1 251/24 252/11 252/13 253/1 253/22 255/20 256/8 257/16 260/4 261/1 261/4 261/11 264/9 264/13 265/15 266/24 267/8 274/22 276/8 276/11 277/2 278/23 280/6 284/7 285/4 286/13 288/12 288/14 288/19 290/20 291/20 297/12 297/17 301/3 301/7 301/23 302/1 302/10 302/18 303/7 304/3 304/5 305/5 305/15 308/1 309/4 309/24 309/25 312/13 312/16 313/4 313/6 314/24 316/10
doctor [33]  30/12 30/20 111/2 118/3 120/18 121/4 123/16 126/3 128/4 128/20 130/18 134/2 136/20 137/22 138/9 138/16 140/6 140/25 195/2 199/13 201/25 202/25 203/23 205/16 206/22 208/2 216/5 220/22 221/15 232/16 242/2 242/23 250/9
doctors [1]  312/22
document [78]  5/18 22/2 23/14 102/3 102/12 103/21 104/5 104/7 104/15 105/6 106/16 108/6 108/13 110/8 111/3 114/5 117/12 118/25 119/22 133/13 140/6 142/10 163/6 169/22 170/1 170/12 170/21 171/10 171/23 174/20 174/25 176/10 176/23 177/1 179/7 179/24 180/6 186/10 186/17 192/3 198/25 238/5 238/25 250/24 256/6 257/16 260/4 260/6 262/6 265/13 265/15 265/20 266/3 268/7 268/11 269/24 270/4 270/4 271/16 278/23 278/25 279/1 279/20 284/7 284/9 284/12 284/23 290/7 290/9 290/13 290/14 290/21 293/22 299/17 302/11 304/3 304/10 306/24
documentation [1]  265/16
documented [1]  59/1
documents [34]  80/9 87/22 87/23 101/18 101/24 109/22 110/7 141/8 141/15 142/3 186/7 194/5 258/24 259/2 259/5 259/25 260/9 265/18 267/9 268/15 268/16 268/16 278/3 279/4 290/23 291/2 291/8 291/9 291/10 292/8 292/11 298/24 300/11 300/12
documents documents [1]  268/16
does [94]  5/24 11/11 16/15 16/23 25/5 30/5 30/10 35/10 41/14 41/20 48/16 48/17 64/9 65/23 70/4 79/6 82/4 82/20 91/18 94/25 95/1 103/6 105/1 111/11 111/21 112/2 112/21 113/11 114/4 121/18 123/20 127/13 129/14 129/16 129/22 129/25 134/5 134/18 136/2 136/5 140/6 140/9 140/25 144/19 148/20 149/9 150/19 151/9 155/2 155/3 155/4 156/10 156/22 157/18

157/1 158/14 158/21 159/3 161/24 167/7 168/25 169/17 171/9 193/17 193/23 194/1 196/12 200/2 215/12 219/11 230/20 241/4 245/17 245/25 255/23 255/25 261/19 264/16 266/13 269/14 270/25 279/18 285/1 286/6 286/21 302/24 304/14 304/17 307/15 307/20 312/20 313/19 315/23
doesn't [34]  14/23 16/2 26/1 33/25 34/3 36/5 43/14 47/22 48/19 49/11 61/7 75/4 77/2 78/3 82/3 82/11 120/6 120/8 130/22 144/19 157/8 161/12 161/16 161/19 161/22 161/25 162/4 162/9 232/18 240/23 241/3 241/9 245/8 247/12
doing [12]  21/9 65/17 78/3 89/22 135/4 199/17 199/18 238/16 275/19 275/21 315/20 317/6
dollars [1]  109/22
don't [94]  5/21 6/22 7/8 7/12 7/12 7/24 7/25 18/23 23/5 23/5 23/6 28/9 33/9 35/10 38/3 46/4 51/4 64/23 69/10 71/22 81/10 93/22 93/24 107/10 119/11 119/13 119/17 143/5 144/6 155/16 155/17 163/17 164/4 167/10 173/15 174/6 181/8 182/3 182/10 183/23 187/9 187/11 187/13 188/9 217/6 218/6 218/14 218/16 222/21 225/23 226/12 227/19 229/5 231/4 232/24 238/6 238/9 238/10 239/23 239/24 240/20 242/16 247/25 251/21 274/25 276/3 297/25 298/3 298/7 298/9 298/13 299/12 301/8 301/9 301/15 305/17 307/23 311/2 312/1 312/12 312/19 313/3 313/8 314/12 314/25 315/11 315/23 316/12 317/3 317/12 317/14 317/20 318/18 318/20
done [31]  10/19 15/3 26/5 28/19 28/22 55/21 58/25 71/4 74/5 92/24 96/9 99/2 122/7 126/17 129/13 135/2 189/16 228/14 228/16 259/3 259/13 259/16 259/19 273/13 275/16 280/15 280/16 312/6 317/1 318/14 319/7
dosage [8]  28/1 166/23 168/22 168/25 237/13 238/19 307/15 307/17
dose [15]  27/23 36/17 36/17 36/18 59/15 63/17 63/25 124/1 212/23 212/23 224/8 224/13 233/13 236/3 267/5
doses [4]  55/19 60/11 109/2 123/21
dosing [4]  58/15 61/4 61/16 61/17
dotted [3]  129/4 129/6 132/2
double [6]  79/22 90/7 109/2 131/24 132/11 132/13
double-blind [1]  109/2
double-check [1]  79/22

**D**

double-plot [1] 132/13
double-plotted [2] 131/24
132/11
doubt [3] 18/24 298/22 299/13
down [40] 37/20 44/24 48/20
50/24 51/19 63/11 63/14
63/22 65/25 70/17 83/20
111/23 114/25 117/23 130/7
131/13 138/24 139/13 145/4
148/24 154/18 171/3 172/21
194/17 195/11 196/14 197/18
225/25 226/24 236/4 239/2
254/2 269/22 274/18 296/20
297/8 303/4 312/4 314/19
316/24
downstream [2] 103/15
103/16
Dr [62] 3/10 4/17 4/18 5/15
9/7 9/15 56/23 62/11 66/3
68/3 91/10 96/12 97/17 98/20
102/25 104/5 105/9 106/19
108/25 111/7 145/10 148/11
148/14 149/3 149/17 154/21
156/3 157/2 158/4 159/20
160/11 160/16 164/20 192/20
218/25 220/5 222/3 222/25
223/5 223/25 224/7 229/21
230/3 231/10 232/7 233/6
234/19 235/13 235/23 237/23
241/12 245/7 245/14 251/22
287/9 287/14 304/25 308/21
310/10 317/17 317/18 317/25
Dr. [51] 5/6 5/9 6/11 11/4
32/10 51/11 62/10 72/20
72/22 84/17 85/3 85/8 87/16
89/10 91/15 97/24 115/3
117/16 119/2 121/11 125/8
134/15 136/14 139/16 149/15
167/11 197/20 198/11 201/19
208/7 209/4 209/25 211/11
215/20 224/22 235/9 237/3
238/12 239/1 244/17 244/25
245/25 250/24 253/9 253/16
258/3 258/5 291/7 291/20
297/12 300/18
Dr. Charles [1] 5/9
Dr. Combs [15] 198/11
201/19 208/7 209/4 209/25
211/11 215/20 224/22 235/9
237/3 239/1 244/17 244/25
250/24 253/9
Dr. Czeisler [1] 6/11
Dr. Daniel Combs [1] 197/20
Dr. Deepak Phadke [1] 258/3
Dr. Emens [1] 62/10
Dr. Jilapali [1] 149/15
Dr. John Winkelman [1] 84/17
Dr. Joseph [1] 51/11
Dr. Pandrapragada [4] 291/7
291/20 297/12 300/18
Dr. Perni [1] 72/22
Dr. Phadke [1] 258/5
Dr. Polymeropoulos [13] 5/6
11/4 97/24 115/3 117/16
119/2 125/8 134/15 136/14
139/16 167/11 238/12 245/25
Dr. Polymeropoulos' [1]
253/16

Dr. Rajaratnam [1] 121/11
Dr. Robert Perni [1] 72/20
Dr. Winkelman [5] 85/3 85/8
87/16 89/10 91/15
Dr. Winkelman's [1] 32/10
draft [9] 166/7 166/9 166/13
167/2 169/11 253/9 253/20
304/6 304/7
drafted [2] 268/17 270/4
draw [3] 105/9 137/4 138/1
dream [1] 33/11
drift [2] 15/7 15/11
drifting [3] 25/19 26/9 32/1
drifts [2] 12/18 18/10
drive [1] 100/20
drop [1] 141/15
dropped [1] 10/22
Dropping [1] 194/17
drug [175] 5/19 11/7 12/5
17/15 17/16 18/18 18/22
19/18 19/20 21/4 21/6 21/7
26/3 26/6 27/4 27/9 27/12
27/14 27/22 28/17 28/24 31/3
37/5 37/5 37/11 37/23 38/11
38/12 38/17 38/22 39/25
40/13 41/1 41/4 41/19 41/19
43/5 43/6 43/9 53/2 53/2
53/11 53/15 53/18 55/7 56/4
62/6 62/6 62/15 62/15 63/2
63/3 63/5 63/17 63/22 63/25
64/1 64/11 64/11 65/7 65/17
65/20 65/21 65/24 65/25 66/5
66/5 67/3 67/4 67/15 67/19
68/15 68/15 69/11 72/23
73/21 74/8 81/24 84/5 84/10
85/10 87/18 91/23 92/20
92/20 93/17 94/12 94/13
95/14 99/21 100/15 103/23
104/3 107/5 107/6 107/11
113/13 113/16 118/7 118/22
126/4 126/11 126/16 126/23
131/2 131/18 135/6 135/15
135/20 135/20 135/23 136/3
136/9 138/8 142/17 147/11
147/13 147/15 150/8 153/5
158/3 158/3 175/8 185/3
185/3 185/6 185/6 185/22
185/22 186/22 186/22 187/5
188/25 211/12 211/15 211/19
211/20 211/22 228/17 228/17
228/21 228/21 237/11 246/12
246/12 248/25 260/7 260/21
260/25 261/10 261/20 261/22
261/23 262/4 262/24 262/25
263/4 263/7 263/9 264/18
270/2 271/21 273/17 273/18
277/4 280/21 283/22 283/24
296/4 296/11 304/8 307/7
309/6 309/11 309/16
drug-drug [16] 37/5 41/19
62/6 62/15 64/11 66/5 68/15
92/20 158/3 185/3 185/6
185/22 186/22 228/17 228/21
246/12
drugs [23] 37/18 37/21 37/21
42/16 52/19 52/21 53/8 58/14
60/6 62/18 64/4 66/7 68/13
85/4 85/15 93/7 93/9 134/8
142/17 142/18 246/19 251/10
274/5

DTX [32] 165/25 166/4 166/5
166/16 166/24 169/12 169/15
238/2 250/8 250/16 250/20
250/21 251/24 252/3 252/6
253/10 260/2 260/12 260/16
260/17 260/20 264/2 265/14
265/21 265/25 295/2 295/5
295/8 295/10 295/15 295/16
299/24
DTX- 128 [2] 251/24 252/3
DTX- 132 [3] 250/8 250/16
250/20
DTX- 139 [1] 253/10
DTX- 48 [2] 265/14 265/21
DTX- 66 [5] 260/2 260/12
260/17 260/20 264/2
DTX- 73 [4] 295/2 295/5
295/8 295/10
DTX- 73.8 [1] 299/24
DTX- 73.9 [1] 295/15
DTX-128 [1] 252/6
DTX-132 [1] 250/21
DTX-139 [7] 165/25 166/5
166/16 166/20 169/12 169/14
238/2
DTX-48 [1] 265/25
DTX-66 [1] 260/16
DTX-73 [1] 295/16
dual [1] 139/2
due [10] 17/25 68/4 70/23
101/19 101/23 108/14 109/12
112/11 112/12 212/23
duly [3] 97/20 198/3 254/11
duration [15] 13/10 33/17
33/25 39/6 152/22 153/23
161/20 162/16 162/18 162/18
193/19 193/23 193/24 196/4
196/6
durations [1] 196/20
during [38] 4/25 9/19 12/23
14/23 15/3 19/16 33/4 91/6
91/12 91/19 104/17 127/20
129/2 132/5 132/6 133/4
133/4 147/12 149/19 153/2
167/17 184/11 196/9 196/10
196/12 196/19 197/15 214/24
219/6 241/20 251/3 273/15
274/13 274/14 292/7 301/11
308/12 308/16
dustbin [1] 74/23

**E**

e-mail [1] 268/12
each [34] 11/22 14/2 45/14
48/5 62/20 69/7 73/15 107/3
107/17 129/12 130/2 135/23
138/22 142/3 149/6 156/18
165/4 187/1 229/12 229/16
264/3 264/4 264/6 264/7
276/6 288/3 288/22 296/11
297/6 303/12 308/4 310/17
312/21 314/19
earlier [28] 11/16 36/12 39/3
43/19 55/15 59/8 61/22 62/2
65/22 67/16 76/16 81/14 88/6
88/16 95/9 111/12 117/7
117/10 123/18 144/18 151/11
167/14 214/17 238/12 263/6
300/15 309/22 313/13
earliest [1] 56/1

early [8] 35/14 35/17 53/10
259/11 274/3 297/12 317/2
259/10
ease [1] 128/22
easier [2] 132/13 316/23
eat [2] 69/10 144/3
eating [2] 40/21 43/5
ebbs [1] 17/7
educate [1] 202/17
educational [3] 98/9 256/20
309/18
effect [43] 12/6 26/20 27/8
28/2 28/18 37/6 40/5 40/10
41/1 41/24 42/18 43/2 43/12
43/13 43/14 63/18 64/1 70/3
106/4 107/4 107/5 107/6
109/9 113/17 121/22 126/11
136/1 137/16 138/3 138/10
140/17 141/1 151/20 186/23
187/24 187/25 188/7 188/8
188/23 188/24 189/6 193/7
233/16
effective [17] 28/25 36/16
36/19 59/16 60/9 60/11 64/2
70/2 118/15 139/3 150/8
161/6 233/13 233/14 233/17
233/18 236/3
effectively [1] 12/5
effects [10] 12/24 39/8 39/18
52/23 59/1 63/19 66/1 125/21
139/6 140/7
effectuate [1] 28/15
efficacy [15] 21/13 40/5 67/25
70/5 70/7 70/14 149/21
165/10 165/17 165/22 171/1
179/1 239/3 239/8 240/17
efficient [2] 228/8 228/10
effort [2] 44/9 87/2
efforts [2] 20/25 99/21
Ehlert [3] 308/21 308/25
310/10
eight [10] 15/21 33/21 182/6
217/16 218/12 219/15 244/16
271/4 271/10 284/11
eight hours [1] 33/21
either [8] 46/9 69/18 71/17
141/2 186/19 210/18 241/4
241/10
EKINER [3] 2/11 3/23 97/10
elaborate [1] 116/14
elderly [4] 19/10 108/12 109/3
109/8
elected [2] 21/1 153/7
element [29] 211/7 212/5
212/13 212/18 213/10 213/17
214/7 214/15 215/14 215/18
220/22 221/8 221/17 221/24
222/5 222/14 222/20 223/1
223/6 223/23 224/2 224/14
224/17 225/9 225/12 228/15
232/11 233/25 235/17
elements [12] 58/8 58/9
210/20 211/5 211/13 226/14
228/22 232/4 232/8 235/14
274/18 275/14
eligibility [1] 29/9
eliminate [1] 273/14
else [15] 8/11 38/12 77/19
78/2 78/5 144/13 151/7 169/5
191/1 275/10 299/21 317/10

else... [3] 317/13 318/6 318/14
elucidate [2] 38/15 152/6
Emens [2] 56/24 62/10
emphasized [1] 151/10
employed [2] 255/7 255/9
Employment [1] 199/11
enables [1] 301/20
encompass [1] 200/3
encourage [7] 41/14 41/21 80/5 83/11 95/1 95/17 204/8
encourages [2] 30/1 313/20
encouraging [1] 82/18
end [14] 15/15 27/17 50/19 56/21 65/25 78/13 116/15 146/12 193/1 225/24 275/2 315/8 317/8 318/19
ended [1] 175/25
endogenous [8] 17/13 24/9 24/14 105/3 112/21 126/19 130/14 131/10
endpoint [14] 88/10 88/11 146/6 146/11 149/21 150/2 150/5 150/13 150/13 150/16 150/17 150/19 165/10 169/18
endpoints [24] 85/19 85/24 86/1 86/17 86/18 86/24 87/10 87/17 87/22 88/2 88/2 88/14 88/20 88/24 88/25 89/3 116/20 146/12 152/20 153/25 165/17 165/22 240/17 240/20
ends [5] 216/10 304/22 306/9 308/9 310/8
engage [1] 13/5
engagement [1] 59/11
engineering [1] 309/21
enhanced [1] 63/18
enjoy [1] 53/25
enjoyed [1] 50/16
enlarge [21] 102/23 104/21 105/6 106/17 108/22 108/23 111/4 117/25 125/5 125/25 127/24 128/2 128/17 134/12 148/8 149/1 149/12 155/25 156/24 157/25 194/10
enormously [1] 40/6
enough [22] 23/5 23/19 26/4 35/14 35/17 75/2 120/14 138/8 139/3 143/24 166/15 191/6 228/2 271/2 288/23 298/3 298/12 298/21 299/14 299/16 299/19 313/22
ensure [1] 273/17
entail [1] 63/19
enter [3] 96/23 109/17 292/20
entered [2] 54/15 289/16
enters [1] 310/6
entire [7] 15/21 20/1 33/4 100/16 195/21 217/2 219/7
entirely [1] 18/14
entities [2] 78/21 306/5
entity [3] 48/3 306/1 310/1
entrain [20] 23/12 25/19 26/7 26/11 28/4 29/15 31/5 31/15 35/9 39/3 40/24 52/11 59/2 81/21 84/13 116/13 117/17 124/4 125/18 172/21
entrain them [1] 26/7

entrained [15] 31/11 31/13 32/6 90/20 150/15 153/6 153/1 153/19 156/19 162/20 162/20 165/2 171/3 214/2 217/18
entraining [24] 30/4 57/9 57/10 57/17 81/8 81/16 81/22 84/13 87/14 117/4 209/9 209/10 212/5 212/9 212/12 212/18 213/9 213/17 214/7 214/15 215/14 241/23 242/3 242/11
entrainment [144] 18/23 21/19 21/21 25/5 25/6 25/6 25/11 27/6 29/18 29/21 30/5 30/10 30/14 30/22 31/1 31/7 31/23 32/6 32/12 32/13 39/9 39/19 40/8 40/19 41/20 41/21 42/7 43/20 61/2 61/7 61/17 61/19 81/22 82/10 85/18 85/18 85/25 86/8 86/12 86/13 86/17 86/24 86/25 87/3 87/11 87/19 88/1 88/5 88/10 88/14 88/16 88/19 88/24 89/3 89/5 89/7 90/6 90/8 90/9 90/18 106/4 106/7 106/11 106/12 115/24 116/12 125/20 126/25 129/14 129/18 129/21 130/14 130/16 131/9 131/20 135/15 139/9 145/15 146/3 146/6 146/12 149/9 149/10 150/2 150/4 150/25 151/8 151/16 151/19 151/22 152/24 153/17 153/18 154/6 154/8 155/2 155/4 155/5 155/8 156/5 156/12 162/10 165/9 167/3 168/22 170/25 171/4 171/6 171/11 171/17 172/12 172/14 172/22 179/20 180/2 194/14 194/22 212/8 212/15 212/24 213/7 213/13 214/4 214/11 214/11 215/11 215/17 220/12 220/13 225/20 226/6 237/9 237/12 237/24 238/20 239/9 239/15 239/20 239/21 240/23 241/7 241/14 241/18 241/22
entrains [1] 117/14
entry [1] 261/4
environmental [2] 178/13 178/20
enzyme [26] 4/11 37/16 38/7 39/25 42/11 42/12 42/17 42/18 62/20 62/24 62/25 63/1 63/3 63/4 63/6 63/12 64/5 64/6 65/17 65/23 66/11 66/12 66/18 66/19 67/2 136/2
enzymes [11] 37/19 37/22 62/17 62/19 62/20 66/5 66/8 67/20 68/1 107/5 107/20
episode [2] 162/2 196/18
episodes [5] 132/6 195/22 196/9 196/12 196/20
equal [1] 92/8
equating [1] 248/1
equivalence [1] 223/13
equivalent [2] 121/24 137/9
ERIC [3] 2/3 3/9 4/4
errant [1] 25/13
errors [1] 168/1
especially [5] 58/20 135/6

143/5 201/7 226/23 238/24 241/4 241/20 248/3 2/3 2/4 2/4 2/5 2/5 2/8 2/9 2/9 2/10 2/10 2/11 2/11 2/14 2/16 2/17 2/17 2/18 2/18 2/19 2/19
essentially [14] 5/10 12/19 20/10 33/12 33/13 67/3 68/23 98/6 169/4 296/5 309/4 310/21 315/14 318/15
establish [3] 222/13 226/12 312/21
established [1] 267/11
establishing [1] 71/1
et [1] 1/7
evaluate [1] 101/22
evaluation [2] 101/25 116/24
even [21] 5/19 28/8 32/12 41/21 42/13 49/1 54/10 74/18 75/4 76/20 82/23 89/20 91/18 116/4 116/23 119/17 137/7 153/1 218/16 226/1 318/14
evening [6] 14/20 17/3 276/8 276/12 316/18 317/11
events [3] 47/3 251/9 251/12
eventual [1] 135/25
eventually [2] 20/6 100/21 118/6
ever [8] 21/15 29/6 123/6 248/11 248/21 249/3 253/13 312/4
every [31] 8/10 12/19 15/10 15/14 16/3 17/25 18/11 25/8 25/12 25/19 26/6 30/16 31/25 32/9 126/4 129/13 131/12 175/17 195/18 196/8 212/20 213/6 213/13 213/22 213/23 214/3 222/7 222/8 223/9 230/18 310/21
everybody [1] 318/6
everyone [4] 31/1 50/2 50/3 144/13
everything [3] 20/3 43/25 318/13
evidence [114] 7/4 8/1 13/3 14/15 14/15 22/13 23/17 30/3 32/2 34/9 35/15 42/5 42/24 48/24 48/25 51/3 57/1 62/7 70/22 77/7 78/9 81/3 81/20 84/12 85/17 85/21 86/16 87/12 88/9 94/4 95/19 96/22 97/11 102/16 102/20 108/17 108/20 110/22 110/25 111/7 120/22 121/2 125/6 133/25 140/1 140/4 140/20 140/23 141/15 143/7 148/3 148/6 155/18 155/24 161/9 162/23 166/17 166/20 170/7 170/10 172/5 172/8 176/4 176/7 180/20 180/23 189/23 190/1 190/13 190/16 191/23 192/1 199/5 199/8 202/11 202/14 205/11 205/14 206/17 206/20 207/21 207/25 214/4 215/10 237/19 250/21 252/6 256/15 256/18 258/8 258/11 260/13 260/16 265/22 265/25 268/21 268/24 270/8 270/11 279/8 279/11 284/16 284/19 289/25 290/3 292/21 292/24 295/11 295/16 304/24 308/13 308/17

308/20 361/25
evidentiary [1] 291/10
evolution [1] 295/25
evolved [1] 270/18
exact [3] 11/14 47/3 126/17
exactly [12] 14/1 31/6 55/19 71/6 106/8 129/4 132/16 132/17 183/25 196/1 298/4 315/8
exam [1] 237/17
examination [16] 4/25 97/22 128/23 160/6 160/9 162/12 192/18 198/9 237/1 253/7 254/13 274/14 287/7 287/12 288/10 301/1
examinations [1] 5/5
examined [2] 121/22 135/21
examining [1] 127/19
example [31] 15/8 15/20 18/5 18/12 19/16 20/15 20/15 24/3 26/2 33/1 33/19 37/15 38/6 39/10 39/24 44/17 62/25 85/7 91/7 104/20 107/13 122/10 136/7 159/6 218/8 219/13 233/21 234/6 247/20 275/25 313/9
examples [1] 38/21
exceed [2] 4/24 5/5
except [4] 91/19 66/11 96/24
exception [3] 60/2 95/18 95/19
excerpt [2] 292/18 293/9
exchange [1] 109/22
exchanged [1] 5/11
excipients [1] 309/11
excited [1] 99/25
excluded [1] 46/19
exclusive [5] 50/14 54/15 190/3 290/5 290/10
exclusivity [3] 21/7 53/14 191/19
excuse [3] 73/5 115/22 184/19
execution [1] 121/16
executive [2] 11/5 98/4
exhibit [27] 102/4 102/16 102/19 102/22 104/6 119/1 119/5 119/7 120/22 121/2 124/2 124/21 125/1 125/6 133/12 133/21 140/1 155/17 163/12 164/2 166/4 166/8 184/7 237/18 250/13 304/2 306/23
Exhibit 139 [1] 237/18
Exhibit 185 [1] 140/1
Exhibit 187 [2] 133/12 133/21
Exhibit 2 [2] 124/21 125/1
Exhibit 25 [2] 119/1 119/7
Exhibit 27 [1] 306/23
Exhibit 40 [1] 304/2
Exhibit 613 [1] 102/4
Exhibit 816 [1] 120/22
exhibits [2] 119/12 163/14
existed [4] 49/2 49/3 71/17 258/25
existing [1] 150/24
exogenous [2] 17/14 26/20
expect [12] 6/19 32/17 57/21 61/2 153/20 234/7 236/16 245/21 304/17 307/20 308/1

**E**

expect... [1] 308/5
expectation [2] 32/9 217/7
expected [4] 31/22 116/22
127/17 156/11
expensive [1] 23/16
experience [11] 57/5 62/14
72/23 84/11 84/20 84/23
90/19 201/14 210/3 210/6
309/8
experiences [1] 91/19
experiment [2] 105/14 113/23
experiments [3] 106/2 135/3
135/22
expert [20] 5/20 5/24 6/11
6/14 7/18 7/21 9/1 32/4 58/13
68/3 81/25 84/9 87/15 96/11
118/19 201/19 227/20 274/16
274/20 275/21
experts [5] 27/19 116/11
118/20 132/12 147/14
expired [2] 53/19 190/24
expires [1] 54/1
explain [8] 46/9 55/18 66/3
68/4 89/11 107/7 145/25
282/14
explaining [1] 58/25
explains [4] 47/10 47/14
59/22 164/11
explanation [1] 60/18
explicit [1] 65/9
explicitly [1] 246/8
exporter [1] 310/3
exposed [1] 126/23
exposure [14] 27/16 28/2
38/11 39/11 43/21 66/24
135/7 135/9 135/12 136/1
137/2 137/6 138/4 140/18
express [1] 232/17
expressing [1] 314/20
extend [1] 53/21
extension [1] 53/24
extensive [11] 99/21 173/7
173/12 173/15 173/17 173/19
173/21 173/22 174/2 174/5
174/6
extensively [2] 99/3 150/18
extent [5] 10/3 42/25 65/21
89/8 291/10
external [3] 15/13 112/22
115/7
extremely [3] 116/4 127/8
314/15
eye [2] 16/5 17/22
eyes [2] 18/5 149/7

**F**

F.3d [2] 95/4 144/25
face [1] 70/4
facilities [3] 285/4 304/1 304/1
facility [2] 306/7 306/8
fact [23] 4/25 5/13 9/16 16/12
17/16 23/9 26/1 29/15 35/13
36/4 37/21 39/10 55/16 66/18
77/19 78/2 99/18 154/8 171/6
173/12 240/23 249/13 312/22
factor [2] 27/7 116/21
factors [6] 100/15 113/14
113/15 113/17 185/11 185/13

facts [3] 42/5 145/1 310/13
FAHNESTOCK [2] 1/21 3/7
failed [5] 87/2 101/2 109/13
109/14 311/18
failure [1] 70/23 109/15
fair [16] 120/14 152/9 153/12
158/12 161/1 162/20 166/15
171/18 182/2 182/9 183/16
184/2 185/25 191/6 243/19
268/14
fairly [2] 29/4 72/5
faith [1] 291/12
fall [4] 218/7 218/9 218/11
218/14
fallen [1] 214/23
false [2] 113/16 150/11
false-negative [1] 113/16
familiar [6] 19/4 67/7 133/13
238/5 251/19 287/14
familiarize [3] 104/2 258/24
280/15
families [1] 99/24 100/2
family [5] 37/19 45/8 62/22
63/1 103/11
far [7] 20/20 41/2 57/8 141/8
182/12 268/2 290/12
fares [1] 89/10
Farkas [3] 148/12 148/14
149/3
fashion [1] 24/12
fasted [2] 138/18 138/19
faster [1] 131/1
Fatigue [1] 12/25
fault [1] 315/17
favor [1] 79/13
favorite [1] 226/18
FDA [109] 17/16 18/17 21/3
21/22 21/24 21/25 30/8 41/10
45/23 46/2 46/15 46/24 47/4
47/10 47/15 48/5 48/7 52/14
53/4 53/12 53/22 54/17 73/19
73/21 74/7 75/18 75/19 76/7
76/8 84/6 84/7 84/9 85/19
85/23 85/24 86/7 86/11 86/16
86/23 86/23 87/2 87/13 94/11
94/24 145/11 145/15 145/23
146/2 146/8 147/8 147/13
147/22 149/15 149/17 149/24
150/15 150/19 150/22 151/6
151/14 152/6 152/19 153/13
154/3 154/13 166/8 166/10
167/5 167/9 168/20 169/4
169/6 169/8 171/8 171/13
178/5 237/10 238/16 240/1
240/18 241/3 253/20 253/20
253/23 253/24 253/24 265/7
265/17 266/9 266/24 267/1
268/13 269/7 270/17 271/3
271/11 277/11 286/22 294/25
295/22 297/22 298/7 300/2
303/25 305/14 305/18 306/21
307/5 307/9
FDA's [3] 73/20 152/2 266/8
FDA-approved [4] 18/17
52/14 75/19 84/7
feature [2] 65/12 68/11
February [3] 76/15 121/5
175/7
February 2009 [2] 121/5
175/7

led [2] 138/18 138/21
Federal [6] 82/6 83/11 93/4
141/20 144/25 313/10
feel [3] 151/11 152/3 239/25
feels [1] 150/20
fellows [1] 199/23
felt [1] 313/23
few [15] 27/11 67/21 69/3
77/5 79/14 113/15 122/14
151/18 170/13 173/16 173/23
195/2 200/7 278/20 284/25
fewer [1] 21/6
field [7] 32/3 33/24 37/4 40/15
132/12 171/24 173/22
fifth [2] 51/1 112/25
fighting [2] 227/22 228/19
figure [23] 23/2 38/16 38/17
127/24 128/2 128/17 129/17
129/20 130/3 131/24 131/25
132/3 136/12 137/12 141/13
227/7 228/3 229/16 280/16
281/1 310/18 312/3 312/7
Figure 3 [1] 136/12
figure 5 [1] 38/17
figured [2] 46/17 229/6
file [3] 56/6 157/12 307/4
filed [8] 21/22 48/4 53/11
53/13 54/19 55/23 56/3 59/7
filing [3] 53/15 56/1 56/12
filings [2] 175/15 286/22
fill [1] 275/16
filled [1] 195/23
filling [2] 130/8 133/8
final [10] 71/16 117/24 169/1
180/5 194/4 273/17 273/19
282/20 282/23 283/5
finalized [1] 271/2
finally [5] 55/23 60/22 204/10
206/22 224/12
find [16] 13/4 23/4 24/16
52/19 109/13 114/7 139/17
140/11 143/18 153/5 163/22
193/3 194/6 194/9 281/19
316/3
fine [6] 22/12 72/7 132/19
144/4 154/19 214/18
finish [3] 247/13 247/16 318/8
finished [2] 305/24 318/15
firm [2] 100/25 101/10
firm's [1] 3/25
first [77] 4/12 5/8 6/25 7/2
12/10 12/11 13/10 21/1 22/1
29/14 29/18 32/24 32/25 41/4
44/19 53/1 57/22 59/1 62/16
62/21 63/12 69/4 75/10 77/19
79/4 83/10 97/17 97/20 99/8
99/10 99/13 102/3 102/21
104/21 114/10 116/9 117/11
119/24 121/7 121/10 122/3
123/2 125/21 129/4 141/21
143/7 146/1 155/25 159/2
166/24 167/1 177/22 178/23
198/3 204/1 208/2 211/7
211/25 218/25 219/2 220/16
228/14 235/15 245/3 256/4
257/1 257/3 277/21 279/22
281/12 283/9 290/13 292/4
294/6 295/18 295/23 303/15
first-line [1] 159/2
fiscal [1] 175/25

fit [1] 11/13
five [42] 4/9 16/22 12/10
19/22 20/23 24/6 33/22 35/23
41/25 45/13 50/24 51/4 51/5
51/17 51/18 51/22 53/24
54/11 56/18 78/25 92/5
100/10 114/22 121/24 122/5
172/21 181/14 181/16 181/18
181/25 182/3 182/7 182/11
182/13 182/25 183/1 183/9
183/10 218/13 219/17 261/1
319/7
five hours [2] 33/22 122/5
five years [2] 35/23 114/22
five-hour [1] 121/24
fix [1] 127/9
fixed [4] 109/2 126/4 126/21
127/4
flag [1] 317/16
flags [1] 286/8
flaw [1] 77/10
flawed [1] 77/9
flexibility [1] 127/9
flip [2] 143/6 178/3
floor [1] 78/15
fluids [1] 86/5
fluvoxamine [35] 38/22 38/25
39/5 39/13 41/5 41/12 85/11
93/7 93/10 133/19 134/3
134/4 134/7 134/8 137/3
137/5 158/21 158/23 159/1
159/2 159/9 233/9 233/21
233/22 234/6 234/8 234/10
248/11 248/15 250/1 250/3
250/5 250/11 251/5 283/7
focus [14] 20/24 21/2 77/9
90/12 96/2 237/8 242/22
262/8 266/5 269/4 270/12
270/13 272/9 280/9
focused [2] 36/13 226/10
focusing [1] 14/8 35/24 56/19
folks [4] 37/3 120/10 143/24
313/1
follow [20] 50/20 83/15 93/24
94/2 141/14 203/12 211/13
217/9 217/14 222/16 236/10
245/11 246/4 304/18 304/20
307/19 307/21 308/1 308/6
312/23
follow-on [1] 50/20
follow-up [1] 203/12
followed [3] 203/15 268/12
314/8
following [13] 56/3 61/16
90/25 130/13 151/15 177/18
177/24 184/8 193/6 204/10
251/11 273/24 296/2
follows [6] 13/25 97/21 198/4
222/9 246/6 254/12
food [42] 12/6 37/6 40/11
40/12 41/1 41/24 42/3 43/2
43/6 43/12 43/13 43/14 68/18
68/24 68/25 68/25 69/13
69/13 69/16 69/17 69/25 70/1
70/3 70/3 70/10 70/11 70/15
95/13 95/14 138/10 140/17
142/1 142/19 142/20 186/22
187/25 188/8 188/24 189/3
189/6 193/8 193/12
food-effect [2] 41/1 41/24

**F**

footfaulted [1] 311/24
force [7] 78/5 172/25 173/3
190/22 194/13 194/18 311/8
foregoing [1] 320/4
forensic [1] 98/15
forever [1] 236/14
forgot [2] 142/14 155/19
forgotten [1] 143/15
form [9] 15/9 96/19 104/1
141/17 175/12 183/17 273/15
294/7 294/8
formation [2] 44/18 282/11
formed [7] 44/8 278/1 282/14
282/22 282/23 283/4 283/11
forming [5] 209/6 210/7 238/7
240/11 249/13
Formosa [9] 270/22 270/24
270/25 295/24 297/2 297/23
298/6 299/3 299/7
Formosa's [1] 299/11
forms [8] 183/15 183/18
183/23 184/23 283/1 294/7
294/13 294/16
forth [4] 21/23 61/13 142/5
240/17
forum [1] 147/14
forward [5] 23/7 25/10 26/24
97/10 198/18
found [15] 38/19 39/21 40/11
44/7 74/20 83/17 86/4 86/11
114/9 240/12 266/16 278/4
278/5 281/18 281/24
Foundation [1] 200/17
founded [1] 11/2
founder [3] 11/4 84/17 98/4
four [23] 12/10 12/11 35/23
39/15 45/16 45/16 50/24 51/4
51/21 51/22 56/20 79/2 92/5
106/24 107/9 107/14 123/21
137/8 196/22 203/15 239/1
244/6 244/16
four hours [1] 39/15 137/8
196/22
four months [1] 203/15
fourth [1] 68/16
franchise [4] 20/1 20/9 259/19
276/20
free [1] 145/5
frequently [2] 13/1 16/13
Friday [1] 168/15
front [10] 38/14 73/3 73/6
102/3 162/25 168/7 170/2
182/16 192/21 237/23
fruition [1] 114/16
frustrating [1] 143/9
frustration [2] 232/17 314/20
full [10] 45/14 73/24 118/5
174/21 175/2 178/23 238/22
305/3 306/14 308/24
fuller [1] 317/24
fully [3] 15/12 15/16 283/25
function [4] 13/22 18/6 151/12
152/3
functional [1] 53/7
functions [2] 150/20 212/25
fundamental [2] 66/4 78/7
fundamentally [1] 13/9
funding [2] 200/14 200/16

further [14] 20/4 72/16 87/21
93/6 154/18 192/15 236/23
253/4 254/1 280/6 280/17
287/5 300/23 303/2
Furthermore [1] 69/15

**G**

G-protein-coupled [1] 103/12
gallery [1] 3/17
GARRISON [2] 2/2
gathered [1] 133/6
gave [8] 11/12 47/4 54/16
97/2 168/15 174/12 229/12
290/17
gears [4] 173/6 180/9 242/19
246/11
gene [3] 99/8 99/12 99/13
general [7] 51/10 84/18 97/13
100/11 200/8 242/2 242/10
generally [4] 54/5 63/7 72/2
305/18
generic [10] 29/24 45/21
84/10 205/20 206/2 304/17
304/19 306/25 307/16 307/21
generics [1] 312/19
genetic [3] 98/15 100/15
205/5
genetics [1] 98/13
genome [2] 98/14 98/14
genotoxic [1] 267/16
genuine [1] 51/7
get [48] 8/10 11/17 11/23 12/3
12/21 13/18 15/2 21/5 21/6
21/6 24/18 27/11 27/24 29/9
39/5 45/25 74/3 74/5 74/6
77/20 79/3 85/18 86/22 86/23
86/23 86/25 101/18 106/17
109/22 141/21 218/11 221/1
226/22 227/7 228/12 229/1
230/19 230/19 237/6 254/18
274/7 275/16 305/18 312/3
312/24 313/3 315/25 318/13
gets [1] 244/6
getting [4] 84/4 162/25 316/8
317/6
give [23] 5/21 5/24 6/23 9/1
9/2 16/7 39/5 39/13 39/22
40/12 48/19 49/11 49/16
57/25 150/11 193/6 195/16
195/17 199/23 233/12 236/3
236/5 242/16
given [23] 8/1 20/10 27/23
33/5 37/23 59/4 62/20 63/16
63/24 64/5 75/8 75/12 126/22
126/22 139/10 158/25 179/5
212/22 229/14 261/10 261/21
266/14 276/3
gives [5] 14/21 45/13 134/20
270/1 277/7
giving [7] 7/8 55/19 65/10
202/21 206/9 213/11 213/11
214/9 298/21
gland [6] 16/19 16/19 17/2
17/24 17/24 36/24
glassware [1] 118/21
glassware-level [1] 118/21
Global [1] 309/2
gloss [1] 8/16
GMBH [1] 144/24
go [93] 9/8 15/3 15/6 15/17

15/19 17/7 17/16 17/17 18/10
19/13 22/23 22/24 23/1 23/25
24/4 28/19 29/4 29/11 33/12
37/1 48/19 66/9 69/10 70/19
80/16 88/7 89/8 89/14 91/7
98/18 100/3 115/19 120/15
123/10 123/10 127/1 127/22
128/1 131/13 136/18 137/20
148/7 149/11 152/25 156/24
157/23 163/7 165/13 169/11
180/10 182/16 184/16 190/18
191/12 203/10 211/7 211/25
212/16 214/12 218/6 218/8
218/10 220/16 222/2 222/17
222/20 223/23 224/14 225/9
225/24 227/11 227/13 228/11
229/10 229/15 234/17 235/22
242/20 242/25 244/17 248/6
251/21 254/23 276/16 281/4
291/5 291/25 297/8 316/1
316/13 316/22 318/13 319/8
Goa [3] 305/16 305/21 306/7
goal [9] 92/14 116/9 116/9
146/2 212/9 213/6 221/2
221/2 241/20
goes [9] 31/16 33/2 39/4 65/6
113/23 177/10 177/14 219/14
236/4
going [138] 5/17 6/25 7/2 7/10
7/16 7/21 8/14 8/15 8/23 8/25
9/1 9/24 18/15 22/7 22/8 22/9
22/11 24/2 24/17 24/21 25/23
27/14 29/17 30/3 30/4 30/6
30/13 30/22 34/20 37/25
38/10 39/4 39/23 42/6 45/12
46/10 46/11 46/22 46/24
47/19 48/10 48/25 49/19
49/20 51/14 51/15 51/17
51/20 51/25 54/25 55/16
56/19 57/7 57/15 57/25 64/9
66/3 67/7 69/12 70/18 71/11
77/14 77/18 79/2 80/24 80/24
84/16 84/22 90/11 90/12
91/15 96/2 114/18 117/12
120/11 127/20 130/7 133/10
141/16 141/22 144/14 147/23
152/8 163/2 163/18 163/19
163/20 166/1 174/11 178/11
186/5 187/15 208/3 208/18
214/10 214/11 217/13 217/15
220/13 220/14 222/9 222/10
222/15 222/18 223/19 225/18
226/9 226/9 227/16 228/4
228/23 228/24 229/21 230/15
230/21 231/4 235/16 246/4
272/9 274/10 274/11 275/8
276/18 303/8 303/25 306/23
310/22 313/3 314/4 314/9
315/8 315/9 316/3 316/12
316/13 316/21 316/23 316/24
GOLOB [2] 2/9 97/9
gone [1] 83/12
good [38] 3/6 3/13 3/21 3/22
4/4 6/8 10/17 20/15 23/19
40/7 79/13 79/14 79/25 80/12
84/12 84/14 128/15 143/4
160/11 173/25 197/13 197/13
198/11 198/12 226/16 226/17
226/23 227/1 228/2 237/3
237/4 254/15 255/3 255/5

291/12 303/13 312/9 315/1
315/5
good-enough [1] 128/2
got [34] 6/5 19/6 19/17 20/3
20/6 21/3 21/7 25/12 25/19
39/15 45/22 46/17 47/1 49/3
53/24 67/7 79/15 79/15 84/20
99/9 101/8 128/7 131/1
196/15 197/4 226/21 226/22
227/10 229/11 267/7 276/20
315/3 316/21 317/9
Gotcha [1] 48/12
gotten [1] 71/8
govern [1] 177/12
government [1] 34/22
grab [1] 28/18
Grabowski [1] 4/17
grade [1] 199 257/20
257/23
grant [1] 53/22
granted [4] 21/4 50/14 53/16
190/3
graph [4] 130/21 142/10
163/9 164/24
graphical [1] 128/21
graphically [1] 40/17
graphs [1] 141/11
grappled [2] 83/23 83/25
gravamen [1] 83/14
grayed [1] 220/8
great [11] 3/20 4/1 18/24
27/16 66/4 78/24 145/2
164/15 231/8 259/14 259/22
greater [2] 44/13 76/18
greatly [4] 26/21 40/4 137/6
315/10
Greece [2] 97/25 98/10
Greek [1] 14/3
green [6] 38/25 40/18 136/23
136/24 137/14 137/23
Greenblatt [9] 62/11 66/3 68/3
317/17 317/18 317/25 318/8
318/11 318/11
GRETKOWSKI [2] 2/10 97/9
GROOMBRIDGE [26] 2/2 3/9
49/25 55/15 60/23 61/8 67/22
71/24 78/23 79/18 83/4 89/17
96/1 132/21 144/22 145/7
161/10 162/9 162/12 163/10
165/2 174/12 186/8 186/21
189/9 316/14
Groombridge's [1] 185/2
ground [2] 59/25 228/23
group [6] 16/11 62/17 100/14
243/6 243/12 309/6
group's [1] 74/2
groups [1] 16/12
Gruntenthal [1] 144/24
GSK [1] 313/10
guess [10] 10/18 120/11
120/12 130/9 130/20 141/12
240/10 246/12 250/15 306/7
guests [2] 148/17 148/18
guide [2] 211/20 307/12
Guidebook [1] 170/2
guideline [8] 74/9 74/15 75/11
75/23 287/15 287/17 287/20
288/8
guidelines [9] 73/19 73/22
74/7 75/17 75/19 76/6 76/8
287/20 287/22

G

guys [2]  227/4 227/14

H

Hack [11]  57/23 58/23 59/21
60/3 60/17 64/19 64/22 67/7
67/11 69/4 69/6
had [81]  19/23 19/25 20/3
20/10 20/25 21/1 23/14 29/7
29/10 31/11 32/18 42/23 48/9
48/24 52/10 52/13 52/15
52/20 53/11 54/7 55/21 56/10
58/25 59/2 61/10 71/4 71/8
74/24 76/16 77/15 90/7 97/4
104/17 109/13 118/21 125/21
126/14 126/17 127/10 142/9
143/15 144/18 151/18 151/20
156/4 167/25 182/1 185/7
195/21 195/25 196/18 203/4
203/5 203/7 203/16 203/16
217/23 218/12 230/19 234/7
239/21 243/12 253/10 258/25
259/2 259/11 259/18 259/21
267/8 268/2 276/21 280/6
280/12 286/10 289/13 298/2
299/13 309/7 310/13 311/24
315/15
half [18]  14/11 15/11 15/12
39/12 57/19 57/20 59/17 69/9
109/21 110/6 143/24 199/17
199/18 218/13 283/11 293/7
310/20 319/8
half-hour [1]  143/24
hand [10]  5/1 5/2 64/17 85/15
123/12 126/1 174/22 175/3
293/13 297/4
handed [1]  237/6
handful [2]  37/22 226/25
hands [1]  101/2
handwritten [1]  104/11
happen [12]  15/14 16/2 17/22
18/6 38/3 40/21 42/23 141/23
143/13 179/21 197/15 222/12
happened [3]  19/22 31/16
109/13
happens [12]  12/17 15/5
17/19 18/3 38/25 40/3 134/20
143/9 143/10 222/19 232/21
318/11
happy [1]  227/23
hard [5]  10/12 23/4 24/16
130/21 228/11
Hardeland [14]  60/3 60/5 60/7
60/8 60/11 60/16 64/20 64/22
64/23 64/25 65/2 67/10 67/11
69/5
harmful [1]  44/15
Harmonisation [2]  73/23
73/25
harmonize [1]  74/3
Harvard [2]  84/19 122/4
has [87]  6/11 6/13 6/17 8/1
11/12 15/8 16/6 18/4 20/21
20/21 31/1 38/8 44/23 45/1
45/16 47/1 49/10 50/11 50/16
50/23 52/7 53/5 61/6 62/13
64/10 64/25 67/17 67/24
68/25 77/7 78/14 83/23 84/11
88/22 89/17 91/21 92/25

96/12 99/18 101/5 106/13
111/9 116/12 119/10 120/5
132/21 138/2 141/18 143/23
153/23 158/15 175/8 178/14
178/17 181/25 182/19 188/14
195/6 208/20 227/3 231/24
235/2 241/13 250/3 259/3
261/12 261/15 261/17 263/23
264/4 264/13 266/9 267/1
267/12 283/23 288/21 288/23
290/10 290/12 290/12 290/22
301/14 305/22 307/8 311/13
313/7 316/18
has [1]  261/15
has 3 [1]  261/17
hasn't [2]  7/17 190/24
have [303]  3/8 3/9 3/15 3/16
3/18 3/25 4/5 4/6 4/14 4/23
5/3 5/11 5/12 5/12 5/20 6/24
7/10 7/20 7/22 8/8 10/12
10/21 11/3 11/7 11/21 14/20
16/4 16/4 19/14 20/20 23/5
23/6 23/6 23/20 24/8 24/16
25/11 25/12 25/14 25/21
25/25 26/3 26/3 26/10 26/12
27/8 28/14 29/1 29/17 30/3
32/9 32/21 33/9 33/11 33/12
35/6 35/19 37/25 38/4 38/11
40/12 44/13 44/14 47/10
48/22 49/2 49/6 50/17 51/5
51/13 52/23 53/19 55/13
56/17 57/9 58/9 60/1 60/22
63/24 64/23 66/1 66/10 68/6
69/3 69/19 71/17 71/20 71/21
71/22 73/8 75/5 75/16 76/5
76/17 77/10 77/16 78/10
81/18 83/2 83/2 83/18 85/9
95/10 97/8 98/1 98/6 98/20
98/22 99/1 99/2 101/2 101/12
102/5 104/9 105/1 105/18
106/23 107/17 108/3 109/8
109/9 109/24 110/10 112/21
113/9 114/16 116/11 116/13
116/13 117/10 118/7 118/9
119/1 119/10 119/11 119/14
119/16 120/12 124/12 126/10
126/13 126/20 127/25 128/10
133/6 135/21 137/8 137/10
138/24 139/2 140/12 141/10
142/9 144/7 144/9 144/14
150/13 151/7 151/14 152/19
157/23 158/14 158/22 159/10
159/16 160/1 162/15 163/8
163/13 163/20 164/22 169/4
182/7 189/16 191/4 191/8
192/20 195/2 200/13 200/14
200/15 201/4 201/9 201/14
209/17 213/2 214/13 214/23
215/24 217/12 218/13 221/14
222/9 222/10 223/19 223/20
225/1 225/23 226/2 226/9
226/16 226/23 227/1 227/16
227/19 228/2 228/21 229/6
229/13 229/15 230/3 232/7
233/17 234/9 236/23 244/15
246/15 246/18 247/3 247/23
248/5 248/11 248/21 249/3
249/11 251/8 253/13 253/22
255/6 256/22 257/3 257/5
259/21 260/11 261/20 261/22

263/7 263/9 265/20 267/13
267/14 267/25 268/19 269/11
273/22 275/13 275/18 280/25
285/4 286/6 286/9 287/5
289/10 290/20 291/1 292/10
295/3 297/20 300/18 301/15
303/2 303/5 303/18 304/14
307/15 307/18 309/3 309/12
309/19 309/19 310/10 310/12
312/6 312/9 312/12 312/13
312/18 312/19 312/19 313/24
314/13 314/16 314/22 314/25
315/9 315/15 315/15 315/20
315/21 315/25 316/1 316/6
316/11 316/20 316/20 316/25
317/7 317/14 317/17 318/4
318/13 319/2 319/4
haven't [3]  237/4 276/2
318/15
having [24]  6/14 9/5 28/19
40/5 43/5 51/18 83/12 97/19
101/21 130/21 139/5 153/15
198/2 199/22 223/20 241/12
244/13 254/10 254/11 254/22
261/24 311/6 311/18 312/25
he [36]  5/16 5/17 5/24 6/13
6/17 7/17 8/14 8/17 9/16 9/16
9/24 10/1 10/8 32/11 57/3
62/13 72/17 72/17 73/1 73/2
84/23 84/25 96/12 119/10
144/2 145/4 145/4 149/3
149/16 230/23 245/12 317/19
318/1 318/3 318/7 318/12
he'll [1]  87/16
he's [14]  5/18 5/18 6/14 7/9
8/15 51/15 51/20 57/2 79/19
84/17 84/19 84/20 84/22
275/22
head [7]  100/13 189/14
189/14 242/17 251/20 258/5
315/6
headed [2]  111/5 111/25
header [1]  295/19
heading [4]  117/25 179/11
250/24 252/13
health [6]  57/1 57/2 98/12
99/6 247/3 251/11
healthcare [1]  57/3 80/6
healthy [3]  16/2 124/18 187/1
hear [30]  6/7 13/3 16/14
19/17 21/17 21/24 22/7 23/9
23/17 24/2 24/21 28/5 33/23
37/14 42/24 44/6 62/1 74/12
74/16 79/17 81/25 84/5 84/11
84/16 85/7 85/11 87/15 143/8
245/10 310/13
heard [15]  49/25 52/7 61/7
77/7 78/23 87/25 93/2 95/24
96/1 96/22 232/17 238/11
245/7 253/16 276/6
hearing [5]  17/18 19/9 32/19
50/7 53/6
heart [4]  4/14 252/24
height [2]  40/22 138/23
held [3]  95/15 98/6 273/24
Hello [1]  287/9
help [8]  41/22 123/3 177/16
271/22 278/8 282/13 284/2
286/16
helped [1]  123/1 282/13

helpful [2]  159/17 214/20
helps [1]  144/9
her [9]  97/3 97/4 97/13
179/17 180/1 203/9 203/11
203/15 203/16
here [140]  3/8 9/18 9/25
10/19 10/23 14/9 15/5 15/7
16/18 18/12 21/10 22/18
25/18 26/5 26/16 27/7 27/10
28/12 28/25 30/13 31/8 31/18
32/10 33/19 36/17 37/10 38/7
39/24 40/3 40/11 42/5 43/8
44/5 44/22 45/1 45/19 46/4
47/6 49/11 61/20 64/24 68/18
69/15 74/9 76/12 79/5 79/9
81/1 81/15 82/16 86/11 86/22
87/8 88/13 88/17 88/18 89/20
89/2 89/2 89/9 89/20 90/6
90/7 90/16 91/21 91/23 94/10
97/2 97/6 112/2 112/18 115/8
119/14 121/15 121/23 128/2
128/4 128/20 137/11 138/16
138/17 149/12 149/19 150/15
150/23 151/10 152/20 157/13
159/3 164/24 176/14 177/6
192/3 194/17 195/4 195/5
195/15 208/7 211/4 211/11
215/20 217/20 220/5 220/8
221/14 224/7 224/22 227/1
227/8 229/3 231/10 233/6
234/19 235/13 235/23 238/11
238/19 243/3 257/12 262/13
262/14 264/2 265/2 269/10
275/16 279/24 282/18 285/18
291/7 295/22 297/21 298/15
300/2 300/6 303/1 315/1
316/11 317/1 319/1 319/7
here's [1]  29/4 35/25 44/22
hereby [1]  320/4
hesitate [1]  173/21
Hetlioz [47]  11/15 18/17 19/2
56/5 61/5 61/14 81/5 84/8
85/21 85/22 87/4 87/9 87/13
93/18 154/24 157/6 157/15
158/15 158/23 161/9 166/7
167/6 167/7 170/13 171/1
171/23 172/16 189/2 191/20
204/10 204/18 204/25 205/6
206/12 237/10 238/1 240/13
241/14 241/21 243/4 243/6
243/12 248/8 248/13 248/22
249/4 249/10
high [7]  92/7 259/7 262/3
262/4 267/7 285/10 285/17
higher [5]  63/17 65/25 130/11
153/21 269/19
highest [2]  74/10 123/25
highlight [3]  111/24 208/9
244/21
highlighted [7]  57/16 64/12
178/14 208/10 219/18 223/16
234/20
highlights [1]  108/23
highly [9]  51/1 56/8 56/10
56/15 75/6 75/20 138/3
257/19 257/22
him [8]  7/16 7/16 9/18 10/6
51/18 217/23 230/21 318/16
himself [1]  85/1
his [12]  5/24 6/16 7/10 32/4

H

his... [8] 32/11 91/17 99/16
145/5 148/13 179/16 180/1
318/5
historical [2] 45/17 270/20
history [5] 10/2 10/20 74/23
124/19 292/12
hit [1] 40/16
HOESCHEN [4] 2/14 3/12
3/14 316/17
hold [15] 25/15 25/20 26/13
28/18 77/22 128/6 130/18
144/5 164/14 230/15 265/9
266/8 266/20 267/2 318/9
holder [2] 10/25 53/21
holding [1] 83/14
holds [2] 18/1 50/6
home [1] 97/4
homes [1] 195/23
honest [1] 42/19
Honor [139] 3/6 3/11 3/13
3/22 4/2 4/4 6/4 6/8 8/5 8/21
9/13 9/23 10/1 10/7 10/10
10/18 11/18 13/8 17/10 19/3
19/13 20/7 21/4 22/6 24/11
26/16 28/11 29/7 29/21 29/22
30/11 31/23 32/15 32/17
32/19 34/9 34/19 35/4 36/23
39/2 42/2 43/11 43/18 49/13
49/19 52/7 61/25 72/15 79/24
80/3 83/6 89/16 92/16 97/16
99/16 102/15 102/17 108/16
108/18 110/21 119/14 120/3
120/21 125/2 128/10 130/24
133/20 139/25 141/11 142/2
143/12 144/1 144/4 144/17
145/8 148/2 154/17 155/16
155/21 160/5 164/9 166/16
170/6 172/4 176/3 180/19
189/22 190/12 191/22 192/17
197/19 197/22 198/5 199/4
201/18 202/10 205/10 206/16
207/20 226/4 226/15 227/18
227/22 227/23 227/25 228/7
228/15 228/20 229/8 229/18
233/1 250/16 252/2 253/4
254/1 254/4 258/9 275/11
275/12 300/23 303/5 303/9
303/13 304/23 308/10 310/19
311/1 312/16 313/18 314/2
314/6 315/5 315/23 315/25
316/4 317/13 317/15 318/3
318/25
HONORABLE [1] 1/16
hope [2] 4/7 133/12
hopefully [2] 139/17 140/10
228/15 295/4
horizontal [1] 129/11
hormone [4] 16/21 16/23 52/5
52/15
Hospital [1] 84/19
host [1] 13/21
hour [66] 14/9 15/11 15/12
37/1 39/12 57/11 57/18 57/19
59/17 69/9 81/9 81/17 91/13
92/12 106/11 106/12 115/9
115/21 116/10 116/12 121/24
125/12 126/5 127/4 127/18
129/5 130/1 130/9 132/1

143/24 150/9 172/11 178/6
178/13 178/20 182/12 194/23
194/21 195/21 212/20 213/22
213/21 214/2 215/4 215/8
216/23 218/9 222/6 222/9
222/10 222/17 223/6 223/10
223/14 223/22 225/21 225/21
226/6 227/11 228/12 242/20
246/8 275/15 276/4 315/14
319/8
hours [102] 14/1 14/6 14/7
14/11 15/8 15/16 15/21 17/6
24/6 27/11 29/20 33/2 33/10
33/21 33/22 34/14 34/14
39/15 57/20 80/21 81/12 91/1
91/5 91/19 91/24 92/4 92/5
92/8 92/15 116/16 122/5
126/4 127/5 127/5 127/12
130/10 131/25 132/2 132/4
137/8 181/6 181/8 181/11
181/14 181/15 181/16 181/17
181/18 181/19 181/22 182/1
182/2 182/3 182/6 182/7
182/8 182/11 182/13 182/14
182/25 183/1 183/2 183/9
183/10 183/11 187/8 187/12
189/1 194/2 196/22 215/19
216/9 217/8 217/10 217/16
217/24 218/2 218/3 218/12
219/4 219/9 219/15 219/17
222/11 222/18 223/15 225/10
229/12 243/25 244/6 244/16
244/23 245/5 245/21 245/22
246/6 310/17 314/19 316/8
317/3 317/6 317/7
how [144] 12/8 23/10 25/5
25/10 27/8 27/14 28/2 28/9
31/3 37/11 43/6 46/5 46/21
54/18 55/9 59/22 60/18 71/18
77/1 77/19 78/6 84/23 87/21
90/4 92/9 93/23 98/1 99/5
99/22 100/2 100/9 100/17
100/24 101/8 101/15 114/19
122/1 127/20 129/25 134/21
135/1 135/8 137/11 141/13
141/25 142/16 146/9 149/9
150/20 151/15 152/2 152/7
152/24 154/3 154/9 155/7
157/14 158/9 163/16 173/15
174/6 181/20 182/3 183/25
191/4 193/18 193/23 194/2
194/22 195/16 196/5 196/22
196/23 197/5 206/11 209/9
211/21 212/4 212/11 212/17
213/12 213/8 213/16 214/5
214/14 214/23 215/12 216/15
216/15 216/17 216/24 219/10
219/10 219/11 219/22 219/24
220/21 220/25 221/6 221/16
221/22 222/13 223/5 225/17
227/5 233/23 234/3 236/8
236/11 248/25 257/9 259/18
262/13 262/15 264/25 266/24
270/17 271/2 274/3 276/3
278/18 282/14 282/22 285/12
286/13 290/18 291/11 291/18
291/21 291/21 292/22 301/7
302/24 303/18 304/14 305/14
305/22 307/24 311/15 313/3
316/21 317/21 317/23 318/21

however [5] 24/13 33/7
138/21 157/11 219/15
HPLC [23] 261/5 261/7 261/8
262/24 263/2 263/18 267/23
268/6 269/5 269/8 283/24
288/11 288/16 288/18 288/20
289/5 301/5 301/7 301/10
301/13 301/17 301/19 301/21
human [7] 13/25 42/24 74/1
98/13 98/14 107/3 136/4
humans [4] 59/2 111/9 134/17
267/5
hybrid [1] 311/12
hydride [1] 273/12
hydrochloric [1] 294/8
hypothesis [4] 109/5 109/7
109/11 127/20
hypothesized [1] 126/14
HZNP [1] 95/3

I

I'd [40] 10/3 15/18 51/9 60/24
77/4 77/9 79/4 83/2 83/2
104/4 118/24 123/11 141/4
143/12 145/10 152/15 154/15
157/22 174/21 180/19 194/4
199/4 202/10 205/10 206/16
236/16 237/5 237/8 240/7
242/21 244/19 250/15 256/14
260/12 265/21 268/20 270/7
279/7 284/15 294/23
I'll [16] 29/4 29/5 30/14 34/15
36/10 36/17 42/4 44/2 45/4
45/4 55/18 120/15 144/6
251/7 254/24 316/5
I'm [90] 9/9 19/3 19/9 21/24
25/2 29/21 49/19 51/14 51/16
51/17 54/25 56/19 57/15
57/25 64/8 70/18 79/2 79/13
79/14 80/3 80/24 80/24 83/19
90/1 97/25 106/8 118/19
120/11 128/1 128/9 130/21
133/10 141/12 141/16 141/19
141/22 143/3 143/7 143/10
159/5 162/25 163/20 164/16
166/4 166/9 166/13 168/19
171/10 172/18 174/23 174/25
182/24 183/5 183/25 187/21
188/1 188/9 192/10 196/22
198/22 198/22 217/15 226/9
226/24 227/6 227/7 229/11
229/15 230/15 235/16 242/8
255/22 265/3 274/1 290/8
290/14 295/4 296/17 297/10
303/24 305/12 306/23 310/18
311/1 312/3 315/5 315/22
316/12 316/13 316/21
I've [19] 25/12 25/19 26/5
28/23 128/7 131/1 200/17
201/12 226/17 226/21 226/22
227/10 229/11 230/19 251/18
255/7 315/3 317/6 317/7
ICH [11] 73/22 74/7 74/9
75/10 75/17 75/23 287/14
287/17 287/20 287/23 288/8
ICH Q3A [2] 74/9 75/10
idea [7] 32/25 149/9 155/4
155/5 155/8 156/5 312/19
identical [2] 29/25 296/5
identification [2] 17/13

identified [19] 83/22 99/20
132/20 262/19 285/24 264/1
267/13 267/14 267/18 277/20
277/21 277/22 280/19 286/10
298/14 299/8 300/3 300/6
314/16
identifies [1] 58/19
identify [20] 44/9 71/7 74/19
74/24 101/1 101/4 105/1
115/25 122/24 277/18 278/6
278/15 280/6 280/15 282/10
283/13 283/14 288/25 289/10
300/16
identifying [6] 98/14 223/25
224/16 225/11 277/14 284/11
identity [1] 288/15
II [1] 180/6
III [1] 177/22
illustrate [1] 77/13
IM [1] 72/21
IM Therapeutics [1] 72/21
imagine [3] 19/13 163/15
311/4
immediate [2] 114/19 238/21
immediately [3] 33/2 193/5
204/25
immune [1] 13/22
immunology [1] 62/12
impact [2] 210/14 315/11
impaired [2] 235/18 235/21
impairment [1] 12/25
implemented [2] 271/5 271/7
implies [1] 74/2
import [1] 305/22
important [31] 14/13 16/18
17/11 25/24 26/17 27/5 27/15
28/3 28/12 28/14 30/18 31/8
36/8 43/8 43/21 44/11 62/18
94/24 124/13 126/6 126/7
127/7 127/8 135/14 136/4
136/4 229/3 277/3 294/11
311/23 316/25
importantly [7] 13/8 54/17
93/22 96/8 127/11 135/24
300/5
importation [2] 310/24 311/19
imported [2] 305/21 306/1
importing [2] 309/23 310/2
impression [1] 312/4
improper [1] 77/2
improvability [1] 147/14
improve [5] 130/13 146/4
152/8 161/5 232/18
improved [3] 70/7 203/16
268/3
improvement [8] 86/19 87/7
89/13 116/24 152/13 153/20
203/8 244/3
improvements [1] 273/7
improves [1] 117/14
improving [1] 70/14
impurities [137] 12/8 23/19
44/3 44/8 44/10 45/13 45/15
46/2 46/6 46/14 46/19 46/25
47/6 47/11 47/23 48/20 49/1
49/10 73/16 73/18 73/19
74/10 74/20 74/24 75/1 75/5
75/7 76/16 96/2 118/14 257/7
257/10 259/14 259/19 259/22
261/10 261/21 261/22 262/1

impurities... [98] 262/3 262/12
262/13 262/14 262/15 262/18
262/24 263/14 263/16 263/20
263/25 264/4 264/7 264/17
264/19 264/22 264/24 264/25
265/2 266/16 267/14 267/16
267/18 267/19 267/24 269/5
269/9 269/17 273/20 274/8
276/19 276/21 276/25 277/4
277/6 277/10 277/12 277/15
277/18 277/24 278/5 278/6
278/9 278/12 278/16 278/21
280/17 280/21 280/22 280/23
282/5 282/8 282/11 282/14
282/19 282/24 283/2 283/5
283/8 283/10 283/12 283/13
283/17 283/19 283/21 283/22
283/23 283/24 284/3 284/11
286/2 286/4 286/5 286/6
286/10 286/15 286/16 286/21
286/21 287/2 287/2 287/24
288/3 288/7 288/22 288/24
289/10 296/7 296/10 296/25
297/25 298/24 299/20 300/5
301/20 301/22 302/18 311/11
Impurities1 [1] 278/1
impurity [110] 44/12 44/18
46/17 47/19 48/18 49/2 49/6
74/14 75/8 75/12 75/15 75/21
76/18 261/4 261/14 261/21
261/24 261/25 262/2 263/20
264/8 264/14 265/3 266/9
266/11 266/13 266/14 266/14
277/22 277/23 277/23 279/1
279/2 279/3 279/25 280/3
280/5 280/7 280/9 280/13
280/15 281/2 281/7 281/10
281/11 281/13 281/14 281/16
281/18 281/24 282/2 282/3
282/3 282/22 282/23 283/1
283/4 285/13 285/14 285/15
285/15 285/20 285/21 285/22
285/22 285/24 287/20 288/2
288/6 288/15 289/1 289/5
289/6 295/8 296/11 297/5
297/10 297/14 297/14 297/15
297/16 297/19 297/22 297/22
298/4 298/4 298/5 298/5
298/7 298/9 298/10 298/12
298/14 298/16 298/17 298/18
298/25 299/2 299/4 299/7
299/8 299/9 299/10 299/12
300/2 300/16 301/4 301/8
301/23 302/25
Impurity 3 [3] 299/4 299/7
299/8
Impurity 5 [12] 297/10 297/14
297/15 297/22 298/4 298/5
298/7 298/18 298/25 299/9
301/23 302/25
Impurity P5 [3] 297/22 298/4
299/22
inaccessible [1] 49/7
inadequate [1] 252/24
inbound [1] 310/4
INC [6] 1/3 1/7 270/22 305/25
306/4 310/3
incentive [3] 52/13 52/19

75/12
inception [1] 276/15
include [13] 81/21 141/19
155/2 155/4 156/20 162/17
169/18 178/11 190/12 237/12
240/20 259/5 309/10
included [4] 23/18 190/10
239/20 293/2
includes [7] 70/14 155/5
155/7 178/17 287/20 287/23
309/8
including [15] 51/23 59/13
74/8 76/3 98/15 101/24
125/14 177/7 210/4 246/24
247/4 251/10 251/16 286/25
302/15
inclusion [1] 167/6
incorporated [2] 41/10 310/1
incorporates [1] 70/6
incorporation [1] 43/23
incorrect [1] 43/18 108/5
217/4
increase [13] 63/16 67/2
103/8 111/19 157/17 157/19
233/13 241/24 242/4 242/12
269/11 269/13 269/14
increased [4] 91/11 91/11
91/13 91/20
increases [2] 63/5 137/6
increasing [1] 268/4
incremental [1] 40/25
incumbent [2] 226/25 314/23
IND [5] 270/19 292/18 293/2
300/10 300/12
indeed [5] 18/18 34/11 61/5
95/14 117/17
independent [3] 59/25 64/21
75/22
independently [1] 60/20
India [4] 256/23 306/7 306/8
311/20
indicate [2] 127/25 196/17
indicated [8] 134/9 159/1
246/24 250/1 251/16 252/15
252/19 253/3
indicates [1] 59/15 62/22
62/22 62/23 111/19 129/5
131/8 131/10 165/6
indication [6] 113/22 135/7
158/25 180/3 205/3 206/15
Indications [2] 111/5 252/9
indicator [1] 4/16
indicia [4] 77/5 77/8 77/10
78/8
indirectly [2] 79/11 95/16
individual [11] 14/1 14/3 14/23
15/21 18/10 30/23 76/18
261/14 261/21 261/25 262/2
individually [1] 297/6
individuals [4] 116/1 178/7
210/3 223/18
induce [22] 81/4 81/19 93/15
95/2 95/20 204/1 204/5
212/12 213/9 214/6 215/13
221/7 221/23 222/4 229/23
229/25 233/24 234/14 234/16
236/9 236/20 313/21
induced [2] 80/4 89/9
inducement [1] 89/15
inducer [17] 39/23 63/6 63/9

63/22 64/6 66/18 66/19 67/21
87/23 93/7 93/8 93/21 195/23
246/16 249/6 249/16 249/22
inducers [6] 66/7 68/8 68/14
107/4 185/15 185/23
induces [1] 39/25
inducing [1] 79/12
induction [1] 66/24
industries [1] 261/8
industry [5] 11/2 256/1 257/4
263/14 287/18
ineffective [2] 126/22 138/7
infection [1] 94/7
infections [4] 66/16 93/12
251/16 251/20
infer [1] 64/24
inference [1] 77/22
influence [1] 17/20
inform [1] 317/6
information [38] 18/9 24/10
34/21 48/18 59/19 60/16
60/17 64/25 70/9 87/3 91/25
93/18 109/23 148/9 156/21
157/3 158/14 158/18 158/19
158/22 158/24 185/7 185/9
191/19 205/6 240/12 259/23
270/21 277/9 290/24 291/1
291/9 291/11 298/23 299/14
300/9 304/8 308/2
informed [2] 85/24 86/7
infringe [9] 51/4 79/11 90/23
92/19 93/16 95/16 96/21
191/2 234/14
infringed [3] 51/16 79/7 96/24
infringement [67] 5/20 6/25
7/21 7/22 29/16 29/18 30/2
41/2 41/25 42/1 45/19 47/1
47/12 49/21 51/18 58/7 58/7
61/1 69/22 71/2 71/11 71/19
79/1 79/4 79/12 79/17 80/4
80/25 81/4 81/7 89/9 92/17
95/2 95/5 95/11 95/20 204/2
204/5 212/12 213/9 214/7
215/14 221/7 221/23 222/4
229/24 229/25 231/2 231/5
232/10 233/24 234/14 234/16
236/9 236/20 240/11 249/14
274/5 274/13 274/15 274/16
274/17 274/20 275/19 313/21
313/21 316/2
infringer [1] 311/8
infringes [2] 61/21 62/1
infringing [3] 82/19 94/19
94/25
ingesting [1] 138/10
ingredient [1] 309/12
ingredients [2] 309/5 309/14
inherently [2] 61/19 222/15
inherited [3] 23/15 118/17
259/25
inhibitor [1] 64/6
inhibition [1] 62/5
inhibitor [15] 63/5 63/8 63/13
64/14 64/15 65/15 93/1
93/4 93/20 133/19 139/23
185/12 246/15 249/16
inhibitors [8] 38/21 66/6 68/14
93/7 107/4 233/10 248/16
249/22
inhibits [1] 65/7 65/20

initial [9] 19/16 119/19
146/15 196/15 211/7 265/9
270/19 280/1 301/11
initially [5] 22/19 113/1 203/11
237/8 277/23
initiate [3] 103/15 114/12
122/5
initiated [2] 114/15 178/4
inject [1] 263/19
innovator's [1] 30/1
input [1] 149/7
inquiry [2] 80/10 81/8
insisted [1] 310/17
insomnia [44] 19/10 19/18
20/14 20/18 20/20 35/25 36/3
36/9 53/5 55/2 60/8 65/3 85/8
85/10 85/14 85/16 108/12
109/4 109/7 122/10 122/12
122/17 122/18 122/21 122/25
123/1 123/7 177/20 177/20
177/23 178/1 180/7 183/15
183/17 183/18 183/22 183/23
184/21 184/23 184/24 200/18
201/6 203/5 203/9
instance [5] 15/15 26/8 93/10
120/8 249/15
instead [10] 15/17 18/21
86/18 96/16 126/24 131/12
197/16 273/13 283/22 312/2
instituted [1] 141/23
Institutes [2] 99/11 99/6
instruct [13] 80/6 85/1 93/22
93/24 161/12 161/16 161/19
204/3 204/8 234/1 236/10
245/8 245/17
instructed [5] 172/11 172/16
172/24 241/13 247/9
instruction [5] 65/19 94/11
94/13 94/14 94/15
instructions [5] 94/2 211/20
234/4 236/12 245/19
instructs [3] 235/25 313/20
314/8
insufficient [2] 13/14 40/7
intend [8] 57/11 70/22 75/9
203/18 303/6 312/17 314/7
314/7
intended [5] 97/5 211/22
224/12 264/9 304/10
intent [4] 141/7 144/20 181/21
310/20
interact [2] 68/7 307/23
interaction [17] 37/6 38/17
41/1 41/19 68/15 92/20 93/17
101/15 133/18 134/3 158/3
185/4 185/6 185/22 186/22
228/18 246/12
interactions [9] 12/5 28/24
62/6 62/15 64/3 64/11 66/5
145/11 228/21
interest [8] 34/16 100/20
105/14 106/22 109/15 110/4
113/13 133/10
interested [6] 19/6 19/24
101/13 134/2 135/4 297/10
interfere [1] 30/21
intermediate [5] 272/12
272/13 272/17 282/24 283/5
internal [9] 15/8 16/3 18/7
22/20 24/22 110/15 110/16

internal... [2]  178/12 178/20
international [5]  73/23 73/25 100/7 100/14 183/21
interpret [1]  84/24
interpretation [6]  216/7 216/18 216/21 217/4 218/19 219/11
interpretations [2]  215/24 230/10
interrupt [1]  232/15
intervals [1]  131/15
intervention [1]  15/9
interviewers [1]  149/16
intimidating [1]  44/23
introduce [9]  6/3 97/7 150/10 254/17 255/4 262/23 277/8 295/10 303/10
introduced [4]  146/11 268/5 273/16 273/18
introduction [3]  6/18 6/19 32/25
introductory [1]  148/22
invalid [12]  48/21 57/12 62/8 68/15 68/20 70/7 70/16 70/23 76/10 77/2 78/10 96/25
invalidates [2]  59/24 60/20
invalidity [29]  5/2 6/13 6/17 7/1 7/2 7/6 7/14 42/4 48/13 49/19 51/15 51/17 56/22 57/21 58/8 69/19 71/2 71/15 71/21 72/19 77/4 231/3 231/7 274/11 315/21 316/1 318/4 318/8 318/10
invent [4]  50/2 50/3 76/10 258/14
invented [4]  50/1 74/17 275/4 275/5
invention [6]  10/2 49/12 51/7 70/14 78/3 275/7
inventive [1]  75/2
inventor [5]  9/15 74/16 180/14 257/25 274/12
inventor's [1]  274/12
inventors [7]  7/23 48/22 70/13 70/24 74/13 76/22 258/2
inventorship [3]  9/21 77/3 275/4
investigate [3]  116/7 117/3 117/13
investigated [1]  106/24
investigation [2]  141/1 260/7
investigational [3]  53/11 58/14 60/6
investigative [1]  102/10
Investigator [1]  103/21
investigators [2]  101/24 104/2
invitation [1]  39/7
invited [2]  148/16 148/18
involve [2]  12/5 257/6
involved [18]  11/18 12/8 37/17 37/17 37/20 42/21 52/6 92/20 100/4 101/8 116/6 136/2 141/5 145/12 280/24 283/14 294/24 306/5
involvement [1]  53/9
involves [6]  12/1 13/17 13/19 25/6 25/17 66/11
involving [5]  4/11 58/15 59/15 185/22 313/10

is [1203]
isn't [6]  43/3 44/14 220/25 228/10 249/17 273/11
isoenzymes [2]  65/5 65/8
isolated [3]  274/8 283/22 283/24
isolation [3]  122/4 285/12 285/19
Isomeric [1]  302/18
isovaleric [1]  282/25
issue [26]  5/7 6/10 6/11 6/13 9/3 9/14 9/22 32/22 41/20 42/2 47/1 52/2 56/1 77/13 82/2 83/20 83/23 83/25 174/2 220/25 230/18 257/12 274/20 314/13 314/16 317/16
issued [5]  50/9 51/6 53/17 56/17 78/11
issues [16]  5/2 7/18 25/17 29/17 34/24 43/8 49/19 49/21 51/13 52/18 204/13 226/5 226/25 312/9 316/25 317/14
it [730]
It seems [1]  275/1
it's [196]  7/7 7/9 7/13 8/1 12/15 12/15 13/1 13/9 14/23 14/24 17/4 17/15 20/15 23/3 23/4 24/11 24/15 25/14 27/10 27/15 28/13 28/20 28/22 30/9 33/16 33/17 35/16 36/3 38/16 38/17 39/4 40/1 41/3 42/19 43/23 45/5 45/17 53/4 54/12 58/2 58/4 59/7 60/25 63/16 63/24 64/24 71/11 73/10 73/10 79/20 79/25 80/5 82/11 82/17 83/11 83/22 86/3 88/4 90/5 92/7 92/24 95/24 95/25 96/18 102/18 108/19 110/24 112/15 119/9 119/19 119/22 120/2 120/4 120/7 120/24 121/11 122/15 124/10 125/3 127/14 128/12 131/1 131/11 131/14 131/16 132/13 132/14 133/23 140/3 140/22 141/15 141/16 141/22 143/9 143/25 144/4 144/8 144/15 147/2 148/5 149/14 155/17 155/23 159/17 161/9 163/2 163/19 163/24 166/19 168/7 170/4 170/9 174/18 174/21 175/17 176/6 179/24 180/22 181/13 181/18 182/7 184/4 184/8 187/15 189/25 190/15 191/15 191/25 198/16 199/7 202/13 205/13 214/10 214/11 214/19 215/16 216/9 218/14 218/17 221/1 224/11 225/4 225/22 226/1 226/25 228/11 228/23 229/3 231/4 232/20 233/18 234/20 239/17 240/5 241/17 243/17 244/14 245/20 250/1 250/18 252/5 255/18 256/17 258/10 260/15 265/5 265/24 267/5 268/23 270/10 274/25 275/2 275/8 275/22 277/3 279/10 284/18 290/2 292/1 292/23 295/13 295/19 296/6 298/3 303/5 305/4 306/4 308/19 311/9 314/23 316/8 316/21 316/23 318/20

319/4
item [7]  4/6 124/11 139/9 139/16 140/10 147/20 154/22
items [1]  4/5
iterations [1]  120/12
its [49]  16/3 20/24 20/24 43/7 45/21 50/19 53/2 53/13 53/25 54/15 56/3 56/4 56/15 70/4 71/7 76/20 78/12 85/22 87/22 87/22 89/9 97/17 121/23 129/2 177/19 179/1 185/22 239/6 241/13 241/15 247/21 263/24 266/19 267/23 274/4 280/14 286/22 288/15 295/23 297/21 298/5 299/21 304/17 304/18 305/14 307/2 307/16 307/20 307/21
itself [17]  13/4 15/24 16/3 27/4 27/12 27/17 27/25 39/1 39/11 40/10 50/10 54/4 96/9 113/15 116/3 154/16 258/14

J

J.C [3]  2/16 3/15 6/8
JACOB [1]  2/5
JACOBS [5]  1/21 3/5 3/7 11/3 316/18
jars [1]  195/22
Jaskot [4]  81/25 84/6 84/9 84/12
JENNIFER [1]  2/4
jet [1]  112/16
jetlag [19]  20/14 20/16 22/22 22/24 24/3 24/7 24/16 24/18 24/19 25/8 36/13 112/13 113/2 114/13 114/17 114/20 122/11 122/12 179/22
jetlag-type [1]  113/2
Jilapali [1]  149/15
job [3]  16/8 43/7 312/7
John [1]  84/17
joined [5]  21/10 99/23 258/22 267/10 267/11
joining [1]  259/4
Jonathan [1]  56/24
Joseph [2]  3/19 51/11
JOSEPHINE [2]  2/3 254/15
journal [8]  58/13 58/23 119/3 120/5 120/18 124/8 124/22 164/10
journals [2]  99/4 124/10
JTX [76]  108/7 108/16 108/20 110/9 110/21 110/25 140/11 140/19 140/23 140/25 147/20 148/2 148/6 154/22 155/21 155/24 161/8 165/13 169/24 170/6 170/10 171/20 172/4 172/8 180/11 180/19 180/23 186/14 189/18 189/22 190/1 190/6 190/12 190/16 190/18 194/6 202/3 202/11 202/14 204/15 204/22 205/11 205/14 205/16 205/24 206/17 206/20 206/22 207/5 207/13 207/21 207/21 207/25 207/25 240/5 242/21 244/18 257/14 258/7 258/11 289/19 289/21 289/24 290/3 292/16 292/18 292/20 293/5 302/5 302/6 308/10 308/13 308/14

308/20
JTX- 60 [1]  205/22
JTX- 003 [2]  207/5 207/21
JTX- 004 [2]  207/13 207/21
JTX- 006 [2]  257/14 258/7
JTX- 027 [2]  204/22 205/11
JTX- 028 [1]  204/15
JTX- 030 [2]  205/16 206/17
JTX- 033 [1]  205/24
JTX- 058 [1]  140/11
JTX- 103 [2]  289/24 290/3
JTX- 111 [1]  186/14
JTX- 117 [6]  292/16 292/18 292/20 293/5 302/5 302/6
JTX- 165 [2]  202/3 202/11
JTX- 29 [2]  304/23 308/14
JTX- 31 [2]  308/10 308/13
JTX- 58 [2]  140/19 140/25
JTX-003 [1]  207/25
JTX-004 [1]  207/25
JTX-006 [1]  258/11
JTX-027 [1]  205/14
JTX-030 [1]  206/20
JTX-033 [1]  206/20
JTX-064 [1]  108/7
JTX-1 [4]  180/11 180/19 180/23 244/18
JTX-103 [5]  190/6 190/12 190/16 289/19 289/21
JTX-110 [3]  147/20 148/2 148/6
JTX-111 [3]  110/9 110/21 110/25
JTX-115 [4]  169/24 170/6 170/10 194/6
JTX-12 [4]  189/18 189/22 190/1 190/18
JTX-165 [1]  202/14
JTX-28 [7]  154/22 155/21 155/24 161/8 165/13 240/5 242/21
JTX-29 [1]  308/20
JTX-58 [1]  140/23
JTX-64 [2]  108/16 108/20
JTX-99 [3]  171/20 172/4 172/8
judge [6]  1/16 141/14 141/23 143/10 313/11 313/12
Judge Robinson [1]  141/23
Judge Robinson's [1]  141/14
judgment [3]  96/23 291/12 307/24
July [1]  300/20
jump [2]  10/24 169/15
June [1]  163/20
jury [1]  319/6
just [121]  5/10 8/4 9/10 9/13 9/17 9/19 10/24 13/22 15/5 16/6 17/10 17/21 18/8 19/21 19/23 22/11 23/7 23/19 25/8 28/12 43/3 49/25 52/1 55/8 57/25 58/2 61/20 71/15 71/21 73/3 75/5 75/11 76/17 78/4 89/18 90/3 90/18 91/19 94/8 94/14 98/17 100/6 100/11 102/13 104/5 106/7 108/22 111/8 113/11 113/12 114/4 116/25 119/22 120/3 120/15 124/15 128/6 128/11 128/16

**J**

just... [57]  130/25 132/10
132/14 133/6 141/6 141/11
142/4 142/8 142/9 143/1
143/16 144/15 146/14 148/8
149/14 152/6 156/21 162/14
162/16 162/19 169/3 171/10
178/14 180/5 184/9 193/16
206/14 211/6 214/19 218/14
222/25 226/22 227/11 228/23
229/8 229/12 229/22 232/15
232/20 237/8 242/2 244/12
248/6 248/15 254/24 255/13
255/18 279/21 298/10 298/11
299/12 299/13 299/18 302/7
304/16 305/6 317/24
justification [1]  46/11

**K**

KAAN [3]  2/11 3/22 97/10
Kalinina [1]  97/5
KAREN [2]  1/21 3/7
keep [5]  16/15 31/13 50/20
75/12 144/10
KELLER [2]  2/13 3/14
KERI [2]  2/10 97/9
KERRY [2]  2/8 97/8
KESSLER [3]  2/16 3/16 3/17
key [7]  29/23 36/7 42/5 45/3
64/25 68/10 220/25
kids [1]  218/10
killing [2]  229/11 229/12
kind [21]  6/22 25/1 29/1 38/8
169/3 199/20 200/4 201/4
201/9 203/10 215/8 216/24
219/13 219/23 227/6 233/15
233/15 263/11 267/3 272/11
272/16
kinds [1]  76/17
kinetics [1]  134/6
King [1]  1/14
KLEIN [3]  2/4 197/21 232/24
knew [7]  42/17 49/2 80/20
101/11 113/8 115/25 116/9
know [100]  7/12 8/15 8/23 9/2
21/4 28/9 30/20 31/1 31/6
32/6 38/3 38/4 38/14 39/14
44/12 46/5 46/7 47/5 54/18
73/21 75/4 77/1 82/10 82/17
82/18 82/23 83/21 85/17
86/21 95/15 103/18 104/12
107/10 114/1 116/18 119/1
119/13 119/17 130/20 136/10
141/16 163/17 163/18 167/10
173/15 174/6 192/9 192/11
217/12 217/15 225/23 226/2
226/3 227/8 227/13 227/14
227/24 228/9 228/18 229/4
229/5 229/13 230/20 238/3
239/24 242/23 246/5 274/25
276/3 280/4 282/7 283/9
286/1 288/14 290/18 291/11
291/18 291/21 291/21 291/22
301/4 301/7 301/8 301/9
301/11 301/18 305/17 307/13
311/19 313/1 313/3 314/22
315/1 316/8 316/11 316/12
317/4 317/20 318/18 318/20
know-how [8]  54/18 77/1

**L**

knowable [1]  35/7
knowing [3]  46/20 130/9
136/2
knowledge [10]  108/3 150/24
176/16 185/17 185/23 253/22
296/14 310/23 310/23 313/24
known [25]  21/1 28/7 35/7
49/3 52/16 55/15 55/16 55/17
56/5 64/3 66/17 66/19 73/22
101/14 102/11 103/2 103/20
105/3 112/17 122/12 263/21
263/25 266/15 296/25 315/16
knows [2]  80/3 311/1
Ks [1]  175/12
Kurt [1]  308/25

lab [1]  122/8
label [153]  29/24 30/1 30/1
30/6 30/7 30/8 30/10 30/12
30/13 30/15 31/9 34/3 34/10
41/9 41/14 41/20 42/3 61/5
61/6 61/14 81/5 82/3 83/15
84/7 85/19 86/25 87/4 87/9
89/9 89/15 90/11 91/25 92/1
92/9 92/11 92/12 92/14 93/18
94/2 94/11 94/24 144/18
146/15 154/16 154/24 155/2
155/6 156/4 156/20 157/23
158/4 161/9 161/12 161/16
161/22 162/9 165/13 165/15
166/7 166/9 166/11 166/13
166/24 167/2 167/6 167/8
168/20 169/1 169/1 169/11
170/22 171/8 171/13 171/15
171/17 171/19 173/1 173/4
204/11 204/18 204/19 204/25
205/7 205/20 205/21 206/2
206/4 206/12 211/12 211/15
211/19 211/20 211/22 212/4
213/15 214/5 214/14 215/12
220/6 220/21 224/1 224/10
225/6 233/8 234/3 236/11
237/11 237/23 238/12 238/15
239/14 240/2 240/4 240/23
241/3 241/9 241/17 242/1
242/21 245/8 245/17 245/25
247/9 250/3 250/11 251/24
253/9 253/23 304/8 304/19
306/25 307/2 307/8 307/11
307/12 307/19 307/21 308/2
308/7 308/11 310/20 310/23
312/11 312/12 312/14 312/17
312/20 312/23 313/2 313/4
313/19 313/25 314/7
labeled [20]  38/7 57/9 68/18
88/4 88/17 88/18 88/19 89/4
89/6 256/5 257/14 262/15
262/16 263/21 272/11 272/16
293/14 293/16 293/19 308/15
labeling [6]  304/16 304/21
307/5 307/7 307/8 307/17
labels [39]  55/20 61/14 80/10
81/6 81/7 81/19 81/21 81/23
81/25 82/9 82/17 84/5 84/14
84/15 84/24 84/25 87/6 87/18
91/23 93/15 93/17 93/18
93/22 94/18 95/14 95/17

95/20 204/3 204/7 205/1
205/2 206/8 206/11 211/16
224/16 225/12 229/25 240/14
246/8
Laboratories [1]  95/3
laboratory [3]  178/11 178/19
270/22
Labs [1]  144/24
lack [7]  68/20 70/8 110/4
115/23 172/12 172/13 212/8
Lancet [8]  119/19 119/25
120/19 124/8 124/22 156/14
162/23 164/7
language [32]  32/5 33/5 40/15
41/9 84/7 167/5 167/7 167/9
168/21 169/4 169/8 208/8
208/13 208/14 209/15 212/11
212/19 213/8 213/11 214/5
215/21 221/6 221/22 222/14
223/16 233/23 234/24 236/8
244/12 244/25 290/21 304/18
Lankford [12]  36/2 57/23
58/12 58/17 59/20 60/2 60/7
64/19 67/7 67/10 69/4 69/5
large [3]  19/2 19/20 101/2
largely [1]  48/14
larger [2]  11/8 123/24
largest [4]  21/14 21/15 29/6
123/5
last [36]  6/25 7/2 8/6 9/7 9/13
23/1 44/2 62/23 68/16 70/17
70/18 95/22 97/1 97/7 107/24
116/17 123/12 142/3 148/25
156/7 157/22 179/14 219/18
228/15 234/17 234/17 235/16
243/9 264/11 264/11 264/13
272/9 299/24 308/21 313/10
318/2
lastly [1]  154/15
lasts [2]  28/2 53/20
late [4]  56/13 126/23 144/10
282/6
later [30]  12/18 12/19 15/11
18/10 18/11 20/19 24/18 25/2
25/19 27/11 32/1 40/16 54/11
54/13 59/9 61/21 62/1 99/18
128/7 128/12 139/11 178/10
203/12 203/15 222/10 222/17
263/4 277/23 299/8 317/17
launch [3]  170/13 305/17
305/19
law [15]  29/25 34/19 72/2
82/2 82/7 83/5 89/22 94/24
143/8 311/14 312/23 313/8
313/18 313/23 314/1
laws [1]  307/10
lawsuit [2]  45/18 50/22
lawyer [4]  45/18 812/3 316/12
317/7
lawyerism [1]  61/24
lawyers [13]  191/4 226/16
226/18 226/18 226/23 227/1
228/1 232/18 232/20 314/23
315/1 316/10 316/11
LCMS [5]  289/7 289/9 300/3
300/6 300/14
LCMS3 [1]  280/1
LCNMR [2]  300/7 300/14
lead [9]  13/13 61/18 100/21
115/21 211/13 214/10 220/10

220/14 316/12
leader [1]  148/14
leading [1]  95/2
leads [3]  61/16 63/25 91/11
lean [1]  198/18
learn [4]  117/17 125/16 265/7
267/23
learned [5]  106/3 117/11
125/17 274/14 274/17
learning [1]  4/13
least [11]  20/20 29/5 32/23
38/2 42/20 53/15 69/13 72/8
73/18 158/20 161/6
leave [4]  55/1 56/20 70/18
316/5
leaving [1]  77/4
lecturing [1]  199/24
led [5]  52/24 56/7 99/7 213/22
275/6
left [19]  13/24 14/6 56/18 57/8
64/17 99/5 100/17 120/10
128/17 131/1 131/21 131/24
136/7 163/9 230/14 247/2
276/1 297/4 315/9
left-hand [2]  64/17 297/4
legally [1]  94/23
Legionnaires' [1]  93/14
length [5]  130/12 161/12
161/16 245/8 245/17
lens [1]  6/21
leprosy [2]  66/17 93/13
lesions [1]  112/21
less [14]  14/7 31/4 40/6 40/13
65/24 73/15 80/20 113/8
150/14 197/14 233/14 244/8
263/7 288/22
let [31]  51/17 82/1 85/19
98/17 102/2 106/15 108/8
110/8 111/2 114/23 119/1
119/20 123/9 124/11 125/24
130/25 134/11 136/11 137/19
139/12 141/22 147/19 155/20
156/23 188/13 229/15 238/3
242/23 247/13 247/16 318/15
let's [95]  4/3 5/1 6/7 9/8 9/10
24/4 77/13 79/22 80/1 80/16
102/22 104/21 105/5 108/6
108/21 111/3 111/4 111/8
111/23 111/24 114/24 117/23
118/24 119/20 120/14 121/6
123/10 124/21 125/25 127/22
128/11 128/16 132/25 140/10
148/7 148/8 148/24 149/1
149/12 155/13 155/25 157/23
157/25 160/22 173/6 180/9
190/18 194/6 194/10 195/3
208/2 211/7 211/25 212/16
213/14 214/12 215/18 220/16
222/2 222/20 222/21 223/23
224/14 225/9 227/11 228/25
230/1 231/6 234/17 235/22
240/4 242/19 242/20 242/21
246/11 251/15 252/18 257/12
258/13 259/24 265/12 267/6
267/21 268/7 269/20 271/25
273/21 277/17 277/24 279/20
281/21 282/12 283/8 289/12
299/21
letter [5]  14/3 45/23 47/5
62/22 266/25

letters [1] 170/25
level [19] 17/1 31/19 31/21
39/14 74/9 74/14 75/7 75/12
75/15 118/9 118/21 156/9
259/7 266/17 267/7 285/10
285/17 296/11 309/13
levels [14] 49/6 67/25 73/17
73/19 74/18 74/21 74/25
76/22 107/5 134/5 149/8
266/10 266/11 287/21
license [19] 50/14 50/15
54/15 77/2 77/25 110/17
190/3 190/9 258/18 289/17
289/21 290/5 290/6 290/10
290/12 290/15 290/16 290/17
290/23
licensed [2] 114/19 306/20
licenses [1] 291/12
licensing [5] 101/13 101/20
110/7 110/16 114/9
lieu [1] 86/13
life [4] 13/6 50/19 53/24 78/12
lifelong [1] 12/16
lifestyle [2] 179/17 180/1
lifted [1] 267/1
light [22] 14/20 16/3 16/5 16/8
16/9 17/22 18/1 18/2 18/21
59/21 62/8 69/6 71/18 111/18
115/23 149/8 178/7 178/13
178/21 224/24 235/18 235/20
light-perception [2] 235/18
235/20
light/dark [4] 16/5 18/2 178/13
178/21
lights [2] 18/21 36/23
like [103] 5/3 5/8 7/6 10/3
13/11 15/17 15/18 19/1 20/14
21/16 22/10 23/25 24/9 24/15
25/20 26/19 27/1 27/4 27/4
28/24 29/3 35/25 40/18 41/4
43/20 51/9 60/6 60/24 66/16
68/8 69/20 77/4 77/9 79/4
80/8 85/15 87/22 93/13 94/6
95/23 95/25 104/4 106/13
112/16 118/24 123/11 133/7
141/4 143/12 145/10 152/15
154/15 157/22 159/6 174/21
193/15 194/4 196/4 199/4
200/18 201/6 201/19 202/10
202/16 202/17 205/10 206/16
207/20 212/25 214/19 216/12
216/15 219/24 219/24 237/5
237/8 240/7 242/21 244/19
245/11 245/19 245/20 250/15
254/23 256/14 258/7 260/12
265/21 268/20 270/7 275/1
276/3 279/7 284/15 289/7
289/23 294/23 299/13 307/17
307/23 308/4 308/12 308/16
likely [3] 68/7 138/7 225/1
likewise [3] 47/4 47/5 108/13
liking [1] 50/18
limit [4] 261/24 262/2 288/3
288/6
limitation [10] 57/10 61/3
72/12 81/19 216/8 225/20
227/17 227/21 237/9 242/20
limitations [3] 71/14 225/24

226/10
limited [2] 264/18 316/23
limiting [2] 58/5 209/12
limits [2] 260/24 267/15
line [18] 24/10 24/15 38/25
42/14 112/25 128/24 129/4
137/14 144/12 156/7 159/2
168/19 182/24 183/6 184/19
184/20 187/20 188/18
Line 7 [1] 184/20
linear [1] 24/11
lines [9] 104/22 106/17
123/12 123/13 129/7 129/11
133/8 196/17 261/1
lion's [1] 315/6
list [3] 112/18 120/9 299/9
listed [12] 12/11 107/24
121/10 171/4 172/22 174/16
180/13 192/3 264/19 299/3
304/16 307/7
listen [2] 91/17 143/3
listening [1] 141/17
listing [2] 191/20 297/6
lists [3] 107/19 251/11 292/3
literally [4] 8/13 82/20 132/14
301/18
literature [11] 59/20 59/22
60/18 159/24 173/8 173/10
173/12 173/19 173/24 174/3
174/7
lithium [1] 273/12
litigated [2] 11/19 227/3
litigating [1] 46/4
litigation [1] 11/16
little [24] 13/18 15/6 19/11
20/16 24/1 70/25 86/21 99/3
130/4 142/5 143/16 144/10
152/6 182/12 192/17 193/15
198/18 227/6 243/25 265/12
273/21 288/10 317/23 318/19
little astounded [1] 227/6
lived [1] 98/1
liver [3] 37/20 62/17 62/17
living [1] 198/21
LLP [1] 2/2
loaded [1] 315/11
local [1] 24/5
located [1] 13/20
logs [1] 259/21
London [6] 24/5 24/8 24/8
24/24 121/25 122/2
long [20] 27/14 27/16 28/2
31/4 50/17 52/16 75/6 77/20
78/4 92/9 98/1 100/9 116/16
127/20 130/20 193/18 276/3
286/13 303/18 316/22
longer [15] 4/9 18/5 39/6
40/14 40/23 50/21 53/20 92/3
106/13 131/19 139/9 233/18
247/17 275/3 275/23
look [73] 22/10 24/14 36/10
39/10 40/17 43/25 46/20
46/21 55/12 64/8 67/7 75/19
77/13 80/4 81/15 81/24 82/20
82/22 83/12 83/15 84/4 87/24
88/22 91/9 97/10 118/24
120/8 123/9 124/21 128/7
129/8 132/25 136/12 148/24
153/14 154/15 163/5 165/14
166/22 168/13 168/13 169/17

170/20 172/19 172/20 174/20
174/21 180/25 190/6 194/9
194/4 195/3 199/10 214/18
214/21 237/16 237/17 237/23
238/25 240/16 242/15 242/21
251/18 252/13 259/24 268/7
271/25 277/7 281/21 283/13
291/18 295/18 299/24
looked [7] 37/10 75/11 89/20
141/11 156/14 186/7 250/7
looking [54] 18/9 19/12 20/13
25/9 27/3 44/12 81/13 82/9
83/19 89/1 89/3 114/18
114/20 124/15 128/1 128/5
128/20 133/2 133/7 133/17
137/22 138/16 143/18 162/14
162/16 162/17 162/19 164/20
164/23 180/5 184/9 188/2
188/13 188/16 200/14 208/7
211/4 211/11 214/22 215/20
220/5 224/7 224/22 231/10
233/6 234/4 234/19 235/13
235/23 264/2 290/14 302/7
313/13 315/6
looks [5] 24/9 120/9 133/7
139/22 289/23
losses [1] 67/25
lost [1] 109/15
lot [37] 16/22 21/17 23/18
24/21 25/17 28/17 29/8 29/12
30/3 37/3 38/15 44/5 44/9
44/20 44/23 50/7 77/17 85/11
88/23 130/4 130/7 132/6
226/18 228/5 259/15 266/10
275/1 275/22 297/23 298/6
298/6 298/8 298/19 315/25
316/11 316/11 316/22
lots [8] 281/20 283/12 296/11
298/13 299/6 299/11 299/15
299/19
loud [1] 64/9
low [8] 20/8 73/17 73/19
74/21 74/25 75/7 116/5
269/17
lower [9] 40/16 63/25 104/23
130/10 138/21 152/20 153/20
156/20 269/18
lowering [2] 315/13 315/19
LQNTST [2] 88/18 89/6
LQTST [1] 90/13
Luan [1] 149/17
LUKAS [2] 2/11 97/8
lunch [1] 143/23
Luvox [1] 251/4
lying [1] 196/22

M

M14 [2] 38/8 38/8
made [20] 35/2 46/8 51/2
55/15 56/15 71/12 71/18
71/22 100/18 104/12 124/12
226/17 266/18 269/8 273/10
274/5 311/6 311/13 313/7
317/18
Magenis [4] 205/3 205/4
205/7 206/15
magic [1] 83/20
magically [1] 248/6
mail [1] 268/12
main [2] 224/24 263/6

maintain [6] 91/4 125/19
127/3 135/14 189/10 223/10
maintaining [5] 21/21 223/6
223/9 223/14 223/15
maintenance [2] 60/10 123/3
major [1] 93/10
majority [2] 15/1 34/5
make [49] 9/20 11/25 23/21
30/12 34/22 45/9 45/10 46/8
46/22 60/24 61/6 75/18 76/6
76/20 110/16 126/9 128/11
128/18 130/2 132/22 135/25
136/8 141/10 142/8 142/15
142/16 150/10 163/12 169/15
188/13 191/12 226/15 230/20
231/3 231/4 233/14 240/10
246/13 247/23 268/1 273/7
276/4 276/11 277/5 286/2
286/9 316/12 316/23 317/24
makes [8] 7/3 12/22 90/20
96/17 228/17 274/4 311/20
311/21
making [7] 45/3 73/17 74/17
76/11 94/10 110/18 311/5
management [3] 171/24
232/18 305/12
managing [4] 306/17 306/20
306/21
mandating [1] 316/9
manner [2] 80/7 203/10
manufacture [3] 290/18
290/25 291/13
manufactured [4] 76/15
295/23 305/15 305/20
manufacturer [3] 279/18
284/24 297/6
manufacturers [5] 284/25
285/1 285/5 296/3 297/1
manufacturing [42] 23/14 44/6
74/21 96/6 102/1 118/1 118/3
118/8 118/16 118/19 255/24
256/1 258/25 259/2 259/8
259/11 259/17 269/20 269/25
270/2 270/18 270/25 271/20
271/23 272/4 272/21 278/2
281/13 281/18 281/24 285/4
291/22 293/2 293/10 293/22
295/25 306/6 311/5 311/7
311/8 311/9 311/10
many [21] 13/5 13/21 13/21
13/23 13/23 36/13 99/18
103/11 114/20 159/22 219/24
257/11 259/14 259/21 262/13
264/25 267/14 271/2 273/20
274/17 316/6
map [5] 37/12 134/16 134/18
134/24 135/5
March [3] 1/10 176/20 179/8
March 10 [1] 176/20
March 2011 [1] 179/8
mark [2] 129/5 306/23
marked [4] 195/22 252/22
253/10 308/12
markers [2] 98/15 98/15
market [5] 11/10 50/17 50/21
306/19 313/15
marketed [2] 11/13 80/9
marketing [1] 251/3
Marking [1] 304/2
Martin [2] 308/21 308/25

Mass [1] 84/18
master [5] 13/20 16/13 172/17 237/24 238/20
master's [6] 256/22 256/24 256/25 257/1 257/2 257/3
match [1] 307/6
material [4] 54/23 104/16 206/7 315/25
materials [6] 44/18 147/21 265/6 267/22 278/7 284/1
math [1] 92/7
matter [10] 28/24 36/9 44/4 63/2 80/5 173/25 242/2 242/10 275/2 318/20
matters [7] 16/16 43/15 43/22 142/21 148/23 309/8 309/11
Max [1] 261/12
maximum [2] 40/16 43/21
may [70] 10/14 11/18 13/13 21/4 30/24 32/12 32/21 33/3 33/8 34/19 36/9 38/3 49/24 78/19 91/6 91/12 92/15 97/18 101/2 106/9 107/5 109/8 111/13 113/7 113/15 118/13 126/10 126/22 126/23 132/22 135/9 135/23 136/8 139/2 139/4 145/4 152/12 152/12 157/3 157/3 160/5 160/8 163/22 178/24 179/15 179/25 179/25 185/18 185/20 185/24 197/18 197/22 198/5 219/6 229/8 238/21 238/21 249/21 254/2 264/21 264/21 264/22 269/18 273/15 276/4 282/19 282/24 287/8 288/24 311/2
maybe [16] 91/7 126/15 127/25 128/1 128/16 130/25 143/22 152/6 181/16 193/16 227/12 227/13 227/25 228/16 243/7 316/13
McDuff [1] 4/18
MCTIGUE [2] 2/8 97/9
MD [2] 97/19 148/12
me [57] 3/15 3/24 7/1 8/24 49/16 73/4 73/5 73/6 79/13 82/1 83/1 97/2 98/17 102/2 106/15 108/8 110/8 111/2 114/23 115/22 119/1 119/20 123/9 124/11 124/13 125/24 130/20 130/22 130/25 134/11 136/11 137/19 139/12 143/16 143/25 147/19 155/20 156/23 163/16 163/19 173/18 183/5 184/19 188/13 200/9 218/10 228/11 228/11 230/18 232/17 238/3 242/23 259/4 303/22 310/14 316/7 317/6
meal [4] 187/8 187/10 187/12 189/1
mean [52] 15/9 24/7 32/5 33/25 42/19 56/12 68/25 82/5 82/5 82/15 92/7 103/6 105/20 106/2 106/8 107/8 111/11 111/21 113/12 120/9 123/20 127/13 130/25 134/18 142/16 148/20 151/10 157/11 159/3 181/2 193/9 193/9 196/12 211/18 224/10 225/22 226/8

226/25 227/8 227/16 238/11 242/6 242/8 261/19 265/13 269/14 310/16 314/18 314/24 315/1 315/11 318/19
meaning [14] 32/20 34/2 68/8 91/3 105/23 111/13 118/21 130/4 131/14 131/24 133/5 150/15 153/10 153/21
meaningful [3] 52/17 229/4 314/20
meaningless [1] 227/12
means [28] 13/5 14/5 18/8 24/21 25/11 25/21 27/3 28/1 33/25 37/18 45/2 54/6 65/24 91/3 91/4 122/13 123/21 130/8 157/12 192/9 209/14 209/15 214/1 215/25 245/2 261/20 266/14 296/7
meant [2] 209/10 274/9
measurable [2] 151/2 151/16
measure [11] 150/20 151/5 174/6 195/8 195/16 196/4 239/16 239/22 241/7 261/9 296/3
measured [6] 86/19 150/4 165/9 195/20 239/9 298/19
measurement [3] 136/24 195/19 239/17
measurements [2] 86/25 196/1
measures [8] 85/24 86/7 178/11 178/18 178/19 195/15 239/3 239/8
measuring [3] 131/15 152/12 197/5
mechanism [5] 43/9 44/19 59/10 159/23 179/2
medical [10] 11/11 31/5 32/3 34/10 84/19 119/3 124/10 199/22 199/25 200/8
medication [3] 94/6 210/5 211/21
medications [2] 200/15 203/8
medicinal [3] 72/22 72/23 96/12
medicine [29] 13/11 57/1 57/5 62/13 85/4 94/15 94/20 94/22 98/10 198/22 199/12 199/15 199/16 199/19 199/21 199/23 199/24 200/2 200/4 200/11 200/17 200/20 200/25 201/2 201/19 211/24 212/14 216/14 218/1
medicine-related [1] 199/21
Medicines [1] 95/3
meet [11] 11/10 71/14 91/20 225/17 226/1 237/4 275/19 314/20 316/18 316/20 316/20
meeting [5] 71/16 147/7 147/16 147/23 148/23
MEL1A [2] 104/25 105/2
MEL1B [2] 104/25 105/2
melatonin [91] 16/19 16/20 16/21 16/22 17/1 17/5 17/12 17/14 17/14 17/19 17/25 18/9 24/9 24/14 24/23 25/13 26/20 27/24 28/7 31/19 31/19 31/20 31/24 36/23 36/25 37/3 52/5 52/7 52/9 52/10 52/14 52/15 52/21 52/24 52/24 53/3

58/19 58/25 59/1 59/2 59/4 59/11 59/21 59/22 60/19 60/18 67/16 86/8 88/6 103/6 103/7 103/9 103/10 103/14 103/18 105/3 111/18 111/20 129/24 132/8 147/1 149/4 150/5 156/9 156/9 156/13 165/7 173/8 173/10 173/13 173/20 174/4 174/8 177/11 189/14 195/8 195/10 195/12 203/7 203/12 213/22 213/23 214/2 220/12 223/12 223/13 239/12 240/21 241/4 242/4
members [1] 148/16
memo [2] 148/11 148/20
mental [1] 57/2
mention [7] 11/16 49/10 82/3 88/8 88/15 240/23 269/10
mentioned [17] 11/3 11/21 39/2 47/24 49/4 67/16 75/25 82/17 95/9 201/25 214/16 226/20 262/21 284/25 289/16 309/7 310/10
mentioning [2] 5/19 8/17
mentions [2] 36/4 284/23
mere [1] 87/2
merits [5] 5/16 5/17 5/22 6/2 35/4
Message [1] 170/21
Messaging [1] 170/2
met [9] 8/6 76/21 160/12 227/17 227/19 237/4 273/18 316/22 319/3
metabolic [6] 13/1 37/23 134/16 134/18 135/5 135/8
metabolism [9] 13/23 37/11 37/12 37/17 42/21 65/17 136/3 185/18 185/24
metabolite [12] 38/7 86/8 88/6 150/5 165/7 165/9 195/8 195/10 195/12 195/12 239/12 240/21
metabolites [1] 38/4
metabolize [2] 67/3 107/21
metabolized [15] 37/11 37/21 42/11 42/16 63/2 63/11 64/5 65/5 65/22 66/7 67/19 106/21 107/11 135/23 185/8
metabolizing [4] 62/18 65/24 106/25 107/10
metal [1] 288/23
methanamine [16] 96/18 96/18 96/19 272/18 272/19 272/23 272/25 273/2 283/6 293/17 293/24 294/5 294/13 294/15 294/16 294/18
methanol [1] 273/14
method [24] 12/1 12/4 29/23 34/12 45/12 56/20 56/23 68/17 70/19 79/7 79/11 80/7 81/16 83/16 95/9 95/21 95/25 204/4 263/18 268/4 269/13 269/16 269/16 311/5
methods [8] 50/25 54/4 55/24 96/13 204/8 257/9 267/15 267/21
metric [4] 214/19 239/18 239/19 239/25
metrics [2] 214/16 239/23
MICHAEL [5] 2/5 2/19 3/18

303/10 303/14
microphone [3] 198/15 254/19 254/23
midday [1] 24/18
middle [5] 37/13 105/7 156/7 163/6 295/20
might [25] 6/19 14/7 14/10 14/10 22/24 22/25 27/13 37/12 44/17 49/2 67/4 69/25 85/10 124/13 151/16 152/11 159/16 218/13 254/18 264/21 282/14 283/5 318/1 319/7 319/8
Mihael [2] 97/17 97/19
MILEA [3] 2/5 303/10 303/14
milestone [1] 20/4
milestones [1] 109/25
milligram [2] 118/22 224/11
milligrams [22] 36/20 57/19 58/16 59/16 59/16 60/10 64/16 68/23 95/12 123/17 123/22 123/22 123/22 123/23 124/1 212/19 213/21 223/24 224/8 224/13 269/12 269/12
MILLIKEN [7] 2/18 3/16 160/12 163/11 192/25 194/5 194/12
million [2] 109/21 110/6
Min [1] 261/12
Min/Max [1] 261/12
mind [4] 83/9 144/10 156/4 188/10
minimum [1] 111/22
minus [1] 128/25
minute [1] 228/12
minutes [24] 5/10 58/16 69/1 69/8 78/17 92/3 92/5 92/5 157/17 157/18 157/19 218/8 219/24 227/24 228/9 243/12 243/15 243/24 244/3 276/1 303/6 310/13 311/19 319/7
misleading [1] 176/17
missed [1] 296/17
missing [4] 36/8 36/14 243/17 274/1
mission [1] 74/2
Missouri [1] 256/24
Missouri-Columbia [1] 256/24
mistake [5] 119/14 124/12 127/25 299/9 299/12
mix [1] 309/20
mixed [1] 123/1
MM2 [1] 269/12
model [5] 11/6 101/5 106/4 121/24 122/8
modern [4] 14/20 34/19
molecular [3] 62/14 71/7 98/12
molecule [12] 11/10 12/6 19/5 38/10 50/6 50/10 86/4 99/20 101/9 103/2 158/10 307/14
molecules [2] 86/7 301/15
moment [10] 11/13 20/16 23/10 51/12 55/18 98/17 173/6 201/25 237/6 250/15
Monday [1] 1/10
money [1] 52/13
monopoly [4] 50/16 50/18 54/1 78/12
month [3] 178/15 178/17

**M**

month... [1] 247/15
months [5] 30/25 116/17
170/13 203/12 203/15
mood [3] 177/7 234/6 234/11
more [56] 13/18 14/6 14/8
15/6 20/11 20/16 24/1 25/6
25/16 25/17 29/2 31/4 40/13
43/8 46/16 46/18 50/7 53/6
54/6 57/4 62/13 63/22 67/3
69/23 70/2 71/19 72/22 75/3
75/21 83/19 84/11 113/9
116/23 122/7 130/6 130/7
130/8 150/12 159/16 194/24
197/15 216/17 217/5 219/13
221/3 225/1 243/25 259/15
263/9 265/12 273/21 280/16
307/13 314/11 315/25 317/23
morning [14] 3/6 3/13 3/21
3/22 3/24 4/4 6/8 10/17 196/8
197/1 218/15 317/20 318/12
318/24
MORRIS [2] 1/20 3/8
most [20] 14/5 31/8 60/11
69/9 103/19 106/3 138/7
157/11 165/18 165/19 181/23
201/5 214/22 214/24 229/13
242/14 243/17 295/24 311/20
311/22
mostly [2] 37/20 91/5
motivated [2] 75/16 76/5
motivation [2] 48/19 49/12
mouth [1] 315/6
move [34] 23/7 32/15 34/16
42/4 44/2 65/13 80/1 80/18
88/12 90/21 118/24 133/10
139/12 140/10 152/15 166/16
170/6 172/4 176/3 180/19
189/22 190/12 191/22 211/18
213/14 215/3 215/18 222/25
230/1 250/16 252/3 289/24
292/20 295/10
moved [6] 98/11 98/16 109/25
131/16 131/19 215/8
movement [1] 25/1
moves [2] 12/18 131/13
moving [3] 25/2 221/3 221/19
Mr [36] 49/20 148/7 152/16
155/13 156/23 192/25 194/5
194/8 194/12 209/23 220/2
220/18 221/11 223/2 224/4
224/19 225/14 231/20 232/14
233/3 235/5 235/11 238/11
243/8 270/12 271/15 272/1
279/12 279/21 280/8 281/4
281/21 284/20 285/7 316/16
316/17
Mr. [104] 3/12 5/6 10/21
49/14 49/25 51/13 55/15
60/23 61/8 67/22 71/24 78/15
78/23 78/24 79/18 83/4 89/17
96/1 104/22 105/6 106/16
108/22 111/24 114/24 117/24
121/6 123/11 125/4 125/25
127/23 128/16 132/21 133/24
134/12 136/17 137/19 138/13
139/14 143/16 144/2 144/22
145/7 157/24 161/10 162/9
162/12 163/10 163/11 165/2

174/12 185/2 186/8 186/21
189/9 191/21 202/23 203/20
208/4 209/1 210/24 211/9
212/1 217/20 218/22 230/12
232/24 237/20 243/1 244/21
254/5 254/16 255/3 256/20
259/24 260/17 260/20 261/3
262/7 262/10 266/2 266/4
266/7 269/2 269/3 269/7
279/24 285/11 291/4 291/17
291/25 293/4 295/14 296/21
299/23 301/3 302/4 302/6
302/14 304/3 306/10 311/12
316/14 316/14 316/17
Mr. Bhupesh [1] 306/10
Mr. Brooks [10] 237/20 243/1
244/21 291/4 291/17 291/25
293/4 295/14 296/21 299/23
Mr. Coblentz [2] 51/13 78/15
Mr. Coblentz's [1] 217/20
Mr. Daniel Klein [1] 197/21
Mr. DeCicco [1] 304/3
Mr. Groombridge [24] 49/25
55/15 60/23 61/8 67/22 71/24
78/23 79/18 83/4 89/17 96/1
132/21 144/22 145/7 161/10
162/9 162/12 163/10 165/2
174/12 186/8 186/21 189/9
316/14
Mr. Groombridge's [1] 185/2
Mr. Hoeschen [2] 3/12 316/17
Mr. Klein [1] 232/24
Mr. Milliken [1] 163/11
Mr. Pandrapragada [14] 5/6
254/16 255/3 256/20 259/24
260/20 262/10 266/2 266/7
269/2 269/7 279/24 285/11
301/3
Mr. Ravi Pandrapragada [1]
254/5
Mr. Rozendaal [5] 49/14
78/24 144/2 311/12 316/14
Mr. Stone [1] 10/21
Mr. Weir [38] 104/22 105/6
106/16 108/22 111/24 114/24
117/24 121/6 123/11 125/4
125/25 127/23 128/16 133/24
134/12 136/17 137/19 138/13
139/14 143/16 157/24 202/23
203/20 208/4 209/1 210/24
211/8 212/1 218/22 230/12
260/17 261/3 262/7 266/4
269/3 302/4 302/6 302/14
Ms [1] 274/22
Ms. [11] 3/5 11/3 81/25 84/6
84/9 84/12 97/5 254/6 287/7
302/10 316/18
Ms. Jacobs [3] 3/5 11/3
316/18
Ms. Jaskot [4] 81/25 84/6
84/9 84/12
Ms. Kalinina [1] 97/5
Ms. Wells [2] 287/7 302/10
Ms. Young [1] 254/6
much [37] 4/20 11/8 22/9 36/9
39/6 39/6 39/6 43/8 44/13
54/23 59/9 63/14 100/4
129/25 131/16 163/19 164/17
194/2 196/22 196/23 197/5
200/7 213/24 216/15 216/15

216/17 216/24 219/22 221/1
229/1 254/7 254/25 256/1
259/12 259/18 259/23 318/21
multiple [1] 95/24
must [7] 14/24 34/14 34/20
39/14 188/1 217/16 316/18
my [71] 3/25 26/21 26/24
46/21 49/13 49/19 51/12 76/1
78/19 98/10 100/13 100/20
100/20 104/17 117/5 117/16
119/9 124/12 144/15 159/15
160/3 160/11 163/16 181/24
183/14 185/20 185/21 191/4
197/20 199/1 199/17 199/23
200/6 201/1 204/1 208/12
216/25 217/16 218/10 226/18
226/20 232/9 235/15 237/3
237/15 239/21 242/16 247/25
248/20 251/20 254/5 255/5
256/9 257/1 257/1 258/6
267/9 296/14 303/10 304/20
305/11 306/14 306/17 309/2
309/8 309/17 312/25 315/6
317/5 319/6 320/5
Myers [8] 19/3 19/4 48/14
48/15 50/5 101/11 101/15
118/17
myself [3] 23/10 229/11
229/12

**N**

N24CRS [2] 88/9 89/5
name [20] 45/14 62/21 70/24
73/24 74/2 78/19 103/3
160/11 176/12 197/24 198/13
237/3 254/7 255/5 303/11
305/3 306/13 306/14 308/24
316/15
named [6] 7/22 48/22 74/12
76/22 106/24 282/25
namely [1] 283/6
names [2] 264/1 286/16
nap [2] 88/18 196/20
naps [2] 132/7 197/15
naptime [8] 87/10 87/17
157/18 165/19 241/25 242/5
242/13 243/15
narrowed [1] 274/18
narrowing [1] 4/9
Natalie [2] 258/3 258/5
NATE [1] 2/14
Nathan [1] 3/14
National [2] 98/11 99/5
natural [5] 14/16 14/19 15/11
16/20 177/12
naturally [5] 15/1 52/5 52/15
103/13 232/20
nature [3] 43/6 122/13 283/20
NDA [16] 36/3 268/14 268/15
268/16 269/25 270/16 270/19
286/4 286/25 294/23 294/24
295/8 295/23 297/21 298/5
299/21
near [3] 90/24 176/9 244/22
neared [1] 50/19
nearly [1] 29/9
necessarily [11] 61/16 61/18
75/8 82/22 90/5 179/21 180/2
218/7 288/14 288/21 298/4
necessary [2] 23/11 25/22

33/6 42/7 61/3 71/1 115/23
291/13
neck [1] 252/24
need [47] 11/11 19/15 26/11
29/1 30/24 42/6 43/7 58/7
58/8 64/13 66/14 71/16 75/4
76/7 107/2 117/5 127/11
136/13 142/23 143/5 144/19
151/24 208/12 227/6 228/4
228/10 229/1 229/1 229/2
229/3 229/5 229/16 232/24
242/15 247/17 250/6 251/18
276/7 276/8 288/14 288/19
301/11 301/18 307/5 316/10
319/1 319/8
needed [7] 126/16 259/13
259/16 280/14 280/16 301/4
310/17
needs [3] 75/5 209/15 317/11
negative [2] 113/16 150/11
negotiation [2] 171/8 171/12
neighborhood [1] 244/6
neither [4] 35/7 48/9 81/5 81/8
net [1] 27/18
neurons [2] 16/11 16/12
never [11] 49/1 78/10 91/12
96/15 114/15 189/10 249/9
251/18 290/8 300/18 316/8
nevertheless [1] 4/20
new [15] 24/4 24/6 24/13
44/17 53/11 56/4 71/5 74/17
74/18 121/25 122/1 147/13
260/7 267/13 267/18
New York [2] 121/25 122/1
next [72] 15/15 24/12 66/9
80/16 107/19 108/6 109/13
110/8 111/24 118/24 119/6
119/9 119/15 119/16 123/13
123/14 124/11 127/2 128/1
129/5 129/6 133/11 137/20
139/16 140/10 147/20 149/11
152/15 154/22 174/25 178/3
178/23 184/3 192/7 197/1
197/19 212/2 212/16 212/23
213/14 214/12 215/18 218/15
221/12 222/2 222/19 222/20
222/25 223/23 224/14 225/9
230/1 230/6 232/7 235/22
254/4 257/13 260/1 265/13
268/8 269/21 274/16 276/5
278/22 280/9 283/3 284/5
296/9 297/9 304/25 306/10
316/6
nexus [1] 77/11
Nice [3] 160/14 287/9 287/11
NICHOLAS [2] 2/2 3/8
NICHOLS [2] 1/20 3/8
night [30] 8/6 8/11 12/22
15/13 30/16 92/10 123/2
130/12 133/8 149/6 196/9
196/12 196/19 197/16 212/20
212/22 213/3 213/5 213/5
213/6 213/13 213/22 213/23
215/10 218/9 221/4 222/7
222/8 223/10 229/2
nights [16] 92/3 130/5 130/5
130/10 130/11 165/18 214/23
214/24 242/6 242/7 242/9
243/18 243/21 244/4 244/15
244/16

**N**

nighttime [33]  14/17 15/3 17/3
24/17 34/5 34/6 34/8 87/9
87/17 88/17 90/15 111/20
128/21 152/21 152/21 153/21
157/5 157/16 162/2 162/18
165/17 178/18 193/25 197/14
214/22 215/4 215/9 219/21
220/15 220/23 221/19 221/20
243/13
NIH [1]  200/14
nine [57]  29/20 33/2 33/10
34/13 34/14 81/11 91/1 91/5
91/13 91/19 91/24 92/8 92/12
92/15 127/4 127/12 127/18
129/5 130/1 130/9 130/10
132/2 181/6 181/8 181/11
181/15 181/17 181/19 181/22
182/2 182/8 182/12 182/14
183/2 183/11 194/1 215/19
216/9 216/23 217/8 217/10
217/24 218/2 218/3 219/4
219/9 222/11 222/18 225/21
226/6 242/20 244/23 245/5
245/21 245/22 246/6 246/8
nine hours [1]  127/12
nine-hour [12]  91/13 92/12
127/4 127/18 129/5 130/1
130/9 216/23 225/21 226/6
242/20 246/8
nine-hours [1]  132/2
Nineteen [1]  183/7
ninth [2]  144/15 226/20
NMR [3]  289/7 289/9 300/3
NMS [1]  302/23
no [153]  1/5 4/9 5/12 5/12
5/20 6/14 8/4 8/8 10/6 12/16 18/4
18/5 19/19 20/11 23/20 27/18
28/7 41/19 42/9 42/17 43/1
48/1 48/4 48/4 48/23 48/24
49/10 49/11 49/12 52/13
55/11 65/16 68/25 70/9 72/17
73/8 76/22 78/5 89/10 92/16
95/5 102/17 108/18 110/23
113/14 120/23 124/5 124/19
125/2 127/19 127/20 131/19
133/22 136/8 136/13 139/9
140/2 140/21 143/20 148/4
155/22 158/11 162/3 166/18
170/8 171/10 172/6 176/5
180/21 189/24 190/14 191/24
192/14 192/15 194/3 194/24
199/6 201/22 202/12 205/9
205/12 206/10 206/14 206/18
207/22 210/16 215/7 218/4
227/18 227/21 233/18 236/23
240/22 241/2 241/5 242/2
247/17 248/12 248/14 248/24
249/5 249/12 249/20 250/14
250/17 252/4 253/4 253/15
253/25 254/1 256/16 258/9
258/15 260/14 262/20 263/25
265/23 266/15 266/21 268/22
270/9 271/7 274/24 275/3
275/11 275/23 277/13 277/20
278/10 279/9 280/6 284/4
284/17 286/8 286/12 287/5
288/19 290/1 292/22 295/12
298/2 298/23 300/19 300/20

**[col 2]**

300/22 300/23 302/3 302/2
308/14 308/18 313/24 314/20
315/18 318/3
No. [1]  75/14
No. '268 [1]  75/14
nobody [4]  74/25 77/19 78/2
312/4
nomenclature [1]  297/19
non [122]  12/1 12/3 12/7
12/13 13/4 13/8 15/25 18/3
18/18 20/25 21/1 21/20 22/16
22/23 22/24 23/2 23/24 32/7
35/9 36/9 36/16 50/25 52/12
55/4 55/5 55/7 55/20 55/25
56/14 57/17 58/18 59/4 59/5
61/13 64/10 67/8 67/12 68/24
69/8 69/24 70/11 70/15 77/6
79/1 81/9 81/10 81/16 84/24
86/20 87/14 87/19 87/20 88/8
89/11 90/5 92/14 95/13
112/17 115/4 115/9 115/21
116/4 116/8 116/10 117/18
124/4 125/12 125/19 129/18
129/18 135/15 138/5 139/1
142/22 146/3 149/4 150/9
151/1 151/20 152/25 152/25
159/5 159/21 160/22 160/23
172/11 178/6 189/11 192/12
201/13 202/1 202/6 203/11
206/14 212/8 212/8 212/9
212/15 213/2 213/25 214/1
214/17 217/3 217/11 217/17
220/25 220/25 223/19 224/24
225/1 225/2 225/5 234/8
239/24 241/21 241/24 242/3
242/11 247/7 248/8 248/22
249/4
Non-24 [115]  12/1 12/3 12/7
12/13 13/4 13/8 15/25 18/3
18/18 20/25 21/1 21/20 22/16
22/23 22/24 23/2 23/24 32/7
35/9 36/9 36/16 50/25 52/12
55/4 55/5 55/7 55/20 55/25
56/14 57/17 58/18 59/4 59/5
61/13 64/10 67/8 67/12 68/24
69/8 69/24 70/11 70/15 81/9
81/10 81/16 84/24 86/20
87/14 87/19 87/20 88/8 89/11
90/5 92/14 95/13 112/17
115/4 116/4 116/8 117/18
124/4 125/19 129/18 135/15
138/5 139/1 142/22 146/3
149/4 150/9 151/1 151/20
152/25 152/25 159/5 159/21
160/22 160/23 172/11 178/6
189/11 192/12 201/13 202/1
202/6 203/11 206/14 212/8
212/8 212/9 212/15 213/2
213/25 214/1 214/17 217/3
217/11 217/17 220/25 220/25
223/19 224/24 225/1 225/2
225/5 234/8 239/24 241/21
241/24 242/3 242/11 247/7
248/8 248/22 249/4
Non-24-hour [4]  115/9 115/21
116/10 125/12
non-entrainment [1]  129/18
non-infringement [1]  79/1
non-obviousness [1]  77/6
nondisclosure [2]  101/17

**[col 3]**

104/18
nonimpurities [1]  262/16
noninfringement [4]  47/21
51/21 51/23 96/3
noninfringing [1]  94/21
nonmedicinal [1]  309/12
nonobviousness [1]  4/17
normal [3]  13/6 18/13 214/25
normally [1]  53/19
not [336]
notation [1]  37/15
notations [1]  104/11
note [4]  22/4 22/18 115/8
148/22
notebook [1]  119/12
noted [1]  23/13
notes [2]  104/19 320/5
nothing [10]  8/13 19/22 42/22
69/23 91/23 92/9 92/10 92/12
92/13 284/4
notice [4]  107/19 112/17
112/9 219/16
noticeably [1]  92/7
noting [1]  107/9
notion [2]  9/4 70/6
Novartis [9]  98/16 98/18 99/6
99/23 100/3 100/6 100/7
100/16 100/17
novel [1]  179/1
November [5]  177/23 184/6
187/15 188/14 193/1
November 18 [1]  187/15
November 18th [3]  184/6
188/14 193/1
November 2006 [1]  177/23
now [150]  6/10 10/22 14/13
14/20 15/18 18/3 18/6 18/13
19/1 23/23 24/11 24/20 25/5
26/8 26/19 27/25 29/11 29/16
29/21 32/9 32/16 35/4 37/5
39/20 40/4 40/20 50/24 54/12
54/24 56/5 57/13 58/12 59/25
62/4 62/16 65/13 69/3 70/4
70/25 76/9 77/10 78/23 79/1
79/6 80/8 81/5 81/13 81/18
81/24 84/4 84/9 84/16 85/7
85/21 86/1 86/3 86/21 87/15
87/21 88/3 89/1 89/8 90/22
91/2 91/9 92/18 93/6 93/9
94/1 94/10 95/8 95/17 95/22
96/5 96/8 96/11 96/22 97/1
99/1 99/20 99/22 100/5
101/14 102/11 102/13 103/21
104/4 104/11 108/3 108/6
110/8 111/23 112/25 114/23
115/3 117/2 117/23 118/24
120/1 121/10 124/11 124/21
127/2 133/10 137/16 138/24
140/10 141/4 143/21 146/14
154/15 160/2 163/25 164/16
165/25 169/22 171/20 175/20
185/2 186/14 187/4 191/12
193/15 194/12 195/16 227/12
229/1 257/12 264/2 267/6
269/20 277/25 279/20 280/8
281/10 281/15 281/21 282/2
282/3 283/8 283/9 285/1
285/14 285/15 285/21 285/22
289/12 294/23 303/7 311/14

**[col 4]**

nucleus [2]  16/1 59/12
number [21]  28/8 22/19 22/20
44/8 62/21 62/23 63/1 73/15
94/1 99/24 101/23 116/1
119/23 131/2 153/21 164/2
175/22 196/2 204/5 208/18
251/11
Number 1 [1]  208/18
Number 2 [2]  63/1 204/5
numbers [2]  104/6 128/24
nurse [1]  195/23
nursing [2]  94/15 94/17

**O**

O' [1]  2/8
O'Connor [3]  3/23 78/21 97/8
198/3 254/11
oath [2]  97/20 167/17 184/11
198/3 254/11
obey [1]  130/17
object [2]  7/8 155/16
objected [3]  7/11 8/7 8/24
objection [43]  5/12 5/13 5/15
5/20 6/5 8/8 10/6 102/17
108/18 110/23 120/23 125/2
133/22 140/2 140/21 148/4
155/22 166/18 170/8 172/6
176/5 180/21 189/24 190/14
191/24 199/6 201/22 202/12
205/12 206/18 252/4 256/16
258/9 260/14 265/23 268/22
270/9 279/9 284/17 290/1
292/22 308/14 308/18
objections [3]  207/22 250/17
295/12
objectives [3]  88/3 88/8 88/12
obligations [1]  109/24
observation [2]  243/20 243/21
observe [1]  283/9
observed [1]  301/16
obsessive [6]  134/10 159/1
159/7 159/12 159/20 159/25
obsessive-compulsive [5]
159/1 159/7 159/12 159/20
159/25
obstacle [1]  11/9
obstructive [1]  200/15
obtain [4]  237/11 238/16
239/7 256/25
obtained [4]  19/8 48/16 257/1
259/23
obtaining [1]  257/3
obvious [28]  35/3 57/12 57/23
58/10 59/23 60/20 60/23 62/8
64/4 65/1 65/11 68/10 69/2
69/11 69/18 69/25 70/3 70/23
71/17 71/22 73/18 75/10
75/22 77/19 77/21 78/4 78/6
274/2
obviously [5]  66/2 132/24
227/19 276/2 314/21
obviousness [5]  35/21 60/1
64/21 68/20 77/6
occur [1]  151/1
occurred [2]  31/21 156/9
occurring [9]  52/5 52/15
103/13 156/17 159/4 213/3
213/24 214/3 251/9
occurs [3]  12/15 39/12 112/11
OCD [3]  93/11 94/6 250/1
October [2]  144/16 226/21

October 25th [2]  144/16
226/21

off [18]  7/17 50/21 55/1 79/25
163/25 164/1 227/4 242/16
248/11 248/21 249/4 249/10
249/15 251/20 267/18 282/9
288/7 300/9

offer [28]  52/16 102/15
108/16 110/21 120/21 124/25
133/20 139/25 140/19 148/2
155/21 199/4 201/19 202/10
203/18 205/11 206/17 207/20
256/14 258/7 260/12 265/21
268/20 270/7 279/7 284/15
308/13 308/16

offered [2]  155/18 209/17

offering [2]  205/8 210/15

office [3]  3/25 51/6 53/16

officer [1]  98/4

Official [1]  320/8

offshore [1]  311/10

often [8]  12/25 13/19 50/5
109/7 121/12 228/1 252/23
285/1

oh [6]  7/15 120/1 155/19
159/16 163/7 164/14

okay [98]  4/22 6/7 8/3 9/12
32/15 47/13 48/6 49/22 52/3
58/11 72/18 79/15 79/25
80/22 84/1 84/3 97/12 104/8
119/24 120/15 128/11 131/5
131/17 132/19 142/6 142/14
142/25 143/20 143/25 146/24
152/4 161/4 161/12 162/17
164/11 164/12 164/15 164/17
166/15 168/17 168/20 169/7
171/16 171/20 172/15 174/25
178/23 180/4 182/13 182/25
183/9 184/2 186/2 187/17
187/19 187/23 188/5 188/10
188/22 190/18 190/19 191/12
195/14 196/3 198/19 211/25
213/14 220/1 229/18 235/17
237/16 238/15 238/19 240/6
243/19 247/19 248/15 250/7
250/13 251/14 252/1 255/1
255/13 274/22 275/24 276/6
290/16 290/22 291/3 294/10
295/21 296/19 298/15 299/21
300/14 318/1 318/17 318/23

old [2]  53/18 203/3

older [2]  308/11 308/15

omission [1]  76/24

once [12]  7/6 20/12 25/8
60/15 77/7 96/22 130/14
236/15 247/17 305/14 305/19
310/5

one [174]  4/6 4/10 5/1 5/7
6/11 6/19 10/22 11/15 11/15
11/22 12/8 15/3 17/6 17/18
22/1 22/9 22/15 23/16 24/12
24/21 25/10 27/2 27/19 28/11
28/23 29/18 29/19 34/17
34/24 35/25 36/17 37/10 38/1
38/2 38/21 41/4 41/17 41/25
42/2 42/17 44/7 45/4 45/5
45/11 45/14 45/19 46/17 48/3
48/9 49/8 52/13 53/20 57/9

57/19 57/22 58/15 59/8 64/23
65/7 65/19 67/24 69/18 70/17
70/18 70/19 71/19 73/12 74/8
75/4 75/5 76/9 76/14 77/9
78/5 79/16 81/8 83/9 85/7
95/8 95/19 101/10 101/14
103/19 107/3 107/14 107/16
107/18 107/24 112/8 112/13
112/21 115/19 116/2 117/5
117/24 119/3 119/6 119/9
119/15 120/6 120/11 120/16
120/19 123/9 123/23 124/10
126/5 128/2 131/5 135/23
135/24 137/23 139/2 142/3
147/4 148/18 149/16 152/25
153/13 157/22 158/11 158/20
159/2 159/16 163/7 163/22
163/25 169/2 174/13 180/16
185/11 185/13 186/7 193/16
193/24 194/4 207/2 207/9
211/6 211/6 211/14 211/14
214/17 218/10 229/21 230/6
232/15 234/25 235/16 238/22
245/21 246/6 246/19 248/15
248/16 253/22 256/22 260/9
263/7 263/10 265/18 279/4
282/24 291/8 292/4 295/3
295/4 310/21 311/20 311/21
313/13 315/9 317/22 319/2

one-time [1]  24/21

ones [8]  11/24 19/4 112/23
113/5 115/5 235/15 277/21
292/4

ongoing [1]  36/5

only [39]  5/15 6/11 11/16
18/17 18/18 20/15 36/18 42/1
54/4 56/6 69/15 69/17 71/8
77/25 87/5 87/8 91/25 93/5
95/11 117/19 123/17 123/25
127/8 135/13 144/8 165/22
177/22 218/13 226/5 231/6
235/16 275/20 295/4 298/2
298/17 298/21 299/18 315/3
315/7

onset [5]  17/5 36/23 60/10
111/18 123/2

onwards [1]  271/14

open [6]  5/7 141/16 228/6
311/14 314/16 318/10

opening [7]  6/14 10/12 10/16
49/23 51/14 76/1 217/20

openings [3]  9/19 226/5 276/7

operates [1]  43/10

opine [1]  147/14

opinion [22]  58/13 60/6
145/23 204/1 212/5 212/11
212/18 213/8 213/16 214/6
214/15 215/13 220/22 221/6
221/16 221/22 222/4 228/11
233/23 236/8 241/17 247/6

opinions [11]  203/17 205/8
206/8 209/7 210/8 210/15
226/21 238/7 240/11 246/13
249/13

opportunity [16]  14/25 100/3
127/4 127/12 127/13 129/6
130/1 167/25 181/22 193/22
216/13 216/16 217/6 244/13
244/14 277/7

opposed [5]  69/13 115/11

152/11 223/21 228/13

opposing [1] 64

opposite [1]  39/24

optimization [1]  259/13

optimizing [1]  267/12

option [1]  194/20

oral [6]  59/15 143/8 205/3
205/7 224/11 224/12

orally [2]  57/18 223/23

Orange [1]  191/20

orchestra [1]  16/14

order [20]  7/3 7/4 17/19 26/11
28/14 28/25 29/9 43/7 58/6
92/24 110/16 116/13 153/7
213/13 233/19 248/13 249/10
259/16 270/1 301/4

ordered [2]  93/25 94/3

ordinary [9]  32/20 91/3 209/19
210/1 210/11 210/17 230/5
230/17 231/1

Oregon [1]  57/1

organic [3]  72/23 96/11
256/22

organization [1]  73/22

organizations [1]  310/14

original [1]  75/24

originally [2]  71/3 97/25

orphan [2]  21/4 21/7

Osmania [1]  256/23

other [79]  5/2 5/2 8/9 11/7
11/12 11/15 11/18 12/8 12/12
13/23 16/8 16/15 25/1 28/11
28/16 30/11 35/24 35/24
36/10 38/3 39/20 42/16 45/4
45/10 48/5 48/10 49/8 52/19
65/5 67/25 74/6 76/9 82/3
82/10 85/15 86/4 94/13 94/18
94/20 101/2 107/12 112/23
113/17 115/5 118/13 134/9
136/9 141/20 142/17 142/22
154/25 169/13 181/5 186/4
191/14 191/15 193/18 199/18
200/7 226/14 233/9 234/10
237/12 246/6 250/5 251/7
253/23 258/2 263/3 264/21
274/5 289/2 289/7 291/9
298/2 313/24 316/9 318/8
319/3

others [3]  135/25 196/18
196/19

otherwise [2]  11/11 227/20

ought [2]  6/25 7/1

our [81]  3/10 4/24 4/25 4/25
5/8 5/9 5/21 7/17 9/7 9/17
10/12 11/3 16/4 16/23 17/8
18/1 18/12 30/11 33/15 33/23
34/2 42/13 43/3 43/17 47/20
48/18 49/18 54/14 55/14
55/17 55/18 56/22 57/7 67/6
75/22 78/20 79/20 81/25
95/13 95/17 97/1 97/8 97/13
101/10 113/13 145/1 203/4
213/4 213/5 227/5 227/18
237/8 258/5 268/13 270/18
270/19 274/13 274/13 274/16
274/16 274/20 275/21 277/7
283/8 283/12 285/5 286/4
299/17 300/5 304/6 305/20
306/19 307/19 309/15 310/9
314/14 315/14 318/6 318/9

318/14 318/16

ourselves [1]  99/16

out [74]  8/7 15/12 15/16 22/2
22/6 23/1 23/2 23/21 24/15
25/16 26/14 26/19 26/25
29/13 30/14 32/24 36/17 38/6
40/23 41/17 41/25 46/2 46/6
46/14 46/17 47/3 48/7 50/20
52/1 53/1 63/7 64/9 67/10
69/5 77/16 77/17 78/2 88/1
88/23 109/13 112/18 114/7
114/9 115/14 118/3 123/21
141/13 142/23 153/6 153/8
154/10 211/5 220/8 226/22
227/7 227/25 228/3 229/17
237/6 245/3 263/1 263/6
263/8 264/24 275/22 276/24
280/16 281/1 310/18 312/3
312/7 316/3 317/22 319/7

outcome [5]  109/10 116/25
150/8 151/5 157/4

outcomes [4]  86/14 86/15
146/4 146/8

outsert [2]  304/6 304/7

outset [1]  54/3

outside [7]  18/2 89/9 89/14
144/12 181/17 203/6 311/7

outsource [1]  285/5

over [18]  20/12 28/20 40/14
40/23 50/22 54/22 57/23 66/5
69/2 97/3 99/3 115/1 116/16
122/13 122/19 123/13 218/9
230/25

overcome [2]  11/9 232/19

overflow [1]  136/9

overlap [2]  271/6 271/7

overlapping [1]  228/22

overnight [1]  275/17

overview [1]  57/7

own [6]  35/22 56/4 87/22
100/20 160/19 183/21

**P**

p.m [3]  15/18 197/3 319/10

P1 [2]  300/2 300/10

P2 [2]  300/5 300/10

P3 [2]  300/5 300/10

P4 [2]  300/5 300/10

P450 [2]  37/18 62/19

P5 [15]  297/16 297/19 297/22
298/4 298/6 298/9 298/12
298/14 299/10 299/22 300/6
300/10 301/24 302/2 302/3

page [106]  102/21 104/4
104/6 104/9 104/23 105/6
105/7 106/16 111/2 115/1
115/1 119/25 119/25 120/8
121/7 123/10 123/13 123/14
125/24 127/22 128/1 128/1
128/8 128/13 134/11 136/11
148/7 148/25 149/12 155/11
155/13 156/24 157/24 163/5
163/7 163/10 163/23 163/24
164/16 164/22 166/24 168/12
168/17 169/12 170/21 172/10
172/24 174/20 174/23 174/24
176/10 177/1 177/3 178/3
178/3 178/23 179/10 181/1
181/2 181/2 181/3 182/22
182/24 183/6 184/16 184/19

P
page... [40]  187/18 187/20
187/22 188/1 188/2 188/16
188/18 191/7 193/2 193/2
194/9 199/11 200/20 237/23
238/25 243/8 250/13 250/23
252/8 252/9 260/18 260/20
262/5 266/2 269/2 271/16
271/19 279/20 285/8 285/10
285/12 285/16 291/5 291/18
292/1 293/5 293/7 295/20
297/9 302/13
Page 1 [1]  200/20
Page 10 [1]  115/1
Page 100 [1]  199/11
Page 109 [1]  176/10
Page 11 [4]  115/1 179/10
250/13 250/23
Page 112 [2]  168/12 168/17
Page 12 [3]  155/11 155/13
169/12
Page 13 [3]  104/4 104/9
156/24
Page 14 [1]  285/16
Page 18 [1]  266/2
Page 184 [3]  182/22 182/24
183/6
Page 19 [1]  105/6
Page 20 [1]  291/5
Page 24 [2]  191/7 279/20
Page 3 [3]  125/24 148/7
194/9
Page 4 [1]  172/20
Page 41 [2]  181/2 181/3
Page 42 [1]  181/1 181/2
Page 47 [1]  106/16
Page 5 [2]  252/8 271/16
Page 50 [2]  260/18 260/20
Page 53 [1]  134/11
Page 54 [2]  262/5 302/13
Page 56 [1]  136/11
Page 6 [2]  178/3 293/5
Page 66 [1]  184/16
Page 7 [10]  123/10 123/13
127/22 128/1 163/5 164/22
285/8 285/10 285/12 291/18
Page 70 [1]  188/2
Page 72 [6]  187/18 187/20
187/22 188/16 188/16 193/2
Page 73 [1]  193/2
Page 8 [4]  128/8 128/13
163/24 292/1
Page 92 [1]  269/2
pages [2]  193/3 262/8
paid [1]  20/2
pain [1]  252/22
Pandi [3]  67/9 67/13 67/14
Pandi-Perumal [3]  67/9 67/13
67/14
Pandrapragada [24]  5/6 254/5
254/9 254/10 254/16 255/3
255/5 256/20 259/24 260/20
262/10 266/2 266/7 269/2
269/7 279/24 285/11 287/9
287/14 291/7 291/20 297/12
300/18 301/3
panel [3]  118/19 132/21
132/25
paper [17]  119/2 120/4

120/18 121/12 121/13 121/17
123/4 124/10 124/2 124/15
124/16 124/22 164/7 164/16
202/7 202/16 242/15
paperwork [1]  110/6
paradigm [1]  25/9
paragraph [22]  7/3 105/7
111/24 114/25 117/2 148/25
149/12 152/15 156/6 166/23
168/22 168/22 174/22 175/2
179/14 180/6 243/9 266/5
270/14 295/19 296/22 299/24
Paragraph 4.2 [1]  114/25
paragraphs [1]  239/2
parallel [1]  128/22
parameters [5]  89/4 89/5
90/13 90/17 90/18
paraphrase [1]  43/15
pardon [1]  7/1
pare [1]  316/24
parent [1]  38/9
parentheses [1]  297/16
parenthesis [1]  219/5
parenthetical [1]  251/8
Parkinson [4]  99/8 99/10
99/13 99/19
part [44]  21/2 27/21 27/24
28/21 43/24 59/12 62/21
72/12 91/4 105/7 108/14
123/2 128/2 128/17 132/7
139/4 139/7 155/25 161/6
170/16 171/6 185/17 185/23
196/19 208/14 208/17 220/11
223/12 231/13 232/12 234/23
239/6 252/9 258/23 260/9
265/18 268/14 268/17 270/5
275/4 279/4 284/12 290/22
292/11
participate [1]  110/18
particular [21]  22/16 45/8
50/13 51/2 54/6 64/11 66/12
77/9 82/8 82/8 90/9 94/14
136/2 145/20 249/6 263/19
264/8 266/7 287/23 293/5
295/18
particularly [2]  155/7 251/10
parties [5]  209/17 215/24
230/3 309/9 318/21
partners [1]  306/21
parts [2]  130/4 158/3
passes [1]  124/13
past [1]  312/18
patent [207]  4/10 7/23 10/25
11/22 11/24 12/8 19/8 23/24
23/25 29/17 29/23 32/24
32/25 33/20 36/11 37/8 38/17
41/1 41/3 41/7 41/24 42/8
42/9 43/12 43/14 43/18 43/19
44/2 44/3 46/3 46/4 47/15
48/15 48/21 49/9 50/6 50/7
50/9 50/11 50/19 51/6 52/17
53/13 53/16 53/17 53/18
53/19 53/21 53/21 53/25 54/1
54/3 54/16 54/19 55/23 56/6
56/7 56/8 56/9 56/13 56/21
57/7 57/8 57/9 57/12 57/13
59/6 59/9 59/24 60/21 61/3
61/22 61/24 62/2 62/6 62/7
64/8 65/12 66/9 66/10 66/20
66/23 68/11 68/18 68/19

68/22 69/21 70/16 70/21
70/23 72/24 74/4 75/2 78/10
75/13 75/24 75/24 76/9 76/13
76/23 77/7 77/11 77/23 77/23
78/4 81/3 81/14 85/2 87/23
88/21 88/22 89/2 89/21 90/23
91/15 92/17 92/21 92/22
93/25 94/3 95/6 95/7 95/9
95/10 95/12 95/22 95/23
95/25 96/5 96/24 180/13
189/20 190/3 190/10 190/18
190/20 190/22 191/3 191/7
191/8 191/19 192/3 192/6
192/7 204/6 204/7 207/1
207/8 207/16 207/17 208/3
210/8 210/21 210/21 212/6
212/13 214/8 215/15 218/18
223/1 223/7 225/19 228/14
228/22 229/24 230/1 230/2
230/6 230/7 231/24 232/4
232/10 234/15 234/17 234/18
235/16 235/19 236/21 237/5
240/12 244/18 246/15 246/23
248/17 249/1 249/7 249/14
249/14 257/12 257/19 257/22
257/25 258/2 274/7 275/15
275/21 287/3 288/2 290/6
297/14 311/5 311/7 311/8
311/10 311/11 313/4 319/4
patented [3]  52/20 54/8 71/20
patents [49]  4/10 5/18 9/16
10/3 10/21 10/23 11/21 12/5
12/11 37/6 37/6 38/9 39/17
41/23 50/20 50/23 50/25
51/15 51/16 54/12 54/24 56/1
56/16 56/18 56/20 56/23 62/5
62/11 68/15 68/17 70/19
77/15 77/20 78/10 78/11
78/25 79/3 92/19 92/20 96/1
180/16 207/2 207/9 228/18
228/21 246/12 246/14 248/4
290/11
pathway [3]  134/16 134/19
136/7
pathways [3]  37/25 135/17
135/19
patient [71]  21/5 23/4 27/6
28/16 33/3 33/6 40/20 57/17
57/19 63/16 63/25 64/13
64/15 65/10 66/14 66/21
68/24 81/9 81/10 81/16 90/5
90/24 91/5 91/6 91/12 91/18
92/25 93/16 94/5 95/13 129/8
129/12 130/1 131/5 131/6
131/7 133/2 133/3 150/20
152/2 152/8 152/13 161/4
162/14 181/25 182/1 196/21
212/10 212/15 219/6 223/24
224/15 233/13 234/8 235/17
236/4 239/24 242/3 242/11
245/3 246/18 247/6 247/7
247/10 248/11 248/21 248/22
248/23 249/4 249/10 249/15
patient's [9]  27/9 63/15
161/13 161/17 179/16 180/1
197/6 245/8 245/18
patients [59]  30/15 31/11
31/18 52/11 55/2 55/5 55/7
55/25 57/10 58/18 61/13 65/3
78/8 87/19 87/20 89/12 90/7

90/19 92/2 92/4 92/10 92/14
98/24 99/9 100/5 100/5 109/3
116/23 117/17 122/7 122/25
126/12 126/3 127/3
127/17 156/8 160/23 161/2
179/15 193/11 201/2 212/22
213/20 215/1 215/5 216/11
220/25 221/18 225/5 225/8
241/21 241/24 242/14 243/6
243/11 244/2 248/9 304/11
304/15
pattern [1]  132/13
patterns [1]  13/13
PAUL [2]  2/2 3/9
pause [1]  98/17
payment [4]  20/2 109/21
110/2 110/4
payments [2]  20/4 20/5
PDX [21]  136/18 136/21
137/20 208/5 209/2 209/23
210/25 211/9 218/23 220/3
220/19 223/3 224/5 224/20
230/13 231/21 233/4 235/6
235/11 282/16 286/19
PDX 3.2 [1]  136/21
PDX- 3.1 [1]  136/18
PDX- 4.10 [1]  211/9
PDX- 4.6 [1]  208/5
PDX- 4.7 [1]  209/2
PDX- 4.8 [1]  209/23
PDX- 4.9 [1]  210/25
PDX-05 [1]  286/19
PDX-4.18 [1]  218/23
PDX-4.19 [1]  220/3
PDX-4.20 [1]  220/19
PDX-4.24 [1]  223/3
PDX-4.26 [1]  224/5
PDX-4.28 [1]  224/20
PDX-4.33 [1]  230/13
PDX-4.35 [1]  231/21
PDX-4.37 [1]  233/4
PDX-4.41 [1]  235/6
PDX-4.42 [1]  235/11
PDX-5 [1]  282/16
peak [21]  31/19 31/20 31/25
39/6 39/11 40/17 40/22
129/23 137/6 138/4 138/21
138/23 138/24 146/25 156/9
165/6 195/8 195/11 220/11
223/12 263/4
peaked [1]  213/23
pediatric [2]  200/21 200/24
pediatrics [1]  199/16
peer [1]  99/4
peer-reviewed [1]  99/4
pending [1]  155/20
people [48]  11/12 12/15 13/3
14/5 14/6 15/2 16/2 19/11
19/13 21/19 23/4 23/5 23/12
24/8 28/9 29/8 31/15 34/5
34/12 55/20 59/3 69/10 76/11
76/24 83/15 87/14 99/19
106/9 116/18 122/4 124/17
124/17 125/18 147/23 153/1
161/19 181/23 195/17 195/21
200/6 210/2 213/2 218/6
218/14 224/25 225/3 232/22
311/9
per [7]  241/25 241/25 242/5
242/5 242/12 242/13 307/17

P

percent [41]  37/21 46/16
46/18 49/6 73/15 74/11 74/13
75/8 75/13 75/15 75/21 76/17
76/18 92/3 107/10 107/12
107/15 107/15 123/18 135/22
153/10 153/14 157/9 157/14
160/19 165/18 165/19 236/5
243/17 243/21 244/3 261/20
261/22 261/25 261/25 262/2
262/3 265/5 287/24 288/3
288/21
perception [4]  18/1 178/7
235/18 235/20
perceptions [1]  152/8
Perfect [1]  295/20
perfectly [1]  30/12
performed [4]  185/22 267/10
296/12 300/20
perhaps [6]  8/24 31/8 32/22
44/23 66/18 119/14
period [88]  14/14 14/17 14/19
14/22 14/22 14/23 14/24 15/4
18/14 29/19 32/16 33/1 33/4
33/7 33/14 33/21 33/24 34/4
34/6 34/6 34/13 35/23 88/18
90/25 91/7 91/13 91/24 92/12
116/24 127/15 127/16 127/18
127/21 129/1 129/7 151/1
151/6 153/3 161/13 161/17
178/15 178/17 181/5 181/7
181/10 181/16 181/22 181/25
182/2 182/5 193/16 193/17
193/20 193/25 194/1 214/25
215/18 215/21 215/25 216/8
216/21 216/23 217/2 217/10
218/2 218/20 219/3 219/4
219/7 219/12 219/15 220/15
220/22 221/4 221/8 221/10
221/17 221/21 221/24 222/1
222/5 222/11 226/7 242/20
245/9 245/12 245/18 245/20
periodical [1]  124/6
periodically [2]  213/3 214/18
periods [1]  116/16
permission [4]  4/24 77/25
97/3 144/24
permitted [1]  5/4
Perni [4]  72/20 72/22 96/12
306/14
persisting [1]  39/16
persists [1]  27/22
person [27]  6/10 15/16 18/13
24/13 24/16 25/18 32/6 36/15
36/15 133/5 135/9 156/19
159/4 165/2 182/25 183/9
194/2 209/18 209/25 210/2
210/4 210/5 210/11 210/17
230/5 309/15 316/20
person's [5]  13/15 15/10
24/14 24/22 128/21
personal [1]  253/22
personally [1]  249/18
persons [2]  210/4 210/5
perspective [2]  53/10 312/25
pertaining [1]  88/5
perturb [1]  115/7
perturbed [3]  13/13 107/16
135/24

Perumal [3]  67/9 67/13 67/14
Phadke [3]  258/3 258/5
pharmaceutical [20]  11/2
20/9 75/18 76/3 76/7 100/7
101/3 103/23 255/6 255/7
256/1 257/4 257/7 257/20
257/23 261/8 287/18 309/5
309/14
pharmaceuticals [12]  1/3 1/6
2/21 51/9 66/8 74/1 74/4
255/11 303/14 305/8 305/25
306/4
pharmacogenetics [2]  100/4
100/14
pharmacology [4]  62/14
104/22 104/23 133/17
pharmacy [1]  104/23
phase [72]  24/1 24/2 24/15
24/20 24/25 25/2 25/3 25/4
25/9 25/21 25/22 25/25 26/1
26/4 26/12 26/18 27/2 27/22
28/6 28/8 28/19 28/21 29/10
36/19 36/21 39/8 39/14 52/9
58/25 60/12 105/10 105/16
105/19 105/21 113/24 114/1
114/3 114/8 117/3 117/6
117/8 117/9 117/9 121/24
123/23 123/24 126/15 126/24
126/24 130/6 139/4 139/5
139/7 146/20 147/3 147/4
153/6 153/9 154/9 154/10
173/8 173/13 173/20 174/4
175/8 177/22 179/22 180/6
197/11 197/12 201/11 268/3
phase-response [8]  26/18
27/2 27/22 28/6 28/8 28/21
139/5 139/7
phase-shifting [1]  175/8
PhD [2]  148/12 309/19
phone [1]  196/8
photoreception [1]  18/4
phrase [9]  91/4 146/19 181/10
181/25 182/4 219/21 244/22
245/2 315/11
phrases [1]  105/10
phrasing [1]  219/23
physician [10]  57/4 85/1 94/19
98/21 198/22 203/6 203/6
218/1 247/8 253/14
physician's [1]  308/4
physicians [8]  84/24 170/17
202/18 211/24 212/14 241/15
304/12 307/13
physiology [1]  57/6
pick [3]  113/5 136/9 232/23
PICKARD [3]  2/17 3/18 237/3
pill [1]  26/22
pineal [6]  16/19 16/19 17/2
17/24 17/24 36/24
ping [1]  51/19
ping-pong [1]  51/19
pink [1]  26/5
pipeline [1]  305/13
place [5]  25/13 44/19 64/7
66/6 149/7
placebo [9]  19/19 109/2
116/22 116/23 123/19 123/25
133/3 157/6 157/19
placebo-controlled [1]  109/2
116/22

placeholder [1]  237/25
places [1]  237/12
plague [3]  251/17 251/18
252/16
plain [3]  32/20 91/3 106/7
plainly [1]  69/25
plaintiff [3]  1/4 2/6 10/25
plaintiff's [15]  11/6 102/4
102/16 102/19 119/23 120/5
120/22 121/2 124/3 124/21
124/25 125/6 133/12 133/21
140/1
plaintiffs [2]  3/7 226/13
plan [9]  22/19 22/21 141/7
202/21 205/8 206/9 210/15
210/21 232/4
planning [3]  118/5 265/10
266/22
plans [2]  113/1 114/15
plasma [2]  63/16 63/24
plate [1]  318/14
play [6]  20/5 27/7 274/10
274/11 275/25 303/7
played [6]  47/3 303/12 303/17
305/2 306/12 308/23
players [1]  226/19
plays [2]  62/18 103/18
please [132]  10/15 46/7 47/7
49/16 49/24 78/19 98/3 99/22
102/2 102/22 104/4 104/22
105/5 105/6 106/16 106/17
107/7 108/6 108/22 108/23
108/23 111/2 111/4 111/24
114/24 114/25 117/24 118/1
118/25 121/6 121/8 123/10
124/11 125/4 125/5 125/24
127/22 128/2 133/24 134/11
134/12 136/11 136/17 136/18
137/20 138/13 139/13 140/10
145/25 146/18 147/19 148/8
149/12 151/25 152/15 154/21
155/14 156/24 157/23 161/8
161/14 165/14 166/22 168/3
168/12 168/17 172/10 174/11
175/20 175/22 176/9 179/10
182/22 184/16 187/18 189/17
190/6 193/3 194/9 194/10
197/24 198/13 198/24 202/3
203/20 204/15 204/22 205/17
205/24 206/23 207/5 207/13
209/1 210/24 211/8 212/1
218/22 220/2 220/18 223/2
224/4 224/19 225/14 230/12
231/20 232/14 233/3 235/5
237/18 240/5 244/20 250/8
252/3 254/7 254/17 255/3
255/14 260/18 266/5 279/13
285/8 289/3 289/19 291/4
292/15 299/23 302/13 305/3
305/9 306/13 306/15 308/24
plot [2]  26/25 132/13 156/14
196/1
plots [1]  153/1
plotted [3]  128/22 131/24
132/11
plug [1]  19/20
plus [4]  60/17 84/20 137/24
239/21
POC [1]  114/5

point [46]  19/5 25/10 27/11
55/14 55/18 55/19 72/15
72/16 80/17 82/8 86/22 88/7
90/16 94/10 99/16 104/1
109/23 132/22 142/15 142/16
142/22 144/24 146/1 146/5
146/11 147/7 152/12 155/7
177/3 183/5 203/14 239/21
243/19 252/2 258/16 310/25
311/17 311/23 311/25 312/10
318/9
Point 2 [1]  88/7
pointed [3]  77/16 144/22
193/6
pointing [2]  129/15 168/21
points [4]  8/4 26/22 143/5
146/13
Polymeropoulos [40]  3/10 5/6
9/15 11/4 97/17 97/19 97/24
98/20 102/25 104/5 105/9
106/19 108/25 111/7 115/3
117/16 119/2 125/8 134/15
136/14 139/16 145/10 148/11
154/21 156/3 157/2 158/4
159/20 160/11 160/16 164/20
167/11 168/8 182/19 192/20
198/6 238/12 245/7 245/14
245/25
Polymeropoulos' [1]  253/16
Polymeropoulos's [1]  241/12
pong [1]  51/19
population [5]  21/5 23/4 29/7
115/20 117/15
portfolio [2]  100/16 305/11
portion [5]  67/18 67/20 148/8
159/25 232/11
portions [1]  57/16
Portland [1]  57/3
position [14]  10/4 69/22 83/8
98/6 146/7 148/22 150/23
151/4 154/10 181/13 181/18
182/7 303/23 314/3
positions [1]  80/25
positive [2]  177/19 177/25
possessed [1]  70/13
possible [8]  26/2 118/12
186/1 280/2 296/16 296/18
296/19 317/16
possibly [1]  27/17
post [2]  313/14 316/23
potential [14]  20/9 35/24
52/20 101/1 107/10 115/11
115/14 115/17 118/4 118/10
134/3 175/9 179/11 282/19
potentially [5]  22/12 106/25
115/9 126/13 267/16
power [2]  229/6 229/7
practical [2]  38/18 71/8
practice [13]  75/5 204/4
204/11 208/12 220/7 234/1
234/3 236/11 248/9 248/20
249/3 249/9 253/13
practiced [1]  98/22
practices [1]  85/2
practicing [4]  83/16 98/20
159/8 204/8
practitioner [2]  41/11 211/13
preachy [1]  314/25
preamble [3]  208/15 209/15

P

preamble... [2] 231/14 234/24
preambles [1] 209/12
preceding [1] 204/25
precious [1] 315/2
precise [1] 83/25
precisely [1] 135/8
predictable [1] 35/8
predominantly [5] 35/22 62/17 199/21 201/11 225/2
prefer [1] 151/6
preferably [1] 15/3
preference [1] 194/20
preferred [3] 146/5 146/8 194/17
pregnant [2] 94/15 94/16
preliminary [3] 19/12 147/21 185/9
premier [1] 124/10
premise [1] 61/15
prepare [19] 73/14 136/15 202/19 203/17 204/12 209/21 210/20 215/23 216/2 223/25 224/15 225/11 230/9 231/17 232/3 256/10 271/22 282/13 286/16
prepared [12] 44/25 53/10 73/11 109/23 199/2 202/25 203/23 209/4 211/2 216/5 299/17 318/6
preparing [7] 202/7 204/19 205/21 206/4 207/3 207/10 207/17
prescribe [5] 159/9 210/5 246/20 249/10 307/25
prescribed [2] 248/8 248/22
prescriber [4] 93/16 94/2 234/3 236/11
prescriber's [1] 220/7
prescribers [19] 93/23 93/24 204/3 204/10 211/21 214/9 215/16 225/2 225/6 233/19 234/1 236/6 236/10 241/18 304/14 304/17 307/20 307/24 308/1
prescribing [5] 211/23 304/7 307/20 308/2 308/5
presence [3] 47/22 61/17 288/15
present [26] 14/14 56/22 57/21 75/9 84/7 245/24 259/15 261/22 264/5 264/17 264/22 266/10 267/17 271/3 282/19 282/25 283/6 285/20 287/25 288/24 296/10 296/25 297/23 298/12 298/23 300/10
presentation [4] 49/13 228/7 228/20 232/25
presented [11] 7/4 24/11 51/25 87/9 104/1 203/3 247/7 262/12 277/4 281/14 299/7
presenting [4] 49/17 97/10 197/21 254/6
presents [1] 264/23
president [3] 72/21 100/13 309/2
presumably [2] 7/23 60/13
presume [1] 5/4
pretrial [6] 7/3 8/20 8/22 227/5

316/7 317/19
pretty [5] 13/9 49/1 259/10 271/21 276/21 271/10
prevent [3] 44/18 64/1 3 117/20
prevents [1] 77/24
preview [1] 57/25
previously [2] 61/10 228/24
primarily [2] 12/15 65/4 106/21
primary [14] 86/14 88/3 88/7 108/12 146/6 146/11 149/21 165/10 177/20 177/25 194/20 216/22 239/2 239/8
Princeton [2] 101/1 104/17
principle [6] 61/21 66/4 66/8 72/8 72/9 72/10
printed [1] 104/16
prior [42] 6/20 6/21 8/16 8/17 8/17 9/20 9/21 22/11 28/7 35/8 35/14 35/19 42/10 48/16 49/8 55/13 55/9 55/21 55/22 58/24 61/18 62/8 64/18 65/9 67/6 68/12 69/3 69/7 71/18 75/9 77/17 129/11 200/16 233/22 236/7 259/4 267/9 289/13 300/20 308/12 308/16 311/1
priori [1] 38/4
priority [1] 76/13
pro [1] 45/6
probably [7] 4/20 11/24 12/2 41/3 106/3 114/21 228/13
problem [20] 13/8 13/9 13/15 13/15 15/7 20/17 24/25 26/10 28/13 30/20 39/20 39/23 46/10 46/24 47/20 61/9 77/11 78/7 143/20 244/11
problematic [1] 23/15
problems [3] 13/1 19/14 254/22
procedural [1] 141/6
procedures [1] 268/13
proceed [5] 10/11 101/16 101/19 160/8 229/18
proceeded [1] 20/6
proceeding [2] 129/1 320/6
proceedings [2] 3/3 319/10
proceeds [1] 53/8
process [90] 18/6 18/7 23/14 23/17 30/22 44/6 44/16 45/1 45/1 45/3 46/19 46/21 47/20 47/23 48/17 48/17 49/10 51/2 56/8 56/15 70/20 70/25 71/13 71/20 71/23 72/2 72/11 73/11 74/8 74/21 76/11 76/20 76/21 76/25 86/5 96/5 96/6 110/19 118/8 118/16 145/12 147/11 147/12 148/13 239/7 258/25 259/2 259/8 259/10 259/11 259/12 267/11 267/12 267/19 269/21 269/25 270/2 270/18 270/21 271/8 271/8 271/9 271/9 271/9 271/13 271/13 271/14 271/20 271/23 272/4 272/21 273/4 273/10 274/9 277/7 277/8 278/2 281/13 281/18 281/25 285/12 292/12 293/2 293/10 294/6 294/12 294/19 295/25 311/16 314/14
processes [6] 45/9 271/2 271/4 271/5 271/6 271/10

procured [1] 309/9
produce [1] 118/22
produced [6] 23/18 37/16 37/19 38/7 122/12 137/10
producing [2] 49/5 96/13
product [52] 11/19 12/9 19/21 20/6 20/21 20/25 23/17 23/21 44/14 45/21 49/5 55/20 56/5 56/8 70/20 70/25 71/16 71/17 71/21 72/2 72/11 75/18 76/7 76/25 78/6 85/22 96/5 96/16 154/25 259/9 259/14 274/4 304/18 305/20 306/6 306/25 307/3 307/4 307/6 307/13 307/16 307/21 307/25 308/3 308/6 308/7 309/16 310/5 311/13 311/15 311/18 314/14
productive [1] 316/19
products [13] 11/13 50/16 52/2 71/12 71/13 76/3 80/9 84/10 100/5 100/16 305/12 309/7 309/11
professional [5] 30/25 31/5 31/6 32/3 34/10
professor [8] 56/24 56/25 62/12 84/19 198/23 199/12 199/15 199/16
profile [3] 11/14 29/1 29/11
program [10] 84/18 110/5 113/10 113/15 114/12 114/17 118/6 118/23 200/21 200/25
programs [1] 199/25
progress [1] 146/9
progressing [2] 129/19 131/14
progression [1] 131/12
progressive [3] 213/2 214/1 223/21
prohibited [1] 87/13
prohibits [1] 89/23
project [5] 34/21 98/14 254/25 258/20 258/23
prolong [1] 78/12
prolongs [1] 137/7
promote [9] 41/15 41/21 80/5 83/11 204/3 213/13 214/11 221/9 221/25
promotes [1] 30/2
promoting [7] 60/9 82/18 87/13 212/15 213/11 215/17 225/7
Promotional [1] 170/1
prompt [1] 161/2
proof [8] 113/20 114/5 117/3 117/6 117/7 117/11 117/13 126/15
propensity [2] 14/18 14/21
proper [2] 70/24 277/8
properties [2] 111/9 117/4
propionylated [1] 294/19
propionylating [10] 45/5 45/7 273/5 273/8 273/19 282/21 282/25 283/6 283/23 294/19
propionylation [1] 273/3
propose [2] 118/10 302/3
proposed [18] 29/24 71/12 153/25 166/8 166/10 166/11 166/13 167/9 169/6 204/2 204/7 205/20 206/2 280/2 302/1 302/22 304/18 307/21
proposing [1] 307/2

prosecuted [1] 312/25
prospect [1] 39/7
protect [2] 53/14 301/21
protection [2] 52/17 56/13
protections [1] 21/6
protein [1] 103/12
protocol [6] 55/6 55/15 61/12 115/16 116/7 187/10
protocols [1] 55/3
prove [10] 23/11 35/13 35/16 89/9 89/15 109/11 150/8 154/9 274/4 311/18
proved [2] 21/18 21/21
provide [9] 6/21 34/21 46/10 149/6 208/23 248/13 270/17 277/9 291/8
provided [5] 7/18 91/10 91/21 102/12 290/5
provider [1] 80/6
provides [3] 18/22 75/11 245/19
providing [2] 18/21 296/24
proving [1] 313/23
provision [2] 309/5 311/15
proxy [2] 152/11 153/8
psychiatric [4] 13/2 38/23 159/6 159/22
psychiatrist [2] 57/4 159/8
psychiatry [3] 56/25 98/22 98/23
PTX [51] 119/10 119/16 128/1 133/25 138/14 139/17 140/4 162/22 163/3 164/3 164/4 164/6 164/8 164/15 174/13 174/24 175/20 175/23 176/3 176/7 186/3 191/13 191/16 191/17 191/22 192/1 195/3 195/5 198/24 199/5 199/8 202/23 203/21 256/5 256/14 256/18 268/8 268/20 268/24 269/22 270/7 270/11 272/1 278/23 279/7 279/11 279/12 284/6 284/15 284/19 292/24
PTX- 185 [1] 139/17
PTX- 2 [1] 128/1
PTX- 217 [2] 268/8 268/20
PTX- 3.4 [1] 138/14
PTX- 4.3 [1] 202/23
PTX- 4.4 [1] 203/21
PTX- 816 [2] 119/10 119/16
PTX- 823 [2] 198/24 199/5
PTX- 828 [2] 256/5 256/14
PTX-117 [1] 292/24
PTX-185 [1] 140/4
PTX-187 [1] 133/25
PTX-2 [7] 162/22 163/3 164/3 164/4 164/6 164/15 195/3
PTX-217 [1] 268/24
PTX-473 [4] 175/20 175/23 176/3 176/7
PTX-5 [1] 272/1
PTX-613 [1] 186/3
PTX-633 [4] 191/13 191/17 191/22 192/1
PTX-816 [3] 164/8 174/13 174/24
PTX-818 [3] 269/22 270/7 270/11
PTX-819 [4] 278/23 279/7 279/11 279/12

**P**

PTX-820 [3] 284/6 284/16 284/19
PTX-823 [1] 199/8
PTX-828 [1] 256/18
public [7] 34/22 35/3 55/6 147/13 176/23 186/12 186/19
publication [13] 27/19 36/11 54/22 57/24 59/6 59/21 60/4 60/19 64/19 64/23 67/8 67/11 69/4
publications [5] 36/1 58/1 99/3 173/16 173/25
publicly [5] 35/14 35/17 55/10 55/11 175/15
published [15] 54/21 56/10 58/13 59/7 60/5 75/14 99/1 119/2 120/18 121/4 121/5 124/7 200/17 202/1 202/6
pull [36] 24/21 24/22 25/10 25/11 25/12 25/20 26/7 26/13 136/13 198/15 202/23 203/20 208/4 209/1 209/23 210/24 211/8 212/1 218/22 220/18 221/11 223/2 224/4 224/19 230/12 231/20 232/14 233/3 235/5 235/11 272/1 291/4 293/6 302/5 302/6 317/2
pulled [3] 19/20 31/24 211/5
pulls [1] 26/24
pulse [15] 28/14 39/2 40/4 40/19 42/6 43/8 43/22 126/16 126/20 137/7 137/9 137/11 138/19 139/3 233/16
purely [1] 162/16
purification [1] 74/18
purified [10] 51/1 56/8 56/11 56/14 56/15 75/6 75/20 257/19 257/23 266/21
purity [6] 73/20 76/21 261/9 266/19 288/20 288/21
purpose [8] 7/25 31/12 81/2 202/16 270/16 270/17 307/11 307/12
purposes [3] 27/5 81/7 300/5
pursue [1] 178/5
pursuing [2] 79/19 79/21
pushing [1] 139/10
put [50] 6/3 6/11 19/21 30/8 44/9 44/20 53/9 57/11 59/19 60/15 70/22 76/12 85/19 86/25 87/3 94/8 102/21 106/19 108/21 114/25 118/20 119/21 121/7 125/4 127/24 133/24 136/17 138/13 152/16 155/13 169/22 175/11 194/8 217/23 220/2 225/14 232/7 244/19 247/10 249/4 260/17 262/7 266/4 270/13 279/12 282/16 284/20 286/19 311/19 315/15
puts [1] 61/1
putting [5] 6/14 7/13 311/25

**Q**

Q3A [3] 74/9 75/10 75/23
qualification [1] 287/24
qualified [5] 210/4 266/12 266/13 266/14 266/16
qualify [3] 210/17 210/19
quality [8] 71/18 239/24 256/2 259/13 259/22 260/25 260/25 273/17
quantities [1] 118/22
quarter [1] 178/7
quartile [15] 152/20 152/22 153/8 153/10 153/19 153/20 153/22 156/21 157/3 157/5 157/5 157/8 157/9 157/16 214/16
quartiles [2] 154/1 157/4
quenching [1] 273/13
question [30] 7/1 7/2 29/23 35/5 46/24 47/7 81/19 117/5 117/16 124/5 124/13 144/18 147/21 155/20 181/9 181/24 185/21 188/22 193/5 193/16 230/19 230/22 240/10 247/25 248/20 278/13 289/3 293/25 311/14 312/1
questioning [1] 185/3
questions [15] 48/8 78/14 132/24 159/15 160/3 192/15 194/25 195/2 196/13 236/23 253/4 254/1 287/5 300/23 303/2
quick [4] 4/7 29/2 126/16 137/14
quickly [7] 28/18 28/20 29/4 68/19 232/7 232/19 278/18
quirky [1] 71/1
quite [7] 12/25 22/15 26/14 37/14 50/1 109/7 151/18
quote [1] 139/4
quote-unquote [1] 139/4
quoted [2] 67/18 67/20

**R**

raise [2] 8/19 8/22
raised [4] 8/22 9/4 9/5 48/8
Rajaratnam [3] 121/11 121/13 124/15
ramelteon [4] 53/3 67/15 68/5 68/6
ran [2] 54/25 55/4
randomization [2] 129/1 133/4
randomized [1] 125/11
ranged [1] 130/9
RAO [2] 2/18 3/19
rapid [4] 29/1 112/15 137/13 138/19
rapidly [1] 36/25
rare [2] 116/3 205/5
rasa [1] 312/20
rat [1] 106/4
rather [6] 18/20 31/25 51/18 209/12 217/5 249/23
Ravi [4] 254/5 254/9 254/10 255/5
Ravi Pandrapragada [1] 255/5
raw [1] 44/17
RE604 [18] 59/24 85/2 87/23 89/2 90/23 91/15 204/2 207/1 208/3 210/8 210/21 212/6 218/18 229/24 232/10 235/15 235/18 240/12
reach [2] 42/13 43/21
reached [2] 149/20 227/9
reacted [3] 293/23 294/4

294/1
reacting [3] 73/12 73/19 96/7
reaction [7] 96/16 99/9 272/22 273/1 273/20 282/23 283/4
reactions [1] 71/4
reacts [5] 14/17 96/15 96/19 142/17 294/7
read [10] 57/15 64/9 128/12 145/4 243/15 291/15 296/13 300/8 300/9 313/18
readily [2] 151/2 151/16
reading [8] 31/6 34/10 70/12 76/19 104/18 130/21 201/2 247/9
readjust [1] 25/11
reads [2] 106/20 238/20
ready [3] 10/11 97/15 319/8
reagent [2] 282/20 294/20
real [3] 229/6 234/4 236/12
real-world [2] 234/4 236/12
realigned [1] 15/23
reality [2] 218/14 218/17
reality-based [2] 218/14 218/17
realize [2] 77/8 277/25
really [22] 7/5 21/10 22/2 29/17 42/19 44/3 52/4 77/18 77/21 110/6 200/4 215/7 221/3 226/16 226/17 226/23 229/2 274/6 276/8 315/1 316/25 317/3
reason [30] 13/16 16/1 22/6 22/25 30/16 30/19 39/17 43/4 43/17 44/11 45/15 63/9 70/16 76/9 80/11 84/13 84/14 90/22 92/18 112/19 112/20 115/21 130/12 163/8 173/21 273/11 298/21 310/25 311/24 313/22
reasonable [2] 127/9 151/6
reasonably [2] 151/1 291/12
reasoning [1] 234/21
reasons [12] 22/16 28/23 28/24 35/6 68/19 81/4 92/16 95/5 116/2 150/7 200/6 200/7
rebuttal [9] 5/16 5/23 6/12 6/16 7/14 9/10 9/11 79/3 318/9
recall [15] 104/16 183/25 186/2 186/24 187/11 194/15 196/13 197/6 264/9 266/24 288/12 301/3 301/23 302/1 302/10
recalls [1] 36/24
receive [1] 147/25
received [9] 21/25 104/17 108/13 266/24 267/22 278/7 284/1 290/22 305/19
receives [3] 233/13 236/4 305/14
receiving [1] 129/9
recently [3] 19/23 73/7 295/24
receptor [8] 52/21 53/3 58/19 59/11 67/16 103/9 103/10 103/10
receptors [8] 52/22 103/7 103/12 104/25 105/1 105/3 177/11 177/15
recess [3] 78/18 145/6 222/23
recognize [15] 102/7 108/8 112/19 140/14 250/11

251/24 256/6 257/16 260/4 265/15 278/23 284/7 304/3 304/5
recognized [2] 22/5 112/4
recollection [1] 185/20
recommend [4] 41/15 41/21 80/5 83/11
recommendation [1] 216/24
recommended [1] 181/23
recommends [2] 30/2 313/20
record [12] 100/6 114/4 128/6 196/15 197/25 198/13 227/4 254/8 305/3 306/13 308/24 314/12
recorded [2] 196/16 196/20
recording [2] 129/12 196/25
recruiting [1] 115/15
recruitment [1] 115/18
red [10] 24/15 129/17 129/22 131/8 133/5 146/7 147/1 156/14 165/3 165/6
redirect [6] 192/16 192/18 253/6 253/7 300/25 301/1
reduce [7] 40/22 115/19 228/3 241/25 242/5 242/12 315/3
reduced [4] 40/4 66/24 74/25 294/12
reduces [1] 63/4
reducing [12] 45/4 96/8 96/14 96/17 273/4 273/7 274/19 275/22 293/23 294/4 294/7 294/13
reduction [5] 138/3 272/24 273/11 273/15 317/3
reentrainment [5] 105/11 105/17 106/1 106/6 106/9
refer [13] 54/21 114/5 114/10 128/25 157/9 193/18 211/15 211/19 234/24 263/14 263/23 264/16 286/21
reference [17] 35/21 36/10 43/24 49/8 58/23 60/3 65/2 67/9 67/13 67/14 102/25 111/15 111/18 113/19 117/2 270/22 307/7
referenced [2] 14/3 121/23
references [4] 35/19 60/1 75/20 87/22
referred [12] 50/5 60/23 86/9 103/3 115/6 117/8 121/12 200/10 208/15 231/14 256/3 297/22
referring [11] 104/6 108/25 159/5 163/14 180/2 200/3 211/16 223/17 223/18 286/15 296/6
refers [12] 37/16 43/18 109/1 111/12 111/22 122/9 125/8 146/25 156/5 158/6 168/5 177/22
refine [1] 44/16
reflection [1] 151/4
reflective [1] 110/4
refraining [1] 94/22
regard [6] 115/17 150/1 154/6 171/10 279/25 285/18
regarded [1] 65/8
regarding [13] 147/8 148/23 153/25 158/22 169/18 171/8 171/13 199/24 259/19 265/17

regarding... [3] 269/7 290/18 290/24
regardless [4] 71/18 78/6 91/22 91/22
regards [3] 157/16 157/17 206/14
regime [3] 37/24 307/16 307/17
regimen [4] 61/4 61/13 61/16 61/18
regimens [1] 58/15
regular [1] 122/6
regulate [1] 59/13
regulated [1] 17/16
regulating [1] 52/6
regulation [1] 103/19
regulations [4] 84/6 84/10 87/13 150/19
regulator [1] 109/9
regulators [1] 68/1
regulatory [7] 53/23 74/4 74/5 74/6 151/4 286/22 303/21
reissue [17] 11/25 23/24 37/8 43/19 57/8 69/20 81/2 81/14 88/21 88/22 92/17 212/13 214/8 215/15 223/1 223/7 228/22
rejected [3] 86/17 253/20 253/24
relate [7] 25/5 47/22 149/9 152/24 157/3 193/23 194/22
related [12] 54/5 64/11 154/9 158/9 199/21 199/25 220/12 256/2 262/17 296/4 296/6 300/21
relates [5] 47/23 59/22 60/18 87/6 92/19
relating [1] 200/5
relationship [3] 126/18 135/18 228/2
relative [19] 107/2 107/7 107/17 126/21 162/1 162/5 246/1 262/21 262/22 262/23 263/5 263/9 263/11 263/19 263/22 296/24 298/11 298/20 299/1
relatively [2] 11/1 299/6
release [4] 17/5 29/1 36/25 37/2
released [1] 17/1
releases [3] 16/19 17/12 17/24
relevant [33] 45/17 47/8 47/9 68/1 80/10 103/16 146/4 202/20 205/8 206/8 212/4 212/11 212/17 213/8 213/16 214/6 214/14 215/13 219/10 220/21 221/6 221/16 221/22 222/3 223/5 224/1 224/17 225/11 230/25 233/23 236/8 246/19 274/25
reliable [1] 118/8
relied [1] 240/12
relies [1] 74/7
relooking [1] 128/4
rely [6] 35/20 73/21 249/15 312/12 312/13 313/4
relying [3] 4/16 196/21 197/6

remain [3] 100/9 263/4 263/20
remained [1] 100/5
remaining [4] 10/22 132/4 232/11 275/20
remains [2] 27/15 263/18
remember [14] 32/17 63/10 163/13 218/16 238/6 238/9 238/10 239/23 242/16 253/11 268/2 273/9 309/24 309/25
reminded [1] 143/16
remove [2] 60/2 118/14
render [2] 75/10 138/7
rendered [1] 35/3
rendering [1] 68/10
renders [5] 59/23 60/20 64/25 65/11 77/2
repeat [12] 15/24 151/25 161/14 166/4 175/22 226/18 230/16 242/8 255/9 278/13 289/3 293/25
repeated [2] 105/24 143/6
repeatedly [1] 86/17
repeating [1] 188/11
rephrase [1] 181/9
replace [1] 69/5
replaces [1] 18/21
replica [1] 132/15
report [24] 5/24 6/14 6/16 6/17 7/14 7/18 36/3 87/24 88/4 88/13 108/11 121/18 140/6 140/17 140/25 176/17 197/10 202/6 202/17 202/20 203/2 265/17 279/1 279/15
reported [10] 33/21 46/3 121/15 124/2 196/7 219/16 262/14 264/22 264/25 265/2
Reporter [3] 257/21 320/2 320/8
reports [4] 6/12 6/12 197/14 251/8
represent [5] 3/23 51/7 51/9 78/21 178/25
representative [3] 3/10 9/17 11/4
representatives [7] 87/12 170/13 170/17 171/7 171/12 171/16 172/1
represented [2] 8/12 153/8
represents [2] 131/2 131/22
reprocessing [1] 273/16
reputations [1] 229/15
request [1] 41/10
require [9] 64/10 73/19 84/6 92/23 95/18 238/21 246/18 275/18 277/11
required [5] 150/8 151/19 175/12 307/9 309/10
requirement [4] 41/19 90/24 91/10 307/4
requirements [4] 71/1 73/20 74/1 74/4
requires [14] 25/7 34/20 57/17 68/23 69/23 81/15 83/5 95/12 96/6 96/7 96/9 181/4 217/1 246/16
requiring [1] 181/8
research [14] 52/24 72/21 84/18 98/11 99/1 99/2 99/25 173/22 199/17 199/25 200/10 200/10 216/9 309/13

researched [1] 200/13
researchers [2] 52/19 172/23
researching [2] 57/5 210/6
reset [25] 15/10 17/25 18/22 18/22 21/11 21/14 21/20 31/10 31/11 37/8 117/19 125/9 125/19 145/21 157/7 187/4 187/12 187/24 188/7 188/19 188/23 189/2 189/6 193/9 242/15
resets [1] 16/2
resetting [1] 149/6
residents [1] 199/23
resolution [1] 4/7
resolve [2] 228/8 317/15
resolved [1] 317/11
resource [1] 315/2
respect [15] 8/9 28/10 31/9 32/16 42/8 83/12 109/18 117/12 145/14 155/7 157/2 158/14 158/21 310/19 310/24
respective [1] 276/7
respectively [1] 157/20
respond [1] 154/3
responded [2] 46/12 47/10 266/24
responding [2] 318/5 318/11
response [22] 8/5 13/22 22/18 27/2 27/22 28/6 28/8 28/21 45/22 47/5 88/8 100/15 139/5 139/7 185/2 239/10 239/14 265/7 265/9 266/8 266/19 269/18
responsibilities [6] 303/23 305/10 306/16 306/17 309/1 309/17
responsibility [2] 309/4 309/13
responsible [2] 303/24 305/12
responsive [1] 275/7
rest [8] 15/23 33/14 71/14 95/23 107/11 132/3 132/3 153/1
result [9] 55/3 61/3 65/22 71/10 91/12 109/12 113/16 157/13 273/20
resulted [3] 46/4 134/23 185/11
resulting [1] 71/13
results [21] 19/18 29/12 29/13 35/3 55/5 55/17 60/7 63/18 99/1 121/18 122/25 126/11 126/13 140/6 140/25 157/6 177/19 177/25 213/19 243/3 244/2
retains [1] 263/1
retention [22] 262/17 262/21 262/22 262/23 262/25 263/1 263/3 263/5 263/7 263/9 263/11 263/19 263/22 280/21 296/24 298/2 298/11 298/16 298/18 298/20 299/1 299/3
retina [1] 16/5
retread [1] 228/23
Returning [1] 54/14
review [15] 60/5 67/14 147/12 147/14 167/25 170/21 175/17 205/21 206/4 250/6 258/24 265/6 267/9 303/24 307/1
reviewed [16] 99/4 154/14 176/14 202/7 204/19 259/2

259/21 260/9 265/18 268/17 270/5 276/5 284/4 284/12 292/8 292/11
reviewing [2] 267/22 294/24
rhythm [69] 12/14 13/17 13/18 13/24 14/11 18/1 18/8 18/19 20/17 22/4 22/8 22/12 22/14 24/23 26/24 50/4 50/12 52/8 52/11 54/5 54/9 54/20 58/21 60/14 76/4 88/5 106/11 106/12 106/13 111/14 112/3 112/14 115/7 116/12 117/14 124/19 125/18 126/19 126/21 130/15 130/16 131/11 132/8 139/6 139/11 150/24 153/3 159/24 175/9 177/8 183/16 183/19 183/20 183/24 184/21 184/24 191/9 200/19 201/7 201/9 201/20 210/3 210/6 213/1 213/7 224/25 241/4 241/6 241/10
rhythm-related [1] 54/5
rhythms [17] 12/21 13/21 15/5 16/16 30/24 58/24 59/3 59/13 103/19 103/20 173/9 173/11 173/14 173/20 174/4 174/9 239/9
rifampicin [27] 40/1 41/8 66/15 66/15 66/17 66/20 66/25 67/1 67/5 67/23 67/24 68/8 68/9 93/2 93/4 93/8 93/13 93/21 158/9 246/23 247/8 247/10 247/20 248/1 249/6 249/10 253/3
rifampin [20] 39/25 41/13 67/21 67/23 67/24 93/2 93/3 137/17 137/25 138/2 140/7 158/7 158/16 236/1 236/7 236/13 236/17 246/16 247/14 247/17
RIFKIND [1] 2/2
right [246] 4/2 6/6 7/17 10/8 10/24 20/8 26/20 27/1 27/6 27/9 27/21 30/19 31/4 33/16 34/8 35/5 35/16 38/11 39/3 40/18 42/12 47/16 48/2 49/15 62/3 62/4 65/18 66/2 66/9 66/13 69/10 70/17 71/10 72/4 72/14 72/19 76/14 78/16 80/1 80/14 80/16 80/18 80/22 80/23 81/18 82/13 82/14 83/18 84/3 97/15 110/24 119/23 120/11 120/24 123/12 125/3 126/1 128/15 130/6 130/22 131/2 131/7 131/13 131/21 131/22 131/25 132/10 132/19 133/13 133/23 138/22 138/24 139/4 140/3 141/12 141/22 142/11 142/20 142/25 143/14 145/2 145/3 145/7 147/2 147/5 152/13 155/23 160/4 160/20 160/21 160/22 160/24 161/6 161/13 162/12 162/15 162/24 163/7 163/10 165/4 165/7 165/11 165/13 165/20 165/23 166/8 166/19 167/3 167/6 169/14 170/2 170/4 170/9 170/14 170/18 170/22 171/1 171/4 171/8 171/13 171/24 172/8 172/12

R

right... [123]  172/17 172/22
173/14 174/9 174/16 174/22
175/3 176/1 176/18 176/21
176/24 177/21 179/20 180/7
180/9 180/14 180/17 181/11
181/15 181/19 183/15 185/4
185/12 185/15 185/19 186/8
186/21 187/6 188/13 189/11
189/15 189/20 189/25 190/10
190/15 190/20 191/3 191/10
191/20 192/16 195/1 195/3
195/5 195/6 195/7 195/9
195/14 197/17 199/7 201/23
202/13 205/13 206/19 228/15
228/25 230/15 230/21 231/6
232/23 235/23 238/10 239/12
240/4 241/18 242/18 242/19
243/25 244/13 244/17 244/25
245/5 245/24 246/7 246/9
246/11 246/16 246/21 246/25
248/8 248/17 249/1 249/7
249/17 249/21 250/1 250/18
250/23 251/5 251/15 251/17
252/18 252/25 253/2 253/5
254/2 255/18 256/17 267/6
272/7 275/10 276/13 284/18
285/6 287/6 290/2 292/23
293/13 294/18 294/23 295/19
296/15 299/3 300/2 303/3
303/4 305/18 308/19 311/14
314/5 314/9 314/18 315/4
318/23
right-hand [5]  123/12 126/1
174/22 175/3 293/13
rights [1]  54/16
rise [1]  138/19
risk [2]  118/4 118/10
Risks [1]  117/25
Robert [2]  72/20 96/12
Robinson [1]  141/23
Robinson's [1]  141/14
RODENBERG [2]  2/19 3/18
rods [1]  16/6
role [8]  62/18 98/3 103/18
121/15 147/10 148/13 201/1
305/11
roles [1]  303/22
Ronald [1]  148/12
room [3]  73/1 316/21 319/6
rotates [1]  12/19
roughly [1]  14/1
route [3]  94/19 94/21 267/13
routine [1]  74/23
row [7]  63/12 63/20 209/12
264/4 264/11 297/11 297/12
rows [2]  209/11 264/3
royalties [1]  20/5
ROZENDAAL [8]  2/16 3/15
6/9 49/14 78/24 144/2 311/12
316/14
RPR [1]  320/8
RRT [22]  263/12 263/15
263/24 264/8 264/20 279/2
279/2 279/22 279/25 280/2
280/5 280/9 280/13 280/19
280/20 281/2 281/5 281/7
281/14 281/22 285/20 302/19
RRT 1.35 [1]  302/19

RRT 1.29 [1]  281/15
RTT [1]  285/19
rule [2]  141/14 141/24
rummaged [1]  74/22
run [8]  17/21 130/23 171/7
171/12 221/2 247/21 289/1
289/7
rush [1]  232/24

S

safety [3]  179/1 286/3 286/6
Sai [3]  284/23 284/23 284/24
said [45]  5/3 6/13 9/5 10/22
19/24 22/19 22/23 32/11 46/7
46/13 46/23 47/5 47/18 51/12
54/3 56/18 59/8 72/17 89/18
135/11 151/11 152/1 156/5
162/8 185/3 194/12 208/3
223/6 241/20 245/14 298/6
298/9 298/16 299/21 300/4
300/4 307/17 307/23 308/4
310/18 311/12 312/4 312/12
319/3 319/3
sales [15]  87/12 170/12
170/16 171/7 171/11 171/16
172/1 172/10 172/15 172/24
172/25 173/3 194/4 194/13
194/18
salespeople [1]  241/13
salient [2]  57/10 109/20
salt [3]  294/8 294/16 294/18
salts [1]  273/15
same [95]  16/17 18/9 22/10
23/13 24/10 25/7 26/10 26/22
27/12 30/16 31/21 31/25 38/1
38/8 38/8 38/9 38/13 39/13
40/13 40/18 47/3 47/7 48/8
51/25 52/22 53/12 59/7 61/12
61/17 64/18 67/11 67/23 69/2
75/23 84/6 88/21 93/3 93/17
94/12 119/22 120/2 120/4
120/9 120/9 120/12 122/8
127/2 129/21 131/11 131/25
132/17 138/23 149/5 156/10
156/18 158/10 159/4 159/5
163/12 163/15 163/18 163/23
163/25 164/10 164/16 164/23
165/3 171/21 186/15 196/10
212/20 212/22 213/6 213/12
213/21 213/24 214/3 218/7
222/7 222/8 223/8 223/9
224/10 234/21 247/21 263/18
263/20 277/19 296/5 298/1
298/4 298/9 301/24 306/7
311/22
sample [3]  262/24 268/5
269/12
samples [1]  116/14
sandbag [1]  7/13
SASHA [2]  2/18 3/19
sat [1]  312/4
save [2]  9/11 312/8
saves [1]  142/5
saving [2]  143/3 143/4
saw [10]  30/17 44/5 59/8
64/22 65/22 81/14 112/20
152/25 203/9 244/3
say [86]  4/11 5/24 6/23 7/10
8/15 14/15 22/9 22/11 23/1
24/4 30/5 30/7 33/2 44/24

46/19 46/29 46/22 47/17
52/21 61/7 61/23 65/6 70/1
71/8 74/16 74/22 77/5 77/14
77/18 79/16 81/8 81/10 82/10
82/11 82/14 82/16 84/25
91/23 93/18 95/14 97/1 97/3
107/7 113/24 131/8 137/11
143/12 153/12 154/5 157/8
161/1 162/9 167/2 169/4
171/9 171/14 171/17 172/11
172/24 177/10 177/14 182/1
182/11 195/12 196/11 200/2
200/5 218/11 225/22 227/20
228/24 229/2 229/11 229/16
238/23 245/16 247/12 250/19
268/14 274/23 309/10 310/22
314/7 314/12 315/7 317/7
saying [21]  7/5 7/15 13/3
15/17 15/18 31/23 33/16
47/10 94/14 115/8 150/22
152/7 195/8 197/9 219/8
224/8 275/22 298/17 304/7
313/3 313/5
says [68]  22/11 29/5 30/15
30/18 30/23 31/10 31/10
31/18 32/24 33/1 36/18 41/4
41/4 41/7 41/10 42/3 44/25
45/23 58/20 60/8 65/4 66/20
67/18 67/21 93/1 111/7 112/4
123/16 126/3 127/2 148/16
149/3 149/3 149/19 150/15
168/7 168/8 169/12 170/1
170/21 170/24 175/10 178/4
179/11 179/15 179/24 181/7
182/5 182/19 183/8 192/6
192/7 194/17 199/11 200/20
209/12 237/24 243/11 251/3
291/7 295/5 295/23 296/2
296/9 297/5 297/16 302/18
311/6
scalable [1]  259/17
scale [4]  88/9 118/8 118/13
239/24
scenario [3]  107/15 234/5
236/12
SCHAUBERT [2]  2/10 97/9
schedule [1]  223/22
scheduled [1]  212/23
schedules [1]  112/12
scheduling [2]  317/16 317/21
schematic [3]  134/20 293/6
293/9
scheme [1]  20/8
School [2]  62/13 84/19
science [4]  14/2 24/1 57/1
256/2
scientific [5]  99/2 119/3
124/22 150/23 150/24
scientifically [1]  150/7
scientist [2]  255/6 255/7
scientists [3]  48/22 52/24
76/22
SCN [2]  17/23 17/23
scope [2]  4/24 5/5
score [1]  239/16
scrambled [1]  78/11
scratch [1]  163/20
screen [14]  74/11 102/22
108/22 120/10 121/7 127/25
155/14 164/24 214/13 260/18

266/5 270/13 279/13 284/21
screened [1]  298/1
screening [3]  129/1 132/6
133/4
screens [1]  143/19
scroll [1]  296/20
SEC [1]  175/12
second [42]  29/19 49/16
59/25 62/22 63/20 64/20
73/13 75/22 90/22 105/7
116/3 117/3 117/5 117/13
122/7 123/4 130/19 144/5
146/18 149/12 150/9 163/3
166/22 169/14 170/20 170/20
174/21 175/2 177/3 179/14
187/15 194/20 219/10 223/16
232/9 252/9 256/24 257/2
266/5 283/11 293/7 299/24
secondary [7]  4/16 77/5 77/8
77/10 78/7 88/12 146/12
seconds [1]  228/14
section [67]  6/17 53/20 88/3
92/1 111/5 155/10 155/12
156/1 156/4 156/4 157/25
158/6 165/15 165/15 166/23
211/25 212/4 212/7 212/16
212/17 212/19 213/14 213/16
213/18 214/14 214/14 215/12
220/16 220/21 221/14 221/16
222/2 222/3 223/5 223/8
223/11 223/17 224/8 224/9
224/13 224/23 225/4 233/8
233/11 235/25 236/2 237/13
239/1 240/8 240/13 240/16
242/22 252/10 268/13 269/4
269/25 270/16 270/17 279/22
280/9 281/5 291/5 291/18
292/1 295/8 296/1 311/5
Section 1 [1]  212/7
Section 1.1.2 [1]  292/1
Section 14.1 [3]  213/16
213/18 214/14
Section 2.2 [2]  212/17 212/19
Section 3.2.S.2.6 [1]  296/1
Section 4.1.2 [1]  291/5
section's [1]  212/15
sections [10]  77/3 211/12
211/14 220/6 220/8 220/11
224/1 224/16 225/12 260/8
Sections 101 [1]  77/3
sedative [1]  203/7
see [141]  9/18 14/4 14/9
16/25 17/3 25/18 27/18 28/17
29/2 29/7 31/12 33/19 37/24
39/12 44/22 45/20 50/10
54/10 54/14 54/22 57/14
57/16 61/11 62/21 63/12
64/17 65/3 66/13 74/9 74/10
76/12 86/9 86/11 87/8 88/13
89/2 90/6 90/7 90/11 90/12
98/24 100/1 101/12 104/11
106/19 107/22 107/24 111/15
112/4 113/17 123/16 124/7
126/3 129/15 129/18 129/20
129/25 130/3 131/12 131/15
132/5 132/13 133/4 138/17
138/19 149/3 151/9 158/6
160/14 164/4 175/2 175/6
177/3 178/22 179/3 179/11
179/18 181/14 188/9 188/9

see... [61]  188/21 192/6 192/8
199/13 200/9 200/22 209/11
213/25 215/1 215/2 217/23
219/3 219/5 219/18 220/8
221/14 226/18 227/24 228/18
233/7 235/24 237/24 238/11
238/19 239/2 239/4 241/22
243/3 243/11 244/25 251/1
251/3 252/8 252/11 252/13
261/1 261/4 261/11 264/13
269/17 270/22 279/17 283/2
287/9 287/11 291/7 291/20
291/23 292/3 293/12 295/22
297/4 297/12 297/17 297/18
297/21 299/19 299/21 302/18
302/20 318/23
seeing [6]  11/18 39/2 39/13
40/23 201/2 238/6
seek [1]  161/2
seeking [5]  45/20 56/4 56/13
237/10 267/3
seem [1]  128/10
seemed [1]  245/11
seems [4]  182/11 226/15
275/1 276/3
seen [11]  69/3 109/8 146/6
203/5 225/3 241/12 253/13
265/20 276/2 290/8 291/1
sees [3]  40/6 40/12 40/13
select [1]  115/20
selected [2]  127/3 127/4
selection [1]  305/12
selectively [2]  177/11 177/15
self [4]  6/19 127/3 127/4
219/16
self-reported [1]  219/16
self-selected [2]  127/3 127/4
self-serving [1]  6/19
sell [2]  191/1 311/6
send [1]  97/13
sends [1]  45/23
sense [8]  11/25 90/20 130/22
226/15 228/17 276/4 309/15
312/9
sensing [1]  226/24
sensitive [3]  150/12 150/14
288/23
sensitivity [5]  9/19 268/4
269/13 269/14 269/16
sent [1]  195/23
sentence [17]  106/20 107/19
107/20 123/16 127/2 167/1
175/10 177/18 177/22 177/24
178/16 178/24 179/14 180/5
296/2 296/9 300/4
sentences [1]  178/10
separate [5]  46/14 48/5 70/16
81/4 206/14
separated [3]  88/1 88/23
246/5
separately [3]  96/18 112/20
115/4
September [1]  100/18
September 11 [1]  100/18
sequence [1]  277/17
sequentially [1]  271/8
serial [1]  116/14
serially [1]  271/5

series [1]  96/20
serious [8]  68/16 93/9 94/6
94/7 246/24 247/3 249/23
251/16
serving [1]  6/19
set [49]  6/11 14/11 21/11
21/11 21/13 21/13 21/14
21/18 29/5 35/1 37/8 44/17
60/1 61/13 73/12 73/13 87/25
92/10 106/23 114/10 117/19
125/9 127/14 133/1 145/21
157/7 165/10 187/4 187/12
187/24 188/7 188/19 188/23
189/2 189/6 193/9 204/12
217/13 222/16 223/10 223/16
223/21 239/8 242/15 265/15
267/19 276/24 288/2 288/6
SET/RESET [1]  242/15
sets [3]  224/25 240/16 245/3
setting [2]  22/2 113/14
seven [54]  22/5 29/20 33/2
33/10 34/13 34/14 81/11 91/1
91/5 91/13 91/19 91/24 92/8
92/11 92/15 112/4 130/10
181/6 181/8 181/11 181/15
181/17 181/19 181/22 182/2
182/6 182/8 182/12 182/14
183/2 183/11 194/1 215/19
216/9 216/23 217/8 217/10
217/24 218/2 218/3 219/4
219/9 222/11 222/18 225/20
226/6 242/19 244/9 244/23
245/5 245/21 245/22 246/6
246/8
Seventy [1]  188/5
Seventy-two [1]  188/5
several [11]  7/11 11/19 35/19
116/17 156/6 187/8 187/12
189/1 203/7 262/12 286/14
severe [2]  12/25 252/22
Shah [2]  305/1 305/4
shall [1]  291/8
shape [1]  135/7
shared [1]  7/10
shares [1]  160/19
sharp [4]  28/14 43/7 142/23
233/16
Shasun [6]  279/17 279/17
279/18 295/24 297/1 299/2
SHAW [2]  2/13 3/14
she [8]  84/10 97/2 97/4 97/5
203/4 203/5 203/9 203/15
she's [1]  84/9
shelf [1]  19/22
shift [29]  19/12 19/14 22/21
22/23 24/20 24/25 25/4 25/21
25/22 25/25 26/1 26/12 28/19
39/14 52/9 105/21 113/24
114/1 114/3 117/8 123/23
139/3 139/4 174/8 179/22
179/23 221/4 242/19 246/11
shifted [5]  123/18 138/21
138/24 172/17 196/17
shifting [18]  24/2 24/2 25/7
25/9 26/4 36/19 36/21 39/8
59/1 60/12 105/10 105/16
105/19 114/8 117/6 117/9
126/15 175/8
shifts [1]  139/9
shiftwork [4]  112/8 112/12

114/13 114/20
shortcut [1]  276/5
shortcuts [1]  275/17
shorten [2]  4/19 4/21
shortened [1]  315/15
shorter [1]  26/9
shortly [1]  69/12
should [55]  4/11 33/13 48/22
51/5 56/17 58/20 59/4 65/8
65/20 68/1 68/9 78/10 89/25
102/3 108/7 110/9 118/25
119/6 119/6 124/12 143/22
150/2 154/22 161/23 162/1
162/5 163/2 168/4 170/18
170/18 170/25 171/21 180/11
182/10 184/3 186/15 191/8
195/12 216/25 217/1 219/8
227/2 229/15 256/5 257/13
295/4 302/6 303/7 307/6
309/10 310/10 316/22 316/25
317/3 317/4
shoulders [1]  252/23
show [40]  22/14 32/2 42/6
48/24 48/25 51/3 51/5 58/6
58/7 58/9 62/7 71/10 71/11
71/15 71/16 71/19 71/20
71/21 71/21 71/22 78/3 78/9
81/3 81/20 84/12 85/17 85/22
86/16 87/12 88/10 94/4 95/19
116/23 129/11 129/14 144/19
151/20 243/7 298/24 299/10
showed [5]  24/10 29/14 89/12
194/5 194/12
showing [9]  7/15 17/1 57/12
70/22 120/10 174/7 203/25
218/25 219/20
shown [23]  36/19 52/10 63/9
63/20 67/24 125/22 133/1
151/16 156/13 157/13 165/17
165/23 262/13 264/3 264/6
271/19 279/24 282/18 299/2
302/21 303/1 304/23 308/11
shows [11]  20/10 75/14 76/2
77/20 78/4 129/18 157/5
252/15 288/20 293/9 293/22
side [15]  63/19 64/17 66/1
66/13 126/1 143/6 163/9
227/14 227/18 262/8 262/8
293/13 297/4 319/3 319/3
sidebar [3]  273/22 273/25
276/14
sides [6]  33/6 216/23 226/17
312/7 315/17 316/6
sides' [1]  315/19
sighted [2]  124/17 124/18
signal [5]  16/10 17/23 17/24
18/10 24/9
signals [2]  103/15 103/16
signed [2]  101/17 101/21
176/20
significance [5]  38/18 45/17
138/6 138/25 261/24
significant [5]  23/6 39/15
138/3 159/24 313/9
significantly [3]  123/18 123/25
315/13
similar [13]  42/16 52/23 53/5

60/1 62/5 66/10 66/11 67/17
316 137/23 229/18 250/5
298/18
similarities [1]  53/7
similarity [1]  68/4
similarly [8]  58/8 67/10 111/21
158/21 204/5 204/10 212/21
223/11
simply [3]  28/9 42/10 226/12
simulated [2]  122/1 122/3
simultaneously [1]  38/2
since [12]  51/16 52/8 98/6
98/8 99/16 114/16 131/14
132/24 144/16 226/20 257/3
270/19
Singh [2]  306/10 306/14
single [10]  15/14 25/10 25/12
96/10 105/21 131/6 131/7
230/18 249/15 267/5
single-dose [1]  267/5
sip [1]  91/8
sir [5]  166/3 168/10 188/10
191/15 316/16
sit [1]  227/10
site [2]  305/16 305/21
sites [1]  306/19
sitting [1]  227/8
situation [5]  26/3 43/3 67/1
138/18 232/18
situations [1]  71/4
six [4]  15/16 130/10 178/15
178/17
six-month [2]  178/15 178/17
size [1]  114/2
skill [7]  209/19 210/1 210/11
210/17 230/5 230/17 231/1
skilled [7]  36/15 36/15 64/4
68/5 70/12 75/16 76/4
skip [5]  30/19 80/25 212/22
229/21 251/7
sleep [339]
sleep-wake [23]  12/2 12/18
112/15 115/4 115/9 115/21
116/10 125/12 130/15 150/9
160/23 161/1 177/12 178/6
179/16 180/1 192/12 194/19
194/21 223/6 223/11 223/14
223/15
sleep/wake [7]  52/6 57/11
57/18 59/14 81/9 81/17
103/20
sleepiness [5]  91/11 91/11
91/14 91/20 220/24
sleeping [4]  15/3 217/24
218/3 219/9
sleeps [2]  193/18 194/2
slept [11]  92/2 130/2 130/4
130/6 130/8 193/24 196/14
218/13 219/23 219/25 244/15
slide [28]  61/8 67/20 86/11
170/20 170/24 202/19 202/25
203/25 208/23 209/21 210/20
212/2 214/12 216/2 216/5
217/23 221/12 223/25 224/16
225/11 230/9 230/19 231/17
235/22 272/2 282/16 283/3
286/19
Slide 5 [1]  286/19
Slide 51 [1]  86/11
slides [9]  8/7 8/9 8/11 8/12

slides... [5] 8/13 10/13 203/23 204/12 232/3
slight [1] 224/9
slightly [2] 41/18 41/18
slipping [1] 143/6
slowly [2] 232/23 255/14
smack [1] 295/20
small [6] 11/1 23/4 109/21 110/3 150/12 173/23
smaller [1] 312/8
Smith [4] 205/3 205/4 205/7 206/15
Smith-Magenis [4] 205/3 205/4 205/7 206/15
smooth [1] 137/14
SNRIs [1] 251/7
so [394]
so-called [3] 38/20 44/2 239/8
society [1] 13/6
sodium [1] 273/13
sold [4] 20/7 259/9 259/19 306/1
solely [1] 275/8
Solutions [1] 171/24
solvent [2] 268/3 269/10
some [65] 9/15 10/3 10/20 14/6 15/9 15/10 19/5 29/2 30/14 32/18 42/20 45/16 69/13 71/4 82/7 101/18 104/11 116/22 116/23 128/10 130/5 130/10 130/11 141/17 160/6 163/8 174/8 183/15 183/17 183/18 183/23 184/23 185/2 185/3 185/9 186/21 192/25 196/18 199/24 202/19 208/20 210/10 220/8 227/9 227/9 227/13 235/2 246/24 247/3 249/23 251/16 259/24 263/11 264/21 267/18 273/9 275/14 278/4 278/20 283/12 293/12 301/9 311/17 312/7 314/22
somebody's [1] 196/4
somehow [2] 70/6 241/17
someone [28] 6/3 15/7 15/11 18/4 18/5 26/6 33/20 41/7 48/19 106/12 148/11 149/15 149/17 181/13 183/1 183/10 191/1 193/18 217/3 217/7 217/10 217/17 219/14 219/22 247/23 248/5 289/9 300/16
someone's [2] 14/10 41/4
something [32] 13/19 16/10 24/22 26/19 27/4 32/22 36/10 37/18 38/12 39/24 42/13 44/15 55/21 83/19 86/8 96/3 111/16 112/8 113/19 125/8 143/6 151/12 156/3 158/6 169/5 202/7 225/15 227/25 236/14 241/23 274/1 310/21
sometime [3] 20/23 125/14 282/6
sometimes [4] 16/22 161/1 213/4 255/19
somewhat [2] 14/6 230/4
soon [1] 319/6
sooner [1] 78/3
soporific [1] 13/12

sorry [28] 9/9 25/1 129/15 151/24 165/1 164/13 164/22 166/4 168/13 169/15 172/9 174/23 174/25 181/9 183/5 187/21 188/1 188/9 191/12 232/15 238/3 242/4 242/8 243/8 245/16 255/17 265/3 296/17
sort [4] 7/7 51/19 66/4 311/11
sought [4] 85/22 85/23 86/1 237/11
sound [1] 314/25
sounded [1] 13/11
Sounds [2] 128/15 160/21
source [2] 107/1 282/10
sources [1] 143/17
space [2] 198/6 275/17
speak [3] 232/19 232/23 255/14
speaking [2] 165/1 305/19
specialized [1] 16/6
specific [14] 12/12 62/23 86/5 89/3 92/23 92/24 93/25 96/6 154/8 158/24 162/3 167/5 167/7 168/21
specifically [14] 81/13 83/20 83/22 85/3 88/4 90/12 95/1 117/9 159/24 167/1 168/19 175/21 225/5 263/21
specification [6] 70/9 70/13 187/9 260/23 260/24 261/11
specifications [7] 44/17 260/21 261/12 267/17 267/19 273/19 286/4
specified [1] 187/13
specify [1] 93/6
spell [2] 197/24 254/7
spend [4] 52/13 114/20 229/6 229/7
spending [2] 90/2 274/3
spent [1] 98/12
spike [2] 137/13 142/23
spiked [1] 280/21
spillover [7] 27/20 27/21 28/13 28/13 39/4 39/7 233/17
split [2] 199/17 201/1
spoke [1] 8/6
sponsor [2] 149/20 149/22
spontaneous [1] 251/8
sport [1] 226/22
spread [2] 40/23 202/18
spreading [1] 252/23
springs [1] 48/14
squeeze [1] 144/9
Squibb [8] 19/3 19/4 48/14 48/15 50/5 101/12 101/15 118/17
SSRI [1] 234/10
SSRIs [2] 250/5 251/7
stability [1] 283/12
stabilized [1] 203/16
stage [4] 101/25 259/8 272/12 272/17
stages [1] 259/8
stand [4] 112/2 129/22 144/12 255/23
standard [6] 79/5 216/24 219/23 239/17 239/18 287/17
standards [1] 11/1
standing [2] 51/16 144/11

stands [4] 21/12 36/23 73/23 73/24
Stark's [2] 313/11 313/12
stars [2] 146/7 147/1
start [30] 23/23 27/21 31/3 54/10 56/19 57/7 64/13 66/14 76/1 97/15 111/3 127/9 129/8 130/7 131/2 144/7 144/10 163/20 194/6 215/2 234/9 234/11 236/17 237/5 247/18 258/20 267/21 276/18 277/24 318/9
started [8] 19/11 29/8 50/20 79/3 203/11 203/14 258/21 259/1
starters [1] 246/12
starting [8] 42/13 127/5 137/13 182/24 208/18 233/22 236/7 269/5
starts [9] 17/4 27/25 36/24 139/10 156/6 156/8 175/4 188/9 216/10
state [11] 118/16 172/16 176/16 197/24 198/13 254/7 305/3 306/13 308/24 313/8 313/23
stated [2] 162/13 176/14
statement [11] 10/16 49/23 51/14 72/1 76/1 108/4 108/5 113/3 179/6 180/4 217/21
statements [4] 10/12 176/18 179/6 218/18
states [22] 1/1 1/16 50/17 59/11 98/1 98/21 112/25 117/12 150/23 177/6 177/18 177/24 178/10 178/16 178/24 191/2 233/8 305/23 306/3 310/2 310/6 313/2
statistically [2] 23/6 123/24
status [2] 21/4 21/8
stay [4] 10/8 12/23 97/4 215/5
stayed [1] 215/6
staying [3] 10/6 28/20 170/21
stays [1] 27/9
stenographic [1] 320/5
step [19] 45/4 45/5 96/10 145/4 197/18 254/2 272/22 272/24 273/1 273/3 273/4 273/5 273/11 273/13 273/15 282/20 294/5 294/6 303/4
steps [19] 45/1 45/2 45/3 47/23 48/17 64/11 71/9 71/13 71/20 71/23 73/12 76/25 92/24 93/25 94/3 96/20 272/9 273/8 273/16
STERNE [3] 2/16 3/16 3/17
stick [1] 315/6
still [11] 26/9 26/10 27/10 32/21 39/13 91/20 137/8 189/17 190/22 193/9 241/17
stimulus [4] 112/22 113/8 115/7 115/23
stipulate [3] 226/14 275/14 312/5
stipulated [2] 95/11 310/12
stipulating [1] 315/16
stipulation [2] 226/11 315/18
stockholder [1] 160/16
STONE [4] 2/3 3/9 4/5 10/21
stop [7] 82/1 146/18 151/24

215/6 236/6 247/15 248/5 249/1 253/21 13/21 109/16 215/7
stopping [2] 81/18 247/12
story [3] 52/4 274/12 313/17
straightforward [3] 41/3 47/2 113/10
strategizing [1] 306/18
stream [2] 16/21 66/1
streamline [6] 5/3 228/7 314/21 315/10 317/23 318/21
streamlined [1] 232/22
Street [1] 1/14
stretch [1] 42/19
strictly [1] 84/6
strong [15] 53/7 63/8 64/5 64/14 64/15 68/1 68/4 68/7 68/13 75/11 92/25 93/4 93/19 93/20 233/9
strongest [1] 66/19
structural [2] 53/7 288/14
structure [41] 44/10 49/3 53/6 67/17 68/4 71/6 71/7 74/20 75/4 262/19 263/24 276/22 276/24 277/11 278/11 280/13 280/14 280/17 280/20 280/23 281/2 281/7 281/9 281/9 281/12 281/17 282/4 288/19 289/1 289/6 298/13 301/4 301/8 301/9 301/19 302/1 302/3 302/15 302/22 302/24 302/24
structures [23] 74/24 75/1 277/3 277/14 278/8 278/15 278/19 278/21 279/22 280/2 280/4 280/5 280/19 282/7 282/10 283/15 283/18 284/2 285/23 286/1 286/8 286/10 286/17
stuck [1] 198/16
students [2] 199/22 200/1
studied [5] 39/21 40/10 98/10 98/22 149/4
studies [35] 21/9 21/10 23/20 31/9 36/12 37/9 103/25 111/8 117/20 125/11 125/16 142/12 145/19 145/20 145/21 165/15 185/4 185/6 185/22 186/22 187/1 187/4 187/5 187/12 187/24 188/7 188/19 188/23 189/2 193/7 193/9 193/11 197/8 201/3 266/15
study [84] 19/10 21/12 31/10 31/11 31/12 31/14 38/16 38/19 55/16 87/23 87/24 88/1 88/4 88/13 98/13 104/2 108/11 108/11 109/1 109/2 113/7 113/10 113/13 114/10 114/10 114/11 115/15 115/18 116/22 122/3 122/7 122/24 123/1 123/5 125/19 126/4 127/19 133/17 137/16 138/9 139/22 140/17 140/17 146/15 146/16 150/2 150/6 150/12 153/13 154/17 156/7 157/6 157/7 157/7 157/7 165/10 177/25 185/14 186/23 187/24 188/7 188/23 189/6 189/16 193/7 196/6 197/11 213/19 215/1 215/5 239/1 239/8

study... [12]  240/7 240/13
243/3 243/4 243/6 243/11
244/2 264/12 265/9 265/11
266/23 267/5
Study 1 [1]  215/1
Study 2 [1]  215/5
Study 2101 [1]  114/11
studying [4]  98/12 100/15
134/2 140/7
stuff [3]  229/4 275/1 316/22
style [1]  51/19
subfamily [2]  62/23 63/1
subject [8]  11/16 12/21 44/4
121/21 141/4 145/11 145/23
291/11
subjects [2]  124/16 153/15
submission [6]  34/25 265/8
268/15 268/16 270/20 294/24
submissions [3]  303/25
306/18 306/18
submit [3]  154/13 239/7
307/10
submitted [7]  175/18 253/19
253/23 268/13 294/25 307/1
307/9
subscribers [1]  235/25
substance [11]  16/20 145/17
260/22 264/18 270/3 271/21
273/17 273/18 277/5 296/4
296/11
substances [2]  296/4 296/6
substantially [2]  29/25 81/6
substitute [2]  60/2 75/23
substrate [8]  63/3 63/8 63/10
63/13 63/14 63/15 63/21
63/23
subtypes [2]  22/5 112/5
succeed [1]  277/14
success [2]  4/15 4/16
successful [5]  115/16 116/9
118/6 203/13 283/21
successfully [1]  247/21
such [10]  33/24 43/20 85/1
115/15 115/18 126/13 175/8
189/16 203/8 291/10
suddenly [1]  19/15
suffered [1]  116/20
sufferer [1]  18/3
sufferer's [1]  12/18
sufferers [4]  12/24 13/5 29/15
35/10
suffering [8]  21/19 52/11
55/25 57/17 59/3 81/16
117/18 124/4
sufficient [5]  25/22 26/12
39/14 116/1 118/23
sufficiently [1]  75/7
suggest [5]  36/15 42/22 161/5
175/5 181/21
suggested [2]  150/25 173/10
suggesting [3]  70/9 105/17
185/7
suggestion [2]  42/20 159/18
suggests [3]  36/18 111/8
313/20
suit [4]  7/23 9/16 54/24 78/25
suitable [1]  60/12
suited [1]  58/21

sulfate [2]  96/19 273/13
sulfatoxymelatonin [1]  247/2
sum [1]  78/9
summarized [2]  195/4 243/22
summarizes [2]  58/24 309/16
summarizing [7]  208/23
209/21 210/20 216/2 230/9
231/17 232/3
summary [7]  104/1 110/15
203/17 209/4 211/2 307/5
309/7
summer [1]  258/21
supercedes [1]  271/8
superfluousness [1]  228/16
supersedes [1]  271/9
supplied [2]  308/6 308/7
supply [2]  252/24 307/5
support [5]  35/21 82/16 180/4
218/19 219/11
supported [2]  83/17 87/21
supports [2]  83/8 220/7
supposed [1]  131/11
supposedly [1]  50/1
suprachiasmatic [2]  16/11
59/12
sure [40]  6/2 9/20 10/15 19/3
19/9 21/24 29/21 71/5 80/3
106/8 126/9 128/9 141/10
142/8 150/10 161/15 163/12
166/9 166/13 183/25 188/13
192/10 197/23 228/18 240/10
246/13 255/15 274/1 276/11
277/5 278/14 286/2 289/4
290/10 294/1 294/3 295/4
310/25 311/1 313/6
surface [1]  103/11
surmised [1]  115/22
surprise [5]  5/25 192/11 319/5
319/5
surprisingly [2]  33/5 46/12
surrogate [2]  85/23 152/11
survive [2]  151/12 152/3
survives [1]  150/20
suspect [3]  11/17 20/7 35/15
suspension [2]  205/4 205/7
suspicious [1]  203/11
swap [1]  67/10
switch [5]  143/17 145/10
173/6 180/9 234/10
switching [1]  142/5
Switzerland [1]  100/8
swore [1]  167/19
sworn [3]  97/20 198/3 254/11
SWSD [2]  112/9 113/2
symmetrical [1]  71/2
symptom [2]  183/22 184/24
symptomatic [11]  87/18 88/2
88/24 89/13 157/11 165/18
165/19 214/22 214/24 242/14
243/17
symptoms [6]  18/20 85/5
85/16 86/19 161/4 220/23
synchronization [3]  18/2
178/12 178/19
synchronize [2]  81/22 84/13
synchronized [1]  25/14
synchronizes [1]  194/21
synchronizing [2]  18/23
209/10
syndrome [4]  201/11 205/3

205/4 205/2
synonymous [4]  90/5 90/6
194/23 218/2
synonyms [2]  40/1 158/11
synthesis [5]  118/8 118/21
272/10 282/20 300/21
synthesize [3]  283/17 283/19
292/13
synthesized [5]  54/7 280/18
280/20 280/22 289/14
synthesizing [1]  283/21
system [10]  42/17 57/3 196/8
197/8 262/24 263/8 264/24
268/6 269/10 301/13
systems [6]  106/24 107/9
107/12 107/14 107/16 135/9

T

tab [18]  168/4 168/7 168/8
175/22 182/16 182/19 184/4
184/8 187/15 250/8 256/4
257/13 260/1 268/8 269/21
278/22 284/5 295/4
Tab 132 [1]  250/8
table [34]  3/8 3/15 3/24 9/19
10/18 63/12 63/21 89/1 89/1
123/14 156/24 165/14 165/23
169/17 169/17 169/20 198/17
214/13 221/14 240/16 240/20
242/25 243/8 243/22 262/8
262/10 262/11 264/2 264/3
264/23 296/21 296/24 297/8
297/11
Table 3 [1]  214/13
Tablets [1]  251/7
tabs [1]  269/22
tabula [1]  312/20
tacked [1]  53/24
take [69]  11/12 15/7 17/14
17/19 26/19 26/21 26/22
26/23 26/24 27/8 30/15 30/18
30/20 30/24 31/3 31/4 42/3
63/13 63/21 64/8 67/4 69/5
75/23 78/16 91/7 95/14
111/23 114/24 117/23 126/4
130/23 139/13 149/7 154/18
163/5 163/18 165/14 166/22
168/3 169/17 170/20 172/10
172/20 174/20 180/25 191/7
193/11 195/17 195/25 198/5
212/21 212/23 213/6 218/8
222/16 222/21 227/24 227/24
228/9 237/17 245/20 267/14
268/7 271/25 286/13 310/24
311/25 312/10 314/17
taken [11]  4/14 75/19 78/18
145/6 149/5 222/23 248/11
248/21 249/3 249/9 249/15
takes [10]  11/6 26/6 27/6
28/17 40/20 69/22 94/19
130/20 143/16 229/4
taking [23]  31/3 40/10 40/11
41/4 41/8 43/5 65/11 80/25
81/10 89/12 92/4 92/15 92/25
104/19 131/2 141/2 157/15
222/6 222/8 225/23 275/12
283/22 314/3
talk [32]  5/1 5/17 7/7 7/17
8/14 12/13 19/1 20/16 31/16
34/15 56/7 37/5 85/8 96/1

160/22 161/22 161/25 162/4
193/15 268/2 268/13 245/25
246/8 246/11 251/15 252/18
258/13 265/12 273/21 277/17
312/2 317/22
talked [7]  88/15 111/12
186/21 189/9 227/5 253/2
314/22
talking [34]  5/18 7/21 10/19
16/22 18/24 22/3 23/23 24/1
27/19 31/7 31/10 33/16 33/17
47/15 58/3 79/9 79/10 89/18
146/14 149/14 150/1 152/7
163/15 170/17 171/6 171/11
179/20 219/22 227/2 245/12
245/12 269/5 274/6 276/18
talks [6]  34/3 34/4 91/25
162/2 285/12 285/19
target [26]  57/20 90/24 92/13
99/20 113/6 126/5 127/4
161/22 161/25 162/1 162/5
162/5 216/10 216/11 217/9
217/12 217/13 222/13 222/15
225/10 244/22 245/3 245/4
246/1 246/2 246/4
tasimelteon [331]
tau [6]  14/3 14/10 14/12 18/7
26/9 31/4
TB [3]  247/7 248/2 253/2
teach [3]  199/20 199/21
202/18
teaches [2]  69/7 241/18
teaching [3]  49/11 199/18
199/25
team [10]  8/7 78/20 97/8 99/7
101/11 148/14 172/10 172/15
172/24 210/2
teams [1]  309/16
technical [4]  73/25 254/22
309/8 309/10
technique [2]  261/8 283/24
technology [13]  5/9 5/13 5/22
5/25 6/3 6/18 6/18 6/20 6/23
7/8 7/24 8/18 9/1
teenagers [1]  201/12
telephone [1]  197/1
tell [25]  7/23 16/8 23/8 26/1
30/15 36/14 42/25 43/15
84/22 97/12 98/3 103/9 115/3
124/3 136/3 144/6 156/18
162/19 165/2 167/19 167/21
196/22 269/7 310/14 316/7
telling [6]  18/10 19/15 99/22
274/12 297/21 298/7
tells [8]  16/23 17/7 17/8 37/1
41/11 43/14 43/20 66/23
temporarily [1]  130/5
tempted [1]  229/16
ten [5]  78/17 226/1 265/2
303/6 311/19
ten minutes [1]  78/17 303/6
tend [1]  40/22
Tentative [1]  279/22
tentatively [1]  302/22
term [15]  24/2 24/20 31/20
34/4 53/21 89/6 91/3 173/1
173/3 193/17 194/19 209/9
215/25 216/21 226/6
termed [1]  309/20
terminology [2]  44/24 63/2

terms [25] 8/16 12/6 20/1
41/14 100/11 109/20 126/25
135/1 151/2 151/17 157/13
157/14 171/4 172/13 172/15
172/20 172/22 194/17 194/18
197/4 208/21 232/24 235/3
303/11 315/17
test [4] 195/3 195/4 195/17
196/4
tested [2] 76/16 123/22
testified [12] 97/21 156/21
164/20 165/1 167/11 167/13
167/14 198/3 245/25 254/11
292/7 300/15
testifies [1] 318/7
testify [9] 73/3 73/6 84/23
87/16 91/15 238/12 245/7
317/25 318/12
testifying [2] 9/24 10/2
testimony [36] 8/12 32/10
62/10 72/19 74/12 142/7
145/5 162/8 169/9 179/24
183/4 183/13 183/14 184/25
189/4 192/25 193/6 193/13
202/8 202/21 204/13 204/20
205/22 206/5 207/3 207/10
207/18 241/12 246/3 253/17
298/15 308/12 308/16 310/14
311/20 318/5
testing [1] 185/12
tests [5] 74/4 74/23 289/2
289/7 289/9
TEVA [40] 1/6 2/20 3/15 6/9
45/20 46/7 46/12 47/4 48/2
49/17 50/23 51/3 51/9 51/23
61/14 71/12 71/15 79/10 80/8
95/10 95/16 96/20 205/20
206/8 224/10 303/16 303/18
304/14 304/17 305/8 305/13
305/14 305/15 305/17 305/22
305/25 306/4 306/5 308/15
310/14
Teva's [5] 51/10 81/24 84/5
93/15 96/13
text [9] 123/12 126/1 127/2
219/1 219/2 219/18 219/20
243/7 302/15
than [42] 13/4 14/6 14/7 18/20
32/1 46/16 46/18 51/18 54/6
57/4 61/22 62/2 62/13 69/24
70/2 70/11 72/22 75/21 76/18
80/21 82/10 84/11 90/7
106/13 116/23 123/18 123/25
141/20 144/13 150/13 217/6
227/10 243/25 244/8 263/6
263/7 263/9 288/22 303/1
314/11 316/1 318/8
Thank [52] 3/11 4/2 10/8
10/10 49/15 72/14 84/3 97/12
121/8 130/18 132/20 133/9
136/16 145/2 145/5 145/8
147/5 152/4 157/21 159/14
160/2 164/17 169/21 194/24
197/17 197/18 198/8 207/24
224/14 225/9 231/16 233/2
234/12 235/1 236/18 236/25
237/21 242/18 253/5 254/3
255/16 261/3 276/13 284/21

287/6 294/10 300/24 303/3
503/4 503/9 316/4 317/9
Thanks [3] 49/22 50/15
207/12
that [1537]
that's [156] 5/16 6/1 6/6 8/12
8/24 9/6 9/20 13/12 13/14
14/9 15/4 16/25 17/6 17/7
18/18 18/23 22/12 24/18
24/25 25/4 27/7 31/20 31/23
32/15 33/15 35/5 37/3 37/13
37/17 39/1 39/3 40/1 40/19
42/6 43/15 43/17 47/11 61/24
65/14 65/17 66/16 71/3 72/2
72/7 79/23 83/22 85/9 87/18
88/5 92/4 94/13 95/23 106/5
117/10 119/10 119/24 120/15
121/15 124/2 128/11 128/17
132/19 135/21 141/23 143/10
163/7 163/23 164/10 164/24
168/9 171/23 172/7 176/12
179/20 180/2 180/25 184/2
186/5 188/12 191/6 195/14
195/14 197/8 201/1 201/12
208/18 214/3 214/17 214/21
216/12 222/12 223/13 223/18
226/8 226/9 229/4 232/20
232/21 235/20 236/13 237/25
239/12 239/13 239/21 240/12
243/25 244/8 244/8 244/11
245/20 246/18 247/15 247/21
248/6 248/25 249/6 249/6
251/5 251/15 252/8 252/9
252/19 255/18 258/22 272/24
274/13 289/18 293/13 293/14
293/16 293/17 293/19 293/20
294/10 296/21 297/14 299/2
299/3 299/14 299/17 299/18
300/10 304/24 307/8 307/19
308/8 310/9 311/14 312/23
312/24 313/17 317/10 317/22
318/20 319/6 319/7
their [69] 6/15 6/15 6/24 7/6
7/7 7/8 8/7 15/2 15/17 18/5
18/13 19/15 19/18 26/6 26/8
26/9 28/17 33/13 34/7 34/13
35/16 44/10 46/1 74/3 74/20
77/14 81/23 85/19 89/15
100/2 103/8 110/6 122/5
150/22 151/11 151/19 160/19
162/14 162/17 162/18 183/20
195/23 213/3 213/4 213/4
213/22 213/23 214/2 216/11
217/1 221/19 221/20 221/20
223/21 244/3 247/16 262/16
264/1 274/9 274/10 275/2
275/5 303/11 307/24 310/22
314/17 318/8 318/9 318/15
them [68] 5/1 5/12 5/25 6/7
7/11 7/13 8/13 8/23 10/23
11/23 11/23 11/23 19/24
21/17 25/19 26/7 26/7 31/13
31/16 41/22 45/11 45/15
46/13 46/15 47/5 48/8 49/7
55/1 69/18 81/8 85/20 94/8
101/3 101/4 101/12 101/14
104/2 106/14 107/3 107/14
107/18 113/7 122/5 129/20
135/24 147/25 154/4 154/5
154/1 196/18 201/5 201/5

234/9 247/13 247/16 249/4
259/1 277/5 277/8 278/3
304/13 308/6 314/5 314/10
314/17 315/22 318/4 318/16
themselves [3] 10/3 13/24
38/4
then [139] 4/9 6/7 7/14 10/11
12/4 12/7 15/23 17/7 18/8
19/11 19/23 24/17 25/14
25/20 26/13 27/16 28/8 29/2
29/10 31/16 34/2 34/15 34/22
38/10 39/3 41/5 41/8 45/12
45/13 45/25 48/8 51/17 52/8
54/25 55/4 59/23 61/17 63/22
64/14 64/15 65/6 66/21 67/9
69/4 70/7 73/13 77/1 80/2
88/7 90/1 90/1 93/3 93/5 93/5
94/20 98/13 106/5 107/11
109/24 116/20 120/15 130/15
131/18 137/14 138/19 143/7
164/14 164/14 169/11 170/24
171/3 172/20 177/3 177/14
177/24 178/23 179/10 180/4
186/14 192/6 195/25 196/1
196/1 196/3 205/24 207/23
212/20 213/4 214/12 214/23
215/5 216/10 217/14 217/16
218/10 218/11 219/5 219/18
222/11 222/16 223/11 224/9
224/12 229/22 231/6 233/7
234/11 235/24 236/16 244/14
245/23 246/20 247/14 247/15
247/18 248/22 249/16 253/19
261/14 266/16 275/19 276/2
280/20 280/22 283/25 288/25
294/8 294/15 294/19 295/24
296/9 297/5 298/6 300/4
301/14 305/21 305/25 309/15
313/13
therapeutic [3] 109/9 151/20
175/8
therapeutically [1] 70/2
Therapeutics [1] 72/21
there [207] 4/9 5/13 8/11
10/22 11/21 11/24 12/4 12/7
12/11 14/4 14/17 14/18 14/19
16/5 16/7 16/25 20/4 21/9
21/12 22/4 22/4 23/20 25/15
25/21 28/6 28/7 29/6 29/7
30/11 32/13 32/14 33/7 34/17
36/7 36/13 39/1 42/9 42/15
42/20 44/1 44/7 45/9 45/16
45/16 45/24 46/16 46/18
47/21 51/8 53/2 55/2 56/18
62/16 69/15 69/17 76/17
77/16 77/17 81/18 82/1 82/5
82/7 85/4 85/5 85/15 91/10
92/2 92/9 92/10 92/16 94/1
95/5 95/8 98/16 100/10
100/12 104/11 106/17 106/19
107/13 111/7 111/15 112/4
112/19 112/25 113/14 113/19
119/25 120/8 121/1 123/16
126/3 126/20 127/19 127/24
130/3 132/6 134/13 136/12
138/8 141/21 142/2 142/11
144/12 145/14 145/16 145/22
145/24 147/7 147/7 147/23
149/3 155/6 156/3 156/6
157/18 158/24 159/24 162/25

165/17 168/4 169/5 169/17
171/3 173/7 173/7 173/10
173/15 173/18 173/23 173/25
176/12 178/4 178/16 181/4
187/9 189/1 192/6 192/21
193/7 197/12 206/7 206/12
210/10 216/14 218/18 227/17
230/25 237/16 238/3 239/24
240/8 242/23 245/22 245/23
246/1 246/10 250/9 251/8
251/22 258/16 259/12 259/14
262/8 262/14 264/21 265/2
266/15 266/21 269/17 270/22
271/4 271/6 271/7 273/9
278/3 278/7 279/17 280/1
284/1 286/8 291/1 292/3
292/4 293/7 295/4 295/7
296/6 297/5 298/13 298/23
298/24 299/1 301/9 302/18
302/21 307/19 310/16 310/23
311/13 312/2 312/18 313/4
313/9 313/21 315/10 317/10
there's [55] 12/16 26/16 35/12
37/19 38/6 39/20 40/7 40/15
41/19 42/1 42/22 43/1 43/4
43/11 46/24 48/1 48/21 48/23
48/24 49/8 49/11 49/12 76/9
79/14 84/12 84/14 92/12
92/13 104/11 111/15 113/19
117/2 130/7 162/3 173/24
174/7 198/6 205/2 215/7
217/6 218/16 224/9 228/1
233/15 250/24 259/22 261/2
276/1 297/4 311/4 312/12
314/20 315/18 317/12 318/19
Thereby [1] 66/23
therefore [6] 42/11 58/20
96/20 113/9 132/3 296/9
thereof [1] 201/21
these [130] 22/14 23/12 28/10
29/11 31/6 35/22 37/6 37/22
38/4 40/25 41/23 43/8 45/3
46/7 46/8 46/9 46/14 47/7
47/11 47/18 48/20 52/18
55/25 62/8 62/11 64/3 65/7
66/7 67/6 68/13 69/2 69/7
77/15 77/20 84/24 86/24
86/25 87/1 89/3 92/16 92/19
92/23 93/6 93/9 93/16 95/5
95/23 106/2 106/24 107/5
132/7 141/8 142/24 147/21
152/24 153/25 158/3 172/1
172/24 177/15 195/7 195/25
196/17 197/14 204/13 205/1
205/2 209/6 210/18 211/5
211/6 211/12 220/6 225/24
227/2 227/11 231/23 232/1
234/3 235/8 235/14 246/13
246/19 251/9 260/21 262/18
264/9 266/11 268/14 268/16
271/6 274/8 277/5 277/9
277/12 277/15 278/5 278/5
278/5 278/6 278/15 278/21
280/17 282/9 282/11 283/11
283/13 283/14 283/17 283/18
283/19 283/20 283/21 283/22
283/23 283/24 286/2 286/4
286/5 286/15 286/17 286/21
286/23 297/25 298/1 310/22
312/5 312/21 314/23 317/5

T

they [291]  4/12 5/4 5/4 5/12
5/12 5/19 5/20 5/21 6/1 6/12
7/5 7/5 7/10 7/20 7/22 8/7 8/8
8/8 8/10 8/14 13/3 13/5 13/21
15/2 15/2 15/22 15/22 16/10
19/6 19/6 19/8 19/9 19/10
19/11 19/11 19/14 19/14
19/15 19/20 19/21 19/25 20/3
20/13 20/17 20/19 20/25 21/1
21/3 21/7 21/9 21/16 21/22
21/23 21/24 22/2 22/3 22/4
22/9 22/10 22/11 22/23 22/25
23/13 23/14 24/8 24/23 26/8
26/10 29/7 29/8 29/8 29/8
29/10 31/2 31/14 31/14 34/7
34/7 34/14 35/19 35/23 36/12
38/19 38/20 40/11 43/9 44/7
45/22 46/3 46/5 46/5 46/6
46/7 46/12 46/19 46/20 46/23
47/6 47/14 47/17 47/17 47/19
48/4 48/8 48/24 49/2 49/2
49/3 49/5 50/17 51/6 52/1
58/7 62/18 69/10 71/19 74/17
74/19 74/20 77/14 77/20
78/24 81/9 83/16 83/17 84/14
86/2 86/7 86/12 86/18 86/23
86/24 87/2 88/7 88/8 88/15
88/16 89/14 90/8 90/18 92/2
92/20 94/8 96/21 97/2 99/25
100/1 100/2 101/12 101/13
105/17 106/8 114/15 115/23
118/21 120/12 124/17 124/18
125/10 125/11 125/13 125/14
127/10 127/11 127/20 130/4
130/5 130/6 130/8 140/11
141/10 141/13 142/14 151/21
152/7 153/2 153/3 153/6
154/4 154/5 154/5 154/7
154/8 154/9 154/14 158/5
160/25 162/19 170/17 175/16
188/25 195/8 195/21 195/22
196/8 196/9 196/19 196/25
197/1 197/3 197/4 197/4
197/5 197/5 200/6 200/7
200/9 201/7 207/23 209/18
212/21 213/5 213/6 214/1
214/23 215/3 215/6 215/7
215/13 217/5 218/16 219/2
219/3 219/8 219/14 219/16
221/1 221/20 223/12 223/19
223/20 223/20 224/10 227/19
234/16 236/2 236/22 240/20
243/20 246/5 247/8 247/13
247/15 247/17 249/22 258/4
259/11 259/19 262/16 263/25
265/10 266/11 266/22 267/12
271/7 274/14 274/17 275/3
277/5 277/20 287/2 297/20
298/17 300/4 301/15 302/3
303/11 311/21 312/12 312/16
312/16 312/22 312/22 313/6
313/8 313/15 313/16 313/21
313/24 314/15 315/16 315/21
316/1 317/6 317/8 317/8
318/7 318/13 318/14 319/2
319/3
they'll [1]  305/25
they're [16]  26/9 30/6 31/7

46/10 77/18 79/21 87/11 89/6
107/9 194/23 196/9 206/19
213/3 213/19 214/21 215/25
they've [3]  6/5 7/9 151/9
thing [31]  14/13 16/18 23/7
23/13 25/7 28/11 31/8 39/21
41/17 57/15 64/9 67/23 73/18
79/16 93/3 94/12 97/1 97/7
117/24 120/2 120/13 123/9
141/7 157/22 194/4 196/10
222/19 224/10 232/16 315/7
316/9
things [40]  5/3 11/12 13/23
17/18 22/10 23/16 27/3 28/24
30/11 30/14 31/6 34/17 36/7
36/8 36/13 37/7 37/10 40/3
44/7 45/20 45/24 67/22 79/14
134/9 153/13 170/17 172/25
181/5 199/20 200/13 200/18
201/6 225/25 226/1 226/1
227/2 227/10 312/5 314/23
317/22
think [140]  6/22 7/13 7/25
8/24 8/25 12/2 13/3 14/7
16/13 19/17 22/13 23/9 24/20
25/23 26/17 28/5 28/5 29/17
30/2 30/6 32/2 32/21 33/8
33/23 34/9 35/4 35/10 35/12
35/17 36/7 36/13 37/12 41/2
41/15 42/5 42/9 42/15 42/18
42/24 43/23 44/6 46/25 48/23
48/25 49/11 51/25 60/23 61/5
69/23 70/13 74/16 79/23 82/7
82/8 82/15 83/2 83/3 83/4
83/7 89/17 95/23 99/19
119/21 119/23 120/2 120/4
130/20 135/11 144/2 144/25
162/2 163/8 163/24 164/4
180/10 182/10 187/9 187/13
201/5 202/20 203/6 217/4
217/5 217/6 224/1 224/17
226/4 226/25 227/14 227/19
227/19 228/2 228/9 228/13
231/2 231/3 231/4 246/4
247/13 247/25 248/6 266/9
267/1 268/2 269/10 273/9
275/14 275/16 275/18 276/7
277/22 278/3 280/18 283/11
297/25 298/7 298/20 299/9
306/4 309/16 312/4 312/6
312/8 312/16 312/23 313/7
313/7 314/1 314/6 314/12
314/13 314/18 314/23 315/23
315/24 315/25 316/8 317/12
317/18 318/1
thinking [1]  299/17
third [8]  69/19 92/18 170/24
178/7 270/13 281/17 297/11
309/9
thirdly [1]  40/9
this [653]
thorough [1]  314/15
those [74]  20/20 20/22 30/14
38/2 40/1 40/3 44/9 48/9
48/17 55/3 58/1 71/22 75/20
79/2 84/25 85/5 86/1 86/6
86/13 88/19 90/17 90/17
103/16 104/12 112/8 113/5
113/6 121/21 125/16 125/21
150/5 156/17 158/11 165/22

175/15 178/19 187/1 187/4
193/3 193/11 194/22 204/8
204/11 206/13 208/23 209/21
210/14 216/2 220/13 220/13
221/2 228/19 228/21 230/9
240/20 243/22 256/3 259/24
260/25 262/7 262/15 266/16
267/19 268/1 271/5 278/11
278/18 280/21 280/22 286/1
300/14 301/16 301/21 310/13
though [6]  9/22 32/12 76/21
120/7 166/11 318/14
thought [15]  13/11 89/14
164/8 177/12 177/15 185/20
226/8 226/9 226/12 299/18
312/13 313/14 313/15 315/8
315/21
three [34]  4/5 10/23 12/4
57/21 58/9 62/21 92/4 92/23
106/17 109/2 142/2 142/3
142/11 142/17 142/24 144/14
163/14 203/12 203/15 208/9
208/10 208/10 225/25 226/21
235/15 243/25 248/15 248/16
280/1 280/19 296/3 297/1
297/5 303/19
three months [1]  203/12
three-part [1]  62/21
threshold [2]  74/9 287/24
through [34]  6/21 11/23 17/22
29/4 29/11 47/18 64/18 74/23
107/11 107/12 129/2 132/9
196/7 225/24 227/7 227/11
227/11 228/5 237/15 276/19
276/21 276/25 282/14 286/7
286/11 288/3 288/7 288/22
289/5 315/25 316/1 317/7
317/9 318/22
throughout [2]  14/24 127/18
thrown [1]  316/6
Thursday [1]  317/20 318/2
318/12 318/13
thus [2]  52/16 68/10
tick [1]  129/5
tight [1]  143/24
time [199]  13/16 14/22 14/25
24/5 24/8 24/21 25/3 25/10
26/21 28/1 29/14 30/16 30/19
30/21 31/4 31/19 31/21 31/25
33/17 33/21 33/25 34/8 34/16
38/1 40/14 40/16 40/21 40/23
43/21 49/18 52/16 53/22 56/9
64/20 66/14 69/14 71/19
77/17 84/2 87/9 87/17 90/2
90/14 90/14 90/15 90/25
91/13 92/13 111/22 112/16
114/1 114/16 116/3 116/16
117/10 122/4 122/19 125/21
126/5 126/12 126/18 126/18
126/19 126/21 127/9 127/14
127/16 127/21 129/21 130/8
130/21 130/21 131/11 131/22
132/8 133/10 135/11 139/8
139/9 139/10 139/11 139/24
141/22 142/5 143/3 143/4
143/8 143/17 143/24 144/8
144/12 149/5 151/1 151/6
152/22 153/2 153/22 156/8
156/10 156/18 159/5 161/20
161/25 162/5 162/1 162/3

162/5 162/6 165/3 185/21
197/22 197/24 197/18 197/5
199/17 201/18 203/14 203/16
205/10 206/16 212/20 212/22
213/6 213/12 213/21 213/23
213/24 214/3 214/19 214/22
214/25 216/11 216/15 216/17
216/25 217/5 217/9 217/13
217/14 217/16 218/7 219/16
219/21 219/24 222/7 222/8
222/11 222/13 222/15 222/16
222/18 223/8 223/9 223/21
227/13 229/17 232/17 241/25
242/5 242/12 244/23 245/4
246/1 246/4 262/21 262/22
262/23 262/25 262/25 263/1
263/3 263/5 263/7 263/9
263/11 263/19 274/3 275/1
276/1 276/20 277/19 278/6
278/20 280/4 280/12 280/22
290/13 298/16 298/18 299/1
299/3 312/8 315/2 315/3
315/19 315/22 316/7 318/19
318/25
timeline [5]  53/10 54/14 55/1
59/8 76/12
times [13]  34/19 69/3 91/6
95/24 195/22 262/17 263/22
277/20 284/25 296/24 298/3
298/11 298/20
timing [10]  13/9 18/7 28/13
30/17 36/6 111/19 135/7
135/13 138/24 187/10
tiptoes [1]  32/23
title [13]  53/20 100/13 102/23
108/23 120/9 121/8 122/9
125/5 217/23 255/21 289/23
303/20 309/2
titled [1]  171/23
Tmax [1]  43/21 187/25 188/8
188/24
Tmin [1]  111/21
today [28]  15/13 28/8 76/1
88/23 97/2 97/6 101/6 128/25
144/15 202/8 202/21 203/18
204/20 205/8 205/22 206/5
206/9 207/3 207/10 207/18
210/15 210/22 238/12 241/12
245/7 298/15 300/6 316/1
together [23]  21/10 21/15
22/8 40/6 59/19 60/15 63/13
63/21 64/5 66/7 67/5 68/13
75/13 75/19 76/13 94/12
118/20 142/4 221/2 227/8
229/2 236/3 236/5
token [1]  110/6
told [7]  7/9 171/16 184/14
196/9 266/9 300/2 311/23
tolerate [1]  141/19
tomorrow [3]  144/8 318/25
319/2
tonight [2]  316/10 317/23
too [15]  27/16 27/16 27/23
39/21 50/18 121/8 126/22
126/22 143/4 143/24 163/19
182/12 200/7 227/2 304/13
took [12]  8/7 20/12 38/15
53/22 53/23 71/9 77/20
114/21 243/20 278/20 280/18
286/14

**T**

tools [1]  300/14
top [27]  16/25 67/18 106/17
115/1 126/1 129/17 130/3
131/13 132/5 158/1 170/24
178/4 178/24 188/14 209/11
209/11 209/12 232/11 233/7
235/24 242/16 251/20 261/11
282/18 282/19 293/13 297/9
topic [2]  77/4 200/11
topics [1]  199/21 200/18
topline [1]  177/25
total [34]  34/8 75/6 76/16
88/17 116/2 152/21 152/21
152/22 153/21 153/22 214/19
216/14 217/5 219/16 219/21
219/24 241/24 241/25 242/4
242/5 242/12 242/13 245/13
261/17 261/21 262/1 262/3
264/13 264/23 264/25 265/3
288/20 303/6 314/19
totally [15]  58/18 59/3 115/22
116/1 116/17 203/4 214/18
224/15 225/5 225/7 227/16
227/17 229/7 235/20 247/12
touch [2]  10/3 23/9
touched [1]  233/15
toward [2]  50/11 166/1
towards [2]  199/10 221/3
toxicological [1]  277/6
toxicology [1]  266/15
trace [2]  16/25 17/1
track [1]  158/19
tract [1]  251/20
tradename [3]  237/25 238/21
238/22
train [1]  104/19
training [2]  170/12 170/16
transcript [13]  128/12 167/25
168/5 168/14 184/4 184/5
184/8 184/17 187/16 188/3
188/4 188/14 320/5
transcripts [1]  192/21
transferred [1]  77/1
transient [8]  20/14 20/18
122/9 122/13 122/15 177/19
177/23 180/7
transition [1]  112/16
translate [1]  100/2
travel [2]  112/16 133/5
traveling [3]  121/25 122/1
132/8
treat [29]  12/7 18/19 41/5
41/9 48/2 50/4 52/7 54/9
54/20 55/25 56/14 64/10
64/15 66/16 66/21 67/8 84/24
85/4 85/6 85/16 93/9 122/25
139/1 177/16 191/9 205/4
212/9 248/2 304/15
treated [13]  31/15 64/13
66/15 152/9 201/4 201/10
201/12 213/20 215/3 217/11
223/19 249/16 251/19
treating [24]  12/1 36/16 38/22
50/11 50/12 50/25 53/5 54/4
59/16 60/13 66/22 67/12 69/8
69/24 70/10 70/14 84/21
85/12 94/6 123/7 138/5
142/22 210/3 217/3

treatment [55]  12/5 18/17
21/16 23/25 28/15 29/10
29/23 41/8 42/12 56/20 56/25
58/21 59/5 64/14 66/21 68/7
70/19 76/3 79/7 79/11 80/7
85/9 87/14 87/19 93/4 95/9
95/25 109/3 113/2 113/25
114/13 116/10 129/3 134/9
146/3 161/2 161/5 161/6
177/7 178/6 178/15 178/17
189/11 192/12 201/20 212/7
224/24 234/10 236/15 236/16
238/22 246/20 250/4 250/25
252/20
treatments [2]  85/8 159/2
treats [7]  32/7 90/4 93/10
93/11 93/11 93/12 93/13
tremendous [1]  173/24
trial [67]  1/11 7/15 12/3 18/24
19/18 19/19 21/11 21/13
21/14 21/15 21/18 21/20
26/17 29/5 29/6 34/20 34/21
35/2 35/8 35/18 36/4 36/5
50/24 54/23 55/4 55/5 55/6
85/12 87/23 88/13 89/11 92/1
97/11 101/25 102/4 104/6
109/6 109/10 109/11 109/13
113/14 113/20 114/5 116/7
117/13 118/25 121/18 124/16
133/12 141/16 144/16 153/15
155/9 163/13 178/14 178/17
180/6 195/2 213/18 226/9
226/20 226/21 230/18 237/15
237/16 267/3 316/23
trials [24]  19/10 20/18 20/19
21/14 23/3 35/20 54/25 55/2
55/3 58/14 58/16 59/14 60/8
65/3 121/20 121/21 121/22
144/14 177/19 178/5 178/11
189/14 200/14 225/4
tried [9]  59/9 85/18 86/23
86/23 86/24 101/1 189/10
203/7 244/16
tries [2]  11/8 89/8
trigger [1]  37/2
true [12]  5/16 6/16 7/7 7/9
13/12 30/9 35/5 88/21 179/7
217/17 311/2 320/4
truth [4]  22/13 167/19 167/21
184/14
try [16]  17/19 22/8 29/5 34/12
50/20 52/19 70/1 74/3 78/11
101/3 141/21 232/19 276/5
314/21 317/5 317/8
trying [16]  23/1 44/12 86/22
127/8 141/12 142/15 142/16
143/11 153/5 216/17 228/6
274/4 275/16 310/18 312/3
312/7
tuberculosis [5]  66/17 93/13
94/8 246/25 247/2
Tufts [1]  62/12
tug [1]  27/13
TUNNELL [1]  1/20
turn [88]  17/23 29/16 45/19
57/13 62/4 102/2 104/4 105/5
106/15 108/6 110/8 111/2
124/11 125/24 133/11 134/11
136/11 139/16 141/4 147/19
154/21 161/8 162/22 165/25

168/12 168/17 169/23 171/20
174/11 175/24 176/9 179/1
179/10 182/22 184/3 186/3
186/14 187/14 187/18 189/17
191/12 191/13 198/24 202/3
204/15 204/22 205/16 205/24
206/22 207/5 207/13 240/4
240/7 250/13 250/23 252/1
252/8 256/4 257/12 257/13
260/1 260/18 262/5 265/13
266/2 267/6 268/8 269/2
269/20 269/21 271/15 278/22
279/20 282/12 283/8 284/5
285/7 285/16 289/12 289/19
291/17 292/15 293/4 294/23
295/2 295/14 299/23 302/13
turned [3]  26/14 38/6 48/7
Turning [2]  59/25 187/4
turns [6]  26/16 26/19 52/1
53/1 63/7 142/23
tutorial [5]  5/10 5/14 5/22 5/25
6/23 7/9 7/25 9/1
twice [2]  7/6 7/16
two [72]  4/10 4/25 7/22 8/7
11/13 16/12 17/6 21/10 29/17
37/1 40/5 41/1 45/1 45/3
46/15 47/23 48/17 51/8 52/1
53/8 62/5 68/14 69/15 69/17
75/9 81/4 85/23 86/1 92/19
104/21 105/2 113/5 113/6
116/1 120/12 121/20 123/12
123/13 125/11 125/16 138/17
142/18 147/2 150/7 157/4
158/20 159/4 163/8 163/14
178/4 186/22 188/5 205/1
205/2 206/11 209/11 221/2
225/25 226/10 232/8 232/9
236/3 236/5 256/22 262/8
269/22 272/9 283/11 295/3
316/10 318/4 318/10
type [13]  17/12 24/10 25/7
71/3 112/13 113/2 122/18
273/21 301/10 301/12
301/12 301/20
types [2]  135/23 200/13
Typical [1]  160/23
typically [5]  17/5 17/6 213/25
223/20 236/13

**U**

U.S.A [1]  2/21
U2149 [3]  192/7 192/9 192/11
UK [1]  24/5
ultimate [3]  229/22 234/13
236/19
ultimately [2]  122/20 240/18
unable [1]  212/21
unavailable [1]  317/20
unbalance [1]  27/17
unbeknownst [1]  47/4
under [23]  77/1 77/3 91/17
97/20 104/17 104/22 123/14
138/22 155/9 166/23 167/17
171/4 173/17 181/24 184/11
198/3 210/17 210/19 238/19
239/1 254/11 261/14 295/19
undergraduate [1]  309/19
underlying [7]  13/14 13/15
85/9 85/13 109/5 142/9
159/23

undermine [1]  43/9
understand [50]  7/24 32/4
32/7 34/11 43/13 43/16 44/19
92/8 97/13 105/19 106/1
107/2 107/17 109/6 113/11
113/23 120/1 134/4 135/8
135/22 150/22 182/3 193/17
195/7 208/14 209/14 210/10
212/14 214/9 215/16 215/23
225/2 225/6 231/13 231/23
233/19 234/23 235/2 236/6
238/15 240/1 246/13 267/8
277/3 277/8 292/12 312/2
312/22 315/5 315/16
understanding [20]  33/3 79/20
110/5 115/14 173/17 181/24
208/12 216/20 216/25 219/5
247/19 247/25 259/7 259/18
266/8 266/18 304/14 304/20
307/15 308/5
understood [3]  32/5 68/6
154/7
undertake [2]  115/13 118/5
undertaking [1]  116/19
undesirable [1]  63/19
undetected [1]  269/18
undisputed [1]  82/11
undo [1]  39/18
undoing [2]  28/22 39/7
unentrained [1]  25/18
unfilled [1]  318/20
unique [1]  13/25
unit [1]  122/4
UNITED [11]  1/1 1/16 50/17
98/1 98/21 191/2 305/23
306/2 310/2 310/6 313/2
University [6]  57/2 62/13
122/4 198/23 256/23 256/23
unknown [2]  48/5 263/16
unless [4]  78/14 124/12
154/17 221/4
unmet [1]  11/11
unnecessarily [1]  143/5
unpredictable [2]  126/10
126/25
unquote [1]  139/4
unsuccessful [1]  238/16
until [14]  9/7 24/18 53/15 54/1
54/11 54/12 98/23 101/6
109/23 197/1 218/15 317/20
318/11 318/12
untreated [2]  214/1 247/3
untrue [2]  9/4 176/17
unusual [1]  94/5
up [120]  5/11 6/3 7/15 11/12
11/24 14/16 17/8 20/10 27/17
32/23 33/11 33/11 33/20
38/14 46/5 49/6 49/12 51/13
51/17 51/19 55/1 55/12 65/25
68/1 77/22 78/9 78/11 78/13
92/13 98/23 100/3 101/6
102/22 104/1 108/21 109/23
114/25 116/15 118/8 118/13
119/21 121/7 125/4 133/24
135/25 136/7 136/9 136/13
136/17 138/13 141/21 151/15
152/17 152/25 155/14 164/14
194/9 195/19 196/15 197/1
197/4 198/15 202/23 203/12
203/15 203/24 208/4 209/1

up... [52]  209/23 210/24 211/8
212/1 217/23 218/9 218/10
218/11 218/22 219/14 220/2
220/18 221/11 223/22 224/4
224/19 225/14 230/12 230/15
231/20 232/14 232/23 233/3
235/5 235/11 243/1 244/20
247/3 251/18 260/17 261/20
261/22 266/4 269/4 272/1
275/17 276/2 276/4 276/5
279/13 279/21 281/4 282/16
284/20 286/19 291/4 293/6
302/5 302/6 302/14 303/8
307/24
up-regulators [1] 68/1
update [2] 4/5 4/8
upfront [3] 20/2 109/21 110/2
upon [7] 161/5 208/11 226/25
234/21 251/9 311/19 314/23
upper [5] 128/17 148/8
152/22 153/22 156/20
ups [1] 218/16
UQDTSD [3] 88/19 89/6
90/13
urinary [2] 88/15 251/19
urine [3] 116/16 129/24
195/17
us [51] 4/17 5/6 5/21 7/9 7/10
7/13 7/23 11/3 14/18 14/21
15/23 16/7 17/7 20/10 37/1
46/9 51/19 68/16 82/16 98/3
98/11 99/22 100/19 101/19
103/9 115/3 134/20 136/14
144/4 144/11 154/8 189/20
196/9 203/25 218/25 219/20
228/17 248/7 277/7 278/20
301/20 305/21 306/1 306/18
306/19 310/4 311/6 311/7
311/10 311/22 317/13
US-based [1] 100/19
USA [41] 1/7 51/9 305/25
306/4
usage [2] 33/24 252/10
USC [1] 53/20
use [52] 20/22 24/3 29/24
34/4 41/11 45/12 50/3 54/8
54/19 74/1 80/6 82/19 85/1
86/13 94/11 94/14 94/25 95/1
95/21 106/9 116/7 123/6
150/12 152/2 157/8 171/14
171/24 172/25 173/3 191/9
192/6 192/11 194/13 194/18
211/21 219/22 225/7 233/8
233/20 241/3 241/9 241/14
251/19 264/10 265/10 266/22
289/10 301/10 301/13 301/14
301/19 314/9
used [41] 20/21 23/20 31/20
38/22 45/9 52/7 58/15 66/16
71/20 74/6 74/23 76/2 76/20
76/21 83/5 83/21 83/23 91/23
96/20 113/12 141/17 146/19
159/11 159/12 164/5 170/12
170/25 205/4 234/6 261/9
264/11 267/23 273/14 282/20
289/11 292/13 296/3 297/19
297/20 301/21 309/11
useful [7] 10/13 60/13 132/22

282/7 282/9 286/1 286/2
uses [1] 96/14
using [22] 12/6 16/3 47/19
50/25 55/24 56/13 64/10
64/18 67/8 71/12 77/24
138/25 141/8 163/12 164/8
164/15 201/14 217/5 235/25
273/13 283/23 304/15
usual [1] 159/17
usually [7] 11/8 200/5 202/17
256/3 263/7 263/21 263/25
UV [1] 301/14 301/14 301/16

V

VA [1] 57/3
valid [3] 42/1 56/16 95/15
validated [1] 197/8
validity [5] 34/15 42/2 47/25
274/21 275/8
value [1] 110/5
VANDA [233] 1/3 3/7 4/5
10/25 11/1 11/11 11/18 19/23
19/25 20/2 20/12 20/13 20/24
21/22 22/18 30/7 34/25 36/2
36/11 37/10 38/15 38/18
39/21 40/9 44/5 44/8 44/20
47/15 50/1 50/2 50/3 50/14
50/15 50/19 50/22 53/23
53/25 54/10 54/16 54/16
54/19 54/23 54/25 55/4 55/23
56/3 56/6 56/13 59/7 59/9
61/1 61/2 61/5 61/9 61/10
68/22 69/22 69/25 70/6 74/22
76/10 77/1 77/9 78/1 78/11
79/6 85/18 85/22 85/24 86/1
86/6 86/13 86/22 87/3 87/21
88/1 88/4 88/23 89/8 91/2
91/21 97/16 98/3 98/5 100/22
100/24 101/8 101/22 109/17
109/19 109/24 110/15 113/1
114/12 115/8 117/16 121/23
122/20 123/6 125/16 134/2
134/23 137/16 138/9 140/7
141/1 145/15 145/23 146/2
146/5 146/10 149/22 150/4
158/14 158/22 160/16 166/7
166/11 166/13 167/2 169/3
169/11 170/1 171/14 171/16
171/23 172/25 173/3 175/17
177/18 178/4 185/3 185/12
185/14 185/21 186/23 189/13
190/4 190/10 191/1 230/14
237/11 238/15 239/6 241/13
253/19 253/23 254/15 255/7
255/11 255/21 258/14 258/16
258/22 259/4 259/9 259/20
259/25 260/10 265/6 265/19
267/7 267/8 267/10 267/11
267/12 267/22 268/1 268/18
269/7 270/5 271/1 271/3
271/12 271/14 273/7 274/4
274/7 275/5 275/6 276/20
276/24 277/2 277/10 277/11
277/14 277/18 277/25 278/5
278/6 278/11 278/15 278/18
279/5 279/19 280/4 280/12
280/18 281/1 282/4 282/7
283/9 284/13 284/24 285/1
285/4 285/23 286/1 286/6
286/10 286/13 286/21 289/16

289/22 290/5 290/10 290/12
290/17 290/17 290/22 291/8
292/7 294/25 295/22 297/21
298/5 298/7 298/16 299/21
300/2 300/4 303/14 314/15
Vanda's [48]  11/6 35/22 35/22
36/3 50/18 53/9 56/12 76/9
77/14 78/7 81/5 81/7 84/7
84/14 86/17 87/5 87/12 91/9
91/18 101/5 145/11 154/25
171/7 171/12 175/12 175/25
180/6 197/19 209/25 210/2
210/11 216/7 253/9 254/4
267/6 269/20 269/25 271/22
272/10 272/21 281/13 281/18
281/19 281/24 286/25 289/13
294/23 295/8
Vanda-proposed [1] 166/11
variable [2] 126/10 126/12
variables [1] 90/17
variety [1] 200/17
various [6] 74/7 107/19
135/17 135/18 303/25 306/19
vast [2] 15/1 34/5
vastly [1] 49/7
Vatsal [2] 304/25 305/4
VEC [1] 121/23
VEC-162 [1] 121/23
venture [2] 100/25 101/10
verapamil [6] 93/7 93/11
248/25 249/4 252/18 252/19
version [6] 52/14 120/5
136/15 136/20 308/11 308/15
versions [1] 163/8
versus [7] 17/14 40/11 106/7
138/18 197/5 216/16 276/9
vertical [2] 128/24 132/2
very [64] 7/3 9/13 12/22 12/22
20/8 20/8 23/4 23/18 25/23
26/17 28/14 29/10 29/10
29/12 37/24 39/15 40/7 49/5
52/16 53/5 56/13 61/12 61/17
66/2 66/8 66/10 66/11 66/16
76/1 93/9 94/5 94/5 100/1
100/11 116/18 118/20 126/7
127/11 130/4 160/12 164/17
168/7 178/24 182/16 184/3
201/6 201/12 203/11 214/19
227/1 255/18 259/7 262/3
262/4 267/7 267/11 269/20
274/2 274/2 282/9 285/17
294/10 298/20 312/9
via [1] 288/18
viable [1] 118/14
vice [3] 72/20 100/13 309/2
video [12] 276/1 303/6 303/17
304/22 304/24 305/2 306/9
306/12 308/9 308/23 310/8
310/9
view [12] 30/11 33/9 33/13
33/15 33/23 34/2 42/13 43/3
43/17 48/18 60/3 275/15
viewed [1] 6/21
visibility [1] 48/9
vision [1] 16/7
visit [1] 104/17
vitally [2] 27/15 36/8
vitro [3] 42/22 43/1 135/2
Vittahl [1] 304/25
Vitthal [1] 305/4

vivo [1] 135/3
vocabulary [2] 19/11 47/15
voice [1] 196/7
volume [21] 1/12 166/1 166/2
168/4 168/7 168/9 168/10
169/23 171/21 175/21 180/11
182/16 186/5 187/14 189/18
190/7 191/13 192/22 192/23
194/7 195/25
voluntarily [1] 169/3
volunteers [2] 124/18 187/1
vs [3] 83/10 144/23 144/24

W

wait [6] 9/6 9/8 9/10 47/8 47/8
237/6
waiting [1] 317/25
wake [54] 12/2 12/18 17/8
33/11 33/11 52/6 57/11 57/18
59/14 81/9 81/17 90/25 92/13
103/20 112/15 115/4 115/9
115/21 116/10 125/12 130/15
150/9 160/23 161/1 161/23
161/25 162/3 162/5 177/12
178/6 179/16 180/1 192/12
194/19 194/21 197/1 216/11
217/9 217/14 217/16 218/9
218/16 222/11 222/13 222/15
222/18 223/6 223/11 223/14
223/15 225/21 244/22 245/4
246/1
wake-ups [1] 218/16
wakefulness [1] 14/21
wakes [1] 218/10
waking [1] 92/13
Walgreens [1] 17/17
walk [1] 11/22
waning [1] 203/5
want [40] 5/21 6/3 7/16 9/20
15/2 24/17 25/13 26/18 28/17
28/19 33/18 34/7 39/1 39/8
40/4 40/19 63/7 89/19 95/22
97/1 97/7 113/22 141/9
171/14 172/25 173/3 220/16
227/13 232/12 232/22 233/21
234/8 236/6 240/10 241/22
246/13 254/18 274/22 288/25
318/7
wanted [17] 9/17 12/13 20/11
30/7 90/3 100/19 113/6 126/9
134/4 142/8 150/4 150/12
211/6 289/6 299/19 312/21
312/24
wanting [3] 73/21 75/17 76/6
wants [4] 9/6 13/16 55/12
144/2
war [1] 27/13
warning [1] 65/9
warnings [1] 250/4
was [330]
Washington [1] 104/19
wasn't [7] 78/3 141/15 171/17
186/10 186/12 186/19 235/18
waste [1] 229/17
water [2] 91/8 269/11
waxing [1] 203/5
way [41] 4/5 4/8 7/16 8/1
11/23 12/20 14/16 14/16 15/8
18/9 18/20 19/20 21/11 23/20
38/13 44/24 71/8 74/17 74/18

**W**
way... [22] 75/3 76/13 76/15 77/16 85/2 99/19 103/16 115/19 116/14 118/14 124/7 126/25 134/7 195/20 228/4 228/8 241/6 253/22 304/7 311/13 313/18 315/12
ways [3] 45/10 94/1 300/15
we [549]
we'd [2] 227/23 308/12
we'll [14] 19/17 23/9 29/2 33/23 37/14 42/24 44/6 78/16 80/18 85/11 101/19 109/22 208/11 318/21
we're [31] 17/11 22/7 29/17 30/2 39/2 46/4 46/22 58/2 70/17 79/9 80/25 82/9 86/22 89/1 94/10 96/2 118/5 128/5 133/2 137/22 153/5 164/23 188/13 228/6 229/21 234/4 240/11 254/22 272/9 316/3 317/24
we've [13] 4/11 10/19 10/23 11/23 46/17 49/25 67/7 68/18 76/12 93/2 248/2 253/2 286/15
wealth [1] 150/23
website [6] 34/18 34/22 55/8 55/12 55/12 61/11
Wednesday [3] 317/24 318/14 318/19
week [5] 8/23 9/5 15/15 131/16 317/17
weekend [3] 7/15 9/4 97/3
weeks [5] 15/22 30/25 31/15 116/17 247/16
weight [3] 46/16 46/18 73/15
Weir [66] 104/22 105/6 106/16 108/22 111/24 114/24 117/24 121/6 123/11 125/4 125/25 127/23 128/16 133/24 134/12 136/17 137/19 138/13 139/14 143/16 148/7 152/16 155/13 156/23 157/24 194/8 202/23 203/20 208/4 209/1 209/23 210/24 211/8 212/1 218/22 220/2 220/18 221/11 223/2 224/4 224/19 225/14 230/12 231/20 232/14 233/3 235/5 235/11 260/17 261/3 262/7 266/4 269/3 270/12 271/15 272/1 279/12 279/21 280/8 281/4 281/21 284/20 285/7 302/4 302/6 302/14
weird [1] 311/12
WEISS [2] 2/2 3/9
welcome [1] 274/23
well [62] 6/7 26/2 35/2 42/15 58/21 61/19 64/3 77/18 79/16 79/22 80/1 80/3 82/15 82/22 83/9 89/17 89/19 89/24 90/3 100/18 103/20 106/8 111/10 117/1 118/5 119/24 120/7 130/3 132/24 135/21 142/1 142/15 142/18 143/22 144/6 153/4 164/11 169/1 178/18 195/1 203/6 203/7 204/6 206/4 238/11 239/21 242/10 245/14 246/7 250/14 252/2

266/9 267/11 267/20 273/9 280/1 297/21 304/1 304/13 308/17 309/12 314/18
well-known [2] 64/3 103/20
well-suited [1] 58/21
WELLS [5] 2/17 3/17 274/22 287/7 302/10
went [11] 21/22 21/23 33/20 47/18 64/18 98/18 99/6 196/15 197/3 227/4 227/9
were [151] 4/9 5/19 19/4 20/2 20/4 21/10 21/15 22/2 24/4 29/12 35/23 41/22 42/16 42/16 44/8 44/8 49/5 55/2 55/5 55/17 55/25 59/1 61/15 69/11 70/5 75/1 77/20 83/20 86/7 86/8 94/5 99/25 100/1 100/12 104/14 109/20 109/23 115/13 123/1 124/15 124/16 124/17 124/18 125/13 125/14 126/3 127/3 127/8 127/20 130/5 130/10 130/11 135/12 141/5 142/2 142/15 145/12 145/24 147/22 147/23 148/18 152/20 153/15 157/14 161/5 161/10 164/8 164/15 165/1 165/3 167/17 173/4 173/15 173/25 178/1 178/11 180/5 184/8 184/11 187/5 188/6 188/22 188/25 189/1 191/1 193/7 195/22 196/18 197/4 197/5 203/10 208/3 213/20 214/16 215/1 217/20 232/9 239/9 240/17 245/12 245/24 247/8 253/9 253/16 253/19 259/12 259/14 259/15 264/9 265/10 266/22 267/17 271/2 271/5 271/10 271/11 271/11 273/10 275/15 276/18 277/20 277/21 277/22 278/1 278/4 280/1 280/2 280/5 280/19 280/24 282/10 283/14 283/21 286/3 286/8 294/24 298/3 298/11 298/17 298/20 298/21 299/5 300/6 300/10 302/7 310/20 312/13 313/15 313/16 315/8 315/16
weren't [2] 71/5 197/6
WHARTON [1] 2/2
what [392]
what's [30] 7/12 9/24 10/4 18/15 19/12 26/18 39/22 82/25 83/7 131/1 136/23 137/1 139/7 141/7 141/7 148/20 164/2 202/16 205/1 208/15 216/20 228/8 229/3 229/5 274/20 303/20 304/16 304/20 307/11 309/20
whatever [2] 114/9 117/4
when [118] 7/17 8/10 11/17 13/10 19/17 22/10 26/21 27/6 27/8 27/11 27/21 28/16 29/13 31/2 35/23 38/24 45/20 45/23 46/8 46/8 59/17 59/19 60/15 69/17 80/4 82/9 82/17 86/23 89/2 95/17 106/16 107/7 110/2 113/13 114/7 117/16 118/17 120/10 125/13 128/7 128/12 129/11 130/5 130/7 132/8 132/13 134/20 136/25

137/1 137/21 139/8 143/8 149/10 147/7 149/5 150/3 150/20 152/6 153/6 154/5 156/5 165/1 170/16 179/24 185/6 196/3 196/11 197/15 200/2 211/15 211/18 213/20 214/2 214/21 215/3 218/6 218/6 219/22 221/1 223/11 226/23 228/11 232/18 238/3 241/14 242/14 242/23 245/24 247/14 251/10 256/25 258/16 258/18 258/20 258/22 259/9 259/19 262/23 263/1 263/18 263/18 267/9 269/16 274/4 275/14 277/25 282/4 283/9 296/6 298/5 298/15 299/13 299/17 308/2 309/10 313/2 315/14 315/19
where [52] 6/1 9/6 14/20 24/23 24/23 25/13 25/14 26/3 31/2 31/11 32/24 36/24 38/20 40/18 41/25 43/4 67/1 71/4 83/19 83/23 91/6 97/24 98/12 103/13 106/4 115/20 115/23 129/15 129/18 131/10 135/7 147/13 153/2 156/7 159/2 171/9 192/6 194/17 196/8 213/4 215/5 225/4 232/22 243/11 248/7 249/15 251/3 302/18 315/8 317/4 317/10 319/2
Whereas [1] 89/5
whereby [1] 20/1
wherein [1] 73/14
Whereupon [4] 78/18 222/23 273/24 276/14
whether [58] 23/2 23/11 29/23 30/1 31/12 35/8 35/13 38/4 79/10 80/5 81/19 82/9 83/15 94/19 101/12 101/19 110/17 113/23 114/1 114/7 115/13 117/14 122/24 124/3 134/4 136/3 150/2 151/19 158/15 166/9 173/25 187/11 194/13 214/6 215/13 222/4 226/13 226/14 227/17 229/23 234/13 236/19 247/15 253/16 253/19 253/23 266/18 275/4 301/7 301/12 301/19 301/23 302/1 305/17 310/22 311/15 313/22 317/21
which [188] 4/7 4/10 4/17 5/6 6/21 7/4 11/13 11/25 12/2 13/20 14/18 14/23 14/25 16/6 16/11 16/16 17/12 19/8 19/23 21/4 21/12 21/13 21/20 24/20 26/17 29/24 30/6 32/23 33/18 34/1 34/6 37/2 38/22 39/14 43/9 43/13 44/20 45/23 46/3 49/6 49/8 52/6 52/21 53/3 53/14 56/5 56/7 57/8 57/14 61/19 61/21 62/1 62/5 62/21 63/19 64/1 64/11 65/21 66/10 67/15 68/18 68/22 69/19 70/20 72/12 73/20 73/22 74/10 75/11 75/14 75/25 77/10 81/6 83/10 85/10 85/11 85/13 85/16 86/14 87/10 88/9 88/15 88/17 88/18 88/22 90/13 91/22 93/15 95/12 99/20

02/3 102/11 103/3 104/14 105/1 106/6 106/19 114/25 118/25 119/3 119/5 120/19 121/22 123/3 123/24 124/23 126/25 129/13 129/21 130/8 130/16 132/7 133/11 142/10 143/4 143/18 145/20 150/13 151/21 153/8 154/22 156/21 162/22 162/24 165/14 169/14 171/20 174/15 177/11 180/13 181/16 181/22 182/20 186/14 190/6 194/6 203/14 208/14 213/7 214/1 216/16 216/23 221/4 230/20 230/20 231/13 233/14 234/23 236/2 244/6 245/4 246/16 246/23 253/2 253/10 256/5 257/13 260/1 264/22 265/13 267/16 268/8 270/1 271/10 271/11 276/21 277/21 278/23 279/2 280/4 280/7 280/9 281/15 284/5 295/3 297/10 297/22 304/23 307/6 308/10 309/3 309/12 310/14 310/14 312/8 312/9 312/18 313/19
while [8] 28/6 94/15 99/16 99/25 100/11 146/7 157/23 311/7
whip [1] 315/3
white [5] 102/2 129/6 130/4 132/7 174/13
who [58] 5/22 7/21 7/22 7/23 9/1 11/4 15/7 15/12 18/4 18/4 18/5 18/13 19/14 19/13 32/3 32/7 33/20 34/22 55/12 56/24 62/11 65/10 76/24 84/24 104/2 104/12 121/10 147/23 152/8 153/1 153/25 181/13 182/25 183/1 183/9 183/10 200/6 203/3 203/7 211/22 217/10 217/17 223/18 224/25 225/3 227/20 230/5 258/2 258/4 270/25 284/23 303/10 305/5 306/2 315/9 316/12 318/4 318/10
who's [3] 24/13 72/20 304/10
Whoever [1] 211/23
whole [5] 37/19 43/9 57/15 64/9 114/21
whom [3] 30/13 31/18 156/8
whose [2] 16/8 80/8
why [82] 8/19 16/1 24/16 24/18 26/2 28/24 43/15 43/17 43/20 43/22 44/11 45/16 51/15 66/22 70/16 76/9 84/25 89/18 89/22 90/1 104/25 105/13 106/22 107/1 110/3 113/5 115/3 115/11 117/5 118/3 118/10 119/13 122/15 126/8 126/12 126/20 128/9 130/12 132/10 134/2 135/4 135/12 136/6 141/23 142/21 143/18 144/6 150/4 153/17 159/20 197/8 208/9 214/21 217/4 217/9 218/5 218/25 219/20 220/10 222/3 222/21 225/23 226/12 232/7 233/11 236/2 251/21 263/17 274/3 274/7 277/2 285/3 292/11

## W

why... [4] 298/21 307/2 307/8 312/2
wide [1] 200/17
wider [1] 99/17
will [247] 2/18 2/19 4/7 4/15 4/19 4/20 5/4 5/5 5/11 5/24 8/11 8/17 9/16 10/1 10/18 10/19 11/22 12/2 12/21 13/3 13/18 14/8 14/13 14/14 14/15 14/25 15/2 15/9 15/11 15/12 15/14 15/20 16/14 16/18 16/21 17/10 17/15 17/18 18/14 18/24 19/9 20/16 21/16 21/24 22/13 22/16 22/22 22/23 23/2 23/3 23/9 23/17 23/23 24/3 24/22 24/24 26/2 26/6 26/7 26/7 26/17 27/8 27/10 27/11 27/12 27/17 27/17 28/5 28/5 28/12 29/18 29/19 30/21 31/4 32/2 32/10 32/15 34/9 34/12 34/22 35/15 35/18 38/11 39/3 39/18 39/23 40/7 40/17 40/21 40/21 42/9 42/15 43/15 44/15 47/21 48/24 49/14 49/18 50/7 51/3 51/5 53/6 53/25 54/22 56/20 56/23 57/13 60/13 62/7 62/11 63/14 63/16 64/23 65/24 65/21 68/3 68/19 72/20 74/12 74/16 75/8 77/8 77/16 78/9 78/15 79/10 79/16 81/3 81/11 81/20 81/25 82/16 83/15 84/5 84/11 84/12 84/23 84/25 85/3 85/7 85/12 85/17 85/21 86/9 86/16 87/12 88/9 89/10 90/21 94/4 95/19 103/14 103/15 104/6 113/24 115/7 115/8 115/16 116/23 117/13 118/9 118/22 120/12 122/13 122/18 127/14 127/25 130/16 133/12 136/3 136/9 138/7 138/8 139/17 140/11 144/7 144/9 145/3 145/4 152/2 153/2 160/1 160/11 163/21 181/9 189/17 197/21 212/12 213/9 214/6 214/25 215/13 219/16 221/7 221/23 221/25 222/4 223/10 227/20 229/23 230/6 233/12 233/24 236/9 236/20 237/6 237/24 239/2 246/15 254/6 263/7 263/9 263/20 274/21 275/16 275/18 276/3 303/10 303/15 304/25 305/15 305/18 305/20 305/22 306/2 306/5 307/16 308/1 309/10 310/1 310/4 312/22 313/22 314/7 314/12 314/17 315/24 316/5 316/24 317/16 317/21 317/22 318/9 318/13 318/13 318/15 318/18
William [2] 3/16 3/18
willing [1] 141/19
Wilmington [1] 1/14
win [1] 82/5
window [7] 14/25 33/17 33/25 130/1 216/9 218/12 246/9
wink [1] 91/19
Winkelman [6] 84/17 85/3

85/8 76/16 89/10 91/15
Winkelmans [1] 35/16
wish [2] 34/1 34/7
wished [1] 97/2
wishes [2] 97/14 154/17
withdraw [1] 155/20
within [10] 16/12 16/15 17/13 68/25 110/5 127/15 131/15 151/5 183/22 216/14
without [21] 42/3 68/18 68/24 68/25 69/13 69/17 69/24 70/1 70/10 70/15 77/24 90/19 95/13 95/14 115/6 141/2 142/19 142/20 178/7 193/12 203/8
witness [30] 5/8 5/16 5/22 5/23 6/10 6/23 7/6 9/7 9/11 9/16 97/17 97/20 197/20 197/21 198/2 236/24 254/5 254/6 254/10 274/16 275/20 303/16 305/1 306/11 310/11 315/9 315/15 317/17 318/2 318/4
witnesses [7] 4/25 7/22 232/19 232/21 303/11 318/4 318/10
woke [2] 33/20 219/14
woman [1] 203/3
won't [6] 29/11 38/3 46/16 46/18 143/13 275/1
wonder [1] 313/22
wonders [1] 8/11
word [26] 30/5 30/9 32/12 82/4 82/21 82/23 83/5 83/13 83/25 147/4 155/2 162/9 167/2 171/14 171/17 171/19 173/17 174/2 194/13 237/12 240/25 241/1 241/3 241/14 248/3 314/17
words [20] 25/1 28/16 77/5 81/21 82/3 83/20 84/13 94/18 96/9 142/22 147/2 154/25 173/1 173/2 173/4 193/18 239/2 241/9 245/22 246/10
work [73] 12/21 19/12 19/12 19/14 19/18 22/21 22/23 23/2 23/11 28/22 35/22 35/22 36/3 36/18 37/7 38/15 44/5 44/21 48/14 58/24 67/4 98/16 101/9 114/18 120/14 121/15 122/20 124/2 126/15 134/23 135/4 137/16 138/9 140/7 227/8 227/25 228/11 237/15 257/6 258/20 258/23 259/3 259/15 259/18 260/10 265/19 267/6 267/10 268/17 270/5 271/1 275/6 275/17 279/5 279/18 280/6 280/14 280/24 281/1 283/14 284/13 285/1 285/5 286/13 286/14 289/13 292/7 292/8 300/20 305/5 309/8 317/21 318/22
worked [4] 257/4 267/12 300/18 303/18
worker [2] 179/22 221/5
working [7] 54/10 99/24 163/25 164/1 228/2 258/21 317/22
works [7] 18/20 23/8 38/12 43/6 113/16 153/5 191/4

world [8] 14/20 23/22 33/9 311/23
worse [1] 13/4
worst [15] 92/3 107/15 153/7 153/14 157/12 157/14 157/16 242/6 242/7 242/9 243/20 243/21 243/22 244/3 244/15
worst-case [1] 107/15
worth [4] 225/23 229/3 303/6 313/23
worthy [1] 75/2
would [252] 5/3 5/8 5/20 7/5 9/1 11/10 14/12 15/16 15/17 15/18 15/21 15/22 15/22 15/24 17/13 17/21 17/22 19/1 19/13 20/5 20/14 23/2 23/21 23/25 24/5 24/6 24/7 24/8 24/14 24/16 24/16 24/17 24/23 25/2 25/3 29/24 30/20 31/1 31/6 32/3 32/5 32/6 32/7 32/17 34/10 35/9 35/9 36/14 36/16 39/12 41/17 41/22 42/13 42/23 42/25 45/9 52/20 52/22 52/23 53/14 53/19 58/9 61/18 63/4 63/6 65/22 65/23 65/24 65/25 67/2 67/2 68/6 69/11 69/18 70/7 70/13 71/17 72/15 73/21 75/16 75/18 76/5 76/7 78/6 82/23 82/25 83/17 85/13 85/24 91/20 94/4 95/16 101/13 101/18 103/16 106/13 106/23 107/1 107/2 107/15 107/17 109/24 112/6 114/2 114/3 115/17 115/20 115/25 116/6 116/10 116/11 116/13 116/15 116/22 116/25 117/5 117/10 118/7 118/10 119/13 126/12 126/20 126/25 127/1 127/11 127/14 127/17 130/9 130/13 134/5 135/4 135/18 135/21 135/25 137/10 138/5 138/25 139/2 144/23 150/7 150/13 151/1 151/2 151/6 151/21 153/8 153/12 153/13 153/14 153/20 154/21 155/6 159/20 161/5 162/17 166/11 171/7 171/12 171/14 171/14 173/18 174/1 175/22 179/7 181/22 182/1 182/10 182/11 186/2 188/10 191/2 192/11 193/15 199/22 201/18 203/10 204/3 204/7 204/11 207/20 211/13 212/9 212/14 213/25 214/9 215/16 217/9 217/14 217/17 218/11 219/15 219/22 221/4 221/9 222/12 225/2 225/6 225/22 226/12 227/14 227/14 228/4 229/25 233/19 233/21 234/1 234/3 234/7 234/9 234/16 236/6 236/10 236/11 236/22 237/11 242/15 245/21 247/9 247/13 247/13 247/15 247/23 248/5 250/6 251/18 254/17 255/3 258/7 260/2 263/23 268/8 269/17 273/20 275/21 276/5 278/23 286/9 289/10 300/16 304/13 304/20 305/3 305/17 305/24 306/1 306/13 308/5 308/16

308/24 309/23 315/7 315/22
wouldn't [4] 308/5 119 174/3 248/6
wrap [2] 276/2 276/4
writing [1] 228/3
written [6] 43/12 43/24 68/20 70/8 75/3 96/21
wrong [7] 13/16 27/24 28/21 30/21 49/3 108/4 188/1
wrote [3] 195/11 295/22 298/5

## Y

yeah [13] 99/24 101/17 107/9 115/13 132/18 151/4 168/24 193/11 230/24 239/20 283/19 288/19 288/24
year [11] 52/10 53/13 54/2 56/3 78/13 98/18 117/21 121/4 175/25 203/3 313/10
years [30] 11/19 19/22 20/23 35/23 53/15 53/24 54/7 54/11 54/13 57/5 62/13 72/22 76/16 84/11 84/20 84/23 98/2 98/12 99/7 99/18 100/10 114/19 114/20 114/22 160/12 255/8 255/12 278/20 286/14 303/19
yellow [2] 137/1 137/25
yep [1] 178/22
yes [365]
yesterday [3] 8/13 15/12 18/13
yet [5] 55/5 55/17 80/9 317/7 318/20
yield [4] 49/14 78/15 293/24 294/20
yields [1] 294/5
York [5] 24/4 24/6 24/14 121/25 122/1
you [1014]
you'd [5] 117/6 173/7 234/8 236/6 236/16
you'll [3] 87/15 234/11 252/8
you're [27] 27/3 34/20 39/13 44/12 45/12 46/11 58/5 84/16 90/12 120/10 120/19 133/13 142/16 143/6 180/13 197/6 206/13 208/20 211/15 214/9 219/22 237/10 242/23 243/17 247/25 252/19 316/7
you've [15] 27/23 39/15 61/7 63/16 78/23 87/25 95/24 96/22 146/19 176/14 201/25 248/8 249/9 276/6 284/25 254/15
young [4] 2/3 203/3 254/6 254/15
your [308] 3/6 3/11 3/13 3/22 4/2 4/4 6/4 6/8 8/5 8/21 9/13 9/23 10/1 10/7 10/10 10/17 11/17 13/8 17/10 17/20 19/3 19/13 20/7 21/4 22/6 24/11 26/16 28/11 29/7 29/21 29/22 30/11 30/15 31/23 31/23 32/15 32/17 32/19 33/18 34/1 34/9 34/19 35/4 36/23 39/2 42/2 43/11 43/18 44/16 45/24 46/24 49/13 49/18 52/6 61/25 72/15 79/24 80/3 83/6 83/8 89/16 92/16 97/12 97/16 98/3 98/9 102/15 102/17 108/16 108/18 110/24 112/4 120/3

**Y**

your... [235]  120/21 121/15
125/2 128/10 130/24 131/10
133/20 139/25 141/7 141/7
141/11 142/2 143/12 144/1
144/4 144/17 145/8 148/2
151/25 154/17 155/16 155/21
160/5 160/13 161/8 162/8
162/12 162/22 163/2 164/9
165/25 166/16 167/23 168/4
169/9 170/6 172/4 173/17
174/2 174/12 175/21 176/3
176/12 176/16 179/24 180/10
180/19 181/13 181/18 181/24
182/7 182/17 183/4 183/13
184/4 184/6 184/25 187/14
189/4 189/22 190/7 190/12
191/22 192/17 193/1 193/13
197/19 197/22 197/24 198/5
198/13 198/24 199/4 200/10
200/10 200/20 201/18 202/3
202/8 202/10 204/13 204/15
204/19 205/10 205/16 205/21
206/5 206/16 206/23 207/3
207/10 207/17 207/20 209/6
210/7 212/5 212/11 212/18
212/25 213/8 213/16 214/6
214/15 215/13 216/20 218/19
219/11 220/14 220/14 220/21
221/1 221/2 221/3 221/6
221/16 221/22 222/3 222/10
222/11 222/15 222/18 224/25
226/4 226/15 227/18 227/22
227/23 227/25 228/7 228/15
228/20 229/8 229/14 229/18
229/22 233/1 233/23 234/13
236/8 236/15 236/19 237/16
237/17 238/7 240/5 240/11
241/17 241/20 246/13 247/6
247/19 248/9 248/20 249/3
249/9 249/13 250/8 250/16
252/2 253/4 253/13 254/1
254/4 254/7 255/21 256/4
256/12 256/20 256/25 257/3
257/13 258/9 258/23 259/7
259/18 260/1 260/10 262/24
265/6 265/13 265/19 266/7
266/18 268/9 268/17 269/21
270/5 275/11 275/12 276/6
278/22 279/5 284/5 284/12
288/10 289/19 292/7 292/15
295/2 298/15 300/23 301/7
303/5 303/9 303/13 303/20
303/22 303/23 304/23 305/3
305/9 306/13 306/15 308/10
308/24 309/1 309/18 310/19
311/1 312/15 313/18 314/1
314/6 314/19 315/3 315/5
315/23 315/24 316/3 316/14
316/24 317/13 317/15 318/3
318/25
Your Honor [14]  31/23 32/19
34/19 72/15 79/24 83/6
119/14 125/2 128/10 144/1
144/4 253/4 254/1 258/9
yourself [4]  159/8 254/17
255/4 258/24

**Z**

zero [7]  128/25 129/2 129/3
130/7 131/3 131/18 137/13
zones [1]  112/16